## nature communications



Article                                                     https://doi.org/10.1038/s41467-022-34760-1

# Evaluating cancer etiology and risk with a mathematical model of tumor evolution



Received: 14 February 2022

Accepted: 7 November 2022

Published online: 24 November 2022

Check for updates

Sophie Pénisson ®[1,2,3,4,5], Amaury Lambert[6,7] & Cristian Tomasetti ®[1,2,3] ✉

Recent evidence arising from DNA sequencing of healthy human tissues has clearly indicated that our organs accumulate a relevant number of somatic mutations due to normal endogenous mutational processes, in addition to those caused by environmental factors. A deeper understanding of the evolution of this endogenous mutational load is critical for understanding what causes cancer. Here we present a mathematical model of tumor evolution that is able to predict the expected number of endogenous somatic mutations present in various tissue types of a patient at a given age. These predictions are then compared to those observed in patients. We also obtain an improved fitting of the variation in cancer incidence across cancer types, showing that the endogenous mutational processes can explain 4/5 of the variation in cancer risk. Overall, these results offer key insights into cancer etiology, by providing further evidence for the major role these endogenous processes play in cancer.

The mathematical modeling, and associated statistical analysis, of the evolution of mutations in cell populations and bacteria has a relatively long history. When combined with epidemiological or experimental data it has yielded several important findings. For example, the seminal work of Luria and Delbrück[1], demonstrating the critical role played by randomly occurring mutations arising before–rather than after–the beginning of treatment as the cause behind the development of resistance to antibiotics. Their Nobel Prize winning work led to a flurry of further modeling work to understand the development of resistance to chemotherapy and HIV antiretroviral treatment, highlighting the importance of combination therapy. Another example is provided by the models and analyses produced by Charles and Luce-Clausen[2], Nordling[3], and Armitage and Doll[4], which shed light on the multi-stage nature of cancer evolution.

In the last few years, a series of papers based on mathematical models and statistical analyses, in combination with epidemiological, sequencing, and other experimental data, have provided evidence for the first time of the large role in tumor evolution played by the normal endogenous processes occurring in human tissues[5–11]. In refs. 6 and 7 a highly significant, strong correlation (Spearman's rho = 0.81, $P < 3.5 \times 10^{-8}$) between the total number of stem cell divisions in an organ and the lifetime risk in that organ was reported. No known common environmental exposure or inherited factor is present among the many cancer types analyzed. Specifically, no common exposure–beside aging–was shared by more than five cancer types, out of the 25 analyzed (27 with the inclusion of breast and prostate cancer in ref. 7). And generally exposures were shared by only 2–3 tissues at most, with many cancer types having no known exposures increasing their risk. Given the large number of cancer types analyzed, from a statistical point of view this then led to the reasonable assumption that the effects of lifestyles and environmental (E) exposures and inherited (H) factors on the overall correlation discovered were greatly reduced, by essentially averaging them out (see ref. 7 for more details). The most plausible conclusion was then that endogenous random mutational processes naturally occurring in human tissues could explain a large fraction–estimated to be equal to 66%–of the variation in cancer risk

[1]Center for Cancer Prevention and Early Detection, City of Hope, Duarte, CA 91010, USA. [2]Division of Mathematics for Cancer Evolution and Early Detection, Department of Computational & Quantitative Medicine, Beckman Research Institute, City of Hope, Duarte, CA 91010, USA. [3]Division of Integrated Cancer Genomics, Translational Genomics Research Institute, Phoenix, AZ 85004, USA. [4]Univ Paris Est Creteil, CNRS, LAMA, F-94010 Creteil, France. [5]Univ Gustave Eiffel, LAMA, F-77447 Marne-la-Vallée, France. [6]SMILE Group, Center for Interdisciplinary Research in Biology, Collège de France, 75231 Paris, Cedex 05, France. [7]Institut de Biologie de l'École Normale Supérieure (IBENS), CNRS UMR8197, INSERM U1024, 75230 Paris, Cedex 05, France.
✉e-mail: ctomasetti@coh.org

across tissues and that they represent an important source of cancer. We termed this endogenous source of mutations "bad luck" or $R$. Importantly, these findings have been since then supported by several further analyses, conducted by us and others, using a variety of different methodologies, and confirming the presence of a large number of mutations attributable to $R$ factors, with a mutational contribution that can be currently estimated to be around two-thirds of all mutations found in cancers, and certainly not smaller than 40%[7–17].

To make further progress in our understanding of tumor evolution and cancer etiology, a more complete mathematical simulation model was recently presented in ref. [10], where all phases of a tissue history were included, from tissue development to homeostasis, and all the way to cancer occurrence. In that model, the different types of cell division and the fitness effects of different types of driver mutations were accounted for. The model also included a carrying capacity to prevent the unrealistic assumption of unlimited exponential growth, typical in the mathematical modeling of tumor evolution. That model was able to reproduce qualitatively the incidence of multiple cancer types. This suggested that many of the basic ingredients of tumor evolution are common across different tissue types and can be captured by a mechanistic model, when accounting for the fundamental differences among those tissues, like the total number of cells and the cell division rate. The model provided several insights into both the timing of tumor evolution and the order of its driver mutational events. It also supported the idea that the background mutation rate plays a major role in cancer causation, being able to explain a substantial fraction of cancer incidence. A limitation of that work, however, was that it was based on simulations due to model complexity.

In the present work, we introduce a mathematical model of tumor evolution that is able to incorporate into analytical form the key ingredients of that simulation model[10] and further expand upon it. This represents important progress in the field of mathematical modeling of cancer evolution as closed-form analytical formulas enable a simpler, faster, and especially deeper understanding of the role played by each of the parameters included in the model. We also show how the time to cancer can be approximated by the Weibull distribution, providing a justification for this distribution which has been used for decades in survival analysis of cancer data but without a solid foundation. Most importantly, the model is used to predict the expected number of mutations that should be present in a cancer if only the endogenous mutational processes ($R$) were to be present and compare these predictions with the actual values observed via sequencing studies in various tissues. These analyses provide insights into cancer etiology by resulting in an overall fitting of the mutational load observed in cancer patients, with the exception of a few cancer types in which well-known exposures are present. We also use the model to reassess the original analysis of the role played by $R$ factors in cancer as presented in ref. [6].

## Results

### Predicted versus observed number of mutations

We can estimate the number of somatic mutations found in a cell of a healthy individual of age $a$ in the absence of $E$ and $H$ factors as

$$\eta^h(a) = \mu(D_0 + ba),\tag{1}$$

where $\mu$ is the somatic mutation rate (expected number of somatic mutations per cell division), $D_0$ the number of divisions before birth, and $b$ the cell division rate. In contrast, for a cancer patient of the same age, this expected number of mutations is

$$\eta^{exp}(a) = \mu\left(D_0 + \frac{b + b^{(1)} + \ldots + b^{(n-1)}}{n}a_n^*\right).\tag{2}$$

The difference between formula (1) and formula (2) is that instead of a constant cell division rate $b$, we now have the average of division rates $b^{(i)}$ that keep increasing the more driver mutations hits are present in that cell. The other difference between the two formulas is that instead of the patient's age $a$ we now have the expected age $a_n^*$ at which the first cancer cell with the $n$ required driver mutation hits has arrived (see mathematical modeling in the Methods section for its estimation). Using formula (2) we can compare our prediction for the total number of somatic mutations found when sequencing the cancer type of a patient of age $a$ with the actual number of mutations observed via the bulk sequencing of that individual cancer, using the public genomic TCGA database. The comparison is provided in Fig. 1a for 10 cancer types. We obtain a strongly significant correlation between our predictions and the actual observed values (Spearman's rho = 0.56, $P < 2.2 \times 10^{-16}$). In Fig. 1a, the placement of the points with respect to the identity line $y = x$ is naturally very sensitive to the choice of the expected number of mutations across the genome per cell division, which we set equal to 3, a typical value found in the literature (resulting in $\mu = 0.03$ on the exome, see ref. [5]). However, no matter what the background mutation rate $\mu$ is chosen to be, the strong correlation we found between our predictions and the actual observations would stay the same. If we now add two more cancer types—lung (LUAD) and melanoma (SKCM)—we obtain Fig. 1b, with a correlation that drops to 0.26, which is not surprising since we only accounted for the endogenous mutational processes ($R$) in our predictions, and not for the extra mutational load that smoking and UV light exposures respectively add to them. In Fig. 1b, there is a large variation observed within each cancer type. Partially, this is because our estimation does not include the effects of environmental or inherited factors and the difference in exposure to those factors among patients with the same cancer type. However, an important observation is that the clear outliers in that figure are melanoma and lung cancer, the two cancer types whose etiology is most strongly affected by known $E$ factors. Even if today we still had not discovered the harmful effect of tobacco smoking and excessive UV light exposure through epidemiological studies, our predictions in Fig. 1b would provide evidence for the existence and major contribution of $E$ or $H$ factors. It is then critical to realize that the absence in Fig. 1b of major outliers beyond those caused by UV light and tobacco smoking, at least at the population level, suggests that no other factors with comparable large mutational effects should be present in the cancer types considered, even if still unknown to us today. Indeed, the genome would record their harmful mutational effects anyway.

In contrast, we obtain Fig. 1c when we include the effects of tobacco smoking and UV light, by using for both lung and skin cancer a four-fold increase of the average number of mutations per cell division on the exome. This rough estimation for the increase of the mutation rate is based on: 1) ref. [18] for smoking, and 2) the average ratio of 3.6 obtained in ref. [12] between the yearly number of mutations in sun-exposed versus sun-shielded skin, an underestimation of the increase due to UV light exposure since UV-induced mutations are also prominent in sun-shielded sites[19]. The inclusion of even just these two environmental factors yields an improvement in the fitting of our predictions to the observed values, with a correlation going from 0.26 in Fig. 1b to 0.67 in Fig. 1c.

We provide a summary of the parameters estimates used in our model, as well as the quantitative results obtained from it in Table 1. We computed for each cancer type the expected number of mutations in healthy individuals versus cancer patients in the absence of $E$ and $H$ factors thanks to formulas (1) and (2), where the expected value is calculated at the median age of the patients in the TCGA database. We provide also the interquartile range for the total number of mutations observed among those patients. We would like to point out that in these predictions there is no fitting of any of the parameters to the observed sequencing data. The number of divisions during the tissue

**Article**                                                        https://doi.org/10.1038/s41467-022-34760-1



**Fig. 1 | Predicted versus observed number of mutations.** Observed number of somatic mutations found in: **a**–**c** 3608 cancers, for 12 types of cancer (TCGA database), **d** 990 cancers, for 7 types of cancer (ICGC database), versus the corresponding expected number of mutations as predicted by our model (2) for a cancer patient of the same age: **a**–**b** solely due to the endogenous mutational processes, **c**–**d** including the effect of tobacco smoking (LUAD) and UV light (SKCM) as those are the two large outliers observed in Fig. 1b (see Table 2 for the meaning of the abbreviations). The number of drivers for each cancer type is assumed to be $n = 3$ (see Supplementary Fig. S2 for $n = 2$). The gray identity line corresponds to the theoretical case "observed number of mutations" = "expected number of mutations". Source data are provided as a Source Data file.

development phase and yearly number of divisions in healthy and in cancer tissue in Tables 1 and 2 are obtained from other studies taken from the literature. Even the cancer time distribution used in order to estimate the expected cancer occurrence age in formula (2) is only fitted to epidemiological data, specifically the cancer incidence curve.

Finally, to test the robustness of our predictions, we decided to analyze data from the International Cancer Genome Consortium (ICGC), which is another major source of cancer sequencing data. The results—which account also for UV light and are depicted in Fig. 1d—provide again supportive evidence for our model and its predictions.

Figure 2 and Supplementary Fig. S3 provide instead a comparison of the age-dependent number of mutations predicted by our model (orange and red lines), versus the actual number of mutations observed in each patient using sequencing data. Given our time-dependent predictions, we can use them to assess the contribution of the three fundamental etiological risk factors $E$, $H$, and $R^{10}$ in the following two ways.

First, we can measure how well our predictions fit the actual data in a given cancer type: the more our predictions undershoot the observations, the larger the evidence for important roles played by $E$ and $H$. For example, it is visually clear from Fig. 2c that $E$ (smoking) greatly increases the mutational load in the lungs. In comparison, our predictions for breast and colon (Fig. 2a, b) provide a relatively good fit. Naturally, a good fit does not imply the complete absence of important environmental exposures or inherited factors, but the better the fit, the smaller the evidence of a role for them. Both overshooting and undershooting, if present at the population level, can be caused for example by errors in the estimates we use for the division rate, the mutation probability, or by a difference in the ability of the immune system to fight tumor cells across different organs.

Additionally, when our predictions undershoot the number of mutations actually observed, whether for the whole population or for a subset of patients (points above the gray identity line in Fig. 1 or above the red line in Fig. 2), this can be due to environmental exposures (e.g., smoking or sun exposure), germline mutations (e.g., BRCA1-2 in breast cancer) or genomic instabilities (e.g., microsatellite instability in colorectal cancer) affecting these patients.

We introduce a measure of how well our predictions fit the observations, providing a prediction for how large the effect of $R$ versus $E$ and $H$ factors is. This measure $\delta$ is evaluated as the relative difference between the medians of the set of observed versus expected number of mutations weighted by the age $a_i$ of patient $i$:

$$\delta = \frac{\left|\,\mathrm{Median}\left(\left\{\eta^{exp}(a_i)/a_i\right\}_i\right) - \mathrm{Median}\left(\left\{\eta_i^{obs}(a_i)/a_i\right\}_i\right)\,\right|}{\mathrm{Median}\left(\left\{\eta_i^{obs}(a_i)/a_i\right\}_i\right)}. \tag{3}$$

We apply this measure to the case where the number of drivers is one to four (Supplementary Table S2), which is estimated to be the range[21,22]. In general, our predictions provide either a reasonable fit or result in undershooting with the one exception of leukemia (Fig. 2d), where it is possible that our estimate for the rate of cell division is too high or that there is a significant cell division deceleration known to occur with age[9]. We use this mean distance $\delta$ to estimate the background mutation rate which minimizes the mean deviation across cancer types (including or not the outliers LUAD and SKCM), as depicted in Fig. 2e. This estimate is equal to 0.024, which is striking as this is very close to the parameter value we originally chose for our model as provided by the available literature ($\mu = 0.03$).

**Article**

https://doi.org/10.1038/s41467-022-34760-1

**Table 1 | Parameter estimates and number of somatic mutations (predicted, observed, and in healthy individuals)**

| Cancer name | $D_0$ | $b$ | $b^{(n)}$ | $\rho$(%) | $a_m$ | $\eta^h$ | $\eta^c_{n=2}$ | $\eta^c_{n=3}$ | $\eta^o$ |
|---|---|---|---|---|---|---|---|---|---|
| BRCA | 33 | 4.325 | 73 | 10.7 | 56.5 | 8 | 20 | 31 | 23–58 |
| COAD | 27 | 73 | 93.6 | 2.81 | 66 | 145 | 149 | 153 | 69–128 |
| ESCC | 22 | 33.19 | 73 | 0.122 | 57 | 57 | 69 | 74 | 71–143 |
| GBM | 250 | 0.0175 | 73 | 0.246 | 62 | 8 | 9 | 23 | 35–57 |
| HNSCC | 24 | 21.5 | 73 | 0.935 | 60 | 39 | 54 | 62 | 69–148 |
| LAML | 27 | 12 | 73 | 0.330 | 61 | 23 | 39 | 48 | 11–22 |
| LIHC | 31 | 1.1 | 73 | 0.802 | 57 | 3 | 10 | 22 | 55–119 |
| LUAD | 30 | 0.07 | 73 | 0.257 | 67 | 1 | 3 | 19 | 81–354 |
| PAAD | 31 | 1 | 73 | 1.08 | 65 | 3 | 11 | 24 | 21– 33 |
| PRAD | 27 | 3 | 73 | 10.5 | 62 | 6 | 18 | 30 | 17–32 |
| SKCM | 31 | 2.4875 | 73 | 1.67 | 58 | 5 | 15 | 27 | 182–679 |
| THCA | 25 | 0.0875 | 73 | 1.17 | 46 | 1 | 3 | 13 | 7–13 |

For 12 cancer types and associated tissue (see Table 2 for the meaning of the abbreviations), (a) *parameter estimates obtained from the literature* (columns 1–4): $D_0$ number of divisions during the tissue development phase, $b$ and $b^{(n)}$ yearly number of divisions in a healthy and in cancer tissue, $\rho$ proportion of the population that gets cancer by age 80, (b) *data* (columns 5 and 9): $a_m$ median age of the TCGA database cancer patients, $\eta^o$ interquartile interval of the actual observed number of somatic mutations found in the tissue of cancer patients aged $a_m - 5$ to $a_m + 5$, (c) *values computed from our model* (columns 6–8): $\eta^h = \eta^h(a_m)$ (resp. $\eta^c = \eta^{exp}(a_m)$) expected number of somatic mutations found in the tissue of a healthy individual (resp. cancer patient) aged $a_m$ in the absence of $E$ and $H$ factors (formulas (1)-(2)). The expected number of mutations $\eta^c$ in a cancer patient is given both for $n = 2$ and $n = 3$.

Second, within each cancer type, we can stratify patients based on how far their mutational load is from our predictions. For example, in colon (Fig. 2b), there are several patients that are clear outliers with respect to the others, due to the presence of microsatellite instability in their cancer[31]. In fact, our results can be used for risk stratification of individuals that have no cancer yet: this is done by considering the distance of the total number of mutations present in an individual's organ from the expected value of mutations of a healthy individual of the same age as provided in formula (1). Naturally, this constitutes the first attempt to stratify individuals and more work is required to both assess and improve its potential.

In all this analysis, we assumed that the number $n$ of driver mutations required to develop cancer is set to $n = 3$ across all cancer types. Rather than picking a specific $n$ value for each cancer type, we increase the robustness of our analysis by considering the effect of a varying $n$ ($n$ being typically equal to two or three in most cancers[21]), going from a fixed $n = 2$ in Supplementary Fig. S2 to a fixed $n = 3$ in Fig. 1.

