



**British Journal of Cancer** (2011) 00, 1
© 2011 Cancer Research UK   All rights reserved 0007 – 0920/11
www.bjcancer.com

## Foreword

# The fraction of cancer attributable to lifestyle and environmental factors in the UK in 2010

**R Peto*,1**

[1]University of Oxford, Oxford, UK

*British Journal of Cancer* advance online publication, ; doi:10.1038/bjc.2011.473   www.bjcancer.com
© 2011 Cancer Research UK

This supplement provides up-to-date estimates of the numbers (and percentages) of new cancer cases in the UK that are attributable to factors that have been established by international consensus as potentially avoidable causes of the disease. It therefore offers a useful guide to the relative importance of different preventive interventions.

Excluded from consideration are factors that, although known to be effective in reducing the risk of numerically important cancers, do not offer acceptable or practical preventive strategies at present. Early and multiple childbearing (to prevent breast cancer) and the widespread use of anti-androgen drugs (to prevent prostate cancer) come under this category. What remains is a limited number of important factors that can, at least to some extent, be affected by personal or political choices. The most important among these is continuation of the significant reduction in tobacco exposure. Next in importance are reductions in obesity and in heavy alcohol consumption, and certain other dietary changes. Each of these four main strategies for cancer control would also substantially reduce the burden of other non-communicable diseases, particularly cardiovascular, diabetic, renal and hepatic disease.

Whether, and to what extent, changes in these major causes of cancer can be achieved is another consideration. Thus, for example, although substantial progress has been made in reducing the number of young people who start smoking, and in helping those who smoke to escape their addiction in time to avoid most of the risk of premature death, tobacco still remains the most important avoidable cause of cancer, responsible for almost 20% of all cases of cancer (and, although this supplement does not

quantify cancer mortality, for about 25% of all deaths from cancer, plus similar numbers of deaths from other diseases).

Taken together, the causative factors reviewed in this supplement account for an estimated 43% of all new cases of cancer in the UK (approximately 134 000 new cases in 2010), and about 50% of all cancer deaths. Most of these cases of cancer (excluding a few thousand due to the natural background of ionising radiation, or due to certain infections that are currently neither preventable nor treatable) could have been prevented by methods that would also prevent many premature deaths from other non-communicable disease. Over the past 40 years in the UK, the probability of death before the age of 70 years has been halved, and over the next few decades it could be halved again by continued improvements in the treatment of disease and by paying appropriate attention to the few major avoidable causes of disease. This supplement will help focus the attention of researchers, individuals and policy makers on the relative importance of the currently known causes of cancer.

### Conflict of interest

The author declares no conflict of interest.

This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TOMASETTI EX. 113**

Case No. 3:18-cv-01427-VC

Date Entered _____

By _____
        Deputy Clerk

*Correspondence: Professor R Peto; E-mail: rpeto@ctsu.ox.ac.uk


British Journal of Cancer (2011) 105, S2–S5
© 2011 Cancer Research UK   All rights reserved 0007–0920/11
www.bjcancer.com

 

## 1.

# The fraction of cancer attributable to lifestyle and environmental factors in the UK in 2010

## Introduction

### DM Parkin*,1

1Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK

The overall objective of the study is to estimate the percentage of cancers (excluding non-melanoma skin cancer) in the UK in 2010 that were the result of exposure to 14 major lifestyle, dietary and environmental risk factors: tobacco, alcohol, four elements of diet (consumption of meat, fruit and vegetables, fibre and salt), overweight, lack of physical exercise, occupation, infections, radiation (ionising and solar), use of hormones and reproductive history (breast feeding). The number of new cases attributable to suboptimal exposure levels in the past, relative to a theoretical optimum exposure distribution, is evaluated. For most of the exposures, the attributable fraction was calculated based on the distribution of exposure prevalence (around 2000), the difference from the theoretical optimum (by age group and sex) and the relative risk per unit difference. For tobacco smoking, the method developed by Peto et al (1992) was used, which relies on the ratio between observed incidence of lung cancer in smokers and that in non-smokers, to calibrate the risk. This article outlines the structure of the supplement – a section for each of the 14 exposures, followed by a Summary chapter, which considers the relative contributions of each factor to the total number of cancers diagnosed in the UK in 2010 that were, in theory, avoidable.
British Journal of Cancer (2011) 105, S2–S5; doi:10.1038/bjc.2011.474   www.bjcancer.com
© 2011 Cancer Research UK

Keywords: cancer; environment; lifestyle; risk factors; UK

The purpose of this study is to estimate the fraction (or percentage) of cancers occurring in the UK in 2010 that were the result of exposure to common and, for the most part, modifiable lifestyle and environmental exposures. A total of 14 major modifiable lifestyle, dietary and environmental metabolic risks are considered (Table 1).

The analyses in the chapters that follow estimate the number of cancer cases diagnosed in the UK in 2010 that were due to such exposures in the past (or that would have been prevented if risk factor exposures had been at some hypothetical alternative optimal distribution from those actually present). The proportion (or percentage) of such avoidable cancers is known as the population-attributable fraction (PAF), which provides a quantification of the total effects of a risk factor (direct, as well as mediated through other factors).

The inputs to each analysis are as follows:

(1) The aetiological effect of risk factor exposures on cancer-specific risk.
(2) The population distribution of risk factor exposure in the past
(3) An alternative exposure distribution.
(4) The projected total number of cancer cases (by type) in the UK population in 2010.

### SELECTION OF RISK FACTORS

Among dietary, lifestyle and environmental factors, those that fulfilled the following criteria were selected:

(i) There was sufficient evidence on the presence and magnitude of likely causal associations with cancer risk from high-quality epidemiological studies.
(ii) Data on risk factor exposure were available from nationally representative surveys.
(iii) There were achievable alternative exposure levels that would modify the risk.

Several other risk factors were considered but were not included because the evidence on causal effects was less convincing, or because their effects on national cancer incidence were likely to have been small and estimates of relevant past exposures difficult to obtain. This is discussed further below.

### SOURCES OF DATA

(1) The risks of exposure (aetiological effect sizes) were taken from published systematic reviews and meta-analyses of epidemiological studies.
(2) Risk factor exposure distributions were obtained from nationally representative health examination and interview surveys. Data on prevalence of risk factors from epidemiological studies (cohort or case–control) were not used, as such

---

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk

BJC OPEN

studies will almost never provide information relevant to the general population of the UK.

(3) The number of cancer cases in 2010 (by cancer type, sex and 5-year age group) was projected using UK incidence rates for the 15-year period from 1993 to 2007. For such a short-term projection (3 years), most established methods will provide very similar results. For all but two cancers (breast and prostate) the R-based software, 'Nordpred' (Møller et al, 2002), was used to project incidence rates from 2008 to 2012, on the basis of the incidence rates from 1993 to 2007, aggregated into three 5-year time periods. National population projections (2008 based) for the UK by sex, 5-year age group and year, from 2008 to 2012, were obtained from the population projections of the Office for National Statistics (Office for National Statistics (ONS), 2009). The estimate for 2010 was taken as the average annual number of cases projected for the period 2008–2012. For cancers of the prostate and female breast, a different approach was used, because recent rates have been modified to a great extent by the increased use of PSA testing and extensions to the breast cancer screening programme. An age–period cohort model based on observations for single years was fitted, but incidence rates from age groups and time periods that were assumed to have been affected by the introduction of screening were not used in the model building (Mistry et al, 2011).

Table 2 compares the numbers of cases diagnosed in 2007 with the projected numbers for 2010.

## AETIOLOGICAL EFFECTS OF RISK FACTORS ON DISEASE-SPECIFIC INCIDENCE

The relative risk (RR) per unit of exposure or for each exposure category (for risks measured in categories) was obtained for cancers with probable or convincing causal associations with each risk factor. The studies used for aetiological effect sizes were observational studies (prospective cohort studies whenever possible) that estimated the effects relative to baseline exposure. The RRs used in the analyses represent the best evidence for the impact of risk factor exposure on cancer risk in the UK population, based on the current causes and determinants of the population distribution of exposure. Relative risks adjusted for major potential confounders were used to estimate the causal components of risk factor–disease associations. With respect to diet, for example, the relative risks for specific components – for example, meat – have generally been adjusted for intake of other components with which they may be confounded, as well as for total energy intake. However, if there is also a correlation between exposure and risk of a specific cancer, due to correlations of exposure with other risks or other unobserved factors, the above equations may result in under- (when there is positive correlation) or over-estimation (negative correlation) of the true PAF when used with adjusted RRs (Bruzzi et al, 1985).

The cancers that occur in a particular year, related to specific risk factors, are presumably related to cumulative exposures to the factor concerned over a period of many years. For tobacco smoking, for example, the risk of lung cancer relates to the

**Table 1** Exposures considered, and theoretical optimum exposure level

| Exposure | Optimum exposure level |
|---|---|
| Tobacco smoke | Nil |
| Alcohol consumption | Nil |
| *Diet* | |
| 1 Deficit in intake of fruit and vegetables | ⩾5 servings (400 g) per day |
| 2 Red and preserved meat | Nil |
| 3 Deficit in intake of dietary fibre | ⩾23 g per day |
| 4 Excess intake of salt | ⩽6 g per day |
| Overweight and obesity | BMI ⩽25 kg m$^{-2}$ |
| Physical exercise | ⩾30 min 5 times per week |
| Exogenous hormones | Nil |
| Infections | Nil |
| Radiation – ionising | Nil |
| Radiation – solar (UV) | As in 1903 birth cohort |
| Occupational exposures | Nil |
| Reproduction: breast feeding | Minimum of 6 months |

**Table 2** Numbers of cancers diagnosed in the UK in 2007 (20 most common sites) and estimates for 2010

| | Males | | | Females | | |
|---|---|---|---|---|---|---|
| Cancer site | 2007 | 2010 (estimate) | Change (%) | 2007 | 2010 (estimate) | Change (%) |
| Breast (female) | — | — | — | 45 695 | 48 385 | 6 |
| Lung | 22 355 | 22 273 | 0 | 17 118 | 18 132 | 6 |
| Colorectal cancer | 21 014 | 22 127 | 5 | 17 594 | 17 787 | 1 |
| Prostate | 36 101 | 40 750 | 13 | — | — | — |
| Non-Hodgkin lymphoma | 5881 | 6297 | 7 | 5036 | 5305 | 5 |
| Malignant melanoma | 4975 | 6095 | 23 | 5697 | 6822 | 20 |
| Bladder | 7284 | 6713 | −8 | 2807 | 2572 | −8 |
| Kidney | 5165 | 5697 | 10 | 3063 | 3365 | 10 |
| Oesophagus | 5226 | 5713 | 9 | 2740 | 2819 | 3 |
| Stomach | 4988 | 4467 | −10 | 2796 | 2577 | −8 |
| Pancreas | 3748 | 4084 | 9 | 3936 | 4280 | 9 |
| Uterus (corpus and unspecified) | — | — | — | 7536 | 8195 | 9 |
| Leukaemias | 4069 | 4639 | 14 | 2932 | 3201 | 9 |
| Ovary | — | — | — | 6719 | 6820 | 2 |
| Oral cavity and pharynx | 4083 | 4571 | 12 | 2136 | 2359 | 10 |
| Brain and CNS | 2663 | 2799 | 5 | 2013 | 1902 | −6 |
| Multiple myeloma | 2223 | 2506 | 13 | 1817 | 1994 | 10 |
| Liver | 2152 | 2270 | 5 | 1255 | 1298 | 3 |
| Cervix uteri | — | — | — | 2828 | 2691 | −5 |
| Mesothelioma[a] | 1977 | 2077 | 5 | 424 | 462 | 9 |
| All[b] | 149 356 | 158 667 | 6 | 148 635 | 155 584 | 5 |

[a]Number of cases estimated from the UK population (2010) and rates in England in 2008. [b]Excluding non-melanoma skin cancer.


cumulative exposure to tobacco smoke (duration and dose), including the time since quitting in ex-smokers. Similarly, the total lifetime exposure to ionising radiation for individuals in each age group in 2010 was estimated on the basis of known or estimated levels of exposure in the past. Such detailed quantification of risk is not available for most exposures, and, even if it was, it would be impossible to partition the 2010 UK population according to the appropriate categories of past exposure. Therefore, for several exposures, an arbitrary latent period was included, which is the average interval between 'exposure' and the appropriate increase in risk of the cancers concerned. The most appropriate period was deemed to be the mean interval between measurement of exposure and cancer outcome in the prospective studies that were used as the source of data on relative risks. For most exposures, this was around 10 years, and thus the effects on cancers occurring in 2010 of suboptimal levels of exposure in 2000 were examined. When there was evidence about the duration between exposure and change in risk (for example, for exposure to radiation, or exogenous and endogenous sex hormones), the appropriate interval was used to select the year for which exposure data were obtained. The method used for estimating the attributable fraction of the most important exposure – tobacco smoking – does not require estimation on the basis of past exposure, and so no such assumptions are needed (although, in fact, the latency between exposure to cigarette smoking and lung cancer risk (at least) is well documented).

Many calculations of PAFs are based on *current* levels of exposure to risk factors; for example, the work of the Global Burden of Disease/Comparative Risk Assessment Group (Ezzati *et al*, 2002; Danaei *et al*, 2005) or the World Cancer Research Fund (WCRF/AICR, 2009). Although this simplifies the business of obtaining data on prevalence of the different exposures, the effect being imputed must relate to cancers that will be caused by these exposures at some variable, and undefined, period in the future.

To measure the effects of non-optimal levels of exposure, one must define, for each exposure, an optimal exposure distribution, sometimes referred to as the theoretical-minimum-risk exposure distribution (TMRED), against which the excess risk due to actual exposure is evaluated. The optimal exposure may be zero for risk factors for which zero exposure is imaginable, and results in minimum risk (e.g., no tobacco smoking, alcohol drinking or consumption of red meat). For some exposures (e.g., BMI, solar radiation, salt consumption), zero exposure is physiologically impossible. For these risks, we used optimal exposure levels corresponding to accepted recommendations for the UK population, or, for UV radiation, corresponding to those observed in a population with an attainable low level of exposure (Table 1). The 'optimum' exposure levels for factors with protective effects (physical activity, and dietary fruit and vegetable and fibre intake) were selected as the intake and activity levels recommended for the UK population (Table 1). Strictly speaking, these baselines should be called 'recommended levels', as benefits may continue to accrue at higher (for preventive exposures) or lower (for carcinogenic exposures) levels, but the terminology of 'optimum' is retained for consistency. The optimum exposure levels (TMREDs) should obviously be identical in calculations for the effect of the same exposure on different cancers.

The fraction of cancer cases considered to be attributable to a given exposure is based on estimating the effect of bringing all those individuals at suboptimal levels to the exact level of the optimum baseline, without changing (improving) the exposure (and risk) of those individuals who already exceed it. This approach is a conservative one. In other studies, for example, that of the WCRF (2009), attributable fractions are based on the estimated effect of moving all those in suboptimal exposure categories to the most favourable one (in which the *mean* exposure is considerably higher than the optimum baseline).

The analyses use data on the fraction of the UK population at different levels of exposure, and estimates of the risk associated with each, relative to the optimum exposure. The PAF is given by the following equation:

$$\frac{(p_1 \times \mathrm{ERR}_1) + (p_2 \times \mathrm{ERR}_2) + (p_3 \times \mathrm{ERR}_3) \ldots + (p_n \times \mathrm{ERR}_n)}{1 + [(p_1 \times \mathrm{ERR}_1) + (p_2 \times \mathrm{ERR}_2) + (p_3 \times \mathrm{ERR}_3) \ldots + (p_n \times \mathrm{ERR}_n)]}$$

where $p_x$ is the proportion of the population in exposure level $x$ and $\mathrm{ERR}_x$ the excess risk (relative risk−1) at exposure level $x$.

The calculation is carried out separately by sex and age group (the choice of which depended on availability of exposure data).

The method of estimation of PAF follows the same principle for the different exposures, although some variations to the formula above are necessary depending on the type of exposure and the availability of pertinent data; they are presented in detail in each chapter. For tobacco smoking, the method developed by Peto *et al* (1992) was used, which relies on the ratio between observed incidence of lung cancer in smokers and that in non-smokers, to calibrate the risk.

Because the current (2010) cancer risk is, for most of the factors considered, related to past exposures that occur only in adulthood (age 15 +), or for which data are available only for adults, PAFs can be calculated only for ages ⩾25, when the latency between exposure and outcome is 10 years. Even where a fraction of cases occurring at ages <25 are related to childhood exposure, the effect of ignoring these on the estimate of the total PAF (at all ages) will be very small, owing to the rarity of cancer in the age group of 15 – 24 years.

A separate section is devoted to each lifestyle/environmental factor, for which the number of cases of different cancers attributable to suboptimal levels exposure is estimated. This is expressed also as a percentage of the observed number of cases in 2010. The total number of cancer cases (all sites) attributable to each risk factor was obtained by summing the numbers at the individual sites. Cases of different cancers attributable to a single risk factor are additive because each cancer case is assigned to a single ICD category.

In a summary chapter, the estimates for the 14 different exposures are listed together, and the numbers of cancer cases caused by all of them functioning individually, or in combination, are estimated.

See acknowledgements on page Si.

## Conflict of interest

The author declares no conflict of interest.

## REFERENCES

Bruzzi P, Green SB, Byar DP, Brinton LA, Schairer C (1985) Estimating the population attributable risk for multiple risk factors using case-control data. *Am J Epidemiol* **122:** 904 – 914

Danaei G, Vander Hoorn S, Lopez AD, Murray CJ, Ezzati M (2005) Causes of cancer in the world: comparative risk assessment of nine behavioural and environmental risk factors. *Lancet* **366:** 1784 – 1793

Ezzati M, Lopez AD, Rodgers A, Vander Hoorn S, Murray CJ (2002) Selected major risk factors and global and regional burden of disease. *Lancet* **360:** 1347 – 1360

Mistry M, Parkin DM, Ahmad AS, Sasieni P (2011) Cancer incidence in the United Kingdom: projections to the year 2030. *Br J Cancer* **105:** 1795 – 1803

© 2011 Cancer Research UK

BJC
OPEN


Møller B, Fekjaer H, Hakulinen T, Tryggvadottir L, Storm HH, Talback M, Haldorsen T (2002) Prediction of cancer incidence in the Nordic countries up to the year 2020. *Eur J Cancer Prev* **11**(Suppl 1): S1–S96

Office of National Statistics (ONS) (2009) 2008-based National population projections. http://www.statistics.gov.uk/downloads/theme_population/NPP2008/NatPopProj2008.pdf

Peto R, Lopez AD, Boreham J, Thun M (1992) Mortality from tobacco in developed countries: indirect estimation from national vital statistics. *Lancet* **339**: 1268–1278

World Cancer Research Fund (WCRF)/American Institute for Cancer Research (AICR) (2009) *Policy and Action for Cancer Prevention. Food, Nutrition and Physical Activity: a Global Perspective.* AICR: Washington, DC

This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/



British Journal of Cancer (2011) 105, S6–S13
© 2011 Cancer Research UK   All rights reserved 0007–0920/11
www.bjcancer.com

 

# 2.
# Tobacco-attributable cancer burden in the UK in 2010

**DM Parkin*,1**

1Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK

British Journal of Cancer (2011) **105**, S6–S13; doi:10.1038/bjc.2011.475   www.bjcancer.com
© 2011 Cancer Research UK

In 2004, the International Agency for Research on Cancer (IARC) judged that there was sufficient evidence in humans that tobacco smoking causes cancers of the lung, larynx, oral cavity and pharynx, paranasal sinuses, oesophagus, stomach, pancreas, liver, kidney, ureter, bladder, uterine cervix and bone marrow (myeloid leukaemia; IARC, 2004). At a recent expert review (to be published as IARC Monograph 100E), the list of cancers for which the evidence for tobacco smoking being causative was considered to be 'sufficient' was updated to include cancers of the colon and rectum, and mucinous tumours of the ovary (Secretan et al, 2009).

In the 2004 evaluation, the IARC judged that there was sufficient evidence that involuntary smoking – that is, exposure to second-hand or 'environmental' tobacco smoke (ETS) – causes lung cancer in humans (IARC, 2004). In this monograph, the results of meta-analyses were reported, showing a statistically significant and consistent association between lung cancer risk in spouses of smokers and exposure to second-hand smoke from the spouse who smokes. The relative risk was 1.24 in women and 1.37 in men after controlling for some potential sources of bias and confounding. The excess risk increases with increasing exposure. For lung cancer in never smokers exposed to ETS at the workplace, the relative risks were 1.19 in women and 1.12 in men. For children exposed to smoke from their parents smoking, the evidence for an increased risk of lung cancer was less consistent.

The reported increases in risk of lung cancer from ETS exposure pertain to non-smokers (indeed, usually to persons who have never smoked). It would be impossible to directly quantify the tiny increment in risk that a smoker might suffer from exposure to another person's smoke (as well as his own). Thus, calculation of attributable fractions will be undertaken only for lung cancer cases in never smokers. This makes sense in that the ultimate aim is to estimate how much cancer is caused by smoking, and this comprises the cases caused by direct smoking and those caused by involuntary smoking in never smokers. Even if a theoretical estimate of the total effect of other persons' smoking was made (including the incremental risk to current and past smokers), this latter component would have to be deducted from the total tobacco-attributable fraction, as involuntary smoking cannot occur without active smoking by others.

## TOBACCO SMOKING

### Methods

The numbers and percentage of cancers caused by tobacco smoking are estimated using the method developed by Peto et al (1992). This is based on the assumption that tobacco smoking is overwhelmingly the most important cause of lung cancer, and that the incidence of this disease in the absence of smoking would be more or less the same in all populations, so that contemporary incidence (or mortality) rates from lung cancer simply reflect the cumulative exposure of a particular population to tobacco smoking. A set of data is required for the calculation, comprising, from the same population, incidence rates of lung cancer in persons who have never smoked and relative risks of different cancers in smokers relative to never smokers. Similar to Peto et al (1992), we use the data from the follow-up during 1982–1988 of the American Cancer Society's second 'Cancer Prevention Study' (CPS II; Thun et al, 1997), the largest cohort study carried out until now, involving more than a million volunteers aged ⩾30 years at the time of enrolment in 1982 (Garfinkel, 1980; Burns et al, 1997). Lung cancer incidence in never smokers has been estimated from the death rates in the CPS II study, for a slightly longer period of follow-up (1982–2002; Thun et al, 2006; Figure 1).

The relative risks of death from different cancers during the follow-up period (1984–1988); and the sources are shown in Table 1. Most values listed here were those published in Ezzati et al (2005). For cancers of the colon and rectum, the values were those from the follow-up of the CPS II Nutrition Cohort to June 2005 (Hannan et al, 2009), in which the multivariate hazard ratios in current smokers were 1.24 in men and 1.30 in women. No data for the risk of mucinous carcinomas of the ovary in smokers have been published based on the CPS II cohort; the value used (2.1) was that from a meta-analysis published by Jordan et al (2006).

The first step is to calculate the number of lung cancer cases expected in the UK in the absence of smoking, by applying the age- and sex-specific never-smoker rates (in Figure 1) to the population of the UK in 2010. The number of cases attributable to smoking (and the attributable fraction) is then derived by subtracting the expected cases from the number actually observed in 2010. The results are shown in Table 2.

For the other cancers, the rates in non-smokers are not known, and thus the usual formula for calculating the population

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk

attributable fraction (PAF) is used:

$$\text{PAF} = \frac{P_e(r-1)}{1 + P_e(r-1)}$$

where $P_e$ is the prevalence of exposure and $r$ is the relative risk in smokers.

Using the attributable fractions of lung cancer, already estimated (Table 2) by age group and sex, and the relative risks for lung cancer in smokers from the American cohort (Table 1), the above formula enables calculation of $P_e$ for each age/sex group. This may be thought of as the 'notional' prevalence of smoking (ever *vs* never) in the UK population – more specifically, the prevalence that would have been necessary in the UK population to produce the observed incidence rates if the relative risks of the CPS II study had pertained.



**Figure I**   Age-specific incidence rates of lung cancer in the lifelong never smokers (CPS-II) in the US.

Finally, we use the same formula, the values of prevalence ($P_e$) and the relative risks for the other cancers (Table 1) to estimate their PAF and, consequently, the numbers of cases attributable to smoking.

'Notional prevalence' ($P_e$) is an artificial concept that may be quite different from the true prevalence, depending on how different the past experience of tobacco smoking in the population under study was from that in the volunteers of the CPS II study. It can, in fact, even be >1 if a particular age/sex/population cohort has a higher prevalence of smoking and/or a higher relative risk of lung cancer than the CPS II subjects.

## Results

For lung cancer (Table 2), the results suggest that about 85% of the lung cancer cases in men are attributable to smoking, and in women the percentage is 80%.

Table 3 shows the estimated numbers of cancer cases at sites other than the lung, and the fractions due to tobacco smoking. (No estimate is made for cancers of the paranasal sinuses, owing to the lack of relevant data on the risk of tobacco smoking; the number of cases concerned would be very few: the total number of cases registered in England in 2008 was 125.)

**Table I**   Estimated relative risks (RR) for current smokers aged ⩾35 compared with never-smokers

| Cancer | Male | Female |
|---|---|---|
| Lung[a] | 21.3 | 12.5 |
| Oral cavity and pharynx[b] | 10.9 | 5.1 |
| Oesophagus[b] | 6.8 | 7.8 |
| Stomach[a] | 2.2 | 1.5 |
| Liver[a] | 2.3 | 1.5 |
| Pancreas[a] | 2.2 | 2.2 |
| Colon–rectum[c] | 1.24 | 1.30 |
| Larynx[b] | 14.6 | 13.0 |
| Cervix[b] | — | 1.5 |
| Ovary (mucinous)[d] | — | 2.1 |
| Urinary bladder[a] | 3.0 | 2.4 |
| Kidney and renal pelvis[a] | 2.5 | 1.5 |
| Acute myeloid leukaemia[a] | 1.9 | 1.2 |

[a]From Ezzati *et al* (2005). [b]From US Department of Health and Human Services (2004). [c]From Hannan *et al* (2009). [d]From Jordan *et al* (2006).

**Table 2**   Cases of lung cancer attributable to smoking, by sex and age group (UK, 2010)

| Age group (years) | Population (thousands) | Rates observed | Cases observed | Rates expected[a] | Cases expected[a] | Excess attributable cases | PAF (%) |
|---|---|---|---|---|---|---|---|
| *Males* | | | | | | | |
| 0–14 | 5548 | 0.0 | I | 0.0 | 0 | I | 0 |
| 15–34 | 8365 | 0.5 | 38 | 0.5 | 38 | 0 | 0 |
| 35–44 | 4387 | 4.9 | 215 | 2.9 | 128 | 87 | 40 |
| 45–54 | 4202 | 27.1 | 1138 | 6.0 | 252 | 886 | 78 |
| 55–64 | 3580 | 116.9 | 4184 | 14.3 | 513 | 3705 | 89 |
| ⩾65 | 4526 | 368.9 | 16697 | 51.5 | 2331 | 14366 | 86 |
| Total | 30609 | 72.8 | 22273 | — | 3262 | 19011 | 85 |
| *Females* | | | | | | | |
| 0–14 | 5292 | 0.0 | 2 | 0.0 | 0 | 2 | 0 |
| 15–34 | 8048 | 0.4 | 42 | 0.5 | 42 | 0 | 0 |
| 35–44 | 4452 | 4.5 | 224 | 3.8 | 168 | 56 | 25 |
| 45–54 | 4331 | 26.7 | 1088 | 7.4 | 320 | 768 | 71 |
| 55–64 | 3731 | 85.3 | 3441 | 14.9 | 556 | 2885 | 84 |
| ⩾65 | 5759 | 218.0 | 13335 | 42.9 | 2471 | 10864 | 81 |
| Total | 31614 | 53.1 | 18132 | — | 3557 | 14575 | 80 |

Abbreviations: PAF = population-attributable fraction. [a]Expected in a population that had never smoked.



**Cancer, lifestyle and environment in the UK in 2010**

S8



**Table 3** Other cancers: cases attributable to smoking in 2010

| | Cases attributable to smoking for specific cancers | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Age (years) | Oral cavity and pharynx | | | Oesophagus | | | Stomach | | | Liver | | | Pancreas | | | Colon–rectum | | | Larynx | | | Cervix | | | Ovary | | | Bladder | | | Kidney and ureter | | | Myeloid leukaemia | | |
| | Obs. | Exp. | PAF (%) | Obs. | Exp. | PAF (%) | Obs. | Exp. | PAF (%) | Obs. | Exp. | PAF (%) | Obs. | Exp. | PAF (%) | Obs. | Exp. | PAF (%) | Obs. | Exp. | PAF (%) | Obs. | Exp. | PAF (%) | Obs. | Exp. | PAF (%) | Obs. | Exp. | PAF (%) | Obs. | Exp. | PAF (%) | Obs. | Exp. | PAF (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Males** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0–14 | 5 | 5 | 0 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 54 | 54 | 0 | 41 | 41 | 0 |
| 15–34 | 77 | 77 | 0 | 12 | 12 | 0 | 14 | 14 | 0 | 15 | 15 | 0 | 9 | 9 | 0 | 163 | 163 | 0 | 2 | 2 | 0 | — | — | — | — | — | — | 8 | 8 | 0 | 37 | 37 | 0 | 97 | 97 | 0 |
| 35–44 | 244 | 183 | 25 | 86 | 72 | 16 | 82 | 79 | 4 | 43 | 41 | 4 | 67 | 64 | 4 | 397 | 394 | 1 | 35 | 24 | 31 | — | — | — | — | — | — | 58 | 54 | 6 | 206 | 196 | 5 | 89 | 86 | 3 |
| 45–54 | 902 | 332 | 63 | 469 | 234 | 50 | 251 | 208 | 17 | 166 | 136 | 18 | 278 | 230 | 17 | 1436 | 1379 | 4 | 195 | 58 | 70 | — | — | — | — | — | — | 235 | 175 | 26 | 612 | 486 | 21 | 150 | 130 | 13 |
| 55–64 | 1458 | 325 | 78 | 1308 | 430 | 67 | 677 | 476 | 30 | 493 | 338 | 31 | 818 | 575 | 30 | 4129 | 3807 | 8 | 535 | 92 | 83 | — | — | — | — | — | — | 961 | 564 | 41 | 1295 | 847 | 35 | 348 | 264 | 24 |
| ≥65 | 1887 | 471 | 75 | 3836 | 1389 | 64 | 3443 | 2524 | 27 | 1530 | 1097 | 28 | 2910 | 2133 | 27 | 15999 | 14912 | 7 | 1035 | 202 | 81 | — | — | — | — | — | — | 5448 | 3390 | 38 | 3493 | 2400 | 31 | 1321 | 1038 | 21 |
| Total | 4573 | 1393 | 70 | 5711 | 2137 | 63 | 4467 | 3300 | 26 | 2270 | 1650 | 27 | 4082 | 3011 | 26 | 22125 | 20656 | 7 | 1802 | 378 | 79 | — | — | — | — | — | — | 6711 | 4191 | 38 | 5697 | 4020 | 29 | 2046 | 1656 | 19 |
| **Females** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 0–14 | 6 | 6 | 0 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 12 | 12 | 0 | — | — | — | 57 | 57 | 0 | 43 | 43 | 0 |
| 15–34 | 75 | 75 | 0 | 5 | 5 | 0 | 29 | 29 | 0 | 12 | 12 | 0 | 12 | 12 | 0 | 164 | 164 | 0 | 2 | 2 | 0 | 739 | 739 | 0 | 273 | 273 | 0 | 6 | 6 | 0 | 37 | 37 | 0 | 86 | 86 | 0 |
| 35–44 | 131 | 117 | 11 | 27 | 22 | 19 | 64 | 63 | 1 | 18 | 18 | 0 | 53 | 51 | 4 | 402 | 399 | 1 | 12 | 9 | 26 | 679 | 669 | 1 | 438 | 435 | 1 | 31 | 30 | 4 | 110 | 108 | 2 | 90 | 89 | 1 |
| 45–54 | 354 | 191 | 46 | 147 | 61 | 59 | 129 | 117 | 9 | 70 | 64 | 9 | 221 | 177 | 20 | 1230 | 1158 | 6 | 53 | 15 | 71 | | | | 926 | 901 | 3 | 104 | 80 | 23 | 298 | 270 | 9 | 142 | 136 | 4 |
| 55–64 | 593 | 208 | 65 | 398 | 98 | 75 | 287 | 234 | 18 | 199 | 163 | 18 | 633 | 411 | 35 | 2755 | 2427 | 12 | 105 | 16 | 84 | 317 | 259 | 18 | 1506 | 1451 | 4 | 303 | 186 | 39 | 639 | 521 | 18 | 210 | 193 | 8 |
| ≥65 | 1196 | 466 | 61 | 2240 | 622 | 72 | 2067 | 1735 | 16 | 999 | 813 | 19 | 3361 | 2304 | 31 | 13233 | 11871 | 10 | 210 | 38 | 82 | | | | 3665 | 3571 | 3 | 2126 | 1385 | 35 | 2223 | 1867 | 16 | 1025 | 952 | 7 |
| Total | 2355 | 1063 | 55 | 2817 | 808 | 71 | 2576 | 2178 | 15 | 1298 | 1099 | 15 | 4280 | 2955 | 31 | 17786 | 16020 | 10 | 382 | 80 | 79 | 2693 | 2498 | 7 | 6820 | 6643 | 3 | 2571 | 1688 | 34 | 3364 | 2860 | 15 | 1596 | 1500 | 6 |

Abbreviations: Exp. = cases expected; Obs. = cases observed; PAF (%) = population-attributable fraction.

**Table 4** Relative risks of lung cancer from exposure to ETS (IARC, 2004)

| Source of exposure to ETS | RR by sex | |
|---|---|---|
| | Males | Females |
| At home (spouse) | 1.37 | 1.24 |
| At work (occupational) | 1.12 | 1.19 |

Abbreviations: ETS = environmental tobacco smoke; RR = relative risk.

Taking these figures together, we can estimate that, in total, 36 102 (22.8% of the total) cancers in men and 23 722 (15.2% of the total) in women are attributable to smoking tobacco (currently, or in the past).

## Discussion

The method of estimation developed by Peto et al (1992, 2000) is based on the assumption that the excess mortality (or incidence) from lung cancer, above which would have been observed in persons who have never smoked, is the result of smoking (past and current). Thus, the attributable fraction of lung cancer can be estimated as

$$(\text{cases observed} - \text{cases expected})/\text{cases observed}$$

and used to estimate the attributable fractions of other cancers. It should be noted that it is of no consequence that the data set used for estimates of PAF in 2010 is derived from study results pertaining to the period 1984–1988, so long as the two components (mortality/incidence of lung cancer in non-smokers, and relative risks of different cancers in smokers vs never-smokers) derive from the same population. On the other hand, it is important that the non-smoker rates observed in the US volunteers in 1984–1988 are appropriate to the UK population in 2010. The only large cohort study in the UK was for British Doctors – almost all of them being men. The US CPS II non-smoker rates predicted 19.03 lung cancer deaths in 40 years of follow-up, vs 19 actually observed (Peto et al, 2000), confirming that non-smoker rates in the UK are likely to be very similar to those in the US CPS II cohort.

The main advantage of the Peto method is that it does not require detailed information of the current relative risks of different cancers in relation to smoking history in the UK population. The risk of tobacco smoking depends on cumulative exposure to carcinogens in tobacco smoke, and therefore varies with the amount smoked, duration of smoking and time since cessation (in ex-smokers), as well as with the type of cigarette smoked. Factors such as these differ between countries, and over time, and thus one cannot be sure that relative risks taken from studies in different populations (geographic or temporal) would be appropriate for the UK in 2010. In the USA, the relative risk of lung cancer in current smokers (relative to never smokers) was 11.5 in men and 2.7 in women in the Cancer Prevention Study I (CPS I) conducted by the American Cancer Society during 1959–1965, whereas it was 23.3 in men and 12.7 in women in CPS II (US Department of Health and Human Services, 2004). In the British Doctors study, the relative risk of current smokers rose from 15.5 during 1951–1971 to 18.5 during 1971–1991 (Doll et al, 1994). In fact, one might have expected the switch to cigarettes delivering low tar to have reduced the hazard of lung cancer, but this effect is being offset by the 'maturing' of the smoking epidemic, and thus smokers still alive in more recent years have had a longer history of regular consumption of cigarettes than men of the same ages would have had during the 1950s and 1960s. Another factor that may be important in the maturing of the epidemic (but which is impossible to quantify) is a change in the way cigarettes have been smoked in recent decades. The minority of doctors who continued

© 2011 Cancer Research UK

to smoke cigarettes in the latter half of the study may have tended to be those who smoked them in a way different from that of the greater number who had stopped smoking them earlier.

Using the ratio of mortality rates from lung cancer in never, former and current smokers after the 50-year follow-up of British doctors (Doll *et al*, 2005), and the prevalence of smoking among British men in 2008 (22% current smokers, 30% ex-smokers; General Lifestyle Survey 2008/ONS 2010, 2010), the estimate of the PAF of lung cancer is 80%. This is somewhat lower than the 85% estimate of the current analysis, and that of Peto *et al* (2006), who, using essentially the same methodology, estimated that 88% of lung cancer deaths in men in the UK in the year 2007 were due to smoking, and 84% of deaths in women. The reason, as noted above, is that the relative risks observed in British doctors are unlikely to be the same as the averages for the UK population in 2010.

## ENVIRONMENTAL TOBACCO SMOKE (ETS)

### Methods

Estimation of the fraction of cancer caused by exposure to ETS in lifelong non-smokers uses the traditional method for attributable fractions, incorporating estimates of relative risk (of exposure to tobacco smoke) and the prevalence of such exposure among never smokers. The formula for calculating PAF is as follows:

$$PAF = \frac{P_e(r-1)}{1 + P_e(r-1)}$$

where $P_e$ is the prevalence of exposure and $r$ is the relative risk of lung cancer in those exposed to ETS. The attributable fraction is applied to the number of lung cancer cases estimated to occur among never smokers. From the section on tobacco smoking, this

was estimated to be 6819 (3262 in men and 3557 in women) in the UK in 2010 (Table 2).

We may estimate two components:

(1) Cases of lung cancer (in never smokers) caused by domestic exposure to ETS.
(2) Cases of lung cancer (in never smokers) caused by exposure to ETS in the workplace.

The relative risks from the IARC (2004) meta-analyses, described in the Introduction, are used (Table 4).

*Exposure to ETS at home*  Most studies investigate the risk of lung cancer in lifelong non-smokers (never-smokers) living with a smoking spouse, and it was on a meta-analysis of such studies that the estimated relative risks in the IARC monograph were based. There appear to be no survey data upon which one can estimate the prevalence of such exposures in the UK. A range of approaches have been used by others, from using the exposure prevalence of control subjects in case–control studies (IARC, 2007) to extrapolation from exposure of children to ETS at home (Jamrozik, 2005). Trédaniel *et al* (1997) estimate the exposure from spouse smoking based on the prevalence of smoking in men and women, and the probability that couples would be discordant for their smoking status. This seems to be the method most likely to yield exposures equivalent to those for which relative risks have been estimated, as well as allowing estimates specific to the UK (which controls from case–control studies cannot). Using data from the General Household Survey for 2008, we may obtain the prevalence of current, ever or never smokers by age group, as well as the probability of being married or cohabiting currently or ever in the past. We use the 'aggregation factor' of 3.0 proposed by Wald *et al* (1986) to express the relative probability of couples being concordant for smoking status.

Table 5 shows the percentage of the UK population who are currently married or cohabiting (column 1), and the percentage

**Table 5**  Prevalence estimates of cohabitation with smoking partner among non-smokers in UK, and fraction of lung cancer cases attributable to cohabitation with a smoking partner

| Age group (years) | Cohabitation status of never-smokers (%)[a] | | Population smoking status (%)[a] | | Estimated prevalence of never-smokers cohabiting with smoking partner and lung cancer cases attributable to cohabitation with smoking partner (%)[b] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | Living with a partner | Ever had a partner | Current smokers | Never smokers | Never-smokers living with current smoking partner | PAF | Never-smokers living with ever smoking partner | PAF | Never-smokers ever living with smoking partner | PAF |
| *Men* | | | | | | | | | | |
| 16–24 | 8 | 8 | 24 | 69 | 1 | 0.5 | 2 | 0.6 | 2 | 0.6 |
| 25–34 | 61 | 63 | 30 | 53 | 10 | 3.5 | 19 | 6.4 | 19 | 6.6 |
| 35–44 | 77 | 82 | 24 | 51 | 11 | 3.8 | 25 | 8.3 | 26 | 8.8 |
| 45–54 | 77 | 88 | 24 | 48 | 11 | 3.8 | 24 | 8.1 | 27 | 9.1 |
| 55–64 | 79 | 93 | 18 | 41 | 7 | 2.5 | 16 | 5.6 | 19 | 6.5 |
| 65–74 | 77 | 94 | 13 | 37 | 4 | 1.3 | 20 | 6.9 | 25 | 8.3 |
| ≥75 | 60 | 93 | 13 | 37 | 8 | 2.8 | 14 | 5.0 | 22 | 7.5 |
| Total | 63 | 72 | 22 | 49 | 6 | 2.0 | 17 | 6.0 | 20 | 6.8 |
| *Women* | | | | | | | | | | |
| 16–24 | 18 | 19 | 26 | 71 | 3 | 1.0 | 4 | 1.5 | 4 | 1.5 |
| 25–34 | 68 | 72 | 29 | 57 | 12 | 4.1 | 24 | 8.1 | 25 | 8.6 |
| 35–44 | 75 | 87 | 25 | 56 | 8 | 3.0 | 29 | 9.8 | 34 | 11.2 |
| 45–54 | 75 | 93 | 24 | 57 | 10 | 3.4 | 31 | 10.3 | 38 | 12.4 |
| 55–64 | 72 | 96 | 22 | 55 | 4 | 1.6 | 29 | 9.7 | 39 | 12.5 |
| 65–74 | 63 | 96 | 13 | 56 | 7 | 2.5 | 32 | 10.7 | 50 | 15.5 |
| ≥75 | 29 | 94 | 13 | 56 | 4 | 1.6 | 14 | 5.1 | 47 | 14.8 |
| Total | 59 | 79 | 21 | 57 | 7 | 2.5 | 23 | 7.8 | 31 | 10.1 |

Abbreviations: PAF = population-attributable fraction. [a]Cohabitation status and population smoking status from General Lifestyle Survey 2008/ONS 2010 (2010). [b]Estimates are based on cohabitation status and population smoking status, and assume couples are in the same broad age groups as those in the table and the relative probability of couples being concordant for smoking status is 3.0 (Wald *et al*, 1986).



who have ever been married (or cohabiting; column 2), by age group. Column 3 shows the prevalence of current smokers, and column 4 the percentage of persons who have never smoked.

Under the assumption that couples are in the same broad age groups as those in the table, and that the 'aggregation factor' described above is 3.0, we can estimate the percentage of never smokers who belong to the following categories:

- Currently living with a smoking partner (column 5)
- Currently living with a partner who has ever smoked (column 7)
- Has ever lived with a partner who was a smoker at some point of time (column 9).

The corresponding attributable fractions of lung cancers among never smokers are shown in columns 6, 8 and 10. They range from 2% of lung cancer cases in non-smoking women (due to their current partner's smoke) to 10.1% of lung cancers in non-smoking women, as a consequence of ever having had a partner who was a smoker at some point of time.

Although the relative risks derive from studies of non-smokers with current partners who smoked, the corresponding estimates of PAF in Table 5 (column 6) are probably an underestimate, because of the following factors:

- They take account only of current partnerships, and it is likely that past partnerships with a smoker would have had some

adverse effects, particularly when separation had occurred only recently
- Some non-smoking partners may have quit relatively recently, and their past smoking would have had an adverse effect
- There may be other members of the household smoking, even though the partner does not.

For these reasons, the attributable fractions in column 8 (based on non-smokers with a current partner who was ever a smoker) are taken as the relevant estimate for the UK population.

*Exposure to ETS at work*   Jamrozik (2005) gives the prevalence of passive smoking at work as 11%, an estimate that probably derives from the survey commissioned by ASH in April 1999, which revealed that approximately 3 million people in the UK are regularly exposed to ETS at work (ASH, 2004). There are otherwise very few data on workplace exposure to ETS in the UK. Chen *et al* (2001), in a small sample derived from participants in the fourth Scottish MONICA survey of 1995, found that any (regular) exposure of adults aged 25–64 years to environmental tobacco smoke at work was 68.1% for men and 57.5% for women (of which 21.5% of men and 17.4% of women classified such exposure as 'some' or 'a lot'). The EPIC study collected data on exposure to ETS at the time of recruitment among 123 000 non-smokers from 11 centres (none of them in UK) during 1993–1998, 78% of whom were women; 67% reported exposure at work (Vineis *et al*, 2005). The proportion of non-smoker controls in the multi-centre

**Table 6** Lung cancer cases attributable to exposure of non-smokers to ETS in UK in 2010

| | | | | | | | | | Source of exposure | | | |
| | | | | | | | | | | | Both | |
| | | | | | | | | | | | Independent ETS exposure | Correlated ETS exposure |
| | Spouse | | | Workplace | | | | | | | | |
| Age group (years) | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases | Obs. | Excess attributable cases | PAF (%) | | Excess attributable cases | PAF (%) |
| *Men* | | | | | | | | | | | | |
| 16–24 | 0.01 | 0 | 0 | 0.08 | 0 | 0 | 0 | 0 | — | | 0 | — |
| 25–34 | 0.06 | 38 | 2 | 0.08 | 38 | 3 | 38 | 5 | 13.7 | | 5 | 12.9 |
| 35–44 | 0.08 | 128 | 11 | 0.08 | 128 | 10 | 128 | 20 | 15.5 | | 19 | 14.6 |
| 45–54 | 0.08 | 252 | 20 | 0.08 | 252 | 20 | 252 | 38 | 15.3 | | 36 | 14.4 |
| 55–64 | 0.06 | 513 | 28 | 0.08 | 513 | 40 | 513 | 66 | 12.9 | | 62 | 12.0 |
| 65–74 | 0.07 | 854 | 59 | 0.08 | 854 | 67 | 854 | 121 | 14.2 | | 114 | 13.3 |
| ⩾75 | 0.05 | 1478 | 74 | 0.08 | 1478 | 115 | 1478 | 183 | 12.4 | | 170 | 11.5 |
| All ages | | 3262 | 195 | | 3262 | 255 | 3262 | 434 | — | | 406 | — |
| % of total (all ages) | | | 6.0 | | | 7.8 | | | 13.3 | | | 12.4 |
| *Women* | | | | | | | | | | | | |
| 16–24 | 0.01 | 0 | 0 | 0.09 | 0 | 0 | 0 | 0 | | | 0 | |
| 25–34 | 0.08 | 42 | 3 | 0.09 | 42 | 4 | 42 | 7 | 16.5 | | 7 | 15.6 |
| 35–44 | 0.10 | 168 | 16 | 0.09 | 168 | 15 | 168 | 30 | 18.0 | | 29 | 17.1 |
| 45–54 | 0.10 | 320 | 33 | 0.09 | 320 | 29 | 320 | 59 | 18.5 | | 56 | 17.6 |
| 55–64 | 0.10 | 556 | 54 | 0.09 | 556 | 51 | 556 | 100 | 18.0 | | 95 | 17.1 |
| 65–74 | 0.11 | 822 | 88 | 0.09 | 822 | 75 | 822 | 155 | 18.9 | | 148 | 18.0 |
| ⩾75 | 0.05 | 1649 | 84 | 0.09 | 1649 | 151 | 1649 | 227 | 13.8 | | 212 | 12.8 |
| All ages | | 3557 | 279 | | 3557 | 325 | 3557 | 578 | — | | 547 | — |
| % of total (all ages) | | | 7.8 | | | 9.1 | | | 16.3 | | | 15.4 |
| *Persons* | | | | | | | | | | | | |
| 16–24 | | 0 | 0 | | 0 | 0 | 0 | 0 | | | 0 | |
| 25–34 | | 80 | 6 | | 80 | 7 | 80 | 12 | 15.2 | | 6 | 7.3 |
| 35–44 | | 296 | 27 | | 296 | 25 | 296 | 50 | 16.9 | | 27 | 9.1 |
| 45–54 | | 572 | 53 | | 572 | 49 | 572 | 98 | 17.1 | | 53 | 9.3 |
| 55–64 | | 1069 | 82 | | 1069 | 91 | 1069 | 166 | 15.5 | | 82 | 7.7 |
| 65–74 | | 1676 | 147 | | 1676 | 142 | 1676 | 276 | 16.5 | | 147 | 8.8 |
| ⩾75 | | 3127 | 158 | | 3127 | 266 | 3127 | 410 | 13.1 | | 158 | 5.0 |
| All ages | | 6820 | 474 | | 6820 | 580 | 6820 | 1013 | — | | 952 | — |
| % of total (all ages) | | | 6.9 | | | 8.5 | | | 14.8 | | | 14.0 |

Abbreviations: ETS = environmental tobacco smoke; Obs. = observed cases; PAF = population-attributable fraction.

© 2011 Cancer Research UK

BJC
OPEN


European case–control study of Boffetta et al (1998) who reported ever being exposed to ETS at work was 71% in men and 47% in women.

It is difficult, based on such incomplete data, and the varying definition of 'exposure', to decide an appropriate prevalence for the UK. On the basis of the average of the results from Boffetta et al (1998), Chen et al (2001) and Vineis et al (2005), 71% for men and 53% for women, 8% of lung cancers in never-smoking men and 9% in women would be due to workplace exposure to ETS. With the much lower exposure estimate of Jamrozik (11%), the attributable fractions would be 1.3% and 2.0% in men and women, respectively.

## RESULTS

### Estimate of attributable fraction in lifelong non-smokers

Table 6 shows the final estimates of lung cancer attributable to ETS from the spouse, and at work, with the assumptions described above. With respect to combined exposure, it is assumed that the relative risks are simply multiplicative (no interaction). The exposures can be either

- independent of each other or
- correlated, in that individuals exposed at home are more likely to be exposed at work. In fact, the concordance between exposures at the two sites is rather weak: on the basis of the results among the control subjects in the study by Boffetta et al (1998), the $\kappa$ value is −0.005 for women and +0.05 for men.

In total, 14–15% of lung cancer cases among individuals who have never smoked are estimated to be due to exposure to ETS.

## DISCUSSION

The estimate of the effect of exposure to spousal smoking is based on current (2008) data on the proportion of persons married or cohabiting, and an estimate of the likelihood that their current partner has ever smoked. The percentages are 17% for men (aged over 16) and 23% for women. Self-reported exposure to spousal smoke among controls in the multi-centre European case–control study of Boffetta et al (1998) was reported as 12.8% for men and 62.7% for women – but these are values for those ever exposed, which were used in estimating the PAF in France (IARC, 2007). In the EPIC study, 28.5% of non-smokers (78% women) from 11 centres in Europe (not UK) reported ETS exposure (probably at the time of recruitment) at home (Vineis et al, 2005). The estimates of Jamrozik (2005) — 37% of adults under 65 exposed at home – are clearly inappropriate, as they relate to exposure of children to smoke at home from either parent. In the UK, Jarvis et al (2003), in a sample of adults from the general population of England in 1994 and 1996, found that among 9556 married or cohabiting non-smokers 14.5% had a partner who was a current cigarette smoker. This is similar to the indirect estimate of 17% (men) and 23% (women) who would be expected to have a smoking partner, based on the current prevalence in 2008, and an aggregation factor of 3, on which the result in Table 5 is based. Smoking prevalence has declined over time, and exposure to smoke from a smoking spouse would have been greater in the past (among individuals developing lung cancer in 2010), especially for women, as smoking has declined among men much more than among women. However, as the estimate is based on the probability of the current partner ever having been a smoker, any bias will be small.

The estimate of the role of exposure to ETS in the workplace uses the relative risks from the meta-analysis of case–control studies conducted by IARC (2004). A somewhat more recent meta-analysis of 22 studies (Stayner et al, 2007) suggested a similar magnitude of relative risk (1.24). The definition of 'exposure' in the studies included in these analyses varies, and, in any case, estimates of the PAF depend on the prevalence of workplace exposure to ETS in the UK population, for which there are no representative data.

A previous estimate for deaths attributable to passive smoking in the UK was made by Jamrozik (2005). The results are rather different from those obtained here – 1372 deaths from lung cancer due to exposure at home and 160 due to exposure at work. The

**Table 7** Cases of lung cancer attributable to tobacco, by sex and age group (UK 2010)

| Age group (years) | Observed cases | Smoking attributable cases | ETS attributable cases | Total attributable cases | |
|---|---|---|---|---|---|
| | | | | Excess attributable cases | PAF (%) |
| *Males* | | | | | |
| 0–34 | 38 | 0 | 5 | 5 | 14 |
| 35–44 | 215 | 87 | 20 | 107 | 50 |
| 45–54 | 1138 | 886 | 38 | 924 | 81 |
| 55–64 | 4184 | 3671 | 66 | 3737 | 89 |
| ⩾65 | 16 697 | 14 366 | 305 | 14 671 | 88 |
| Total | 22 273 | 19 011 | 434 | 19 445 | 87 |
| *Females* | | | | | |
| 0–34 | 42 | 0 | 7 | 7 | 17 |
| 35–44 | 224 | 56 | 30 | 86 | 39 |
| 45–54 | 1088 | 768 | 59 | 827 | 76 |
| 55–64 | 3441 | 2885 | 100 | 2985 | 87 |
| ⩾65 | 13 335 | 10 864 | 382 | 11 246 | 84 |
| Total | 18 132 | 14 575 | 578 | 15 153 | 84 |
| *Persons* | | | | | |
| 0–34 | 80 | 0 | 12 | 12 | 15 |
| 35–44 | 439 | 143 | 50 | 193 | 44 |
| 45–54 | 2226 | 1654 | 98 | 1752 | 79 |
| 55–64 | 7625 | 6556 | 166 | 6722 | 88 |
| ⩾65 | 30 032 | 25 230 | 687 | 25 917 | 86 |
| Total | 40 405 | 33 586 | 1013 | 34 599 | 86 |

Abbreviations: ETS = environmental tobacco smoke; PAF = population-attributable fraction.

© 2011 Cancer Research UK

npg

Cancer, lifestyle and environment in the UK in 2010



S12

**Table 8**   Cancer cases caused by exposure to tobacco smoke (by smoking, or environmental), UK 2010

| Cancer | Observed cases | Excess attributable cases Number (% at this site) | Population-attributable fraction (% of all cancers) |
|---|---|---|---|
| **Males** | | | |
| Lung | 22 273 | 19 445 (87) | 12.3 |
| Oral cavity and pharynx | 4573 | 3180 (70) | 2.0 |
| Oesophagus | 5711 | 3574 (63) | 2.3 |
| Stomach | 4467 | 1167 (26) | 0.7 |
| Liver | 2270 | 620 (27) | 0.4 |
| Pancreas | 4082 | 1071 (26) | 0.7 |
| Colon−rectum | 22 125 | 1469 (7) | 0.9 |
| Larynx | 1802 | 1424 (79) | 0.9 |
| Cervix uteri | — | — | — |
| Ovary | — | — | — |
| Bladder | 6711 | 2520 (38) | 1.6 |
| Kidney | 5697 | 1677 (29) | 1.1 |
| Leukaemia | 4639 | 390 (8) | 0.2 |
| All cancers | 158 667 | 36 537 (23.0) | 23.0 |
| **Females** | | | |
| Lung | 18 132 | 15 153 (84) | 9.7 |
| Oral cavity and pharynx | 2355 | 1292 (55) | 0.8 |
| Oesophagus | 2817 | 2009 (71) | 1.3 |
| Stomach | 2576 | 398 (15) | 0.3 |
| Liver | 1298 | 199 (15) | 0.1 |
| Pancreas | 4280 | 1325 (31) | 0.9 |
| Colon−rectum | 17 786 | 1766 (10) | 1.1 |
| Larynx | 382 | 302 (79) | 0.2 |
| Cervix uteri | 2693 | 195 (7) | 0.1 |
| Ovary | 6820 | 177 (3) | 0.1 |
| Bladder | 2571 | 883 (34) | 0.6 |
| Kidney | 3364 | 504 (15) | 0.3 |
| Leukaemia | 3201 | 96 (3) | 0.1 |
| All cancers | 155 584 | 24 300 (15.6) | 15.6 |
| **Persons** | | | |
| Lung | 40 405 | 34 599 (86) | 11.0 |
| Oral cavity and pharynx | 6928 | 4472 (65) | 1.4 |
| Oesophagus | 8528 | 5583 (65) | 1.8 |
| Stomach | 7043 | 1565 (22) | 0.5 |
| Liver | 3568 | 819 (23) | 0.3 |
| Pancreas | 8362 | 2396 (29) | 0.8 |
| Colon−rectum | 39 911 | 3235 (8) | 1.0 |
| Larynx | 2184 | 1726 (79) | 0.5 |
| Cervix uteri | 2693 | 195 (7) | 0.1 |
| Ovary | 6820 | 177 (3) | 0.1 |
| Bladder | 9282 | 3403 (37) | 1.1 |
| Kidney | 9061 | 2181 (24) | 0.7 |
| Leukaemia | 7840 | 487 (6) | 0.2 |
| All cancers | 314 251 | 60 837 (19.4) | 19.4 |

reasons for this are different assumptions concerning prevalence of exposure (as mentioned above) and relative risk, and the attribution of no lung cancer deaths after the age of 64 years to workplace exposures. What is more, Jamrozik estimates lung cancer deaths attributable to passive smoking in the whole population – including among current and past smokers; as noted in the introduction, this is illogical, as such deaths would not occur among non-smokers if no one smoked.

## SUMMARY

Table 7 summarizes the findings with respect to lung cancer and exposure to tobacco smoke. In total, 34 599 cases of lung cancer in the UK (86% of the total) were due to exposure to tobacco smoke

in 2010, the great majority of which (97.4%) are due to active smoking (current or in the past). The figures for men are 87% cases due to exposure to tobacco (of which 97.7% were due to smoking), and for women 84% cases due to exposure to tobacco (of which 96.2% were due to smoking).

Table 8 shows the final summary of the estimate of tobacco-attributable cancer in the UK. In total, the estimate is of 60 837 cancer cases (19.4% of all new cancer cases) attributable to tobacco: 36 537 (23.0%) of cancers in men and 24 300 (15.6%) of cancers in women.

See acknowledgements on page Si.

## Conflict of interest

The author declares no conflict of interest.


# REFERENCES

ASH (2004) Passive smoking: a summary of the evidence. http://www.ash.org.uk/files/documents/ASH_305.pdf

Boffetta P, Agudo A, Ahrens W, Benhamou E, Benhamou S, Darby SC, Ferro G, Fortes C, Gonzalez CA, Jöckel KH, Krauss M, Kreienbrock L, Kreuzer M, Mendes A, Merletti F, Nyberg F, Pershagen G, Pohlabeln H, Riboli E, Schmid G, Simonato L, Trédaniel J, Whitley E, Wichmann HE, Winck C, Zambon P, Saracci R (1998) Multicenter case-control study of exposure to environmental tobacco smoke and lung cancer in Europe. *J Natl Cancer Inst* **90:** 1440–1450

Burns DM, Garfinkel L, Samet JM (1997) *Changes in Cigarette-Related Disease Risks and Their Implication for Prevention and Control. Smoking and Tobacco Control Monograph 8 (97-4213)*. National Cancer Institute (NIH): Bethesda, MD

Chen R, Tunstall-Pedoe H, Tavendale R (2001) Environmental tobacco smoke and lung function in employees who never smoked: the Scottish MONICA study. *Occup Environ Med* **58:** 563–568

Doll R, Peto R, Boreham J, Sutherland I (2005) Mortality in relation to smoking: 50 years' observations on male British doctors. *Br J Cancer* **92:** 426–429

Doll R, Peto R, Wheatley K, Gray R, Sutherland I (1994) Mortality in relation to smoking: 40 years' observations on British doctors. *Br Med J* **309:** 901–911

Ezzati M, Henley SJ, Lopez AD, Thun MJ (2005) Role of smoking in global and regional cancer epidemiology: current patterns and data needs. *Int J Cancer* **116:** 963–971

Garfinkel L (1980) Cancer mortality in non smokers: prospective study by the American Cancer Society. *J Natl Cancer Inst* **65:** 1169–1173

General Lifestyle Survey 2008/Office for National Statistics (ONS) 2010 (2010) (http://www.statistics.gov.uk/downloads/theme_compendia/GLF08/GeneraLifestyleSurvey2008.pdf)

Hannan LM, Jacobs EJ, Thun MJ (2009) The association between cigarette smoking and risk of colorectal cancer in a large prospective cohort from the United States. *Cancer Epidemiol Biomarkers Prev* **18:** 3362–3367

International Agency for Research on Cancer (IARC) (2004) *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol. 83: Tobacco Smoke and Involuntary Smoking*. IARC: Lyon

International Agency for Research on Cancer (IARC) (2007) *Attributable Causes of Cancer in France in the Year 2000*. IARC Working Group Reports; 3

Jamrozik K (2005) Estimate of deaths attributable to passive smoking among UK adults: database analysis. *Br Med J* **330:** 812

Jarvis MJ, Primatesta P, Erens B, Feyerabend C, Bryant A (2003) Measuring nicotine intake in population surveys: comparability of saliva cotinine and plasma cotinine estimates. *Nicotine Tob Res* **5:** 349–355

Jordan SJ, Whiteman DC, Purdie DM, Green AC, Webb PM (2006) Does smoking increase risk of ovarian cancer? A systematic review. *Gynecol Oncol* **103:** 1122–1129

Peto R, Darby S, Deo H, Silcocks P, Whitley E, Doll R (2000) Smoking, smoking cessation, and lung cancer in the UK since 1950: combination of national statistics with two case-control studies. *Br Med J* **321:** 323–329

Peto R, Lopez AD, Boreham J, Thun M (1992) Mortality from tobacco in developed countries: indirect estimation from national vital statistics. *Lancet* **339:** 1268–1278

Peto R, Lopez AD, Boreham J, Thun M, Heath Jr C (2006) *Mortality from Tobacco in Developed Countries 1950–2000*, 2nd edn (updated June 2006). http://www.ctsu.ox.ac.uk/%7Etobacco/

Secretan B, Straif K, Baan R, Grosse Y, El Ghissassi F, Bouvard V, Benbrahim-Tallah L, Guha N, Freeman C, Galichet L, Cogliano V (2009) A review of human carcinogens - part E: tobacco, areca nut, alcohol, coal smoke, and salted fish. *Lancet Oncol* **10:** 1033–1034

Stayner L, Bena J, Sasco A, Smith R, Steenland K, Kreuzer M, Straif K (2007) Lung cancer and workplace exposure to environmental tobacco smoke. *Am J Publ Health* **97:** 545–551

Thun MJ, Day-Lally C, Myers DG, Calle EE, Flanders WD, Zhu BP, Namboodiri MM, Heath CW (1997) Trends in tobacco smoking and mortality from cigarette use in Cancer prevention Studies I (1959 through 1965) and II (1982 through 1988). In *Changes in Cigarette-Related Disease Risks and Their Implication for Prevention and Control*, Burns DM, Garfinkel L, Samet JM (eds). Smoking and Tobacco Control Monograph 8, US Department of Health and Human Services, Public Health Service, National Institutes of Health, National Cancer Institute: Bethesda, MD

Thun MJ, Henley SJ, Burns DM, Jemal A, Shanks TG, Calle EE (2006) Lung cancer death rates in lifelong non-smokers. *J Natl Cancer Inst* **98:** 691–699

Trédaniel J, Boffetta P, Saracci R, Hirsch A (1997) Non-smoker lung cancer deaths attributable to exposure to spouse's environmental tobacco smoke. *Int J Epidemiol* **26:** 939–944

Vineis P, Airoldi L, Veglia F, Olgiati L, Pastorelli R, Autrup H, Dunning A, Garte S, Gormally E, Hainaut P, Malaveille C, Matullo G, Peluso M, Overvad K, Tjonneland A, Clavel-Chapelon F, Boeing H, Krogh V, Palli D, Panico S, Tumino R, Bueno-De-Mesquita B, Peeters P, Berglund G, Hallmans G, Saracci R, Riboli E (2005) Environmental tobacco smoke and risk of respiratory cancer and chronic obstructive pulmonary disease in former smokers and never smokers in the EPIC prospective study. *Br Med J* **330:** 277

US Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health (2004) *The Health Consequences of Smoking: A Report of the Surgeon General [Atlanta, GA]*. Washington, DC (http://www.cdc.gov/tobacco/data_statistics/sgr/sgr_2004/00_pdfs/chapter7.pdf)

Wald NJ, Nanchahal K, Thompson SG, Cuckle HS (1986) Does breathing other people's tobacco smoke cause lung cancer? *Br Med J (Clin Res Ed)* **293:** 1217–1222

 This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

npg **British Journal of Cancer** (2011) 105, S14–S18
© 2011 Cancer Research UK   All rights reserved 0007–0920/11

www.bjcancer.com



BJC
OPEN

# 3.
# Cancers attributable to consumption of alcohol in the UK in 2010

**DM Parkin**[*,1]

[1]Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK

British Journal of Cancer (2011) **105**, S14–S18; doi:10.1038/bjc.2011.476   www.bjcancer.com
© 2011 Cancer Research UK

In 1988, the International Agency for Research on Cancer (IARC) Monograph on the carcinogenic risk to humans of alcohol drinking concluded that the occurrence of malignant tumours of the oral cavity, pharynx, larynx, oesophagus and liver was causally related to the consumption of alcoholic beverages. In an updated review (Baan et al, 2007; Secretan et al, 2009), they noted the consistent finding of an increased risk of breast cancer with increasing alcohol intake, and that an association between alcohol consumption and colorectal cancer had been reported by more than 50 prospective and case–control studies, with no difference in the risk for colon and rectal cancers (Baan et al, 2007). The World Cancer Research Fund report (WCRF, 2007) considered that the evidence for an association of alcohol intake with these sites was convincing and, for liver cancer, probable.

## METHODS

### Quantitative risk of alcohol

Table 1 shows the increase in risk associated with consumption of 1 g per day of alcohol. The estimates in these studies had been adjusted for major confounders, notably smoking.

With respect to breast cancer, the estimate was derived from a meta-analysis of 53 studies, conducted by the Collaborative Group on Hormonal Factors in Breast Cancer (Hamajima et al, 2002), which found that the risk was increased by 7.1% for every 10 g of daily alcoholintake. The values observed in subsequent studies are not substantially different. A pooled analysis of six cohort studies with data on alcohol and dietary factors found that the risk of breast cancer increased monotonically with increasing intake of alcohol; the multivariate relative risk (RR) for a 10-g per day increase in alcohol was 1.09 (95% CI = 1.04–1.13; Smith-Warner et al, 1998). The EPIC study (Tjønneland et al, 2007) found that the risk was 1.03 (95% CI = 1.01–1.05) per 10-g per day recent alcohol intake, whereas in the Million Women Study the increase in risk associated with 10 g per day intake was 12% (Allen et al, 2009).

With respect to cancers of the colorectum, a pooled analysis of eight cohort studies reported a borderline statistically significant 16% risk increase for people drinking 30–45 g per day of alcohol and a significant 41% risk increase for people drinking ≥45 g per day (Cho et al, 2004). A more recent meta-analysis of cohort studies found a 15% increase in the risk of colon or rectal cancer for an increase of 100 g alcohol intake per week (Moskal et al, 2007), with no difference between men and women. In the EPIC study (Ferrari et al, 2007), the effect was a bit weaker, with alcohol intake at study baseline increasing colorectal cancer risk by 9% per 15 g per day, a risk greater for rectal cancer than for cancer of the distal colon, which in turn was greater than the risk for cancer of the proximal colon. In the WCRF (2007) report, a meta-analysis of eight studies of colon cancer yielded a combined RR of 1.09 (1.03–1.14) per 10 g intake per day, and a meta-analysis of nine studies of rectal cancer yielded an RR of 1.06 (1.01–1.12) per 10 g intake per day.

The means in the meta-analyses of Cho et al (2004), Moskal et al (2007), the EPIC study (Ferrari et al, 2007) and WCRF (2007) are 0.75% per gram alcohol per day for colon cancer and 0.85% per gram per day for rectal cancer. As these estimates are similar, the global figure of 0.8% per gram (increase of 0.008 per gram per day) was used for colorectal cancer as a whole (Table 1).

For the remaining cancers, the meta-analysis of Corrao et al (2004) was used to estimate the RRs. They present RRs associated with a mean intake of 0, 25, 50 and 100 g of alcohol per day. The RR per gram of alcohol intake was estimated by assuming a log–linear relationship between exposure and risk, so that:

$$\text{Relative risk}\,(x) = \exp(\ln(\text{risk per unit}) \times \text{exposure level}\,(x))$$

where $x$ is the exposure level (in grams per day).

### Prevalence of exposure to alcohol

The latent period or interval between 'exposure' to alcohol and the appropriate increase in risk of these cancers is not known. We chose to assume that this would be, on average, 10 years, and thus examine the effects on cancers occurring in 2010 from non-optimal levels of alcohol consumption in the year 2000.

There are two main ways of measuring the amount of alcohol consumed: asking people how much alcohol they drink or counting how much alcohol is sold. As the estimates of the effect of past alcohol drinking on cancer risk are based on epidemiological studies in which alcohol intake is estimated from questionnaire data, it is most appropriate to base the exposure prevalence on data from a similar source.

We have used data from the National Diet and Nutrition Survey, a survey of the diet and nutrition of a representative sample of adults in the age group of 19–64 years living in private households in Great Britain, carried out between July 2000 and June 2001

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk

(Henderson *et al*, 2003). For the age group >65 years, we used data on the proportion of non-drinkers, and average alcohol consumption from the General Household Survey (for England) (Goddard, 2006). From these tables, an estimate was prepared of the proportions of individuals (by age group and sex) consuming different quantities of alcohol in terms of grams per day, assuming that 1 unit of alcoholic beverages contains 8 g of pure alcohol (Table 2).

The same data are shown in Figure 1, as the cumulative percentages of men and women of different ages with different levels of alcohol intake in 2000, as grams per day of alcohol.

### Estimation of population attributable fractions (PAFs)

For the six cancer types, PAFs were calculated for each sex–age group according to the usual formula:

$$PAF = \frac{\Sigma(p_x \times ERR_x)}{1 + \Sigma(p_x \times ERR_x)}$$

where $p_x$ is the proportion of the population in consumption level $x$ ($x = 1–12$) and $ERR_x$ the excess relative risk ($RR_x - 1$) in consumption level $x$ ($x = 1–12$).

The ERR of alcohol consumption for each level $x$ of alcohol consumption given in Table 2 was calculated as follows:

$$ERR_x = \exp(R_g \times G_x) - 1$$

**Table 1** Increase in risk of cancer associated with 1 gram of alcohol per day

| Cancer type | Studies | Increase in risk per gram alcohol per day |
|---|---|---|
| Oral cavity and pharynx | Corrao *et al* (2004) | 0.0185 |
| Larynx | Corrao *et al* (2004) | 0.0136 |
| Oesophagus | Corrao *et al* (2004) | 0.0129 |
| Colorectal cancer | Cho *et al* (2004) Moskal *et al* (2007) Ferrari *et al* (2007) WCRF (2007) | 0.0080 |
| Breast | Collaborative Group (Hamajima *et al*, 2002) | 0.0071 |
| Liver | Corrao *et al* (2004) | 0.0059 |

where $R_g$ is the increase in risk per gram of alcohol intake (Table 1) and $G_x$ the intake of alcohol (grams per day) in consumption category $x$ (Table 2).

### RESULTS

Table 3 shows for each sex and age group the numbers of cases of the six alcohol-related cancers in the UK in 2010, the PAFs due to alcohol consumption 10 years earlier (2000–2001) and the corresponding number of excess cases (calculated as observed × PAF).

Because of the high risk of upper aero-digestive tract cancer associated with alcohol drinking, cancers of the mouth and pharynx, as well as larynx, had the highest percentages of alcohol-attributable cases (30.4% of cancers of the oral cavity and pharynx, 24.6% of laryngeal cancers). Although the fractions of colorectal (11.6%) and breast (6.4%) cancers were much lower, the actual numbers of alcohol-attributable cases were much greater – together, they account for about 7700 alcohol-attributable cases in 2010 (or 62% of all alcohol-related cancers).

Table 4 sums the excess numbers of cases at the six sites, caused by alcohol consumption, and expresses these numbers as a fraction of the total burden of (incident) cancer. The estimates are 4.6%



**Figure 1** Cumulative percentage of population with different alcohol intakes.

**Table 2** Estimated percentage of the population at 12 levels of alcohol consumption

| | | % of population consuming the specified grams per day alcohol in Great Britain during 2000–2001 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Alcohol consumption** | | **Men by age (years)** | | | | | | **Women by age (years)** | | | | | |
| Level | Grams per day | 19–24 | 25–34 | 35–49 | 50–64 | 65+ | All 19+ | 19–24 | 25–34 | 35–49 | 50–64 | 65+ | All 19+ |
| 1 | 0 | 20 | 18 | 16 | 23 | 26 | 20 | 29 | 31 | 31 | 33 | 49 | 35 |
| 2 | 0.5 | 2 | 1 | 1 | 2 | 4 | 2 | 0 | 2 | 3 | 5 | 3 | 3 |
| 3 | 1.5 | 3 | 4 | 1 | 4 | 5 | 3 | 8 | 6 | 5 | 5 | 4 | 5 |
| 4 | 3.5 | 5 | 8 | 11 | 7 | 7 | 8 | 11 | 10 | 10 | 15 | 9 | 11 |
| 5 | 7.5 | 16 | 9 | 10 | 8 | 11 | 10 | 16 | 16 | 18 | 9 | 8 | 13 |
| 6 | 12.5 | 14 | 8 | 6 | 14 | 10 | 10 | 7 | 12 | 11 | 9 | 7 | 9 |
| 7 | 17.5 | 4 | 14 | 9 | 7 | 8 | 9 | 7 | 10 | 7 | 7 | 6 | 7 |
| 8 | 25 | 11 | 11 | 16 | 9 | 7 | 11 | 10 | 7 | 9 | 11 | 7 | 9 |
| 9 | 35 | 5 | 7 | 11 | 5 | 6 | 7 | 5 | 5 | 3 | 3 | 4 | 4 |
| 10 | 45 | 7 | 5 | 5 | 8 | 5 | 6 | 4 | 0 | 2 | 3 | 2 | 2 |
| 11 | 55 | 8 | 4 | 3 | 3 | 6 | 5 | 2 | 0 | 0 | 0 | 1 | 0 |
| 12 | 70 | 5 | 11 | 9 | 10 | 5 | 8 | 1 | 1 | 1 | 0 | 0 | 0 |
| Mean grams per day | | 20.4 | 22.2 | 23.1 | 21.1 | 12.6 | 23.6 | 11.4 | 9.1 | 9.2 | 8.6 | 7.7 | 11.6 |

Data for 19–64-year-olds from Henderson (2003); data for >65-year-olds from Goddard (2006).





S16

**Table 3** Cancer cases diagnosed in 2010 attributable to alcohol consumption in 2000−2001

| | | Cases attributable to alcohol consumption for each cancer | | | | | | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Age (years) | | Oral cavity and pharynx | | | Oesophagus | | | Colon−rectum | | | Liver | | | Larynx | | | Breast | | | | |
| At exposure | At outcome (+10 years) | PAF | Obs. | Excess attrib. cases | PAF | Obs. | Excess attrib. cases | PAF | Obs. | Excess attrib. cases | PAF | Obs. | Excess attrib. cases | PAF | Obs. | Excess attrib. cases | PAF | Obs. | Excess attrib. cases | |
| *Men* | | | | | | | | | | | | | | | | | | | | |
| 15–24 | 25–34 | 0.36 | 55 | 19.6 | 0.25 | 11 | 2.8 | 0.16 | 133 | 20.8 | 0.12 | 19 | 2.1 | 0.26 | 2 | 0.5 | | | | |
| 25–34 | 35–44 | 0.39 | 244 | 96.1 | 0.28 | 86 | 24.0 | 0.17 | 397 | 69.2 | 0.13 | 43 | 5.5 | 0.29 | 35 | 10.3 | | | | |
| 35–49 | 45–59 | 0.40 | 1591 | 631.8 | 0.28 | 970 | 274.9 | 0.18 | 2921 | 521.1 | 0.13 | 351 | 46.4 | 0.30 | 407 | 121.3 | | | | |
| 50–64 | 60–74 | 0.38 | 1888 | 709.1 | 0.26 | 2535 | 668.2 | 0.16 | 9481 | 1548.0 | 0.12 | 1011 | 121.4 | 0.28 | 914 | 253.9 | | | | |
| ≥65 | ≥75 | 0.32 | 768 | 249.1 | 0.22 | 2108 | 473.7 | 0.14 | 9162 | 1262.7 | 0.10 | 828 | 83.7 | 0.24 | 444 | 105.3 | | | | |
| Total | | | 4571 | 1705.9 | | 5713 | 1443.5 | | 22127 | 3421.8 | | 2270 | 259.1 | | 1803 | 491.3 | | | | |
| % | | | | 37.3 | | | 25.3 | | | 15.5 | | | 11.4 | | | 27.3 | | | | |
| *Women* | | | | | | | | | | | | | | | | | | | | |
| 15–24 | 25–34 | 0.23 | 50 | 11.4 | 0.16 | 4 | 0.6 | 0.10 | 136 | 13.0 | 0.07 | 12.11 | 0.9 | 0.17 | 2 | 0.3 | 0.08 | 715.1 | 60.7 | |
| 25–34 | 35–44 | 0.18 | 131 | 23.2 | 0.12 | 27 | 3.3 | 0.07 | 402 | 29.9 | 0.05 | 29.48 | 1.6 | 0.13 | 12 | 1.5 | 0.07 | 3857 | 254.0 | |
| 35–49 | 45–59 | 0.18 | 622 | 113.5 | 0.12 | 303 | 37.9 | 0.08 | 2292 | 174.8 | 0.06 | 142.8 | 8.0 | 0.13 | 99 | 13.1 | 0.07 | 14628 | 987.4 | |
| 50–64 | 60–74 | 0.17 | 855 | 146.3 | 0.12 | 922 | 108.5 | 0.07 | 6116 | 440.7 | 0.05 | 453 | 23.9 | 0.12 | 168 | 20.9 | 0.06 | 17194 | 1096.9 | |
| ≥65 | ≥75 | 0.16 | 666 | 105.2 | 0.11 | 1560 | 166.8 | 0.06 | 8810 | 568.8 | 0.05 | 642.4 | 30.2 | 0.11 | 101 | 11.4 | 0.06 | 11952 | 681.3 | |
| Total | | | 2359 | 399.7 | | 2819 | 317.2 | | 17787 | 1227.3 | | 1298 | 64.6 | | 386 | 47.3 | | 48385 | 3080.3 | |
| % | | | | 16.9 | | | 11.3 | | | 6.9 | | | 5.0 | | | 12.2 | | | 6.4 | |
| *Persons* | | | | | | | | | | | | | | | | | | | | |
| 15–24 | 25–34 | | 105 | 31.1 | | 15 | 3.4 | | 269 | 33.8 | | 31 | 3.0 | | 4 | 0.9 | | 715 | 60.7 | |
| 25–34 | 35–44 | | 375 | 119.3 | | 113 | 27.3 | | 799 | 99.1 | | 72 | 7.1 | | 47 | 11.8 | | 3857 | 254.0 | |
| 35–49 | 45–59 | | 2213 | 745.4 | | 1273 | 312.8 | | 5213 | 695.9 | | 494 | 54.3 | | 506 | 134.4 | | 14628 | 987.4 | |
| 50–64 | 60–74 | | 2743 | 855.5 | | 3457 | 776.7 | | 15597 | 1988.8 | | 1464 | 145.4 | | 1082 | 274.8 | | 17194 | 1096.9 | |
| ≥65 | ≥75 | | 1434 | 354.3 | | 3668 | 640.5 | | 17972 | 1831.5 | | 1470 | 113.9 | | 545 | 116.7 | | 11952 | 681.3 | |
| Total | | | 6930 | 2105.6 | | 8532 | 1761 | | 39914 | 4649 | | 3568 | 324 | | 2189 | 539 | | 48385 | 3080 | |
| % | | | | 30.4 | | | 20.6 | | | 11.6 | | | 9.1 | | | 24.6 | | | 6.4 | |

Abbreviations: attrib. = attributable; Obs. = observed cases; PAF = population-attributable fraction.

**Table 4** Estimated total numbers of cancers in the UK in 2010, PAFs due to alcohol consumption 10 years earlier (2000−2001), and the corresponding number and percentage of excess cases, by age group and sex

| Age (years) | | All cancers[a] | | |
| --- | --- | --- | --- | --- |
| Exposure | Outcome (+10 years) | Observed cases | Excess attributable cases | PAF (%) |
| *Men* | | | | |
| 15–24 | 25–34 | 2109 | 46 | 2.2 |
| 25–34 | 35–44 | 4124 | 205 | 5.0 |
| 35–49 | 45–59 | 22388 | 1596 | 7.1 |
| 50–64 | 60–74 | 68043 | 3301 | 4.9 |
| ≥65 | 75+ | 60149 | 2175 | 3.6 |
| Total | | 158667 | 7322 | 4.6 |
| *Women* | | | | |
| 15–24 | 25–34 | 3284.1 | 87 | 2.6 |
| 25–34 | 35–44 | 8619.2 | 313 | 3.6 |
| 35–49 | 45–59 | 31631 | 1335 | 4.2 |
| 50–64 | 60–74 | 54966 | 1837 | 3.3 |
| ≥65 | 75+ | 55437 | 1564 | 2.8 |
| Total | | 155584 | 5136 | 3.3 |
| *Persons* | | | | |
| 15–24 | 25–34 | 5393 | 133 | 2.5 |
| 25–34 | 35–44 | 12743 | 519 | 4.1 |
| 35–49 | 45–59 | 54019 | 2930 | 5.4 |
| 50–64 | 60–74 | 123009 | 5138 | 4.2 |
| ≥65 | 75+ | 115586 | 3738 | 3.2 |
| Total | | 314251 | 12458 | 4.0 |

Abbreviations: PAF = population-attributable fraction. [a]Excluding non-melanoma skin cancer.

cancers in men and 3.3% in women due to alcohol consumption, or 4.0% cancers overall.

## DISCUSSION

The estimates of the RR of alcohol consumption for various cancers are an 'average' taken from widely cited meta-analyses; more extreme values can be found in specific studies.

Table 5 compares the excess RRs of 1 g of alcohol consumption per day as used in this study with those from the Million Women Study (Allen *et al*, 2009) and the EPIC study (Ferrari *et al*, 2007; Tjonneland *et al*, 2007), as well as with those derived from various meta-analyses by WCRF (2007). The values for cohort studies are shown for cancers of the breast, colon, rectum and liver. For upper aero-digestive and oesophageal cancers, meta-analyses were based on case–control studies only.

For the most part, the risks associated with consumption of alcohol used in the present study are similar to those in the three comparative studies listed in Table 5. The ERRs reported in the Million Women Study (Allen *et al*, 2009) are rather higher than those in Table 1 for cancers of the oesophagus, liver and larynx, although the values used in the current analysis (Table 1) lie within the relevant 95% confidence intervals; for colon cancer, however, the value is considerably lower.

With respect to cancer of the oesophagus, some of the differences may relate to the differing proportions of squamous cell and adenocarcinomas in the series of cancers in various studies. Although squamous cell carcinomas are clearly related to alcohol exposure, the risk of adenocarcinoma is much lower, or nil (Lagergren *et al*, 2000; Wu *et al*, 2001; Lindblad *et al*, 2005; Pandeya *et al*, 2009). Currently, adenocarcinomas comprise

**Table 5** Estimates of excess relative risk associated with 1 gram alcohol intake per day

| Cancer | Excess relative risk (ERR) | | | |
|---|---|---|---|---|
| | This study | MWS 2009[a] | WCRF/AICR 2007[b] | EPIC[c] |
| Breast | 0.0071 | 0.0114 | 0.0095 | 0.0030[d] |
| Colon | 0.0081 | 0.0010 | 0.0086 | 0.0045 |
| Rectum | 0.0081 | 0.0096 | 0.0058 | 0.0070 |
| Liver | 0.0059 | 0.0217 | 0.0095 | |
| Oesophagus | 0.0129 | 0.0201 | 0.0183[e] | |
| Oral cavity and pharynx | 0.0185 | 0.0581 | } 0.0138[e] | |
| Larynx | 0.0136 | 0.0371 | | |

[a]Million Women Study, Allen et al (2009). [b]WCRF (2007). [c]European Prospective Investigation into Cancer and Nutrition, Ferrari et al (2007). [d]Tjonneland et al (2007). [e]Based on meta-analysis of case–control studies only.

**Table 6** UK alcohol consumption per adult

| | General Household Survey[a] | | HM Revenue and Customs[b] | |
|---|---|---|---|---|
| Year | Units per week | Litres of pure alcohol per year | Units per week | Litres of pure alcohol per year |
| 1990 | 10.8 | 5.3 | 19.2 | 10 |
| 2000 | 12.0 | 6.2 | 20.2 | 10.5 |
| 2005 | 10.8 | 5.6 | 21.9 | 11.4 |

[a]General Household Survey (Goddard, 2006). [b]HM Revenue and Customs (HMRC, 2008).

approximately 70% of oesophageal cancers in men in the UK, and 40% in women (see section 8, in Cancers attributable to overweight and obesity). However, the studies currently used to estimate the RR of oesophageal cancer in relation to alcohol do not distinguish between the histological subtypes, and no correction to the estimate for the UK has been made on this basis.

We chose to use the estimates of alcohol consumption in the UK based on population survey data (the National Diet and Nutrition Survey). However, it is well known that surveys produce figures far lower than would be expected from alcohol sales. Alcohol sales are estimated based on clearance data produced by HM Revenue and Customs (HMRC). Not all alcohol that is cleared is actually consumed; for example, it is conceivable that some of it may be thrown away when it passes its best-before date. Conversely, not all alcohol that is consumed in the UK is cleared by HMRC; for example, home brew and illegally imported alcohol.

Table 6 compares consumption as estimated by the General Household Survey (Goddard, 2006) and from clearance data produced by HM Revenue and Customs (HMRC, 2008). The large difference between the two sets of data is unlikely to be due to large amounts of purchased alcohol not being consumed. Both the General Household Survey and the Government's alcohol strategy (HMG, 2007) believe that many people underestimate the amount of alcohol they drink. However, as estimates of risk are generally based on responses to questionnaires, they are likely to overestimate the risk in relation to actual alcohol consumption. It is more appropriate, therefore, to use estimates of alcohol intake from (self-reported) survey data than the more accurate clearance data.

The current estimate (3.6% of new cancers in 2010 related to alcohol) is similar to the figure published by Doll and Peto (2003) – that around 6% of UK cancer deaths could be avoided if people did not drink. The estimation is based on the attribution to alcohol of 2/3 deaths from alcohol-related cancers (mouth, pharynx, larynx, oesophagus) in men and 1/3 in women, plus 'a small proportion' of liver cancer deaths. A recent publication, based on the risks of alcohol consumption observed in the EPIC study, estimates a rather higher fraction of cancers attributable to alcohol in the UK – especially in men: 8% of cancer in men and 3% in women (Schütze et al, 2011). The difference appears to be mainly because of the rather higher level and prevalence of alcohol consumption that were used to estimate attributable fractions (an average intake of 35.2 g per day in men and 17.6 g per day in women, cf. Table 2). These were calculated from data available on the World Health Organisation website, which appear to be derived from clearance data, with levels of consumption equivalent to those in Table 6 (on average, annually 13.4 l of alcohol per capita in 2003–5). As noted above, it would seem more appropriate to use self-reported consumption, even though this is an underestimate of the true situation, as the RR estimates in EPIC (as in other cohort studies) are also based on questionnaire data.

See acknowledgements on page Si.

## Conflict of interest

The author declares no conflict of interest.

## REFERENCES

Allen NE, Beral V, Casabonne D, Kan SW, Reeves GK, Brown A, Green J (2009) Moderate alcohol intake and cancer incidence in women. J Natl Cancer Inst 101: 296–305

Baan R, Straif K, Grosse Y, Secretan B, El Ghissassi F, Bouvard V, Altieri A, Cogliano V (2007) Carcinogenicity of alcoholic beverages. Lancet Oncol 8: 292–293

Cho E, Smith-Warner SA, Ritz J, van den Brandt PA, Colditz GA, Folsom AR, Freudenheim JL, Giovannucci E, Goldbohm RA, Graham S, Holmberg L, Kim DH, Malila N, Miller AB, Pietinen P, Rohan TE, Sellers TA, Speizer FE, Willett WC, Wolk A, Hunter DJ (2004) Alcohol intake and colorectal cancer: a pooled analysis of 8 cohort studies. Ann Intern Med 140: 603–613

Corrao G, Bagnardi V, Zambon A, La Vecchia C (2004) A meta-analysis of alcohol consumption and the risk of 15 diseases. Prev Med 38: 613–619

Doll R, Peto R (2003) Epidemiology of Cancer. In Oxford Textbook of Medicine, Warrell DA, Cox TM, Firth JD, Benz Jr EJ (eds), 4th edn. Oxford University Press: Oxford, UK

Ferrari P, Jenab M, Norat T, Moskal A, Slimani N, Olsen A, Tjønneland A, Overvad K, Jensen MK, Boutron-Ruault MC, Clavel-Chapelon F, Morois S, Rohrmann S, Linseisen J, Boeing H, Bergmann M, Kontopoulou D,

Trichopoulou A, Kassapa C, Masala G, Krogh V, Vineis P, Panico S, Tumino R, van Gils CH, Peeters P, Bueno-de-Mesquita HB, Ocké MC, Skeie G, Lund E, Agudo A, Ardanaz E, López DC, Sanchez MJ, Quirós JR, Amiano P, Berglund G, Manjer J, Palmqvist R, Van Guelpen B, Allen N, Key T, Bingham S, Mazuir M, Boffetta P, Kaaks R, Riboli E (2007) Lifetime and baseline alcohol intake and risk of colon and rectal cancers in the European Prospective Investigation into Cancer and Nutrition (EPIC). Int J Cancer 121: 2065–2072

Goddard E (2006) General Household Survey, 2006. Smoking and Drinking Among Adults, 2006. Office of National Statistics, 2006: London. http://www.parliament.uk/deposits/depositedpapers/2008/DEP2008-2395.pdf

Hamajima N, Hirose K, Tajima K, Rohan T, Calle EE, Heath Jr CW, Coates RJ, Liff JM, Talamini R, Chantarakul N, Koetsawang S, Rachawat D, Morabia A, Schuman L, Stewart W, Szklo M, Bain C, Schofield F, Siskind V, Band P, Coldman AJ, Gallagher RP, Hislop TG, Yang P, Kolonel LM, Nomura AM, Hu J, Johnson KC, Mao Y, De Sanjosé S, Lee N, Marchbanks P, Ory HW, Peterson HB, Wilson HG, Wingo PA, Ebeling K, Kunde D, Nishan P, Hopper JL, Colditz G, Gajalanski V, Martin N, Pardthaisong T, Silpisornkosol S, Theetranont C, Boosiri B, Chutivongse S, Jimakorn P, Virutamasen P, Wongsrichanalai C,



Ewertz M, Adami HO, Bergkvist L, Magnusson C, Persson I, Chang-Claude J, Paul C, Skegg DC, Spears GF, Boyle P, Evstifeeva T, Daling JR, Hutchinson WB, Malone K, Noonan EA, Stanford JL, Thomas DB, Weiss NS, White E, Andrieu N, Brémond A, Clavel F, Gairard B, Lansac J, Piana L, Renaud R, Izquierdo A, Viladiu P, Cuevas HR, Ontiveros P, Palet A, Salazar SB, Aristizabel N, Cuadros A, Tryggvadottir L, Tulinius H, Bachelot A, Lê MG, Peto J, Franceschi S, Lubin F, Modan B, Ron E, Wax Y, Friedman GD, Hiatt RA, Levi F, Bishop T, Kosmelj K, Primic-Zakelj M, Ravnihar B, Stare J, Beeson WL, Fraser G, Bullbrook RD, Cuzick J, Duffy SW, Fentiman IS, Hayward JL, Wang DY, McMichael AJ, McPherson K, Hanson RL, Leske MC, Mahoney MC, Nasca PC, Varma AO, Weinstein AL, Moller TR, Olsson H, Ranstam J, Goldbohm RA, van den Brandt PA, Apelo RA, Baens J, de la Cruz JR, Javier B, Lacaya LB, Ngelangel CA, La Vecchia C, Negri E, Marubini E, Ferraroni M, Gerber M, Richardson S, Segala C, Gatei D, Kenya P, Kungu A, Mati JG, Brinton LA, Hoover R, Schairer C, Spirtas R, Lee HP, Rookus MA, van Leeuwen FE, Schoenberg JA, McCredie M, Gammon MD, Clarke EA, Jones L, Neil A, Vessey M, Yeates D, Appleby P, Banks E, Beral V, Bull D, Crossley B, Goodill A, Green J, Hermon C, Key T, Langston N, Lewis C, Reeves G, Collins R, Doll R, Peto R, Mabuchi K, Preston D, Hannaford P, Kay C, Rosero-Bixby L, Gao YT, Jin F, Yuan JM, Wei HY, Yun T, Zhiheng C, Berry G, Cooper Booth J, Jelihovsky T, MacLennan R, Shearman R, Wang QS, Baines CJ, Miller AB, Wall C, Lund E, Stalsberg H, Shu XO, Zheng W, Katsouyanni K, Trichopoulou A, Trichopoulos D, Dabancens A, Martinez L, Molina R, Salas O, Alexander FE, Anderson K, Folsom AR, Hulka BS, Bernstein L, Enger S, Haile RW, Paganini-Hill A, Pike MC, Ross RK, Ursin G, Yu MC, Longnecker MP, Newcomb P, Bergkvist L, Kalache A, Farley TM, Holck S, Meirik O, Collaborative Group on Hormonal Factors in Breast Cancer (2002) Alcohol, tobacco and breast cancer - collaborative reanalysis of individual data from 53 epidemiological studies, including 58,515 women with breast cancer and 95,067 women without the disease. *Br J Cancer* **87**: 1234 – 1245

Henderson L, Gregory J, Irving K, Swan G (2003) *The National Diet & Nutrition Survey: Adults Aged 19 to 64 Years. Vol. 2. Energy, Protein, Carbohydrate, Fat and Alcohol Intake.* HMSO: London. http://www.food.gov.uk/science/dietarysurveys/ndnsdocuments/ndnsprevioussurveyreports/ndnsv2

HM Government (HMG) (2007) *Safe. Sensible. Social. The next steps in the National Alcohol Strategy*

HM Revenue and Customs (HMRC) (2008) *Alcohol fact sheet*, http://www.uktradeinfo.com/index.cfm?task = factalcohol

IARC Monographs on the Evaluation of Carcinogenic Risks to Humans (1988) *Alcohol Drinking*, Vol. 44, IARC: Lyon

Lagergren J, Bergstrom R, Lindgren A, Nyrén O (2000) The role of tobacco, snuff and alcohol use in the aetiology of cancer of the oesophagus and gastric cardia. *Int J Cancer* **85**: 340 – 346

Lindblad M, Rodriguez LA, Lagergren J (2005) Body mass, tobacco and alcohol and risk of esophageal, gastric cardia, and gastric non-cardia adenocarcinoma among men and women in a nested case-control study. *Cancer Causes Control* **16**: 285 – 294

Moskal A, Norat T, Ferrari P, Riboli E (2007) Alcohol intake and colorectal cancer risk: a dose-response meta-analysis of published cohort studies. *Int J Cancer* **120**: 664 – 671

Pandeya N, Williams G, Green AC, Webb PM, Whiteman DC (2009) Australian Cancer Study. Alcohol consumption and the risks of adenocarcinoma and squamous cell carcinoma of the esophagus. *Gastroenterology* **136**: 1215 – 1224

Schütze M, Boeing H, Pischon T, Rehm J, Kehoe T, Gmel G, Olsen A, Tjønneland AM, Dahm CC, Overvad K, Clavel-Chapelon F, Boutron-Ruault MC, Trichopoulou A, Benetou V, Zylis D, Kaaks R, Rohrmann S, Palli D, Berrino F, Tumino R, Vineis P, Rodríguez L, Agudo A, Sánchez MJ, Dorronsoro M, Chirlaque MD, Barricarte A, Peeters PH, van Gils CH, Khaw KT, Wareham N, Allen NE, Key TJ, Boffetta P, Slimani N, Jenab M, Romaguera D, Wark PA, Riboli E, Bergmann MM (2011) Alcohol attributable burden of incidence of cancer in eight European countries based on results from prospective cohort study. *Br Med J* **342**: d1584

Secretan B, Straif K, Baan R, Grosse Y, El Ghissassi F, Bouvard V, Benbrahim-Tallaa L, Guha N, Freeman C, Galichet L, Cogliano V (2009) A review of human carcinogens – part E: tobacco, areca nut, alcohol, coal smoke, and salted fish. *Lancet Oncol* **10**: 1033 – 1034

Smith-Warner SA, Spiegelman D, Yaun S-S, Adami HO, van den Brandt PA, Folsom AR, Goldbohm RA, Graham S, Howe GR, Marshall JR, Miller AB, Potter JD, Speizer FE, Willett WC, Wolk A, Hunter DJ (1998) Alcohol and breast cancer in women: a pooled analysis of cohort studies. *J Am Med Assoc* **279**: 535 – 540

Tjonneland A, Christensen J, Olsen A, Stripp C, Thomsen BL, Overvad K, Peeters PH, van Gils CH, Bueno-de-Mesquita HB, Ocké MC, Thiebaut A, Fournier A, Clavel-Chapelon F, Berrino F, Palli D, Tumino R, Panico S, Vineis P, Agudo A, Ardanaz E, Martinez-Garcia C, Amiano P, Navarro C, Quirós JR, Key TJ, Reeves G, Khaw KT, Bingham S, Trichopoulou A, Trichopoulos D, Naska A, Nagel G, Chang-Claude J, Boeing H, Lahmann PH, Manjer J, Wirfält E, Hallmans G, Johansson I, Lund E, Skeie G, Hjartåker A, Ferrari P, Slimani N, Kaaks R, Riboli E (2007) Alcohol intake and breast cancer risk: the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Causes Control* **18**: 361 – 373

World Cancer Research Fund (WCRF) Panel (2007) *Food, Nutrition, Physical Activity, and the Prevention of Cancer: A Global Perspective.* World Cancer Research Fund: Washington, DC

Wu AH, Wan P, Bernstein L (2001) A multiethnic population-based study of smoking, alcohol and body size and risk of adenocarcinomas of the stomach and esophagus (United States). *Cancer Causes Control* **12**: 721 – 732

 This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

© 2011 Cancer Research UK



**British Journal of Cancer** (2011) **105**, S19–S23
© 2011 Cancer Research UK   All rights reserved 0007–0920/11
www.bjcancer.com





# 4.
# Cancers attributable to dietary factors in the UK in 2010

## I. Low consumption of fruit and vegetables

**DM Parkin*,[1] and L Boyd[2]**

[1]Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK;
[2]Statistical Information Team, Cancer Research UK, Angel Building, 407 St John Street, London EC1V 4AD, UK

British Journal of Cancer (2011) **105**, S19–S23; doi:10.1038/bjc.2011.477   www.bjcancer.com
© 2011 Cancer Research UK

There is considerable controversy over the protective effect of diets rich in fruit, vegetables and fibre, and the respective roles of the different components (including micronutrients such as folate). The report of the Committee on Medical Aspects of Food Nutrition Policy (COMA) (Department of Health, 1998) recommended increasing consumption of all of them, an advice that seems to have motivated the Department of Health in promoting its '5-a-day' programme (Department of Health, 2005). The original consensus of the probable decrease in risk of several cancers of the gastrointestinal tract (oral cavity and pharynx, oesophagus, stomach and colorectum) associated with increased consumption of fruit and vegetables (WHO/FAO, 2003) was based on the results of multiple case–control studies and a few prospective studies. The IARC Handbook of Cancer Prevention (IARC, 2003) concludes its review of the evidence as follows:

> There is *limited evidence* for cancer-preventive effect of consumption of fruit and vegetables for cancers of the mouth and pharynx, oesophagus, stomach, colorectum, larynx, lung, ovary (vegetables only), bladder (fruit only) and kidney.
> There is *inadequate evidence* for a cancer-preventive effect of consumption of fruit and vegetables for all other sites.
> More specifically, this evidence indicates that higher intake of fruit *probably* lowers the risk of cancers of the oesophagus, stomach and lung, while higher intake of vegetables *probably* lowers the risk of cancers of the oesophagus and colorectum.
> Likewise a higher intake of fruit *possibly* lowers the risk of cancers of the mouth, pharynx, colorectum, larynx, kidney and urinary bladder. An increase in consumption of vegetables *possibly* reduces the risk of cancers of the mouth, pharynx, stomach, larynx, lung, ovary and kidney.

The conclusions of the WCRF report (2007) are more or less in line with these, except with respect to large-bowel cancer, for which the evidence for protective effects of both vegetables and fruit was considered 'limited' (in contrast to 'conclusive' or 'probable' – implying that a causative relationship is uncertain). More emphasis was placed on the importance of the protective

effects of consumption of foods containing dietary fibre than on vegetables *per se*. The summary conclusions were as follows:

> Non-starchy vegetables probably protect against cancers of the mouth, pharynx, and larynx, and those of the oesophagus and stomach. There is limited evidence suggesting that they also protect against cancers of the nasopharynx, lung, colorectum, ovary, and endometrium.
> Fruit in general probably protects against cancers of the mouth, pharynx, and larynx, and those of the oesophagus, lung, and stomach. There is limited evidence suggesting that fruit also protects against cancers of the nasopharynx, pancreas, liver, and colorectum.

In this analysis, we follow the WCRF in considering ONLY the effect of a deficit of fruit and vegetables on cancers of the mouth and pharynx, oesophagus, stomach and larynx, and of a deficit of fruit on cancers of the lung.

The advice from the Department of Health (2005) is to increase the average consumption of a variety of fruit and vegetables to at least five portions per day, corresponding to $5 \times 80$ or $400 \, g$ per day. In this section, we estimate the population-attributable fraction (PAF) of these five cancers (and of all cancer) that results from consumption of fruit and vegetables lower than this target.

## METHODS

The risks associated with consumption of 1 g per day of fruit or of vegetables are shown in Table 1. As we are concerned with quantifying the effect of a deficit in consumption, they are presented as the risk associated with a decreased intake of 1 g per day.

These risks derive from the simple means of the values from three meta-analyses: those of Riboli and Norat (2003), WCRF (2007) and, except for laryngeal cancer, Soerjomataram *et al* (2010). (The value for the protective effect of vegetables on cancers of the oral cavity and pharynx in the meta-analysis of Soerjomataram *et al* (2010) was quite implausible, implying a reduction in risk of 1.4% per gram per day. We substituted the value for upper aero-digestive tract cancers from the multi-centre


European prospective study (EPIC) of 0.29% per gram per day (Boeing et al, 2006)). The values from the latter were reported as relative risk per gram increase in daily consumption of fruit and vegetables. For the others, the excess relative risk for a decrease of 1 g of vegetables or fruit consumed was estimated by assuming a log-linear relationship between exposure and risk, so that:

$$\text{Risk per gram per day} = (\ln(1/RR_x))/x$$

where $x$ is the exposure level (in grams per day) and $RR_x$ the relative risk for $x$ grams per day.

The latent period (or interval between 'exposure' to fruit and vegetables and the appropriate decrease in risk of these cancers) is not known. Prospective studies of diet and cancer (from which the estimates of relative risk are mostly drawn) involve follow-up periods (between estimated dietary intake and cancer onset) of several years. For the cohort studies contributing to the meta-analyses of WCRF, 10 studies of lung cancer and 6 of stomach cancer reported the mean duration of follow-up; the simple means were 15.2 and 10.3 years, respectively. There are a few cohort studies on upper GI cancers: the follow-up periods in the EPIC study (González et al, 2006) and Japanese JPHC studies (Yamaji et al, 2008) were 6.5 and 7.7 years, respectively. For the purposes of estimating attributable fraction, we assume a mean latency of 10 years, and thus examine the effects on cancers occurring in 2010 of sub-optimal levels of fruit and vegetable consumption in 2000. Consumption of fruit and vegetables, in grams per week, by age group and sex, is available for 2000–2001 from the National Diet & Nutrition Survey (FSA, 2004; Table 2.1). The mean consumption, by age group, is shown in Table 2. The target consumption of 400 g per day was not achieved at any age, and the young, in particular, had a low consumption of such items.

**Table 1** Estimated risks associated with a decreased consumption of 1 g per day of fruits and non-starchy vegetables

| Cancer type | Risks associated with 1 g per day decrease in consumption | |
|---|---|---|
| | Fruit | Vegetables[a] |
| Oral cavity and pharynx | 0.00488 | 0.00416 |
| Oesophagus | 0.00504 | 0.00266 |
| Stomach | 0.00234 | 0.00320 |
| Colon–rectum | 0 | 0 |
| Larynx | 0.00322 | 0.00370 |
| Lung | 0.00146 | 0 |

[a]Non-starchy vegetables.

**Table 2** Mean consumption of fruit and non-starchy vegetables by sex and age group, Great Britain 2000–2001

| Vegetables or fruit | Mean consumption (grams per day) by age group (years) | | | | |
|---|---|---|---|---|---|
| | 19–24 | 25–34 | 35–49 | 50–64 | 19–64 |
| *Men* | | | | | |
| Vegetables | 95 | 122 | 144 | 162 | 137 |
| Fruit | 27 | 61 | 99 | 122 | 87 |
| *Women* | | | | | |
| Vegetables | 89 | 130 | 139 | 143 | 132 |
| Fruit | 54 | 74 | 98 | 151 | 103 |
| *Persons* | | | | | |
| Vegetables | 92 | 126 | 141 | 153 | 135 |
| Fruit | 40 | 68 | 99 | 137 | 95 |

**Table 3** Proportions of the Great Britain population in seven categories of fruit and vegetable consumption in 2000–2001, and estimated deficit in consumption in each category from the recommended 400 g per day

| Sex and age (years) | Consumption categories in 2000–2001 | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| *Men 19–49* | | | | | | | |
| Proportion of the population | 0.01 | 0.22 | 0.29 | 0.20 | 0.11 | 0.08 | 0.09 |
| Vegetables (g per day) | 0 | 27.8 | 83.3 | 138.8 | 194.3 | 249.8 | 305.3 |
| Deficit from 256 g per day | 256 | 228 | 172 | 117 | 61 | 6 | 0 |
| Fruit (g per day) | 0 | 15.8 | 47.3 | 78.8 | 110.3 | 141.8 | 173.3 |
| Deficit from 144 g per day | 144 | 129 | 97 | 66 | 34 | 3 | 0 |
| *Men 50–64* | | | | | | | |
| Proportion of the population | 0.01 | 0.06 | 0.22 | 0.16 | 0.15 | 0.16 | 0.24 |
| Vegetables (g per day) | 0 | 24.5 | 73.5 | 122.5 | 171.5 | 220.5 | 269.5 |
| Deficit from 228 g per day | 228 | 204 | 155 | 106 | 57 | 8 | 0 |
| Fruit (g per day) | 0 | 18.5 | 55.5 | 92.5 | 129.5 | 166.5 | 203.5 |
| Deficit from 172 g per day | 172 | 153 | 116 | 79 | 42 | 5 | 0 |
| *Women 19–49* | | | | | | | |
| Proportion of the population | 0.01 | 0.06 | 0.22 | 0.16 | 0.15 | 0.16 | 0.24 |
| Vegetables (g per day) | 0 | 25.8 | 77.3 | 128.8 | 180.3 | 231.8 | 283.3 |
| Deficit from 242 g per day | 242 | 217 | 165 | 114 | 62 | 11 | 0 |
| Fruit (g per day) | 0 | 16.8 | 50.3 | 83.8 | 117.3 | 150.8 | 184.3 |
| Deficit from 158 g per day | 158 | 141 | 107 | 74 | 40 | 7 | 0 |
| *Women 50–64* | | | | | | | |
| Proportion of the population | 0.01 | 0.19 | 0.26 | 0.21 | 0.12 | 0.08 | 0.12 |
| Vegetables (g per day) | 0 | 21 | 63 | 105 | 147 | 189 | 231 |
| Deficit from 195 g per day | 195 | 174 | 132 | 90 | 48 | 6 | 0 |
| Fruit (g per day) | 0 | 22.3 | 66.8 | 111.3 | 155.8 | 200.3 | 244.8 |
| Deficit from 205 g per day | 205 | 183 | 139 | 94 | 50 | 5 | 0 |

BJC OPEN
npg

Fruit and vegetables

S21

The National Diet & Nutrition Survey also provides the distribution of intake of fruit and vegetables in the British population, in terms of the cumulative percentage of individuals (by sex and age group) consuming 0, <1, <2, …, >5 portions of fruit and vegetables daily (FSA, 2004; Table 2.3). The populations of each sex were dichotomised into two age groups (<50 and 50–64), and 'portions' were converted into grams (of fruit and vegetables), such that the mean daily intake corresponded to the values in Table 2. Table 3 shows the results in terms of the proportions of the population at seven different levels of consumption of fruit and vegetables.

To calculate the deficit in consumption of fruit and vegetables relative to a target of 400 g per day for both, the deficit in each sex and age group (19–49, 50–64) was calculated from Table 2. For example, the deficit in older men (50–64) was, on average, 216 g per day (400−(162+122)). The total deficit is partitioned into deficits of fruit and vegetables, so that the same ratio of vegetables to fruit that was being eaten in 2000–1 is maintained. Thus, the 400 g per day target for consumption in men in the age group of 50–64 years is partitioned in the ratio of 162:122 (Table 2); i.e., 228 g per day vegetables and 172 g per day fruit (Table 3). The deficit of each in the different consumption categories in men and women aged <50 years and in the age group of 50–64 is shown in Table 3.

For each cancer, the relative risk in 2010 in the four age–sex strata is calculated from the deficit in consumption 10 years earlier (2000–2001), with the risk for fruit and vegetables calculated separately according to the following formula:

$$RR = (\exp(R_g \times G_x))$$

where $R_g$ is the relative risk for a deficit of 1 g per day of fruit or vegetables (Table 1) and $G_x$ is the deficit in consumption (as shown in Table 3) in consumption category $x$.

The benefits of fruit and vegetables are considered to be multiplicative in their effect, so that

$$RR(f \text{ and } v) = RR(f) \times RR(v)$$

Population-attributable fractions were calculated for each of the four sex–age groups in Table 3 according to the following formula:

$$PAF = \frac{(p_1 \times ERR_1) + (p_2 \times ERR_2) + (p_3 \times ERR_3) + (p_4 \times ERR_4) + (p_5 \times ERR_5) + (p_6 \times ERR_6) + (p_7 \times ERR_7)}{1 + [(p_1 \times ERR_1) + (p_2 \times ERR_2) + (p_3 \times ERR_3) + (p_4 \times ERR_4) + (p_5 \times ERR_5) + (p_6 \times ERR_6) + (p_7 \times ERR_7)]}$$

where $p_x$ is the proportion of population in consumption category $x$ and $ERR_x$ the excess relative risk (RR($f$ and $v$)−1) in consumption category $x$.

## RESULTS

Table 4 shows the PAFs and the estimated number of cases 'caused' in 2010 by these deficits in consumption of fruit and vegetables 10 years earlier. The cancers for which the greatest proportion of cases may be related to low intake of fruit and vegetables are the oral cavity and pharynx (56%), oesophagus (46%) and larynx (45%). Although only 9% of lung cancer cases may be related to low intake of fruit (there is no excess risk of lung cancer from low intake of vegetables), the actual number of cases (3567) represents almost one-quarter of the total number of cancers attributable to low intake of fruit and vegetables (14 902: Table 5).

Table 5 sums the excess numbers of cases at the five sites, caused by low consumption of fruit and vegetables, and expresses these numbers as a fraction of the total burden of (incident) cancer. The estimate is 6.1% cancers in men and 3.4% in women, or 4.7% of cancers overall.

© 2011 Cancer Research UK

**Table 4** Cancer cases in 2010 at six sites caused by deficient intake of fruit and vegetables in 2000–2001

| Age (years) | | Oral cavity and pharynx | | | Oesophagus | | | Stomach | | | Colon–rectum | | | Larynx | | | Lung | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| At exposure | At outcome (+10 years) | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases |
| **Men** | | | | | | | | | | | | | | | | | | | |
| 19–49 | 29–59 | 0.65 | 1874 | 1223 | 0.56 | 1064 | 596 | 0.49 | 587 | 285 | 0 | 3410 | 0 | 0.56 | 443 | 249 | 0.11 | 2839 | 300 |
| 50–64 | ≥60 | 0.52 | 2656 | 1393 | 0.45 | 4643 | 2067 | 0.35 | 3875 | 1367 | 0 | 18 643 | 0 | 0.43 | 1358 | 578 | 0.08 | 19 417 | 1584 |
| Total (%) | | | 4571 | 2616 (57.2%) | | 5713 | 2663 (46.6%) | | 4467 | 1651 (37.0%) | | 22 127 | 0 (0.0%) | | 1803 | 827 (45.9%) | | 22 273 | 1884 (8.5%) |
| **Women** | | | | | | | | | | | | | | | | | | | |
| 19–49 | 29–59 | 0.64 | 786 | 503 | 0.55 | 332 | 184 | 0.47 | 325 | 151 | 0 | 2791 | 0 | 0.54 | 113 | 61 | 0.11 | 2550 | 280 |
| 50–64 | ≥60 | 0.50 | 1521 | 762 | 0.44 | 2482 | 1088 | 0.32 | 2243 | 722 | 0 | 14 926 | 0 | 0.40 | 269 | 106 | 0.09 | 15 562 | 1403 |
| Total (%) | | | 2359 | 1265 (53.6%) | | 2819 | 1272 (45.1%) | | 2577 | 874 (33.9%) | | 17 787 | 0 (0.0%) | | 386 | 168 (43.5%) | | 18 132 | 1683 (9.3%) |
| **Persons** | | | | | | | | | | | | | | | | | | | |
| 19–49 | 29–59 | | 2660 | 1725 | | 1396 | 779 | | 912 | 436 | | 6201 | 0 | | 556 | 310 | | 5389 | 579 |
| 50–64 | ≥60 | | 4177 | 2155 | | 7125 | 3155 | | 6118 | 2089 | | 33 569 | 0 | | 1627 | 684 | | 34 979 | 2987 |
| Total (%) | | | 6930 | 3881 (56.0%) | | 8532 | 3935 (46.1%) | | 7044 | 2525 (35.8%) | | 39 914 | 0 (0.0%) | | 2189 | 995 (45.4%) | | 40 405 | 3567 (8.8%) |

Abbreviations: Obs. = observed cases; PAF = population-attributable fraction.



**Table 5**  Number of all cancer cases in 2010 caused by deficient intake of fruit and vegetables in 2000–2001

| Age group (years) | | All cancers[a] | | |
|---|---|---|---|---|
| At exposure | At outcome (+10 years) | Observed cases | Excess attributable cases | PAF (%) |
| *Men* | | | | |
| 19–49 | 29–59 | 27 845 | 2651 | 9.5 |
| 50–64 | 60+ | 128 192 | 6990 | 5.5 |
| Total | | 158 667 | 9641 | 6.1 |
| *Women* | | | | |
| 19–49 | 29–59 | 42 499 | 1179 | 2.8 |
| 50–64 | 60+ | 110 403 | 4082 | 3.7 |
| Total | | 155 584 | 5261 | 3.4 |
| *Persons* | | | | |
| 19–49 | 29–59 | 70 344 | 3830 | 5.4 |
| 50–64 | 60+ | 238 595 | 11 071 | 4.6 |
| Total | | 314 251 | 14 902 | 4.7 |

Abbreviations: PAF = population-attributable fraction. [a]Excluding non-melanoma skin cancer.

**Table 6**  Percentage of cancers in UK in 2002 attributable to low consumption of fruits and vegetables

| | Oesophagus | Mouth, pharynx, larynx | Lung | Stomach |
|---|---|---|---|---|
| Non-starchy vegetables | 21 (4–40) | 34 (2–57) | | 21 (0–41) |
| Fruits | 5 (2–9) | 17 (0–43) | 33 (17–51) | 18 (3–33) |

From WCRF/AICR (2009).

## DISCUSSION

As we note in the Introduction, the protective role of the consumption of fruit and vegetables against cancer is controversial. The first report of the World Cancer Research Fund (WCRF)/AICR Panel (1997) considered that the evidence for a protective effect of fruit and/or vegetables against cancers of the upper aero-digestive tract, stomach and lung was 'convincing'. As we describe, although the preventive recommendation remains to 'eat at least five portions/servings (at least 400 g) of a variety of non-starchy vegetables and of fruits every day', this evaluation had been downgraded to 'probable' in the latest report (WCRF, 2007). This is because of the subsequent publication of some cohort studies that failed to find statistically significant associations. Key (2011) suggests that, as all of the relevant cancers are also caused by smoking, and that smokers have a lower intake of fruit and vegetables than non-smokers, the observed associations could be due to residual confounding (failure to control adequately for this risk factor in the analysis, generally due to the use of rather broad groups for categorising smoking status). With respect to lung cancer (the malignancy with the strongest smoking-associated risk), for example, recent cohort studies show conflicting results: no association (Wright et al, 2008) or protective effects of fruit (and vegetables) in all subjects or in smokers only (Büchner et al, 2010). Miller et al (2004) have even suggested that the strength of the association between smoking and lung cancer can overwhelm a real, but much smaller, association with diet. Fruit and vegetables are the

main dietary source of many micronutrients and other metabolically active chemicals. The types and quantities of these compounds vary between items, which may explain why most studies measuring cancer risk in relation to overall intake tend to show only a weak association (McCullough and Giovannucci, 2004).

In any case, in this section, we have followed the results of the current consensus reviews by WHO/FAO (2003), IARC (2003) and WRCF (2007) with respect to those cancers that might reasonably be caused, in part, by a deficient intake of these dietary elements. The latter report considered that the evidence for a protective effect of vegetables (and, even more so, fruit) on the risk of colon cancer was 'limited', and placed more emphasis on the importance of the protective effects of consumption of foods containing dietary fibre than on vegetables *per se*. This concurs with more recent reviews of the evidence from epidemiological studies (Koushik et al, 2007; Huxley et al, 2009), and in this section, therefore, we consider that no cases of colorectal cancer are attributable to sub-optimal consumption of vegetables or fruit.

An estimate of the fraction of cancer in UK attributable to low intake of fruit and vegetables was recently published by the WCRF (2009) (Table 6). There are several reasons for the differences in results from the current estimates. WCRF selected 'representative' studies from which to take the relative risks, rather than those from their own meta-analyses. Exposure prevalence was taken from data for the same year as outcome (2002). Finally, the baseline category (optimum consumption) varied by site – $\geqslant 160$ g vegetables per day for oesophagus and stomach cancer; $\geqslant 120$ g per day for upper aero-digestive cancers; $\geqslant 57.1$ g fruit per day for stomach cancer; and $\geqslant 160$ g fruit per day for lung cancer. Given the estimates by site in Table 6, the overall AF (for all cancers) due to low consumption of vegetables and fruits would be 7.1% – of which almost 60% are lung cancers, because of the large attributable fraction (33%) and high incidence of this cancer.

See acknowledgements on page Si.

## Conflict of interest

The authors declare no conflict of interest.

## REFERENCES

Boeing H, Dietrich T, Hoffmann K, Pischon T, Ferrari P, Lahmann PH, Boutron-Ruault MC, Clavel-Chapelon F, Allen N, Key T, Skeie G, Lund E, Olsen A, Tjønneland A, Overvad K, Jensen MK, Rohrmann S, Linseisen J, Trichopoulou A, Bamia C, Psaltopoulou T, Weinehall L, Johansson I, Sánchez MJ, Jakszyn P, Ardanaz E, Amiano P, Chirlaque MD, Quirós JR, Wirfält E, Berglund G, Peeters PH, van Gils CH, Bueno-de-Mesquita HB, Büchner FL, Berrino F, Palli D, Sacerdote C, Tumino R, Panico S, Bingham S, Khaw KT, Slimani N, Norat T, Jenab M, Riboli E (2006) Intake of fruits and vegetables and risk of cancer of the upper aero-digestive tract: the prospective EPIC-study. *Cancer Causes Control* 17: 957–969

Büchner FL, Bueno-de-Mesquita HB, Linseisen J, Boshuizen HC, Kiemeney LA, Ros MM, Overvad K, Hansen L, Tjønneland A, Raaschou-Nielsen O, Clavel-Chapelon F, Boutron-Ruault MC, Touillaud M, Kaaks R, Rohrmann S, Boeing H, Nöthlings U, Trichopoulou A, Zylis D, Dilis V,

Palli D, Sieri S, Vineis P, Tumino R, Panico S, Peeters PH, van Gils CH, Lund E, Gram IT, Braaten T, Martinez C, Agudo A, Arriola L, Ardanaz E, Navarro C, Rodríguez L, Manjer J, Wirfält E, Hallmans G, Rasmuson T, Key TJ, Roddam AW, Bingham S, Khaw KT, Slimani N, Bofetta P, Byrnes G, Norat T, Michaud D, Riboli E (2010) Fruits and vegetables consumption and the risk of histological subtypes of lung cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC). *Cancer Causes Control* 21: 357–371

Department of Health (1998) *Nutritional Aspects of the Development of Cancer. Report of the Working Group on Diet and Cancer. Committee on Medical Aspects of Food Nutrition Policy.* HMSO: UK

Department of Health (2005) *Choosing a Better Diet: A Food and Health Action Plan.* Available at www.bda.uk.com/Downloads/ChoosingBetter Diet.pdf

BJC OPEN

npg

Food Standards Agency (FSA) (2004) *National Diet and Nutrition Survey: Adults Aged 19 to 64, Vol. 5. Summary Report*. Available at www.food.gov.uk/multimedia/pdfs/ndns5full.pdf

González CA, Pera G, Agudo A, Bueno-de-Mesquita HB, Ceroti M, Boeing H, Schulz M, Del Giudice G, Plebani M, Carneiro F, Berrino F, Sacerdote C, Tumino R, Panico S, Berglund G, Simán H, Hallmans G, Stenling R, Martinez C, Dorronsoro M, Barricarte A, Navarro C, Quiros JR, Allen N, Key TJ, Bingham S, Day NE, Linseisen J, Nagel G, Overvad K, Jensen MK, Olsen A, Tjønneland A, Büchner FL, Peeters PH, Numans ME, Clavel-Chapelon F, Boutron-Ruault MC, Roukos D, Trichopoulou A, Psalto-poulou T, Lund E, Casagrande C, Slimani N, Jenab M, Riboli E (2006) Fruit and vegetable intake and the risk of stomach and oesophagus adenocarcinoma in the European Prospective Investigation into Cancer and Nutrition (EPIC-EURGAST). *Int J Cancer* 118: 2559–2566

Huxley RR, Ansary-Moghaddam A, Clifton P, Czernichow S, Parr CL, Woodward M (2009) The impact of dietary and lifestyle risk factors on risk of colorectal cancer: a quantitative overview of epidemiological evidence. *Int J Cancer* 125: 171–180

International Agency for Research on Cancer (IARC) (2003) *Handbooks of Cancer Prevention: Vol. 8. Fruit and Vegetables*. IARC Press: Lyon

Key TJ (2011) Fruit and vegetables and cancer risk. *Br J Cancer* 104: 6–11

Koushik A, Hunter DJ, Spiegelmann D, Beeson WL, van den Brandt PA, Buring J, Calle EE, Cho EFraser GE, Fraudenheim JL, Fuchs CS, Giovannucci EL, Goldbohm RA, Harnack L, Jacobs Jr DR, Kato I, Krogh V, Larsson SC, Leitzmann MF, Marshall JR, McCullough ML, Miller AB, Pietien P, Rohan TE, Schatzkin A, Sieri S, Virtanen MJ, Wolk A, Zeleniuch-Jacquotte A, Zhang SM, Smith-Warner SA (2007) Fruits, vegetables and colon cancer risk in a pooled analysis of 14 cohort studies. *J Natl Cancer Inst* 99: 1471–1483

McCullough ML, Giovannucci EL (2004) Diet and cancer prevention. *Oncogene* 23: 6349–6364

Miller AB, Altenburg HP, Bueno-de-Mesquita B, Boshuizen HC, Agudo A, Berrino F, Gram IT, Janson L, Linseisen J, Overvad K, Rasmuson T, Vineis P, Lukanova A, Allen N, Amiano P, Barricarte A, Berglund G, Boeing H, Clavel-Chapelon F, Day NE, Hallmans G, Lund E, Martinez C, Navarro C, Palli D, Panico S, Peeters PH, Quirós JR, Tjønneland A,

Tumino R, Trichopoulou A, Trichopoulos D, Slimani N, Riboli E (2004) Fruits and vegetables and lung cancer: Findings from the European Prospective Investigation into Cancer and Nutrition. *Int J Cancer* 108: 269–276

Riboli E, Norat T (2003) Epidemiologic evidence of the protective effect of fruit and vegetables on cancer risk. *Am J Clin Nutr* 78(Suppl): 559S–569S

Soerjomataram I, Oomen D, Lemmens V, Oenema A, Benetou V, Trichopoulou A, Coebergh JW, Barendregt J, de Vries E (2010) Increased consumption of fruit and vegetables and future cancer incidence in selected European countries. *Eur J Cancer* 46: 2563–2580

WHO/FAO (2003) *Diet, Nutrition and The Prevention of Chronic Diseases: Report of a Joint WHO/FAO Expert Consultation*. WHO Technical Report Series 916 WHO: Geneva

World Cancer Research Fund (WCRF)/American Institute for Cancer Research (AICR) (1997) *Food, Nutrition, Physical Activity and the Prevention of Cancer: A Global Perspective*. AIRC: Washington, DC

World Cancer Research Fund (WCRF)/American Institute for Cancer Research (AICR) (2009) *Policy and Action for Cancer Prevention. Food, Nutrition and Physical Activity: A Global Perspective*. American Institute for Cancer Research: Washington, DC

World Cancer Research Fund (WCRF) Panel (2007) *Food, Nutrition, Physical Activity, and the Prevention of Cancer: A Global Perspective*. World Cancer Research Fund: Washington, DC

Wright ME, Park Y, Subar AF, Freedman ND, Albanes D, Hollenbeck A, Leitzmann MF, Schatzkin A (2008) Intakes of fruit, vegetables, and specific botanical groups in relation to lung cancer risk in the NIH-AARP Diet and Health Study. *Am J Epidemiol* 168: 1024–1034

Yamaji T, Inoue M, Sasazuki S, Iwasaki M, Kurahashi N, Shimazu T, Tsugane S (2008) Fruit and vegetable consumption and squamous cell carcinoma of the esophagus in Japan: the JPHC study. *Int J Cancer* 123: 1935–1940


This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

**British Journal of Cancer** (2011) **105**, S24–S26
© 2011 Cancer Research UK   All rights reserved 0007–0920/11

www.bjcancer.com




# 5.
# Cancers attributable to dietary factors in the UK in 2010

## II. Meat consumption

### DM Parkin*,[1]

[1]Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK

British Journal of Cancer (2011) **105**, S24–S26; doi:10.1038/bjc.2011.478   www.bjcancer.com
© 2011 Cancer Research UK

The current consensus based on several published meta-analyses is that consumption of red meat (all fresh, minced, and frozen beef, veal, pork and lamb), especially processed meat (any meat preserved by methods other than freezing, including marinating, smoking, salting, air-drying or heating (includes ham, bacon, sausages, pate and tinned meat)), is associated with an increased risk of bowel cancer (Department of Health, 1998; WHO/FAO, 2003; WCRF, 2007). Sandhu *et al* (2001) observed significant positive associations with all meat and red meat (an increased risk of around 15% per 100 g per day intake of red meat), and a stronger increase for processed meat (49% risk increase for a 25-g per day serving). Norat *et al* (2002) found a significant increase in risk for colorectal cancer with higher consumption of red meat (1.24 per 120 g per day) and processed meat (1.36 per 30 g per day). Larsson and Wolk (2006) considered 15 prospective studies, and found a relative risk of 1.28 for an increase of 120 g per day intake of red meat and 1.09 for an increase of 30 g per day intake of processed meat. Consumption of red meat and processed meat was positively associated with the risk of both colon and rectal cancer, although the association with red meat appeared to be stronger for rectal cancer.

There are no dietary guidelines concerning recommended levels of consumption of red and processed meat; as for alcohol, it is assumed that 'less is better' and that there is no threshold below which consumption presents no risk. In this section, we assume that the optimum (or target) is zero consumption. Currently, about 10% of the adult population are vegetarian, or consume only fish and poultry products (DEFRA, 2007).

## METHODS

The relative risk of meat consumption for colorectal cancer is taken from the WCRF report (2007), and is based on the effect of red meat in a meta-analysis of three prospective studies (1.29 per 100 g red meat per day). Under the assumption that the increase in risk is a logarithmic function of intake of meat, the risk is increased by 0.0025 for each gram of meat consumed. The effect of processed meat, based on five studies, was 1.21 per 50 g per day (the excess risk corresponds to 0.0038 per gram).

The latent period, or interval between 'exposure' to meat and the increased risk of colorectal cancer, is not known. In the cohort studies included in the meta-analyses by WCRF (2007), the mean duration of follow-up was 8.9 years. In studies contributing to the meta-analysis by Larsson and Wolk (2006), the mean duration of follow-up (when this was given) was 8.7 years. We chose to assume a mean latency of 10 years, and estimate the effects on cancers occurring in 2010 from meat consumption in 2000.

Information on consumption of meat in the UK is available for 2000–2001 from the National Diet and Nutrition Survey (Food Standards Agency, 2002) as mean consumption, in grams of different types of meat per week, by age group and sex. The relevant data are shown in Table 1.

The population distribution of protein consumption, in grams per day, by age group and sex, is available from the National Diet and Nutrition Survey (Volume 2, Table 3.1; Food Standards Agency, 2003). This was converted to grams of meat per day, based on the average intake of meat (Table 1) and protein (NDNS Volume 2, Table 3.4) in each age–sex group.

The estimate for 2000 is shown in Table 2 (as the percentage of the population in different age–sex groups consuming specified amounts of red and processed meat), and in Figure 1 as the cumulative frequency (percentage) of the population in each age–sex group at different consumption levels.

The relative risk of meat consumption for each of the *x* consumption categories shown in Table 2 was calculated according to the following formula:

$$RR_x = \exp(R_g \times G_x)$$

where $R_g$ is the increase in risk of colon cancer per gram of meat (0.0025) and $G_x$ is the consumption in gram per day in category *x*.

Population-attributable fractions (PAFs) were calculated for each sex–age group according to the following formula:

$$PAF = \frac{\Sigma(p_x \times ERR_x)}{1 + \Sigma(p_x \times ERR_x)}$$

where $p_x$ is the proportion of population in consumption category *x* and $ERR_x$ the excess relative risk ($RR_x - 1$) in consumption category *x*.

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk


**Table 1**   Total quantities of meat consumed by age of respondent, including non-consumers (Great Britain, 2000–2001)

| | Grams per day consumed, by age (years) | | | | | | | | | |
| | Men | | | | | Women | | | | |
| Meat | 19–24 | 25–34 | 35–49 | 50–64 | All men | 19–24 | 25–34 | 35–49 | 50–64 | All women |
|---|---|---|---|---|---|---|---|---|---|---|
| Red meat[a] (including liver) | 63 | 72 | 74 | 77 | 73 | 45 | 37 | 50 | 52 | 47 |
| Processed meat[b] | 63 | 50 | 43 | 35 | 45 | 32 | 24 | 21 | 19 | 23 |
| Red (including processed) | 125 | 122 | 118 | 111 | 118 | 77 | 62 | 71 | 71 | 69 |
| All meat products[a] | 144 | 142 | 137 | 133 | 138 | 86 | 70 | 81 | 80 | 78 |

[a]Excludes poultry. [b]Bacon, ham, sausages, burgers, kebabs.

**Table 2**   Distribution of meat (red and processed) consumption by age group and sex, grams

| | Consumption of red and processed meat by age group (years) | | | | | | | | | |
| | 19–24 | | 25–34 | | 35–49 | | 50–64 | | All ages | |
| Consumption category | grams per day | % | grams per day | % | grams per day | % | grams per day | % | grams per day | % |
|---|---|---|---|---|---|---|---|---|---|---|
| *Men* | | | | | | | | | | |
| 1 | 0 | 6 | 0 | 6 | 0 | 2 | 0 | 3 | 0 | 2 |
| 2 | 79 | 6 | 66 | 2 | 64 | 4 | 62 | 3 | 66 | 4 |
| 3 | 88 | 0 | 74 | 3 | 71 | 1 | 68 | 1 | 73 | 1 |
| 4 | 97 | 11 | 81 | 14 | 79 | 6 | 76 | 7 | 81 | 9 |
| 5 | 113 | 22 | 95 | 14 | 91 | 9 | 88 | 14 | 94 | 14 |
| 6 | 129 | 19 | 108 | 16 | 105 | 19 | 100 | 19 | 107 | 18 |
| 7 | 145 | 19 | 122 | 21 | 118 | 23 | 113 | 13 | 120 | 19 |
| 8 | 161 | 9 | 135 | 13 | 131 | 14 | 125 | 16 | 134 | 13 |
| 9 | 177 | 7 | 149 | 8 | 144 | 8 | 138 | 8 | 147 | 9 |
| 10 | 193 | 1 | 162 | 3 | 157 | 6 | 151 | 10 | 161 | 5 |
| 11 | 217 | 0 | 182 | 6 | 176 | 8 | 169 | 6 | 181 | 6 |
| Mean gram per day | 125 | | 122 | | 118 | | 111 | | 118 | |
| *Women* | | | | | | | | | | |
| 1 | 0 | 7 | 0 | 7 | 0 | 4 | 0 | 2 | 0 | 4 |
| 2 | 52 | 9 | 42 | 13 | 44 | 6 | 42 | 6 | 44 | 9 |
| 3 | 59 | 4 | 48 | 1 | 50 | 2 | 49 | 1 | 50 | 1 |
| 4 | 66 | 17 | 54 | 22 | 56 | 15 | 54 | 11 | 55 | 16 |
| 5 | 77 | 28 | 63 | 26 | 63 | 21 | 63 | 25 | 65 | 24 |
| 6 | 90 | 19 | 74 | 17 | 76 | 26 | 74 | 25 | 76 | 23 |
| 7 | 103 | 9 | 84 | 9 | 87 | 16 | 84 | 16 | 87 | 13 |
| 8 | 116 | 6 | 95 | 3 | 98 | 6 | 95 | 10 | 98 | 7 |
| 9 | 129 | 1 | 105 | 1 | 109 | 3 | 106 | 4 | 109 | 2 |
| 10 | 148 | 0 | 121 | 1 | 125 | 1 | 121 | 0 | 125 | 1 |
| Mean gram per day | 77 | | 62 | | 71 | | 71 | | 69 | |



**Figure 1**   Estimated consumption of red and processed meat, by age group and sex, expressed as grams per day.

# RESULTS

Table 3 shows PAFs of colorectal cancer resulting from meat consumption in 2000–2001, and the estimated number of cases 'caused' in 2010. The final three columns show the excess numbers of cases of colorectal cancer caused by meat consumption expressed as a fraction of the total burden of (incident) cancer. The estimate is 3.5% cancers in men and 1.9% in women, or 2.7% of cancers overall.

# DISCUSSION

The association between consumption of red and processed meat and the risk of cancer of the colon and rectum is now well established. Although the risk for processed meat products (such as ham, bacon, sausages, pate and tinned meat) is greater than that for fresh meat, in this analysis we have considered both together, partly because separate estimates of intake (by age group and sex) would be difficult, and partly because it would not affect the overall estimate, which is concerned with the proportion of colorectal cancer related to any meat consumption (i.e., over and above a diet including poultry and fish, as sources of animal protein).

The estimation of attributable fraction is against a baseline of a diet that would contain no red meat, and is based on the relative risks of consumption of red meat, according to the review by WCRF (2007). The values for red meat consumption (1.29 per 100 g per day) are rather higher than those in the more recent meta-analysis of Larsson and Wolk (1.29 per 120 g per day, when adjusted for BMI, physical activity, smoking, energy intake and so on). These values would have given a total of 18% of colon cancers due to consumption of red meat (rather than 21.1%, as in Table 3).

Norat *et al* (2002) estimated the proportion of colorectal cancer risk attributable to current (1995) red meat consumption in North and Central Europe as 7.8% in men and 5.8% in women, much lower than the estimated percentages in the UK, but estimated per caput red meat consumption of this population (47.3 g per day in men and 35 g per day in women) was around one-half of that in the UK in 2000 (Table 1). WCRF (2009), based on the relative risks from the EPIC study (Norat *et al*, 2005; 1.49 per 100 g red meat, 1.70 per 100 g processed meat), estimated that 15% of colorectal cancer in the UK in 2002 was due to consumption in excess of 10 g per day of red meat and 10 g per day of processed meat.

Several other cancers have been linked to consumption of red or processed meat. However, at the time of the review by WCRF

© 2011 Cancer Research UK

npg

**Cancer, lifestyle and environment in the UK in 2010**



S26

**Table 3** Colorectal cancer diagnosed in 2010, attributable to meat consumption in 2000–2001

| Age (years) | | | Colon–rectum | | | All cancers[a] | | |
|---|---|---|---|---|---|---|---|---|
| At exposure | At outcome | PAF | Observed cases | Excess attributable cases | PAF (%) | Observed cases | Excess attributable cases | PAF (%) |
| *Men* | | | | | | | | |
| 19–24 | 29–34 | 0.27 | 92 | 24.8 | 26.9 | 1333 | 24.8 | 1.9 |
| 25–34 | 35–44 | 0.26 | 397 | 102.5 | 25.8 | 4124 | 102.5 | 2.5 |
| 35–49 | 45–59 | 0.26 | 2921 | 756.7 | 25.9 | 22 388 | 756.7 | 3.4 |
| 50–64 | ⩾60 | 0.25 | 18 643 | 4611.3 | 24.7 | 128 192 | 4611.3 | 3.6 |
| All ages | | | 22 127 | 5495.3 | 24.8 | 158 667 | 5495.3 | 3.5 |
| *Women* | | | | | | | | |
| 19–24 | 29–34 | 0.17 | 97 | 16.9 | 17.5 | 2248 | 16.9 | 0.8 |
| 25–34 | 35–44 | 0.14 | 402 | 57.0 | 14.2 | 8619 | 57.0 | 0.7 |
| 35–49 | 45–59 | 0.16 | 2292 | 376.0 | 16.4 | 31 631 | 376.0 | 1.2 |
| 50–64 | ⩾60 | 0.17 | 14 926 | 2465.6 | 16.5 | 110 403 | 2465.6 | 2.2 |
| All ages | | | 17 787 | 2915.5 | 16.4 | 155 584 | 2915.5 | 1.9 |
| *Persons* | | | | | | | | |
| 19–24 | 29–34 | | 189 | 42 | 22.1 | 3582 | 42 | 1.2 |
| 25–34 | 35–44 | | 799 | 160 | 20.0 | 12 743 | 160 | 1.3 |
| 35–49 | 45–59 | | 5213 | 1133 | 21.7 | 54 019 | 1133 | 2.1 |
| 50–64 | ⩾60 | | 33 569 | 7077 | 21.1 | 238 595 | 7077 | 3.0 |
| All ages | | | 39 914 | 8411 | 21.1 | 314 251 | 8411 | 2.7 |

Abbreviations: PAF = population-attributable fraction. [a]Excluding non-melanoma skin cancer.

(2007), the evidence with respect to cancers of the oesophagus, lung, pancreas, endometrium, stomach and prostate was considered to be 'limited'. Only the associations between consumption of red and processed meat with an increased risk of colorectal cancer were considered to be 'convincing'.

See acknowledgements on page Si.

**Conflict of interest**

The author declares no conflict of interest.

## REFERENCES

Department for Environment, Food and Rural Affairs (DEFRA) (Environment Statistics and Indicators Division) (2007) *Report, Questionnaire and Data Tables Following Survey of Public Attitudes and Behaviours toward the Environment: Table 210, p 481*. http://www.defra.gov.uk/environment/statistics/pubatt/

Department of Health (1998) *Nutritional Aspects of the Development of Cancer. Report of the Working Group on Diet and Cancer. Committee on Medical Aspects of Food Nutrition Policy*. The Stationery Office: London

Food Standards Agency (2002) *National Diet and Nutrition Survey: Adults Aged 19 to 64, Vol. 1. Types and Quantities of Foods Consumed*. http://www.food.gov.uk/multimedia/pdfs/ndnsprintedreport.pdf

Food Standards Agency (2003) *National Diet and Nutrition Survey: Adults Aged 19 to 64, Vol. 2. Energy, Protein, Carbohydrate, Fat and Alcohol Intake*. http://www.food.gov.uk/multimedia/pdfs/ndnsv2.pdf

Larsson SC, Wolk A (2006) Meat consumption and risk of colorectal cancer: a meta-analysis of prospective studies. *Int J Cancer* **119**: 2657–2664

Norat T, Bingham S, Ferrari P, Slimani N, Jenab M, Mazuir M, Overvad K, Olsen A, Tjønneland A, Clavel F, Boutron-Ruault MC, Kesse E, Boeing H, Bergmann MM, Nieters A, Linseisen J, Trichopoulou A, Trichopoulos D, Tountas Y, Berrino F, Palli D, Panico S, Tumino R, Vineis P, Bueno-de-Mesquita HB, Peeters PH, Engeset D, Lund E, Skeie G, Ardanaz E, González C, Navarro C, Quirós JR, Sanchez MJ, Berglund G, Mattisson I, Hallmans G, Palmqvist R, Day NE, Khaw KT, Key TJ, San Joaquin M, Hémon B, Saracci R, Kaaks R, Riboli E (2005) Meat, fish, and colorectal cancer risk: the European Prospective Investigation into cancer and nutrition. *J Natl Cancer Inst* **97**: 906–916

Norat T, Lukanova A, Ferrari P, Riboli E (2002) Meat consumption and colorectal cancer risk: dose-response meta-analysis of epidemiological studies. *Int J Cancer* **98**: 241–256

Sandhu MS, White IR, McPherson K (2001) Systematic review of the prospective cohort studies on meat consumption and colorectal cancer risk: a meta-analytical approach. *Cancer Epidemiol Biomarkers Prev* **10**: 439–446

World Cancer Research Fund (WCRF)/American Institute for Cancer Research (AICR) (2009) *Policy and Action for Cancer Prevention – Food, Nutrition and Physical Activity: A Global Perspective*. American Institute for Cancer Research: Washington, DC

World Cancer Research Fund (WCRF) Panel (2007) *Food, Nutrition, Physical Activity, and the Prevention of Cancer: A Global Perspective*. World Cancer Research Fund: Washington, DC

World Health Organization (WHO)/Food and Agriculture Organization (FAO) (2003) *Diet, Nutrition and The Prevention of Chronic Diseases: Report of a Joint WHO/FAO Expert Consultation*. WHO Technical Report Series 916. WHO: Geneva

 This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

© 2011 Cancer Research UK



British Journal of Cancer (2011) 105, S27–S30
© 2011 Cancer Research UK  All rights reserved 0007–0920/11
www.bjcancer.com




# 6.
# Cancers attributable to dietary factors in the UK in 2010

## III. Low consumption of fibre

**DM Parkin\*,1 and L Boyd2**

1Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK;
2Statistical Information Team, Cancer Research UK, Angel Building, 407 St John Street, London EC1V 4AD, UK

British Journal of Cancer (2011) **105**, S27–S30; doi:10.1038/bjc.2011.479   www.bjcancer.com
© 2011 Cancer Research UK

Dietary fibre has long been thought to be associated with a reduced risk of colorectal cancer (Burkitt, 1971). However, analytic epidemiological studies of dietary fibre and the risk of colorectal cancer have not yielded consistent associations. The first comprehensive meta-analysis of prospective studies showed no significant reduction in the risk of colorectal cancer with high consumption of fibre, but very low fibre intake (less than 10 g per day) did significantly increase bowel cancer risk (Park *et al*, 2005). The results of subsequent cohort studies seem to be split between those suggesting a protective effect of fibre (Bingham *et al*, 2003, 2005; Nomura *et al*, 2007; Wakai *et al*, 2007) and those showing no benefit (Otani *et al*, 2006; Shin *et al*, 2006). In some studies, null findings may be due to an insufficient range of fibre intake or other methodological problems; alternatively, other features of a high-fibre diet (a plant-based diet rich in fruits, vegetables and whole grains) could be responsible for the protective effect. The World Cancer Research Fund (WCRF) review (2007) concluded that, although there was a clear association, residual confounding could not be excluded as an explanation for the dose–response relationship between risk and fibre intake. In a subsequent study combining data from seven UK cohort studies (Dahm *et al*, 2010), fibre intake was ascertained by food diaries (rather than the less reliable food frequency questionnaires used in most studies), and issues of confounding (by anthropometric and socioeconomic factors, and dietary intake of folate, alcohol and energy) were addressed. A clear protective effect of fibre intake was observed, with a risk of colorectal cancer of 0.66 in the highest relative to the lowest quintile of intake.

Almost 20 years ago, the Committee on Medical Aspects of Food Nutrition Policy (COMA) Panel on Dietary Reference Values proposed that the diet of the UK adult population should contain on average 18 g per day non-starch polysaccharides, with an individual range of 12–24 g per day, from a variety of foods (Department of Health, 1991). This recommendation was repeated in the report of the COMA Working Group on Diet and Cancer (Department of Health, 1998), which had recommended 'an increase in average intake of non-starch polysaccharide in the adult population from 12 grams per day to 18 grams per day'. A measure of 18 g per day of NSP is equivalent to 23 g of fibre

per day. The recommendation published by the Department of Health in 'Choosing a better diet: a food and action plan' (Department of Health, 2005) is to 'increase the average intake of dietary fibre to 18 grams per day (currently 13.8 grams per day)'. Presumably, this actually refers to dietary NSP, for which the average intake in 2000–2001 was 13.8 g (FSA, 2003).

In this section, we examine the potential effects of a deficit in consumption of fibre (below the recommended 23 g per day) on the incidence of colorectal cancer in the UK in 2005.

## METHODS

The relative risk of fibre intake, calculated by WCRF, was 0.9 per 10 g per day increment of dietary fibre (95% confidence interval 0.84–0.97). In the study of Dahm *et al* (2010), the value from the fully adjusted model was 0.84 (95% confidence interval 0.70–1.0). This is equivalent to a decline in risk of 2.9% per gram of fibre, and this value has been chosen for the estimation.

The latent period, or interval between 'exposure' to fibre and development of cancer, and the appropriate decrease in risk of cancers of the colon and rectum are not known. In the eight cohort studies contributing to the WCRF (2007) meta-analysis, the mean duration of follow-up was about 11 years. Therefore, an interval of 10 years is assumed, and the 2010 fraction of avoidable cancers is based on an estimate of the fibre intake in 2000.

Consumption of NSP, as grams per day, by age group and sex, is available for 2000–2001 from the National Diet and Nutrition Surveys (FSA, 2004; Tables 3.14 and 3.15). The relevant data are shown in Table 1.

The mean daily intake of NSP was significantly lower for women ($P<0.01$) than for men. The youngest group had significantly lower mean intakes of NSP than those in any other age group. Median values were generally close to the mean within sex and age groups.

The three main sources of NSP, accounting for about three-quarters of the dietary intake, were cereals and cereal products (43%), vegetables excluding potatoes (20%), and potatoes and savoury snacks (16%). Within the cereals and cereal products group, whole-grain and high-fibre breakfast cereals provided 11% of the intake and white bread provided a further 9%. There were



S28

**Table 1** Average daily NSP intake (g) by sex and age of respondent, Great Britain 2000–2001

| NSP intake | Percentage of the population by age group | | | | |
|---|---|---|---|---|---|
| | 19–24 | 25–34 | 35–49 | 50–64 | All |
| *Men (g per day)* | | | | | |
| <6 | 6 | 0 | 2 | 1 | 2 |
| 6<8 | 10 | 8 | 6 | 5 | 6 |
| 8<10 | 17 | 15 | 11 | 8 | 12 |
| 10<12 | 9 | 15 | 11 | 11 | 12 |
| 12<14 | 26 | 12 | 14 | 13 | 15 |
| 14<16 | 21 | 16 | 16 | 11 | 15 |
| 16<18 | 5 | 11 | 10 | 12 | 10 |
| 18<20 | 2 | 10 | 9 | 11 | 9 |
| 20<22 | 1 | 3 | 5 | 12 | 6 |
| 22<24 | 3 | 4 | 5 | 5 | 5 |
| ≥24 | 0 | 6 | 11 | 11 | 8 |
| *Mean* | | | | | |
| NSP | 12.3 | 14.6 | 15.7 | 16.4 | 15.2 |
| Fibre | 15.7 | 18.7 | 20.1 | 21.0 | 19.5 |
| *Women (g per day)* | | | | | |
| <6 | 9 | 6 | 7 | 5 | 5 |
| 6<8 | 16 | 17 | 9 | 5 | 12 |
| 8<10 | 27 | 16 | 13 | 12 | 15 |
| 10<12 | 15 | 18 | 18 | 19 | 18 |
| 12<14 | 12 | 19 | 18 | 16 | 17 |
| 14<16 | 13 | 10 | 12 | 13 | 12 |
| 16<18 | 4 | 6 | 8 | 10 | 8 |
| 18<20 | 3 | 4 | 7 | 8 | 5 |
| 20<22 | 1 | 1 | 3 | 4 | 3 |
| ≥22 | 0 | 3 | 5 | 8 | 5 |
| *Mean* | | | | | |
| NSP | 10.6 | 11.6 | 12.8 | 14 | 12.6 |
| Fibre | 13.6 | 14.8 | 16.4 | 17.9 | 16.1 |

Abbreviation: NSP = non-starch polysaccharide. Data from National Diet and Nutrition Survey, FSA (2004).

**Table 2** NSP content of diet, Great Britain 2000–2001

| Food items | Grams NSP per gram food item | Grams NSP per day | % NSP intake |
|---|---|---|---|
| Cereals and cereal products | 0.023 | 5.91 | 43 |
| Pasta, rice, miscellaneous cereals | 0.006 | 0.42 | 3 |
| Pasta | 0.010 | 0.28 | 2 |
| Other pasta, rice | 0.003 | 0.14 | 1 |
| Bread | 0.028 | 2.82 | 20 |
| White bread | 0.019 | 1.27 | 9 |
| Wholemeal bread | 0.054 | 0.84 | 6 |
| Other bread | 0.037 | 0.70 | 5 |
| Breakfast cereals | 0.058 | 1.69 | 12 |
| Other cereal products | 0.018 | 0.99 | 7 |
| Meat and meat products | 0.005 | 0.84 | 6 |
| Fish and fish products | 0.005 | 0.14 | 1 |
| *Vegetables and vegetable dishes (excluding potatoes)* | 0.021 | 2.82 | 20 |
| Baked beans | 0.035 | 0.56 | 4 |
| Other vegetables (not baked beans) | 0.019 | 2.25 | 16 |
| *Potatoes and savoury snacks* | 0.020 | 2.25 | 16 |
| Potato chips | 0.020 | 0.70 | 5 |
| Fried/roast potatoes and fried potato products | 0.012 | 0.14 | 1 |
| Other potatoes | 0.017 | 0.99 | 7 |
| Savoury snacks | 0.038 | 0.28 | 2 |
| Fruit and nuts | 0.014 | 1.41 | 10 |
| Sugar, preserves, confectionery | 0.009 | 0.14 | 1 |
| Miscellaneous[a] | — | 0.28 | 2 |
| Total | — | 13.80 | 100 |

Abbreviation: NSP = non-starch polysaccharide. Data are from National Diet and Nutrition Survey, Vol. 2, FSA (2004). [a]Miscellaneous food items include powdered beverages (except tea and coffee), soups, sauces, condiments and artificial sweeteners.

no significant sex or age differences in the proportion of NSP provided by different food types (Table 2).

Assuming that 1 g of NSP corresponds to 1.28 g of fibre, the deficit (in grams) from the recommended 23 g per day can be estimated for each row of Table 1. Population-attributable fractions (PAFs) were calculated for each sex–age group in Table 2 according to the usual formula:

$$PAF = \frac{(p_1 \times ERR_1) + (p_2 \times ERR_2) + (p_3 \times ERR_3)\ldots + (p_n \times ERR_n)}{1 + [(p_1 \times ERR_1) + (p_2 \times ERR_2) + (p_3 \times ERR_3)\ldots + (p_n \times ERR_n)]}$$

where $p_x$ is the proportion of population in consumption category $x$ and $ERR_x$ is the excess relative risk in consumption category $x$.

$ERR_x$ is calculated as follows:

$$\{\exp(R_g \times G_x) - 1\}$$

where $R_g$ is the increase in risk for a deficit of 1 g per day of fibre (0.029) and $G_x$ is the deficit in consumption (<23 g per day) in consumption category $x$.

## RESULTS

Table 3 shows the estimated PAF and the number of cases of colorectal cancer 'caused' in 2010 by the deficit in consumption of fibre in 2000, by age group and sex. The excess number of cases is also expressed in terms of cancer as a whole. About 12.2% of colorectal cancer, or 1.5% of all cancers in 2010, is due to fibre consumption falling below the recommended daily intake of an average of 23 g (or 18 g NSP).

As discussed in Section 4 of this supplement (Parkin and Boyd, 2011), the benefit of consumption of fruits and vegetables on the risk of colorectal cancer may be, in part, due to their content of fibre. In calculating the cancer cases attributable to a deficient intake of dietary fruit and vegetables, the increased consumption that would have been necessary to achieve the '5-a-day' target (equivalent to 400 g of fruit and vegetable intake daily) was estimated. On the basis of the content of NSP in fruits and vegetables (in 2000–2001), we may estimate the additional consumption of fibre that is implied (Table 4). The increase is considerable – on average 4.1 g per day of fibre for men and 3.8 for women. With this addition to the distribution of fibre intake shown in Table 1, the mean intake (for all age groups 19–64) would be 23.6 g per day fibre for men, with only 30% consuming less than 23 g per day, and 16.4 g per day for women, with 58% consuming less than 23 g per day.

In Table 5, the numbers of cancer cases that would have been avoided by a diet containing 400 g per day of fruit and vegetable intake is presented, assuming that the benefit is due to the reduction in risk from the fibre content. Overall, the increase in dietary fibre intake from increasing the intake of fruits and vegetables to 400 g per day is estimated to reduce colorectal cancer by ~4.9% (4.4% in men and 5.5% in women). This is about two-fifths of the total benefit achievable from increasing the intake of fibre to 23 g per day, for those consuming less than this.

© 2011 Cancer Research UK



**Fibre**



S29

**Table 3**  Projected number of colorectal and all cancer cases in UK in 2010 and proportion due to deficient intake of NSP

| Age (years) | | Colorectal cancer | | | All cancer[a] | | |
|---|---|---|---|---|---|---|---|
| At exposure | At outcome | Observed cases | Excess attributable cases | PAF (%) | Observed cases | Excess attributable cases | PAF (%) |
| *Men* | | | | | | | |
| 19–24 | 29–34 | 92 | 14 | 15.1 | 1333 | 14 | 1.0 |
| 25–34 | 35–44 | 397 | 42 | 10.6 | 4124 | 42 | 1.0 |
| 35–49 | 45–59 | 2921 | 276 | 9.5 | 22 388 | 276 | 1.2 |
| 50–64 | ≥60 | 18 643 | 1932 | 10.4 | 128 192 | 1932 | 1.5 |
| | All ages | 22 127 | 2264 | 10.2 | 158 667 | 2264 | 1.4 |
| *Women* | | | | | | | |
| 19–24 | 29–34 | 97 | 19 | 19.5 | 2248 | 19 | 0.8 |
| 25–34 | 35–44 | 402 | 82 | 20.5 | 8619 | 82 | 1.0 |
| 35–49 | 45–59 | 2292 | 364 | 15.9 | 31 631 | 364 | 1.1 |
| 50–64 | ≥60 | 14 926 | 2127 | 14.2 | 110 403 | 2127 | 1.9 |
| | All ages | 17 787 | 2592 | 14.6 | 155 584 | 2592 | 1.7 |
| *Persons* | | | | | | | |
| 19–24 | 29–34 | 189 | 33 | 17.3 | 5096 | 33 | 0.6 |
| 25–34 | 35–44 | 799 | 124 | 15.6 | 18 704 | 124 | 0.7 |
| 35–49 | 45–59 | 5213 | 640 | 12.3 | 73 321 | 640 | 0.9 |
| 50–64 | ≥60 | 33 569 | 4059 | 12.1 | 183 745 | 4059 | 2.2 |
| | All ages | 39 914 | 4856 | 12.2 | 314 251 | 4856 | 1.5 |

Abbreviations: NSP = non-starch polysaccharide; PAF = population-attributable fraction. [a]Excluding non-melanoma skin cancer.

**Table 4**  Estimated additional consumption of fibre from increasing fruit and vegetable intake to 400 g per day from the levels observed in 2000–2001

| | Increase in fibre consumption (g per day) by age group | | | | |
|---|---|---|---|---|---|
| | 19–24 | 25–34 | 35–49 | 50–64 | All ages |
| Males | 7.9 | 5.5 | 3.9 | 2.7 | 4.1 |
| Females | 6.8 | 3.8 | 3.9 | 2.4 | 3.8 |

**Table 5**  Projected number and proportion of colorectal cancer cases avoidable in 2010 from the fibre intake associated with five servings (400 g) of fruit and vegetables daily

| Age (years) | | Colorectal cancer | | |
|---|---|---|---|---|
| | | | Reduction in cases | |
| At exposure | At outcome | Observed cases | Number | % |
| *Men* | | | | |
| 19–24 | 29–34 | 92 | 11 | 11.7 |
| 25–34 | 35–44 | 397 | 31 | 7.7 |
| 35–49 | 45–59 | 2921 | 163 | 5.6 |
| 50–64 | ≥60 | 18 643 | 771 | 4.1 |
| | All ages | 22 127 | 975 | 4.4 |
| *Women* | | | | |
| 19–24 | 29–34 | 97 | 13 | 13.4 |
| 25–34 | 35–44 | 402 | 34 | 8.4 |
| 35–49 | 45–59 | 2292 | 184 | 8.0 |
| 50–64 | ≥60 | 14 926 | 748 | 5.0 |
| | All ages | 17 787 | 978 | 5.5 |
| *Persons* | | | | |
| 19–24 | 29–34 | 189 | 24 | 12.6 |
| 25–34 | 35–44 | 799 | 64 | 8.1 |
| 35–49 | 45–59 | 5213 | 346 | 6.6 |
| 50–64 | ≥60 | 33 569 | 1519 | 4.5 |
| | All ages | 39 914 | 1954 | 4.9 |

## DISCUSSION

In the analysis presented here, we examine both the possible number of colorectal cancers due to a deficit in consumption of fibre less than the recommended 23 g per day and the effect of a deficit in consumption of fruit and vegetables (below the recommended '5 a day'), assuming that the benefit of fruit and vegetables is solely the result of their fibre content. The latter depends not only on the supposition that fibre is indeed protective against colorectal cancer, but also on the assumption that all forms of fibre are equally protective. This is not universally accepted; in the study by Schatzkin *et al* (2007), for example, only fibre from grains was associated with a lower risk of colorectal cancer.

The UK-recommended average intake of NSP in the adult population is 18 g per day (equivalent to 23 g per day of fibre). The WCRF (2007) set a much more ambitious public health goal, as 'a population average of at least 25 grams non-starch polysaccharide daily' (equivalent to 32 g of dietary fibre). In their estimates of 'preventability' of colorectal cancer in the UK in 2002 (WCRF, 2009), an estimated 12% of colorectal cancer was stated as preventable by increasing fibre intake to 30 g per day, based on the effects estimated by Park *et al* (2005): a relative risk of 1.14 for an intake of ≤10 g per day relative to ≥30 g per day.

Although there is no direct evidence from intervention studies of the effect of dietary and supplemental fibre on colorectal cancer, several trials have been carried out on the effects of fibre supplements on recurrence of colonic adenomas. The results as reported were negative (Maclennan *et al*, 1995; Alberts *et al*, 2000; Schatzkin *et al*, 2000), although the period of supple-

mentation and follow-up was very short (2–4 years). A pooled reanalysis of the two US trials showed a statistically significant interaction by sex, and a beneficial effect of the intervention in men (odds ratio = 0.81, 95% CI = 0.67–0.98; Jacobs *et al*, 2006).

See acknowledgements on page Si.

### Conflict of interest

The authors declare no conflict of interest.



# REFERENCES

Alberts DS, Martinez ME, Roe DJ, Guillén-Rodríguez JM, Marshall JR, van Leeuwen JB, Reid ME, Ritenbaugh C, Vargas PA, Bhattacharyya AB, Earnest DL, Sampliner RE (2000) Lack of effect of a high-fiber cereal supplement on the recurrence of colorectal adenomas. Phoenix Colon Cancer Prevention Physicians' Network. *N Engl J Med* **342**: 1156–1162

Bingham SA, Day NE, Luben R, Ferrari P, Slimani N, Norat T, Clavel-Chapelon F, Kesse E, Nieters A, Boeing H, Tjønneland A, Overvad K, Martinez C, Dorronsoro M, Gonzalez CA, Key TJ, Trichopoulou A, Naska A, Vineis P, Tumino R, Krogh V, Bueno-de-Mesquita HB, Peeters PH, Berglund G, Hallmans G, Lund E, Skeie G, Kaaks R, Riboli E (2003) Dietary fibre in food and protection against colorectal cancer in the European Prospective Investigation into Cancer and Nutrition (EPIC): an observational study. *Lancet* **361**: 1496–1501

Bingham S, Norat T, Moskal A, Ferrari P, Slimani N, Clavel-Chapelon F, Kesse E, Nieter A, Boein HH, Tjønneland A, Overvad K, Martinez C, Dorronsoro M, Gonzale CA, Ardanaz E, Navarro C, Quiros JR, Key TJ, Day NE, Trichopoulou A, Naska A, Krogh V, Tumino R, Palli D, Panico S, Vineis P, Ocke MC, Peeters PHM, Berglund G, Hallmans G, Lund E, Skeie G, Kaaks R, Riboli E (2005) Is the association with fiber from foods in colorectal cancer confounded by folate intake? *Cancer Epidemiol Biomarkers Prev* **14**: 1552–1556

Burkitt DP (1971) Epidemiology of cancer of colon and rectum. *Cancer* **28**: 3–13

Dahm CC, Keogh RH, Spencer EA, Greenwood DC, Key TJ, Fentiman IS, Shipley MJ, Brunner EJ, Cade JE, Burley VJ, Mishra G, Stephen AM, Kuh D, White IR, Luben R, Lentjes MAH, Khaw KT, Rodwell (Bingham) SA (2010) Dietary fiber and colorectal cancer risk: a nested case–control study using food diaries. *J Natl Cancer Inst* **102**: 614–626

Department of Health (1991) *Report on Health and Social Subjects: 41. Dietary Reference Values for Food Energy and Nutrients for the United Kingdom*. Stationery Office: London

Department of Health (1998) *Nutritional Aspects of the Development of Cancer. Report of the Working Group on Diet and Cancer. Committee on Medical Aspects of Food Nutrition Policy*. Stationery Office: London

Department of Health (2005) *Choosing a Better Diet: A Food and Health Action Plan*. http://www.dh.gov.uk/en/Publicationsandstatistics/Publications/PublicationsPolicyAndGuidance/DH_4105356

Food Standards Agency (FSA) (2003) *National Diet and Nutrition Survey: Adults Aged 19 to 64, Vol. 2. Energy, Protein, Carbohydrate, Fat and Alcohol Intake*. http://www.food.gov.uk/multimedia/pdfs/ndnsv2.pdf

Food Standards Agency (FSA) (2004) *National Diet and Nutrition Survey: Adults aged 19 to 64, Vol. 5. Summary Report*. http://www.food.gov.uk/multimedia/pdfs/ndnsprintedreport

Jacobs ET, Lanza E, Alberts DS, Jacobs ET, Lanza E, Alberts DS, Hsu CH, Jiang R, Schatzkin A, Thompson PA, Martínez ME (2006) Fiber, sex, and colorectal adenoma: results of a pooled analysis. *Am J Clin Nutr* **83**: 343–349

Maclennan R, Macrae F, Bain C, Battistutta D, Chapuis P, Gratten H, Lambert J, Newland RC, Ngu M, Russell A, Ward M, Wahlqvist ML (1995) Randomized trial of intake of fat, fiber, and beta-carotene to prevent colorectal adenomas. *J Natl Cancer Inst* **87**: 1760–1766

Nomura AM, Hankin JH, Henderson BE, Wilkens LR, Murphy SP, Pike MC, Le Marchand L, Stram DO, Monroe KR, Kolonel LN (2007) Dietary fiber and colorectal cancer risk: the multiethnic cohort study. *Cancer Causes Control* **18**: 753–764

Otani T, Iwasaki M, Ishihara J, Sasazuki S, Inoue M, Tsugane S (2006) Japan Public Health Center-Based Prospective Study Group. Dietary fiber intake and subsequent risk of colorectal cancer: the Japan Public Health Center-based prospective study. *Int J Cancer* **119**: 1475–1480

Park Y, Hunter DJ, Spiegelman D, Bergkvist L, Berrino F, van den Brandt PA, Buring JE, Colditz GA, Freudenheim JL, Fuchs CS, Giovannucci E, Goldbohm RA, Graham S, Harnack L, Hartman AM, Jacobs Jr DR, Kato I, Krogh V, Leitzmann MF, McCullough ML, Miller AB, Pietinen P, Rohan TE, Schatzkin A, Willett WC, Wolk A, Zeleniuch-Jacquotte A, Zhang SM, Smith-Warner SA (2005) Dietary fiber intake and risk of colorectal cancer: a pooled analysis of prospective cohort studies. *JAMA* **294**: 2849–2857

Parkin DM, Boyd L (2011) Cancers attributable to dietary factors in the UK in 2010: I. Low consumption of fruit and vegetables. *Br J Cancer* **105**(Suppl 2): S19–S23

Schatzkin A, Lanza E, Corle D, Lance P, Iber F, Caan B, Shike M, Weissfeld J, Burt R, Cooper MR, Kikendall JW, Cahill J (2000) Lack of effect of a low-fat, high-fiber diet on the recurrence of colorectal adenomas. Polyp Prevention Trial Study Group. *N Engl J Med* **342**: 1149–1155

Schatzkin A, Mouw T, Park Y, Subar AF, Kipnis V, Hollenbeck A, Leitzmann MF, Thompson FE (2007) Dietary fiber and whole-grain consumption in relation to colorectal cancer in the NIH-AARP Diet and Health Study. *Am J Clin Nutr* **85**: 1353–1360

Shin A, Li H, Shu XO, Yang G, Gao YT, Zheng W. (2006) Dietary intake of calcium, fiber and other micronutrients in relation to colorectal cancer risk: results from the Shanghai Women's Health Study. *Int J Cancer* **119**: 2938–2942

Wakai K, Date C, Fukui M, Tamakoshi K, Watanabe Y, Hayakawa N, Kojima M, Kawado M, Suzuki K, Hashimoto S, Tokudome S, Ozasa K, Suzuki S, Toyoshima H, Ito Y, Tamakoshi A (2007) Dietary fiber and risk of colorectal cancer in the Japan collaborative cohort study. *Cancer Epidemiol Biomarkers Prev* **16**: 668–675

World Cancer Research Fund (WCRF)/American Institute for Cancer Research (AICR) (2009) *Policy and Action for Cancer Prevention. Food, Nutrition and Physical Activity: A Global Perspective*. American Institute for Cancer Research: Washington, DC

World Cancer Research Fund (WCRF) Panel (2007) *Food, Nutrition, Physical Activity, and the Prevention of Cancer: A Global Perspective*. World Cancer Research Fund: Washington, DC

 This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

© 2011 Cancer Research UK

BJC
OPEN

**British Journal of Cancer** (2011) **105**, S31 – S33
© 2011 Cancer Research UK   All rights reserved 0007 – 0920/11
**www.bjcancer.com**




# 7.
# Cancers attributable to dietary factors in the UK in 2010

## IV. Salt

**DM Parkin*,1**

[1]Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK

*British Journal of Cancer* (2011) **105**, S31 – S33; doi:10.1038/bjc.2011.480   www.bjcancer.com
© 2011 Cancer Research UK

In a large international ecological study, comparing urinary sodium excretion and stomach cancer mortality in 39 countries, Joossens *et al* (1996) concluded that 'Salt intake, measured as 24-hour urine sodium excretion, is likely the rate-limiting factor of stomach cancer mortality at the population level'. On the basis of human observational and animal experimental data, as well as mechanistic plausibility, the 2003 report from the joint World Health Organization/Food and Agriculture Organization Expert Consultation (WHO/FAO) concluded that salt-preserved food and salt 'probably' increase the risk of gastric cancer (WHO/FAO, 2003). In fact, there is substantial evidence that the risk of gastric cancer is increased by high intakes of some traditionally preserved salted foods, especially meats and pickles, and with salt *per se* (Palli, 2000; Tsugane, 2005). The World Cancer Research Fund (WCRF) report (2007) concluded that 'salt is a probable cause of stomach cancer', and that there is robust evidence for the mechanisms operating in humans.

In the UK, the Committee on Medical Aspects of Food Policy (COMA) panel on Dietary Reference Values (Department of Health, 1991) advised that sodium (Na) intakes should be maintained below 3.2 g (or 8.0 g of salt) per day and set the reference nutrient intake (RNI) for men and women at 1.6 g of sodium (or 4.0 g of salt) per day. Following this, COMA's Cardiovascular Review Group recommended that salt intake should be gradually reduced further to a daily average of 6 g (Department of Health, 1994). This recommendation was also accepted in the food and health action plan 'Choosing a better diet' (Department of Health, 2005).

In this section, we consider the population-attributable fraction of stomach cancer associated with an intake of salt >6 g per day.

## METHODS

The relative risk (RR) of stomach cancer in relation to salt intake has been taken from the meta-analysis of cohort studies (WCRF, 2007), suggesting a RR of 1.08 per g per day, an excess RR of 0.08 per g. The durations of follow-up in the two studies contributing to this pooled value (van den Brandt *et al*, 2003; Tsugane *et al*, 2004) were 6.3 and 11 years, respectively. The latent period, or interval

between 'exposure' to salt and the appropriate increase in risk of cancers of the stomach, is therefore taken to be 10 years, and the 2010 fraction of avoidable cancers is based on an estimate of salt intake in 2000 – 2001. Table 1 shows the results from the 2000 – 2001 National Diet and Nutrition Survey in which average daily urinary excretion of salt was 11 g per day in men and 8.1 g per day in women (Food Standards Agency, 2003).

On the basis of an excess risk of 0.08 per gram of salt per day, the risk of stomach cancer associated with an intake of $x$ g salt per day in excess of the recommended 6 g per day is as follows:

$$\exp(0.08x)/\exp(0.08\times6)$$

so that, in the lowest consumption category (women in the age group of 50 – 64 years), where average salt intake ($x$) is 7.5 g per day, the RR is as follows:

$$\exp(0.08\times7.5)/\exp(0.08\times6)$$
$$1.84/1.62 = 1.13$$

Table 2 shows the estimated intake of salt in 2000 – 2001 (Food Standards Agency, 2003), and the RRs of stomach cancer (by sex and age group) associated with the excess intake, compared with the recommended level of 6 g per day.

## RESULTS

Table 3 shows the estimated number of cases of stomach cancer 'caused' in 2010 by the excessive consumption of salt in 2000 – 2001. These excess cases are calculated as (observed – expected), where the number expected = (observed/RR). Approximately 24% of stomach cancer cases can be attributed to this cause.

The excess number of cases is also expressed in terms of cancer as a whole. About 0.5% of cancers in 2010 are due to salt consumption in excess of the recommended daily maximum of an average of 6 g.

## DISCUSSION

The difficulties in estimating salt consumption in epidemiological studies probably contribute to the very heterogeneous findings;

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk

npg

**Cancer, lifestyle and environment in the UK in 2010**



S32

nevertheless, the consensus view, most recently expressed in the WCRF report (2007), is that salt intake (as well as sodium intake and salty and salted foods) is a probable cause of gastric cancer. The 'optimum exposure level', against which the risk of actual exposure was evaluated, was chosen as that recommended in the report of the Committee on Medical Aspects of Food Policy (Department of Health, 1994) and the UK government's food and health action plan 'Choosing a better diet' (Department of Health, 2005). This recommendation (less than 6 g of salt per day) was based on general health considerations, and mostly guided by the well-established link between salt and blood pressure. High salt intake is a major contributor to high blood pressure, which increases the risk of heart disease and stroke (MacGregor, 1999),

and there is evidence that reductions in dietary salt can reduce blood pressure and the long-term risk of cardiovascular events (Cook et al, 2007). Nevertheless, it seems to be a reasonable (and attainable) target with respect to reduction in the risk of gastric cancer. The calculation of excess risk assumes a simple log-linear increase in the risk of gastric cancer with increasing salt intake. The evidence for this is somewhat equivocal: it is apparent for total salt use in cohort but not case–control studies, whereas for sodium intake it was also apparent in case–control studies; for salted and salty foods, the reverse was observed (dose–response relationship in case–control but not cohort studies; WCRF, 2007).

In general, diets of Western communities contain amounts of sodium that are far in excess of any physiological need and many times the recommended daily sodium requirement. The likely adverse effect on cancer risk in the UK is small, as the incidence of gastric cancer is low (gastric cancer ranks only 13th in terms of incidence in the UK, with incidence rates well below the European average (CRUK, 2011)). Average consumption in the UK is around 10 g per day, and had shown little change between 1986–7 and 2001 (Food Standards Agency, 2004). Although individuals can limit their personal consumption by avoiding salt in cooking, or adding salt at the table, around 75% of salt in the diet is from processed foods. In 2005, the Food Standards Agency developed proposals for voluntary targets for salt levels in a wide range of food categories (85 categories in total) as a guide for the food industry. There has subsequently been some progress on voluntary salt reductions by the industry (Department of Health, 2009). There is no direct evidence from intervention studies of the benefit of reduced salt intake with respect to gastric cancer. In Japan, the national dietary policy has resulted in declines in dietary salt intake, and there has been an equivalent reduction in the incidence of gastric cancer (Tominaga and Kuroishi, 1997); however, there have been other changes in prevalence of gastric cancer risk factors – notably in prevalence of infection with *Helicobacter pylori* (Kobayashi et al, 2004) – and thus the part played by salt reduction is far from clear.

See acknowledgements on page Si.

## Conflict of interest

The author declares no conflict of interest.

**Table I** Urinary salt excretion in grams per day in Great Britain, 2000–2001

| | Urinary salt excretion (grams per day) by age group (years) | | | | |
|---|---|---|---|---|---|
| **Sex** | **19–24** | **25–34** | **35–49** | **50–64** | **19–64** |
| Men | 11.0 | 11.4 | 11.1 | 10.5 | 11.0 |
| Women | 9.1 | 8.7 | 8.0 | 7.5 | 8.1 |

From National Diet and Nutrition Survey, Food Standards Agency (2003).

**Table 2** Salt intake (grams per day, 2000–2001) and associated relative risk of stomach cancer

| | Age group (years) | | | | |
|---|---|---|---|---|---|
| **Salt intake 2000–2001** | **19–24** | **25–34** | **35–49** | **50–64** | **19–64** |
| *Men* | | | | | |
| Mean grams per day | 11.0 | 11.4 | 11.1 | 10.5 | 11.0 |
| Excess grams per day | 5.0 | 5.4 | 5.1 | 4.5 | 5.0 |
| RR for this excess | 1.49 | 1.54 | 1.50 | 1.43 | 1.49 |
| *Women* | | | | | |
| Mean grams per day | 9.1 | 8.7 | 8.0 | 7.5 | 8.1 |
| Excess grams per day | 3.1 | 2.7 | 2.0 | 1.5 | 2.1 |
| RR for this excess | 1.28 | 1.24 | 1.17 | 1.13 | 1.18 |

Abbreviations: RR = relative risk (of stomach cancer).

**Table 3** Stomach cancer cases in the UK in 2010 due to intake of salt > 6 g daily

| Age (years) | | Stomach cancer | | | | All cancer[a] | | |
|---|---|---|---|---|---|---|---|---|
| **At exposure** | **At outcome** | **Obs.** | **Relative risk** | **Excess attrib. cases** | **PAF (%)** | **Obs** | **Excess attrib. cases** | **PAF (%)** |
| *Men* | | | | | | | | |
| 19–24 | 34–39 | 25 | 1.49 | 8 | 33.0 | 1792 | 8 | 0.5 |
| 25–34 | 40–49 | 159 | 1.54 | 56 | 35.1 | 6794 | 56 | 0.8 |
| 35–49 | 50–64 | 828 | 1.50 | 277 | 33.5 | 37 617 | 277 | 0.7 |
| 50–64 | ≥65 | 3443 | 1.43 | 1041 | 30.2 | 108 729 | 1041 | 1.0 |
| | All ages | 4467 | | 1382 | 30.9 | 158 667 | 1382 | 0.9 |
| *Women* | | | | | | | | |
| 19–24 | 34–39 | 28 | 1.28 | 6 | 22.0 | 3607 | 6 | 0.2 |
| 25–34 | 40–49 | 95 | 1.24 | 18 | 19.4 | 13 667 | 18 | 0.1 |
| 35–49 | 50–64 | 361 | 1.17 | 53 | 14.8 | 41 338 | 53 | 0.1 |
| 50–64 | ≥65 | 2067 | 1.13 | 234 | 11.3 | 92 439 | 234 | 0.3 |
| | All ages | 2577 | | 312 | 12.1 | 155 584 | 312 | 0.2 |
| *All* | | | | | | | | |
| 19–24 | 34–39 | 52 | | 14 | 27.1 | 5400 | 14 | 0.3 |
| 25–34 | 40–49 | 254 | | 74 | 29.2 | 20 461 | 74 | 0.4 |
| 35–49 | 50–64 | 1189 | | 331 | 27.8 | 78 955 | 331 | 0.4 |
| 50–64 | ≥65 | 5510 | | 1275 | 23.1 | 201 167 | 1275 | 0.6 |
| | All ages | 7044 | | 1694 | 24.0 | 314 251 | 1694 | 0.5 |

Abbreviations: attrib. = attributable; Obs. = observed cases; PAF = population-attributable fraction. [a]Excluding non-melanoma skin cancer.

© 2011 Cancer Research UK

BJC OPEN

Salt



# REFERENCES

Cancer Research UK (CRUK) (2011) *UK Stomach Cancer Incidence Statistics*, http://info.cancerresearchuk.org/cancerstats/types/stomach/incidence/

Cook NR, Cutler JA, Obarzanek E, Buring JE, Rexrode KM, Kumanyika SK, Appel LJ, Whelton PK (2007) Long term effects of dietary sodium reduction on cardiovascular disease outcomes: observational follow-up of the trials of hypertension prevention (TOTP). *Br Med J* **334:** 885 – 888

Department of Health (1991) *Report on Health and Social Subjects: 41. Dietary Reference Values for Food Energy and Nutrients for the United Kingdom*. HMSO: London

Department of Health (1994) *Nutritional Aspects of Cardiovascular Disease. Report on Health and Social Subjects 46*. The Stationery Office: London

Department of Health (2005) *Choosing a Better Diet: A Food and Health Action Plan*. http://www.dh.gov.uk/en/Consultations/Closedconsultations/DH_4084430

Department of Health (2009) *Healthcare: Salt*, http://www.dh.gov.uk/en/Healthcare/Bloodpressure/DH_4084299

Food Standards Agency (2003) *National Diet and Nutrition Survey: Adults Aged 19 to 64, Vol. 3. Vitamin and Mineral Intake and Urinary Analytes*. http://www.food.gov.uk/multimedia/pdfs/ndnsv3.pdf

Food Standards Agency (2004) *National Diet and Nutrition Survey: Adults aged 19 to 64, Vol. 5. Summary Report*. http://www.food.gov.uk/multimedia/pdfs/ndns5full.pdf

Joossens JV, Hill MJ, Elliott P, Stamler R, Lesaffre E, Dyer A, Nichols R, Kesteloot H (1996) Dietary salt, nitrate and stomach cancer mortality in 24 countries. European Cancer Prevention (ECP) and the INTERSALT Cooperative Research Group. *Int J Epidemiol* **25:** 494 – 504

Kobayashi T, Kikuchi S, Lin Y, Yagyu K, Obata Y, Ogihara A, Hasegawa A, Miki K, Kaneko E, Mizukoshi H, Sakiyama T, Tenjin H (2004) Trends in the incidence of gastric cancer in Japan and their associations with Helicobacter pylori infection and gastric mucosal atrophy. *Gastric Cancer* **7:** 233 – 239

MacGregor GA (1999) Nutrition and blood pressure. *Nutr Metab Cardiovasc Dis* **9:** 6 – 15

Palli D (2000) Epidemiology of gastric cancer: an evaluation of available evidence. *J Gastroenterol* **35:** S84 – S89

Tominaga S, Kuroishi T (1997) An ecological study on diet/nutrition and cancer in Japan. *Int J Cancer* **10**(Suppl)**:** 2 – 6

Tsugane S (2005) Salt, salted food intake, and risk of gastric cancer: epidemiologic evidence. *Cancer Sci* **96:** 1 – 6

Tsugane S, Sasazuki S, Kobayashi M, Sasaki S (2004) Salt and salted food intake and subsequent risk of gastric cancer among middle-aged Japanese men and women. *Br J Cancer* **90:** 128 – 134

van den Brandt PA, Botterweck AA, Goldbohm RA (2003) Salt intake, cured meat consumption, refrigerator use and stomach cancer incidence: a prospective cohort study (Netherlands). *Cancer Causes Control* **14:** 427 – 438

World Health Organization/Food and Agriculture Organization (WHO/FAO) (2003) *Diet, Nutrition and The Prevention of Chronic Diseases: Report of a Joint WHO/FAO Expert Consultation. WHO Technical Report Series 916*. WHO: Geneva

World Cancer Research Fund (WCRF) Panel (2007) *Food, Nutrition, Physical Activity, and the Prevention of Cancer: A Global Perspective*. World Cancer Research Fund: Washington, DC



This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

**British Journal of Cancer** (2011) 105, S34–S37
© 2011 Cancer Research UK   All rights reserved 0007–0920/11

www.bjcancer.com




# 8.
# Cancers attributable to overweight and obesity in the UK in 2010

**DM Parkin*,1 and L Boyd2**

[1]Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK; [2]Statistical Information Team, Cancer Research UK, Angel Building, 407 St John Street, London EC1V 4AD, UK

British Journal of Cancer (2011) **105**, S34–S37; doi:10.1038/bjc.2011.481   www.bjcancer.com
© 2011 Cancer Research UK

In 2002, the International Agency for Research on Cancer Handbook on Weight Control and Physical Activity concluded that overweight and obesity are related to cancers of the colon, endometrium, kidney and oesophagus (adenocarcinomas), as well as postmenopausal breast cancer. Since that report, continuing epidemiological investigation has suggested that other cancers are related to obesity and overweight. In addition to those listed above, the report by the World Cancer Research Fund (WCRF) Panel on Food, Nutrition, Physical Activity, and the Prevention of Cancer (WCRF, 2007) considered that there was convincing evidence for an association with cancers of the pancreas and rectum (as well as colon), and a probable association with cancers of the gall bladder. The fraction of these cancers occurring in 2010 attributable to overweight and obesity in the UK population is estimated in this section.

## METHODS

The estimates of risk associated with overweight (BMI $25 < 30 \, \text{kg m}^{-2}$) and obesity (BMI $30 + \text{kg m}^{-2}$), relative to a BMI $\leqslant 25 \, \text{kg m}^{-2}$, for the seven cancers, are shown in Table 1. The estimates of relative risk for an increase of $5 \, \text{kg m}^{-2}$ from the meta-analyses by WCRF (2007) have been used for the category 'overweight'. Assuming a constant rate of increase in risk with BMI, the square of this value was taken for the category 'obese'. For postmenopausal breast cancer, WCRF reported that the increase in risk was 8% per BMI increase of $5 \, \text{kg m}^{-2}$ for cohort studies (17 considered) and 13% per BMI increase of $5 \, \text{kg m}^{-2}$ for case–control studies (48 considered). The estimates from the meta-analyses by Bergstrom *et al* (2001) and Renehan *et al* (2008) were almost identical (12% per BMI increase of $5 \, \text{kg m}^{-2}$), and thus this value has been selected.

The latent period, or interval between 'exposure' to overweight/obesity and the appropriate increase in risk of these cancers, is not known. Renehan *et al* (2008) calculated the geometric mean duration of follow-up in the cohort studies available for a meta-analysis of relative risks due to overweight and obesity. The periods ranged from 8.4 years (for breast cancer) to 12.7 years (for gall bladder cancer). We therefore chose to assume that the latency

between 'exposure' and outcome would be, on average, 10 years, and thus examine the effects on cancers occurring in 2010 from suboptimal levels of body mass in 2000. The proportion of adults in the age group of 19–64 who were overweight or obese in Great Britain in 2000 is available from the National Diet and Nutrition Survey (FSA, 2004; Table 4.1). For older adults (aged $\geqslant$65), we used the values for 2000 from the Health Survey for England (Health and Social Care Information Centre, 2010). The results are shown in Table 2.

**Table 1** Relative risks associated with overweight and obesity

| Cancer (site) | Relative risks | | Excess relative risks | |
|---|---|---|---|---|
| | Overweight | Obese | Overweight | Obese |
| Breast (post-menopausal)[a,b] | 1.12 | 1.25 | 0.12 | 0.25 |
| Colorectum[c] | 1.15 | 1.32 | 0.15 | 0.32 |
| Oesophagus (adenocarcinoma)[c] | 1.55 | 2.40 | 0.55 | 1.40 |
| Kidney[c] | 1.31 | 1.72 | 0.31 | 0.72 |
| Endometrium[c] | 1.52 | 2.31 | 0.52 | 1.31 |
| Gall bladder[c] | 1.23 | 1.51 | 0.23 | 0.51 |
| Pancreas[c] | 1.14 | 1.30 | 0.14 | 0.30 |

[a]From Bergstrom *et al* (2001). [b]From Renehan *et al* (2008). [c]From WCRF (2007).

**Table 2** Prevalence of overweight and obesity in Great Britain in 2000–2001

| | Prevalence of overweight and obesity by age group (years) | | | | | |
|---|---|---|---|---|---|---|
| BMI | 19–24[a] | 25–34[a] | 35–49[a] | 50–64[a] | 65–74[b] | $\geqslant$75[b] |
| *Men* | | | | | | |
| 25<30 (overweight) | 0.25 | 0.42 | 0.45 | 0.46 | 0.50 | 0.52 |
| $\geqslant$30 (obese) | 0.18 | 0.18 | 0.25 | 0.32 | 0.24 | 0.17 |
| *Women* | | | | | | |
| 25<30 (overweight) | 0.25 | 0.28 | 0.31 | 0.41 | 0.41 | 0.41 |
| $\geqslant$30 (obese) | 0.16 | 0.16 | 0.23 | 0.22 | 0.30 | 0.23 |

Abbreviations: BMI = body mass index. [a]From the National Diet and Nutrition Survey (ages 19–64). [b]From Health Survey for England (ages >65).

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk



**Obesity**

S35

**Table 3** Cancer cases diagnosed in 2010 attributable to overweight and obesity in 2000

| Age (years) | | Proportion overweight or obese in 2000 | | Cases attributable to obesity for each cancer | | | | | | | | | | | | | | | | | | | | |
| At exposure (+10 years) | At outcome | Over-weight | Obese | Oesophagus (adeno carcinoma)[a,b] | | | Gallbladder | | | Pancreas | | | Colon–rectum | | | Breast | | | Corpus uteri | | | Kidney | | |
| | | | | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases | PAF | Obs. | Excess attributable cases |
| *Men* | | | | | | | | | | | | | | | | | | | | | | | | |
| 19–24 | 25–34 | 0.25 | 0.18 | 0.28 | 4 | 1 | 0.13 | 0 | 0.0 | 0.08 | 9 | 0.7 | 0.09 | 133 | 11.6 | | | | | | | 0.17 | 31 | 5.3 |
| 24–34 | 35–44 | 0.42 | 0.18 | 0.33 | 27 | 9 | 0.16 | 1 | 0.2 | 0.10 | 67 | 6.8 | 0.11 | 397 | 42.9 | | | | | | | 0.21 | 206 | 42.4 |
| 35–49 | 45–59 | 0.45 | 0.25 | 0.37 | 358 | 134 | 0.19 | 24 | 4.5 | 0.12 | 587 | 71.1 | 0.13 | 2921 | 376.9 | | | | | | | 0.24 | 1142 | 275.9 |
| 50–64 | 60–74 | 0.46 | 0.32 | 0.41 | 1405 | 579 | 0.21 | 83 | 17.6 | 0.14 | 1771 | 244.6 | 0.15 | 9481 | 1392.8 | | | | | | | 0.27 | 2368 | 641.7 |
| 65–74 | 75–84 | 0.50 | 0.24 | 0.38 | 963 | 589 | 0.19 | 59 | 11.5 | 0.13 | 1188 | 149.2 | 0.13 | 6774 | 905.6 | | | | | | | 0.25 | 1418 | 352.7 |
| ≥75 | ≥85 | 0.52 | 0.17 | 0.34 | 371 | 227 | 0.17 | 22 | 3.8 | 0.11 | 460 | 50.6 | 0.12 | 2388 | 279.7 | | | | | | | 0.22 | 472 | 104.0 |
| Total (%) | — | — | | | 5713 | 1538 (26.9) | | 191 | 37.5 (19.7) | | 4084 | 523.1 (12.8) | | 22127 | 3009.4 (13.6) | | | | | | | | 5697 | 1422.0 (25.0) |
| *Women* | | | | | | | | | | | | | | | | | | | | | | | | |
| 19–24 | 25–34 | 0.25 | 0.14 | 0.25 | 1 | 0.2 | 0.11 | 1 | 0.1 | 0.07 | 11 | 0.8 | 0.08 | 136 | 10.2 | 0.00 | 634 | 0.0 | 0.24 | 38 | 9.0 | 0.15 | 29 | 4.3 |
| 24–34 | 35–44 | 0.28 | 0.16 | 0.27 | 4 | 1.2 | 0.13 | 8 | 1.0 | 0.08 | 53 | 4.2 | 0.09 | 402 | 34.4 | 0.09 | 4012 | 0.0 | 0.26 | 211 | 55.3 | 0.17 | 110 | 18.4 |
| 35–49 | 45–59 | 0.31 | 0.22 | 0.33 | 50 | 16.5 | 0.16 | 73 | 11.6 | 0.10 | 437 | 44.1 | 0.11 | 2292 | 246.8 | 0.10 | 15203 | 1328.0 | 0.32 | 1926 | 609.2 | 0.21 | 554 | 114.6 |
| 50–64 | 60–74 | 0.41 | 0.22 | 0.35 | 267 | 93.0 | 0.17 | 198 | 34.0 | 0.11 | 1520 | 166.9 | 0.12 | 6116 | 715.3 | 0.10 | 18120 | 1724.3 | 0.33 | 3844 | 1283.9 | 0.22 | 1275 | 282.5 |
| 65–74 | 75–84 | 0.41 | 0.30 | 0.39 | 320 | 125.9 | 0.20 | 143 | 28.6 | 0.13 | 1374 | 177.4 | 0.14 | 5527 | 759.3 | 0.11 | 7855 | 881.0 | 0.38 | 1570 | 594.8 | 0.26 | 903 | 231.2 |
| ≥75 | ≥85 | 0.41 | 0.23 | 0.36 | 220 | 78.5 | 0.18 | 86 | 15.2 | 0.11 | 884 | 100.2 | 0.12 | 3283 | 396.3 | 0.10 | 4410 | 433.4 | 0.34 | 605 | 207.2 | 0.23 | 428 | 97.6 |
| Total (%) | — | — | | | 2819 | 315.3 (11.2) | | 509 | 90.5 (17.8) | | 4280 | 493.6 (11.5) | | 17787 | 2162.4 (12.2) | | 48385 | 4366.7 (9.0) | | 8195 | 2759.3 (33.7) | | 3365 | 748.6 (22.2) |
| *Persons* | | | | | | | | | | | | | | | | | | | | | | | | |
| 19–24 | 25–34 | — | — | | 0 | 1.2 | | 1 | | | 20 | 1.5 | | 269 | 21.8 | | 634 | 0.0 | | 38 | 9.0 | | 60 | 9.6 |
| 24–34 | 35–44 | — | — | | 31 | 10.0 | | 9 | 1.2 | | 120 | 11.0 | | 799 | 77.3 | | 4012 | 0.0 | | 211 | 55.3 | | 316 | 60.8 |
| 35–49 | 45–59 | — | — | | 408 | 150.4 | | 97 | 16.1 | | 1024 | 115.3 | | 5213 | 623.7 | | 15203 | 1328.0 | | 1926 | 609.2 | | 1696 | 390.5 |
| 50–64 | 60–74 | — | — | | 1672 | 672.4 | | 281 | 51.6 | | 3291 | 411.5 | | 15597 | 2108.1 | | 18120 | 1724.3 | | 3844 | 1283.9 | | 3643 | 924.2 |
| 65–74 | 75–84 | — | — | | 1283 | 714.4 | | 202 | 40.0 | | 2562 | 326.6 | | 12301 | 1664.9 | | 7855 | 881.0 | | 1570 | 594.8 | | 2321 | |
| ≥75 | ≥85 | — | — | | 591 | 305.1 | | 108 | 19.0 | | 1344 | 150.8 | | 5671 | | | 4410 | | | 605 | 207.2 | | 900 | |
| Total (%) | — | — | | | 8532 | 1853 (21.7) | | 700 | 128 (18.3) | | 8364 | 1017 (12.2) | | 39914 | 5172 (13.0) | | 48385 | 4367 (9.0) | | 8195 | 2759 (33.7) | | 9062 | 2171 (24.0) |

Abbreviations: Obs = observed cases; PAF = population-attributable fraction. [a]Observed cases are for adenocarcinoma only. [b]Total observed cases (and percentages) are for all oesophageal cancers, and so are greater than the sum of observed cases.

© 2011 Cancer Research UK

BJC OPEN


The number of oesophageal cancers diagnosed in 2010 was partitioned by histological subtype, according to the age- and sex-specific distribution observed in the UK Cancer registries reporting to Cancer Incidence in Five Continents, Volume VIII (Parkin *et al*, 2002). These age-specific proportions were scaled to correspond to the crude proportions observed in the UK registries in 2000–2002 (Curado *et al*, 2007), when adenocarcinomas comprised 69.9% of oesophageal cancers in men and 39.9% in women.

The population-attributable fraction (PAF) was calculated for each sex–age group, corresponding to the level of overweight/obesity 10 years previously, according to the usual formula:

$$PAF = \frac{(p_1 \times ERR_1) + (p_2 \times ERR_2)}{1 + [(p_1 \times ERR_1) + (p_2 \times ERR_2)]}$$

where $p_1$ is the proportion of population overweight, $p_2$ the proportion of population obese, $ERR_1$ the excess relative risk ($RR-1$) for overweight and $ERR_2$ the excess relative risk ($RR-1$) for obesity.

## RESULTS

Table 3 shows the calculation of attributable fractions, and corresponding numbers of attributable cases, by age group and sex, for seven cancer types accepted to be causally related to excess body weight, assuming a 10-year latency between the presence of excess body mass and cancer risk.

Table 4 summarises these results. An estimated 17 294 excess in cancer cases occurring in 2010 were due to overweight and obesity (5.5% of all cancers). The sites contributing most to this excess are large bowel (5172) and breast (4194).

## DISCUSSION

The list of cancers that have been selected as being related to excess body mass (overweight and obesity) is a conservative one. It corresponds to those in the consensus statements of IARC (2002) and WCRF (2007). Needless to say, other studies have identified a large number of other cancers to be associated with excess body mass. In the recent meta-analysis of prospective studies (cohort studies and clinical trials) by Renehan *et al* (2008), there was a positive (statistically significant) association between BMI and cancer of the thyroid, leukaemia, malignant melanoma (men only), non-Hodgkin lymphoma and multiple myeloma. Others have reported significant associations with cancers of the prostate (Bergstrom *et al*, 2001), ovary (Reeves *et al*, 2007; Schouten *et al*, 2008; Lahmann *et al*, 2010) and brain (Benson *et al*, 2008), as well as cancers of the liver (Larsson and Wolk, 2007) and gastric cardia (Calle and Kaaks, 2004).

In common with most reviews, we have chosen to ignore possible differences in risk between men and women, although for some cancers – especially colorectal cancers – a greater effect in men than in women is found in some studies (Calle and Kaaks, 2004; Renehan *et al*, 2008) but not others (Bergstrom *et al*, 2001).

The 10-year 'latency' used to define the relevant time period at which to measure population prevalence of overweight and obesity is somewhat arbitrary. It was based on the average period of

**Table 4** Numbers and proportion of cases occurring at selected sites attributable to overweight and obesity (UK 2010)

| Cancer | Excess attributable cases (PAF) | | |
|---|---|---|---|
| | Male | Female | Persons |
| Oesophagus | 1538 (26.9) | 315 (11.2) | 1853 (21.7) |
| Gallbladder | 381 (9.7) | 91 (17.8) | 128 (18.3) |
| Pancreas | 523 (12.8) | 494 (11.5) | 1017 (12.2) |
| Colorectum | 3009 (13.6) | 2162 (12.2) | 5172 (13.0) |
| Breast | — | 4194 (8.7) | 4194 (8.7) |
| Endometrium | — | 2759 (33.7) | 2759 (33.7) |
| Kidney | 1422 (25.0) | 749 (22.2) | 2171 (24.0) |
| All cancers[a] | 6530 (4.1) | 10764 (6.9) | 17 294 (5.5) |

Abbreviations: PAF = population-attributable fraction (%). [a]Excluding non-melanoma skin cancer.

follow-up in the large cohort studies from which the estimates of relative risk are derived (as reported by Renehan *et al*, 2008).

Several previous estimates of the fraction of cancer in the UK attributable to overweight and obesity have been published. Bergstrom *et al* (2001) considered a similar range of cancers to those in this paper, but included cancers of the prostate as related to BMI, and excluded oesophageal adenocarcinoma; based on relative risks from their own meta-analyses, they estimated that 2.7% of cancers diagnosed in men and 4.9% in women in the UK in 1995 were related to overweight/obesity during 1983–6. Renehan *et al* (2010) include a much wider range of cancers, as noted earlier, based on their meta-analysis of 2008 (Renehan *et al*, 2008); their estimate of attributable fraction (for 2002, based on overweight/obesity (single category) in 1992 (from WHO)) was 4.01% in women and 3.42% in men. Reeves *et al* (2007) used the results of the Million Women Study to estimate that 5% of cancers in postmenopausal women in 2004 were related to overweight and obesity (based on prevalence in England in the same year), and including nine cancers observed to have a significant trend of increasing risk with increasing BMI (including leukaemia, ovary, multiple myeloma and non-Hodgkin lymphoma, but excluding colorectal cancers). The estimate of the proportion of cancers related to 'body fatness' in the UK in 2002 by WCRF/AICR (2009) is given only for the seven sites analysed in this paper: 18% of the five cancers in men and 16% of the seven in women. This would be equivalent to an overall AF (for all cancers) of 4.2% in men and 8.7% in women. There are several reasons for this larger estimate. WCRF selected 'representative' studies from which to take the relative risks – almost all are in excess of the pooled values from their own meta-analyses. Exposure prevalence was taken from data for the same year as outcome (2002); exposure prevalence would have been lower if prevalence at an earlier period had been used, given the continuously rising trend of overweight and obesity in recent years. Finally, the baseline category (not overweight or obese) was not always $\leqslant 25\,kg\,m^{-2}$, but for some cancers (breast and pancreas) it was $\leqslant 23\,kg\,m^{-2}$.

See acknowledgements on page Si.

## Conflict of interest

The authors declare no conflict of interest.

## REFERENCES

Benson VS, Pirie K, Green J, Casabonne D, Beral V (2008) Lifestyle factors and primary glioma and meningioma tumours in the Million Women Study cohort. *Br J Cancer* **99**: 185–190

Bergstrom A, Pisani P, Tenet V, Wolk A, Adami H-O (2001) Overweight as an avoidable cause of cancer in Europe. *Int J Cancer* **91**: 421–430

Calle E, Kaaks R (2004) Overweight, obesity and cancer. Epidemiological evidence and proposed mechanisms. *Nat Rev Cancer* **4**: 579–591

Curado MP, Edwards B, Shin HR, Storm H, Ferlay J, Heanue M, Boyle P (eds) (2007) *Cancer Incidence in Five Continents* Vol. IX. IARC Scientific Publications No. 160. International Agency for Research on Cancer: Lyon

© 2011 Cancer Research UK

BJC
OPEN

Obesity

npg

S37

Food Standards Agency (FSA) (2004) *National Diet and Nutrition Survey: Adults Aged 19 to 64, Vol. 5. Summary Report*. http://www.food.gov.uk/multimedia/pdfs/ndnsprintedreport

Health and Social Care Information Centre (2010) *Health Survey for England – 2009: Trend tables*. http://www.ic.nhs.uk/statistics-and-data-collections/health-and-lifestyles-related-surveys/health-survey-for-england/health-survey-for-england–2009-trend-tables

International Agency for Research on Cancer (IARC) WHO (2002) *IARC Handbooks of Cancer Prevention: Weight Control and Physical Activity*, Vol. 6. International Agency for Research on Cancer: Lyon, France

Lahmann PH, Cust AE, Friedenreich CM, Schulz M, Lukanova A, Kaaks R, Lundin E, Tjønneland A, Halkjaer J, Severinsen MT, Overvad K, Fournier A, Chabbert-Buffet N, Clavel-Chapelon F, Dossus L, Pischon T, Boeing H, Trichopoulou A, Lagiou P, Naska A, Palli D, Grioni S, Mattiello A, Tumino R, Sacerdote C, Redondo ML, Jakszyn P, Sánchez MJ, Tormo MJ, Ardanaz E, Arriola L, Manjer J, Jirström K, Bueno-de-Mesquita HB, May AM, Peeters PH, Onland-Moret NC, Bingham S, Khaw KT, Allen NE, Spencer E, Rinaldi S, Slimani N, Chajes V, Michaud D, Norat T, Riboli E (2010) Anthropometric measures and epithelial ovarian cancer risk in the European Prospective Investigation into Cancer and Nutrition. *Int J Cancer* **126:** 2404 – 2415

Larsson SC, Wolk A (2007) Overweight, obesity and risk of liver cancer: a meta-analysis of cohort studies. *Br J Cancer* **97:** 1005 – 1008

Parkin DM, Whelan SL, Ferlay J, Teppo L, Thomas DB (eds.) (2002). Cancer Incidence in Five Continents, Vol. VIII. IARC Scientific Publications No. 155. IARC: Lyon

Reeves GK, Pirie K, Beral V, Green J, Spencer E, Bull D (2007) Cancer incidence and mortality in relation to body mass index in the Million Women Study: cohort study. *Br Med J* **335:** 1134

Renehan AG, Soerjomataram I, Tyson M, Egger M, Zwahlen M, Coebergh JW, Buchan I (2010) Incident cancer burden attributable to excess body mass index in 30 European countries. *Int J Cancer* **126:** 692 – 702

Renehan AG, Tyson M, Egger M, Heller RF, Zwahlen M (2008) Body-mass index and incidence of cancer: a systematic review and meta-analysis of prospective observational studies. *Lancet* **371:** 569 – 578

Schouten LJ, Rivera C, Hunter DJ, Spiegelman D, Adami H-O, Arslan A, Beeson WL, van den Brandt PA, Buring JE, Folsom AR, Fraser GE, Freudenheim JL, Goldbohm RA, Hankinson SE, Lacey Jr JV, Leitzmann M, Lukanova A, Marshall JR, Miller AB, Patel AV, Rodriguez C, Rohan TE, Ross JA, Wolk A, Zhang SM, Smith-Warner SA (2008) Height, body mass index, and ovarian cancer: a pooled analysis of 12 cohort studies. *Cancer Epidemiol Biomarkers Prev* **17:** 902 – 912

World Cancer Research Fund (WCRF)/American Institute for Cancer Research (AICR) (2009) *Policy and Action for Cancer Prevention. Food, Nutrition and Physical Activity: A Global Perspective*. AICR: Washington, DC

World Cancer Research Fund Panel (WCRFP) (2007) *Food, Nutrition, Physical Activity, and the Prevention of Cancer: A Global Perspective*. World Cancer Research Fund: Washington, DC

This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

npg

**British Journal of Cancer** (2011) **105**, S38–S41
© 2011 Cancer Research UK  All rights reserved 0007–0920/11

www.bjcancer.com




# 9.

# Cancers attributable to inadequate physical exercise in the UK in 2010

**DM Parkin*,1**

[1]Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK

British Journal of Cancer (2011) **105**, S38–S41; doi:10.1038/bjc.2011.482   www.bjcancer.com
© 2011 Cancer Research UK

Several studies suggest that regular physical exercise protects against development of breast cancer, large bowel cancer and endometrial cancer, independently of the effect of physical exercise in reducing body weight. The World Cancer Research Fund (WCRF, 2007) summarizes the evidence as 'convincing' for cancers of the colon, and 'probable' for cancers of the breast (in post-menopausal women only) and endometrium (WCRF, 2007).

The evidence that individuals with high levels of physical activity throughout their lives are at lower risk for colon cancer was considered 'sufficient' in the International Agency for Research on Cancer (IARC) evaluation (IARC, 2002), and convincing by WHO/FAO (2003). The relationship between physical exercise and risk of rectal cancer is much less certain (IARC, 2002; Wei et al, 2004; Friedenreich et al, 2006), although a few studies (e.g., Slattery et al, 2003) have shown an inverse association.

In relation to physical activity and risk of breast cancer, IARC (2002) concluded that, although studies have not been entirely consistent, the overall results support a reduction in risk with higher levels of activity. Evidence for a dose–response effect was found in most of the studies that examined the trend. The majority of studies have focused on postmenopausal breast cancer, although there is also some evidence for a protective effect of physical activity on premenopausal disease. In some of the studies, the nature of the physical activity (recreational, occupational, and household) has appeared to be of importance, too.

A recent review and meta-analysis of 13 studies (Voskuil et al, 2007) concluded, like WCRF (2007), that physical activity seems to be associated with a reduction in the risk of endometrial cancer, which is independent of body weight.

The Department of Health (2004) target for physical exercise is that everyone should aim to take at least 30 min of physical activity on five or more days of the week. This physical activity should be of at least moderate intensity – similar to brisk walking. Activity can be taken in bouts of 10–15 min, allowing for accumulation of activity throughout the day.

In this section, we examine how much cancer of the colon, female breast and endometrium observed in 2010 might be attributed to a deficit in physical activity in the population below this recommended minimum.

## METHODS

Most studies of the effect of physical activity on cancer risk present results in terms of categories of activity (high/medium/low, or as quantiles of the population studied). In order to quantify the effect of change to exercise intensity on the health of the population, risk must be quantified in relation to energy expenditure in MET. (MET means metabolic equivalent, and is used to describe the intensity of activities. One MET is defined as the energy spent sitting quietly (equivalent to (4.184 kJ) per kg per hour), while, for example, moderate activity corresponds to 3–6 METs, and vigorous activity to >6 METs. A table showing MET values of different activities is available at http://www.cdc.gov/nccdphp/dnpa/physical/pdf/PA_Intensity_table_2_1.pdf).

At least four recent studies provide estimates of risk of colon cancer in relation to physical activity (adjusted for body mass index) expressed as MET hours: Giovannucci et al (1995), Chao et al (2004), Friedenreich et al (2006) and Wolin et al (2007).

At least four recent studies provide estimates of risk of breast cancer in relation to physical activity (adjusted for body mass index) expressed as MET hours: Friedenreich et al (2001), Carpenter et al (2003), McTiernan et al (2003) and Lahmann et al (2007).

For each of these studies, the relative risk (RR) per MET-hour per week was estimated by assuming a log-linear relationship between exposure and risk, so that:

$$\text{Relative risk}(x) = \exp\left(\ln\left(\text{risk per unit}\right) \times \text{exposure level}(x)\right)$$

where $x$ is the exposure level (in MET-hours per week).

We used the simple mean of the RR per unit exposure in each study.

The values were as follows:

Post-menopausal breast cancer: RR 0.9955 per MET-hour per week.

Colon cancer: RR 0.9940 per MET-hour per week.

The value for post-menopausal breast cancer in the meta-analysis of WCRF (2007) is very similar – for postmenopausal breast cancer and recreational activity, an RR of 0.97 per 7 MET-hours per week.

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk

BJC
OPEN



As we are concerned with quantifying the effect of a deficit in exercise, we calculate the increase in risk associated with a *decreased* exercise intensity of 1 MET-hour per week as

$$(1/RR) - 1$$

The values were the following:

0.00457 for post-menopausal breast cancer.
0.00602 for colon cancer.

With respect to endometrial cancer, none of the case–control and cohort studies so far reported provide results with respect to physical activity in comparable units. It is thus not possible to estimate directly the relationship in terms of RR (or ERR) per MET-hour per week. However, in a large case–control study in Sweden, comparable results are given for post-menopausal breast cancer (Moradi et al, 2000a) and endometrial cancer (Moradi et al, 2000b). The strength of the association between recreational and occupational activity, comparing the lowest with the highest activity categories, is more or less the same for both cancers (RR = 1.3). Therefore, the values per MET-hour per week estimated for breast cancer (as above) have also been used for endometrial cancer.

The latent period, or interval between 'exposure' to an inadequate level of physical activity, and the appropriate increase in risk of these cancers (or, conversely, the duration of exercise required to eliminate the excess risk of a suboptimal level) are not known. For the four cohort studies contributing to the estimate of RR of colon cancer in this analysis (Giovannucci et al, 1995; Chao et al, 2004; Friedenreich et al, 2006; Wolin et al, 2007) the mean duration of follow-up was 8.9 years. In the two cohort studies contributing to the estimate for breast cancer (McTiernan et al, 2003; Lahmann et al, 2007) it was shorter (5.6 years), while in the seven cohort studies in the meta-analysis of endometrial cancer by Voskuil et al (2007) mean duration of follow-up was 14.8 years. We chose to assume the same latency for all three of 10 years and thus examine the effects on cancers occurring in 2010 from suboptimal levels of physical activity in 2000.

The minimum target would envisage all those doing less than 30 min, 5 days a week, to move to this minimum (but no increase in exercise levels in those individuals already achieving the target level).

The National Diet and Nutrition Survey (FSA, 2004) provides tables showing reported levels of physical exercise, by age group and sex, for adults aged 19–64 in a sample of households in Great Britain in 2000–2001. There are four categories: moderate exercise of 30 min duration for 5 or more days a week, 1–2 days, 3–4 days and < 1 day per week. In all, 36% of men and 26% of women aged 19–64 were already at the target level of at least 30 min moderate physical exercise on at least 5 days a week. For those of age > 65, equivalent data were obtained from the Health Survey for England (Health and Social Care Information Centre, 2010) by averaging the values in the surveys of 1997 and 2003. The middle category (1–4 days moderate exercise per week) was split into two (1–2 and 3–4), based on the ratios observed at ages 50–64 in the 2000–2001 National Diet & Nutrition Survey.

The results for all adult age groups (ages 19 and above) are shown in Table 1.

Assuming that exercise of moderate intensity is equivalent to 6 METS, so that 30 min of moderate exercise consumes 3 MET-hours, we estimate the deficit in MET hours below the recommended level of 15 per week ($3 \times 5$). Thus, for the proportion of the population exercising moderately 3–4 days a week, the deficit is, on average, 4.5 MET-hours per week (15 − [3 × 3.5]), for those exercising 1–2 days 10.5 MET-hours per week and for those exercising less than 1 day per week 13.5 MET-hours (15 − [3 × 0.5]) per week. These values are shown in the first row of Table 1.

**Table 1** Estimated percentage of the population performing physical activity at the level given, in 2000

| Age (years) | % Performing physical activity[a] with specified frequency per week | | | |
| | < 1 day | 1 or 2 days | 3 or 4 days | ⩾ 5 days |
| --- | --- | --- | --- | --- |
| Deficit in METs per week | 13.5 | 10.5 | 4.5 | 0 |
| Men | | | | |
| 19–24[b] | 21 | 14 | 17 | 49 |
| 25–34[b] | 12 | 21 | 21 | 46 |
| 35–49[b] | 20 | 27 | 19 | 34 |
| 50–64[b] | 30 | 28 | 18 | 24 |
| 65–74[c] | 52.6 | 20.1 | 12.9 | 14.5 |
| ⩾ 75[c] | 73.0 | 11.9 | 7.6 | 7.5 |
| All (19+)[d] | 28.2 | 22.9 | 17.5 | 31.5 |
| Women | | | | |
| 19–24[b] | 20 | 36 | 15 | 29 |
| 25–34[b] | 14 | 29 | 26 | 30 |
| 35–49[b] | 21 | 29 | 24 | 25 |
| 50–64[b] | 24 | 34 | 21 | 22 |
| 65–74[c] | 57.0 | 20.1 | 12.4 | 10.5 |
| ⩾ 75[c] | 81.7 | 8.7 | 5.4 | 4.0 |
| All (19+)[d] | 31.6 | 27.3 | 19.4 | 21.5 |

Abbreviations: METs = metabolic equivalents. [a]Defined as moderate intensity activity of at least 30 min duration. [b]From National Diet and Nutrition Survey, FSA (2004). [c]From Health Survey for England (2009 trend tables), average for 1997 and 2003; the middle physical activity category (1–4 days per week) was split into 1–2 and 3–4 days per week in proportions observed at ages 50–64 in the National Diet and Nutrition Survey, FSA (2004). [d]Based on UK 2000 population.

Population-attributable fractions (PAFs) were calculated for each sex-age group in Table 1 according to the usual formula:

$$PAF = \frac{(p_1 \times ERR_1) + (p_2 \times ERR_2) + (p_3 \times ERR_3) + (p_4 \times ERR_4)}{1 + [(p_1 \times ERR_1) + (p_2 \times ERR_2) + (p_3 \times ERR_3) + (p_4 \times ERR_4)]}$$

where $p_x$ is the proportion of population in exercise category $x$ and $ERR_x$ the excess RR in exercise category $x$.

$ERR_x$ is calculated as

$$\{\exp(R_m \times M_x) - 1\}$$

where $R_m$ is the increase in risk for a deficit of 1 MET-hour per week and $M_x$ is the deficit in MET-hours per week (less than 15) in exercise category $x$.

## RESULTS

Table 2 shows the estimated PAF and the number of cases of breast, endometrial and colon cancer 'caused' in 2010 by the deficit in exercise (in 2000), by age group and sex. The excess number of cases is also expressed in terms of cancer as a whole.

An estimated 3.4% of breast cancer cases, 3.8% of endometrial cancer cases and 5.3% of colon cancer cases are attributable to exercising less than the minimum recommended. The 5.3% of colon cancers correspond to 3.3% of large bowel cancers (colon and rectum). This corresponds to 1.0% of all cancer cases, 0.4% in men and 1.7% in women.

## DISCUSSION

Although a beneficial effect of physical activity levels on the risk of various cancers has been observed in various individual studies – notably for cancers of the lung, pancreas and prostate – the

© 2011 Cancer Research UK

npg

Cancer, lifestyle and environment in the UK in 2010

BJC OPEN



S40

**Table 2** Cancer cases diagnosed in 2010, attributable to below-target exercise level in 2000

| Age (years) | | Breast (post-menopausal) | | | Uterus (endometrium) | | | Colon | | | All cancers[a] | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| At exposure | At outcome (+10 years) | PAF | Observed cases | Excess attributable cases | PAF | Observed cases | Excess attributable cases | PAF | Observed cases | Excess attributable cases | Observed cases | Excess attributable cases |
| *Men* | | | | | | | | | | | | |
| 19–24 | 29–34 | — | — | — | — | — | — | 0.031 | 58 | 1.8 | 1333 | 1.8 |
| 25–34 | 35–44 | — | — | — | — | — | — | 0.029 | 216 | 6.2 | 4124 | 6.2 |
| 35–49 | 45–59 | — | — | — | — | — | — | 0.038 | 1451 | 55.5 | 22388 | 55.5 |
| 50–64 | 60–74 | — | — | — | — | — | — | 0.046 | 5331 | 247.3 | 68043 | 247.3 |
| 65–74 | 75–84 | — | — | — | — | — | — | 0.058 | 4339 | 250.6 | 44085 | 250.6 |
| ≥75 | ≥85 | — | — | — | — | — | — | 0.067 | 1598 | 106.9 | 16064 | 106.9 |
| Total (%) | | | | | | | | | 13044 | 668.3 (5.1%) | 158667 | 668.3 (0.4%) |
| *Women* | | | | | | | | | | | | |
| 19–24 | 29–34 | 0 | 582 | 0 | 0.032 | 28 | 0.9 | 0.043 | 60 | 2.5 | 2248 | 3.4 |
| 25–34 | 35–44 | 0 | 3857 | 0 | 0.028 | 211 | 5.9 | 0.037 | 236 | 8.6 | 8619 | 14.5 |
| 35–49 | 45–59 | 0.032 | 14628 | 461.7 | 0.032 | 1926 | 60.8 | 0.042 | 1301 | 54.0 | 31631 | 576.5 |
| 50–64 | 60–74 | 0.035 | 17194 | 602.8 | 0.035 | 3844 | 134.8 | 0.046 | 3914 | 180.3 | 54966 | 917.9 |
| 65–74 | 75–84 | 0.046 | 7584 | 352.4 | 0.046 | 1570 | 73.0 | 0.061 | 3873 | 235.9 | 35386 | 661.2 |
| ≥75 | ≥85 | 0.054 | 4367 | 237.1 | 0.054 | 605 | 32.8 | 0.071 | 2299 | 163.3 | 20050 | 433.3 |
| Total (%) | | | 48385 | 1654.1 (3.4%) | | 8195 | 308.1 (3.8%) | | 11732 | 644.7 (5.5%) | 155584 | 2606.9 (1.7%) |
| *Persons* | | | | | | | | | | | | |
| 19–24 | 29–34 | | 582 | 0 | | 28 | 0.9 | | 117 | 4.3 | 3582 | 5.2 |
| 25–34 | 35–44 | | 3857 | 0 | | 211 | 5.9 | | 452 | 14.8 | 12743 | 20.7 |
| 35–49 | 45–59 | | 14628 | 461.7 | | 1926 | 60.8 | | 2752 | 109.6 | 54019 | 632.1 |
| 50–64 | 60–74 | | 17194 | 602.8 | | 3844 | 134.8 | | 9245 | 427.6 | 123009 | 1165.2 |
| 65–74 | 75–84 | | 7584 | 352.4 | | 1570 | 73.0 | | 8212 | 486.4 | 79472 | 911.8 |
| ≥75 | ≥85 | | 4367 | 237.1 | | 605 | 32.8 | | 3897 | 270.2 | 36114 | 540.1 |
| Total (%) | | | 48385 | 1654.1 (3.4%) | | 8195 | 308.1 (3.8%) | | 24776 | 1312.9 (5.3%) | 314251 | 3275.2 (1.0%) |

Abbreviations: PAF = population-attributable fraction. [a]Excluding non-melanoma skin cancer.

evidence is far from conclusive, and in this section we include only those (colon, post-menopausal breast cancer and endometrial cancer) for which the evidence is considered convincing or probable in the reviews of WRCF (2007) or 'sufficient' by IARC (2002).

There are several probable mechanisms underlying the protective effects of physical activity (McTiernan *et al*, 1998; Quadrilatero and Hoffman-Goetz, 2003). They include modification of levels of metabolic hormones and growth factors, improvement of the anti-tumour immune system, promotion of antioxidant defence and DNA repair. Physical activity may reduce exposure to endogenous oestrogens implicated in breast and endometrial cancer. With respect to colon cancer, physical activity can speed up the transit of food, with reduced exposure to intraluminal carcinogens. Changes to levels of insulin, prostaglandin and bile acids reduce proliferation of mucosal cells.

The current estimate – that around 1% of cancers in the UK may be related to physical inactivity (below a modest aspiration of 30 min five times a week) – is similar to the estimate of Doll and Fau (2003), that less than 1% of cancer deaths are due to physical inactivity. However, the estimates of the proportions of cancers related to inadequate 'physical activity' in the UK in 2002 by WCRF (2009) are substantially higher: 12% of colorectal cancer, 12% of breast cancer and 30% of endometrial cancer. There are several reasons for these larger estimates. WCRF selected 'representative' studies from which to take the RRs; only one (for colon cancer) is referenced to be from their own meta-analyses (WCRF, 2007), where the value (1.33 for more than 150 hours exercise per week *vs* none) is not actually reported. The RR for endometrial cancer, 0.57 for ≥60 minutes of non-occupational exercise per day compared with <30 min (Schouten *et al*, 2004), is particularly significant. The reference category (optimum physical activity) was different for the three cancers, and in all was higher than the equivalent of 5 × 30 min of moderate exercise per week.

Finally, the translation of the exposure prevalence (from the National Diet and Nutrition Survey) to the categories used in the calculation of three different estimates was particularly imaginative.

Using a modelling approach, de Vries *et al* (2010) estimated that, in 2040, 8.7% of colon cancer cases in men and 17.4% in women would be due to suboptimal levels of physical activity during the previous 20 years. The higher percentages than those estimated in the current analysis (4.9% in men and 5.3% in women) are due to several differences in the methods. The main difference is the dichotomizing of the population into 'optimal' and inactive, with RRs from a meta-analysis of leisure-time activity and colon cancer (Samad *et al*, 2005) that suggested substantial risk in inactive individuals *vs* those 'physically active' (1.28 in men, 1.41 in women), which contrasts with the risk of 1.09 in the least active group of Tables 1 and 2 relative to the optimum of 5 × 30 min of moderate exercise per week (substantially less active than the baseline category of Samad *et al*, 2005).

Based on short-term trend data from the Health Survey for England (Health and Social Care Information Centre, 2010), it does seem that, in the period 1997–2009, there has been an increase in the proportion of persons exercising five or more times per week. There is evidence from reviews that interventions to increase individual exercise levels in community, health-care and occupational settings can be successful (Hillsdon *et al*, 2005), although at present there is little review-level evidence of the effectiveness of modifications to the built environment in increasing physical activity in the general population.

See acknowledgements on page Si.

## Conflict of interest

The author declares no conflict of interest.

© 2011 Cancer Research UK



# REFERENCES

Carpenter CL, Ross RK, Paganini-Hill A, Bernstein L (2003) Effect of family history, obesity and exercise on breast cancer risk among postmenopausal women. *Int J Cancer* **106:** 96–102

Chao A, Connell CJ, Jacobs EJ, McCullough ML, Patel AV, Calle EE, Cokkinides VE, Thun MJ (2004) Amount, type, and timing of recreational physical activity in relation to colon and rectal cancer in older adults: the Cancer Prevention Study II Nutrition Cohort. *Cancer Epidemiol Biomarkers Prev* **13:** 2187–2195

Department of Health (2004) *At Least Five a Week: Evidence on the Impact of Physical Activity and Its Relationship to Health. A Report from the Chief Medical Officer.* http://www.dh.gov.uk/en/Publicationsandstatistics/Publications/PublicationsPolicyAndGuidance/DH_4080994

de Vries E, Soerjomataram I, Lemmens VE, Coebergh JW, Barendregt JJ, Oenema A, Møller H, Brenner H, Renehan AG (2010) Lifestyle changes and reduction of colon cancer incidence in Europe: a scenario study of physical activity promotion and weight reduction. *Eur J Cancer* **46:** 2605–2616

Doll R, Fau PJ (2003) Epidemiology of cancer. In *Oxford Textbook of Medicine*, Warrell DA, Cox TM, Firth JD, Benz Jr EJ (eds). Oxford University Press: Oxford

Food Standards Agency (FSA) (2004) *National Diet and Nutrition Survey: Adults Aged 19 to 64, Vol. 4. Table 5.4: Nutritional Status, Physical Measurements and Physical Activity Levels.* http://www.food.gov.uk/multimedia/pdfs/ndnsfour.pdf

Friedenreich C, Norat T, Steindorf K, Boutron-Ruault MC, Pischon T, Mazur M, Clavel-Chapelon F, Linseisen J, Boeing H, Bergman M, Johnsen NF, Tjonneland A, Overvad K, Mendez M, Quiros JR, Martinez C, Dorronsoro M, Navarro C, Gurrea AB, Bingham S, Khaw KT, Allen N, Key T, Trichopoulou A, Trichopoulos D, Orfanou N, Krogh V, Palli D, Tumino R, Panico S, Vineis P, Bueno-de-Mesquita HB, Peeters PH, Monninkhof E, Berglund G, Manjer J, Ferrari P, Slimani N, Kaaks R, Riboli E (2006) Physical activity and risk of colon and rectal cancers: the European prospective investigation into cancer and nutrition. *Cancer Epidemiol Biomarkers Prev* **15:** 2398–2407

Friedenreich CM, Courneya KS, Bryant HE (2001) Influence of physical activity in different age and life periods on the risk of breast cancer. *Epidemiology* **12:** 604–612

Giovannucci E, Ascherio A, Rimm EB, Colditz GA, Stampfer MJ, Willett WC (1995) Physical activity, obesity, and risk for colon cancer and adenoma in men. *Ann Intern Med* **122:** 327–334

Health and Social Care Information Centre (2010) *Health Survey for England – 2009: Trend Tables.* http://www.ic.nhs.uk/statistics-and-data-collections/health-and-lifestyles-related-surveys/health-survey-for-england/health-survey-for-england–2009-trend-tables

Hillsdon M, Foster C, Cavill N, Crombie, Naidoo B (2005) The effectiveness of public health interventions for increasing physical activity among adults: a review of reviews. *Evidence Briefing.* Health Development Agency. http://www.nice.org.uk/aboutnice/whoweare/aboutthehda/hdapublications/p103.jsp

International Agency for Research on Cancer (IARC) WHO (2002) *IARC Handbooks of Cancer Prevention: Weight Control and Physical Activity*, Vol. 6. International Agency for Research on Cancer: Lyon

Lahmann PH, Friedenreich C, Schuit AJ, Salvini S, Allen NE, Key TJ, Khaw K-T, Bingham S, Peeters PHM, Monninkhof E, Bas Bueno-de-Mesquita H, Wirfält E, Manjer J, Gonzales CA, Ardanaz E, Amiano P, Quirós JR, Navarro C, Martinez C, Berrino F, Palli D, Tumino R, Panico S, Vineis P,

Trichopoulou A, Bamia C, Trichopoulos D, Boeing H, Schulz M, Linseisen J, Chang-Claude J, Clavel Chapelon F, Fournier A, Boutron-Ruault M-C, Tjonneland A, Føns Johnson N, Overvad K, Kaaks R, Riboli E (2007) Physical activity and breast cancer risk: the European Prospective Investigation into Cancer and Nutrition. *Cancer Epidemiol Biomarkers Prev* **16:** 36–42

McTiernan A, Kooperberg C, Wise E, Wilcox S, Coates R, Adams-Campbell LL, Woods N, Okene J (2003) Physical activity and the risk of breast cancer in post menopausal women. The Womens Health Initiative Cohort Study. *JAMA* **290:** 1331–1336

McTiernan A, Ulrich C, Slate S, Potter J (1998) Physical activity and cancer etiology: associations and mechanisms. *Cancer Causes Control* **9:** 487–489

Moradi T, Nyrén O, Zack M, Magnusson C, Persson I, Adami HO (2000a) Breast cancer risk and lifetime leisure-time and occupational physical activity (Sweden). *Cancer Causes Control* **11:** 523–531

Moradi T, Weiderpass E, Signorello LB, Persson I, Nyrén O, Adami HO (2000b) Physical activity and postmenopausal endometrial cancer risk (Sweden). *Cancer Causes Control* **11:** 829–837

Quadrilatero J, Hoffman-Goetz L (2003) Physical activity and colon cancer: a systematic review of potential mechanisms. *J Sport Med Phys Fit* **43:** 121–138

Samad AK, Taylor RS, Marshall T, Chapman MA (2005) A meta-analysis of the association of physical activity with reduced risk of colorectal cancer. *Colorectal Dis* **7:** 204–213

Schouten LJ, Goldbohm RA, van den Brandt PA (2004) Anthropometry, physical activity, and endometrial cancer risk: results from The Netherlands Cohort Study. *J Natl Cancer Inst* **96:** 1635–1638

Slattery ML, Edwards S, Curtin K, Ma K, Edwards R, Holubkov R, Schaffer D (2003) Physical activity and colorectal cancer. *Am J Epidemiol* **158:** 214–224

Voskuil DW, Monninkhof EM, Elias SG, Vlems FA, van Leeuwen FE (2007) Task force physical activity and cancer. Physical activity and endometrial cancer risk, a systematic review of current evidence. *Cancer Epidemiol Biomarkers Prev* **16:** 639–648

Wei EK, Giovannucci E, Wu K, Rosner B, Fuchs CS, Willett WC, Colditz GA (2004) Comparison of risk factors for colon and rectal cancer. *Int J Cancer* **108:** 433–442

Wolin KY, Lee IM, Colditz GA, Glynn RJ, Fuchs C, Giovannucci E (2007) Leisure-time physical activity patterns and risk of colon cancer in women. *Int J Cancer* **121:** 2776–2781

World Cancer Research Fund (WCRF)/American Institute for Cancer Research (AICR) (2009) *Policy and Action for Cancer Prevention. Food, Nutrition and Physical Activity: A Global Perspective.* AICR: Washington, DC

World Cancer Research Fund (WCRF) Panel (2007) *Food, Nutrition, Physical Activity, and the Prevention of Cancer: A Global Perspective.* World Cancer Research Fund: Washington, DC

World Health Organization (WHO)/Food and Agriculture Organization (FAO) (2003) *Diet, Nutrition and the Prevention of Chronic Diseases: Report of a Joint WHO/FAO Expert Consultation* WHO Technical Report Series 916. WHO: Geneva

 This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

npg

**British Journal of Cancer** (2011) 105, S42–S48
© 2011 Cancer Research UK   All rights reserved 0007–0920/11

www.bjcancer.com




BJC
OPEN

# 10.
# Cancers attributable to exposure to hormones in the UK in 2010

**DM Parkin*,1**

1Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK

British Journal of Cancer (2011) **105**, S42–S48; doi:10.1038/bjc.2011.483   www.bjcancer.com
© 2011 Cancer Research UK

The International Agency for Research on Cancer (IARC) Monographs on the carcinogenic risk to humans concluded that combined oral oestrogen–progestogen contraceptives are carcinogenic to humans (IARC, 2007). This evaluation was made on the basis of increased risks for cancer of the breast (among current and recent users only), cervix and liver (in populations that are at low risk for hepatitis B viral infection). There is also convincing evidence in humans that these agents confer a protective effect against cancer of the endometrium and ovary.

The IARC (2007) review also concluded that there is sufficient evidence in humans for the carcinogenicity of combined oestrogen–progestogen menopausal therapy in the breast. With respect to endometrial cancer, combined oestrogen–progestogen menopausal therapy was evaluated as carcinogenic when progestogens are taken for <10 days per month, while there was evidence suggesting lack of carcinogenicity in the endometrium when progestogens are taken daily. The risk for endometrial cancer is inversely associated with the number of days per month that progestogens are added to the regimen.

The use of hormonal preparations in the UK has declined dramatically in recent years. According to the data from prescription cost analysis (PCA) on the annual numbers of prescriptions for oestrogens and progestogens dispensed in the community, there has been a marked decline in prescriptions for hormonal preparations in England since 2000–1 (http://www.ic.nhs.uk/statistics-and-data-collections/primary-care/prescriptions/prescription-cost-analysis-england–2009).

In this section, the population-attributable fraction (PAF) of cancers diagnosed in women in the UK in 2010 due to current or past use of hormonal preparations is estimated.

## METHODS

### Prevalence of exposure to hormonal preparations

To examine the changes in use of prescribed agents by age group, data were obtained from the general practice research database (GPRD). The GPRD is the world's largest computerised database of anonymised longitudinal medical records from primary care. Currently data are collected on over 3.4 million active patients from around 450 primary-care practices throughout the UK. Data were abstracted for women, aged 15 to >85 (in 5-year age bands),

annually from 1992 to 2009. A list of female sex hormone products were identified and classed into one of the following British National Formulary (BNF) categories:

6.4.1.0 – Oestrogen only hormone replacement therapy (HRT)
6.4.1.1 – Combined oestrogen/progesterone HRT
6.4.1.2 – Progestogens
6.4.1.3 – Tibolone
6.4.1.4 – Raloxifene
7.3.1  – Combined hormonal contraceptives
7.3.2.1 – Oral progestogen-only contraceptives
7.3.2.2 – Parenteral progestogen-only contraceptives
7.3.2.3 – Intra-uterine progestogen-only device
Other  – Other female sex hormones

The information was provided by GPRD as prevalence of women with a prescription per 1000 patients registered at calendar year mid-point, stratified by calendar year, age band and BNF code. As well as prevalence of current (2009) use, the prevalence of ex-users in the same year was estimated, with the simplifying assumption that users do not stop and restart the same preparation. Thus, the prevalence of ex-users of <1 year (Pex(1)) is given by

$$\text{Pex}(1)_{i,a} = [\text{Pcurrent}_{i-1,a-1}] - [\text{Pcurrent}_{i,a}]$$

where $i$ is the year and $a$ age.

In addition, it was assumed that prescription of progesterone-only preparations in post-menopausal women was accompanied by oestrogens (with each hormone dispensed separately, rather than as a combined preparation), so that prevalence of use of unopposed oestrogens ($P(\text{oes})$) is given by the difference ($P(\text{oes}) - P(\text{prog})$).

### Risks of oral contraceptive (OC) use

*Breast cancer*   The Collaborative Group on Hormonal Factors in Breast Cancer (1996) brought together and reanalysed the world-wide epidemiological evidence on the relation between breast cancer risk and use of hormonal contraceptives. Table 1 shows the excess relative risks (ERRs) (= relative risk (RR)−1) associated with current and past use of combined (oestrogen plus progesterone) OC preparations. Duration of use, age at first use, and the dose and type of hormone within the contraceptives had little additional effect on breast cancer risk, once recency of use had been taken into account. Hormonal contraceptives containing only progestogens comprised <3% of the study population, but results

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk

were broadly similar to those found for combined OCs (an increase in risk for use in the previous 5 years: ERR 0.17; but no evidence of an increase in risk 10 or more years after stopping use); risks are assumed to be the same as for combined contraceptive preparations (Table 1).

*Cancer of the cervix uteri*  Smith *et al* (2003) combined the results from studies published between 1966 and 2002 to examine the relationship between the risk of cancers of the cervix and duration and recency of use of hormonal contraceptives, taking into account potential confounding factors, such as HPV status, sexual partners, screening history, smoking and use of barrier contraceptives. More recently, the International Collaboration of Epidemiological Studies of Cervical Cancer (2007) obtained the original data from 24 studies to conduct a pooled analysis. They found that risk of cervical cancer increased by a factor of 1.07 for each year of use of hormonal contraception (or 1.38 (1.30–1.46) for 5 years use). In ex-users, the excess risk is approximately halved 2–4 years after cessation, and halved again after 5–9 years. There was no significant excess risk 10 years after cessation of use.

Duration of use of contraception, among current users, by age group, is not available from any UK source. In the multicentre study of the International Collaboration (2007), the mean duration of use, in control women, was 6 years. Clearly, the controls for cases of cervix cancer are older women, with a mean age of about 40. Younger women would have had shorter durations of use: we assume 2 years at ages 15–19 and 4 years at ages 20–24, so that the ERRs of current users are as shown in Table 2. For ex-users, we assume a halving of risk after 2–4 years, and halving again at 5–9, as in the International Collaboration Study (2007).

*Cancer of the corpus uteri (endometrium)*  IARC (2007) concluded that there is convincing evidence in humans for a protective effect of combined oral oestrogen–progestogen contraceptives against carcinogenicity in the endometrium. They reviewed four cohort studies and 21 case–control studies reported up to 2003, which consistently showed that the risk for endometrial cancer in women who had taken these medications is approximately halved. The reduction in risk was generally greater with longer duration of use

of combined hormonal contraceptives and persisted for at least 15 years after cessation of use. More recently, the EPIC study (Dossus *et al*, 2010) found that women who had ever used OCs had a risk of 0.63 compared with never users, and this was just 0.44 in women who had used OCs for ⩾10 years.

Schlesselman (1997) conducted a meta-analysis of studies reported up to 1993, and estimated the risk of combined OC use in relation to duration of use, and time since last used. The estimate of RR by duration of use was given by

$$RR_{dur} = \exp\left[-0.023 - 0.493 \times \ln\left(\text{years} + 1\right)\right]$$

This is equivalent to a risk of 0.44 for 4 years use, 0.33 for 8 years use and 0.28 for 12 years use.

The estimate of RR by years since last use of combined OCs (recency of use) was given by

$$RR_{rec} = \exp\left[-1.721 + 0.346 \times \ln\left(\text{years} + 1\right)\right]$$

This is equivalent to a risk of 0.33 for use within the last 10 years, 0.41 for use within the last 10 years and 0.51 for use within the last 20 years.

*Ovarian cancer*  The IARC (2007) review concluded that women who had ever used combined hormonal contraceptives orally had an overall reduced risk for ovarian cancer, and an inverse relationship was observed with duration of use. The reduced risk appeared to persist for at least 20 years after cessation of use. In the combined analysis by the Collaborative Group on Epidemiological Studies of Ovarian Cancer (Collaborative Group, 2008), the overall reduction in ovarian cancer risk in ever *vs* never users was 27%. Table 3 shows the RRs by duration of use and time since last use.

The effect of combined hormonal contraceptive use on the reduction of risk for ovarian cancer is not confined to any particular type of oral formulation nor to any histological type of ovarian cancer, although it was less consistent for mucinous than for other types in several studies.

*Liver cancer*  Although the IARC (2007) review concluded that combined oral oestrogen–progestogen contraceptives are carcinogenic for the liver, the conclusion was based on a selected group of case–control studies (in populations with 'low prevalence of hepatitis B viral infection and chronic liver disease'), with no cohort studies providing a conclusive result. A more recent meta-analysis of case–control studies (Maheshwari *et al*, 2007) did not obtain a conclusive result based on 12 case–control studies (pooled estimate of ORs 1.57 (95% CI = 0.96–2.54, *P* = 0.07)), or eight studies reporting adjusted ORs (in addition to age and sex) – the pooled estimate was 1.45 (95% CI = 0.93–2.27, *P* = 0.11).

In any case, liver cancer is rare in UK, and there were only some 190 cases below age 50 in UK in 2005; therefore, the number of cases possibly attributable to OC use is trivial.

**Table 1**  Excess relative risk of breast cancer associated with current and past use of combined OC preparations

| Time since cessation of OCs (years) | Excess relative risk of breast cancer |
|---|---|
| Current use | 0.24 |
| 1–4 | 0.16 |
| 5–9 | 0.07 |
| ⩾10 | 0 |

Abbreviation: OC = oral contraceptive.

**Table 2**  Excess relative risks for cervical cancer in relation to use of OCs, by age

| Time since cessation of OCs (years) | Excess relative risk by age group | | |
|---|---|---|---|
| | 15–19 | 20–24 | 25+ |
| Current use | 0.14 | 0.30 | 0.48 |
| <1 | 0.14 | 0.30 | 0.48 |
| 2–4 | 0.07 | 0.15 | 0.24 |
| 5–9 | — | 0.07 | 0.12 |
| ⩾10 | — | — | 0 |

Abbreviation: OC = oral contraceptive.

**Table 3**  Risk of ovarian cancer in relation to duration of use, and time since last use of OCs (Collaborative Group, 2008)

| Time since use of OCs (years) | Risk of ovarian cancer by duration of use of OCs | | |
|---|---|---|---|
| | <5 years | 5–9 years | >10 years |
| <10 | 0.88 | 0.52 | 0.39 |
| 10–19 | 0.85 | 0.62 | 0.51 |
| 29–29 | 0.81 | 0.69 | 0.60 |
| ⩾30 | 0.83 | | |

Abbreviations: OC = oral contraceptive.



S44

## Risks of post-menopausal hormone therapy

*Breast cancer*  The magnitude of the risk of postmenopausal hormone therapy for the risk of breast cancer has been quantified based on studies in the USA, Europe and the UK (Collaborative Group, 1997; Writing Group, 2002; Chlebowski *et al*, 2003; Beral, 2003; Bakken *et al*, 2011). In the Million Women Study (Beral, 2003) for example, the RR of breast cancer in current users of HRT was 1.66 (95% CI 1.58–1.75, *P*<0.0001). Incidence was significantly increased for current users of preparations containing oestrogen only (1.30), progestogen only (2.02), oestrogen–progestogen (2.00) and tibolone (1.45). Results varied little between specific oestrogens and progestogens or their doses, or between continuous and sequential regimens. Past users of HRT were, however, not at an increased risk of disease (1.01 (0.94–1.09)). In past users, the risk of breast cancer did not differ significantly from that of never users of HRT, for use that ceased at <5 years, 5–9 years and ≥10 years previously, although among women who ceased use of HRT in the previous year, the RR of breast cancer was slightly increased (1.14 (1.01–1.28)). The ERRs are shown in Table 4.

*Cancer of the corpus uteri (endometrium)*  The Million Women Study (Beral *et al*, 2005) found that hormone-replacement therapy containing oestrogen alone increased the risk of endometrial cancer. The RR of endometrial cancer in current users of oestrogen-only HRT was 1.80 (1.19–2.70), while there was no increase in risk in past users (RR 0.97 (0.50–1.87)).

The risk of endometrial cancer was also increased by tibolone. The RR in current users of tibolone was 2.02 (1.58–2.59), while it was 1.23 (0.76–1.99) in past users. Past users had ceased use an average of 2.7 years previously, so that the excess risk in past users of tibolone (0.23) was assumed to last for up to 4 years.

Progestogens, however, counteract the adverse effect of oestrogens on the endometrium, and the effect of continuous combined preparations was a reduction in risk (RR = 0.71), while there was no significant risk (or protection) from use of cyclic preparations (RR = 1.05, 95% CI 0.91–1.22). As the data from GPRD did not distinguish between the proportion of combined oestrogen–progestogen preparations that had been prescribed as continuous combined preparations, or cyclic combined preparations, it was assumed that these were in the ratio of 1:2, as in the Million Women study. An RR for all such preparations was obtained by weighting the RRs of current use (0.75 for continuous, 1.05 for cyclic) accordingly, yielding an RR of 0.95 and an ERR of −0.05 (Table 6). There were no significant differences in risk between current and past users of combined preparations (average time since cessation for women who had taken cyclic preparations was 2.7 years, and that for continuous 1.2 years).

The ERRs used to estimate PAF are shown in Table 5.

*Ovarian cancer*  The IARC (2007) review concluded that the studies available were inadequate to evaluate an association between ovarian cancer and combined oestrogen–progestogen hormonal therapy. However, more data are now available. In a meta-analysis of eight cohort and 19 case–control studies by Zhou *et al* (2008), ever use of HRT was associated with a 19–24% increase in risk of ovarian cancer, with a greater risk of oestrogen-only therapy compared to oestrogen–progestogen therapy. A more recent meta-analysis of 14 population-based studies found a risk of 1.22 associated with 5 years of use of oestrogen therapy, while in users of combined therapy it was 1.1 (Pearce *et al*, 2009). In the Cancer Prevention II Nutrition Cohort in the USA (Hildebrand *et al*, 2010), current oestrogen use was associated with a risk of 1.70 (for use of ≤10 years), while there was no increased risk for users of combined preparations, or in former users of either.

After an average 5.3 years of follow-up in the Million Women Study (Million Women Study Collaborators, 2007), the risk in current users of HRT was 1.20, greater for oestrogen-only (1.34) than for combined (1.14) or other preparations (1.22). The risk in past users was not increased. These values were used to estimate PAF in the UK in 2010.

## Attributable fractions

*Breast cancer*  We use the prevalence of current and past use of OC agents, and post-menopausal therapy in 2009 to calculate the excess risk in current users, given the ERRs in Tables 1 and 4. It was assumed that prescription of progestogen-only preparations in post-menopausal women was probably accompanied by oestrogens (with each hormone dispensed separately, rather than as a combined preparation). Total excess risk due to hormonal preparations is obtained by summing the excess risks for current and past users of HRT and OCs.

*Cervix cancer*  With the ERRs in Table 2 and prevalence of current and past use of OCs, total excess risk due to OCs is obtained by summing the excess risks for current and past users (as for breast cancer, above).

*Endometrial cancer*  The protective effect of combined OCs against endometrial cancer is related to duration of use, and, in ex-users, time since last use, as described above. The prevalence of current and past use of OCs in the UK (by age, time since used and duration of use) is not documented. We used data from the Million Women Study (age groups 50–64) (Million Women Study Collaborative Group, 1999), from a study of post-menopausal women in Norfolk (Chan *et al*, 2008), and from a case–control study of pre-menopausal women (aged 36–44) by Roddam *et al* (2007) to estimate the proportions of current and past users of OCs. Prevalence of current and recent (<10 years) ex-users at ages 15–34 was estimated from the GPRD data as described above. With these data, and the equations proposed by Schlesselman (1997), estimates of RR by age, duration of use and time since last use could be made for 2009. These were applied to the estimated

**Table 4** Excess relative risks of breast cancer in current and past users of HRT

| Preparation | Excess relative risk of breast cancer | |
| --- | --- | --- |
| | Current HRT users | Past HRT users (<1 year) |
| Oestrogen only | 0.3 | 0.06 |
| Oestrogen+progestogen combinations | 1 | 0.21 |
| Progestogens | 1.02 | 0.22 |
| Tibolone | 0.45 | 0.10 |
| Raloxifene hydrochloride | 0 | 0.00 |
| All | 0.66 | 0.14 |

Abbreviation: HRT = hormone replacement therapy (postmenopausal hormones).

**Table 5** Excess relative risks of endometrial cancer in current and past users of HRT

| Preparation | Excess relative risks of endometrial cancer | |
| --- | --- | --- |
| | Current HRT users | Past HRT users (used HRT within the past 4 years) |
| Oestrogen only | 0.8 | 0.00 |
| Oestrogens+progestogen combinations | −0.05 | −0.05 |
| Tibolone | 1.02 | 0.23 |

Abbreviation: HRT = hormone replacement therapy.

© 2011 Cancer Research UK

numbers of cancers in 2010 to estimate the proportion being prevented by current and past use of combined OCs.

For post-menopausal hormone therapy, the prevalence of use at ages ⩾45 in 2009 was used to calculate the excess risk of endometrial cancer in current users of oestrogen-only preparations, and of tibolone, with an ERR for oestrogen of 0.80 and for tibolone of 1.02 (Table 5). As noted earlier, it was assumed that progestogen-only preparations in post-menopausal women were accompanied by oestrogens (with each hormone dispensed separately, rather than as a combined preparation), so that prevalence of use of oestrogen alone is represented by the difference (oestrogen – progestogen).

*Ovarian cancer*   The prevalence of current and past use of OCs in the UK (by age, time since used and duration of use) was estimated as described for endometrial cancer. With the relevant protective effects from the Collaborative Group study (2008) shown in Table 3, the proportion of cancers being *prevented* by current and past use of OCs in 2010 can be estimated.

For use of post-menopausal hormone therapy, we used the prevalence of use of post-menopausal therapy (ages 45 and over) in 2009 to calculate the excess risk of ovarian cancer in current users of the different preparations, assuming the RRs from the Million Women Study (Million Women Study Collaborators, 2007): oestrogen-only HRT: 1.34, combined preparations: 1.14, others: 1.22 (as usual, also assuming that prescription of progestogen-only preparations in postmenopausal women was accompanied by oestrogens).

## RESULTS

### Prevalence of exposure to hormonal preparations

Prevalence of use of female sex hormones is greatest in the age group 20 – 24, when almost 60% of women were receiving a prescription for such agents (Figure 1).

Prescribed hormones in the UK were predominantly combined oestrogen – progesterone OCs, with a smaller proportion of progestogen-only contraceptives, increasing over time. Prevalence of use of contraceptive agents declines with age. The estimated age-specific prevalence, based on prescription data, is very similar to that from the 'Omnibus survey' of 2006 – 7 (Lader, 2007), reporting prevalence of use of OCs in England as 64% at ages 20 – 24 and 28%

at 35 – 39. Use of hormonal (non-contraceptive) agents exceeds use of contraceptive agents by age 45 – 49, and increases to a maximum prevalence in the age group 50 – 54.

There have been marked changes in use over time. Use of hormonal preparations increased for several years from 1992 to reach a maximum in around 2000, and then declined. The year of maximum use (in terms of women receiving prescriptions) varies with age, from 1997 (ages 45 – 49), to 2001 (55 – 59) and 2002 (65 – 69). Figure 2 shows the prevalence of use of different hormonal agents in women aged 45 – 69. The changes concern in particular combined oestrogen – progesterone preparations, but use of oestrogen-only agents has also declined.

### Attributable fractions

Table 6 summarises the estimates of PAF due to use of OCs and post-menopausal hormone therapy, and the net result of both, on the estimated numbers of cases of breast, cervical, endometrial and ovarian cancers in 2010.

*Breast cancer*   Both post-menopausal hormone therapy and OCs increase the risk of breast cancer. Post-menopausal hormones are estimated to be responsible for 3.2% of breast cancers in 2010, and OCs for 1.1%, so that both sources of hormones together are responsible for 4.3% of breast cancers. Figure 3 shows the estimated fractions that are attributable to hormones, by age group. The excess risk of breast cancer was highest (a 14% excess) in the age ranges with maximum use of contraceptives (20 – 24) so that the fraction of breast cancer cases attributable to hormones was about 12%.

*Cervix cancer*   The fraction of cervix cancer cases attributable to OCs is 9.7%, with much larger proportions (up to 22%) in younger women (Figure 4).

*Endometrial cancer*   It is estimated that current and past use of OCs is preventing almost 17% of cases of endometrial cancers that would otherwise have occurred.

Because the bulk of post-menopausal hormones are prescribed as combined oestrogen – progestogen preparations, with a small net protective effect (assuming that two-thirds of them are given as continuous combined preparations), the net effect on the risk of endometrial cancer is small. The estimate of the fraction of endometrial cancers attributable to use of post-menopausal



**Figure I**   Prevalence (%) of women prescribed hormones, UK 2009.



**Figure 2**   Women aged 45 – 69 prescribed hormonal agents, 1992 – 2009.

© 2011 Cancer Research UK




**Table 6** Estimated cases of cancers of the breast, cervix, endometrium and ovary occurring in 2010 attributable to exposure to hormones

| | | Cases attributable to exposure to hormones, by hormone type | | | | | | |
| | | HRT | | Oral contraceptives | | Both | |
| Cancer and age (years) | Observed cases | Excess attributable cases | PAF (%) | Excess attributable cases | PAF (%) | Excess attributable cases | PAF (%) |
|---|---|---|---|---|---|---|---|
| *Breast* | | | | | | | |
| <40 | 2018 | 0 | 0.0 | 192 | 9.5 | 192 | 9.5 |
| 40–49 | 6829 | 376 | 5.5 | 343 | 5.0 | 719 | 10.5 |
| 50–64 | 16851 | 921 | 5.5 | 0 | 0.0 | 921 | 5.5 |
| ≥65 | 22687 | 235 | 1.0 | 0 | 0.0 | 235 | 1.0 |
| All ages | 48385 | 1531 | 3.2 | 535 | 1.1 | 2067 | 4.3 |
| *Cervix* | | | | | | | |
| <40 | 1108 | 0 | 0.0 | 203 | 18.3 | 203 | 18.3 |
| 40–49 | 544 | 0 | 0.0 | 54 | 10.0 | 54 | 10.0 |
| 50–64 | 494 | 0 | 0.0 | 4 | 0.8 | 0 | 0.0 |
| ≥65 | 547 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| All ages | 2691 | 0 | 0.0 | 261 | 9.7 | 261 | 9.7 |
| *Corpus uteri (endometrium)* | | | | | | | |
| <40 | 104 | 0 | 0.0 | −74 | −41.4 | −74 | −41.4 |
| 40–49 | 454 | 0 | 0.1 | −283 | −38.4 | −283 | −38.4 |
| 50–64 | 3035 | 58 | 1.9 | −832 | −21.5 | −774 | −20.3 |
| ≥65 | 4602 | 37 | 0.8 | −479 | −9.4 | −441 | −8.7 |
| All ages | 8195 | 95 | 1.2 | −1667 | −16.9 | −1571 | −16.1 |
| *Ovary* | | | | | | | |
| <40 | 445 | 0 | 0.0 | −94 | −17.4 | −94 | −17.4 |
| 40–49 | 706 | 7 | 1.0 | −172 | −19.6 | −165 | −18.9 |
| 50–64 | 2004 | 28 | 1.4 | −282 | −12.3 | −254 | −11.2 |
| ≥65 | 3665 | 13 | 0.4 | −156 | −4.1 | −143 | −3.8 |
| All ages | 6820 | 48 | 0.7 | −703 | −9.3 | −655 | −8.8 |

Abbreviations: HRT = hormone replacement therapy (postmenopausal hormones); PAF = population-attributable fraction.



**Figure 3** Fraction of breast cancer cases attributable to hormones, by age, UK 2010.



**Figure 4** Cervix cancer: total number of cases and those attributable to OC use, UK, 2010.

hormone use is 1.2%, with the highest attributable fraction (2.5%) being in age group 55–59.

Figure 5 illustrates the net effects of OCs and post-menopausal hormones (HRT) by age group.

*Ovarian cancer* Although there is a small increase in risk of ovarian cancer in post-menopausal women using hormonal preparations (the PAF is 0.7%), this effect is overwhelmed by the longstanding protection provided by current and past use of OCs, which are estimated to be preventing 9.3% of the ovarian cancers that would otherwise have occurred (Table 6).

Figure 6 illustrates the net effects of OCs and post-menopausal hormones (HRT) by age group. Overall in 2010, there would be some 655 fewer cases of ovarian cancer than would have been the



**Figure 5** Endometrial cancer: observed cases, including number caused by HRT, and the number estimated to be prevented by current and past use of oral contraceptives (OCs), UK, 2010.

© 2011 Cancer Research UK

case if there had been no use of exogenous hormones (as OCs or as post-menopausal hormonal therapy).

## Summary

Table 7 summarises the results. Overall, a net total of 1675 cancers occurring in 2010 in the UK can be attributed to current or past use of post-menopausal hormonal preparations by women, representing 1.1% of all cancers in women (0.5% for both sexes). However, the net effect of the use of OCs is *protective* – with almost 1600 fewer cancers than would have been the case if they had not been used.

The net effect of hormone use is therefore very tiny – just 102 cases attributable to their use.

## DISCUSSION

In this paper, we used the RR of cancer in relation to use of post-menopausal hormones from the Million Women Study (Beral, 2003; Beral *et al*, 2005, Million Women Study Collaborators, 2007) to estimate the likely impact of hormone use on the number of cancer cases at ages >45 in the UK in 2010. This study recorded the use of HRT in women aged 50–64 at the time of enrolment, and followed them for an average of 2.6 years for breast cancer incidence, 3.4 years for incidence of endometrial cancers and 5.3 years for ovarian cancers. For breast cancer, the risk among women who were current users of HRT was 1.66, a result not very different from that observed in the Women's Health Initiative randomised trial for women aged 50–79, in whom the risk of breast cancer in women taking oestrogen plus progesterone was 1.49 after an average 5.6 years of follow-up; the excess relative to the placebo group emerged after 3 years, and continued to widen until the maximum follow-up period of 7 years (Chlebowski *et al*, 2003). The RRs in the EPIC study (Bakken *et al*, 2011) after a mean follow-up of 8.6 years were 1.42 for current users of oestrogen-only and 1.77 for current users of combined preparations. For ovarian cancer, the risks observed in the Million Women Study were very similar to those in the meta-analyses of Zhou *et al* (2008) and Pearce *et al* (2009). With respect to endometrial cancer, however, the EPIC study (Allen *et al*, 2010) found rather higher risks for current users of hormone therapy after 9 years of follow-up than the Million Women Study (2.52 for oestrogen-only HT, 2.96 for tibolone and 1.41 for combined oestrogen+progestogen (although risks differed according to regimen and type of progestogen constituent).

As an increased risk of breast and endometrial cancer is observed in past users of at least some hormonal preparations by post-menopausal women, it is important to take this into account, especially as the prevalence of current use has been falling dramatically in the UK since around 2000–1 (Figure 2, Watson *et al*, 2007). In fact, we have no information on prevalence of ex-users in the population, and can only estimate it in terms of the difference in population prevalence from one year to the next, which is surely an underestimate. On the other hand, prevalence of use of hormonal preparations is calculated by dividing the number of women who receive prescriptions for hormonal preparations by the number at risk (in the General Practice Research Database), and this prevalence is assumed to apply to the UK population. In fact, it is possible that many women who receive hormonal preparations have had a hysterectomy, and so would not be at risk of endometrial cancer, so that the attributable fractions for this cancer are overestimates.

Current and recent use of OCs increase the risk of breast and cervical cancer, and decrease the risk of endometrial and ovarian cancer, the latter effects lasting 20 years or more. Although the data on current use of oral contraception should be accurate, information on past use is much less certain, and estimates were based on published data from recent UK studies. The protective effect of OCs is considerably greater with respect to endometrial cancer, as might be expected from the markedly reduced risks in current and past users (IARC, 2007). Pike's (1987) model of the effect of hormones on cancers of the female reproductive organs estimates that 5-year use of oral contraception delays the rise in age-specific incidence of endometrial cancer by 5 years, thus producing lower rates at older ages. On this basis, Key and Pike (1988) predicted that 5-year use of combined OCs beginning at age 28 would produce a 60% reduction in lifetime risk.

It seems that OCs are beneficial not only in preventing unwanted pregnancy but also, on balance, in reducing the numbers of cancers that would otherwise have occurred. For this reason, in the final summary section (Section 16) we include only post-menopausal hormone therapy as a risk factor contributing to cancers in the UK.

See acknowledgements on page Si.

## Conflict of interest

The author declares no conflict of interest.



**Figure 6** Ovarian cancer: observed cases, including the number caused by HRT and those estimated to be prevented by current and past use of oral contraceptives (OCs), UK, 2010.

**Table 7** Estimated cases of cancer occurring in women in 2010, and the fraction attributable to hormone exposures

| | | All cancer cases by type of hormone exposure[a] | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **HRT** | | **Oral contraceptives** | | **Both** | | |
| **Age (years)** | **Observed cases** | **Excess attributable cases** | **PAF (%)** | **Excess attributable cases** | **PAF (%)** | **Excess attributable cases** | **PAF (%)** |
| <40 | 8140 | 0 | 0.0 | 228 | 2.8 | 228 | 2.8 |
| 40–49 | 13 667 | 384 | 2.8 | −58 | −0.4 | 326 | 2.4 |
| 50–64 | 41 338 | 1006 | 2.4 | −1109 | −2.6 | −103 | −0.2 |
| ≥65 | 92 439 | 285 | 0.3 | −634 | −0.7 | −349 | −0.4 |
| All ages | 155 584 | 1675 | 1.1 | −1573 | −1.0 | 102 | 0.1 |

Abbreviations: HRT = hormone replacement therapy (postmenopausal hormones); PAF = population-attributable fraction. [a]Excluding non-melanoma skin cancer.



S48

**Cancer, lifestyle and environment in the UK in 2010**

# REFERENCES

Allen NE, Tsilidis KK, Key TJ, Dossus L, Kaaks R, Lund E, Bakken K, Gavriluyk O, Overvad K, Tjønneland A, Olsen A, Fournier A, Fabre A, Clavel-Chapelon F, Chabbert-Buffet N, Sacerdote C, Krogh V, Bendinelli B, Tumino R, Panico S, Bergmann M, Schuetze M, van Duijnhoven FJ, Bas Bueno-de-Mesquita H, Charlotte Onland-Moret N, van Gils CH, Amiano P, Barricarte A, Chirlaque MD, Molina-Montes ME, Redondo ML, Duell EJ, Khaw KT, Wareham N, Rinaldi S, Fedirko V, Mouw T, Michaud DS, Riboli E (2010) Menopausal hormone therapy and risk of endometrial carcinoma among postmenopausal women in the European Prospective Investigation into Cancer and Nutrition. *Am J Epidemiol* **172:** 1394 – 1403

Bakken K, Fournier A, Lund E, Waaseth M, Dumeaux V, Clavel-Chapelon F, Fabre A, Hémon B, Rinaldi S, Chajes V, Slimani N, Allen NE, Reeves GK, Bingham S, Khaw KT, Olsen A, Tjønneland A, Rodriguez L, Sánchez MJ, Etxezarreta PA, Ardanaz E, Tormo MJ, Peeters PH, van Gils CH, Steffen A, Schulz M, Chang-Claude J, Kaaks R, Tumino R, Gallo V, Norat T, Riboli E, Panico S, Masala G, González CA, Berrino F (2011) Menopausal hormone therapy and breast cancer risk: impact of different treatments. The European Prospective Investigation into Cancer and Nutrition. *Int J Cancer* **128:** 144 – 156

Beral V, Bull D, Reeves G (2005) Endometrial cancer and hormone-replacement therapy in the Million Women Study. *Lancet* **365:** 1543 – 1551

Beral V (2003) Breast cancer and hormone-replacement therapy in the Million Women Study. *Lancet* **362:** 419 – 427

Chan MF, Dowsett M, Folkerd E, Wareham N, Luben R, Welch A, Bingham S, Khaw KT (2008) Past oral contraceptive and hormone therapy use and endogenous hormone concentrations in postmenopausal women. *Menopause* **15:** 332 – 339

Chlebowski RT, Hendrix SL, Langer RD, Stefanick ML, Gass M, Lane D, Rodabough RJ, Gilligan MA, Cyr MG, Thomson CA, Khandekar J, Petrovich H, McTiernan A (2003) Influence of estrogen plus progestin on breast cancer and mammography in healthy postmenopausal women: the Women's Health Initiative randomised trial. *JAMA* **289:** 3243 – 3253

Collaborative Group on Epidemiological Studies of Ovarian Cancer (2008) Ovarian cancer and oral contraceptives: collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls. *Lancet* **371:** 303 – 314

Collaborative Group on Hormonal Factors in Breast Cancer (1996) Breast cancer and hormonal contraceptives: collaborative reanalysis of individual data on 53 297 women with breast cancer and 100 239 women without breast cancer from 54 epidemiological studies. *Lancet* **347:** 1713 – 1727

Collaborative Group on Hormonal Factors in Breast Cancer (1997) Breast cancer and hormone replacement therapy collaborative reanalysis of data from 51 epidemiological studies of 52 705 women with breast cancer and 108 411 women without breast cancer. *Lancet* **350:** 1047 – 1059

Dossus L, Allen N, Kaaks R, Bakken K, Lund E, Tjonneland A, Olsen A, Overvad K, Clavel-Chapelon F, Fournier A, Chabbert-Buffet N, Boeing H, Schütze M, Trichopoulou A, Trichopoulos D, Lagiou P, Palli D, Krogh V, Tumino R, Vineis P, Mattiello A, Bueno-de-Mesquita HB, Onland-Moret NC, Peeters PH, Dumeaux V, Redondo ML, Duell E, Sanchez-Cantalejo E, Arriola L, Chirlaque MD, Ardanaz E, Manjer J, Borgquist S, Lukanova A, Lundin E, Khaw KT, Wareham N, Key T, Chajes V, Rinaldi S, Slimani N, Mouw T, Gallo V, Riboli E (2010) Reproductive risk factors and endometrial cancer: the European Prospective Investigation into Cancer and Nutrition. *Int J Cancer* **127:** 442 – 451

Hildebrand JS, Gapstur SM, Feigelson HS, Teras LR, Thun MJ, ;Patel AV (2010) Postmenopausal hormone use and incident ovarian cancer: associations differ by regimen. *Int J Cancer* **127:** 2928 – 2935

International Agency for Research on Cancer (IARC) (2007) *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Vol. 91. Combined Estrogen-Progestogen Contraceptives and Combined Estrogen-Progestogen Menopausal Therapy.* IARC: Lyon

International Collaboration of Epidemiological Studies of Cervical Cancer, Appleby P, Beral V, Berrington de González A, Colin D, Franceschi S, Goodhill A, Green J, Peto J, Plummer M, Sweetland S (2007) Cervical cancer and hormonal contraceptives: collaborative reanalysis of individual data for 16,573 women with cervical cancer and 35,509 women without cervical cancer from 24 epidemiological studies. *Lancet* **370:** 1609 – 1621

Key TJ, Pike MC (1988) The dose-effect relationship between 'unopposed' oestrogens and endometrial mitotic rate: its central role in explaining and predicting endometrial cancer risk. *Br J Cancer* **57:** 205 – 212

Lader D (2007) *Contraception and Sexual Health 2006/07.* Omnibus Survey Report No. 33. Office of National Statistics. www.ons.gov.uk/ons/rel/lifestyles/contraception-and-sexual-health/2006-07/2006-07.pdf

Maheshwari S, Sarraj A, Kramer J, El-Serag HB (2007) Oral contraception and the risk of hepatocellular carcinoma. *J Hepatol* **47:** 506 – 513

Million Women Study Collaborative Group (1999) The Million Women Study: design and characteristics of the study population. *Breast Cancer Res* **1:** 73 – 80

Million Women Study Collaborators, Bull D, Green J, Reeves G (2007) Ovarian cancer and hormone replacement therapy in the Million Women Study. *Lancet* **369:** 1703 – 1710

Pearce CL, Chung K, Pike MC, Wu AH (2009) Increased ovarian cancer risk associated with menopausal estrogen therapy is reduced by adding a progestin. *Cancer* **115:** 531 – 539

Pike MC (1987) Age-related factors in cancers of the breast, ovary, and endometrium. *J Chronic Dis* **40**(Suppl 2): S59 – S69

Roddam AW, Pirie K, Pike MC, Chilvers C, Crossley B, Hermon C, McPherson K, Peto J, Vessey M, Beral V (2007) Active and passive smoking and the risk of breast cancer in women aged 36 – 45 years: a population based case-control study in the UK. *Br J Cancer* **97:** 434 – 439

Schlesselman JJ (1997) Risk of endometrial cancer in relation to use of combined oral contraceptives. A practitioner's guide to meta-analysis. *Hum Reprod* **12:** 1851 – 1863

Smith JS, Green J, Berrington de Gonzalez A, Appleby P, Peto J, Plummer M, Franceschi S, Beral V (2003) Cervical cancer and use of hormonal contraceptives: a systematic review. *Lancet* **361:** 1159 – 1167

Watson J, Wise L, Green J (2007) Prescribing of hormone therapy for menopause, tibolone, and bisphosphonates in women in the UK between 1991 and 2005. *Eur J Clin Pharmacol* **63:** 843 – 849

Writing Group for the Women's Health Initiative Investigators (2002) Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial. *JAMA* **288:** 321 – 333

Zhou B, Sun Q, Cong R, Gu H, Tang N, Yang L, Wang B (2008) Hormone replacement therapy and ovarian cancer risk: a meta-analysis. *Gynecol Oncol* **108:** 641 – 651

 This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

© 2011 Cancer Research UK




BJC OPEN

**British Journal of Cancer** (2011) 105, S49 – S56
© 2011 Cancer Research UK   All rights reserved 0007 – 0920/11

www.bjcancer.com

# 11.
# Cancers attributable to infection in the UK in 2010

**DM Parkin*,1**

1Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, London, UK

*British Journal of Cancer* (2011) **105**, S49 – S56; doi:10.1038/bjc.2011.484   www.bjcancer.com
© 2011 Cancer Research UK

The infectious agents that have been identified as definitely or probably carcinogenic to humans (Groups 1 and 2A) in the International Agency for Research on Cancer (IARC) monograph series are shown in Table 1. They include hepatitis B (HBV) and C (HCV) viruses, human papillomaviruses (HPV), human immuno-deficiency virus (HIV) and T-lymphotropic virus type-1 (HTLV-1), Epstein – Barr virus (EBV) and human herpesvirus 8 (HHV8), and the bacterium *Helicobacter pylori*.

In addition to these associations, there is substantial evidence for a causative relationship between chronic infection with hepatitis C virus (HCV) and non-Hodgkin lymphoma (NHL), an association that has been the subject of several recent systematic reviews (Gisbert *et al*, 2003; Matsuo *et al*, 2004; dal Maso and Franceschi, 2006).

## METHODS

### Attributable fractions

For most infections, calculation of the population-attributable fraction (PAF) relies on the classic formula for population-attributable risk (Cole and Macmahon, 1971):

$$PAF = \frac{p(r-1)}{1 + p(r-1)}$$

where *r* represents the relative risk of exposure, and *p* its prevalence in the population. The formula results in a proportion that is applied to the total number of incident cases in the UK population, to obtain the number of cases that can theoretically be attributed to the factor in that population (PAF). Its application requires identification of data on the prevalence of the exposure to the 'causative' agents in the UK population, as well as the corresponding relative risks. This method is used to estimate the number of cancers due to HBV, HCV, *H. pylori* and HIV (NHL).

For EBV, the prevalence of relevant infection is hard to define, as the virus infects almost everyone in childhood or adolescence and persists in latent form in B-lymphocytes throughout life. Clearly, agents other than EBV are essential co-factors in carcinogenesis, and EBV-attributable cancers are defined as those in which EBV-DNA can be demonstrated in tumour cells.

For the oncogenic HPVs, it is generally accepted that almost all cancers of the cervix uteri are the result of infection (Walboomers *et al*, 1999), so the AF is 100%. At other sites, the prevalence of infection in normal subjects is hard to define, so use of the classic Cole – MacMahon formula is inappropriate; as for EBV, the HPV-attributable cancers are defined as those in which HPV-DNA can be demonstrated in tumour cells.

## RESULTS

### Human papillomavirus

IARC (2005) considers that there is convincing evidence that infection with HPV 16, 18, 31, 33, 35, 39, 45, 51, 52, 56, 58, 59 or 66 can lead to cervical cancer. For HPV 16, the evidence further supports a causal role in cancer of the vulva, vagina, penis, anus, oral cavity and oropharynx and a limited association with cancer of the larynx and periungual skin. HPV 18 also shows a limited association with cancer at most of these sites. Evidence for associations of HPV types of genus beta with squamous-cell carcinoma of the skin is limited for the general population. There is some evidence that HPVs are involved in squamous-cell carcinoma of the conjunctiva, but inadequate evidence for a role of HPVs in cancer of the esophagus, lung, colon, ovary, breast, prostate, urinary bladder, and nasal and sinonasal cavities.

With respect to cancer of the cervix, oncogenic HPV may be detected by PCR in virtually all cases of cervix cancer, and it is generally accepted that the virus is necessary for development of cancer, and that all cases of this cancer can be 'attributed' to infection (Walboomers *et al*, 1999).

With respect to squamous-cell cancers of the vulva and vagina, carcinoma of the penis, and anal cancer, published studies do not allow quantification of relative risk and infection prevalence, because they are generally small in size, and usually do not include comparable measurement of prevalence of infection at these sites in normal subjects. In order to estimate attributable fractions, therefore, approximate estimates of the proportion of cancer cases infected with HPV in various series are used.

The prevalence of HPV in vaginal cancer is about 60 – 65% in studies using PCR methodology (Daling *et al*, 2002; IARC, 2005); an overall HPV prevalence of 63% is assumed. About 20 – 50% of vulvar cancers contain oncogenic HPV DNA (Madeleine *et al*, 1997; Herrero and Munoz, 1999), but only the basaloid and warty type that tends to be associated with vulvar intraepithelial

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk

npg

**Cancer, lifestyle and environment in the UK in 2010**



S50

neoplasia is caused by HPV infection (prevalence 75–100%), and only 2–23% of the keratinizing carcinomas harbour HPV (Trimble *et al*, 1996); an overall HPV prevalence of 40% is assumed. For anal cancer, in a large series of cases from Denmark and Sweden, 95% and 83% of cancers involving the anal canal in women and men, respectively, were positive for oncogenic HPV (Frisch *et al*, 1999), and an AF of 90% is assumed. For penile cancer, HPV DNA was found in 30% of 71 cases of penile cancer from Brazil (Bezerra *et al*, 2001) and in 42% of 148 cases from the USA and Paraguay (Rubin *et al*, 2001); the AF is assumed to be 40%.

HPV has a role in the aetiology of a fraction of cancers of the oral cavity and pharynx (Shah, 1998), although the major risk factors are tobacco and alcohol. A review of more than 5000 tumours of the upper aerodigestive tract (Kreimer *et al*, 2005a) found that prevalence of HPV DNA in specimens from Europe was 16.0% (95% CI, 13.4–18.8) for oral cancers, 28.2% (95% CI, 24.4–32.2) for tumours of the oro-pharynx and 21.3% in squamous cell carcinomas (SCCs) of the larynx. However, HPV may not be of aetiological relevance in all such cases. Van Houten *et al* (2001) found that only 45% of DNA-positive cases showed E6 mRNA expression, indicative of viral activity. Kreimer *et al* (2005b) observed that about 50% of head and neck cancers had a high viral load of HPV, and serologic antibodies to HPV16 virus-like particles and HPV16 E6 and E7 proteins were detected in most of these cases. We assume therefore that 8% oral cancers, 14%

oropharyngeal cancers and 10.6% laryngeal cancers are HPV-related.

HPV (any type) is estimated to be responsible for 5088 cancers occurring in the UK in 2010 (1.6% of all cancers), comprising 2691 cervix cancers, 1685 cases of ano-genital cancer and 712 cases of upper aerodigestive tract cancer (Table 2).

### Helicobacter pylori

*Helicobacter pylori* was classified as being carcinogenic for humans in 1994 (IARC, 1994a). It is considered to be causally associated with both carcinoma of the stomach and gastric lymphoma.

Surveys of *H. pylori* show that prevalence gradually increases with age. Several studies have suggested that this represents a birth-cohort effect, with infection becoming progressively less common in recent generations (Banatvala *et al*, 1993; Kosunen *et al*, 1997; Roosendaal *et al*, 1997). In the UK the most comprehensive data on prevalence derive from the serological surveys of 10 000 serum samples collected in England and Wales in 1986 and 1996 (Vyse *et al*, 2002). Prevalence was related to decade of birth and increased from 4% in those born during the 1980s to 30% in those born before 1940; analysis by decade of birth showed no significant difference between samples collected in 1986 and 1996. Estimated prevalence of active infection varied by region and was highest in London.

We estimated prevalence in the UK population in 2000 from the data provided by Vyse *et al* (2002), assuming that prevalence in Scotland and Northern Ireland was the same as that observed in the North of England (Figure 1).

*Gastric carcinoma* The most satisfactory evidence on the magnitude of the risk is from prospective studies. Retrospective case–control studies are limited in observing *H. pylori* infection after the development of cancer. *H. pylori* tends to disappear as intestinal metaplasia and atrophy develop, so that prevalence of infection may be seriously under-estimated in cases, even if anti-*H. pylori* antibody is used as an indicator of infection. Several case–control studies nested within cohorts have now been published, in which infection is evaluated in cases and controls before the onset of disease. In a meta-analysis by the Helicobacter and Cancer Collaborative Group (2001), including 12 prospective studies yielding 1228 gastric cancer cases, the OR for the association between *H. pylori* infection and the subsequent development of gastric cancer was 2.36 (95% CI 1.98–2.81). Analysing cancers of the gastric cardia, the most proximal portion of the stomach and non-cardia separately, they found no increase in risk for cardia cancers (OR 0.99), while the overall risk for non-cardia cancers was 2.97 (95% CI 2.34–3.77). The risk varied with the interval

**Table 1**  Major human infection-associated malignancies

| Malignancy | Agent (group) |
|---|---|
| *Carcinoma* | |
| Bladder | *Schistosoma haematobium* (blood fluke) |
| Cervix | HPV (papillomavirus) |
| Liver | HBV (hepadnavirus) |
| | HCV (flavivirus) |
| Bile duct | *Opisthorchis viverrini* (liver fluke) |
| Nasopharynx | EBV (herpesvirus) |
| Stomach | *Helicobacter pylori* (bacterium) |
| *Lymphoma* | |
| Adult T-cell | HTLV-I (retrovirus) |
| Burkitt | EBV (herpesvirus) |
| Hodgkin | EBV (herpesvirus) |
| *Sarcoma* | |
| Kaposi | HHV8 (herpesvirus) |

Abbreviations: EBV = Epstein–Barr virus; HBV = hepatitis B virus; HCV = hepatitis C virus; HHV8 = human herpesvirus 8; HPV = human papillomavirus; HTLV-I = human T-cell lymphotropic virus type I. From Mueller *et al* (2005).

**Table 2**  Estimated numbers of HPV-related cancers, UK (2010)

| | Observed cases | | HPV-related | | |
|---|---|---|---|---|---|
| | Male | Female | Male | Female | Excess attributable cases (PAF) |
| *Upper aerodigestive cancers* | | | | | |
| Cervix uteri | | 2691 | | 2691 | 2691 (100) |
| Oral cavity | 2284 | 1421 | 183 | 114 | 296 (8.0) |
| Oropharynx | 981 | 323 | 138 | 45 | 184 (14.1) |
| Larynx | 1803 | 386 | 191 | 40 | 232 (10.6) |
| *Anogenital cancers* | | | | | |
| Anus | 364 | 621 | 328 | 559 | 887 (90.0) |
| Vulva | | 1128 | | 451 | 451 (40.0) |
| Vagina | | 251 | | 157 | 157 (62.5) |
| Penis | 475 | | 190 | | 190 (40.0) |
| Total (8 sites) | 5907 | 6821 | 1030 | 4058 | 5088 (40.0) |

Abbreviations: HPV = human papillomavirus; PAF = population-attributable fraction (%).

© 2011 Cancer Research UK

BJC
OPEN



**Figure 1** Estimated prevalence of *Helicobacter pylori* in the UK in 2000.

between sample collection and cancer diagnosis (as might be expected, if infection is progressively lost as gastric atrophy develops). The increase in risk was 5.9-fold (95% CI 3.4–10.3) for *H. pylori* positivity 10 years or more prior to diagnosis. The associations were not related to histological type of gastric cancer (intestinal *vs* diffuse) or sex.

The proportion of gastric cancer cases occurring at the cardia, compared with elsewhere in the stomach, can be estimated from cancer registry data from England (2007), and from the results of 11 registries throughout the UK in 1998–2005 (Curado *et al*, 2007). In both sets, a variable proportion of gastric cancer cases (40–65%) are registered without specification of subsite. However, fitting a linear regression model of the proportion of cardia cancers *vs* the proportion of unspecified registrations suggests that mis-specification of site is more or less random. The predicted proportion of cardia cancers (with zero non-specification) is 51.9% in men and 38.9% in women. Age-specific proportions in the UK were estimated based on the distribution by age in England (2007).

With a relative risk of 5.9 and prevalence of infection in 2000 (10 years earlier) as shown in Figure 1, the attributable fraction of non-cardia gastric cancer cases in 2010 is 61% in men and 59% in women. This represents 2231 cases, 29.2% of all stomach cancers in men and 36.0% in women, or 0.7% of all cancers.

*Gastric lymphoma*  One of the two large American cohort studies of *H. pylori* also examined the incidence of gastric NHL and found that these cases showed elevated titres of antibody to *H. pylori* (Parsonnet *et al*, 1994). The relative risk was 6.3 (95% CI 2.0–19.9). Gastric NHL is rather a rare tumour, comprising about 5% of all NHL (Newton *et al*, 1997).

Assuming that 5% of NHL cases in UK are localised to the stomach, there were about 580 new cases in 2010. With a relative risk of 6, and the estimated prevalence of infection in 2000 (Figure 1), 2.8% of NHL cases (327) would be attributable to *H. pylori*.

## Epstein–Barr virus

EBV is considered to be a group I carcinogen by IARC (1997), with conclusive evidence with respect to carcinogenicity in Burkitt lymphoma, NHL in immunosuppressed subjects, sino-nasal angiocentric T-cell lymphoma, Hodgkin lymphoma and naso-pharyngeal carcinoma. The evidence concerning other cancers for which an association with EBV has been demonstrated (lympho-epithelial carcinomas, gastric adenocarcinoma and smooth muscle tumours in immunosuppressed subjects) was considered to be inconclusive.

*EBV and NHL  Burkitt lymphoma*: Burkitt lymphoma is a rare cancer in UK. There were an estimated 158 new cases in 2010. In North America and Europe, about one-fifth to one-third have demonstrable virus in tumour tissue, or elevated antibody titres to EBV (Lenoir *et al*, 1984; Gutierrez *et al*, 1992). The numbers of EBV-attributable Burkitt lymphoma cases in UK is therefore about 39.

*Other NHL*: EBV can cause lymphoproliferative diseases in individuals with immune dysfunction (Lenoir and Delecluse, 1989). Lymphomas arising in immunocompetent individuals are relatively rare, except in the case of AIDS, some of which are associated with EBV. The proportion of AIDS-related lymphomas is estimated in the context of HIV-related cancers (below). The proportion of NHLs that occur in immunocompromised individuals, excluding AIDS (hereditary, syndromes, iatrogenic), or are cases of the rare EBV-associated sino-nasal angiocentric T-cell lymphoma, is impossible to estimate. It must be a very small (<1%) fraction of NHLs, so there is no numerical allowance for these cases in the estimates.

*EBV and Hodgkin lymphoma*  Case–control studies generally demonstrate higher titres of anti-EBV antibodies in cases of Hodgkin lymphoma than in controls (Evans and Gutensohn, 1984). In a large prospective study, Mueller *et al* (1989) found that elevated antibody titres precede diagnosis by several years – the actual relative risks (2.6 and 3.7 for IgG and IgA capsid antigens, 4.0 for EBNA and 2.6 for early antigen (diffuse)) and prevalence of raised titres correspond to attributable risks of 30–45%.

Sensitive techniques are able to detect EBV nucleic acids in 25–50% of Hodgkin lymphomas, where it is located in the Reed–Sternberg cells (Weiss *et al*, 1989; Armstrong *et al*, 1992). The association with EBV appears to depend upon age. In the childhood age range about 80% of cases are EBV positive (Weinreb *et al*, 1996), whereas in young adults the proportion is about 15% (Jarrett *et al*, 1991). In older age groups, EBV positivity appears to be relatively high (70–75%) (Jarrett *et al*, 1991; Gledhill *et al*, 1991). In part, this pattern is determined by the frequency of different histological subtypes of Hodgkin lymphoma. The mixed cellularity subtype predominates in childhood, while the nodular sclerosing subtype accounts for the marked peak in young adults. The frequency of EBV positivity is much greater (5–15-fold) in mixed cellularity than in nodular sclerosing Hodgkin lymphoma. Nevertheless, it seems that, even allowing for cell type, age (more childhood cases are EBV positive) and level of socio-economic development are independent predictors of the association (Glaser *et al*, 1997). For the purposes of estimation, the attributable fraction at ages 0–14 is taken to be 80%, 20% at ages 15–44, and 70% at ages >45. Of the UK total of 1709 new cases in 2010, 773, or 45.2% of the total, are estimated to be EBV related.

*EBV and nasopharyngeal carcinoma*  The involvement of EBV in nasopharyngeal cancer (NPC) appears to be with undifferentiated carcinomas of the nasopharynx. In low-risk areas, about 10–25% of NPC is of type 1 (keratinising), which is less often infected. It is assumed that 90% of cases of the estimated 446 NPC cases occurring in the UK in 2010 are infected, a total of 401 cases, or 5.8% of all cancers or of the oral cavity and pharynx.

*Summary: EBV*  EBV is the third most important cancer-causing infection in the UK, responsible for an estimated 1213 cases in 2010 (0.4% of cancers), comprising 773 cases of Hodgkin disease, 401 nasopharyngeal cancers and 39 Burkitt lymphoma cases.

## Hepatitis viruses

The role of chronic infection with the viruses of hepatitis B and C in the aetiology of liver cancer is well established (IARC, 1994b). More recently, on the basis of a substantial number of case–control and cohort studies, an association between HCV and NHL



has been demonstrated (Gisbert *et al*, 2003; Matsuo *et al*, 2004; dal Maso and Franceschi, 2006).

Prevalence of hepatitis B surface antigen (HBsAg) positivity and HCV antibodies in the serum of the general population of UK is unknown, as no true random survey results exist. Age-specific prevalence is published for first-time blood donors (subjects found to be positive are obviously excluded from becoming repeat donors), although these are healthy individuals, with a prevalence much lower than the average in the population. An estimate of the prevalence of hepatitis C in adults (aged 15–59), based on a model incorporating all relevant samples, was made for England in 2003 (HPA, 2006); this estimate had not been updated by the end of 2010. These data were assumed for UK, with an estimate of prevalence at ages >60 based on sero-surveys of laboratory samples in England and Wales in the 1990s (Balogun *et al*, 2002).

For hepatitis B, the estimated population prevalence, based on sero-surveys of laboratory samples in England and Wales in 1996 (Gay *et al*, 1999), was used to adjust the observed age–sex-specific prevalence data from blood donors in England in 1995–2008 (HPA, 2009), and further adjusted upwards, to allow for the rather higher prevalence in blood donors in UK, compared with those in England (HPA, 2009).

The estimated prevalences are shown in Figure 2.

*HBV and HCV and liver cancer*   The IARC Monograph (1994b) summarises the results of some 15 cohort studies and 65 case–control studies worldwide, examining the association between seropositivity for HBsAg, indicating chronic infection with HBV, and the risk of hepatocellular carcinoma. The cohort studies yield relative risk estimates of 5.3–148, while the majority of case–control studies yield relative risk estimates between 3 and 30. Some of these studies were able to address potential confounding by aflatoxin, hepatitis C infection, alcohol drinking and tobacco consumption, and the IARC Monograph (1994b) overall evaluation assessed HBV as carcinogenic to humans. A recent meta-analysis by Cho *et al* (2011) found an odds ratio for mono-infection with a HBV of 13.5 for all 47 studies included, and 20.3 for the four studies in low-prevalence areas (such as UK). A relative risk of 20 is assumed in the current analysis.

The magnitude of the risk of liver cancer associated with chronic 'infection' with HCV became evident as the results of studies using second- and third-generation anti-HCV ELISA tests or detection of HCV RNA (by reverse transcription polymerase chain reaction) became available. In a meta-analysis of studies, Donato, *et al* (1998) estimated the relative risk in HCV antibody-positive subjects who were HBsAg negative as 17.3. The more recent meta-analysis by Cho *et al* (2011) found an odds ratio of 23.8 in seven studies from low-prevalence countries. We assume a relative risk of 20 for HCV infection.

Assuming that rates of chronic infection by these viruses of 20, and that joint infection by both HBV and HCV is very rare, we estimate the fraction of liver cancers attributable to the two viruses to be just 15.9% (567 of 3568 cases). This represents 0.18% of cancers in the UK in 2010.

*HCV and NHL*   At least three meta-analyses (Gisbert *et al*, 2003; Matsuo *et al*, 2004; dal Maso and Franceschi, 2006) have been conducted to evaluate the strength of the relationship between HCV and NHL. The most recent of these (dal Maso and Franceschi, 2006) gives a rather lower estimate for the relative risk (2.5) than the earlier studies. However, as it considered all NHL (not just B-cell neoplasms) and took into account differences in age between cases and controls, it is probably the most valid estimate. A recent report pooling the results of seven case–control studies (de Sanjose *et al*, 2008) gave a similar result (odds ratio of 1.8). Using the value of 2.5, and the estimated prevalence of HCV infection in the UK in 2010 (Figure 2), one can estimate the fraction of NHL attributable to HCV as just 0.5% (53 of 11 602 cases).

## HIV and HHV8

In 1996, an IARC working group concluded that HIV was carcinogenic to humans, an assessment based on the strong link between infection with the virus and two cancers: Kaposi sarcoma (KS) and NHL (IARC, 1996). These two diseases, along with cancer of the cervix, are considered to be 'AIDS-defining conditions' – that is, a HIV-positive subject with these cancers is considered to have AIDS (CDC, 1992). Subsequently, increased risks for several other cancers have been reported. The most convincing data come from a follow-up of cohorts of HIV-positive subjects, comparing the occurrence of cancers with the number expected in the general population. Such studies suggest increased risks of several cancers, especially Hodgkin disease, anal cancer, seminoma, myeloma, and, less certainly, cancers of the lip, brain and lung (Goedert *et al*, 1998; Frisch *et al*, 2001; Grulich *et al*, 2002).

The evaluation by IARC (1997) considered that the evidence for a role of KSHV/HHV8 in the causation of KS was 'compelling, but as yet limited'. However, it is now generally accepted to be the principal cause of the disease (Boshoff and Weiss, 2001). The effect of HIV is probably through immunosuppression – allowing HHV-8 to escape control and thereby increasing viral load, for example.

*HIV/HHV8 and KS*   Prior to the epidemic of HIV/AIDS, KS was a very rare cancer in the UK. Grulich *et al* (1992) calculated the incidence in England and Wales in 1971–80 as 0.14 per million (same in males and females).

Because of the enormous increase in risk in subjects infected with HIV (1000–5000 times the risk in the general population (Serraino *et al*, 1997)), the increasing incidence of KS was the first obvious manifestation of the AIDS epidemic. Before 1990, up to a third of AIDS cases developed KS at some point (Hoover *et al*, 1993; Lundgren *et al*, 1995). The introduction of antiretroviral therapy (HAART) for treating HIV in adults has caused a decline in the incidence of KS in Western countries (International Collaboration on HIV and Cancer, 2000); in the USA, for example, the incidence of KS in men aged 20–54 in the cancer registries of the SEER program fell from 17.2 per $10^5$ in 1990–1 to 2.4 in 2000–2001 (Ries *et al*, 2004).





**Figure 2**   Estimated age- and sex-specific prevalence of carriers of (**A**) HBsAG and (**B**) anti-HCV antibodies in the UK.

   © 2011 Cancer Research UK

BJC
OPEN



The estimated number of KS cases in UK in 2010 is 172. All might be ascribed to infection with HHV-8. Based on the rates in the pre-AIDS era (Grulich *et al*, 1992), the number of cases expected was 10. The difference (162 cases) is considered to be attributable to HIV infection, while all cases of KS are attributable to infection with HHV-8.

*HIV and NHL*   The increased frequency of NHL in AIDS was noted in 1982 (Ziegler *et al*, 1982). Since then, the elevated risk has been confirmed in studies in the United States and Europe (Casabona *et al*, 1991; Beral *et al*, 1991). About 3% of AIDS cases present with a lymphoma, but lymphomas may occur in up to 10% of AIDS cases at some point. Almost all lymphomas in AIDS cases are of B-cell type. The cohort study of Coté *et al*. (1997) estimated the excess risk in AIDS to be about 160 times that in HIV-negative subjects. Risk is highest for high-grade lymphomas; especially diffuse immunoblastic (relative risk = 630) and undifferentiated Burkitt lymphomas (relative risk = 220). Extra nodal lymphomas are more common in AIDS than usual (Beral *et al*, 1991), although it is probably because of the great excess of CNS lymphomas (15-fold increase); other extra nodal lymphomas are not in excess (Coté *et al*. 1997). Males are more commonly affected – but it could be that this is simply because of risk-group differences.

EBV is present in two-thirds of AIDS-related lymphomas (Hamilton–Dutoit *et al*, 1993) and may have an important role in lymphomagenesis (IARC, 1996, 1997). The frequency varies by lymphoma type – it is found in almost all CNS lymphomas, 70–80% of immunoblastic lymphomas and 30–40% of small-cell/Burkitt-type lymphomas.

The availability of HAART in recent years has resulted in a decline in the risk of NHL in HIV-infected individuals; it fell from 0.62% per year in the pre-HAART era (1992–1996) to 0.36% when HAART regimens were widely available (1996–1999) (International Collaboration on HIV and Cancer, 2000). In the USA, cohort studies suggest that the relative risk of NHL in HIV-positive subjects since the introduction of HAART is about 6.5 (Hessol *et al*, 2004; Engels *et al*, 2008), and this figure is used to estimate the attributable fraction.

The overall prevalence of HIV infection in the UK in 2009 was estimated to be 2.89 per 1000 in men aged 15–59 and 1.46 per 1000 in women (HPA, 2010). Prevalence in childhood and those over 60 is much lower: 0.09 and 0.46 per 1000, respectively (HPA, 2010; UK CGHSS, 2006).

Based on these estimated prevalences, and a relative risk of 6.5, only 52 cases of NHL in men and 16 in women (69 total) would have been attributable to HIV in 2010. The numbers seem small, but they are broadly in line with the numbers of cases expected based on observed incidence rates of NHL in HIV-positive subjects in recent years – for example, 1.8 per 1000 in the Swiss cohort in 2002–6 (Polesel *et al*, 2008) and 0.97 in three US states in 1996–2002 (Engels *et al*, 2008). With these rates, 120 cases of NHL would have occurred in HIV-positive subjects in the UK, compared with 11 expected, an excess of 109.

*HIV and other cancers   Hodgkin lymphoma*: Several prospective studies suggest that the risk of Hodgkin lymphoma is increased some 10-fold in HIV-infected subjects (Goedert *et al*, 1998; dal Maso *et al*, 2001; Grulich *et al*, 2002). Case series document unusually aggressive disease, including a higher frequency of the unfavourable histological subtypes (mixed cellularity and lympho-cyte depleted), advanced stages and poor therapeutic response compared with the behaviour of HD outside of the HIV setting. It is not clear whether most or all of these cases of Hodgkin lymphoma are related to EBV, all of which have already been attributed to infection with this virus. A separate calculation of HIV-attributable cases has not been carried out.

*HPV-associated cancers*: HPV-associated malignancies – most notably cancer of the cervix uteri and anal cancers – occur frequently in patients with HIV infection and AIDS (Frisch *et al*, 2000). In part, this may simply reflect the lifestyle factors associated with both infections – HIV-positive individuals are more likely to be infected by HPV. On the other hand, HIV may alter the natural history of HPV-associated oncogenesis through loss of immune control, facilitating infection with HPV or enhancing its persistence in cells and therefore increasing the development of squamous intraepithelial lesions (SIL). These cancers have already been attributed to infection with HPV.

HIV infection has been found to be associated with an increased risk of conjunctival SCC in follow-up of cohorts of HIV-positive subjects in the USA (Goedert and Coté, 1995; Frisch *et al*, 2001). With a relative risk of 10, about 1% of cases might be attributable to HIV, given the prevalence of infection in the UK. As only 23 cases of conjunctival cancer were registered in England in 2007, the number of attributable cases is ignored.

*Summary: HIV-related cancer*   In all, 172 cases of KS and 69 cases of NHL were caused by HIV and/or HHV-8 in 2010. Of the KS cases, 162 are attributed to infection with HIV.

## Human T lymphotropic virus

The evidence for the causal role of HTLV-1 in acute T-cell leukaemia/lymphoma (ATL) is compelling (IARC, 1996). Prevalence of HTLV infection in UK is available for first-time blood donors (HPA, 2009). Overall, it is 4.7 per 100 000 in men and 10.7 per 100 000 in women, strongly increasing with age. Based on the recorded incidence of ATL (ICD 91.5) in England in 2007, 25 cases would have been expected in the UK population.

## Summary

Table 3 summarises the quantification of cancers attributable to infections in the UK in 2010. The estimate is 3925 (2.5% of all cancers) in men and 5820 (3.7% of all cancers) in women. Of the total of 9745, the infectious agents making the largest contribution are HPV (5088 cases, 1.6% of all cancers), *H. pylori* (2559 cases, 0.8%) and EBV (1213 cases, 0.4%).

The cancers for which an infectious aetiology is most important are cervix uteri (2691 cases in 2010), stomach (2231) and the upper aerodigestive tract (mouth, pharynx and larynx – 1113 cases).

## DISCUSSION

Worldwide, 17.8% of all cancers are attributable to infections (Parkin, 2006), with a higher percentage in developing countries (26.3%), and an average of 7.7% in developed countries reflecting the higher prevalence of infection with the major causative agents (hepatitis viruses, HPV, *H. pylori*, HIV). The proportion in the UK is around half of the average for developed countries, and very similar to the estimate (3.5%) for the Netherlands (van Lier *et al*, 2008).

The results are dependent on the assumptions made about relative risk, and accuracy of the estimates of prevalence of infection in the general population. For some of the associations – especially in relation to HPV and anogenital cancers – the estimate of attributable fraction was based on the proportion of tumours in which the virus (as viral DNA) could be detected. The reason is mainly that prevalence of infection in the same tissues of normal individuals is usually unknown. This may overestimate attributable fractions, by including some cancer cases in which the presence of the virus was coincidental, without, for example, expressing viral oncoproteins. The estimate of HPV-attributable cancers of the oral cavity, pharynx and larynx attempts



**Table 3** Estimated numbers of cancers attributable to different infectious agents, UK 2010

| Cancer site | Estimated number of cancer cases by infectious agent | | | | | | Excess attributable cases (PAF) |
|---|---|---|---|---|---|---|---|
| | HPV | *H. pylori* | EBV | HBV and HCV | HIV and KSHV | HTLV | |
| *Males* | | | | | | | |
| Oral cavity and pharynx | 321 | | 241 | | | | 562 (0.35) |
| Larynx | 191 | | | | | | 191 (0.12) |
| Stomach | | 1304 | | | | | 1304 (0.82) |
| Anus | 328 | | | | | | 328 (0.21) |
| Liver | | | | 446 | | | 446 (0.28) |
| Kaposi | | | | | 147 | | 147 (0.09) |
| External genitalia | 190 | | | | | | 190 (0.12) |
| Non-Hodgkin lymphoma | | 182 | 31 | 38 | 52 | 12 | 316 (0.20) |
| Hodgkin lymphoma | | | 442 | | | | 442 (0.28) |
| Total | 1030 | 1486 | 713 | 484 | 200 | 12 | 3925 |
| % of all cancer[a] | 0.65 | 0.94 | 0.45 | 0.31 | 0.13 | 0.01 | 2.5% |
| *Females* | | | | | | | |
| Oral cavity and pharynx | 159 | | 160 | | | | 319 (0.21) |
| Larynx | 40 | | | | | | 40 (0.03) |
| Stomach | | 927 | | | | | 927 (0.60) |
| Anus | 559 | | | | | | 559 (0.36) |
| Liver | | | | 121 | | | 121 (0.08) |
| Kaposi | | | | | 25 | | 25 (0.02) |
| Cervix uteri | 2691 | | | | | | 2691 (1.73) |
| External genitalia | 608 | | | | | | 608 (0.39) |
| Non-Hodgkin lymphoma | | 145 | 9 | 14 | 16 | 13 | 197 (0.13) |
| Hodgkin lymphoma | | | 331 | | | | 331 (0.21) |
| Total | 4058 | 1072 | 501 | 135 | 41 | 13 | 5820 |
| % of all cancers[a] | 2.61 | 0.69 | 0.32 | 0.09 | 0.03 | 0.01 | 3.7% |
| *Persons* | | | | | | | |
| Oral cavity and pharynx | 480 | | 401 | | | | 881 (0.28) |
| Larynx | 232 | | | | | | 232 (0.07) |
| Stomach | | 2231 | | | | | 2231 (0.71) |
| Anus | 887 | | | | | | 887 (0.28) |
| Liver | | | | 567 | | | 567 (0.18) |
| Kaposi | | | | | 172 | | 172 (0.05) |
| Cervix uteri | 2691 | | | | | | 2691 (0.86) |
| External genitalia | 798 | | | | | | 798 (0.25) |
| Non-Hodgkin lymphoma | | 327 | 39 | 53 | 69 | 24 | 513 (0.16) |
| Hodgkin disease | | | 773 | | | | 773 (0.25) |
| Total | 5088 | 2559 | 1213 | 619 | 241 | 24 | 9745 |
| % of all cancers[a] | 1.62 | 0.81 | 0.39 | 0.20 | 0.08 | 0.01 | 3.1% |

Abbreviations: EBV = Epstein–Barr virus; *H. pylori* = *Helicobacter pylori*; HBV and HCV = hepatitis B and C viruses; HIV and KSHV = human immunodeficiency virus and human herpesvirus 8/Kaposi sarcoma; HPV = human papillomaviruses; HTLV = human T lymphotropic virus type 1; PAF = population-attributable fraction. [a]Excluding non-melanoma skin cancer.

to compensate for this, by estimating the number of aetiologically relevant infections (expressing E6 and E7 proteins, for example).

The estimate of infection-attributable cancer is a conservative one. Some other associations between infections and human cancers, for which there is reasonable evidence for causality, have not been taken into account. EBV has been detected in several types of cancer, other than those attributed to it in this analysis, with the most suggestive evidence implicating it in the aetiology of gastric cancer (Takada, 2002; Herrmann and Niedobitek, 2003). *Chlamydia trachomatis* infection has been shown to increase the risk of developing SCC of the cervix (Smith *et al*, 2004). In any case, no case of cancer has been attributed to more than one infectious agent, so that the numbers of infection-attributable cases can be calculated for different populations. Thus, for example, the risk of cancer of the cervix uteri may be increased by HIV infection (Frisch *et al*, 2001) as well as *C. trachomatis*, but as all cases are attributed to HPV, none are included as HIV-related cancers. In addition, the estimates of relative risk for those associations accepted as causal that have been used in the calculations are deliberately modest. For example, the relative risk

of liver cancer due to infection with hepatitis B is based on measurement of serum HBsAg. However, viral DNA can be found in many liver cancers without evidence of infection based on HBs antigenaemia or antibody to HCV (Paterlini *et al*, 1990). The relative risk of non-cardia gastric cancer in relation to infection with *H. pylori* that was used (5.9) may also be too modest; more sensitive techniques for estimating the presence of *H. pylori* (for example, by detecting bacterial DNA) have much higher relative risks (Mitchell *et al*, 2008), but as the prevalence estimates are based on the presence of anti-*H. pylori* antibody, we use the relative risk estimates based on the same techniques. Accepting that all non-cardia gastric cancers are caused by infection (*H. pylori* and/or EBV) as well as 10% of NHL are caused by HCV (independent of HIV) would not, however, greatly change the overall estimate.

See acknowledgements on page Si.

### Conflict of interest

The author declares no conflict of interest.


# REFERENCES

Armstrong AA, Weiss LM, Gallagher A, Jones DB, Krajewski AS, Angus B, Brown G, Jack AS, Wilkins BS, Onions DE (1992) Criteria for the definition of Epstein-Barr virus association in Hodgkin's disease. *Leukemia* 6: 869–874

Balogun AA, Ramsay ME, Hesketh LM, Andrews N, Osborne KP, Gay NJ, Morgan-Capner P (2002) The prevalence of hepatitis C in England and Wales. *J Infect* 45: 219–226

Banatvala N, Mayo K, Mégraud F, Jennings R, Deeks JJ, Feldman RA (1993) The cohort effect and *Helicobacter pylori*. *J Infect Dis* 168: 219–221

Beral V, Peterman T, Berkelman R, Jaffe H (1991) AIDS-associated non-Hodgkin lymphoma. *Lancet* 337: 805–809

Bezerra AL, Lopes A, Landman G, Alencar GN, Torloni H, Villa LL (2001) Clinicopathologic features and human papillomavirus DNA prevalence of warty and squamous cell carcinoma of the penis. *Am J Surg Pathol* 25: 673–678

Boshoff C, Weiss RA (2001) Epidemiology and pathogenesis of Kaposi's sarcoma-associated herpesvirus. *Phil Trans Roy Soc Lond B* 356: 517–534

Casabona J, Melbye M, Biggar RJ, the AIDS Registry Contributors (1991) Kaposi's sarcoma and non-Hodgkin's lymphoma in European AIDS cases. *Int J Cancer* 47: 49–53

Centers for Disease Control (1992) 1993 revised classification system for HIV infection and expanded surveillance case definition for AIDS among adolescents and adults. *Morb Mortal Wkly Rep* 41: 1–19

Cho LY, Yang JJ, Ko PL, Park B, Shin A, Lim MK, Oh JK, Park S, Kim YJ, Shin HR, Yoo KY, Park SK (2011) Coinfection of hepatitis B and C viruses and risk of hepatocellular carcinoma: systematic review and meta-analysis. *Int J Cancer* 128: 176–184

Cole P, MacMahon B (1971) Attributable risk percent in case-control studies. *Brit J Prev Soc Med* 25: 242–244

Coté TR, Biggar RJ, Rosenberg PS, Devesa SS, Percy C, Yellin FJ, Lemp G, Hardy C, Geodert JJ, Blattner WA (1997) Non-Hodgkin's lymphoma among people with AIDS: incidence, presentation and public health burden. AIDS/Cancer Study Group. *Int J Cancer* 73: 645–650

Curado M, Edwards B, Shin H (2007) *Cancer Incidence in Five Continents*, Vol. I to XI. IARC Scientific Publications No. 160. IARC: Lyon

Dal Maso L, Franceschi S (2006) Hepatitis C virus and risk of lymphoma and other lymphoid neoplasms: a meta-analysis of epidemiologic studies. *Cancer Epidemiol Biomarkers Prev* 15: 2078–2085

Dal Maso L, Serraino D, Franceschi S (2001) Epidemiology of AIDS-related tumours in developed and developing countries. *Eur J Cancer* 37: 1188–1201

Daling JR, Madeleine MM, Schwartz SM, Shera KA, Carter JJ, McKnight B, Porter PL, Galloway DA, McDougall JK, Tamimi H (2002) A population-based study of squamous cell vaginal cancer: HPV and cofactors. *Gynecol Oncol* 84: 263–270

de Sanjose S, Benavente Y, Vajdic CM, Engels EA, Morton LM, Bracci PM, Spinelli JJ, Zheng T, Zhang Y, Franceschi S, Talamini R, Holly EA, Grulich AE, Cerhan JR, Hartge P, Cozen W, Boffetta P, Brennan P, Maynadié M, Cocco P, Bosch R, Foretova L, Staines A, Becker N, Nieters A (2008) Hepatitis C and non-Hodgkin lymphoma among 4784 cases and 6269 controls from the International Lymphoma Epidemiology Consortium. *Clin Gastroenterol Hepatol* 6: 451–458

Donato F, Boffetta P, Puoti M (1998) A meta-analysis of epidemiological studies on the combined effect of hepatitis B and C virus infections in causing hepatocellular carcinoma. *Int J Cancer* 75: 347–354

Engels EA, Biggar RJ, Hall HI, Cross H, Crutchfield A, Finch JL, Grigg R, Hylton T, Pawlish KS, McNeel TS, Goedert JJ (2008) Cancer risk in people infected with human immunodeficiency virus in the United States. *Int J Cancer* 123: 187–194

Evans AS, Gutensohn NM (1984) A population-based case control study of EBV and other viral antibodies among persons with Hodgkin's disease and their siblings. *Int J Cancer* 34: 147–157

Frisch M, Biggar RJ, Engels EA, Goedert JJ (2001) AIDS-Cancer Match Registry Study Group. Association of cancer with AIDS-related immunosuppression in adults. *JAMA* 285: 1736–1745

Frisch M, Biggar RJ, Goedert JJ (2000) Human papillomavirus associated cancers in patients with human immunodeficiency virus infection and acquired immunodeficiency syndrome. *J Natl Cancer Inst* 92: 1500–1510

Frisch M, Fenger C, van den Brule AJC, Sørensen P, Meijer CJLM, Walboomers JMM, Adami H-O, Melbye M, Glimelius B (1999) Variants of squamous cell carcinoma of the anal canal and perianal

skin and their relation to human papillomaviruses. *Cancer Res* 59: 753–757

Gay NJ, Hesketh LM, Osborne KP, Farrington CP, Morgan-Capner P, Miller E (1999) The prevalence of hepatitis B infection in adults in England and Wales. *Epidemiol Infect* 122: 133–138

Gisbert JP, Garcia-Buey L, Pajares JM, Moreno-Otero R (2003) Prevalence of hepatitis C virus infection in B-cell non-Hodgkin's lymphoma: systematic review and meta-analysis. *Gastroenterology* 125: 1723–1732

Glaser SL, Lin RJ, Stewart SL, Ambinder RF, Jarrett RF, Brousset P, Pallesen G, Gulley ML, Khan G, O'Grady J, Hummel M, Preciado MV (1997) Epstein-Barr virus-associated Hodgkin's disease: epidemiologic characteristics in international data. *Int J Cancer* 70: 375–382

Gledhill S, Gallagher A, Jones DB, Krajewski AS, Alexander FE, Klee E, Wright DH, O'Brien C, Onions DE, Jarrett RF (1991) Viral involvement in Hodgkin's disease: detection of clonal type A Epstein-Barr virus genomes in tumour samples. *Br J Cancer* 64: 227–232

Goedert JJ, Coté TR (1995) Conjunctival malignant disease with AIDS in USA. *Lancet* 346: 257–258

Goedert JJ, Coté TR, Virgo P, Scoppa SM, Kingma DW, Gail MH, Jaffe ES, Biggar RJ (1998) Spectrum of AIDS-associated malignant disorders. *Lancet* 351: 1833–1839

Grulich AE, Beral V, Swerdlow AJ. (1992) Kaposi's sarcoma in England and Wales before the AIDS epidemic. *Br J Cancer* 66: 1135–1137

Grulich AE, Li Y, McDonald A, Correl PK, Law MG, Kaldor JM (2002) Rates of non-AIDS-defining cancers in people with HIV infection before and after AIDS diagnosis. *AIDS* 16: 1155–1161

Gutierrez MI, Bhatia K, Barriga F, Diez B, Muriel FS, de Andreas ML, Epelman S, Risueno C, Magrath IT (1992) Molecular epidemiology of Burkitt's lymphoma from South America: differences in breakpoint location and Epstein-Barr virus association from tumors in other world regions. *Blood* 79: 3261–3266

Hamilton-Dutoit SJ, Raphael M, Audouin J, Diebold J, Lisse I, Pedersen C, Oksenhendler E, Marelle L, Pallesen G (1993) *In situ* demonstration of Epstein-Barr virus small RNAs (EBER 1) in acquired immunodeficiency syndrome-related lymphomas: correlation with tumor morphology and primary site. *Blood* 82: 619–624

Health Protection Agency (HPA) (2006) *Hepatitis C in England: An Update.* Health Protection Agency Centre for Infections: London. http://www.hpa.org.uk/webc/HPAwebFile/HPAweb_C/1196942171852

Health Protection Agency (HPA) (2009) *NBS/Health Protection Agency Infection Surveillance. Six Month Summary Report No. 29: data to end of March 2009.* Health Protection Agency: London. http://www.hpa.org.uk/webc/HPAwebFile/HPAweb_C/1241418683965

Health Protection Agency (HPA) (2010) HIV in the United Kingdom: 2010 Report. *Health Prot Rep* 2010 4: 47. http://www.hpa.org.uk/webc/HPAwebFile/HPAweb_C/1287145367237

Helicobacter and Cancer Collaborative Group (2001) Gastric cancer and Helicobacter pylori: a combined analysis of 12 case-control studies nested within prospective cohorts. *Gut* 49: 347–353

Herrero R, Munoz N (1999) Human papillomavirus and cancer. In *Infections and Human Cancer. Cancer Surveys*, Weiss RA, Beral V, Newton R (eds) Vol. 33, pp 75–98. Cold Spring Harbor Laboratory Press: Cold Spring Harbor

Hessol NA, Seaberg EC, Preston-Martin S, Massad LS, Sacks HS, Silver S, Melnick S, Abulafia O, Levine AM; for the WIHS Collaborative Study Group (2004) Cancer risk among participants in the women's interagency HIV study. *J Acquir Immune Defic Syndr* 36: 978–985

Hoover DR, Black C, Jacobson LP, Martinez-Maza O, Seminara D, Saah A, Von Roenn J, Anderson R, Armenian HK (1993) Epidemiologic analysis of Kaposi's sarcoma as an early and later AIDS outcome in homosexual men. *Am J Epidemiol* 138: 266–278

IARC (2005) *Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol. 90, Human Papillomaviruses.* IARC: Lyon

IARC (1994a) *Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol. 61, Schistosomes, Liver Flukes and Helicobacter Pylori.* IARC: Lyon

IARC (1994b) *Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol. 59, Hepatitis Viruses.* IARC: Lyon

IARC (1997) *Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol. 70, Infections with Epstein-Barr Virus and Human Herpes Viruses.* IARC: Lyon

S56

IARC (1996) *Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol. 67, Human Immunodeficiency Viruses and Human T-cell Lymphotropic Viruses.* IARC: Lyon

International Collaboration on HIV and Cancer (2000) Highly active antiretroviral therapy and incidence of cancer in human immunodeficiency virus-infected adults. *J Natl Cancer Inst* 92: 1823–1830

Jarrett RF, Gallagher A, Jones DB, Alexander FE, Krajewski AS, Kelsey A, Adams J, Angus B, Gledhill S, Wright DH (1991) Detection of Epstein-Barr virus genomes in Hodgkin's disease: relation to age. *J Clin Pathol* 44: 844–848

Kosunen TU, Aromaa A, Knekt P, Salomaa A, Rautelin H, Lohi P, Heinonen OP (1997) Helicobacter antibodies in 1973 and 1994 in the adult population of Vammala, Finland. *Epidemiol Infect* 119: 29–34

Kreimer AR, Clifford GM, Boyle P, Franceschi S (2005a) Human papillomavirus types in head and neck squamous cell carcinomas worldwide: a systematic review. *Cancer Epidemiol Biomarkers Prev* 14: 467–475

Kreimer AR, Clifford GM, Snijders PJ, Castellsagué X, Meijer CJ, Pawlita M, Viscidi R, Herrero R, International Agency for Research on Cancer (IARC) Multicenter Oral Cancer Study Group (2005b) HPV16 semiquantitative viral load and serologic biomarkers in oral and oropharyngeal squamous cell carcinomas. *Int J Cancer* 115: 329–332

Herrmann K, Niedobitek G. (2003) Epstein-Barr virus-associated carcinomas: facts and fiction. *J Pathol* 199: 140–145

Lenoir GM, Delecluse HJ (1989) Lymphoma and the immuno-compromised host. In *Immune Disorders and Opportunistic Infections*, Revillard J-P, Wierzbicki N (eds). Foundation Franco-Allemande: Suresness, pp 173–183

Lenoir GM, Philip T, Sohier R (1984) Burkitt-type lymphoma: EBV association and cytogenetic markers in cases from various geographic locations. In *Pathogenesis of Leukaemias and Lymphomas: Environmental Influences, Progress in Cancer Research and Therapy*, Magrath IT, O'Conor GT, Ramot B (eds), Vol. 27. Raven Press: New York

Lundgren JD, Melbye M, Pedersen C, Rosenberg PS, Gerstoff J (1995) Changing patterns of Kaposi's sarcoma in Danish acquired immunodeficiency syndrome patients with complete follow-up. *Am J Epidemiol* 141: 652–658

Madeleine MM, Daling JR, Carter JJ, Wipf GC, Schwartz SM, McKnight B, Kurman RJ, Beckmann AM, Hagensee ME, Galloway DA (1997) Cofactors with human papillomavirus in a population-based study of vulvar cancer. *J Natl Cancer Inst* 89: 1516–1523

Matsuo K, Kusano A, Sugumar A, Nakamura S, Tajima K, Mueller NE (2004) Effect of hepatitis C virus infection on the risk of non-Hodgkin's lymphoma: a meta-analysis of epidemiological studies. *Cancer Sci* 95: 745–752

Mitchell H, English DR, Elliott F, Gengos M, Barrett JH, Giles GG, Forman D (2008) Immunoblotting using multiple antigens is essential to demonstrate the true risk of Helicobacter pylori infection for gastric cancer. *Aliment Pharmacol Ther* 28: 903–910

Mueller N, Evans A, Harris NL, Comstock GW, Jellum E, Magnus K, Orentreich N, Polk BF, Vogelman J (1989) Hodgkin's disease and Epstein-Barr virus. Altered antibody pattern before diagnosis. *New Engl J Med* 320: 689–695

Mueller NE, Birmann B, Parsonnet J, Schiffman M, Stuver S (2005) Infectious agents. In *Cancer Epidemiology and Prevention*, Schottenfeld D, Fraumeni JF Jr (eds) 3rd edn. Oxford University Press: Oxford, UK

Newton R, Ferlay J, Beral V, Devesa SS (1997) The epidemiology of non-Hodgkin's lymphoma: comparison of nodal and extra-nodal sites. *Int J Cancer* 72: 923–930

Parkin DM (2006) The global health burden of infection-associated cancers in the year 2002. *Int J Cancer* 118: 3030–3044

Parsonnet J, Hansen S, Rodriguez L, Gelb AB, Warnke RA, Jellum E, Orentreich N, Vogelman JH, Friedman GD (1994) Helicobacter pylori infection and gastric lymphoma. *N Engl J Med* 330: 1267–1271

Paterlini P, Gerken G, Nakajima E, Terre S, D'Errico A, Grigioni W, Nalpas B, Franco D, Wands J, Kew M (1990) Polymerase chain reaction to detect hepatitis B virus DNA and RNA sequences in primary liver cancers from patients negative for hepatitis B surface antigen. *N Engl J Med* 323: 80–85

Polesel J, Clifford GM, Rickenbach M, Dal Maso L, Battegay M, Bouchardy C, Furrer H, Hasse B, Levi F, Probst-Hensch NM, Schmid P, Franceschi S, Swiss HIV Cohort Study (2008) Non-Hodgkin lymphoma incidence in the Swiss HIV Cohort Study before and after highly active antiretroviral therapy. *AIDS* 22: 301–306

Ries LAG, Eisner MP, Kosary CL, Hankey BF, Miller BA, Clegg L, Mariotto A, Feuer EJ, Edwards BK (2004) (eds). *SEER Cancer Statistics Review, 1975–2001.* National Cancer Institute: Bethesda, MD. http://seer.cancer.gov/csr/1975_2001/

Roosendaal R, Kuipers EJ, Buitenwerf J, van Uffelen C, Meuwissen SG, van Kamp GJ, Vandenbroucke-Grauls CM (1997) Helicobacter pylori and the birth cohort effect: evidence of a continuous decrease of infection rates in childhood. *Am J Gastroenterol* 92: 1480–1482

Rubin MA, Kleter B, Zhou M, Ayala G, Cubilla AL, Quint WGV, Pirog EC (2001) Detection and typing of human papillomavirus DNA in penile carcinoma. *Am J Pathol* 159: 1211–1218

Serrano D, Pezzotti P, Dorrucci M, Alliegro MB, Sinicco A, Rezza G (1997) Cancer incidence in a cohort of human immunodeficiency virus seroconverters: HIV Italian seroconversion study group. *Cancer* 79: 1004–1008

Shah KV (1998) Do human papillomavirus infections cause oral cancer? *J Natl Cancer Inst* 90: 1585–1586

Smith JS, Bosetti C, Munoz N, Herrero R, Bosch FX, Eluf-Neto J, Meijer CJ, Van Den Brule AJ, Franceschi S, Peeling RW (2004) IARC multicentric case-control study. Chlamydia trachomatis and invasive cervical cancer: a pooled analysis of the IARC multicentric case-control study. *Int J Cancer* 111: 431–439

Takada K (2000) Epstein-Barr virus and gastric carcinoma. *Mol Pathol* 53: 255–261

Trimble CL, Hildesheim A, Brinton LA, Shah KV, Kurman RJ (1996) Heterogeneous etiology of squamous carcinoma of the vulva. *Obstet Gynecol* 87: 59–64

The UK Collaborative Group for HIV and STI Surveillance (UKCGHS) (2006) *A Complex Picture. HIV and Other Sexually Transmitted Infections in the United Kingdom: 2006.* Health Protection Agency Centre for Infections: London. http://www.hpa.org.uk/webc/HPAwebFile/HPAweb_C/1194947366435

van Houten VM, Snijders PJ, van den Brekel MW, Kummer JA, Meijer CJ, van Leeuwen B, Denkers F, Smeele LE, Snow GB, Brakenhoff RH (2001) Biological evidence that human papillomaviruses are etiologically involved in a subgroup of head and neck squamous cell carcinomas. *Int J Cancer* 93: 232–235

van Lier EA, van Kranen HJ, van Vliet JA, Rahamat-Langendoen JC (2008) Estimated number of new cancer cases attributable to infection in the Netherlands in 2003. *Cancer Lett* 272: 226–231

Vyse AJ, Gay NJ, Hesketh LM, Andrews NJ, Marshall B, Thomas HI, Morgan-Capner P, Miller E (2002) The burden of Helicobacter pylori infection in England and Wales. *Epidemiol Infect* 128: 411–417

Walboomers JM, Jacobs MV, Manos MM, Bosch FX, Kummer JA, Shah KV, Snijders PJ, Peto J, Meijer CJ, Munoz N (1999) Human papillomavirus is a necessary cause of invasive cervical cancer worldwide. *J Pathol* 189: 12–19

Weinreb M, Day PJR, Niggli F, Powell JE, Raafat F, Hesseling PB, Schneider JW, Hartley PS, Tzortzatou-Stathopoulou F, Khalek ER, Mangoud A, El-Safy UR (1996) The role of Epstein-Barr virus in Hodgkin's disease from different geographical areas. *Arch Dis Child* 74: 27–31

Weiss LM, Movahed LA, Warnke RA, Sklar J (1989) Detection of Epstein-Barr viral genomes in Reed-Sternberg cells of Hodgkin's disease. *New Engl J Med* 320: 502–506

Ziegler JL, Drew WL, Miner RC, Mintz L, Rosenbaum E, Gershow J, Lennette ET, Greenspan J, Shillitoe E, Beckstead J, Casavant C, Yamamoto K (1982) Outbreak of Burkitt's-like lymphoma in homosexual men. *Lancet* 2: 631–633

 This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/



British Journal of Cancer (2011) 105, S57 – S65
© 2011 Cancer Research UK   All rights reserved 0007 – 0920/11
www.bjcancer.com



# 12.

# Cancers in 2010 attributable to ionising radiation exposure in the UK

**DM Parkin*,1 and SC Darby2**

1Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK;
2Clinical Trial Service Unit & Epidemiological Studies Unit, University of Oxford, Oxford, UK

British Journal of Cancer (2011) **105,** S57 – S65; doi:10.1038/bjc.2011.485   www.bjcancer.com
© 2011 Cancer Research UK

The hazards of exposure to some types of ionising radiation were recognized shortly after the discovery of the X-ray in 1895: by 1902 the first radiation-associated cancer was reported in a skin sore and, within a few years, a large number of such skin cancers had been observed. The first report of leukaemia in radiation workers appeared in 1911. Since then there have been many reviews of the health effects of ionising radiation, most notably in the reports of the United Nations Scientific Committee on the Effects of Atomic Radiation (UNSCEAR) (see, for example, UNSCEAR, 2006). The International Agency for Research on Cancer's Monographs on the Carcinogenic Risk to Humans also reviewed the effects of ionising radiation, both in the form of exposure to external γ or X-rays (IARC, 2000) and as α and β particles from internalised radionuclides (IARC, 2001), and all these types of radiation were classified as carcinogenic to humans.

The UK Health Protection Agency (HPA) reviews exposure to ionising radiation among the population of the UK from sources of both natural and artificial origin. A summary of their most recent evaluation is shown in Table 1. Quantitatively, radon was the most important source and contributed about half the total, followed by other sources of natural radiation (cosmic, gamma and internal) contributing about 35%, and medical radiation (which included radiation received during diagnostic procedures, but excluded therapeutic irradiation) at 15%.

In the present report we have estimated the number of cancers attributable to ionising radiation in the population of the UK in 2010. We have considered the sources of exposure included in the HPA's review and, in addition, we have estimated the number of second cancers associated with therapeutic radiation.

## METHODS AND RESULTS

### Radon

The chemically inert gas radon-222 arises from the uranium-238 present throughout the earth's crust and is a ubiquitous air pollutant. If inhaled, radon itself is mostly exhaled immediately, but its short-lived progeny are solid and tend to deposit on the

bronchial epithelium, where they may expose sensitive cells to alpha irradiation. Radon has been classified as carcinogenic to humans (IARC, 2001). Outdoor radon concentrations in the UK are low, but indoor concentrations are higher, especially in houses and other small buildings, and indoor radon at home is the largest source of exposure to natural ionising radiation. Gray et al (2009) used information on the distribution of measured radon gas concentrations in UK homes from a nationwide representative survey (Wrixon et al, 1988) together with estimates of the percentage increase in the risk of lung cancer per $100 \, Bq \, m^{-3}$ increase in the long-term average radon concentration at home, in people with well-documented smoking histories (Darby et al, 2005, 2006) to estimate the burden of fatal radon-induced lung cancer in the UK in 2006.

Table 2a shows the results from Gray et al (2009). Table 2b shows the estimated number of cases of lung cancer caused by radon in 2010, based on the number of deaths in Table 2a and the total number of deaths from lung cancer in the UK in 2006 (by age group and sex). It assumes that the fraction of lung cancer cases due to radon is the same as the fraction of lung cancer deaths (that is, that the risk of death from lung cancer in lung cancer patients is the same in radon-induced cases and other cases).

The 1376 cases of lung cancer attributable to residential radon represent 3.4% of the total number of lung cancer cases estimated to have occurred in the UK in 2010 (or 0.4% of all new cancers in 2010). Of these, 57% of the radon-induced cancers occurred in individuals aged 55 – 74 years. Most of the remainder occurred in individuals aged over 75, with 3% at ages <55 (Table 2b). Of the radon-induced lung cancers, 55% were in men. The vast majority of radon-induced lung cancers are caused jointly by radon and active smoking in the sense that the lung cancer could have been avoided by avoiding either exposure; radon alone was estimated to be responsible for only 157 deaths in 2006 (0.5% of lung cancer deaths) (Gray et al, 2009). This is equivalent to 182 cases in 2010 (0.45% of lung cancer cases, 0.06% of all cancers).

### Medical exposures

Medical exposures to ionising radiation include those for diagnostic (X-rays and nuclear medicine) and therapeutic purposes (radiotherapy). Although we are concerned here with

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk

**Cancer, lifestyle and environment in the UK in 2010**



S58

**Table 1** Summary of the Health Protection Agency's review of the annual exposure of the UK population from all sources of ionising radiation

| Source | Average annual dose ($\mu$Sv)[a] | Total (%) |
|---|---|---|
| *Natural* | | |
| Cosmic | 330 | 12 |
| Gamma | 350 | 13 |
| Internal | 250 | 9.5 |
| Radon[b] | 1300 | 50 |
| *Artificial* | | |
| Medical (diagnostic only) | 410 | 15 |
| Occupational | 6 | 0.2 |
| Fallout | 6 | 0.2 |
| Discharges | 0.9 | <0.1 |
| Consumer products | 0.1 | <0.1 |
| Total (rounded) | 2700 | 100 |

Based on Hughes *et al* (2005). [a]Throughout this report the term 'dose' is used to indicate 'committed effective dose' unless otherwise specified. 'committed effective dose' is derived by considering the absorbed dose (in joules per kilogram) and then multiplying it by a weighting factor to take account of the type of radiation involved. For sources that do not involve a uniform dose to the whole body, the doses to specific organs are further weighted according to factors recommended by the International Commission on Radiological Protection (ICRP, 2007). [b]Assuming that living for a year in a home with a long-term average radon gas concentration of 20 Bq m$^{-3}$ gives rise to a dose of about 1000 $\mu$Sv.

**Table 2a** Lung cancer deaths in 2006 attributable to residential radon exposure in the UK

| Age (years) | Number of deaths | | |
|---|---|---|---|
| | **Males** | **Females** | **Total** |
| <35 | ≈0.5 | ≈0.5 | 1 |
| 35–54 | 35 | 29 | 64 |
| 55–74 | 312 | 216 | 528 |
| ⩾75 | 290 | 227 | 517 |
| All ages | 637 | 473 | 1110 |

From Gray *et al* (2009).

evaluating the negative consequences – in terms of the number of cancer cases likely to be induced by such radiation – these should be set in the context of the substantial benefits accruing through the management of individual patients.

*Diagnostic X-rays*  Diagnostic X-rays are the largest man-made source of radiation exposure to the general population, contributing about 15% of the total annual dose in the UK from all sources (see Table 1). Although diagnostic X-rays provide great benefits, their use involves a small risk of developing cancer. Berrington de González and Darby (2004) estimated the extent of this risk on the basis of the annual number of diagnostic X-rays undertaken in the UK. They combined data on the frequency of diagnostic X-ray use in 1991–1996, the estimated radiation doses from X-rays to individual body organs, and risk models (based mainly on the Japanese atomic bomb survivors, see UNSCEAR, 2000), with population-based cancer incidence rates from the UK in 1988–92. They estimated the attributable fraction of cases for nine types of cancer, and for all radiation-inducible cancers (i.e., all cancers except lymphomas, multiple myeloma, and chronic lymphocytic leukaemia (CLL)). In their analysis, the cumulative risks (and attributable fractions) were calculated up to age 75. But, under the assumption that radiation-induced cancer risks persist indefinitely, the same population-attributable fractions (PAFs) should be applicable to cases occurring after age 75.

**Table 2b** Estimated lung cancer cases in 2010 attributable to residential radon in the UK by age and sex

| Age (years) | Number of cases | | |
|---|---|---|---|
| | **Males** | **Females** | **Total number (%)** |
| <35 | 0 | 1 | 1 (<0.1) |
| 35–54 | 20 | 21 | 41 (3) |
| 55–74 | 436 | 342 | 778 (57) |
| ⩾75 | 302 | 254 | 556 (40) |
| All ages | 759 | 618 | 1376 (100) |

Applying the PAFs calculated on the basis of radiation exposure in the mid-1990s to the cancers diagnosed in the UK in 2010 (Table 3) suggests that some 1861 cases, or 0.6% of all cancers, were caused by diagnostic radiation.

*Nuclear medicine*  Small amounts of radiation are received through administration of radio-isotopes for diagnostic or therapeutic purposes. Three surveys of the frequency of different nuclear medicine procedures in the UK and the annual collective dose arising from them have been carried out by the HPA. Based on the most recent survey, which was carried out in 2003–4, the estimated total annual collective dose from diagnostic nuclear medicine procedures was 1620 man Sv, which was approximately 32% higher than at the time of the second survey in 1989, and 67% higher than at the time of the first survey in 1982 (Hart and Wall, 2005). The 2003–4 survey was the first to consider doses from therapeutic nuclear medicine procedures, and the estimated annual collective dose to the UK population from treatment of the three commonest disorders (thyroid carcinoma, thyrotoxicosis and non-toxic goitre) was 742 man Sv. The procedures with the largest contributions to estimated collective dose (>50 man Sv) in 2003–4 are shown in Table 4.

The doses to different organs of the body can be estimated on the basis of the total administered activity for different procedures and conversion factors using estimates of the dose to different organs per unit activity administered. The estimates were taken from publications of the International Commission on Radiological Protection (ICRP, 1988, 1998). Thus, for example, the effective dose of $^{99}$Tc$^m$ phosphates is $5.7 \times 10^{-3}$ mSv MBq$^{-1}$, while the dose to the bladder is $4.8 \times 10^{-2}$ mSv MBq$^{-1}$ (in adults). We may therefore estimate the annual collective bladder dose in UK in 2003–4 as $601 \times (0.048/0.0057)$ or 5061 man Sv.

Organ-specific dose estimates were prepared for 2003–4, 1989 and 1982, with linear interpolation for the intervening years. For years prior to 1982, we assumed the same organ-specific dose profile as in 1982, with a linear diminution in exposure back to zero in 1950, the period around which diagnostic radio isotopes were coming into medical use in UK. For the years 2005–10, we assumed the same organ-specific dose profile as in 2003–4, with the same linear change in exposure as observed in the period 1989–2003/4.

Figure 1 shows the estimated annual collective dose for five specific organs and also the corresponding effective dose to the whole body. These collective doses for the whole population have been converted to average doses for individuals in each age and sex group in the population by multiplying the collective doses by weights proportional to the distribution of exposure in the different age and sex groups, and then dividing by the number of people in the appropriate population at risk. The age and sex distribution of exposures to radioactive isotopes in nuclear medicine is not known; therefore, as a proxy, we assume that it is proportional to the distribution of new cases of cancer in the relevant time period. This is because most investigations occur in the context of chronic disorders (including, very often, suspected

© 2011 Cancer Research UK

**Table 3** Estimated cancer cases in the UK in 2010 by caused by diagnostic radiation

| Cancer | Males | | | | | Females | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Cumulative risk at ages 0−74 (%)[a] | | | Number of cases in 2010 at all ages | | Cumulative risk at ages 0−74 (%)[a] | | | Number of cases in 2010 at all ages | |
| | Radiation induced | Population | PAF (%) | Observed cases | Excess attributable cases | Radiation induced | Population | PAF (%) | Observed cases | Excess attributable cases |
| Oesophagus | 0.002 | 0.67 | 0.3 | 5713 | 17 | 0.002 | 0.33 | 0.6 | 2819 | 17 |
| Stomach | 0.006 | 1.33 | 0.5 | 4467 | 20 | 0.005 | 0.55 | 0.9 | 2577 | 23 |
| Colon-rectum | 0.014 | 1.56 | 0.9 | 22 127 | 199 | 0.026 | 1.45 | 1.8 | 17 787 | 319 |
| Liver | 0.001 | 0.18 | 0.6 | 2270 | 13 | 0.001 | 0.09 | 1.1 | 1298 | 14 |
| Lung | 0.007 | 5.50 | 0.1 | 22 273 | 28 | 0.013 | 2.46 | 0.5 | 18 132 | 96 |
| Female breast | — | — | — | 0 | 0 | 0.009 | 6.77 | 0.1 | 48 385 | 62 |
| Bladder | 0.034 | 1.70 | 2.0 | 6713 | 134 | 0.009 | 0.56 | 1.7 | 2572 | 43 |
| Thyroid | <0.001 | 0.06 | 0.4 | 602 | 2 | 0.001 | 0.15 | 0.8 | 1776 | 14 |
| Leukaemia (excluding CLL) | 0.008 | 0.60 | 1.3 | 3002 | 40 | 0.008 | 0.42 | 1.9 | 2182 | 42 |
| All above | 0.072 | 11.60 | 0.6 | 67 167 | 453 | 0.074 | 12.77 | 0.6 | 97 528 | 630 |
| Other radiation-inducible | 0.051 | 8.80 | 0.6 | 79 828 | 462 | 0.052 | 8.06 | 0.6 | 48 994 | 316 |
| All cancers[b] | | | 0.6 | 158 667 | 915 | | | 0.6 | 155 584 | 946 |

Abbreviations: CLL = chronic lymphocytic leukaemia; PAF = population-attributable fraction. [a]Cumulative risks, based on exposures in 1991−6, from Berrington de González and Darby (2004). [b]Excluding non-melanoma skin cancer.

**Table 4** Nuclear medicine procedures and estimated radiation doses

| | | Isotope | Average dose per procedure (mSv) | Annual collective dose 2003−4 (man Sv) |
|---|---|---|---|---|
| *Diagnostic* | | | | |
| Bone scan | 99Tc[m] | Phosphates | 3.0 | 601 |
| Myocardium | 201Tl | Thallous chloride | 12.9 | 209 |
| Myocardium | 99Tc[m] | Tetrofosmin | 3.1 | 196 |
| Myocardium | 99Tc[m] | Sestamibi | 3.7 | 92 |
| Lung perfusion | 99Tc[m] | MAA | 0.9 | 85 |
| Tumours (PET) | 18F | FDG | 7.0 | 83 |
| *Therapeutic* | | | | |
| Thyroid carcinoma | 131I | Iodide | 259.0[a] | 437 |
| Thyrotoxicosis and goiter | 131I | Iodide | 29.0[a] | 305 |

Abbreviations: mSv = milli-Sievert; man Sv = man-Sievert. Based on Hart and Wall (2005). [a]Excludes dose to the thyroid.

cancer). The populations in 5-year periods were taken to be equivalent to the census at the mid-year.

Figure 2 shows the estimated average individual effective dose to the whole body, in mSv, in 1982 and 2003−4 for males and females combined.

As we wish to estimate the effect of these estimated annual doses on cancer incidence in 2010, we estimated cumulative dose for specific age groups in 2005, thereby assuming a minimum 5-year latency between exposure and effect, as in BEIR VII (NRC, 2006). Cumulative exposures are small: <1 mSv before age 60, for example, and only about 6.5 mSv (males) and 4 mSv (females) by age 90. To estimate the effects of such radiation for cancers other than leukaemia, we used the cancer risk estimates, expressed as excess relative risks (ERRs) per Sv, from the report of UNSCEAR (2006) as summarised in Table 5.

The ERRs in 2005, together with the estimated doses, were applied to the observed numbers of solid cancer cases in 2010, to obtain the attributable cancers. The total was small – only about 4 excess cases in each sex.

For leukaemia, the relationship between risk and exposure is more complex, as ERR depends not only on dose but also on age at exposure, and time since exposure, and varies by sex. The BEIR



**Figure 1** Estimated annual collective doses from nuclear medicine, for five specific organs and for the whole body. The estimate for the whole body is a weighted average of the estimates for specific organs, using the tissue-weighting factors recommended by the ICRP. These were chosen to represent approximately the relative contributions from different organs to the total number of radiation-induced cancers that would arise following uniform irradiation of the whole body (ICRP, 2007).

VII report (NRC, 2006) used a model that expressed ERR as a linear-quadratic function of dose, with allowance for dependencies on sex, age at exposure and time since exposure. The preferred model took the form:

$$ERR = \beta D(1 + \theta D) \exp[\gamma e^* + \delta \log(t/25) + \phi e^* \log(t/25)]$$

where $D$ is the dose (Sv), $t$ is the time since exposure (years), $e^* = (e-30)/10$ for $e < 30$, and $= 0$ for $e \geqslant 30$, where $e$ is age at exposure in years; $\beta = 1.1$ for males, 1.2 for females); $\gamma = -0.40$ per decade (of age at exposure); $\delta = -0.48$; $\phi = 0.42$; and $\theta = 0.87$.



The model is valid only for the period ⩾5 years following exposure. Therefore, the formula is used to calculate ERR in each age group, assuming annual doses estimated as described above, starting at those aged 5–9 years in 2010, who would have been first exposed at a mean age of 2.5. The BEIR VII committee (NRC, 2006) dealt with recent exposures by assuming that the excess absolute risk in the period 2–5 years following exposure is equal to that observed 5 years after exposure. Therefore, for the youngest age group (0–4 years), we derived the ERR by assuming that the excess absolute risk was the same as that for children aged 5–9 years who had been exposed at (mean) age 2.5. As exposures are assumed to have been occurring since 1950, we assume that the relative risks in each 5-year age group are multiplicative. That is, the relative risk in children aged 10–14 years in 2010 is the product of that in children exposed for 5 years at (mean) age 7.5 and that in children exposed for 10 years at (mean) age 2.5. As in the BEIR VII report (NRC, 2006), we assumed that the risk of CLL is not influenced by exposure to radiation, so the estimated ERRs were applied to the number of leukaemia cases in the UK, excluding CLL. The proportions of CLL cases among all leukaemia were taken from the published data for England for 2007 (ONS, 2010). We estimate that 7.7 cases of leukaemia in males (0.17% of all leukaemia) and 4.5 in females (0.14% of leukaemia cases) might be attributable to exposures received through nuclear medicine.

Adding the solid cancers and leukaemia cases, the total estimate for cancers attributable to radiation received through nuclear medicine exposures in 2010 is 11.5 in males (0.007% of all cancers) and 7.9 cancers in females (0.005% of all cancers).

*Therapeutic radiation*   Around 3% of the UK population are cancer survivors, with the total number now around 2 million and increasing by 3% per annum (Maddams et al, 2009). Many cancer survivors have received radiotherapy, and such treatment usually involves some incidental irradiation of the surrounding normal tissues, thus increasing the risk of a radiation-associated second cancer. Up until now, estimates of the radiation exposure of the UK population have not included exposure from radiotherapy, and the total number of cancers in the UK population associated with past radiation exposure from radiotherapy has not been assessed previously.

Maddams et al (2011) have prepared estimates of the cancer burden in the UK in 2007 due to radiotherapy. The method used was based on estimates of the numbers of cancer survivors in the UK at the beginning of 2007 (by cancer site, sex, age and time since diagnosis), the proportion that had received treatment by radiotherapy, and the relative risk of a second cancer associated with previous radiotherapy (from the United States Surveillance Epidemiology and End Results (SEER) programme (Curtis et al, 2006)). The methodology for preparing estimates of the number of cancer survivors for England is described in Maddams et al (2009); age- and sex-specific population ratios between England and the UK were then used to scale these numbers to a UK level. The radiotherapy proportions from the Thames Cancer Registry were applied to the estimated numbers of cancer survivors in the UK at the beginning of 2007 to provide an estimate of the number who had, and the number who had not, received radiotherapy, by sex, age, cancer site and time since diagnosis (in periods <1, 1–4, 5–9, 10–14, 15–19, 20–35 years). The numbers of second cancers associated with radiotherapy were estimated for 13 cancer sites, based on the risk, relative to the general population (of the SEER registry areas), of developing a second cancer, for intervals <1, 0–4, 5–9 and 10+ years post diagnosis of the first cancer, for cancer survivors who had received radiotherapy ($R_{rt+}$) and those who had not ($R_{rt-}$). The excess risk of cancer due to radiotherapy, relative to the general population (ERR), is then given by

$$ERR = R_{rt+} - R_{rt-}$$

For each of the 13 cancer sites, the numbers of second cancers expected in the UK during 2010 associated with radiotherapy for a previous cancer were estimated using incidence rates for 2010 in the UK population and the relative risk of a second cancer in cancer survivors. To estimate the total number of second cancers, the numbers estimated to have occurred among survivors of the 13 selected cancer sites were multiplied by the ratio of the number of cancer survivors for all cancers combined to that for just the 13 selected sites combined, by sex, age group and time since diagnosis.

Table 6 shows estimates of the numbers of second cancers (all malignant neoplasms excluding non-melanoma skin cancer) diagnosed in the UK in 2010 among people who had previously been diagnosed with one of the 13 selected sites of the initial cancer.



**Figure 2**   Average individual effective dose to the whole body (mSv), from nuclear medicine practice, 1982 and 2003–4, males and females combined.

**Table 5**   Excess relative risk (% per Sievert)

| Excess relative risks (% per Sievert) by cancer and sex | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oesophagus | | Stomach | | Colon | | Liver | | Lung | | Bone | | Breast | | Bladder | | Brain and CNS | | Thyroid | | All other solid cancers | |
| M | F | M | F | M | F | M | F | M | F | M | F | M | F | M | F | M | F | M | F | M | F |
| 0.68 | 0.39 | 0.44 | 0.21 | 1.44 | 1.21 | 0.16 | 0.11 | 2 | 4.93 | 0.19 | 0.14 | — | 8.88 | 2.08 | 0.73 | 0.41 | 0.29 | 0.16 | 0.44 | 3.87 | 2.4 |

Abbreviations: CNS, central nervous system; F, female; M, male. Based on United Nations Scientific Committee on the Effects of Atomic Radiation (UNSCEAR) Table 71 (2006). Excess relative risk = relative risk−1.

© 2011 Cancer Research UK



**Table 6**  Total numbers of second cancers expected in the UK in 2010, and those associated with the excess risk of cancer due to previous radiotherapy, by site of first cancer (13 selected cancer sites)

| First cancer type | Expected number of second cancers[a] | Number (%) associated with radiotherapy for first cancer | |
|---|---|---|---|
| *Males* | | | |
| Oral cavity and pharynx | 243 | 47 | (19.3) |
| Oesophagus | 85 | 8 | (9.8) |
| Stomach | 177 | 1 | (0.7) |
| Colorectal | 1751 | 44 | (2.5) |
| Larynx | 391 | 32 | (2.5) |
| Lung | 422 | 33 | (7.7) |
| Prostate | 2006 | 103 | (5.1) |
| Testes | 217 | 23 | (10.8) |
| Hodgkin lymphoma | 218 | 34 | (10.8) |
| Non-Hodgkin lymphoma | 391 | 2 | (0.4) |
| Total (above 10 sites) | 5899 | 328 | (5.6) |
| *Females* | | | |
| Oral cavity and pharynx | 120 | 20 | (16.6) |
| Oesophagus | 45 | 6 | (12.7) |
| Stomach | 74 | 0 | (0.4) |
| Colorectal | 1248 | 22 | (1.7) |
| Larynx | 51 | 4 | (1.7) |
| Lung | 150 | 8 | (5.1) |
| Breast | 7429 | 626 | (8.4) |
| Cervix uteri | 526 | 90 | (17.1) |
| Corpus uteri | 691 | 61 | (8.9) |
| Hodgkin lymphoma | 145 | 28 | (19.2) |
| Non-Hodgkin lymphoma | 286 | 1 | (0.4) |
| Total (above 11 sites) | 10766 | 866 | (8.0) |

[a]Second cancers exclude those at the same site as the first, except for oral cavity and pharynx, colorectal and contralateral breast cancers. Also excluded are all leukaemias diagnosed within one year of any first cancer and all second cancers of other sites diagnosed within 5 years of any first cancer.

**Table 7**  Expected number of second cancers in 2010, by site of second cancer, in survivors of selected primary cancers,[a] and those associated with the excess risk of cancer due to radiotherapy for the initial cancer

| Second cancer type[a] | Expected number of second cancers[b] | Number (%) associated with radiotherapy for first cancer | |
|---|---|---|---|
| *Males* | | | |
| Oral cavity and pharynx | 179 | 18 | (9.9) |
| Oesophagus | 280 | 74 | (26.3) |
| Stomach | 178 | 14 | (7.7) |
| Colorectal | 836 | 25 | (3.0) |
| Pancreas | 146 | 3 | (2.0) |
| Larynx | 57 | 4 | (7.6) |
| Lung | 859 | 86 | (10.0) |
| Melanoma of the skin | 154 | 4 | (2.8) |
| Prostate | 751 | 0 | (0.0) |
| Bladder | 318 | 23 | (7.2) |
| Leukaemia | 256 | 0 | (0.0) |
| Other sites | 1886 | 77 | (4.1) |
| All[c] | 5899 | 328 | (5.6) |
| *Females* | | | |
| Oral cavity and Pharynx | 132 | 1 | (0.8) |
| Oesophagus | 232 | 85 | (36.6) |
| Stomach | 170 | 19 | (11.0) |
| Colorectal | 1040 | 48 | (4.6) |
| Pancreas | 222 | 10 | (4.4) |
| Lung | 1003 | 188 | (18.8) |
| Melanoma of the skin | 238 | 43 | (17.9) |
| Breast | 3905 | 129 | (3.3) |
| Cervix | 30 | 2 | (7.9) |
| Corpus uteri | 377 | 35 | (9.3) |
| Ovary | 298 | 12 | (4.1) |
| Bladder | 187 | 15 | (7.9) |
| Leukaemia | 218 | 39 | (18.1) |
| Other sites | 2712 | 240 | (8.8) |
| All[c] | 10766 | 866 | (8.0) |

[a]Primary cancers as listed in Table 6. [b]Second cancers exclude those at the same site as the first, except for oral cavity and pharynx, colorectal and contralateral breast cancers. Also excluded are all leukaemias diagnosed within one year of any first cancer and all second cancers of other sites diagnosed within 5 years of any first cancer. [c]Excluding non-melanoma skin cancer.

For these 13 sites, we estimate that there would have been 5899 cancers diagnosed in male survivors and 10 766 in female survivors and that, of these, 328 (5.6%) in men and 866 (8.0%) in women were associated with radiotherapy. These second cancers exclude those at the same site as the first, except for cancers of the oral cavity and pharynx, colon – rectum and contralateral breast.

The greatest number of second cancers in the UK in 2010 was among female survivors of breast cancer – 7429 cancers, of which 626 (8.4%) were associated with radiotherapy for the initial breast cancer; these represent 52.4% of the 1194 radiotherapy-associated cancers occurring among survivors of the 13 sites considered. There were also relatively large numbers of cancers occurring among survivors of colorectal cancer (2999: i.e., 1751 in males and 1248 in females) and prostate cancer (2006), although the percentages of these that were associated with radiotherapy were relatively small (2.2% and 5.1%, respectively). Of the second cancers that occurred among survivors of cancer of the oral cavity and pharynx, cervix uteri, and Hodgkin lymphoma, over 15% were estimated to be associated with radiotherapy for the first cancer.

Table 7 summarises the estimated numbers of cancers at different sites occurring in 2010 among the survivors of cancer at any of the 13 selected sites considered, and the numbers of these associated with radiotherapy. The most important among those estimated to be radiation-associated, in terms of numbers of cases, are cancers of the lung (274), oesophagus (159) and female breast (129). In all, 14.7% of second lung cancers were associated with radiotherapy, as were 31.1% of the oesophageal cancers. However, only 3.3% of breast cancers occurring in cancer survivors were radiotherapy-associated.

Table 8 (left-hand columns) shows the distribution of radiotherapy-related second cancers in 2010, in survivors of one of the 13 cancers considered, by age group and sex. The numbers are expressed as a percentage of all second cancers, and as a percentage of all cancers registered in the UK population. It also shows (right-hand columns) the estimated total number of radiotherapy-related second cancers occurring: 430 cases in men (0.26% of all new cancer cases) and 950 cases in women (0.60% of all new cancers).

## Other forms of natural background radiation

As noted in Table 1, apart from radon, ionising radiation exposure comes naturally from cosmic rays, followed by terrestrial sources of gamma radiation, and 'internal' emissions.

Cosmic rays are particles that travel through interstellar space. The sun is a source of some of these particles; others come from exploding stars (supernovas). Exposure is increased by air travel at high altitudes.

The amount of terrestrial radiation from rocks and soils varies geographically depending on their local content of uranium.

'Internal' emissions come from radioactive isotopes in food and water and from the human body itself. Exposures from eating and drinking are due in part to the uranium and thorium series of radioisotopes present in food and drinking water. Carbon-14 is present in all living things, and accumulates in the food chain and





**Table 8** Expected number of second cancers in the UK in 2010 associated with radiotherapy for a previous cancer, by age and sex

| Age group (years) | Among survivors of 13 selected cancers[a] | | | Among all cancer survivors | |
|---|---|---|---|---|---|
| | Number | % of second cancers | % of all cancers[b] | Number | % of all cancers[b] |
| *Males* | | | | | |
| 0–34 | 0 | 4.7 | 0.01 | 1 | 0.02 |
| 35–44 | 2 | 9.5 | 0.05 | 3 | 0.08 |
| 45–54 | 9 | 10.9 | 0.08 | 12 | 0.11 |
| 55–64 | 36 | 9.0 | 0.11 | 45 | 0.14 |
| 65–74 | 82 | 6.0 | 0.16 | 100 | 0.19 |
| ⩾75 | 199 | 4.9 | 0.33 | 269 | 0.44 |
| All ages | 328 | 5.6 | 0.20 | 430 | 0.26 |
| *Females* | | | | | |
| 0–34 | 0 | 7.1 | 0.01 | 1 | 0.02 |
| 35–44 | 4 | 6.4 | 0.05 | 6 | 0.07 |
| 45–54 | 29 | 6.6 | 0.15 | 34 | 0.18 |
| 55–64 | 137 | 7.5 | 0.44 | 150 | 0.48 |
| 65–74 | 255 | 8.7 | 0.68 | 277 | 0.74 |
| ⩾75 | 440 | 8.0 | 0.79 | 482 | 0.87 |
| All ages | 866 | 8.0 | 0.55 | 950 | 0.60 |

[a]Primary cancers as listed in Table 6. [b]Excluding non-melanoma skin cancer.

**Table 9** Excess incidence of solid cancers in 2010 due to background radiation in the UK

| Cancer | Males | | Females | |
|---|---|---|---|---|
| | Excess attributable cases | PAF (%) | Excess attributable cases | PAF (%) |
| Oesophagus | 2.4 | 0.04 | 0.7 | 0.03 |
| Stomach | 1.2 | 0.03 | 0.3 | 0.01 |
| Colorectum | 19.6 | 0.09 | 13.5 | 0.08 |
| Liver | 0.2 | 0.01 | 0.1 | 0.01 |
| Lung | 27.7 | 0.12 | 55.6 | 0.31 |
| Bone | <0.1 | 0.01 | <0.1 | 0.01 |
| Female breast | — | — | 235.5 | 0.49 |
| Bladder | 9.0 | 0.13 | 1.2 | 0.05 |
| Brain and CNS | 0.6 | 0.02 | 0.3 | 0.01 |
| Thyroid | <0.1 | 0.01 | 0.3 | 0.02 |
| All other solid[a] | 176.6 | 0.23 | 64.2 | 0.14 |
| All solid[a] | 237.3 | 0.15 | 371.9 | 0.24 |

Abbreviations: CNS = central nervous system; PAF = population-attributable fraction. [a]Excluding non-melanoma skin cancer.

contributes to the internal background dose from ionising radiation.

In estimating the effects of such radiation, we make the simplifying assumption that exposure is uniform throughout the body (rather than concentrated in specific organs), and use the cancer risk estimates, expressed as ERR per unit exposure, from the report of UNSCEAR (2006), as shown in Table 5.

Assuming an average annual dose of 0.93 mSv (Table 1), and a minimum 5-year latency between exposure and the increased risk of solid cancers, the excess incidence of solid cancers (i.e., excluding leukaemias) in the UK in 2010 is shown in Table 9. The total is 609 cases (or 0.2% of all cancers).

For leukaemia, we used the formula for ERR from BEIR described above in the section on Nuclear Medicine to calculate the relative risk in each age group, assuming an annual exposure of 0.93 mSv, starting at those aged 5–9 years in 2010, who would have been first exposed at a mean age of 2.5. For the youngest age group (0–4 years), we assumed that the excess absolute risk was the same as that for children aged 5–9 years who had been exposed at

(mean) age 2.5 (see above). As exposure is continuous throughout life (rather than a single exposure to radiation at a given age), we assume that the risks in each 5-year age group are multiplicative (i.e., the risk in children aged 10–14 years in 2010 is the product of that in children exposed for 5 years at (mean) age 7.5 and of that in children exposed for 10 years at (mean) age 2.5). The estimated relative risks were applied to the number of leukaemia cases in the UK, excluding CLL.

We estimate that 316 cases of leukaemia in males (6.8% of all leukaemia) and 245 in females (7.7% of leukaemia cases) might be attributable to background radiation. Of these, 81 cases occurred in children aged <15 years (16.6% of leukaemia cases in this age group).

Adding the solid cancers and leukaemia cases, the total estimate is of 553 radiation-attributable cancers in males (0.35% of all cancers) and 617 cancers in females (0.40% of all cancers).

## Summary of results

Table 10 shows the sum of the estimated numbers of cancers resulting from exposure to radon, to other forms of natural background radiation and from man-made sources: diagnostic radiology, radiotherapy and nuclear medicine.

In total, we estimate that approximately 5807 of the cancers diagnosed in the UK in 2010 were the result of such exposures, or around 1.8% of the total.

## DISCUSSION

With respect to cancer causation, these calculations suggest that diagnostic radiology is the most important source of ionising radiation in the UK population. Our estimates are based on the work of Berrington de González and Darby (2004), whose estimates may be slightly high as they assumed that the life expectancy of individuals undergoing diagnostic radiology was the same as that of the general population. Any such overestimation is, however, small compared with the likely underestimation due to the application of risks based on exposures 15 years earlier to calculate the attributable fraction of cancers caused by diagnostic radiation occurring in 2010. For solid cancers, radiation-related excess risk starts to appear about 5 years after exposure in

© 2011 Cancer Research UK




**Table 10**   Summary of estimated number of cancers in 2010 caused by exposure to ionising radiation, UK

| Type of cancer | Background | Radon | Diagnostic radiology | Radiotherapy | Nuclear medicine | Total excess attributable cases All radiation | PAF (%) |
|---|---|---|---|---|---|---|---|
| *Males* | | | | | | | |
| Oesophagus | 2 | — | 17 | 97 | 0.0 | 116 | 2.0 |
| Stomach | 1 | — | 20 | 18 | 0.0 | 39 | 0.9 |
| Colon–rectum | 20 | — | 199 | 33 | 0.3 | 252 | 1.1 |
| Liver | 0 | — | 13 | — | 0.0 | 13 | 0.6 |
| Lung | 28 | 759 | 28 | 113 | 0.5 | 928 | 4.2 |
| Breast (female) | — | — | — | — | — | — | — |
| Bladder | 9 | — | 134 | 30 | 1.3 | 174 | 2.6 |
| Thyroid | 0 | — | 2 | — | 0.0 | 2 | 0.4 |
| Leukaemia | 316 | — | 40 | 0 | 7.7 | 364 | 7.8 |
| Other | 177 | — | 462 | 140 | 1.6 | 780 | |
| All[a] | 553 | 759 | 915 | 430 | 11.5 | 2669 | 1.7 |
| *Females* | | | | | | | |
| Oesophagus | 1 | — | 17 | 93 | 0.0 | 111 | 3.9 |
| Stomach | 0 | — | 23 | 21 | 0.0 | 44 | 1.7 |
| Colon—rectum | 14 | — | 319 | 53 | 0.0 | 385 | 2.2 |
| Liver | 0 | — | 14 | — | 0.0 | 15 | 1.1 |
| Lung | 56 | 618 | 96 | 206 | 0.8 | 976 | 5.4 |
| Breast (female) | 235 | — | 62 | 141 | 1.9 | 440 | 0.9 |
| Bladder | 1 | — | 43 | 16 | 0.1 | 60 | 2.3 |
| Thyroid | 0 | — | 14 | — | 0.0 | 15 | 0.8 |
| Leukaemia | 245 | — | 42 | 43 | 4.5 | 334 | 10.4 |
| Other | 65 | — | 316 | 376 | 0.5 | 757 | — |
| All[a] | 617 | 618 | 945.5 | 950 | 7.9 | 3138 | 2.0 |
| *Persons* | | | | | | | |
| Oesophagus | 3 | — | 34 | 190 | 0 | 227 | 2.7 |
| Stomach | 2 | — | 44 | 39 | 0 | 84 | 1.2 |
| Colon—rectum | 33 | — | 518 | 86 | 0 | 637 | 1.6 |
| Liver | 0 | — | 27 | 0 | 0 | 27 | 0.8 |
| Lung | 83 | 1376 | 124 | 319 | 1 | 1905 | 4.7 |
| Breast (female) | 235 | — | 62 | 141 | 2 | 440 | 0.9 |
| Bladder | 10 | — | 177 | 46 | 1 | 235 | 2.5 |
| Thyroid | 0 | — | 17 | 0 | 0 | 17 | 0.7 |
| Leukaemia | 561 | — | 82 | 43 | 12 | 698 | 8.9 |
| Other | 242 | — | 778 | 516 | 2 | 1537 | 0.0 |
| All[a] | 1170 | 1376 | 1861 | 1380 | 19 | 5807 | 1.8 |

Abbreviation: PAF = population-attributable fraction. [a]Excluding non-melanoma skin cancer.

therapeutically irradiated groups (Little, 1993; Weiss *et al*, 1994), while for leukaemia, the increase in risk following exposure certainly starts to appear within 5 years of exposure (Darby *et al*, 1987); therefore, a more appropriate period of exposure would be some 5–10 years earlier (i.e., 2000–5). The use of X-rays – particularly of computerised tomography (CT) scans, which result in higher organ doses of radiation than conventional single-film X-rays – has certainly increased between the period for which Berrington de González and Darby (2004) obtained detailed information on X-ray procedures (1991–6) and 2005. A recent report from the Health Protection Agency (Hart *et al*, 2010) estimated that the per caput dose from diagnostic radiology was about 400 $\mu$Sv in 2008, compared with about 330 $\mu$Sv in 1997–8. The increase is due mainly to the increasing use of CT examinations, which by 2008 accounted for 68% of the collective dose from all medical and dental X-ray examinations.

Radiation therapy is probably the second most important source of radiation-associated cancer (about one-quarter of the 5807 radiation-attributable cancers). Maddams *et al* (2011) provide a full discussion of the assumptions and limitations of the estimation, which include the following:

- The total number of survivors in the UK (i.e., the population at risk of a second cancer) is slightly underestimated, as the estimate used includes only those survivors diagnosed up to 35

years previously, although these account for 95% of all survivors.
- The UK prevalence of individuals with a past diagnosis of cancer who have, or have not, received radiotherapy was inferred from the proportions of cancer survivors who are recorded as having received radiotherapy in the database of the Thames Cancer Registry, and it was assumed that these proportions are reasonably representative of the national situation.
- The estimate of the relative risk of second cancers in survivors who had, and had not, received radiotherapy was derived from the experience of cancer patients in the US SEER population between 1973 and 2000. As radiation treatment was not randomised, selection bias could have resulted in differences between treatment groups with regard to other factors that affect second cancer risk – for example, smoking status, the clinical and pathological features of the initial cancer or concomitant disease.
- It was assumed that the nature of radiotherapy treatment for a given cancer was broadly similar in the US and the UK in the same time period (diagnosis of the initial cancer in 1973–2000).
- Estimation was based on data on prevalence and relative risk of radiotherapy for 13 specific cancer types, and the estimate for all cancer survivors involved a further assumption: that the rate of radiation-associated cancers among the sites not considered

© 2011 Cancer Research UK

Case 3:16-md-02741-VC   Document 17662-11   Filed 12/21/23   Page 64 of 82

npg

BJC
OPEN

Cancer, lifestyle and environment in the UK in 2010

S64

(25% of prevalent cancers with past radiotherapy in men, 10% in women) was similar to that among those that were.

In addition, the estimate for 2010 is based on the assumption that the prevalence of cancer at the beginning of 2010 was the same as at the beginning of 2007 (as in Maddams *et al*, 2011). In fact, it is likely that prevalence would have increased somewhat in the intervening 3 years, due to increasing incidence, especially of cancers with a good prognosis (breast, large bowel, prostate), and improvements in survival.

Radiotherapy may also be the cause of some other long-term effects, such as an increased risk of cardiovascular disease. However, any long-term side effects of radiotherapy should always be considered in the context of the considerable benefits in terms of control of symptoms and disease.

The estimated number of cases of lung cancer resulting from exposure to radon includes those cases that are the consequence of both smoking and radon exposure and, since their joint effects are multiplicative (Darby *et al*, 2005), the great majority of such cases occur in smokers, and could be avoided by smoking cessation. Nevertheless, it has been demonstrated that policies requiring basic preventive measures against radon in all new homes throughout the UK would be cost effective and could complement existing policies to reduce smoking (Gray *et al*, 2009). In contrast, policies involving the identification of existing homes with high radon levels are much less cost-effective and can do little to prevent most radon-related deaths, as these are caused by moderate exposure in many homes.

Most exposure to natural background radiation is not, in practice, avoidable. It is a cause of about one in five radiation-induced cancers, almost half of which are leukaemias. Wakeford

*et al* (2009) have recently published an estimate of the fraction of childhood leukaemia cases that might be attributable to natural background radiation. The precise result depended on the model used to estimate risk in the UK population, based on the results of the life span study of A-bomb survivors, but it is around 20% (in line with an earlier estimate (Wakeford, 2004)). The result of our rather more simplistic estimation approach (17%) is very similar, despite the assumption that the bone marrow dose of radiation from natural sources is constant throughout life. In fact, the radiation dose to the bone marrow of children – especially from ingested sources – is some 20–40% higher (depending on age) than in adults (Kendall *et al*, 2009), so that our estimates (and those of Wakeford *et al*, 2009) may be a little conservative. In any event, the small contribution of childhood leukaemia to the total of radiation-related cancer means that such adjustments will have almost no effect on the totals in Table 10.

As we describe in the sections related to Methodology, the estimates of population exposure levels (dose) of radiation from the various sources considered rely on many extrapolations and assumptions. Furthermore, we take the conventional view that the relationship between cancer risk and dose at low levels of exposure follows that observed at higher levels, with no threshold effect, although there is very little direct evidence on this point. Despite these limitations, we believe that the overall estimate of around 5000 radiation-induced cancers in the UK (about 2% of the total) is of the correct order of magnitude.

See acknowledgements on page Si.

## Conflict of interest

The authors declare no conflict of interest.

## REFERENCES

Berrington de González A, Darby S (2004) Risk of cancer from diagnostic X-rays: estimates for the UK and 14 other countries. *Lancet* **363:** 345–51

Curtis RE, Freedman DM, Ron E, Ries LAG, Hacker DG, Edwards BK, Tucker MA, Fraumeni Jr JF (eds). (2006) *New Malignancies Among Cancer Survivors: SEER Cancer Registries, 1973–2000*. NIH Publication No. 05-5302. National Cancer Institute: Bethesda, MD

Darby SC, Doll R, Gill SK, Smith PG (1987) Long term mortality after a single treatment course with X-rays in patients treated for ankylosing spondylitis. *Br J Cancer* **55:** 179–190

Darby S, Hill D, Auvinen A, Barros-Dios JM, Baysson H, Bochicchio F, Deo H, Falk R, Forastiere F, Hakama M, Heid I, Kreienbrock L, Kreuzer M, Lagarde F, Mäkeläinen I, Muirhead C, Oberaigner W, Pershagen G, Ruano-Ravina A, Ruosteenoja E, Schaffrath Rosario A, Tirmarche M, Tomášek L, Whitley ER, Wichmann H-E, Doll R (2005) Radon in homes and risk of lung cancer: collaborative analysis of individual data from 13 European case-control studies. *Br Med J* **330:** 223–228

Darby S, Hill D, Deo H, Auvinen A, Barros-Dios JM, Baysson H, Bochicchio F, Falk R, Farchi S, Figueiras A, Hakama M, Heid I, Hunter N, Kreienbrock L, Kreuzer M, Lagarde F, Mäkeläinen I, Muirhead C, Oberaigner W, Pershagen G, Ruosteenoja E, Rosario AS, Tirmarche M, Tomásek L, Whitley E, Wichmann HE, Doll R (2006) Residential radon and lung cancer – detailed results of a collaborative analysis of individual data on 7148 persons with lung cancer and 14 208 persons without lung cancer from 13 epidemiologic studies in Europe. *Scand J Work Environ Health* **32**(Suppl 1): 1–83

Gray A, Read S, McGale P, Darby S (2009) Lung cancer deaths from indoor radon and the cost effectiveness and potential of policies to reduce them. *Br Med J* **338:** a3110

Hart D, Wall BF (2005) *A Survey of Nuclear Medicine in the UK in 2003/04*. HPA-RPD-003. Health Protection Agency: Chilton, England

Hart D, Wall BF, Hillier MC, Shrimpton PC (2010) *Frequency and Collective Dose for Medical and Dental X-ray Examinations in the UK, 2008*. HPA-CRCE-012. Health Protection Agency: Chilton, England

Hughes JS, Watson SJ, Jones AL, Oatway WB (2005) Review of the radiation exposure of the UK population. *Br J Cancer* **25:** 493–496

International Agency for Research on Cancer (IARC) (2000) *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol. 75, Ionizing Radiation, Part 1: X- and Gamma (γ)-Radiation and Neutrons*. IARC: Lyon

International Agency for Research on Cancer (IARC) (2001) *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol. 78, Ionizing Radiation, Part 2: Some Internally Deposited Radionuclides*. IARC: Lyon

International Commission on Radiological Protection (ICRP) (1988) Radiation dose to patients from radiopharmaceuticals. ICRP Publication 53. *Ann ICRP* **18:** 1–4

International Commission on Radiological Protection (ICRP) (1998) Radiation doses to patients from radiopharmaceuticals (Addendum to ICRP Publication 53). ICRP Publication 80. *Ann ICRP* **28:** 1–137

International Commission on Radiological Protection (ICRP) (2007) The 2007 Recommendations of the International Commission on Radiological Protection. ICRP Publication 103. *Ann ICRP* **37:** 2–4

Kendall GM, Fell TP, Harrison JD (2009) Dose to red bone marrow of infants, children and adults from radiation of natural origin. *J Radiol Prot* **29:** 123–138

Little MP (1993) Risks of radiation-induced cancer at high doses and dose-rates. *J Radiol Prot* **13:** 3–25

Maddams J, Brewster D, Gavin A, Steward J, Elliott J, Utley M, Moller H (2009) Cancer prevalence in the United Kingdom: estimates for 2008. *Br J Cancer* **101:** 541–547

Maddams J, Parkin DM, Darby S (2011); The cancer burden in the UK in 2007 due to radiotherapy. *Int J Cancer* **129:** 2885–2893

National Research Council (NRC) (2006) *Health Risks from Exposure to Low Levels of Ionizing Radiation: BEIR VII – Phase 2. Committee to Assess Health Risks from Exposure to Low Levels of Ionizing Radiation, National Academy of Sciences*. National Academies Press: Washington, DC

Office of National Statistics (ONS) (2010) *Cancer Statistics Registrations. Registrations of Cancer Diagnosed in 2007, England. Series MB1 No. 38*. Office for National Statistics: Newport. http://www.ons.gov.uk/ons/publications/re-reference-tables.html?edition=tcm%3A77-156482

United Nations Scientific Committee on the Effects of Atomic Radiation (UNSCEAR) (2000) *Sources and Effects of Ionizing Radiation*. United Nations: New York





United Nations Scientific Committee on the Effects of Atomic Radiation (UNSCEAR) (2006) *Effects of Ionizing Radiation. UNSCEAR 2006 Report to the General Assembly, with Scientific Annexes*. United Nations: New York

Wakeford R (2004) The cancer epidemiology of radiation. *Oncogene* **23:** 6404–6428

Wakeford R, Kendall GM, Little MP (2009) The proportion of childhood leukaemia incidence in Great Britain that may be caused by natural background ionizing radiation. *Leukemia* **23:** 770–776

Weiss HA, Darby SC, Doll R (1994) Cancer mortality following x-ray treatment for ankylosing spondylitis. *Int J Cancer* **59:** 327–338

Wrixon AD, Green BMR, Lomas PR, Miles JCH, Cliff KD, Francis EA, Driscoll CMH, James MC, O'Riordan MC (1988) *Natural Radiation Exposure in UK Dwellings. Report No. NRPB-R190*. National Radiological Protection Board: Chilton, England

This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

**British Journal of Cancer** (2011) **105**, S66 – S69
© 2011 Cancer Research UK   All rights reserved 0007 – 0920/11



# 13.

# Cancers attributable to solar (ultraviolet) radiation exposure in the UK in 2010

**DM Parkin\*,[1], D Mesher[1] and P Sasieni[1]**

[1]Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK

British Journal of Cancer (2011) **105**, S66 – S69; doi:10.1038/bjc.2011.486   www.bjcancer.com
© 2011 Cancer Research UK

The evaluation by IARC (1992) concluded that 'There is *sufficient evidence* in humans for the carcinogenicity of solar radiation. Solar radiation causes cutaneous malignant melanoma and non-melanocytic skin cancer. There is *limited evidence* in humans for the carcinogenicity of exposure to ultraviolet (UV) radiation from sunlamps and sun beds'.

In assessing the quantitative contribution of different exposures to cancer in the UK, we are not concerned with non-melanoma skin cancers. This is because there is no agreed method of enumerating such tumours, which may occur at multiple skin sites throughout life, and, because of their generally trivial nature, are in any case under-enumerated in registration systems.

Evaluation of the proportion of total cases of malignant melanoma that is related to solar (UV) exposure poses many problems. Clearly, the method of estimation based on prevalence of exposure and relative risk is inappropriate, given that there is no 'unexposed' population, and the distribution of relevant types of exposure is unknown.

We have therefore estimated the UV-attributable cases occurring in 2010 as the difference between the number observed and those that would have been expected with a theoretical-minimum-risk exposure distribution, based on historical data from UK. These historical data are the estimated incidence rates for the generation of individuals born in 1903, resident in the South Thames region of England.

## METHODS

Over the last 30 years, the incidence of malignant melanoma has increased more than for any other common cancer in the UK; in males the age-standardised (European standard) rate rose from 2.5 in 1975 to 14.6 in 2007, and it is projected to be 17.0 in 2010; the female age-standardised rate has increased fourfold – from 3.9 to 15.4 – over the same period, with a projected value of 18.0 in 2010.

The longest series of high-quality incidence data in the UK, with incidence rates from 1960 onwards, is from the South Thames region (Parkin *et al*, 2005). Figures 1 and 2 show the trends in

incidence between 1960 and 1997 in males and females, respectively.

We fitted an age-cohort model to the South Thames data to reconstruct age-specific incidence rates for age groups without actual observations, and selected the estimated incidence rates in the cohort born in 1903 as our 'reference', with which to calculate expected numbers of cases in 2010, if solar exposure had been as modest as in the 1903 cohort. Age-standardised incidence rates in this generation are some 10-fold lower in males and 6-fold lower in females than those estimated for 2010, but the disparity is considerably greater in the young than in the elderly (Figure 3).

## RESULTS

Table 1 shows the projected numbers of cases of melanoma in the UK in 2010 (6096 in men and 6822 in women), and the number expected in the same year if the rates in the 1903 South Thames cohort had been applied. Overall, some 90% of melanoma cases in men and 82% in women are estimated to be attributed to 'excess' solar irradiation, although the attributable fractions are very much greater at younger ages. The overall attributable fraction (85.9% of melanoma) is equivalent to 3.5% of all new cancer cases in the UK in 2010.

## DISCUSSION

With respect to malignant melanoma the evidence for carcinogenicity of solar radiation is derived from various sources. Descriptive studies (in white populations) show a positive association between incidence of and mortality from melanoma and residence at lower latitudes. Studies of migrants suggest that the risk of melanoma is related to solar radiant exposure at the place of residence in early life. The body-site distribution of melanoma favours sites usually exposed to the sun. Evidence from a large number of case – control studies is generally consistent with positive associations with residence in sunny environments throughout life, in early life and even for short periods in early adult life. Positive associations are generally seen between measurements of cumulative sun damage, expressed biologically as microtopographical changes or history of keratoses or non-melanocytic skin cancer, and measures of intermittent exposure to

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk

BJC OPEN



**Figure 1**   Trends in incidence of malignant melanoma in the South Thames region, 1960–1997, males.



**Figure 2**   Trends in incidence of malignant melanoma in South Thames region, 1960–1997, females.

the sun (such as particular sun-intensive activities, outdoor recreation or vacations) and with a history of sunburn. In contrast, chronic exposure, as assessed through occupational exposure, appears to reduce the melanoma risk, an observation consistent with the descriptive epidemiology of the condition, which shows lower risks in groups that work outdoors.

Previous evaluations of the proportion of total cases of malignant melanoma that is related to solar (UV) exposure have also relied on the direct method of estimating attributable risk: the difference between observed incidence in the population and incidence in an 'unexposed' reference group. In a widely quoted study, Armstrong and Kricker (1993) used three different estimates of incidence in 'unexposed' populations to compare with the observed rates in Australia:

- The incidence of melanoma at body sites unexposed to the sun (buttocks and (in women) the scalp, from the Queensland Cancer Registry in 1987; Green et al, 1993).
- The incidence from areas of lower sun exposure in migrants to Australia.
- A comparison of US Whites and US Blacks, in which the incidence in Blacks was taken as the incidence in unexposed Whites.

In the evaluation of avoidable cancers in the Nordic countries, Winther et al (1997) used the crude incidence rates of melanoma at unexposed sites from the above study as the baseline 'unexposed' and estimated attributable fraction in Nordic countries from this study. The IARC's assessment of causes of cancer in France (IARC, 2007) simply took the attributable fraction calculated by Armstrong and Kricker (1993) for Australia as relevant to France in the year 2000. In the evaluation in this section, we chose to use rates from an 'unexposed' reference population that is relevant to UK – the generation born in 1903 in the South Thames region of England.

The pattern of increasing incidence of malignant melanoma in this population over time is a feature of many fair-skinned populations (Lens and Dawes, 2004). In Europe, the increases began first with Scandinavia and the UK and then spread to western, southern and eastern Europe (de Vries et al, 2003). The increase has been mainly for thin melanomas (Lipsker et al, 1999; Mackie et al, 2002). Some of the increase may be due to increased surveillance and early detection, as well as changes in diag-nostic criteria, but much of the increase is considered to be real (van der Esch et al, 1991) and linked to changes in sun behaviour



(Dennis, 1999; de Vries and Coebergh, 2004; de Vries and Coebergh, 2005). Although the trends observed in South Thames could equally well be related to an increase in risk by period of diagnosis, or by birth cohort, we assume that they are in fact due to changes in exposure to solar UV exposure because of altered patterns of behaviour (in choice of clothing and recreational sunshine), producing an increase in incidence that is cohort-specific. This Edwardian generation almost certainly had little bodily exposure to sunlight in their childhood, and even as young adults opportunities for vacations in sunny climates would have been very limited (Figure 4). Nevertheless, exposure was not zero,

so that, even at almost 86%, an estimate of PAF will be something of an underestimate.

In a recent update to its evaluation of the carcinogenicity of UV irradiation, IARC reaffirmed the carcinogenicity of solar radiation, but the classification of the use of UV-emitting tanning devices was raised to Group 1, 'carcinogenic to humans' (El Ghissassi *et al*, 2009). A part of the increase in incidence rates in contemporary UK may well be due to use of sunlamps, but since these devices will almost certainly not have been used by any of the 1903-born



**Figure 3**   Malignant melanoma: incidence in UK 2010 and South Thames 1903 birth cohort.

**Table 1**   Malignant melanoma cases diagnosed in 2010, estimated to be due to exposure to solar (ultraviolet) radiation

| Age (years) | Malignant melanoma | | | All cancer[a] | |
|---|---|---|---|---|---|
| | Relative risk | Observed cases | Excess attributable cases (PAF) | Observed cases | Excess attributable cases (PAF) |
| *Males* | | | | | |
| <25 | 33.50 | 78 | 75.7 (97.0) | 1853 | 75.7 (4.1) |
| 25–34 | 32.37 | 284 | 275.2 (96.9) | 2109 | 275.2 (13.0) |
| 35–49 | 21.98 | 1042 | 994.6 (95.4) | 8359 | 994.6 (11.9) |
| 50–64 | 13.88 | 1717 | 1593.3 (92.8) | 37 617 | 1593.3 (4.2) |
| ⩾65 | 6.81 | 2975 | 2538.4 (85.3) | 108 729 | 2538.4 (2.3) |
| Total | | 6096 | 5477 (89.8) | 158 667 | 5477.2 (3.5) |
| *Females* | | | | | |
| <25 | 19.31 | 199 | 188.7 (94.8) | 1646 | 188.7 (11.5) |
| 25–34 | 14.18 | 561 | 521.4 (92.9) | 3284 | 521.4 (15.9) |
| 35–49 | 9.72 | 1551 | 1391.4 (89.7) | 16 877 | 1391.4 (8.2) |
| 50–64 | 6.89 | 1816 | 1552.4 (85.5) | 41 338 | 1552.4 (3.8) |
| ⩾65 | 3.69 | 2695 | 1965.6 (72.9) | 92 439 | 1965.6 (2.1) |
| Total | | 6822 | 5620 (82.4) | 155 584 | 5619.6 (3.6) |
| *Persons* | | | | | |
| <25 | | 277 | 264 (95.4) | 3500 | 264 (7.6) |
| 25–34 | | 845 | 797 (94.3) | 5393 | 797 (14.8) |
| 35–49 | | 2593 | 2386 (92.0) | 25 236 | 2386 (9.5) |
| 50–64 | | 3533 | 3146 (89.0) | 78 955 | 3146 (4.0) |
| ⩾65 | | 5670 | 4504 (79.4) | 201 167 | 4504 (2.2) |
| Total | | 12 918 | 11 097 (85.9) | 314 251 | 11 097 (3.5) |

Abbreviations: PAF, population-attributable fraction (%). [a]Excluding non-melanoma skin cancer.



**Figure 4**   Holiday makers on the beach around 1919–1921.

© 2011 Cancer Research UK



BJC
OPEN

generation, the estimate of total UV-attributable cancers based on the differences in incidence rates remains a valid approach.

See acknowledgements on page Si.

## Conflict of interest

The authors declare no conflict of interest.

## REFERENCES

Armstrong BK, Kricker A (1993) How much melanoma is caused by sun exposure? *Melanoma Res* **3:** 395–401

Dennis LK (1999) Analysis of the melanoma epidemic, both apparent and real: data from the 1973 through 1994 surveillance, epidemiology, and end results program registry. *Arch Dermatol* **135:** 275–280

de Vries E, Bray FI, Coebergh JW, Parkin DM (2003) Changing epidemiology of malignant cutaneous melanoma in Europe 1953–1997: rising trends in incidence and mortality but recent stabilizations in Western Europe and decreases in Scandinavia. *Int J Cancer* **107:** 119–126

de Vries E, Coebergh JW (2004) Cutaneous malignant melanoma in Europe. *Eur J Cancer* **40:** 2355–2366

de Vries E, Coebergh JW (2005) Melanoma incidence has risen in Europe. *Br Med J* **331:** 698

El Ghissassi F, Baan R, Straif K, Grosse Y, Secretan B, Bouvard V, Benbrahim-Tallaa L, Guha N, Freeman C, Galichet L, Cogliano V (2009) WHO International Agency for Research on Cancer Monograph Working Group. A review of human carcinogens – part D: radiation. *Lancet Oncol* **10:** 751–752

Green A, MacLennan R, Youl P, Martin N (1993) Site distribution of cutaneous melanoma in Queensland. *Int J Cancer* **53:** 232–236

IARC (1992) *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol. 55. Solar and Ultraviolet Radiation.* IARC: Lyon

IARC (2007) Attributable causes of cancer in France in the year 2000. IARC Working Group Reports 3.

Lens MB, Dawes M (2004) Global perspectives of contemporary epidemiological trends of cutaneous malignant melanoma. *Br J Dermatol* **150:** 179–185

Lipsker DM, Hedelin G, Heid E, Grosshans EM, Cribier BJ (1999) Striking increase of thin melanomas contrasts with stable incidence of thick melanomas. *Arch Dermatol* **135:** 1451–1456

MacKie RM, Bray CA, Hole DJ, Morris A, Nicolson M, Evans A, Doherty V, Vestey J, Scottish Melanoma Group (2002) Incidence of and survival from malignant melanoma in Scotland: an epidemiological study. *Lancet* **360:** 587–591

Parkin DM, Whelan S, Ferlay J, Storm H (2005) *Cancer Incidence in Five Continents, Vol. I to VIII.* IARC Cancer Base No. 7: Lyon

van der Esch EP, Muir CS, Nectux J, Macfarlane G, Maisonneuve P, Bharucha H, Briggs J, Cooke RA, Dempster AG, Essex WB, Hofer PA, Hood AF, Ironside P, Larsen TE, Little H, Philipps R, Pfau RS, Prade M, Pozharisski KM, Rilke F, Schafler K (1991) Temporal change in diagnostic criteria as a cause of the increase of malignant melanoma over time is unlikely. *Int J Cancer* **47:** 483–489

Winther JF, Ulbak K, Dreyer L, Pukkala E, Osterlind (1997) Avoidable cancers in the Nordic countries. Radiation. *APMIS Suppl* **76:** 83–99

 This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

British Journal of Cancer (2011) 105, S70–S72
© 2011 Cancer Research UK   All rights reserved 0007–0920/11

www.bjcancer.com




# 14.
# Cancers attributable to occupational exposures in the UK in 2010

**DM Parkin*,[1]**

[1]Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, London, UK

British Journal of Cancer (2011) **105**, S70–S72; doi:10.1038/bjc.2011.487   www.bjcancer.com
© 2011 Cancer Research UK

The International Agency for Research on Cancer (IARC, 2010a) has classified 107 agents, mixtures or exposure circumstances as Group 1 (carcinogenic to humans), many of which are encountered in occupational settings, for example, asbestos and cadmium. An additional 58 agents, mixtures or exposure circumstances have been classified as Group 2A (probably carcinogenic to humans). Those with occupational significance include diesel fumes and benzidine-based dyes (IARC, 2010a). Table 1 (adapted from Siemiatycki et al, 2004) shows the most important occupational exposures in these two categories.

A comprehensive analysis of occupational exposures, with quantitative estimates of the cancers attributable to them, has been carried out by Imperial College London and the Health and Safety Laboratory on behalf of the Health & Safety Executive by Rushton et al (2007). This analysis has been updated and extended, based on mortality in Britain in 2005 and incidence in 2004 (Rushton et al, 2010). Here, we have applied the population-attributable fractions (PAFs) for Great Britain, as estimated in this paper, to the estimated cancer incidence in UK in 2010.

## METHODS

The methodology used to estimate PAFs of each cancer is described in the papers by Rushton et al (2007, 2010). The carcinogenic agents or exposure circumstances identified for each cancer were those classified by the IARC as Group 1 or 2A carcinogens (IARC, 2010a). Estimation of PAFs requires data on the relative risk of each exposure, and the prevalence in the general population.

Risk estimates were obtained from key studies, meta-analyses or pooled studies, taking into account quality, such as relevance to Britain, sample size, extent of control for confounders, adequacy of exposure assessment, and clarity of case definition. Where possible, risk estimates that had been adjusted for important non-occupational confounding factors, for example, smoking status, were selected. In general, dose–response risk estimates were not available from the epidemiological literature, nor were proportions of those exposed at different levels of exposure over time available for the working population of Britain. However,

where possible risk estimates were obtained for an overall 'lower' level and an overall 'higher' level of exposure to the agents of concern.

With respect to the latency between exposure and the elevated risk of cancer, a 'relevant exposure period' was defined. For solid tumours a latency of 10–50 years was assumed; for haematopoietic neoplasms it was 0–20 years.

The proportion of the population exposed to each carcinogenic agent or occupation was obtained from the total number of people employed and the numbers potentially exposed to the carcinogens of interest in each relevant industry/occupation within Britain. If the study from which the risk estimates were obtained was population based, an estimate of the proportion of the population exposed was derived directly from the study data. If the risk estimate was obtained from an industry-based study, national data sources, the CARcinogen EXposure (CAREX) database, the UK Labour Force Survey (LFS) or Census of Employment (CoE) was used to obtain the proportions exposed to the carcinogens concerned in Britain. Adjustment factors were applied to the data to take account of the change in numbers employed and the employment turnover during the 'relevant exposure period'.

The studies from which risk estimates were taken were often mortality studies only and PAFs derived from these were applied to numbers of registrations. The PAFs published by Rushton et al (2010) have been applied to the estimated numbers of cancers in the UK in 2010, with the following exceptions:

- We exclude occupationally induced non-melanoma skin cancers, for the reasons stated in the introduction – primarily that enumeration of such tumours is very far from complete (so that including them among the total cancers attributable to different exposures is misleading).
- PAFs due to occupational exposure to environmental tobacco smoke are included with other tobacco-related cancers in Chapter 2 (Parkin, 2011).

## RESULTS

Table 2 shows the estimated number of new cancer cases in 2010 for 22 types of cancer, the PAFs (from Rushton et al, 2010) and the estimated numbers of cases due to occupational exposures. The

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk



**Table 1** Occupational exposures linked to cancer risk and industries in which exposures can occur

| Type of exposure | Industries with possibility for exposure |
|---|---|
| Aromatic amines | Previously used as intermediates in manufacture of dyes and pigments, textiles, paints, plastics, paper, drugs and pesticides, and as antioxidants in preparation of rubber for tyres and cables |
| Arsenic | Mining, (copper) smelting, vineyard workers, pesticide production (arsenical pesticides) |
| Asbestos | Shipbuilding, construction, mining and milling, by-product manufacture, insulating, sheet-metal workers, asbestos cement industry |
| Benzene | Production, solvents in the shoe production industry, chemical pharmaceutical and rubber industries, printing industry, gasoline additive |
| Diesel | Transportation workers/drivers, bus drivers, road maintenance, mechanics and garage workers, dock workers |
| Formaldehyde | Production, pathologists, medical laboratory technicians, plastics, textile and plywood industry |
| Leather dust | Boot and shoe manufacture and repair |
| Certain metal compounds (cadmium and cadmium compounds, chromium VI compounds, nickel compounds, iron and steel founding, nickel sulphides and oxides, beryllium) | Iron and steel founding; house painting and paper hanging; smelting, metal founding and welding; occupations that involve manufacture of cadmium oxide, cadmium alloys and cadmium pigments; production of nickel-cadmium batteries; recapture of zinc during zinc refining; chromate production; chromate pigment production; chromium plating; mechanics and those working with iron and metal ware; plumping |
| Mineral oils | Metal workers; printing industry |
| Polycyclic aromatic hydrocarbons | Industries with exposure to soots, coal tars, coal-tar pitches, aluminium production (pitch volatiles); e.g. chimney sweeps, coal gasification, coke production, coal-tar distillation, paving and roofing, smelting and metal founders, engine and motor exhausts |
| Radon | Workers in underground haematite mines |
| Silica | Mining; stone quarrying; granite production; ceramic and pottery industries; steel production |
| UV radiation | Outdoor occupations |
| Vinyl chloride | Production of vinyl chloride and polyvinyl chloride; plastics, rubber and resins manufacturing; car interior workers; furniture makers; transportation workers |
| Wood dust | Furniture and cabinet-making and construction, logging and sawmill workers, pulp and paper and paperboard industry |

Adapted from Siemiatycki et al (2004).

**Table 2** Estimated fractions of cancer cases in UK, 2010, attributable to occupational exposures

| Cancer site | ICD-10 code | Observed cases Males | Observed cases Females | PAF[a] (%) Males | PAF[a] (%) Females | Excess attributable cases Males | Excess attributable cases Females |
|---|---|---|---|---|---|---|---|
| Nasopharynx | C11 | 267 | 178 | 11 | 2.5 | 29 | 4.5 |
| Oesophagus | C15 | 5713 | 2819 | 3.3 | 1.1 | 189 | 31 |
| Stomach | C16 | 4467 | 2577 | 3 | 0.3 | 134 | 7.7 |
| Liver | C22 | 2270 | 1298 | 0.2 | 0.1 | 4.5 | 1.3 |
| Pancreas | C25 | 4084 | 4280 | 0.02 | 0.01 | 0.8 | 0.4 |
| Sino-nasal[b] | C30–31 | 279 | 173 | 46 | 20.1 | 128 | 35 |
| Larynx | C32 | 1803 | 386 | 2.9 | 1.6 | 52 | 6.2 |
| Lung[c] | C33 | 22 273 | 18 132 | 20.5 | 4.3 | 4566 | 780 |
| Bone | C40–41 | 362 | 256 | 0.04 | 0.01 | 0.1 | 0.0 |
| Mesothelioma[b] | C45 | 2077 | 462 | 97 | 82.5 | 2015 | 381 |
| Soft-tissue sarcoma[b] | C49 | 867 | 623 | 3.4 | 1.1 | 29 | 6.9 |
| Breast (female) | C50 | — | 48 385 | — | 4.6 | — | 2226 |
| Cervix | C53 | — | 2691 | — | 0.7 | — | 19 |
| Ovary | C56 | — | 6820 | — | 0.5 | — | 34 |
| Kidney | C64–66, C68 | 5697 | 3365 | 0.04 | 0.04 | 2.3 | 1.3 |
| Bladder | C67 | 6713 | 2572 | 7.1 | 1.9 | 477 | 49 |
| Eye[b] | C69 | 210 | 172 | 2.9 | 0.4 | 6.1 | 0.7 |
| Brain and CNS | C70–72 | 2799 | 1902 | 0.5 | 0.1 | 14 | 1.9 |
| Thyroid | C73 | 602 | 1776 | 0.12 | 0.02 | 0.7 | 0.4 |
| Non-Hodgkin lymphoma | C82–85, C96 | 6297 | 5305 | 2.1 | 1.1 | 132 | 58 |
| Myeloma | C90 | 2506 | 1994 | 0.4 | 0.1 | 10 | 2.0 |
| Leukaemia | C91–95 | 4639 | 3201 | 0.9 | 0.5 | 42 | 16 |
| All[d] | | 158 667 | 155 584 | 4.9 | 2.4 | 7832 | 3662 |

Abbreviations: CNS = central nervous system; ICD = International Classification of Diseases; PAF, population-attributable fraction. [a]Rushton et al (2010). [b]Number of cases estimated from the UK population (2010) and rates in England in 2008. [c]Lung cancer PAF excludes occupational exposure to environmental tobacco smoke (ETS). [d]Excluding non-melanoma skin cancer.

total is an estimated 11 494 cases (7832 in men and 3662 in women), representing 3.7% of all cancers (excluding non-melanoma skin cancers). The most substantial numbers are lung cancers (exposures due to asbestos, silica, diesel engine exhausts, mineral oils), mesotheliomas (asbestos) and breast cancer, related to shift work that involves circadian disruption (IARC, 2010b).

© 2011 Cancer Research UK



S72

## DISCUSSION

Included in the evaluation of Rushton *et al* (2010) were non-melanoma skin cancers, the calculated PAF of which (4. 6%) was applied directly to the number of registrations in 2004. The latter may have been due to a lack of appreciation by the authors of the incomplete nature of cancer registration for non-melanoma skin cancer. Undercounting of such cancers is a consequence of the relatively trivial nature of the great majority, and many such cancers are treated without hospitalization or, probably, a biopsy. Registration is biased by cell type (basal cell cancers will certainly be undercounted), while some cancers – probably occupationally related ones – may be more completely identified.

Prevalence of exposure in the analysis by Rushton *et al* (2010) was estimated for a period of 10–50 years prior to 2005 for solid tumours, and 0–20 years for haematopoietic neoplasms. If exposure prevalence has been declining, and these latency periods are correct, it is possible that the numbers of attributable cancers for 2010 will be slightly overestimated (because the time since exposure is 5 years longer than for the estimates for 2005).

Several other studies have been carried out to estimate the proportion of cancers in a given population that are possibly the result of exposure to carcinogens in an occupational setting. Doll and Peto (1981) included occupational factors in their evaluation of the quantitative contribution of different factors to cancer mortality in the United States. In addition to the USA, estimates of the effect of occupational exposures on the burden of cancer have been made for the year 2000 for the populations of the Nordic countries (Dreyer *et al*, 1997), Australia (Fritschi and Driscoll, 2006) and France (IARC, 2007). Quantitative estimates of the carcinogenic effect of 11 occupational exposures worldwide in the year 2000 were made by Driscoll *et al* (2005).

These recent studies used a methodology similar to that of Rushton *et al* (2010) – the CAREX (CARcinogen Exposure) database – to provide national estimates of the proportions of workers exposed to different carcinogens and their levels of exposure (Finnish Institute of Occupational Health, 2009), and estimates of the relative risk of different exposures, drawn from literature reviews. There are differences not only in the choice of such studies (and hence of risks associated with occupational exposures, and different levels of exposure), but also in the precise choice of exposures, which can reasonably be considered to be carcinogenic in an occupational setting.

The Nordic study (Dreyer *et al*, 1997) estimated that verified industrial carcinogens will account for approximately 3% of all cancers in men and less than 0.1% of all cancers in women in the Nordic countries around the year 2000, while the French study estimated that 2.5% of cancers in men and 0.3% in women were caused by occupation.

See acknowledgements on page Si.

## Conflict of interest

The author declares no conflict of interest.

## REFERENCES

Doll R, Peto R (1981) The causes of cancer: quantitative estimates of avoidable risks of cancer in the United States today. *J Natl Cancer Inst* **66:** 1191–1308

Dreyer L, Andersen A, Pukkala E (1997) Avoidable cancers in the Nordic countries. *APMIS Suppl* **76:** 68–79

Driscoll T, Nelson DI, Steenland K, Leigh J, Concha-Barrientos M, Fingerhut M, Prüss-Ustün A (2005) The global burden of disease due to occupational carcinogens. *Am J Ind Med* **48:** 419–431

Finnish Institute of Occupational Health (2009) CAREX: International Information System on Occupational Exposure to Carcinogens. http://www.ttl.fi/Internet/English/Organization/Collaboration/Carex/

Fritschi L, Driscoll T (2006) Cancer due to occupation in Australia. *Aust N Z J Public Health* **30:** 213–219

International Agency for Research on Cancer (IARC) (2007) *IARC Working Group Reports (3): Attributable Causes of Cancer in France in the year 2000.* International Agency for Research on Cancer: Lyon, France

International Agency for Research on Cancer (IARC) (2010a) *Agents Classified by the IARC Monographs, Vols. 1–100.* International Agency for Research on Cancer: Lyon, France. http://monographs.iarc.fr/ENG/Classification/index.php

International Agency for Research on Cancer (IARC) (2010b) *Monographs on the Evaluation of Carcinogenic Risks to Humans: Vol. 98. Painting, Firefighting, and Shiftwork.* International Agency for Research on Cancer: Lyon, France

Parkin DM (2011) Tobacco-attributable cancer burden in the UK in 2010. *Br J Cancer* **105**(Suppl 2): S6–S13

Rushton L, Bagga S, Bevan R, Brown TP, Cherrie JW, Holmes P, Fortunato L, Slack R, Van Tongeren M, Young C, Hutchings SJ (2010) Occupation and cancer in Britain. *Br J Cancer* **102:** 1428–1437

Rushton R, Hutchings S, Brown T (2007) *Research Report 595: The Burden of Occupational Cancer in Great Britain.* Prepared by Imperial College London and the Health and Safety Laboratory. Health & Safety Executive

Siemiatycki J, Richardson L, Straif K, Latreille B, Lakhani R, Campbell S, Rousseau MC, Boffetta P (2004) Listing occupational carcinogens. *Environ Health Perspect* **112:** 1447–1459

 This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/

© 2011 Cancer Research UK

BJC
OPEN


**British Journal of Cancer** (2011) **105**, S73 – S76
© 2011 Cancer Research UK   All rights reserved 0007 – 0920/11
www.bjcancer.com

npg


# 15.
# Cancers attributable to reproductive factors in the UK in 2010

**DM Parkin*,[1]**

[1]Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London, EC1M 6BQ, UK

British Journal of Cancer (2011) **105**, S73 – S76; doi:10.1038/bjc.2011.488   www.bjcancer.com
© 2011 Cancer Research UK

Reproductive factors influence the risk of cancers of the female genital tract (uterus and ovary) and breast. The following reproductive factors are important in this respect: age at menarche; age at first birth; parity; age at menopause; and duration of breastfeeding. The effects of exogenous hormones are described in Section 10.

## Age at menarche

Early age at menarche has been consistently associated with an increased risk of breast and endometrial cancer (Pike et al, 2004). Relative risk (RR) for premenopausal breast cancer is reduced by an estimated 7% for each year that menarche is delayed after age 12 years, and by 3% for post-menopausal breast cancer (Clavel-Chapelon, 2002). The effect on risk is through prolongation of the period with relatively high exposure to endogenous oestrogen.

## Age at first birth

The younger the woman is when she begins childbearing, the lower her risk of breast cancer (Kelsey et al, 1993). The RR of developing breast cancer increases by 3% for each year of delay (Collaborative Group, 2002).

## Parity

Increasing parity reduces the risk of breast, endometrial and ovarian cancers (Pike et al, 2004). The higher the number of full-term pregnancies, the greater the protection. Compared with nulliparous women, a woman who has at least one full-term pregnancy reduces her risk of breast cancer by around 25% (Layde et al, 1989; Ewertz et al, 1990) and women with five or more children experience a 50% reduction in risk (Kelsey et al, 1993). For endometrial cancer, risk is reduced by 30% for a woman's first birth and by 25% for each successive birth, and later maternal age at last birth has also been shown to reduce the risk (Pike et al, 2004). For ovarian cancer, risk in women with four pregnancies is only 40% that in nulliparous women (Ness et al, 2002). However, increasing parity increases the risk of cancer of the cervix, independently of any increase in the prevalence of infection with HPV (Munoz et al, 2002).

## Age at menopause

Late menopause increases the risk of breast cancer and endometrial cancer (Pike et al, 2004). For breast cancer, risk is doubled for a woman with menopause at 55 years compared with less than 45 years (Kelsey et al, 1993). For each year that the menopause is delayed, there is an approximate 3% increase in breast cancer risk (Collaborative Group, 1997). Postmenopausal women have a lower risk of breast cancer compared with premenopausal women of the same age, both for natural menopause and for menopause induced through surgery (Collaborative Group, 1997).

## Breastfeeding

The role of breastfeeding as a protective factor against the later development of breast cancer has been long suspected (Lane-Claypon, 1926). More recently, this association has been confirmed and the magnitude of the effect estimated as a decrease in risk of 4.3% for every 12 months of breastfeeding (Collaborative Group on Hormonal Factors in Breast Cancer, 2002). For ovarian cancer, the issue is less clear. An early collaborative analysis of case – control studies found a reduced risk in parous women who had ever breastfed compared with those who had never done so (Whittemore et al, 1992). Subsequent work suggested that only serous tumours may be so influenced (Jordan et al, 2007, 2008). A recent analysis of two US cohort studies (Danforth et al, 2007) suggests that each month of breastfeeding reduces the RR by 2% (RR = 0.98 per month, 95% CI 0.97 – 1.00).

Although a woman's reproductive behaviour can influence the risk of cancers of the uterus, ovary and breast, most of the important aspects discussed above are not sensibly considered as targets for preventive interventions.

In this section, therefore, only the cancers attributable to sub-optimal levels of breastfeeding are evaluated.

## METHODS

Breastfeeding of infants in Britain is not very common, and is generally not prolonged for more than a few weeks. Surveys of infant feeding in the UK, at 5-yearly intervals since 1975, have been carried out by the Department of Health. The most recent survey (the seventh) was in 2005 (Bolling et al, 2007). Table 1 shows the results of these surveys.

*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk

npg

S74



**Table 1** Percentage of women breastfeeding at given intervals post partum (Great Britain)

| Interval post partum | % Women breastfeeding, by year of survey | | | | | |
|---|---|---|---|---|---|---|
| | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 |
| Birth | 65 | 63 | 62 | 66 | 69 | 76 |
| 1 Week | 54 | 52 | 51 | 56 | 55 | 63 |
| 2 Weeks | 51 | 49 | 48 | 53 | 52 | 60 |
| 6 Weeks | 41 | 39 | 39 | 42 | 42 | 48 |
| 4 Months | 27 | 27 | 26 | 27 | 28 | 34 |
| 6 Months | 21 | 20 | 20 | 21 | 21 | 25 |
| 8 Months | 15 | 14 | 14 | 15 | 16 | 21 |
| 9 Months | 14 | 13 | 13 | 14 | 13 | 18 |

Values in italics have been interpolated.



**Figure 1** Percent of women continuing breastfeeding, by time since birth.

**Table 2** Natality of women in England and Wales in 2008, by age/birth cohort

| Age (years) | Central birth year | Average number of live-born children | Average age when 50% children had been born | Average year when 50% children had been born |
|---|---|---|---|---|
| 0–4 | 2006 | 0 | — | — |
| 5–9 | 2001 | 0 | — | — |
| 10–14 | 1996 | 0 | — | — |
| 15–19 | 1991 | 0.04 | 13 | 2004 |
| 20–24 | 1986 | 0.34 | 19 | 2003 |
| 25–29 | 1981 | 0.80 | 23 | 2001 |
| 30–34 | 1976 | 1.34 | 26 | 1999 |
| 35–39 | 1971 | 1.75 | 26 | 1996 |
| 40–44 | 1966 | 1.90 | 26 | 1991 |
| 45–49 | 1961 | 1.96 | 27 | 1985 |
| 50–54 | 1956 | 2.02 | 26 | 1980 |
| 55–59 | 1951 | 2.04 | 25 | 1974 |
| 60–64 | 1946 | 2.19 | 25 | 1968 |
| 65–69 | 1941 | 2.34 | 25 | 1964 |
| 70–74 | 1936 | 2.40 | 26 | 1960 |
| 75–79 | 1931 | 2.35 | 27 | 1956 |
| 80–84 | 1926 | 2.12 | 27 | 1951 |
| ≥85 | 1921 | 2.00 | 27 | 1946 |

**Table 3** Median and mean duration of breast feeding (Great Britain)

| Average | Duration of breastfeeding (months) by year of survey | | | | | |
|---|---|---|---|---|---|---|
| | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 |
| Median | 0.60 | 0.48 | 0.38 | 0.84 | 0.71 | 1.46 |
| Mean | 2.84 | 2.75 | 2.71 | 2.89 | 2.90 | 3.50 |
| Mean if all ≥6 months[a] | 6.78 | 6.75 | 6.74 | 6.79 | 6.78 | 7.02 |

[a]Mean if all women could breastfeed their children for 6 months (so prevalence at 6 months is 100%).

The values in italics have been interpolated. This seems relatively secure, as the decline in breastfeeding prevalence with time since birth in women who do actually commence seems to be relatively constant (Figure 1).

There is no generally accepted target for breastfeeding. The Global Strategy on Diet, Physical Activity and Health of the World Health Organisation (WHO, 2004) includes a recommendation to 'promote and support exclusive breastfeeding for the first six months of life and promote programmes to ensure optimal feeding for all infants and young children'. Therefore, we have taken as the optimum breastfeeding of all live-born children for six months, with no change to the current pattern after this time. Currently, some 18% of women are breastfeeding to 9 months of age (Table 1).

Table 2 gives information on the birth experience of women in England and Wales in 2008, the most recent year available (Office for National Statistics, 2009).

Table 3 shows the estimated duration of breastfeeding (based on the data of Table 1).

With a change in risk for each month of breastfeeding of $-0.366\%$ for breast cancer and $-2.0\%$ for ovarian cancer (Collaborative Group on Hormonal Factors in Breast Cancer, 2002; Danforth *et al*, 2007), the actual protection provided by the breastfeeding practices of each generation of women can be estimated (column 1 of Table 4). The breastfeeding practices from

Table 1 are assumed to apply to the year in which 50% of the children in a given age group in 2008 would have been born. Since there are no data on breastfeeding practices prior to 1980, the duration of having been breastfed for women in the age groups ≥55–59 are taken to be the same as in 1980. Table 3 also shows the estimated mean duration of breastfeeding if all women could breastfeed their children for 6 months (so that prevalence at 6 months is 100%), after which the values in Table 1 continue to pertain.

## RESULTS

Column 1 of Table 4 shows the decrease in risk of breast and ovarian cancer due to breastfeeding, of women in the UK, by age group, in 2008, and column 2 the decrease in risk if all had been breastfed for a minimum of 6 months. Column 3 shows the excess risk of women in 2008, due to their breastfeeding practice being short of target, and column 4 the population-attributable fraction of breast and ovarian cancer cases by age.

In Table 5, we assume that the RR estimated for 2008 is pertinent for 2010, and show the actual numbers of cancer cases that would be attributable to breastfeeding practices not reaching the optimum level.

In total 2699 cancer cases projected to occur in 2010 (1498 breast cancers, 1201 ovarian cancers) would have been avoided if breastfeeding practice had been at the theoretical 'optimum'. This

© 2011 Cancer Research UK


**Table 4** Effect of breastfeeding on women's risk of breast and ovarian cancer, UK 2008

| Age (years) | Breast cancer | | | | Ovarian cancer | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 Estimated individual decrease in risk | 2 Target decrease in risk[a] | 3 Excess risk | 4 PAF (%) | 1 Estimated individual decrease in risk | 2 Target decrease in risk[a] | 3 Excess risk | 4 PAF (%) |
| 0–4 | — | — | 0 | — | — | — | 0 | — |
| 5–9 | — | — | 0 | — | — | — | 0 | — |
| 10–14 | — | — | 0 | — | — | — | 0 | — |
| 15–19 | 0.0005 | 0.0010 | 0.001 | 0.1 | 0.0026 | 0.0052 | 0.003 | 0.3 |
| 20–24 | 0.0043 | 0.0086 | 0.004 | 0.4 | 0.0219 | 0.0443 | 0.022 | 2.3 |
| 25–29 | 0.0084 | 0.0196 | 0.011 | 1.1 | 0.0429 | 0.1010 | 0.058 | 6.1 |
| 30–34 | 0.0140 | 0.0328 | 0.019 | 1.9 | 0.0718 | 0.1691 | 0.097 | 10.5 |
| 35–39 | 0.0183 | 0.0429 | 0.025 | 2.5 | 0.0935 | 0.2212 | 0.128 | 14.1 |
| 40–44 | 0.0186 | 0.0463 | 0.028 | 2.8 | 0.0951 | 0.2387 | 0.144 | 15.9 |
| 45–49 | 0.0195 | 0.0478 | 0.028 | 2.9 | 0.0997 | 0.2466 | 0.147 | 16.3 |
| 50–54 | 0.0207 | 0.0495 | 0.029 | 2.9 | 0.1060 | 0.2550 | 0.149 | 16.7 |
| 55–59 | 0.0209 | 0.0500 | 0.029 | 3.0 | 0.1071 | 0.2575 | 0.150 | 16.8 |
| 60–64 | 0.0225 | 0.0536 | 0.031 | 3.2 | 0.1149 | 0.2764 | 0.161 | 18.2 |
| 65–69 | 0.0240 | 0.0573 | 0.033 | 3.4 | 0.1228 | 0.2953 | 0.173 | 19.7 |
| 70–74 | 0.0246 | 0.0588 | 0.034 | 3.5 | 0.1260 | 0.3029 | 0.177 | 20.2 |
| 75–79 | 0.0241 | 0.0576 | 0.033 | 3.4 | 0.1233 | 0.2966 | 0.173 | 19.8 |
| 80–84 | 0.0217 | 0.0519 | 0.030 | 3.1 | 0.1113 | 0.2676 | 0.156 | 17.6 |
| ≥85 | 0.0205 | 0.0490 | 0.028 | 2.9 | 0.1050 | 0.2524 | 0.147 | 16.5 |

Abbreviation: PAF = population-attributable fraction. [a]If all had breastfed for a minimum of 6 months.

**Table 5** Cases of breast and ovarian cancer estimated to be due to sub-optimal breast feeding, UK 2010

| Age (years) | Breast | | | | Ovary | | | |
|---|---|---|---|---|---|---|---|---|
| | Relative risk | Observed cases | Excess attributable cases | PAF (%) | Relative risk | Observed cases | Excess attributable cases | PAF (%) |
| 0–4 | 1 | 2 | 0 | — | 1 | 2 | 0 | — |
| 5–9 | 1 | 0 | 0 | — | 1 | 4 | 2 | — |
| 10–14 | 1 | 0 | 0 | — | 1 | 6 | 3 | — |
| 15–19 | 1.0005 | 4 | 0 | 0.1 | 1.0026 | 23 | 0 | 0.3 |
| 20–24 | 1.0044 | 32 | 0 | 0.4 | 1.0234 | 57 | 1 | 2.3 |
| 25–29 | 1.0114 | 167 | 2 | 1.1 | 1.0646 | 90 | 5 | 6.1 |
| 30–34 | 1.0194 | 548 | 10 | 1.9 | 1.1171 | 103 | 11 | 10.5 |
| 35–39 | 1.0258 | 1265 | 32 | 2.5 | 1.1639 | 160 | 23 | 14.1 |
| 40–44 | 1.0291 | 2593 | 73 | 2.8 | 1.1885 | 278 | 44 | 15.9 |
| 45–49 | 1.0298 | 4236 | 123 | 2.9 | 1.1950 | 428 | 70 | 16.3 |
| 50–54 | 1.0303 | 4810 | 141 | 2.9 | 1.1999 | 498 | 83 | 16.7 |
| 55–59 | 1.0306 | 5582 | 166 | 3.0 | 1.2026 | 623 | 105 | 16.8 |
| 60–64 | 1.0329 | 6459 | 206 | 3.2 | 1.2232 | 883 | 161 | 18.2 |
| 65–69 | 1.0353 | 6403 | 219 | 3.4 | 1.2448 | 852 | 168 | 19.7 |
| 70–74 | 1.0363 | 4332 | 152 | 3.5 | 1.2538 | 828 | 168 | 20.2 |
| 75–79 | 1.0355 | 4058 | 139 | 3.4 | 1.2463 | 734 | 145 | 19.8 |
| 80–84 | 1.0318 | 3526 | 109 | 3.1 | 1.2134 | 616 | 108 | 17.6 |
| ≥85 | 1.0299 | 4367 | 127 | 2.9 | 1.1973 | 635 | 105 | 16.5 |
| All ages | | 48 385 | 1498 | 3.1 | | 6820 | 1201 | 17.6 |

Abbreviation: PAF = population-attributable fraction.

represents 1.7% of cancers in women and 0.9% of all cancer cases in 2010.

## DISCUSSION

Though it may be desirable, from the point of view of cancer prevention, to have multiple pregnancies commencing at a young age, there are equally, or more, persuasive reasons to avoid such a lifestyle. It makes no sense, therefore, to prescribe an ideal fertility pattern, against which the number of cancers attributable to a less optimum one can be evaluated. In the IARC calculation of avoidable cancers in France (IARC, 2007), the fertility pattern of 1980 was taken as an ideal against which the excess cases resulting from fertility in 2000 were calculated, although the rationale for this was not explained. The origin of the Doll and Peto (2003) estimate of 15% of UK cancer deaths being attributable to 'reproduction' (and other factors related to the secretion of reproductive hormones) is obscure; the methodology is said to be the same as in their 1981 monograph (Doll and Peto, 1981), although this considers some 46% of the deaths due to cancers of the breast, ovary and uterus (corpus and cervix) as attributable to reproductive and sexual factors, and these cancers are responsible for only 8% of cancer deaths in UK in 2005.

© 2011 Cancer Research UK

It is reasonable, however, to advocate breastfeeding for a variety of reasons, of which the benefit of cancer protection is one (http://www.breastfeeding.nhs.uk/en/fe/page.asp?n1 = 2). The 'optimum' levels for breastfeeding against which attributable fractions of breast and ovarian cancer have been evaluated are rather artificial, in that it would be impossible for *all* women to breastfeed their infant for 6 months. In the United States, for example, the US Department of Health and Human Services (2005) *Healthy People 2010* objectives for breastfeeding initiation and duration were to increase the proportion of mothers who exclusively breastfeed their infants through age 3 months to 60% and through age 6 months to 25%. Exclusive breastfeeding is defined as an infant receiving only breast milk and no other liquids or solids except for drops or syrups consisting of vitamins, minerals or medicines (WHO, 1991). Clearly, the target for partial breastfeeding may be more ambitious, so that the target may not be so very far from the theoretical optimum, advocated by WHO.

See acknowledgements on page Si.

### Conflict of interest

The author declares no conflict of interest.

## REFERENCES

Bolling K, Grant C, Hamlyn B, Thornton A (2007) Infant Feeding Survey 2005. http://www.ic.nhs.uk/pubs/ifs200

Clavel-Chapelon F (2002) Differential effects of reproductive factors on the risk of pre- and postmenopausal breast cancer. Results from a large cohort of French women. *Br J Cancer* 86: 723–727

Collaborative Group on Hormonal Factors in Breast Cancer (1997) Breast cancer and hormone replacement therapy: collaborative reanalysis of data from 51 epidemiological studies of 52 705 women with breast cancer and 108 411 women without breast cancer. Collaborative Group on Hormonal Factors in Breast Cancer. *Lancet* 350: 1047–1059

Collaborative Group on Hormonal Factors in Breast Cancer (2002) Breast cancer and breastfeeding: collaborative reanalysis of individual data from 47 epidemiological studies in 30 countries, including 50 302 women with breast cancer and 96 973 women without the disease. *Lancet* 360: 187–195

Danforth KN, Tworoger SS, Hecht JL, Rosner BA, Colditz GA, Hankinson SE (2007) Breastfeeding and risk of ovarian cancer in two prospective cohorts. *Cancer Causes Control* 18: 517–523

Doll R, Peto R (1981) *The Causes of Cancer: Quantitative Estimates of Avoidable Risks of Cancer in the United States Today.* Oxford University Press: Oxford

Doll R, Peto R (2003) The epidemiology of cancer. In *Oxford Textbook of Medicine*, Warrell DA, Cox TM, Firth JD, Benz EJ (eds) 4th edn, Chapter 6.1, pp 193–218. Oxford University Press: Oxford

Ewertz M, Duffy SW, Adami HO, Kvåle G, Lund E, Meirik O, Mellemgaard A, Soini I, Tulinius H (1990) Age at first birth, parity and risk of breast cancer: a metaanalysis of 8 studies from the Nordic countries. *Int J Cancer* 46: 597–603

International Agency for Research on Cancer (IARC) (2007) *Attributable Causes of Cancer in France in the Year 2000. IARC Working Group Reports, Vol. 3.* IARC: Lyon

Jordan SJ, Green AC, Whiteman DC, Moore SP, Bain CJ, Gertig DM, Webb PM (2008) Serous ovarian, fallopian tube and primary peritoneal cancers: a comparative epidemiological analysis. *Int J Cancer* 122: 1598–1603

Jordan SJ, Green AC, Whiteman DC, Webb PM, Australian Ovarian Cancer Study Group (2007) Risk factors for benign, borderline and invasive mucinous ovarian tumors: epidemiological evidence of a neoplastic continuum? *Gynecol Oncol* 107: 223–230

Kelsey JL, Gammon MD, John EM (1993) Reproductive factors and breast cancer. *Epidemiol Rev* 15: 36–47

Lane-Claypon JE (1926) *A Further Report on Cancer of the Breasts, with Special Reference to its Associated Antecedent Conditions.* Report on Public Health and Medical Subjects No. 32. HMSO: London

Layde PM, Webster LA, Baughman AL, Wingo PA, Rubin GL, Ory HW (1989) The independent associations of parity, age at first full term pregnancy, and duration of breastfeeding with the risk of breast cancer. Cancer and Steroid Hormone Study Group. *J Clin Epidemiol* 42: 963–973

Munoz N, Franceschi S, Bosetti C, Moreno V, Herrero R, Smith JS, Shah KV, Meijer CJ, Bosch FX, International Agency for Research on Cancer Multicentric Cervical Cancer Study Group (2002) Role of parity and human papillomavirus in cervical cancer: the IARC multicentric case-control study. *Lancet* 359: 1093–1101

Ness RB, Cramer DW, Goodman MT, Kjaer SK, Mallin K, Mosgaard BJ, Purdie DM, Risch HA, Vergona R, Wu AH (2002) Infertility, fertility drugs, and ovarian cancer: a pooled analysis of case-control studies. *Am J Epidemiol* 155: 217–224

Office for National Statistics (2009) Birth Statistics Review of the National Statistician on births and patterns of family building in England and Wales, 2008 (Series FM1 No. 37). http://www.ons.gov.uk/ons/publications/re-reference-tables.html?edition = tcm%3A77-226270

Pike MC, Pearce CL, Wu AH (2004) Prevention of cancers of the breast, endometrium and ovary. *Oncogene* 23: 6379–6391

US Department of Health and Human Services (2005) *Healthy People 2010 midcourse review.* US Department of Health and Human Services: Washington, DC. http://www.healthypeople.gov/data/midcourse

Whittemore A, Harris R, Itnyre J (1992) Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. *Am J Epidemiol* 136: 1184–1203

World Health Organization (WHO) (1991) *Indicators for Assessing Breastfeeding Practices.* World Health Organization: Geneva, Switzerland. http://whqlibdoc.who.in/hq/1991/WHO_CDD_SER_91.14.pdf

World Health Organisation (WHO) (2004) *Global Strategy on Diet, Physical Activity and Health* (WHA57.17). http://www.who.int/dietphysicalactivity/strategy/eb11344/strategy_english_web.pdf

 This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/



**British Journal of Cancer** (2011) **105**, S77 – S81
© 2011 Cancer Research UK   All rights reserved 0007 – 0920/11
www.bjcancer.com



# 16.
# The fraction of cancer attributable to lifestyle and environmental factors in the UK in 2010

## Summary and conclusions

**DM Parkin\*,[1], L Boyd[2] and LC Walker[2]**

[1]Centre for Cancer Prevention, Wolfson Institute of Preventive Medicine, Queen Mary University of London, Charterhouse Square, London EC1M 6BQ, UK;
[2]Cancer Research UK, Angel Building, 407 St John Street, London EC1V 4AD, UK

This chapter summarises the results of the preceding sections, which estimate the fraction of cancers occurring in the UK in 2010 that can be attributed to sub-optimal, past exposures of 14 lifestyle and environmental risk factors. For each of 18 cancer types, we present the percentage of cases attributable to one or all of the risk factors considered (tobacco, alcohol, four elements of diet (consumption of meat, fruit and vegetables, fibre, and salt), overweight, lack of physical exercise, occupation, infections, radiation (ionising and solar), use of hormones, and reproductive history (breast feeding)).
Exposure to less than optimum levels of the 14 factors was responsible for 42.7% of cancers in the UK in 2010 (45.3% in men, 40.1% in women) – a total of about 134 000 cases.
Tobacco smoking is by far the most important risk factor for cancer in the UK, responsible for 60 000 cases (19.4% of all new cancer cases) in 2010. The relative importance of other exposures differs by sex. In men, deficient intake of fruits and vegetables (6.1%), occupational exposures (4.9%) and alcohol consumption (4.6%) are next in importance, while in women, it is overweight and obesity (because of the effect on breast cancer) – responsible for 6.9% of cancers, followed by infectious agents (3.7%).
Population-attributable fractions provide a valuable quantitative appraisal of the impact of different factors in cancer causation, and are thus helpful in prioritising cancer control strategies. However, quantifying the likely impact of preventive interventions requires rather complex scenario modelling, including specification of realistically achievable population distributions of risk factors, and the timescale of change, as well as the latent periods between exposure and outcome, and the rate of change following modification in exposure level.
*British Journal of Cancer* (2011) **105**, S77 – S81; doi:10.1038/bjc.2011.489   www.bjcancer.com
© 2011 Cancer Research UK

In this study, we have estimated the fraction of cancers occurring in the UK in 2010 that can be attributed to sub-optimal past exposures of 14 lifestyle and environmental risk factors. The optimum level of exposure or the theoretical minimum risk exposure distribution for each of the risk factors is summarised in Table 1.

Table 2 provides a summary of the percentage of cancers at each site that can be attributed to the 14 risk factors (the population-attributable fraction (PAF)). The total number of cancer cases (all sites) attributable to each risk factor was obtained by summing the numbers at the individual sites. Cases of different cancers attributable to a single risk factor are additive because each cancer case is assigned to a single ICD category.

However, cancers are caused by multiple factors acting simultaneously, and hence could be prevented by intervening on single or multiple risk factors; for example, some oesophageal cancer cases may be prevented by reducing smoking, alcohol or body weight, increasing the intake of fruits and vegetables, or by

combinations of these steps. The percentages presented in Table 2 reflect the effect of removing one cause of cancer independently of other causes. But because cancers have multiple causes, the same cancers can be attributed to more than one cause, so summing the figures in the tables would overestimate the total burden of cancer attributable to the 14 risk factors. Thus, an estimate of the burden of cancer attributable to multiple causes should take into account the overlap between the effects of different carcinogens, which means that, for a specific cancer, the attributable fraction for all risk factors combined will be less than the sum of the PAFs associated with each risk factor.

When risk factors are independent (i.e., they act on different carcinogenic pathways), their effects on relative risks (RRs) will be multiplicative. This is well documented for some factors (for example, the joint effects of tobacco and alcohol), although for most there is a lack of detailed quantitative data on the risks resulting from combined exposure to several risk factors. The hypothesis of the multiplicative effect of RRs is a reasonable one, however, and allows estimation of PAFs from combined exposures. Thus, in Table 2, to obtain the last row (PAF due to all of the exposures), for each cancer, the PAF for the first exposure

\*Correspondence: Professor DM Parkin; E-mail: d.m.parkin@qmul.ac.uk



**Table 1**   Exposures considered, and theoretical optimum exposure level

| Exposure | Optimum exposure level |
|---|---|
| Tobacco smoke | Nil |
| Alcohol consumption | Nil |
| *Diet* | |
| 1 Deficit in intake of fruit and vegetables | $\geqslant 5$ servings (400 g) per day |
| 2 Red and preserved meat | Nil |
| 3 Deficit in intake of dietary fibre | $\geqslant 23$ g per day |
| 4 Excess intake of salt | $\leqslant 6$ g per day |
| Overweight and obesity | BMI $\leqslant 25$ kg m$^{-2}$ |
| Physical exercise | $\geqslant 30$ min 5 times per week |
| Exogenous hormones | Nil |
| Infections | Nil |
| Radiation – ionising | Nil |
| Radiation – solar (UV) | As in the 1903 birth cohort |
| Occupational exposures | Nil |
| Reproduction: breast feeding | Minimum of 6 months |

(e.g., tobacco smoking) was subtracted from 100%, and the PAF for the second exposure was applied to the remainder (the percentage *not* attributable to smoking). This process was performed sequentially for all relevant exposures, resulting in an estimate of the PAF for all exposures combined.

Exposure to less than optimum levels of the 14 factors was responsible for 42.7% of cancers in the UK in 2010 (45.3% in men, 40.1% in women) – a total of about 134 000 cases.

Tobacco smoking is by far the most important risk factor for cancer in the UK, responsible for 60 000 cases (19.4% of all new cancer cases) in 2010. The relative importance of other exposures differs by sex. In men, deficient intake of fruits and vegetables (6.1%), occupational exposures (4.9%) and alcohol consumption (4.6%) are next in importance, while in women, it is overweight and obesity (because of the effect on breast cancer) – responsible for 6.9% of cancers, followed by infectious agents (3.7%).

## SOURCES OF UNCERTAINTY

Results are presented as the estimated percentages of different cancers attributable to specific causes in the UK population of 2010. There are several sources of uncertainty around the estimates. Some of these are quantifiable (e.g., confidence intervals of RRs and exposure prevalence, alternative choice of 'optimal exposure'), while in other cases quantification would be either very difficult (e.g., modelling lag time to provide a biologically-driven estimate of cumulative exposure) or be practically impossible (e.g., using the indirect method to estimate PAFs due to smoking).

Doll and Peto (1981, 2005) provided a 'range of acceptable estimates' for each exposure, to reflect the difference between those for which the risk is certain and well quantified, such as tobacco smoking, and those for which there is considerably more controversy, such as diet. We have not attempted to do so in this section; the uncertainties concerning each exposure are, however, discussed in the relevant sections. Furthermore, as we discuss below, the PAFs should not be used uncritically as a guide to the proportion of cancer cases that can be prevented by interventions.

## COMPARISON WITH OTHER STUDIES

Comprehensive estimates of the fractions of cancer cases or deaths attributable to various environmental exposures have been made for world regions (Ezzati *et al*, 2002; Danaei *et al*, 2005), the United States (Danaei *et al*, 2009), France (IARC, 2007) and the Nordic countries (Olsen *et al*, 1997). For the UK, the most widely quoted are possibly those of Doll and Peto (2005), although recently the World Cancer Research Fund/American Institute for Cancer

Research published an estimate of cancers attributable to food, nutrition and physical activity in the UK and three other countries (WCRF/AICR, 2009).

The Doll and Peto (2005) estimates relate to deaths from cancer, and the methodology used is that from their 1981 monograph (Doll and Peto, 1981). The estimation method is somewhat variable for the different exposures considered. For example, they attribute to alcohol two-thirds of deaths from alcohol-related cancers (mouth, pharynx, larynx, oesophagus) in men and one-third in women, plus 'a small proportion' of liver cancer deaths. For diet, the fraction is arrived at by summing 'guestimated' fractions by which death rates of different cancers might be reduced by practical dietary means (for example: stomach 90%; breast 50%; cervix 20%).

The WCRF/AICR report (2009), on the other hand, uses estimates of prevalence of exposures to various nutritional factors in the UK, and estimates of RR associated with them, to calculate attributable fractions using the conventional formula. The attributable fractions so derived are generally rather greater than those estimated in this set of papers (Table 3). There are several reasons for this.

First, the WCRF/AICR estimates use current estimates of exposure prevalence applied to numbers of cancer cases in 2002. This is unrealistic. The effects of the exposures considered are not instantaneous; renouncing alcohol, say, would not reduce one's excess risk to zero immediately. Therefore, in the current exercise, similar to that of IARC (2007) for France, the relevant exposures are taken to be those several years earlier. This is generally 10 years, based on the follow-up periods for which most of the RRs were calculated. However, for some exposures – for example, use of post-menopausal hormones – the risk is raised in current users, but declines rapidly once exposure ceases. As most of the exposures considered have been becoming more prevalent with time, the WCRF/AICR estimates are too high for current cancer cases.

Second, the current estimates make use, whenever they are available, of dose–response summary estimates from meta-analyses by reputable authorities such as IARC, or WCRF itself, in its report 'Food, Nutrition Physical Activity and the Prevention of Cancer' (WCRF/AICR, 2007). The WCRF/AICR estimates use RR estimates from a single study, generally in a different country, to estimate the effects in the UK. This seems highly unlikely to result in a less biased result.

Finally, the current estimates use, whenever possible, per unit exposure risk estimates, and calculate attributable fractions among the proportions of the population with exposures greater or less than an acceptable 'optimum' recommended for the UK. These are dismissed by WCRF/AICR as 'associated with a number of limitations', and their estimates use RRs associated with tertiles of exposure prevalence, and estimate the effect of moving the entire UK population to the lowest tertile of exposure, defined by the study selected for the RR estimate. The baseline exposure varies, therefore, from one cancer to another; for BMI, for example, it is $<25$ kg m$^{-2}$ for colorectum, and $<21$ kg m$^{-2}$ for breast cancer.

There are a few other, perhaps more minor, points that contribute to the discrepancies: it is obviously not correct to assume all breast cancer is post-menopausal – it is only 80% of the total in UK, so that PAFs for breast cancer related to overweight/obesity are overestimated. The same applies to PAFs for body weight and oesophagus cancer, where only the risk for adeno-carcinomas is increased, and these constitute some 55% of the oesophageal cancers in the UK.

## SUMMARY

Figure 1 summarises the estimates of the numbers (and percentages) of incident cancer cases in the UK in 2010 that are





**Table 2** Percentage of incident cancer cases in the UK in 2010 due to 14 lifestyle and environmental factors: (a) males and females; (b) persons

| Exposure | Oral cavity and pharynx | Oeso-phagus | Stomach | Colon-rectum | Liver | Pancreas | Gall-bladder | Larynx | Lung | Meso-thelioma | Melanoma | Breast | Cervix uteri | Corpus uteri | Ovary | Bladder | Kidney | Leukaemia | All[a] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(a) Males** | | | | | | | | | | | | | | | | | | | |
| Tobacco | 69.5 | 62.6 | 26.1 | 6.6 | 27.3 | 26.2 | — | 79.0 | 87.3 | — | — | — | — | — | — | 37.5 | 29.4 | 8.4 | 23.0 |
| Alcohol | 37.3 | 25.3 | — | 15.5 | 11.4 | — | — | 27.3 | — | — | — | — | — | — | — | — | — | — | 4.6 |
| Fruit and vegetables | 57.2 | 46.6 | 37.0 | — | — | — | — | 45.9 | 8.5 | — | — | — | — | — | — | — | — | — | 6.1 |
| Meat | — | — | — | 24.8 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 3.5 |
| Fibre | — | — | — | 10.2 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 1.4 |
| Salt | — | — | 30.9 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 0.9 |
| Overweight and obesity | — | 26.9 | — | 13.6 | — | 12.8 | 19.7 | — | — | — | — | — | — | — | — | — | 25.0 | — | 4.1 |
| Physical exercise | — | — | — | 3.0 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 0.4 |
| Infections | 12.3 | — | 29.2 | 1.5 | 19.6 | — | — | 10.6 | 4.2 | — | — | — | — | — | — | 2.6 | — | — | 2.5 |
| Radiation – ionising | — | 2.0 | 0.9 | 1.1 | 0.6 | — | — | — | — | — | — | — | — | — | — | — | — | 7.8 | 1.7 |
| Radiation – UV | — | — | — | — | — | — | — | — | — | — | 89.8 | — | — | — | — | — | — | — | 3.5 |
| Occupation | 0.6 | 3.3 | 3.0 | — | 0.2 | 0.02 | — | 2.9 | 20.5 | 97.0 | — | — | — | — | — | 7.1 | — | 0.9 | 4.9 |
| All of the above | 92.9 | 89.7 | 78.1 | 56.5 | 48.6 | 35.7 | 19.7 | 92.8 | 91.1 | 97.0 | 89.8 | — | — | — | — | 43.5 | 47.0 | 16.4 | 45.3 |
| **Females** | | | | | | | | | | | | | | | | | | | |
| Tobacco | 54.9 | 71.3 | 15.4 | 9.9 | 15.3 | 31.0 | — | 79.1 | 83.6 | — | — | — | 7.2 | — | — | 34.4 | 15.0 | 3.0 | 15.6 |
| Alcohol | 16.9 | 11.3 | — | 6.9 | 5.0 | — | — | 12.2 | — | — | — | 6.4 | — | — | — | — | — | — | 3.3 |
| Fruit and vegetables | 53.6 | 45.1 | 33.9 | — | — | — | — | 43.5 | 9.3 | — | — | — | — | — | — | — | — | — | 3.4 |
| Meat | — | — | — | 16.4 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 1.9 |
| Fibre | — | — | — | 14.6 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 1.7 |
| Salt | — | — | 12.1 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 0.2 |
| Overweight and obesity | — | 11.2 | — | 12.2 | — | 11.5 | 17.8 | — | — | — | — | 8.7 | — | 33.7 | 2.6 | — | 22.2 | — | 6.9 |
| Physical exercise | — | — | — | 3.6 | — | — | — | — | — | — | — | 3.4 | — | 3.8 | — | — | — | — | 1.7 |
| Post-menopausal hormones | — | — | — | — | — | — | — | — | — | — | — | 3.2 | — | 1.2 | 0.7 | — | — | — | 1.1 |
| Infections | 14.0 | — | 36.0 | 3.1 | 9.3 | — | — | 10.6 | 5.4 | — | — | — | 100 | — | — | 2.3 | — | — | 3.7 |
| Radiation – ionising | — | 3.9 | 1.7 | 1.1 | 1.1 | — | — | — | — | — | — | 0.9 | 0.0 | — | — | — | — | 10.4 | 2.0 |
| Radiation – UV | — | — | — | — | — | — | — | — | — | — | 82.4 | — | — | — | — | — | — | — | 3.6 |
| Occupation | 0.2 | 1.1 | 0.3 | — | 0.1 | — | — | 1.6 | 4.3 | 82.5 | — | — | 0.7 | — | 0.5 | 1.9 | — | 0.5 | 2.4 |
| Reproduction (breastfeeding) | — | — | — | — | — | — | — | — | — | — | — | 4.6 | — | — | 17.6 | — | — | — | 1.7 |
| All of the above | 85.0 | 88.2 | 69.2 | 51.9 | 28.0 | 38.9 | 17.8 | 90.9 | 86.5 | 82.5 | 82.4 | 26.8 | 100 | 36.9 | 20.7 | 37.1 | 33.9 | 13.6 | 40.1 |
| **(b) Persons** | | | | | | | | | | | | | | | | | | | |
| Tobacco | 64.5 | 65.5 | 22.2 | 8.1 | 23.0 | 28.7 | — | 79.0 | 85.6 | — | — | — | 7.2 | — | — | 36.7 | 24.1 | 6.2 | 19.4 |
| Alcohol | 30.4 | 20.6 | — | 11.6% | 9.1 | — | — | 24.6 | — | — | — | 6.4 | — | — | — | — | — | — | 4.0 |
| Fruit and vegetables | 56.0 | 46.1 | 35.8 | — | — | — | — | 45.4 | 8.8 | — | — | — | — | — | — | — | — | — | 4.7 |
| Meat | — | — | — | 21.1 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 2.7 |
| Fibre | — | — | — | 12.2 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 1.5 |
| Salt | — | — | 24.0 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 0.5 |
| Overweight and obesity | — | 21.7 | — | 13.0 | — | 12.2 | 18.3 | — | — | — | — | 8.7 | — | 33.7 | 2.6 | — | 24.0 | — | 5.5 |
| Physical exercise | — | — | — | 3.3 | — | — | — | — | — | — | — | 3.4 | — | 3.8 | — | — | — | — | 1.0 |
| Post-menopausal hormones | — | — | — | — | — | — | — | — | — | — | — | 3.2 | — | 1.2 | 0.7 | — | — | — | 0.5 |
| Infections | 12.7 | — | 31.7 | 2.2 | 15.9 | — | — | 10.6 | 4.7 | — | — | — | 100 | — | — | 2.5 | — | — | 3.1 |
| Radiation – ionising | — | 2.7 | 1.2 | 1.6 | 0.8 | — | — | — | — | — | — | 0.9 | 0.0 | — | — | — | — | 8.9 | 1.8 |
| Radiation – UV | — | — | — | — | — | — | — | — | — | — | 85.9 | — | — | — | — | — | — | — | 3.5 |
| Occupation | 0.5 | 2.6 | 2.0 | — | 0.2 | — | — | 2.7 | 13.2 | 94.4 | — | — | 0.7 | — | 0.5 | 5.7 | — | 0.7 | 3.7 |
| Reproduction (breastfeeding) | — | — | — | — | — | — | — | — | — | — | — | 4.6 | — | — | 17.6 | — | — | — | 0.9 |
| All of the above | 90.6 | 89.0 | 74.9 | 54.4 | 41.6 | 37.3 | 18.3 | 92.5 | 89.2 | 94.4 | 85.9 | 26.8 | 100 | 36.9 | 20.7 | 41.8 | 42.3 | 15.2 | 42.7 |

% cancers attributable to risk factor exposure, by cancer site

[a] Excluding non-melanoma skin cancer.

© 2011 Cancer Research UK




S80

**Table 3** Comparison of estimate by WCRF/AICR for the UK in 2002, with current estimate for UK 2010

| Cancer | Population attributable fraction (%) | | |
| --- | --- | --- | --- |
| | WCRF/AICR (2009) | | |
| | Estimate | Range | Current estimate |
| *Mouth, pharynx and larynx* | | | |
| Non-starchy vegetables | 34 | (2–57) | 53 |
| Fruits | 17 | (0–43) | |
| Alcoholic drinks | 41 | (4–67) | 29 |
| Total estimate | 67 | (0–92) | 67 |
| *Oesophagus* | | | |
| Non-starchy vegetables | 21 | (4–40) | 46 |
| Fruits | 5 | (2–9) | |
| Alcoholic drinks | 51 | (13–74) | 21 |
| Body fatness | 31 | (11–49) | 22 |
| Total estimate | 75 | (27–93) | 67 |
| *Stomach* | | | |
| Non-starchy vegetables | 21 | (0–41) | 36 |
| Fruits | 18 | (3–33) | |
| Salt | 14 | (0–39) | 24 |
| Total estimate | 45 | (0–76) | 51 |
| *Colon–rectum* | | | |
| Foods containing fibre | 12 | (5–18) | 12 |
| Red meat | 5 | (0–21) | 21 |
| Processed meat | 10 | (0–23) | |
| Alcoholic drinks | 7 | (0–18) | 5 |
| Physical activity | 12 | (4–20) | 3 |
| Body fatness | 7 | (0–17) | 13 |
| Total estimate | 43 | (0–73) | 48 |
| *Liver* | | | |
| Alcoholic drinks | 17 | (0–79) | 9 |
| *Gallbladder* | | | |
| Body fatness | 16 | (1–30) | 18 |
| *Pancreas* | | | |
| Foods containing folate[a] | 23 | (0–43) | |
| Body fatness | 24 | (0–43) | 12 |
| Total estimate | 41 | (0–67) | 12 |
| *Lung* | | | |
| Fruits | 33 | (17–51) | 9 |
| *Breast* | | | |
| Alcoholic drinks | 22 | (10–35) | 6 |
| Physical activity | 12 | (2–22) | 3 |
| Body fatness | 16 | (0–34) | 9 |
| Total estimate | 42 | (7–67) | 17 |
| *Endometrium* | | | |
| Physical activity | 30 | (11–47) | 4 |
| Body fatness | 38 | (27–48) | 34 |
| Total estimate | 56 | (35–72) | 36 |
| *Prostate* | | | |
| Foods containing lycopene[a] | 20 | (0–42) | |
| *Kidney* | | | |
| Body fatness | 19 | (12–27) | 24 |
| All cancers[b] | 26 | (6–42) | 18 |

Abbreviations: AICR = American Institute for Cancer Research; WCRF = World Cancer Research Fund. [a]Not evaluated in the current work. [b]Excluding non-melanoma skin cancer.



**Figure 1** Number and percentage of cancer cases in the UK attributable to different exposures.

attributable to the 14 lifestyle and environmental exposures considered. For the most part these exposures are avoidable (ionising radiation is the exception), especially as for many (the dietary variables, physical exercise, overweight) the 'optimum' exposure represents a relatively modest recommended target. 'Avoidability' is in terms of the proportion of cancer *cases* that might be prevented. If the focus had been on avoidable *deaths*, then other interventions – especially through achieving earlier diagnosis (Richards, 2009) or generalising state-of-the-art treatment (Scottish Executive Health Department, 2001; National Audit Office, 2004) – would contribute to the total.

The four most important lifestyle exposures in Table 2 and Figure 1, tobacco smoking, dietary factors, alcohol drinking and bodyweight, account for 34% of the cancers occuring in 2010 – almost four-fifths of the total from all 14 exposures.

It is clear that tobacco smoking remains by far the most important avoidable cause of cancer in the UK. Reducing the prevalence of smoking has been a consistent public health objective for almost 50 years since the publication of the first report on smoking and health by the Royal College of Physicians (RCP, 1962). The prevalence of cigarette smoking fell substantially in the 1970s and the early 1980s, from 45% in 1974 to 35% in 1982, but the rate of decline then slowed, with prevalence falling by only about one percentage point every 2 years until 1994, after which it levelled out at about 27% before resuming a slow decline in the 2000s (Robinson and Bugler, 2010). The difference in prevalence between men and women has decreased considerably since the 1970s, and by 2008 the difference between men and women was not statistically significant, with 22% of men and 21% of women being current cigarette smokers. The overall reported number of cigarettes smoked per male and female smoker has changed little since the early 1980s. Changes in smoking-related cancer incidence lag several years behind changes in smoking prevalence, so that the current decreases in smoking-related cancer incidence and mortality will slow and eventual stop unless further progress can be achieved in reducing exposure to carcinogens in tobacco smoke.

Although it is currently not possible to pinpoint exactly what constituents of diet are protective against cancer, there is a consensus that diet is an important component of cancer risk. In the current exercise, we examine the likely impact of four components of diet for which the evidence appears to be most persuasive: fruit and vegetables and fibre (protective) and meat and salt (carcinogenic). In combination, deviation from the recommended intake levels is responsible for 9.2% of cancers in 2010 (the individual contributions are 4.7% from deficient fruit and vegetables, 2.7% from consumption of red and processed meat, 1.5% from a deficit of fibre and 0.5% from excess salt).

Excess body weight is the third most common avoidable cause of cancer in the UK, estimated to be responsible for 5.5% of

© 2011 Cancer Research UK

BJC
OPEN 🔓

Summary

S81

cancers in 2010 (4.1% in men, 6.9% in women). In the last 15 years there have been significant increases in levels of overweight and obesity, and currently in England, a total of 66% of men and 57% of women have a BMI of $\geqslant 25\,kg\,m^{-2}$: this includes 22% of men and 25% of women who are obese (NHS Information Centre, 2010), defined as a BMI $> 30\,kg\,m^{-2}$. Trends among children and young people suggest that we are yet to experience the full health impact of the overweight and obesity epidemic in the UK.

Alcohol consumption is the fourth most important cause of cancer in the UK, and popular belief is that alcohol use is a highly prevalent and growing problem for the UK population. In fact, data from the national General Lifestyle Survey (Robinson and Bugler, 2010) show that the average number of units of alcohol consumed in a week rose in the 1990s to a peak in the period 2000–2002 of around 17 units for men, and 7.5 units for women, but has fallen since that time in both sexes. The proportion of men and women drinking more than the recommended maximum (21 units a week in men and 14 units in women) has also been falling. The fall in consumption occurred among men and women in all age groups, but was most evident among those aged 16–24. It is quite possible, therefore, that the burden of alcohol-related cancers is around its maximum at present, and will fall in future.

Population-attributable fractions provide a valuable quantitative appraisal of the impact of different factors in cancer causation, and are thus helpful in prioritising cancer control strategies. However, they should not be used to indicate the percentage of cancers that can currently be prevented by practical means without reference to the individual sections that discuss some of the uncertainties involved. Furthermore, quantifying the likely impact of preventive interventions requires rather complex scenario modelling, including specification of realistically achievable population distributions of risk factors, and the timescale of change, as well as the latent periods between exposure and outcome, and the rate of change following modification in exposure level (e.g., Soerjomataram *et al*, 2010). Thus, although 50% of colorectal cancer cases diagnosed in the UK in 2010 are attributable to lifestyle (diet, alcohol, physical inactivity and overweight), it has been estimated that only about half of this number is preventable in a reasonable (∼20-year) timescale (Parkin *et al*, 2009).

See acknowledgements on page Si.

## Conflict of interest

The authors declare no conflict of interest.

## REFERENCES

Danaei G, Ding EL, Mozaffarian D, Taylor B, Rehm J, Murray CJ, Ezzati M (2009) The preventable causes of death in the United States: comparative risk assessment of lifestyle, dietary and metabolic risk factors. *PLoS Med* 6(4): e1000058

Danaei G, Vander Hoorn S, Lopez AD, Murray CJ, Ezzati M (2005) Causes of cancer in the world: comparative risk assessment of nine behavioural and environmental risk factors. *Lancet* 366: 1784–1793

Doll R, Peto R (1981) The causes of cancer: quantitative estimates of avoidable risks of cancer in the United States today. *J Natl Cancer Inst* 66: 1191–1308

Doll R, Peto R (2005) Epidemiology of Cancer. In *Oxford Textbook of Medicine*, Warrell DA, Cox TM, Firth JD, Benz Jr EJ (eds) 4th edn. Oxford University Press (OUP): Oxford

Ezzati M, Lopez AD, Rodgers A, Vander Hoorn S, Murray CJ (2002) Selected major risk factors and global and regional burden of disease. *Lancet* 360: 1347–1360

International Agency for Research on Cancer (IARC) (2007) *Attributable Causes of Cancer in France in the Year 2000. IARC Working Group Reports 3*. IARC: Lyon

National Audit Office (2004) *Tackling Cancer in England: Saving More Lives*. HMSO: London, 2004

NHS Information Centre (2010) *Health Survey for England, 2009. Vol. 1 Health and Lifestyles*, http://www.ic.nhs.uk/webfiles/publications/003_Health_Lifestyles/hse09report/HSE_09_Volume1.pdf

Olsen JH, Andersen A, Dreyer L, Andersen A, Pukkala E, Tryggvadottir L, Gerhardsson de Verdier M, Winther JF (1997) Avoidable cancers in the Nordic countries. *APMIS Suppl* 76: 1–146

Parkin DM, Olsen AH, Sasieni P (2009) The potential for prevention of colorectal cancer in the UK. *Eur J Cancer Prev* 18: 179–190

Richards MA (2009) The size of the prize for earlier diagnosis of cancer in England. *Br J Cancer* 101(Suppl 2): S125–S129

Robinson S, Bugler C (2010) *Smoking and Drinking Among Adults. Office of National Statistics, 2010*. http://www.ons.gov.uk/ons/rel/ghs/general-lifestyle-survey/2008-report/smoking-and-drinking-among-adults--2008.pdf

Royal College of Physicians (1962) *Smoking and Health: A Report of the Royal College of Physicians on Smoking in Relation to Cancer of the Lung and Other Diseases*. RCP: London

Scottish Executive Health Department. *Cancer Scenarios: An Aid to Planning Cancer Services in Scotland in the Next Decade*. The Scottish Executive: Edinburgh, (2001)

Soerjomataram I, de Vries E, Engholm G, Paludan-Müller G, Brønnum-Hansen H, Storm HH, Barendregt JJ (2010) Impact of a smoking and alcohol intervention programme on lung and breast cancer incidence in Denmark: an example of dynamic modeling with Prevent. *Eur J Cancer* 46: 2617–2624

World Cancer Research Fund (WCRF)/American Institute for Cancer Research (AICR) (2007) *Food, Nutrition, Physical Activity, and the Prevention of Cancer: a Global Perspective*. AICR: Washington, DC

World Cancer Research Fund (WCRF)/American Institute for Cancer Research (AICR) (2009) *Policy and Action for Cancer Prevention. Food, Nutrition and Physical Activity: A Global Perspective*. AICR: Washington, DC

This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/



**British Journal of Cancer** (2011) 105, Si
© 2011 Cancer Research UK   All rights reserved 0007 – 0920/11





**www.bjcancer.com**

# Acknowledgements

*British Journal of Cancer* (2011) **105,** Si; doi:10.1038/bjc.2011.508   www.bjcancer.com
© 2011 Cancer Research UK

The authors gratefully acknowledge the significant contribution of Majid Ezzati, Dominique Michaud and Rodolfo Saracci in reviewing the content of this supplement, and for their helpful critiques and suggestions. We also acknowledge the essential work of the cancer registries in the United Kingdom Association of Cancer Registries in collecting the population-based cancer data used in this supplement. We would also like to thank Thames Cancer Registry for supplying the data on incidence of melanoma used in Section 13, and the General Practice Research Database for the data on hormone prescribing used in Section 10. The authors of Section 12 would like to thank members of the Health Protection Authority Centre for Radiation, Chemical and Environmental Hazards for helpful comments on a draft of this section. At Cancer Research UK, our thanks go to Hazel Nunn, Ed Yong, Sara Hiom and Catherine Thomson for their questions and comments; Colette Pryor for collating incidence data and Katrina Brown for invaluable support in preparing the report for submission.

**Funding**

This work was undertaken by DM Parkin with financial support from Cancer Research UK (Scenario Planning Project). P Sasieni and D Mesher were supported by Cancer Research UK programme grant C8162/A10406 and S Darby by Cancer Research UK programme Grant C500/A104293.

**Conflict of interest**

The authors declare no conflict of interest.



This work is licensed under the Creative Commons Attribution-NonCommercial-Share Alike 3.0 Unported License. To view a copy of this license, visit http://creativecommons.org/licenses/by-nc-sa/3.0/