**SINGLETON SCHREIBER, LLP**
Gerald Singleton, SBN 208783
gsingleton@singletonschreiber.com
Kristen D. Miller, SBN 273030
kmiller@singletonschreiber.com
591 Camino de la Reina, #1025
San Diego, CA 92108
Tel: (619) 771-3473
Fax: (619) 255-1515

**SINGLETON SCHREIBER, LLP**
Christopher R. Rodriguez, SBN 212274
crodriguez@singletonschreiber.com
Andrew Bluth, SBN 232387
abluth@singletonschreiber.com
Trent Nelson, SBN 340185
tnelson@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, CA 95814
Phone: (916) 248-8478

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Johnny Quinonez | Case No. 3:22-cv-05762 |
| v. | |
| Monsanto Company | |

NOTICE OF SETTLEMENT

1

# NOTICE OF SETTLEMENT

Plaintiff Johnny Quinonez, by and through his undersigned counsel below, hereby files this Notice of Settlement. The parties have reached an agreement to resolve this action in its entirety and intend to file a Dismissal with Prejudice within 180 days.

Dated: November 7, 2023

*/s/ Christopher R. Rodriguez*
Christopher R. Rodriguez
SINGLETON SCHREIBER, LLP
1414 K Street, Suite 470
Sacramento, CA 95814
Tel: (619) 771-3473
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Christopher R. Rodriguez, hereby certify that on November 7, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

<em>/s/ Christopher R. Rodriguez</em><br>
Christopher R. Rodriguez