**WALLACE MILLER**
Timothy E. Jackosn
tej@wallacemiller.com
150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
Telephone: (312) 261-6193
Facsimile: (312) 275-8174

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This Document Relates to: | Honorable Vince Chhabria |
| *Dieter and Susan Lynn Fleischhauer v. Monsanto Co., et al.* Case No. 3:21-cv-05971-VC | **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII** |

Plaintiffs, Dieter and Susan Lynn Fleishchhauer, by and through their undersigned counsel and without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave VII-B to Wave VIII-B.

1. The case of Dieter and Susan Lynn Fleishchhauer is currently part of Wave Order VII-B.

2. The Plaintiffs were previously represented by other counsel.

3. Counsel for Plaintiff substituted into the case and is still getting up to speed on the case.

4. Discovery in this matter has consisted of the production of a Plaintiff Fact Sheet, the production of medical records, and the deposition of Plaintiff.

5. Counsel for Plaintiff has diligently attempted to locate the Plaintiff's treating physicians for the purpose of scheduling depositions. One of those physicians appears to have recently moved and Counsel for Plaintiff needs additional time to coordinate the scheduling of this deposition.

6. Mindful of the upcoming deadlines, counsel for both parties met and conferred regarding this matter.

7. Counsel for Plaintiff believes the best course of action is to move this case to Wave VIII-B. Defendant Monsanto does not oppose this request.

Therefore, Plaintiff, through the undersigned counsel, without opposition from Defendant, respectfully requests the Court to move this case from Wave VII-B to VIII-B.

Dated: December 22, 2023

By: */s/ Timothy E. Jackson*
Timothy E. Jackson
**WALLACE MILLER**
150 N. Wacker Dr., Suite 1100
Chicago, IL 60606
Telephone: (312) 261-6193
Facsimile: (312) 275-8174

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Timothy E. Jackson
Timothy E. Jackson, Esq.