IN THE UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> ) <br> ———————————————) <br> ) <br> This document relates to: ) <br> ) <br> *Dieter Fleischhauer and Susan Lynn* ) <br> *Fleischhauer v. Monsanto Co.*, ) <br> Case No. 3:21-cv-05971-VC ) <br> ) <br> ———————————————) | MDL No. 2741 <br><br> **[PROPOSED] ORDER TO MOVE CASE TO WAVE VIII** |

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Move Plaintiff's case to Wave VIII. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to move the Plaintiff's Case to Wave VIII is **HEREBY GRANTED.**

Dated: _____                        _____

                                                                                                                        Hon. Vince Chhabria