**WALLACE MILLER**
Timothy E. Jackosn
tej@wallacemiller.com
150 N. Wacker Dr., Suite 1100
Chicago, Illinois 60606
Telephone: (312) 261-6193
Facsimile: (312) 275-8174

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This Document Relates to: | Honorable Vince Chhabria |
| *Robin and Patrick Hayes v. Monsanto Co., et al.* Case No. 3:21-cv-05398-VC | **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII** |

Plaintiffs, Robin and Patrick Hayes, by and through their undersigned counsel and without opposition from Defendant, Monsanto Company, respectfully requests the Court move his case from Wave VII-C to Wave VIII-C.

1. The case of Robin and Patrick Hayes is currently part of Wave Order VII-C.

2. The Plaintiffs were previously represented by other counsel.

3. Counsel for Plaintiff substituted into the case and is still getting up to speed on the case.

4. Discovery in this matter has consisted of the production of a Plaintiff Fact Sheet, the production of medical records, and the deposition of Plaintiff.

5. Counsel for Plaintiff is diligently working to schedule the depositions of Plaintiff's treating physicians, but believes additional time is needed to coordinate the scheduling of these depositions.

6. Mindful of the upcoming deadlines, counsel for both parties met and conferred regarding this matter.

7. Counsel for Plaintiff believes the best course of action is to move this case to Wave VIII-C. Defendant Monsanto does not oppose this request.

Therefore, Plaintiff, through the undersigned counsel, without opposition from Defendant, respectfully requests the Court to move this case from Wave VII-C to VIII-C.

Dated: December 22, 2023

By: */s/ Timothy E. Jackson*
Timothy E. Jackson
**WALLACE MILLER**
150 N. Wacker Dr., Suite 1100
Chicago, IL 60606
Telephone: (312) 261-6193
Facsimile: (312) 275-8174

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of December 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Timothy E. Jackson
Timothy E. Jackson, Esq.