IN THE UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS | ) | MDL No. 2741 |
| | ) | |
| _____ | ) | |
| | ) | |
| This document relates to: | ) | |
| | ) | **[PROPOSED] ORDER TO MOVE** |
| | ) | **CASE TO WAVE VIII** |
| *Robin and Patrick Hayes v. Monsanto Co.*, | ) | |
| Case No. 3:21-cv-05398-VC | ) | |
| | ) | |
| _____ | ) | |

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Move

Plaintiff's case to Wave VIII. The Court having reviewed such and being otherwise sufficiently

advised, it is hereby ordered that Plaintiff's Motion to move the Plaintiff's Case to Wave VIII is

**HEREBY GRANTED.**


Dated: _____                           _____

                                                  Hon. Vince Chhabria