**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@getgomez.com*
Cristina Murillo (SBN 345769)
*cristina@getgomez.com*
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*All Actions Listed on Exhibit A* | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF JESSICA S. WILLIAMS ON BEHALF OF PLAINTIFFS** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Jessica S. Williams of Gomez Trial Attorneys hereby enters a withdrawal of appearance as counsel for all Plaintiffs listed on Exhibit A. Please note that John Gomez and Cristina Murillo continue to represent each Plaintiff listed on Exhibit A.

Dated: December 22, 2023

Respectfully submitted,

By: */s/ Jessica S. Williams*
John H. Gomez, Esq.
Jessica S. Williams, Esq.
**GOMEZ TRIAL ATTORNEYS**
**Attorneys for Plaintiff**
john@getgomez.com

1

**CERTIFICATE OF SERVICE**

2

3

    I hereby certify that on 22nd day of December, a true and correct copy of the foregoing was

4

electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to

5

all counsel of record.

6

7

                                    ___/s/ Jessica S. Williams_____
                                    Jessica S. Williams, Esq.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF APPEARANCE OF JESSICA S. WILLIAMS ON BEHALF OF
PLAINTIFFS

# <u>EXHIBIT A</u>

| <u>Case Name</u> | <u>Case Number</u> |
|---|---|
| Allen v. Monsanto Company | 3:23-cv-05239 |
| Greenwood v. Monsanto Co. | 3:22-cv-04830 |
| Harms et al v. Monsanto Company | 3:23-cv-03876 |
| Holbrook v. Monsanto Company | 3:23-cv-00956 |
| Levine v. Monsanto Company | 3:22-cv-08859 |
| Pridgen et al v. Monsanto Company | 3:23-cv-03025 |
| Sorrell et al v. Monsanto Company | 3:22-cv-05287 |
| Sparkman et al. v. Monsanto | 3:21-cv-06497 |
| Wasson v. Monsanto Company | 3:22-cv-05412 |