UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Constance Finneman v. Monsanto Company*, Case No. 3:18-cv-07021-VC *Ronald Gebo v. Monsanto Company*, Case No. 3:17-cv-00168-VC *Lacy Stormes v. Monsanto Company*, Case No. 3:19-cv-06026-VC | |

## PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASES TO WAVE 8

Counsel for the above-captioned Plaintiffs – without opposition from Defendant Monsanto Company – respectfully requests that the Court move these cases from Wave 7 to Wave 8-C.

1. Each of the above-captioned matters are currently part of Waves 7-C and 7-G.

2. This is the first request of Plaintiffs' Counsel to move these matters to a later wave.

3. Plaintiffs' Counsel has several trials slated during the pendency of the upcoming Wave 7-C and 7-G deadlines, including at least one Roundup® trial with Defendant.

4. Further, Plaintiff Ronald Gebo passed away during the pendency of this litigation.

5. As such, Counsel for Plaintiff is also in the process of ensuring that the proper party, daughter of Ronald Gebo, Rebecca Gebo, is able to take the place of Plaintiff Ronald Gebo in continuance of the *Gebo* action.

6. All parties to these actions have diligently pursued discovery in this matter. Each of aforementioned Plaintiffs have produced Plaintiff Fact Sheets, provided medical records, and executed authorizations for updated records.

7. Nevertheless, the impending deadlines, as per the current scheduling order for Wave 7-C and 7-G, present challenges to properly complete discovery and comply with the deadlines.

8. Mindful of the upcoming deadlines, counsel for both parties met and conferred regarding these matters.

9. After consulting with one another regarding these challenges, Plaintiffs' Counsel and Defendant's Counsel believe transferring these cases to Wave 8 would be the best course of action.

THEREFORE, the above-captioned Plaintiffs, without opposition from Defendant Monsanto Company, respectfully requests that the Court to move these cases from Wave 7 to Wave 8-C.

Dated: December 22, 2023                Respectfully submitted,

By:     */s/ Robin L. Greenwald*
        Robin L. Greenwald (*Pro Hac Vice*)
        **WEITZ & LUXENBERG, P.C.**
        700 Broadway, Fifth Floor
        New York, NY 10003
        Telephone: 212-558-5802
        Facsimile: (212) 344-5461
        rgreenwald@weitzlux.com

        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 22nd day of December, 2023, a copy of the foregoing PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASES TO WAVE 8-C has been filed through the Court's CM/ECF case management system, which will serve a notice of electronic filing to all counsel of record.

*/s/ Robin Greenwald*