UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Constance Finneman v. Monsanto Company,* Case No. 3:18-cv-07021-VC  *Ronald Gebo v. Monsanto Company,* Case No. 3:17-cv-00168-VC  *Lacy Stormes v. Monsanto Company,* Case No. 3:19-cv-06026-VC | |

**<u>ORDER</u>**

Having reviewed the unopposed motion seeking to transfer the three above-captioned cases to Wave 8, the Court grants the requested relief and transfers these cases to Wave 8-C.

IT IS SO ORDERED.

This _____ day of _____, 2023.

_____
VINCENT CHHABRIA
United States District Court Judge