UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Aultman v. Monsanto Co.*,<br>Case No. 3:19-cv-05236-VC | **ORDER GRANTING MOTIONS TO REVISE SCHEDULING ORDER**<br><br>Re: Dkt. Nos. 17622–17641 |
| *Borum v. Monsanto Co.*,<br>Case No. 3:19-cv-05242-VC | |
| *Butterfield v. Monsanto Co.*,<br>Case No. 3:19-cv-05243-VC | |
| *Connell v. Monsanto Co.*,<br>Case No. 3:19-cv-05244-VC | |
| *Costa v. Monsanto Co.*,<br>Case No. 3:19-cv-05245-VC | |
| *Gerlach v. Monsanto Co.*,<br>Case No. 3:19-cv-05246-VC | |
| *Gniadek v. Monsanto Co.*,<br>Case No. 3:19-cv-05249-VC | |
| *Gordon v. Monsanto Co.*,<br>Case No. 3:19-cv-05252-VC | |
| *Hoffman v. Monsanto Co.*,<br>Case No. 3:19-cv-05253-VC | |
| *Jones v. Monsanto Co.*,<br>Case No. 3:19-cv-05256-VC | |

*Luetcke v. Monsanto Co.*,
Case No. 3:22-cv-03963-VC

*Martin v. Monsanto Co.*,
Case No. 3:22-cv-03966-VC

*Moss v. Monsanto Co.*,
Case No. 3:22-cv-04012-VC

*Norgren v. Monsanto Co.*,
Case No. 3:22-cv-03967-VC

*Pinkard v. Monsanto Co.*,
Case No. 3:22-cv-04011-VC

*Schoonover v. Monsanto Co.*,
Case No. 3:22-cv-03969-VC

*Sorenson v. Monsanto Co.*,
Case No. 3:22-cv-03971-VC

*Watson v. Monsanto Co.*,
Case No. 3:22-cv-03972-VC

*Weeder v. Monsanto Co.*,
Case No. 3:19-cv-05378-VC

*Whitford et al. v. Monsanto Co.*,
Case No. 3:22-cv-04014-VC

The motions are granted. The above-captioned cases are part of Wave 7D, *see* Dkt. No. 16605, and they shall proceed according to the Wave 7D schedule, notwithstanding the sub-wave assignments set forth in Dkt. No. 17234.

The schedule and sub-wave assignments set forth in Dkt. No. 17234 are otherwise unchanged.

**IT IS SO ORDERED.**

Dated: December 22, 2023

VINCE CHHABRIA
United States District Judge