UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Bulone v. Monsanto Co.*, Case No. 3:20-cv-03719-VC | **ORDER DEEMING MOOT ADMINISTRATIVE MOTION TO APPEAR VIA VIDEOCONFERENCE**<br><br>Re: Dkt. No. 17584 |

The above-listed motion to appear via videoconference is deemed moot. The hearing to which it refers was vacated on December 11, 2023. Dkt. No. 17585.

**IT IS SO ORDERED.**

Dated: December 22, 2023

_____
VINCE CHHABRIA
United States District Judge