UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Sparkman v. Monsanto Co.*, Case No. 3:21-cv-06497-VC<br><br>*Garrison v. Monsanto Co.*, Case No. 3:19-cv-00280-VC<br><br>*Griffiths v. Monsanto Co.*, Case No. 3:20-cv-07736-VC | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES**<br><br>Re: Dkt. Nos. 17595, 17596, 17613 |

The above-listed motions to move cases to later waves are granted.

*Sparkman v. Monsanto Co.* is moved to Wave 8C. *Garrison v. Monsanto Co.* is moved to Wave 7D. *Griffiths v. Monsanto Co.* is moved to Wave 7G.

**IT IS SO ORDERED.**

Dated: December 22, 2023

_____

VINCE CHHABRIA
United States District Judge