UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Salem v. Monsanto Co.*, Case No: 3:20-cv-01360-VC | **ORDER DENYING MOTION TO MOVE CASE TO A LATER WAVE** |
| | Re: Dkt. No. 17573 |

    The motion to move the above-captioned case to a later wave is denied. Cases that have already been moved from one wave to another at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234. In addition, parties seeking to move a case to a later wave are required to state in their motion whether a case has previously been moved. Dkt. No. 17323. It appears that the above-captioned case was previously moved from Wave 4 to Wave 5, but the motion does not note this.

    The plaintiff may refile a motion to move the case that complies with the above requirements.

    **IT IS SO ORDERED.**

Dated: December 22, 2023

_____
VINCE CHHABRIA
United States District Judge