UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTION TO REOPEN CASE AND REINSTATE CASE TO ACTIVE STATUS** |
| *Efimenko v. Monsanto Co.*, Case No. 19-cv-00485-VC | Re: Dkt. No. 17649 |

The motion is granted, both for the reasons offered in the motion and because Special Master Ken Feinberg has confirmed that Plaintiff Alexander Efimenko was attempting to comply with, and is now in substantial compliance with, Pretrial Order No. 240.

The Clerk is directed to reopen the above-captioned case and reinstate it to active status.

**IT IS SO ORDERED.**

Dated: December 22, 2023

_____

VINCE CHHABRIA
United States District Judge