**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Darcy Sieve v. Monsanto Co.*,<br>Case No. 3:23-cv-06160-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

DATED:  December 27, 2023                Respectfully submitted,

                                                                  SHOOK, HARDY & BACON L.L.P.

                                                                  BY: */s/ Jennise W. Stubbs*
                        Jennise W. Stubbs
                        600 Travis Street, Suite 3400
                        Houston, TX 77002-2926
                        Telephone:   (713) 227-8008
                        Facsimile:    (713) 227-9508
                        Email:           jstubbs@shb.com

                        *Attorneys for Defendant*
                        *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 27th day of December, 2023, I electronically transmitted the foregoing **MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                                      */s/Jennise W. Stubbs*
                                                      Jennise W. Stubbs