W. Wylie Blair, Esq.
ONDERLAW, LLC
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax:  (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiff Alan Gniadek*

| | |
|---|---|
| Anthony R. Martinez, Esq. | Lakshmi Achari, Esq |
| SHOOK, HARDY & BACON L.L.P. | SHOOK, HARDY & BACON L.L.P. |
| 2555 Grand Blvd. | 600 Travis Street, Suite 3400 |
| Kansas City, MO 64108 | Houston, Texas 77002-2926 |
| Telephone: 816-559-2683 | Telephone: 713-227-8008 |
| Fax: 816-474-6550 | Fax: 713-227-9508 |
| amartinez@shb.com | lachari@shb.com |

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-05249 |
| This document relates to:<br><br>Plaintiff Alan Gniadek<br>Gniadek v. Monsanto Company, et al<br>Cause No. 3:19-cv-05249-VC (N.D. Cal) | |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)A)(ii)**

     Pursuant to F.R.C.P 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Alan Gniadek, and Defendant Monsanto Company hereby give notice that that all claims of Plaintiff Alan Gniadek be dismissed, without prejudice, against Defendant Monsanto Company. As a term of this stipulation, if Plaintiff wishes to re-file his case, he must refile the case in the MDL action and not in any other jurisdiction. Counsel for Plaintiff and Defendant Monsanto Company have

reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF15991), and hereby certify that no common benefit hold back is required for this unsettled Plaintiff.

IT IS HEREBY STIPLUATED AND AGREED by and between counsel for Plaintiff Alan Gniadek and counsel for Defendant Monsanto Company that the claims of Plaintiff Alan Gniadek in the above captioned Complaint are hereby dismissed without prejudice.

Each party agrees to bear its own costs and attorneys' fees.

Dated: December 27, 2023

/s/ W. Wylie Blair

W. Wylie Blair
ONDERLAW, LLC
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiff Alan Gniadek*

/s/ Anthony R. Martinez, Esq.                    /s/ Lakshmi Achari, Esq.

Anthony R. Martinez, Esq.              Lakshmi Achari, Esq
SHOOK, HARDY & BACON L.L.P.            SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.                       600 Travis Street, Suite 3400
Kansas City, MO 64108                  Houston, Texas 77002-2926
Telephone: 816-559-2683                Telephone: 713-227-8008
Fax: 816-474-6550                      Fax: 713-227-9508
amartinez@shb.com                      lachari@shb.com

*Attorneys for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I, W. Wylie Blair, hereby certify that, on December 27, 2023, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ W. Wylie Blair