# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-05249 |
| This document relates to: | |
| Plaintiff Alan Gniadek<br>Gniadek v. Monsanto Company, et al<br>Cause No. 3:19-cv-05249-VC (N.D. Cal) | |

## <u>PROPOSED ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal Without

Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint

Stipulation of Dismissal Without Prejudice as to Plaintiff Alan Gniadek;

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT