1  Jennifer Hackman
   SHOOK, HARDY & BACON L.L.P.
2  2555 Grand Blvd.
   Kansas City, MO 64108
3  Telephone: (816) 474-6550
   Facsimile: (816) 421-5547
4  jhackman@shb.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8  IN RE: ROUNDUP PRODUCTS LIABILITY        MDL No. 2741
   LITIGATION
9                                           Case No. 3:16-md-2741-VC

10 This document relates to:
                                            **NOTICE OF APPEARANCE OF JENNIFER**
11 *Andrew Gordon v. Monsanto Co.*          **HACKMAN ON BEHALF OF MONSANTO**
   Case No. 3:19-CV-05252-VC                **COMPANY**
12

13

14 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

15         PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jennifer Hackman of the

16 firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant Monsanto

17 Company in the above-captioned matter and respectfully requests that all pleadings, notices, orders,

18 correspondence, and other papers in connection with this action be served on and directed to the

19 undersigned counsel.

20 December 27, 2023                         Respectfully Submitted,

21

22                                          By:  */s/ Jennifer Hackman*
                                                 Jennifer Hackman
23                                               SHOOK, HARDY & BACON L.L.P.
                                                 2555 Grand Blvd.
24                                               Kansas City, MO 64108
                                                 Telephone: (816) 474-6550
25                                               Fax: (816) 421-5547
                                                 jhackman@shb.com
26
                                                 *Attorney for Defendant*
27                                               *MONSANTO COMPANY*

28

**<u>CERTIFICATE OF SERVICE</u>**

I, Jennifer Hackman, hereby certify that, on December 27, 2023 I electronically filed NOTICE OF APPEARANCE OF JENNIFER HACKMAN ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

 */s/ Jennifer Hackman*
Jennifer Hackman

*Attorney for Defendant*
*MONSANTO COMPANY*

NOTICE OF APPEARANCE OF JENNIFER HACKMAN ON BEHALF OF
DEFENDANT MONSANTO COMPANY
CASE NO. 3:16-MD-02741-VC & 3:19-CV-05252-VC

4878-6188-6361 V1