Jennifer Hackman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
jhackman@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-2741-VC |
| This document relates to: *Deborah Miller v. Monsanto Co.* Case No. 3:19-CV-04946 | **NOTICE OF APPEARANCE OF JENNIFER HACKMAN ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jennifer Hackman of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant Monsanto Company in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

December 27, 2023

Respectfully Submitted,

By: */s/ Jennifer Hackman*
Jennifer Hackman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
jhackman@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

NOTICE OF APPEARANCE OF JENNIFER HACKMAN ON BEHALF OF
DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC & 3:19-CV-04946

4880-7658-2041 v1

# CERTIFICATE OF SERVICE

I, Jennifer Hackman, hereby certify that, on December 27, 2023 I electronically filed NOTICE OF APPEARANCE OF JENNIFER HACKMAN ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

  /s/ Jennifer Hackman
Jennifer Hackman

*Attorney for Defendant*
MONSANTO COMPANY

2

NOTICE OF APPEARANCE OF JENNIFER HACKMAN ON BEHALF OF
DEFENDANT MONSANTO COMPANY
CASE NO. 3:16-MD-02741-VC & 3:19-CV-04946

4880-7658-2041 V1