UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION _____/ | MDL No. 2741 Case No. 16-md-02741-VC |
| ROBERT PLUMMER and NANCY PLUMMER, Plaintiffs, v. MONSANTO COMPANY, Defendant. _____/ | Case No. 3:23-cv-01269-VC |

## NOTICE OF SUPPLEMENTAL FILING REGARDING PLAINTIFF'S MOTION TO VACATE ORDER OF DISMISSAL [DOC 15]

COMES NOW, Plaintiffs, ROBERT PLUMMER and NANCY PLUMMER, by and through their undersigned counsel, and files this Notice of Supplemental Filing Regarding Plaintiff's Motion to Vacate Order of Dismissal [Doc 15] and states:

1. On December 28, 2023, a settlement package and supporting documentation were submitted to Special Master Ken Feinberg's settlement program.

WHEREFORE, Plaintiffs respectfully request that this Court vacate its Order of Dismissal and allow Special Master Ken Feinberg to review Plaintiffs claims and participate in the Settlement Program and/or prosecute their claims on the merits.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ Austin Grinder
Austin J. Grinder, Esquire
Fla. Bar No.: 54029
Eric Roslansky, Equire
Fla. Bar No.: 0042067
eroslansky@getjustice.com
roundup@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL  33733-6847
(727) 327-3222
Attorneys for Plaintiffs