SCOTT A. GINGRAS, WSBA No. 43886
WINSTON & CASHATT, LAWYERS, a Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509)838-6131
Facsimile: (509)838-1416
E-mail Address: sag@winstoncashatt.com

*Attorneys for Plaintiffs*

Anthony R. Martinez, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-559-2683
Fax: 816-474-6550
amartinez@shb.com

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Jerry K. Klaveano, individually, and Danielle K. Klaveano, husband and wife and their marital community,*<br>Case No.: 3:20-cv-00198-VC | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Jerry Klaveano, individually, and Danielle K. Klaveano, husband and wife and their martial community, and Defendant Monsanto Company hereby give notice that all Plaintiffs claims be dismissed, without prejudice, against Defendant Monsanto Company. As a term of this stipulation, if Plaintiffs wish to re-file their case, they must refile the case in the MDL action and not in any other jurisdiction if the MDL is still active and pending at that time. Counsel for Plaintiffs and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for the unsettled Plaintiffs.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Jerry Klaveano and Danielle Klaveano and counsel for Defendant Monsanto Company that the claims of Plaintiffs in the above captioned Complaint are hereby dismissed without prejudice.

Each party agrees to bear its own costs and attorneys' fees.

DATED this 28th day of December, 2023.

/s/ Scott A. Gingras
SCOTT A. GINGRAS, WSBA No. 43886
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509)838-6131
Facsimile: (509)838-1416
E-mail Address: sag@winstoncashatt.com
Attorneys for Plaintiffs

/s/ *Anthony R. Martinez*
Anthony R. Martinez, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-559-2683
Fax: 816-474-6550
amartinez@shb.com
Attorneys for Defendant Monsanto Company

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Scott A. Gingras, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*/s/ Scott A. Gingras*
Scott A. Gingras
Winston & Cashatt, Lawyers

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 28th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816)559-2683
Fax: (816)421-5547
amartinez@shb.com

Attorney for Defendant Monsanto Company

/s/ Scott A. Gingras
SCOTT A. GINGRAS, WSBA No. 43886
WINSTON & CASHATT, LAWYERS, a Professional Service Corporation
Attorney for Plaintiffs
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: sag@winstoncashatt.com