Joseph R. Saveri (SBN 130064)
Christopher K. L. Young (SBN 318371)
David W. Lerch (State Bar No. 229411)
Itak K. Moradi (SBN 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
　　　　cyoung@saverilawfirm.com
　　　　dlerch@saverilawfirm.com
　　　　imoradi@saverilawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **JONAS PEREZ-HERNANDEZ, ISABEL PAZ-HERNANDEZ, MOISES PEREZ-PAZ, ALLISON PEREZ-PAZ, and ABIGAIL PEREZ-PAZ**, individually and on behalf of all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>**BAYER AKTIENGESELLSCHAFT**, a German joint-stock company; **BAYER CORPORATION**, an Indiana corporation; and **MONSANTO COMPANY**, a Delaware corporation,<br><br>　　　　*Defendants*. | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE OF DAVID W. LERCH** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Please take notice that David W. Lerch of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Direct Purchaser Plaintiffs Jonas Perez-Hernandez, Isabel Paz-Hernandez, Moises Perez-Paz, Allison Perez-Paz, and Abigail Perez-Paz. Mr. Lerch is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Lerch's contact information is as follows:

David W. Lerch (State Bar No. 229411)<br>
Joseph Saveri Law Firm, LLP<br>
601 California Street, Suite 1000<br>
San Francisco, CA 94108<br>
Telephone: 415-500-6800<br>
Facsimile: 415-395-9940<br>
Email: dlerch@saverilawfirm.com

Dated: January 2, 2024

Respectfully Submitted,

**JOSEPH SAVERI LAW FIRM, LLP**

By:   /s/ David W. Lerch
       David W. Lerch

Joseph R. Saveri (SBN 130064)
Christopher K. L. Young (SBN 318371)
David W. Lerch (State Bar No. 229411)
Itak K. Moradi (SBN 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
       cyoung@saverilawfirm.com
       dlerch@saverilawfirm.com
       imoradi@saverilawfirm.com

*Attorneys for Plaintiffs*