UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
------------------------------------------------------ X

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON**<br>------------------------------------------------------ | **CASE NO: 3:16-MD-2741-VC**<br>**MDL No. 2741** |
| **This document relates to:** | Hon. Vince Chhabria |

*Plaintiff Thomas P. Rotella,*

Case No.: 3:21-cv-10050-VC

------------------------------------------------------ X

## SUGGESTION OF DEATH UPON THE RECORD
## AND MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action hereby gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that Counsel has recently discovered the death of Thomas P. Rotella, Plaintiff in this action, as follows:

1. Plaintiff Thomas P. Rotella passed away on March 12, 2023;

2. Plaintiff's death certificate is attached hereto as Exhibit A;

3. Letters Testamentary granted to AARON ROTELLA were granted by the Surrogate's Court of Niagara County, State of New York on June 22, 2023 appointing AARON ROTELLA as Administrator of the Estate of the Plaintiff Thomas P. Rotella is attached hereto as Exhibit B.

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that AARON ROTELLA, as Administrator of the Estate of Thomas P. Rotella, be substituted in place of THOMAS P. ROTELLA as Plaintiff in this action, so that Plaintiff's claims may survive and that the action on his behalf may proceed.

The request under this Motion is not sought for delay, but so that justice may be done.

Dated: Brooklyn, New York
January 3, 2024

  /s/Michael P. Kushner
Michael P. Kushner, Esq.
KUSHNER LAW GROUP, PLLC
16 Court Street, 36th Floor
Brooklyn, New York 11241
mk@kushlawgroup.com

## **CERTIFICATE OF CONFERENCE**

I, Michael P. Kushner, hereby certify that on January 3, 2024, the foregoing was provided to defense counsel in an attempt to confer regarding the same. As of the date of this filing, no response has been received.

Dated: January 3, 2024

  /s/Michael P. Kushner
Michael P. Kushner, Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 3rd day of January, 2024.

Dated: January 3, 2024

  /s/Michael P. Kushner
Michael P. Kushner, Esq.