**Exhibit A - Death Certificate**

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

DOH-1961 (8/2011)
RECORDED DISTRICT: 3152
REGISTER NUMBER: 55
STATE FILE NUMBER: 32-2023-60020952

**1. NAME:** Thomas Philip Rotella
**2. SEX:** Male
**3A. DATE OF DEATH:** 03 / 12 / 2023
**3B. HOUR:** 12:13 AM

**4A. PLACE OF DEATH:** [X] HOSPITAL INPATIENT
**4B. IF FACILITY, DATE ADMITTED:** 03 / 04 / 2023
**4C. NAME OF FACILITY:** Mount St Marys Hospital And Health Center
**4D. LOCALITY:** Lewiston Town
**4E. COUNTY OF DEATH:** Niagara
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** NO

**5. DATE OF BIRTH:** 04 / 11 / 1940
**6A. AGE IN YEARS:** 82
**7A. CITY AND STATE OF BIRTH:** Niagara Falls, New York

**8. SERVED IN U.S. ARMED FORCES?** [X] NO
**9. DECEDENT OF HISPANIC ORIGIN?** A [X] No, not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** A [X] White/Caucasian

**11. DECEDENT'S EDUCATION:** 3 [X] High school graduate or GED

**12. SOCIAL SECURITY NUMBER:** 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
**13. MARITAL STATUS:** [X] WIDOWED

**15A. USUAL OCCUPATION:** Mechanic
**15B. KIND OF BUSINESS OR INDUSTRY:** Automotive & Boat Repair
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** Self Employed

**16A. RESIDENCE (State or Country):** FL
**16B. County or Region/Province:** Monroe
**16C. LOCALITY:** Key Largo
**16D. STREET AND NUMBER OF RESIDENCE:** 16 Judy Place
**16E. ZIP CODE:** 33037

**17. BIRTH NAME OF FATHER/PARENT:** Dominic Rotella
**18. BIRTH NAME OF MOTHER/PARENT:** Carmella Julian

**19A. NAME OF INFORMANT:** Sean P. Rotella
**19B. MAILING ADDRESS:** 746 Harrison Avenue, Tonawanda, NY 14223

**20A.** [X] BURIAL
**Date:** 03 / 20 / 2023
**20B. PLACE OF BURIAL:** St. Joseph R.C. Cemetery
**20C. LOCATION:** Niagara Falls, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** DuBois Funeral Home, 2436 Niagara Rd, Niagara Falls, NY 14304
**21B. REGISTRATION NUMBER:** 00491
**22A. NAME OF FUNERAL DIRECTOR:** Robert W DuBois
**22B. SIGNATURE OF FUNERAL DIRECTOR:** Robert W DuBois Electronically Signed
**22C. REGISTRATION NUMBER:** 11012
**23A. SIGNATURE OF REGISTRAR:** Donna Rose Garfinkel Electronically Signed
**23B. DATE FILED:** 03 / 13 / 2023
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Linda Kreps
**24B. DATE ISSUED:** 03 / 13 / 2023

### ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER

**25A. CERTIFICATION:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** Judy Dobson, PA
**License No.:** 334293
**Signature:** Judy Dobson, PA Electronically Signed
**Date:** 03 / 12 / 2023
**Certifier's Title:** Physician acting on behalf of Attending Physician
**Address:** 5300 Military Rd, Lewiston Town, NY 14092

**26A. Attending physician attended deceased:** FROM 03/04/2023 TO 03/11/2023
**26B. Deceased last seen alive by attending physician:** 03/11/2023
**26C. Pronounced Dead:** 03/12/2023 AT 12:13 AM

**27. MANNER OF DEATH:** [X] 1 NATURAL CAUSE
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** [X] NO
**29A. AUTOPSY?** [X] NO

**30. DEATH WAS CAUSED BY:**
PART I. IMMEDIATE CAUSE:
(A) failure to thrive — 1 months
DUE TO OR AS A CONSEQUENCE OF:
(B) cachexia — 1 month
DUE TO OR AS A CONSEQUENCE OF:
(C) Metabolic encephalopathy (D) Non-Hodgkins Lymphoma — 1 month, (D) 8 month

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): <<<>>>

**DID TOBACCO USE CONTRIBUTE TO DEATH?** [X] 0 NO

793922                                                          793922

### Safety Features Used In This Form

1. Watermark on back is visible when document is held up to a light source.

2. Press number on document.

3. "VOID" appears on photocopies made on either a black and white or color photocopier.

793922

I HEREBY CERTIFY THAT THIS
IS A TRUE & CORRECT COPY
OF THE RECORD ON FILE IN
MY OFFICE

*Donna R. Garfinkel*

Registrar
March 13, 2023
Date