**Exhibit B - Letters of Administration**

*On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:*

File #:  2023-99952

Name of Decedent:      **Thomas Rotella**           Date of Death: **March 12, 2023**
                       **AKA   Thomas Phillip Rotella**

Domicile of Decedent:  **Niagara County**

Fiduciary Appointed:   **Aaron Rotella**
Mailing Address        4130 Calkins Road
                       Youngstown NY  14174

Letters Issued:        **LETTERS TESTAMENTARY**

Limitations:           **SAID LETTERS ARE HEREBY RESTRICTED IN THAT THE EXECUTOR/RIX
SHALL NOT BE ENTITLED TO SETTLE OR COMPROMISE ANY WRONGFUL DEATH CLAIM ON BEHALF
OF THE DECEDENT'S ESTATE WITHOUT A FURTHER ORDER OF THIS COURT.**

**THE FIDUCIARY AND THE ATTORNEY COMMENCING THE ESTATE PROCEEDING SHALL TAKE ANY AND
ALL STEPS NECESSARY TO PROPERLY CLOSE THE ESTATE UPON THE CONCLUSION OF LITIGATION
IF ANY, REGARDLESS OF THE OUTCOME THEREOF, OR, IF THERE IS NO LITIGATION, WITHIN TWO (2)
YEARS OF THE DATE OF FIRST APPOINTMENT.**

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the
above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and
disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York
State, subject to the limitations and restrictions, if any, as set forth above.

Dated:  June 22, 2023                        IN  TESTIMONY  WHEREOF,    the  seal  of  the
                                             Niagara County Surrogate's Court has been affixed.

                                             WITNESS, Hon John J Ottaviano, Judge of the
                                             Niagara County Surrogate's Court.

                                             *Camille Hayes*
                                             _____
                                             Camille Hayes, Deputy Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Niagara County Surrogate's Court*

**Attorney:**
**James C Roscetti**
**Roscetti & DeCastro PC**
730 Main Street
Niagara Falls NY  14301