UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
------------------------------------------------------- X

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON** | **CASE NO: 3:16-MD-2741-VC** <br> **MDL No. 2741** |

------------------------------------------------------

**This document relates to:**

*Plaintiff Thomas P. Rotella,*

Case No.: 3:21-cv-10080-VC

------------------------------------------------------ X

## ORDER

    Considering Plaintiff's Motion brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

    **IT IS ORDERED** that AARON ROTELLA be substituted as a party plaintiff in place of Thomas P. Rotella and that the Clerk of Court is hereby directed to amend the caption of this case to the following:

    AARON ROTELLA, as Administrator of the Estate of THOMAS P. ROTELLA

v.

MONSANTO COMPANY; and, JOHN DOES 1-50

This _____ day of _____, 2024

_____
VINCE CHHABRIA
United States District Judge