UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------- X

**IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGAITON**

------------------------------------------------------

**This document relates to:**

*Plaintiff Thomas P. Rotella,*

Case No.: 3:21-cv-10050-VC

-------------------------------------------------------- X

**CASE NO: 3:16-MD-2741-VC**
**MDL No. 2741**

Hon. Vince Chhabria

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8

Plaintiff Thomas P. Rotella, by his duly appointed administrator AARON ROTELLA, without opposition from Defendant MONSANTO COMPANY, respectfully requests that the Court move his case from Wave 7 to Wave 8:

1. Thomas P. Rotella's case is currently part of Wave 7-E;

2. Plaintiff passed away on March 12, 2023, and substitution of the Administrator of the Estate, AARON ROTELLA is currently pending before this Court;

3. The deadlines imposed by Wave 7 present challenges to Plaintiff since the Administrator has been recently appointed and provided Counsel with direction for moving this matter forward;

4. Further, Plaintiff's claims are also pending with the special master who has requested further documentation and the Administrator is required to execute new authorizations and releases in order to proceed with possible settlement;

5. Plaintiff believes that the best, most prudent course of action would be to move this case to a later Wave;

6. Plaintiff's case has not been previously transferred to a later Wave by this Court.

Therefore, Plaintiff Thomas P. Rotella, by his duly appointed administrator AARON

ROTELLA, without opposition from Defendant MONSANTO COMPANY, respectfully requests

that the Court move his case from Wave 7 to Wave 8

Dated:  Brooklyn, New York
        January 3, 2024

                                    /s/Michael P. Kushner
                                Michael P. Kushner, Esq.
                                KUSHNER LAW GROUP, PLLC
                                16 Court Street, 36th Floor
                                Brooklyn, New York 11241
                                mk@kushlawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically served through the

Court's CM/ECF system on this 3rd day of January, 2024.

Dated: January 3, 2024                      /s/Michael P. Kushner
                                        Michael P. Kushner, Esq.