UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| _____ | Case No. 16-md-02741-VC |
| This document relates to: | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| *James Vogel v. Monsanto Company* Case No. 3:20-cv-00845-VC | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, with the parties to bear their own fees and costs. Pursuant to Local Rule 5-1.(i)(3), counsel for the Plaintiff attests that the concurrence of each signatory to the filing was obtained in writing.

Counsel for Plaintiff have read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for Plaintiff further certify that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion.

Executed this 4th day of January, 2024.

*/s/ David Bricker*
David Bricker
THORNTON LAW FIRM, LLP

9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
T: (310) 282-8676
F: (310) 388-5316
dbricker@tenlaw.com

*Attorney for Plaintiff*

*/s/ Anthony Martinez*
Anthony Martinez
Shook, Hardy & Bacon, LLP

*Attorney for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2024, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

*/s/ David Bricker*
David Bricker, counsel for plaintiff
