**Bernheim Kelley Battista, LLC**
Walter Kelley
wkelley@realjustice.com
T. Matthew Leckman
mleckman@realjustice.com
Amanda L. DePaulis
aleckman@realjustice.com
4 Court Street
Plymouth, MA 02360
(617) 420-1111

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Lewis Smither v. Monsanto Company*<br>Case No. 3:20-cv-08054-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs. Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

1 | DATED: January 4, 2024 | Respectfully submitted,

*/s/ Amanda L. DePaulis*
Amanda L. DePaulis
aleckman@realjustice.com
Bernheim Kelley Battista, LLC
4 Court Street
Plymouth, MA 02360
(617) 420-1111

*Attorney for Plaintiff*

*/s/ Anthony R. Martinez*
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*
