UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ------------------------------------------<br>IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION<br>------------------------------------------<br><br>This document relates to:<br><br>*Plaintiff Henrietta Valinoti*<br>Case No.: 3:22-cv-02966<br>------------------------------------------ | Case No.: 3:16-md-02741-VC<br>MDL No. 2741<br><br>Judge Vince Chhabria<br>Magistrate Judge Alex G. Tse |

## SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action hereby gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that the death of Henrietta Valinoti, on December 18, 2021.

DATED:     January 5, 2024                     /s/ Lynne M. Kizis
                                                **Lynne M. Kizis**
                                                New Jersey Bar No. 037831987
                                                WILENTZ, GOLDMAN & SPITZER, P.A.
                                                90 Woodbridge Center Drive, Suite 900
                                                Woodbridge, New Jersey 07095
                                                lkizis@wilentz.com

## CERTIFICATE OF SERVICE

I, Lynne M. Kizis, hereby certify that on January 5, 2024, the foregoing was served electronically and notice of service of this document will be sent to all parties by the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

Dated:  January 5, 2024                          /s/ Lynne M. Kizis
                                                 Lynne M. Kizis