UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Plaintiff Henrietta Valinoti*<br>Case No.: 3:22-cv-02966 | Case No.: 3:16-md-02741-VC<br>MDL No. 2741<br><br>Judge Vince Chhabria<br>Magistrate Judge Alex G. Tse |

Counsel for Plaintiff in the above-referenced action respectfully moves this Court to substitute Robert Valinoti, as personal representative of the estate of Henrietta Valinoti, deceased, pursuant to Rule 25 of the Federal Rules of Civil Procedure.

1. Plaintiff's complaint was filed in the United States District Court for the District of New Jersey on April 15, 2022, which was transferred to this court by order of May 19, 2022.

2. On January 5, 2024 Plaintiff filed a Suggestion of Death in this case. The death certificate is attached as Exhibit A.

3. On December 6, 2023, Robert Valinoti was issued an Affidavit of Spouse by the Surrogate Court of Ocean County, New Jersey. *See* Exhibit B.

4. As duly appointed personal representative of Henrietta Valinoti's estate, Robert Valinoti is the proper party to make this substitution and has a right to pursue the claims arising out of Henrietta Valinoti's Non-Hodgkin's lymphoma and death.

5. Robert Valinoti, in his capacity as Personal Representative of the Estate of Henrietta Valinoti, moves to be substituted as the sole Plaintiff in the present action.

#14196399.1

6. No party will be prejudiced by this amendment, and it serves the needs of justice.

7. Therefore, Plaintiff requests that this Court enter an Order substituting Robert Valinoti in place of Henrietta Valinoti. The case caption is requested to be amended as follows: "Robert Valinoti, as Personal Representative of the Estate of Henrietta Valinoti."

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that ROBERT VALINOTI, Personal Representative of the Estate of Henrietta Valinoti, be substituted as Plaintiff in place of the deceased, so that claims may survive and the action on the estate's behalf may proceed.

DATED: January 5 , 2024

/s/ Lynne M. Kizis
**Lynne M. Kizis**
New Jersey Bar No. 037831987
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Tele: (732) 855-6424
Fax: (732) 726-6612
lkizis@wilentz.com

## CERTIFICATE OF SERVICE

I, Lynne M. Kizis, hereby certify that on January 5, 2024 the foregoing was served electronically and notice of service of this document will be sent to all parties by the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

Dated:  January 5, 2024

/s/ Lynne M. Kizis
Lynne M. Kizis

#14196399.1