# EXHIBIT A

# STATE OF NEW JERSEY
## NEW JERSEY DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 20210079281
B0011828680

| Field | Value |
|---|---|
| 1a. Legal Name of Decedent (First, Middle, Last, Suffix) | Henrietta H Valinoti |
| 1b. Also Known As (AKA) | |
| 2. Sex | Female |
| 3. Social Security Number | 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 |
| 4a. Age | 76 Years |
| 6. Date of Birth (Mo/Day/Yr) | 10/23/1945 |
| 5. Birthplace (City & State/Foreign Country) | Brooklyn, New York |
| 7a. Residence-State | New Jersey |
| 7b. County | Ocean |
| 7c. Municipality/City | Brick Township |
| 7d. Street and Number | 4 Baser Lane |
| 7e. Apt No. | |
| 7f. Zip Code | 08724 |
| 7g. Inside City Limits? | Yes |
| 8a. Ever in US Armed Forces? | No |
| 8b. If Yes, Name of War | |
| 8c. War Service Dates (From/To) | |
| 9. Domestic Status at Time of Death | Married |
| 10. Name of Surviving Spouse/Partner | Robert J Valinoti |
| 11. Father's Name (First, Middle, Last) | John Narcisco |
| 12. Mother's Name Prior to First Marriage | Rose Vaccaro |
| 13a. Name of Informant | Robert J Valinoti, Sr. |
| 13b. Relationship to Decedent | Spouse |
| 13c. Mailing Address | 4 Baser Lane, Brick, NJ 08724 |
| 14. Method of Disposition | Entombment |
| 15. Place of Disposition | Atlantic View Cemetery |
| 16. Location- City & State/Foreign Country | Manasquan Borough, New Jersey |
| 17. Name and Complete Address of Funeral Facility | O'Brien Funeral Home, 2028 Hwy#35 New Bedford Rd., Wall, NJ 07719 |
| 18. Electronic Signature of Funeral Director | William J Moore, Jr. |
| 19. NJ License Number | 23JP00427600 |
| 20. Decedent Education | High school graduate or GED completed |
| 21. Decedent of Hispanic Origin? | Not Spanish / Hispanic / Latino |
| 22. Decedent Race | White |
| 23. Occupation of Decedent | Purchaser |
| 24. Kind of Business/Industry | education |
| 25. Name and Address of Last Employer | College of Staten Island, Staten Island, NY |
| 26. Date Pronounced Dead (Mo/Day/Yr) | 12/18/2021 |
| 28. Name of Person Pronouncing Death | Julia Cokelet-Kenny |
| 27. Time Pronounced Dead (24-hr) | 1620 |
| 29. License Number | 26NR17872300 |
| 30. Date Signed (Mo/Day/Yr) | 12/18/2021 |
| 31. Date of Death (Mo/Day/Yr) | 12/18/2021 |
| 32. Time of Death (24-hr) | Approx-1620 |
| 33. Was Medical Examiner Contacted? | No |
| 34. Place of Death | Decedent's Home |
| 35a. Facility Name | Residence |
| 35b. Municipality | Brick Township |
| 35c. County | Ocean |

### CAUSE OF DEATH

**36a. PART I - IMMEDIATE CAUSE**

| Cause | Interval Between Onset and Death |
|---|---|
| a. Immediate Cause: follicular lymphoma | unknown |
| b. Due to (or as a consequence of): | |
| c. Due to (or as a consequence of): | |
| d. Due to (or as a consequence of): | |

**36b. PART II.** Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I

| Field | Value |
|---|---|
| 37. Was an Autopsy Performed? | No |
| 38. Were Autopsy Findings Available to Complete Cause of Death? | Not Applicable |
| 39. Date of Injury (Mo/Day/Yr) | |
| 40. Time of Injury (24-hr) | |
| 41. Place of Injury | |
| 42. Injury at work? | |
| 43a. Location of Injury (Number and Street, Zip Code) | |
| 43b. Municipality | |
| 43c. County | |
| 43d. State | |
| 44. Describe How Injury Occurred | |
| 45. If Transportation Injury | |
| 46. Manner of Death | Natural |
| 47. Did Decedent Have Diabetes? | Unknown |
| 48. Did Tobacco Use Contribute to Death? | Unknown |
| 49. If Female, Pregnancy State | Not applicable |
| 50. Certifier Type | certifying physician or APN |
| 51. Name, Address, and Zip Code of Certifier | Sonia J Rijhsinghani, M.D. 1631 Rt 88, Brick, NJ 08724 |
| 52. Electronic Signature of Certifier | Sonia J Rijhsinghani |
| 53. License Number | 25MA09106000 |
| 54. Date Certified (Mo/Day/Yr) | 12/21/2021 |
| 55. Electronic Signature of Local Registrar | Keri Pagnoni |
| 56. District No. | V1392 |
| 57. Date Received | 12/21/2021 |
| Case ID Number | 2345477 |

*THIS DOCUMENT CONTAINS A UNIQUE STATE OF NJ WATERMARK HOLD AT LIGHT TO VERIFY*

# EXHIBIT B

Docket No.: 254726

# State of New Jersey
# Ocean County Surrogate's Court
# Jeffrey W. Moran, Surrogate

STATE OF NEW JERSEY

COUNTY OF OCEAN

In the Matter of the Estate

Henrietta H. Valinoti

, Deceased

AFFIDAVIT OF SPOUSE

I **Robert J. Valinoti, Sr. aka Robert Valinoti**   Of full age, being duly sworn according to law on oath, depose and say:

1. I reside at **4 Basser Lane, Brick, New Jersey 08724**
2. I am the Spouse of decedent who departed this life on or about **December 18, 2021**, a resident of Ocean County without leaving a Will; that the entire estate, both real and personal, of said decedent does not exceed the sum of **($50,000)** dollars consisting of assets of the following nature, value and location:

| Asset Description | Value |
|---|---|
| RoundUp Class Action Litigation by Monsanto Company | $10,000.00 |
| **TOTAL ASSET AMOUNT** | $10,000.00 |

The deponent is therefore entitled to same without Letters of Administration, in accordance with N.J.S.A. 3B:10-3 Laws of New Jersey.

Sworn and subscribed before me on December 6th, 2023

*Elleia Giannotte*, Special Probate Clerk

*Robert J. Valinoti, Sr. aka Robert Valinoti*