UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

This document relates to:

*Plaintiff Henrietta Valinoti*
Case No.: 3:22-cv-02966

---

Case No.: 3:16-md-02741-VC
MDL No. 2741

Judge Vince Chhabria
Magistrate Judge Alex G. Tse

[PROPOSED] ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ROBERT VALINOTI IN PLACE OF HENRIETTA VALINOTI

---

1. Plaintiff's Motion to Substitute Robert Valinoti, Personal Representative of the Estate of Henrietta Valinoti, in Place of Henrietta Valinoti pursuant to F.R.C.P. 25 is **GRANTED.**

2. Robert Valinoti, Personal Representative of the Estate of Henrietta Valinoti, is hereby substituted in place of Henrietta Valinoti.

3. Accordingly, the case caption shall be amended as follows: "Robert Valinoti, Personal Representative of the Estate of Henrietta Valinoti."

SIGNED on this _____ day of _____, 2024

_____
VINCE CHHABRIA
United States District Court Judge