W. Wylie Blair, Esq.
**ONDER LAW, LLC**
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-MD-02741-VC |
| This document relates to: | |
| James Aultman v. Monsanto Company, No. 3:19-CV-05236 | **UNOPPOSED MOTION TO MOVE CASES TO WAVES 7C, 7E, 7F AND 7G** |
| Jay Borum v. Monsanto Company, No. 3:19-CV-05242 | |
| Estel Butterfield v. Monsanto Company, No. 3:19-CV-05243 | |
| Spirit Connell v. Monsanto Company, No. 3:19-CV-05244 | |
| Stan Gerlach v. Monsanto Company, No. 3:19-CV-05246 | |
| Andrew Gordon v. Monsanto Company, No. 3:19-CV-05252 | |
| Joseph Johnson v. Monsanto Company, No. 3:19-CV-05255 | |
| Bobby Jones v. Monsanto Company, No. 3:19-CV-05256 | |
| Patrick Martin v. Monsanto Company, No. 3:22-CV-03966 | |

Douglas Moss v. Monsanto Company,
No. 3:22-CV-04012

Suzanne Norgren v. Monsanto Company,
No. 3:22-CV-03967

Marty Pinkard v. Monsanto Company,
No. 3:22-CV-04011

James Sheldon v. Monsanto Company,
No. 3:17-CV-02142

Carol Sorensen v. Monsanto Company,
No. 3:22-CV-03971

Jack Watson v. Monsanto Company,
No. 3:22-CV-03972

Tracie Weeder v. Monsanto Company,
No. 3:19-CV-05378

Robert Whitford, et al v. Monsanto Company,
No. 3:22-CV-04014

**UNOPPOSED MOTION TO MOVE CASES TO WAVES 7C, 7E, 7F AND 7G**

The seventeen above-captioned Plaintiffs – without opposition from Defendant Monsanto Company – respectfully request the Court to move their cases from Wave 7D to Waves 7C, 7E, 7F and 7G.

1. Each above captioned Plaintiff is currently situated in Wave 7D after the Court's Order granting motions to revise the previous scheduling order (Dkt. No. 17670 in 3:16-MD-02741-VC).

2. All parties to this action have diligently pursued discovery, taken and defended depositions, engaged in written discovery and prepared these cases for trial.

3. After consulting with one another regarding the challenges of having all these cases moved to the same Wave, Plaintiffs' Counsel and Defendant's Counsel believe

transferring these cases to Waves 7C, 7E, 7F and 7G would be in the best interests of justice and allow the parties to complete discovery without causing undue delay.

4. The proposed, and unopposed, wave assignments are:

James Aultman (3:19-CV-05236) – Wave 7C

Jay Borum (No. 3:19-CV-05242) – Wave 7C

Estel Butterfield (3:19-CV-05243) – Wave 7C

Stan Gerlach (3:19-CV-05246) – Wave 7C

Andrew Gordon (3:19-CV-05252) – Wave 7C

Patrick Martin (3:22-CV-03966) – Wave 7E

Douglas Moss (3:22-CV-04012) – Wave 7E

Suzanne Norgren (3:22-CV-03967) – Wave 7E

Marty Pinkard (3:22-CV-04011) – Wave 7E

Spirit Connell (3:19-CV-05244) – Wave 7F

Bobby Jones (3:19-CV-05256) – Wave 7F

Jack Watson (3:22-CV-03972) – Wave 7F

Robert Whitford (3:22-CV-04014) – Wave 7F

Joseph Johnson (3:19-CV-05255) – Wave 7G

James Sheldon (3:17-CV-02142) – Wave 7G

Carol Sorensen (3:22-CV-03971) – Wave 7G

Tracie Weeder (3:19-CV-05378) – Wave 7G

THEREFORE, the seventeen above-captioned Plaintiffs, without opposition from Defendant Monsanto Company, respectfully request the Court to move their cases from Wave 7D to Waves 7C, 7E, 7F and 7G.

Dated: January 5, 2024  **ONDER LAW, LLC**

By: /s/ W. Wylie Blair

W. Wylie Blair
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

## CERTIFICATE OF SERVICE

I, W. Wylie Blair, hereby certify that, on January 5, 2024, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ W. Wylie Blair

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-CV-02741-VC |
| This document relates to: | |
| James Aultman v. Monsanto Company, No. 3:19-CV-05236 | **[PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE CASES TO WAVES 7C, 7E, 7F, 7G** |
| Jay Borum v. Monsanto Company, No. 3:19-CV-05242 | |
| Estel Butterfield v. Monsanto Company, No. 3:19-CV-05243 | |
| Spirit Connell v. Monsanto Company, No. 3:19-CV-05244 | |
| Stan Gerlach v. Monsanto Company, No. 3:19-CV-05246 | |
| Andrew Gordon v. Monsanto Company, No. 3:19-CV-05252 | |
| Joseph Johnson v. Monsanto Company, No. 3:19-CV-05255 | |
| Bobby Jones v. Monsanto Company, No. 3:19-CV-05256 | |
| Patrick Martin v. Monsanto Company, No. 3:22-CV-03966 | |
| Douglas Moss v. Monsanto Company, No. 3:22-CV-04012 | |
| Suzanne Norgren v. Monsanto Company, No. 3:22-CV-03967 | |
| Marty Pinkard v. Monsanto Company, No. 3:22-CV-04011 | |

James Sheldon v. Monsanto Company,
No. 3:17-CV-02142

Carol Sorensen v. Monsanto Company,
No. 3:22-CV-03971

Jack Watson v. Monsanto Company,
No. 3:22-CV-03972

Tracie Weeder v. Monsanto Company,
No. 3:19-CV-05378

Robert Whitford, et al v. Monsanto Company,
No. 3:22-CV-04014

Having reviewed the unopposed motion seeking to transfer these cases to Waves 7C, 7E, 7F and 7G the Court grants the requested relief and transfers these cases to Waves 7C, 7E, 7F and 7G.

       IT IS SO ORDERED.

_____
Vince G. Chhabria
Presiding Judge
United States District Court