# Exhibit B

```
 1   other's questions and answers so the court reporter
 2   can get a clear record.
 3             Of course your counsel is free to make
 4   objections for the record but unless you're
 5   instructed otherwise, you can go ahead and answer my
 6   question.
 7             Finally, we'll take breaks about every
 8   hour but if you need a break sooner, just let us
 9   know and I'll try to accommodate you so long as a
10   question is not pending.
11             Does that all sound fair?
12        A.   Yes, sir.
13        Q.   Okay.  And you understand the oath that
14   you took today is the same oath as if you were
15   testifying in front of a judge and a jury?
16        A.   Yes, sir.
17        Q.   Are you relying on any other expert for
18   any of your opinions in this case?
19        A.   No.
20        Q.   How did you first get involved in this
21   litigation, sir?
22        A.   So I was contacted by an organization,
23   Expert IQ, and they -- they presented the case to me
24   and I spoke to the law firm and that's how it
25   happened.
```

```
 1   wouldn't publish it.
 2            Now, does Dr. Weisenburger hold back on
 3   articles that don't support his position?  When I
 4   read his articles he included the EPA in there.  He
 5   included other articles that didn't support the
 6   position.  So in other words, I think that his --
 7   his article, when I read it, he had all points of
 8   view in there and how he interpreted it and how he
 9   came to that conclusion.
10   BY MR. HOFFMAN:
11        Q.   Well, Doctor, a couple -- couple things.
12   We can wrap this up.
13            Number one, you certainly have no basis to
14   conclude that the data or the results that are
15   published in this article, you have no basis to
16   question those data or those results, do you?
17        A.   Well, you know, I'm just wondering -- I
18   think that the article is published because of --
19   because it supports Monsanto.  And no, I'm not
20   questioning the results, but --
21        Q.   Okay.  And you agree that $2 million is a
22   substantial amount of money to anybody, don't you?
23        A.   It's unrelated.
24            MR. DONATO:  Object to form.
25            THE WITNESS:  Unrelated.  Unrelated.
```

1    Q.   Is that -- is this your understanding of
2    what the study showed, that risk of lymphoma overall
3    and B-cell lymphoma was not elevated?
4    A.   Yeah, I don't think I -- like I told you
5    before, I don't think I put every trial in there
6    that showed it.  I wanted it to be evenhanded so I
7    gave trials, some of them were not as strongly
8    supportive.
9    Q.   Okay.  And under this section here, what
10   this paper adds, first bullet, it says,
11   "Inconsistent opinions exist about the evidence
12   linking occupational exposure to pesticides with
13   lymphoma risk."
14        Do you see that?
15   A.   Yes.
16   Q.   You agree, generally, that inconsistent
17   opinions exist on that topic?
18   A.   I said that at the beginning, that there
19   was -- I used the word "controversy," okay.  I used
20   the word "controversy."
21   Q.   And then under our results, which is the
22   fourth bullet point, it says, "Our results provide
23   limited evidence of an increase in risk of chronic
24   lymphocytic leukemia associated with exposure to
25   organophosphates, and no association for other

1  That's the problem with this trial, is that it's
2  underpowered.
3      Q.  Okay.  And this -- this case-control study
4  also did not adjust for other pesticide use, did it?
5      A.  I don't recollect.  I don't think so.
6      Q.  And then if we go down to page -- oh, it's
7  right here, 94.
8          Under Discussion, it says right here,
9  second sentence under Discussion, "We did not find
10 evidence of an association with lymphoma overall, B
11 cell lymphoma as a group of different subtype
12 entities and DLBCL," or diffuse large B-cell
13 lymphoma.
14         Do you see that?
15     A.  Yeah, I just want to point out to you that
16 I did not use this to rely on my decision.  I used
17 this to show that I wasn't just considering positive
18 studies.
19     Q.  Okay.  But now we're up to, what, seven or
20 eight studies and we still haven't found a fully
21 adjusted odds ratio that is statistically
22 significant for non-Hodgkin's lymphoma, have we?
23     A.  No, but that's a small number of the
24 studies that have been done on this.
25     Q.  Well, those are all the case-control

```
 1   as a contributor to his non-Hodgkin's lymphoma?
 2        A.   Normal ANA, normal ANA panel, normal
 3   complement level, normal sed rate, normal C-reactive
 4   protein, normal Sjogren's antibody test.
 5             Do you want more?
 6        Q.   And when -- when were all of those tests
 7   taken?
 8        A.   Every three months for the last ten years.
 9        Q.   So those tests were taken when, after the
10   diagnosis of lymphoma?
11        A.   During the diagnosis and after.
12        Q.   Is there anything else that you believe
13   allows you to rule out psoriasis as a potential
14   contributor to the plaintiff's lymphoma?
15        A.   Well, I thought before because what I saw
16   in the record was it didn't -- wasn't registered on
17   the record as 2012, so I thought it -- whatever
18   happened.
19             There's three things.  One, he's never --
20   even remembers the psoriasis so I can't imagine it
21   was a big, difficult case of psoriasis.  And
22   that's -- that's much more secondary than my first
23   opinion.  And initially, I thought it wasn't
24   diagnosed until afterwards because that's what I saw
25   in the record.  I didn't see that letter from
```