# Exhibit C

# CURRICULUM VITAE

**Richard Bakst, M.D.**
**Richard.Bakst@mountsinai.org**

## APPOINTMENTS/EMPLOYMENT

Assistant Professor, Department of Radiation Oncology, Mount Sinai Hospital 2012-2018
Associate Professor, Department of Radiation Oncology & Department of Otolaryngology, Mount Sinai Hospital 2018-2022
Professor, Department of Radiation Oncology & Department of Otolaryngology, Mount Sinai Hospital 2022-
New York Proton Center, Attending Physician 2019-present
Co-Chief of the Head and Neck Institute, Mount Sinai Hospital 2022-present
Faculty of the Graduate School of Biomedical Sciences, Icahn School of Medicine at Mount Sinai, 2023-

## GAPS IN EMPLOYMENT N/A

## EDUCATION

BS (Neuroscience) New York University, New York, NY, 2003
MD (with honors) New York University School of Medicine, New York, NY, 2007
Internship, Internal Medicine, Mount Sinai Medical Center, New York, NY, 2008
Residency, Radiation Oncology, Memorial Sloan-Kettering Cancer Center, New York, NY, 2012

## CERTIFICATION

Radiation Oncology, American Board of Radiology, 2013

## LICENSURE

State:      New York
Number:     250177
Issued:     2007

State:      New Jersey
Number:     25MA09401400
Issued:     2013

## HONORS/AWARDS

Dean's List                                                    1999-2003
National Society of Collegiate Scholars                        2000

| | |
|---|---|
| Presidential Honors Scholar, New York University | 2001 |
| Organic Chemistry Achievement Award, New York University | 2003 |
| Summa Cum Laude, New York University | 2003 |
| Phi Beta Kappa | 2003 |
| Alpha Omega Alpha, N.Y.U. School of Medicine | 2007 |
| Medical Degree Conferred with Honors in Physiology and Neuroscience | 2007 |
| Samuel Spiegel Award for Academic Achievement, N.Y.U. School of Medicine | 2007 |
| National Comprehensive Cancer Network Fellows Recognition Program | 2011 |
| Chief Resident, Memorial Sloan-Kettering Cancer Center | 2011 |
| Mortimer J. Lacher Lymphoma Fellowship, | 2011 |
| ASTRO Annual Resident Clinical/Basic Science Research Award | 2012 |
| Association of Residents in Radiation Oncology Educator of the Year Award | 2017 |
| International Radiation Oncology Group Annual Meeting Abstract Award | 2019 |
| Red Journal Outstanding Reviewer Award | 2019 |
| Police Department of City of New York Honorary Police Surgeon | 2019 |

## **PATENTS**
None

## **OTHER PROFESSIONAL ROLES**

### University Positions and Activities

| | | |
|---|---|---|
| Member | Residency Clinical Competency Committee, Mount Sinai School of Medicine | 2013- |
| Committee Member | Mount Sinai School of Medicine Admissions Committee | 2019- |
| Committee Member | Breast Cancer Disease Focus Group, Mount Sinai School of Medicine | 2013- |
| Chair | Head & Neck Cancer Disease Focus Group, Mount Sinai School of Medicine | 2019- |

### Journal Activities

| | | |
|---|---|---|
| Reviewer | *Cancer, Head & Neck, Radiotherapy & Oncology, Radiotherapy & Oncology, Practical Radiation Oncology, European Journal of Haematology, Blood, PLOS ONE, Acta Haematologica, International Journal* | 2011- |
| Associate Editor | International Journal of Radiation Oncology Biology Physics journal (Impact Factor 7.04) | 2019- |

### Educational Activities

| | | |
|---|---|---|
| Committee Member | Association of Residents in Radiation Oncology, | 2011-2012 |

| Mentor | American Society of Oncology (ASCO) Mentor Program 2015- | |
| Examiner | American Board of Radiology | 2019- |

Societal Activities

| Member | NRG Oncology Rare Tumor Committee | 2015-2016 |
| Member | ASTRO Annual Meeting Scientific Committee | 2015- |
| Member | NRG Oncology Head and Neck Tumor Committee | 2017-2019 |
| Member | Head and Neck Cancer International Group, Database Committee | 2021- |
| Chair | NRG Head and Neck Cancer Rare Tumor Committee | 2023- |

National Treatment Guideline Committees

| Member | American Radium Society Head and Neck Cancer Appropriate use criteria committee | 2019- |
| Member | American Radium Society Lymphoma Appropriate use criteria committee | 2020- |

## **CLINICAL PROFILE**

My clinical practice is grounded in a patient-centered, team-based approach to personalizing **treatment and, in alignment with the themes that also drive my research, is focused on "therapeutic ratio."** While we strive for cure, we must continue to improve methods to both **minimize toxicity** and improve outcomes by achieving the most effective balance between intensifying/de-intensifying treatment. My specific areas of focus include treatment of head and neck cancer and hematological malignancies. I am a leading expert in HPV-related head and neck cancers and offer my patients novel clinical and translational protocols that allow us to optimize tumor control while minimizing **treatment related morbidity. My clinical work includes treating patients at Mount Sinai's state**-of-the-art proton beam center. Proton beam therapy is an emerging treatment modality showing significant promise for recurrent head and neck cancers, and my distinctive expertise in this area attracts patients from across the region. As a head and neck oncologist, I have specialized expertise in the management of cancers which invade and spread along the nerves (perineural invasion/PNI). This aggressive cancer phenotype is correlated with poor survival. I have developed specific treatment protocols for patients with PNI and have received substantial extramural funding to identify novel treatment approaches for these patients. I subspecialize in radiation treatment for lymphomas and **leukemia and am among the world's leading experts in extramedullary leukemia, a rare manifestation** of **acute myeloid leukemia. In my role as our Department's leader in radiation treatment for**

hematological cancers, I supervise the total body radiation (TBI) program for bone marrow transplantation and our total skin electron beam (TSEB) protocol for patients being treated for cutaneous (skin) lymphomas.

## OVERALL IMPACT

My clinical practice, clinical and translational research, training/mentorship, and participation in professional activities integrate my efforts to optimize care and outcomes for my patients, advance the field of radiation oncology, and amplify Mount Sinai's reach and impact locally, nationally, and internationally. The clinical trials I lead at Mount Sinai offer unique approaches for treatment de-intensification and consequently attract a large number of patients from across the region to our institution. In my role as Chair of Mount Sinai's Head and Neck Cancer Disease Focus Group, I have helped build and unify our research network to include The Valley Hospital in New Jersey, allowing us to enroll and treat head and neck cancer patients at multiple satellite facilities. Given my specialized expertise in proton beam therapy, I also receive numerous patient referrals for salvage (secondary) therapy in patients with recurrent head and neck cancers.

Contributing to clinical guidelines (national and international) to optimize management of both head and neck cancer and hematological malignancies is a priority for me. Since 2018, I have contributed to five published national/international guidelines in head and neck cancer, lymphoma, and leukemia. I currently serve on the American Board of Radiology (ABR) as an Oral Boards Examiner. The ABR is the national governing body for radiation oncology. My service to the field on a national level includes leadership and membership on the Scientific Planning Committees of the American Society for Radiation Oncology (ASTRO) and the American Radium Society (ARS), respectively, with engages me with colleagues across the country. On a local level, recognizing my leadership and expertise across multiple areas of disease, I was elected, and have served for the last 5 years, as Chair of the New York Roentgen Society (NYRS), the tri-state region's oldest and largest radiation oncology society.

Over the last five years, I have co-authored 39 peer-reviewed publications and case reports; given invited presentations in the US, Asia, and Europe; and been invited to serve as Associate Editor of the *International Journal of Radiation Oncology, Biology, and Physics*, the highest impact radiation oncology journal worldwide. I have shared my expertise and experiences through professional channels (three MEdge roundtables, OncLive, and a Health Nation webinar) and in the popular media (CBS and ABC News segments).

Finally, I have dedicated considerable effort to expanding clinical trials and establishing leadership, above all, in understudied areas of research. Clinical trials provide opportunities for significant impact on current patients, future patients, and more broadly on the future of cancer research, treatment, and care.

