# Exhibit D

1  Q   Is that another way of saying that you're
2  guessing?
3  A   No, that's not saying that I'm guessing.  It's
4  just acknowledging a statistical fact.
5  Q   The fact is that with a disease as rare as SMZL
6  most of the time you're extrapolating from research about
7  another cancer.  Right?
8      MR. KERSCHNER:  Objection.  Form.
9      THE WITNESS:  No.  We're extrapolating from NHL,
10     which is what Mr. Turnoff has.
11 BY MR. KUNTZ:
12 Q   But specific to SMZL you just told me it's
13 difficult to tease that out statistically.  Right?
14 A   What I said was for any rare subset looking at
15 association is hard to define power.
16     It was a general statement.
17 Q   What's the clinical definition of obesity?
18 A   A BMI greater than 30.
19 Q   What was Judge Turnoff's BMI when he was
20 diagnosed with SMZL in 2010?
21 A   Off the top of my head I don't know exactly.
22     However, from his deposition he reports being 5-7
23 and over 200 pounds when he was -- right prior to his
24 diagnosis and that put him at a BMI, excuse my math
25 without a calculator, but over 30.