# EXHIBIT B

D. Barry Boyd, M.D, M.S.

# CURRICULUM VITAE

**Date of Revision:** February 25, 2020

**Name:** D. Barry Boyd, M.D, M.S.

Assistant Professor of Clinical Medicine (Medical Oncology)

**Term:** 2009- Present

**School:** Yale University School of Medicine

**Education:**
B.S.   Cornell University 1971
M.S.   Institute of Human Nutrition, Columbia University 1975
M.D.   Cornell University Medical College 1979

**Career/Academic Appointments:**

1979-1980   Intern, Internal Medicine, New York Hospital, New York, N.Y.

1980-1982   Asst. Resident, Internal Medicine, New York Hospital, New York, N.Y.

1982-1983   Chief Resident, Internal Medicine, St. Barnabas Hospital, Cornell Affiliate

1983-1985   Fellow, Hematology-Oncology, New York Hospital-Cornell, Medical Center, NY, NY

1985-1986   Chief Fellow, Hematology-Oncology, New York Hospital-Cornell Medical Center, NY, NY

1985-1986   Clinical Instructor, Div. of Hematology-Oncology, New York Hospital- Cornell Medical Center, NY, NY.

1986-1992   Assistant Attending, Section of Hematology-Oncology, Dept. of Internal Medicine, Greenwich Hospital, Greenwich, CT.

1993-2000   Associate Attending, Section of Hematology-Oncology, Department of Internal Medicine, Greenwich Hospital, Greenwich, CT

2000- present   Attending, Section of Hematology-Oncology, Department of Internal Medicine, Greenwich Hospital, Greenwich, CT

2009- present   Assistant Clinical Professor of Medicine, Yale University School of Medicine, New Haven, CT.

**Administrative Positions:**
1990-1992   Member, Executive Committee, Greenwich Hospital, Greenwich, CT

1987-2016   Member, Tumor Committee, Greenwich Hospital, Greenwich, CT

**D. Barry Boyd, M.D, M.S.**

1997-2009    Member, Medical Education Advisory Committee, Greenwich Hospital, Greenwich, CT

1997-2007    Chairman and Founder, Integrative Medicine Program, Greenwich Hospital, Greenwich, CT

2009-2012    Director of Nutrition Curriculum, Yale University School of Medicine, NewHaven, CT

2009-2012    Director of Integrative Medicine Curriculum, Yale University School of Medicine, New Haven, CT

2010-2015    Director of Cancer Nutrition, Yale Health System, New Haven, CT

**Board Certification:**
Diplomate, National Board of Medical Examiners, 1980
Diplomate, American Board of Internal Medicine, 1982
American Board of Internal Medicine, Medical Oncology, 1987

**Professional Honors & Recognition:**

**International/National/Regional**
2008-2021:   Best Doctors, Medical Oncology: US
2008-2021:   Best Doctors, Medical Oncology: New York Metropolitan Area
2008-2021:   Best Doctors, Medical Oncology: Fairfield County
2013-2021:   Best Doctors, Medical Oncology, New York Magazine
2016-2021:   America's Most Honored Doctors
2012-2013:   Most Compassionate Doctors

1979:        Alpha Omega Alpha, National Honor Society, Cornell University Medical College, New York, NY
1971:        Phi Beta Phi, National Honor Society, Cornell University, Ithaca, NY
1969:        Commencement Speaker, State University of New York, Delhi, NY
1969:        National Honor Society,   State University of New York, Delhi, NY


**Invited Speaking Engagements, Presentations, Symposia & Workshops Not Affiliated With Yale:**

**International/National**
2018:   Joint Yale - Nepal Breast and Esophageal Cancer Conclave.  Adjuvant and Neoadjuvant Therapy for Breast Cancer. Nepal Mediciti Hospital, Kathmandu, Nepal
2015:   OncoVAX, Adjuvant immunotherapy approach for Early Stage Colon Cancer 8th International Symposium on Translational Research in Oncology, Dublin, Ireland
2015:   Cancer Diet Myths, Regional Oncology Symposium, Winchester Medical Center, Winchester, VA
2015:   Insulin and Cancer, Joint Grand Rounds, MSKCC/ Weill Cornell Medical Center, New York, NY
2015:   Insulin IGF and cancer, Healthy Medicine Academy, Phoenix, Arizona
2015:   Cancer Diet Myths, American Society of Parenteral and Enteral Nutrition ASPEN Annual

