David Bricker, Esq., State Bar No. 158896
**THORNTON LAW FIRM, LLP**
9430 W. Olympic Blvd., Suite 400
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile:   (310) 388-5316

Evan R. Hoffman, Esq. (Pro Hac Vice)
**THORNTON LAW FIRM, LLP**
201 Columbine Street, Suite 300
Denver, Colorado 80206
Telephone: (800) 431-4600
Facsimile:   (617) 720-2445

*Attorneys for Plaintiffs,*
*Robert Cotter and Darya Cotter*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF DAVID BRICKER, ESQ., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. D. BARRY BOYD**<br><br>Filed Concurrently With: Plaintiff's Response to Motion to Exclude Testimony of Dr. Barry Boyd |
| *Robert Cotter, et al. v. Monsanto Co.,*<br>Case No. 3:20-cv-03108-VC | |

1
Declaration of David Bricker, Esq., in Support of Plaintiff's Response to Defendant's Motion to Exclude Testimony of Dr. Barry Boyd

**DECLARATION OF DAVID BRICKER, ESQ.**

I, David Bricker, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and before this Honorable Court and am counsel of record for Plaintiffs in the above-entitled action. The foregoing and hereafter stated facts are within my personal knowledge and, if called as a witness in this matter, I could and would competently testify thereto.

2. Filed concurrently herewith as Exhibit "A" is a true and correct copy of Dr. Barry Boyd's deposition taken by Monsanto Company on October 27, 2023. Filed concurrently herewith as Exhibit "B" is a true and correct copy of Dr. Barry Boyd's Curriculum Vitae. Filed concurrently herewith as Exhibit "C" is a true and correct copy of the Alameda County Superior Court of California's order on Sargon Motions and Motion for Summary Judgment in Pilliod v. Monsanto.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this 8th day of January, 2024, at Beverly Hills, California.

*/s/ David Bricker*
David Bricker

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action; I am employed by Thornton Law Firm, LLP, in the County of Los Angeles at 9595 Wilshire Boulevard, Suite 900, Beverly Hills, California 90212.

On January 8, 2024, I served the foregoing document(s) described as:

**DECLARATION OF DAVID BRICKER, ESQ., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. D. BARRY BOYD**

on the interested parties in this action by:

[X] By CM/ECF: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

[X] (Federal) I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the above is true and correct.

Executed on January 8, 2024, at Beverly Hills, California.


By:__/s/ David Bricker_____
David Bricker