D. Barry Boyd, MD, MS

1          Q.      Are you offering any opinions
2    regarding Mr. Canning's exposure history in
3    this case?
4          A.      Well, it's very extensive.  So my
5    opinion is he had a very long and extensive
6    exposure.  That's my opinion.
7          Q.      But --
8          A.      Go ahead.
9          Q.      But you didn't calculate the
10   specific dose that Mr. Canning experienced over
11   the years of glyphosate-based herbicides; did
12   you?
13         A.      No.  And I'm going to reiterate
14   that the epi studies don't look at those.  They
15   look at exposure days.  They look at the number
16   of hours per day, the number of days per year,
17   the number of years.  But they don't calculate
18   the dose of exposure, meaning, how many
19   milligrams of glyphosate or the amount of
20   exposure.
21              Some of the exposure researchers
22   are able to look at that.  But that's not what
23   the epidemiology studies look at when they
24   determine association.
25         Q.      Right.  But --

1          A.      It's the amount of exposure and

2    how long it's been and how many days, and what

3    we call eight-hour exposure days, which is a

4    way of measuring.  Very, you know, prolonged

5    exposure for a full day, how many of those that

6    people had.

7          Q.      Right.  But you did not calculate

8    a total amount of exposure to glyphosate-based

9    herbicides in this case; did you?

10         A.      No, I didn't.  I rely, again, on

11   the exposure expert.

12         Q.      So you have no opinion on how

13   much Roundup, potentially, or glyphosate

14   penetrated Mr. Canning's skin?

15         A.      Well, I don't think -- I can't

16   calculate that.  But we know, you know, he did

17   use PPI, but he had an extensive and long

18   exposure history in terms of how often he used

19   it.

20                 There are three ways to get it

21   in.  Right?  You can get it in orally, you can

22   get it in respiratory-wise, or you can get it

23   in the skin.  And for most -- most of --

24   applicators.  Those who are either industrial

25   or residential use of it.  Roundup is

D. Barry Boyd, MD, MS

1    predominantly through the skin, but there are

2    other forms that also play a role.

3                     But I can't calculate his body

4    level, his dose.

5           Q.     Thank you.

6                     We know that he sprayed Roundup

7    at two different locations, it sounds like, his

8    residence and then the cranberry bogs.  And I

9    believe even in the cranberry bogs there were a

10   couple different locations that he worked at.

11                    Does that sound right?

12          A.     Yes.  He purchased additional

13   bogs until his son, I think, took over years

14   later.

15          Q.     And it sounds like he used his

16   Roundup concentrate at his residence from 1984

17   to 2009.

18                    Does that sound right?

19          A.     Yeah.  He actually said that he

20   used the Roundup that he kept in his garage

21   that he was using in his bogs to use at home.

22                    So that was a very limited amount

23   of exposure relative to his commercial exposure

24   through the bogs.  Very limited.

25          Q.     Right.

D. Barry Boyd, MD, MS

1                    So at his residence it was only

2    about two applications per year; right?

3              A.    Yes.  Exactly right.

4              Q.    The last of which sounds like was

5    in 2009?

6              A.    Correct.

7              Q.    The Roundup use of the cranberry

8    farms was five days a week for approximately

9    10 weeks out of the year?

10             A.    Yeah.  It was estimated to be

11   50 days per season for 26 years.  So that's --

12   you add that up, that's 1300 days that he used

13   it.

14             Q.    Glad you did that math, because

15   that's the reason I went to law school, so I

16   didn't have to do that all that addition and

17   multiplication --

18             A.    Well, I didn't think I would need

19   it when I went to medical school either.

20             Q.    So -- okay --

21                  MR. BRICKER:  Come on, Barry.  If

22              I knew there was going to be no math

23              in medical school, I might have gone.

24                  THE WITNESS:  There's very

25              little.  Trust me.  But there are

D. Barry Boyd, MD, MS

1              calculators.

2                   MS. BATALIAS:  Luckily, we have

3              those too.

4      BY MS. BATALIAS:

5           Q.    So the exposure metrics we were

6      just talking about, they are potentially high;

7      right?

8           A.    Very high.

9           Q.    Yeah.  But they're potentially

10     calculated high; correct?

11          A.    Well --

12                   MR. BRICKER:  Form.

13                   THE WITNESS:  -- calculated high?

14             They --

15     BY MS. BATALIAS:

16          Q.    So, for example, there was --

17     there could have been overlap between his

18     personal use at his residence and then at the

19     bog farms.  Like you said, he used the same

20     product at both?

21          A.    Well, there's overlapping of

22     Roundup in both places, but there was discrete

23     calculations for use in each that were

24     different.

25                   So there's clearly discrete

D. Barry Boyd, MD, MS

1    levels of exposure when he worked on the

2    cranberry bog, so that's there.  That's in

3    there, and that's independent of his

4    residential use.

5              Q.    Are you saying that he never

6    sprayed at home or at the cranberry bog on the

7    same day?

