# EXHIBIT A

# ROBERT F. HERRICK, M.S., SC.D., CIH, FAIHA

SENIOR LECTURER ON INDUSTRIAL HYGIENE [retired] |
HARVARD T.H. CHAN SCHOOL OF PUBLIC HEALTH

## BACKGROUND SUMMARY

| | |
|---|---|
| 2018 – | Principal Scientist, Environmental Health and Engineering, Inc. |
| 2000 – 2018 | Senior Lecturer on Industrial Hygiene, Harvard School of Public Health |
| 1994 – 2000 | Lecturer on Industrial Hygiene, Harvard School of Public Health |
| 1990 – 2001 | Instructor in Epidemiology, University of Michigan |
| 1989 – 1994 | Assistant Professor (Volunteer), University of Cincinnati |
| 1983 | Teaching Fellow, Harvard School of Public Health |
| 1977 – 1994 | Industrial Hygienist, National Institute for Occupational Safety and Health |
| 1973 – 1977 | Environmental Sciences Officer, U.S. Army Medical Service Corps |

## EDUCATION

| | |
|---|---|
| Sc.D. | Environmental Health Sciences, Harvard School of Public Health, 1987 |
| M.S. | Environmental Health Science, University of Michigan, 1972 |
| B.A. | Chemistry, College of Wooster, 1970 |

## PROFESSIONAL CERTIFICATION

Certified Industrial Hygienist, American Board of Industrial Hygiene (CP 1684), 1980 – 2022

## PROFESSIONAL SERVICE

### National

| | |
|---|---|
| 1984 | Participant, workshop convened to review the U.S. Environmental Protection Agency (U.S. EPA) Exposure Assessment Initiative, Washington, D.C. |
| 1987 | Participant, review panel for Exposure Limits to the Chemical Warfare Agent VX, Center for Environmental Health, Center for Disease Control, U.S. Public Health Service, Atlanta, GA. |
| 1988 – 1993 | Member, Scientific Advisory Panel for the Semiconductor Industry Association Study of Health Effects Among Semiconductor Workers. |
| 1990 – 1993 | Member, planning committee for the Tenth Surgeon General's Conference on Agricultural Safety and Health, Atlanta, GA. |
| 1991 – 1995 | Member, Science Advisory Panel, Exxon Biomedical Sciences Study of Benzene Exposure and Lymphohematopoietic Malignancies. |
| 1997 – 2003 | Member, Committee to Review the Health Effects in Vietnam Veterans of Exposure to Herbicides, Institute of Medicine, National Academy of Sciences, Washington, DC. |
| 1998 – 2004 | Member, Implementation Team for Mixed Exposures, National Occupational Research Agenda (NIOSH). |
| 1999 | Member, Study Section for NIOSH RFA OH-99-002: Implementation of the National Occupational Research Agenda. |



| | |
|---|---|
| 2002 | Member, Study Section for NIOSH RFA OH-02-001: Exploratory/Developmental Grant (R21) Program. |
| 2002 | Member, Review Panel for protocol Anthrax Dispersion Study at American Media Incorporated: Characterization of an Indoor Environment Contaminated with Anthrax Spores, Agency for Toxic Substances and Disease Registry. |
| 2003 | Member, Study Section for NIOSH RFA OH-03-003: Childhood Agricultural Safety and Health Research. |
| 2000 – 2002 | Member, Science Review Board for the Food Quality Protection Act, U.S. EPA. |
| 2001 – 2010 | Member, Benzene Health Research Project, Scientific Review Panel, American Petroleum Institute. |
| 2001 – 2004 | Member, Review Panel for the NIOSH National Exposures at Work Survey (NEWS). |
| 2004 | Participant, NIOSH visit team to evaluate the University of Michigan ERC, Ann Arbor, Michigan, November. |
| 2004, 2007 | Reviewer, Institute of Medicine, National Academy of Sciences reports Veterans and Agent Orange, and Evaluation of the Presumptive Disability Decision-Making Process for Veterans. |
| 2014 | Chair, Institute of Medicine, National Academy of Sciences report Post-Vietnam Dioxin Exposure in Agent Orange-Contaminated C-123 Aircraft. |
| 2020 | Member, EPA Scientific Advisory Committee on Chemicals – Asbestos |

### International

| | |
|---|---|
| April 1994 | Member, Planning Committee for the International Conference on Retrospective Exposure Assessment in Occupational Epidemiology, Lyon, France. |
| June 1996 | Member, Planning Committee for the International Conference on Methodological Challenges to the Study of Occupational Injury — An International Epidemiology Workshop, Hopkinton, MA. |
| October 2005 | Participant, working group to prepare International Agency for Research on Cancer Monograph on some non-heterocyclic polycyclic hydrocarbons and some related industrial exposures, Lyon, France. |
| August 2009 | Chair, Organizing Committee for conference X2009: Innovations in Exposure Assessment, Boston, MA. |

### PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1976 – | American Industrial Hygiene Association (AIHA) |
| 1979 | Vice-chair, AIHA Public Affairs Committee |
| 1980 – 1983 | Member, AIHA Technical Committee on Gas and Vapor Detection Systems |
| 1986 – | Member, AIHA Occupational Epidemiology Committee |
| 1988 | Chair, AIHA Occupational Epidemiology Committee |
| 1997 – 2001 | Member, AIHA Research Task Force |

| 1976 – | American Conference of Governmental Industrial Hygienists (ACGIH) |
|--------|--------------------------------------------------------------------|
| 1987 – 1990 | Member, Board of Directors, ACGIH |
| 1991 | National Chair, ACGIH |
| 1992 – 2000 | Chair, ACGIH Small Business Technical Committee |
| 1993 – 2001 | ACGIH representative, AIHA-ACGIH Committee on Research Needs |
| 1993 – 1995 | ACGIH representative, AIHA-ACGIH Workgroup on Exposure Databases |
| 2013 – | National Chair, ACGIH |
| 1993 – 1994 | NIOSH liaison, U.S. EPA Science Advisory Board, Indoor Air Quality and Total Human Exposure Committee |
| 1991 – 1995 | Member, Board of Directors, International Occupational Hygiene Association (IOHA) |
| 1996 | President, IOHA |
| 1988 – 1994 | Member and vice-chair, Environmental Advisory Committee to the Cincinnati City Council |
| 1991 – 1993 | Member, Hamilton County Environmental Action Commission to the Ohio EPA |

## EDITORIAL BOARDS

| 1991 – 2002 | Member, Editorial Review Board, Occupational Hygiene — The Journal of Risk Management of Occupational Hazards. |
|-------------|---------------------------------------------------------------------------------------------------------------|
| 1992 – 1996 | Editorial Coordinator for Exposure Evaluation, International Labor Organization Encyclopedia of Occupational Health and Safety, 4th Edition. |
| April 1994 | Member, Editorial Board for the International Conference on Retrospective Exposure Assessment in Occupational Epidemiology, Lyon, France. |
| 1995 – 2003 | Member, Editorial Review Board, Applied Occupational and Environmental Hygiene (journal of the American Conference of Governmental Industrial Hygienists). |

