# EXHIBIT E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION
Case No. 3:20-cv-03108-VC

ROBERT AND DARYA COTTER,
Plaintiffs,
v
MONSANTO COMPANY, et al.,
Defendants

**UPDATED**

**ROUNDUP® EXPOSURE HISTORY**

ROBERT F. HERRICK, Sc.D., CIH, FAIHA

August 23, 2023

## INTRODUCTION AND BACKGROUND

When people use Roundup® and related products to kill plants, they are exposed in two ways. First, they can inhale some of the small liquid droplets that are produced by Roundup® sprayers. Second, they can get Roundup® on their skin both from the droplet spray, and from leaks and spills when they handle the Roundup® solutions.

In Mr. Cotter's case, he was exposed both ways. Mr. Cotter used several types of Roundup® sprayers in his commercial landscaping businesses, and at his residences. Over 25 years of running his commercial landscaping businesses, Mr. Cotter used small hand spray bottles (like Windex® sprayers), larger 1-gallon hand pumped Roundup® sprayers, and backpack sprayers. He also used this equipment to spray Roundup® at his residences over 36 years from 1983 to 2019. Mr. Cotter recalled that when he sprayed high, he could taste it (Roundup®); it was in his mouth.[1]

When asked if he recalled any specific instances where he got Roundup® on him, he replied that there's too many of them (to recall).[2] He remembered getting wet "pretty much" when mixing Roundup®.[3]

Research has shown that both Roundup® skin contact and inhalation contribute to blood levels of glyphosate, the active ingredient in Roundup®. Several studies have measured the amounts of glyphosate deposited on the skin, and inhaled while spraying Roundup®.[4,5,6,7,8,9] The most recent study (2020) by Pierce et al. evaluated the individual contributions of inhalation and dermal exposures to urinary glyphosate levels following Roundup® application. These investigators found that both inhalation and dermal uptake contributed to urine levels of glyphosate.

---

[1] Deposition of Robert Cotter, January 21, 2022. P 79, L 21.
[2] Deposition of Robert Cotter, January 21, 2022. P 79, L 24.
[3] Deposition of Robert Cotter, January 21, 2022. P 80, L 4.
[4] Moseley CL and Anderson K. 1985. *Health Hazard Evaluation Report*, *Report No. HETA-83-341-1557*, Cincinnati, OH: Hazards Evaluations and Technical Assistance Branch, National Institute for Occupational Safety and Health
[5] https://www.osha.gov/dts/sltc/methods/partial/t-pv2067-01-8911-ch/t-pv2067-01-8911-ch.pdf
[6] https://www.epa.gov/osa/ahetf-ahe400-completed-study
[7] Pierce JS, Roberts B, Kougias DG, Comerford CE, Riordan AS, Keeton KA, Reamer HA, et al. 2020. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®. *Inhalation Toxicology*, 32(8):354-367, doi: 10.1080/08958378.2020.1814457.
[8] Jauhiainen A, Räsänen K, Sarantila R, Nuutinen J & Kangas J. 1991. Occupational Exposure of Forest Workers to Glyphosate During Brush Saw Spraying Work. *American Industrial Hygiene Association Journal*, 52(2):61-64, doi: 0.1080/15298669191364334.
[9] Johnson PD, Rimmer DA, Garrod AN, Helps JE, Mawdsley C. 2005. Operator exposure when applying amenity herbicides by all-terrain vehicles and controlled droplet applicators. *The Annuals of Occupational Hygiene*, 49(1):25–32.

## EMPLOYMENT HISTORY

The following is Robert Cotter's employment history based on the Plaintiff Fact Sheet and his deposition on January 21, 2022.

| Number | Name of Employer | City and State Worked | Approximate Dates of Employment (Month/Year to Month/Year) | Occupation /Job Title | Job Duties |
|---|---|---|---|---|---|
| 1 | Germinate | Massachusetts | 2 months, 1994-1995 | Co-owner, landscaping company | Landscaping |
| 2 | The Lawn Rangers | Easton/Taunton Massachusetts | Sometime 1995 to 08/2019 (Present) | Landscaper Owner | Landscaping |

For about four years starting in the early 1990s, Robert Cotter worked for KSK Engineering. His job consisted of driving a truck and collecting money. He reported that there were no chemicals associated with this job.[10] Prior to that, he worked for Hendrickson Dairy starting in 1974, driving a milk truck. He was also a supervisor at the Dairy. Mr. Cotter reported that he had no chemical use at Hendrickson Dairy.[11] When he was in high school, Mr. Cotter mowed lawns; he did not report any chemical use for this work.

