# EXHIBIT F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
MDL No. 2741
LIABILITY LITIGATION

This document relates to:
*Gerald Nelson, et al. v. Monsanto Co.,*
Case No. 3:19-cv-04576-VC

**ROUNDUP® EXPOSURE HISTORY**

ROBERT F. HERRICK, M.S., Sc.D., CIH, FAIHA

July 14, 2022

## INTRODUCTION AND BACKGROUND

When people use Roundup® and related products to kill plants, they are exposed in two ways. First, they can inhale some of the small liquid droplets that are produced by Roundup® sprayers. Second, they can get Roundup® on their skin both from the droplet spray, and from leaks and spills when they handle the Roundup® solutions.

In Gerald Nelson's case, he was exposed both ways. Mr. Nelson used two types of Roundup® sprayers in his commercial landscaping businesses, and at his residences. Over 20 years in his commercial landscaping businesses, Mr. Nelson used 1-gallon hand pumped Roundup® sprayers, and backpack sprayers. He also used the hand sprayer to spray Roundup® at his residence over 26 years from 1988 to 2014.

Research has shown that both Roundup® skin contact and inhalation contribute to blood levels of glyphosate, the active ingredient in Roundup®. Several studies have measured the amounts of glyphosate deposited on the skin, and inhaled while spraying Roundup®.[1,2,3,4,5,6] The most recent study by Pierce et al. (2020) evaluated the individual contributions of inhalation and dermal exposures to urinary glyphosate levels following Roundup® application. These investigators found that both inhalation and dermal uptake contributed to urine levels of glyphosate.

## EMPLOYMENT HISTORY

The following is Gerald Nelson's employment history based on the Plaintiff Fact Sheet and his deposition on April 6 to 8, 2022.

---

[1] Moseley CL and Anderson K. 1985. *Health Hazard Evaluation Report*, *Report No. HETA-83-341-1557*, Cincinnati, OH: Hazards Evaluations and Technical Assistance Branch, National Institute for Occupational Safety and Health
[2] https://www.osha.gov/dts/sltc/methods/partial/t-pv2067-01-8911-ch/t-pv2067-01-8911-ch.pdf
[3] https://www.epa.gov/osa/ahetf-ahe400-completed-study
[4] Pierce JS, Roberts B, Kougias DG, Comerford CE, Riordan AS, Keeton KA, Reamer HA, et al. 2020. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®. *Inhalation Toxicology*, 32(8):354-367, doi: 10.1080/08958378.2020.1814457.
[5] Jauhiainen A, Räsänen K, Sarantila R, Nuutinen J & Kangas J. 1991. Occupational Exposure of Forest Workers to Glyphosate During Brush Saw Spraying Work. *American Industrial Hygiene Association Journal*, 52(2):61-64, doi: 0.1080/15298669191364334.
[6] Johnson PD, Rimmer DA, Garrod AN, Helps JE, Mawdsley C. 2005. Operator exposure when applying amenity herbicides by all-terrain vehicles and controlled droplet applicators. *The Annuals of Occupational Hygiene*, 49(1):25–32.

| Number | Name of Employer | City and State Where You Worked | Approximate Dates of Employment (Month/Year to Month/Year) | Occupation or Job Title | Job Duties |
|---|---|---|---|---|---|
| 1 | Charles T. Main | Boston, MA | ??/1987 to ??/1997 | Process Engineer, Mechanical Engineer | Desk Job |
| 2 | Nelson Landscaping | Norfolk, MA | ??/1997 to ??/2016 | Landscaper - self employed | Landscaping |

After graduating high school, Mr. Nelson worked at the Sandler Shoe Company, where he boxed shoes in the shipping room. After that, he went to went to Gabriel Electronics where he read a print operating machine. He next went to Factory Mutual, where he was a draftsperson, making repair plans for their piping and sprinkler systems. Then he went for one year as a student to Northeastern Institute Industrial Technology, and after that he hired on with a mechanical contractor, where he got his certification as an HVAC technician. After school, in the time frame of 1962 to 1964, he worked for Boston Filter Company. In these positions, he recalled being exposed to refrigerants and oils.[7] He then worked for Honeywell Corporation for two years, designing air-conditioning systems. Then he went to Digital Equipment Corporation where he had similar responsibilities. He was at Digital for three years, then he went to Charles T. Main where he was in the HVAC division in the pulp and paper division, where he did HVAC design. Mr. Nelson was in that position for four years, then he became a graphic arts engineer doing piping design, plumb placement, and tank design. He held this position for 19 years, until he was laid off. He started his landscaping business in 1997, which he operated until 2014.[8]

Mr. Nelson provided the Roundup® exposure history summarized in the following Table.

