# EXHIBIT G

## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| **BARNSTABLE, SS** | **SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT** |

TIMOTHY CONSTANTINE,  )
    Plaintiff,  )
                            )  Civil Action No. 1972CV00277
v.  )
                            )
MONSANTO COMPANY, *et al.*,  )
    Defendants.  )

*[Handwritten note:]* After hearing, this motion is denied w/o prejudice. The defendant may lodge an objection when the relevant opinions are attempted to be elicited at trial. *[Signature]* 10-25-22

### MONSANTO COMPANY'S MOTION TO EXCLUDE OPINIONS OF DR. WILLIAM SAWYER

Plaintiff designated Dr. William R. Sawyer as a toxicology expert. Dr. Sawyer also seeks to offer opinions on what he characterizes as "general causation," on specific causation, and on a variety of other topics. Dr. Sawyer's opinions on general and specific causation should be excluded because he is not qualified to offer these opinions and he did not follow any valid methodology in reaching them. Moreover, Dr. Sawyer's opinions are based on data that is universally considered to be inadequate for scientific analysis. Further, Dr. Sawyer's opinion that minute, trace chemicals in Roundup can cause or contribute to cancer is based solely on assertions that those chemicals have been associated with cancer *at much higher doses*. Finally, Dr. Sawyer seeks to offer opinions regarding Monsanto company documents and regulatory duties, which are clearly beyond his area of expertise and beyond the realm of proper expert testimony.