David Bricker, Esq., State Bar No. 158896
**THORNTON LAW FIRM, LLP**
9430 W. Olympic Blvd., Suite 400
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile:  (310) 388-5316

Evan R. Hoffman, Esq. (Pro Hac Vice)
**THORNTON LAW FIRM, LLP**
201 Columbine Street, Suite 300
Denver, Colorado 80206
Telephone: (800) 431-4600
Facsimile:  (617) 720-2445

*Attorneys for Plaintiffs,
Richard Canning and Shirley Canning,
Gerald Nelson and Lynn Nelson, and
Robert Cotter and Darya Cotter*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC |
| *Richard Canning, et al. v. Monsanto Co.,* Case No. 3:19-cv-04230-VC <br><br> *Gerald Nelson, et al. v. Monsanto Co.,* Case No. 3:19-cv-04576-VC <br><br> *Robert Cotter, et al. v. Monsanto Co.,* Case No. 3:20-cv-03108-VC | **DECLARATION OF DAVID BRICKER, ESQ., IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. ROBERT F. HERRICK** <br><br> Filed Concurrently With: Plaintiff's Response to Motion to Exclude Testimony of Dr. Robert Herrick |

1
Declaration of David Bricker, Esq., in Support of Plaintiffs' Response to Defendant's Motion to Exclude Testimony of Dr. Robert Herrick

### DECLARATION OF DAVID BRICKER, ESQ.

I, David Bricker, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California and before this Honorable Court and am counsel of record for Plaintiffs in the above-entitled actions. The foregoing and hereafter stated facts are within my personal knowledge and, if called as a witness in this matter, I could and would competently testify thereto.

2. Filed concurrently herewith as Exhibit "A" is a true and correct copy of Dr. Robert Herrick's Curriculum Vitae. Filed concurrently herewith as Exhibit "B" is a true and correct copy of Defendant's Deposition of Robert Herrick in the Cotter case conducted on September 6, 2022. Filed concurrently herewith as Exhibit "C" is a true and correct copy of Defendant's Deposition of Robert Herrick in the Canning and Nelson cases conducted on October 23, 2023. Filed concurrently herewith as Exhibit "D" is a true and correct copy of Dr. Herrick's Exposure Report for Mr. Canning dated July 14, 2022. Filed concurrently herewith as Exhibit "E" is a true and correct copy of Dr. Herrick's Exposure Report for Mr. Cotter dated August 23, 2023. Filed concurrently herewith as Exhibit "F" is a true and correct copy of Dr. Herrick's Exposure Report for Mr. Nelson dated July 14, 2022. Filed concurrently herewith as Exhibit "G" is a true and correct copy of the Barnstable County Massachusetts Superior Court's handwritten order on a motion to exclude expert testimony in *Constantine v. Monsanto Company*. Filed concurrently herewith as Exhibit "H" is a true and correct copy of Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L, Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A MetaAnalysis and Supporting Evidence, Mutation Research-Reviews in Mutation Research (2019), https://doi.org/10.1016/j.mrrev.2019.02.001. Filed

concurrently herewith as Exhibit "I" is a true and correct copy of Glyphosate Use and Cancer Incidence in the Agricultural Health Study, by Gabriella Andreotti et al.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed this 8th day of January, 2024, at Beverly Hills, California.

                                                 */s/ David Bricker*
                                                 David Bricker

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action; I am employed by Thornton Law Firm, LLP, in the County of Los Angeles at 9595 Wilshire Boulevard, Suite 900, Beverly Hills, California 90212.

On January 8, 2024, I served the foregoing document(s) described as:

**DECLARATION OF DAVID BRICKER, ESQ., IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. D. BARRY BOYD**

on the interested parties in this action by:

[X] By CM/ECF: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

[X] (Federal) I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the above is true and correct.

Executed on January 8, 2024, at Beverly Hills, California.

By:__/s/ David Bricker_____
David Bricker