**NACHAWATI LAW GROUP**
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
ghenderson@ntrial.com
ewood@ntrial.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **DECLARATION OF GIBBS C. HENDERSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S SPECIFIC CAUSE EXPERT DR. MARC BRAUNSTEIN AND FOR SUMMARY JUDGMENT** |
| Angelo Bulone v. Monsanto Co., Case No. 3:20-cv-03719 | |

**DECLARATION OF GIBBS C. HENDERSON**

I, Gibbs C. Henderson, declare as follows:

1.      I am an attorney at law admitted *pro hac vice* in the above-entitled case to practice before the Northern District of California.  I am an attorney with the law firm Nachawati Law Group, counsel of record for Plaintiff Angelo Bulone in the above-referenced action.  I am over eighteen years of age and fully competent to make this Declaration in Support of Plaintiff's Response to Monsanto's Motion to Exclude Testimony of Plaintiff's Specific Cause Expert Dr. Marc Braunstein and for Summary Judgment.  Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to

DECLARATION IN SUPPORT OF PLF'S RESPONSE TO DEF'S MOTION EXCLUDE TESTIMONY OF DR. MARC BRAUNSTEIN AND FOR SUMARY JUDGMENT
Case No. 3:16-MD-02741-VC

1

the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Report of Dr. Marc Braunstein, dated Oct. 23, 2023.

3. Attached hereto as Exhibit B is a true and correct copy of the Deposition Transcript of Dr. Marc Braunstein, dated Oct. 24, 2023.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed January 8, 2024, at Dallas, Texas.

Gibbs C. Henderson

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, a true and correct copy of Declaration of Gibbs C. Henderson in Support of Plaintiff's Response to Monsanto's Motion to Exclude Testimony of Plaintiff's Specific Causation Expert Dr. Marc Braunstein and for Summary Judgment, was served on all counsel of record via email.

By: */s/Gibbs C. Henderson*
Attorney for Plaintiff

DECLARATION IN SUPPORT OF PLF'S RESPONSE TO DEF'S MOTION EXCLUDE TESTIMONY OF DR. MARC BRAUNSTEIN AND FOR SUMARY JUDGMENT
Case No. 3:16-MD-02741-VC

2