```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS      MDL NO. 2741
     LIABILITY LITIGATION
 5                                CASE NO. MDL NO.
                                  3:16-MD-02741-VC
 6
     This document relates to:
 7
     ANGELO BULONE VS. MONSANTO
 8   COMPANY

 9   CASE NO. 3:20-CV-03719-VC

10

11

12
     VIDEOTAPED DEPOSITION OF MARC J. BRAUNSTEIN, M.D.
13
     _____
14

15   DATE TAKEN: October 24th, 2023

16   TIME BEGAN: 9:27 a.m. Eastern

17   TIME ENDED: 11:08 a.m. Eastern

18   LOCATION: (Via videoconference)

19

20

21

22

23   REPORTED BY:   Anthony C. DiMartino, CSR
                    Golkow Litigation Services
24

25
```

```
 1    APPEARANCES:

 2
      FEARS NACHAWATI, PLLC
 3    BY: GIBBS HENDERSON, ESQUIRE
      5489 Blair Road
 4    Dallas, Texas 75231
      214-890-0711
 5    ghenderson@ntrial.com
      (Via videoconference)
 6    Representing the Plaintiff

 7
      NELSON, MULLINS, RILEY & SCARBOROUGH LLP
 8    BY: HEATHER M. FIELDS, ESQUIRE
      901 East Byrd Street
 9    Suite 1650
      Richmond, VA 23219
10    804.533.2900
      heather.fields@nelsonmullins.com
11    (Via videoconference)
      Representing the Defendant
12
      Also Present: Maddie Howell, videographer
13    (Via videoconference)

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   opinions?
 2       A.  I reviewed his medical records and his
 3   deposition and looked at all of his other potential
 4   either exposures or comorbidities and then did a -
 5   sort of a differential diagnosis to rule in or rule
 6   out potential factors that may have contributed to
 7   his CLL.
 8       Q.  Let's talk a little bit about the risk
 9   factors for CLL.  What are the current known risk
10   factors for CLL?
11       A.  So there are risk factors in general that
12   we mentioned.  I mean, in terms of age, you know,
13   race.  There's geography.  There are certain genetic
14   regions where CLL or non-Hodgkin lymphoma in general
15   is more common.
16           Those would be the main risk factors that
17   I'm aware of.
18       Q.  Okay.  And on page 6 of your report which I
19   will put up on the screen you include a section --
20   actually, it starts on page 5.
21           The paragraph reads that, "The etiology of
22   lymphoma includes a heterogenetic risk factor by
23   subtype.  Recognized risk factors for the
24   development of NHL include age over 65, male gender,
25   white ethnicity, obesity, geographic location,
```

 1   inherited or acquired immunodeficiency, certain

 2   autoimmune disorders, specific infections including

 3   HIV, prior chemotherapy, certain medications such as

 4   immunosuppressants, occupational or environmental

 5   exposure such as benzine, tobacco smoke, radiation

 6   exposure and a family history of hematological

 7   malignancy.  Is that accurate?

 8        A.   Yes.

 9        Q.   So taking those one by one the first one is

10   age beginning at age 65, correct?

11        A.   Yes.

12        Q.   And Mr. Bulone was not 65 when he was

13   diagnosed, correct?

14        A.   No.  He was younger.

15        Q.   But Mr. Bulone is male, correct?

16        A.   Yes.

17        Q.   So his gender puts him at higher risk,

18   correct?

19        A.   Yes.

20        Q.   And Mr. Bulone is Caucasian, correct?

21        A.   Yes.

22        Q.   So his ethnicity puts him at higher risk,

23   correct?

24        A.   Yes.  Or at least more you know, within the

25   demographic spectrum in which CLL is more common.

```
 1        A.   I believe so, yes.
 2        Q.   And benzine is a group one carcinogen
 3   according to IARC, correct?
 4        A.   Yes.
 5        Q.   And benzine exposure is a risk factor that
 6   could have contributed to Mr. Bulone's NHL, correct?
 7        A.   Possible.
 8        Q.   And you're aware Mr. Bulone had exposure to
 9   benzine through the jet fuel that he interacted with
10   as part of his work in the U.S. Navy?
11        A.   Yes, I'm aware that he had exposure.
12        Q.   And you're aware that he testified that he
13   was exposed to jet fuel for four years while he was
14   in the Navy?
15        A.   Yes.
16        Q.   And did you calculate an absorbed dose of
17   benzine in this case?
18        A.   No.
19        Q.   And to your knowledge has any expert
20   calculated an absorbed dose of benzine in this case?
21        A.   No.
22        Q.   So did you consider this exposure in terms
23   of formulating your opinion?
24        A.   Yes.
25        Q.   And do you believe that benzine was a
```

```
 1   criteria.
 2       Q.  Do you know the internal dose of glyphosate
 3   needed to increase the risk of NHL?
 4       A.  I do not.
 5       Q.  And you did not calculate an internal dose
 6   of glyphosate for Mr. Bulone, did you?
 7       A.  That's correct.
 8       Q.  I believe that as you just testified --
 9   actually, let me start again.
10           Do you agree that the risk factors that we
11   discussed earlier - race, age, gender, family
12   history, smoking exposure to benzine and other
13   factors - could be substantial contributing factors
14   to Mr. Bulone's NHL?
15       A.  I mean, they could be associated with
16   increased risk of NHL.
17       Q.  And are these risk factors well accepted in
18   the oncology community?
19       A.  Certainly age and race and perhaps
20   geography are.
21       Q.  And can you quantify the percentage of
22   contribution that each risk factor has made to
23   causing his CLL?
24       A.  I cannot.
25       Q.  Can you rank them in terms of their
```

```
1     CERTIFICATION:

2     STATE OF NEW YORK

3     COUNTY OF ONTARIO

4          I, ANTHONY C. DiMARTINO, C.S.R. the officer

5     before whom the foregoing deposition was taken, do

6     hereby certify that the witness whose testimony

7     appears in the foregoing deposition was duly sworn

8     by me.

9          I further certify that the testimony of said

10    witness was taken by me in Stenotype and thereafter

11    reduced to typewriting under my supervision.

12         I further certify that the said deposition

13    constitutes a true record of the testimony given by

14    said witness to the best of my ability.

15         I further certify that the said deposition was

16    taken before me at the time and place specified in

17    the notice.

18         I further certify that I am neither counsel

19    for, related to, nor employed by any of the parties

20    to the action in which this deposition was taken,

21    nor financially or otherwise interested in the

22    outcome of the action.

23

24                    *Anthony C. D. Martino*

25                    Anthony C. DiMartino, C.S.R.
```