**NACHAWATI LAW GROUP**
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
Gibbs C. Henderson
Illinois Bar No.: 6314687
Texas Bar No.: 24041084
*Pro Hac Vice*
Erin M. Wood
Texas Bar No.: 24073064
*Pro Hac Vice*
ghenderson@ntrial.com
ewood@ntrial.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Angelo Bulone v. Monsanto Co.,*<br>Case No. 3:20-cv-03719 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. RICHARD DEGRANDCHAMP**<br><br>Hearing:<br>Date: March 1, 2024<br>Time: 10:00am<br>Place: San Francisco, Courthouse<br>Courtroom 4 -17th Floor |

### DECLARATION OF GIBBS C. HENDERSON

I, Gibbs C. Henderson, declare as follows:

1. I am an attorney at law admitted *pro hac vice* in the above-entitled case to practice before the Northern District of California. I am an attorney with the law firm Nachawati Law Group, counsel of record for Plaintiff Angelo Bulone in the above-referenced action. I am over eighteen

DECLARATION IN SUPPORT OF PLTF'S RESP TO DEF'S MOTION EXCLUDE TESTIMONY OF DR. RICHARD DEGRANDCHAMP
Case No. 3:16-MD-02741-VC

1

years of age and am fully competent to make this Declaration in Support of Plaintiff's Response to Monsanto's Motion to Exclude Testimony of Dr. Richard DeGrandchamp. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Curriculum Vitae of Dr. Richard L. DeGrandchamp.

3. Attached hereto as Exhibit B is a true and correct copy of the Roundup Expert Report of Richard L. DeGrandchamp, Ph.D.

4. Attached hereto as Exhibit C is a true and correct copy of the Roundup Supplemental Opinions and Reliance Materials of Dr. Richard L. DeGrandchamp.

5. Attached hereto as Exhibit D is a true and correct copy of the Trial Transcript in *Durnell v. Monsanto*, dated October 11, 2023.

6. Attached hereto as Exhibit E is a true and correct copy of the Deposition Transcript of Dr. Richard DeGrandchamp, dated July 8, 2022.

7. Attached hereto as Exhibit F is a true and correct copy of the Report of Dr. Marc Braunstein, dated Oct. 23, 2023.

8. Attached hereto as Exhibit G is a true and correct copy of the Deposition Transcript of Dr. Richard DeGrandchamp, dated March 24, 2022.

9. Attached hereto as Exhibit H is a true and correct copy of the Pre-Trial Hearing Transcript in Allegrezza, dated Aug. 29, 2023.

10. Attached hereto as Exhibit I is a true and correct copy of the IARC *Monographs* Preamble (2019).

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed January 8, 2024, at Dallas, Texas.

---
Gibbs C. Henderson

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, a true and correct copy of Declaration of Gibbs C. Henderson in Support of Plaintiff's Response to Monsanto's Motion to Exclude Testimony of Dr. Richard DeGrandchamp, was served on all counsel of record via email.

By: */s/Gibbs C. Henderson*
Attorney for Plaintiff

DECLARATION IN SUPPORT OF PLTF'S RESP TO DEF'S MOTION EXCLUDE TESTIMONY OF DR. RICHARD DEGRANDCHAMP
Case No. 3:16-MD-02741-VC

3