# EXHIBIT A

Dr. Richard L. DeGrandchamp



# *Scientia Veritas, L.L.P.*

*5910 Northwood Drive Evergreen, CO 80439*
*Healthcare: (303) 674-3732*
*Toxicology/Risk Assessment: (303) 674-8751*
*Mobile: 720-935-3424*
*Email: richard.degrandchamp@ucdenver.edu*

---

### DR. RICHARD L. DEGRANDCHAMP
*President and Principal Toxicologist*

---

### EDUCATION

University of Colorado Medical School, Department of Physiology, National Institutes of Health Postdoctoral Fellow, 1988-1991

Rutgers University School of Pharmacy and Toxicology, Rutgers Postdoctoral Fellow, 1986-1988

Cornell University Medical School, Department of Pharmacology, Research Associate, 1987-1988

University of Michigan, School of Public Health, Ph.D., Toxicology, 1986

Eastern Michigan University, B.S., Biochemistry, 1978

### ACADEMIC APPOINTMENTS

University of Colorado Medical School, University of Colorado Denver/Anschutz Medical Campus, Graduate Program Faculty (2006-Current)

      Courses: Environmental Risk Assessment

              Environmental Epidemiology

              Toxicology

University of Colorado Medical School, School of Pharmacy, Adjoint Assistant Professor

      Courses: Risk Assessment

              Toxicology (May 1998-2009)

Naval Civil Engineer Corps Officers School, Port Hueneme, California

      Courses: Human Health Risk Assessment and Management (1996-2002)

              Environmental Statistics (1996-2002)

### PROFESSIONAL POSITIONS

**Scientia Veritas, L.L.P.**
Evergreen, Colorado
President and Principal Toxicologist
March 1997-Current

**Terranext**
Lakewood, Colorado
Corporate Director of Medical Toxicology and Health Sciences and Principal Toxicologist
November 1996-March 1997

**GeoTrans Inc.**
Boulder, Colorado
Director of Toxicology and Risk Assessment and Principal Toxicologist
February 1996-November 1996

**PRC Environmental Management Inc.**
Denver, Colorado
Toxicology and Atmospheric Science Discipline Leader and Principal Toxicologist
February 1992-November 1995

**PTI Inc.**
Boulder, Colorado
Senior Toxicologist
May 1991-February 1992

**EPA Neurotoxicology Division**
Research Triangle Park, North Carolina
Consulting Toxicologist
1984-1986

**University of Michigan School of Public Health, Department of Industrial and Environmental Health**
Ann Arbor, Michigan
Consulting Toxicologist and Research Assistant
1980-1986

**University of Michigan School of Public Health, Department of Water Quality**
Ann Arbor, Michigan
1978-1980
Research Assistant

## PROFESSIONAL SOCIETIES/ASSOCIATIONS

Society of Toxicology
Society for Risk Analysis
Society of Environmental Toxicology and Chemistry
American Society for the Advancement of Science
American Chemical Society

## PROFESSIONAL EXPERIENCE

### OVERVIEW

Dr. Richard DeGrandchamp has been a practicing toxicologist for 34 years. During this time, he has served in the U.S. Department of Justice's (DOJ) Expert Witness Unit and testified in numerous high-profile trials involving environmental contamination in which the judgment awards totaled more than $20 billion. Dr. DeGrandchamp provides expert witness testimony to DOJ on risk assessment, chemical injury, and toxicology. He has also testified a toxicologist expert witness in numerous toxic tort lawsuits that focused on cancer-causing environmental pollutants. He has held a faculty appointment in the Graduate Faculty Program at the University of Colorado Denver/Anschutz Medical Campus for more than 5 years. Dr. DeGrandchamp has served on numerous scientific review panels and has been a toxicological consultant for the U.S. Environmental Protection Agency (U.S. EPA); Department of the Navy (DON); Department of Energy (DOE); Department of Defense (DOD); Navy Bureau of Medicine; U.S. Department of Justice: National Institute for Occupational Safety and Health; National Institute for Occupational Safety and many state health agencies.

He has conducted or directed more than 300 toxicological assessments and human health risk assessments regulated under the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA; Superfund); Resource Conservation and Recovery Act (RCRA); and Underground Storage Tank (UST) programs. He has been the lead negotiator in over 150 regulatory meetings and provides expert toxicological support, as well as expert witness testimony, on all issues related to toxic chemical exposure. Dr. DeGrandchamp has provided expert toxicological legal support in the private sector and U.S EPA Regions 3, 5 and 8 in environmental cases involving RCRA and CERCLA hazardous sites. He has been a member of numerous expert scientific panels and authored many risk assessment, statistical, and toxicological guidance documents for U.S. EPA and DOD.

Dr. DeGrandchamp also serves as a forensic toxicologist in medical malpractice matters, providing assessments of toxicokinetics and pharmacological mechanisms of absorption, distribution, metabolism, and elimination of drugs.

**DR. DEGRANDCHAMP HAS BEEN RETAINED BY THE FOLLOWING GOVERNMENTAL AGENCIES TO PROVIDE TOXICOLOGICAL/RISK ASSESSMENT EXPERTISE**

Federal Agencies:

- U.S. EPA Headquarters
- U.S. U.S. Department of Justice, Environment and Natural Resources Division
- U.S. National Institute for Occupational Safety and Health
- U.S. EPA Regions 3 and 8
- U.S. Navy Bureau of Medicine
- U.S. Department of the Air Force
- U.S. Department of Navy
- U.S. Department of Navy Civil Engineering School (CECOS) Risk Assessment/Policy Development)
- U.S. Department of Navy, JAG Corps (Litigation Matters)

State and Local Agencies:

- City of Seattle`
- City of San Diego
- State of Ohio
- State of Oregon
- State of Michigan
- State of Colorado
- Washington D.C.

**FACULTY APPOINTMENTS**

Dr. DeGrandchamp has held a graduate faculty appointment at the University of Colorado Denver/Anschutz Medical Campus for 16 years. He is the course director for three courses: *Human Health Risk Assessment, Toxicology, and Environmental Epidemiology.*

Dr. DeGrandchamp has taught human health risk assessment and toxicology courses at the University of Colorado Medical School, School of Pharmacy, where he was responsible for training students in the Ph.D. Toxicology Program.