**Weibull distribution for the time to cancer**

Thanks to our mathematical model, we can evaluate the age at which cancer arrives in a patient, assuming that $n$ driver mutations are required to develop cancer. The cancer appearance time is in this model a random variable whose distribution can be computed under simplifying assumptions detailed in the Methods section. We prove in particular that, in the case of a cancer with a negligible risk of any driver mutation appearing before birth, the time to cancer approximately follows a Weibull distribution $\mathcal{W}(n, c_n N u^n b^n)$, where $c_n$ is some constant depending neither on the number of tissue stem cells $N$, nor on the proliferation rate $b$ or on the driver gene mutation probability $u$ (of the order of $10^{-7}$, see Supplementary Methods). The probability of getting cancer by age $t \geqslant 0$ is therefore

$$P(t) = 1 - e^{-c_n N u^a b^n t^a}. \tag{4}$$

The cumulative risk (4) as a function of age is given in Fig. 3a for three types of cancer (breast, colon, and lung), while the corresponding probability density function is plotted in Fig. 3b. Note that the latter is depicted over a longer time span than the human life expectancy.

Not surprisingly, the value of the shape parameter of the Weibull is $n$, which is usually >1, yielding the desirable result that its failure rate

increases with time, consistent with the fact that cancer incidence behaves like a power-law with respect to age[23].

**A re-analysis of the role of endogenous mutations in cancer risk**

In ref. 6 it was shown that the endogenous mutational processes associated with cell divisions could explain a large fraction (2/3) of the variation in cancer risk across cancer types. The high correlation found in the U.S. (Pearson's linear correlation 0.80) was later confirmed in a much larger analysis across the world[7]. However, the slope of that linear correlation was 0.47, i.e., much lower than 1. Clearly, the assessment of the slope using relatively few noisy data points is much more challenging than the simple test for the presence of a correlation. Theoretically, however, we would have expected a slope equal to, or higher than, 1 and not smaller. To understand the reason, recall that this analysis was inspired by a simple mathematical model, where the lifetime risk of cancer in tissue should be related to two variables: (1) $N$, the number of stem cells in that tissue, and (2) $D$, the lifetime number of divisions in the lineage of each of those cells. Now, a doubling in $N$ should approximately double the risk of cancer, thus yielding a slope = 1. And a doubling of $D$, which is comparable to a doubling of time, as cell divisions act like a molecular clock, should yield a slope > 1 in a log-log scale, given the known power-law relationship that cancer incidence has with respect to age. In this work, we aimed to better understand the reasons for that lower-than-expected slope found in ref. 6. A critical observation for the present analysis is that in ref. 6 the two key variables, $N$ and $D$, were considered together as one variable, approximately given by their product $ND$. This is not ideal as their effects are expected to be linear and superlinear, respectively. A better approach is rather to consider their effects on the lifetime risk of cancer separately, in a three-dimensional analysis. Importantly, the analysis in ref. 6 did not account for the fact that different cancer types are estimated to have different numbers of required mutational events, $n$, to get to cancer. The effect of varying $n$ for different cancer types is critical if we want to properly assess the slope of the relationship. In the case of cancers with negligible risk of any driver mutation appearing before birth, $P$ is given by (4) which, given that $P$ is close to 0, can be approximated by $P = c_n N u^n D^n$. We obtain in particular the proportionality relationship

$$P \propto ND^n. \tag{5}$$

Using (5), and cancer-specific values for $n$ from refs. 21, 22 as described in the Supplementary Methods, we obtain Fig. 4. The

**Table 2 | Abbreviations of cancer types (if applicable, following the TCGA study abbreviations)**

| Abbreviation | Cancer name |
|---|---|
| AOS | Arms osteosarcoma |
| BAS | Basal cell carcinoma |
| BRCA | Breast invasive carcinoma |
| CLL | Chronic lymphocytic leukemia |
| COAD | Colorectal adenocarcinoma |
| DUO | Duodenum adenocarcinoma |
| ESCC | Esophageal squamous cell carcinoma |
| GALL | Gallbladder adenocarcinoma |
| GBM | Glioblastoma multiforme |
| HNSCC | Head and neck squamous cell carcinoma |
| HOS | Head osteosarcoma |
| LAML | Acute myeloid leukemia |
| LIHC | Liver hepatocellular carcinoma |
| LOS | Legs osteosarcoma |
| LUAD | Lung adenocarcinoma |
| MEDB | Medulloblastoma |
| OVG | Ovarian germ cell |
| PAAD | Pancreatic ductal adenocarcinoma |
| PAE | Pancreatic endocrine carcinoma |
| POS | Pelvis osteosarcoma |
| PRAD | Prostate adenocarcinoma |
| SKCM | Skin cutaneous melanoma |
| SMAD | Small intestine adenocarcinoma |
| TES | Testicular germ cell |
| THCA | Thyroid carcinoma |
| THF | Thyroid follicular and papillary |
| THM | Thyroid medullary |

improvement in the fitting of the data is evident, with an adjusted R-squared increasing from 0.64 in the original analysis[6] ($P = 4.8 \times 10^{-7}$) to 0.8 ($P = 4.4 \times 10^{-9}$) (see Supplementary Methods for more details and sensitivity analysis). This implies that $R$ factors can now explain 4/5 of the observed variation in cancer risk, i.e. more than the 2/3 reported in ref. [6]. Importantly, the slope of the log-log plot of cancer risk $P$ versus number of stem cells $N$ is now equal to 0.91, close to the desired value of 1. Also, $n$ is included as a power in one of the two terms of the fitted linear model, and plotting $\ln P$ versus $\ln D^n$ yields a slope of 0.29, so that plotting $\ln P$ versus $\ln D$ yields a slope equal to 0.87, close to 1, when taking the typical value of $n = 3$ for the number of required drivers[31]. Thus the observed slopes are much closer than the one observed in ref. [6] to what we would expect from the model. It is not realistic to think that these theoretical values could be obtained because of the presence of noise in the data as well as other missing factors (e.g., immune system effects) still currently missing in the model.

## Discussion

Based on a mathematical model of tumor evolution, a re-analysis of Tomasetti et al.[6] provided an improved fitting of the variation in cancer incidence across cancer types. The number of cell divisions, and the normal endogenous mutational processes ($R$) associated to it, explained about 4/5 of the variation in cancer risk across tissues. When combined with the comparison between the expected number of somatic mutations due to $R$ versus the observed one, these results overall provide further evidence for the major role $R$ plays in cancer etiology. The distance between the lifetime cancer risk of a given tissue

(a point in Fig. [4]) and the expected risk for that tissue (the plane in Fig. [4]) provides a framework for inferring the risk of each cancer subtype that may be contributed by either an $E$ or $H$ factor. Specifically, the larger the distance, the greater the evidence for an $E$ or $H$ factor. And the analysis of the expected versus observed number of mutations provides a further approach for assessing the presence of $E$ and $H$ factors in the etiology of a given cancer type, naturally depending on the quality of the estimates for the key biological parameters used in the model.

We have obtained analytical formulas for a mathematical model of tumor evolution that includes all phases of tissue, from tissue development to cancer, and where the effects of a carrying capacity, different types of cell division, and different types of driver mutations are accounted for. One of the key results of this model is that under some simplifying assumptions the time to cancer is given by a Weibull distribution, providing a simple probability distribution for the timing of a highly complex evolutionary process. It is interesting to note that the Weibull distribution is one of the most typical distributions used in survival analysis and has been used in several previous analyses as a statistical model for cancer incidence[24–28]. However, those studies could not provide more than a basic justification for the use of a Weibull distribution, simply based on the fact that it is commonly used to model failure times. We believe that our findings provide now a more solid foundation, by representing an approximation of a mechanistic mathematical model of tumor evolution that includes the detailed evolutionary dynamics of cell populations in tissue, thus better justifying its use in assessing the timing of cancer.

Our approach has several limitations. One is given by the simplifying assumptions made about the mechanisms behind tumor evolution. For example, the effects of a tumor's microenvironment were not considered. While these effects are certainly important, their inclusion is challenging, given the lack of analytical closed-form solutions for even much simpler mechanistic models, but we believe our work provides a step in that direction. Another limitation is given by the uncertainty surrounding the relevant parameter values. To deal with this, sensitivity analyses were performed and scenarios with conservative estimates were used. However, progress in the estimation of key parameters for each of the tissues considered, like total number of cells, division frequencies, and number of required driver hits, will be required to increase the value provided by mathematical models of tumor evolution. Depending on the quality of these estimates, the comparison of the expected versus the observed mutational load in cancer patients provides a way to assess the evidence for the presence —and strength—of environmental factors in the etiology of a given cancer.

Our model is based upon the fact that cells accumulate mutations during their lifespan and that this constitutes a major role in tumor evolution[8] but possibly not for aging, according to some studies[29]. It is clear that endogenous processes are operative also in post mitotic tissues such as neurons (e.g., ref. [30]). Indeed, our results provide support for that, showing that for glioblastoma (GBM in Supplementary Fig. S3) the amount of mutations accumulating exclusively at cell division are not sufficient to explain the observed mutational load. While we do not claim that endogenous processes operate exclusively at cell division, we believe our results support the idea of cell division to be the major mutational engine.

Our findings have relevant implications for how to reduce cancer mortality. The general consensus achieved on the role that $R$ plays in cancer etiology[8,12,14–16,20] points to the critical role of early detection in cancer, beside the one played by primary prevention, if we want to significantly decrease cancer mortality. The consequences of these findings are therefore not only relevant for a better understanding of the biology and dynamics of tumor evolution and cancer, but also for



**Fig. 2 | Predicted and observed number of mutations. a–d** Predicted and observed number of mutations as a function of age. Observed number of somatic mutations found in cancers (blue dots) of patients of different ages from the TCGA database, compared with the expected number of mutations solely due to the endogenous mutational processes in patients of the same age, predicted by our model (2), for four types of cancer: breast (BRCA), colon (COAD), lung (LUAD) and leukemia (LAML) (see Supplementary Fig. S3 for other cancer types). The expected number of mutations (2) is given for a number of drivers equal $n = 2$ (dotted orange line), $n = 3$ (dash-dotted orange line) and $n = 4$ (dashed orange line). The solid red line corresponds to the computation for the value of $n$ deduced from ref. 22 and given in Section S6 of the Supplementary Methods. **e** Deviation of the prediction from the observations. Mean value of the deviation $\delta$ given by (3) over all cancer types (blue line) or excluding lung cancer (LUAD) and melanoma (SKCM) (orange line) of the predicted number of mutations from the observed number of mutations, as a function of the background mutation rate. The rate which minimizes the mean deviation is 0.024. Source data are provided as a Source Data file.

indicating what are the most critical approaches in the fight against cancer mortality. After all, if these endogenous processes played only a very minor role in cancer etiology, then almost all of the focus should be on primary prevention and therapy. If, however, they played a major role in cancer causation then only the combination of primary and secondary (i.e., early detection) prevention with therapy will be able to yield large long-lasting reductions in mortality, especially in the presence of an aging population[20].

## Methods

### Review of some key previous models

We review in the Supplementary Methods some key previous mathematical models of tumor evolution[2–4,31–35], from simple two-stage models to more complex models including clonal expansions and different modes of stem cells division. We show that in each model, cancer incidence is, at least approximately: (i) a linear function of $N$ the number of cells at risk, (ii) an exponential or power-law function of $t$

Case 3:16-md-02741-VC   Document 17662-10   Filed 12/21/23   Page 7 of 38





**Fig. 3 | Cancer risk as a function of age for three types of cancer (breast, colon, and lung), as given by the Weibull distribution (4). a** Cumulative distribution function (corresponding to the cumulative cancer risk), **b** probability density function of the Weibull distribution. The parameters of the distribution are such that $n = 3$ and that $P(80) = \rho$, the proportion of the population that gets cancer by age 80 given in Table 1.



**Fig. 4 | Relationship between lifetime cancer risk $P$, number of stem cells $N$ in a given tissue, and $(uD)^n$ for 26 cancer types, where $D$ is the number of divisions in a stem cell lineage of that tissue, $u$ the driver mutation rate, and $n$ the** **number of required driver mutations.** The plane corresponds to the 3D linear regression surface. See Table 2 for the meaning of the abbreviations. Source data are provided as a Source Data file.

the age of the individual, (iii) a power-law function of $u$ the driver mutation rate, with power of $n$ being the number of stages in the process of tumor formation in the model. These findings are consistent with what is obtained in our mathematical model, for which cancer incidence at time $t$ is approximately $nc_n N u^n b^n t^{n-1}$ (see (4)).

### Analytical mechanistic model of tumor evolution

As in the simulation model presented in ref. 10, the key features of our model are the following. First, we model all temporally distinct phases in the lifetime of a tissue, starting with its development, followed by homeostasis and tumor evolution all the way to, possibly, cancer. Second, we steer clear of the typical yet somewhat unrealistic assumption of exponential tumor growth. Instead, we take into account the early random fluctuations of any newly arising stem cell population, and assume logistic growth following this initial stochastic phase. We recall that logistic growth is made by an initial exponential phase followed by a growth rate that becomes smaller the closer the size of the cell population is to its carrying capacity, to reflect natural constraints like energy resources or spatial limitations (Fig. 5b). Because the clonal expansion may have different names in different tissues (e.g., a nodule in the pancreas or the breast, a polyp in the intestine, etc.), we use the most general term "clone" and refer to it

throughout this paper. Third, it is a mechanistic model, accounting for the birth and death of each stem cell and its different types of cell division: symmetric self-renewal, symmetric differentiation, and asymmetric division (Fig. 5a). We focus exclusively on stem cells as their cell progeny is able to carry a dangerous mutation all the way to cancer. To account for the fact that there are generally more frequent self-renewals during the development phase of a tissue, we let the asymmetric division probability $p$ increase through time and reach its maximal value in adulthood once the tissue has been fully developed. Fourth, the model follows the number and types of driver mutations that a stem cell lineage accumulates randomly, distinguishing among three main types. Specifically, each driver mutation confers a selective advantage, the nature of which depends on the cellular pathways affected by the mutation. These pathways can be classified into three core cellular processes: cell survival ($S$), cell fate ($F$), and genome maintenance ($M$) (as described in ref. 10). If the mutation affects the pathway which regulates the cell growth and survival process, termed a $S$ mutation, it translates into an increase of the proliferation rate $b$ in the clone carrying the $S$ mutation. As a result, the growth rate and the carrying capacity of its subsequent logistic growth increase too, as well as its mutation rate per cell and per time unit. If the pathway which regulates the cell fate ($F$) is affected, the

**Article**

https://doi.org/10.1038/s41467-022-34760-1



**Fig. 5 | Growth of a tissue stem cell population. a** Rates of self-renewal, asymmetric division, symmetric differentiation, and death of a stem cell. **b** An illustration of the size evolution of three stem cell population trajectories, according to the model described in the Methods section.

balance between cell symmetric self-renewal and asymmetric division is shifted, favoring symmetric self-renewal. This translates in our model into a decrease of the asymmetric division probability $p$, which in turn induces an increase in the mutation rate, growth rate, and carrying capacity of the clone. Finally, if the genomic maintenance ($M$) pathway, which is responsible for DNA repair, is affected, it translates into an increase of the mutation probability $u$ in the clone carrying the $M$ mutation, hence its mutation rate per cell and per time unit. The details of these different effects on the dynamics and mutation parameters of a clone can be found in the Supplementary Methods. We are then able to compute analytically the lifetime risk of getting cancer in a given tissue for an individual.

## Analytical expression of cancer risk

To provide intuition for the key ingredients of the model we describe the typical process, as depicted in Fig. 5. We model the growth of the tissue stem cell population with a process $N_t$ composed of three phases ($\psi_0$: from conception to birth, $\psi_1$: youth, $\psi_2$: adulthood), growing as $t$ increases from size 0 to $N$, where $N$ is the maximum stem cell population size reached when the tissue is in homeostatic equilibrium. To account for the fact that the rates of the various cell division types differ greatly depending on the specific phase the tissue is in, we assume that during phase $\psi_i$ the proliferation rate and asymmetric division probability are equal to $b_i$, $p_i$. Next, for each newly arising clone, we assume the following pattern. The clonal population starts small hence the cells do not compete with each other, and we can assume that they initially evolve independently of each other. Consequently, their number follows at first a random birth-and-death process, until it potentially reaches a fraction $\varepsilon$ of the clone carrying capacity $C$, where $C$ corresponds to the maximum stem cell population size that the clone can sustain, and $\varepsilon > 0$ is relatively small, but sufficient to ensure survival. Specifically, each stem cell renews itself at time-dependent rate $(1-p)b$, asymmetrically differentiates at rate $pb$, symmetrically differentiates at rate $d^s$ or dies at rate $d$ (Fig. 5a). The clonal stem cell population thus initially evolves as a birth-and-death

process starting with one cell, with birth rate $(1-p)b$ and death rate $d^s + d$, hence with growth rate $r = (1-p)b - (d^s + d)$. In the case the birth-and-death process does not become extinct and the clone reaches size $\varepsilon C$, the effects of the law of large numbers render the growth process deterministic and we assume that from this time onwards the clonal population grows logistically with carrying capacity $C$ and growth rate $r$, as illustrated in Fig. 5b (see details in the Supplementary Methods).