## DIVERSITY AND INCLUSION IMPACT

Fostering a culture of inclusive excellence at Mount Sinai, and promoting diversity and inclusion in the field, are integral to all aspects of my work. I was a member of the medical team caring for a patient whose unique case demonstrated the importance of creating a welcoming, inclusive environment. Our patient was a Black transgender woman who delayed seeking treatment for fear of being "dismissed" or blamed for her condition. She was suffering from a rare cancer caused by breast implants that had been recalled by the manufacturer years earlier. She tolerated the treatment well and continues to do well. We published the study in the *Journal of Investigative Medicine: High Impact Case Reports* and the story attracted local and national media attention. To contribute to diversity and inclusion in the field, I have participated for many years, among other activities in the Tisch Cancer Institute's Lloyd Sherman Scholars Program, a pipeline initiative administered by the

Center for Excellence in Youth Education (CEYE). Through this program, I teach Black male high school students from the Manhattan Center for Science and Mathematics in East Harlem. During the pandemic, we have conducted this program with a virtual curriculum. I have since 2019 been a member of the Admissions Committee for ISMMS and regularly participate in anti-bias training to support inclusive excellence at Mount Sinai.

## **MENTORING PROFILE**

I am profoundly grateful for the exceptional mentoring I received, and I consider it both an obligation and a privilege to mentor students and trainees. My distinctive strength as a mentor is in engaging mentees at all levels meaningfully not only in research strategies, processes, and protocols, but also in the dissemination of results. I am pleased to report that of the 30 students/trainees (high school students, medical students, residents, and junior faculty), I have mentored since 2013, 26 have co-authored a publication associated with the mentorship experience; more than half of these are first-author publications. I would like to highlight the work of a current resident in Radiation Oncology who, after a brief rotation with me as a medical student, Daniel Dickstein, MD, opted to complete a Scholarly Year as my mentee. He was mentored in clinical trial design and protocol development through his work on our trial in short-course radiation therapy in patients with head and neck cancer ages $\geq$70 and as a resident is now collaborating on the microbiome project described in the Research Profile.

## **GRANTS, CONTRACTS, FOUNDATION SUPPORT**

### **PAST GRANTS**

| List Funding Source, Project Title & Number | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|
| *Adenoid Cystic Carcinoma Research Foundation*<br><br>"Mechanisms of Perineural Invasion in ACC," | PI | 2014-2016 | $10,000 | NA |
| *Adenoid Cystic Carcinoma Research Foundation*<br><br>"The Role of the Microenvironment in Perineural Invasion," | PI | 2015-2017 | $10,000 | NA |
| *Claude D. Pepper Foundation*<br><br>"Understanding and Relieving Treatment Related Distress in Elderly Patients Undergoing Radiation" | PI | 2017-2018 | $50,000 | NA |
| *American Association of Cancer Research (AACR)*<br><br>"Targeting monocyte recruitment & macrophage function for perineural invasion | PI | 2019-2021 | $25,000 | |

### **CURRENT GRANTS**

| List Funding Source, Project Title & Number | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| *NIH R21*<br><br>A fully decentralized federated learning framework for automated segmentation in cancer radiotherapy | Co-Investigator | 2021- | $400,000 | |

## PENDING GRANTS

| List Funding Source, Project Title & Number | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|
| Machine learning guided radiation planning | **PI** | 2022- | $120,000 | |
| The role of the microbiome in head and neck cancer development | PI | 2022- | $50,000 | |

## **CLINICAL TRIALS PARTICIPATION**

| Project | Role in Project | Dates | Award | Other Info |
|---|---|---|---|---|
| RTOG 1008<br>GCO#: 09-0762 | Institutional PI | 2013-2021 | N/A | Phase III National Cooperative Group Trial |
| A phase I/II study of intratumoral injection of rhuFlt3L/CDX-301 and poly-ICLC in combination with low-dose radiotherapy<br>GCO# 13-1347 | Co-Investigator | 2013- | N/A | Mount Sinai Sponsored Trial |
| Phase I Study of postoperative radiation therapy with Afatinib<br>GCO#: 14-2067 | Institutional PI | 2014-2018 | N/A | Phase I NCCN Sponsored Trial<br>MSSM is a primary site |
| The SIRS Trial<br>GCO#: 13-1662 | Co-Investigator | 2014- | N/A | Mount Sinai Sponsored Trial |
| Quarterback 2 Trial<br>GCO#: 16-0609 | Co-Investigator | 2016- | N/A | Mount Sinai Sponsored Trial |
| PRINT Trial for Castrate Resistant Prostate Cancer<br>GCO#: 16-1593 | Co-Investigator | 2017- | N/A | Mount Sinai Sponsored Trial |
| Low Dose Palliative Radiotherapy for Multiple Myeloma | Institutional PI | 2017-2020 | N/A | Phase II Multi-center Trial |

| GCO#: 19-1045 | | | | |
|---|---|---|---|---|
| Hypofractionated RT in elderly patients with head & neck cancer GCO#19-0499 | PI | 2019- | N/A | Mount Sinai Sponsored Trial |
| ECOG EA 3191 GCO#14-0715-03191 | Co-PI | 2021- | N/A | Phase III National Cooperative Group Trial |
| The role of the microbiome in head and neck cancer GCO#20-3037 | PI | 2021- | N/A | Mount Sinai Sponsored Trial |

## **TRAINEES**

| Name | Level of Trainee | Role in Training & Inclusive Dates of Training | Training Venue | Trainees' Current Status/Employment |
|---|---|---|---|---|
| Cindy Ko** | Medical student | Research mentor, 6/2013-8/2013 | Clinical research | Attending, Radiation Oncology Kaiser Permanente |
| Michael Green | Medical student | Research mentor, 6/2013-8/2013 | Clinical research | Attending, Radiation Oncology University of Michigan |
| Prashant Vempati** | Medical student | Research mentor, 6/2014-8/2014 | Clinical research | Attending, Radiation Oncology University Hospitals |
| Eesha Dave** | Medical student | Research mentor, 6/2015-8/ 2015 | Clinical research | Resident, OB/GYN University of Pittsburgh |
| Mark Ashmalla** | Medical Student | Research mentor,  2015 | Clinical research | Attending, Radiation Oncology Stony Brook |
| William Su** | Medical student | Research mentor, 6/2015-2016 | Clinical research | Resident, Radiation Oncology University of Pennsylvania |
| Yaseenn Zia** | PGY-2 | Research mentor, 6/2015-2016 | Clinical research | Attending, Radiation Oncology UNC |
| Juskaran Chada** | PGY-3 | Research mentor,  2017 | Clinical research | Attending, Medical Oncology Moffitt Cancer Center |
| Nisha Ohri** | PGY-2 | Research mentor, 7/2015-2017 | Clinical research | Attending, Radiation Oncology UMDNJ |
| Ryan Rhome* | PGY-2 | 7/2015-2017 | Clinical research | Attending, Radiation Oncology University of Indiana |
| Ian Luskin* | 11th grade | Research mentor, June 2018-2019 | Clinical research | Undergraduate, Cornell University |
| Greeshma Rajeev-Kumar** | Medical student | Research mentor, 1/2017-2019 | Clinical research | Resident, Radiation Oncology University of Chicago |
| Shutao Wang PhD** | Medical student | Research mentor, 1/2017-2019 | Clinical research | Attending, Radiation Oncology |
| Lucas Resende Salgado** | PGY-3 | Research mentor, 1/2017-2019 | Clinical research | Attending, Radiation Oncology Elmhurst |
| William Smith** | PGY-3 | Research mentor, 1/2017-2019 | Clinical research | Attending, Radiation Oncology Private Practice, Pennsylvania |
| Naba Ali** | Medical student | Research Mentor, 2019 | Clinical research | Resident, Radiation Oncology Emory |
| Matthew Gallitto** | Medical student | Research mentor, 6/2018-2019 | Clinical research | Resident, Radiation Oncology Columbia University |

| Stas Lazarev** | PGY-2 | Research mentor, 7/1/17-2019 | Clinical research | Attending, Radiation Oncology Mount Sinai |
|---|---|---|---|---|
| Oren Factor** | PGY-2 | Research mentor, 7/1/17-2019 | Clinical research | Attending, Radiation Oncology Mount Sinai South Nassau |
| Joseph Kim** | Medical student | Research mentor, 2019 | Clinical research | Resident, Radiation Oncology NYU Langone |
| Daniel Dickstein** | Medical student | Scholarly year mentor, 6/2018- | Clinical research | Resident, Radiation Oncology Mount Sinai |
| Dilan Villavisanis | Medical student | Research mentor, 7/1/19-2020 | Clinical research | MS IV, Mount Sinai |
| Jerry Liu* | Assistant Professor | Research mentor, 7/1/19- | Clinical research | Assistant Professor, Mount Sinai Mount Sinai BI |
| Samir Kamat | Medical student | Research mentor, 7/1/20- | Clinical research | MS III, Mount Sinai |
| Ann Powers* | PGY-1 | Research mentor, 7/1/20- | Clinical research | Resident, Otolaryngology Mount Sinai |
| Jessika Young** | Medical student | Research mentor, 7/1/20—21 | Clinical research | Resident, Pediatrics University of Kentucky |
| Kunal Sindhu** | PGY 4 | Research mentor, 7/1/20- | Clinical research | PGY-5, Mount Sinai Mount SInai |
| Anthony Nehlsen** | PGY 4 | Research mentor, 7/1/20- | Clinical research | PGY-5, Mount Sinai Mount Sinai |
| Sonam Sharma* | Assistant Professor | Research mentor, 7/1/20- | Clinical research | Assistant Professor Mount Sinai |
| Himanshu Sharma | Medical student | Research mentor, 7/1/21- | Clinical research | MS III, Mount Sinai |
| Jacqueline Junn | Assistant Professor | Research mentor, 7/1/21- | Clinical research | Assistant Professor, Department of Radiation Mount Sinai |