D. Barry Boyd, M.D, M.S.

| | |
|---|---|
| | Meeting, Long Beach, CA |
| 2014: | Nutrition and Cancer, Gilda's Club, White Plains, NY |
| 2014: | Guest Lecturer, Insulin and Cancer, Understanding Role in Origins and Outcome of Cancer, Fellowship in Integrative Cancer Therapy, Dallas, TX |
| 2013: | Insulin, IGF System and Cancer: A Biologic Basis for Integrative Cancer Care, Healthy Medicine Academy, Dallas, TX |
| 2013: | Management of Pancreatic Carcinoma, Fellowship in Integrative Cancer Therapy, Las Vegas NV |
| 2010: | Insulin and Cancer: Origins and Outcome of Cancer, Cancer Treatment Centers of America, Philadelphia, PA |
| 2010: | Evolution of the Western Diet and the Origins of Modern Chronic Disease, Fellowship in Integrative Cancer Therapies, Phoenix, AZ |
| 2009: | Nutrition in Cancer Care and Survival: A Practicing Oncologist's Evolving Perspective, New York Hospital, Weill-Cornell Medical Center, Cancer and Nutrition Program, New York, NY |
| 2009: | Nutrition in Cancer Care and Survival: A Practicing Oncologist's Evolving Perspective. Fred Hutchinson Cancer Research Center, Cancer Control and Prevention Program, Seattle, WA |
| 2008: | Immunity and Cancer: The Barriers to Effective Immunotherapy, Institute for Functional Medicine Annual Symposium, Palm Springs, CA |
| 2008: | The Biology of Integrative Cancer Care. 32nd Annual Meadow Brook Lecture in Medicine and Surgery, Southeastern Michigan Medical Society. Meadow Brook Hall, Rochester, MI |
| 2006: | Insulin and Cancer, Institute for Functional Medicine Annual Symposium, Vancouver, BC. Canada |
| 2007: | Cancer Prevention and Survival. Positive Trends in Cancer Prevention and Better Outlook for Survival. 11th Annual Kate Kuhn Woodbury, MD Memorial Lecturer, St. Francis Hospital, Hartford, CT. |
| 2013: | Lessons from the Past: The Evolution of the Western Diet and the Origins of Modern Chronic Disease, MacCauley Honors College at CUNY, NY, NY |
| 2015: | Insulin/IGF System in the Origins and Outcome of Cancer. The Science of Integrative Cancer Care, Symposium – Nutrition and Cancer, Yale Cancer Center |
| 2018: | Diet and Lifestyle in Cancer Outcomes and Survival. Westchester Metastatic Breast Cancer Conference, Komen Foundation, Pleasantville, NY |
| 2019: | Immunotherapy: Harnessing Personalized Treatment of Cancer –Gilda's Club, White Plains, NY, Joint Lecture with Roy Herbst, MD, Director, Medical Oncology, Yale- Smilow Cancer Center |
| 2020: | Diet and Lifestyle in Cancer Outcomes and Survival. New York Metastatic Breast Cancer Conference, Komen Foundation. |
| 2021: | What's New, Cancer Prevention and Nutrition, Smilow Shares Conference, Yale- Smilow Cancer Center |
| 2021: | Understanding Colorectal Cancer: Screening and Treatment Advances. Role of Diet, Nutrition Lifestyle in outcomes, Smilow Shares Conference. Yale – Smilow Cancer Center. |
| 2021: | Supplements and Nutrition for Cancer Survivorship, Smilow Shares Conference. Yale- Smilow Cancer Center |

**Regional/Local**

| | |
|---|---|
| 2010: | Micronutrients and Cancer Prevention, Medical Grand Rounds, Stamford Hospital, Stamford, Ct. |
| 2013: | Cancer Nutrition and Survival, Greenwich Hospital, Greenwich, Ct |

**D. Barry Boyd, M.D, M.S.**

2015:  Cancer Nutrition and Survival, Greenwich Hospital, Greenwich, Ct
2016:  Cancer Diet Myths, Medical Grand Rounds, Waterbury Hospital, Waterbury, CT
2018:  Cancer Survivorship. Greenwich Hospital, Greenwich, Ct
2019:  Immunotherapy – Harnessing Personalized Treatment for Cancer, Greenwich Hospital, Greenwich, Ct
2019:  Immunotherapy – Harnessing Personalized Treatment for Cancer, Gilda's Club, White Plains, N.Y.
2019:  Cancer and Nutrition, Greenwich Hospital, Greenwich, Ct
2020:  Cancer Survivorship, Greenwich Hospital, Greenwich, Ct
2020:  Implant Related Breast Lymphoma, Breast education Day, Greenwich Hospital, Greenwich, Ct