8              A.    No, no.  I'm not saying that, but

9    I'm saying you could separate the -- you need

10   to separate the two, and then you can add them

11   together.

12              But even if it's on the same day

13   that it's still additive, right?  If you

14   sprayed for two hours at home and sprayed for

15   five hours at work, that's still seven hours of

16   exposure, whether it's the same day or the day

17   after.

18              And so separating the two is

19   important because there's such an order -- so

20   many orders of magnitude difference between his

21   limited residential use, which he did use, and

22   the extensive use in the bogs, cranberry bogs.

23   Which I'm -- you know, I've driven past there.

24   My family lived in Cape Cod.  I know those

25   bogs.  They're very picturesque as you drive

D. Barry Boyd, MD, MS

1   down Cape Cod Highway.

2           Q.      You know Mr. Canning's bogs?

3           A.      No, I don't.  I have no idea

4   where it is.  I haven't been there in years.

5   So I haven't driven that road in years.

6           Q.      And in any event, you would defer

7   to -- I think it's Mr. Herod is the exposure

8   expert in this case -- on the calculations of

9   those specific exposure measures, right?

10                  MR. BRICKER:  Dr. Herrick.

11                  MS. BATALIAS:  So sorry.  I don't

12          know why I keep doing that.

13          Dr. Herrick.  Thank you.

14      BY MS. BATALIAS:

15          Q.      You included Dr. Herrick's report

16   on your materials reviewed list; right?

17          A.      Yes.

18          Q.      What impact does that have on

19   your opinion?

20          A.      It strengthens it.

21          Q.      In what way?

22          A.      By virtue of the calculations and

23   the extent -- you know, confirming the extent

24   of his exposure.  You know, duration exposure,

25   the total number of days of exposure.  The

D. Barry Boyd, MD, MS

1  remarkably high number of eight-hour exposure

2  days, which is, you know, calculating as though

3  you had sprayed all day long for eight hours,

4  and how many days of -- how many eight-hour

5  exposure days there were.  What is the high and

6  low.

7            You know, I mean, you look at

8  that, even with a minimum of eight-hour

9  exposure days, it still fell within a very high

10 metric for exposure.

11      Q.    Dr. Boyd, do you know when the

12 first malignant cell appeared in Mr. Canning?

13      A.    Let me -- no, of course not.

14      Q.    Are you aware of any scientific

15 tests, method, or procedure that can tell you

16 when the first cancer cell appeared in a

17 specific patient?

18      A.    Not yet.  But check back in a

19 couple of years.  We're working on that.

20            I actually have an organization

21 and foundation I'm working on called Zero

22 Cancer, trying to detect through molecular

23 blood tests the identity of the first malignant

24 cell.  When that -- we're not sure when you can

25 first identify it in the blood through what's

D. Barry Boyd, MD, MS

1    called liquid biopsies.  So that's in process.

2           Q.    Similarly, you don't know if

3    there was any glyphosate in Mr. Canning's body

4    when that first cancerous cell appeared; do

5    you?

6           A.    No.

7           Q.    Okay.  There's actually no way

8    for you or anyone else to know that; is that

9    correct?

10          A.    No, there isn't.  But if you have

11   an extended exposure, and you know the likely

12   latency for developing a malignancy, and,

13   certainly, in this case, years before he was

14   diagnosed, then he likely had -- and we know

15   this from population studies.

16                Even people who are just eating

17   and drinking normally have glyphosate in their

18   system.  So having had high exposures with a

19   spray, it is incredibly unlikely he didn't have

20   glyphosate in his system years before, when

21   those cells might have developed.

22                It's highly unlikely that he

23   didn't.  He clearly would have had measurable

24   levels if we were able to do that now -- or

25   back then.

1    Q.    But you can't actually say with
2  certainty whether that's true?
3    A.    No.  I can say with high
4  likelihood, but not certainty.
5    Q.    Mr. Canning's treating physicians
6  never wrote in his medical records, as far as
7  you know, that Roundup substantially increased
8  his likelihood of developing NHL; did they?
9         MR. BRICKER:  Form.
10         THE WITNESS:  Yeah, they rarely
11     do, because they don't know
12     epidemiology.
13  BY MS. BATALIAS:
14    Q.    As we discussed already, you
15  performed something called a differential --
16  I'm calling it a differential diagnosis.  What
17  did you call it?
18    A.    Same thing.
19    Q.    Okay.  Perfect.
20         You performed a differential
21  diagnosis on Mr. Canning; is that right?
22    A.    Yeah, in the sense of looking for
23  what -- there is specific and general
24  causation, right?  So general causation is the
25  issue about Roundup.

D. Barry Boyd, MD, MS

1          And then are there specific

2   causations within Mr. Canning that could

3   explain it beyond that.