## MAJOR ADMINISTRATIVE RESPONSIBILITIES

| Sept 1993 – July 1994 | Deputy Director (Acting), Office of the Director, Division of Surveillance, Hazard Evaluations and Field Studies (DSHEFS), National Institute for Occupational Safety and Health (NIOSH), Centers for Disease Control (CDC), Public Health Service, Cincinnati, Ohio. |
|-----------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|
| Oct 1988 – Aug 1993 | Associate Director for Science, Office of the Director, DSHEFS, NIOSH, Cincinnati, Ohio. |
| July 1987 – Oct 1988 | Assistant Chief, Industrywide Studies Branch DSHEFS, NIOSH, Cincinnati, Ohio. |
| Jan 1984 – July 1987 | Chief, Industrial Hygiene Section, Industrywide Studies Branch, DSHEFS, NIOSH, Cincinnati, Ohio. |
| Jun 1997 – July 1998 | Member, *ad hoc* search committee for assistant professor of occupational biomechanics and ergonomics, Department of Environmental Health, HSPH. |
| May – Sept 2000 | Member, *ad hoc* search committee for assistant professor of environmental science and risk analysis, Department of Environmental Health, HSPH. |

| July 2001 – May 2002 | Member, *ad hoc* search committee for assistant professor of occupational injury epidemiology, Department of Environmental Health, HSPH. |
| July 2002 – Sept 2003 | Chair, *ad hoc* search committee for assistant professor of aerosol engineering and indoor air quality, Department of Environmental Health, HSPH. |

## COMPLETED RESEARCH SUPPORT

2009 – 2013     University of Alabama
IBM Nested Case Control Study of Central Nervous System Cancer Among Employees at Three IBM Facilities The major goal of this project is to estimate the association between quantitative or semi-quantitative measures of cumulative exposure to specific agents and central nervous system cancer among employees at three IBM facilities.

2004 – 2014     Government of the Republic of Cyrpus (Koutrakis)
International Initiative for the Environment and Public Health Cyprus Program of the Harvard School of Public Health. An international research, education and technology initiative for the environment and public health to address key environmental issues in Cyprus and throughout the Mediterranean region.

2007 – 2011     CDC –NIOSH (Sorensen), 5U19 OH008861-03
Harvard School of Public Health Center for Work, Health and Well-being
Project B: Integrated Respiratory Health Intervention for Construction The goal of the HSPH Center for Work, Health and Well-being is to establish a sustainable trans-disciplinary program devoted to research, education, and dissemination that will facilitate the integration of occupational safety and health and health promotion in the workplace.

2008 – 2013     NIOSH (Christiani), T42 OH008416
Education and Research Center Industrial Hygiene Core
The Harvard Education and Research Center for Occupational Safety and Health is a multidisciplinary training grant supporting physicians, industrial hygienists, epidemiologists, nurses, policy and safety specialists in identification, prevention, and control of occupational diseases and injury.

2010 – 2015     National Institute of Health (Christiani), R01ES009860-08A1
The Cardiopulmonary Effects of Particulate Exposure
The mechanisms linking PM inhalation into the lung to adverse health outcomes, including cardiovascular diseases, have not been completely understood. In this study, we will investigate potential PM mechanisms in construction workers with well characterized exposure to PM with aerodynamic diameters <2.5 μm (PM2.5). We have focused on particles from fossil fuel power plants and welding as a model to evaluate the cardiovascular and systemic inflammatory health effects of metallic particles.

2009 – 2013     Center to Protect Workers' Rights (Dennerlein), U60 OH009762
Effectiveness of employee safety incentive programs in construction
(1) We will develop a progressive incentive program that rewards workers, foremen, site supervisors and project managers for achieving a certain performance on safe work conditions (leading indicators of safety) as measured with a safety inspection tool and performance monitoring system within their groups (Year 1); (2) We will pilot test the system on two small worksites at Harvard University and refine the system based on the experience of completing the pilot tests (Year 1 and 2). (3) We will complete a randomized control intervention study on six large scale construction projects with the novel incentive program structure, based on leading indicators, randomly assigned to three sites and conventional no-injury reporting incentive program (lagging indicators) as a control at the other sites (Years 2 – 5).

2003 – 2009     National Institute of Environmental Health Sciences (Christiani), R01 ES009860
Cardiopulmonary Effects of Particulate Exposure
The object of this proposal is to investigate the role of both occupational and non-occupational exposure to particulates in the development of respiratory and cardiac responses in boilermakers.

2004 – 2009     Center to Protect Workers' Rights (Herrick), U54 OH008307
Tools and Programs for Improving Occupational Health in Construction
The TAPS project will use participatory research methods to better characterize exposure hazards and control methods for occupational health hazards in construction.  The specific aims include assistance in developing an industry-wide exposure database; identification and evaluation of engineering control strategies; collecting exposure data for exposure hazards including manganese, hexavalent chromium and silica; and development of health hazard prevention programs.

2001 – 2004     Center to Protect Workers' Rights (AFL-CIO) (Herrick), 1020-61
Harvard School of Public Health Center for Construction Policy Research
The purpose of this grant is to develop a Center for Construction Policy Research at Harvard School of public health.  Construction Worker Safety and health implications of structure lifecycle analysis and green buildings and new technologies in construction.

2000 – 2003     CDC/NIOSH (Herrick), 7 R01 OH03932
Evaluating Exposures under Occupational Safety and Health Administration's (OSHA) 1984 EtO Standard
The major goal of this project is to address the issues of impact and implementation of OSHA's 1984 exposure standard for ethylene oxide (EtO).

1998 – 2003     CDC/NIOSH (Christiani), T42 CCT110421
Educational Resource Center Training Grants
The major goals are the training of leaders in industrial hygiene, occupational health nursing, occupational medicine, and Occupational epidemiology.

2004 – 2005     University of Alabama (Herrick)
An Epidemiologic Study of Mortality and Cancer Incidence among IBM Employees
The major goal of this project is to study mortality and cancer incidence among IBM employees in three semiconductor or storage device-manufacturing facilities.

2001 – 2005     Center to Protect Workers' Rights (AFL-CIO) (Herrick), 1020-33, 1020-002-33
Task-Based Exposure Assessment for Intervention Research
The purpose is to participate in the TBEAM consortium providing professional support to industrial hygiene efforts, and will also participate in the Engineering and Work Practices Controls Work Group.

2005 – 2006     U.S. Army (Herrick), W911QY-05-0339
Pilot Project: Jet Fuel Exposure and Neurological Health in Military Personnel
The overall goal of the Pilot phase is to develop methods for collecting and analyzing JP-8 exposure samples, and evaluating the feasibility and appropriateness of using the developed methods for the in-depth study.

1999 – 2006     U.S. EPA (Koutrakis), R 827353
Ambient Particle Health Effects: Exposure, Susceptibility and Mechanisms
The major goal of this study is to address key scientific issues regarding the health effects of ambient particles using our rich foundation of ongoing research and expertise.

2006 – 2007     University of Alabama (Herrick)
Feasibility of Nested Case-Control Studies
This project is designed to evaluate the feasibility of conducting a nested case-control study in a cohort of IBM semiconductor and storage device workers

2007 – 2009     Massachusetts General Hospital (Herrick)
Hazardous Drug Safety: This project is designed to characterize current levels of employee exposures to hazardous drugs at the Hospital.