From 1994 to 1995, Mr. Cotter worked with a partner in a company called "Germinate." They did landscaping, and he recalled using Roundup® for about 15 to 20 minutes on an average day.[12] On this job, he applied Roundup® with a gasoline-powered backpack sprayer. Mr. Cotter did not recall any information about the specific Roundup® product he used, as it was supplied by his business partner. He only worked with Germinate for a couple of months before starting his own company.

Starting in August 1995, Mr. Cotter used Roundup® Ready to use Grass and Weed Killer; Roundup® QuickPro; Roundup® QuickPro Granular concentrate; Roundup® Concentrate; Roundup® Ranger; and Roundup® Crabgrass in his business "The Lawn Rangers."[13] He used these materials approximately one time per month on each property he serviced in Eastern Massachusetts. He stopped using Roundup® in August 2019. At Lawn Rangers, during spring, summer, and fall, Mr. Cotter estimated having used Roundup® each day he worked, up to 80 times per week.[14] His annual estimate of use was 135 days/year.[15] He operates the business with his son, and he describes the primary activity as lawn maintenance. He has approximately 40 clients for his business. He works on each client's property every week, for a time period of 45 minutes to one hour each. He does mowing, mulching, and trimming small trees, starting mid-to-

---

[10] Deposition of Robert Cotter, January 21, 2022. P 104, L 4.
[11] Deposition of Robert Cotter, January 21, 2022. P 106, L 19.
[12] Deposition of Robert Cotter, January 21, 2022. P 101, L 9.
[13] Telephone interview, June 10, 2022.
[14] Deposition of Robert Cotter, January 21, 2022, P 87, L 7.
[15] Telephone interview, June 10, 2022.

late March through about Christmas. Until 2014, Mr. Cotter worked 6 or 7 days per week; after that, 5 days per week. On an average day, when he was mowing, Mr. Cotter reported that if he saw a weed, he sprayed it. He recalled that each spray only took a second. Mr. Cotter stated that he stopped using Roundup® with his job at Lawn Rangers when his doctor told him not to use it anymore in the summer of 2019.[16] He specified that the doctor told him to stop using Roundup® in August 2019.[17]

Mr. Cotter used several application methods, including a Roundup® hand sprayer; a backpack sprayer; and a ride on sprayer. His choice of methods was determined by the amount he had to spray. He estimated that he used the backpack sprayer once a month on each property he serviced. On days when he was not doing whole beds with the backpack sprayer, he used the hand spray bottle for about 30 minutes at a time.

In addition to Roundup® he used fertilizer and LESCO Eliminate-D, that would be for clover and creeping charlie. He also applied fertilizer to clients' home lawns about four times a year. He estimated that he applied fertilizer for about half the customers, or less, for about 20 minutes each time.[18] As for Eliminate-D, he used it on about half the lawns he serviced to kill clover and creeping charlie, about twice a year for 20 minutes each time. He sprayed the Eliminate-D with a different backpack than that which he used for Roundup®. Mr. Cotter also recalled using Ortho Home Defense one day a year from 2012 to the present to spray the foundation of his home for ants.[19]

## RESIDENTIAL USE OF ROUNDUP AND RELATED PRODUCTS

Mr. Cotter first recalled using Roundup® at 1983 Bay Road in Taunton, Massachusetts. From 1983 to 1986, Mr. Cotter lived at 1983 Bay Road, which was a 2,600 square foot house on about a two acre lot. The first two years, he used Roundup® every week during the growing season (April – November) to clear the entire front and back yard, then he installed flower beds.[20] Each time he used Roundup® he would spray for about 30 minutes.[21] After that (1985-1986) he used Roundup® to spot spray every other week, for 5 to 10 minutes each time.[22] He used the same pump sprayer as he later did in his houses on Sheridan Street and Squantum Avenue.