### ROUNDUP® AND RELATED PRODUCT COMMERCIAL USE SUMMARY

| Dates of Usage | Product Name (Please specify which products are Roundup®) | Frequency of Exposure | Usage | Type of Usage[1] (check all that apply): | Reason for Usage | Location of Exposure (City and State) |
|---|---|---|---|---|---|---|
| 1997 – 2016 | Roundup® Grass and Weed Killer | 3-4 days a week | Used both 1 gallon spray and used backup sprayer mixed with chemical | Residential: ☐ IT & O: ☑ Agricultural: ☐ | For Landscaping Company | Norfolk County, MA |
| 1997 – 2006 | Roundup® Prosecutor | Every few weeks- 3 to 4 days a week | Used both 1 gallon spray and used backup sprayer mixed with chemical | Residential: ☐ IT & O: ☑ Agricultural: ☐ | For Landscaping Company | Norfolk County, MA |

[1] Residential includes using the product on your lawn, garden, or place of residence. Industrial, Turf, and Ornamental ("IT&O") includes using the product in areas such as golf courses, nurseries, roadsides, or for turf management or landscaping. Agricultural includes using the product to assist with farming or harvesting crops.

---

[7] Deposition of Gerald Nelson, April 6 to 8, 2022, P 55, L 9.
[8] Deposition of Gerald Nelson, April 6 to 8, 2022, P 76, L 11.

In his landscaping business from 1997 to 2017, Mr. Nelson recalled that he used Roundup® 3 or 4 days a week.[9] As for the time he spent actually spraying Roundup®, that could have been as little as five to 10 minutes or as much as 30 to 40 minutes.[10] He used both the 1-gallon ready mixed product, and the 5-gallon containers of the Roundup® concentrate.[11] Mr. Nelson shifted his use from the pre-mixed Roundup® to the concentrated about two years after he started his landscaping business.[12] He used the concentrate in his backpack sprayer, in which he diluted 8 to 10 ounces of concentrate with 3 gallons of water.[13] He sprayed from late May or early June to October, for 3 to 4 months in the summer.[14] The concentrated product he used said Prosecutor on it, Mr. Nelson believed it was made by Monsanto.[15]

Mr. Nelson stated that in 2011 he sold his landscaping business to another landscaper.[16] He then stopped spraying Roundup® for about a year because the other landscaper handled the spraying.[17] He then worked in the business with his son, until 2017. He recalled that he slowed down using Roundup® but he did continue to use it until 2017.[18] The frequency of his Roundup® use was approximately 15 times a year from 2012 to 2017[19] for about the same time periods as it had been before (could have been as little as five to 10 minutes or as much as 30 to 40 minutes).

Mr. Nelson recalled that when he mixed Roundup® he wore heavy work clothes, a long sleeved shirt, gloves, waterproof work boots, and probably goggles from time to time or most of the time.[20] He also stated that he usually wore a mask.[21] Mr. Nelson stated that he took the same precautions when spraying Roundup®.[22]

When asked about instances when he got Roundup® on himself, Mr. Nelson stated that he washed his hands after every time he used Roundup® regardless of whether he got it on his skin or not.[23] He stated that he had no recollection of getting Roundup® on his skin.[24] Asked about any specific recollection of getting Roundup® on his clothing and sleeves or pants, Mr. Nelson recalled that there might be a very fine spray, and that once in a while he might get a splash-back