Dr. DeGrandchamp was a faculty member and instructor at the Naval Civil Engineering Corps Officers School (CECOS), Port Hueneme, California. He developed the first courses for human health risk assessment, toxicology, and risk management for the Navy Environmental Restoration Program.

Dr. DeGrandchamp has developed and taught workshop courses on toxicology/human health physicians, and industrial hygienists at the Navy Environmental Health Center (NEHC) for the Navy Bureau of Medicine, in Norfolk, Virginia.

Dr. DeGrandchamp has instructed many U.S. EPA CERCLA and RCRA personnel, and Navy project managers, in the practice and application of risk assessment, statistics, and toxicology at petroleum-contaminated sites.

RECENT EXPERT WITNESS TESTIMONY

**Deposition Testimony**

2015: Helen Briggs et al. v. Freeport-McMoran et al. (Case No. Civ-13-1157-M)
2015: Dublin et al. v. Monsanto Co. et al. (Case No. 10SL-CC03822-01)
2015: Carter et al. v. Monsanto Co. et al. (Cause No. BC484608)
2015: Dublin et al. v. Monsanto Co. et al. (Cause No.10SL-CC0322-01)
2016: Dauber et al. v. Monsanto Co. et al. (Cause No. BC483342)
2016: Walker et al. v. Monsanto Co. et al. (Cause No. 1122-CC-9621-01)
2018: City of Hartford et al. v. Monsanto Co. et al. (Case No. #:15-CV-01544)
2019: San Diego Unified Port District and the City of San Diego v. Monsanto Company, et al. (Case No. 3:15-CV-00578-WQH-AGS)
2019: City of Spokane v. Monsanto Company et al. (Case No. 15-CV-00201-SMJ)
2020: Kerry L. Erickson, et al., v. Monsanto Company, et al. (Cause No. 18-2-11915-4 SEA)
2021: Angela M. Bard, et al., v. Monsanto Company, et al (Cause No. 18-2-00001-7 SEA)
2023: Neal Frank, v. Monsanto Company, et al. (Case No. D-101-CV-2021-00481)
2022: Evard, et al. v. Monsanto Company, et al. (Case No. 2019-L-011574)
2022: City of Seattle v. Monsanto Company (Case No. 2:16-CV-00107-RAJ)
2022: Alesi, et al., v. Monsanto Company (Case No. 19SL-CC03617)
2022: Brent Nix, et al. v. Chemours Company et al. (Civil Action No. 7:17-CV-00189-D)
2022: Alisha Finney v. Chaves County and Hector Ramirez (Cause No. D-504-CV-2020-00370)
2022: David Back et al., v. Bayer Cropscience LP, et al. (Cause No.: 18SL-CC03530)
2022: Stacy R. Mullen-Deland et al. v. Pharmacia LLC,(King County Superior Court No. 21-2-14303-9SEA)
2022: Melford Berns v. Monsanto Company et al. (Cause No. 1922-CC11326)
2023: William M. August And Linda August v. Monsanto Company et al. (Cause No. 1CCV-20-0001623)
2023: Peters v. Monsanto Company (Civil No. 1CCV-20-0001630 JMT)

**Recent Trial Testimony**

2015: Dublin et al. v. Monsanto Co. et al. (Cause No. 10SL-CC03822-01)
2016: Dauber et al. v. Monsanto Co. et al. (Case No. BC483342)
2016: Brownlee et al. v. Monsanto Co. et al. (Cause No. BC497582)
2016: Walker et al. v. Monsanto Co. et al. (Cause No. 1122-CC-9621-01)
2021: Kerry L. Erickson, et al., v. Monsanto Company, et al., (Cause No. 18-2-11915-4 SEA)
2021: Angela M. Bard, et. al., v. Monsanto Company et al. (Cause No. 18-2-00001-7 SEA)
2022: Buetler et. al., v. Monsanto Company et al. (No. 21-2-14302-1 SEA)
2022: Soley, et al. v. Pharmacia LLC, (King County Superior Court No. 18-2-23255-4 SEA, No. 21-2-14302-1 SEA)

2023: Stacy R. Mullen-Deland et al. v. Pharmacia LLC, (King County Superior Court No. 21-2-14303-9 SEA)
2023: Neal Frank, v. Monsanto Company, et al. (Case No. D-101-CV-2021-00481)
2023: Clinger, et al v. Pharmacia LLC (Case No. 18-2-54572-2 SEA)
2023: Evard, et al. v. Monsanto Company, et al. (Case No. 2019-L-011574)
2023: Angela B. Heit, et al. v. Monsanto Company (Case No. 18-2-55641-4 SEA)
2023: Barbara Allegrezza, et al. v. Monsanto Company (Case No. 19SL-CC03421)
2023: John L. Durnell, et al. v. Monsanto Company (Case No. 1922-CC00221)


**Summary Of Litigation Cases:**

Dr. DeGrandchamp has been retained to investigate the link between hair straightener products and uterine cancer.

Dr. DeGrandchamp has been retained to research the connection between petroleum products and anomalous cancer clusters.

Dr. DeGrandchamp has been retained by the US Department of Justice to conduct a toxicological assessment and risk assessment for a very toxic group of compounds that are illegally being released into the environment. He is preparing a toxicological assessment and estimating the health threat for people exposed to different sources.

Dr. DeGrandchamp has been retained as an expert witness in legal matters that involved Fire Fighters exposed to PFAS/Aqueous Fire Fighting Foam. He will be testifying to the toxic effects including deaths from cancer caused by those exposures.

Dr. DeGrandchamp has been retained as a medical forensic toxicologist to assess the improper administration of drugs leading to death during hospitalization in a medical malpractice litigation matter.

Dr. DeGrandchamp has been retained as a forensic toxicologist in a medical malpractice drug overdose case that resulted in an undiagnosed psychotic episode leading to death by murder.

Dr. DeGrandchamp has been retained as a medical toxicologist in a case involving the use of illicit drugs that produced cognitive impairment and resulted in severe injuries caused by an automobile collision.

Dr. DeGrandchamp has been retained in two PFAS cases in North Carolina. He is testifying on the potential health effects of in residents stemming from decades of drinking PFAS contaminated water that were released by the Fayetteville DuPont/Chemours plant into the Cape Fear River. He has been tasked to testify on issues related to the historical standards of care in the chemical industry in testing both legacy and second generation PFAS before they were released as well as the toxicity of PFAS and the health risks they pose to residents.