For a given tissue and a given cancer type, we define $\mathcal{C}$ as the set of all possible sequences of $n$ driver mutations $V_1 \cdots V_n$ leading to this cancer, where each mutation $V_i$ can be of type $S$, $F$ or $M$ as defined in the description of our analytical mechanistic model. For instance, $n = 3$ and $\mathcal{C}$ is the set of triples with at least one $S$ and one $F$ mutation. An individual will then have developed cancer by age $t$ if at least one of its cell lineages carries such a $\mathcal{C}$-sequence of mutations (Supplementary Fig. S1). Assuming that any newly arising clonal population evolves independently of the existing cell populations, the probability $P(t)$ of getting cancer by age $t$ can be computed by means of the associated point process for which an event corresponds to the appearance of a clone of "survival" size leading to cancer before $t$. Survival size means here large enough to ensure survival of the population to stochastic extinction. Let $-a_0$ be the time of conception and 0 the time of birth. For any $t \geqslant -a_0$, the cancer risk $P(t)$ which corresponds to the probability that at least one event occurs before $t$ is obtained as

$$
\begin{aligned}
P(t) &= 1 - \mathbb{P}(\text{no event before } t) \\
&= 1 - \exp\left(-\int_{-a_0}^{t} \lambda(s)ds\right),
\end{aligned}
\tag{6}
$$

where $\lambda(s)$ is the intensity of the point process, namely the infinitesimal rate at which events are expected to occur around $s$. Let $P_{V_1}(t-s)$ be the probability for a clone carrying a first mutation $V_1$ of type $S$, $F$ or $M$, to lead to cancer before time $t$, given that the $V_1$-clone reached a survival size at $s$, and $\mu_{V_1}(s)$ the appearance rate of such a clone. The intensity

$\lambda(s)$ is then given by

$$\lambda(s) = \sum_{V_1 \in \{S, F, M\}} \mu_{V_1}(s) P_{V_1}(t - s). \tag{7}$$

A $V_1$-clone can reach survival size at time $s$ only if mutation $V_1$ appeared at some time $-a_0 \leqslant z \leqslant s$. We assume that the driver gene mutations appear randomly in the stem cell populations, at rate proportional to the population size (given by $N_z$ for the tissue cell population, and by the logistic growth for a clone). Denoting by $u$ the driver gene mutation probability per cell division, we deduce from what precedes that the driver mutation rate per cell lineage and per time unit is $(2 - p)ub$. Note that the values of $p$ and $b$ depend on the specific phase the tissue is in, and we, therefore, denote by $(2 - p(z))ub(z)$ the driver mutation rate at time $z$. Consequently, the appearance rate of a surviving $V_1$-clone in the tissue cell population is

$$\mu_{V_1}(s) = \int_{-a_0}^{s} (2 - p(z))ub(z)N_z \pi_{V_1} \rho_{V_1} f_{V_1}(s - z)dz, \tag{8}$$

where $\pi_{V_1}$ is the probability that a driver mutation is of type $V_1$, $\rho_{V_1}$ the probability for a $V_1$-clone of reaching a survival size, and $f_{V_1}$ the latency period distribution to reach this size. We then compute in the same manner $P_{V_1}$ which involves probabilities of the form $P_{V_1 V_2}$ for clones carrying an additional mutation $V_2$. Iterated $n$ times, the formula finally includes the probabilities $P_{V_1 \cdots V_n}$, which are 1 if $V_1 \cdots V_n \in \mathcal{C}$ and 0 otherwise. We, therefore, obtain an explicit formula for the probability $P(t)$, and by extension the lifetime cancer risk $P$ if $t$ is chosen as the life expectancy. We refer to the Supplementary Methods for more details on these computations.

## Distribution of the time to cancer

Let $T_n$ be the cancer appearance time, which is a random variable with values in $[-a_0, +\infty)$ and with cumulative distribution function $P(t)$ given by (4). In order to isolate the effect on the cancer time distribution of some key parameters such as the driver mutation probability $u$, the cell division rate $b$ and the total number of stem cells $N$, we neglect both the initial (random) and growth (deterministic) phases of each cell population, assuming that any driver mutation will give rise to a clone of size equal to its carrying capacity. We also suppose that the proliferation rate and asymmetric division probability are constant across youth and adulthood ($b_1 = b_2 = b$, $p_1 = p_2 = p$), and equal to $b_0$, $p_0$ between conception and birth, i.e. between time $-a_0$ and 0. Under these simplifying assumptions, we prove (see Supplementary Methods) that $P(t) = 1 - e^{-\Lambda(t)}$ is of the form

$$\Lambda(t) = \frac{1}{a_0^{n+1}} c_0 N u^n b_0^n (a_0 + t)^{n+1}, \qquad\qquad -a_0 \leqslant t \leqslant 0,$$

$$\Lambda(t) = N u^n \left( b_0^n (c_0 + c_1 t + \ldots + c_{n-1} t^{n-1}) + b^n c_n t^n \right), \quad t \geqslant 0. \tag{9}$$

From this we deduce that the random variable $T_n^+$, which is the time to cancer $T_n$ conditional on the event that cancer appears after birth, is distributed as the minimum of $n$ independent Weibull random variables:

$$T_n^+ \sim \min(W_1, \ldots, W_n), \tag{10}$$

where $W_k \sim \mathcal{W}(k, c_k N u^n b_0^n)$ $(k < n)$ and $W_n \sim \mathcal{W}(n, c_n N u^n b^n)$. The notation ∼ means "follows the distribution", and we use the convention that a Weibull distribution $\mathcal{W}(\alpha, \beta)$ with shape parameter $\alpha$ and scale parameter $\beta$ has cumulative distribution function $t \mapsto 1 - e^{-\beta t^\alpha}$. Similarly, the time of cancer appearance, conditional on the event that cancer occurs between conception and birth and denoted by $T_n^-$, satisfies $T_n^- \sim W_0$, where $W_0$ follows a translated and truncated Weibull distribution with values in $[-a_0, 0]$. Each $W_k$ can be thought as the time

of cancer appearance when exactly $0 \leqslant k \leqslant n$ driver mutations occur after birth, and therefore $n - k$ before birth.

Finally, we show that in cancer types for which the probability of driver mutations occurring before birth is negligible compared to the cancer risk, $T_n \sim \mathcal{W}(n, c_n N u^n b^n)$. We recall that the Weibull distribution $\mathcal{W}(n, \beta)$ (which under the alternative standard parameterization has scale $\lambda := \beta^{-1/n}$) has the nice property to be the maximum entropy distribution for a non-negative real random variable $X$ with an expected value of $X^n$ equal to $\lambda^n$. The proof of all the preceding results is provided in the Supplementary Methods.

## Predicted number of mutations

The expected number of somatic mutations found in a cell of a healthy individual of age $a$ is given by formula (1). In contrast, if $T_1, \ldots, T_n$ denote the hitting times of the $n$ required driver mutations and $b^{(i)}$ the cell division rate after $i$ driver hits, then the expected number of somatic mutations in a cancer cell of a patient of age $a$ is

$$\bar{\eta} = \mu \left( D_0 + b T_1 + b^{(1)} (T_2 - T_1) + \ldots + b^{(n)} (a - T_n) \right). \tag{11}$$

While the above formula can be applied to single-cell sequencing data, in the case of bulk sequencing we only observed the mutations accumulated in the winning lineage of the first cancer cell, born at time $T_n$, as all the subsequent mutations will not be called by the sequencer. In that case, the appropriate formula is

$$\eta = \mu \left( D_0 + b T_1 + \ldots + b^{(n-1)} (T_n - T_{n-1}) \right). \tag{12}$$

For a given cancer and a cancer patient of age $a$, we compare the number of somatic mutations $\eta^{obs}(a)$ observed via bulk sequencing of a cancer sample of that individual, with the expected value of $\eta$ conditioned on the event that cancer appeared during the time interval $[a - c, a]$ (see Supplementary Methods for the choice of $c$) $\eta^{exp}(a) = \mathbb{E}(\eta | a - c \leqslant T_n \leqslant a)$. Assuming for simplicity that the driver hitting times satisfy $T_i = \frac{i}{n} T_n$, it follows from the expression of $\eta$ that $\eta^{exp}(a)$ is given by (2), where

$$a_n^* = \mathbb{E}(T_n | a - c \leqslant T_n \leqslant a). \tag{13}$$

For cancers with a negligible risk of any driver mutation appearing before birth, the probability distribution of the cancer occurrence time $T_n$ is given by (4). In this case

$$a_n^* = \beta^{-\frac{1}{n}} \frac{\gamma(1 + \frac{1}{n}; \beta(a - c)^n, \beta a^n)}{\gamma(1; \beta(a - c)^n, \beta a^n)}, \tag{14}$$

with $\beta := c_n N u^n b^n$ and $\gamma(z; a, b) := \int_a^b t^{z-1} e^{-t} dt$. Parameter $\beta$ can be deduced from epidemiological data, for instance from the proportion of the population that gets cancer by age 80 (Table 1): $\beta = -\ln(1 - q)/80^n$. Moreover, if $s$ is the fitness advantage of a $S$ mutation and if $k$ out of the first $i$ driver hits are of type $S$, then $b^{(i)} = (1 + s)^k b$. From the final value $b^{(n)}$, which corresponds to the division rate in tumors and which can be estimated (Table 1), we deduce $s$ by averaging over the different scenarios of occurrences of $S$ mutations among the $n$ drivers (see Supplementary Methods for more details), which finally leads to an explicit expression of $\eta^{exp}(a)$.

## Observed number of mutations

We downloaded somatic exomic mutational data from the TCGA Bioportal (https://portal.gdc.cancer.gov) and whole-genome sequencing data from the ICGC database (https://dcc.icgc.org/releases/PCAWG). Only ICGC datasets that were not present in the TCGA database were used. The total number of mutations across the exome was inferred by adding all the point mutations (divided by 100 in the case of whole-genome sequencing). This number then provided the

input for the analysis presented in Figs. 1–2, Table 1, and Supplementary Fig. S2–S3, for patients for which the age was specified. Source data including the patient ID are provided with this paper.

### Reporting summary
Further information on research design is available in the Nature Portfolio Reporting Summary linked to this article.

## Data availability
The results published here are based on data generated by The Cancer Genome Atlas Research Network (https://www.cancer.gov/tcga) and the International Cancer Genome Consortium (https://dcc.icgc.org). There are no restrictions on access to these data, which all are publicly available. The data generated for this study ("expected number of mutations" in Figs. 1–2, Table 1, and Supplementary Figs. S2–S3) are obtained by the direct application of formula (2). Source data are provided with this paper.

## Code availability
A code implementing formula (2) in the Wolfram Language is provided as Supplementary Software. The analysis leading to Fig. 4 has been performed with the software R (version 4.1.2) and is fully described in the Supplementary Methods.

## References

1. Luria, S. E. & Delbrück, M. Mutations of bacteria from virus sensitivity to virus resistance. *Genetics* **28**, 491–511 (1943).
2. Charles, D. R. & Luce-Clausen, E. M. The kinetics of papilloma formation in benzpyrene-treated mice. *Cancer Res.* **2**, 261–263 (1942).
3. Nordling, C. O. A new theory on cancer-inducing mechanism. *Br. J. Cancer* **7**, 68–72 (1953).
4. Armitage, P. & Doll, R. The age distribution of cancer and a multistage theory of carcinogenesis. *Br. J. Cancer* **8**, 1–12 (1954).
5. Tomasetti, C., Vogelstein, B. & Parmigiani, G. Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation. *PNAS* **110**, 1999–2004 (2013).
6. Tomasetti, C. & Vogelstein, B. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. *Science* **347**, 78–81 (2015).
7. Tomasetti, C., Li, L. & Vogelstein, B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. *Science* **355**, 1330–1334 (2017).
8. Tomasetti, C. Mutated clones are the new normal. *Science* **364**, 938–939 (2019).
9. Tomasetti, C. et al. Cell division rates decrease with age, providing a potential explanation for the age-dependent deceleration in cancer incidence. *PNAS* **116**, 20482–20488 (2019).
10. Lahouel, K. et al. Revisiting the tumorigenesis timeline with a data-driven generative model. *PNAS* **117**, 857–864 (2020).
11. Afsari, B. et al. Supervised mutational signatures for obesity and other tissue-specific etiological factors in cancer. *eLife* **10**, e61082 (2021).
12. Saini, N. et al. The impact of environmental and endogenous damage on somatic mutation load in human skin fibroblasts. *PLoS Genet.* **12**, e1006385 (2016).
13. Tomasetti, C. et al. Role of stem-cell divisions in cancer risk. *Nature* **548**, E13–E14 (2017).
14. Tubbs, A. & Nussenzweig, A. Endogenous DNA damage as a source of genomic instability in cancer. *Cell* **168**, 644–656 (2017).
15. Yizhak, K. et al. RNA sequence analysis reveals macroscopic somatic clonal expansion across normal tissues. *Science* **364**, eaaw0726 (2019).
16. Yokoyama, A. et al. Age-related remodelling of oesophageal epithelia by mutated cancer drivers. *Nature* **565**, 312–317 (2019).
17. Alexandrov, L. B. et al. The repertoire of mutational signatures in human cancer. *Nature* **578**, 94–101 (2020).
18. Alexandrov, L. B. et al. Mutational signatures associated with tobacco smoking in human cancer. *Science* **354**, 618–622 (2016).
19. Saini, N. et al. UV-exposure, endogenous DNA damage, and DNA replication errors shape the spectra of genome changes in human skin. *PLOS Genet.* **17**, e1009302 (2021).
20. Song, M., Vogelstein, B., Giovannucci, E. L., Willett, W. C. & Tomasetti, C. Cancer prevention: molecular and epidemiologic consensus. *Science* **361**, 1317–1318 (2018).
21. Tomasetti, C., Marchionni, L., Nowak, M. A., Parmigiani, G. & Vogelstein, B. Only three driver gene mutations are required for the development of lung and colorectal cancers. *PNAS* **112**, 118–123 (2015).
22. Iranzo, J., Martincorena, I. & Koonin, E. V. Cancer-mutation network and the number and specificity of driver mutations. *PNAS* **115**, E6010–E6019 (2018).
23. Frank, S. A. Dynamics of cancer: incidence, inheritance, and evolution. (Princeton University Press, 2007).
24. Peto, R. & Lee, P. Weibull distributions for continuous-carcinogenesis experiments. *Biometrics* **29**, 457–470 (1973).
25. Watson, G. S. Age incidence curves for cancer. *PNAS* **74**, 1341–1342 (1977).
26. Zhu, H. P. et al. Application of Weibull model for survival of patients with gastric cancer. *BMC Gastroenterol.* **11**, 1 (2011).
27. Nadler, D. L. & Zurbenko, I. G. Estimating cancer latency times using a Weibull model. *Adv. Epidemiol.* **2014**, 1–8 (2014).
28. Nicoloso, D., Zhang, C., Kratochvil, D. & Snedecor, S. J. Use of the Weibull proportional hazards model to estimate OS and PFS in 9 blood cancer indications: validation and violation. *Value Health* **21**, S222 (2018).
29. Robinson, P. S. et al. Increased somatic mutation burdens in normal human cells due to defective DNA polymerases. *Nat. Genet.* **53**, 1434–1442 (2021).
30. Abascal, F. et al. Somatic mutation landscapes at single-molecule resolution. *Nature* **593**, 405–410 (2021).
31. Arley, N. & Iversen, S. On the mechanism of experimental carcinogenesis. *Acta Pathol. Microbiol. Scand.* **31**, 164–171 (1952).
32. Armitage, P. & Doll, R. A two-stage theory of carcinogenesis in relation to the age distribution of human cancer. *Br. J. Cancer* **11**, 161–169 (1957).
33. Moolgavkar, S. H. & Venzon, D. J. Two-event models for carcinogenesis: incidence curves for childhood and adult tumors. *Math. Biosci.* **47**, 55–77 (1979).
34. Heidenreich, W. F. & Paretzke, H. G. The two-stage clonal expansion model as an example of a biologically based model of radiation-induced cancer. *Radiat. Res.* **156**, 678–681 (2001).
35. Durrett, R. & Moseley, S. Evolution of resistance and progression to disease during clonal expansion of cancer. *Theor. Popul. Biol.* **77**, 42–48 (2010).

## Acknowledgements
We thank Isaac Kohane for useful comments and suggestions. We thank the John Templeton Foundation (#61471, C.T.) and The Robert & Lynda Carter Altman Family Foundation Research Fund (S.P. & C.T.) for providing funding for this research.

## Author contributions
C.T. conception; S.P., A.L., and C.T. research design and mathematical modeling; S.P. and C.T. data analysis; S.P., A.L., and C.T. writing of the manuscript.

## Competing interests
The authors declare the following competing interests: under a license agreement between Exact Sciences Corp. and Johns Hopkins University,

C.T. is entitled to royalty distributions. C.T. is a member of the Scientific Advisory Board of PrognomiQ, Inc. C.T. is also a paid consultant to Bayer AG. These arrangements have been reviewed and approved by Johns Hopkins University in accordance with its conflict of interest policies. S.P. and A.L. declare no competing interests.

## Additional information

**Supplementary information** The online version contains supplementary material available at
https://doi.org/10.1038/s41467-022-34760-1.

**Correspondence** and requests for materials should be addressed to Cristian Tomasetti.

**Peer review information** *Nature Communications* thanks Alexander Anderson and the other anonymous reviewer(s) for their contribution to the peer review of this work. Peer reviewer reports are available.

**Reprints and permissions information** is available at
http://www.nature.com/reprints

**Publisher's note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

**Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons license, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons license and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this license, visit http://creativecommons.org/licenses/by/4.0/.

© The Author(s) 2022

# SUPPLEMENTARY METHODS for

## Evaluating cancer etiology and risk with a mathematical model of tumor evolution

Sophie Pénisson, Amaury Lambert and Cristian Tomasetti

In this document we shall denote by

- $P(t)$ the probability for an individual to get cancer by time $t$ (or cumulative incidence rate),

- $I(t) = P'(t)$ the cancer incidence rate,

- $\lambda(t) = \frac{P'(t)}{1-P(t)}$ the cancer hazard rate,

- $\Lambda(t) = \int_0^t \lambda(s)\,ds$ the cumulative hazard function,

such that

$$P(t) = 1 - e^{-\Lambda(t)} = 1 - \frac{I(t)}{\lambda(t)}. \tag{1}$$

# S1   A review of some key previous models

## S1.1   Review

Contrary to typical descriptions, Charles and Luce-Clausen [1] were the ones to provide the first quantitative description of the multistage theory of cancer, as pointed out by Frank in [2]. They analyzed data from experiments on mice for which painting their skin with benzopyrene was associated with skin cancer. They assumed that cancer arose when both alleles of a single gene were knocked out. They reasoned that the probability of an allele being mutated in a cell after time $t$ from initial exposure could be approximated by $ut$, where $u$ is the mutation rate, i.e. the probability of that mutation occurring in a unit interval of time. They concluded that the probability of cancer by time $t$ from the exposure was then given by $P(t) = Nu^2 t^2$, where $N$ is the total number of cells exposed to the carcinogen. The power of two in that expression is due to the fact that two independent mutational events have to happen for cancer to occur. Today we call these mutations "drivers" because they drive the process of tumorigenesis.

Nordling [3] then discovered a striking relationship between age and overall cancer incidence in humans by using a log-log plot. When the logarithm of age was plotted against the logarithm of cancer incidence at that age, an approximately linear relationship appeared to hold in each of the several countries examined. This suggested that the slope of that linear relationship could enable the estimation of the number of sequential rate-limiting steps $n$ required to get to cancer. The idea behind is simple. By taking the derivative with respect to $t$ of $P(t) = Nu^n t^n$ and then taking its logarithm yields $\ln I(t) = (n-1)\ln t + \ln(nu^n N)$. Thus, by estimating the slope $n-1$ of the linear relationship between cancer incidence $I(t)$ and age $t$ in a log-log plot, we can estimate $n$. Nordling estimated $n = 7$, when combining the incidence of all cancer types together.