\* Publication associated with mentorship
\*\* 1st author publication associated with mentorship

## **TEACHING ACTIVITIES**

| Teaching Activity/Topic | Level | Role | Indicate Level and Number of Learners Taught, and Venue | Number of hours week/month/yr | Evaluation Summary | Years Taught |
|---|---|---|---|---|---|---|
| Introduction to Radiation Oncology | Department level | Lecturer | Medicine Fellows (10) | 2 hours per year | N/A | 2012-2021 |
| Head and Neck Cancer Education Block | Department level | Lecturer | Residents (10) | 5 hours per year | N/A | 2012-2021 |
| Lymphoma Education Block | Department level | Lecturer | Residents (10) | 5 hours per year | N/A | 2012-2021 |
| Breast Education Block | Department level | Lecturer | Residents (10) | 5 hours per year | N/A | 2012-2021 |
| Radiation Therapy Students | Department level | Lecturer | Students (5) | 5 hours per year | N/A | 2018-2021 |

## **ADMINISTRATIVE LEADERSHIP APPOINTMENTS**

### ***INTERNAL***:

*Clinical & Research:*

**1) Head and Neck Cancer Disease Focus Group, Chairman (2019-):** In this role, I oversee all the clinical trials and research for Head and Neck Cancers across the healthcare system. This includes building and integrating our research network to include The Valley Hospital in New Jersey so that we are able to enroll and treat our head and neck cancer patients at satellite facilities.

*Educational:*

**1) Tisch Cancer Center Institute Education and Career Development  Committee. (2019-)**: In this role, I help run community outreach programs that aim to introduce the sciences to neighboring underserved communities.

**2) Icahn School of Medicine at Mount Sinai School of Medicine Admissions Committee (2019-):** I have participated in multiple admissions cycles and recruitment events.

**_EXTERNAL_**:

*Clinical & Research:*

1) **International Lymphoma Radiation Oncology Group (ILROG), Council Member. (2017-):** In this role, I help organize annual meetings and lead research endeavors.

**2) New York Roentgen Society (NYRS), Chairman. (2017-):** The NYRS is the major tri-state radiation oncology society. In this role, I manage the organizations finances, organize lectures, and our annual meeting.

*Educational:*

**1) American Board of Radiology (ABR), Oral Boards Examiner. (2019):** The ABR is the governing body overseeing board certification in Radiation Oncology. In this role, I organize and administer our oral board examination.

**2) American Society for Radiation Oncology (ASTRO) Scientific Planning Committee Benign Section Chair (2019-):** ASTRO is the leading organization of Radiation Oncology. In this role, I help plan our annual scientific meeting.

**3) American Radium Society (ARS), Scientific Committee (2021-):** ARS is the oldest society devoted to the treatment of cancer. In this role, I help plan our annual scientific meeting.

## PUBLICATIONS

### Peer Reviewed Original Contributions

1. Weiner HL, **Bakst R**, Hurlbert MS, Ruggiero J, Ahn E, Lee WS, Stephen D, Zagzag D, Joyner AL, Turnbull DH. Induction of medulloblastomas in mice by sonic hedgehog, independent of Gli1. Cancer Res 2002;62:6385-6389.

2.  **Bakst RL**, Lee N, Pfister D, Zelefsky MJ, Hunt MA, Kraus DH, Wolden SL. Hypofractionated dose-painting intensity modulated radiation therapy with chemotherapy for nasopharyngeal carcinoma: a prospective trial. Int J Radiat Oncol Biol Phys 2011;80:148-153.

3.  **Bakst R**, Yahalom J. Radiation therapy for leukemia cutis. Practical Radiation Oncology 2011;1:182-187.

4.  **Bakst RL**, Dunkel I, Gilheeney S, Khakoo Y, Becher O, Souweidane M, Wolden S. Re-irradiation for recurrent medulloblastoma. Cancer 2011;117(21)4977-4982.

6.  **Bakst R**, Wolden S, Yahalom J. Radiation therapy for chloroma (granulocytic sarcoma). Int J Radiat Oncol Biol Phys 2012; 82(5):1816-22.

7.  He S, Li P, Chun-Hao C, **Bakst RL**, Chernichenko N, Zhang Q, Yu Y, Chen N, Szalay A, Yu Z, Fong Y, Wong R. Effective oncolytic vaccinia therapy for human sarcomas. Journal of surgical research 2012; 175(2): e53-60.

8.  **Bakst RL**, Lee N, He S, Chernichenko N, Chen C, Linkov G, Le H, Koutcher J, Vakiani E, Wong R. Radiation impairs perineural invasion by modulating the nerve microenvironment. PLoS One 2012; 7(6): e39925. Epub 2012 June 29.

9.  Chernichenko N, Linkov G, Li P, **Bakst R**, Chen CH, He S, Yu YA, Chen N, Szalay A, Fong Y, Wong RJ. Oncolytic vaccinia therapy of salivary gland carcinoma. JAMA Otolaryngol Head Neck Surg 2013; 139(2)173-82.

10. Dumane V, Hunt M, Greene S, **Bakst RL**. Dosimetric comparison of volumetric modulated arc therapy (VMAT), static field intensity modulated radiation therapy (IMRT) and 3D conformal planning for treatment of a right-sided reconstructed chestwall, and regional nodal case. Journal of Radiotherapy 2014; 2014: 835179.

11. Cotter R, Gupta V, Blacksburg S, Carpenter T, Kann B, **Bakst R**, Misiukiewicz K, Posner M. Does Response to induction chemotherapy (IC) predict outcome after concurrent chemoradiotherapy (CCRT) in locally advanced head and neck cancer (LAHNC)? Oral Oncology 2014; Epub ahead of print 25 March.

12. He S, Chun-Hao C, Chernichenko N, He S, **Bakst R**, Barajas F, Deborde S, Yu Z, and Wong RJ. **GFRα1 released by nerves enhances cancer cell perineural invasion through GDNF**-RET signaling. Proc Natl Acad Sci 2014; Epub ahead of print 29 April.

13. Carpenter T, Kann B, Buckstein M, Ko E, **Bakst R**, Posner M, Teng M, Miles B, Genden E, Gupta G. Tolerability, toxicity and temporal implications of transoral robotic surgery (TORS) on adjuvant radiation therapy in carcinoma of the head and neck. Annals of Otology, Rhinology, and Laryngology 2014; Epub ahead of print 20 May.

14. Patel S, Mourad W, Wang C, Dhanireddy B, Concert C, Ryniak M, Patel R, Shourbaji R, Khorsandi A, **Bakst RL**, Tran T, Schantz S, Shasha D, Persky M, Hu K, Harrison L.

Postoperative radiation therapy for parotid pleomorphic adenoma with close or positive margins: treatment outcomes and toxicities. Anticancer Research 2014; 34(8)4247-51.

15. He S, **Bakst RL**, Guo T, Sun J. A combination of modified transnasal endoscopic maxillectomy via transnasal prelacrimal recess approach with or without radiotherapy for selected sinonasal malignancies. Eur Arch Otorhinlaryngol 2014; Epub ahead of print 22 August.

16. Misiukiewicz K, Camille N, Posner M, Gupta V, **Bakst R**, Teng M, Miles B, Genden E, Sikora A. The role of HPV status in recurrent/metastatic squamous cell carcinoma of the head and neck. Clinical Advances in Hematology & Oncology 2014; 12(11):1-8.

17. **Mattes MD, Kharofa J, Zeidan YH, Tung K, Gondi V, Golden DW, ARRO Education Subcommittee (Member). Results of the 2012-2013 Association of Residents in Radiation Oncology (ARRO) job search and career planning survey of graduating residents in the United States. Int J Radiat Oncol Biol Phys 2014; 88(1):35-32.**

18. He S, He S, Chen C, Deborde S, **Bakst RL**, Chernichenko N, McNamara W, Lee SY, Barajas F, Allen P, Zhenkun Y, Al-Ahmadie H, Wong RJ. The chemokine (CCL2-CCR2) signaling axis mediates prostate cancer perineural invasion. Mol Cancer Res 2014; Epub ahead of print 13 October.