**Yale School of Medicine Teaching Responsibilities- 2nd year curriculum**
2009-2012: Lectures
 1. Evolution of the Western Diet and Origins of Modern Chronic disease
 2. Nutrition and Cardiovascular Disease
 3. Nutrition and Diabetes
 4. Dietary Macronutrient Composition and Disease
 5. Introduction to Essential Nutrients: Water and Fat Soluble Vitamins
 6. Developmental Origins of Adult Health and Disease

2009 – 2020: Yearly
 Micronutrients and Cancer Prevention, in Genes and Development Section
2021:
  Energy Balance and Cancer, in Endocrinology Section


**Professional Service**

  **Journal Service:**
  Editorial Board Member
  2010-2018     Editorial Board Member, Integrative Cancer Therapies, Chicago, IL

  **Medical Advisory:**
  2017 – 2020   Medical Consultant, Speaker: Keynote Trials, Immunotherapy and Cancer, Merck.

  **Professional Service for Professional Organizations:**

  2014-present   Medical Advisory Board Member, Gilda's Club, White Plains, NY
  2004-present   Board Member, Environment & Human Health, Inc, North Haven, CT
  2011-2014      Spokesperson, American Cancer Society, Weston, CT
  2008-2015      Medical Advisory Board Member, Connecticut Challenge, Stamford, CT
  2006-2010      Board Member, Audubon of Greenwich, Greenwich, CT
  1987-1994      Board Member, American Red Cross, Greenwich, CT


**Clinical Trials History:**

**Current Clinical Trials**

D. Barry Boyd, M.D, M.S.

| | |
|---|---|
| Agency: | NRG |
| ID#: | NRG-BR003 |
| Title: | A Randomized Phase III Trial of Adjuvant Therapy Comparing Doxorubicin Plus Cyclophosphamide Followed by Weekly Paclitaxel with or without Carboplatin for Node-Positive or High-Risk Node-Negative Triple-Negative Invasive Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 02/19/2019 - Present |

| | |
|---|---|
| Agency: | Amgen Inc. |
| ID#: | IRB# 2018017 |
| Title: | Protocol 20170758: A Prospective Observational Study to Estimate the Incidence of Febrile Neutropenia among Subjects with Non-myeloid Malignancies at High Risk for Febrile Neutropenia and receiving Neulasta® (pegfilgrastim) Onpro® kit or Other Physician Choice Options for Prophylaxis of Febrile Neutropenia |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/18/2018 - Present |

| | |
|---|---|
| Agency: | Yale School of Medicine/Yale COPPER Center |
| ID#: | IRB# 2018013 |
| Title: | HIC2000021650: Optimizing Patient Engagement in Reporting Outcomes Among Women with Metastatic Breast Cancer Using MyPROfile |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/16/2018 - Present |

| | |
|---|---|
| Agency: | ECOG-ACRIN |
| ID#: | IRB# 2017010 |
| Title: | EA1131: A Randomized Phase III Post-Operative Trial of Platinum Based Chemotherapy Vs. Capecitabine in Patients with Residual Triple-Negative Basal-Like Breast Cancer following Neoadjuvant Chemotherapy |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/20/2017 - Present |

| | |
|---|---|
| Agency: | SWOG |
| ID#: | IRB# 2017007 |
| Title: | S1418/BR006: A Randomized Phase III Trial to Evaluate the Efficacy and Safety of MK-3475 (Pembrolizumab) as Adjuvant Therapy for Triple Receptor-Negative Breast Cancer with ≥ 1 cm Residual Invasive Cancer or Positive Lymph Nodes (ypN+) After Neoadjuvant Chemotherapy |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/20/2017 - Present |

| | |
|---|---|
| Agency: | SWOG |
| ID#: | IRB# 2017006 |
| Title: | S1416: Phase II Randomized Placebo-Controlled Trial of Cisplatin |