4          Q.    And that's where you consider the

5   risk factors that might have played a role in

6   Mr. Canning's (inaudible)?

7          A.    Yeah.  I mean, the basic

8   non-modifiable risk factors are age, sex,

9   and -- although that apparently is now

10  modifiable.  But we know he is male, and that's

11  a higher risk than female.  Older age is a risk

12  factor.  Being Caucasian is a risk factor --

13         Q.    And, of course --

14         A.    -- (inaudible) that -- that's --

15  you know.

16         Q.    And, of course, when you're doing

17  this differential diagnosis, you need to review

18  and weigh all of the evidence, including those

19  risk factors that you just mentioned?

20         A.    Yes.

21         Q.    And after that you come to a

22  conclusion?

23         A.    Always.  Right.

24         Q.    So let's talk a little about

25  Mr. Canning's medical history and specifically

D. Barry Boyd, MD, MS

1    what you considered to be a risk factor and not

2    a risk factor.

3                    You mentioned gender is a risk

4    factor for NHL.  Most lymphomas are more common

5    in men than women?

6            A.      Correct.

7            Q.      So Mr. Canning's gender actually

8    put him at an increased risk of developing NHL;

9    is that right?

10           A.      Well, relatively, you know, yes.

11           Q.      And NHL is also more common among

12   Caucasians than other ethnic groups?

13           A.      Yes.

14           Q.      So that also put him as increased

15   risk for developing NHL?

16           A.      Yeah.

17           Q.      And Mr. Canning was 74, which

18   we'll call that old, for purposes of our

19   discussion; is that fair?

20           A.      Older.

21           Q.      And as patients get older, of

22   course their risk of cancer increases; is that

23   correct?

24           A.      Yeah.  That actually links to the

25   other factors.  Because the latency for

D. Barry Boyd, MD, MS

1   exposure isn't time-weighted.  So I always say

2   age doesn't cause cancer.  What it is, is the

3   latency of a tumor that takes time to develop.

4                   So if you think about it, it's

5   not because you're older.  It's because it

6   takes time for the evolution of a premalignant

7   state to become malignant.  And that's what it

8   really is.  It's not age.  It's time.  Tumors

9   are time-dependent.  They take upwards of two

10  or more decades.

11         Q.     Right.  And we talked earlier

12  about the natural replication errors that --

13         A.     Right.

14         Q.     -- can occur?

15                So is it fair to say that

16  people's cells replicate more as they age?

17         A.     Not necessarily, no.  No.  That's

18  actually not true.  But what happens is, as

19  they age, replication errors may not be

20  repaired adequately, and glyphosate may play a

21  role in that.  It may impair the ability to

22  repair mutation.  And so it remains fixed in

23  the cell.

24                Number 2, as people age, those

25  replication -- those cells that have been

D. Barry Boyd, MD, MS

1  quiescent, maybe stimulated through

2  environmental factors over time to start

3  multiplying faster and acquire additional

4  mutations.

5              You know, the other thing that

6  you didn't -- you don't hear from Thomas Eddy

7  and certainly from Bert Vogelstein in his work

8  at Hopkins is it takes four mutations to make a

9  cancer.  So that first event is not the one

10  that makes the cancer.  It's a premalignant

11  change.

12              And so you acquire more of those

13  when you're exposed to things like glyphosate

14  or environmental factors that activate the

15  cells to grow faster and acquire more mutations

16  later on.

17              So over time, cancer is a

18  time-dependent disease, not age dependent.  It

19  simply is time requires aging.

20       Q.     But, overall, it's fair to say

21  that older age is a risk factor for developing

22  lymphomas?

23       A.     The time it takes to acquire the

24  necessary sequence of mutations to develop a

25  full-blown malignancy.

D. Barry Boyd, MD, MS

1          Q.     And Mr. Canning was diagnosed

2   with NHL at the age of 74?

3          A.     Correct.

4          Q.     And you would say, in all of your

5   experience with NHL patients, 74 is not an

6   unusual age to develop NHL; is that correct?

7          A.     No, that's right.

8          Q.     And you wouldn't find the age of

9   74 unusual to develop NHL, even if they have

10  had no exposure to Roundup?

11         A.     Correct.

12         Q.     Is it fair to say that the age of

13  60, 70 and beyond are actually the most common

14  ages for someone to be diagnosed with NHL?

15         A.     Based on --

16                MR. BRICKER:  Form.

17                THE WITNESS:  -- the --

18                THE COURT REPORTER:  I'm sorry.

19          Can you repeat your answer, please.

20              If you could pause so that

21          Mr. Bricker can get his objection, it

22          would make it easier.  Thanks.

23                THE WITNESS:  Sorry about that.

24                THE COURT REPORTER:  No worries.

25          Can you repeat your answer.

D. Barry Boyd, MD, MS

1              THE WITNESS:  Yes.

2              It takes time because of that

3         duration of premalignant phase.  It's

4         going to increase over the years so

5         that by 50 or 60, you're more likely

6         than 30 or 40.  It doesn't preclude it

7         from happening at younger ages, but

8         it's much more common when you get

9         older.