## TEACHING EXPERIENCE

1995 – 1997     *Principal Instructor – Properties of Environmental Contaminants (EH 261ab)*
                *Harvard School of Public Health (HSPH)*
Detailed course on the chemical characteristics of hazardous materials in the environment, and the physical principles underlying their behavior. Topics include elementary chemical thermodynamics, kinetic theory of gases, acid-base chemistry, aerosol science, and radiation health. (20 students)

1998 – 2001     *Principal Instructor – Ergonomics/Human Factors (EH243ab) HSPH*
The course emphasizes the design of the job to fit the worker. Specific problems resulting from the nature of the job itself are investigated and the physiological, biomedical, psychological, and anatomical characteristics of the worker are considered in the development of good job design principles. (20 students, taught with Dr. Dennerlein)

1998 – 2018     *Instructor – Introduction to the Work Environment (EH262ab) HSPH*
The course comprises introductory lectures and discussions on key aspects of industrial hygiene, covering recognition, evaluation, and control of health hazards at work. Consideration is given to chemical, physical, and biological hazards. (20 students, taught with Dr. Stewart)

1997 – 2018     *Principal Instructor – Industrial Hygiene Internship (EH273ab) HSPH*
This is a six-month practicum which provides students with professional training in the practice of occupational health.  Students are mentored by experienced occupational health professionals, and conduct a research project in addition to gaining practical experience. (4 students)

1997 – 2018     *Principal Instructor – Occupational Exposures Seminar (EH267cd) HSPH*
The course is an extension of the internship experience (EH 273ab). Students complete the internship by preparing and presenting a seminar on their internship research project, and prepare a final internship report, which is presented as a poster session at the American Industrial Hygiene Conference and Exposition. (4 students)

1994 – 2018     *Principal Instructor – Practice of Occupational Health (ID263 cd) HSPH*
This course focuses on the assessment of workplace hazards, emphasizing the relationship between working conditions and health.  There is special reference to the recognition, evaluation and control of occupational hazards, through a series of lectures, field trips and case studies. (25 students)

2005 – 2018     *Instructor – Exposure, Epidemiology and Risk Practicum (EH 507) HSPH*
This course is intended to allow EER students to integrate what they have learned, and apply that knowledge in the evaluation of a problem of importance.  Each student identifies a topic, designs a study approach, and conducts independent analysis of an environmental problem. (15 students, taught with Dr. Laden and Dr. Hart)

2006 – 2009     *Instructor – Introduction to Environmental Health (EH 201) HSPH*
This course is intended to provide an introduction to environmental health, from the global to the local level, addressing fundamental topics and current controversies. (Taught with Dr. Goldman)

1994 – 2018     *Instructor and Course Director (since 2001) – Fundamentals of Industrial Hygiene HSPH*
Teaching responsibilities include lectures and case studies on strategies for measuring occupational exposures, and the development of strategies to control those exposures. (50 students, offered once each year)

1996 – 2000     *Course Director – Leadership and Management Skills for Health and Safety Professionals (continuing education) HSPH*
This course is directed to increase the student's effectiveness by learning to integrate technical and management skills. Topics include managing organizations, budgets, and human resources more effectively, developing more effective negotiation and conflict resolution skills, and developing clear objectives, goals, strategies, and measures for integrating health, safety, and environment into business practices. (40 students, offered once each year)

2006 – 2009     *Course Co-Director – Acute and Chronic Noise Exposure (continuing education), HSPH*
This course is an innovative, comprehensive approach to instruction on strategies for preventing, diagnosing, and treating hearing loss (40 students, offered once each year)

1988 – 2001     *Course Developer and Instructor – Michigan Graduate Summer Session in Epidemiology*
This course concentrates on the assessment of exposures as possible casual factors in the study of occupational and environmental disease. (15 students, offered once each year)

2007 – 2012     *Exposure Assessment (EHS 522), Cyprus International Institute, Instructor*
This course provides a comprehensive introduction to exposure assessment concepts and methods (15 students, offered once each year).

1996 – 1998     *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Ye Hu Paternal Exposure Assessment for Epidemiologic Studies on Reproductive Outcomes, Department of Environmental Health.

1996 – 1999     *Doctoral Research Committee (member) HSPH*
Youcheng Liu, Assessing Boilermakers' Occupational exposures to Respiratory Hazards, Department of Environmental Health.

1997 – 1999     *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Tung-Sheng (Mark) Shih.  Percutaneous Absorption of 2-methoxyethanol vapor in humans, Department of Environmental Health.

1998 – 1999     *Doctoral Research Committee (member)*
Ju-Hyeong Park Assessment of Exposure and Health Effects from Endotoxin in Homes, Department of Environmental Health.

1997 – 2001     *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Yu-Sheng Lin Human Physiological Factors in the Pulmonary Uptake of 1,3 butadiene, Department of Environmental Health.

1997 – 2000     *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Richard Rinehart, Exposure Assessment for a Biomarker Study of Asphalt - Exposed Workers, Department of Environmental Health.

1997 – 2001     *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Li-Te Chang, Measurement and Characterization of Hourly Exposures to Fine Particles, Ozone, and Carbon Monoxide, Department of Environmental Health.

2000 – 2002     *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Susan Duty, Exploring the Relationship Between Ambient Environmental Exposures to p,p'-DDE and Phthalates and Male Reproductive Function, Department of Environmental Health.

2001 – 2002      *Doctoral Candidacy Examination (Chair) and Research Committee (member) HSPH*
Jee-Young Kim, Early Airway Responses to Occupational Particulate and Metal Exposure,
Department of Environmental Health.

2000 – 2003      *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Wei Huang, Quantitative Assessment of Occupational Exposures to Diesel Particulates, Department
of Environmental Health.

2000 – 2003      *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Mike McClean, Biomarkers of Asphalt Exposure among Highway Workers, Department of
Environmental Health.

2003 – 2006      *Doctoral Candidacy Examination and Research Committee (Chair) HSPH*
Lauralynn Taylor McKernan, Evaluating Aerobiological Populations on Commercial Passenger
Aircraft, Department of Environmental Health.

2004 – 2007      *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Jennifer J. Adibi, Placental Gene Expression and Pregnancy Outcomes in relation to Phthalate
Exposure, Department of Environmental Health.

2004 – 2007      *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Jennifer M. Cavallari, Cardiovascular Responses to Occupational Metal-Rich Particulate Exposure,
Department of Environmental Health

2006 – 2009      *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Paul Brochu, The Impact of SEP and Pollution Sources on Ambient PM2.5, Department of
Environmental Health

2006 – 2009      *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Ying Zhu, Truck Driver Exposure to Real-Time PM2.5 in Five US Cities, Department of
Environmental Health

2011 – 2015      *Doctoral Candidacy Examination and Research Committee (member) HSPH*
Emily Sparer, B-SAFE, a safety communication and recognition program for commercial
construction, Department of Environmental Health

## UNIVERSITY SERVICE

| | |
|---|---|
| 1995 – | Member, Committee on Admissions and Degrees, SM Subcommittee |
| 1999 – 2004 | Member, Committee on Educational Policy |
| 2000 – 2001 | Member, CEP subcommittee on mentoring |
| 2000 – 2002 | Member, Distance Learning Committee |
| 2000 – 2012 | Advisory Committee, Center for Continuing Professional Education |
| 2004 – 2009 | Member, Committee on Admissions and Degrees |

## SELECTED PUBLICATIONS

### Publications with peer review:

Jones TS, et. al. 1982. Morbidity and Mortality Associated with the July 1980 Heat Wave in St.Louis and Kansas City, MO. *JAMA*, 247:3327-3331.