Mr. Cotter then lived for about a year at 51 Sheridan Street in North Easton, Massachusetts. In his house at 51 Sheridan Street, which was 2,100 or 2,300 square feet on a third of an acre, he

---

[16] Deposition of Robert Cotter, January 21, 2022, P 86, L 24.
[17] Deposition of Robert Cotter, January 21, 2022, P 21, L 21.
[18] Deposition of Robert Cotter, January 21, 2022. P 94, L 20.
[19] Deposition of Robert Cotter, January 21, 2022. P 135, L 17.
[20] Deposition of Robert Cotter, January 21, 2022. P 75, L 9; P 76, L 7.
[21] Deposition of Robert Cotter, January 21, 2022. P 76, L 11.
[22] Deposition of Robert Cotter, January 21, 2022. P 76, L 26.

4

sprayed around the beds and at the end of the driveway, using the regular Roundup® in his pump sprayer. He sprayed every other day for 30 minutes each time, doing cleanup for the first month, then every other week 5 to 10 minutes each time for the rest of the season.[23]

From 1988 to 1991 he lived at 8 Squantum Avenue in North Easton, Massachusetts. Mr. Cotter used Roundup® in the mulch beds at his 8 Squantum Avenue address (4,400 square feet on an acre lot). He used the ready to use Roundup®, which he transferred from the gallon jugs to a pump spray tank. When he sprayed the beds at the beginning of the season, it took 45 to 50 minutes, he sprayed the beds twice at the beginning of the season.[24] After that he started spot spraying during and after each time he mowed, that took about 45 minutes.[25] He did that every week, sometimes every other week. Also, in the back of the house, which led to woods, he sprayed Roundup® for poison ivy and sumac.

Since 1992 to the present time, he lives at 6 Rainbow Circle, North Easton, Massachusetts. Mr. Cotter used Roundup® and related products the entire time he was at this address until August 2019. He recalled using Roundup® QuickPro, Ranger, and regular Roundup®. The regular Roundup® he referred to was ready to use, and came in gallon jugs. He also used concentrate in the form of powders that he mixed with water in one-gallon jugs. He then transferred this to the hand spray bottles. Mr. Cotter bought hand spray bottles that looked like Windex® bottles; he kept these on the lawn mower. He used Roundup® Quick Pro, and Roundup® Ranger, which both came in gallon jugs. He bought which ever one of these that was cheaper. He used the formulations that were ready-mixed on the flower beds, street curbs, and edgings. Mr. Cotter also recalled using Othro Home Defense® once a year from 2012 to the present.

The house on Rainbow Circle is 3,100 square feet, on an (almost) acre and a half lot. Mr. Cotter used Roundup® in the beds, the curbs, and in the crushed stone.[26] He used both the gallon jugs with a sprayer, and the backpack for this. He also sprayed Roundup® in the back yard to kill poison ivy.[27] Mr. Cotter sprayed Roundup® from the hand spray bottles to kill weeds in the lawn while he was mowing.[28] He sprayed all the beds at the beginning of the season before he mulched, then he sprayed the edges of the beds once a week during the season.[29] He also did cleanups four times a year, which included spraying with Roundup®.

When asked to recall any specific instances where he got Roundup® on himself, Mr. Cotter stated that there were too many of them to recall.[30] He recalled getting the Roundup® solution

---

[23] Deposition of Robert Cotter, January 21, 2022. P 67, L 8.
[24] Deposition of Robert Cotter, January 21, 2022. P 48, L 6.
[25] Deposition of Robert Cotter, January 21, 2022. P 59, L 16.
[26] Deposition of Robert Cotter, January 21, 2022. P 31, L 1.
[27] Deposition of Robert Cotter, January 21, 2022. P 35, L 3.
[28] Deposition of Robert Cotter, January 21, 2022. P 38, L 6.
[29] Deposition of Robert Cotter, January 21, 2022. P 39, L 13.
[30] Deposition of Robert Cotter, January 21, 2022. P 79, L 22.

on his hands, arms and legs, and on his back when the backpack leaked.[31] Mr. Cotter recalled that when he used Roundup® he wore shorts and t-shirts, leather work boots about 90 percent of the time; glasses, leather gloves, and baseball hats when he got older.[32]