---

[9] Deposition of Gerald Nelson, April 6 to 8, 2022, P 82, L 18.
[10] Deposition of Gerald Nelson, April 6 to 8, 2022, P 83, L 10.
[11] Deposition of Gerald Nelson, April 6 to 8, 2022, P 85, L 12.
[12] Deposition of Gerald Nelson, April 6 to 8, 2022, P 92, L 14.
[13] Deposition of Gerald Nelson, April 6 to 8, 2022, P 97, L 13.
[14] Deposition of Gerald Nelson, April 6 to 8, 2022, P 88, L 14.
[15] Deposition of Gerald Nelson, April 6 to 8, 2022, P 90, L 11.
[16] Deposition of Gerald Nelson, April 6 to 8, 2022, P 120, L 17.
[17] Deposition of Gerald Nelson, April 6 to 8, 2022, P 121, L 22.
[18] Deposition of Gerald Nelson, April 6 to 8, 2022, P 122, L 13.
[19] Deposition of Gerald Nelson, April 6 to 8, 2022, P 125, L 13.
[20] Deposition of Gerald Nelson, April 6 to 8, 2022, P 132, L 13-24.
[21] Deposition of Gerald Nelson, April 6 to 8, 2022, P 132, L 16.
[22] Deposition of Gerald Nelson, April 6 to 8, 2022, P 133, L 3.
[23] Deposition of Gerald Nelson, April 6 to 8, 2022, P 102, L 1.
[24] Deposition of Gerald Nelson, April 6 to 8, 2022, P 135, L 10.

from filling the jug, but he usually wore loose fitting clothing, so he tried to keep it off his skin. He stated that there was a carryover of fine droplets that he thought went through things.[25] Discussing the back-splash of Roundup® liquid, Mr. Nelson stated that he had gloves on and to his knowledge, he never got Roundup® on his skin.[26] If he got at all wet, just a tad between his glove and his shirt, he would take his shirt sleeve up and go find a garden hose and wash it off immediately.[27] He estimated that happened maybe one half of one trillionth percent.[28]

### RESIDENTIAL USE OF ROUNDUP® AND RELATED PRODUCTS

Mr. Nelson's current address is 63 Myrtle Street, Norfolk, MA 02046. He has been at this address for approximately 30 years. He recalled that he started using Roundup® at this address as early as 1988 or 1989,[29] and that used it once every month or two[30] during the growing season (early June to October); he later stated that he used Roundup® once or twice a month[31] and that he sprayed to kill poison ivy a couple a times a month.[32] Mr. Nelson recalled using pre-mixed Roundup® at his residence.[33] He said that after 2014 he tried to stay away from using Roundup®.[34]

---

[25] Deposition of Gerald Nelson, April 6 to 8, 2022, P 237, L 10-23.
[26] Deposition of Gerald Nelson, April 6 to 8, 2022, P 238, L 22.
[27] Deposition of Gerald Nelson, April 6 to 8, 2022, P 239, L 11.
[28] Deposition of Gerald Nelson, April 6 to 8, 2022, P 239, L 14.
[29] Deposition of Gerald Nelson, April 6 to 8, 2022, P 93, L 2.
[30] Deposition of Gerald Nelson, April 6 to 8, 2022, P 93, L 12.
[31] Deposition of Gerald Nelson, April 6 to 8, 2022, P 94, L 3.
[32] Deposition of Gerald Nelson, April 6 to 8, 2022, P 50, L 9.
[33] Deposition of Gerald Nelson, April 6 to 8, 2022, P 50, L 13.
[34] Deposition of Gerald Nelson, April 6 to 8, 2022, P 79, L 6.

## ROUNDUP® AND RELATED PRODUCT USE SUMMARY

| Date of Use | Product Name | Frequency of Exposure | Usage | Type of Usage | Reason for Usage | Location |
|---|---|---|---|---|---|---|
| **Residential Use** | | | | | | |
| 1988 or 1989 – 2014 (26 seasons) | Roundup® Grass and Weed Killer and Prosecutor | Once or twice a month during growing season (June to October; 5 months) 5 to 10 minutes each time | Roundup® hand pump sprayer | Residential | To kill poison ivy | 63 Myrtle Street, Norfolk, MA |
| **Commercial Use** | | | | | | |
| 1997 – 2011 (15 seasons) | Roundup® Grass and Weed Killer and Prosecutor | Three to four days per week during growing season (June to October 5 months); 5 to 40 minutes each time | Roundup® hand sprayer; Backpack sprayer | Landscaping for residential clients | To control weeds | Multiple locations in Massachusetts |
| 2013 – 2017 (5 seasons) | Roundup® Grass and Weed Killer and Prosecutor | 15 times per year, 5 to 40 minutes each time | Roundup® hand sprayer; Backpack sprayer | Working in his son's landscaping business for residential clients | To control weeds | Multiple locations in Massachusetts |