Dr. DeGrandchamp is the toxicological expert in a series of toxic tort PCB cases involving exposures to young students and teachers in a school in Washington state resulting from exploding light fixture ballasts containing PCBs. The jury has ruled in favor of the plaintiffs in 4 cases thus far and awarded those suffering from brain damage ~$500M concluding PCBs caused brain damage. He is testifying to issues relating to the neurotoxicological mechanism that linked PCB exposure to the neurotoxicity. He was also responsible for reconstructing the history of toxicological testing 1929-1969 to show Monsanto's failed to conduct chronic

toxicity testing necessary to protect the public while its PCBs were used in commercial products for decades. He is scheduled to continue testifying about similar toxicological issues in a series of upcoming trials involving many other exposed children and teachers.

Dr. DeGrandchamp was the U.S. Department of Justice's expert toxicologist in the Deep Water Horizon (DWH) oil spill in the Gulf of Mexico Deepwater Horizon oil spill in 2010. This was the largest marine oil spill in history and resulted in the largest monetary settlement being reached between the U.S. government and British for $20B. He was responsible for conducting the medical report reviews, toxicological evaluations, epidemiology studies, and risk assessments to determine the current and future health threats to more than 40,000 response cleanup workers and shoreline residents living in Louisiana, Florida, and Alabama.

Dr. DeGrandchamp has recently been retained in numerous toxic tort cases related to the Deep Water Horizon oil spill. This work will extend the studies he conducted during the DWH spill for the Department of Justice.

Dr. DeGrandchamp testified in a series of toxic tort lawsuits suits that alleged that high blood levels of PCBs caused the plaintiffs to develop Non-Hodgkin Lymphoma. During those trials, he testified on all issues relating to negligence and liability regarding Monsanto's lack of toxicity testing for 40 years. He testified on all issues relating to the history of cancer testing and formed an opinion that Monsanto could have and should have conducted cancer studies as early as the late-1930s. In addition, Dr. DeGrandchamp conducted extensive research to form an opinion the triggering complex molecular events start with specific genetic lesions initiating the cascade of pathological mechanisms leading to NHL to directly address the issue of whether a plausible molecular mechanism can explain PCB-induced NHL.

Dr. DeGrandchamp has testified in a series of environmental pollution cases in West Coast states where the rivers and ports have historically been contaminated with PCBs preventing the public from. He was responsible for evaluating the health risks from eating contaminated fish as well as the health State Fish Consumption Health Advisories to determine if they would be protective as well as the cleanup plans. Ultimately, the plaintiffs reached a settlement agreement as part of the of proposed nationwide class action settlement for 2,528 governmental entities with Monsanto Company, Pharmacia, LLC, and Solutia, Inc. paying $648 million, with a separate $95,000,000 settlement on behalf of the State of Washington.

Dr. DeGrandchamp is the expert toxicologist for a case involving the DuPont Fayette PFAS producing facility in North Carolina. DuPont has released highly toxic PFAS into the Cape Fear River that serves as the sole drinking water source for hundreds of thousands of NC residents. He has been tasked with evaluating the threat to public health for those residents who have been drinking the contaminated water for ~37 years. He is responsible for reviewing company documents that include operation history and numerous toxicity studies to reconstruct the history of DuPont's toxicity testing from the 1920s to current to determine if DuPont was willfully negligent in not testing their chemical products. He has also been tasked to evaluate the toxicity of PFAS and form an opinion based on the current weight of evidence to determine if there is a link between exposure and numerous health outcomes.

Dr. DeGrandchamp has recently been retained by several law firms as the expert toxicologist to testify to the carcinogenicity of Monsanto's Roundup® for NHL patients nation-wide. He has been tasked with reviewing all the historical toxicity testing of Roundup® as well as analyzing the plausible molecular mechanism linking exposure to the herbicide and the tumorigenic etiology leading to NHL. He has been asked to also evaluate all past and current toxicity and human epidemiology studies to determine the weight of evidence linking Roundup to several categories of NHL. In addition, Dr. DeGrandchamp is tasked with evaluating cancer risks associated with the cancer-causing impurities that contaminate Roundup®.

Dr. DeGrandchamp has been retained as the expert toxicologist in a toxic tort case to evaluate the link between chemical contamination in an office building in Nevada where workers have died or became sick from exposures to numerous toxic chemicals for the last ~25 years. He is tasked with reviewing chemical exposures and all medical records and death certificates from all the plaintiffs to determine the cause(s) of the illness, disease, and cancer in the cohort of more than 50 workers. The Union Pacific Railroad Company, Bayer AG, Bayer Corporation, Monsanto Co., Solutia Inc. have been named as the defendants.

Dr. DeGrandchamp is the toxicology expert witness for a toxic-tort lawsuit involving the Akwesasne Mohawk Tribe in upstate New York who have been exposed to PCB contamination on its Reservation for more than four decades.

Dr. DeGrandchamp has been retained as an expert toxicologist to evaluate the cause of death of a 14-year old male in a medical malpractice lawsuit. This individual suffered acute and severe clonic-toxic seizures triggered by numerous improperly prescribed medications to control his seizures. Dr. DeGrandchamp is investigating the cause of death to evaluate veracity of the cause of death and findings reported by the medical examiner. He has been tasked with evaluating the toxicity and synergistic effects of the prescribed medications by the attending physician and how the nursing staff administered the drugs and whether the contraindication of administered drugs could have been a factor leading to his death. He is reviewing all medical records and hospital treatment to form an independent opinion about the cause of death.

Dr. DeGrandchamp has been retained as toxicological expert consultant for a case involving pesticide (pyrethroid) exposure to a 6th month old infant who developed severe tonic clonic seizures. He was asked to provide a review of all medical toxicology information for the pesticide as well as the patient medical records to form an opinion about whether the pesticide exposure could have triggered the seizures. He has also been directed to evaluate the medical treatment he received during his hospitalization and determine whether it was appropriate and whether the prescribed medications were correctly administered. He has been tasked with identifying the initial triggering even and the

subsequent toxicological sequelae that have now triggered nearly 1,000 seizures per day and resulted in severe impairment of the child's cognitive development.