Inspired by Arley and Iversen [4], Armitage and Doll [5] made the insights of Nordling more precise by formulating the well-known multi-stage model of cancer incidence. They modeled the time $X_{i+1}$ it takes to go from the arrival (or "hit") of the $i$-th cancer-driving mutation to the subsequent $i+1$-th hit, as an exponential random variable with (mutation) rate $u_{i+1}$. This implies that the probability of that driver mutation to occur by time $t$ after the $i$-th hit is $1 - e^{-u_{i+1}t}$, which is approximately equal to $u_{i+1}t$, given that $u_{i+1}$ is many orders of magnitude smaller than $t^{-1}$. By modeling these required driver mutations as independent events, it is relatively easy to show that their sum $X_1 + X_2 + \ldots + X_n$, a sum of exponentially distributed independent random variables, has probability density approximately equal to (for $u_i t \ll 1$):

$$I(t) = Nu_1 \ldots u_n \frac{t^{n-1}}{(n-1)!}. \tag{2}$$

An important thing to notice is that no clonal expansion was included in this model. Clonal expansions, however, are critical for tumorigenesis and there is much evidence for clones of intermediate cells

1

(i.e. containing at least one driver mutation but not all the required ones for cancer) expanding into benign tumoral masses, like nodules found in the lungs or polyps in the colon. So while Armitage and Doll did not consider this important dynamics in [5], that changed in their 1957 model [6]. There, a new two-stage model assumed that after the first mutational hit, cells in this intermediate stage would grow exponentially until one of them would be hit by the second and final required driver mutation, yielding cancer. In that model, the incidence of cancer at time $t$ from the initial exposure is given, for some constant $\kappa$, by:

$$I(t) = Nu_1 \left(1 - e^{-\frac{u_2}{\kappa}\left(e^{\kappa t} - 1\right)}\right). \tag{3}$$

The next step in the modeling of carcinogenesis was to include the different modes of stem cell divisions, as well as a death rate. The first well-known model of carcinogenesis to do this was the two-step clonal expansion model (TSCE) by Moolgavkar and Venzon [7], and the subsequent work by Moolgavkar with Knudson and Luebeck ([8], [9]). In the TSCE model, symmetric cell division with rate $\alpha$, cell differentiation or death with rate $\beta$, and asymmetric transformation with rate $u_2$, of intermediate cells yields that the hazard rate can be expressed analytically as (see also Heidenreich and Paretzke [10]):

$$\lambda(t) = \frac{Nu_1 u_2 \left(e^{(\gamma+2q)t} - 1\right)}{q\left(e^{(\gamma+2q)t} + 1\right) + \gamma}, \tag{4}$$

where $\gamma = \alpha - \beta - u_2$, and $q = \left(-\gamma + \sqrt{\gamma^2 + 4\alpha u_2}\right)/2$.

Finally, notable work was later produced especially by the group led by Nowak with Frank, Komorova, Michor, and Iwasa, as well as in work by Kimmel, and others. We choose to focus here on what we consider the most rigorous and complete model from a mathematical standpoint, specifically the work of Durrett and colleagues, who used branching processes and martingales. We will consider here specifically the model from Durrett and Moseley [11]. While this model has the limitation that it starts with the clonal expansion after the first hit, it is easy to approximate the general case as follows. Let $\lambda_i = b_i - d_i$ be the growth rate of type-$i$ cells, $1 \leqslant i \leqslant n$, where $b_i$ and $d_i$ are the division and death rate of type-$i$ cells, which mutate at rate $u_{i+1}$ to cells of type $i+1$. Here, type $n$ are cancer cells, while cells of type 0 are normal wild-type cells, and cells of type $1 \leqslant i \leqslant n-1$ are tumor cells at a non-cancerous intermediate stage. For each stem cell $1 \leqslant j \leqslant N$, let $T^{(j)}$ the waiting time for the first type-$n$ cell in its lineage, assuming that $n$ driver gene mutations are required. Assuming that the $N$ stem cells have independent lines of descent, the probability to get cancer by time $t$ is $P(t) = \mathbb{P}\left(\min_{j=1...N} T^{(j)} \leqslant t\right) = 1 - (1 - F(t))^N$, where $F$ is the cumulative distribution function of the random variable $T_0 + \tau_n$, with $T_0$ the waiting time to the first mutation in one healthy stem lineage (assumed to be exponentially distributed with parameter $u_1$), and $\tau_n$ the waiting time to the first type-$n$ cell *after* the first mutation, as derived in [11]. Then $F(t) = \int_0^t u_1 e^{-u_1 s}\left(1 - \mathbb{P}\left(\tau_n > t - s\right)\right) ds$. Assuming that the approximations used in [11] can be applied here,

$$F(t) = \int_0^t \frac{u_1 e^{-u_1 s}\alpha\beta e^{\lambda_1(t-s)}}{1 + \alpha\beta e^{\lambda_1(t-s)}} ds,$$

where $\alpha = \prod_{i=2}^n u_i^{\lambda_1/\lambda_{i-1}}$ and

$$\beta = \frac{b_1}{\lambda_1 \lambda_{n-1}^{\lambda_1/\lambda_{n-1}}} \prod_{i=2}^{n-1} \left[\frac{\Gamma\left(1 - \lambda_1/\lambda_i\right)\Gamma\left(1 + \lambda_1/\lambda_i\right) b_i^{\lambda_1/\lambda_{i-1}}}{\lambda_{i-1}\lambda_i^{\lambda_1/\lambda_{i-1}}}\right]^{\lambda_1/\lambda_{i-1}}.$$

Since the cancer risk $P(t)$ is at most of the order of $10^{-1}$, $F(t)$ is at most of the order of $\frac{1}{N}10^{-1}$. This implies that $|P(t) - NF(t)| \leqslant \frac{1}{2}(NF(t))^2 \ll P(t)$ and we can make the approximation $P(t) = NF(t)$. Using the inequalities $1 - x \leqslant (1+x)^{-1} \leqslant 1$ and $1 - x \leqslant e^{-x} \leqslant 1$ we obtain the following bounds

$$u_1\alpha\beta \int_0^t (1 - u_1 s)\left(1 - \alpha\beta e^{\lambda_1(t-s)}\right) e^{\lambda_1(t-s)} ds \leqslant F(t) \leqslant u_1\alpha\beta \int_0^t e^{\lambda_1(t-s)} ds.$$

The upper bound is $\frac{u_1\alpha\beta\left(e^{\lambda_1 t} - 1\right)}{\lambda_1}$, and the lower bound can be written

$$\frac{u_1\alpha\beta\left(e^{\lambda_1 t} - 1\right)}{\lambda_1}\left(1 - \frac{2\alpha\beta\lambda_1\left(e^{2\lambda_1 t} + tu_1 - 1\right) + u_1\left(e^{\lambda_1 t} - 1\right)\left(4 - \alpha\beta\left(1 + e^{\lambda_1 t}\right)\right) - 4u_1\lambda_1 t}{4\lambda_1}\right).$$

Since $u_1, \alpha, \beta \ll 1$, the term in the brackets is approximately 1, leading to the following approximation for the cancer risk

$$P(t) = Nu_1\alpha\beta \frac{e^{\lambda_1 t} - 1}{\lambda_1}. \tag{5}$$

2

## S1.2   Consistent conclusions

Note that since $P(t)$ is small (at most 13% for the most common cancer), the difference between $I(t)$ and $\lambda(t)$ (resp. between $P(t)$ and $\Lambda(t)$) is very small. Considering (2)-(5), we can conclude from all these key models as well as from our complete mathematical model for which the cancer risk is approximately $P(t) = \kappa N u^n t^n$ (formula (3) in the main text) the following properties:

- cancer incidence is a linear function of $N$, the population of cells at risk: multiplying $N$ by a factor $c$ will yield an incidence equal to $cI(t)$,

- cancer incidence is a non-linear function of $t$, the age of the individual; it is instead an exponential function or a power law,

- cancer incidence is a non-linear function of the successive mutation rates $u_1, \ldots, u_n$. However, assuming that each $u_i$ is proportional to the individual mutation rate $u$, we conclude that the incidence is a power function of $u$, namely $u^n$ where $n$ is the number of stages or driver gene mutation hits. It ensues that multiplying $u$ by a factor $c$, say because of an external factor, will yield an incidence equal to $c^n I(t)$. As a consequence, the ratio between the incidence curves of two groups of individuals, exposed $(E)$ and unexposed $(U)$ to a carcinogen, where group $E$ has a mutation rate $c$ times higher than $U$, will be given by

$$\frac{I_E(t)}{I_U(t)} = c^n.$$

# S2   An analytical mechanistic model of tumor evolution

Our model relies on the analysis of three phenomena: the cell populations dynamics (Sections S2.1-S2.2), the appearance of driver mutations in these populations (Section S2.3), and the different effects of each mutation on the dynamics depending on the affected biological pathway (Section S2.4).

## S2.1   Tissue stem cell population dynamics

Let $N$ be the maximum number of stem cells that the tissue can sustain. The only assumption we make is that the stem cell population size $N_t$ starts at conception time $-a_0$, and grows deterministically to size $N$ (in finite time or asymptotically). As an example, we can assume that the deterministic process $N_t$ consists of three phases, growing from 0 to $\delta N$ during $\psi_0 = [-a_0, 0)$ (from conception to birth), from $\delta N$ to $N$ during $\psi_1 = [0, A)$ (youth), and having constant size $N$ during $\psi_2 = [A, +\infty)$ (adulthood), where $A$ and $\delta$ can be adjusted according to the tissue:

$$N_t = \begin{cases} a_0^{-1}\delta N t + \delta N, & t \in \psi_0, \\ A^{-1}(1-\delta)Nt + \delta N, & t \in \psi_1, \\ N, & t \in \psi_2. \end{cases} \tag{6}$$

We may choose for instance $a_0 = 9$ months, $A = 15$ years and $\delta = 0.2$.

To account for the fact that the rates of the various cell division types (Fig. 5a) differ greatly depending on the tissue development phase, we assume that the proliferation rate $b$ and asymmetric division probability $p$ are time-dependent, which will in particular have an incidence on the mutation appearance rate (see Section S2.3). We can assume for instance that the rates are constant during each development phase:

$$b(t) = b_i, \ p(t) = p_i, \quad t \in \psi_i, \tag{7}$$

with the asymmetric division rate kept constant across all phases, namely $b_i p_i =: \sigma$ for each $i$.

*Remark.* The values of $p_i$, $b_i$ can be obtained as follows. Clearly, since $b_i p_i = \sigma$ is known, it is enough to compute $(1-p_i)b_i$. If one assumes that the tissue reaches size $\delta N$ at birth, this means that $\ln(\delta N)/\ln 2$ self-renewal divisions occur during phase $\psi_1$, leading to $b_0(1-p_0) = \ln(\delta N)/a_0 \ln 2$. Similarly, growing from $\delta N$ to $N$ during $\psi_1$ while compensating for stem cell deaths implies that $b_1(1-p_1) = -\ln\delta/A\ln 2 + d$, where $d$ is the death rate. Finally, during the homeostatic phase $\psi_2$ we can assume that self-renewal divisions compensate death, that is $b_2(1-p_2) = d$.

3

## S2.2   Clonal stem cell population dynamics

We describe the evolution of any clonal population carrying a new driver mutation as follows (see Fig. 5b for a graphical summary). Note that all parameters mentioned hereafter might depend on the genotype of the clonal population, which is omitted in the notation for now. First, we assume that the clone has a certain carrying capacity $C$ and that it starts with one single cell. Second, we assume that each stem cell renews itself at rate $(1-p)b$, asymmetrically differentiates at rate $pb$, symmetrically differentiates at rate $d^s$, or dies at rate $d$ (Fig. 5a). We assume that the cell lineages initially evolve independently of each other, namely that the population grows like a branching process, until it eventually reaches a "survival" size $\varepsilon C$ at some random time $\tau$ (potentially infinite in case of extinction). By survival size we mean a size large enough such that it approximately ensures the survival of the population. The choice of $\varepsilon$ is discussed in Section S2.5. According to the previous assumptions, its size initially follows a linear birth-and-death process with birth rate $(1-p)b$ and death rate $d^s+d$, hence with growth rate

$$r = (1-p)b - (d^s + d). \tag{8}$$

Once the clone has reached size $\varepsilon C$, we assume that its growth is deterministic and follows a logistic equation with carrying capacity $C$ and growth rate (8). This is justified by the fact that for large populations the demographic stochasticity becomes negligible, hence it is reasonable to approximate a large population of size $X_t$ by the solution to the logistic differential equation $\frac{dX_t}{dt} = r(1 - \frac{X_t}{C})X_t$, where $r(1 - \frac{X_t}{C})$ corresponds to the net increase rate per cell and per time unit in this population. Indeed, in order to take into account natural death as well as competition induced by the limited resources, we assume that the death rate per cell and per time unit is $d^s + d + r\frac{X_t}{C}$. Subtracting this death rate to the birth rate $(1-p)b$, we obtain the announced net increase rate per cell and per time unit. The overall growth of the clone at any time $t$ is consequently given by

$$\begin{cases} X_t = \text{ birth-and-death process starting with one cell,} \quad 0 \leqslant t \leqslant \tau, \\ X_t = \dfrac{\varepsilon C e^{r(t-\tau)}}{1 + \varepsilon \left( e^{r(t-\tau)} - 1 \right)}, \quad t \geqslant \tau. \end{cases}$$

An illustration of different population trajectories is given by Fig. 5b.

**Some useful approximations**

- Choosing $\varepsilon$ adequately (see Section S2.5) enables to approximate the probability $\rho$ of reaching the "survival" size $\varepsilon C$ for a cell population starting with one cell by the survival probability of the birth-and-death process, namely

$$\rho = \frac{r}{(1-p)b}. \tag{9}$$

- We also use on $[0, \tau]$, when it is relevant, the approximation of the birth-and-death process by its limiting distribution in the supercritical case, deduced from branching process theory. Denoting by $\Omega_0 = \{\lim_t X_t = 0\}$ the extinction set of the process, it is known that $\lim_t e^{-rt}X_t = W$ almost surely, where $\mathbb{P}(W=0) = \mathbb{P}(\Omega_0) = \frac{d^s+d}{(1-p)b}$ and $W \mid \Omega_0^c$ is exponentially distributed with parameter $\rho$. This implies in particular that the probability of reaching size $\varepsilon C$ before time $t$ can be approximated by

$$\mathbb{P}(\tau \leqslant t) = \mathbb{P}(X_t \geqslant \varepsilon C) \approx \mathbb{P}\left( W \geqslant e^{-rt}\varepsilon C \mid \Omega_0^c \right) = e^{-\rho \varepsilon C e^{-rt}}.$$

Therefore, the latency period $\tau$ (conditional on reaching size $\varepsilon C$ in finite time) is of the order of $\frac{1}{r}\ln(\rho \varepsilon C)$. More precisely, it can be written as

$$\tau = \frac{1}{r}\left(\ln(\rho \varepsilon C) + \tilde{\tau}\right) \tag{10}$$

where $\tilde{\tau}$ is a standard Gumbel random variable, i.e. with density $\tilde{f}(t) = e^{-\left(t + e^{-t}\right)}$ on $\mathbb{R}$ and $\mathbb{E}(\tilde{\tau}) = \gamma \approx 0.58$ (Euler's constant). In particular, $\tilde{\tau}$ is negligible compared to $\ln(\rho \varepsilon C)$ if $\rho \varepsilon C$ gets large. The density of $\tau$ on $\mathbb{R}$ is immediately deduced from (10) as

$$f(t) = r\tilde{f}(rt - \ln(\rho \varepsilon C)). \tag{11}$$

We show in Section S2.5 that if $\varepsilon$ is chosen appropriately, the probability for $\tau$ to be negative is close to 0, in which case (11) can be used as a density for the positive random variable $\tau$.

4

- In Section S2.4 we will make use of the fact that the death rates $d^s$ and $d$ are often small compared to $(1-p)\,b$, leading to the fact that an increase of $(1-p)\,b$ approximately translates into an increase of $r$ of the same order of magnitude, that is for $\alpha > 0$

$$(1+\alpha)\,(1-p)\,b - (d^s + d) \approx (1+\alpha)\,r. \tag{12}$$

## S2.3   Appearance of driver mutations

Let $u$ be the driver mutation probability per cell division in a given population or subpopulation. We deduce from Section S2.2 that the driver mutation rate per cell and per time unit due to errors during asymmetric (resp. symmetric) division is $pub$ (resp. $2\,(1-p)\,ub$), hence that the driver mutation rate per cell and per time unit in a clone is equal to

$$\nu = (2-p)\,ub. \tag{13}$$

Since $p$ and $b$ in the tissue cell population are time-dependent (see Section S2.1), the driver mutation rate per cell and per time unit in the tissue population is time-dependent equal to $\nu\,(t) = (2 - p\,(t))\,ub\,(t)$. In the particular case of constant parameters $p$ and $b$ during each tissue development phase, it becomes

$$\nu\,(t) = \nu_i = (2 - p_i)\,ub_i, \quad t \in \psi_i. \tag{14}$$

The appearance rate of any driver mutation in the tissue stem cell population is thus $\nu\,(t)\,N_t$, where $N_t$ is the deterministic tissue population size (Section S2.1), while the appearance rate on a clone with initial size $\varepsilon C$ is $\nu\,(t)\,\frac{\varepsilon C e^{rt}}{1 + \varepsilon(e^{rt}-1)}$.

## S2.4   Effect of a driver mutation on the population growth and mutation parameters

Let $\mathcal{M}$ be the set of the three possible driver gene mutation types $\mathcal{M} = \{S, F, M\}$, where $S$ stands for the mutations affecting the cell survival process, $F$ for those affecting the cell fate, and $M$ for those affecting the genomic maintenance. Let us consider a driver mutation $V \in \mathcal{M}$ appearing on a cell population with a given genotype and genotype-dependent growth and mutation parameters $(b, p, u)$ (we omit here in the notation the dependence on the genotype). We assume that depending on its type, a driver mutation $V$ has a direct effect on these parameters. Moreover, if the clone carrying $V$ appears on the tissue cell population, this effect also depends on the clone appearance time, for instance on the tissue development phase $\psi_i$ at that time (see Section S2.1). The effects of $V$ on the growth and mutation parameters $b$, $p$, $u$ of the population, which in turn translate into effects on the parameters $r$ and $C$, are detailed below and summarized in Table S1. This provides in particular the multiplicative effect $\gamma_V$ of $V$ on $\nu C$, that is

$$\nu_V C_V = \gamma_V \nu C. \tag{15}$$

Note that even though only the stem cells are counted, the carrying capacity $C$ of the stem cell population should take into account the variation in the number of differentiated cells coming from the normal development or from the increase in fitness of some driver mutations. It seems indeed reasonable to assume a common competition intensity between both cell types, inversely proportional to the total carrying capacity of the clone

$$C\,(1+\lambda), \tag{16}$$

where $\lambda$ is the ratio between the differentiated cells and the stem cells carrying capacities in the clonal population.