19. Kann B, Buckstein M, Carpenter T, **Bakst R**, Misiukiewicz K, Genden E, Posner M, Kostakoglu L, Som P, Gupta G. Radiographic extracapsular extension and treatment outcomes in locally-advanced oropharyngeal carcinoma. Head & Neck 2014; 36(12)1689-94.

20. Kann B, Carpenter T, Todorov T, Cotter R, Golchin A, **Bakst R**, Misiukiewicz K, Posner M, Gupta G. Dysphagia and dose reduction to dysphagia/aspiration-related structures (DARS) in patients receiving induction chemotherapy (IC) followed by concurrent chemoradiation therapy (CCRT) for locally advanced squamous cell carcinoma of the head and neck (LASCCHN). Journal of Radiation Oncology 2014; 3(3) 259-266.

21. Ko HC, Powers AR, Sheu R, Kerns SL, Rosenstein BS, Krieger SC, Mourad WF, Hu KS, Gupta V, **Bakst RL. Lhermitte's sign following volumetric modulated arc therapy**-based head and neck radiation – Insights into mechanism. PLoS One 2015; 10(10): e0139448. Epub 2015 October 8.

22. Lazarev S, Gupta V, Hu K, Harrison L, **Bakst RL**. Mucosal melanoma of the head and neck: a systemic review of the literature. Int J Radiat Oncol Biol Phys 2014; 90(5)1108-18.

23. Liu J, Kann B, De B, Buckstein M, **Bakst RL**, Genden E, Posner M, Som P, Gupta V. Prognostic value of radiographic extracapsular extension in locally advanced head and neck squamous cell cancers. Oral Oncol; Epub 2015 Nov 19.

24. Mourad W, Patel S, Young R, Khorsandi A, Concert C, Shorubaji D, Ciarrocca K, **Bakst RL**, Shasha D, Guha C, Gard M, Hu K, Kalnicki S, Harrison L. Management algorithm for HIV-associated lymphepithelial cysts. Eur Arch Otorhinolaryngol 2016 Oct; 273(10):3355-62.

25. Deborde S, Omelchenko T, Lyubchik A, Zhou Y, He S, McNamara WF, Chernichenko N, Lee SY, Barajas F, Chen CH, **Bakst RL**, Vakiani E, He S, Hall A, Wong RJ. Schwann cells induce cancer cell dispersion and invasion. J Clin Invest; doi: 10.1172/JCI82658 Epub 2016 Mar 21.

26. Ohri N, Sharma S, Kini A, Baber U, Aquino B, Roy S, Sheu, Buckstein **Bakst R**. Intracoronary brachytherapy for in-stent restenosis of drug-eluting stents. Advances in Radiation Oncology 2016; 1: 4-9.

27. Dang RP, Le VH, Miles BA, Teng MS, Genden EM, **Bakst RL**, Gupta V, Zhan DY, Demicco EG, Posner MR, Misiukiewicz KJ. Clinical outcomes in patients with recurrent or metastatic human papilloma virus-positive head and neck cancer. Anticancer Res 2016; April;36(4)1703-9.

28. Varier I, Keeley BR, Krupar R, Patsias A, Dong J, Gupta N, Parasher AK, Genden EM, Miles BA, Teng M, **Bakst RL**, Gupta V, Misiukiewicz KJ, Chiao EY, Scheurer ME, Laban S, Zhang D, Ye F, Cui M, Demicco EG, Posner MR, Sikora AG. Clinical characteristics and outcomes of oropharyngeal carcinoma related to high-risk non-human papillomavirus 16 viral subtypes. Head Neck;  doi:10.1002/hed.24442 Epub 2016 Apr 15.

29. Sayan M, Vempati P, Miles B, Teng M, Genden E, Demicco EG, Misiukiewicz K, Posner, Gupta, **Bakst RL**. Adjuvant therapy for salivary gland carcinomas. Anticancer Res 2016; Aug 36(8):4165-70.

30. Vempati P, Knoll MA, Dharmarajan K, Green S, Tiersten A, **Bakst RL**. Palliation of ulcerative breast lesions with radiation. Anticancer Res. 2016 Sep;36(9):4701-5.

31. Su W, Liu J, Miles BA, Genden EM, Misiukiewicz KJ, Posner M, Gupta V, **Bakst RL**. Adjuvant radiation therapy alone for HPV related oropharyngeal cancers with high risk features. PLoS One. 2016 Dec 8;11(12):e0168061. doi: 10.1371/journal.pone.0168061.

32. **Bakst RL**, Su W. Identification and management of head and neck cancer recurrences detected on adjuvant radiation oncology simulation scans. Anticancer Res. 2017 Jan;37(1):229-232.

33. Dave E, Su W, Gupta V, Miles B, Demicco E, Soriano T, **Bakst RL**. Human Papilloma Virus positive squamous cell carcinoma in the elderly. Anticancer Res. 2017 Apr;37(4):1847-1841.

34. **Bakst RL**, Su W, Ozbek U, Knoll MA, Miles BA, Gupta V, Rhome R. Adjuvant radiation for salivary gland malignancies is associated with improved survival. Adv Radiat Oncol. 2017 Apr 6;2(2):159-166.

35. Su W, Marcher T, Sheu R, Steinberg A, Isola L, Stock R, **Bakst RL**. Low-dose cranial boost in high-risk acute adult lympoblastic leukemia patients undergoing bone marrow transplant. Pract Radiat Oncol. 2017 Mar - Apr;7(2):103-108. doi: 10.1016/j.prro.2016.06.008.

36. Lazarev S, Todorov B, Tam J, Lee N, Gupta V, Miles BA, **Bakst RL**. Adjuvant radiation in the TORS era – is there a benefit to omitting the tumor bed? Pract Radiat Oncol. 2017 Mar - Apr;7(2):93-99. doi: 10.1016/j.prro.2016.08.002

37. Camille N, Rozehnal J, Roy E, Uczkowski D, Olson A, Genden E, Teng M, **Bakst R**, Gupta V, Posner M, Misiukiewicz K. A phase I study of cabazitaxel in combination with platinum and 5-fluorouracil (PF) in locally advanced squamous cell carcinoma of head and neck (LA-SCCHN). Oral Oncol. 2017 Aug;71:99-104. doi: 10.1016/j.oraloncology.2017.05.008

38. **Bakst RL**, Xiong H, Chen CH, Deborde S, Lyubchik A, Zhou Y, He S, McNamara WF, Lee SY, Olson OC, Leiner I, Marcadis AR, Keith JW, Al-Ahmadie HA, Katabi N, Gil Z, Vakiani E, Joyce JA, Pamer EG, Wong RJ. Inflammatory monocytes promote perineural invasion via CCL2-mediated recruitment and cathepsin B expression.Cancer Res. 2017 Sep 26. pii: canres.1612.2017. doi: 10.1158/0008-5472.CAN-17-1612.

39. Konuthula N, Iloreta A, Rhome R, Miles B, Genden EM, Posner M, Misiukiewicz K, Govindaraj S, Shrivastava R, Gupta B, **Bakst RL**. Kadish staging in esthesioneuroblastoma: an analysis of the national cancer database. Head Neck. 2017 Oct;39(10):1962-1968.

40. **Bakst RL**, Su W, Ozbek U, Knoll MA, Miles BA, Gupta V, Rhome R. Adjuvant radiation for salivary gland malignancies is associated with improved survival. Adv Radiat Oncol. 2017 Apr 6;2(2):159-166.

41. Dave BA, Ozbek U, Gupta V, Genden E, Miles B, Teng M, Posner M, Misiukiewicz K, **Bakst RL.** The prognostic impact of human papillomavirus status following treatment failure in oropharyngeal cancer. PLoS One. 2017 Jul 21;12(7):e0181108. doi: 10.1371/journal.pone.0181108.

42. Zia SY, Smith W, Ozbek U, Mirza , Sheu R, Ghafar R, Gupta V, **Bakst RL**. The impact of weight loss on setup accuracy for head and neck cancer patients in the era of image guided radiation therapy. Journal of Radiation Oncology. 2016 5, 359-2362.

43. Feng R, Loewenstern J, Aggarwal A, Pawha P,Gilani A, Iloreta AM, **Bakst R**, Miles B, Bederson J, Costa A, Gupta V, Shrivastava R. Cerebral radiation necrosis: an analysis of clinical and quantitative imaging and volumetric features. Word Neruosurg. 2017 Dec 26. pii: S1878-8750(17)32220-9.