| | |
|---|---|
| | with or without ABT-888 (Veliparib) in Metastatic Triple-Negative Breast Cancer and/or BRCA Mutation-Associated Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/20/2017 - Present |
| | |
| Agency: | SWOG |
| ID#: | IRB# 2017005 |
| Title: | S1605: Phase II Trial of Atezolizumab in BCG-Unresponsive Non-Muscle Invasive Bladder Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/20/2017 - Present |
| | |
| Agency: | Alliance |
| ID#: | IRB# 2016019 |
| Title: | A011202: A Randomized Phase III Trial Comparing Axillary Lymph Node Dissection to Axillary Radiation in Breast Cancer Patients (cT1-3 N1) Who Have Positive Sentinel Lymph Node Disease After Neoadjuvant Chemotherapy |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 12/15/2016 - Present |
| | |
| Agency: | Alliance |
| ID#: | IRB# 2016018 |
| Title: | A011502: A Randomized Phase III Double Blinded Placebo-Controlled Trial of Aspirin as Adjuvant Therapy for Node-Positive, HER2 Negative Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 11/17/2016 - Present |
| | |
| Agency: | Alliance |
| ID#: | IRB# 2016013 |
| Title: | A011401: Randomized Phase III trial Evaluating the Role of Weight Loss in Adjuvant Treatment of Overweight and Obese Women with Early Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 08/29/2016 - Present |
| | |
| Agency: | ECOG-ACRIN |
| ID#: | IRB# 2016007 |
| Title: | EA5142: Adjuvant Nivolumab in Resected Lung Cancers (ANVIL) – A Randomized Phase III Study of Nivolumab after Surgical Resection and Adjuvant Chemotherapy in Non-Small Cell Lung Cancers |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 06/16/2016 - Present |

D. Barry Boyd, M.D, M.S.

| | |
|---|---|
| Agency: | <u>Alliance</u> |
| ID#: | IRB# 2014011 |
| Title: | A081105: Randomized Double Blind Placebo Controlled Study of Erlotinib or Placebo in Patients with Completely Resected Epidermal Growth Factor Receptor (EGFR) mutant Non-Small Cell Lung Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/18/2014 - Present |
| | |
| Agency: | <u>ECOG</u> |
| ID#: | IRB# 2014010 |
| Title: | E4512: A Phase III Double-Blind Trial for Surgically Resected Early Stage Non-Small Cell Lung Cancer: Crizotinib versus Placebo for Patients with Tumors Harboring the Anaplastic Lymphoma Kinase (ALK) Fusion Protein |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/18/2014 - Present |
| | |
| Agency: | <u>Alliance</u> |
| ID#: | IRB# 2014009 |
| Title: | A151206: Adjuvant Lung Cancer Enrichment Marker Identification and Sequencing Trial (ALCHEMIST) |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/18/2014 - Present |
| | |
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2014006 |
| Title: | S1207: Phase III Randomized, Placebo-Controlled Clinical Trial Evaluating the Use of Adjuvant Endocrine Therapy +/- One Year of Everolimus in Patients with High-Risk Hormone Receptor-Positive and HER2/neu Negative Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 07/17/2014 - Present |
| | |
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2014002 |
| Title: | S0820: A Phase III Double Blind Placebo-Controlled Trial of Eflornithine and Sulindac to Prevent Recurrence of of High Risk Adenomas and Second Primary Colorectal Cancers in Patients with Stage 0-III Colon Cancer (PACES) |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 07/17/2014 – Present |

**Past Clinical Trials**

| | |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2015010 |
| Title: | S1314: A Randomized Phase II Study of Co-Expression Extrapolation (COXEN) With Neoadjuvant Chemotherapy for Localized, Muscle-Invasive Bladder Cancer |

| | |
|---|---|
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 06/18/2015 - 12/01/2017 |
| | |
| Agency: | ECOG |
| ID#: | IRB# 2015008 |
| Title: | E4112: Prospective Study of MRI and Multiparameter Gene Expression Assay in Ductal Carcinoma in Situ (DCIS) |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 05/21/2015 – 04/20/2016 |
| | |
| Agency: | SWOG |
| ID#: | IRB# 2015007 |
| Title: | S1202: A Randomized Placebo-Controlled Phase III Study of Duloxetine for Treatment of Aromatase Inhibitor-Associated Musculoskeletal Symptoms in Women with Early |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 05/21/2015 - 10/01/2015 |
| | |
| Agency: | Alliance |
| ID#: | IRB# 2015006 |
| Title: | A031201: A Phase III Trial of Enzalutamide Versus Enzalutamide, Abiraterone and Prednisone for Castration Resistant Metastatic Prostate Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/16/2015 - 08/31/2016 |
| | |
| Agency: | National Cancer Institute |
| ID#: | IRB# 2015001 |
| Title: | NCI-9671: Exceptional Responders Pilot Study: Molecular Profiling of Tumors from Cancer Patients Who are Exceptional Responders |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 03/11/2015 - 07/10/2017 |
| | |
| Agency: | SWOG |
| ID#: | IRB# 2014013 |
| Title: | S1406: Randomized Phase II Study of Irinotecan and Cetuximab with or without Vemurafenib in BRAF Mutant Metastatic Colorectal Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 12/18/2014 – 04/01/2016 |
| | |
| Agency: | Alliance |
| ID#: | IRB# 2014004 |
| Title: | N1174: Phase I/Comparative Randomized Phase II Trial of TRC105 plus Bevacizumab versus Bevacizumab in Bevacizumab-Naïve Patients with Recurrent Glioblastoma Multiforme |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 06/19/2014 – 03/02/2016 |