10    BY MS. BATALIAS:

11         Q.    All of that to say, you can't

12    rule out that Mr. Canning's NHL was caused by

13    natural replication errors over time as he got

14    older?

15         A.    Not completely, but it's less

16    likely here with his exposure.

17         Q.    I can't remember if we talked

18    about this in your -- the list of risk factors

19    mentioned earlier, but obesity has been

20    associated with increased risk for NHL; is that

21    correct?

22         A.    In some, but not all, studies.

23         Q.    And Mr. Canning was 6-4 and

24    weighed 257 pounds at the time of his

25    diagnosis?

1        A.      Yes.

2        Q.      That puts his BMI at 31; does

3   that sound right?

4        A.      Yes.  He is borderline obese.

5   That's Class 1 obesity.  He also was fit and

6   exercised.

7                So part of obesity reflects BMI,

8   but it also reflects body composition.  And he

9   did note that he was a regular exerciser.  We

10  know he worked in the fields, and, you know,

11  working on the bogs.

12               So it's likely part of his BMI

13  reflected increased muscle mass, not just fat

14  mass.  And it's the fat mass, not the fat-free

15  mass, that may play a role.  So I would argue

16  that that's an unlikely contributor in this

17  case.  Because it was borderline obese,

18  physically fit man.  Likely had more muscle,

19  you know, than some people do who are sedentary

20  and have largely fat mass.

21       Q.      But you haven't actually met

22  Mr. Canning?

23       A.      No.  Just relying on his history.

24       Q.      You aren't privy to his physical

25  makeup?

D. Barry Boyd, MD, MS

```
1                A.    I haven't measured his waist-hip
2   ratio or waist size or his pants.
3                Q.    So you don't know whether his BMI
4   of 31 is due to muscle mass or fat mass?
5                A.    It's less important, though,
6   because a BMI of 31 is just over the border of
7   Class 1 obesity.  And the risk for that is very
8   low in relationship to lymphoma as a risk
9   factor.
10               It's really when you get into
11  Class 2 and 3, and particularly the BMI of over
12  40, where obesity place a role.
13               Q.    You also mentioned -- actually, I
14  can't remember if you mentioned family history
15  as a risk factor?
16               A.    It can be a risk factor.
17               Q.    And you note in your report that
18  Mr. Canning's father died of prostate cancer?
19               A.    Yes.
20               Q.    So he has family history --
21               A.    Not died of prostate cancer.  He
22  had prostate cancer.
23               Q.    I'm sorry.  I --
24               A.    He died years later.  He was
25  diagnosed, I think, 25 to 30 years before he
```

D. Barry Boyd, MD, MS

1   died.  So we have no evidence he died of

2   prostate cancer.

3            Q.     That was an honest mistake.  I

4   knew he didn't die of prostate cancer.

5            But you don't note Mr. Canning's

6   history of -- family history of cancer as a

7   contributing risk factor?

8            A.     We know -- we have more detailed

9   history, and we know that he had multiple

10  first-degree relatives, grandparents, mother,

11  all have had cardiovascular disease.  Multiple

12  CVAs.  His mom died of a CVA.  That's a stroke.

13  Multiple grandparents died of strokes.

14            There's one -- one grandparent

15  who had dementia.  There's no evidence within

16  the family as a more extended history of

17  first-degree relatives of lymphoma hemological

18  or any other cancers.

19            So if I were to say -- and he had

20  hypertension and had been on lisinopril.  I

21  would say his bigger risk is having a stroke,

22  because it's strong in the family, not

23  lymphoma.

24            Q.     So aside from the risk factors

25  that we just discussed, Mr. Canning's only

D. Barry Boyd, MD, MS

1    other risk factor was Roundup, in your opinion?

2           A.    Yes.

3           Q.    And so despite all the other risk

4    factors you mentioned, your opinion is that

5    Roundup caused Mr. Canning's NHL?

6           A.    Based on the remarkable extent of

7    his exposure and what we now know about both

8    duration of exposure and extent of exposure

9    days in the epidemiology studies, as well as

10   the AICR data from 2015 about mechanistic

11   studies arguing about risk.  I think it really

12   is pretty overwhelming that that played a

13   likely -- very likely role in his lymphoma.

14          Q.    So it sounds like your opinion is

15   dependent upon the underlying actual amount of

16   Roundup that Mr. Canning was exposed to?

17                MR. BRICKER:  Form.

18                THE WITNESS:  Well, the -- I'm

19            looking at his exposure, which can

20            easily be compared to the epidemiology

21            data showing relationship with -- even

22            with diffuse large B-cell lymphoma,

23            and the number of exposure days and

24            eight-hour exposure days, as well as

25            the duration, or latency, from

D. Barry Boyd, MD, MS

 1              multiple studies, including the

 2              Swedish case control studies.

 3                   There are a number of them --

 4              studies from Eriksson, Hardell and

 5              others, that have shown that greater

 6              than 10 to 20 years of exposure

 7              significantly increases the risk of

 8              DLBCL, and we know also that the

 9              amount of exposure, intense exposure,

10              plays a role as well.