Kilbourne EM, et. al.1982. Risk Factors for Heat Stroke--A Case-Control Study. *JAMA*,247:3332-3336.

Clapp DE, Zaebst DD, Herrick RF.1984. Measuring Exposures to Glycol Ethers.  *Environmental Health.* Perspectives, 57:91-95.

Stayner LT, et. al. 1985. A Retrospective Cohort Mortality Study of a Phosphate Fertilizer Production Facility. *Archives of Environmental and Occupational Health*, 40:133-138.

Herrick RF, and Smith TJ. 1987. Development of a Sampling and Analytical Method for Measuring the Epoxy Content of Aerosols.  I. Development of the Analytical Method. *American Industrial Hygiene Association Journal,* 48:766-772.

Herrick RF, Smith TJ, and Ellenbecker MJ. 1987. Development of a Sampling and Analytical Method for Measuring the Epoxy Content of Aerosols.  II. Application of the Method to Epoxy-Containing Aerosols. *American Industrial Hygiene Association Journal*, 48:773-779.

Herrick RF, Ellenbecker MJ, and Smith TJ. 1988. Measurement of the Epoxy Content of Paint Spray Aerosols: Three Case Studies. *Applied Industrial Hygiene*, 3:123-128.

Elliott LJ, Ringenburg VL, Morelli-Schroth P, Halperin WE, and Herrick RF. 1988. Ethylene Oxide Exposures in Hospitals.  *Applied Industrial Hygiene,* 3:141-145.

Herrick RF, and Smith TJ. 1988. Development of an Air Sampling Method Based on the Reactive Properties of a Contaminant. *Scandinavian Journal of Work, Environment & Health*, 14(suppl.1); 31-32.

Herrick RF. Acute effect upon pulmonary function of low level exposure to phenol-formaldehyde-resin-coated wood. [Letter] *American Industrial Hygiene Association Journal,* 49(12):A780, 1988.

Hayes R, Blair A, Stewart PA, Herrick RF, and Mahar H. 1990. Mortality of U.S. Embalmers and Funeral Directors. *American Journal of Industrial Medicine*, 18:641-652.

Stewart PA and Herrick RF. 1991. Issues in Performing Retrospective Exposure Assessment. *Applied Occupational and Environmental Hygiene*; 6:421-427.

Schulte PA, et. al. 1992. Biological Markers in Hospital Workers Exposed to Low Levels of Ethylene Oxide. *Mutation Research*; 278:237-251.

Stewart PA, Herrick RF, Feigley CE, Utterback DF, Hornung R, Mahar H, Hayes R, Douthit DE, and Blair A. 1992. Study Design for Assessing Exposures of Embalmers for a Case-Control Study. Part 1. Monitoring Results. *Applied Occupational and Environmental Hygiene*; 7(8):532-540.

Stewart PA, Lemanski D, White D, Zey J, Herrick RF, et. al. 1992. Exposure Assessment for a Study of Workers Exposed to Acrylonitrile. I. Job Exposure Profiles: A Computerized Data Management System. *Applied Occupational and Environmental Hygiene*; 7(12):820-825.

Suruda A, et. al. 1993. Cytogenetic Effects of Formaldehyde Exposure in Students of Mortuary Science. *Cancer Epidemiology Biomarkers Prevention*; 2:453-460.

Hornung RW, Greife AL, Stayner LT, Steenland NK, Herrick RF, et.al. 1994. A Statistical Model for Prediction of Retrospective Exposure to Ethylene Oxide in an Occupational Mortality Study. *American Journal of Industrial Medicine*; 25:825-836.

Stewart PA, Triolo H, Zey J, White D, Herrick RF, et. al.1995. Exposure Assessment for a Study of Workers Exposed to Acrylonitrile. II. A Computerized Exposure Assessment Program. *Applied Occupational and Environmental Hygiene*; 10(8):698-706.

Seiler DH, Rice CH, Herrick RF, Hertzberg AS. 1996. A study of beryllium exposure measurements: Part 1. The estimation and categorization of average exposure from daily weighted average data in the beryllium industry. *Applied Occupational and Environmental Hygiene*;11(2):89-97.

Seiler DH, Rice CH, Herrick RF, Hertzberg AS. 1996. A study of beryllium exposure measurements: Part 2.  An evaluation of the components of exposure in the beryllium processing industry. *Applied Occupational and Environmental Hygiene*; 11(2):98-102.

Hornung RW, Herrick RF, Stewart PA, Utterback DF, et. al. 1996. An Experimental Design Approach to Retrospective Exposure Assessment. *American Industrial Hygiene Association Journal*, 57(3):251-256.

Bennett JS, Feigley CE, Underhill DW, Drane W, Payne TA, Stewart PA, Herrick RF, Utterback DF, Hayes RB. 1996. Estimating the Contribution of Individual Work tasks to Room Concentration: Method Applied to Embalming. *American Industrial Hygiene Association Journal*. 57(7):599-609.

Stewart PA, Zey JN, Hornung RW, Herrick RF, Dosemechi M, Zaebst D, Pottern LM. 1996. Exposure Assessment for a Study of Workers Exposed to Acrylonitrile. III: Evaluation of Exposure Assessment Methods. *Applied Occupational and Environmental Hygiene*. 11(11):1313-1321.

Courtney TK, Burdorf A, Sorock GS, Herrick RF. 1997. International Conference on Methodological Challenges to the Study of Occupational Injury — An International Epidemiology Workshop. *American Journal of Industrial Medicine*, 32:103-105.

Burdorf A, Rossignol M, Fathallah FA, Snook SH, Herrick RF. 1997. Challenges in Assessing Risk Factors in Epidemiological Studies on Back Disorders. *American Journal of Industrial*, 32:142-152.

Burdorf A, Sorock GS, Herrick RF, Courtney TK. 1997. Advancing Epidemiologic Studies of Occupational Injury - Approaches and Future Directions. *American Journal of Industrial Medicine*, 32:180-183.

Hoppin JA, Tolbert PE, Herrick RF, Freedman DS, Ragsdale BD, Horvat KR, Bramnn EA. 1998. Occupational Chlorophenol Exposure and Soft Tissue Sarcoma Risk among Men Aged 30-60 Years. *American Journal of Epidemiology*, 148(7):693-703.

Milton DK, Solomon G, Morse E, and Herrick R. 1998. Risk and incidence of asthma attributable to occupation among members of an HMO. *American Journal of Industrial Medicine*, 33:1-10.

Stewart PA; Zaebst D; Zey JN; Herrick R; Dosemeci M; Hornung R; Bloom T; Pottern L; Miller BA; Blair A. 1998. Exposure assessment for a study of workers exposed to acrylonitrile. *Scandinavian Journal of Work, Environment & Health*, 24, Suppl 2, 42-53.