## ROUNDUP® AND RELATED PRODUCT USE SUMMARY

| Date of Use | Product Name | Frequency of Exposure | Usage | Type of Usage | Reason for Usage | Location |
|---|---|---|---|---|---|---|
| **Residential Use** | | | | | | |
| 1983-1986 (4 seasons) | Roundup® Grass and Weed Killer | Weekly April to November 1983-1984, 30 min each time; 1985-1986 approx. once every 2 weeks 5 - 10 min each time | Roundup® hand pump sprayer | Residential | To control weeds and poison ivy on personal property | 1983 Bay Road, Taunton, MA |
| 1987 (1 season) | Roundup® Grass and Weed Killer | Every other day for the first month 30 min each time; Approx. once every 2 weeks 5 -10 min each time after that | Roundup® hand pump sprayer | Residential | To control weeds and poison ivy on personal property | 51 Sheridan Street, N. Easton, MA |
| 1988-1991 (4 seasons) | Roundup® Grass and Weed Killer | Sprayed beds twice in April-May, 45 – 50 min each time; Approx. once/every 1-2 week rest of the season; estimate 25 days/year | Roundup® hand pump sprayer; backpack sprayer | Residential | To control weeds and poison ivy on personal property | 8 Squantum Avenue, N. Easton, MA |
| 1992 – 2019 (27.5 seasons) | Roundup® Grass and Weed Killer | Sprayed beds at start of season April-May, 45 – 50 min each time; Sprayed edges and spot sprayed weeds Approx. once/every week rest of the season; estimate 25 days/year | Roundup® hand pump sprayer; backpack sprayer | Residential | To control weeds and poison ivy on personal property | 6 Rainbow Circle, N. Easton, MA |
| **Commercial Use** | | | | | | |
| 1994 (1 season) | Roundup® | Every day for 2 months, 15-20 min each time | Gasoline powered backpack sprayer | Residential/ IT&O | Co-owner landscape company Germinate | Several locations in Eastern MA |
| Aug 1995 to Aug 2019 (24 seasons) | Roundup® Ready to use Grass and Weed Killer; QuickPro; QuickPro Granular concentrate; Roundup® Ranger; Roundup® Crabgrass | Approx. 1X/month on each property he serviced, during spring summer, fall up to 80X/week; estimate 135 days/year | Roundup® hand sprayer; Backpack sprayer; Ride on sprayer | Residential/ IT&O | Self-employed landscaping contractor Lawn Rangers | Several locations in Eastern MA |
| IT&O       industrial, turf and ornamental | | | | | | |

---

[31] Deposition of Robert Cotter, January 21, 2022. P 80, L 13.
[32] Deposition of Robert Cotter, January 21, 2022. P 78, L 13.

6

**CUMULATIVE EXPOSURE DAYS**

There are six epidemiologic studies that are frequently cited to address the possible association between use of glyphosate-based herbicides (such as Roundup®) and the development of non-Hodgkin's lymphoma (NHL). The primary authors of these studies are McDuffie, et al. (2001);[33] Eriksson, et al. (2008);[34] Andreotti, et al. (2018);[35] Leon, et al. (2019);[36] Zhang, et al.(2019);[37] and Pahwa, et al. (2019).[38]

The investigators conducting these studies took several approaches to classifying glyphosate exposures among the study subjects. In two of these studies (Leon, Zhang), NHL rates were compared between workers who reported that they had ever used glyphosate-based herbicides with those who said they had never used them. The other four studies used information about the frequency and/or duration of the use of glyphosate-based herbicides to calculate an exposure metric known as "exposure days".

In the study by Eriksson, the cumulative lifetime Roundup® exposure days was calculated by multiplying the total number of seasons (years) each subject used Roundup®, by the number of days she/he used Roundup® each season. This value was then multiplied by the reported amount of time she/he used Roundup® each day, yielding the total number of hours she/he used Roundup®. This value was then divided by 8 (hours per day) for the total exposure days over each subject's lifetime. This is a conservative, **time-weighted estimate of lifetime exposure**, as it weights the exposure by the number of hours the subject actually used Roundup® each day.

The other studies (McDuffie, Pahwa and Andreotti) counted the number of days per year the herbicide was used, regardless of how many hours the herbicide was used each day. In effect

---

[33] McDuffie HH, Pahwa P, McLaughlin JR, et al. 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticides and health. *Cancer Epidemiology, Biomarkers & Prevention*, 10(11):1155-1163.