## CUMULATIVE EXPOSURE DAYS

There are six epidemiologic studies that are frequently cited to address the possible association between use of glyphosate-based herbicides (such as Roundup®) and the development of non-Hodgkin's lymphoma (NHL). The primary authors of these studies are McDuffie (2001);[35] Eriksson (2008);[36] Andreotti (2018);[37] Leon (2019);[38] Zhang (2019);[39] and Pahwa (2019).[40]

---

[35] McDuffie HH, Pahwa P, McLaughlin JR, et al. 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticides and health. *Cancer Epidemiology, Biomarkers & Prevention*, 10(11):1155-1163.

[36] Eriksson M, Hardell L, Carlberg M, et al. 2008. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *International Journal of Cancer*, 123(7):1657 – 1663. doi: 10.1002/ijc.23589.

[37] Andreotti G, Koutros S, Hofmann JN, et al. 2018. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. *Journal of the National Cancer Institute*, 110(5):509-516. doi: 10.1093/jnci/djx233.

[38] Leon ME, Schinasi LH, Lebailly P, et al. 2019. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. *International Journal of Epidemiology*, 48(5):1519-1535. doi: 10.1093/ije/dyz017.

[39] Zhang L, Rana I, Shaffer RM, et al. 2019. Exposure to glyphosate based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. *Mutation Research/Reviews in Mutation Research*, 781:186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

[40] Pahwa M, Beane Freeman LE, Spinelli JJ, et al. 2019. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. *Scandinavian Journal of Work, Environment & Health*, 45(6):600-609. doi: 10.5271/sjweh.3830.

6

The investigators conducting these studies took several approaches to classifying glyphosate exposures among the study subjects. In two of these studies (Leon et al., and Zhang et al.), NHL rates were compared between workers who reported that they had ever used glyphosate-based herbicides with those who said they had never used them. The other four studies used information about the frequency and/or duration of the use of glyphosate-based herbicides to calculate an exposure metric known as "exposure days".

In the study by Eriksson et al., the cumulative lifetime Roundup® exposure days was calculated by multiplying the total number of seasons (years) each subject used Roundup®, by the number of days she/he used Roundup® each season. This value was then multiplied by the reported amount of time she/he used Roundup® each day, yielding the total number of hours she/he used Roundup®. This value was then divided by 8 (hours per day) for the total exposure days over each subject's lifetime. This is a conservative, **time-weighted estimate of lifetime exposure**, as it weights the exposure by the number of hours the subject actually used Roundup® each day.

The other studies (McDuffie et al., Pahwa et al., and Andreotti et al.) counted the number of days per year the herbicide was used, regardless of how many hours the herbicide was used each day. In effect then, each day of herbicide use counted the same, so the estimate of cumulative lifetime exposure is **non time-weighted** by that actual exposure time each day.

I have used both the **time-weighted and the non time-weighted** approaches to estimate Mr. Nelson's lifetime cumulative exposure to glyphosate-based herbicides. Based upon his reported years of Roundup® use, I determined the total number of seasons (years) Mr. Nelson used Roundup®, and the number of days he used Roundup® each season. For estimating his **time-weighted exposure**, I then took the value he reported for the amount of time he used Roundup® each day and multiplied to get the total number of hours he used Roundup® over his lifetime. In some cases, he had specific recollection of the amount of time he used Roundup® each day, for example once or twice a month during growing season (June to October; 5 months) 5 to 10 minutes each time he used Roundup® at his home at 63 Myrtle Street, Norfolk, Massachusetts. In other cases, his Roundup® use could vary widely between days, for example in his landscaping business. For these, I used a range of values for his daily Roundup® use, 5 minutes, 25 minutes, or 40 minutes (0.08, 0.38, 0.67 hours) to capture the minimum, maximum, and midpoint of the duration of Roundup® use each day. These values are the basis for his calculated minimum, maximum, and midpoint values for his **lifetime eight-hour, time-weighted exposure days**. Details of these calculations are included in the Attachment.