Dr. DeGrandchamp has recently been retained as an expert witness for the City of Seattle that filed a lawsuit against Monsanto for the decades of PCB contamination resulting from the negligent uncontrolled releases into rivers, streams, lakes, and the Pacific coast. He will testify to the toxicity of PCBs the carcinogenic risks PCB posed to the state residents and the impacts on public health, the bioaccumulation of PCBs in the environment and Monsanto's negligence in not testing PCBs for toxicity for 4 decades.

Dr. DeGrandchamp has been recently retained by the office of a State Attorney General office in a Midwest state to conduct a state-wide analysis and toxicological evaluation from decades of PCB contamination. He will testify to the impacts PCBs have had on the environment, livestock, fish, and how decades of PCB exposure have resulted in high blood levels in the state residents.

Dr. DeGrandchamp is an expert witness in a PCB case a state in East Coast state involving inhalation exposures in the school led to several toxic responses in young children and older students as well as their teachers resulting from exposure to PCB containing construction materials like caulk and lighting fixtures. He is responsible for addressing Monsanto's negligence in not performing any toxicological testing before 1969 and how that led to the use of PCBs in commercial products without having any toxicity information to indicate such use was safe.

Dr. DeGrandchamp has been retained by the D.C. Attorney General as an expert toxicologist to conduct a forensic fingerprint analysis of PCBs in the sediments of the Anacostia and Potomac Rivers to identify the parties who are responsible for the decades of PCB and dioxin contamination. The purpose of this fingerprint analysis is to provide proof of injury to the environment and human health that will be used to apportion responsibility and cost of cleanup.

Dr. DeGrandchamp was retained as an expert witness for a coal-burning facility that has generated numerous heavy metals and radioactive chemicals that have contaminated numerous residential properties near the facility. He is tasked with determining if the contaminants could be responsible for the high incident rate of Diffuse Intrinsic Pontine Glioma (DIPG) and Ewing Sarcoma (both of which are rare forms of cancer) in children in the community.

Dr. DeGrandchamp was the expert witness for plaintiffs in the Blackwell Zinc Smelter lawsuit alleging property damages due to lead, arsenic, and cadmium contamination of more than 200 properties in Blackwell, Oklahoma.

He is responsible for conducting risk assessments to determine the effects of contaminants on the central nervous systems of the Blackwell children living on contaminated Blackwell properties.

Dr. DeGrandchamp was the expert consultant to the U.S. Department of Justice providing toxicology and risk assessment support on a coke/steel manufacturing operation site in West Virginia. He was responsible for assessing human health risks to children living off site in a residential area and at their schools. He determined that the cancer and noncancer risks were unacceptable based on recent EPA air monitoring data collected at nearby schools. Dr. DeGrandchamp applied EPA guidance for early lifetime exposures for coke-related contaminants that are mutagenic. He also conducted an epidemiological evaluation and determined that the residential population was at risk for a wide range of medical conditions.

Dr. DeGrandchamp was an expert consultant retained by DOJ for the Centredale Manor Superfund site in Rhode Island. This complex site was highly contaminated with dioxins, PCBs, and heavy metals. He was tasked with

coordinating the scientific studies which involved forensic fingerprinting of dioxins and PCBs to determine the parties responsible for these complex family of contaminants and determine if Agent Orange could have

contributed to the dioxin pollution. DOJ was awarded $104 million, and a case summary is available at https://www.epa.gov/enforcement/case-summary-epa-issues-104-million-order-cleanup-work-centredale-manor-superfund-site.

Dr. DeGrandchamp was retained as an expert witness in a toxic tort suit involving a wrongful death associated with exposure to cleaning solutions. He was responsible for evaluating all medical records and the death certificate to determine whether the cause of death was related to an acute exposure.

Dr. DeGrandchamp was an expert witness for the District of Columbia's Department of the Environment and D.C. Attorney General's office in a case involving vapor intrusion into approximately 500 homes in Washington D.C. due to gasoline and chlorinated solvents (PERC). For this site, he conducted more than 1,500 individual risk assessments for each of the sites to identify specific homes where the contaminants could trigger medical conditions and/or cancer and made the necessary toxicological/dosimetric adjustments to EPA toxicity values for early life exposures and individuals with preexisting medical conditions. This study was used to determine which homes required vapor mitigation to reduce indoor contaminants to acceptable levels. Dr. DeGrandchamp also conducted a newly developed forensic statistical approach to determine the responsible contaminant sources.

Dr. DeGrandchamp served as the toxicological expert for the Navy Office of General Council and the Navy Environmental Health Center, Bureau of Medicine, in a toxic tort suit filed by more than 6,000 residents on the Island of Vieques. He evaluated the plaintiffs' claims alleging long-term toxic exposures due to Navy activities on the island over a 60-year period associated with bombing exercises resulted in wide-ranging medical conditions. Damages were set at more than $1 billion. Dr. DeGrandchamp was responsible for analyzing hundreds of historical documents, medical records, and biological hair samples. Additionally, he was responsible for analyzing biological samples to determine the current levels of toxic metal exposures to distinguish between background and military-related exposures, as well as conducting an epidemiological study to verify cancer rates, which were then compared with the current cancer registry.

Dr. DeGrandchamp was an expert witness providing toxicological expertise to DOJ and EPA Region 3 on the Metal Bank Superfund Site in Pennsylvania, which was contaminated with PCBs and dioxins. He provided expert reports, rebuttal reports, supplemental reports, depositions, and interrogatories, and assisted DOJ in preparing for depositions. Ultimately, the court ruled in DOJ's favor, deferring to Dr. DeGrandchamp's expert opinion regarding the level of contamination and associated human health risks. He also provided supporting risk assessments in the second phase of the trial, where he developed a risk-based remedial strategy for mitigating

risks to acceptable levels. A summary of the approximate $30 million settlement is available at https://www.paed.uscourts.gov/documents/opinions/03D0023P.pdf

Dr. DeGrandchamp was an expert witness for DOJ in a bankruptcy trial for three hazardous waste sites in Pennsylvania. He was responsible for conducting a toxicological assessment of potential risk associated with exposure to PCBs and to address the question of whether it was necessary to secure the funds for future remediation. The court ruled for DOJ and required that $15 million be secured for additional studies and remediation.