**Effect of a $S$ mutation**   The appearance of a $S$ mutation induces an increase of the division rate, namely $b_S = (1+\alpha)\,b$, which leads to $\nu_S = (1+\alpha)\,\nu$. This increase in $b$ results in an increase of the total carrying capacity (16), which becomes $(1+\alpha)\,C_S\,(1+\lambda_S)$. Yet it does not affect the relative dynamics between the differentiated and stem cell population, hence $\lambda_S = \lambda$, leading to $C_S = (1+\alpha)\,C$. Finally, by (12), the growth rate of the subsequent clonal population is then $r_S \approx (1+\alpha)\,r$. Note that if $S$ appears on the tissue cell population and the clone reaches its survival size at time $t$, the values of $p$, $b$, $r$ and $\nu$ in what precedes are taken at time $t$.

5

**Effect of a $F$ mutation**   The appearance of a $F$ mutation induces a decrease of the asymmetric division probability, say $p_F = (1 - \beta) p$. This decrease biases the asymptotic proportions of the stem cells versus the differentiated cells, namely $\lambda_F = (1 - \beta) \lambda$. However, the total carrying capacity (16) of the clonal population remains unchanged, namely $C (1 + \lambda) = C_F (1 + \lambda_F)$, leading to

$$C_F = \left( 1 + \frac{\beta \lambda}{1 + (1 - \beta) \lambda} \right) C.$$

Finally, by (12),

$$r_F \approx \left( 1 + \beta \frac{p}{1 - p} \right) r, \quad \nu_F = \left( 1 + \beta \frac{p}{2 - p} \right) \nu.$$

Again, if $F$ appears on the tissue cell population and the clone reaches its survival size at time $t$, the values of $p$, $b$, $r$ and $\nu$ are taken at time $t$.

**Effect of a $M$ mutation**   The appearance of a $M$ mutation induces an increase of the mutation probability, namely $u_M = (1 + \delta) u$. The carrying capacity thus remains unchanged, $C_M = C$, and $\nu_M = (1 + \delta) \nu$. If $M$ appears on the tissue cell population and the clone reaches its survival size at time $t$, the values of $p$, $b$, $r$ and $\nu$ are taken at time $t$.

| growth and mutation parameters of the $V$-population | | mutation type | | |
|---|---|---|---|---|
| | | $V = S$ | $V = F$ | $V = M$ |
| birth rate | $b_V$ | $(1 + \alpha) b$ | $b$ | $b$ |
| asymmetric division prob. | $p_V$ | $p$ | $(1 - \beta) p$ | $p$ |
| mutation prob. | $u_V$ | $u$ | $u$ | $(1 + \delta) u$ |
| growth rate | $r_V$ | $(1 + \alpha) r$ | $\left( 1 + \beta \frac{p}{1-p} \right) r$ | $r$ |
| carrying capacity | $C_V$ | $(1 + \alpha) C$ | $\left( 1 + \frac{\beta \lambda}{1+(1-\beta)\lambda} \right) C$ | $C$ |
| mutation appearance rate | $\nu_V$ | $(1 + \alpha) \nu$ | $\left( 1 + \beta \frac{p}{2-p} \right) \nu$ | $(1 + \delta) \nu$ |
| multiplicative effect on $\nu C$ | $\gamma_V$ | $(1 + \alpha)^2$ | $\left( 1 + \beta \frac{p}{2-p} \right) \left( 1 + \frac{\beta \lambda}{1+(1-\beta)\lambda} \right)$ | $1 + \delta$ |

Table S1: **Effect of a driver mutation $V \in \{S, F, M\}$** on a cell population with parameters $b$, $p$, $u$. If the mutation appears on the tissue cell population, the parameters $b$, $p$, $r$, $\nu$ are taken at the time when the clone carrying $V$ reaches a "survival" size.

## S2.5   Choice of the threshold in the analytical model

The constant $\varepsilon$ introduced in Section S2.2 should be chosen in such a way that:

(i) The survival probability of the birth-and-death process is close to the probability of reaching size $\varepsilon C$. Using the strong convergence $\lim_t e^{-rt} X_t = W$ exposed in Section S2.2, the fact that $X_t$ conditionally on $\Omega_0$ behaves like a subcritical birth-and-death process $\tilde{X}_t$ with birth rate $d + d^s$ and death rate $(1 - p) b$, and Doob's martingale inequality applied to the martingale $e^{rt} \tilde{X}_t$, we obtain

$$\mathbb{P} \left( \exists t : X_t > \varepsilon C \right) = \frac{d^s + d}{(1 - p) b} \mathbb{P} \left( \exists t : X_t > \varepsilon C \mid \Omega_0 \right) + \rho \mathbb{P} \left( \exists t : X_t > \varepsilon C \mid \Omega_0^c \right)$$

$$= \frac{d^s + d}{(1 - p) b} \mathbb{P} \left( \exists t : \tilde{X}_t > \varepsilon C \right) + \rho$$

$$\leqslant \mathbb{P} \left( \exists t : \tilde{X}_t > \varepsilon C \right) + \rho$$

$$\leqslant \lim_n \mathbb{P} \left( \max_{t \in [0, n]} e^{rt} \tilde{X}_t \geqslant \varepsilon C \right) + \rho$$

$$\leqslant \lim_n \frac{\mathbb{E} \left( e^{rn} \tilde{X}_n \right)}{\varepsilon C} + \rho$$

$$= \frac{1}{\varepsilon C} + \rho.$$

Hence for $\varepsilon C$ large enough ($\varepsilon C \gg \rho^{-1}$), this probability is close to the survival probability $\rho$, which justifies approximation (9).

(ii) The approximation of $X_t$ by $e^{rt}W$ remains valid when $X_t$ becomes close to $\varepsilon C$, which requires $W$ to have negligible probability to be larger than $\varepsilon C$. We have $\mathbb{P}(W \geqslant \varepsilon C \mid \Omega_0^c) = e^{-\rho \varepsilon C}$. For $\varepsilon C$ large enough ($\varepsilon C \gg \rho^{-1}$), this probability is close to 0, which justifies approximation (11) for the probability density function of the latency period $\tau$.

(iii) It is reasonable to assume that no mutation occurs during the time-interval $[0, \tau]$. Indeed, deducing from (10) $\mathbb{E}(\tau) = \frac{1}{r}(\ln(\rho \varepsilon C) + \gamma)$, we obtain by Jensen's inequality

$$\mathbb{P}(\text{mutation during } [0, \tau]) = \mathbb{E}\left[\mathbb{P}\left(\text{mutation during } [0, \tau] \mid (X_t)_{t \in [0, \tau]}\right)\right]$$
$$= 1 - \mathbb{E}\left(e^{-\nu \int_0^\tau X_t dt}\right)$$
$$\leqslant 1 - \mathbb{E}\left(e^{-\nu \varepsilon C \tau}\right)$$
$$\leqslant 1 - e^{-\nu \varepsilon C \mathbb{E}(\tau)}$$
$$= 1 - e^{-\frac{(2-p)u \varepsilon C}{(1-p)\rho}(\ln(\rho \varepsilon C) + \gamma)},$$

which for $\varepsilon C$ small enough ($\varepsilon C (\ln(\rho \varepsilon C) + \gamma) \ll \frac{(1-p)\rho}{(2-p)u}$) is close to 0 (or even negative).

For instance, for clonal populations for which the death rate $d+d_s$ is small compared to the birth rate $(1-p)b$, say $d+d_s \leqslant 0.1(1-p)b$ (implying $\rho \in [0.9, 1]$), for which the driver mutation rate $u$ is smaller than $10^{-6}$, and the asymmetric division probability $p$ is smaller than 0.95 (which are all reasonable assumptions, see end of Section S3.2), then choosing $\varepsilon C = 10^2$ ensures that the previous approximations hold true with an error bound of the order of $10^{-2}$, namely

$$|\mathbb{P}(\exists t : X_t > \varepsilon C) - \rho| \leqslant 10^{-2},$$
$$\mathbb{P}(W \geqslant \varepsilon C \mid \Omega_0^c) \leqslant 10^{-2},$$
$$\mathbb{P}(\text{mutation during } [0, \tau]) \leqslant 10^{-2}.$$

# S3   The timing of cancer

## S3.1   Analytical expression of cancer risk

For a given tissue, let $\mathcal{C}$ be the set of the associated "cancer" genotypes. For example, $\mathcal{C}$ can be the set of genotypes carrying at least $n$ driver mutations for some fixed integer $n$, of which at least one is $S$-type and one is $F$-type. We assume that an individual gets a given cancer once it develops a clone with genotype $G \in \mathcal{C}$ of non-negligible size, i.e. of size $\varepsilon C_G$ (Fig. S1).



Figure S1: **Accumulation of three driver gene mutations**. The tissue gets cancer at time $T_3$.

The cancer risk $P(t)$ of an individual with a mutation-free genotype at conception, namely its probability to get cancer before age $t$, can be expressed iteratively thanks to the following quantity. For any

genotype $G$ carrying at least one driver mutation, we define $P_G(t)$ as the probability for a $G$-clone of size $\varepsilon C_G$ to lead to cancer in less than $t$ time units. Assuming independence of the clonal populations, we deduce from point process theory that $P_G(t) = 1$ if $G \in \mathcal{C}$, while if $G \notin \mathcal{C}$,

$$P_G(t) = 1 - \exp\left(-\sum_{V \in \mathcal{M}} \int_0^t \int_0^s \nu_G X_v^G \pi_{GV} \rho_{GV} f_{GV}(s-v) P_{GV}(t-s)\, dv ds\right). \tag{17}$$

The variable $v$ corresponds to the appearance time of an additional mutation $V$ in the $G$-population, and $s \geqslant v$ to the time at which the $GV$-clone reaches size $\varepsilon C_{GV}$. The exponential term in (17) is then the probability that no such mutation leading to cancer in less than $t - s$ units occurs. More precisely,

- $\nu_G$ is the appearance rate per cell per time unit (13) of a driver mutation in the $G$-population with deterministic size $X_t^G = \frac{\varepsilon C_G e^{r_G t}}{1 + \varepsilon(e^{r_G t} - 1)}$, $t \geqslant 0$.

- for any $V \in \mathcal{M}$, $\pi_{GV}$ is the probability that a driver mutation appearing in the $G$-population is of type $V$ (with $\pi_{GS} + \pi_{GF} + \pi_{GM} = 1$),

- $\rho_{GV}$ is the probability (9) for a $GV$-clone of reaching size $\varepsilon C_{GV}$,

- $f_{GV}$ is the latency period distribution (11) to reach this size, conditional on reaching it in finite time,

- and $P_{GV}(s)$ is by definition the probability for a $GV$-clone with initial size $\varepsilon C_{GV}$ to lead to cancer in less than $s$ time units, which can in turn be computed thanks to (17).

The growth and mutation parameters of the $GV$-clone needed to compute (9), (11) and iterate (17) depend on the genotype $G$ and on the type of the mutation $V$, as described in Table S1.

The cancer risk $P(t)$ is then computed in a similar manner by considering the appearance of clones in the tissue population. The only difference is that time starts at conception $-a_0$ and that the mutation rate in the tissue population is time-dependent. In addition, the parameters required to compute the survival probability and cancer risk of a newly arising clonal population depend on the appearance time of this clone, more precisely on the time when it reaches a survival size. Assuming for instance constant division rates on each development phase $\psi_i$ of the tissue as described in Section S2.1, we obtain for any $t \geqslant -a_0$,

$$P(t) = 1 - \exp\left(-\sum_{V \in \mathcal{M}} \sum_{i=0}^{2} \int_{\psi_i} \int_{-a_0}^{s} \nu_i N_v \pi_V \rho_V^i f_V^i(s-v) P_V^i(t-s) \mathbf{1}_{s \leqslant t}\, dv ds\right),$$

where $\nu_i$ is given by (14) , $N_v$ is the deterministic tissue population size (Section S2.1), and $\rho_V^i$, $f_V^i$, $P_V^i$ depend on parameters $p_V^i, b_V^i, \ldots$ which correspond to the effects of mutation $V$ on the tissue population parameters $p_i, b_i, \ldots$ during phase $\psi_i$, described in Section S2.4. Note that in particular the cumulative cancer hazard function defined in (1) is given by

$$\Lambda(t) = \sum_{V \in \mathcal{M}} \sum_{i=0}^{2} \int_{\psi_i} \int_{-a_0}^{s} \nu_i N_v \pi_V \rho_V^i f_V^i(s-v) P_V^i(t-s) \mathbf{1}_{s \leqslant t}\, dv ds. \tag{18}$$

Here again, $v$ corresponds to the appearance time of a mutation $V$, and $s \geqslant v$ to the time at which the $V$-clone reaches size $\varepsilon C_V$, where we differentiate whether $s \in \psi_0$, $\psi_1$ or $\psi_2$.

## S3.2   Simplified expression of the cancer time distribution

In order to isolate the effect of $u$, $b$ and $N$ on the cancer risk $P(t)$, we make the following simplifying approximations in our model. We assume that any newly appearing mutation gives rise to a clone of size equal to its carrying capacity (i.e. with no initial random phase nor growth phase), that the tissue population grows linearly according to (6) with $\delta = 1$ (i.e. reaches its full size $N$ at birth), and that the mutation division rate is constant across youth and adulthood $\nu_1 = \nu_2 = \nu = (2-p)\, ub$, while $\nu_0 = (2-p_0)\, ub_0$ between conception and birth (7). We know from (15) that for any genotype $G = V_1 \cdots V_k$ for which the first mutation $V_1$ appears before birth, $\nu_G C_G = \gamma_{V_1} \cdots \gamma_{V_k} \nu_0 C$, while if $V_1$ appears after birth, $\nu_G C_G = \gamma_{V_1} \ldots \gamma_{V_k} \nu C$. Finally, we assume here for simplicity that the set of cancer genotypes $\mathcal{C}$ associated with the tissue consists of genotypes with exactly $n$ driver mutations, for some

fixed integer $n$. For instance, $\mathcal{C}$ can be the set of genotypes with $n = 3$ driver mutations, of which at least one is of type $S$ and one is of type $F$. We define the constant $\kappa_n$ as the sum over all possible cancer genotypes of cumulated multiplicative effects (15) of the first $n-1$ mutations, weighted by the probability of each genotype:

$$\kappa_n = \sum_{V_1 \cdots V_n \in \mathcal{C}} \gamma_{V_1}^{n-1} \gamma_{V_2}^{n-2} \ldots \gamma_{V_{n-1}} \pi_{V_1} \pi_{V_1 V_2} \ldots \pi_{V_1 \ldots V_n}. \tag{19}$$

It ensues in particular that $\kappa_n C^{n-1} \nu^{n-1}$ (resp. $\kappa_n C^{n-1} \nu_0^{n-1}$) corresponds to the average over all possible cancer genotypes $V_1 \cdots V_n$ of the product $\nu_{V_1} C_{V_1} \ldots \nu_{V_1 \ldots V_{n-1}} C_{V_1 \ldots V_{n-1}}$, if $V_1$ occurs after birth (resp. before birth). Under these assumptions we show that, approximately (see proof below),

$$\begin{aligned}
\Lambda(t) &= \kappa_n N C^{n-1} \nu_0^n \frac{1}{a_0 (n+1)!} (a_0 + t)^{n+1}, \quad -a_0 \leqslant t \leqslant 0, \\
\Lambda(t) &= \kappa_n N C^{n-1} \left( \nu_0^n \sum_{k=0}^{n-1} \frac{a_0^{n-k}}{k! (n+1-k)!} t^k + \nu^n \frac{1}{n!} t^n \right), \quad t \geqslant 0.
\end{aligned} \tag{20}$$

Note that since $\nu_0 = (2 - p_0) u b_0$ and $\nu = (2 - p) u b$ this implies in particular that for $t \geqslant 0$ the cumulative hazard is of the form

$$\Lambda(t) = N u^n \left( b_0^n \sum_{k=0}^{n-1} c_k t^k + b^n c_n t^n \right),$$

where the coefficients $c_0, \ldots c_n$ do not depend on $b_0, b, u, N$.

**Weibull distribution**   Let $T_n$ denote the age at which cancer arises. According to our model, $T_n$ is a random variable with values in $[-a_0, +\infty)$ and cumulative distribution function $P(t) = 1 - e^{-\Lambda(t)}$. We define $T_n^+$ as $T_n$ conditioned on being positive, i.e. on the event $\{T_n \geqslant 0\}$ that cancer occurs after birth. Similarly, $T_n^-$ is defined as $T_n$ conditioned on the event $\{T_n \leqslant 0\}$ that cancer occurs between conception and birth.