44. Lazarev S, Ghiassi-Nejad Z, Gupta V, Miles B, Scarborough S, Misiukiewicz K, Reckson B, Sheu R, **Bakst RL**. Premature Discontinuation of Curative Radiotherapy: Insights from Head and Neck Irradiation. Adv Radiat Oncol. 2017 Oct 23;3(1):62-69. doi: 10.1016/j.adro.2017.10.006.

45. Su W, Miles BA, Posner M, Som P, Kostakoglu L, Gupta V, **Bakst RL**. Surveillance imaging in HPV-related oropharyngeal cancer. Anticancer Res. 2018 Mar;38(3):1525-1529.

46. Deborde S, Yu Y, Marcadis A, Chen CH, Fan N, **Bakst RL**, Wong RJ. An In Vivo Murine Sciatic Nerve Model of Perineural Invasion. J Vis Exp. 2018 Apr 23;(134). Doi:10.3691/56857.

47. Hicks DF, **Bakst R\***, Doucette J, Kann BH, Miles B, Genden E, Misiukiewicz K, Posner M, Gupta V. Impact of obesity on outcomes for patients with head and neck cancer. Oral Oncol. 2018 Aug;83:11-17. doi: 10.1016/j.oraloncology.2018.05.027. Epub 2018 Jun 5.
   - *Data analysis and interpretation, Drafting/revising critically important content*

48.  Khalid MB, Ting P, Pai A, Russo JL, **Bakst R\***, Chai RL, Teng MS, Genden EM, Miles BA. Initial presentation of human pappilomavirus-related head and neck cancer: A retrospective review. Laryngoscope. 2018 Sep 8. doi: 10.1002/lary.27296.
- *Data analysis and interpretation, Drafting/revising critically important content*

49. Dumane VA, **Bakst R\***, Green S. Dose to organs in the supraclavicular region when covering the internal mammary nodes (IMNs) in breast cancer patients: A comparison of Volumetric Modulated Arc Therapy (VMAT) versus 3D and VMAT. PLoS One. 2018 Oct 19;13(10):e0205770. doi: 10.1371/journal.pone.0205770.
- *Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

50. **Bakst RL\***, Glastonbury CM, Parvathaneni U, Katabi N, Hu KS, Yom SS. Perineural invasion and perineural tumor spread in head and neck cancer: a critical review. Int J Radiat Oncol Biol Phys. 2018 Dec 15. pii: S0360-3016(18)34175-0. doi: 10.1016/j.ijrobp.2018.12.009.
- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

51. Garneau JC, **Bakst RL\***, Miles BA. Hypopharyngeal cancer: A state of the art review. Oral Oncol. 2018 Nov;86:244-250. doi: 10.1016/j.oraloncology.2018.09.025. Epub 2018 Oct 4.
- *Drafting/revising critically important content*

52. Varghese MJ, Bhatheja S, Baber U, Kezbor S, Chincholi A, Chamaria S, Buckstein M, **Bakst R\*** ,Kini A, Sharma S. Intravascular brachytherapy for the management of repeat multimetal-layered drug-eluting coronary stent restenosis. Circ Cardiovasc Interv. 2018 Oct;11(10):e006832. doi: 10.1161/CIRCINTERVENTIONS.118.006832.
- *Data analysis and interpretation, Drafting/revising critically important content*

53. Resende Salgado L, Wang S, Adler A, Chang S, Ru M, Moshier E, Dharmarajan K, Jay Cho H, **Bakst R\***. The safety profile of concurrent therapy for multiple myeloma in the modern era. Adv Radiat Oncol. 2018 Sep 27;4(1):112-117. doi: 10.1016/j.adro.2018.09.009. eCollection 2019 Jan-Mar.
- *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

54. Wang S, Salgado LR, Adler A, Chang S, Ru M, Moshier E, Dharmarajan K, Cho HJ, **Bakst RL\***. Dose selection for multiple myeloma in the modern era. Pract Radiat Oncol. 2019 Feb 22. pii: S1879-8500(19)30057-8. doi: 10.1016/j.prro.2019.02.009. [Epub ahead of print]
- *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

55. El-Salem F, Mansour M, Gitman M, Miles BA, Posner MR, **Bakst RL\*,** Genden EM, Westra WH. Real-time PCR HPV genotyping in fine needle aspirations of metastatic head and neck squamous cell carcinoma: Exposing the limitations of conventional p16 immunostaining. Oral Oncol. 2019 Mar;90:74-79. doi: 10.1016/j.oraloncology.2019.02.006. Epub 2019 Feb 7.
- *Data analysis and interpretation, Drafting/revising critically important content*

56. Gallitto M, Lazarev S, Wasserman I, Stafford JM, Wolden SL, Terezakis SA, Bindra RS, **Bakst RL\***. Role of radiation therapy in the management of Diffuse Intrinsic Pontine Glioma: A systematic review. Adv Radiai Oncol. 2019 Mar 30;4(3)520-531.
- *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

57. Galitto M, Sindhu K, Wasserman I, De B, Gupta V, Miles BA, Genden EM, Posner M, Misiukiewicz K, **Bakst RL\***. Trimodality therapy for oropharyngeal cancer in the TORS era: Is there a cohort that may benefit? Head Neck. 2019 Apr 17. doi: 10.1002/hed.25779.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

58. Smith WH, Luskin I, Resende Salgado L, Scarborough BM, Lin JY, Ozbek U, Miles BA, Gupta V, **Bakst RL\***. Risk of prolonged opioid use amongst cancer patients undergoing curative intent radiation therapy for head and neck malignancies. Oral Oncol. 2019 May;92:1-5. doi: 0.1016/j.oraloncology.2019.03.007.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

59. Factor O, Su W, Lazarev S, Miles B, Genden E, Sharma S, Gupta V, Misiukiewicz K, **Bakst RL\***. Rapid in-field failures following adjuvant radiation for buccal squamous cell carcinoma. Laryngoscope. 2019 Apr 25. doi: 10.1002/lary.27996.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

60. Margalit DN, Haddad RI, Tishler RB, Chau NG, Schoenfeld JD, **Bakst RL,** Misiukiewicz KJ, Gupta V, Posner M, Hanna GJ, Mahmood U, Rawal B, Catalano PJ, Rath L, Bacay A, McHugh P, Rabinowits  G. A phase I study of afatinib in combination with postoperative radiation therapy with and without weekly docetaxel in intermediate- and high-risk patients with resected squamous cell carcinoma of the head and neck. Int J Radiat Oncol Biol Phys. 2019 May 10. pii: S0360-3016(19)30698-4. doi: 10.1016/j.ijrobp.2019.04.034.
   - *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

61. Misiukiewicz K, Gupta V, Miles BA, **Bakst R\***, Genden E, Selkridge I, Surgeon JT, Rainey H, Camille N, Roy E, Zhang D, Ye F, Jia R, Moshier E, Bonomi M, Hwang M, Som P, Posner MR. Standard of care vs reduced-dose chemoradiation after induction chemotherapy in HPV+ oropharyngeal carcinoma patients: The Quarterback trial.  Oral Oncol. 2019 Aug;95:170-177. doi: 10.1016/j.oraloncology.2019.06.021. Epub 2019 Jun 25.
   - *Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

62. Chernichenko N, Omelchenko T, Deborde S, **Bakst RL\***, He S, Chen CH, Gusain L, Vakiani E, Katabi N, Hall A, Wong RJ. CDC42 mediates cancer cell chemotaxis in perineural invasion. Mol C Cancer Research 2020 June;18(6)913-925.
   - *Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

63. Rajeev-Kumar G, Moreno J, Kelley A, Sharma S, Gupta V, **Bakst R\***. Emotional quality of life After radiation therapy for oropharyngeal carcinoma. Adv Radiat Oncol. 2019 May 17;4(4)674-682.
   - *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

64. Marshall D, Kao D, **Bakst RL\***, Sharma S, Ferrandino R, Rosenzweig K, Wisnivesky J, Sigel K. Prognositic role of HPV status in hypopharyngeal squamous cell carcinoma. Laryngoscope investigative otolaryngology. 2020;1-8.
   - *Drafting/revising critically important content*

65. Su W, Rajeev-Kumar, Kang M, Posner M, Liu JT, Westra W, Miles BA, Gupta V, Sharma S,

Misiuiewicz K, Genden E, **Bakst RL\***. Long-term outcomes in patients with recurrent HPV-positive oropharyngeal cancer after upfront transoral robotic surgery. Head Neck. 2020. Doi: 10.1002/hed.26396.

- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

66. **Bakst RL\*,** Campbell BA, Pinnix CC. PET Guided therapy for early stage Hodgkin lymphoma: Are we positive about a negative interim scan? In J Radiat Oncol Biol Phys. 2020 May 1;107(1)12-17.

- *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

67. Dickstein DR. Egerman MA, Bui AH, Doucette JT, Sharma S, Liu J, Gupta V, Miles BA, Genden E, Westra WH, Misiuiewicz K, Posner MR, **Bakst RL\***. A new face of the HPV epidemic: oropharyngeal cancer in the elderly. Oral Oncol. 2020 Aug 31; 109:104687. Doi: 10.1016/j.oraloncol.2020.104687.

- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

68. Mashiana SS, Navale P, Khandakar B, Sobotka S, Posner MR, Miles BA, Zhang W, Gitman M, **Bakst RL\***, Genden EM, Westra WH. Human papillomavirus genotype distribution in head and neck cancer: Informing developing strategies for cancer prevention, diagnosis, treatment and surveillance. Oral Oncol.. 2020 Nov 21;113;105109.

- *Data analysis and interpretation, Drafting/revising critically important content*

69. Schlussel ME, Marqueen KE, Sindhu KK, Lehrer EJ, Liu J, Miles B, Genden E, Sharma S, Gupta V, Westra W, Iloreta AA, Posner M, Misiukiewcz K**, Bakst RL\***. The prognostic significance of human papilloma virus in sinonasal squamous cell carcinoma. Laryngoscope Investig Otolaryngol. 2020 Nov 4;5(6):1070-1078. doi: 10.1002/lio2.468.

- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

70. Dickstein DR, Egerman M, Monrose E, Varma A, Ozbek U, Sharma S, Liu JT, Gupta V, Posner MR, Misiukiewicz K, Miles BA, Genden E, **Bakst RL\***. Treatment tolerability and outcomes in elderly patients with head and neck cancer. Head Neck. 2021 Mar;43(3):858-873. doi: 10.1002/hed.26548. Epub 2020 Dec 8.

- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

71. Smith AW, Gallitto M, Lehrer EJ, Wasserman I, Gupta V, Sharma S, Liu JT, Posner M, Misiukiewicz K, Westra WH, Genden EM, Haidar Y, Yao M, Teng MS, Miles BA, **Bakst RL\***. Redefining risk of contralateral cervical nodal disease in early stage oropharyngeal cancer in the human papillomavirus era. Head Neck. 2021 Jan 21. doi: 10.1002/hed.26607.

- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

72. Miles B, Posner MR, Gupta V, Teng MS, **Bakst RL\***, Yao M, Misiukiewicz KJ, Chai RL, Sharma S, Westra WH, Kim-Schulze S, Dayal B, Sobotka S, Sikora AG, Som PM, Genden EM. De-Escalated Adjuvant Therapy after Transoral Robotic Surgery for Human Papillomavirus-Related Oropharyngeal Carcinoma: The Sinai Robotic Surgery (SIRS) Trial. Oncologist. 2021 Mar 5. doi: 1

0.1002/onco.13742.
- *Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

73. Sindhi KK, Nehlsen AD, **Bakst RL\***. Promoting exercise in patients with cancers of the head and neck during COVID-19 and beyond. BMJ Open Sport Exerc Med. 2021 Mar 17;7(1):e001024.
- *Conception and design of study, Drafting/revising critically important content*

74. Choi JI, Fox J, **Bakst R\***, Hasan S, Press RH, Chhabra AM, Yeh B, Simon CB, Cahlon O. Proton therapy for partial breast irradiation: rationale and considerations. J Pers Med. 2021 Apr 9; 11(4)289. Doi: 10.3390/jpm11040289.
- *Drafting/revising critically important content*

75. Milgrom SA, **Bakst RL\***, Campbell BA.  Clinical outcomes confirm conjecture: modern radiation therapy reduces the risk of late toxicity in survivors of Hodgkin lymphoma. In J Radiat Oncol Biol Phys. 2021 Oct 13; 111(4)851-859.
- *Conception and design of study, Drafting/revising critically important content*

76. Nelsen AD, Sindhu KK, Jones BM, Lehrer EJ, Rowley JP, **Bakst RL\***. Moving beyond Definitive Therapy: Increasing Physical Activity in Survivors of Cancers of the Head and Neck. Curr Oncol. 2022 Feb 17;29(2):1213-1222. Doi: 10.3390/curroncol29020103.
- *Conception and design of study, Drafting/revising critically important content*

77. Takahashi M, Hwang M, Misiukiewcz K, Gupta V, Miles BA, **Bakst R\*,** Genden E, Selkridge I, Botzler J, Virani V, Moshier E, Bonomi MR, Posner MR.  Quanlity of Life Analysis of HPV-Positive Oropharyngeal Cancer Patients in a Randomized Trial of Reduced-Dose versus Standard Chemoradiotherapy: 5-year Follow-up. Front Oncol. 2022 Apr 8; 12:859992. Doi: 10.3389/fonc.859992.
- *Data analysis and interpretation, Drafting/revising critically important content*

78. Jones BM, Villavisanis DF, Lehrer EJ, Dickstein DR, Sindhu KK, Misiukiewicz KJ, Posner M, Liu JT, Gupta V, Sharma S, Roof SA, Teng M, Genden EM, **Bakst RL\***. High failure rates in young nonsmoker nondrinkers with squamous cell carcinoma of the oral tongue. Laryngoscope. 2022 Jun 18. doi: 10.1002/lary.30253.
- *Conception and design of study, Drafting/revising critically important content*

79. Chao M, El Naqa I, **Bakst RL\***, Lo YC, Peñagarícano JA.. Cluster model incorporating heterogeneous dose distribution of partial parotid irradiation for radiotherapy induced xerostomia prediction with machine learning methods. Acta Oncol. 2022 Jul;61(7):842-848. doi: 10.1080/0284186X.2022.2073187. Epub 2022 May 9.
- *Data analysis and interpretation, Drafting/revising critically important content*

80. Dickstein DR, Lehrer EJ, Hsieh K, Hotca A, Jones BM, Powers A, Sharma S, Liu J, Gupta V, Mell L, Husain Z, Kirke D, Misiukiewicz K, Posner M, Genden E, **Bakst RL\***. Management of older adults with locally advanced head and neck cancer. Cancers (Basel). 2022 Jun 5;14(11):2809. doi: 10.3390/cancers14112809.
- *Conception and design of study, Drafting/revising critically important content*

81. Berlin E, Ma DJ, **Bakst RL\***, Quon H, Lin A, Lukens JN. Close margins after transoral robotic surgery for HPV-positive oropharyngeal carcinoma: a review of the literature and practical

recommendations. Pract Radiat Oncol. 2023 May-Jun;13(3):251-255. doi: 10.1016/j.prro.2022.12.005. Epub 2023 Jan 1.
- *Conception and design of study, Drafting/revising critically important content*

82. Marcadis AR, Kao E, Wang Q, Chen CH, Gusain L, Powers A, **Bakst RL**, Deborde S, Wong RJ. Rapid cancer cell perineural invasion utilizes amoeboid migration. Proc Natl Acad Sci U S A. 2023 Apr 25;120(17):e2210735120. doi: 10.1073/pnas.2210735120. Epub 2023 Apr 19.
- *Conception and design of study, Drafting/revising crucially important content*

83. Kann BH, Likitlersuang J, Bontempi D, Ye Z, Aneja S, **Bakst R\***, Kelly HR, Juliano AF, Payabvash S, Guenette JP, Uppaluri R, Margalit DN, Schoenfeld JD, Tishler RB, Haddad R, Aerts HJWL, Garcia JJ, Flamand Y, Subramaniam RM, Burtness BA, Ferris RL. Screening for extranodal extension in HPV-associated oropharyngeal carcinoma: evaluation of a CT-based deep learning algorithm in patient data from a multicentre, randomised de-escalation trial. Lancet Digit Health. 2023 Apr 20:S2589-7500(23)00046-8. doi: 10.1016/S2589-7500(23)00046-8. Online ahead of print.
- *Conception and design of study, Drafting/revising critically important content*

84. Rühle A, Marschner S, Haderlein M, Fabian A, Weymann M, Behrens M, Senger C, Dickstein DR, Kraft J, von der Grün J, Chen E, Aquino-Michaels T, Domschikowski J, Bickel A, Altay-Langguth A, Kalinauskaite G, Lewitzki V, Ferentinos K, Zamboglou C, Schnellhardt S, Haehl E, Spohn SKB, Gkika E, Zöller D, Guckenberger M, Budach V, Belka C, **Bakst R\***, Mayer A, Schmidberger H, Grosu AL, Balermpas P, Stromberger C, Nicolay NH. Evaluation of Concomitant Systemic Treatment in Older Adults With Head and Neck Squamous Cell Carcinoma Undergoing Definitive Radiotherapy. JAMA Netw Open. 2023 Feb 1;6(2):e230090.
- *Conception and design of study, Drafting/revising critically important content*

## Clinical Guidelines

1. **Bakst RL,** Tallman MS, Douer D, Yahalom J. How I treat extramedullary myeloid leukemia. Blood 2011;118(14):3785-3793.