| | |
|---|---|
| Agency: | <u>Agendia Inc.</u> |
| ID#: | IRB# 2013018 |
| Title: | NBRST: Prospective Neo-adjuvant Registry Trial Linking MammaPrint, Subtyping and Treatment Response: Neoadjuvant Breast Registry Symphony Trial |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/17/2013 – 12/31/2014 |

| | |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2013015 |
| Title: | S1216: A Phase III Randomized Trial Comparing Androgen Deprivation Therapy +TAK-700 with Androgen Deprivation Therapy + Bicalutamide in Patients with Newly Diagnosed Metastatic Hormone Sensitive Prostate Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 08/15/2013 – 06/20/2017 |

| | |
|---|---|
| Agency: | <u>ECOG</u> |
| ID#: | IRB# 2013014 |
| Title: | E1Z11: A Cohort Study to Evaluate Genetic Predictors of Aromatase Inhibitor Musculoskeletal Symptoms (AIMSS) |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 07/18/2013 – 10/22/2018 |

| | |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2013013 |
| Title: | S0812: A Phase IIB Randomized Double-Blind Placebo-Controlled Biomarker Modulation Study of High Dose Vitamin D in Premenopausal Women at High-Risk For Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 07/18/2013 – 04/26/2017 |

| | |
|---|---|
| Agency: | <u>Cancer and Leukemia Group B</u> |
| ID#: | IRB# 2013009 |
| Title: | C90601: A Randomized Phase III Study Comparing Gemcitibine, Cisplatin and Bevacizumab to Gemcitibine, Cisplatin and Placebo in Patients with Advanced Transitional Cell Carcinoma |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 05/16/2013 – 01/30/2015 |

| | |
|---|---|
| Agency: | <u>SWOG</u> |
| ID#: | IRB# 2013001 |
| Title: | S1014: A Phase II Trial of Abiraterone Acetate Treatment for Prostate Cancer Patients with a PSA of More than Four following Initial Androgen Deprivation Therapy |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 03/21/2013 – 08/01/2013 |

| | |
|---|---|
| Agency: | <u>Millennium Pharmaceuticals Inc.</u> |

D. Barry Boyd, M.D, M.S.

| | |
|---|---|
| ID#: | IRB# 2012013 |
| Title: | C05013: An Open-Label, Randomized, Phase 2 Study to Assess the Effectiveness of RCHOP With or Without Velcade in Previously Untreated Patients with Non-Germinal Center B-Cell-like Diffuse Large B-Cell Lymphoma |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 07/19/2012 – 10/13/2015 |
| | |
| Agency: | NSABP |
| ID#: | IRB# 2012010 |
| Title: | NSABP P-5: Statin Polyp Prevention Trial in Patients with Resected Colon Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 06/21/2012 – 09/10/2013 |
| | |
| Agency: | Yale School of Medicine/Yale Cancer Center |
| ID#: | IRB# 2012009 |
| Title: | HIC1112009465: Clinical and Biological Predictors of Chemotherapy Toxicity in Older Adults Trial |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 06/21/2012 – 08/11/2016 |
| | |
| Agency: | SWOG |
| ID#: | IRB# 2012007 |
| Title: | S1007: A Phase III Randomized Clinical Trial of Standard Adjuvant Endocrine Therapy +/- Chemotherapy in Patients with 1-3 Positive Nodes, Hormone Receptor-Positive and HER2-Negative Breast Cancer with Recurrence Score (RS) of 25 or Less |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/19/2012 – 10/15/2015 |
| | |
| Agency: | Cancer and Leukemia Group B |
| ID#: | IRB# 2012006 |
| Title: | C80702: A Phase III Trial of 6 versus 12 Treatments of Adjuvant FOLFOX Plus Celecoxib or Placebo for Patients with Resected Stage III Colon Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/19/2012 – 11/08/2015 |
| | |
| Agency: | Amgen Inc. |
| ID#: | IRB# 2011021 |
| Title: | 20090344: A Study to Investigate the Relationship Between Physician Assessed Febrile Neutropenia (FN) Risk Probability Score and Prediction Tool FN Risk Probability Score for Patients with Non-Myeloid Malignancies |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 02/29/2012 – 04/11/2013 |
| | |
| Agency: | RTOG |