11      BY MS. BATALIAS:

12              Q.    Right.

13                   So your opinion is dependent on

14      his amount of exposure over time?

15              A.    Well, I've said this before,

16      minimal exposure is not a risk factor.

17              Q.    Does it matter to your opinion

18      what percentage of the Roundup formulation

19      Mr. Canning used as water?

20              A.    No, because of the extent and

21      duration of exposure.  I think that, you

22      know -- even with that, I think, you know,

23      that's what most of the epi is based on.  Not

24      the formulation, not the specific concentrate,

25      but levels of exposure over time, and duration.

D. Barry Boyd, MD, MS

1        Q.      So it does not matter how much he
2   used -- was water versus glyphosate?
3        A.      No, but he was getting
4   glyphosate.  He was getting exposed to
5   glyphosate.
6        Q.      Mr. Canning mostly used Roundup
7   concentrate; is that right?
8        A.      Yes.
9        Q.      And that's where, you know, you
10   mix it yourself.  It comes in a concentrated
11   form and you put the water in to mix it?
12        A.      That further adds to risk.
13   People who mix and have greater than 10 -- you
14   know, 10 years of exposure with mixing have a
15   substantial increase in risk of lymphoma.
16        Q.      You don't know how many bottles
17   of each project -- how many bottles of each
18   product he used?
19        A.      No, I don't.
20        Q.      And as we discussed before, you
21   don't know the specific concentrate formula or
22   formulas he might have used?
23        A.      No.  We do know that he used it
24   abundantly in the fields.  I mean, I've worked
25   and seen those fields.  I've had other cases --

D. Barry Boyd, MD, MS

```
1    that they use a lot of Roundup, because they do
2    two things.
3                    They spray around the cranberry
4    to get rid of the grasses around it.  But they
5    also stick it into the drainage ditches because
6    they don't want the actual -- the cranberries
7    to grow in those.  They need the free-flowing
8    water to be able to, you know, irrigate the
9    fields and get water to the cranberries.
10                   So it's a lot of exposure.
11         Q.      You might have misunderstood my
12   question.  I'm just talking about the specific
13   concentrate formula.  You don't know which
14   formula he used; correct?
15         A.      No, I don't.
16         Q.      And you haven't reviewed any
17   records or receipts confirming what sort of
18   Roundup Mr. Canning might have bought?
19         A.      No.
20         Q.      And you didn't do a quantitative
21   exposure analysis for Mr. Canning?
22         A.      No.  I actually rely on the
23   toxicologist to do that.
24         Q.      Would you agree that a person
25   with Mr. Canning's medical history could
```

D. Barry Boyd, MD, MS

1    develop NHL, even in the absence of exposure to

2    Roundup?

3              A.    Well, yes, but, again, you're --

4    the hypothetical is identical, except for

5    Roundup.  That's a very hypothetical person who

6    I don't know exists.  Because there are a lot

7    of other factors comparing one to another, and

8    his exposure was a very important part of his.

9              Q.    Would you agree in this case that

10   Mr. Canning's NHL could have been caused solely

11   by randomly genetic errors?

12              MR. BRICKER:  Form.

13              THE WITNESS:  Not completely.

14      BY MS. BATALIAS:

15              Q.    And you can't say that completely

16   because you can't -- you cannot, in fact, rule

17   out that Mr. Canning's NHL developed solely as

18   a result of random mutations, without Roundup

19   playing a role; is that fair?

20              A.    Well, yes, and --

21              MR. BRICKER:  Form.

22              THE WITNESS:  Sorry.

23              There is --

24              MR. BRICKER:  Go ahead.

25              THE WITNESS:  There's abundant

D. Barry Boyd, MD, MS

```
 1              data from the American Cancer Society
 2              about multiple risk factors that
 3              contribute to lymphoma.  Of course,
 4              one of them is pesticides.  They
 5              noticed that in herbicides, in their
 6              -- in their -- and that's in the NCI
 7              or ACS -- you know, it's in the
 8              website, looking at lymphoma.
 9                   So we know that there are
10              multiple factors.  It doesn't write in
11              there "spontaneous."  We know there
12              are many factors that may play a role
13              in this.  And we already talked about
14              them.
15                   But his -- his exposure was
16              really substantial, and we know that
17              that is one of the risk factors.  And
18              so while it may be that there is some
19              potential that it's spontaneous and
20              unrelated, it is far outweighed by the
21              extent of his exposure and the known
22              effects of glyphosate, both
23              epidemiologically, mechanistically and
24              in animal studies, that it may very
25              well play a role, and very likely.
```