Garabedian MJ, Hoppin JA, Tolbert PE, Herrick RF, Brann EA. 1999. Occupational chlorophenol exposure and non-Hodgkin's lymphoma. *Journal of Occupational and Environmental Medicine.*, 41:267-272.

Butt G, Greenley P, Herrick RF, DiBerardinis L. 1999. Exposure to glutaraldehyde vapors during endoscopic sterilization processes in a large research and teaching institution. *Journal of Healthcare Safety, Compliance, and Infection Control*, 3: 172-179.

Mirabelli MC, Hoppin JA, Tolbert PE, Herrick RF, Gnepp DC, Brann EA. 2000. Occupational Exposure to Chlorophenol and the Risk of Nasal and Nasopharyngeal Cancers Among U.S. Men Aged 30 to 60. *American Journal of Industrial Medicine*, 37: 532-541.

Sorock GS, Lombardi DA, Hauser RB, Eisen EA, Herrick RF, Mittleman MA. 2001. A case-crossover study of occupational traumatic hand injury: methods and initial findings. *American Journal of Industrial Medicine*, 39(2):171-9.

Zey JN, Stewart PA, Hornung R, Herrick RF, McCammon C, Zaebst D, Pottern LM, Dosemeci M, and Bloom TF. 2002. Evaluation of concurrent personal measurements of acrylonitrile using different sampling techniques. *Applied Occupational & Environmnetal Hygiene*, 17(2):88-95.

LaMontagne AD, Herrick RF, VanDyke MV, Martyny JW, Ruttenber AJ. 2002. Exposure Databases and Exposure Surveillance: Promise and Practice. *American Industrial Hygiene Association Journal,* 63(2):205-212.

Duty SM, Silva MJ, Barr DB, Brock JW, Ryan L, Chen Z, Herrick RF, Christiani DC, and Hauser R. 2003.Phthalate exposure and human semen parameters. *Epidemiology*. 14(3):269-77.

Duty SM, Silva MJ, Barr DB, Brock JW, Ryan L, Chen Z, Herrick RF, Christiani DC, and Hauser R. 2003. The relationship between environmental exposures to phthalates and DNA damage in human sperm using the neutral comet assay. *Environmental Health Perspective*, 111(9):1164-9.

Kim JY, Wand MP, Hauser R, Mukherjee S, Herrick RF, and Christiani DC. 2003. Association of expired nitric oxide with occupational particulate exposure. *Environmental Health Perspective.* 111(5):676-80.

Kim JY, Hauser R, Wand MP, Herrick RF, Amarasiriwardena CJ, and Christiani DC. 2003. The association of expired nitric oxide with occupational particulate metal exposure. *Environmental Research* 93(2):158-66.

Kim JY, Hauser R, Wand MP, Herrick RF, Houk RS, Aeschliman DB, Woodin MA, Christiani DC. 2003. Association of expired nitric oxide with urinary metal concentrations in boilermakers exposed to residual oil fly ash. *American Journal of Industrial Medicine.* 44(5):458-66.

Rappaport SM, Goldberg M, Susi P, Herrick RF. 2003. Excessive exposure to silica in the US construction industry. *The Annals of Occupational Hygiene: Oxford Journals*, 47(2):111-22.

Herrick RF, McClean MD, Meeker JD, Baxter LK, and Weymouth GA. 2004. Commentary: An Unrecognized Source of PCB Contamination in Schools and Other Buildings. *Environmental Health Perspective,* 112(10):1051-53.

Kim JY, Magari SR, Herrick RF, Smith TJ, and Christiani DC. 2004. Comparison of fine particle measurements from a direct-reading instrument and a gravimetric sampling method. *Journal of Occupational & Environmental Hygiene,* 1(11):707-15.

Lombardi DA, Sorock GS, Hauser R, Nasca PC, Eisen EA, Herrick RF, and Mittleman MA. 2003. Temporal factors and the prevalence of transient exposures at the time of an occupational traumatic hand injury.  *Journal of Occupational & Environmental Medicine,* 45(8):832-40.

Meeker JD, Ryan L, Barr DB, Herrick RF, Bennett DH, Bravo R, and Hauser R. 2004. The relationship of urinary metabolites of carbaryl/naphthalene and chlorpyrifos with human semen quality. *Environmental Health Perspective,* 112(17):1665-70.

Meeker JD, Singh NP, Ryan L, Duty SM, Barr DB, Herrick RF, Bennett DH, and Hauser R. 2004. Urinary levels of insecticide metabolites and DNA damage in human sperm. *Human Reproduction*, 19(11):2573-80.

Sorock GS, Lombardi DA, Peng DK, Hauser R, Eisen EA, Herrick RF, and Mittleman MA. 2004. Glove use and the relative risk of acute hand injury: a case-crossover study. *Journal of Occupational and Environmental Hygiene*; 1(3):182-90.

Sorock GS, Lombardi DA, Hauser R, Eisen EA, Herrick RF, and Mittleman MA. 2004. A Case-crossover study of transient risk factors for occupational acute hand injury. *Journal of Occupational and Environmental Medicine*. 61(4):305-11.

Weker RA, Herrick RF, and Rinehart RD. 2004. Laboratory evaluation of a potential diesel fuel interference in the determination of polycyclic aromatic compounds on dermal samplers. *Journal of Environmental Hygiene*, 1(5):334-42.

McClean MD, Rinehart RD, Ngo L, Eisen EA, Kelsey KT, and Herrick RF. 2004. Inhalation and dermal exposure among asphalt paving workers. *The Annals of Occupational Hygiene*, 48(8):663-71. PubMed PMID: 15509633.

McClean MD, Rinehart RD, Ngo L, Eisen EA, Kelsey KT, Wiencke JK, and Herrick RF. 2004. Urinary 1-hydroxypyrene and polycyclic aromatic hydrocarbon exposure amongasphalt paving workers. *The Annals of Occupational Hygiene*, 48(6):565-78. PubMed PMID: 15292037.

Beall C, Bender TJ, Cheng H, Herrick R, Kahn A, Matthews R, Sathiakumar N, Schymura M, Stewart J, and Delzell E. 2005. Mortality among semiconductor- and storage device-manufacturing workers. *Journal of Occupational and Environmental Medicine*, 47(10):996-1014.

Bender TJ, Beall C, Cheng H, Herrick RF, Kahn AR, Matthews R, Sathiakumar N, Schymura MJ, Stewart JH, and Delzell E. 2005. Methodologic Issues in Follow-Up Studies of Cancer Incidence Among Occupational Groups in the United States. *The Annals of Occupational Hygiene*.

Herrick RF, Stewart JH, Blicharz D, Beall C, Bender T, Cheng H, Matthews R, Sathiakumar N, and Delzell E. 2005. Exposure assessment for retrospective follow-up studies of semiconductor and storage device-manufacturing workers. *Journal of Occupational and Environmental Medicine*; 47(10):983-95. Erratum in: *Journal of Occupational and Environmental Medicine*; 47(12):1319.