[34] Eriksson M, Hardell L, Carlberg M, et al. 2008. Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis. *International Journal of Cancer*, 123(7):1657 – 1663. doi: 10.1002/ijc.23589.

[35] Andreotti G, Koutros S, Hofmann JN, et al. 2018. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. *Journal of the National Cancer Institute*, 110(5):509-516. doi: 10.1093/jnci/djx233.

[36] Leon ME, Schinasi LH, Lebailly P, et al. 2019. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. *International Journal of Epidemiology*, 48(5):1519-1535. doi: 10.1093/ije/dyz017.

[37] Zhang L, Rana I, Shaffer RM, et al. 2019. Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence. *Mutation Research/Reviews in Mutation Research*, 781:186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

[38] Pahwa M, Beane Freeman LE, Spinelli JJ, et al. 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. *Scandinavian Journal of Work, Environment & Health*, 45(6):600-609. doi: 10.5271/sjweh.3830.

then, each day of herbicide use counted the same, so the estimate of cumulative lifetime exposure is **non-time weighted** by that actual exposure time each day.

I have used both the **time-weighted and the non-time-weighted** approaches to estimate Mr. Cotter's lifetime cumulative exposure to glyphosate-based herbicides. Based upon his reported years of Roundup® use, I determined the total number of seasons (years) Mr. Cotter used Roundup®, and the number of days he used Roundup® each season. For estimating his **time-weighted exposure**, I then took the value he reported for the amount of time he used Roundup® each day and multiplied to get the total number of hours he used Roundup® over his lifetime. In some cases, he had specific recollection of the amount of time he used Roundup® each day (for example 0.5 hours each time he used Roundup® at his home at 1983 Bay Road in Taunton, MA). In other cases, his Roundup® use could vary widely between days, for example in his landscaping business, the Lawn Rangers. For these, I used a range of values for his daily Roundup® use, 1, 4 or 8 hours to capture the minimum, maximum, and midpoint of the duration of Roundup® use each day. These values are the basis for his calculated minimum, maximum, and midpoint values for his **lifetime eight-hour, time-weighted exposure days**. Details of these calculations are included in the Attachment.

| Property/Product Used | Dates & Number of Seasons | Time Period | Days Used per Season | Hours Used per Day | Total Hours Lifetime | Minimum Exposure Days (8 hrs./day) | Maximum Exposure Days (8 hrs./day) | Midpoint Exposure Days (8 hrs./day) |
|---|---|---|---|---|---|---|---|---|
| Residential Roundup® Grass and Weed Killer | 1983-1984 (2 seasons, weekly) | April-November | 32 | 0.5 | 32 | – | – | 4.0 |
| Residential Roundup® Grass and Weed Killer | 1985-1986 (2 seasons, once every 2 weeks) | April-November | 14 | 0.125 | 3.5 | – | – | 0.44 |
| Residential Roundup® Grass and Weed Killer | 1987 (1 season) | April-November | First month used 15 days | 0.5 | 7.5 | – | – | 0.94 |
| | | | May-Nov used 14 days | 0.125 | 1.75 | – | – | 0.22 |
| Residential Roundup® Grass and Weed Killer | 1988-1991 (4 seasons) | April-November | 25 | 0.75 | 75 | – | – | 9.38 |
| Residential Roundup® Grass and Weed Killer | 1992-2019 (27.5 seasons) | April-November | 25 | 0.75 | 515.6 | – | – | 64.4 |
| **Commercial Landscaping** | | | | | | | | |
| Roundup® (not specified) | 1994 (1 season) | 2 months | 48 | 0.25 | 12 | – | – | 1.5 |
| Roundup® Ready to use Grass and Weed Killer; QuickPro; QuickPro Granular concentrate; Roundup® Ranger; Roundup® Crabgrass | August 1995 – Aug 2019 (24 seasons) | April-November | 135 | 1 | 3,240 | 405 | 3,240 | 1,620 |
| | | | | 4 | 12,960 | | | |
| | | | | 8 | 25,920 | | | |

8

For calculating Mr. Cotter's **non-time-weighted cumulative lifetime exposure**, I followed the same approach, but the weighting by the number of hours per day was omitted. In effect, each day of exposure counts the same, regardless of whether he used Roundup® for 1, 4 or 8 hours. Details of these calculations are included in the Attachment.