| Product Used | Dates & Number of Seasons | Time Period | Days Used per Season | Hours Used per Day | Total Hours Lifetime | Minimum Exposure Days (8 hrs/day) | Maximum Exposure Days (8 hrs/day) | Midpoint Exposure Days (8 hrs/day) |
|---|---|---|---|---|---|---|---|---|
| Residential Roundup® Grass and Weed Killer and Prosecutor | 1988 or 1989 – 2014 (26 seasons) | June – October; (5 months) 5 to 40 minutes each time | 5 | 0.08 | 10.4 | 1.3 | | |
| | | | 7.5 | 0.38 | 74.1 | | | 9.3 |
| | | | 10 | 0.67 | 174.2 | | 21.8 | |
| **Commercial Landscaping** | | | | | | | | |
| Commercial landscape business Roundup® Grass and Weed Killer and Prosecutor | 1997 – 2011 (15 seasons) | June – October (5 months) 5 to 40 minutes each time | 70 | 0.08 | 84 | 10.5 | | |
| | | | 70 | 0.38 | 399 | | | 49.9 |
| | | | 70 | 0.67 | 703.5 | | 87.9 | |
| Commercial landscape business with son Roundup® Grass and Weed Killer and Prosecutor | 2013 – 2017 (5 seasons) | June – October (5 months) 5 to 40 minutes each time | 15 | 0.08 | 6 | 0.75 | | |
| | | | | 0.38 | 28.5 | | | 3.6 |
| | | | | 0.67 | 50.2 | | 6.3 | |

For calculating Mr. Nelson's **non time-weighted cumulative lifetime exposure**, I followed the same approach, but the weighting by the number of hours per day was omitted. In effect, each day of exposure counts the same, regardless of the actual duration of time he used Roundup® each day. Details of these calculations are included in the Attachment.

| Product Used | Dates & Number of Seasons | Time Period | Days Used per Season | Minimum Non Time-weighted Exposure Days (any duration per day) | Maximum Non Time-weighted Exposure Days (any duration per day) | Midpoint Non Time-weighted Exposure Days (any duration per day) |
|---|---|---|---|---|---|---|
| Residential Roundup® Grass and Weed Killer and Prosecutor | 1988 or 1989 – 2014 (26 seasons) | June to October; (5 months) | 5 | 130 | | |
| | | | 7.5 | | | 195 |
| | | | 10 | | 260 | |
| **Commercial Landscaping** | | | | | | |
| Commercial landscape business Roundup® Grass and Weed Killer and Prosecutor | 1997 – 2011 (15 seasons) | June – October (5 months) | 70 | 1,050 | | |
| | | | 70 | | | 1,050 |
| | | | 70 | | 1,050 | |
| Commercial landscape business with son Roundup® Grass and Weed Killer and Prosecutor | 2013 – 2017 (5 seasons) | June – October (5 months) | 15 | 75 | | |
| | | | | | | 75 |
| | | | | | 75 | |

8

## SUMMARY AND CONCLUSIONS

For Mr. Nelson's residential use of Roundup® Grass and Weed Killer, from 1988-2014, his **lifetime midpoint eight-hour, time-weighted lifetime midpoint exposure days estimate** is 9.3, minimum 1.3; maximum 21.8.