Dr. DeGrandchamp was an expert witness for DOJ and EPA Region 8 involving PCBs and dioxins at the U.S. Magnesium Corporation (MagCorp) Superfund Site in Utah. He was responsible for conducting a comprehensive toxicological evaluation of workers' health and exposure conditions based on their occupational responsibilities within the plant. He collaborated with Occupational Safety and Health Administration (OSHA), National Institute for Occupational Safety and Health (NIOSH), and EPA toxicologists and physicians to design and implement a medical surveillance program in which blood samples and employee coveralls were collected to determine the

extent of dioxin and PCB exposure. Based on the blood sample data, Dr. DeGrandchamp was able to identify high-risk workers and submit a worker protection plan to attenuate exposures. He also used the dioxin levels measured in their contaminated work coveralls to show they were exposing family members to high cancer risk and reproductive effects. This analysis proved that they were unknowingly engaging in the well-known phenomenon of "Fouling Their Own Nests" and provided the basis for developing a worker and family protection plan.

Dr. DeGrandchamp served as the expert toxicologist for U.S. DOJ and U.S. EPA Region 5 in a case against a steel manufacturing facility in Ohio. He was responsible for conducting toxicological evaluations for residents who lived near the AK Steel Superfund Site and had been eating PCB-contaminated fish caught in a nearby river. Upon completion of expert reports, a settlement was reached for approximately $25 million. A description is available at https://www.justice.gov/archive/opa/pr/2006/April/06_enrd_200.html.

Dr. DeGrandchamp has provided expert testimony in several toxic tort litigation cases for a potentially responsible party at a chrome-plating facility in Texas. His responsibilities included reviewing medical records, preparing pretrial reports, giving depositions, presentations during arbitration and mediations, and preparing guardian ad litem documents.

Dr. DeGrandchamp has worked extensively with U.S. Navy attorneys on diverse health and environmental issues. Dr. DeGrandchamp provided toxicological expertise and negotiation support in the Navy CLEAN program. He was a member of a multifaceted installation wide technical panel that evaluated the legal basis for developing innovative remediation strategies to streamline the CERCLA process for all Navy bases scheduled for closure or transfer. He prepared position papers; developed the Navy's overall remediation strategy; and negotiated with local, state, and federal regulatory agencies. He was the technical expert in numerous negotiations and dispute resolution meetings.

Dr. DeGrandchamp served as the toxicological expert in a toxic tort case filed against a major pesticide manufacturer that involved domestic exposure to a pyrethroid pesticide. He prepared an expert report that was successfully used to have the case dismissed.

Dr. DeGrandchamp provided litigation support for a toxic tort case involving a PRP in Montana involving exposure to petroleum constituents. His responsibilities included developing the overall scientific strategy and designing a sampling plan for the defense.

Dr. DeGrandchamp provided legal support for a chlorinated solvent site in Montana. He also served as the technical advisor on community relations for this project. He was responsible for interacting with the U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry (ATSDR).

## SUMMARY OF PROJECT EXPERIENCE

Under Dr. DeGrandchamp's direction, SV was awarded a sole source contract to provide expert consulting services to the Michigan Department of Environmental Quality (MDEQ). Dr. DeGrandchamp provided toxicological, risk assessment, and negotiation support to MDEQ regarding perfluorinated chemical (PFCs) contamination of Wurtsmith Air Force Base groundwater that migrated offsite to the Au Sable River, where it has contaminated fish. Dr. DeGrandchamp conducted a literature review of PFC information; prepared a report summarizing findings of the literature search; conducted a site-specific review and analysis of PFC data from the Wurtsmith site; performed a comparison of exposure and general media contaminant levels at other sites

(nationally and worldwide); analyzed the potential risks to humans and ecosystems in and around the Wurtsmith site; provided a report on the site-specific review and analysis; provided an analysis of Air Force responsibilities in relation to CERCLA and other environmental and human health regulations; proposed additional work at the Wurtsmith site by the Air Force, MDEQ, and/or EPA necessary to identify risks, actual human health impacts and ecological impacts, as appropriate; summarized this analysis into a report of additional responsibilities; and traveled to Michigan to meet with personnel from MDEQ and the Air Force.

The PFCs are the result of firefighting training activities at Wurtsmith, and Dr. DeGrandchamp provided support to MDEQ in working with EPA Region 5 and the U.S. Air Force. PFCs constitute an emerging group of highly toxic chemicals of concern (COCs) and Dr. DeGrandchamp was charged with developing toxicity values. also contracted to work on the project because of Dr. DeGrandchamp's previous experience working on Air Force projects. Dr. DeGrandchamp aided the state of Michigan in connecting with the proper Air Force personnel in order to secure funding for future studies and in pointing out to all parties the benefits of conducting such work before any potential property transfers or re-use plans are implemented.

Under Dr. DeGrandchamp's direction, SV was awarded a sole source contract with the District of Columbia Department of the Environment and is currently providing oversight for all risk assessments at the Washington Navy Yard in D.C., which has been in continuous operation for 200 years. He is responsible for evaluating the public health threats from contaminants on the base, as well as releases into the Anacostia River. He is currently conducting a forensic analysis of PCBs and dioxins that will be used to forensically "fingerprint" different sources of contamination in the river.

Dr. DeGrandchamp conducted a time-critical toxicological evaluation of children in a daycare facility in the District of Columbia that resulted in an emergency evacuation of children from the daycare. His analysis showed vapor levels had reached neurotoxic levels, which required evacuation until vapor mitigation systems could be installed.

Dr. DeGrandchamp prepared toxicological support for new regulations for exposure to toxic chemicals bacteria, viruses, and protozoa in stormwater reuse in D.C. The approach combines the risk assessment approach developed by U.S. EPA and the World Health Organization's disability-adjusted lifetime years (DALY).

Dr. DeGrandchamp was retained to provide expert witness testimony in a toxic tort suit involving a death from phosphoric acid inhalation. Responsibilities included evaluating epidemiological/toxicological published studies

SCIENTIA VERITAS, L.L.P.

to derive the plausible lethal dose, reconstructing possible exposure dose, reviewing medical records to evaluate etiology of illness and symptoms leading to death, and a critique of the coroner's report.