We prove below that $T_n$ is the minimum of independent Weibull random variables. For each $k = 0 \ldots n$, let $W_k$ denote the age at which cancer arises knowing that exactly $n - k$ out of the $n$ required driver mutations occurred before birth. Note that by definition $W_0$ is negative and each $W_k$ is positive for $k \geqslant 1$. Since cancer arises before time $t$ if and only if at least one of these scenarios leads to cancer before $t$, we immediately have

$$\begin{cases}
T_n^+ \sim \min(W_1, \ldots, W_n), \\
T_n^- \sim W_0.
\end{cases}$$

The notation $\sim$ means "follows the distribution". The fact that the $W_k$ are Weibull random variables is an immediate consequence of (20). Indeed, denoting by $\mathcal{W}(\alpha, \beta)$ the Weibull distribution with cumulative distribution function $t \mapsto 1 - e^{-\beta t^\alpha}$, and defining

$$W_n \sim \mathcal{W}\left( n, \frac{\kappa_n N C^{n-1} \nu^n}{n!} \right),$$

$$W_k \sim \mathcal{W}\left( k, \frac{a_0^{n-k} \kappa_n N C^{n-1} \nu_0^n}{k! (n+1-k)!} \right), \quad 1 \leqslant k \leqslant n-1,$$

and

$$W_0 \sim \tilde{W}_0 - a_0 \mid \{\tilde{W}_0 \leqslant a_0\},$$

the translated and truncated Weibull distribution with values in $[-a_0, 0]$, where

$$\tilde{W}_0 \sim \mathcal{W}\left( n+1, \frac{\kappa_n N C^{n-1} \nu_0^n}{a_0 (n+1)!} \right),$$

we deduce from (20) that $\mathbb{P}(T_n \leqslant 0) = 1 - e^{-\kappa_n N C^{n-1} \nu_0^n a_0^n / (n+1)!}$, leading for each $t \geqslant 0$ to

$$\begin{aligned}
\mathbb{P}(T_n^+ \leqslant t) &:= \mathbb{P}(T_n \leqslant t \mid T_n \geqslant 0) = 1 - \frac{\mathbb{P}(T_n > t)}{\mathbb{P}(T_n \geqslant 0)} \\
&= 1 - e^{-\kappa_n N C^{n-1} \left( \nu_0^n \sum_{k=1}^{n-1} a_0^{n-k} t^k / k! (n+1-k)! + \nu^n t^n / n! \right)} \\
&= 1 - \mathbb{P}(W_1 > t) \ldots \mathbb{P}(W_n > t) \\
&= \mathbb{P}(\min(W_1, \ldots, W_n) \leqslant t).
\end{aligned}$$

9

Similarly, for each $-a_0 \leqslant t \leqslant 0$,

$$\mathbb{P}\left(T_n^- \leqslant t\right) = \frac{\mathbb{P}\left(T_n \leqslant t\right)}{\mathbb{P}\left(T_n \leqslant 0\right)} = \frac{1 - e^{-\kappa_n N C^{n-1} \nu_0^n (a_0+t)^{n+1}/a_0 (n+1)!}}{1 - e^{-\kappa_n N C^{n-1} \nu_0^n a_0^n/(n+1)!}}$$

$$= \frac{\mathbb{P}\left(\tilde{W}_0 - a_0 \leqslant t\right)}{\mathbb{P}\left(\tilde{W}_0 \leqslant a_0\right)} = \mathbb{P}\left(W_0 \leqslant t\right).$$

**Adult cancers**   In the particular case of cancer types for which the probability of driver mutations occurring before birth is negligible compared to the cancer risk, the cumulative hazard function (20) simplifies to

$$\Lambda\left(t\right) = \frac{1}{n!} \kappa_n N C^{n-1} \nu^n t^n, \tag{21}$$

hence with the proportionality relationship $\Lambda\left(t\right) \propto N C^{n-1} u^n b^n t^n$. The age $T_n$ at which cancer arises is in this case therefore positive and follows a Weibull distribution

$$T_n \sim \mathcal{W}\left(n, \frac{\kappa_n N C^{n-1} \nu^n}{n!}\right). \tag{22}$$

Approximation (21) can be made if the cancer risk at birth $\rho_0 := \mathbb{P}\left(T_n \leqslant 0\right)$ is small enough that

$$-\ln\left(1-\rho_0\right) \sum_{k=0}^{n-1} \binom{n+1}{k} \left(\frac{t}{a_0}\right)^k \ll \Lambda\left(t\right),$$

which can be easily verified for a known order of magnitude of the hazard function. Of course this approximation is not applicable to pediatric cancers.

**Computation of the cumulative hazard function**   Let us prove (20). Under the aforementioned assumption of two distinct phases (before and after birth), the cumulative hazard (18) becomes for any $t \geqslant -a_0$,

$$\Lambda\left(t\right) = N \sum_{V \in \mathcal{M}} \pi_V \left(\nu_0 \beta_V^0\left(t\right) + \nu \beta_V\left(t\right)\right),$$

with

$$\beta_V^0\left(t\right) = \frac{1}{a_0} \int_{-a_0}^{\min(0,t)} \left(a_0+s\right) P_V^0\left(t-s\right) ds, \quad \beta_V\left(t\right) = \int_0^{\max(0,t)} P_V\left(t-s\right) ds.$$

Here $s$ corresponds to the appearance time of a first driver mutation $V$, which under our simplifying assumption of no initial growth phase of a nodule, corresponds also to the appearance time of a $V$-clone of size $C_V$. The quantities $P_V^0\left(t-s\right)$ and $P_V\left(t-s\right)$ are the probability for a $V$-clone to lead to cancer in less than $t-s$ time units, given that mutation $V$ appears in the tissue population before or after birth, respectively (i.e. $-a_0 \leqslant s < 0$ or $s \geqslant 0$). Recall that in the first case, the growth and mutation parameters of the $V$-clone depend on $p_0$, $b_0$, while they depend on $p$, $b$ in the second case.

By definition of $\mathcal{C}$, for any genotype $G$ carrying $n$ mutations, the probability of leading to cancer is immediately given by

$$P_G\left(t\right) = \begin{cases} 1, & G \in \mathcal{C}, \\ 0, & G \notin \mathcal{C}. \end{cases} \tag{23}$$

If a genotype $G$ carries at most $n-1$ driver mutations, then under our assumptions the probability (17) becomes

$$P_G\left(t\right) = 1 - \exp\left(-\nu_G C_G \sum_{V \in \mathcal{M}} \pi_{GV} \int_0^t P_{GV}\left(t-s\right) ds\right) \tag{24}$$

In particular, (24) applied to a genotype carrying one single mutation $V$ which appears before birth corresponds to $P_V^0$, keeping in mind that in this case $\nu_V C_V = \gamma_V \nu_0 C$.

For the sake of conciseness we prove (20) for $n \in \{1, 2, 3\}$ (which corresponds to the standard numbers of drivers in the studied cancers). The case $n = 1$ is an exact computation, while the case $n \in \{2, 3\}$ relies on Taylor's expansions. The methodology remains identical for any $n \geqslant 4$.

10

- $n = 1$. By (23), for any $V \in \mathcal{M}$, $P_V = P_V^0 = \mathbf{1}_{V \in \mathcal{C}}$ (the indicator function equal to 1 if $V \in \mathcal{C}$ and 0 otherwise), leading for $t \geqslant 0$ to $\beta_V(t) = \mathbf{1}_{V \in \mathcal{C}} t$, $\beta_V^0(t) = \frac{1}{2} a_0 \mathbf{1}_{V \in \mathcal{C}}$ and consequently $\Lambda(t) = \kappa_1 N \left( \frac{1}{2} a_0 \nu_0 + \nu t \right)$ since $\kappa_1 = \sum_{V \in \mathcal{C}} \pi_V$.

  Similarly if $-a_0 \leqslant t \leqslant 0$, $\beta_V^0(t) = \frac{1}{2 a_0} (a_0 + t)^2 \mathbf{1}_{V \in \mathcal{C}}$ and $\Lambda(t) = \kappa_1 N \nu_0 \frac{1}{2 a_0} (a_0 + t)^2$.

- $n = 2$. Combining (23) -(24) and the fact that $\nu_U C_V = \gamma_V \nu C$ we know that for any $V \in \mathcal{M}$, $P_V(t) = 1 - e^{-\alpha_V \nu C t}$ and $P_V^0(t) = 1 - e^{-\alpha_V \nu_0 C t}$, where

$$\alpha_V := \gamma_V \sum_{U \in \mathcal{M}: \, VU \in \mathcal{C}} \pi_{VU}.$$

Note that $\sum_{V \in \mathcal{M}} \alpha_V \pi_V = \kappa_2$. Then, for any $t \geqslant 0$

$$\beta_V(t) = \frac{e^{-\alpha_V \nu C t} - 1 + \alpha_V \nu C t}{\alpha_V \nu C} = \frac{1}{2} \alpha_V \nu C t^2 (1 + \varepsilon_V(t)),$$

$$\beta_V^0(t) = \frac{e^{-\alpha_V \nu_0 C t} \left(1 - \alpha_V \nu_0 C a_0 - e^{-\alpha_V \nu_0 C a_0}\right) + \frac{1}{2} \left(\alpha_V \nu_0 C a_0\right)^2}{a_0 \left(\alpha_V \nu_0 C\right)^2}$$

$$= \frac{1}{6} \alpha_V \nu_0 C a_0 (a_0 + 3t) \left(1 + \varepsilon_V^0(t)\right),$$

where $|\varepsilon_V(t)|$ and $\left|\varepsilon_V^0(t)\right|$ are negligible compared to 1 as soon as $\alpha_V \nu C t \ll 1$, $\alpha_V \nu_0 C (a_0 + t) \ll 1$. It ensues that

$$\Lambda(t) = \kappa_2 N C \left(\nu_0^2 \frac{1}{6} a_0 (a_0 + 3t) + \nu^2 \frac{1}{2} t^2\right) + \varepsilon(t),$$

where if for all $V \in \mathcal{M}$ $\alpha_V \nu C t \ll 1$ and $\alpha_V \nu_0 C (a_0 + t) \ll 1$, $|\varepsilon(t)|$ is negligible compared to the first right-hand term, leading to approximation (20). Since $a_0 + t \leqslant 80$, this condition is satisfied in particular if $\gamma_V \nu C$ is at most of the order of $10^{-2}$ for all $V \in \mathcal{M}$.

We similarly obtain that for any $-a_0 \leqslant t \leqslant 0$,

$$\beta_V^0(t) = \frac{1 - \alpha_V \nu_0 C (a_0 + t) + \frac{1}{2} \left(\alpha_V \nu_0 C (a_0 + t)\right)^2 - e^{-\alpha_V \nu_0 C (a_0 + t)}}{a_0 \left(\alpha_V \nu_0 C\right)^2}$$

$$= \frac{1}{3! a_0} \alpha_V \nu_0 C (a_0 + t)^3 \left(1 + \varepsilon_V^0(t)\right),$$

hence $\Lambda(t) = \kappa_2 N C \nu_0^2 \frac{1}{3! a_0} (a_0 + t)^3 + \varepsilon(t)$.

- $n = 3$. We define for each genotype $VU$ with two driver mutations the constant

$$\alpha_{VU} := \gamma_V \gamma_U \sum_{W: \, VUW \in \mathcal{C}} \pi_{VUW}.$$

Note in particular that $\sum_V \sum_U \gamma_V \pi_V \pi_{VU} \alpha_{VU} = \kappa_3$. We deduce from (23) -(24) that for each $V \in \mathcal{M}$ and $t \geqslant 0$,

$$\beta_V(t) = \int_0^t \left(1 - e^{-\nu_V C_V \sum_{U \in \mathcal{M}} \pi_{VU} \int_0^{t-s} \left(1 - e^{-\alpha_{VU} \nu C (t-s-z)}\right) dz}\right) ds.$$

which has the form

$$\beta_V(t) = \int_0^t \left(1 - e^{-\sum_U b_U \left(s - \frac{1}{a_U} \left(1 - e^{-a_U s}\right)\right)}\right) ds,$$

where $b_U = \gamma_V \pi_{VU} \nu C$, $a_U = \alpha_{VU} \nu C$. Computing the successive derivatives of $\beta_V$ we obtain that $\beta_V(0) = \beta_V^{(1)}(0) = \beta_V^{(2)}(0) = 0$, $\beta_V^{(3)}(0) = \sum_U a_U b_U$ and

$$\left|\beta_V^{(4)}(t)\right| \leqslant \sum_U a_U^2 b_U + 3 \sum_U a_U b_U \sum_U b_U + \left(\sum_U b_U\right)^3.$$

11

It follows from Taylor's theorem that $\beta_V(t) = \frac{1}{3!}\sum_U a_U b_U t^3 (1 + \varepsilon_V(t))$ with

$$|\varepsilon_V(t)| \leqslant \frac{1}{4}\frac{\sum_U a_U^2 b_U + 3\sum_U a_U b_U \sum_U b_U + (\sum_U b_U)^3}{\sum_U a_U b_U}t$$

$$= \frac{\gamma_V \nu C}{4}\frac{\sum_U (\tilde{a}_U^2 + 3\tilde{a}_U + 1)\pi_{VU}}{\sum_U \tilde{a}_U \pi_{VU}}t,$$

where $\tilde{a}_U = \gamma_U \sum_{W:\ VUW\in\mathcal{C}} \pi_{VUW}$. Given that the multiplicative effects of $F$ and $M$ mutations on $\nu C$ are generally small compared to the effect of a $S$ mutation (namely, in Table S1, $\gamma_S \gg \gamma_F, \gamma_M$), the right-hand side of the previous inequality is of the order of $\frac{\gamma_V \nu C}{4}(\gamma_S + 3)t$. In particular, if $\gamma_V \gamma_S \nu C \leqslant 10^{-2}$ then $|\varepsilon_V(t)| \ll 1$. Coming back to the original notation, we thus have proven that

$$\beta_V(t) = \frac{1}{3!}\nu^2 C^2 \sum_U \gamma_V \pi_{VU}\alpha_V U t^3 (1 + \varepsilon_V(t)).$$

Following the same reasoning for the computation of $\beta_V^0(t)$, we obtain for $t \geqslant 0$

$$\Lambda(t) = \kappa_3 NC^2 \left(\nu_0^3 \frac{1}{4!}a_0 \left(a_0^2 + 4a_0 t + 6t^2\right) + \nu^3 \frac{1}{3!}t^3\right) + \varepsilon(t),$$

where $\varepsilon(t)$ can be neglected if, for instance, $\nu_G C_G$ is at most of the order of $10^{-2}$ for all genotypes with at most 2 driver mutations, leading to approximation (20).

Similarly, we obtain for $-a_0 \leqslant t \leqslant 0$, $\Lambda(t) = \kappa_3 NC^2 \nu_0^3 \frac{1}{4!a_0}(a_0 + t)^4 + \varepsilon(t)$.

**Parameter ranges** For the studied cancer types and any genotype $G$ with at most $n-1$ driver mutations, we assume the following orders of magnitude:

- $C_G \in [10^2, 10^4]$ stem cells. Indeed, using the common estimate of about $10^9$ cells in $1$ cm$^3$, with a ratio of $1:1000$ between stem cells and fully differentiated cells, it follows that a typical colorectal adenoma (which is usually containing 2 driver hits, e.g. APC and KRAS, and is detected at a size of the order of a few cubic millimeters) will have around $10^3$ stem cells. This number may be higher ($10^4$) due to the effect of a $F$ driver mutation on the ratio between stem cells and fully differentiated cells. We use these values across cancer types as the average size of pre-cancer tumoral masses is expected to be comparable.

- $b_0, b_G \in [10^{-2}, 10^2]$ divisions per year (Table 1).

- $u \in [10^{-10}, 10^{-7}]$ driver gene mutations per cell division. This is deduced from the following facts: $i)$ the mutation rate per nucleotide base per cell division is estimated to be $10^{-10} - 10^{-9}$ (see [12] and references therein); $ii)$ the exome is about $3 \cdot 10^7$ bases long, with a number of genes being approximately $2 \cdot 10^4 - 3 \cdot 10^4$, from which we deduce that the average coding length of a gene is 1000 bases, which would yield an average mutation rate per cell division of $10^{-6}$; $iii)$ we consider 10 to be a reasonable upper bound for the possible number of driver genes at each one of the $n$ driver events required to get cancer. In order to calculate the driver mutation rate $u$ we need to distinguish between oncogenes and tumor suppressors. For an oncogene, the number of bases ("hot spots") that are potential targets for a driver mutation is typically very few $(1-10)$, which when using 10 as the number of possible driver genes gives us a driver mutation rate of at most $10^{-9} \times 10^2 = 10^{-7}$ for oncogenes. For a tumor suppressor however, almost all of the 1000 bases are a potential target for a mutation hit, but in this case a mutation in the other allele is required; either as a point mutation which is a rare event or, more commonly, via loss of heterozygosity (LOH), whose estimates are of a rate of $10^{-5} - 10^{-2}$ ([13]). The driver mutation rate for tumor suppressors is therefore at most $10^{-9} \times 10^4 \times 10^{-2} = 10^{-7}$ mutations per cell division.

- if a genotype $G$ contains a $M$ mutation, $u_G \in [10^{-10}, 10^{-6}]$ driver gene mutations per cell division, because in the presence of a type $M$ mutation, the driver mutation rate has been observed to be even up to 10 times higher, e.g., in Lynch syndrome patients.

Given (13) we thus obtain the very broad interval $\nu_G C_G \in [10^{-11}, 10^0]$, and similarly for $\nu_G^0 C_G$. Note however that this interval is based on numerous, conservative and independent bounds that are in no cancer type reached all at once. Given the previous estimates it seems reasonable that in many

12

cases, $\nu_G C_G$ is of the order of $10^{-2}$ or less, implying that the remainders in Taylor's theorem can be neglected and that approximation (20) holds. For example, for colorectal cancer, the value of $\nu_G C_G$ would be about $2 \cdot 10^{-7} \times 10^2 \times 10^3 = 2 \cdot 10^{-2}$, unless the ratio of stem cells to fully differentiated cells changes significantly. Of course this implies that for Lynch syndrom patients, the remainder in the Taylor's expansion may possibly not be negligible. However, colorectal cancer represents an extreme scenario given its very high normal division rate. Essentially all other tissues have smaller division rates (see Table 1), going from 10 times smaller in blood, to 100 times smaller in pancreas, to a 1000 times smaller in lung and bone.

## S4   A re-analysis of the role of endogenous mutations in cancer risk

In what follows we denote by $T$ the life expectancy and $P = P(T)$ the cancer lifetime risk. Considering the most common cancer (breast cancer) and its life time risk 12.9%, it appears that for any cancer type $|P(T) - \Lambda(T)| \ll P(T)$. We thus use here the approximation $P = \Lambda(T)$ where $\Lambda$ is given by (21) (all cancer types studied in this paper have an infinitesimal risk at birth). Letting $D = bT$ be the lifetime number of divisions we thus obtain $P = \frac{1}{n!}\kappa_n NC^{n-1}(2-p)^n u^n D^n$, and therefore the proportionality relationship

$$P \propto ND^n.$$

Note that if we assume that $C$ is proportional to the full tissue size $N$ (which may be the case for some small tissues) rather than being a local constraint, the relationship becomes $P \propto (ND)^n$. From these expressions, it is clear that in [16] the carrying capacity was treated as a global constraint. In general, however, the carrying capacity is acting more at the local level.