2. Ko HC, Gupta V, Mourad W, Hu K, Harrison L, Som P, **Bakst RL**. A contouring guide for head and neck cancers with perineural invasion. Practical Radiation Oncology 2014; Epub ahead of print 28 March.

3. **Bakst RL\***, Dabaja BS, Specht LK, Yahalom J. Use of radiation in extramedullary leukemia/chloroma: guidelines from the international lymphoma radiation oncology group. Int J Radiat Oncol Biol Phys. 2018 Oct 1;102(2):314-319. doi: 10.1016/j.ijrobp.2018.05.045. Epub 2018 May 29.
- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

4. Tsai CJ, Gallow TJ, Margalit DN, **Bakst RL\*,** Beadle BM, Beitler JJ, Chang S, Chen A, Cooper J, Koyfman SA, Ridge JA, Robbins J, Truong MT, Yom SS, Siddiqui F. Ipsilateral radiation for squamous cell carcinoma of the tonsil: American Radium Society appropriate use criteria executive summary. Head Neck. 2020 Oct 7. doi: 10.1002/hed.26492.
- *Drafting/revising critically important content*

5. Margolit DN, Sacco AG, Cooper JS, Ridge JA, **Bakst RL\***, Beadle BM, Beitler JJ, Chang SS, Chen AM, Galloway TJ, Koyfman SA, Mita C, Robbins JR, Tsai JA, Truong MT, Yom SS, Siddiqui F. Systematic review of postoperative therapy for resected squamous cell carcinoma of the head and neck: Executive summary of the American Radium Society appropriate use criteria executive summary. Head Neck. 2020 Oct 23. doi: 10.1002/hed.26490.
   - *Drafting/revising critically important content*

6. Ballas LK, Metzger ML, Milgrom SA, Advani R, **Bakst RL\***, Dabaja BS, Flowers CR, Ha CS, Hoppe BS, Mansur DB, Pinnix CC, Plastaras JP, Roberts KB, Smith SM, Terezakis SA, Constine LS. Nodular lymphocyte predominant Hodgkin lymphoma: executive summary of the American Radium society appropriate use criteria. Leuk Lymphoma. 2020 Dec 4:1-14. doi: 10.1080/10428194.2020.1852559
   - *Drafting/revising critically important content*

7. Hoppe BS, Advani R, Milgrom SA, **Bakst RL\***, Ballas LK, Dabaja BS, Flowers CR, Ha CS, Mansur DB, Metzger ML, Pinnix CC, Plastaras JP, Roberts KB, Smith SM, Terezakis SA, Kirwan JM, Constine LS. Primary mediastinal B cell lymphoma in the positron-emission tomography era Executive summary of the American Radium Society Appropriate Use Criteria. Int J Radiat Oncol Biol Phys. 2021 Mar 24:S0360-3016(21)00295-9. doi: 10.1016/j.ijrobp.2021.03.035.
   - *Drafting/revising critically important content*

8. Ward MC, Koyfman SA, **Bakst RL\***, Margalit DN, Beadle BM, Beitler JJ, Chang SS, Cooper JS, Galloway TJ, Ridge JA, Robbins JR, Sacco AG, Tsai J, Yom SS, Siddiqui F. Retreatment of Recurrent or Second Primary Head and Neck Cancer After Prior Radiation: Executive Summary of the ARS Appropriate Use Criteria: Expert Panel on Radiation Oncology – Head and Neck Cancer. Int J Radiat Oncol Bio Phys. 2022. Apr 7:S0360-3016(22)00280-3.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

## Case Reports

1. **Bakst R**, Kasper M, Greene R. A case of central pontine myelinolysis in a chronic alcoholic admitted for alcohol withdrawal. Hosp Phys 2008;44:23-28.

2. **Bakst R**, Merola J, Franks AG, Sanchez M. Raynaud's phenomenon: pathogenesis and management. J Am Acad Dermatol 2008;59:633-653.

3. **Bakst R**, Kovarik C, Werth VP. A case of localized scleroderma in a sculptor and his wife. J Clin Rheumatol 2009;15:399-401.

4. **Bakst R**, Jakubowski A, Yahalom J. Recurrent neurotropic chloroma: report of a case and review of the literature. Adv Hematol 2011; 2011:854240.

5. Liu, J, **Bakst R**, Phelps R, Jagannath S, Blacksburg S. Radiation therapy for secondary cutaneous plasmacytomas: a case report. Case Reports in Hematology 2013; 2013:739230.

6. Zia S, **Bakst RL**, Si Q, Yao M, Som PM. Radiographic thrombus within the external jugular vein: report of a rare case and review of the literature. Case Reports in Radiology, 2015; 2015: 807268.

7. Ashamalla M, Teng MS, Brody J, Demicco E, Parikh R, Dharmarajan K, **Bakst RL**. A case of MALT lymphoma in a patient with a history of gastric MALT. Case Reports in Hematology 2015; 2015: 109561.

8. Ahmed I, Dharmarajan K, Tiersten A, Bleiweiss I, Schmidt H, Green S, **Bakst RL** A unique presentation of occult primary breast cancer with review of the literature. Case Reports in Oncological Medicine 2015; 2015:102963.

9. Vempati P, Knoll MA, Alqatari M, Strauchen J, Malone A, **Bakst RL**. MALT lymphoma of the bladder: a case report and review of the literature. Case Reports in Hematology 2015; 2015: 934374.

10. Hissourou M, Zia Y, Alqatari, Strauchen J, **Bakst RL**. Primary MALT lymphoma of the breast treated with definitive radiation. Case Rep Hematol. 2016;2016:1831792. doi: 10.1155/2016/1831792. Epub 2016 May 10.

11. Chada J, Teng MS, Teruya-feldstein J, **Bakst RL**. Radiation for MALT of the submandibular gland. Case Rep Hematol. 2017;2017:8397621. doi: 10.1155/2017/8397621.

12. Berlin E, Singh K, Mills C, Shapira I, **Bakst RL**, Chadha M. Breast implant associated anaplastic large cell lymphoma: case report and review of the literature. Case Rep Hematol. 2018 Jan 21;2018:2414278. doi: 10.1155/2018/2414278.

13. Ali N, Sindhu K, **Bakst RL***. A rare case of a transgender female with breast implant-associated anaplastic large cell lymphoma treated with radiotherapy and a review of the literature. J Investig Med High Impact Case Rep. 2019 Jan-Dec;7:2324709619842192. doi 10.1177/2324709619842192.
   - *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

14. Kim JK, Sindhu K, **Bakst RL***.  Cardiac metastasis in a patient with head and neck cancer: a case report and review of the literature. A Case Rep Otolaryngol. 2019 Apr 18;2019:9581259. doi: 10.1155/2019/9581259. eCollection 2019.
   - *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

15. KK Sindhu, Chang Sanders, Liu J, **Bakst RL,** Dharmarajan K. In a patient with cancer, not all that enhances is leptomeningeal carcinomatosis. J Oncol Pract. 2019 Oct;15(10):558-559.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

16. Young J, Smith W, **Bakst RL*** Sequential HPV related cancers. Otolaryngology case reports. 2020 DOI 10.1016/j.xocr.2020.100252.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

## **Invited Contributions**

1. Misiukiewicz, K, Gupta V, **Bakst R**, Posner M. Taxanes in cancer of head and neck. Anticancer Drugs 2014; Epub ahead of print 15 December.

2. **Bakst RL**, Wong RJ. Mechanisms of Perineural Invasion. J Neurol Surg B 2016; 77:96-106.