| | |
|---|---|
| ID#: | IRB# 2011019 |
| Title: | RTOG 0831: A Randomized, Double-Blinded, Placebo-Controlled Phase III Trial to Evaluate the Effectiveness of a Phosphodiesterase 5 Inhibitor, Tadalafil, in Prevention of Erectile Dysfunction in Patients Treated with Radiotherapy for Prostate Cancer – Prevention of Erectile Dysfunction Trial (PEDS) |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/31/2001 – 02/16/2012 |
| | |
| Agency: | Cancer and Leukemia Group B |
| ID#: | IRB# 2011011 |
| Title: | C70806: Vitamin D Breast Cancer Biomarkers |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/21/2011 – 12/31/2013 |
| | |
| Agency: | NCCTG |
| ID#: | IRB# 2011006 |
| Title: | N08CA: A Phase III Randomized Double-Blind Placebo Controlled Study: The Use of Glutathione (GSH) for Prevention of Paclitaxel/Carboplatin Induced Peripheral Neuropathy |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 02/17/2011 – 12/09/2011 |
| | |
| Agency: | Cancer and Leukemia Group B |
| ID#: | IRB# 2010013 |
| Title: | C369901: Observational Cohort Study: Chemotherapy Decisions and Outcomes in Women age 65 or Older with Operable, Newly Diagnosed Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/21/2010 – 04/28/2017 |
| | |
| Agency: | Cancer and Leukemia Group B |
| ID#: | IRB# 2010012 |
| Title: | C40603: A Randomized Phase II 2x2 Factorial Trial of the Addition of Carboplatin +/- Bevacizumab to Neoadjuvant Weekly Paclitaxel followed by Dose-Dense AC in Hormone Receptor-Poor/Her2-Negative (Triple Negative) Resectable Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/16/2010 – 03/05/2012 |
| | |
| Agency: | NCIC CTG |
| ID#: | IRB# 2010011 |
| Title: | MA.32: Randomized Trial of Metformin versus Placebo on Recurrence and Survival in Early Stage Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/16/2010 – 01/22/2013 |
| | |
| Agency: | ECOG |
| ID#: | IRB# 2010007 |

**D. Barry Boyd, M.D, M.S.**

| | |
|---|---|
| Title: | E1505: A Phase III Randomized Trial of Adjuvant Chemotherapy with or without Bevacizumab for Patients with Completely Resected Stage IB-IIIA Non-Small Cell Lung Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 06/17/2010 – 09/20/2013 |
| Agency: | Amgen Inc. |
| ID#: | IRB# 2010003 |
| Title: | 20080259: A Phase III, Randomized, Double-blind, Placebo-controlled Study of Pegfilgrastim Administered to Subjects with Newly-diagnosed, Locally-advanced or Metastatic Colorectal Cancer Treated with Bevacizumab and Either FOLFOX or FOLFIRI |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 03/18/2010 – 01/05/2011 |
| | |
| Agency: | RTOG |
| ID#: | IRB# 2009010 |
| Title: | R0436: A Phase III Trial Evaluating the Addition of Cetuximab to Paclitaxel, Cisplatin, & Radiation for Patients with Esophageal Cancer Who are Treated without Surgery |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 08/20/2009 – 11/04/2011 |
| | |
| Agency: | IBCSG |
| ID#: | IRB# 2009002 |
| Title: | IBCSG 24-02: A Phase III Trial Evaluating the Role of Ovarian Function Suppression and the Role of Exemestane as Adjuvant Therapies for Premenopausal Women with Endocrine Responsive Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 05/21/2009 – 04/30/2010 |
| | |
| Agency: | ECOG-ACRIN |
| ID#: | IRB# 2009001 |
| Title: | PACCT-1: Program for the Assessment of Clinical Cancer Tests (PACCT-1): Trial Assigning Individualized Options for Treatment: The TAILORx Trial |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/15/2009 – 10/06/2010 |
| | |
| Agency: | Cancer and Leukemia Group B |
| ID#: | IRB# 2008007 |
| Title: | C170601: A Phase III Double Blind Trial of Oral Duloxetine for Treatment of Pain Associated with Chemotherapy-Induced Peripheral Neuropathy (CIPN) |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/27/2008 - 03/02/2011 |
| | |
| Agency: | GlaxoSmithKline PLC |
| ID#: | IRB# 2008002 |