D. Barry Boyd, MD, MS

```
 1        BY MS. BATALIAS:
 2             Q.    Right.
 3                   So you agree that you can't fully
 4    rule out random mutations as causing his NHL?
 5                   MR. BRICKER:  Form.
 6                   THE WITNESS:  And, again, I want
 7             to make the point that random
 8             mutations never act alone.  There's no
 9             such thing as a body without an
10             environment.
11                   And in order to have a cancer
12             just around a mutation, you need to
13             isolate it from all environmental
14             factors.  That's the only way you can
15             say that, and that doesn't exist.
16             There is no one who exists without an
17             environment.  Micro environment around
18             the tumor, the environment the
19             patient's exposed to and a global
20             environment.
21                   So that's a -- that is a foolish
22             argument that they have made.  That is
23             purely spontaneous.
24        BY MS. BATALIAS:
25             Q.    Would you agree that -- sorry.
```

D. Barry Boyd, MD, MS

```
1                    THE COURT REPORTER:  When you get
2          a chance, I could use a bathroom
3          break, please.
4                    MS. BATALIAS:  Oh, yeah, we can
5          go ahead and take one.
6                    THE WITNESS:  Me too, and I could
7          use a little coffee.
8                    THE VIDEOGRAPHER:  Going off the
9          record.  The time is 2:28 p.m.
10                   (Recess taken.)
11                   THE VIDEOGRAPHER:  We are back on
12         the record.  The time is 2:36 p.m.
13     BY MS. BATALIAS:
14         Q.    All right.  Well, luckily, I
15   think I just have a few more questions to just
16   sort of wrap things up and make sure -- make
17   sure I touched everything.
18                   Okay.  Dr. Boyd, would you agree
19   that there's no test in medical science that is
20   without some sort of error rate?
21                   MR. BRICKER:  Form.
22                   THE WITNESS:  True.
23     BY MS. BATALIAS:
24         Q.    And what is an error rate, if you
25   wouldn't mind explaining.
```

D. Barry Boyd, MD, MS

1         A.      Well, it's --

2                 MR. BRICKER:  Form.

3                 THE WITNESS:  There are two types

4          of errors.  There are what are called

5          false positives and false negatives.

6          And, you know, depending on the type

7          of test, it can -- an error rate can

8          vary from, as I said, from test to

9          test and from the different

10         populations you're testing.  So

11         that -- it's a very broad question.

12     BY MS. BATALIAS:

13         Q.      Would you say that it's important

14 to know that the error rate -- would you agree

15 that it's important to know the error rate of a

16 particular test or method when applying it to a

17 patient?

18                 MR. BRICKER:  Form.

19                 THE WITNESS:  Yes, but, you know,

20         again, I'm not sure what you're

21         referring to in terms of -- or where

22         we are here.

23                 If need you to explicate that, as

24         we used to say.  Explain it in more

25         detail.

D. Barry Boyd, MD, MS

```
 1        BY MS. BATALIAS:
 2             Q.      Well, an error rate in the
 3   studies and articles that you've referenced
 4   during this deposition, they reference an error
 5   rate in the potential data; is that correct?
 6             A.      Yes.  So we use a number of
 7   different statistical methods to come around.
 8   So an example of that is either hazard ratios
 9   or odds ratios for an association between an
10   exposure and a disease.  And so that's one of
11   the issues with glyphosate.
12                     So they come up with error
13   ratios, and then the confidence intervals
14   between them.  It's important to know that some
15   of those ratios, some of those statistics, may
16   not fully be statistically significant.  And,
17   yet, it does not rule out an association.  We
18   know that full well.  And that could be
19   dependent on the population or the amount of
20   exposure or whatever.
21                     So there are reasons that you
22   can't rely on that a hundred percent.  That's
23   the error.  That even when something that's
24   not, quote, in that study, statistically
25   significant, it doesn't mean there isn't
```

D. Barry Boyd, MD, MS

1   significance.

2            Q.    Right.  But of course you would

3   want to have all that information when applying

4   it to a patient; correct?

5            A.    Yeah.  And that's why we do meta

6   analysis.  You know, we certainly have that

7   with a number of really well-done meta-analyses

8   in the case of glyphosate, particularly with

9   intensive exposure.

10                 And I would call attention to

11  Zhang and her colleagues, and she's done a lot

12  of very interesting meta-analysis about

13  relationship between exposure risk and more

14  confirmatory about the extent of exposure --

15  the intensity of exposure and the high risk.

16           Q.    What is the error rate associated

17  with the methodology that you use to determine

18  the cause of Mr. Canning's cancer?

19                 MR. BRICKER:  Form.

20                 THE WITNESS:  That's really hard

21            to -- because I'm using a -- a number

22            of different data -- data sets to look

23            at that exposure.

24     BY MS. BATALIAS:

25           Q.    So you're unsure what the error

1    rate would be --

2              A.      It's hard to narrate for that,

3    but it's based on the intensity and duration of

4    exposure, which is far higher than most of the

5    studies where there's shown risk.

6                      The other problem is that he has

7    been exposed through 2014, and many of the

8    early exposure studies were published in the

9    early 2000s, before glyphosate became so widely

10   used.