Liu Y, Woodin MA, Smith TJ, Herrick RF, Williams PL, Hauser R, and Christiani DC. 2005. Exposure to fuel-oil ash and welding emissions during the overhaul of an oil-fired boiler. *Journal of Occupational and Environmental Hygiene*. 2005 Sep; 2(9):435-43.

Liu Y, Woodin MA, Hauser R, Williams PL, Herrick RF, Christiani DC, and Smith TJ. 2005. Estimation of personal exposures to particulate matter and metals in boiler overhaul work. *Journal of Occupational and Environmental Medicine,* 47(1):68-78.

Meeker JD, Barr DB, Ryan L, Herrick RF, Bennett DH, Bravo R, and Hauser R. 2005. Temporal variability of urinary levels of no persistent insecticides in adult men. *Journal of Exposure Analysis and Environmental Epidemiology*, 15 (3):271-81.

Bender TJ, Beall C, Cheng H, Herrick RF, Kahn AR, Matthews R, Sathiakumar N, Schymura MJ, Stewart JH, and Delzell E. 2006. Methodologic issues in follow-up studies of cancer incidence among occupational groups in the United States. *The Annals of Occupational Hygiene,* 16(3):170-9.

McClean MD, Wiencke JK, Kelsey KT, Varkonyi A, Ngo L, Eisen EA, and Herrick RF. 2005. Related DNA Adducts among Asphalt Paving Workers. *The Annals of Occupational Hygiene,* 51(1):27-34.

Chen JC, Stone PH, Verrier RL, Nearing BD, MacCallum G, Kim JY, Herrick RF, You J, Zhou H, and Christiani DC. 2006. Personal coronary risk profiles modify autonomic nervous system responses to air pollution. *Journal of Occupational and Environmental Medicine,* 48(11):1133-42.

Bender TJ, Beall C, Cheng H, Herrick RF, Kahn AR, Matthews R, Sathiakumar N, Schymura MJ, Stewart JH, and Delzell E. 2005. Methodologic issues in follow-up studies of cancer incidence among occupational groups in the United States. *The Annals of Epidemiology.* 16(3):170-9.

Bender TJ, Beall C, Cheng H, Herrick RF, Kahn AR, Matthews R, Sathiakumar N, Schymura MJ, Stewart JH, and Delzell E. 2007. Cancer incidence among semiconductor and electronic storage device workers. *Journal of Occupational and Environmental Medicine,* 64(1):30-6.

McKernan LT, Burge H, Wallingford KM, Hein MJ, and Herrick R. 2007. Evaluating fungal populations by genera/species on wide body commercial passenger aircraft and in airport terminals. *The Annals of Occupational Hygiene,* 51(3):281-91.

McClean MD, Rinehart RD, Sapkota A, Cavallari JM, and Herrick RF. 2004. Dermal exposure and urinary 1-hydroxypyrene among asphalt roofing workers. *Journal of Occupational and Environmental Hygiene,* Suppl 1:118-26.

Herrick RF, McClean MD, Meeker JD, Zwack L, Hanley K. 2007. Physical and chemical characterization of asphalt (bitumen) paving exposures. *Journal of Occupational and Environmental Hygiene,* 4 Suppl 1:209-16.

Huang W, Smith TJ, Ngo L, Wang T, Chen H, Wu F, Herrick RF, Christiani DC, and Ding H. 2007. Characterizing and biological monitoring of polycyclic aromatic hydrocarbons in exposures to diesel exhaust. *Environmental Science and Technology,* 41(8):2711-6.

Herrick RF, Meeker JD, Hauser R, Altshul L, and Weymouth GA. 2007. Serum PCB levels and congener profiles among US construction workers. *Environmental Health,* 6(1):25.

Herrick RF, Lefkowitz, DJ, and Weymouth GA. 2007. Commentary: Soil Contamination from PCB-Containing Buildings. *Environmental Health Perspective.* 115(2):173-175.

Adibi JJ, Whyatt RM, Williams PL, Calafat AM, Camann D, Herrick R, Nelson H, Bhat HK, Perera FP, Silva MJ, and Hauser R. 2008. Characterization of phthalate exposure among pregnant women assessed by repeat air and urine samples. *Environmental Health Perspective,* 116(4):467-73.

Cavallari JM, Fang SC, Eisen EA, Schwartz J, Hauser R, Herrick RF, and Christiani DC. 2008. Time course of heart rate variability decline following particulate matter exposures in an occupational cohort. *Inhalation Toxicology,* 20(4):415-22.

Cavallari JM, Eisen EA, Fang SC, Schwartz J, Hauser R, Herrick RF, and Christiani DC. 2008. PM2.5 metal exposures and nocturnal heart rate variability: a panel study of boilermaker construction workers. *Environmental Health,* 7:36.

Sobus JR, Waidyanatha S, McClean MD, Herrick RF, Smith TJ, Garshick E, Laden F, Hart JE, Zheng Y, and Rappaport SM. 2009. Urinary naphthalene and phenanthrene as biomarkers of occupational exposure to polycyclic aromatic hydrocarbons. *Occupational Environmental Medicine,* 66(2):99-104.

Adibi JJ, Hauser R, Williams PL, Whyatt RM, Calafat AM, Nelson H, Herrick R, and Swan SH. 2009.Maternal urinary metabolites of Di-(2-Ethylhexyl) phthalate in relation to the timing of labor in a US multicenter pregnancy cohort study. *American Journal of Epimediology*, 169(8):1015-24.

Adibi JJ, Hauser R, Williams PL, Whyatt RM, Thaker HM, Nelson H, Herrick R, and Bhat HK. 2009. Placental biomarkers of phthalate effects on mRNA transcription: application in epidemiologic research. *Environmental Health,* 23;8:20.

Sobus JR, McClean MD, Herrick RF, Waidyanatha S, Onyemauwa F, Kupper LL, and Rappaport SM. 2009. Investigation of PAH biomarkers in the urine of workers exposed to hot asphalt. *The Annals of Occupational Hygiene,* 53(6):551-60.

Sobus JR, McClean MD, Herrick RF, Waidyanatha S, Nylander-French LA, Kupper LL, and Rappaport SM. 2009. Comparing urinary biomarkers of airborne and dermal exposure to polycyclic aromatic compounds in asphalt-exposed workers. *The Annals of Occupational Hygiene*, 53(6):561-71.

Hauptmann M, Stewart PA, Lubin JH, Beane Freeman LE, Hornung RW, Herrick RF,Hoover RN, Fraumeni JF Jr, Blair A, and Hayes RB. 2009. Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. *Journal of the National Cancer Institute*, 101(24):1696-708.PubMed PMID: 19933446; PubMed Central PMCID: PMC2794303.

Herrick RF. 2010. PCBs in school-persistent chemicals, persistent problems. *New Solutions,* 20(1):115-26. PubMed PMID: 20359995.

Laohaudomchok W, Cavallari JM, Fang SC, Lin X, Herrick RF, Christiani DC, and Weisskopf MG. 2010. Assessment of occupational exposure to manganese and other metals in welding fumes by portable X-ray fluorescence spectrometer. *Journal of Occupational and Environmental Hygiene,*7(8):456-65. PubMed PMID: 20526948.