| Property/Product Used | Dates & Number of Seasons | Time Period | Days Used per Season | Midpoint non time-weighted Exposure Days (any duration per day) |
|---|---|---|---|---|
| Residential Roundup® grass and weed killer | 1983-1984 (2 seasons, weekly) | April-November | 32 | 64 |
| Residential Roundup® grass and weed killer | 1985-1986 (2 seasons, once every 2 weeks) | April-November | 14 | 28 |
| Residential Roundup® Grass and Weed Killer | 1987 (1 season) | April-November | First month used 15 days | 15 |
| | | | May-Nov used 14 days | 14 |
| Residential Roundup® Grass and Weed Killer | 1988-1991 (4 seasons) | April-November | 25 | 100 |
| Residential Roundup® Grass and Weed Killer | 1992-2019 (27.5 seasons) | April-November | 25 | 688 |
| **Commercial Landscaping** | | | | |
| Roundup® (not specified) | 1994 (1 season) | 2 months | 48 | 48 |
| Roundup® Ready to use Grass and Weed Killer; QuickPro; QuickPro Granular concentrate; Roundup® Ranger; Roundup® Crabgrass | August 1995 – Aug 2019 (24 seasons) | April-November | 135 | 3240 |

### SUMMARY AND CONCLUSIONS

For Mr. Cotter's residential use of Roundup® grass and weed killer, from 1983-1986, his 8-hour time-weighted lifetime midpoint exposure days estimate is 4.4. For 1987, for his residential use of Roundup® Grass and Weed Killer, his lifetime 8-hour time-weighted midpoint exposure days estimate is 1.1. From 1988-1991 for his residential use of Roundup® Grass and Weed Killer, his lifetime 8-hour time-weighted midpoint exposure days estimate is 9.4. From 1992-2019 for his residential use of Roundup® Grass and Weed Killer, his lifetime 8-hour time-weighted midpoint exposure days estimate is 64.4. Mr. Cotter's total lifetime 8-hour time-weighted residential exposure is 79.4 exposure days.

For his use of Roundup® products in his commercial landscaping business from 1994-2019, I estimate his lifetime 8-hour, time-weighted exposure days at a minimum of 406.5 exposure days if he used Roundup® products 1 hour each day. His maximum lifetime 8-hour, time-weighted exposure days would be 3,241.5 exposure days if he used Roundup® products 8 hours each day. His midpoint value/mean is 1,621.5 exposure days, corresponding to 4 hours of Roundup® product use each day.

9

Mr. Cotter's total lifetime 8-hour time-weighted Roundup® exposure days including residential and commercial use would be 485.9 minimum; 3,320.9 maximum; midpoint value 1,700.9 eight-hour, time-weighted exposure days.

For Mr. Cotter's non-time-weighted lifetime Roundup® exposures, his total residential exposure is 908.5 non-time weighted exposure days; his commercial lifetime exposure is 3288 non-time-weighted exposure days. Total lifetime non-time-weighted Roundup exposure days including residential and commercial use is 4196.5 exposure days.

Roundup® and related products were the predominant chemicals Mr. Cotter used in his employment, and at his residence. In his landscaping business, he recalled using LESCO ELIMINATE-D, which lists as active ingredients Dimethylamine Salt of Dicamba (3,6-Dichloro-o-anisic Acid) 2.64%; Dimethylamine Salt of 2,4-Dichlorophenoxyacetic Acid 6.61%; and Dimethylamine Salt of (+)-R-2-(2-methyl-4-Chlorophenoxy) propionic acid 9.97%. At his residence, he used Ortho Home Defender, with active ingredients Bifenthrin 0.05% and Zeta-Cypermethrin 0.0125%.

In Mr. Cotter's employment outside his landscaping business, he drove a truck and collected money for KSK Engineering. Prior to that, he worked for Hendrickson Dairy starting in 1974, driving a milk truck, and he was also a supervisor at the Dairy. When he was in high school, Mr. Cotter mowed lawns. Mr. Cotter did not report any chemical use for these jobs.