For his use of Roundup® products in his landscaping business from 1984 – 2017, I estimate his **lifetime eight-hour, time-weighted exposure days** at a minimum of 11.25 eight-hour, time-weighted exposure days if he used Roundup® products 5 minutes each day. His maximum lifetime eight-hour, time-weighted exposure days would be 94.2 exposure days if he used Roundup® products 40 minutes each day. His midpoint value/mean is 56.2 exposure days, corresponding to 25 minutes of Roundup® product use each day. **Total exposure days including residential and commercial use would be 12.6 minimum; 116 maximum; midpoint value 62.7 lifetime eight-hour, time-weighted exposure days.**

For Mr. Nelson's **non time-weighted lifetime Roundup® exposures**, his total residential exposure is 130 non time-weighted exposure days minimum; 260 non time-weighted exposure days maximum; 195 non time-weighted exposure days midpoint. His commercial lifetime exposure is 1,125 non time-weighted exposure days. **Total lifetime non time-weighted Roundup® exposure days including residential and commercial use is 1,255 minimum; 1,385 maximum; 1,320 midpoint.** .

Roundup® and related products were the predominant chemicals Mr. Nelson used in his employment, and at his residence. In Mr. Nelson's employment outside his landscaping business: he worked at the Sandler Shoe Company, Gabriel Electronics, Factory Mutual, he went for one year as a student to Northeastern Institute Industrial Technology, at Boston Filter Company, Honeywell Corporation, Digital Equipment Corporation, then he went to Charles T. Main. The only chemical use Mr. Nelson recalled was exposure to refrigerants and oils at Boston Filter Company. Mr. Nelson did not report any chemical use for these other jobs, and he only reported using Roundup® at his residence and landscaping business.

*[signature]*

Robert F. Herrick, M.S., Sc.D., CIH, FAIHA
Principal Scientist

Attachment – Exposure Calculation Template

9

EXPOSURE BREAKDOWN

| Location | Year | Total Seasons | Days Used Per Season | Time Treated Each Day (hrs) | Total Hours | Total Exposure Days Lifetime | Activity |
|---|---|---|---|---|---|---|---|
| RESIDENCE 63 Myrtle St Norfolk MA | 1988-2014 | 26 | 5 | 0.08 | 10.4 | 1.3 | Used Roundup® 5 minutes (0.08 hrs) per day |
| | 1988-2014 | 26 | 7.5 | 0.38 | 74.1 | 9.2625 | Used Roundup® 22.5 minutes (0.38 hrs) per day |
| | 1988-2014 | 26 | 10 | 0.67 | 174.2 | 21.775 | Used Roundup® 40 minutes (0.67 hrs) per day |
| COMMERCIAL Landscaping Business | 1997-2011 | 15 | 70 | 0.08 | 84 | 10.5 | Used Roundup® 3.5 days per week for 20 weeks each seas for 5 minute each time |
| | | 15 | 70 | 0.38 | 399 | 49.875 | Used Roundup® 3.5 days per week for 20 weeks each seas for 22.5 minutes each time |
| | | 15 | 70 | 0.67 | 703.5 | 87.9375 | Used Roundup® 3.5 days per week for 20 weeks each seas for 40 minutes each time |
| COMMERCIAL Landscaping Business (w/son) | 2013-2017 | 5 | 15 | 0.08 | 6 | 0.75 | Used Roundup® 15 days per season for 5 minutes each tim |
| | | 5 | 15 | 0.38 | 28.5 | 3.5625 | Used Roundup® 15 days per season for 22.5 minutes each time |
| | | 5 | 15 | 0.67 | 50.25 | 6.28125 | Used Roundup® 15 days per season for 40 minutes each ti |
| | | | | | | 11.25 | Total comml min |
| | | | | | | 56.15625 | Total comml mid |
| | | | | | | 94.21875 | Total comml max |

| | | |
|---|---|---|
| Used Roundup® 5 minutes per day 5 times per season at residence; 5 minutes each time in landscaping business | 12.55 | MINIMUM TOTAL EXPOSURE DAYS LIFETIME (RES + COMML) |
| Used Roundup® 22.5 minutes per day 7.5 times per season at residence; 22.5 minutes each time in landscaping business | 62.7 | MIDPOINT TOTAL EXPOSURE DAYS LIFETIME (RES + COMML) |
| Used Roundup® 40 minutes per day 10 times per season at residence; 40 minutes each time in landscaping business | 115.99375 | MAXIMUM TOTAL EXPOSURE DAYS LIFETIME (RES + COMML) |