Dr. DeGrandchamp has developed new toxicity values for DON for chemicals did not have U.S. EPA-verified toxicity values. To date, he has developed toxicity values for more than 95 chemicals.

Dr. DeGrandchamp routinely conducts toxicological reviews to determine if U.S. EPA-toxicity values need to be modified or updated based on new toxicological studies.

Dr. DeGrandchamp prepared a comprehensive guidance document on sampling and analysis, and conducting risk assessments at PCB- and dioxin-contaminated sites for DOD. These documents were used to train Navy personnel in the environmental restoration program who are responsible for remediating Navy installations that will be returned to civilian use.

Dr. DeGrandchamp conducted a geostatistical analysis of background conditions for dioxin, furans, and PCBs for the Rocky Mountain Front Range for EPA Region 8. This analysis was based on a new statistical method he developed based on geochemical analyses using linear regression and principal component analysis.

Dr. DeGrandchamp developed and negotiated a geochemical method for evaluating background conditions in the state of Florida for the Department of Defense (Navy). After conducting a pilot study to demonstrate that the geochemical technique could be used to define background conditions and identify chemical release areas, the Florida Department of Environmental Protection (FDEP) formally approved the technique for use on Superfund and Federal Facilities throughout Florida.

Dr. DeGrandchamp conducted a toxicological evaluation of chemicals detected at Naval Air Station (NAS) Atsugi in Japan for the Department of the Navy. This project involved developing new toxicity values for unique chemicals and their breakdown products. This was a sole source contract resulting from specific recommendations by the National Academy of Sciences and the Navy Surgeon General. Ultimately, Dr. DeGrandchamp used thesetoxicity values to show that contaminant levels did not pose risks to Japanese citizens.

Dr. DeGrandchamp was selected by U.S. EPA to serve on an expert External Peer Review Panel to provide technical oversight for *Draft Human Health Risk Assessment Protocols for Hazardous Waste Combustion Facilities and Screening Level Ecological Risk Assessment Protocols for Hazardous Waste Combustion Facilities.* He was responsible for providing expertise in risk assessment and toxicology on the panel and participated in a two-day public hearing/workshop to field and respond to public comments prior to finalization and release of the guidance.

Dr. DeGrandchamp served as the Technical Lead for EPA Region 6 in developing a new technical guidance document for RCRA sites: *Risk Management Strategy.* He was responsible for all technical sections and responding to public comments.

Dr. DeGrandchamp served as an Expert Consultant to Booz Allen for a project involving asbestos-containing materials (ACMs) at Lowry AFB in Colorado. His responsibilities included researching technical and legal precedence for sampling ACM in soil; reviewing Air Force ACM sampling work plans for substance and approach; identifying potential legal liabilities pertaining to ACM issues; outlining ACM health risk scenarios; and recommending a path forward for ACM sampling and remedial activities for the Air Force at Lowry AFB, Colorado. In the course of this work, Dr. DeGrandchamp conducted surveys and pattern analysis of surface soil; attended meetings/negotiations with CDPHE; provided legal non-testifying expert support to Air Force attorneys; developed sampling and analysis plans for contaminated areas and activity-based sampling; conducted statistical analysis on areas of concern; developed risk management protocols and evaluated several novel approaches based on new analytical procedures to expedite decision-making; conducted field investigations; reviewed extensive

epidemiological studies to evaluate toxicological endpoints; and calculated health risks and prepared risk assessment reports.

Dr. DeGrandchamp provided EPA Region 8 with toxicological and risk assessment technical support at two RCRA sites involving hazardous solvent exposure to off-site residents. He was responsible for evaluating risks and health hazards associated with vapor entering homes from contaminated groundwater into nearby homes. He was responsible for evaluating current toxicological peer-reviewed toxicological studies on formaldehyde to identify health problems among residents, determine acceptable levels of exposure, and identify homes that may require interim measures or evacuation of residents.

Dr. DeGrandchamp conducted a background analysis implementing *Procedural Guidance for Statistically Analyzing Environmental Background Data,* which he authored for the Navy, at NAS Whiting (Milton Florida). This approach was then used to identify chemicals of concern for risk assessment, evaluate Applicable or Relevant and Appropriate Requirements (ARAR), and identify chemical releases. Successful completion of this project was expected to save DOD and the state of Florida $30 million in potential remediation costs.

Dr. DeGrandchamp conducted a comprehensive review and analysis of diverse scientific methods used to evaluate risks associated with lead exposure for DON. He prepared a Navy position paper that evaluated all lead risk assessment models, including the scientific veracity of the U.S. EPA Integrated Exposure Uptake Biokinetic Model (IEUBK) software code, the California Lead Spread Model, and the probabilistic Integrated Stochastic Model to make recommendations for improvement. He also developed the DON risk assessment strategy to evaluate adult lead exposure in order to expedite lead cleanup at closing Naval installations.

Dr. DeGrandchamp developed a cost-effective, risk-based corrective action (RBCA) approach for a hazardous waste site for Lockheed Martin in Denver, Colorado. The approach incorporated Monte Carlo simulation techniques to accurately estimate actual site-specific risks based on realistic exposures. A cost-benefit matrix wasdeveloped to guide risk management decisions.

Dr. DeGrandchamp provided technical expertise on wide-ranging issues to EPA Regions 8 and 6 RCRA and CERCLA programs. He provided toxicological and statistical support on all remedial investigations and feasibility studies conducted at Rocky Flats Nuclear Weapons Plant (RFP) and was involved in all investigations pertaining to the analysis of human health risks resulting from chemical and radionuclide exposures. He developed data quality objectives and risk assessment methodology, statistical analyses, sampling and analysis plans, and oversaw all chemical and radiological fate and transport modeling. He compiled a database for conducting Monte Carlo simulations and provided technical reviews on supplemental guidance for conducting Monte Carlo simulations for EPA Region 8. He developed a cost-effective risk assessment template for RFP to streamline and provide consistency for all risk assessments. Dr. DeGrandchamp was responsible for evaluating DOE's statistical analyses and risk assessments, and ensured results were consistent with U.S. EPA, the International Commission on Radiation Protection (ICRP), and Nuclear Regulatory Commission (NRC) methodologies. He assisted EPA Region 8 in negotiating numerous disputes and was a participant in a workgroup of nationally recognized experts in binding arbitration involving statistical analyses. He was selected as a member of an interagency committee that included the Colorado Department of Natural Resources, Colorado Department of Health, Colorado Fish and Wildlife Service, EPA Region 8, and DOE to scope, design, and implement a comprehensive, installationwide human health and ecological risk assessment for Rocky Flats.