## S5   Predicted number of mutations

The expected number of somatic mutations found in a cancer cell lineage of a patient of age $a$ is

$$\tilde{\eta} = \mu \left( D_0 + bT_1 + b^{(1)}(T_2 - T_1) + \ldots + b^{(n)}(a - T_n) \right),$$

where $D_0$ is the number of cell divisions until birth, $\mu$ is the somatic mutation probability per cell division, and $b_0$, $b$, $b^{(i)}$, the cell division rates before birth, after birth, and after $i$ driver hits. Recall that according to our classification of the driver gene mutations (Section S2.4), only $S$ mutations increase the cell division rate. Therefore, if $s$ is the fitness advantage of a $S$ mutation (i.e. such that $\gamma_S = (1+s)^2$ in Table S1) and if $k$ out of the $i$ driver hits are of type $S$, then $b^{(i)} = (1+s)^k b$. While the above formula $\tilde{\eta}$ can be applied to single cell sequencing data, in the case of bulk sequencing we only observed the mutations accumulated in the winning lineage of the first cancer cell, born at time $T_n$, as all the subsequent mutations will not be called by the sequencer. In that case the appropriate formula is:

$$\eta = \mu \left( D_0 + bT_1 + b^{(1)}(T_2 - T_1) + \ldots + b^{(n-1)}(T_n - T_{n-1}) \right). \tag{25}$$

The time between $T_n$ and $a$ is relatively small, being typically more than one order of magnitude smaller than the value of $a$. For example, while a typical value for $a$ is 65-70 years, the difference $a - T_n$ is often estimated to be less than 2-5 years. Let $c$ be an upper bound estimate for the amount of time it takes for the first cancer cell to get to detection size in that particular cancer type. In order to compare (25) with the observed number of mutations $\eta^{obs}(a)$ from sequencing data, we thus condition $\eta$ on the event $\{a - c \leqslant T_n \leqslant a\}$ and compute

$$\eta^{exp}(a) = \mathbb{E}\left(\eta \mid a - c \leqslant T_n \leqslant a\right).$$

By (22), for each $t \geqslant 0$,

$$\begin{cases} \mathbb{P}(T_n \leqslant t) = 1 - e^{-\beta t^n}, \\ \beta = \frac{1}{n!}\kappa NC^{n-1}\nu^n. \end{cases} \tag{26}$$

It ensues $\mathbb{P}(a - c \leqslant T_n \leqslant a) = e^{-\beta(a-c)^n} - e^{-\beta a^n}$ and

$$\mathbb{E}(T_n \mathbf{1}_{a-c \leqslant T_n \leqslant a}) = \beta n \int_{a-c}^{a} t^n e^{-\beta t^n} dt = \beta^{-\frac{1}{n}} \int_{\beta(a-c)^n}^{\beta a^n} z^{\frac{1}{n}} e^{-z} dz,$$

13

which using the notation $\gamma(z; a, b) := \int_a^b t^{z-1} e^{-t} dt$ leads to

$$\mathbb{E}(T_n \mid a - c \leqslant T_n \leqslant a) = \beta^{-\frac{1}{n}} \frac{\gamma\left(1 + \frac{1}{n}; \beta(a-c)^n, \beta a^n\right)}{\gamma\left(1; \beta(a-c)^n, \beta a^n\right)}. \tag{27}$$

For lack of better information on the joint distribution of $(T_1, \ldots, T_n)$ and since our goal is only to have a rough estimation of $\eta^{exp}(a)$, we assume that $T_i = \frac{i}{n} T_n$, leading to

$$\eta^{exp}(a) = \mu\left(D_0 + \frac{1}{n}\left(b + b^{(1)} + \ldots + b^{(n-1)}\right) \mathbb{E}(T_n \mid a - c \leqslant T_n \leqslant a)\right). \tag{28}$$

If $n = 1$, the formula is simply $\eta^{exp}(a) = \mu(D_0 + b\mathbb{E}(T_1 \mid a - c \leqslant T_1 \leqslant a))$. Assume $n > 1$. Note that $b^{(n)} = (1+s)^k b$ where $k$ is the (random) number of $S$ mutations among the $n$ drivers. Since $k \in \{1, 2\}$ for $n \in \{2, 3, 4\}$, we assume that we equal probability $\frac{2}{n(n+1)}$ a $S$ mutation occurs only at one given hitting time $T_i$, $i = 1, \ldots, n$, or at two hitting times $\{T_i, T_j\}$, $i \neq j$. We then obtain by averaging uniformly over the different occurrences of $S$ mutations that

$$b^{(n)} = \left(\frac{2}{n+1}(1+s) + \frac{n-1}{n+1}(1+s)^2\right) b,$$

leading to the following average fitness of a $S$ mutation

$$s = \frac{1}{n-1}\left(\sqrt{1 + (n^2 - 1)\frac{b^{(n)}}{b}} - n\right).$$

The mutation rates $b^{(i)}$ for $i < n$ are obtained similarly by averaging over the $S$ mutations occurrences, leading to

$$n = 2: \quad \left\{ b^{(1)} = \left(\frac{1}{3} + \frac{2}{3}(1+s)\right) b, \right.$$

$$n = 3: \quad \begin{cases} b^{(1)} = \left(\frac{1}{2} + \frac{1}{2}(1+s)\right) b, \\ b^{(2)} = \left(\frac{1}{6} + \frac{2}{3}(1+s) + \frac{1}{6}(1+s)^2\right) b, \end{cases}$$

$$n = 4: \quad \begin{cases} b^{(1)} = \left(\frac{3}{5} + \frac{2}{5}(1+s)\right) b, \\ b^{(2)} = \left(\frac{3}{10} + \frac{3}{5}(1+s) + \frac{1}{10}(1+s)^2\right) b, \\ b^{(3)} = \left(\frac{1}{10} + \frac{3}{5}(1+s) + \frac{3}{10}(1+s)^2\right) b. \end{cases}$$

*Remark.* The quantity $\eta^{exp}(a)$ given by (28) is approximately linear in $a$. Indeed, since the lifetime cancer risk is small, it ensues that $\beta T^n \ll 1$ hence $\beta a^n \ll 1$. Using $\gamma(z; 0, t) \overset{t \to 0}{\sim} t^z/z$ enables us to approximate (27) with

$$\mathbb{E}(T_n \mid a - c \leqslant T_n \leqslant a) \approx \frac{n}{n+1} \frac{a^{n+1} - (a-c)^{n+1}}{a^n - (a-c)^n},$$

which does not depend on $\beta$. If in addition $c$ is small compared to $a$, we can further use the linear approximation $\mathbb{E}(T_n \mid a - c \leqslant T_n \leqslant a) \approx a - \frac{c}{2}$ leading to

$$\eta^{exp}(a) = \mu\left(D_0 + \frac{1}{n}\left(b + b^{(1)} + \ldots + b^{(n-1)}\right)\left(a - \frac{c}{2}\right)\right). \tag{29}$$

**Comparison with sequencing data.** Given $n$, $D_0$, $b$ and $b^{(n)}$ in a cancer tissue, $\rho$ the proportion of the population that gets cancer by age 80 (see Table 1) obtained from epidemiological data (SEER Cancer Statistics Review, 1975-2018, https://seer.cancer.gov/csr/1975_2018/index.html), we can explicitly compute (28). Indeed, it comes from (26) that $\beta = -\ln(1-\rho)/80^n$. This enables us to compare the observed number of somatic mutations found in a cancer patient of age $a$ obtained from the TCGA database (The Cancer Genome Atlas, https://www.cancer.gov/tcga) and the ICGC (International Cancer Genome Consortium, https://dcc.icgc.org) with the expected number in the absence of $E$ and $H$ factors for the same age and cancer, given by (28). This comparison is depicted for the TCGA observations in Fig. 1b ($n = 3$) and in Fig. S3 for each single cancer type ($n = 2, 3, 4$). In each case, the values for $c$ in (28) is 5 years, and the background mutation rate is $\mu = 0.03$ somatic mutations per cell division. In addition, in order to illustrate the impact of some known environmental factors we include the effect of tobacco smoking and UV light by assuming that the actual mutation rate in lungs and skin is $4\mu$. The comparison between the observed and expected number of mutations under this assumption is plotted for the TCGA and ICGC databases in Fig. 1c-1d ($n = 3$) and Fig. S2 ($n = 2$).

14



Figure S2: **Predicted versus observed number of mutations.** Observed number of somatic mutations found in: **(a)** 3608 cancers, for 12 types of cancer (TCGA database), **(b)** 990 cancers, for 7 types of cancer (ICGC database), versus the corresponding expected number of mutations solely due to the endogenous mutational processes as predicted by our model for a cancer patient of the same age (see Table 2 for the meaning of the abbreviations). For lung cancer (LUAD) and melanoma (SKCM), we include the effect of tobacco smoking and UV light, respectively. The number of drivers for each cancer type is assumed to be $n = 2$ (see Fig. 1c-1d for $n = 3$). The grey identity line corresponds to the theoretical case "observed number of mutations" = "expected number of mutations". Source data are provided as a Source Data file.

15



Figure S3: **Predicted versus observed number of mutations as a function of age.** Observed number of somatic mutations found in cancers (blue dots) of patients of different ages from the TCGA database, compared with the expected number of mutations solely due to the endogenous mutational processes in patients of the same age, predicted by our model (orange and red lines), for 12 types of cancer (see Table 2 for the meaning of the abbreviations). The expected number of mutations is given for a number of drivers equal $n = 2$ (dotted orange line), $n = 3$ (dash-dotted orange line) and $n = 4$ (dashed orange line). The solid red line corresponds to the computation for the value of $n$ deduced from [15] and given in Section S6. Source data are provided as a Source Data file.

**Measure of the deviation of the predictions from the observations.** For a given cancer type and a given set of patients with this cancer, we measure the difference between the observations $\left\{\eta_i^{obs}(a_i)\right\}_i$ (where $\eta_i^{obs}(a_i)$ is the observed number of mutations for patient $i$ aged $a_i$) and the corresponding expected number of mutations $\left\{\eta^{exp}(a_i)\right\}_i$ given by (28) for some fixed $n$. The deviation $\delta$ is evaluated as the relative difference between the medians of the set of observed and expected number of mutations weighted by the patient's age:

$$\delta = \frac{\left|\text{Median}\left(\left\{\eta^{exp}(a_i)/a_i\right\}_i\right) - \text{Median}\left(\left\{\eta_i^{obs}(a_i)/a_i\right\}_i\right)\right|}{\text{Median}\left(\left\{\eta_i^{obs}(a_i)/a_i\right\}_i\right)}.$$

The deviation $\delta$ for each cancer type and for different databases (TCGA, ICGC) is reported in Table S2. Note in particular the high deviation for lung cancer (LUAD) and melanoma (SKCM), in accordance with the fact that these cancer types are clear outliers in Fig. 1b. If environmental risk factors are taken into account by increasing the mutation rate in the corresponding tissues, the deviation is diminished, as also observed in Fig. 1c.

| | TCGA | | | | ICGC | | | |
| Cancer name | $n=1$ | $n=2$ | $n=3$ | $n=4$ | $n=1$ | $n=2$ | $n=3$ | $n=4$ |
|---|---|---|---|---|---|---|---|---|
| BRCA | 0.78 | 0.45 | 0.17 | **0.02** | 0.82 | 0.55 | 0.32 | **0.20** |
| COAD | **0.51** | 0.61 | 0.65 | 0.66 | - | - | - | - |
| ESCC | 0.45 | 0.31 | 0.26 | **0.23** | - | - | - | - |
| GBM | 0.83 | 0.81 | 0.50 | **0.34** | - | - | - | - |
| HNSCC | 0.63 | 0.46 | 0.39 | **0.35** | 0.59 | 0.42 | 0.33 | **0.29** |
| LAML | **0.46** | 1.58 | 2.20 | 2.53 | **1.37** | 3.18 | 4.20 | 4.73 |
| LIHC | 0.97 | 0.87 | 0.72 | **0.65** | 0.97 | 0.90 | 0.77 | **0.71** |
| LUAD | 0.99 | 0.98 | 0.91 | **0.87** | - | - | - | - |
| LUAD* | 0.98 | 0.93 | 0.64 | **0.49** | - | - | - | - |
| PAAD | 0.90 | 0.61 | **0.12** | 0.13 | 0.95 | 0.79 | 0.52 | **0.39** |
| PRAD | 0.74 | 0.25 | **0.25** | 0.50 | 0.80 | 0.41 | **0.02** | 0.18 |
| SKCM | 0.99 | 0.97 | 0.94 | **0.93** | 0.99 | 0.98 | 0.96 | **0.96** |
| SKCM* | 0.96 | 0.87 | 0.77 | **0.72** | 0.97 | 0.92 | 0.86 | **0.83** |
| THCA | 0.91 | 0.74 | **0.26** | 0.76 | - | - | - | - |

Table S2: **Deviation of the predictions from the observations**. Measure of the deviation $\delta$ of the expected number of mutations from the observed number of mutations for different cancer types of the TCGA and ICGC databases, for a fixed number of drivers $n$ (see Table 2 for the meaning of the abbreviations). The symbol * indicates that the expected number of mutations has been computed by using a higher mutation rate (a four-fold increase of the background mutation rate) to account for the effect of known environmental risk factors such as tobacco smoking (LUAD) and UV light (SKCM). The lowest deviation $\delta$ for a given cancer type is shown in bold. The resulting optimal choice for $n$ is not reliable in cases in which the changes in the deviation are small when varying $n$ (e.g. COAD).

**Optimal background mutation rate.** Computing the average of the deviation $\delta$ over all cancer types, we obtain that for $n=3$ this mean deviation is minimized if the background mutation rate is equal to 0.024 (Fig. 2e). We obtain the same result if the average is taken over all cancer types except for the outliers LUAD and SKCM. This is striking as this estimate is very close to the parameter value $\mu = 0.03$ we originally chose for our model as provided by the available literature.

17

# S6 Multidimensional 3D analysis

## S6.1 Original analysis from Tomasetti and Vogelstein (Science, 2015)

From the 31 datapoints used in [16] Figure 1, we subtract six environmental or inherited subgroup cancer types (as explained in Tomasetti et al. Technical Report 2015), because they are just subgroups of cancer types already included in the analysis. Specifically, we remove FAP colorectal, FAP duodenum, HCV hepatocellular, HPV-16 head and neck, Lynch colorectal, and combine lung cancers of smokers and nonsmokers together. We also do not use the overall lifetime risk of lung adenocarcinoma (0.069) but rather the one for never-smokers (0.0045) in order not to bias the analysis with a strong environmental factor. Moreover, we keep legs, arms, head, and pelvis osteosarcomas, as they are cancers from separate locations, but remove osteorsacomas to eliminate any overlap, resulting in a total of 24 cancer types. Finally, we add breast and prostate cancers, as estimated in Tomasetti et al. Science 2017 [17], yielding a total of 26 different cancer types.

We list here the name, lifetime risk (estimated at age 80), and total number of cell divisions for each of those 26 cancer types.

```
names <- c("Acute myeloid leukemia", "Arms osteosarcoma", "Basal cell carcinoma",
    "Breast Cancer", "Chronic lymphocytic leukemia", "Colorectal adenocarcinoma",
    "Duodenum adenocarcinoma", "Esophageal squamous cell carcinoma",
    "Gallbladder adenocarcinoma", "Glioblastoma", "Head_Neck squamous cell carcinoma",
    "Head osteosarcoma", "Hepatocellular carcinoma", "Legs osteosarcoma",
    "Lung adenocarcinoma", "Medulloblastoma", "Melanoma", "Ovarian germ cell",
    "Pancreatic ductal adenocarcinoma", "Pancreatic endocrine carcinoma",
    "Pelvis osteosarcoma", "Prostate Cancer", "Small intestine adenocarcinoma",
    "Testicular germ cell", "Thyroid follicular_papillary", "Thyroid medullary")

liferisk <- c(0.0041, 4e-05, 0.3, 0.129, 0.0052, 0.048, 3e-04,
    0.001938, 0.0028, 0.00219, 0.0138, 3.02e-05, 0.0071, 0.00022,
    0.0045, 0.00011, 0.0203, 0.000411, 0.013589, 0.000194, 3e-05,
    0.121, 7e-04, 0.0037, 0.01026, 0.000324)

cellsdiv <- c(1.35 * 10^8 * 960 + sum(2^(1:floor(log2(1.35 *
    10^8)))), 6.5 * 10^5 * 5 + sum(2^(1:floor(log2(6.5 * 10^5)))),
    5.82 * 10^9 * 608 + sum(2^(1:floor(log2(5.82 * 10^9)))),
    0.016 * 0.8 * 6.8 * 10^11 * 346 + sum(2^(1:floor(log2(0.016 *
    0.8 * 6.8 * 10^11)))), 1.35 * 10^8 * 960 + sum(2^(1:floor(log2(1.35 *
    10^8)))), 2 * 10^8 * 5840 + sum(2^(1:floor(log2(2 * 10^8)))),
    4 * 10^6 * 1947 + sum(2^(1:floor(log2(4 * 10^6)))), (6.7 *
    10^6) * 2655 + sum(2^(1:floor(log2(6.7 * 10^6)))), 1.6 *
    10^6 * 47 + sum(2^(1:floor(log2(1.6 * 10^6)))), 1.35 *
    10^8 * 0 + sum(2^(1:floor(log2(1.35 * 10^8)))), 1.85 *
    10^7 * 1720 + sum(2^(1:floor(log2(1.85 * 10^7)))), 8.6 *
    10^5 * 5 + sum(2^(1:floor(log2(8.6 * 10^5)))), 3.01 *
    10^9 * 88 + sum(2^(1:floor(log2(3.01 * 10^9)))), 1.59 *
    10^6 * 5 + sum(2^(1:floor(log2(1.59 * 10^6)))), 1.22 *
    10^9 * 5.6 + sum(2^(1:floor(log2(1.22 * 10^9)))), 1.36 *
    10^8 * 0 + sum(2^(1:floor(log2(1.36 * 10^8)))), 3.8 *
    10^9 * 199 + sum(2^(1:floor(log2(3.8 * 10^9)))), 1.1 *
    10^7 * 0 + sum(2^(1:floor(log2(1.1 * 10^7)))), 4.18 *
    10^9 * 80 + sum(2^(1:floor(log2(4.18 * 10^9)))), 7.4 *
    10^7 * 80 + sum(2^(1:floor(log2(7.4 * 10^7)))), 4.5 *
    10^5 * 5 + sum(2^(1:floor(log2(4.5 * 10^5)))), 0.007 *
    30 * 10^9 * 240 + sum(2^(1:floor(log2(0.007 * 30 * 10^9)))),
    10^8 * 2920 + sum(2^(1:floor(log2(10^8)))), 7.2 * 10^6 *
    463 + sum(2^(1:floor(log2(7.2 * 10^6)))), 6.5 * 10^7 *
```

```
7 + sum(2^(1:floor(log2(6.5 * 10^7)))), 6.5 * 10^6 *
7 + sum(2^(1:floor(log2(6.5 * 10^6)))))
```

The numbers above result in the following correlation:

## A Positive Correlation



total stem cell divisions

```
## Warning in cor.test.default(cellsdiv, liferisk, method = "spearman", exact =
## NULL): Cannot compute exact p-value with ties

##
##  Spearman's rank correlation rho
##
## data:  cellsdiv and liferisk
## S = 509.17, p-value = 2.04e-07
## alternative hypothesis: true rho is not equal to 0
## sample estimates:
##       rho
## 0.8259234
```

and running a linear regression yields the following results:

```
##
## Call:
## lm(formula = log10(liferisk) ~ log10(cellsdiv))
##
## Residuals:
##      Min       1Q   Median       3Q      Max
## -1.34533 -0.35328 -0.00388  0.40810  1.24888
##
## Coefficients:
##                 Estimate Std. Error t value Pr(>|t|)
## (Intercept)     -7.18227    0.67856 -10.585 1.60e-10 ***
```

19

```
## log10(cellsdiv)  0.46859     0.06882   6.809 4.83e-07 ***
## ---
## Signif. codes:  0 '***' 0.001 '**' 0.01 '*' 0.05 '.' 0.1 ' ' 1
##
## Residual standard error: 0.672 on 24 degrees of freedom
## Multiple R-squared:  0.6589, Adjusted R-squared:  0.6447
## F-statistic: 46.36 on 1 and 24 DF,  p-value: 4.834e-07
```

An important observation is that the slope of those points is much lower than 1, specifically the slope is 0.47. Theoretically we would expect a slope higher than, or equal to, 1.