3. **Bakst R\*,** Powers A, Yahalom J. Diagnostic and therapeutic considerations for extramedullary leukemia. Curr Oncol Rep. 2020 June 24;22(7)75. doi 10.1007/s11912-020-00919-6.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

4. Tremblay D, Schwartz M, **Bakst R\***, Patel R, Schiano T, Kremyanskaya M, Hoffman R, Mascarenhas J. Modern management of splenomegaly in patients with myelfibrosis. Ann Hematol. 2020 July;99(7)1441-1451.
   - *Drafting/revising critically important content*

5. Rowley JP, Sindhu KK, **Bakst RL\***, Buckstein M. In regards to Mattes et al. Adv Ratiat Onc. 2022 January. Doi 10.1016/j.adro.2021.1000892.
   - *Conception and design of study, Drafting/revising critically important content*

6. Rodriguez-Russo, CA, Junn JC, Yom SS, **Bakst RL\***. Radiation therapy for adenoid cystic carcinoma of the head and neck. Cancers (Basel): 2021 Dec 17;13(24)6335. Doi 10.3390/cacers13246335.
   - *Conception and design of study, Drafting/revising critically important content*

## Books and Book Chapters

1. **Bakst RL,** Tallman MS, Douer D, Yahalom J. How I treat extramedullary myeloid leukemia. Blood How I Treat – A Compendium For The Practicing Hematologist. American Society of Hematology, Washington, D.C, 2013.

2. Misiukiewicz K, **Bakst R\***, Kotz T, Miles B. Management of T3-T4 Base of Tongue Squamous Cell Carcinoma. Contemporary Management of oral, head and neck squamous cell carcinoma, Elsevier (*In Press*)
   - *Drafting/revising critically important content*

3. Yuan Y, **Bakst R**\*, Buckstein M, Siddiqui Z, and Levitin R. Machine Learning in Radiation Oncology, Elsevier (*In Press*)
   - *Drafting/revising critically important content*

## Non-Peer Reviewed Publications

1. Knoll MA and **Bakst RL**. Communicating patient information in the modern era. ASCO Connection, Third quarter, 2015.

## INVITED LECTURES & PRESENTATIONS

<u>Invited Lectures</u>

1. "The treatment of the chest wall with electron beam radiotherapy." Memorial Sloan-Kettering Cancer Center, Department of Radiation Oncology, Grand Rounds, November 5th, 2008.

2. "Small cell carcinoma of the prostate." Memorial Sloan-Kettering Cancer Center, Department of Radiation Oncology, Grand Rounds, December 16th, 2009.

3. "Radiation impairs perineural invasion by modulating the nerve microenvironment." Memorial Sloan-Kettering Cancer Center, Department of Radiation Oncology, Grand Rounds, October 19th, 2011.

4. "The role of radiation therapy in the management of extramedullary leukemia." Memorial Sloan-Kettering Cancer Center, Mortimer J. Lacher Fellows Conference, May 18th, 2012.

5. "One year in MSKCC room 1532." Memorial Sloan-Kettering Cancer Center, Nursing Grand Rounds, June 27th, 2012.

6. "An overview of head and neck radiation oncology." SUNY Downstate, Department of Otolaryngology Grand Rounds, May 8th, 2014.

7. "The role of functional imaging in modern radiation planning." Mount Sinai School of Medicine, Department of Nuclear Medicine Grand Rounds, November 20th, 2015.

8. "The utility of PET/CT in optimizing radiation therapy." Mount Sinai School of Medicine, Department of Nuclear Medicine Grand Rounds, December 2nd, 2016.

9. "Perineural invasion: from mechanisms to treatment design." New York Roentgen Society, March 6th, 2017.

10. "Perineural invasion: contributions from the nerve microenvironment." Memorial Sloan-Kettering Cancer Center, Center for HPV & Precision Radiation, April 19th, 2017.

11. "Inflammatory monocyte recruitment to nerves potentiates perineural invasion." Memorial Sloan-Kettering Cancer Center, Department of Surgery Research Conference, May 22nd, 2017.

12. "Radiation treatment design for nerve invasion." New York University School of Medicine, Department of Radiation Oncology, June 2nd, 2017.

13. "Target volume delineation in cases of perineural invasion." New York Roentgen Society Annual Meeting, October 18th, 2017.

14. "The role of functional imaging in modern radiation planning." Mount Sinai School of Medicine, Department of Nuclear Medicine Grand Rounds, November 20th, 2015.

15. "Radiation therapy for perineural invasion." Mount Sinai School of Medicine, Department of Radiology Grand Rounds, January 21st, 2015.

16. "Perineural invasion: contributions from the nerve microenvironment & implications for treatment." New York Presbyterian Brooklyn Methodist Hospital, Radiation Oncology & Hematology Oncology Grand Rounds, November 20th, 2017.

17. "Perineural Invasion: Contributions from the nerve microenvironment & treatment implications." The Mayo Clinic Radiation Oncology Grand Rounds, Rochester, Minnesota January 24th, 2020.

18. "The nerve microenvironment facilitates perineural invasion." UMDNJ-New Jersey Medical School and The Cancer Institute of New Jersey Grand Rounds, New Brunswick, New Jersey September 1st, 2020.

19. "Emerging concepts in the management of perineural invasion." Columbia University Medical Center, Department of Radiation Oncology, Grand Rounds, December 16th, 2021.

Presentations at Annual Meetings

1. "Hypofractionated dose-painting intensity modulated radiation therapy with chemotherapy for nasopharyngeal carcinoma, a prospective trial." ASTRO Annual Meeting, November 5th, 2009.

2. "Re-irradiation for recurrent medulloblastoma." ASTRO Annual Meeting, November 1st, 2010.

3. "The Rise of HPV in the Elderly: A Changing Landscape of Oropharyngeal Carcinoma" American Radium Society, Scottsdale, AZ, 2020 (Oral) * Meeting cancelled secondary pandemic.

4. "Hematological Malignancy Section Orals" American Radium Society, Virtual Meeting. Program Moderator, September 29th, 2021.

5. "Enhancing Efficacy and Reducing Toxicity for Patients with Hematological Malignancies" ASTRO Annual Meeting. Program Moderator, October 27th, 2021.

Invited Symposia

1. "Inflammatory monocytes recruited to nerves by CCL2-CCR2 signaling facilitate perineural invasion." New York Tumor Microenvironment Symposium, August 17th, 2015.

2. Use of radiation in leukemia: guidelines from the International Radiation Oncology Group (ILROG)." ILROG Annual Symposium, Boston, March 4th, 2017.

3. "Management and contouring of head and neck cancers with perineural invasion." ASTRO Annual Meeting, September 25th, 2017.

4. "Radiation response for risk stratified multiple myeloma" International Radiation Oncology Group (ILROG) Annual Symposium, Tokyo, Japan April 6th, 2019.

5. "Perineural invasion: contributions from the immune system." ECOG-ACRIN Symposium, Fort Lauderdale, Florida October 25th, 2019.

6. "Perineural Invasion: Mechanisms and Clinical Implications." NCI Head and Neck Research Symposium, December 12th, 2019.

7. "Translating the behavior of cutaneous malignancies into radiation target volumes." AHNS/ASCO/ASTRO Multidisciplinary Head and Neck Cancers Symposium, Scottsdale, Arizona February 29th 2020.

Visiting Professorships
1. SUNY Downstate, Brooklyn, NY Department of Otolaryngology, May 8th, 2014.

2. New York Presbyterian Brooklyn Methodist Hospital, Department of Radiation, November 20th, 2017.

3. The Mayo Clinic, Rochester, Minnesota Department of Radiation Oncology, January 24th, 2020.

4. UMDNJ-New Jersey Medical School and The Cancer Institute of New Jersey, New Brunswick, New Jersey September 1st, 2020.

## VOLUNTARY  PRESENTATIONS

N/A

## EXTERNAL ROLES in MEDIA, EDUCATION, and COMMUNITY

Television Appearances

1. "What to know about the rise in oral HPV cases in men." Fox News, October 31st, 2017.

2. "Textured breast implant tied to rare cancer." CBS News, New York July 24th, 2019.

3. "Breast Cancer: New vision and new hope." ABC News, New York October 16th, 2019.

Webinars & Web-based Videos

1. "Perineural invasion in head and neck cancer." Cancer Network, October 30th, 2017.

2. "Older patients & HPV-related oropharyngeal cancer." Cancer Network, October 30th, 2017.

3. "Diagnosing soft tissue sarcoma: what doctors look for." Health Nation, February 22nd, 2018.

4. "Classic Hodgkin lymphoma roundtable." MDedge, February 2019.

5. "PTCL roundtable." MDedge, February 2019.

6. "Follicular lymphoma roundtable." MDedge, March 2019.

7. "Skin Cancer roundtable." OncLive, October 2021.

Educational Roles

1. "From Biology to Bedside: A introduction to cancer biology." Riverdale Country School, Riverdale NY. A lecture given annually to 10-11[th] grade biology students, 2016-2020.

Community Roles

1. New York Police Department (NYPD) Honorary Police Surgeon, Sworn in July 30th, 2019, 1 Police Plaza, New York, NY.