D. Barry Boyd, M.D, M.S.

| | |
|---|---|
| Title: | GSK EGF108919: A Randomized, Open-Label, Phase III Study of Taxane Based Chemotherapy with Lapatinib or Trastuzumab as First-Line Therapy for Women with HER2/neu Positive Metastatic Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 10/27/2008 – 10/19/2011 |
| | |
| ID#: | ImClone Systems Inc. |
| Title: | CP02-0452 |
| | Randomized Phase III Study of Docetaxel or Pemetrexed with or without Cetuximab in Patients with Recurrent or Progressive Non-Small Cell Lung Cancer after Platinum-Based Therapy |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/12/2007 – 12/15/2011 |
| | |
| ID#: | Cancer and Leukemia Group B |
| Title: | Protocol 30407 |
| | A Randomized Phase II Study of Radiation Therapy, Pemetrexed and Carboplatin with or without Cetuximab in Stage III Non-Small Cell Lung Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 01/30/2007 – 04/29/2009 |
| | |
| Agency: | SWOG |
| ID#: | IRB# 2008001 |
| Title: | S0307: A Phase III Trial of Bisphosphonates as Adjuvant Therapy for Primary Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 01/11/2007 - 02/01/2010 |
| | |
| Agency: | Cancer and Leukemia Group B |
| ID#: | IRB# 2007001 |
| Title: | C80405: A Phase III Trial of Irinotecan/5-FU/Leucovorin or Oxaliplatin/5-FU/Leucovorin with Bevacizumab, or Cetuximab (C225), for Patients with Untreated Metastatic Adenocarcinoma of the Colon or Rectum |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 04/17/2007 – 02/15/2012 |
| | |
| Agency: | Pfizer |
| ID#: | Protocol A6181065 |
| Title: | A Randomized Phase II Study of the Efficacy and Safety of Sunitinib Malate Schedule 4/2 vs Sunitinib Malate Continuous Dosing as First-Line Therapy for Metastatic Renal Cell Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 00/00/2007 – 06/19/2008 |
| | |
| Agency: | NSABP |
| ID#: | IRB# 2006002 |

D. Barry Boyd, M.D, M.S.

| | |
|---|---|
| Title: | NSABP R-04: A Clinical Trial Comparing Preoperative Radiation Therapy and Capecitabine with or without Oxaliplatin with Preoperative Radiation Therapy and Continuous Intravenous Infusion of 5-Fluorouracil with or without Oxaliplatin in the Treatment of Patients with Operable Carcinoma of the Rectum |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 00/00/2006 - 04/24/2013 |
| | |
| Agency: | ECOG |
| ID#: | Protocol E2104 |
| Title: | A Phase II Feasibility Trial Incorporating Bevacizumab into Dose Dense Doxorubicin and Cyclophosphamide followed by Paclitaxel in Patients with Lymph Node Positive Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 09/14/2006 – 01/04/2007 |
| | |
| Agency: | Bayer Pharmaceutical Corporation |
| ID#: | Protocol# 11868 |
| Title: | Open Label, Non-Comparative Treatment Protocol for the use of Sorafenib in Patients with Advanced Renal Cell Carcinoma |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 08/29/2005 – 11/05/2007 |
| | |
| Agency: | AOI Pharmaceuticals Inc. |
| ID#: | Protocol 207 |
| Title: | A Phase IIA Trial of Two Schedules of Perifosine |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 05/16/2005 – 11/29/2007 |
| | |
| Agency: | Bristol Myers Squibb |
| ID#: | Protocol CA225-006 |
| Title: | A Phase III Randomized, Open-Label, Multicenter Study of Irinotecan and Cetuximab vs. Irinotecan as Second-Line Treatment in Patients with Metastatic, EGFR-Positive Colorectal Carcinoma |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 01/01/2005 – 09/07/2005 |
| | |
| Agency: | NCIC CTG |
| ID#: | MA.21 |
| Title: | A Phase III Adjuvant Trial of Sequenced EC + Filgrastim + Epoetin Alfa Followed by Paclitaxel vs Sequenced AC Followed by Paclitaxel vs CEF as Therapy for Premenopausal Women and Early Postmenopausal Women who Have had Potentially Curative Surgery for Node Positive or High Risk Node Negative Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 01/01/2005 - 08/11/2009 |
| | |
| Agency: | Intarcia Therapeutics Inc. |
| ID#: | Protocol Biomed 777-CLP-30 |

**D. Barry Boyd, M.D, M.S.**

| | |
|---|---|
| Title: | A Phase III Study of Atamestane plus Toremifene versus Letrozole in Advanced Breast Cancer |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 11/17/2004 – 04/12/2006 |
| | |
| Agency: | AstraZeneca Pharmaceuticals |
| ID#: | Protocol 1839IL/0050 |
| Title: | An Expanded Access Clinical Program with ZD 1839 (Iressa) for Patients with Advanced Non-small Cell Lung Cancer (NSCLC)" |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | 00/00/2001 – 08/19/2003 |
| | |
| Agency: | Lorus Therapeutics Inc. |
| ID#: | Protocol # LOR/VIR/P03/002 |
| Title: | A Phase III Double-Blind, Multicenter, Randomized Study in Chemonaive Patients with Locally Advanced or Metastatic Pancreatic Cancer to Compare a Combination Therapy of Virulizin plus Gemcitabine vs. Placebo plus Gemcitabine; Optional Second-Line Rx may include Continuation of Virulizin or Placebo, Alone or in Combination with 5-Fluorouracil |
| Role on Project: | Co-Investigator for Greenwich Hospital |
| Project Period: | Ended 03/13/2006 |