11                     So we know, and as Zhang says, we

12   often feel that they're being underestimated,

13   the risk has been underestimated, based on

14   modern exposures, because the early studies had

15   much more limited exposure and yet showed risk.

16                     My error rate is really hard to

17   calculate, but -- am I certain?  No, but I

18   think, more likely than not, it played a role.

19   That's was what I was suggesting.

20             Q.      So fair to say you can't pinpoint

21   an exact error rate?

22             A.      No.

23                     MR. BRICKER:  Form.

24       BY MS. BATALIAS:

25             Q.      And just to wrap up, there's no

D. Barry Boyd, MD, MS

1    test that will tell us whether Mr. Canning's

2    NHL was caused by Roundup; correct?

3              A.    Correct.  Yes, we've known that.

4              Q.    All right.  Great.

5                    MS. BATALIAS:  I think that is

6              all that I have.

7                    Thank you, Dr. Boyd.

8                    THE WITNESS:  My pleasure.  Thank

9              you.

10                   MS. BATALIAS:  Oh, actually, I'm

11             sorry.  Before I wrap up, I think I

12             forgot to move the third thing that I

13             referenced, the testimony list, into

14             evidence.  So that's Exhibit 3.

15                   (Boyd Exhibit 3, a Plaintiff

16             Expert Disclosure, was so marked for

17             identification.)

18                   MR. BRICKER:  So let's just be

19             clear.  You identified as Exhibit 1

20             the report dated 9/20/22, and we have

21             indicated there was an amended report

22             emailed to you.

23                   MS. BATALIAS:  Yes.  I have not

24             seen that email come through yet.  I

25             don't know if it didn't send or maybe

D. Barry Boyd, MD, MS

1           got stuck in my span.  I don't know.

2           Your prior email --

3               MR. BRICKER:  It was sent.  I

4           have it here.

5               The second exhibit is the 2/25/20

6           CV, and the third exhibit is

7           plaintiff's expert disclosure;

8           correct?

9               MS. BATALIAS:  Yes.

10              MR. BRICKER:  Okay.  So, Barry, I

11          have just a couple follow-up questions

12          for you that I want to clarify on a

13          couple -- where I want to clarify a

14          couple of issues.

15

16      CROSS-EXAMINATION

17      BY MR. BRICKER:

18          Q.    Is it your opinion that

19  Mr. Canning's NHL was, more likely than not,

20  caused by his exposures to glyphosate in

21  Roundup products?

22          A.    Yes.  Yes.  That's exactly -- as

23  I actually noted in my testimony, more likely

24  than not, it was responsible.

25          Q.    Okay.  And you acknowledged

D. Barry Boyd, MD, MS

1    earlier that age is a risk factor for

2    developing NHL; correct?

3              A.      Correct.

4              Q.      But in this case, again, you have

5    discounted Mr. Canning's age in light of his

6    glyphosate exposure and concluded that it's

7    more likely than not that his NHL was caused by

8    the Roundup exposure rather than age; is that

9    correct?

10             A.      Yes, correct.  And it's fair to

11   say that despite age being a risk factor, it's

12   still extremely uncommon with age.  And so you

13   can push it -- and that's where the exposure

14   plays a role here --

15             Q.      Okay.

16             A.      -- raises his risk even

17   despite -- it's a modest increase, but it is

18   higher in older ages.  But his risk related to

19   Roundup is clear.

20             Q.      Okay.  And you also acknowledge

21   that obesity is a potential risk factor for the

22   development of NHL; correct?

23             A.      Yes.

24             Q.      Okay.  However, in this case,

25   because, 1, you don't think that Mr. Canning

D. Barry Boyd, MD, MS

1    was obese; and, 2, given his exposures to

2    glyphosate and Roundup products, you've

3    discounted obesity as a risk factor and have

4    concluded, rather, that it's more likely than

5    not that his exposure to the glyphosates in the

6    Roundup products was the cause; correct?

7              A.    Yes.

8                    MS. BATALIAS:  Form.

9                    THE WITNESS:  Correct.  And there

10             is -- there are conflicting studies

11             about the role of obesity in NHL.  So

12             it's fair to say that that's not a

13             uniform finding.  And it clearly is

14             linked to extent of obesity.

15                   So as I said, he is really right

16             over the border of borderline Stage 1,

17             overweight to Stage 1, greater than

18             30.

19        BY MR. BRICKER:

20             Q.    Okay.

21             A.    So his -- that contribution is

22    likely to be minimal.

23             Q.    And is there documentations --

24    are there studies which link obesity to the

25    particular subtype of NHL that Mr. Canning has?

1          A.     Well, some of them do show --

2    again, because large B-cell lymphoma is more

3    common, it tends to be the one that is also the

4    more likely, but that's simply based on the

5    frequency of DLBCL versus other subtypes.

6          Q.     Okay.

7          A.     It can be follicular as well as

8    CLL and DLBCL.

9          Q.     You were also asked about random

10   genetic mutations.

11          Do you recall that line of

12   questioning?