Herrick RF. 2010. Herrick's response to Newman's PCBs in schools: what about school maintenance workers? *New Solutions,* 20(2):193-4. PubMed PMID: 20621883.

Sobus JR, Pleil JD, McClean MD, Herrick RF, and Rappaport SM. 2010. Biomarker variance component estimation for exposure surrogate selection and toxicokinetic inference. *Toxicology Letters,* 199(3):247-53. PubMed PMID: 20851754; PubMed Central PMCID: PMC2998189.

Laohaudomchok W, Lin X, Herrick RF, Fang SC, Cavallari JM, Shrairman R, Landau A, Christiani DC, Weisskopf MG. 2010. Neuropsychological effects of low-level manganese exposure in welders. *Neurotoxicology,* 32(2):171-9. PubMed PMID: 21192973; PubMed Central PMCID: PMC3049839.

Laohaudomchok W, Lin X, Herrick RF, Fang SC, Cavallari JM, Christiani DC, and Weisskopf MG. 2011. Toenail, blood, and urine as biomarkers of manganese exposure. *Journal of Occupational and Environmental Medicine,* 53(5):506-10. PubMed PMID: 21494156; PubMed PMCID: PMC3092003.

Herrick RF, Meeker JD, and Altshul L. 2011. Serum PCB levels and congener profiles among teachers in PCB-containing schools: a pilot study. *Environmental Health,* 10:56. PubMed PMID: 21668970; PubMed Central PMCID: PMC3136408

Proctor SP, Heaton KJ, Smith KW, Rodrigues EG, Widing DE, Herrick R, Vasterling JJ, and McClean MD. 2011. The Occupational JP8 Exposure Neuroepidemiology Study (OJENES): Repeated workday exposure and central nervous system functioning among U.S. Air Force personnel. *Neurotoxicology.* [Epub ahead of print] PubMed PMID: 21824494.

Brochu PJ, Yanosky JD, Paciorek CJ, Schwartz J, Chen JT, Herrick RF, and Suh HH. 2011. Particulate Air Pollution and Socioeconomic Position in Rural and Urban Areas of the Northeastern United States. *American Journal of Public Health,* [Epub ahead of print] PubMed PMID: 21836114.

Zhu Y, Smith TJ, Davis ME, Levy JI, Herrick R, and Jiang H. 2011. Comparing Gravimetric and Real-Time Sampling of PM(2.5) Concentrations Inside Truck Cabins. *Journal of Occupational and Environmental Hygiene,* 8(11):662-72. PubMed PMID: 21991940.

Cavallari JM, Osborn LV, Snawder JE, Kriech AJ, Olsen LD, Herrick RF, and McClean MD. 2011. Predictors of Dermal Exposures to Polycyclic Aromatic Compounds Among Hot-Mix Asphalt Paving Workers. *The Annals of Occupational Hygiene*. [Epub ahead of print] PubMed PMID: 22156568.

Cavallari JM, Osborn LV, Snawder JE, Kriech AJ, Olsen LD, Herrick RF, and McClean MD. 2011. Predictors of Airborne Exposures to Polycyclic Aromatic Compounds and Total Organic Matter among Hot-Mix Asphalt Paving Workers and Influence of Work Conditions and Practices. *The Annals of Occupational Hygiene.* [Epub ahead of print] PubMed PMID: 22025530.

Proctor SP, Heaton KJ, Smith KW, Rodrigues ER, Widing DE, Herrick R, Vasterling JJ, and McClean MD. 2011. The Occupational JP8 Exposure Neuroepidemiology Study (OJENES): repeated workday exposure and central nervous system functioning among U.S. Air Force personnel. *Neurotoxicology,* 32(6):799-808. PubMed PMID: 21824494.

Cavallari JM, Zwack LM, Lange CR, Herrick RF, and McClean MD. 2012.Temperature-dependent emission concentrations of polycyclic aromatic hydrocarbons in paving and built-up roofing asphalts. *The Annals of Occupational Hygiene,* 56(2):148-60. PubMed PMID: 22267131.

McClean MD, Osborn LV, Snawder JE, Olsen LD, Kriech AJ, Sjödin A, Li Z, Smith JP, Sammons DL, Herrick RF, and Cavallari JM. 2012.Using urinary biomarkers of polycyclic aromatic compound exposure to guide exposure-reduction strategies among asphaltpaving workers. *The Annals of Occupational Hygiene,* 56(9):1013-24. doi:10.1093/annhyg/mes058. PubMed PMID: 23002274.

Chung MK, Regazzoni L, McClean M, Herrick R, and Rappaport SM. 2013. A sandwich ELISA for measuring benzo[a]pyrene-albumin adducts in human plasma. *Analysis Biochemistry*.;435(2):140-9. doi: 10.1016/j.ab.2012.12.021. PubMed PMID: 23333225.

Abdolahi A, van Wijngaarden E, McClean MD, Herrick RF, Allen JG, Ganguly A, and Bunin GR. 2013. A case-control study of paternal occupational exposures and the risk of childhood sporadic bilateral retinoblastoma. *Journal of Occupational and Environmental Medicine*. 70(6):372-9. doi: 10.1136/oemed-2012-101062. PubMed PMID: 23503471; PubMed Central PMCID: PMC3666318.

Osborn LV, Snawder JE, Kriech AJ, Cavallari JM, McClean MD, Herrick RF, Blackburn GR, and Olsen LD. 2013.Personal breathing zone exposures among hot-mix asphalt paving workers; preliminary analysis for trends and analysis of work practices that resulted in the highest exposure concentrations. *Journal of Occupational and Environmental Hygiene*.;10(12):663-73. doi: 10.1080/15459624.2013.831981. PubMed PMID: 24195533.

Sparer EH, Goldwasser MR, Lowe KA, Herrick RF, Dennerlein JT. 2014. Qualitative findings from a safety communication and recognition program on safety awareness and teambuilding in construction. *Occupational and Environmental Medicine*, 71 Suppl 1:A66. doi: 10.1136/oemed-2014-102362.205. PubMed PMID: 25018437.

Sparer EH, Okechukwu CA, Manjourides J, Herrick RF, Katz JN, and Dennerlein JT. 2014. Patterns of site-employment of construction workers on and off commercial construction sites in new England and the relationship to musculoskeletal pain. *Environmental Medicine*, 71 Suppl 1: A5. doi: 10.1136/oemed-2014-102362.15. PubMed PMID: 25018381.

Caban-Martinez AJ, Lowe KA, Herrick R, Kenwood C, Gagne JJ, Becker JF, Schneider SP, Dennerlein JT, and Sorensen G. 2014. Construction workers working in musculoskeletal pain and engaging in leisure-time physical activity: Findings from a mixed-methods pilot study. *American Journal of Industrial Medicine*, 57(7):819-25. doi: 10.1002/ajim.22332. PubMed PMID: 24760608; PubMed Central PMCID: PMC4074541.

Sparer EH, Herrick RF, and Dennerlein JT. 2015. Development of a safety communication and recognition program for construction. *New Solutions*, 25(1):42-58. doi:10.1177/1048291115569025. PubMed PMID: 25815741.