*[signature]*

Robert F. Herrick, M.S., Sc.D., CIH, FAIHA
Principal Scientist


Attachment – Exposure Calculation Template

Addendum

EXPOSURE BREAKDOWN

| Location | Year | Total Seasons | Days Used Per Season | Time Treated Each Day (Hrs) | Total Hours | Total Time-Weighted Exposure Days Lifetime | Activity | Total Non-Time-Weighted Exposure Days Lifetime |
|---|---|---|---|---|---|---|---|---|
| RESIDENCE 1983 Bay Road, Taunton, MA | 1983-1984 | 2 | 32 | 0.5 | 32 | 4 | used Roundup ® 0.5 hr per day | 64 |
| RESIDENCE 1983 Bay Road, Taunton, MA | 1985-1986 | 2 | 14 | 0.125 | 3.5 | 0.4375 | used Roundup ® 5 - 10 min per day | 28 |
| RESIDENCE 51 Sheridan St, N Easton, MA | Apr-87 | 1 | 15 | 0.5 | 7.5 | 0.9375 | used Roundup ® 30 min per day | 15 |
| RESIDENCE 51 Sheridan St, N Easton, MA | May-Nov 1987 | 1 | 14 | 0.125 | 1.75 | 0.21875 | used Roundup ® 5 -10 min per day | 14 |
| RESIDENCE 8 Squantum Road, N. Easton , MA | 1988-1991 | 4 | 25 | 0.75 | 75 | 9.375 | used Roundup ® 45 min per day | 100 |
| RESIDENCE 6 Rainbow Circle N. Easton, MA | 1992-Aug 2019 | 27.5 | 25 | 0.75 | 515.625 | 64.453125 | used Roundup ®  45 min per day | 687.5 |
| RESIDENCE TOTAL LIFETIME DAYS | | | | | | 79.421875 | | 908.5 |
| COMMERCIAL GERMINATE | 1994 | 1 | 48 | 0.25 | 12 | 1.5 | used Roundup ® 15 min (0.25 hr) per day | 48 |
| COMMERCIAL LAWN RANGERS | 1995-Aug 2019 | 24 | 135 | 1 | 3240 | 405 | used Roundup ® 1 hr per day | 3240 |
| | | 24 | 135 | 4 | 12960 | 1620 | used Roundup ® 4 hr per day | |
| | | 24 | 135 | 8 | 25920 | 3240 | used Roundup ® 8 hr per day | |
| | | | | | | | | 3288 |
| | | | Used Roundup ® 1 hr per day at LAWN RANGERS | | | 485.921875 | MINIMUM TOTAL TIME-WEIGHTED EXPOSURE DAYS LIFETIME (RES+COMML) | |
| | | | Used Roundup ® 4 hr per day at LAWN RANGERS | | | 1700.921875 | MIDPOINT TOTAL TIME-WEIGHTED EXPOSURE DAYS LIFETIME (RES+ COMML) | |
| | | | Used Roundup ® 8 hr per day at LAWN RANGERS | | | 3320.921875 | MAXIMUM TOTAL TIME-WEIGHTED EXPOSURE DAYS LIFETIME (RES + COMML) | |
| | | | | | | 4196.5 | MIDPOINT TOTAL NON TIME-WEIGHTED EXPOSURE DAYS LIFETIME (RES+ COMML) | |

1

## COTTER ADDENDUM

A distinguishing characteristic of Roundup® QuikPRO is that in its concentrated form it is a dry, water-soluble granule containing 73.3% glyphosate ammonium salt and 2.9% diquat. The Roundup® QuikPRO label procedure for preparing spray solution directs the user to fill the spray tank halfway with water, then to add the Roundup® QuikPRO with a circular motion while pouring.

Transferring solid materials between containers can release particles into the air. Mixing procedures that involve adding solid materials to tanks containing liquids have been shown to be potential sources of exposure. U.S. Environmental Protection Agency data documents potential dermal and inhalation exposure when mixing/loading solid formulations including dry, flowable materials, and granules (Occupational Pesticide Handler Unit Exposure Surrogate Reference Table version dated May 2021).

As Mr. Cotter recalled that when he used Roundup® he wore shorts and t-shirts, leather work boots about 90 percent of the time; glasses, leather gloves, and baseball hats when he got older, as he was at risk of dermal and inhalation exposure to Roundup® QuikPRO during the mixing procedures.