Dr. DeGrandchamp provided scientific expertise to DOE on toxicological, risk assessment, and statistical issues at the Savannah River Site (SRS) in South Carolina. He reviewed human health risk and dose assessments conducted for numerous operable units and participated on a task force responsible for establishing background

conditions. He was invited to lecture on risk assessment and statistical issues by EPA Region 4, DOE, and the South Carolina Department of Health project managers and toxicologists.

Dr. DeGrandchamp conducted numerous baseline risk assessments at NAS Lemoore in California. These risk assessments were ultimately combined into a comprehensive installationwide risk assessment that involved fate and transport modeling of contaminants, coupled with the analysis of current and potential future health risks. He was responsible for all negotiations with federal and state regulators. He successfully negotiated cost-effective management of human health risks during remedy selection by using a risk-based approach to avoid unnecessary and expensive remediation.

Dr. DeGrandchamp conducted all risk assessments and coordinated feasibility studies for NAS Moffett Field in California. He carried out a detailed future land use analysis that was used to focus risk mitigation strategies based on probable future land use. The land use analysis was also used to focus human health risk assessments on realistic exposure conditions to avoid unrealistic conservative default assumptions. He negotiated all aspects of the risk assessment approach with state and federal regulatory agencies. The Navy requested that Dr. DeGrandchamp assist the Department of Justice in averting formal dispute resolution.

Dr. DeGrandchamp conducted risk assessments for NAS Alameda in California. He was responsible for developing the overall risk assessment approach and negotiating all technical aspects of the Navy project with local, state, and federal regulators. He was also tasked with preparing innovative approaches to establish anthropogenic and nonanthropogenic background conditions, preliminary remediation goals, and data aggregation to estimate exposure-point chemical doses. He was also responsible for developing a Navy policy document for risk-based corrective action at petroleum sites.

Dr. DeGrandchamp provided oversight to DOD for risk assessments conducted for NAS China Lake. He was responsible for implementing a risk-based, cost-effective approach for remediation and alternative cleanup levelsbased on actual site exposures.

Dr. DeGrandchamp provided technical expertise to the Massachusetts Department of Environmental Protection for radionuclide risk assessments, compliance, and cleanup standards. He worked with the state to develop state guidance for radionuclide cleanup of all Department of Defense and Nuclear Regulatory Commission operated sites within the state.

Dr. DeGrandchamp provided EPA Region 8 with technical oversight for all remedial investigations and risk assessments for F.E. Warren Air Force Base in Wyoming and Tooele Army Depot in Utah. He conducted a risk assessment in response to an emergency exposure condition for off-site residents at F.E. Warren AFB who were directly exposed to high concentrations of organic solvents.

Dr. DeGrandchamp led the human health and environmental risk assessment task force for EPA Region 6 in studying potential adverse health effects associated with emissions from several incinerators in Midlothian, Texas. This investigation was prompted by strong public concern about adverse health effects on humans and livestock. In this evaluation, Dr. DeGrandchamp analyzed the potential for dioxin to produce birth defects, spontaneous abortions, and other potential toxic effects.

Dr. DeGrandchamp investigated the human health risks associated with RCRA facilities in southern California. He conducted the risk assessment for the onsite human receptors, as well as the surrounding community, to determine the potential risks to pregnant women from benzene, arsenic, and cadmium exposure in groundwater. He also evaluated the risks to fetuses via *in utero* exposure. At another RCRA facility, he conducted a risk analysis to determine potential risks associated with arsenic-laden fly ash used as landfill material.

Dr. DeGrandchamp provided oversight and technical support to the EPA Region 8 (Montana office) RCRA division for remediation of oil refineries in Billings, Montana; Mandan, North Dakota; and Commerce City, Colorado. He oversaw all phases of the RCRA process involving preliminary investigations and corrective

measures studies. He developed health-protective cleanup levels, and evaluated facility permitting and remediation enforcement. Together with Colorado Department of Health officials, he worked to negotiate remediation goals and a cost settlement.

## BIOMEDICAL RESEARCH

Dr. DeGrandchamp investigated the neurotoxic mechanisms associated with exposure to mercury and acrylamide. This information was incorporated into the toxicological database developed by U.S. EPA and the Occupational Safety and Health Administration to set regulations and establish safe exposure conditions for occupational workers.

Dr. DeGrandchamp investigated the neurotoxic effects of alcohol on the developing nervous system, which produces fetal alcohol syndrome. He was responsible for developing new research methodologies and approaches

to investigate subtle molecular changes in the nervous system.

Dr. DeGrandchamp designed experimental paradigms to study the bioavailability of mineralogical forms of heavy metals, such as arsenic and cadmium, from mining tailings for a CERCLA site in Montana.

Dr. DeGrandchamp worked on a project for the National Institutes of Health to investigate the neurophysiological mechanisms of strychnine poisoning. In this capacity, he coordinated a team of experts and managed all technical personnel in a multifaceted research program to elucidate the steps that result in central nervous system damage.

Dr. DeGrandchamp further refined the neurotoxic esterase in vivo enzyme assay used to evaluate neurotoxic damage resulting from nerve agents and pesticides. This laboratory method has become a standard methodology to screen neurotoxic compounds in the chemical industry and to evaluate the neurotoxic potential of chemical weapons. He also developed a correlative animal model for U.S. EPA to quantify chemical-induced neuropathies associated with exposure to pesticides and nerve agents.

## PUBLICATIONS AND POLICY DOCUMENTS

Dr. DeGrandchamp has authored over 100 major toxicological and human health risk assessments that have undergone extensive peer-review. However, many of these reports could not be published due to confidentiality or proprietary information.

1. Delaney, R. and R. L. DeGrandchamp. 2012. *Michigan's Contaminant Induced Human Health Crisis. Addressing Michigan's Future by Facing the Challenge of the Evolving Nature of Environmental Contamination.* August 12, 2012. 93 pages.