## S6.2 Multidimensional analysis

We now consider separately the total number of stem cells in a tissue and the total number of divisions in the lifetime of that tissue.

```
cells <- c(1.35 * 10^8, 6.5 * 10^5, 5.82 * 10^9, 0.016 * 0.8 *
    6.8 * 10^11, 1.35 * 10^8, 2 * 10^8, 4 * 10^6, 6.7 * 10^6,
    1.6 * 10^6, 1.35 * 10^8, 1.85 * 10^7, 8.6 * 10^5, 3.01 *
        10^9, 1.59 * 10^6, 1.22 * 10^9, 1.36 * 10^8, 3.8 * 10^9,
    1.1 * 10^7, 4.18 * 10^9, 7.4 * 10^7, 4.5 * 10^5, 0.007 *
        30 * 10^9, 10^8, 7.2 * 10^6, 6.5 * 10^7, 6.5 * 10^6)

div <- as.integer(c(960, 5, 608, 346, 960, 5840, 1947, 2655,
    47, 0, 1720, 5, 88, 5, 5.6, 0, 199, 0, 80, 80, 5, 240, 2920,
    463, 7, 7))
```

As always, we must add to the vector "div" above also the number of divisions that occur during development:

```
divwithdev <- div + floor(log2(cells))


divwithdev
```

```
##  [1] 987   24  640  379  987 5867 1968 2677   67   27 1744   24  119   25   35
## [16]  27  230   23  111  106   23  267 2946  485   32   29
```

We want to use multivariate regression now. To use the formula in the main text we need an estimate for $u$, the probability of a driver mutation per cell division, meaning the probability that during a cell division a driver mutation occurs. The mutation rate (per nucleotide base per cell division) has been estimated to be $\sim 10^{-9}$, and the average gene length is $\sim 1000$ bases as there are $\sim 30000$ genes in the exome and the length of the exome is $3 * 10^7$. This would yield a per driver gene mutation rate equal to $u = 10^{-6}$ in the case of a tumor suppressor (as all bases may be hit), and $u = 10^{-8}$ in the case of an oncogene with up to ten "hot spots". However, a tumor suppressor must be hit in both alleles, and given that the rate of loss of heterozygosity (LOH) is $< 10^{-2}$, we use $u = 10^{-8}$ for both tumor suppressors and oncogenes. As there are multiple drivers genes that can be hit, with the list of known driver genes being in the hundreds but only a subset of them found in any given cancer type, we assume for simplicity that the order of magnitude is 10, resulting in a final $u = 10^{-7}$. Note that the estimate for $u$ will only affect the intercept, which is not the main focus of our analysis.

```
u = 10^(-7)
```

We also need to include the 3rd independent variable, n, as indicated by the formula, i.e.the number of required driver hits. The previous regression assumed that all cancer types listed have the same number of required driver hits, which is not correct as it is known that the number varies across tissues. While no established methodology is available today for determining the number of required drivers, n, typical in a given cancer type, there are a few papers attempting to estimate that number. Of them, possibly the one that looked at the largest number of cancer types is provided by the analysis produced by the Koonin's group (see Figure 4b in Iranzo PNAS 2018 [15]), and so we decided to use those results, both extending them

20

as explained below, as well as extrapolating from them to other tissues when no information for them was provided. Specifically, in that paper, it is reported that leukemia is estimated to have 2 driver mutations on average, sarcoma (like osteosarcoma) has 1, basal is NA so we set=2 as basal is very common so it should not have more drivers than melanoma, which has 2, breast 2, colon 3, duodenum is NA but it is next to and similar to the colon, so we set it equal to 3 as colon, esophageal 2, gallbladder NA but in another study the average is just a bit more than 1, glioblastoma 2, head and neck 2, hepatocellular 2, lung adenocarcinoma 2, medulloblastoma NA so we set it equal to 2, as glioblastoma is 2 and medulloblastoma should not have more drivers than glioblastoma (given the division rate), melanoma 2, ovarian germ cell is NA but ovary has a value just above 1 and testicular is 1 so we set it equal to 1, pancreas is 2-3 (more 2 than 3) so we assume 2 for both, prostate 1, small intestine NA so 3 as colon, testicular 1, thyroid 1.

This gives us the following vector of values:

```r
drivers <- c(2, 1, 2, 2, 3, 3, 2, 1, 2, 2, 1, 2, 1, 2, 2,
    2, 1, 2, 2, 1, 1, 3, 1, 1, 1)
```

While the approach in Iranzo et al. provides us with a range of values for n, across different tissues, and that is desirable and in fact even needed for our analysis, a major concern is that overall that analysis assigned a very low n to many tissues, with about half of the cancer types considered in Figure 4b of Iranzo et al. are estimated to have only one driver (n=1), which we think is too low. Therefore we increase all of those estimates for n by 1, purposely in a unbiased way, in order to keep the needed range. The resulting vector for n is then given by:

```r
drivers <- drivers + 1
```

We now put all the data in a dataframe, adding a short code name to each cancer type.

```r
codename <- c("LAML", "AOS", "BAS", "BRCA", "CLL", "COAD", "DUO",
    "ESCC", "GALL", "GBM", "HNSCC", "HOS", "LIHC", "LOS", "LUAD",
    "MEDB", "SKCM", "OVG", "PAAD", "PAE", "POS", "PRAD", "SMAD",
    "TES", "THF", "THM")


badluckdata <- data.frame(names, liferisk, cells, divwithdev,
    drivers, codename)


badluckdata
```

```
##                                      names liferisk     cells divwithdev drivers
## 1                    Acute myeloid leukemia 0.0041000 1.350e+08        987       3
## 2                         Arms osteosarcoma 0.0000400 6.500e+05         24       2
## 3                      Basal cell carcinoma 0.3000000 5.820e+09        640       3
## 4                             Breast Cancer 0.1290000 8.704e+09        379       3
## 5              Chronic lymphocytic leukemia 0.0052000 1.350e+08        987       3
## 6                  Colorectal adenocarcinoma 0.0480000 2.000e+08       5867       4
## 7                  Duodenum adenocarcinoma 0.0003000 4.000e+06       1968       4
## 8  Esophageal squamous cell carcinoma 0.0019380 6.700e+06       2677       3
## 9             Gallbladder adenocarcinoma 0.0028000 1.600e+06         67       2
## 10                            Glioblastoma 0.0021900 1.350e+08         27       3
## 11 Head_Neck squamous cell carcinoma 0.0138000 1.850e+07       1744       3
## 12                        Head osteosarcoma 0.0000302 8.600e+05         24       2
## 13                 Hepatocellular carcinoma 0.0071000 3.010e+09        119       3
## 14                        Legs osteosarcoma 0.0002200 1.590e+06         25       2
## 15                   Lung adenocarcinoma 0.0045000 1.220e+09         35       3
## 16                         Medulloblastoma 0.0001100 1.360e+08         27       3
## 17                               Melanoma 0.0203000 3.800e+09        230       3
## 18                        Ovarian germ cell 0.0004110 1.100e+07         23       2
```

```
## 19        Pancreatic ductal adenocarcinoma 0.0135890 4.180e+09     111   3
## 20        Pancreatic endocrine carcinoma 0.0001940 7.400e+07      106   3
## 21                    Pelvis osteosarcoma 0.0000300 4.500e+05       23   2
## 22                         Prostate Cancer 0.1210000 2.100e+08      267   2
## 23        Small intestine adenocarcinoma 0.0007000 1.000e+08     2946   4
## 24                    Testicular germ cell 0.0037000 7.200e+06      485   2
## 25        Thyroid follicular_papillary 0.0102600 6.500e+07        32   2
## 26                    Thyroid medullary 0.0003240 6.500e+06        29   2
##    codename
## 1      LAML
## 2       AOS
## 3       BAS
## 4      BRCA
## 5       CLL
## 6      COAD
## 7       DUO
## 8      ESCC
## 9      GALL
## 10      GBM
## 11    HNSCC
## 12      HOS
## 13     LIHC
## 14      LOS
## 15     LUAD
## 16     MEDB
## 17     SKCM
## 18      OVG
## 19     PAAD
## 20      PAE
## 21      POS
## 22     PRAD
## 23     SMAD
## 24      TES
## 25      THF
## 26      THM
```

Running the regression:

```
linereg = lm(log10(liferisk) ~ log10(cells) + log10((u * divwithdev)^drivers))
summary(linereg)
```

```
##
## Call:
## lm(formula = log10(liferisk) ~ log10(cells) + log10((u * divwithdev)^drivers))
##
## Residuals:
##     Min      1Q  Median      3Q     Max
## -0.6244 -0.3844 -0.1410  0.2200  0.9170
##
## Coefficients:
##                                  Estimate Std. Error t value Pr(>|t|)
## (Intercept)                      -6.03594    0.68532  -8.807 7.93e-09 ***
## log10(cells)                      0.90698    0.09093   9.975 8.01e-10 ***
## log10((u * divwithdev)^drivers)   0.28846    0.05297   5.446 1.55e-05 ***
## ---
```

22

```
## Signif. codes:  0 '***' 0.001 '**' 0.01 '*' 0.05 '.' 0.1 ' ' 1
##
## Residual standard error: 0.509 on 23 degrees of freedom
## Multiple R-squared:  0.8125,  Adjusted R-squared:  0.7962
## F-statistic: 49.82 on 2 and 23 DF,  p-value: 4.371e-09
```

```
linereg = lm(log10(liferisk) ~ log10(cells) + log10(u^drivers) +
    log10(divwithdev^drivers))
summary(linereg)
```

```
##
## Call:
## lm(formula = log10(liferisk) ~ log10(cells) + log10(u^drivers) +
##     log10(divwithdev^drivers))
##
## Residuals:
##     Min      1Q  Median      3Q     Max
## -0.7344 -0.2955 -0.1363  0.3308  1.0003
##
## Coefficients:
##                           Estimate Std. Error t value Pr(>|t|)
## (Intercept)               -5.99405    0.62959  -9.521 2.93e-09 ***
## log10(cells)               0.86083    0.08588  10.024 1.16e-09 ***
## log10(u^drivers)           0.29504    0.04872   6.055 4.28e-06 ***
## log10(divwithdev^drivers)  0.35656    0.05696   6.259 2.67e-06 ***
## ---
## Signif. codes:  0 '***' 0.001 '**' 0.01 '*' 0.05 '.' 0.1 ' ' 1
##
## Residual standard error: 0.4674 on 22 degrees of freedom
## Multiple R-squared:  0.8487,  Adjusted R-squared:  0.8281
## F-statistic: 41.15 on 3 and 22 DF,  p-value: 3.407e-09
```

## S6.3 3D plot

```
library(scatterplot3d)

s3d = scatterplot3d(
  x = log10(badluckdata[,3]),
  y = log10((u*badluckdata[,4])^drivers),
  z = log10(badluckdata[,2]),
  pch=19,
  color="orange",
  angle = 55,
  # scale.x = 5.5,
  # scale.y = 5.5,
  # scale.z = 5.5,
  type = "h",
  xlab = "Log10(stem cells)",
  ylab = "Log10((u*total divisions)^drivers)",
  zlab = "Log10(lifetime risk)")

text(s3d$xyz.convert(
  x = log10(badluckdata[,3]),
  y = log10((u*badluckdata[,4])^drivers),
```

23

```
      z = log10(badluckdata[,2])),
      labels = badluckdata[,6],
      cex = 0.4, adj = -0.2, col="black")

my.lm <- lm(log10(badluckdata[,2]) ~ log10(badluckdata[,3]) +
                log10((u * badluckdata[,4])^drivers))
s3d$plane3d(my.lm, col="grey")
```



```
my.lm
```

```
##
## Call:
## lm(formula = log10(badluckdata[, 2]) ~ log10(badluckdata[, 3]) +
##     log10((u * badluckdata[, 4])^drivers))
##
## Coefficients:
##                           (Intercept)           log10(badluckdata[, 3])
##                               -6.0359                            0.9070
## log10((u * badluckdata[, 4])^drivers)
##                                0.2885
```

## S6.4 Sensitivity analysis

We check for the robustness of the results via one-factor-at-a-time (OAT) by letting the number of drivers in each cancer type be a random variable. Specifically, a discrete uniform distribution over {2,3,4} for cancer types estimated to have 3 drivers, {1,2,3} for cancer types estimated to have 2 drivers, and {1,2} for cancer types estimated to have only one driver. The sensitivity analysis for the number of cells and division rates was already performed in Tomasetti and Vogelstein 2015 (Variation in cancer risk among tissues can be explained by the number of stem cell divisions. Science 2015, 347(6217):78-81).

```
set.seed(123)
matrix_coef <- matrix(0, nrow = 10000, ncol = 4)

for (i in 1:10000) {
    Drivers <- replicate(length(badluckdata[, 5]), 0)
```

```
    Drivers[badluckdata[, 5] == 1] <- round(runif(length(badluckdata[,
        5] == 1), min = 1, max = 2))
    Drivers[badluckdata[, 5] == 2] <- round(runif(length(badluckdata[,
        5] == 2), min = 1, max = 3))
    Drivers[badluckdata[, 5] == 3] <- round(runif(length(badluckdata[,
        5] == 3), min = 2, max = 4))
    Drivers[badluckdata[, 5] == 4] <- round(runif(length(badluckdata[,
        5] == 4), min = 3, max = 5))

    # we keep all but one of the original values
    nochange <- sample(1:26, 25, replace = FALSE)

    Drivers[nochange] <- badluckdata[, 5][nochange]

    Drivers[5] <- Drivers[1]
    Drivers[c(12, 14, 21)] <- Drivers[2]
    Drivers[c(7, 23)] <- Drivers[6]

    linereg = lm(log10(badluckdata[, 2]) ~ log10(badluckdata[,
        3]) + log10((u * badluckdata[, 4])^(Drivers)))

    matrix_coef[i, ] <- c(linereg$coefficients, summary(linereg)$adj.r.squared)
}


mean(matrix_coef[, 2])
```

## [1] 0.8861895

```
mean(matrix_coef[, 3])
```

## [1] 0.265785

```
mean(matrix_coef[, 4])
```

## [1] 0.7755626

```
sd(matrix_coef[, 2])
```

## [1] 0.04320113

```
sd(matrix_coef[, 3])
```

## [1] 0.03577291

```
sd(matrix_coef[, 4])
```

## [1] 0.03853435

# References

[1] Charles, D. R. & Luce-Clausen, E. M. The kinetics of papilloma formation in benzpyrene-treated mice. *Cancer Res.* **2**, 261–263 (1942).

[2] Frank, S. A. Dynamics of cancer: incidence, inheritance, and evolution. (Princeton University Press, 2007).

[3] Nordling, C. O. A new theory on cancer-inducing mechanism. *Br. J. Cancer* **7**, 68–72 (1953).

[4] Arley, N. & Iversen, S. On the mechanism of experimental carcinogenesis. *Acta Pathol Microbiol Scand* **31**, 164-171 (1952).

[5] Armitage, P. & Doll, R. The age distribution of cancer and a multi-stage theory of carcinogenesis. *Br. J. Cancer* **8**, 1–12 (1954).

[6] Armitage, P. & Doll, R. A two-stage theory of carcinogenesis in relation to the age distribution of human cancer. *Br. J. Cancer* **11**, 161–169 (1957).

[7] Moolgavkar, S. H. & Venzon, D. J. Two-event models for carcinogenesis: incidence curves for childhood and adult tumors. *Math. Biosci.* **47**, 55–77 (1979).

[8] Moolgavkar, S. H. & Knudson, A. G. Mutation and cancer: a model for human carcinogenesis. *J. Natl. Cancer. Inst.* **66**, 1037-1052 (1981).

[9] Moolgavkar, S. H. & Luebeck, G. E. Two-event model for carcinogenesis: biological, mathematical, and statistical considerations. *Risk Anal.* **10**, 323-41 (1990).

[10] Heidenreich, W. F. & Paretzke, H. G. The two-stage clonal expansion model as an example of a biologically based model of radiation-induced cancer. *Radiat. Res.* **156**, 678–681 (2001).

[11] Durrett, R. & Moseley, S. Evolution of resistance and progression to disease during clonal expansion of cancer. *Theor. Popul. Biol.* **77**, 42–48 (2010).

[12] Tomasetti, C., Vogelstein, B. & Parmigiani, G. Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation. *PNAS* **110**, 1999–2004 (2013).

[13] Dutta, A., Dutreux, F. & Schacherer, J. Loss of heterozygosity results in rapid but variable genome homogenization across yeast genetic backgrounds. *eLife* **10**, e70339 (2021).

[14] Tomasetti, C., Marchionni, L., Nowak, M. A., Parmigiani, G. & Vogelstein, B. Only three driver gene mutations are required for the development of lung and colorectal cancers. *PNAS* **112**, 118–123 (2015).

[15] Iranzo, J., Martincorena, I. & Koonin, E. V. Cancer-mutation network and the number and specificity of driver mutations. *PNAS* **115**, E6010–E6019 (2018).

[16] Tomasetti, C. & Vogelstein, B. Variation in cancer risk among tissues can be explained by the number of stem cell divisions. *Science* **347**, 78–81 (2015).

[17] Tomasetti, C., Li, L. & Vogelstein, B. Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. *Science* **355**, 1330–1334 (2017).

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TOMASETTI EX. 111**

Case No. 3:18-cv-01427-VC

Date Entered _____

By _____
       Deputy Clerk