**Bibliography:**

**Peer-Reviewed Original Research**

1. Coleman M, **Boyd DB**, Bernhardt B, et al: COPBLAM III: Combination Chemotherapy for Diffuse Large Cell Lymphoma (LCL) With Cyclophosphamide (C), Vincristine (V), Prednisone (P), Infusion Bleomycin (B), Doxorubicin (A), and Matulane (M). Proc Am Soc Clin Oncol: 218, 1984 (Abstr)

2. Hajjar DP, **Boyd DB**, Harpel PC, Nachman RL. Histidine-rich glycoprotein inhibits the anti-proliferative effect of heparin on smooth muscle cells. J Exp Med 1987; 165:908-913.

3. **Boyd DB**, Coleman M, Papish SW, Topilow A, Kopel SK, Bernhardt B, Files J, Schwartz S, Gaynor M, Mcdermott D, Reisman AM, Coleman BL. COPBLAM III: Infusional combination chemotherapy for diffuse large cell lymphoma. J. Clin.Onc 1988; 6:425-433.

**Chapters, Books, and Reviews**

1. Brasel JA, **Boyd DB**. Influence of thyroid hormone on fetal brain growth and development. In: Fisher DA and Burrow FN, eds. Thyroid Physiology and Disease. New York, N.Y.: Raven Press; 1975:59-71.

2. Coleman M, **Boyd DB**, Beshevkin M, et al: COPBLAM: Treatment of Large Cell Lymphoma: A Status Report, in Skarin AT (ed): Update on Treatment for Diffuse Large Cell Lymphoma. New York, Park Row, 1985, pp 63-69.

3. Coleman M, **Boyd DB**, Bernhardt B, et al: COPBLAM: Infusion chemotherapy for large cell lymphoma, in Rosenthal CJ, Rotman M (eds): Clinical Applications of Continuous Infusion Chemotherapy and Concomitant Radiation Therapy. New York, Plenum, 1986, pp 79-86.

4. **Boyd DB**. Immunity and Cancer. Integrative Cancer Therapies. 2002; 1(2): 172-180.

5. **Boyd DB**. Integrative Tumor Board: Recurrent Breast Cancer or New Primary. Integrative Cancer Therapies. 2003; 2(3): 268-305.

6. **Boyd DB**. Insulin and Cancer. Integrative Cancer Therapies. 2003; 2(4):315-329

7. Wargo J, Alderman N, Wargo L, Addiss SS, **Boyd DB**, et al. Risks from Lawn Care Pesticides. Environment and Human Health, North Haven, Ct 2003, p 96.

8. Henderson CC, Alderman N, Addiss S, **Boyd DB** et al. The State of Nutrition and Physical Activity in Our Schools. Environment and Human Health, North Haven, CT. 2004 p.117.

9. **Boyd DB**, Cullen M, Alderman N, Addiss, et al. Breast Cancer: What Science Knows, What Women think. Environment and Human Health, North Haven, Ct. 2006 p.95

10. **Boyd DB**. Cancer and Insulin: Targeting the Insulin-IGF System for Risk Reduction and Survival. In: Kohlstadt, I Ed. Food and Nutrients in Disease Management, CRC Press, Boca Raton, Fl.2012; 724-51.

11. **Boyd DB**, The Cancer Recovery Plan, Penguin Press, New York, N.Y. 2005, p 245

12. Bae JY, Teng L, Hussein K, **Boyd DB.** Intravenous vitamin C and adjuvant treatment for BRCA mutation positive pancreatic cancer, in Press.

**Case Reports, Technical Notes, Letters**

1. Paddock CD, Brenner O, **Boyd DB**, Berg JM, Joseph RJ, Zaki SR, Childs JE. Short report: Concurrent Rocky Mountain spotted fever in a dog and its owner. Am J Trop Med Hyg. 2002 Feb; 66(2): 197-199.

2. **Boyd, DB** Narayana A. Re-activation of Immune Response to anti-PD –L1 therapy in Metastatic Breast Cancer with cytotoxic therapy, in Press