13          A.     Of course.

14          Q.     Okay.  Did you take into account

15   the potential that random genetic mutations

16   might have been responsible for causing

17   Mr. Canning's NHL in this case?

18          A.     Well, looked at it and excluded

19   it as a sole cause because it never is a sole

20   cause.

21          Q.     And given --

22          A.     -- about that concept.  There are

23   other causes that are superimposed on random

24   mutations for most all malignancies.

25          Q.     Okay.  And then the last thing I

D. Barry Boyd, MD, MS

1  wanted to address with you is the issue of the

2  family history of cancer and its relationship

3  to the development of NHL.

4              Does the existence or the

5  presence of any type of cancer in Mr. Canning's

6  family history make him more prone to

7  develop -- to developing NHL?

8       A.     Absolutely not.  No, in fact, you

9  know, the most common cancer in older males

10  over the age of 60 to 70 is prostate cancer,

11  100 percent environmental, although there are

12  genetic risks for that.  And that is clearly

13  extremely common at that age.

14              And so it's very hard -- that's

15  not hemologic malignancy.  It's very common for

16  older men, and it bears no relationship to his

17  lymphoma.

18       Q.     And so -- okay.  And so in

19  looking at this, is it -- is it true -- wow.

20  Let me rephrase that.

21              In the medical and scientific

22  communities, is it accepted that a family

23  history of prostate cancer does not make

24  Mr. Canning more susceptible to developing NHL?

25

D. Barry Boyd, MD, MS

```
 1                    MS. BATALIAS:  Form.
 2                    THE WITNESS:  Correct.
 3                    MR. BRICKER:  Okay.  All right.
 4          Dr. Boyd, thank you very much.  I have
 5          nothing further.
 6                    MS. BATALIAS:  Nothing further --
 7                    MR. BRICKER:  Marina?
 8                    MS. BATALIAS -- thank you.
 9                    MR. BRICKER:  So he'll read and
10          sign.  And with that, let's go off the
11          record.
12                    THE VIDEOGRAPHER:  That concludes
13          the deposition.  The time is 2:48 p.m.
14                    MS. BATALIAS:  Thanks, everybody.
15                    MR. BRICKER:  Helga, do you have
16          any spellings you need help with?
17                    (Whereupon, a discussion was held
18          off the record.)
19                    THE COURT REPORTER:  Are you
20          ordering a copy, David?
21                    MR. BRICKER:  I am.
22                    MS. BATALIAS:  Yes, please, also.
23                    And is it possible to get that
24          within a 7-day window instead of
25          longer one?
```

D. Barry Boyd, MD, MS

```
 1              THE COURT REPORTER:  Yes, of

 2        course.

 3              (The deposition was concluded at

 4        2:49 p.m.).

 5

 6

 7
                   _____
 8

 9

        Subscribed and sworn to before me
10      This _____ day of _____, 20__.

11

       _____
12        NOTARY PUBLIC

13

14

15

16

17

18

19

20

21

22

23

24

25
```

D. Barry Boyd, MD, MS

```
 1              C E R T I F I C A T E

 2              I hereby certify that I am
      a Notary Public in and for the State of
 3    Connecticut duly commissioned and qualified to
      administer oaths.
 4
                I further certify that the
 5    deponent, D. BARRY BOYD, M.D., M.S., in the
      foregoing deposition was by me duly sworn and
 6    thereupon testified as appears in the foregoing
      deposition; that said deposition was taken by
 7    me stenographically in the presence of counsel
      and transcribed by means of computer-aided
 8    transcription by the undersigned, and the
      foregoing is a true and accurate transcript of
 9    the testimony.

10              I further certify that I am
      neither of counsel nor attorney to either of
11    the parties to said suit, nor of either counsel
      in said suit, nor related to or employed by any
12    of the parties or counsel to said suit, nor am
      I interested in the outcome of said cause.
13
                Witness my hand and seal as
14    Notary Public this 6th day of November, 2023.

15

16

17                               _____
                                 HELGA CHRISTIANE LAVAN
18                                    NOTARY PUBLIC

19
          My commission expires:  September 2025
20        LSR No. 540

21

22

23

24

25
```

D. Barry Boyd, MD, MS

```
1              E R R A T A   S H E E T

2

3     WITNESS NAME: D. BARRY BOYD, M.D., M.S.

4     DATE OF DEPOSITION: October 27, 2023

5     CASE NAME:  IN RE: ROUNDUP LITIGATION

6     PRODUCTS LIABILITY LITIGATION

7

8     PAGE/LINE NO.  CHANGE TO   REASON FOR CHANGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24     SIGNATURE:_____DATE:_____

25             D. BARRY BOYD, M.D., M.S.
```

D. Barry Boyd, MD, MS

```
 1        PAGE/LINE NO.  CHANGE TO   REASON FOR CHANGE

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    SIGNATURE:_____DATE:_____

25            D. BARRY BOYD, M.D., M.S.
```