Herrick RF, Stewart JH, and Allen JG. 2015. Review of PCBs in US schools: a brief history, an estimate of the number of impacted schools, and an approach for evaluating indoor air samples. *Environmental Science and Pollution Research*. [Epub ahead of print] PubMed PMID: 25940477

Sparer EH, Okechukwu CA, Manjourides J, Herrick RF, Katz JN, Dennerlein JT. 2015. Length of time spent working on a commercial construction site and the associations with worker characteristics. *American Journal of Industrial Medicine*, 58(9): 964-73.doi: 10.1002/ajim.22461, PubMed PMID: 26122700.

Sparer EH, Catalano PJ, Herrick RF, and Dennerlein JT. 2016. Improving safety climate through a communication and recognition program for construction: a mixed methods study. *Scandinavian Journal of Work, Environment & Health*, pii: 3569. doi:10.5271/sjweh.3569. [Epub ahead of print] PubMed PMID: 27158914.

Chuang GS, Farinelli W, Christiani DC, Herrick RF, Lee NC, Avram MM. 2016. Gaseous and Particulate Content of Laser Hair Removal Plume. *JAMA Dermatology*, 152(12):1320-1326. doi: 10.1001/jamadermatol.2016.2097. PMID: 27385074
.
LeBlanc M, Allen JG, Herrick RF, Stewart JH. 2018. Comparison of the near field/far field model and the advanced reach tool (ART) model V1.5: exposure estimates to benzene during parts washing with mineral spirits. *International Journal of Hygiene and Environmental Health*, 221(2):231-238. doi: 10.1016/j.ijheh.2017.10.016. Epub 2017 Oct 31. PMID: 29133136

Rodrigues EG, Stewart J, Herrick R, Palacios H, Laden F, Clark W, Delzell E. 2019. Retrospective Exposure Assessment for Semiconductor and Storage Device Manufacturing Facilities. *Journal of Occupational and Environmental Medicine*, 61(4):e132-e138. doi: 10.1097/JOM.0000000000001544. PMID: 30946698
.
Ceballos D, Guerrero M, Kalweit A, Rabin R, Spengler J, Herrick R. 2020. One-Hour Pilot Training to Prevent Workers From Taking Home Workplace Contaminants. *New Solutions*, 29(4):519-529. doi: 10.1177/1048291119887188. Epub 2019 Nov 8. PMID: 31698992 No abstract available

Rodrigues EG, Herrick RF, Stewart J, Palacios H, Laden F, Clark W, Delzell E. 2020. Case-control study of brain and other central nervous system cancer among workers at semiconductor and storage device manufacturing facilities. *Occupational and Environmental Medicine,* 77(4):238-248. doi: 10.1136/oemed-2019-106120. Epub 2020 Feb 4. PMID: 32019845

Kalweit A, Herrick RF, Flynn MA, Spengler JD, Berko JK, Levy JI, Ceballos DM. 2020. Eliminating Take-Home Exposures: Recognizing the Role of Occupational Health and Safety in Broader Community Health. *Annals of Work Exposures and Health*, 64(3):236-249. doi: 10.1093/annweh/wxaa006. PMID: 31993629

Ceballos D, Zhou M, Herrick R. 2020. Metals and Particulates Exposure from a Mobile E-Waste Shredding Truck: A Pilot Study. *Annals of Work Exposures and Health*, 64(8):890-896. doi: 10.1093/annweh/wxaa058. PMID: 32747949

Ceballos DM, Côté D, Bakhiyi B, Flynn MA, Zayed J, Gravel S, Herrick RF, Labrèche F. 2020. Overlapping vulnerabilities in workers of the electronics recycling industry formal sector: A commentary. *American Journal of Industrial Medicine*, 63(11):955-962. doi: 10.1002/ajim.23173. Epub 2020 Aug 26. PMID: 32851678

Ceballos DM, Herrick RF, Carreón T, Nguyen VT, Chu MT, Sadowski JP, Blumenthal H, Morata TC. 2021. Expanding Reach of Occupational Health Knowledge: Contributing Subject-Matter Expertise to Wikipedia as a Class Assignment. *Inquiry*, 58:1-11. doi: 10.1177/00469580211035735. PMID: 34595964

Ceballos DM, Herrick RF, Dong Z, Kalweit A, Miller M, Quinn J, Spengler JD. Factors affecting lead dust in construction workers' homes in the Greater Boston Area. 2021. *Environmental Research,* doi: 10.1016/j.envres.2020.110510. Epub 2020 Nov 24. PMID: 33245888

## Proceedings Edited:

Stewart PA and Herrick RF. 1991. Guest Editors, International Workshop on Retrospective Exposure Assessment for Occupational Epidemiologic Studies. *Applied Occupational Environmental Hygiene,* 6:403-560.

Sorock GS, Burdorf A, Courtney TK, Herrick RF. 1997. Guest Editors, International Conference on Methodological Challenges to the Study of Occupational Injury - An International Epidemiology Workshop. *American Journal of Industrial Medicine*, 32:103-183.

## Chapters of Books:

Herrick RF. 1981. "Field Use," in Manual of Recommended Practice for Portable Direct-Reading Carbon Monoxide Indicators, American Industrial Hygiene Association.

Herrick RF, Elliott LF. 1986. "The Use of Industrial Hygiene Data in Occupational Epidemiology," Environmental Epidemiology, Lewis Publishing, Inc.

Herrick RF, Kennedy E, and Woebkenburg ML. 1990. "Measurement of Vapors and Gases," in Exposure Assessment for Epidemiology and Hazard Control, Lewis Publishing, Inc.

Herrick RF. 1992. "Exposure Assessment in Risk Assessment," in Conference on Chemical Risk Assessment in the Department of Defense: Science, Policy and Practice. ACGIH.

Herrick RF. and Dement JM. 1994. "Industrial Hygiene", in Textbook of Clinical and Occupational Medicine, W.B. Saunders Company.

Smith TJ, Stewart PA, Herrick RF. 1995. "Retrospective Exposure Assessment" in Occupational Hygiene, Second Edition, Harrington, J.M. and Gardiner, K., Ed, Blackwell Science Ltd.

Herrick RF. (Chapter Editor). 1998. "Occupational Hygiene" in Encyclopedia of Occupational Health and Safety, Fourth Edition, International Labour Office, Geneva.

Herrick RF (Chapter Editor). 1998. "Personal Protection" in Encyclopedia of Occupational Health and Safety, Fourth Edition, International Labour Office, Geneva.

Herrick RF. 1998. "Industrial Hygiene" in Public Health & Preventive Medicine, 14th Edition, Robert B. Wallace, Ed, Appleton and Lange, Stamford, Connecticut.

Herrick RF, Stewart JA, 1998. "How to Locate Information Sources for Occupational Safety and Health" in Handbook of Occupational Safety and Health, Second Edition, DeBerardinis, LJ, Ed, Wiley Interscience, New York.

The Toxic Schoolhouse Chapter PCBs in Schools – Persistent Chemicals, Persistent Problems Editor: Madeleine Kangsen Scammell and Charles Levenstein Paper ISBN:978-0-89503-851-7 Copyright: 2014

In addition to publications listed, other publications include 44 technical reports of studies and investigations in occupational and environmental settings. Presentations have been made at approximately 100 international meetings and symposia.