2. DeGrandchamp, R. L. 2007. *Expert Report of Dr. Richard L. DeGrandchamp, Ph.D. Regarding the Magnesium Corporation of America, Rowley, Utah.* Prepared for the U. S. Department of Justice, February 6, 2007. 108 pages.

3. DeGrandchamp, R. L. 2005. *Final Standard Operating Procedures: Investigating and Managing Lead Risks at Navy Installations.*

4. Johnston, R. K., S. A. Kurtz, R. L. DeGrandchamp, and M. G. Barron. 2005. *A Guide for Determining the Risk of PCB Exposure to Ecological Receptors. Final Report.* Prepared for Naval Facilities Engineering Command (NAVFAC) Risk Assessment Workgroup, Washington Navy Yard, Washington, D.C.

5. DeGrandchamp, R. L. and M. G. Barron. 2005. *PCB Analysis and Risk Assessment at Navy Installations. Part A: Overview of PCB Mixtures.* http://web.ead.anl.gov/ecorisk/issue/pdf/PCBAnalysisPartA.pdf

6. DeGrandchamp, R. L. and M. G. Barron. 2005. *PCB Analysis and Risk Assessment at Navy Installations. Part B: PCB Human Health Risk Assessment.* http://web.ead.anl.gov/ecorisk/issue/pdf/PCBAnalysisPartB.pdf

7. DeGrandchamp, R. L. and M. G. Barron. 2005. *PCB Analysis and Risk Assessment at Navy Installations. Part C: PCB Ecological Risk Assessment.* http://web.ead.anl.gov/ecorisk/issue/pdf/PCBAnalysisPartC.pdf

8. DeGrandchamp, R. L. 2006. *Draft Toxicological Evaluation.* Prepared for Navy Environmental Health Center.

9. DeGrandchamp, R. L. 2001. *Draft Final NAF Atsugi Toxicological Evaluation.* Prepared for Navy Environmental Health Center.

10. DeGrandchamp, R. L. 1998. *Developing Monte Carlo for Probabilistic Risk Assessment.* Prepared for the Naval School, Civil Engineer Corps Officers (CECOS). Port Hueneme, CA

11. DeGrandchamp, R. L. 1998. *Applying a Tiered Risk Assessment Approach.* Prepared for the Naval School, Civil Engineer Corps Officers (CECOS). Port Hueneme, CA

12. DeGrandchamp, R. L. 1998. *Using Geostatistics in Risk Assessment.* Prepared for the Naval School, Civil Engineer Corps Officers (CECOS). Port Hueneme, CA

13. DeGrandchamp, R. L. 1998. Evaluating Future Land Use in Risk Assessment. Prepared for the Naval School, Civil Engineer Corps Officers (CECOS). Port Hueneme, CADeGrandchamp, R. L. 1998. Applying RAGS Part C in Risk Assessment. Prepared for the Naval School, Civil Engineer Corps Officers (CECOS). Port Hueneme, CA

14. DeGrandchamp, R. L. 1998. Environmental Risk Assessment & Management for Human Health Risk, Student Guide. Prepared for the Naval School, Civil Engineer Corps Officers (CECOS). Port Hueneme, CA

14. DeGrandchamp, R. L. 1998. *Applying Risk-Based-Corrective-Action.* Prepared for the Naval School, Civil Engineer Corps Officers (CECOS). Port Hueneme, CA.

15.    DeGrandchamp, R. L. 1997. *Risk-based Screening Using a Back-calculating Approach.* Prepared for the Naval School, Civil Engineer Corps Officers (CECOS). Port Hueneme, CA

16.    DeGrandchamp, R. L., and R. J. Richardson. 1996. Degeneration of rat muscle spindles induced by organophosphorus compounds (in preparation).

17.    DeGrandchamp, R. L., and H. E. Lowndes. 1990. Early degeneration and sprouting at the rat neuromuscular junction following acrylamide administration. *Neuropathol. Appl. Neurobiol/* 16:239-254.

18.    DeGrandchamp, R. L., K. R. Reuhl, and H. E. Lowndes. 1990. Synaptic terminal degeneration and remodeling at the rat neuromuscular junction resulting from a single exposure to acrylamide. *Toxicol. and Appl. Pharmacol.* 105:422-443.

19.    McNiven, A. I., R. L. DeGrandchamp, and A. R. Martin. 1990. Conductance properties of glycine-activated chloride channels depend on cytoplasmic chloride concentration. Abstract, Biophysical Society.

20.    McNiven, A. I. R. L. DeGrandchamp, and A. R. Martin. 1990. Effects of cytoplasmic chloride on glycine-activated chloride channels. *Proc. of Rocky Mountain Regional Neuroscience Group.* Fort Collins, Colorado.

21.    DeGrandchamp, R. L., and H. E. Lowndes. 1988. Early degenerative and regenerative changes at the neuromuscular junction (NMJ) in acrylamide neuropathy. *The Toxicologist* 8:244.

22.    Walewski, J. L., M. Okamoto, and R. L. DeGrandchamp, 1988. An *in vivo* model demonstrating the synaptotoxic effects of chronic perinatal ethanol exposure. *Proc. of the Society of Physiology.* Washington, DC: Society of Physiology.

23.    DeGrandchamp, R. L., S. F. Matheson, and H. E. Lowndes. 1987. Decreased *de novo* AChe synthesis following axotomy. *The Toxicologist* 7:53.

24.    Halleck, M. M., B. G. Gold, R. L. DeGrandchamp, M. DeJesus, K. R. Reuhl, and H. E. Lowndes. 1987. Neuropathology of trimethyl lead in the rat. *The Toxicologist* 7:27.

25.    DeGrandchamp, R. L. 1986. *Organophosphorus-induced delayed neuropathy in the rat.* Thesis, University of Michigan, Ann Arbor, Michigan.

26.    DeGrandchamp, R. L., R. Gray, and R. J. Richardson. 1983. Assessment of neuronal damage in TOCP-dosed hens: a quantitative neurohistochemical approach using horseradish peroxidase. *The Toxicologist* 3:123.

27.    Dudek, B. R., R. L. DeGrandchamp, and R. J. Richardson. 1981. Neurotoxic esterase in developing chick embryo brain. *The Toxicologist* 1:33.