# EXHIBIT B

# Roundup Expert Report

# Dr. Richard L. DeGrandchamp

---

Richard L. DeGrandchamp, PhD

President and Principal Toxicologist

Scientia Veritas, L.L.P.

5910 Northwood Drive, Evergreen, CO 80439

Dr. Richard DeGrandchamp

# TABLE OF CONTENTS

1.      Introduction ........................................................................................... 1

2.      Summary Conclusions ........................................................................... 3

3.      Part 1: Background .............................................................................. 5

3.1.     IARC Monographs Are the Gold Standard for Assessing
Toxicological/Epidemiological Studies ............................................... 5

3.2.     IARC Monograph 112 Classified Glyphosate As "Probable" Human Carcinogen...... 5

3.3.     IARC Glyphosate Monograph 112 Has Been Unfairly Critiqued/Targeted by
Monsanto and the Chemical Industry ................................................... 7

3.4.     Rationale and Evidence for Not Relying on Monsanto's Internal Toxicity Studies for
Weight of Evidence .............................................................................. 13

4.      Part 2: NHL Key Characteristic Analysis Of G/R Compounds................................ 24

4.1.     NHL Hallmark: Chromosomal Gene Translocations—DNA Strand Breaks ............. 27

4.1.1.    1997: Bolognesi et al. Showed Both Glyphosate and Roundup Caused DNA Breaks
in Rodent Liver and Kidney Cells ............................................................ 33

4.1.2.    2009: Gasnier et al. Showed GBH Caused DNA Breaks in Human Liver HepG2 Cells
.................................................................................................................... 34

4.1.3.    2009: Prasad et al Showed a Short Exposure to Glyphosate Caused DNA Breaks.... 35

4.1.4.    2011: Paz-y-Mino et al. Showed DNA Breaks In Human Lymphocytes .................. 37

4.1.5.    2017: Kwiatkowska et al. Showed DNA Breaks in Human Leukocytes.................... 38

4.1.6.    2014: Alvarez-Moya et al. Presented the Table from Paz-y-Miño Study Showing
DNA Breaks....................................................................................................... 39

4.1.7.    2018: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused
DNA Breaks in Human Leukocytes ....................................................... 40

Dr. Richard DeGrandchamp

4.1.8.    2019: Nagy et al. Showed Mixed Results of DNA Breaks with Different GBH Products ........................................................................................................... 42

4.1.9.    2018: De Almeida et al. Showed Significant Glyphosate DNA Breaks in Three Human Cell Lines ......................................................................................... 43

4.1.10.   2017: Suárez-Larios et al. Showed Glyphosate Caused DNA Breaks, as Well as Mechanisms of DNA Repair End Joining ................................................... 43

4.1.11.   2019: Hao et al. Showed that Roundup Caused DNA Breaks in Human Cells.......... 47

4.1.12.   2018: Santovito et al. Showed Glyphosate Caused DNA Breaks.............................. 49

4.1.13.   2017: Townsend et al. Showed Glyphosate Caused DNA Breaks ............................ 51

4.2.      NHL Hallmark: Mechanism Of DNA Breaks Involves Activation-induced Cytidine Deaminase *AID* Gene .............................................................................. 51

4.2.1.    2019: Wang et al. Show Glyphosate DNA Breaks Act through the Same Mechanism as NHL ......................................................................................................... 52

4.3.      NHL Hallmark: Gene Translocation–Sister Chromatid Exchanges (SCE) ............... 55

4.3.1.    1997: Bolognesi et al. Showed Roundup Caused SCE.............................................. 56

4.3.2.    2005:Sivikova and Dianovsky`Showed Roundup Caused SCE Changes in Circulating Lymphocytes Collected from a Bull ......................................................... 57

4.3.3.    2017: Luaces et al. Found Roundup Caused Chromatid Breaks and SCE ................ 58

4.4.      NHL Hallmark: Dysregulation Of DNA Repair Mechanisms................................... 60

4.4.1.    2017: Kwiatkowska et al. Showed Glyphosate Prevents DNA Break Repair In Human Leukocytes ......................................................................................... 62

4.5.      NHL Hallmark: Upregulation of *BCL-2* and *MYC* Oncogenes ................................. 63

4.5.1.    2013: George and Shukla Showed Glyphosate Caused an Increase in the Oncogene BCL-2 ...................................................................................................... 66

4.5.2.    2022: Locatelli et al. Showed Glyphosate and Roundup Dysregulated Oncogenes and Tumor Suppressing Genes ........................................................................ 68

Dr. Richard DeGrandchamp

4.5.3.   2007: Hokanson et al. Showed that Glyphosate Caused BCL-2 Upregulation in Human Cells.................................................................................................... 71

4.5.4.   2020: Woźniak et al. Showed Glyphosate Caused BCL-2 Upregulation ................... 72

4.5.5.   2020: Jeon et al. Show That Glyphosate Promotes Cell Proliferation Which Is Associated With Upregulation Of MYC Oncogene ..................................................... 73

4.6.   NHL Hallmark: Tumor Suppressor Gene *P53* Downregulated ................................... 74

4.6.1.   2017: Kwiatkowska et al. Showed Glyphosate Downregulates P53 and P16 Tumor Suppressor Genes in Human Blood Mononuclear ...................................................... 80

4.6.2.   2020: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused DNA Breaks in Human Leukocytes ............................................................................ 83

4.6.3.   2022: Locatelli et al. Showed Glyphosate Downregulated P53 ................................. 84

4.7.   NHL Hallmark: Gammopathy ..................................................................................... 85

4.7.1.   2019: Wang et al. Showed Mice Dosed With Glyphosate Developed High Levels of IgG Antibody (Gammopathy)..................................................................................... 86

4.8.   NHL Hallmarks: Evidence Of Multiple Myeloma and NHL In A Mouse Model...... 89

4.9.   NHL Hallmark: Inflammation .................................................................................... 91

4.9.1.   2019: Hamdaoui et al. Showed Subchronic Exposure to Roundup (Kalach 360 SL) Produced Systemic Inflammation .............................................................................. 92

4.9.2.   2019: Pandey et al. Showed Short-Term Exposure to Roundup Caused General Inflammation.............................................................................................................. 93

4.10.   NHL Hallmark: Telomere Lengthening Immortal Lymphocytes............................... 94

4.10.1.   2022: Cosemans et al. Showed AMPA Exposure Increased Leukocyte Telomere Length Linking It Potential Risk Of NHL .............................................................. 100

5.   Hallmarks of Cancer And Key Characteristics of Carcinogens............................... 104

*5.1.*   2019 IARC Update Elevates Mechanisms of Toxicity Based on KC Evaluation .... 108

5.2.   Scientific Support for IARC's New Carcinogenic Classifications........................... 114

Dr. Richard DeGrandchamp

5.2.1.    2009: Guyton et al. Defines Molecular Mechanisms that Are Characteristic of Carcinogens ............................................................................................ 116

5.2.2.    2016: Smith et al. Proposed using Key Characteristics of Carcinogens as a Basis for Organizing Data For Classifying Carcinogens ........................................................ 120

5.2.3.    2018: Guyton et al. Uses Key Characteristics For Eight IARC Monographs .......... 121

5.2.4.    2019: Krewski et al. Identified Common Key Characteristics For 86 IARC Group 1 Human Carcinogens ................................................................................ 121

5.2.5.    2019: IARC Tumour Site Concordance and Mechanisms of Carcinogenesis .......... 124

5.2.6.    2020: Samet et al. Discuss The Update to the 2019 Monograph Preamble Emphasize the Importance of the KC Framework ...................................................... 126

5.2.7.    2020: Smith et al. The Key Characteristics of Carcinogens—Relationship to the Hallmarks of Cancer, Relevant Biomarkers, and Assays to Measure Them ............ 127

5.2.8.    2021: Rider et al. Expanded the KC Framework to Address Chemical Mixtures .... 127

5.3.     2019: The NTP Adopted the KC Analysis Framework for Identifying chemical Carcinogens .......................................................................................... 128

5.4.     US EPA Applied IARC's KC of Carcinogens to Analyze Mechanism of Carcinogenicity for Ethylene Oxide ......................................................... 130

5.5.     2019: US EPA Declines to Apply the KC Paradigm to Evaluate the Mechanistic Evidence of Glyphosate Carcinogenicity ................................................. 134

5.6.     2020: Consensus Is Reached on KC Categories for Endocrine-Disrupting Chemicals as a Basis for Hazard Identification ...................................................... 138

6.       Part 3: Key Characteristic Analysis OF G/R Compounds ...................... 140

6.1.     Key Characteristic 1 (KC-1): Chemical is Electrophilic or Can Be Metabolically Activated to Electrophiles ...................................................................... 141

6.1.1.    1997: Bolognesi et al. Showed Roundup Caused 8-hydroxydeoxyguanosine (8-OHdG) Formation ................................................................................. 142

6.1.2.    2017:Luo et al. Showed Roundup Caused ROS Formation ................................... 143

Dr. Richard DeGrandchamp

6.1.3.     2018: Woźniak et al. Showed ROS Formation ........................................................ 144

6.1.4.     2014: Chaufan et al. Showed A Roundup Caused Ros In Liver Cells Far Below "Safe" Levels ....................................................................................................... 144

6.1.5.     2017: Luo et al. Showed Roundup Caused ROs Formation In Liver cells .............. 146

6.1.6.     2019: Gao et al. Showed Glyphosate Caused ROS Formation In Kidneys ............. 147

6.2.       Key Characteristic 2 (KC-2): Chemical Is Genotoxic ............................................ 147

6.2.1.     1980: Vigfusson and Vyse 1980 ............................................................................ 148

6.2.2.     1998: Peluso et al. Showed Roundup caused The Formation of DNA Adducts ...... 149

6.2.3.     2018: Woźniak et al. Showed G/R Compounds Caused DNA Breaks .................... 149

6.2.4.     1997: Bolognesi et al.- Showed G/R Compounds Cause DNA Breaks In Rodent Liver And Kidney Cells ................................................................................................. 150

6.2.5.     2011: Paz-y-Mino et al. Showed DNA Breaks in Human Lymphocytes ................ 150

6.2.6.     2009: Gasnier et al. Showed GBH Caused DNA Breaks in Human Liver HepG2 Cells ................................................................................................................................ 151

6.2.7.     2009: Prasad et al. Showed That A Short (24-72 Hour) Exposure of Glyphosate Caused DNA Breaks and Aberrations ..................................................................... 151

6.2.8.     2017: Kwiatkowska et al. Showed DNA Breaks in Human Leukocytes ................. 151

6.2.9.     2014: Alvarez-Moya et al. Presented The Table from PAZ-Y-MIÑO STUDY Showing DNA Breaks ............................................................................................ 152

6.2.10.    2018: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused DNA Breaks In Human Leukocytes ....................................................................... 152

6.2.11.    2017: Townsend et al. Showed Glyphosate Caused DNA Breaks ......................... 153

6.2.12.    2019: Nagy et al. Showed Mixed Results Of DNA Breaks With Different GBH Products .................................................................................................................. 153

6.2.13.    2018: De Almeida et al. Showed Significant Glyphosate DNA Breaks In Three Human Cell Lines : ................................................................................................. 153

Dr. Richard DeGrandchamp

6.2.14.    2017: Suárez-Larios et al. Showed Glyphosate Caused DNA Breaks as well as
           Mechanisms of DNA Repair End Joining ................................................................. 154

6.2.15.    2019: Hao et al. Showed That Roundup Caused DNA Breaks in Human Cells ...... 154

6.2.16.    2018: Santovito et al (2018) Showed Glyphosate Caused DNA Breaks ................. 155

6.2.17.    2017: Townsend et al. Showed Glyphosate Caused DNA Breaks ........................... 155

6.2.18.    2017: Luaces et al. Found Roundup Caused Chromatid Breaks and SCE .............. 155

6.3.       Key Characteristic 3 (KC-3): Alters DNA Repair or Causes Genomic Instability .. 156

6.3.1.     2017: Kwiatkowska et al. – Showed DNA Break Repair Was Incomplete After
           Glyphosate Exposure To Human Leukocytes............................................................. 157

6.4.       Key Characteristic 4 (KC-4): Induces Epigenetic Alterations.................................. 158

6.4.1.     2021: Rossetti et al. Conducted a Review of Epigenetic Changes Associated with G/R
           Compounds [46]......................................................................................................... 158

6.4.2.     2013: George and Shukla Showed Glyphosate Caused an Increase in the Oncogene
           BCL-2 ........................................................................................................................ 159

6.4.3.     2022: Locatelli et al. Showed Glyphosate and Roundup Dysregulated Oncogenes and
           Tumor Suppressing Genes ........................................................................................ 160

6.4.4.     2007: Hokanson et al. Showed that Glyphosate Caused BCL-2 Upregulation in
           Human Cells............................................................................................................... 160

6.4.5.     2020: Woźniak et al. Showed Glyphosate Caused BCL-2 Upregulation ................. 161

6.4.6.     2017: Kwiatkowska et al. Showed Glyphosate Downregulates P53 and P16 Tumor
           Suppressor Genes in Human Blood Mononuclear.................................................... 161

6.4.7.     2020: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused
           Reduction in Epigenetic Global DNA Methylation.................................................. 162

6.4.8.     2022: Locatelli et al. Showed Glyphosate Downregulated P53 .............................. 162

6.4.9.     2019: Duforestel et al. Showed Glyphosate Caused DNA Hypomethylation .......... 162

6.5.       Key Characteristic 5 (KC-5): Induces Oxidative Stress .......................................... 163

Dr. Richard DeGrandchamp

6.5.1.    2009: Nahla S. El-Shenawy Showed Roundup or Glyphosate Exposure for 2 Weeks Caused General Oxidative Stress in the Liver ........................................................ 164

6.5.2.    2018: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused DNA Breaks in Human Leukocytes ........................................................ 165

6.5.3.    2013: George and Shukla Showed Glyphosate Caused an Increase In ROS Formation ........................................................................................................................ 165

6.6.    Key Characteristic 6 (KC-6): Induces Chronic Inflammation ................................. 166

6.6.1.    2019: Hamdaoui et al. Showed Subchronic Exposure to Roundup (Kalach 360 SL) Produced Systemic Inflammation ........................................................ 166

6.6.2.    2019: Pandey et al. Showed Short-Term Exposure to Roundup Caused General Inflammation ........................................................................................ 167

6.7.    Key Characteristic 7 (KC-7): Is Immunosuppressive ................................................ 167

6.7.1.    Maddalon et al. (2022) Showed That Glyphosate Caused A Decrease In T Helper Immune Lymphocyte Cells ........................................................ 168

6.8.    Key Characteristic 8 (K-8): Modulates Receptor-Mediated Effects........................ 168

6.8.1.    2013: Thongprakaisang et al. Showed That Glyphosate Acts Through Mechanisms Involving The Estrogen Receptor ........................................................ 169

6.8.2.    2019: Stur et al. (2019) et al. Showed that Roundup and AMPA Acted through Estrogen Receptor ........................................................................................ 169

6.8.3.    2022: Maddalon et al. Showed Glyphosate Acted Through as an Endocrine Disruptor Acting through Estrogen Receptor on T Helper Lymphocytes. .............................. 170

6.8.4.    Munoz et al. (2020) Prepared a Recent Review that Addresses Glyphosate as an EDC ........................................................................................................................ 171

6.9.    Key Characteristic 9 (KC-9): Causes Immortalization ............................................. 172

6.9.1.    2022: Cosemans et al. Showed AMPA Exposure Increased Leukocyte Telomere Length ........................................................................................................................ 172

6.10.    Characteristic 10: Alters Cell Proliferation, Cell Death, or Nutrient Supply .......... 173

Dr. Richard DeGrandchamp

6.10.1.    2020: Jeon et al. Show That Glyphosate Promotes Cell Proliferation Which Is
           Associated With Upregulation Of MYC Oncogene ................................................. 174

7.         References ................................................................................................................. 176

Dr. Richard DeGrandchamp

# LIST OF EXHIBITS

Exhibit 1.  IARC Monograph 112 Glyphosate (2015) [5]............................................................. 6

Exhibit 2.  IARC Director Responds to Critiques from Agrochemical Industry and Media Outlets [6]........................................................................................................................................... 8

Exhibit 3.  IARC Refutes the Often-Repeated False Statement by the Chemical Industry that "Everything Causes Cancer" [6] .................................................................................... 9

Exhibit 4.  IARC Classification Framework [7] ........................................................................... 10

Exhibit 5.  IARC's Rationale for Not Considering Industry Studies That Have Not Undergone Transparent Peer Review [6] ................................................................................... 11

Exhibit 6.  Monsanto Admits Its Toxicity Studies on Roundup Were Falsified [10] ................. 14

Exhibit 7.  USEPA Conducted a Detailed Review of Pesticide Toxicity Testing in 1983 [14]... 15

Exhibit 8.  EPA/FDA Evidence That Monsanto Knew IBT Studies For Machete and ACL Were Fraudulent ........................................................................................................................ 16

Exhibit 9.  USEPA Found 594 of 801 Pesticide Studies Invalid [14] ......................................... 17

Exhibit 10.EPA Required Monsanto to Validate Its Glyphosate Toxicity Tests [14].................. 18

Exhibit 11.USEPA Found Monsanto's Glyphosate Studies Conducted by IBT and other Laboratories to Be Fraudulent [14] ............................................................................ 19

Exhibit 12.USEPA Concluded Monsanto's Glyphosate Carcinogenicity and Mutagenicity Tests Were Fraudulent and Invalid [14] ............................................................................... 20

Exhibit 13.USEPA Promulgates Good Laboratory Practices in 1983 [15] .................................. 21

Exhibit 14.EPA FIFRA Notice That Craven Laboratory For Monsanto's Roundup Was Fraudulent [16]................................................................................................................ 22

Exhibit 15.Craven Laboratory Falsified 9 of the 15 Tests that Were Required to Register Roundup [15] ................................................................................................................ 23

Dr. Richard DeGrandchamp

Exhibit 16. Spatial Organization of a Gene ................................................................... 28

Exhibit 17. Gene Translocations in NHL: Upregulating Oncogenes [20] ..................................... 29

Exhibit 18. Illustration of DNA End Joining Following DNA Breaks ........................................... 32

Exhibit 19.  Bolognesi et al. (1997) Showed Both Glyphosate and Roundup Caused DNA Breaks [24] ......................................................................................................... 34

Exhibit 20.  Gasnier et al. (2009) Showed the R400 Formulation Caused Significant DNA Breaks in Exposed Human Liver Cells [25] ................................................................. 35

Exhibit 21. Prasad et al. (2009)Showed Glyphosate Caused Statistically Significant Increase in Chromosomal Aberrations [26] .............................................................................. 36

Exhibit 22.  Prasad et al. (2009) Showed Glyphosate Caused Significant DNA Breaks [26] ....... 37

Exhibit 23.  Kwiatkowska et al. (2017) Showed Glyphosate Caused Dose-Related DNA Breaks [28] ........................................................................................................... 38

Exhibit 24. Paz-y-Miño et al. (2007) Data Showing  DNA Breaks In Lymphocytes From Occupational Workers [29] ............................................................................... 39

Exhibit 25. Wozniak et al. (2018) AMPA, Glyphosate, Roundup 360 Plus All Caused Significant DNA Breaks In Human Mononuclear Cells [26] ......................................... 41

Exhibit 26. Nagy et al. (2019) Showed DNA Damage [32] ................................................. 42

Exhibit 27. De Almeida et al. (2018) Showed Glyphosate, Roundup, and Wipeout All Caused DNA Breaks [33] ...................................................................................... 43

Exhibit 28. Suárez-Larios et al. (2017) Showed Glyphosate Caused Significant Double-Strand DNA Breaks [23] ........................................................................................... 45

Exhibit 29. Suárez-Larios et al. (2017) Showed the DNA Breaks Were Repaired with the NHEJ Mechanism (*Ku80*) [23] .............................................................................. 46

Exhibit 30.  Suárez-Larios et al. (2017) Showed Glyphosate Caused an Increase of Ku80 in a Dose-Related Manner [23] .............................................................................. 46

Exhibit 31. Hao et al. (2019) Showed Roundup Caused DNA Breaks - Ratio Of Breaks/Positive Cells [34] ....................................................................................................... 48

Dr. Richard DeGrandchamp

Exhibit 32. Hao et al. (2019) Showed Evidence of DNA Breaks with Dose[34]........................ 48

Exhibit 33. Santovito et al. (2018) Showed Statistically Significant Chromatid/Chromosomal Breaks [35]............................................................................................. 50

Exhibit 34. Santovito et al. (2018) Showed Several Examples of Chromosomal Aberrations [35] ................................................................................................................. 50

Exhibit 35. Wang et al. (2019) Show a Dramatic Upregulation of AID [39].............................. 54

Exhibit 36. Illustration of SCE [42]............................................................................................ 56

Exhibit 37. Sivikova and Dianovsky (2005) Showed Lymphocytes Exposed To Roundup Caused Statistically Significant SCE Changes [43] ............................................... 58

Exhibit 38. Luaces et al. (2017) Show Roundup Causes Chromosomal Aberations and SCE [44] ................................................................................................................. 59

Exhibit 39. Luaces et al. (2017) Show Photomicrographic Evidence of SCE [38]...................... 60

Exhibit 40. Illustration Showing ATM Is A Core DNA  Repair Protein Aligning Broken Strands [45]....................................................................................................... 61

Exhibit 41. Kiatkowska et al. (2017) Glyphosate Caused DNA Breaks Which Could Not Be Totally Repaired [28]........................................................................... 63

Exhibit 42. Pro-Apoptotic And Anti-Apoptotic Proteins  Involved In Apoptosis—Natural Cell Death [21] .................................................................................................. 64

Exhibit 43. George and Shukla (2013) Showed Glyphosate Caused Upregulation of Oncogene *BCL-2* and Downregulation of Tumor Suppressor Gene *BAX* [47]........................... 67

Exhibit 44. George and Shukla (2013) Diagram Illustrating How Glyphosate Causes Cell Proliferation—Upregulation of BCL-2 and Downregulation of BAX [47]................ 68

Exhibit 45. Locatelli et al. (2022) Showed Roundup and Glyphosate Caused Upregulation of the *BCL-2/BAX Ratio* [48] ........................................................................... 70

Exhibit 46. Hokanson et al. (2007) Showed Glyphosate Caused *BCL-2* Upregulation [49]........ 72

Exhibit 47. 2018: Wozniak et al. Showed Glyphosate Caused Upregulation of the *BCL-2* Oncogene [30]................................................................................... 73

Dr. Richard DeGrandchamp

Exhibit 48. The *P53* gene Plays a Central Role in Apoptosis Blocking the *BCL-2* Oncogenes and Activating Pro-Apoptotic Genes *Bak* and *BAX* [53] .................................................... 75

Exhibit 49. Illustration Showing How p16 Acts to Stop Mutant Cells from Dividing [52] .......... 76

Exhibit 50. DNA Histones Methylation Modulates Transcription of Genes [54] ........................ 78

Exhibit 51. Rossetti et al. Summary of Roundup Epigenetic Methylation Dysregulation [54] .... 79

Exhibit 52.  Kwiatkowska et al. ( 2017) Showed Glyphosate Caused Hypomethylation of DNA [28] .................................................................................................................. 81

Exhibit 53. 2017: Kwiatkowska et al. Showed the *P53* Promoter Region Had Increased Methylation [28] ......................................................................................... 82

Exhibit 54. 2017: Kwiatkowska et al. *p16* Promoter Region Exhibited Increased Methylation [28] .............................................................................................................. 82

Exhibit 55. Wozniak et al. (2020)Showed Glyphosate Caused Downregulation of the Protective Tumor-Suppressing Genes *P53* and *P16* [30] .......................................... 84

Exhibit 56.  Locatelli et al. (2022) Showed Glyphosate and Roundup Caused Dysregulation in Apoptotic Genes *P53* and *BAX* [48] .......................................................... 85

Exhibit 57.  Wang et al. (2019) Showed Glyphosate Causes MG (IgG) in Treated Mice [39] ..... 88

Exhibit 58. Wang et al (2019) Show Glyphosate Causes Monogammopathy (IgG) in Treated Mice [39] .................................................................................................... 89

Exhibit 59.  Wang et al. (2019) Showed Glyphosate  Significantly Increased Weight and Pathology of the Spleen [39] .................................................................................... 90

Exhibit 60.  Hamdaoui et al. (2019) Showed Roundup Caused Inflammation, as Indicated by Increased WBCs and C-Reactive Protein [57] ........................................... 93

Exhibit 61. Illustration Showing Telomeres at the Ends of Chromosomes Get Shorter Each Time a Cell Divides .............................................................................................. 95

Exhibit 62. Illustration Showing Shortening Telomeres in Normal Cells Undergo Apoptosis, and Telomers in Cancer Cells Get Longer .................................................. 96

Exhibit 63. Lan et al. (2009) Showed that the Mean Telomere Length Was Longer for the NHL Cohort [62] ................................................................................................. 97

Dr. Richard DeGrandchamp

Exhibit 64. Lan et al. (2009) Show a Clear Dose-Response Relationship Between Telomere Length and NHL Risk [62] .................................................................................. 98

Exhibit 65. Remes et al. (2000) Showed that Normal Lymphoid Tissue Had Telomere Length Single Peak and Some Lymphomas Had 2 Peaks [59] ................................................ 99

Exhibit 66. 1996: Norrback et al. Showed Telomerase Activity Was Highest for Low- and High-Grade Malignant Lymphomas [63] .......................................................................... 100

Exhibit 67. 2022: Cosemans et al. Found that an Increase in AMPA Was Associated with a 5% Increase in Leukocyte Telomere Length [64] ........................................................ 101

Exhibit 68. Scinicariello et al. (2015) Showed Dose-Related Telomere Length Increased with Increasing PCB Blood Levels [65] ........................................................................ 103

Exhibit 69. Hanahan and Weinberg Six Hallmarks of Cancer (2000) [66] ................................. 105

Exhibit 70. Hanahan and Weinstein Illustrate The Cancer Mechanisms As An "Electronic Circuit" With The Functionally Altered Genes Highlighted In Red [67] ................. 106

Exhibit 71. Immunotoxicity And Immunosurveillance Identified As An Emerging Hallmark [66] .................................................................................................................. 107

Exhibit 72. Comparing HC to KC of Carcinogens [69] ............................................................ 109

Exhibit 73. IARC Ten Key Carcinogenic Hallmarks Of Carcinogens [70] ............................... 110

Exhibit 74. IARC Revised Classification Scheme—Updating KC to Separate Stand-Alone Category [1] ......................................................................................................... 112

Exhibit 75. Updated Overall Evaluation of the IARC Monograph: Number of Carcinogenic Categories Reduced to 4 [1] ................................................................................. 113

Exhibit 76. Representative In Silico And In Vitro Assays To Measure The Key Characteristics Of Carcinogens [69] ............................................................................................. 115

Exhibit 77. Guyton et al. (2009) Proposes Applying Toxicogenomic Carcinogenic Assessments [71] ..................................................................................................................... 117

Exhibit 78. Exhibit 1. Guyton et al. (2009) Identified 15 "Key Events" [65] ............................ 119

Exhibit 79. Evidence Of Key Characteristics for IARC Group 1, 2, and 3 Carcinogens [71] .... 120

Dr. Richard DeGrandchamp

Exhibit 80. Krewski et al. (2019) Results Comparing The Type Of Animal And Human Data Available For Each KC Category [73] ..................................................................... 122

Exhibit 81. Krewski et al. (2019) Showed The Percentage Of Published Studies For Each Of The KC For 86 Group 1 Carcinogens [73] ....................................................................... 123

Exhibit 82. Comparison Between Animal and Human Characteristics for the 10 KC of Carcinogens for Select IARC Group 1 Carcinogens [17] ........................................... 124

Exhibit 83. IARC's 10 KC Categories and the Corresponding Toxicological EndPoints [17]... 126

Exhibit 84. Smith et al. (2020) Report Overview [69] ................................................................ 127

Exhibit 85. NTP Identifies KC of Carcinogens Method for Identifying Human Carcinogens [2] ........................................................................................................................................ 130

Exhibit 86. US EPA Applied IARCS KC Framework for Ethylene Oxide [76] ........................ 132

Exhibit 87. US EPA Used the Same 10 IARC KC Categories to Evaluate the Weight of Evidence for Ethylene Oxide [76] ........................................................................................... 133

Exhibit 88. The 10 KC For EDC Classifications [80] ................................................................ 140

Exhibit 89. IARC 10 Key Characteristics and Toxicological End-points .................................. 141

Exhibit 90. Illustration of Oxidation Leading to *8-OHdG* ...................................................... 143

Exhibit 91. Chaufan et al. (2014) Roundup Caused ROS Formation [83] ................................ 146

Exhibit 92. Peluso et al. (1998) Showed Roundup Caused  DNA Adducts [77] ....................... 149

Exhibit 93. Munoz et al. (2020) Show The Points In The  Endocrine Pathway That Glyphosate May Dysregulate Normal Function [92] ................................................................... 171

Dr. Richard DeGrandchamp

# 1.      INTRODUCTION

Over the last 15 years, I have conducted extensive research and analysis on the molecular etiology of NHL (as well as other lymphomas). The purpose of my work has been to construct a framework of the key mechanistic hallmarks that can be used to compare and evaluate the potential of carcinogenic compounds to determine if they produce the same well-established key mechanisms. For this litigation, I have also been requested to review the extensive published scientific literature on the molecular mechanisms for glyphosate, glyphosate-based herbicides (i.e., Roundup formulations), and aminomethylphosphonic acid (AMPA; a metabolite of glyphosate) – which I refer to in this report as glyphosate/Roundup compounds (G/R compounds) – to form an opinion as to whether sufficient evidence exists to conclude G/R compounds produce NHL. As I discuss in this report, there is no single key mechanism or silver bullet that links a compound to NHL. I made my final determination based on the totality of the weight of the mechanistic evidence and for this report I have identified nine key mechanistic hallmarks of NHL which are:

- NHL HALLMARK: DNA Strand Breaks
- NHL HALLMARK: Chromosomal Gene Translocations
- NHL HALLMARK: Mechanism of DNA Breaks
- NHL HALLMARK: Sister Chromatid Exchanges (SCE)
- NHL HALLMARK: Upregulation of *BCL-2* Oncogene
- NHL HALLMARK: Downregulated Tumor Suppressor Gene *P53*
- NHL HALLMARK: Gammopathy (Increased IgG Antibodies)
- NHL HALLMARK: Inflammation
- NHL HALLMARK: Immortality (Telomere Lengthening)

In this report, I first explain what the key NHL mechanistic hallmarks are and how they contribute to the etiology of NHL. Then I conducted a search of the published scientific literature G/R compounds to determine whether there is evidence these compounds act through the same mechanisms. The framework and methodology I applied in this analysis is identical to the mechanistic framework developed by the International Agency for Research on Cancer (IARC)

Dr. Richard DeGrandchamp

in which 10 Key Characteristics (KC) of carcinogens are used to classify chemicals as carcinogens [1]. In fact, I conducted two separate analyses. In the first, I analyzed whether G/R compounds produce the Hallmarks of Carcinogens within the formal framework developed by IARC to determine if they satisfy the mechanisms ascribed to the *general* hallmarks of carcinogens. In the second analysis, I followed the same IARC framework and analyses whether there was sufficient evidence to determine if G/R compounds *also* produce the well-established hallmarks that are associated with specific mechanisms known to be associated with lymphomas. In this manner, I answered the question of whether G/R compounds should be considered general carcinogens as well as more specifically carcinogens targeting lymphocytes to produce lymphomas.

As I discuss in this report, this KC methodology has been adopted by the National Toxicology Program (discussed in the 15th edition of the Report on Carcinogens that was issued in 2022 [2]) and has been applied by US EPA in its carcinogenic assessment of ethylene oxide. However, because I have long studied the mechanistic hallmarks of PCB-induced lymphomas I have extended my analysis beyond the IARC Hallmarks. I have considerable experience in this particular area of research focusing on the hallmarks of lymphomas as I have lectured on this subject to my students for the past decade. I have also testified in numerous toxic tort litigation cases on the mechanistic hallmarks of lymphomas and qualified as an expert in numerous trials. I have presented similar opinions I present in this report starting in a 2016 PCB toxic tort case. In that case, I relied on four well-known mechanisms of lymphomas to show PCB produce the identical mechanistic molecular aberrations. I now show G/R compounds produce similar molecular lesions know to occur in lymphomas and can now expand the number of hallmarks from four to nine as the state-of-the-science has advanced over the last six years.

The KC framework provides a holistic and transparent approach that replaces the old, outdated, and ad hoc procedures that narrowly focused on just the one mechanism of "genotoxicity." By solely focusing on genotoxicity, many carcinogenic mechanisms are ignored and can result in mischaracterizing the carcinogenicity and erroneously classifying a chemical as not being a carcinogen. For this reason, and to be consistent with IARC's KC framework, I also carried out an analysis of *general* carcinogenicity for G/R compounds. It should be noted that in its latest updated Monograph Preamble, IARC now places more scientific weight on the carcinogenic

Dr. Richard DeGrandchamp

mechanism to classify carcinogens than it did prior to 2019. The carcinogenic mechanism is now formally assessed equal to the weight of evidence based on animal studies and human epidemiology investigations. This is a significant advancement and an important development with regard to G/R compounds because the human and animal studies have been somewhat inconsistent.

To facilitate review of this expert report, I have organized this document into the following three parts:

PART 1: Background

PART 2: NHL Key Characteristic Analysis of G/R Compounds Specific To Lymphomas

PART 3: IARC Key Characteristic Analysis of G/R Compounds For General Carcinogenicity

## 2.    SUMMARY CONCLUSIONS

- Based on a robust mechanistic analysis of the pathological molecular/genetic dysfunctional changes G/R compounds induce in normal cells, they appear likely to cause NHL.
- Categorizing the carcinogenicity of G/R compounds should not be based on the narrow and outdated mechanistic criteria of *only* genotoxicity or mutagenicity.
- Based on an analysis and comparison of 9 key molecular mechanisms that have been established as NHL mechanistic hallmarks based on numerous published studies, I conclude G/R compounds produce many of those same carcinogenic effects including:
  - o DNA strand breaks.
  - o Chromosomal gene translocations.
  - o DNA breaks via upregulated activation-induced cytidine deaminase (AID).
  - o Sister chromatid exchanges (SCE).
  - o Upregulation of the *BCL*-2 and *MYC* oncogenes.
  - o Downregulation of tumor suppressor genes *P53* and *BAX*.
  - o Gammopathy (increased IgG antibodies).
  - o General inflammation responses.

Dr. Richard DeGrandchamp

- - Immortality (telomere lengthening).
- IARC developed and formally adopted a state-of-the-science and widely accepted methodology to evaluate chemical carcinogenicity based on an analysis of 10 KC of chemical carcinogens.
- The IARC KC framework method of characterizing chemical carcinogens has been championed and promoted in many peer-reviewed publications that have been authored by scientists from the following groups:
  - - National Toxicology Program
  - - World Health Organization
  - - Chemical Industry
  - - USEPA
  - - CalEPA
  - - National Institute of Environmental Health
  - - National Institutes of Health.
- USEPA has applied the IARC KC analysis in a detailed analysis of ethylene oxide EtO and based solely on the assessment of the carcinogenic *mechanism* within the KC framework classified it as a known human carcinogen, despite the absence of any human epidemiology or animal carcinogenicity studies (as they were deemed insufficient). It is clear that the Agency considers its KC analysis sound and scientifically tenable as it has warned the public *EtO emissions from some commercial sterilizers in the U.S. contribute to elevated cancer risk for people living in nearby communities* [3]
- While USEPA has successful adopted the IARC KC analyses for classifying the carcinogenicity of ethylene oxide which has provide strong mechanistic evidence of carcinogenicity, the Agency's pesticide program continues to use the outdated *ad hoc* approach focusing genotoxicity in its carcinogenic assessment of G/R compounds. Genotoxicity is only one of the 10 IARC Key Characteristics.
- My analysis based on the IARC 10 Key criteria provides strong and compelling evidence that G/R compounds should be considered a *probable* human carcinogen.

Dr. Richard DeGrandchamp

# 3.      PART 1: BACKGROUND

The following sections provide a brief overview of the International Agency for Research on Cancer Monographs. It also presents my scientific rationale for not considering Monsanto's nonpeer-reviewed studies as evidence in my weight of evidence analysis.

## 3.1.      IARC Monographs Are the Gold Standard for Assessing Toxicological/Epidemiological Studies

Since 1971, IARC has evaluated more than 1,000 agents that were identified as possible carcinogens. More than 500 have been identified as carcinogenic, probably carcinogenic, or possibly carcinogenic to humans [4]. The evaluations and conclusions of these evaluations are thorough and transparent with the evidence presented in each IARC Monographs.  These Monographs are generally lauded as the gold standard in the field of carcinogenesis among toxicologists, epidemiologists, and those in the field of molecular biology.

## 3.2.      IARC Monograph 112 Classified Glyphosate As "Probable" Human Carcinogen

Monsanto's glyphosate used in Roundup has been classified by IARC as a *probable human carcinogen* or Group 2A carcinogen, as shown in Exhibit 1. This conclusion was based on "limited" evidence of cancer in humans (from real-world exposures that actually occurred) and "sufficient" evidence of cancer in experimental animals (from studies of "pure" glyphosate) [4]. It also noted that USEPA classified glyphosate as a possible (Group C) carcinogen in 1985, but has since reassessed it and more recently classified it as a Group E carcinogen (evidence of non-carcinogenicity).  It is important to note that its reassessment was narrowly based on the single characteristic of *genotoxicity*, despite clear evidence of other carcinogenic evidence of other molecular mechanisms shown to be hallmarks of cancer.

Dr. Richard DeGrandchamp

## Exhibit 1.  IARC Monograph 112 Glyphosate (2015) [5]



**International Agency for Research on Cancer**

**World Health Organization**

20 March 2015

IARC Monographs Volume 112: evaluation of
five organophosphate insecticides and herbicides

**Lyon, France, 20 March 2015** – The International Agency for Research on Cancer (IARC), the specialized cancer agency of the World Health Organization, has assessed the carcinogenicity of **five organophosphate pesticides**. A summary of the final evaluations together with a short rationale have now been published online in The Lancet Oncology, and the detailed assessments will be published as Volume 112 of the IARC Monographs.

**What were the results of the IARC evaluations?**

The herbicide **glyphosate** and the insecticides **malathion** and **diazinon** were classified as *probably carcinogenic to humans* (Group 2A).

The insecticides **tetrachlorvinphos** and **parathion** were classified as *possibly carcinogenic to humans* (Group 2B).

**What was the scientific basis of the IARC evaluations?**

The pesticides **tetrachlorvinphos** and **parathion** were classified as *possibly carcinogenic to humans* (Group 2B) based on convincing evidence that these agents cause cancer in laboratory animals.

For the insecticide **malathion**, there is *limited evidence of carcinogenicity* in humans for non-Hodgkin lymphoma and prostate cancer. The evidence in humans is from studies of exposures, mostly agricultural, in the USA, Canada, and Sweden published since 2001. Malathion also caused tumours in rodent studies. Malathion caused DNA and chromosomal damage and also disrupted hormone pathways.

For the insecticide **diazinon**, there was *limited evidence of carcinogenicity* in humans for non-Hodgkin lymphoma and lung cancer. The evidence in humans is from studies of agricultural exposures in the USA and Canada published since 2001. The classification of diazinon in Group 2A was also based on strong evidence that diazinon induced DNA or chromosomal damage.

For the herbicide **glyphosate**, there was *limited evidence of carcinogenicity* in humans for non-Hodgkin lymphoma. The evidence in humans is from studies of exposures, mostly agricultural, in the USA, Canada, and Sweden published since 2001. In addition, there is convincing evidence that glyphosate also can cause cancer in laboratory animals. On the basis of tumours in mice, the <u>United States Environmental Protection Agency</u> (US EPA) originally classified glyphosate as *possibly carcinogenic to humans* (Group C) in 1985. After a re-evaluation of that mouse study, the US EPA changed its classification to *evidence of non-carcinogenicity in humans* (Group E) in 1991. The US EPA Scientific Advisory Panel noted that the re-evaluated glyphosate results were still significant using two statistical tests recommended in the IARC <u>Preamble</u>. The IARC Working Group that conducted the evaluation considered the significant findings from the US EPA report and several more recent positive results in concluding that there is *sufficient evidence of carcinogenicity* in experimental animals. Glyphosate also caused DNA and chromosomal damage in human cells, although it gave negative results in tests using bacteria. One study in community residents reported increases in blood markers of chromosomal damage (micronuclei) after glyphosate formulations were sprayed nearby.

In addition, IARC concluded (and pointedly highlighted the fact) that the mechanistic evidence of glyphosate-induced *genotoxicity* was "strong." IARC also concluded that there was "strong" evidence for genotoxicity for glyphosate-based formulations (GBH). This is noteworthy because as discussed, IARC has upgraded the importance and weight (in its weight-of-evidence

Dr. Richard DeGrandchamp

evaluation) of clear mechanistic evidence of the molecular and immunological evidence when concluding a chemical is a human carcinogen. In fact, IARC adopted a formal process for evaluating genotoxicity by following a stepwise analysis of the *key molecular characteristics* of cancer (KC) in 2019. Those evaluations are now included in IARC's updated 2019 Monograph preamble (discussed later) although the IARC glyphosate Monograph preceded the updated KC analysis.

## 3.3.       IARC Glyphosate Monograph 112 Has Been Unfairly Critiqued/Targeted by Monsanto and the Chemical Industry

In recent years, it has been customary for the chemical industry to attack IARC Monographs as being biased, unfair, and selective in their assessments of chemical carcinogenesis when it addresses the carcinogenicity of its chemical products. These attacks have been particularly unfair and biased regarding the scientific *process* IARC followed in the preparation of the glyphosate Monograph 112, as well as its ultimate cancer determination that glyphosate is "probably carcinogenic to humans" (Group 2A).

The critiques for the glyphosate assessment were especially misguided, unfair, and unsupportable. The unusually pointed accusations and outrageously incorrect assertions finally prompted IARC to issue a point-by-point response to the major accusations. As a preamble to this report, it is important to highly some aspects of the IARC response as they relate to this expert report because I have followed a similar scientific evaluation process to formulate my opinions regarding glyphosate being a carcinogen.

IARC first noted that the attack on the IARC Monograph was a well-organized and funded operation that intentionally and willfully attempted to discredit the Monograph and the workgroup. Those who were involved in the critiques were not independent scientists, but rather had financial interests and ties to the agricultural industry, as explained by the IARC director. [6]

Dr. Richard DeGrandchamp

## Exhibit 2.  IARC Director Responds to Critiques from Agrochemical Industry and Media Outlets [6]

> **IARC response to criticisms of the Monographs and the glyphosate evaluation**
>
> **Prepared by the IARC Director**
>
> **January 2018**
>
> **Background**
>
> Since the evaluation of glyphosate by the IARC Monographs Program in March 2015, the Agency has been subject to unprecedented, coordinated efforts to undermine the evaluation, the program and the organization. These efforts have deliberately and repeatedly misrepresented the Agency's work. The attacks have largely originated from the agro-chemical industry and associated media outlets. They have taken place in the context of major financial interests relating to: a) the relicensing of glyphosate by the European Commission; b) hundreds of litigation cases in the USA brought by cancer patients against Monsanto, claiming that their malignancies were caused by glyphosate use; c) and the decision by the Californian Environmental Protection Agency to label glyphosate as a carcinogen.

One of the most frequently heard statements I have had to address in my own research and testimonies from the chemical industry in my 30 years in toxicology practice is that "everything causes cancer" or "all chemicals cause cancer at high doses." Both of these statements are baseless, false and easily refuted. It is not possible to force a noncarcinogenic chemical to suddenly *become* carcinogenic in a carefully conducted chronic animal study. The elevated doses used in a cancer study are specifically selected so that they will not produce spurious toxic effect that have to potential to randomly trigger neoplasms as a non-specific secondary mechanism.

The statement that all chemicals cause cancer is incorrect as is stated in IARCs reply in Exhibit 3. First, IARC does not simply randomly select chemicals to evaluate among the many thousands of industrial chemicals. Chemicals are carefully vetted and only those chemicals where there is some preliminary evidence that they may be carcinogenic are selected for study.  One of the most important selection criteria is when the public or workers are widely exposed and may pose

Dr. Richard DeGrandchamp

a cancer risk are evaluated. This would include a chemical that is going to be put to wide use in commercial products and could ultimately contaminate food, be intentionally used as a pesticide, or used in many commercial products.  Indeed, under the current US regulatory framework only chemicals that are pesticides, food additives (intentional and incidental) or drugs are required to be tested for cancer in 2-year chronic animal bioassays before it is produced in massive quantities and sold for those uses.  There are no mandated toxicity/cancer tests that required for any chemicals that fall outside these three categories. Consequently, the number of chemicals that would even qualify as chemicals regulatory agencies would select to review and categorize their carcinogenicity relatively small and only those that show "some evidence or suspicion of carcinogenicity" would be the focus of IARC's to determine of those that could be human carcinogens.

### Exhibit 3.  IARC Refutes the Often-Repeated False Statement by the Chemical Industry that "Everything Causes Cancer" [6]

**IARC evaluates only agents that have some evidence of carcinogenicity**

- Some critics say the Monographs program finds "everything causes cancer"[19] because of nearly 1000 agents evaluated only one has been categorized in Group 4, "probably not carcinogenic to humans".

- The criticism is misleading because the Monographs do not select at random the agents evaluated for carcinogenicity. Instead, in the interest of efficiency and according to the Preamble to the Monographs, "Agents are selected for review on the basis of two main criteria: (a) there is evidence of human exposure and (b) there is some evidence or suspicion of carcinogenicity."

- IARC puts out a public call for agents to be reviewed and establishes the "Advisory Group to Recommend Priorities for IARC Monographs" to propose priorities for evaluation of agents based on the criteria mentioned above.

- Despite this careful selection of agents, in reality around half (502 of 1003) of the Monograph evaluations resulted in agents being classified in Group 3 ("not classifiable as to its carcinogenicity to humans"); just 12% of all agents evaluated (120 of 1003) are

Group 1 ("carcinogenic to humans") and a further 38% (380 agents) fall into Group 2B ("possibly carcinogenic to humans") or 2A ("probably carcinogenic to humans"). This is far from the finding everything is carcinogenic.

Dr. Richard DeGrandchamp

It is also important to note that the updated 2019 IARC Monograph Preamble specifically discusses the robust vetting process that is required *before* a thorough review and analysis by an IARC Working Group for any IARC Monographs.

It should also be noted that now there are only 4 groups or IARC categories of human carcinogens (instead of the previous 5 categories) because IARC requires that each chemical have *some evidence suggesting carcinogenicity* before it is selected for classification purposes as is shown in Exhibit 4.

**Exhibit 4.  IARC Classification Framework** [7]

| Evidence of Cancer in Humans | Evidence of Cancer in Experimental Animals | Mechanistic Evidence | Evaluation |
|---|---|---|---|
| Sufficient | | | Carcinogenic (Group 1) |
| | Sufficient | Strong (exposed humans) | |
| Limited | Sufficient | | Probably carcinogenic (Group 2A) |
| Limited | | Strong | |
| | Sufficient | Strong (human cells or tissues) | |
| | | Strong (mechanistic class) | |
| Limited | | | Possibly carcinogenic (Group 2B) |
| | Sufficient | | |
| | | Strong (experimental systems) | |
| | Sufficient | Strong (does not operate in humans) | Not classifiable (Group 3) |
| All other situations not listed above | | | |

The previous 5 IARC carcinogenic categories are now 4 because groups 3 and 4 are now combined, as discussed below:

> *Another revision simplified the evaluation categories to encompass one of four groups (group 1, 2A, 2B, or 3; Box 2), rather than five (group 1, 2A, 2B, 3, or 4), as previously grouped. The IARC Monographs program selects agents for review only if there is evidence of human exposure and some evidence suggesting carcinogenicity. Therefore, the previous group 3 (not classifiable) and group 4 have been combined, and working*

Dr. Richard DeGrandchamp

> *groups are encouraged to add the statement that an agent is "probably not carcinogenic to humans" when warranted* [8].

Finally, IARC has been accused of not considering the secret industry genotoxicity and cancer studies. IARC's well-considered rationale for adopting this stance is shown below in Exhibit 5. Although Monsanto and others in the chemical industry have attacked IARC for ignoring industry studies that have not undergone the peer-review process, it needs to be stressed that this practice is widely practiced in all areas of public health by U.S. and international health agencies and is fundamental to transparency in all areas of scientific reviews.

### Exhibit 5.  IARC's Rationale for Not Considering Industry Studies That Have Not Undergone Transparent Peer Review [6]

**IARC has a strong rationale for inclusion of only publicly available studies in Monograph evaluations**

- The Monographs have been accused of selective use of scientific studies ("cherry-picking"[15]) because Working Groups consider only reports available in the public domain, identified and documented through the systematic assembly and review of all publicly available and pertinent studies, as specified in the Monographs Preamble. This practice is criticized because it excludes studies conducted by industry when these are publicly unavailable.

- The Monographs do not exclude research conducted by industry *per se*. Where industry-conducted studies are published in scientific journals they are considered, if available in sufficient detail to allow independent scientific review. Under the same conditions, the Monographs also take account of industry-conducted research in summary form or if placed in the public domain by national regulatory agencies.

- The need for industry-conducted studies to be publicly accessible is in line with the existing (e.g. European Medicines Agency) or developing (e.g. European Food Standards Agency) policies of other international agencies.

- Consistent with the above principles and as required by its Preamble, the glyphosate Monograph did not consider any unpublished information on the AHS (see above). However, as already mentioned, the Working Group did include published reports from the AHS.

- IARC follows its current practice in order to enable others to scrutinize the basis of its decisions rather than relying on appeals to authority or trust. This transparency is fundamental to the scientific process.

Dr. Richard DeGrandchamp

In urging IARC to consider non publicly available glyphosate studies that Monsanto has
produced over the years, it is essentially pleading with IARC to just "trust us." It claims the
internal studies it submitted to USEPA as confidential or privileged studies are trustworthy and
robust. However, Monsanto has shown for decades that its studies are *not* trustworthy. It has a
long history of promoting toxicity studies that have been shown time and time again to be
fraudulent. Furthermore, the Company even presented false conclusions about carcinogenicity to
the federal government, which used those studies to set acceptable levels of exposures in food.
For example, as I have discussed in Book 1 of this expert report, one such incident occurred in
which Monsanto unilaterally changed the IBT conclusion of PCBs being "slightly carcinogenic"
to "not carcinogenic." Even now in 2022, Monsanto's experts claim that it has conducted more
than 400 toxicity studies on PCBs, when it is a fact that to this day that Monsanto has not
conducted a single chronic toxicity or valid cancer study on any Aroclor product or PCB
congener in 90 years since it started producing them in 1929. Although it hired IBT to conduct
chronic cancer studies in 1969, those studies were invalid, contained false and fraudulent data
and even Monsanto concluded it could not validate those studies [9]. Furthermore, it never
repeated those studies, even after Monsanto could not verify the results. Instead of re-analyzing
and conducting its own valid toxicity studies it has challenged every toxicity and cancer study,
challenged every regulatory conclusion, and refuted every academic toxicity/epidemiology
published study that does not show PCBs are non-toxic or non-carcinogenic.

Another reason I have not relied on Monsanto's internal studies is the Company has been shown
not to be trustworthy. Whereas IARC has not been privy to the vast archive of Monsanto's
internal memos, studies, and reports pertaining to PCB so-called toxicity studies, I have spent the
last 7 years reviewing a massive cache of Monsanto's documents and recently completed a
review of ~6,000 of its documents that were released to me as I discussed many of these in Book
1. I have recently received a new tranche of documents, as they relate to IBT's false PCBs
studies. There is a distinct pattern of Monsanto presenting misleading data and unsupportable
conclusions for PCBs which it has repeated with G/R compounds.

It is sufficient to simply review the public record and the pattern of deception Monsanto has
shown in its evaluation of PCB and Roundup toxicity over the years. For this reason—which I

Dr. Richard DeGrandchamp

add to those presented above by IARC's Director—I have not considered any internal Monsanto study it submitted to USEPA.

Finally, I should also note that it is surprising that USEPA itself considered these internal Monsanto studies and reports at face value when it approved Monsanto's Roundup registration. This is because the Agency played a most prominent and very visible role in uncovering the vast and widespread deception in industrial toxicity testing in the 1970s and 1980s involving false studies produced by Monsanto's contract laboratories IBT and Craven Laboratories LLP, as I discuss in the following section.

## 3.4.     Rationale and Evidence for Not Relying on Monsanto's Internal Toxicity Studies for Weight of Evidence

Monsanto has a long history of using laboratories that have produced false and fraudulent toxicity studies for both PCBs and Roundup. While I have discussed these studies in Book 1 relating to the malfeasance of IBT regarding its fraudulent PCB studies, IBT also tested Monsanto's Roundup in the early 1970s and produced false and fraudulent studies for those as well. In addition, these deceptive practices not only involved IBT but continued with Monsanto's consultant Craven Laboratories. Indeed, the dishonesty and scientific misconduct from scientists who oversaw the PCB and Roundup studies from both these laboratories was so willful and egregious and at a scale never seen before that those scientists who were found responsible were convicted, fined, and some sent to prison.

Monsanto admitted these facts in a 2005 press release posted on its website in June 2005, as shown below in Exhibit 6.

Dr. Richard DeGrandchamp

## Exhibit 6.  Monsanto Admits Its Toxicity Studies on Roundup Were Falsified [10]



**MONSANTO**
imagine

**Backgrounder**
**Testing fraud: IBT and Craven Laboratories**
June 2005

**IBT Laboratories**

In 1976, during a routine inspection of a testing company named Industrial Bio-Test Laboratories (IBT), the U.S. Food and Drug Administration (FDA) uncovered discrepancies between raw data and reports of pesticide toxicology studies IBT had conducted. As a result, the U.S. Environmental Protection Agency (EPA) ordered an audit of all IBT studies conducted in support of pesticide product registration. Monsanto was one of several pesticide manufacturers who had used IBT test results. The audit found some toxicology studies conducted with the original Roundup® herbicide[1] to be invalid.

As a result, Monsanto repeated all the studies in accordance with applicable EPA testing guidelines. Today, no IBT-generated data are used to support glyphosate registration anywhere in the world.

**Craven Laboratories**

In 1990, the pesticide industry was once again the victim of testing fraud. This time, the studies were not toxicology studies but analyses to determine the amount of pesticide residues in treated crops. A pesticide industry task force discovered irregularities in testing conducted at Craven Laboratories of Dallas, Texas, and alerted the EPA. An investigation was initiated.

The U.S. Department of Justice announced February 25, 1994, that Don Craven, company president, and 14 former employees of Craven Laboratories received punishments ranging from fines to prison terms following their convictions on charges of falsifying pesticide residue tests conducted over a 10-year period.

Hundreds of residue studies for Monsanto agricultural products, required for product registration by the EPA, have been completed by Monsanto or by one of 16 independent laboratories that are used under contract. Of these, a small fraction were conducted at Craven Laboratories.

Monsanto, along with other pesticide manufacturers, repeated the pesticide residue studies conducted at Craven Laboratories. The repeat studies cost Monsanto approximately $6.5 million. The damage caused to Monsanto's reputation by discussion of this issue by the media, and then further use by activists to question the integrity of Monsanto's data, cannot be calculated. All affected residue studies have been repeated and the data are sound, up-to-date and have been accepted by the EPA.

After the testing problems, the EPA instituted procedures known as Good Laboratory Practices, which are designed to ensure reliable generation and verification of all data. The penalties for falsifying data are severe, including large fines and prison terms.

-oOo-

[1] "Roundup" refers to the original Roundup agricultural herbicide (MON 2139), which contained the active ingredient glyphosate (as the isopropylamine salt), water and a surfactant (polyoxyethylene-alkylamine or POEA).

Although Monsanto did repeat the false and fraudulent IBT and Craven studies for Roundup, it has never repeated the PCB studies, presumably because Monsanto falsely claims that PCBs were never used as pesticides. As I have discussed in Book 1, Monsanto not only knew that PCBs were used as pesticides, but it admitted it knew that using PCBs as pesticides was a

Dr. Richard DeGrandchamp

violation of pesticide laws [11]. Not only did it know that PCB toxicity studies were required, Monsanto estimated how much it would cost to conduct 2-year feed studies (required by the U.S. Food and Drug Administration [FDA]/USEPA), which was $30,000 in 1957 [12]. Monsanto did not want to spend the money to test for toxicity. [13]

With regard to Roundup, Monsanto was required to conduct chronic toxicity tests because the USEPA/FDA required these tests as part of its application for pesticide registration. As noted above in Exhibit 6, Monsanto knew its IBT and Craven toxicity studies were falsified based on a comprehensive USEPA/FDA inspection of IBT laboratories and review of its records and toxicity studies that started in 1976.  It concluded its review in 1983 when it issued its report as shown below in Exhibit 7 [14].

## Exhibit 7.  USEPA Conducted a Detailed Review of Pesticide Toxicity Testing in 1983 [14]



The IBT debacle was the darkest period in the history of toxicology because it involved 801 toxicity studies, of which 594 studies (74%) were found to be invalid. These falsified studies included Monsanto's pesticide toxicity studies for its pesticides "Machete" and "ACL." Furthermore, according to the USEPA/FDA investigative team that performed the IBT audits,

Dr. Richard DeGrandchamp

Monsanto knew the IBT studies contained false/fraudulent/fake data. Nevertheless, it knowingly submitted those fake reports to the US Government as shown in Exhibit 8 in which the audit report states: "Strong indication of client's [Monsanto] knowledge of the deficiencies before their report to the U.S. Government.

### Exhibit 8.   EPA/FDA Evidence That Monsanto Knew IBT Studies For Machete and ACL Were Fraudulent



Dr. Richard DeGrandchamp

It should be noted that the invalid studies were not just screening studies but included studies that focused on the most severe and important toxicity effects, including "benign or malignant tumors (oncogenicity), birth defects (teratogenicity), genetic mutations, other adverse reproductive effects," and neurotoxicity, which are the basis for approval for pesticides shown below in Exhibit 9.

**Exhibit 9.  USEPA Found 594 of 801 Pesticide Studies Invalid** [14]

Attached is also a list (Exhibit 8) of major health effects studies on pesticides conducted by IBT identifying which have been found valid or invalid, and which have been or are in the process of being replaced. This list covers 801 studies on 140 pesticides. An earlier draft list of IBT tests prepared by EPA in May 1983 identified 1205 tests on 212 pesticides. The current list has eliminated duplicative entries, preliminary range finding and similar tests which were not true health effects studies, and short-term, acute toxicity tests which generally do not create a significant data gap and which will be replaced if needed, through the existing reregistration program described above. Thus, the current list of 801 studies covers health effects considered significant to regulatory decisions, such as induction of benign or malignant tumors (oncogenicity), birth defects (teratogenicity), genetic mutations, other adverse reproductive effects, and neurotoxicity. Of the 801 IBT studies in the pivotal categories, 594 (74%) have been found invalid. To date, of the invalid studies, 212 (36%) studies have been replaced or are in progress, 38 (7%) are under discussion for possible replacement, and 45 (7%) are of a type no longer required for registration.

It should also be noted that Monsanto was required to submit the raw data for the IBT studies for all pesticides for which the IBT studies formed the basis of the registration. Monsanto was also required to validate the data. That is, Monsanto effort to validate the glyphosate studies was not voluntary but mandatory, as shown in Exhibit 10 [14].

Page 17

Dr. Richard DeGrandchamp

**Exhibit 10. EPA Required Monsanto to Validate Its Glyphosate Toxicity Tests** [14]

ADDITIONAL BACKGROUND ON THE IBT REVIEW PROGRAM

In 1976, during a routine lab inspection of one of IBT's facilities, FDA discoverd deficiencies in the manner in which studies were being conducted and discrepancies between those studies and their raw data. In 1977, EPA placed a moratorium on registration actions involving data developed at IBT as a result of this information. In the same year, EPA notified registrants that they were required to audit the raw data and validate both those IBT studies which were pivotal to the data base of pesticides already registered and all those which were supporting new registration actions.

In 1978 a joint EPA/FDA audit of IBT's two other facilities uncovered problems similar to those discovered during the initial audit. In March of that year EPA required registrants to submit to EPA the raw data for the IBT studies so that a review of registrant audits could be conducted.

EPA referred this case to the Department of Justice for investigation in April 1978. At approximately the same time, the U.S. and Canada were negotiating an agreement to share the task of spot checking registrants' audits of IBT studies. Through these checks, however, it became apparent that registrants' audits routinely overlooked some areas of concern. As a result, Canada and the U.S. agreed to review each audit and study.

Dr. Richard DeGrandchamp

Exhibit 11 shows that the IBT toxicity tests for Monsanto's glyphosate were fraudulent. Moreover, glyphosate was also tested by another company, and those test results were also found to be false (USEPA did not identify that laboratory).

## Exhibit 11. USEPA Found Monsanto's Glyphosate Studies Conducted by IBT and other Laboratories to Be Fraudulent [14]

Exhibit A quantitatively presents the data base of the chemical compounds for which studies were conducted by Industrial Bio-Test Laboratories. The IBT studies are designated by the letter O. Studies in the EPA data base done by labs other than IBT are designated by the letter X.



| Glyphosate | O | XX 000 | X 0000 | XXX 00 | O | XX | Data Call In |

CHEMICAL COMPOUNDS TESTED BY INDUSTRIAL BIO-TEST LABORATORIES: A QUANTITATIVE PRESENTATION OF STUDIES SUBMITTED TO EPA BY IBT AND OTHER LABORATORIES.

| CHEMICALS | ONCOGENICITY | TERATOGENICITY | MUTAGENICITY | REPRODUCTIVE EFFECTS | NEUROTOXICITY | OTHER CHRONIC EFFECTS | REGULATORY ACTIVITY TO GENERATE CHRONIC DATA |

As shown above, IBT conducted toxicity tests in all 6 categories that form the basis of determining if the pesticide will pose a risk to the public. Exhibit 12 shows the specific toxicity, mutagenicity, and carcinogenic tests that were found to be fraudulent and invalid. It is

Dr. Richard DeGrandchamp

noteworthy that Monsanto never published these studies, so they would never have undergone a transparent peer review by scientists outside of USEPA. Accordingly, these are examples of toxicity tests that are categorized as nonpeer reviewed—or industry—studies that Monsanto submitted to USEPA. Had USEPA not discovered the massive IBT fraud in the glyphosate studies, those studies would still form the basis of Monsanto's claim that glyphosate is not carcinogenic, mutagenic, or genotoxic.

## Exhibit 12. USEPA Concluded Monsanto's Glyphosate Carcinogenicity and Mutagenicity Tests Were Fraudulent and Invalid [14]





In response to the IBT scandal, the results of which are shown, in the Exhibits above, US EPA took specific action to ensure this would never happen again, promulgating a law for "Good Laboratory Practices" (GLP) in 1983, as described below in Exhibit 13.

Dr. Richard DeGrandchamp

## Exhibit 13. USEPA Promulgates Good Laboratory Practices in 1983
[15]



Despite USEPA's new GLP law, which would apply to all pesticide testing laboratories, it was not enough to stop another Monsanto contract laboratory from again falsifying its tests for Roundup. This time it was Craven Laboratories as discussed by USEPA in the 1983 Federal Register shown in Exhibit 14.

Dr. Richard DeGrandchamp

## Exhibit 14. EPA FIFRA Notice That Craven Laboratory For Monsanto's Roundup Was Fraudulent [16]



28014          Federal Register / Vol. 58, No. 90 / Wednesday, May 12, 1993 / Notices

Southern Protective Pro.
Southern Railway*
Southern Specialty
Specialty Construc.
Spencer Adams Atlanta
Stephenson Chemical
Styron Products
Summit Oil*
T.N. Eastman Co.
Taylor Supply Co.
Thermo King Corp.
Thompson Hayward*
Three States Towing
Thrift Oil Co.*
Tilson Homans
Tri Co. Oil*
United Parcel Serv.*
Val Chemical Co.
Valley Wood
W.R. Meadows*
Walker Oil Co./Fl*
Wells Oil Co.*
West Chemical Engineers
Western Electric Corp.*
Westinghouse Electric*
Westside Service Station*
White Roofing
Winn Dixie
Wm Armstrong Paints
Wm Carter Co.
Wooley Co.
Zep Manufacturing
    *Firms for whom we have an address and will send a copy of this Decision and Order.
[FR Doc. 93–11258 Filed 5–11–93; 8:45 am]
BILLING CODE 6450-01-P

ENVIRONMENTAL PROTECTION AGENCY

[OPPTS–00135; FRL–4586–1]

Agency Information Collection Activities Under OMB Review

AGENCY: Environmental Protection Agency (EPA).

ACTION: Notice.

SUMMARY: In compliance with the Paperwork Reduction Act this notice announces that the Information Collection Request (ICR) abstracted below has been forwarded to the Office of Management and Budget (OMB) for expedited review and comment. The ICR describes the nature of the information collection and its expected cost and burden.

DATES: Comments must be submitted on or before June 11, 1993.

FOR FURTHER INFORMATION CONTACT: Sandy Farmer, Environmental Protection Agency, Information Policy Branch (PM 223Y), 401 M St., SW., Washington, DC 20460, Telephone: (202) 260–2740.

SUPPLEMENTARY INFORMATION:
    The ICR abstracted below is titled "Special Data Call-In Notice to Certain Pesticide Registrants Requiring

Replacement of Craven Laboratory-Generated Data Previously Submitted in Support of Existing Tolerances or Registrations" (EPA No. 1642.01). This ICR is for a new collection of information.

I. Abstract

Notification of the Information Collection

    The Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) as amended (7 U.S.C. 136) requires EPA to register pesticides for distribution and sale within the United States. It also requires registrants to provide EPA with the requisite information (data) needed to assess whether the registration of a pesticide would cause an unreasonable adverse effect on human health or the environment. EPA has a continuing responsibility to assure that registrations do not cause unreasonable adverse effects and that regulatory actions are based on accurate and reliable data. If the Agency at any time needs additional information to make that determination, the Agency under FIFRA section (c)(2)(B) may require that registrants generate and supply the required information.
    EPA's Office of Pesticide Programs (OPP), under the Assistant Administrator for Prevention, Pesticides and Toxic Substances, is requiring the submission of new studies/data to replace certain data which were generated by Craven Laboratories Inc. (Craven) of Austin, Texas. This is necessary because the integrity of certain data generated by Craven for pesticide registrants is questionable following allegations of wrongdoing by the laboratory. Additionally, 12 former employees of Craven have admitted that wrongdoing occurred. As a result, Craven data are not considered by the Agency to be reliable or adequate to support continued registration or tolerance levels for certain pesticides which are founded in decisions based upon these data. A criminal investigation ensued which precludes EPA from revealing details of some information on the Craven issue. Since

flawed ...
This ...
follow-...
related ...
collection ...
February ...
registran...
data gen...
to EPA...
identify...
data sho...
that som...
be falsi...
that in ...
contribu...
in the st...
an ongo...
the Age...
submitte...
Craven ...
Compan...
fact to E...
submitte...
supply t...
    1. Iden...
the date...
done by...
    2. Iden...
data fro...
which m...
validate...
Craven...
could in...
necessar...
The rem...
complian...
base was...
    The second was a letter dated June 20, 1991, sent to 13 registrants with Craven-generated data requesting that they

request because the Agency was willing to consider any type of reliable, non-Craven data as a possible alternative. All

**OPP's Office of Pesticide Programs (OPP), under the Assistant Administrator for Prevention, Pesticides and Toxic Substances, is requiring the submission of new studies/data to replace certain data which were generated by Craven Laboratories Inc. (Craven) of Austin, Texas. This is necessary because the integrity of certain data generated by Craven for pesticide registrants is questionable following allegations of wrongdoing by the laboratory. Additionally, 12 former employees of Craven have admitted that wrongdoing occurred. As a result, Craven data are not considered by the Agency to be reliable or adequate to support continued registration or tolerance levels for certain pesticides which are founded in decisions based upon these data. A criminal investigation ensued which precludes EPA from revealing details of some information on the Craven issue. Since**

| Table 1.—Pesticides with Craven-Generated Data Which Require a DCI for Replacement Studies | |
|---|---|
| Pesticide | Affected Registrants |
| Alachlor | Monsanto Agricultural Company |
| Copyraid | DowElanco |
| Dicamba | Sandoz Agro, Inc. |
| Dinocap | Rohm & Haas Company |
| Diquat | Zeneca, Inc. (transferred from Valent U.S.A.) |
| Ethyl parathion | Cheminova Agro A/F |
| Fenoxyprop-ethyl | Hoechst Celanese Cort |
| Glyphosate | Monsanto Agricultural Company |
| Linuron | E.I. du Pont de Nemours and Company, Inc. |
| MCPA | Industry MCPA Taskforce |
| MCPB | Rhone-Poulenc Ag Company |
| Methamidophos | Miles Inc. |
| Metolachlor | Ciba-Geigy Corp. |
| Metribuzin | Miles Inc. |
| Oxydemeton-methyl | Miles Inc. |
| Oxyfluorfen | Rohm & Haas Company |
| PCNB | Uniroyal Chemical Company, Inc. |
| Picloram | DowElanco |
| Pronamide | Rohm & Haas Company |
| Sethoxydim | BASF Corp. |

Dr. Richard DeGrandchamp

Remarkably, this new falsification of Roundup studies occurred 8 years after USEPA passed the Good Laboratory Practices (GLP) rules that all laboratories were required to follow.  This is remarkable because the GLP rules themselves were promulgated by USEPA in response to the false and fraudulent IBT debacle.   As shown below, 9 out of the 15 Craven tests it conducted on Roundup were shown to be false.

**Exhibit 15. Craven Laboratory Falsified 9 of the 15 Tests that Were Required to Register Roundup** [15]



Dr. Richard DeGrandchamp

# 4.     PART 2: NHL KEY CHARACTERISTIC ANALYSIS OF G/R COMPOUNDS

In this section, I present the key mechanistic hallmarks of NHL that have now been well-established and show these molecular events are consistent with the published molecular mechanisms and hallmarks of carcinogenesis for G/R Compounds. These key molecular events include the following:

- NHL HALLMARK: DNA Strand Breaks
- NHL HALLMARK: Chromosomal Gene Translocations
- NHL HALLMARK: Mechanism of DNA Breaks
- NHL HALLMARK: Sister Chromatid Exchanges (SCE)
- NHL HALLMARK: Upregulation of *BCL-2* Oncogene
- NHL HALLMARK: Downregulated Tumor Suppressor Gene *P53*
- NHL HALLMARK: Gammopathy (Increased IgG Antibodies)
- NHL HALLMARK: Inflammation
- NHL HALLMARK: Immortality (Telomere Lengthening)

Research has shown that mechanistic studies are more important than animal bioassays for lymphoproliferative cancers such as NHL and multiple myeloma because animal studies can provide misleading information because of the lack of concordance with regard to tumor sites. Whereas numerous chemicals have been shown to cause lymphomas and myelomas in humans, these findings are sometime discordant with animal cancer studies, which is why evaluating molecular mechanistic evidence is vital for classifying chemicals as lymphogenic:

> *Haematological cancers present an example of seeming discordance between epidemiological data and animal data, which is apparently resolved by mechanistic information…Whereas epidemiological evidence establishes that benzene is a cause of human AML (IARC, 1987), long-term studies in experimental animals exposed to benzene generally have not indicated an increased risk of AML. In contrast, increased incidence of lymphoma has been readily evident in such studies, but the corresponding epidemiological evidence can be debated. However, recent mechanistic data, as well as*

Dr. Richard DeGrandchamp

> *information that has led to a reclassification of haematological neoplasms, are consistent with benzene being recognized as a cause of human lymphoproliferative disorders* [17].

Consequently, the absence of lymphomas in animal cancer bioassays should not be considered evidence that the compound will not cause lymphomas in humans.

It should also be noted that the classification of NHL has changed:

> *Similarly, the newer approaches to classifying NHL have divided this entity into more than 40 subtypes, while at the same time moving previously separate diseases into this general classification. NHL now includes CLL, ALL, and multiple myeloma, as well as the multitude of lymphocytic disorders that were formerly included within the NHL diagnostic rubric (Swerdlow et al., 2008). It should be noted that both CLL and ALL are no longer standalone diagnoses (Swerdlow et al., 2008). This is not surprising, because clinicians have long known that there was little distinction in clinical course, prognosis, and response to chemotherapy between CLL and lymphomas with similar mature lymphocytes involving other organs but not blood, or between ALL and more aggressive lymphomas with similar primitive lymphocytes in- volving other organs but not blood. However, the ability to use molecular markers to build on this clinical insight permits reclassification... There are two lines of evidence that myeloid and lymphoid haematological cancers are closely related: (i) evidence that has led to the general acceptance that there is a common haematological stem cell, and (ii) clinical evidence based on the use of newer biological markers that show the overlap between the two types, which were previously considered to be separate* [17].

Accordingly, with more emphasis on the KC carcinogenic mechanisms, IARC and NTP have concluded the lymphomas and myelogenous blood cancers should have a common carcinogenic classification:

> *Both IARC and the United States National Toxicology Program have in recent years changed their approach to classification of carcinogens to give additional emphasis to the role of mechanistic understanding. IARC now allows a chemical to be classified as carcinogenic to humans (Group 1) "when evidence of carcinogenicity in humans is less than sufficient but there is sufficient evidence of carcinogenicity in experimental animals and strong evidence in exposed humans that the agent acts through a relevant mechanism of carcinogenicity...These mechanistic findings bridging lymphoproliferative and myeloproliferative cancers appear to explain the seeming lack of congruence between epidemiological data and animal data for myeloid and lymphoid cancers observed with benzene, and with other agents* [17].

NHL is a cancer arising from the carcinogenic transformation of lymphocytes. Lymphomas are classified into many different subtypes based on the specific lymphocyte of origin, such as B cells, T cells, or natural killer cells. Lymphoma subtypes are also classified based on the stages

Dr. Richard DeGrandchamp

of lymphocyte maturation starting with transformation of the hemopoietic stem cells to mature circulating lymphocytes in blood and the lymph system. Lymphomas involve bone marrow, blood, the lymph system and nodes, and spleen.

For this litigation, I have been asked to review the molecular mechanisms of lymphomas (which include many subtypes like NHL) and determine if those same transformative carcinogenic changes are produced by glyphosate. Accordingly, in this section I describe the mechanistic hallmarks of lymphomas that have been well-established over the last decade to show glyphosate, AMPA, and GBH have recently been shown to cause the same or very similar cellular transformations that lead to lymphomas. I will focus primarily on the important new findings since the glyphosate IARC Monograph was issued because these new studies provide the strongest evidence linking glyphosate to lymphomas, in addition to providing additional support for IARC's classification. It should be stressed that, while USEPA has concluded glyphosate is not carcinogenic, the Agency has yet to conduct a similar analysis to the one described below that solely focuses on lymphomas.

While many complex lymphoma mechanisms have been described in detail, I will focus on those mechanisms that are generally accepted as the key mechanism. These are the most well-researched and describe the specific etiological mechanisms involved in the complex sequelae of transforming a normal lymphocyte to a clone of cancerous cells that become lymphomas. Viewed separately, these hallmarks match the mechanisms resulting from GRC exposures. When viewed collectively, the weight of evidence of the commonality of molecular mechanisms shows glyphosate is linked to NHL.

Venturutti and Melnick (2021) have described lymphomas as arising from transformational and heritable changes in lymphocyte DNA [18]. Because the normal function of lymphocytes is to upregulate important genes involved in antibody production and to divide rapidly, these cells are uniquely susceptible to chemically induced carcinogenesis because chemicals hijack the cellular machinery to transform lymphocytes that have lost the ability to control clonal expansion and become immortal. Unlike other somatic cells that obey the Hayflick Principle, which states that cells die after reaching replicative senescence (estimated to be 40–60 cell divisions), the number of lymphocyte cellular divisions is normally *programmed* to be much higher because

Dr. Richard DeGrandchamp

proliferation is necessary to respond quickly to rapid immune challenges by new antigens [19]. It is this unique feature of lymphocytes that is commandeered and deranged that makes them a sensitive target for carcinogens—particularly those that act through genotoxic and epigenetic mechanisms:

> *The capacity of the adaptive immune system to respond to antigenic challenges relies on rapid diversification, expansion, and functional specialization of mature B cells. To accomplish this, activated B cells are transiently endowed with phenotypes that would normally be suppressed in somatic cells, such as enhanced proliferative potential and tolerance for genomic instability. Acquisition of these traits, directed by immune signaling cues and orchestrated by transcriptional and epigenetic programs, sets the stage for malignant transformation, often due to somatic mutations targeting epigenetic machinery in B cell lymphomas* [18].

Venturutti and Melnick (2021) describe normal B cells as potentially primed to become lymphomas because they possess "reservoirs of premalignant traits" in their normal function:

> *B CELLS AS RESERVOIRS OF PREMALIGNANT TRAITS B cells emerging from the bone marrow (BM) migrate to peripheral lymphoid organs as mature cells and persist in a quiescent state [naïve B cells (NBs)] until encountering cognate antigens (Cyster & Allen 2019). When this occurs, B cells become activated and interact with tissue-resident T cells, which enhance their activation and favor short-lived clonal expansion at the margins of lymphoid follicles (Chan et al. 2009). At this stage, B cells can undergo class-switch recombination (CSR) (Roco et al. 2019), which alters BCR signaling activity and determines distinct antibody functions (Hobeika et al. 2016, Schroeder & Cavacini 2010). Activated B cells either differentiate into low-affinity effector cells, i.e., memory B cells (MBs) or plasma cells (PCs), or migrate within follicles to form germinal centers (GCs) (Chan et al. 2009). PCs are mostly short-lived cells specialized for antibody secretion (Brynjolfsson et al. 2018)* [18].

## 4.1.    NHL Hallmark: Chromosomal Gene Translocations—DNA Strand Breaks

Chromosomal translocations are a hallmark of lymphomas. In simple terms, the spatial organization of genes can be thought of as having three parts; the promoter region (where the gene is turned on), the protein coding region (which contains the genetic code for the protein), and the terminus (or the "stop") region where transcription ends. Exhibit 16 shows the linear organization of these three parts; the gene is transcribed moving from left to right.

Dr. Richard DeGrandchamp

### Exhibit 16. Spatial Organization of a Gene



The spatial organization of these three parts of a gene along the chromosome govern whether the gene is upregulated or downregulated (i.e., turned on or off). When a protein is needed by the cell, the promoter region is turned on which up-regulates transcription of the gene, which makes the promoter the most critical part. Lymphomas frequently develop by translocating genes from a chromosome that has the promoter region "switched off" to another entirely different chromosome next to a gene promoter that is switched "on." This chromosome translocation results in gene *deregulation,* which can turn oncogenes on (which are normally turned off) and tumor suppressor genes off (which are normally turned on).

There are two essential steps needed to translocate a gene from one chromosome to another to trigger NHL during chromosomal gene translocations, as shown in Exhibit 16. First, DNA double-strand breaks (DSBs) occur simultaneously at the two loci on different chromosomes. Second, the exchanged ends of DSBs approach each other and are *illegitimately* joined together [20]. So, in effect, oncogenes are translocated from a chromosome in which the oncogene is normally turned off to a chromosome that has the promoter turned on. As shown in Exhibit 16, different lymphomas involve the following gene translocations.

Dr. Richard DeGrandchamp

## Exhibit 17. Gene Translocations in NHL: Upregulating Oncogenes [20]



As shown above, there are 4 genes—called *oncogenes*—that are the result of translocation:

- Diffuse large B-cell lymphoma involves the oncogene *BCL-6* translocation from chromosome 3 to 14; t(3;14)

- Burkitt lymphoma involves the oncogene *c-MYC* translocation from chromosome 8 to 14; t(8;14)

- Mantle cell lymphoma involves the oncogene *CCND1/Cyclin D1* from chromosome 11 to 14; t(11;14)

- Follicular lymphoma involves the oncogene *BCL-2* from chromosome 18 to 14; t(18;14).

Dr. Richard DeGrandchamp

All four of these oncogenes are translocated to chromosome 14 because that is the chromosome that contains the *IGH* gene that makes IgG antibodies (immunoglobulins). Because the sole function of B-cell lymphocytes is to make IgG antibodies in response to foreign bacteria and viruses, it is programmed to always be turned on, making new and novel antibodies as required by the diverse foreign invaders as part of the immune response.

Chromosomal translocations are one of the key hallmarks of NHL because the genes that are translocated are called antiapoptotic genes or *oncogenes,* as shown in Exhibit 17. Most work has focused on B-cell lymphoma gene or *BCL-2.*

In the glyphosate mechanistic studies discussed in the sections below, the *BCL* gene family has been a target of interest because it is related to blocking apoptotic mechanisms. It is a hallmark of NHL because it prevents mutant transformed lymphocytes from undergoing natural cell death. Instead, the lifespan of the mutated lymphocyte is extended and it becomes immortal giving rise to cancerous clones that all have the heritable alterations.

In normal cells, *BCL-2* is a constitutive proto-oncogene that acts to facilitate cell growth. However, when a proto-oncogene undergoes mutations or there are too many copies of it, it becomes an oncogene that is permanently turned on or activated when it is not supposed to be. When this happens, the cell divides out of control, which can lead to cancer.

When lymphocytes undergo severe genetic damage and enter a phase of senescence, they normally die and go through apoptosis. Apoptosis plays a crucial role in maintaining genomic integrity by selectively removing the most heavily damaged and mutated cells from the population. When apoptosis is dysregulated, it results in inappropriate survival of mutated cells that give rise to cancerous clones. This, along with other transforming molecular events, results in lymphocytes becoming immortal, dividing uncontrollably, and passing on the heritable genetic damage that occurred in the single cell to all its lymphocyte clones. Thus, a mutated single lymphocyte is the start of NHL, which progresses until the number of cancerous lymphocytes in circulation reaches a critical number that can then be diagnosed as one of the many subclasses of NHL. It all starts with the upregulation of *BCL-2*:

> *Although lymphoma is a very heterogeneous group of biologically complex malignancies, tumor cells across all B cell lymphoma subtypes share a set of underlying traits that*

Dr. Richard DeGrandchamp

> *promote the development and sustain malignant B cells. One of these traits, the ability to*
> *evade apoptosis, is essential for lymphoma development. Alterations in the BCL-2 family*
> *of proteins, the key regulators of apoptosis, is a hallmark of B cell lymphoma* [21].

Others have likewise described the chromosomal transformation of protooncogenes via gene translocations in lymphomas. For example, Galteland et al. (2005) showed the translocation of the *BCL-2* lymphoma oncogene causes upregulation of this gene to produce massive numbers of the antiapoptotic BCL-2 protein in some diffuse large B-cell and follicular lymphomas:

> *Translocation of the BCL2 gene (18q21.3) to the IGH transcriptional enhancer, as a*
> *result of the t(14;18)(q32;q21), causes constitutive overexpression of the antiapoptotic*
> *BCL2 protein. Translocation t(14;18) is the primary tumorigenic event in most follicular*
> *lymphomas (FL) and some diffuse large B-cell lymphomas (DLBCL). Increased BCL2*
> *levels confer extended survival to B-cells, and may thus cause accumulation of cells likely*
> *to be targets for additional oncogenic events and transformation* [22].

As discussed above, in order for *BCL-2* to be upregulated, it must first undergo chromosomal translocation where the chromosome containing the *BCL-2* gene region must undergo a double strand break. Accordingly, the first step in showing G/R compounds can cause NHL is to demonstrate they can transect or break DNA.

Following the DNA break, the transected ends are positioned with another chromosome at its break point, and then the ends are joined. This is the last step in the mechanism of chromosomal gene translocation that leads to the *BCL-2* oncogene upregulation in which many copies are produced to interfere with apoptosis.

There are two canonical joining mechanisms in gene translocation: nonhomologous end joining (NHEJ) and homologous recombination (HR). NHEJ is referred to as "nonhomologous" because the break ends of the 2 chromosomes are directly ligated without the need for a homologous template. In contrast, HR requires a homologous sequence template to guide repair to correctly fill in the missing base pairs and join the two transected DNA strands. These two DNA mechanisms are shown in Exhibit 18.

Page 31

Dr. Richard DeGrandchamp

## Exhibit 18. Illustration of DNA End Joining Following DNA Breaks



The NHEJ is the major mechanism involved in NHL. However, it does not always result in precise fidelity in ligation and is error prone:

> *Chromosomal translocations are a hallmark of non-Hodgkin lymphoma (NHL) and can arise as a consequence of misrepair of DNA double-strand breaks. Major translocations identified in NHL include those fusing BCL2 with immunoglobulin (Ig) H in approximately 80% of follicular lymphomas1 ; BCL2, BCL6, or MYC with IgH in approximately 50% of diffuse large B-cell lymphomas (DLBCLs)₂ ; and MYC with one of several Ig loci in 80% or more of Burkitt lymphomas.₁ These and other genomic rearrangements (eg., insertions, deletions) are thought to occur early in malignant transformation in most NHLs. Accordingly, unrepaired or misrepaired DNA strand breaks could be critical events in lymphomagenesis…*<u>NHEJ, 1 of 2 major double-strand break repair pathways, is considered "error prone" in part because it does not employ a homologous strand as a template to repair DNA breaks but instead allows ligation by introducing small nucleotide insertions or deletions into DNA</u> [23].

Dr. Richard DeGrandchamp

As shown in Exhibit 18, the two main proteins involved in NHEJ end joining are KU70/KU80. Upregulation of these proteins is often measured to determine if DNA breaks have occurred with subsequent repair. In the early stages of exposure to genotoxic chemical compounds, KU70/KU80 would be expected to increase. However, they have been shown to decrease after an individual develops and is diagnosed with NHL, and downregulation may have prognostic implications:

> *Diffuse large B-cell lymphoma (DLBCL) constitutes the largest percent of non-Hodgkin lymphoma (NHL). During B cell development, DNA double strand breaks are processed at immunoglobulin gene segments, which are recombined by mediating the excision, relocation, and re-ligation of these gene segments in a manner that utilizes several of the non-homologous end joining (NHEJ) key enzymes. The NHEJ process is initiated by the sliding of Ku70 and Ku80 over both ends of the broken DNA molecule. The binding of a DNA end with the Ku heterodimer is critical for creation of a scaffold that gives other NHEJ key enzymes binding capability to DNA ends...To investigate the expressions of Ku70/80 and TDP1 in DLBCL, we analyzed the protein levels of Ku70, Ku80, and TDP1 in 25 DLBCL patient samples and 13 normal lymphatic control tissues by using immunohistochemistry. The results showed that very low expression of Ku70 and Ku80 were found in 20% (5/25) and 8% (2/25) of the DLBCL samples, respectively. Moderate expression of Ku70 and Ku80 was detected in 62% and 36% of patient samples, respectively, while all the control lymphatic tissues (13/13) showed high expression of Ku70 and Ku80, which indicated that low expressions of Ku70 and Ku80 were significantly correlated with lymphoma development ($P<0.05$)...In conclusion, this study revealed that DNA repair proteins, Ku70, Ku80, and TDP1, may have negative effects on proliferation and maturation of B lymphocytes and reduced expressions of these proteins are associated with the development of diffuse large B-cell lymphoma [23].*

The following sections present evidence that GRC transect or break strands of DNA. Chemicals that can break DNA are called clastogens.

### 4.1.1.   1997: Bolognesi et al. Showed Both Glyphosate and Roundup Caused DNA Breaks in Rodent Liver and Kidney Cells

Bolognesi et al. (1997) showed that exposure to either glyphosate or Roundup caused DNA breaks in mice liver and kidney cells, stating:

> *DNA Damage. DNA Breaks and Alkali Labile Sites. Figure 1 shows the results obtained with the alkaline elution assay in liver and kidney of Swiss CD1 mice treated with glyphosate or Roundup. A significant increase in the elution rate constant was observed 4 h after treatment with the technical formulation or its active ingredient, glyphosate. The*

Dr. Richard DeGrandchamp

> increase in the elution rate was consistently higher in kidney of mice treated with
> glyphosate or Roundup [24].

They showed results from 4- and 24-hour glyphosate or Roundup exposures caused DNA breaks
as shown in Exhibit 19

### Exhibit 19.  Bolognesi et al. (1997) Showed Both Glyphosate and Roundup Caused DNA Breaks [24]



Figure 1. Induction of DNA single-strand breaks and alkali labile sites by glyphosate (A) and Roundup (B). Dose was 300 mg/kg expressed as glyphosate. Mean data with SD of at least four independent experiments (8 animals) in treated animals and at least six experiments in controls (12 animals) are shown. * indicates $p < 0.05$.

#### 4.1.2.   2009: Gasnier et al. Showed GBH Caused DNA Breaks in Human Liver HepG2 Cells

Gasnier et al. (2009) showed that GBH caused a dramatic increase in DNA breaks:

> Effects of R400 on HepG2 DNA after 24 h exposure are illustrated in Fig. 2. In our
> conditions, we observed around 50% DNA strand breaks at 5 ppm (25% class 1,11%
> class 2 and 15.5% class 3). This effect is dose-dependent with a drastic increase in
> classes 2 (27%) and 3 (36%), revealing major damages at 10 ppm, corresponding to 24 −
> M G dissolved in specific adjuvants. This provokes around 75% DNA fragments in
> comparison to 35% in negative controls. The positive control, the well-known
> promutagen Benzo[a]Pyrene, induces 95% damages, but at about 2 times higher
> concentrations. This result clearly shows that the DNA of the human hepatoma cell line is
> damaged by a G-based herbicide [25].

Dr. Richard DeGrandchamp

Exhibit 20 presents the DNA breaks corresponding to Roundup concentrations.

### Exhibit 20.  Gasnier et al. (2009) Showed the R400 Formulation Caused Significant DNA Breaks in Exposed Human Liver Cells [25]



**Fig. 2.** DNA damages (increasing from classes 1–3, Comet assay) after HepG2 cells exposure to R400 during 24 h at different concentrations (0: control C, 1–10 ppm). Benzo[a]pyrene (50 μM, B[a]P) was used as positive control. All experiments are repeated 3 times in duplicate for 100 cells.

### *4.1.3.*    *2009: Prasad et al Showed a Short Exposure to Glyphosate Caused DNA Breaks*

Prasad et al. (2009) showed that a short (24–72 hour) exposure of glyphosate caused DNA breaks and chromosomal aberrations:

> *Therefore, in the present study, genotoxic effects of the herbicide glyphosate were analyzed by measuring chromosomal aberrations (CAs) and micronuclei (MN) in bone marrow cells of Swiss albino mice. A single dose of glyphosate was given intraperitoneally (i.p) to the animals at a concentration of 25 and 50 mg/kg b.wt. Animals of positive control group were injected i.p. benzo(a)pyrene (100 mg/kg b.wt., once only), whereas, animals of control (vehicle) group were injected i.p. dimethyl sulfoxide (0.2 mL). Animals from all the groups were sacrificed at sampling times of 24, 48, and 72 hours and their bone marrow was analyzed for cytogenetic and chromosomal damage. Glyphosate treatment significantly increases CAs and MN induction at both treatments and time compared with the vehicle control (P < .05). The cytotoxic effects of glyphosate were also evident, as observed by significant decrease in mitotic index (MI). <u>The present results indicate that glyphosate is clastogenic and cytotoxic to mouse bone marrow</u>* [26]. [emphasis added]

Dr. Richard DeGrandchamp

This study is important because the cells in the bone marrow (myelogenous cells) would include immature blood cells such as stem cells. Exhibit 21 shows glyphosate caused increasing chromosomal aberrations in a time-dependent and dose-dependent manner (B(a)P; benzo[a]pyrene was used as a positive control).

### Exhibit 21. Prasad et al. (2009)Showed Glyphosate Caused Statistically Significant Increase in Chromosomal Aberrations [26]



FIGURE 2: Mutagenic activity of glyphosate in Swiss albino mice showing incidence of aberrant cells at sampling time of 24, 48, and 72 hours. Values are expressed as mean ± SE of 5 animals. *Represent significant increase over untreated control group at their respective sampling time. Data are significant as $P < .05$.

Dr. Richard DeGrandchamp

## Exhibit 22.  Prasad et al. (2009) Showed Glyphosate Caused Significant DNA Breaks [26]

| | | Groups | Untreated | B(a)P (100 mg/kg b.wt) | Glyphosate (25 mg/kg b.wt) | Glyphosate (50 mg/kg b.wt) |
|---|---|---|---|---|---|---|
| | | TABLE 1: Effect of glyphosate treatment on induction of chromosomal aberration in swiss albino mice. | | | | |
| | 24 hours of treatment | Breaks | 0.36 ± 0.1 | 5.65 ± 0.4 | 2.86 ± 0.2 | 3.79 ± 0.16 |
| | | Fragments | 0.17 ± 0.01 | 1.59 ± 0.03 | 0.39 ± 0.1 | 1.94 ± 0.02 |
| | | Exchange | 0.26 ± 0.02 | 0.69 ± 0.2 | 0.47 ± 0.3 | 0.41 ± 0.01 |
| | | Multiple damage | 1.02 ± 0.07 | 4.83 ± 0.3 | 2.14 ± 0.4 | 1.32 ± 0.07 |
| | | Total no. of aberrant cells | 1.81 ± 0.03 | 12.76 ± 0.17* | 5.86 ± 0.12* | 7.46 ± 0.14* |
| Number of aberrant cells (%) after | 48 hours of treatment | Breaks | 0.33 ± 0.2 | 6.84 ± 0.5 | 3.37 ± 0.05 | 4.51 ± 0.07 |
| | | Fragments | 0.19 ± 0.01 | 2.63 ± 0.7 | 0.46 ± 0.03 | 0.89 ± 0.01 |
| | | Exchange | 0.23 ± 0.1 | 0.83 ± 0.03 | 0.59 ± 0.01 | 0.54 ± 0.02 |
| | | Multiple damage | 1.17 ± 0.04 | 4.05 ± 0.04 | 2.82 ± 0.06 | 2.91 ± 0.16 |
| | | Total no. of aberrant cells | 1.92 ± 0.03 | 14.35 ± 1.27* | 7.24 ± 0.15* | 8.85 ± 0.14* |
| | 72 hours of treatment | Breaks | 0.34 ± 0.02 | 6.91 ± 0.10 | 4.42 ± 0.07 | 4.49 ± 0.13 |
| | | Fragments | 0.15 ± 0.01 | 2.93 ± 0.04 | 0.53 ± 0.02 | 0.82 ± 0.02 |
| | | Exchange | 0.19 ± 0.01 | 1.65 ± 0.06 | 0.47 ± 0.03 | 0.63 ± 0.02 |
| | | Multiple damage | 1.12 ± 0.04 | 3.73 ± 0.1 | 2.34 ± 0.09 | 3.30 ± 0.15 |
| | | Total no. of aberrant cells | 1.80 ± .05 | 15.22* ± 1.19 | 7.76 ± 0.4* | 9.24 ± 0.18* |

Mean ± SE of animals $n$ = 5.
* $P$ < .05.

### 4.1.4.    2011: Paz-y-Mino et al. Showed DNA Breaks In Human Lymphocytes

Paz-y-Mino et al.(2011) showed that glyphosate, POEA and Cosmoflux 411F produced DNA breaks in human lymphocytes.

> In 2006, DNA damage in 24 Ecuadorian individuals exposed to the aerial spraying with an herbicide mix with glyphosate was assessed by means of the comet assay technique, which has a high use in studies with genotoxic substances, such as hydrocarbons, X-rays, and pesticides (32 –34). The results showed that DNA in the exposed individuals was highly damaged (comet length = 35.5 ∝ m), in comparison with the control group (comet length = 25.94 ∝ m). Thus, the results suggest that the individuals exposed to the broadspectrum herbicide suffered a genotoxic effect [27]. [emphasis added]

Dr. Richard DeGrandchamp

### 4.1.5.    *2017: Kwiatkowska et al. Showed DNA Breaks in Human Leukocytes*

Kwiatkowska et al. (2017) showed glyphosate caused significant DNA breaks after a 24-hour exposure in human leukocytes:

> *A statistically significant increase in DNA damage (tail moment) was observed after incubation of the above cell type with glyphosate at 3 mM. In our studies we also observed that glyphosate induced DNA damage in PBMCs in the concentrations range from 0.5 to 10 mM (Fig. 1A). Moreover, we noticed that PBMCs significantly repaired glyphosate-induced DNA damage, but they were unable to repair completely DNA strand-breaks after 120 min postincubation (2.23% (control) vs 2.93% (0.5 mM), 5.07% (5 mM), 7.76% (7.5 mM) and 11.05% (10 mM), respectively (Fig. 2B). <u>Unrepaired DNA damage can lead to mutations that may cause genetic instability, and tumor growth</u>* [28]. [emphasis added]

Exhibit 23 shows DNA glyphosate-induced DNA breaks after 24 hours. The damage was dose-related and statistically significant.

**Exhibit 23.  Kwiatkowska et al. (2017) Showed Glyphosate Caused Dose-Related DNA Breaks** [28]



Dr. Richard DeGrandchamp

### 4.1.6.      2014: Alvarez-Moya et al. Presented the Table from Paz-y-Miño Study Showing DNA Breaks

Alvarez-Moya et al. (2014) reported DNA damage in three different organisms but not in humans [29]. However, they did present a table of human DNA breakage from a study published by Paz-y-Miño et al.in 2007. The Paz-y-Miño study was published in Spanish (I could not find a translated study). However, because it was relevant to the work of Alvarez-Moya et al., they presented the findings of Paz-y-Miño et al. in their study, stating:

> In this study, the comet assay clearly showed that glyphosate was genotoxic in the cells examined. Since the in vivo effect of glyphosate in humans was not examined in this work, we compared the data from a study of the direct effect of glyphosate in occupationally exposed humans (Paz-y-Miño et al., 2007) with the effect of direct exposure of human lymphocytes to glyphosate observed here. As shown in Table 2, glyphosate was genotoxic in both studies. The tail length was very similar in both cases and there was a positive relationship between genotoxicity and glyphosate concentration/dose [29].

Exhibit 24 shows the degree of DNA breakage, which is represented by the "Tail Length" in the table.

### Exhibit 24. Paz-y-Miño et al. (2007) Data Showing DNA Breaks In Lymphocytes From Occupational Workers

[29]

| Table 2 - Comparison between human lymphocytes from persons occupationally exposed to glyphosate (Paz-y-Miño *et al.*, 2007) and human lymphocytes exposed directly to various concentrations of the compound. | | |
|---|---|---|
| Study *in vivo* (Paz-y-Miño *et al.*, 2007) | mM | Tail length (μc) |
| Individuals exposed | | 35.5 ± 6.4 |
| Individuals not exposed | | 25.9 ± 0.6 |
| Study *in vitro* (present study) | | |
| Lymphocytes exposed | 0.7 | 51.0 ± 10.4 |
| | 0.07 | 48.9 ± 9.2 |
| | 0.007 | 42.3 ± 8.6 |
| | 0.0007 | 42.9 ± 8.6 |
| Lymphocytes not exposed | | 20.4 ± 4.1 |
| The values are the mean ± SD (n = 8). | | |

Dr. Richard DeGrandchamp

### 4.1.7.   2018: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused DNA Breaks in Human Leukocytes

Wozniak et al. (2018) showed AMPA, glyphosate, Roundup 360 Plus caused DNA single and double strand-breaks and purine and pyrimidine (the DNA base pairs) oxidization likely through ROS-mediated damage at very low doses (5 uM) [30]:

> *Glyphosate is the most heavily applied among pesticides in the world, and thus human exposure to this substance continues to increase. WHO changed classification of glyphosate to probably cancerogenic to humans, thus there is urgent need to assess in detail genotoxic mechanism of its action. We have assessed the effect of glyphosate, its formulation (Roundup 360 PLUS) and its main metabolite (aminomethylphosphonic acid, AMPA) in the concentration range from 1 to 1000 μM on DNA damage in human peripheral blood mononuclear cells (PBMCs). The cells were incubated for 24 h. The compounds studied and formulation induced DNA single and double strand-breaks and caused purines and pyrimidines oxidation. None of compounds examined was capable of creating adducts with DNA, while those substances increased ROS (including• OH) level in PBMCs. Roundup 360 PLUS caused damage to DNA even at 5 μM, while glyphosate and particularly AMPA induced DNA lesions from the concentration of 250 μM and 500 μM, respectively. DNA damage induced by glyphosate and its derivatives increased in order: AMPA, glyphosate, Roundup 360 PLUS. We may conclude that observed changes were not associated with direct interaction of xenobiotics studied with DNA, but the most probably they occurred through ROS–mediated effects [30].*

Exhibit 25 shows the dramatic dose-related DNA breaks.

Dr. Richard DeGrandchamp

## Exhibit 25. Wozniak et al. (2018) AMPA, Glyphosate, Roundup 360 Plus All Caused Significant DNA Breaks In Human Mononuclear Cells [26]



They noted the comet assay can detect both single and double strand breaks by altering the pH:

> Under alkaline condition both SSBs [single strand breaks] and DSBs [double strand breaks] as well as ALSs can be determined, while in the neutral version of comet assay only DSBs can be detected. Roundup 360 PLUS, glyphosate and AMPA increased DNA damage (SSBs, DSBs and ALSs formation, alkaline version of comet assay) from the concentration of 5 μM, 250 μM and 500 μM, respectively. We have observed that Roundup caused the strongest SSBs formation (it induced DNA damage even at 50 times

Dr. Richard DeGrandchamp

_lower concentration than glyphosate_), _following by glyphosate and AMPA (AMPA induced DNA damage at two times higher concentration than glyphosate and 100 times higher concentration than Roundup)_ [31]. [emphasis added]

### 4.1.8.    _2019: Nagy et al. Showed Mixed Results of DNA Breaks with Different GBH Products_

Nagy et al. (2019) showed DNA breakage in leukocytes resulting from exposure to different mixtures of Roundup Mega, Fozat 480, and Glyfos [32]:

> _We found that glyphosate alone does not induce significant cytotoxicity and genotoxicity over the tested concentration range. Contrarily, GBHs induced statistically significant cell death from 250 μM (Roundup Mega and Glyfos) and 500 μM (Fozat 480), as well as statistically significant increase of DNA damage from 500 μM (Roundup Mega and Glyfos) and 750 μM (Fozat 480); however, the latter observation may not be explained by direct DNA injuries, rather due to the high level of cell death (> 70%) exerted by the formulations. Metabolic activation significantly increased the DNA damage levels induced by Glyfos, but not of the other GBHs and of glyphosate_ [32].

Exhibit 26 shows concentration dependent DNA damage after 4 hours.

### Exhibit 26. Nagy et al. (2019) Showed DNA Damage [32]

**Table 1**
DNA damage induced by 4-h exposure to glyphosate and GBHs with and without metabolic activation system (S9) in HMWB cells measured as tail DNA%.

| Concentration (μM) | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Tail DNA% ± SEM | | | | | |
| | | -S9 | | | | +S9 | | |
| | Glyphosate | Roundup Mega | Fozat 480 | Glyfos | Glyphosate | Roundup Mega | Fozat 480 | Glyfos |
| 0 | | | 1.51 ± 0.05 | | | | 1.39 ± 0.18 | |
| 1 | 2.81 ± 0.30 | 2.61 ± 0.39 | 2.27 ± 0.60 | 1.51 ± 0.41 | 2.90 ± 0.49 | 1.91 ± 0.60 | 1.60 ± 0.05 | 3.64 ± 2.33†† |
| 10 | 2.86 ± 0.28 | 2.97 ± 0.87 | 8.39 ± 5.37 | 2.08 ± 0.69 | 2.03 ± 0.38 | 1.77 ± 0.82 | 2.19 ± 1.10††† | 0.99 ± 0.10**§ |
| 100 | 2.51 ± 0.52 | 2.49 ± 0.94 | 13.09 ± 9.67 | 1.87 ± 0.80 | 2.23 ± 0.77 | 1.99 ± 0.76††† | | 1.24 ± 0.33 |
| 250 | 2.42 ± 0.18 | 3.47 ± 0.55 | 6.59 ± 1.52 | 6.11 ± 2.58) | 3.01 ± 0.45 | 3.58 ± 0.07) | 2.97 ± 0.47††† | 22.84 ± 14.24††† |
| 500 | 2.60 ± 0.84 | (16.88 ± 3.54***) | (7.47 ± 0.69) | (17.69 ± 2.06*) | 2.98 ± 0.24 | (13.71 ± 3.09) | (4.59 ± 0.65†††) | 36.81 ± 15.40††† |
| 750 | 3.64 ± 1.00 | (24.67 ± 2.56***) | (28.56 ± 1.93*) | (37.81 ± 5.92***) | 3.46 ± 0.67 | (25.64 ± 6.53**) | (24.20 ± 1.20***‡) | 50.47 ± 10.64*††† |

**Table 2**
DNA damage induced by 4-h exposure to glyphosate and GBHs with and without metabolic activation system (S9) in HMWB cells measured as tail length (μm).

| Concentration (μM) | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Tail length (μm) ± SEM | | | | | |
| | | -S9 | | | | +S9 | | |
| | Glyphosate | Roundup Mega | Fozat 480 | Glyfos | Glyphosate | Roundup Mega | Fozat 480 | Glyfos |
| 0 | | | 0.47 ± 0.19 | | | | 0.35 ± 0.06 | |
| 1 | 0.66 ± 0.06 | 0.52 ± 0.08 | 0.39 ± 0.08 | 0.11 ± 0.08 | 0.60 ± 0.08 | 0.34 ± 0.14 | 0.18 ± 0.04 | 0.56 ± 0.45†† |
| 10 | 0.67 ± 0.07 | 0.77 ± 0.27 | 1.77 ± 1.09 | 0.29 ± 0.15 | 0.65 ± 0.12 | 0.40 ± 0.17 | 0.57 ± 0.26††† | 0.05 ± 0.04††† |
| 100 | 0.64 ± 0.13 | 0.56 ± 0.27 | 2.70 ± 1.92 | 0.27 ± 0.15 | 0.68 ± 0.15 | 0.42 ± 0.18 | 0.41 ± 0.17††† | 0.17 ± 0.10 |
| 250 | 0.99 ± 0.22 | 1.09 ± 0.14 | 1.51 ± 0.12 | (1.27 ± 0.38) | 0.99 ± 0.25 | (1.03 ± 0.25) | 1.00 ± 0.32††† | 4.41 ± 2.42††† |
| 500 | 0.93 ± 0.35 | (3.93 ± 1.41*) | (1.62 ± 0.12) | (5.26 ± 1.37**) | 0.81 ± 0.20 | (2.87 ± 0.37*) | (1.19 ± 0.23†††) | 7.31 ± 2.27*††† |
| 750 | 1.05 ± 0.22 | (5.40 ± 0.76**) | (6.57 ± 0.11**) | (8.91 ± 0.97***) | 0.99 ± 0.21 | (4.51 ± 1.07***) | (4.61 ± 0.19***†††) | 9.55 ± 0.50**†) |
| 1000 | 0.31 ± 0.08 | (6.77 ± 0.41***) | (8.13 ± 0.61**) | (10.09 ± 0.39***) | 0.28 ± 0.07 | (5.62 ± 0.32***†††) | (3.90 ± 0.31***†††) | 10.41 ± 0.22***†) |

Data are means of median values of three repeated experiments.
Data in parentheses refer to samples with significant cytotoxic response.
Statistically significant (*p < 0.05, **p < 0.01, ***p < 0.001) increase in DNA damage was determined by comparing the values of DNA damage induced by various doses of glyphosate and GBHs to the background level of untreated cells by ANOVA with Dunnett's post hoc test.
Statistically significant (†p < 0.05, ††p < 0.01, †††p < 0.001) difference in DNA damage levels between S9-treated and S9-untreated cells induced by the same concentration of glyphosate and GBHs was determined by Mann-Whitney test.

Dr. Richard DeGrandchamp

#### 4.1.9. 2018: De Almeida et al. Showed Significant Glyphosate DNA Breaks in Three Human Cell Lines

De Almeida et al. (2018) exposed human cell lines to glyphosate and two GBH formulations (Roundup and Wipeout) [33] . The magnitude of DNA breaks in exposed cell lines HEC1A, MCF7, and MDA-MB are presented in Exhibit 27 as comet tail length (and olive tail moment defined as the product of the tail length and the fraction of total DNA in the tail) in comet assays. As shown, all three compounds caused DNA strand breaks.

### Exhibit 27. De Almeida et al. (2018) Showed Glyphosate, Roundup, and Wipeout All Caused DNA Breaks [33]



#### 4.1.10. 2017: Suárez-Larios et al. Showed Glyphosate Caused DNA Breaks, as Well as Mechanisms of DNA Repair End Joining

Suárez-Larios et al. (2017) investigated DNA breaks and DNA end joining in leukocytes and provide two lines of mechanistic evidence showing the breaks caused by glyphosate were

Dr. Richard DeGrandchamp

repaired with the same mechanisms seen in NHL [23].. These results strongly suggest gene translocations occurred after glyphosate DNA breaks. The goal of their research was as follows:

> *The goal of the present study is to determine whether selected pesticides are capable of inducing DSB in an in vitro model and the recombinational pathway ensuing this damage* [23].

It is also important to note that they emphasized that they purposely kept the glyphosate dose low to ensure the DNA breaks and molecular mechanisms were genotoxic and not caused by general nonspecific cellular toxicity (i.e., the highest dose was 5 micromolar).

While they did not include a specific targeted assay to *prove* gene translocations had occurred, they did provide direct evidence that the glyphosate-induced genetic damage and DNA end joining mechanism is the same that is reported in NHL. These included DNA DSBs and an upregulation of the two genes *KU70/KU80* that are key to end joining DNA fragments that can involve gene translocations; they specifically identified the t(4;11), t(8;21), and t(12;21) chromosomal translocations:

> *A study was realized to ascertain whether eight selected pesticides would induce double strand breaks (DSB) in lymphocyte cultures and whether this damage would induce greater levels of proteins Rad51 participating in homologous recombination or of p-Ku80 participating in nonhomologous end joining. Only five pesticides were found to induce DSB of which only glyphosate and paraoxon induced a significant increase of p-Ku80 protein, indicating that nonhomologous end joining recombinational DNA repair system would be activated. The type of gamma-H2AX foci observed was comparable to that induced by etoposide at similar concentrations. These results are of importance since these effects occurred at low concentrations in the micromolar range, in acute treatments to the cells. Effects over longer exposures in actual environmental settings are expected to produce cumulative damage if repeated events of recombination take place over time… <u>So, it is possible that some of these compounds may induce reciprocal translocations which have been identified in relation to certain subtypes of leukemia, such as t(4;11), t(8;21), and t(12;21) [10, 36]</u>* [23]. [emphasis added]

They note that their findings were similar to those triggered by benzene (a known human carcinogen), which causes DNA genotoxicity that requires the activation of NHEJ mechanisms:

> *These alterations can originate in double strand breaks (DSB) and the principal repair mechanisms for these lesions are the canonical nonhomologous end joining (c-NHEJ) and homologous recombination (HR) [37, 38]. It is known that ionizing radiation, benzene, and antineoplastic chemicals, identified as leukemogenic, induce this kind of damage [39– 42]. As pesticides have been related to leukemia [8, 34], we wanted to*

Dr. Richard DeGrandchamp

> *ascertain whether they would induce these lesions that are the primary event in the*
> *formation of chromosomal translocations like the ones described* [23].

Suárez-Larios et al. measured γH2AX foci (a histone that is phosphorylated at break points), which is sensitive indicator of double-strand DNA breaks. They quantified the magnitude of DNA breaks as: (1) without gamma-H2AX foci, (2) with 1 to 10 foci, and (3) with more than 10 foci or those that had clustered foci that could not be enumerated, as shown in Exhibit 28 (etoposide, an anticancer drug that breaks DNA and prevents repair, was used as a positive control) The results are shown in Exhibit 28 and were statistically significant.

## Exhibit 28. Suárez-Larios et al. (2017) Showed Glyphosate Caused Significant Double-Strand DNA Breaks [23]

TABLE 2: Percentage of cells with γ-H2AX foci due to treatments.

| Compound | Doses (microM) | Mean of % cells (S.D) | | | | Median of % cells with total damage | $p^*$ (chi-squared value) |
|---|---|---|---|---|---|---|---|
| | | Without foci | With 1 to 10 foci | With more than 10 foci | With total damaged | | |
| | 0 | 48.33 (2.94) | 51.33 (3.33) | 0.33 (0.52) | 51.67 (2.94) | 51.50 | |
| Glyphosate | 0.4 | 31.17 (3.76) | 67.17 (3.66) | 1.67 (1.37) | 68.83 (3.76) | 69.00[a] | |
| | 2 | 33.17 (4.07) | 57.50 (10.62) | 9.33 (7.94) | 66.83 (4.07) | 65.50 | 0.0107 (13.13) |
| | 10 | 30.17 (13.21) | 61.00 (10.18) | 8.83 (4.36) | 69.83 (13.21) | 75.00[a] | |
| | 50 | 33.67 (4.50) | 63.17 (4.71) | 3.17 (3.71) | 66.33 (4.50) | 67.50 | |
| Etoposide | 50 | 3.50 (1.42) | 6.83 (4.71) | 89.67 (5.20) | 96.50 (1.52) | 96.50[b] | |

Exhibit 29 shows there was a statistically significant increase in glyphosate-induced upregulation of *Ku80*, which is an indicator of NHEJ that is involved in chromosomal translocation end joining after DNA breaks. There was no significant increase in Rad51, which is a protein involved in HR end joining.  In contrast to HR end joining with Rad51which repairs DSB with high fidelity and produces few errs, NHEJ is error prone producing mutations and is associated with cancer.

Dr. Richard DeGrandchamp

## Exhibit 29. Suárez-Larios et al. (2017) Showed the DNA Breaks Were Repaired with the NHEJ Mechanism (*Ku80*) [23]

TABLE 4: Detection of Ku80 phosphorylated and Rad51 proteins in mononuclear cells treated with pesticides and metabolites that induced $\gamma$-H2AX foci.

| Compound | Dose ($\mu$M) | P-Ku80 | | | Rad51 | | |
|---|---|---|---|---|---|---|---|
| | | Mean OD (SD) | Median OD | $p^*$ (chi-squared value) | Mean OD (SD) | Median OD | $p^*$ (chi-squared value) |
| Glyphosate | 0 | 100.00 (34.48) | 104.05 | | 100.00 (47.93) | 104.17 | |
| | 1.25 | 200.0 (63.99) | 206.20 | **0.0297 (7.985)** | 134.4 (34.57) | 122.89 | 0.4955 (2.559) |
| | 2.5 | 227.3 (98.69) | 190.91 | | 140.8 (41.92) | 158.29 | |
| | 5 | 253.9 (130.40) | **205.27[a]** | | 107.5 (49.28) | 113.41 | |
| | Etoposide** | 214.2 (48.55) | 198.21 | 0.0286[b] | 119.3 (11.74) | 84.26 | 0.6571 |

Exhibit 30 shows that *Ku80* was upregulated in cells exposed to glyphosate.

## Exhibit 30.  Suárez-Larios et al. (2017) Showed Glyphosate Caused an Increase of Ku80 in a Dose-Related Manner [23]



FIGURE 1: Graph: p-Ku80 protein increased due to treatments with glyphosate in a dose-dependent manner (linear regression, $p < 0.05$). Individual concentrations were analyzed by Kruskal-Wallis and Dunn's multiple comparison test; the asterisk shows that 5 microM was significantly different from the negative control. The bottom part shows a representative membrane: lane 1, negative control; lanes 2–4, pentachlorophenol (0.2, 1.0, and 5 microM); lanes 5–7, glyphosate (1.25, 2.5, and 5 microM, see graph); lane 8, etoposide (10 microM).

Page 46

Dr. Richard DeGrandchamp

It should be noted that the findings shown in Exhibit 28 and Exhibit 29 are consistent in that the magnitude of breaks parallels the mechanism of NHEJ, which the investigators noted:

> *This amount of damage seems to be of relevance in relation to the increase of repair proteins like p-Ku80, since only glyphosate and paraoxon produced a significant increase in this protein, whereas the rest of the compounds that induced lower amounts of gamma-H2AX foci did not* [23].

They note that their results indicate that glyphosate could be mutagenic because the NHEJ mechanism is prone to errors and that numerous DNA breaks they quantified could occur at key positions of critical genes:

> *The treatments given to the cells in a nonproliferative state induced not only the breakage of DNA, but also the phosphorylation of Ku80, a protein that participates in the c-NHEJ repair pathway. These results agree with those reported in studies with peripheral blood mononuclear cells with DSB induction by radiation, Frasca et al. [54] found that Ku80 was phosphorylated prior to the formation of the Ku70/Ku80 dimer required for the initiation of repair, whereas Shelke and Das [55] detected an upregulation of Ku80 and other proteins that participate in the c-NHEJ repair mechanism. This c-NHEJ repair pathway is known for being prone to error, introducing microdeletions or microinsertions which could be mutagenic and alter cell behavior if they occur in coding or regulatory sequences* [23].

Finally, they speculate that glyphosate may also act through another repair mechanism responding to DNA DSB that involves upregulation of *Plk-3* and *CtIP* (which they did not investigate), which are responsible for chromosomal gene translocations that are the hallmarks of leukemia and lymphomas:

> *This is one possible outcome of the DSB in nonproliferating cells. Another possibility is that the damage observed was extensive enough as to induce the intervention of the alternative NHEJ (a-NHEJ), via the phosphorylation of Plk-3 and CtIP, necessary for the activation of a-NHEJ in G0/G1 as demonstrated by Barton et al. [57]. This pathway has been demonstrated to be the only one responsible for the formation of chromosomal translocations, of great concern in the development of leukemia, lymphoma, and secondary cancers* [23].

### *4.1.11.   2019: Hao et al. Showed that Roundup Caused DNA Breaks in Human Cells*

Hao et al. (2019) exposed the human cell line A549 to Roundup and found it caused DNA breaks and dysregulation in *BAX/BCL-2,* which are tumor-protecting and oncogenes, respectively [34]:

Dr. Richard DeGrandchamp

> *We found RDP caused concentration dependent increases in DNA damages and proportion of apoptotic cells in A549 cells. RDP induced the DNA single-strand breaks and double-strand breaks; the collapse of mitochondrial membrane by increasing Bax/ BCL-2, resulting in the release of cytochrome c into cytosol and then activated caspase-9/- 3, cleaved poly (ADP-ribose) polymerase (PARP) in human lung tissue cells* [34].

Exhibit 31 shows examples of the comet tails representing DNA strand breaks, as well as the dose-related increase in comet-positive cells with Roundup treatment.

### Exhibit 31. Hao et al. (2019) Showed Roundup Caused DNA Breaks - Ratio Of Breaks/Positive Cells [34]



**Fig. 5.** The study of RDP induced DNA single strand breaks in A549 cells: (A) Comet images in alkaline gel electrophoresis (200 ×). (B) Ratio of comet-positive cells in the treatment of RDP for 2 h. Data is represented as the means ± SD by three independent replicates, **P < 0.01.

Exhibit 32 shows a clear dose-response relationship between the Roundup dose and DNA breaks.

### Exhibit 32.  Hao et al. (2019) Showed Evidence of DNA Breaks with Dose[34]

**Table 1**
Date of DNA Damage in Alkaline Comet Assay with A549 Cells That Were Exposed to RDP (0, 50, 75, 100 and 125 µg/mL) in 2 h.

| Concentrations (µg/mL) | coment assay parameters | | |
|---|---|---|---|
| | Tail DNA (%) | Tail Length (µm) | Tail Moment |
| 0 | 0.71 ± 0.61 d | 3.33 ± 0.58 e | 0.03 ± 0.02d |
| 50 | 23.18 ± 4.12 c | 20.00 ± 1.00 d | 4.65 ± 1.06 d |
| 75 | 70.69 ± 5.56 b | 63.33 ± 4.04 c | 44.17 ± 6.45 c |
| 100 | 82.01 ± 6.00 a | 90.00 ± 9.00 b | 74.45 ± 12.73 b |
| 125 | 89.07 ± 1.68 a | 119.00 ± 3.61 a | 109.06 ± 2.35 a |

* The mean values ± SD are calculated by three replicates. Different small letters in the same column indicate significant differences (P ≤ 0.05) between any two groups.

Dr. Richard DeGrandchamp

### 4.1.12.    *2018: Santovito et al. Showed Glyphosate Caused DNA Breaks*

Santovito et al. (2018) conducted a small study in which they exposed human lymphocytes (from 6 healthy Italians) to glyphosate [35]. What makes this study exceptional is that the exposure doses were very low. They noted the *highest* dose was equal to the *acceptable daily* intake for the public. Even at these low exposure levels, they found significant chromosomal aberrations:

> *Glyphosate is an important broad-spectrum herbicide used in agriculture and residential areas for weed and vegetation control, respectively. In our study, we analyzed the in vitro clastogenic and/or aneugenic effects of glyphosate by chromosomal aberrations and micronuclei assays. Human lymphocytes were exposed to five glyphosate concentrations: 0.500, 0.100, 0.050, 0.025, and 0.0125 µg/mL, where 0.500 µg/mL represents the established acceptable daily intake value, and the other concentrations were tested in order to establish the genotoxicity threshold for this compound [emphasis added]. We observed that chromosomal aberration (CA) and micronuclei (MNi) frequencies significantly increased at all tested concentrations, with exception of 0.0125 µg/mL. Vice versa, no effect has been observed on the frequencies of nuclear buds and nucleoplasmic bridges, with the only exception of 0.500 µg/mL of glyphosate that was found to increase in a significant manner the frequency of nucleoplasmic bridges. Finally, the cytokinesis-block proliferation index and the mitotic index were not significantly reduced, indicating that glyphosate does not produce effects on the proliferation/mitotic index at the tested concentrations [35].*

They showed that DNA fragments and chromatid breaks were found most frequently corresponding to the European Food Safety Authority (EFSA) levels:

> *Glyphosate was found to induce the following structural CAs: gaps, chromatid and chromosome breaks, dicentric chromosomes, rings, tri-tetraradials, and acentric fragments. This last, together to chromatid breaks, represent the most frequent observed aberrations (Table 1)… Results of our study provided information about in vitro clastogenic effects of glyphosate on human lymphocytes at the low ADI concentration of 0.500 µg/mL and its submultiples. Based on the obtained data, it can be concluded that glyphosate significantly increased the CA and MNi levels in human lymphocytes at the ADI concentration of 0.500 µg/mL established by EFSA and at its submultiple concentrations, up to 0.025 µg/mL [35].*

Exhibit 33 presents their results.

Dr. Richard DeGrandchamp

## Exhibit 33. Santovito et al. (2018) Showed Statistically Significant Chromatid/Chromosomal Breaks [35]

| Table 1 | Induction of chromosomal aberrations by Glyphosate in human lymphocytes in vitro Number of scored metaphases for each concentration = 1200 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test substance (μg/mL) | Structural CAs | | | | | | | Total CAs | Total CAs + Gaps | Total Ab.C | Total Ab.C + Gaps | (%) CAs/Cell ± S.E. | (%) Ab.C/Cell ± S.E. | (%) MI ± S.E. |
| | Gaps | B' | B'' | DC | R | TR | AF | | | | | | | |
| NC | 8 | 8 | 2 | 0 | 0 | 0 | 7 | 17 | 25 | 17 | 25 | 1.417±0.154 | 1.417±0.154 | 5.567±0.042 |
| 0.1% DMSO | 10 | 9 | 4 | 1 | 0 | 6 | 7 | 27 | 37 | 27 | 37 | 2.250±0.335 | 2.250±0.250 | 5.433±0.056 |
| MMC (0.100) | 41 | 46 | 30 | 9 | 10 | 14 | 36 | 145 | 186 | 127 | 168 | 12.083±0.300$^a$ | 10.583±0.473 | 4.200±0.058$^a$ |
| Gly (0.500) | 17 | 41 | 12 | 12 | 3 | 0 | 28 | 96 | 113 | 95 | 112 | 8.000±0.428$^a$ | 7.917±0.375 | 5.300±0.026 |
| Gly (0.100) | 23 | 31 | 10 | 7 | 2 | 2 | 23 | 75 | 98 | 75 | 98 | 6.250±0.359$^a$ | 6.250±0.359 | 5.333±0.080 |
| Gly (0.050) | 9 | 21 | 6 | 7 | 0 | 0 | 16 | 50 | 59 | 50 | 59 | 4.167±0.167$^a$ | 4.167±0.167 | 5.367±0.095 |
| Gly (0.025) | 10 | 15 | 4 | 4 | 3 | 0 | 20 | 46 | 56 | 46 | 56 | 3.833±0.211$^b$ | 3.833±0.211$^b$ | 5.383±0.040 |
| Gly (0.0125) | 8 | 14 | 5 | 1 | 0 | 0 | 14 | 34 | 42 | 34 | 42 | 2.833±0.211 | 2.833±0.211 | 5.400±0.037 |

*CAs*, chromosomal aberrations; *Ab.C*, aberrant cells (cells with 1 ore more aberrations); *MI*, Mitotic Index; *NC*, Negative Control; *MMC*, Mitomycin-C; *B'*, chromatid break; *B''*, chromosome break; *DC*, dicentric; *R*, ring; *TR*, tri-tetraradials; *AF*, acentric fragments; *S.E.*, standard error; *Gly*, Gliphosate
$^a$ $P = 0.004$; $^b$ $P < 0.006$ (significantly differs from the DMSO solvent control, Mann-Whitney test)

Exhibit 34 shows photomicrographs of the glyphosate-induced chromosomal damage that occurred at what is thought to be "*acceptable daily intake.*"

## Exhibit 34.  Santovito et al. (2018) Showed Several Examples of Chromosomal Aberrations [35]



Fig. 1 Example of complete metaphase carrying an acentric fragment (a) and other four different metaphases details showing some examples of observed chromosomal aberrations. The arrows indicate, respectively, acentric fragment (a), tetraradial (b), dicentric chromosome (c), and ring (d). All these aberrations were observed at 0.500 μg/mL concentration of glyphosate, with exception of the tetraradial aberration observed at 0.1 μg/mL concentration

Dr. Richard DeGrandchamp

### 4.1.13.   *2017: Townsend et al. Showed Glyphosate Caused DNA Breaks*

Townsend et al. showed that glyphosate caused human B-cell lymphocytes (Raji cells) to suffer DNA breaks:

> *Utilizing human Raji cells, DNA damage was quantified using the comet assay, while cytotoxicity was further analyzed using MTT viability assays. Several glyphosate concentrations were assessed, ranging from 15 mM to 0.1 mM. We found that glyphosate treatment is lethal to Raji cells at concentrations above 10 mM, yet has no cytotoxic effects at concentrations at or below 100 mM. Treatment concentrations of 1 mM and 5 mM induce statistically significant DNA damage to Raji cells following 30e60 min of treatment, however, cells show a slow recovery from initial damage and cell viability is unaffected after 2 h.* [36]

## 4.2.   NHL Hallmark: Mechanism Of DNA Breaks Involves Activation-induced Cytidine Deaminase *AID* Gene

It should be first noted that IARC specifically identifies activation-induced cytidine deaminase (AID) as a DNA mutator enzyme is an inflammatory mediator:

> *Several inflammatory mediators involved in pro-inflammatory signaling and activation of NF-κB have been implicated, including reactive oxygen species (ROS), cytokines, TNF-α, and aberrant expression of activation-induced cytidine deaminase (AID), a DNA mutator enzyme (39,49).* [58]

However, AID is better known as a gene that is important in DNA breaks which is relevant to the studies above that show glyphosate caused DNA breaks. In addition to presenting evidence that glyphosate is a clastogen that breaks DNA and chromosomes, it is also important to focus on mechanism involved in DNA breaks - because the mechanism involved in glyphosate breaks follows the same mechanism described as one of the NHL hallmarks.

Studies have shown a specific NHL-related enzyme—activation-induced cytidine deaminase (AID)—is instrumental in DNA breaks. This AID molecular pathway is responsible for cleaving DNA in NHL paving the way for reciprocal gene translocation. When AID becomes deregulated, it can lead to gene instability and unintended gene translocations. This, together with dysregulation of P53 (discussed below), can lead to lymphomas:

Dr. Richard DeGrandchamp

> *Cancer initiating translocations such as those associated with lymphomas require the formation of paired DNA double-strand breaks (DSBs). Activation-induced cytidine deaminase (AID) produces widespread somatic mutation in mature B cells; however the extent of "off-target" DSB formation and its role in translocation-associated malignancy is unknown. <u>Here we show that deregulated expression of AID causes widespread genome instability, which alone is insufficient to induce B cell lymphoma; transformation requires concomitant loss of the tumor suppressor p53</u> [emphasis added]. Mature B cell lymphomas arising as a result of deregulated AID expression are phenotypically diverse and harbor clonal reciprocal translocations involving a group of Immunoglobulin (Ig) and non-Ig genes which are direct targets of AID: this group includes miR-142, a previously unknown micro-RNA target which is translocated in human B cell malignancy. We conclude that AID produces DSBs throughout the genome, which can lead to lymphoma associated chromosome translocations in mature B cells* [37]. [emphasis added]

Accordingly, one of the key mechanistic hallmarks of NHL is DNA breaks facilitated when *AID* is deregulated, and this leads to gene translocation. As discussed below, glyphosate has now been shown to cause the same AID-induced DNA breaks that have become a hallmark of NHL.

Dominguez and Shaknovich (2014) reviewed studies showing the importance of upregulation of AID in gene/chromosomal translocation lymphomagenesis:

> *Activation-induced cytidine deaminase (AID) is essential for somatic hypermutation and class switch recombination of immunoglobulin (Ig) genes during B cell maturation and immune response. Expression of AID is tightly regulated due to its mutagenic and recombinogenic potential, which is known to target not only Ig genes, but also non-Ig genes, contributing to lymphomagenesis. In recent years, a new epigenetic function of AID and its link to DNA demethylation came to light in several developmental systems. In this review, we summarize existing evidence linking deamination of unmodified and modified cytidine by AID to base-excision repair and mismatch repair machinery resulting in passive or active removal of DNA methylation mark, with the focus on B cell biology. We also discuss potential contribution of AID-dependent DNA hypomethylation to lymphomagenesis.* [38]

### 4.2.1.   <u>2019: Wang et al. Show Glyphosate DNA Breaks Act through the Same Mechanism as NHL</u>

Wang et al. (2019) have now shown that mice exposed to glyphosate presented clinical evidence of NHL [39]. This included gammopathy (high serum IgG levels), enlarged spleen, plasma cell neoplasms, and upregulated *AID* (responsible for gene translocations discussed above):

Dr. Richard DeGrandchamp

> *Results: Vk\*MYC mice under glyphosate exposure developed progressive hematological abnormalities and plasma cell neoplasms such as splenomegaly, anemia, and high serum IgG. Moreover, glyphosate caused multiple organ dysfunction, including lytic bone lesions and renal damage in Vk\*MYC mice. Glyphosate-treated wild-type mice developed benign monoclonal gammopathy with increased serum IgG, anemia, and plasma cell presence in the spleen and bone marrow. <u>Finally, glyphosate upregulated AID in the spleen and bone marrow of both wild-type and Vk\*MYC mice</u>* [emphasis added][39].

They specifically pointed to the upregulation of *AID*, which is responsible for the gene translocation and upregulation of oncogenes in NHL. Chronic exposures induced *AID* upregulation:

> *Chronic glyphosate exposure induces AID upregulation To investigate the underlying mechanisms of glyphosate mediated MGUS induction and MM progression, we determined the expression of activation-induced cytidine deaminase (AICDA, also known as AID) in mice treated with 1.0 g/L glyphosate for 72 weeks. We found that AID was upregulated in both the bone marrow and the spleen of WT and Vk\*MYC mice (Fig. 5a). For untreated animals, AID expression was moderately higher in the bone marrow of Vk\*MYC mice. In our previous study [13], we found that 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD), a contaminant in Agent Orange, induced MGUS [monoclonal gammopathy of undetermined significance] in WT mice and promoted MM progression in Vk\*MYC mice. We examined the expression of AID in WT and Vk\*MYC mice treated with TCDD chronically [13]. TCDD increased AID expression in both bone marrow and spleen of both WT and Vk\*MYC mice (Fig. 5b)* [39].

Exhibit 35 shows that AID was upregulated in lymph nodes, spleen, and bone marrow.

Page 53

Dr. Richard DeGrandchamp

## Exhibit 35.  Wang et al. (2019) Show a Dramatic Upregulation of AID



Fig. 5 Glyphosate-induced AID upregulation. a Western blotting analysis of mice treated with 1.0 g/L of glyphosate for 72 weeks. b Western blotting analysis of mice treated with TCDD. c Western blotting analysis of mice treated with glyphosate for 7 days. One representative mouse per treatment group is shown

[39]

They noted that the AID mechanism is key to the mutations that occur in multiple myeloma:

> *Given the role of AID in MM pathogenesis in the context of its capacity to induce mutations and chromosome translocations [12, 15, 16], these results from mice with chronic and acute glyphosate treatment support an AID mediated mutational mechanism in the etiology of MGUS and MM under glyphosate exposure* [39].

They concluded that their study provides in vivo evidence that glyphosate increases multiple myeloma and NHL risk and is consistent with my opinion that the carcinogenic mechanisms involved in glyphosate induced carcinogenicity is linked to NHL:

> *Conclusions Our data provide in vivo evidence to support that glyphosate induces MGUS and promotes disease progression to MM. We uncover a B cell-specific mutational mechanism for glyphosate exposure that increases MM and NHL risk, providing a*

Page 54

Dr. Richard DeGrandchamp

> *molecular basis for human epidemiological findings. Given the increasing use of glyphosate in the USA and worldwide, the present study supports epidemiological reports and informs the EPA and other agencies during the regulatory development of current and emerging glyphosate-based herbicidal products* [39].

Weisenburger has also reviewed the Wang et al. 2019 study and concluded that it is consistent with the AID-related mechanism of chromosomal translocations that are a key—and among the most important—hallmark of NHL:

> *They also found that acute glyphosate exposure upregulated the B-cell genome mutator enzyme activation-induced cytidine deaminase (AID) in the spleen, lymph nodes, and bone marrow of normal young mice. This enzyme mediates both somatic hypermutation and immunoglobulin gene class switch recombination during normal B-cell maturation, and is a key mediator of the pathogenic chromosomal rearrangements and other genetic lesions which lead to NHL in humans.* [93, 94] *This study provides a novel mechanism underlying the specificity of glyphosate for NHL that has been observed in the epidemiologic studies* [40].

## 4.3.    NHL Hallmark: Gene Translocation–Sister Chromatid Exchanges (SCE)

Sister-chromatid exchange (SCE) is the process during DNA replication when parts of two sister chromatids break and rejoin with translocated chromosomes. This involves physically exchanging regions of genes from the parental strands in the duplicated chromosomes. Sister chromatid exchange (SCE) is evidence that DNA has been broken from both chromatids that make up a chromosome and undergone chromosomal gene translocation:

> *Sister chromatid exchange (SCE) represents a symmetrical exchange at one locus between sister chromatids and appears to involve DNA breakage and repair mechanisms during the S-phase of the cell cycle, which does not result in an alteration of the overall chromosome morphology [1]. The exact mechanisms of SCE production, its molecular details, and its relationship with the development of chromosomal abnormalities are unclear at present [2]. Increased frequencies of SCE may be induced by ionizing radiation [1], ultraviolet light [3], and a variety of mutagen/ carcinogens [4] expressing genetic lesion.* [41]

Dr. Richard DeGrandchamp

# Exhibit 36. Illustration of SCE [42]



Figure 1. Typical chromosomes in metaphase. The image shows sister chromatid exchange (SCE) in peripheral blood lymphocytes of the breast cancer patients (marked by black arrows).

SCE has been shown to be a hallmark of NHL:

> *Sister chromatid exchange (SCE) was evaluated in peripheral lymphocytes from 20 untreated patients with malignant lymphomas: 6 with Hodgkin's disease (HD), 14 with non-Hodgkin lymphoma (NHL), and 5 with lymphadenitis. The mean SCE frequency (+ SE) was: 11.2 ± 0.6, 11.0 + 0.6, and 7.2 +_ 0.3 for liD, NHL, and lymphadenitis patients, respectively, and 8.7 +- 0.2 for the control group. No differences in SCE score were observed in HD and NHL. These results allowed us to consider both groups (HD and NHL) as a single neoplastic population (mean +_ SE, 11.0 +_ 0.4).* [41]

### 4.3.1.    *1997: Bolognesi et al. Showed Roundup Caused SCE*

Bolognesi et al. (1997) showed glyphosate and Roundup caused the formation of SCE:

> *Glyphosate (N-phosphonomethylglycine) is an effective herbicide acting on the synthesis of aromatic amino acids in plants. The genotoxic potential of this herbicide has been studied: the results available in the open literature reveal a weak activity of the technical formulation. In this study, the formulated commercial product, Roundup, and its active agent, glyphosate, were tested in the same battery of assays for the induction of DNA damage and chromosomal effects in vivo and in vitro. Swiss CD1 mice were treated intraperitoneally with test substances, and the DNA damage was evaluated by alkaline elution technique and 8-hydroxydeoxyguanosine (8-OHdG) quantification in liver and kidney. The chromosomal damage of the two pesticide preparations was also evaluated*

Page 56

Dr. Richard DeGrandchamp

> *in vivo in bone marrow of mice as micronuclei frequency and in vitro in human lymphocyte culture as SCE frequency. A DNA-damaging activity as DNA single-strand breaks and 8-OHdG and a significant increase in chromosomal alterations were observed with both substances in vivo and in vitro. A weak increment of the genotoxic activity was evident using the technical formulation* [24]. [emphasis added]

### 4.3.2.    2005:Sivikova and Dianovsky`Showed Roundup Caused SCE Changes in Circulating Lymphocytes Collected from a Bull

Sivikova and Dianovsky (2005) showed that circulating lymphocytes exposed to Roundup caused SCE:

> *A technical herbicide containing isopropyl amine salt of glyphosate was tested for induction of chromosome aberrations (CA) and sister chromatid exchanges (SCE) in cultured bovine peripheral lymphocytes. Cultures were exposed to a glyphosate formulation at concentrations ranging from 28 to 1120 mmol/l without and with metabolic activation. No clastogenic effect of the herbicide was found. Its genotoxic effect was confirmed in the SCE assay after 24 h of incubation. A statistically significant elevation in SCE induction was observed in each of the donors after application of the product at doses ranging from 56 to 1120 mmol/l. The highest concentrations (560 and 1120 mmol/l) also caused reduction of mitotic and proliferation indices. In the 2 h-assay with metabolic activation a statistically significant frequency of SCE was observed only in cultures treated with the agent at a concentration of 140 mmol/l* [43]. [emphasis added]

Exhibit 37 shows that Roundup caused elevated levels of SCE.

Dr. Richard DeGrandchamp

## Exhibit 37. Sivikova and Dianovsky (2005) Showed Lymphocytes Exposed To Roundup Caused Statistically Significant SCE



**Table 2.** Frequency of SCE and proliferation indices in cultured peripheral lymphocytes exposed to a glyphosate product for 24 h without S9

| Dose | SCE/cell | PI |
|---|---|---|
| **Donor 1** | | |
| Control | 6.52±2.07 | 2.53 |
| Concentration (µmol/l) | | |
| 28 | 7.14±2.32 | 2.45 |
| 56 | 7.52±2.23** | 2.44 |
| 140 | 7.82±2.52** | 2.41 |
| 280 | 7.86±3.16*** | 2.43 |
| 560 | 7.87±3.01*** | 1.92*** |
| 1120 | 9.00±2.45*** | 1.95*** |
| Positive control, 0.4 µmol/l MMC | 9.44±3.06*** | 2.44 |
| **Donor 2** | | |
| Control | 6.52±2.44 | 2.22 |
| Concentration (µmol/l) | | |
| 28 | 6.96±2.306 | 2.12 |
| 56 | 7.40±2.68* | 2.18 |
| 140 | 7.96±3.15*** | 2.05* |
| 280 | 7.74±2.84** | 2.20 |
| 560 | 8.07±2.43*** | 1.82*** |
| 1120 | 9.10±2.28*** | 1.82*** |
| Positive control 0.4 µmol/L MMC | 9.64±3.03*** | 2.32 |

50 second – division metaphases of each group were analyzed for SCE.
*, **, ***Statistical significant data ($p<0.05$, $p<0.01$, $p<0.001$, ANOVA, Student's $t$ test).

**Table 3.** Frequency of SCE and proliferation indices in cultured peripheral lymphocytes exposed to a glyphosate-product for 48 h without S9

| Dose | SCE/cell | PI |
|---|---|---|
| **Donor 1** | | |
| Control | 6.66±2.71 | 2.38 |
| Concentration (µmol/l) | | |
| 28 | 6.88±2.38 | 2.39 |
| 56 | 7.06±2.17 | 2.40 |
| 140 | 7.24±2.55 | 2.37 |
| 280 | 7.34±2.09* | 2.21* |
| 560 | 8.43±2.12*** | 1.92*** |
| 1120 | ND[a] | |
| Positive control, 0.4 µmol/l MMC | 25.04±5.79*** | 2.14*** |
| **Donor 2** | | |
| Control | 6.57±2.71 | 2.20 |
| Concentration (µmol/l) | | |
| 28 | 6.86±2.48 | 2.13 |
| 56 | 6.94±2.94 | 2.09 |
| 140 | 7.16±2.55 | 2.13 |
| 280 | 7.26±2.53 | 2.07 |
| 560 | 8.66±3.52*** | 1.73*** |
| 1120 | ND[a] | |
| Positive control 0.4 µmol/l MMC | 25.86±5.99*** | 1.92*** |

50 second – division metaphases of each group were analyzed for SCE.
*, ***Statistically significant data ($p<0.05$, $p<0.001$, ANOVA, Student's $t$ test).
ND: not done.
[a]Insufficient number of cells.

**Changes** [43]

### 4.3.3.  _2017: Luaces et al. Found Roundup Caused Chromatid Breaks and SCE_

Luaces et al. (2017) showed that Roundup caused SCE:

> The genotoxic effect of its active ingredient glyphosate (RU is 66.2%glyphosate) on the peripheral blood lymphocytes of C. villosus was tested over a range of concentrations (280, 420, 560, 1120 µmol/L). Culture medium without glyphosate served as negative control, while medium containing mitomycin C served as positive control. Genetic damage was characterized in terms of the percentage of cells with chromosome aberrations(CA), the mean number of sister chromatid exchanges (SCE) per cell, and the modification of cell proliferation kinetics via the calculation of the replication index. Significant increases($p < 0.0001$) were seen in the CA frequency and the mean number of SCEs per cell com-pared to negative controls at all the RU concentrations tested. Chromatid breaks, the only form of CA observed, under the 560 µmol/L RU conditions and in presence of mitomycin C were four to five times more common than at lower

Dr. Richard DeGrandchamp

*concentrations, while no viable cells were seen in the 1120 μmol/L treatment. The mean number of SCEs per cell was significantly higher under the 280 μmol/L RU conditions than the 420 or 560 μmol/L RU conditions; cells cultivated in the presence of MMC also showed significantly more SCEs. All the RU concentrations tested (except in the 1120 μmol/L RU treatment [no viable cells]) induced a significant reduction in the replication index (p < 0.0001) [44].*

Exhibit 38 shows that Roundup caused chromosomal aberrations as well as SCE.

## Exhibit 38. Luaces et al. (2017) Show Roundup Causes Chromosomal Aberations and SCE [44]

Table 1. Induction of chromosome aberrations and sister chromatid exchanges by RU in *C. villosus* peripheral blood lymphocytes.

| RU (μmol/l) | CA (%)*** | SCE/cell*** | $M_1$ (%) | $M_2$ (%) | $M_3$ (%) | RI*** |
|---|---|---|---|---|---|---|
| Negative control | $0.23^a \pm 0.01$ | $6.66^e \pm 0.18$ | 40.15 | 56.49 | 3.36 | $1.63^i \pm 0.02$ |
| 280 | $3.03^{ab} \pm 0.08$ | $11.02^g \pm 0.54$ | 64.51 | 33.37 | 2.11 | $1.38^j \pm 0.01$ |
| 420 | $4.01^{bc} \pm 0.06$ | $8.13^f \pm 0.30$ | 57.12 | 37.45 | 5.44 | $1.48^k \pm 0.01$ |
| 560 | $14.00^{cd} \pm 0.11$ | $8.33^f \pm 0.25$ | 69.30 | 28.92 | 1.78 | $1.33^h \pm 0.01$ |
| 1120 | — | — | — | — | — | — |
| MMC, 0.03 μg/ml | $16.03^d \pm 0.09$ | $12.51^g \pm 0.35$ | 65.19 | 30.46 | 4.35 | $1.39^l \pm 0.01$ |

Data are presented as means ± standard deviation (n = 12). Abbreviations: *RU*, Roundup; *CA*, chromosome aberrations; *SCE*, sister chromatid exchanges; *RI*, replication index; *MMC*, mitomycin C; $M_1$ *(%)*, percentage of cells in first mitosis; $M_2$ *(%)*, percentage of cells in second mitosis; $M_3$ *(%)*, percentage of cells in third mitosis (for examining CPK via the calculation of RI);—inactive cultures. Means with different superscripts indicate significant differences (***p < 0.0001 for CA, SCE, and RI). Significance determined by ANOVA, followed by Kruskal-Wallis comparisons for CA and SCE, and Bonferroni correction for RI.
a Significantly different from 420 RU, 560 RU, and MMC for CA.
b Significantly different from negative control, 560 RU and MMC for CA.
c Significantly different from negative control, 280 RU, and MMC for CA.
d Significantly different from negative control, 280 RU, and 420 RU for CA.
e Significantly different from negative control versus all experimental conditions for SCE.
f Significantly different from negative control, 280 RU and MMC for SCE.
g Significantly different from negative control, 420 RU, and 560 RU for SCE.
h-l Significantly different among all experimental conditions for RI.

Dr. Richard DeGrandchamp

**Exhibit 39. Luaces et al. (2017) Show Photomicrographic Evidence of**



Fig 1. Chromosome aberrations (CA) and sister chromatid exchanges (SCE) in a male *C. villosus* (2n = 60, XY). (A) Metaphase (M₁) from a negative control culture. (B) Metaphase (M₁) from a lymphocyte culture exposed to MMC as positive control; note the chromatid breaks (arrows). (C) Metaphase (M₁) from a culture exposed to 560 μmol/L RU showing a chromatid break (arrow). (D) Metaphase (M₂) from a negative control culture showing the SCE frequency (arrows show the sister chromatid exchanges). (E) Metaphase (M₂) from a culture exposed to 280 μmol/L RU, with the observed SCE frequency (arrows show the sister chromatid exchanges). (F) Metaphase (M₂) from a negative control culture having undergone more than two replication cycles: the chromosomes show dark, faint chromatids (arrows; one chromatid also shows an SCE), faintly stained chromatids (arrowheads), and chromosomes with both sister chromatids appearing pale, with a portion that has sister chromatid differentiation (asterisks).

**SCE [38]**

## 4.4.    NHL Hallmark: Dysregulation Of DNA Repair Mechanisms

When cellular DNA undergoes damage, it must be repaired by specific DNA repair mechanisms to continue to be a functioning cell. The failure to do so with fidelity are the hallmarks of cancer. A protein known as *Ataxia telangiectasia mutated* (ATM) is a core protein component of the DNA repair complex and is activated when the cell senses DNA damage and acts to carry out enjoining of DNA double-strand breaks.

Dr. Richard DeGrandchamp

> *ATM is the most significant molecule involved in monitoring the genomic integrity of the cell. Any damage done to DNA relentlessly challenges the cellular machinery involved in recognition, processing and repair of these insults. ATM kinase is activated early to detect and signal lesions in DNA, arrest the cell cycle, establish DNA repair signaling and faithfully restore the damaged chromatin.* [45]

Exhibit 40 shows the ATM repair protein complex that pulls the broken DNA ends together to facilitate end joining.

### Exhibit 40. Illustration Showing ATM Is A Core DNA Repair Protein Aligning Broken Strands [45]



**Fig. 2** MRN complex and recognition of DNA double-strand break. **a** Schematic representation of the domain structures of MRE11, RAD50 and NBS1. FHA (fork-head associated) and BRCT (BRCA1 C- terminal) domains are shown in the Nbs1 N-terminus; MRE11-interacting motifs (MIM) and ATM-interacting domains (FXF/Y) are located at the C-terminus. MRE11 has N-terminal nuclease domain and two DNA-binding domains. NBS1-interacting motif is also located in the N-terminus. In RAD50, two Walker A and B motifs (ABC ATPase) are shown at the N- and C-termini. Adjacent MRE11-interacting motifs (MIM) are also depicted. The rest of the molecule is long coiled-coil domains containing zinc-hook motif (CXXC) in the middle. **b** Positioning of MRN–ATM complex at the site of DNA break. MRN complex recognizes DNA breaks in chromatin via DNA-binding motifs in MRE11 and RAD50. DNA-end tethering activity of MRN complex is mediated by RAD50 coiled coil "hooks" (see text). NBS1 is important for recruitment of ATM kinase to the site of the break through its C-terminal ATM-interacting motif. In the absence of determined ATM X-ray structure, the overall geometry of the complex at the site of the break remains hypothetical. ATM activation is possible in the absence of MRN complex (see text), however, molecular mechanisms of this process remain to be elucidated

One of the NHL hallmarks when DNA is damaged is for the DNA repair mechanism to be compromised resulting in mutations of DNA This can occur with the *ATM* gene is mutated, downregulated, or dysregulation of the gene transcriptions of the *ATM* complex:

> *Extensive published data suggest that DNA repair pathways are associated with lymphoma susceptibility [26,27]. The rare syndromes attributed to inherited mutations in DNA repair genes, such as ataxia talangiectasia (A-T; mutations in ATM) or Nijmegen breakage syndrome (NBS; mutations in NBS1) manifest with early onset lymphomas of various histological subtypes [42,43]. DNA repair plays a central role in B-cell development in germinal centers of primary and secondary lymphoid organs via V(D)J recombination, which is regulated by the genes involved in double strand break repair, mainly in non-homologous end-joining (NHEJ) [26].*

Dr. Richard DeGrandchamp

### 4.4.1.   *2017: Kwiatkowska et al. Showed Glyphosate Prevents DNA Break Repair In Human Leukocytes*

Kwiatkowska et al. (2017) showed glyphosate caused significant DNA breaks after a 24 hour exposure in human leukocytes:

> *A statistically significant increase in DNA damage (tail moment) was observed after incubation of the above cell type with glyphosate at 3 mM. In our studies we also observed that glyphosate induced DNA damage in PBMCs in the concentrations range from 0.5 to 10 mM (Fig. 1A). Moreover, we noticed that PBMCs significantly repaired glyphosate-induced DNA damage, but they were unable to repair completely DNA strand-breaks after 120 min postincubation (2.23% (control) vs 2.93% (0.5 mM), 5.07% (5 mM), 7.76% (7.5 mM) and 11.05% (10 mM), respectively (Fig. 2B). Unrepaired DNA damage can lead to mutations that may cause genetic instability, and tumor growth* [28]. [emphasis added]

An assay was conducted to specifically look for incomplete DNA repair:

> *DNA repair. The control samples and the PBMCs treated with glyphosate at 0.5, 5, 7.5 and 10 mM were washed and resuspended in fresh RPMI 1640 medium withL-glutamine preheated to 37 C. Aliquots of the suspension were taken immediately ("time zero") and 120 min later. The samples were placed in an ice bath to stop DNA repair. Next, the preparation of the samples was conducted as described above. DNA repair was assessed by the extent of residual DNA damage detection at each time-point using alkaline version of the comet assay.* [28]

Exhibit 23 shows DNA glyphosate-induced DNA breaks after 24 hr., which is dose-related and statistically significant. At the end of 2 hours the DNA repair was only about 50% complete.

Dr. Richard DeGrandchamp

### Exhibit 41. Kiatkowska et al. (2017) Glyphosate Caused DNA Breaks Which Could Not Be Totally Repaired [28]



## 4.5.    NHL Hallmark: Upregulation of *BCL-2* and *MYC* Oncogenes

As discussed above, one of the most important hallmarks of NHL is the upregulation of proto-oncogenes which occurs through mutations and upregulation that is linked to epigenetic methylation. One of the most important oncogenes is *BCL-2,* which blocks apoptosis. Chromosomal gene translocation upregulates *BCL-2,* producing massive quantities of *BCL-2* proteins.

*BCL-2* stops the cell from undergoing apoptosis. There are 2 apoptotic mechanisms—namely, intrinsic, and extrinsic. Genes that regulate apoptosis in NHL act through the *intrinsic* pathways and are mediated by *BCL-2*. Acting in the opposite direction is the pro-apoptotic gene *BAX,* sometimes called a tumor suppressor gene because it facilitates apoptosis, thus destroying a mutated cell before it can become immortal and divide uncontrollably. *BCL-2* acts as an oncogene because it prevents *BAX* from acting to initiate a complex mechanism at the mitochondrion membrane that results in apoptosis.

Exhibit 42 illustrates the actions of the anti-apoptotic BCL-2 oncogene protein and the pro-apoptotic *BAX* on the mitochondrial outer membrane permeabilization (MOMP), which is the

Dr. Richard DeGrandchamp

cellular organelle that is largely responsible for apoptosis governing the process of *natural cell death*.

### Exhibit 42. Pro-Apoptotic And Anti-Apoptotic Proteins Involved In Apoptosis—Natural Cell Death [21]



FIGURE 1 | Bcl-2 family members regulate apoptosis. **(A)** Various cellular stressors induce apoptosis through the intrinsic, mitochondrial pathway, which is regulated by the Bcl-2 family of proteins. These stress signals activate pro-apoptotic BH-3 only initiators (red), which inhibit the anti-apoptotic proteins (green). This, in turn, allows the pro-apoptotic effectors (blue) to be activated. Activation of the effector proteins results in their oligomerization and subsequent mitochondrial outer membrane permeabilization (MOMP), enabling the release of apoptotic factors that initiate the caspase cascade and final stages of cellular destruction. **(B)** Pro-apoptotic BH-3 only proteins bind to anti-apoptotic Bcl-2 family members with different affinities. BIM, PUMA, and BID bind strongly to all anti-apoptotic Bcl-2 proteins, whereas BAD binds preferentially to BCL-2, BCL-X, and BCL-W, and NOXA binds preferentially to MCL-1 and A1/BFL-1.

As shown above, because *BCL-2* and *BAX* diametrically opposite functions (*BCL-2* blocks apoptosis and BAX promotes apoptosis) cancer mechanistic studies frequently measure both *BAX* and *BCL-2* and present them as a ratio. This *BAX / BCL-2* ratio determines the apoptotic potential of a lymphocyte:

Dr. Richard DeGrandchamp

> *Apoptosis is a form of programmed cell death which is a highly regulated and controlled process (Sakahira et al., 2015). It can be initiated through two pathways, the intrinsic pathway (mediated by mitochondrial) and the extrinsic pathway (mediated by death receptors) (Raychaudhuri, 2010). In the intrinsic pathway, BCL-2 family proteins (such as BAX, BCL-2, the Bax/ BCL-2 ratio is a "molecular switch" that initiates apoptosis) regulate the opening of mitochondrial voltage-dependent anion channel (VDAC) (Yong et al., 2003), which results in the collapse of mitochondrial membrane potential (DJm) and the release of cytochrome c from the mitochondria, leading to activation of caspases (Changjiang et al., 2005). Caspases playing vital roles in programmed cell death, the activated caspases kill the cell by degrading proteins indiscriminately* [34].

As discussed below, glyphosate causes upregulation of the *BCL-2* oncogene and downregulation of *BAX* that results in keeping damaged lymphocytes alive and destined for cancer when they should die.

In addition to the *BCL-2* oncogene, the *MYC* gene is also associate with cancer. *MYC* is a constitutive proto-oncogene that controls the expression of many downstream genes, some of which are involved in cell proliferation, contributing to the formation of many cancers including lymphomas:

> *c-MYC is one of the most essential transcriptional factors, regulating a diverse array of cellular functions, including proliferation, growth, and apoptosis. Dysregulation of c-MYC is essential in the pathogenesis of a number of B-cell lymphomas, but is rarely reported in T-cell lymphomas. c-MYC dysregulation induces lymphomagenesis by loss of the tight control of c-MYC expression, leading to overexpression of intact c-MYC protein, in contrast to the somatic mutations or fusion proteins seen in many other oncogenes. Dysregulation of c-MYC in B-cell lymphomas occurs either as a primary event in Burkitt lymphoma, or secondarily in aggressive lymphomas such as diffuse large B-cell lymphoma, plasmablastic lymphoma, mantle cell lymphoma, or double-hit lymphoma. Secondary c-MYC changes include gene translocation and gene amplification, occurring against a background of complex karyotype, and most often confer aggressive clinical behavior, as evidenced in the double-hit lymphomas. In low-grade B-cell lymphomas, acquisition of c-MYC rearrangement usually results in transformation into highly aggressive lymphomas, with some exceptions. In this review, we discuss the role that c-MYC plays in the pathogenesis of B-cell lymphomas, the molecular alterations that lead to c-MYC dysregulation, and their effect on prognosis and diagnosis in specific types of B-cell lymphoma.* [46]

Dr. Richard DeGrandchamp

### 4.5.1. 2013: George and Shukla Showed Glyphosate Caused an Increase in the Oncogene *BCL-2*

George and Shukla (2013) showed glyphosate caused an increase in the antiapoptotic oncogene *BCL-2*:

> *Glyphosate Modulates Ca2+ Release Channel, Ca2+ Binding, Oxidative Stress, and Apoptosis-Related Proteins. In clarifying the mechanism of glyphosate-induced proliferation in HaCaT cells, we further examined the expression of IP3R1 isoform of IP3Rs-Ca2+ release channel the proteins that bind Ca2+ (S100A6 and S100A9), reduce oxidative stress (SOD 1), and regulate apoptosis (Bax, BCL-2, cytochrome C, apaf- 1, caspases 3, 9) after glyphosate (0.1 mM) and TPA (10 nM) treatment at 24, 48, and 72* [47].

They showed that, as expected, increase in *BCL-2* and decrease in Bax prevented cell death through apoptosis:

> *It has been shown that less apoptosis occurs in cells in which IP3R1 expression was reduced or wholly silenced [61]. Similarly, in our case the decrease in the level of IP3R1 also observed upon glyphosate exposure in HaCaT cells thus prevented cell death [62]. Furthermore, in the cancer cells the amplified appearance of antiapoptotic members of the BCL-2 family of proteins or reduced appearance of the proapoptotic proteins like Bax or Bak can shield these cells from apoptosis by controlling [Ca2+ ]$_i$signals [63, 64]. This mechanism was also observed in our case as we found a significant increase in BCL-2 and decrease in Bax proteins simultaneously with a decrease in [Ca2+ ]$_i$levels (Figure 6).* [47]

Glyphosate induced *upregulation* of the oncogene *BCL-2* and a *downregulation* of the tumor-suppressing gene *BAX*. With a decrease in *BAX*, *BCL-2* blocked apoptosis resulting in cell proliferation or immortality. This showed glyphosate can cause neoplastic changes in the human skin cells:

> *In conclusion, in this study, we demonstrated that glyphosate may possibly exert proliferative effect in HaCaT cells by activating Ca2+ binding proteins to promote the imbalance of intracellular Ca2+ homeostasis and lessen SOD1 to increase ROS generation. This effect was partially reversed by treatment with antioxidant NAC indicating connections between oxidative stress and hypocalcaemia. Reduced Ca2+ levels enhance BCL-2 and decrease Bax, subsequently leading to decrease in cytochrome c to stimulate further decrease of caspase 3 via the downregulation of IP3R1 level, thus halting apoptosis. The present study for the first time provides insight into the mechanism of glyphosate-induced neoplastic potential in mammalian skin system* [emphasis added] [47]. [emphasis added]

Dr. Richard DeGrandchamp

Exhibit 43 shows glyphosate caused an increase in *BCL-2* and a decrease in *BAX*.

**Exhibit 43.  George and Shukla (2013) Showed Glyphosate Caused Upregulation of Oncogene *BCL-2* and Downregulation of Tumor Suppressor Gene *BAX* [47]**



Dr. Richard DeGrandchamp

**Exhibit 44.  George and Shukla (2013) Diagram Illustrating How Glyphosate Causes Cell Proliferation—Upregulation of BCL-2 and Downregulation of BAX** [47]



FIGURE 7: Proposed itinerary for glyphosate-induced proliferation in human skin keratinocytes HaCaT cells.

### 4.5.2. *2022: Locatelli et al. Showed Glyphosate and Roundup Dysregulated Oncogenes and Tumor Suppressing Genes*

Locatelli et al. (2022) showed that male Swiss mice exposed to glyphosate and the glyphosate-based herbicide (Trop) for just 5 days resulted in downregulation in *BAX* and an increase in the oncogene *BCL-2* in liver, lung, and kidney cells. It should be noted that this is a recent manuscript (February 18th, 2022) that is undergoing peer review. The findings discussed below are preliminary [48].

What prompted their study was the findings of Kwiatkowska et al, (2017), discussed below, in which that group showed *P53* was downregulated, and their aim was to extend those findings:

Dr. Richard DeGrandchamp

> *On the other hand, Kwiatkowska et al (2017) carried out studies with human peripheral blood in 2017 that showed damage to leukocyte DNA, in addition to increased methylation of the tumor suppressor p53 gene. Based on this evidence, the present study aimed at assessing the correlation among oxidative stress, changes in the expression of proteins related to apoptosis Bax, Blc2 and p53, and the emergence of micronuclei in animals exposed to both, glyphosate, and the glyphosate- based formulation (Trop®)* [48].

They designed their dosing schedule to match the normal expected exposures of the general population of 5 days to determine the genotoxicity that would occur over a short period of time mirroring how glyphosate is used:

> *The animals were submitted to gavage treatment for a period of 5 days. The 5-day period was chosen based on human exposure to this pesticide which normally occurs every 24 h 5 times a week. Besides, intended to verify whether glyphosate can promote important changes in a short period of exposure, since published works are always concerned with assessing damage after a long exposure* [48].

Their findings were similar to those of George and Shukla (2013) described above in which the tumor suppressor apoptotic genes *P53* and *BAX* were downregulated, and the *BCL-2* oncogene was upregulated:

> *<u>There was a decrease in p53 gene and Bax protein expression, and an increase of the BCL-2 protein expression</u>. These results might suggest that the exposure to glyphosate and the consumption of antioxidant defenses can cause oxidative stress. In addition, changes in cellular biomarkers regarding glyphosate and Trop® were similar.. A significant reduction of Bax protein was seen in the liver, associated with a significant increase of BCL-2 in groups treat with 200 mg/kg. Considering the lung and renal tissues, the Bax protein did not change in relation to the control group, whereas BCL-2 showed a significant increase* [48]. [emphasis added]

Dr. Richard DeGrandchamp

## Exhibit 45. Locatelli et al. (2022) Showed Roundup and Glyphosate Caused Upregulation of the *BCL-2/BAX Ratio* [48]

| Table 3 — Correlation between Bcl2 and Bax proteins (Mean relative value of Bcl2 expression/Mean relative value of Bax expression) in tissues of Swiss mice treated with glyphosate or the commercial formulation Trop® for 5 days in different doses. | | | | | |
|---|---|---|---|---|---|
| **Tissue** | **Groups** | | | | |
| | C | G50 | G200 | T50 | T200 |
| Liver | 0.306 | 0.4705 | 0.905 | 0.697 | 1.06 |
| Lung | 3.41 | 7.796 | 10.7 | 9.21 | 10.74 |
| Kidney | 1.6 | 1.55 | 2.83 | 2.81 | 2.70 |

In analyzing the results shown in Exhibit 45, they stated:

> *In order to verify whether an inverse correlation between pro-apoptotic Bax and anti-apoptotic BCL-2 proteins occurred, the mean relative value of BCL-2 expression was divided by the mean relative value of Bax, which are shown in Table 3. An inverse correlation between BCL-2 and Bax occurred in the liver only at the highest doses (200 mg/kg), whereas in all treatments an inverse correlation in the lung was seen when compared to the control group. Regarding the kidney, the correlation was also shown to be inverse in groups G200, T50 and T200* [48].

In summation, they concluded:

> *The present study showed that oral exposure of mice to glyphosate or the commercial formulation (Trop®) based on glyphosate caused a significant reduction in body weight without changing the organ weight/animal weight ratio. Although the weight of such organs had not been affected, there was a significant change in oxidative stress markers in the liver, lung and kidney, a factor that may be associated with changes in the p53 gene, as well as in the expression of Bax, Blc2 and p53 proteins in these tissues. The reduction of the p53 gene associated with the increased BCL-2 protein and oxidative stress may, in turn, be responsible for the genotoxic effect seen in the bone marrow after exposure of animals to glyphosate or the commercial formulation (Trop®)* [48].

Dr. Richard DeGrandchamp

### 4.5.3.      *2007: Hokanson et al. Showed that Glyphosate Caused BCL-2 Upregulation in Human Cells*

Hokanson et al. (2007) showed glyphosate caused an upregulation of *BCL-2* in a human cell line in a study to determine if it was an endocrine disruptor in a human breast cancer cell line that has nuclear estrogen, progesterone and glucocorticoid receptors. [49] They used microarray analysis that reveals what genes have undergone dysregulation: [49]

> *Among the chemicals most commonly used, both commercially and in the home, is the herbicide glyphosate. Although glyphosate is commonly considered to be relatively non-toxic, we utilized in vitro DNA microarray analysis of this chemical to evaluate its capacity to alter the expression of a variety of genes in human cells. We selected a group of genes, determined by DNA microarray analysis to be dysregulated, and used quantitative real-time PCR to corroborate their altered states of expression. We discussed the reported function of those genes, with emphasis on altered physiological states that are capable of initiating adverse health effects that might be anticipated if gene expression were significantly altered in either adults or embryos exposed in utero* [49].

They found that *BCL-2* was upregulated 2-fold, as shown in Exhibit 46.

Dr. Richard DeGrandchamp

# Exhibit 46.  Hokanson et al. (2007) Showed Glyphosate Caused *BCL-2* Upregulation [49]

**Table 1**   Genes found on the RZPD chip that were dysregulated by glyphosate as determined by DNA array analysis

| Gene names | Ratio up | Gene names | Ratio down |
|------------|----------|------------|------------|
| TAP1 | 3.478 | ACTA1 | 0.492 |
| INPP1 | 3.186 | EGR1 | 0.490 |
| VHL | 3.002 | SLC25A3 | 0.463 |
| PFN2 | 2.881 | CXCL12 | 0.462 |
| C2 | 2.537 | GNB2L1 | 0.458 |
| TRAF4 | 2.450 | CD63 | 0.448 |
| EST (26) | 2.423 | DAPK1 | 0.425 |
| ITGAE | 2.397 | BDNF | 0.288 |
| TIMP3 | 2.379 | | |
| DUSP11 | 2.29 | | |
| ATR | 2.238 | | |
| ARF4 | 2.212 | | |
| ATP9A | 2.195 | | |
| PPP3CB | 2.184 | | |
| GATA4 | 2.179 | | |
| HIF1 | 2.176 | | |
| PIK3R3 | 2.175 | | |
| EPB41L2 | 2.113 | | |
| RAC1 | 2.103 | | |
| BCL2L1 | 2.057 | | |
| MADH4 | 2.056 | | |
| GADPH | 2.035 | | |

A ratio above 2 or below 0.5 is considered significant.

### *4.5.4.*     *2020: Woźniak et al. Showed Glyphosate Caused BCL-2 Upregulation*

In a follow-up their 2018 study that revealed Roundup caused DNA breaks, Wozniak et al. (2022) showed glyphosate caused a reduction in global DNA methylation and upregulation of *BCL-2* expression:

> *Beside of changes in the expression level of the major cell cycle regulators and/or methylation pattern within their gene promoters, we have also found significant upregulation of the BCL-2 expression at the mRNA level at the highest tested concentration of glyphosate (100 μM) [30].*

Dr. Richard DeGrandchamp

## Exhibit 47. 2018: Wozniak et al. Showed Glyphosate Caused Upregulation of the *BCL-2* Oncogene [30]



**Fig. 3.** Methylation (A) and expression (B) of proto-oncogenes (*BCL2* and *CCND1*) in human PBMCs incubated with and glyphosate (0.5–100 μM) for 24 h. Mean ± SD was calculated for four individual experiments. Statistically different from control at *p < .05; **p < .01. Statistical analysis was conducted using one-way ANOVA a posteriori Tukey test.

### 4.5.5.  2020: Jeon et al. Show That Glyphosate Promotes Cell Proliferation Which Is Associated With Upregulation Of MYC Oncogene

Jeon et al. have shown that glyphosate exposure to a cell line upregulated *MYC* that promoted cell division:

> *Most studies on glyphosate have been conducted in animals, and the effects of glyphosate in humans are not fully understood. In the present study, we report that glyphosate increases the rate of cell growth in human embryonic kidney 293 (HEK293) cells. Interestingly, the concentrations of glyphosate rang- ing between 0.6 and 18μM enhance cell proliferation, while lower or higher concentrations do not stimulate cell growth or interfere with it, respectively. At the molecular level, cell biology and bio- chemical data demonstrate that glyphosate promotes the transcription of EGR1, JUN, FOS, and MYC, which are critical transcription factors and immediate early genes for cell cycle progression, and cell cycle regulators including cyclin B1, cyclin D1, and p21. NEAT1, a*

Dr. Richard DeGrandchamp

> *long non-coding RNAs that is implicated in cancers and active gene transcription are*
> *increased in glyphosate-treated cells* [50].

Cell division was prompted by glyphosate exposure as low as 6 μM after only 24 hours:

> *Interestingly, our biochemical analyses showed that glyphosate treatment at*
> *concentrations as low as 6 μM for 24 h was sufficient to recruit RNA polymerase II to the*
> *genes encoding critical transcriptional factors for cell cycle progression including*
> *EGR1, JUN, FOS, and MYC. This suggests that glyphosate promotes cell growth by*
> *modulating gene expression in transcription level* [50].

## 4.6.    NHL Hallmark: Tumor Suppressor Gene *P53* Downregulated

One of the hallmark mechanisms of NHL is deregulation of the tumor suppressor gene *P53* (also called *TP53*). This gene is of the upmost importance as it acts as a sentinel recognizing when a cell has undergone genotoxic damage and guarding against cell division of that mutated cells that would otherwise give rise to a cancer clone. The role of this gene has been extensively studied in many forms of cancer and its dysregulation and significance cannot be underestimated. For this reason, it is known as "the guardian of the genome":

> *More than 50% of all cancers contain a mutation in the p53 gene. The protein made from*
> *this gene is critical for ridding the body of cells that have developed genetic mistakes that*
> *could lead to cancer. When it stops working, precancerous cells can slip by and a tumor*
> *may develop.*
>
> *Scientists have known about the p53 protein — dubbed the "guardian of the genome" —*
> *since the 1970s. It is one of the most investigated molecules ever, the subject of more than*
> *80,000 research papers. But despite the attention, much remains to be understood about*
> *how p53 carries out its tumor-suppressing function* [51].

The protein *P53* acts as the "cellular gatekeeper" transmitting a variety of stress-inducing signals and serving to counteract proliferative cellular responses. It can be activated in response to DNA damage, oncogene activation, or hypoxia, in which it subsequently orchestrates biological outputs such as apoptosis, cell-cycle arrest, senescence, or modulation of autophagy [52]. Because *P53* plays a large central role in sensing when a cell has undergone DNA damage and mutations, when transcription is downregulated, suffers a loss of function, or is mutated, it can lead to cancer.

Dr. Richard DeGrandchamp

**Exhibit 48. The *P53* gene Plays a Central Role in Apoptosis Blocking the *BCL-2* Oncogenes and Activating Pro-Apoptotic Genes *Bak* and *BAX* [53]**



In addition to being singled out as key in preventing all cancers, *P53* dysregulation (along with *Myc*) has been shown to be associated with lymphomas:

> *Myc and p53 proteins are closely associated with many physiological cellular functions, including immune response and lymphocyte survival, and are expressed in the lymphoid organs, which are sites for the development and activation of B-cell malignancies. Genetic alterations and other mechanisms resulting in constitutive activation, rearrangement, or mutation of MYC and TP53 contribute to the development of lymphomas, progression and therapy resistance by gene dysregulation, activation of downstream anti-apoptotic pathways, and unfavorable microenvironment interactions. The cross-talk between the Myc and p53 proteins contributes to the inferior prognosis in many types of B-cell lymphomas* [53].

Dr. Richard DeGrandchamp

The *P53* gene acts as the guardian of the genome and is the key coordinator of many mechanisms in B-cells:

> *p53 mediated critical functions within lymphoid cells including the response to genotoxic stress, differentiation, senescence, and cell death.* [5,14] *However, unlike Myc, p53 does not act at a specific phase of the B-cell development and differentiation. P53 functions as the guardian of the genome, which is vital for cellular responses to oxidative stresses, and might be a key coordinator in aging and oxidative stress. In spite of a low or high level of oxidative stress, p53 regulates the expression of a panel of genes involved in the cellular response to oxidative stresses. In response to high levels of oxidative stress, p53 shows pro-oxidative activities that further up-regulate the levels of stress, causing cell death. However, at low levels of oxidative stress p53 exhibits antioxidant activities to eliminate oxidative stress and ensures cell survival* [53].

Another gene, *P16* also acts as a tumor suppressor gene like *P53,* holding cells that have undergone DNA damage in a *quiescent* or *senescent* stage to prevent cell division when cells become mutated, thereby acting to prevent cancer:

> *The p16 tumor suppressor gene encodes a specific inhibitor of cyclin-dependent kinase (CDK) 4 and 6 and is found altered in a wide range of human cancers. p16 plays a pivotal role in tumor suppressor networks through inducing cellular senescence that acts as a barrier to cellular transformation by oncogenic signals* [52].

**Exhibit 49. Illustration Showing How p16 Acts to Stop Mutant Cells from Dividing** [52]



The genetic expression or upregulation of *P53* and *P16* is modulated by DNA methylation of the proteins called *histones*. These are called epigenetic changes because they do not involve any

Dr. Richard DeGrandchamp

alteration of the DNA double helix. DNA is wrapped around the protein histones and methylation of the histones controls which genes are up- and downregulated via *hypo*methylation and *hyper*methylation. *Hyper*methylation essentially turns off the gene promoter switch:

> *When these sites are methylated, transcription factors are not able to bind to the promoter regions, and the gene expression decreased. On the contrary, if these sites are demethylated, transcription is activated and gene expression is increased* [40].

The methylation/demethylation of histones occurs at the promoter regions of genes and acts like a light switch to turn the gene "on." Methylation occurs at specific gene locations, which permits the gene to be transcribed and ultimately increases expression of the protein. This is shown in Exhibit 50 and is described below.

> *Possible mechanism that links the exposure to herbicides, the epigenome modification and the observed phenotypes. Chromosomes are composed of chromatin wrapped around proteins called histone; modifications of histone tails and DNA methylation. The exposure of herbicides, such as glyposhate (Gly), glyphosate-based herbicides (GBH) and, its main metabolite, (aminomethyl) phosphonic acid (AMPA) could alter the epigenome and could produce the silencing/activating of numerous genes, including estrogen receptor (ER), p16, p21, p53, and Wnt. This could result in the disruption of physiological functions and the promotion of health outcomes* [54].

Dr. Richard DeGrandchamp

## Exhibit 50. DNA Histones Methylation Modulates Transcription of Genes [54]



Rosetti et al. (2021) have published a review summarizing Roundup-induced epigenetic modulation acting through the molecular mechanism of DNA methylation. In general, when DNA histones are hypermethylated, the gene is turned off, so when *P53* and *P16* are said to be *hyper*methylated they are *down*regulated. In contrast, when *global* DNA is said to be *hypo*methylated, it is associated with cancer:

> *Tumor suppressor genes and proto-oncogenes play critical roles in cell cycle regulation, apoptosis, and cell senescence. Moreover, p16, p53, and p21 have important functions in the DNA-damage repair pathways which are among the most frequently compromised pathways in pathological conditions such as tumor growth (57). In this sense, most cancers have inactivating mutations in one or more proteins that normally function to restrict progression through the G1 stage of the cell cycle (e.g.: p16), and in proteins such as p53 that normally function at crucial cell-cycle checkpoints, stopping the cycle if a previous step has occurred incorrectly or if DNA has been damaged (58). In fact, the hypermethylation of p16 and p53 promoter regions is an epigenetic pattern frequently*

Dr. Richard DeGrandchamp

*observed in human cancer development, and this condition is generally associated with reduced methylation level of global genomic DNA* [emphasis added] [54].

Exhibit 51 presents the summary prepared by Rosetti et al. (2021) of all studies in which Roundup was shown to dysregulate DNA epigenetic methylation of tumor suppressor (apoptotic) and oncogenes (antiapoptotic).

## Exhibit 51. Rossetti et al. Summary of Roundup Epigenetic Methylation Dysregulation [54]

TABLE 1 | Epigenetic modifications induced by glyphosate, glyphosate-based herbicides (GBH) and amino methylphosphonic acid (AMPA).

| Compound | Modification | Tissue/Cell | Main Effects |
|---|---|---|---|
| **Humans** | | | |
| Glyphosate | DNA methylation (33) | PBMC | Decrease global 5mC percentage |
| | | | Increase methylation of p53 promoter |
| Glyphosate | DNA methylation (34) | PBMC | Decrease global 5mC percentage |
| | | | Change methylation pattern of p21 and p53 promoters |
| | | | Alter the expression genes involved in regulation of cell cycle (CCND1, p16, P21, and P53) and apoptosis (BCL2) |
| Glyphosate | DNA methylation (35) | MCF10A cells | DNA hypomethylation occurring via TET pathway |
| | | | Changes in methylation patterns of MTRNRL2 and DUX4 genes |
| | | | Exposure to glyphosate and miRNA 182-5p induced tumor development in 50% mice |
| | | | TET inhibitor prevents tumor formation in glyphosate-miR 182-5p-cells |
| AMPA and Glyphosate | DNA methylation and histone modification (36) | PBMC | Changes in the expression of DNMT1 and HDAC3 by glyphosate and AMPA |
| | | | Changes in the expression of DNMT3A by glyphosate |
| AMPA | DNA methylation (36) | PBMC | Decrease global 5mC percentage |
| | | | Change methylation pattern of p21 and p53 promoters |
| | | | Increase the expression of CCND1 |
| **Rodents** | | | |
| GBH | DNA methylation (37) | Rat mammary gland | Alter mammary gland development |
| | | | Decrease ERα protein and mRNA expression (transcripts OS, O, OT, and E1) |
| | | | Changes in methylation patterns of ERα promoters in post-puberal animals |
| GBH | DNA methylation and histone modification (38) | Rat uterus | Increase ERα mRNA during pre-implantation period |
| | | | Increase the relative abundance of ERα-O transcript variant |
| | | | Alter methylation status and histone post-transductional modifications in the O promoter of ERα gene. |
| GBH | miRNA (39) | Mouse brain (PFC) | 55 upregulated and 19 downregulated miRNAs |
| | | | Alter Wnt/β-catenin and Notch pathways |
| GBH | circRNA (40) | Mouse brain (Hip) | 330 upregulated and 333 downregulated circRNAs |
| Glyphosate | DNA methylation (41) | Rat sperm | Increase pathologies in F2 and F3 (prostate, ovarian and kidney diseases, obesity, birth abnormalities, and tumor growth) |
| | | | DMRs in sperm |
| Glyphosate | DNA methylation and histone modification (42) | Rat sperm | DMRs and DHRs in F3 generation. |

*DHRs, Differential histone retention sites; DMRs, Differential DNA methylation sites; DNMT, DNA methyltransferase; HDAC, histone deacetylase; PBMCs, Peripheral Blood Mononuclear Cells; PFC, Prefrontal Cortex; Hip, Hippocampus.*

After weighing all the Roundup-induced epigenetic mechanisms shown in the table above, Rosetti et al. essentially arrived at the same conclusion I have stated in this report:

### CONCLUSIONS AND FUTURE PERSPECTIVES

Dr. Richard DeGrandchamp

>  *Recent findings have shown that the exposure of glyphosate, GBH, or AMPA could affect epigenetic mechanisms. These include the decrease of global DNA methylation, alterations in the methylation pattern of specific regions, including ER and tumor suppressor genes, histone modifications, and differential expression of non-coding RNAs involved in, for example, Wnt and Notch pathways. These epigenetic markers have been involved in several physiological and pathological processes that were also reported after glyphosate, GBH, or AMPA exposure in animal models. In this sense, several lines of evidence indicate that the exposure to these compounds could alter the epigenome, disrupting the mRNA expression and protein levels of key genes involved in normal functions and thus, producing negative consequences (Figure 1). These epigenetic alterations could be heritable and could have a manifestation in health impacts and disease after the exposure has ended [emphasis added].*

The following sections present evidence that G/R compounds can dysregulate both *p53* and *p16,* which is known to be associated with cancer.

### *4.6.1.*   *2017: Kwiatkowska et al. Showed Glyphosate Downregulates P53 and P16 Tumor Suppressor Genes in Human Blood Mononuclear*

Kwiatkowska et al. (2017) showed glyphosate caused a significant increase in *P53* methylation at the promoter gene region [28]. *P53* hypermethylation downregulates gene expression and activates proto-oncogenes, with consequent genomic dysregulation increasing cancer risk.

>  *Along with the decreased global DNA methylation, we have observed significantly increased methylation of p53 promoter at two glyphosate concentrations i.e. 0.25 mM and 0.5 mM. Altered p53 promoter hypermethylation is an epigenetic pattern frequently observed in human cancers. Thus, the results of this study suggest that glyphosate at high concentration (0.25 mM) may cause down-regulation of p53 gene expression* [28].

While DNA hypermethylation (the addition of methyl groups to DNA) results in upregulating oncogenes, hypomethylation (reduced DNA methylation) downregulates protective tumor suppressor genes which increases cancer risk:

>  *Along with the decreased global DNA methylation, we have observed significantly increased methylation of p53 promoter at two glyphosate concentrations i.e. 0.25 mM and 0.5 mM. Altered p53 promoter hypermethylation is an epigenetic pattern frequently observed in human cancers. Thus, the results of this study suggest that glyphosate at high concentration (0.25 mM) may cause down-regulation of p53 gene expression and activate protooncogenes or retro transposable sequences, which may induce genomic alterations by insertion and/or homologous recombination* [28] .

Dr. Richard DeGrandchamp

They found that, while DNA was hypomethylated, methylation in the *P53* and *P16* promoter regions (on switch) was increased, but *P16* methylation did not reach statistical significance:

> *Statistically significant changes were observed in p53 promoter methylation in PBMCs treated with glyphosate. As compared to control cells, percentage of global DNA methylation level was significantly decreased by glyphosate at both concentrations, with significant decrease at 0.25 mM (p ¼ 0.017) and with border line significance at 0.5 mM (p ¼ 0.084 (Fig. 3). On the contrary, p53 promoter methylation was significantly increased as compared to control cells at both concentrations of glyphosate used i.e. p ¼ 0.013 and p ¼ 0.011 for 0.25 mM and 0.5 mM, respectively (Fig. 4). For the p16 gene promoter, methylation increased after treatment of PBMCs with glyphosate, however this change was not statistically significant (p ¼ 0.101) (Fig. 5)* [28].

Exhibit 52 shows both 0.25 and 0.05 mM glyphosate led to global DNA hypomethylation.

## Exhibit 52.  Kwiatkowska et al. ( 2017) Showed Glyphosate Caused Hypomethylation of DNA [28]



**Fig. 3.** 5-methylcytosine (%) in human PBMCs incubated with glyphosate in the concentrations of 0.25 mM and 0.5 mM for 24 h. Data presented as mean ± SD.

In contrast to *decreased* DNA global methylation, the promoter region on *P53* had a statistically significant *increase* in the level of methylation in the promoter region, as shown in Exhibit 53.

Dr. Richard DeGrandchamp

### Exhibit 53. 2017: Kwiatkowska et al. Showed the *P53* Promoter Region Had Increased Methylation [28]



**Fig. 4.** P53 methylation index (%) in human PBMCs incubated with glyphosate in the concentrations of 0.25 mM and 0.5 mM for 24 h. Data presented as mean ± SD.

They also showed *p16* was methylated, but it did not reach a statistically significant increase over all the dose levels.

### Exhibit 54. 2017: Kwiatkowska et al. *p16* Promoter Region Exhibited Increased Methylation [28]



**Fig. 5.** P16 methylation index (%) in human PBMCs incubated with glyphosate in the concentrations of 0.25 mM and 0.5 mM for 24 h. Data presented as mean ± SD.

Dr. Richard DeGrandchamp

From their findings, Kwiatkowska et al. concluded that the *p53* tumor suppressor gene was downregulated and with the magnitude of DNA breaks, it was possible that gene *recombination* (which is synonymous with gene *translocation*) had occurred, activating proto-oncogenes (like *BCL-2*) which is the key NHL mechanistic hallmark:

> *Altered p53 promoter hypermethylation is an epigenetic pattern frequently observed in human cancers. Thus, the results of this study suggest that glyphosate at high concentration (0.25 mM) may cause down-regulation of p53 gene expression and activate protooncogenes or retrotransposable sequences, which may induce genomic alterations by insertion and/or homologous recombination* [emphasis added] [28].

### 4.6.2.   *2020: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused DNA Breaks in Human Leukocytes*

Wozniak et al. (2020) [30] showed AMPA, glyphosate, and Roundup 360 Plus caused DNA single- and double-strand breaks, as discussed previously. In addition, they found that these caused a reduction in global DNA methylation but that the promoter region of tumor suppressor genes *P53* and *p16* were methylated and downregulated. Glyphosate also caused an increase in the oncogene *BCL-2*. These genotoxic changes were seen at the very low dose of 5 uM:

> *We have determined the effect of glyphosate on selected epigenetic parameters and major cell cycle drivers in human peripheral blood mononuclear cells (PBMCs). The cells were incubated with glyphosate at 0.5, 10 and 100 µM. The analysis included: global DNA methylation, methylation in the promoter regions of tumor suppressor genes (P16, P21, TP53) and proto-oncogenes (BCL-2, CCND1) by the Real-Time PCR and the expression profile of the indicated genes by Real-Time PCR. The obtained results have revealed significant reduction of global DNA methylation level in PBMCs exposed to glyphosate. Tested compound changed methylation pattern of the P21 and TP53 suppressor gene promoters, but in case of other analyzed genes: P16, BCL-2 and CCND1 we did not identify any statistically significant changes. Gene profiling showed that glyphosate changed the expression of genes involved in the regulation of cell cycle and apoptosis. Glyphosate decreased expression of P16 and TP53 as well as an increase in the expression of BCL-2, CCND1 and P21* [30].

These changes were similar to those reported in Kwiatkowska et al. (2017) [28] that were discussed in the previous section:

> *Beside global DNA hypomethylation we have found an increased methylation within the CpG islands of the TP53 gene promoter in PBMCs treated with glyphosate in all range of*

Dr. Richard DeGrandchamp

*concentrations. The lowest concentration (0.5 µM) of glyphosate induced 5-mC methylation of the TP53 gene promoter. This result is in agreement with our previous studies (Kwiatkowska et al., 2017), where we observed statistically significant increase of CpG islands methylation within the TP53 gene promoter after treatment of PBMCs with 250 µM and 500 µM glyphosate. TP53 is known to be genome guard and tumor suppressor gene. It has been shown that hypermethylation of CpG islands within its promoter results in the silencing of gene transcription, but it is not clear-cut relationship in this case (Song et al., 2015). Glyphosate reduced TP53 expression only from the concentration of 100 µM* [30].

**Exhibit 55. Wozniak et al. (2020)Showed Glyphosate Caused Downregulation of the Protective Tumor-Suppressing Genes *P53* and *P16* [30]**



Fig. 2. Methylation (A) and expression (B) of suppressor genes (P16, P21 and TP53) in human PBMCs incubated with and glyphosate (0.5–100 µM) for 24 h. Mean ± SD was calculated for four individual experiments. Statistically different from control at *p < .05; **p < .01; ***p < .001. Statistical analysis was conducted using one-way ANOVA and a posteriori Tukey test.

### 4.6.3.   *2022: Locatelli et al. Showed Glyphosate Downregulated P53*

I have already discussed the work of Locatelli et al. (2022), which showed exposure of male Swiss mice to glyphosate and Roundup (Trop) for 5 days resulted in downregulation of *BAX* and

Dr. Richard DeGrandchamp

an increase in the oncogene *BCL-2*. In addition, the treatment also caused a downregulation in *P53* in liver, lung, and kidney cells:

> There was a decrease in *P53 gene and Bax protein expression, and an increase of the BCL-2 protein expression. In addition, changes in cellular biomarkers regarding glyphosate and Trop® were similar* [48].

**Exhibit 56.  Locatelli et al. (2022) Showed Glyphosate and Roundup Caused Dysregulation in Apoptotic Genes *P53* and *BAX* [48]**



Figure 3

Analysis of p53 protein expression in tissues of Swiss mice treated with glyphosate or the commercial formulation Trop® for 5 days in different doses. A) Expression of Bax, Bcl2 and p53 proteins in the liver of Swiss mice treated with glyphosate or the commercial formulation Trop®. B) Expression of Bax, Bcl2 and p53 proteins in the lung of Swiss mice treated with glyphosate or the commercial formulation Trop®. C) Expression of Bax, Bcl2 and p53 proteins in the kidney of Swiss mice treated with glyphosate or the commercial formulation Trop®. C: control; G50: treatment with glyphosate 50 mg/kg; G200: treatment with glyphosate 200 mg/kg; T50: treatment with Trop® 50 mg/Kg; T200: treatment with Trop® 200 mg/Kg. (*) statistically different from the control; (*) statistically different from the T200 group; (&) different from the T50 group; (#) different from the G50 group and (@) different from G200 group, p <0.05 according to Tukey's test. The blotting images are representative of the groups (n = 3).

## 4.7.      NHL Hallmark: Gammopathy

The association of monoclonal gammopathy (MG) with B-cell non-Hodgkin's lymphomas (NHL) is a well-known phenomenon:

Dr. Richard DeGrandchamp

> *Monoclonal gammopathy (MG) has been recognized in a wide variety of lymphoproliferative disorders. It has been described in patients with B-chronic lymphocytic leukemia (CLL) [1], well-differentiated lymphoma [2],Burkitt's lymphoma [3] and other histological subtypes of lymphomas*

> *The association of MG and well differentiated B-cell NHL is also a well known phenomenon. Approximately44% of all patients with lymphoplasmacytic lymphoma have elevated serum immunoglobulin levels, and approximately20% of all patients have a monoclonal immunoglobulin, usually of IgM type [8]. Limited studies also have shown that serum monoclonal immunoglobulins are detected in patients with undifferentiated NHL, especially of Burkitt or Burkitt's like type* [55].

### 4.7.1.    *2019: Wang et al. Showed Mice Dosed With Glyphosate Developed High Levels of IgG Antibody (Gammopathy)*

Wang et al (2019) showed that Vk*MYC mice dosed with glyphosate for 72 weeks developed monoclonal gammopathy (MG; elevated levels of IgG):

> *Glyphosate-treated wild-type mice developed benign monoclonal gammopathy with increased serum IgG, anemia, and plasma cell presence in the spleen and bone marrow. Finally, glyphosate upregulated AID in the spleen and bone marrow of both wild-type and Vk*MYC mice* [39].

MG is defined as an abnormal increase in immunoglobulin synthesis and the antibody IgG is measured blood. It is associated with lymphomas and multiple myeloma. MG has been established as a diagnostic and prognostic tool to evaluate clinical conditions and stages of NHL patients:

> *The association of monoclonal gammopathy (MG) with B-cell non-Hodgkin's lymphomas (NHL) is a well known phenomenon. The aim of the present work was to study the incidence, type of monoclonal component and prognostic significance of MG in a population of 255 cases with B-cell NHL. Among 255 evaluable patients with B-cell NHL, 145 were males and 110 females with a median age of 58 years (range 18–85). There were 166 patients with the various subtypes of aggressive (intermediate/high grade) NHL and 89 with the various subtypes of low risk. MG was detected in 44 patients (17.2%) with a median age of 61 years (range 23–79). There were 22 cases (8.6%) with IgG type (IgG/ₖ 15, IgG/_ 7), 4 cases (1.6%) with IgA (IgA/ₖ 3, IgA/_ 1) and 18 cases (7.0%) with IgM (IgM/ₖ 12 IgM/_ 6). MG was found in 15.6% of the patients with aggressive NHL, while in low risk NHL the incidence was 20.2% (N.S.). The type of MG according to histological classification was as follows: Aggressive NHL: IgG 17 cases, IgA 2 cases, IgM 7 cases: low risk NHL: IgG 5 cases, IgA 2 cases, IgM 11 cases. The*

Dr. Richard DeGrandchamp

> *distribution of MG according to stage of the disease was as follows: stage I (4.5%), stage II (18%), stage III (6.8%) and stage IV (70.4%)* [39].

Wang et al. (2019) showed that glyphosate compounds caused MG:

> *A hallmark of MM is that virtually all MM cases are preceded by monoclonal gammopathy of undetermined significance (MGUS) [11]. Bergsagel and colleagues generated a mouse model of MM (Vk\*MYC) under the C57bl/6 genetic background with sporadic c-Myc activation in germinal center B cells, resulting in the development of benign monoclonal gammopathy, a mouse equivalent to MGUS, which then progresses to MM. This is the best available MM animal model because it recapitulates many biological and clinical features of human MM, including increased serum immunoglobulin G (IgG), bone lesions, and kidney damage [12]. In this work, we used Vk\*MYC mice to test our hypothesis that glyphosate has a pathogenic role in MM* [39].

Wang et al. show in Exhibit 57 and Exhibit 58 that glyphosate caused a significant increase in MG (IgG) in both wild-type and Vk\*MYC mice, as discussed:

> *As illustrated in Fig. 2a, untreated Vk\*MYC mice exhibited higher IgG levels than untreated WT mice. Upon glyphosate exposure, WT mice showed moderate yet steady increasing in IgG levels, suggesting that glyphosate induces benign monoclonal gammopathy, a mouse equivalent to human MGUS. Vk\*MYC mice receiving glyphosate had greater IgG elevation, and by week 30, IgG levels jumped to 11.78 g/L, more than 5-fold the 2.07 g/L observed in untreated Vk\*MYC mice. From week 36 to week 72, the mean IgG level was significantly higher in treated WT and Vk\*MYC mice compared to the untreated control groups, and Vk\*MYC mice, treated or untreated, had higher IgG levels than their WT counterparts* [39].

Exhibit 57 shows the glyphosate induced increase in IgG with the duration of glyphosate exposure.

Dr. Richard DeGrandchamp

## Exhibit 57.  Wang et al. (2019) Showed Glyphosate Causes MG (IgG) in Treated Mice [39]



Fig. 2. Hematological abnormalities found in Vk*MYC mice treated with glyphosate. **a** Total serum IgG in mice during 72 weeks of glyphosate treatment. Mouse blood samples were collected and assayed for IgG every 6 weeks. **b** Immunoglobins from mice as determined by SPEP at week 72. Arrows indicate IgG clonal peaks (M-spike; γ-globulin peak). SPEP was performed for all mice in each group, and representative results of 2 mice per group are shown. **c–h** Complete blood cell counts in mice. Hemoglobin concentration (Hb, **c**), red blood cell count (**d**), white blood cell count (**e**), mean red cell volume (MCV, **f**), platelet cell count (**g**), and hematocrit (HCT, **h**) are shown. **i** Total serum creatinine in mice at week 72. The horizontal lines indicated the mean value. Data were analyzed by two-way ANOVA (**b**) or one-way ANOVA (**a**, **d**, **e**). n = 10 mice per group

Exhibit 58 shows the time course of glyphosate exposures were linked to significant increases in IgG.

Dr. Richard DeGrandchamp

**Exhibit 58. Wang et al (2019) Show Glyphosate Causes Monogammopathy (IgG) in Treated Mice** [39]



**Figure S1. Total serum IgG levels in mice.** Serum IgG levels were determined by ELISA at Week 54 (a), 60 (b), 66 (c), and 72 (d). n = 10 mice per group. There were only 4 and 3 live animals in the treated Vk*Myc group by Week 66 and 72, respectively, so these weeks have IgG readings only from these mice.  *, P ≤ 0.05; **, P ≤ 0.01; ***, P ≤ 0.001.

## 4.8.     NHL Hallmarks: Evidence Of Multiple Myeloma and NHL In A Mouse Model

Wang et al. (2019) showed glyphosate produced evidence of multiple myeloma (MM) and NHL in Vk*MYC mice—a widely used model to study MM [39]:

> Vk*MYC mice under glyphosate exposure developed progressive hematological abnormalities and plasma cell neoplasms such as splenomegaly, anemia, and high serum IgG. Moreover, glyphosate caused multiple organ dysfunction, including lytic bone lesions and renal damage in Vk*MYC mice. Glyphosate-treated wild-type mice developed benign monoclonal gammopathy with increased serum IgG, anemia, and plasma cell

Dr. Richard DeGrandchamp

> *presence in the spleen and bone marrow. Finally, glyphosate upregulated AID in the*
> *spleen and bone marrow of both wild-type and Vk\*MYC mice* [39].

Exhibit 59 shows the time course of glyphosate exposure over the 72 weeks of exposure.

### Exhibit 59.  Wang et al. (2019) Showed Glyphosate
### Significantly Increased Weight and Pathology of the Spleen



**Fig. 1** Glyphosate reduced survival and induced splenomegaly in Vk\*MYC mice. **a** Schematic diagram of the chronic glyphosate exposure regimen in 4 groups of mice. **b** The percentage of mice surviving under glyphosate exposure. The line (blue) to indicate untreated WT mice aligned directly with that for WT treated mice and so was not visible. **c** Mouse spleen weight at sacrifice. **d** The total number of splenocytes per spleen from mice at sacrifice. **e** Representative images of spleens from 4 groups (2 per group). **f** The spleens from control and glyphosate-treated mice were fixed, embedded in paraffin, sectioned, stained with H&E, and examined by light microscopy. Representative H&E-stained spleen sections from glyphosate-treated Vk\*MYC mice showing altered architecture with a reduction of lymphoid white pulp (WP) and an expansion of hematogenous red pulp (RP). Scale bar = 500 μm (top), 200 μm (middle), or 100 μm (bottom). Data in **c** and **d** were analyzed by one-way ANOVA (spleen from one treated Vk\*MYC animal was not included due to an incidental damage). The horizontal lines indicate the mean value. $n = 10$ mice per group. \*$P \leq 0.05$; \*\*$P \leq 0.01$; \*\*\*$P \leq 0.001$

[39]

Dr. Richard DeGrandchamp

## 4.9.      NHL Hallmark: Inflammation

A key NHL hallmark is nonspecific chronic inflammation. One mechanism involved in inflammation is mediated through the cyclooxygenase-2 (Cox-2) pathway:

> *There is much interest in the potential use of Cox-2 selective inhibitors in combination with other cancer therapeutics. <u>Malignancies of hematopoietic and non-hematopoietic</u>*

Dr. Richard DeGrandchamp

> *origin often have increased expression of cyclooxygenase-2 (Cox-2), a key modulator of inflammation. For example, hematological malignancies such as chronic lymphocytic leukemia, chronic myeloid leukemia, Hodgkin's lymphoma, non-Hodgkin's lymphoma and multiple myeloma often highly express Cox-2, which correlates with poor patient prognosis. Expression of Cox-2 enhances survival and proliferation of malignant cells, while negatively influencing anti-tumor immunity. Hematological malignancies expressing elevated levels of Cox-2 potentially avoid immune responses by producing factors that enhance angiogenesis and metastases. Cellular immune responses regulated by natural killer cells, cytotoxic T lymphocytes, and T regulatory cells are also influenced by Cox-2 expression. Therefore, Cox-2 selective inhibitors have promising therapeutic potential in patients suffering from certain hematological malignancies* [56].

The inflammation mechanism involves the conversion of fatty acids into prostaglandins (which are constitutively expressed but are upregulated in NHL):

> *Cyclooxygenases are inflammatory regulators, responsible for the conversion of arachidonic acid to prostaglandin H2 (PGH2). The constitutively expressed isoform, Cox-1, maintains homeostatic levels of prostaglandins. Cox-2, which is inducible, mediates inflammation through increased production of prostaglandins, which are important bioactive mediators of inflammation and immunity. Prostaglandin synthases coordinate with cyclooxygenases to produce a spectrum of prostaglandins. Tumors that highly express Cox-2 produce high levels of prostaglandins, including prostaglandin E2 (PGE2) [8-10]* [emphasis added]. *Cox-2 selective inhibitors, as well as NSAIDs that inhibit both Cox-1 and Cox-2, have been shown to improve survival in patients with breast, colon, or prostate cancer [11]* [56].

### 4.9.1. *2019: Hamdaoui et al. Showed Subchronic Exposure to Roundup (Kalach 360 SL) Produced Systemic Inflammation*

Hamdaoui et al. (2019) showed that a subchronic exposure to 2 doses of Roundup (containing 126 and 315 glyphosate) caused statistically increased general systemic inflammation as measured with circulating levels of white blood cells and C-reactive protein (CRP; which is a protein synthesized in the liver and released into the bloodstream in response to inflammation):

> ***Systemic inflammation.*** *We observed following KL administration a significant increase ($p < 0.05$) in WBC* [white blood cell] *count and CRP [C-reactive protein] levels compared with those in the control group (Table 2). These results show that the application of KL (126 mg and 315 mg/kg, by oral gavage) led to systemic inflammation* [57].

Dr. Richard DeGrandchamp

## Exhibit 60.  Hamdaoui et al. (2019) Showed Roundup Caused Inflammation, as Indicated by Increased WBCs and C-Reactive Protein [57]

| Table 2 Hematological parameters in female rats dosed orally by 126 or 315 mg/kg/day, for 60 days, with KL and its effects plasma hepatic parameters (these parameters were obtained at the end of the treatment) | Parameters and treatments | Control | Group 2 (126 mg/kg/day) | Group 3 (315 mg of G/kg/day) |
|---|---|---|---|---|
| | Erythrocyte (106/µL) | 7.56 ± 0.13 | 7.10 ± 0.33 | 6.98 ± 0.22** |
| | Hb (g/100 mL) | 13.08 ± 0.17 | 12.11 ± 0.26* | 11.28 ± 0.38** |
| | Ht% | 40.44 ± 0.71 | 39.47 ± 1.05 NS | 37.4 ± 1.71 NS |
| | WBC (103/µL) | 8.89 ± 0.89 | 8.46 ± 0.65 NS | 12.81 ± 0.79***+++ |
| | VGM (mm³/erythrocyte) | 57.92 ± 0.49 | 53.42 ± 0.15** | 51.31 ± 0.32***+ |
| | MCH (pg/erythrocyte) | 16.22 ± 0.45 | 17.62 ± 0.32* | 17.68 ± 0.28* |
| | MCHC (g/100 mL) | 28.29 ± 0.99 | 32.2 ± 1.88* | 32.83 ± 1.76* |
| | Platelets (103/mm³) | 824.83 ± 56.79 | 892.91 ± 85.55 | 612.36 ± 26.45***+++ |
| | % of lymphocytes | | 70.55 ± 1.90 NS | 57.5 ± 4.42***++ |
| | CRP (mg/L) inflammatory parameter | 73.05 ± 2.43 | 49.02 ± 2.13* | 57.3 ± 0.8***+++ |
| | | 45.04 ± 0.73 | 27.33 ± 2.33** | 29.5 ± 1.04*** |
| | ALT (UI /L) | 22.75 ± 2.04 | 58.08 ± 1.44* | 61.5 ± 5.38*** |
| | AST (UI /L) | 52.62 ± 4.96 | 3.08 ± 1.56** | 3.1 ± 1.54** |
| | Bilirubin total (µmol/L) | 2.45 ± 0.9 | 1.96 ± 0.55 NS | 2.00 ± 0.34 NS |
| | Bilirubin direct (µmol/L) | 1.98 ± 0.75 | 78.5 ± 18.11 NS | 64.66 ± 4.96 NS |
| | PAL (UI /L) | 83.25 ± 17.76 | | |

The values are expressed as means ± SD (n = 6)

WBC, white blood cell; Hb, hemoglobin; Ht, hematocrit; VGM, mean corpuscular volume; MCH, mean corpuscular hemoglobin; MCHC, mean corpuscular hemoglobin concentration

Groups 2 and 3 treated with KL at respectively 126 and 315 mg of G/kg/day

Groups 2 and 3 treated with KL vs the control group: *p < 0.05; **p < 0.01; ***p < 0.001

Group 2 vs group 3 +p < 0.05; ++p < 0.01; +++p < 0.001

### 4.9.2.     *2019: Pandey et al. Showed Short-Term Exposure to Roundup Caused General Inflammation*

Pandey et al. (2019) showed Roundup caused inflammation in rats exposed for 14 days:

> *Roundup is a popular herbicide containing glyphosate as an active ingredient. The formulation of Roundup is speculated to have critical toxic effects, one among which is chronic inflammation. The present study analyzed adverse inflammatory effects in the liver and adipose tissue of rats after a subacute exposure of Roundup. Adult male rats were exposed to various doses of Roundup (0, 5, 10, 25, 50, 100 and 250 mg/kg bodyweight [bw] glyphosate) orally, everyday for 14 days. On day 15, liver and adipose tissues from dosed rats were analyzed for inflammation markers. C-reactive protein in liver, cytokines IL-1b, TNF-α, IL-6, and inflammatory response marker, and prostaglandin–endoperoxide synthase were upregulated in liver and adipose of rats exposed to higher (100 and 250 mg/kg bw/d) doses of Roundup. Cumulatively, our data*

Page 93

Dr. Richard DeGrandchamp

> *suggest development of inflammation in lipid and hepatic organs upon exposure to Roundup* [58].

They concluded:

> *Effect of Roundup on PTGS in Liver Prostaglandin–endoperoxide synthase or cyclooxygenase 2 is an enzyme that is a key regulator of prostaglandin formation. Prostaglandins are involved in vasodilation in target tissue during inflammatory response that improves blood flow and macrophage recruitment to the inflamed tissue. Expression of PTGS was analyzed in the liver tissues of rats exposed to different doses of Roundup. There was an increased level of PTGS expression from dose 50 mg/kg bw/d dose when compared to vehicle-treated group (Figure 3A)* [58].

## 4.10.    NHL Hallmark: Telomere Lengthening Immortal Lymphocytes

A telomere is a short repeating non-transcribed DNA section located at the ends of chromosomes. Telomere lengthening is a well-established carcinogenic mechanism in NHL that leads to cell immortality. The function of telomeres is to physically protect the chromosome from damage that occurs when denuded chromosome become tangled and stick to one another.

The telomere length is a measure of the biological lifespan of cells, including lymphocytes. Each time a cell divides, the telomeres become shorter, as shown below in Exhibit 61. When normal lymphocytes reach the end of their lifespan, as predicted with the Hayflick limit, they enter a period of senescence, and the telomeres become so short that the cell can no longer divide. Thits acts as a triggering mechanism to signal the cell to initiate the process of apoptosis. Germ cells, certain white blood cells, and cancer cells have active telomerase complexes, making them relatively long-lived compared with other cells [59][60]. This has been described by Remes et al. (2000):

> *After a certain number of cell divisions the telomeres would have shortened to a minimum length and this shortening will signal to the cells to enter M1, i.e. senescence. The senescent cell is characterized by cell cycle arrest, resistance to undergo apoptosis and can remain viable for a long period of time. Depending on the specific cell-type, functional P53 and/or Rb proteins are essential for entry into senescence and inactivation of these tumour suppressors will allow the cells to escape the M1- barrier and undergo further rounds of cell division (Wynford- Thomas, 1997). These cells will acquire critically shortened telomeres resulting in a proliferative crisis with massive cell death. Rare cells which have reactivated telomerase will escape the M2- barrier and become immortal* [59].

Dr. Richard DeGrandchamp

## Exhibit 61. Illustration Showing Telomeres at the Ends of Chromosomes Get Shorter Each Time a Cell Divides



Carcinogens act to prevent apoptosis through a mechanism that upregulates an enzyme called *telomerase* that adds base pairs to the ends of chromosomes, lengthening the telomeres and thus pathologically *forcing* the lymphocytes to continue to divide giving rise to cellular immortality. If this happens in a cell that has already suffered other genetic damage, telomerase can circumvent the normal process of apoptosis creating a cancerous lymphocyte clone that will ultimately develop into NHL:

> *The telomeres of somatic cells shorten with each cell division due to the 'end-replication-problem'. Critically short telomeres induce an irreversible exit from the cell cycle, called senescence. Telomere loss is thus considered as a 'mitotic clock' that limits the proliferative capacity of somatic cells (Blackburn, 1991). Immortal cells such as stem cells and tumour cells express the enzyme telomerase that compensates telomere loss by adding new telomere repeats to the chromosomal ends. The expression of telomerase activity is therefore a crucial step towards an immortal phenotype during malignant transformation (Krupp et al, 2000). Telomerase activity can be detected in a variety of malignant cancers (Klingelhutz, 1997). <u>Additional to 'immortal' cells, telomerase activity can also be detected in tissues with a high regenerative capacity such as lymphocytes, the basal layers of the skin epithelium or the endometrium. It is believed that the telomere elongation in the GC is a prerequisite for the lifelong ability of the immune system to expand a few or even a single antigen-specific B cell upon antigen encounter (Weng, 1999)</u>* [emphasis added] [61].

Exhibit 62 is an illustration showing in the upper panel that normal cells undergo telomere shortening until they reach senescence, after which they undergo apoptosis and die. In contrast,

Dr. Richard DeGrandchamp

in the lower panel, telomerase is activated in transformed lymphocytes, lengthening the telomere DNA ends and allowing the lymphocyte to become a malignant NHL tumor.

**Exhibit 62. Illustration Showing Shortening Telomeres in Normal Cells Undergo Apoptosis, and Telomers in Cancer Cells Get Longer**



Numerous studies have shown an increase in both telomerase activity and telomere length in NHL patients. From a biologic perspective, longer telomere length confers lymphocyte immortality; and when it has undergone many cell divisions and accumulated genetic mutations, immortality becomes cancerous. Lan et al. (2009) showed in a robust case control study of NHL patients that there was a strong dose-response relationship between quartiles of telomere length and risk of NHL:

> *Median (10th , 90th percentile) telomere length was 1.10 (0.79, 1.43) in cases and 1.02 (0.78, 1.26) in controls (p = 0.0017, Wilcoxon sign test). There was a strong dose-response relationship between quartiles of telomere length and risk of NHL overall [odds ratios (95% confidence intervals) by quartile: 1.0; 1.1 (0.4-2.7); 1.8*

Dr. Richard DeGrandchamp

> *(0.7-4.9); and 3.6 (1.4-8.9); p trend = 0.003)], and this association was similar*
> *across the most common NHL subtypes present in this study* [62].

Lan et al. (2009) showed that the mean telomere length was longer in NHL cases compared with controls in Exhibit 63.

### Exhibit 63. Lan et al. (2009) Showed that the Mean Telomere Length Was Longer for the NHL Cohort [62]

| Characteristic | Mean (SD) | |
| --- | --- | --- |
| | Cases (n = 107) | Controls (n = 107) |
| Mean age at baseline, years | 58.3 (4.8) | 57.5 (4.7) |
| Smoking | | |
|    Number cigarettes/day | 18.5 (10.5) | 17.9 (9.5) |
|    Years of smoking | 37.0 (8.7) | 37.0 (7.7) |
|    Pack-years | 37.7 (19.4) | 37.3 (17.6) |
| Body mass index, kg/m$^2$ | 26.3 (4.2) | 26.2 (3.3) |
| Alcohol, g/day$^*$ | 15.6 (21.2) | 17.0 (20.0) |
| Telomere Length$^\dagger$ | 1.13 (0.29) | 1.02 (0.20) |
|    Supplementation Group | | |
|     Placebo, % | 28.0 | 29.0 |
|     Alpha Tocopherol, % | 24.3 | 24.3 |
|     Beta-Carotene, % | 25.2 | 24.3 |
|     Alpha Tocopherol/Beta-Carotene, % | 22.4 | 22.4 |

They also demonstrated there was a strong and statistically significant dose-response relationship between telomere length and NHL, as presented in Exhibit 63. The telomere length increased over the increasing odds ratio three quartiles (first quartile is control).

Dr. Richard DeGrandchamp

## Exhibit 64. Lan et al. (2009) Show a Clear Dose-Response Relationship Between Telomere Length and NHL Risk [62]

| Diagnosis | Telomere length quartile[†] | | | | p trend |
|---|---|---|---|---|---|
| | Q1 (<=0.88) | Q2 (>0.88-1.02) | Q3 (>1.02 – 1.14) | Q4 (>1.14) | |
| NHL | | | | | |
| N (cases/controls) | 16 / 27 | 18 / 26 | 26 / 27 | 47 / 27 | |
| OR (95% CI)[§] | 1.0 | 1.1 (0.4-2.7) | 1.8 (0.7-4.9) | 3.6 (1.4-8.9) | **0.003** |
| DLBCL[‡] | | | | | |
| N | 1/5 | 4/4 | 9/7 | 10/8 | |
| OR (95% CI) | 1.0 | 2.0 (0.2-23.6) | 3.8 (0.3-55.3) | 4.7 (0.4-61.0) | 0.23 |
| CLL/SLL[‡] | | | | | |
| N | 6/11 | 8/9 | 6/5 | 14/9 | |
| OR (95% CI) | 1.0 | 1.6 (0.4-7.1) | 4.2(0.5-33.4) | 3.7 (0.8-16.1) | 0.08 |
| NHL excluding DLBCL and CLL/SLL | | | | | |
| N | 9/11 | 6/13 | 11/15 | 23/10 | |
| OR (95% CI) | 1.0 | 0.5 (0.1-2.6) | 0.7 (0.2-3.1) | 3.7 (0.8-16.4) | **0.04** |

In another study, Remes et al. (2000) showed that 47 patients diagnosed with different lymphomas had 2 groups of lymphocyte telomere lengths: very short and very long. The very short telomere lengths represented the lymphocytes undergoing the normal life cyle to enter the period of senescence. The longer telomeres represent the immortalized lymphocytes in the subpopulation of lymphoma clones; in some of these, telomerase was upregulated:

> *We have studied the telomere lengths in 47 diagnostic lymphomas and a significant telomere shortening was observed compared to benign lymphoid tissues. In addition, telomere length and telomerase activity were studied in consecutive samples from patients with relapsing non-Hodgkin's lymphomas. Shortened, unchanged and elongated telomere lengths were observed in the relapse samples. The telomere length alterations found in the relapsing lymphomas appeared to be independent of telomerase and rather represented clonal selection random at the telomere length level* [59].

Exhibit 65 shows that, compared with normal benign lymphoid tissue that had a single population of similar telomerase activity, lymphomas showed 2 populations, with one of the populations having very high telomerase activity representing the malignant lymphomas.

Dr. Richard DeGrandchamp

## Exhibit 65.  Remes et al. (2000) Showed that Normal Lymphoid Tissue Had Telomere Length Single Peak and Some Lymphomas Had 2 Peaks [59]

**Table 1**  Telomere lengths in diagnostic subgroups of malignant lymphomas and in samples from benign lymphoid tissues

| Diagnosis | Number | Telomere length (kbp) | | Peak length |
| | | Mean length | | |
| | | Mean | Range | Range[a] |
|---|---|---|---|---|
| Small cell lymphoma | 22 | 5.1 | 4.0–6.3 | 2.4–>23.0 |
| Large cell lymphoma | 19 | 5.4 | 3.8–6.5 | 2.4–>23.0 |
| Hodgkin's disease | 6 | 5.4 | 4.8–6.0 | 6.2–15.3 |
| Benign lymphoid tissue | 9 | 7.9 | 6.1–9.0 | 6.9–12.6 |

[a] The lymphomas exhibited one or multiple peaks and the peak range values given are the shortest and the longest peaks observed within the subclassified samples. All the benign cases exhibited one broad telomere peak. Due to the presence of lymphoma samples with multiple peaks, mean peak values for the different groups were not calculated. The differences in mean telomere lengths between the lymphoma subgroups and the benign lymphoid tissues were all significant at the 0.01 level.

Norrback e al. (1996) also showed activation of telomerase is a prerequisite for lymphocyte immortalization in NHL as described below:

> *Activation of telomerase seems to be a prerequisite for immortalization and is found in permanent cell lines and most malignant tumors. Normal somatic cells are generally telomerase negative, except for bone marrow stem cells. In benign lymphoid tissues telomerase activity correlated with B-cell numbers and cell proliferation, but this was not observed in the lymphoma group. High-grade lymphomas exhibited higher levels of telomerase compared with low-grade cases. The data suggest that telomerase activity in malignant lymphomas can be explained by an "induction and retention" model, ie, transformation occurs in a normal, mature B cell with reactivated telomerase, which is retained in the neoplastic clone [63].*

Dr. Richard DeGrandchamp

## Exhibit 66. 1996: Norrback et al. Showed Telomerase Activity Was Highest for Low- and High-Grade Malignant Lymphomas

[63]



Fig 3.  Relative telomerase activity levels in benign samples, malignant lymphomas, and cell lines. BM*, bone marrow; PB*, peripheral blood; LN*, lymph node; Tonsil*, the leftsided tonsils only are represented here; LGM, low-grade malignant lymphoma; HGM, high-grade malignant lymphoma; *, benign samples. Each column represents one sample.

### 4.10.1.    2022: Cosemans et al. Showed AMPA Exposure Increased Leukocyte Telomere Length Linking It Potential Risk Of NHL

A recent study by Cosemans et al. (2022) was conducted to determine if there was an association between leukocyte telomere length and AMPA (a glyphosate metabolite):

> We examined glyphosate and AMPA exposure, mtDNA content and leukocyte telomere length in 181 adults, included in the third cycle of the Flemish Environment and Health Study (FLEHSIII). DNA was isolated from leukocytes and the relative mtDNA content and telomere length were determined using qPCR. Urinary glyphosate and AMPA concentrations were measured by Gas Chromatography-Tandem Mass Spectrometry (GC- MS-MS). We used multiple linear regression models to associate mtDNA content and leukocyte telomere

Dr. Richard DeGrandchamp

> *length with glyphosate or AMPA exposure while adjusting for confounding variables* [64].

Their study was conducted on 181 adults who were not directly exposed to either glyphosate or AMPA, meaning this cohort was not directly exposed to Roundup. They found a statistically significant association between AMPA concentration and telomere length:

> *A doubling in urinary AMPA concentration was associated with 5.19% (95% CI: 0.49 to 10.11; p = 0.03) longer leukocyte telomere length, while no association was observed with urinary glyphosate concentration. …After adjustment for sex, age, BMI, smoking status, alcohol consumption, socioeconomic status, season of sampling, and urine specific gravity, a doubling in glyphosate concentration was not associated with leukocyte telomere length (p = 0.15), <u>however the urinary concentration of the glyphosate metabolite AMPA was associated with a 5.19% (95% CI: 0.49 to 10.11; p = 0.03) longer leukocyte telomere length</u>* [emphasis added]*…In sensitivity analyses for the association between AMPA exposure and telomere length, additionally adjusting for leukocyte count and cystatin C and alfa-1-microglobulin did not affect the experimental outcome. <u>Using the trimmed population, single imputation, and random imputation, the association between urinary AMPA concentration and telomere length remained significant (p = 0.01, p = 0.045, p = 0.046 respectively</u>* [emphasis added] [64].

Exhibit 67 shows that there was a 5% difference in telomere length with a doubling in AMPA, which was a statistically significant difference.

### Exhibit 67. 2022: Cosemans et al. Found that an Increase in AMPA Was Associated with a 5% Increase in Leukocyte Telomere Length [64]

**Table 3**

The association between glyphosate and AMPA exposure and markers of biological aging (n = 181). Estimates were provided as the % difference (95% CI) of telomere length or mtDNA content from a doubling in glyphosate or AMPA concentration. Models were adjusted for sex, age, BMI, smoking status, alcohol consumption, socioeconomic status, season, and urine specific gravity. mtDNA content has been additionally adjusted for platelet count.

|  | % difference (95% CI) | p-value |
|---|---|---|
| Telomere length |  |  |
| Glyphosate | 3.31 (−1.17 to 8.07) | 0.15 |
| AMPA | 5.19 (0.49–10.11) | 0.03 |
| mtDNA content |  |  |
| Glyphosate | 2.38 (−4.34 to 9.51) | 0.50 |
| AMPA | 4.32 (−3.07 to 12.19) | 0.26 |

Dr. Richard DeGrandchamp

They interpreted the lengthening of telomeres linked to elevated AMPA as an increased risk for
NHL (as well as lung cancer).

> *Longer telomere length should provide prolonged cell survival, which in turn increases
> the chance of accumulation of cancer-causing mutations (Aviv et al., 2017; Noy, 2009;
> The Telomeres Mendelian Randomization, 2017). Several studies described the
> association between longer telomere length and an increased risk of different cancers
> such as non-Hodgkin lymphoma (Lan et al., 2009), lung cancer (Seow et al., 2014), and
> melanoma (Han et al., 2009)* [64].

Cosemans et al. (2022) also noted that their findings were consistent with an earlier study
showing PCBs, which is a Group 1 IARC carcinogen, showed a likewise increase in telomere
length with increasing *background* PCB blood levels :

> *In addition, other studies reported an increase in telomere length in relation to an
> environmental exposure: i) the study of the National Health and Nutrition Examination
> Survey (NHANES) reported an age-independent association between exposures to
> polychlorinated biphenyls (PCBs) and longer leukocyte telomere length (Scinicariello
> and Buser, 2015), ii) another study (Shin et al., 2010) described higher leukocyte
> telomere length after exposure to low doses of persistent organic pollutants (POPs)* [64].

Like the Cosemans et al. study, which specifically assessed telomere length in the *background
general population* in Belgium who were not exposed to either glyphosate or AMPA,
Scinicariello et al. showed that telomere length increased at background levels, which were
based on the NHANES data which represent the background PCB levels in the US which is
shown in Exhibit 68. Telomere length increased with increasing quartile PCB concentration.

Dr. Richard DeGrandchamp

### Exhibit 68.  Scinicariello et al. (2015) Showed Dose-Related Telomere Length Increased with Increasing PCB Blood Levels [65]

**Table 4**
Percent difference (95% CI) in leukocyte telomere length by TEQDL and TEQ PCBs exposure, National Health and Nutrition Examination Survey, 1999–2002[*].

| TEQDL | N = 1976 |
|---|---|
| Q1 ≤ 3.61 | Referent |
| Q2 3.62–6.17 | 4.08 (−1.00–9.42) |
| Q3 6.18–9.94 | 5.13 (−1.00–10.52) |
| Q4 > 9.94 | 11.63 (4.08–18.53) |
| p trend | 0.01 |
| R-square | 0.206 |
| TEQPCBs | N = 2202 |
| Q1 ≤ 1.33 | Referent |
| Q2 1.34–2.59 | −1.00 (−4.88–3.05) |
| Q3 2.60–4.47 | 4.08 (−0.50–8.33) |
| Q4 > 4.47 | 6.18 (1.01–11.63) |
| p trend | 0.01 |
| R-square | 0.191 |

[*] Adjusted for age (years, continuous), age squared, education (less than high-school, high school graduate, some college and above), race/ethnicity (non-Hispanic white, non-Hispanic black, Mexican American, multiracial, or other), alcohol consumption, self-reported smoking status (current, former, or never smoker), serum cotinine (natural log-transformed),BMI and sex.

Cosemans et al. (2022) suggested that, while glyphosate was not found to be associated with telomere mechanisms (like AMPA), it may indirectly facilitate telomere lengthening by other mechanisms involving inflammation. That is, as discussed above, lymphocytes are *primed* to proliferate, which may trigger telomere lengthening:

> *Inflammation, adjusted detoxification mechanisms or oxidative stress are possible underlying mechanisms not only linked to telomere biology (Aubert and Lansdorp, 2008; Martens and Nawrot, 2016) but also to glyphosate exposure. Firstly, pollutants may induce acute inflammation (Pandey et al., 2019) in which immune cells proliferate rapidly (Dioni et al., 2011). Both naïve and memory B cells were reported to be capable of upregulating telomerase activity in vitro in response to activation signals (Weng et al., 1997). Thus, leukocyte telomere length may not only be altered with aging, but also as a consequence of the activation and differentiation of immune cells (Hodes et al., 2002)* [64].

Dr. Richard DeGrandchamp

# 5.   HALLMARKS OF CANCER AND KEY CHARACTERISTICS OF CARCINOGENS

In their seminal work, Hanahan and Weinberg (2000) initially identified six Hallmarks of cancer cells in their *The Hallmarks of Cancer* (HC) publication [66]. They were the first to describe these hallmarks as the necessary properties shared by all cancers, regardless of the type of cancer or organ system. In doing so, they gave structure and a framework to study each hallmark as it contributes to the successful development of tumors and cancers. This was a paradigm shift in discussing what cellular transformations are necessary and as an organizing principle in discussing the etiology of cancer research as they stated:

> *The hallmarks of cancer comprise six biological capabilities acquired during the multistep development of human tumors. The hallmarks constitute an organizing principle for rationalizing the complexities of neoplastic disease. They include sustaining proliferative signaling, evading growth suppressors, resisting cell death, enabling replicative immortality, inducing angiogenesis, and activating invasion and metastasis. Underlying these hallmarks are genome instability, which generates the genetic diversity that expedites their acquisition, and inflammation, which fosters multiple hallmark functions. Conceptual progress in the last decade has added two emerging hallmarks of potential generality to this list—reprogramming of energy metabolism and evading immune destruction. In addition to cancer cells, tumors exhibit another dimension of complexity: they contain a repertoire of recruited, ostensibly normal cells that contribute to the acquisition of hallmark traits by creating the "tumor microenvironment." Recognition of the widespread applicability of these concepts will increasingly affect the development of new means to treat human cancer [66] .*

The six HC that gave structure and organization to cancer studies are shown in Exhibit 69.

Dr. Richard DeGrandchamp

### Exhibit 69. Hanahan and Weinberg Six Hallmarks of Cancer (2000)

[66]



Figure 1.  Acquired Capabilities of Cancer
We suggest that most if not all cancers have acquired the same set of functional capabilities during their development, albeit through various mechanistic strategies.

As presented in Exhibit 70, Hanahan and Weinberg illustrated the complexity of some pathways carcinogens use to transform normal cells to cancer cells. Different chemical carcinogens can act at numerous points to disrupt the normal cell function. As for the genetic reprogramming of this integrated circuit in cancer cells, some of the genes known to be functionally altered are highlighted in red.

Dr. Richard DeGrandchamp

**Exhibit 70. Hanahan and Weinstein Illustrate The Cancer Mechanisms As An "Electronic Circuit" With The Functionally Altered Genes Highlighted In Red** [67]



In 2011, Hanahan and Weinberg updated their Cancer Hallmark framework to include two other processes as *enabling characteristics* (genome instability and inflammation) and *two emerging hallmarks* (deregulated metabolism and immune system evasion) [66]. They identified carcinogens as chemicals that act by inducing *multiple* hallmarks in normal cells, thereby transforming them into cancer cells through a variety of mechanisms.

In their updated framework Hanahan and Weinberg also highlighted the importance of the immune system (in addition to the innate immune inflammation response) in carcinogenesis by noting that if cancer cells are to survive and form tumors, the immune system must be transformed to prevent immunosurveillance which is responsible for hunting and killing abnormal tumor cells. This requires stopping immune T cells, B cells, along with killer T-cells to find and destroy newly transformed cells. This is important, because many carcinogens have

Dr. Richard DeGrandchamp

been shown to either kill human immune cells or significantly attenuate their function thereby arresting tumorigenesis before it begins. These processes are shown in the Hanahan and Weinstein (2011) updated *emerging* hallmarks illustration in Exhibit 71.

### Exhibit 71. Immunotoxicity And Immunosurveillance Identified As An Emerging Hallmark [66]



What was an emerging hallmark identified by Hanahan and Weinberg in 2011, has now become a very successful cancer immunotherapy clinical treatment as a new milestone for cancer therapy in which immune cells known as natural killer (NK) cells seek and destroy tumors in situ [68].

With the HC now firmly established in cancer research based on the commonality of the transformative changes in cancer cells, toxicologists have developed a similar approach used by cancer biologists, to now study and classify the *chemical carcinogens* that cause the HC. These are known as "Key Characteristics" (KC) of carcinogens. As the HC are common descriptors of cancerous transformed cells and tumors, KC are the cancer *mechanisms* that are common among chemical carcinogenesis. The KC categories were based on a comprehensive analysis of the mechanisms or *how* chemical carcinogens initiate and promote in cancer. These KC categories capture the key mechanisms that are considered the most important of the diverse molecular events that lead to transforming normal cells into cancer cells.

Dr. Richard DeGrandchamp

Starting about a decade ago, toxicologists shifted away from simply considering cancer as and endpoint triggered by a singular molecular event like "genotoxicity or "mutagenicity" which was then used to describe a single and narrow cellular mechanism of action (MOA). Toxicologists began to consider all the mechanisms that contribute to cancer and are necessary for a cell to transition from a normal function cell to a dysfunctional transformed cancer cell. The next step was to identify the collective mechanisms reported in different studies for diverse compounds. This led to establishing the core mechanisms of carcinogens as the basis for ultimately conducting a weight of evidence analysis to categorize compounds as carcinogens.

While the hallmarks of cancer relate to the properties of cancer cells and tumors, KC are used to assemble data relevant to *carcinogenic mechanisms*. With this approach, it is not necessary to first state an a priori hypothesis about the MOA that would then have to be proved. Instead, the KCs are based on empirical observations of molecular events. By identifying carcinogenic mechanisms of known carcinogens, which serve as the basis for the KC categories, putative carcinogens can be evaluated to determine if they can act through those same pathways. The KC analysis makes obsolete the old traditional approach of first presuming chemicals act linearly thought a series of steps until the cell is transformed into a cancer cell. Thus, the KC analysis provides for a broad, holistic consideration of all mechanistic evidence. In addition, the KC can be used as the organizing principle for gathering mechanistic data to make a weight of evidence decision. This KC approach is particularly useful when human epidemiological or other toxicological information is not available.

The KC paradigm is now well established in the weight of evidence classification scheme used by IARC and it has also been applied by the US EPA, National Toxicology Program. Numerous studies have now shown that the KC approach can be used to provide very valuable information to support a conclusion as to whether a chemical compound is a human carcinogen.

## *5.1.* 2019 IARC Update Elevates Mechanisms of Toxicity Based on KC Evaluation

While Hanahan and Weinberg provided the initial framework to categorize cancer cells, toxicologists now rely on the KC to establish and categorize carcinogens [66]. The similarities

Dr. Richard DeGrandchamp

and differences between the HC for cancer cells and the KC for chemical carcinogens are juxtaposed below in Exhibit 72

### Exhibit 72.  Comparing HC to KC of Carcinogens [69]



IARC formally adopted the KC strategy in its 2019 updated Monograph Preamble which now places more emphasis on carcinogenic mechanisms in its Monographs [8]. In fact, now IARC considers carcinogenic mechanisms to be equal to human and animal evidence of carcinogenicity based on the totality of the weight-of-evidence. The KC strategy is not new. The updated Preamble simply formalizes the process and states that scientists should now consider multiple lines of mechanistic evidence to harmonize the evaluation of all evidence [8].

IARC has identified 10 categories of the consensus KCs of carcinogens and they are presented in Exhibit 73

Dr. Richard DeGrandchamp

## Exhibit 73. IARC Ten Key Carcinogenic Hallmarks Of Carcinogens

**Table 1.** Key characteristics of carcinogens.

| Characteristic | Examples of relevant evidence |
|---|---|
| 1. Is electrophilic or can be metabolically activated | Parent compound or metabolite with an electrophilic structure (e.g., epoxide, quinone), formation of DNA and protein adducts |
| 2. Is genotoxic | DNA damage (DNA strand breaks, DNA–protein cross-links, unscheduled DNA synthesis), intercalation, gene mutations, cytogenetic changes (e.g., chromosome aberrations, micronuclei) |
| 3. Alters DNA repair or causes genomic instability | Alterations of DNA replication or repair (e.g., topoisomerase II, base-excision or double-strand break repair) |
| 4. Induces epigenetic alterations | DNA methylation, histone modification, microRNA expression |
| 5. Induces oxidative stress | Oxygen radicals, oxidative stress, oxidative damage to macromolecules (e.g., DNA, lipids) |
| 6. Induces chronic inflammation | Elevated white blood cells, myeloperoxidase activity, altered cytokine and/or chemokine production |
| 7. Is immunosuppressive | Decreased immunosurveillance, immune system dysfunction |
| 8. Modulates receptor-mediated effects | Receptor in/activation (e.g., ER, PPAR, AhR) or modulation of endogenous ligands (including hormones) |
| 9. Causes immortalization | Inhibition of senescence, cell transformation |
| 10. Alters cell proliferation, cell death or nutrient supply | Increased proliferation, decreased apoptosis, changes in growth factors, energetics and signaling pathways related to cellular replication or cell cycle control, angiogenesis |

Abbreviations: AhR, aryl hydrocarbon receptor; ER, estrogen receptor; PPAR, peroxisome proliferator–activated receptor. Any of the 10 characteristics in this table could interact with any other (e.g., oxidative stress, DNA damage, and chronic inflammation), which when combined provides stronger evidence for a cancer mechanism than would oxidative stress alone.

[70]

Dr. Richard DeGrandchamp

The new emphasis on a KC analysis has also updated the hierarchy of carcinogenic descriptors IARC will now use to assess the strength of mechanistic evidence—namely "strong, limited, inadequate:"

> The evidence that the agent exhibits key characteristics of carcinogens is categorized according to one of three distinct terms (strong, limited, inadequate), the latter two aligning with terms used for the human and animal evidence (Table 1). When the mechanistic evidence is strong, further specification (ie, from exposed humans, human primary cells or tissues, or experimental systems) is used to guide the overall evaluation [8].

IARC notes that the KC will be evaluated and updated as necessary in the future and incorporate any new carcinogenic mechanisms that require an expansion of the KC categories.

It is important to stress that IARC is not proposing to use a "check-box" approach to determine the strength of the mechanistic evidence based on the number of KC studies published. That is, it will not simply add up the number of KC categories for which there is mechanistic evidence. There may only be one primary KC mechanistic pathway for a carcinogen that has been studied. Furthermore, because historical mechanistic studies have focused only on genotoxicity, the number of studies published on that topic will by default give a disproportionate emphasis to that single mechanism:

> *A substantial part of the evaluation of mechanistic evidence is organized around the key characteristics of carcinogens as initially identified (7). However, it is recognized that the set of key characteristics of carcinogens may evolve with additional experience and scientific understanding (9). This may occur as new carcinogens with new characteristics are identified in the future. Progress in understanding the differences in the relative importance among key characteristics, and the assays providing evidence of them, is also anticipated (8,9). As noted in the Preamble, some human carcinogens exhibit a single or primary key characteristic, whereas for others, evidence for a group of key characteristics may be needed to strengthen mechanistic conclusions [emphasis added]* [8].

Mechanistic evidence will now be evaluated on par with human epidemiologic studies and animal cancer studies, as shown in Exhibit 74. IARC states:

> *Overall Evaluation*
>
> *A major revision in the overall evaluation process was to allow for mechanistic data to be explicitly considered simultaneously along with evidence from studies of cancer in*

Dr. Richard DeGrandchamp

*humans and in experimental animals. Previously, integration of mechanistic evidence usually occurred after the evaluation of human and experimental animal cancer evidence. In the revised Preamble, all three bodies of evidence are considered together and integrated according to the procedure in Table 2* [8].

**Exhibit 74. IARC Revised Classification Scheme—Updating KC to Separate Stand-Alone Category [1]**



Dr. Richard DeGrandchamp

Exhibit 75 shows the updated four categories of carcinogens that have been reduced from 5 previous IARC categories.

## Exhibit 75. Updated Overall Evaluation of the IARC Monograph: Number of Carcinogenic Categories Reduced to 4 [1]

**Box 2.** Overall evaluations of the IARC Monographs

**The agent is carcinogenic to humans (group 1):** This category is used whenever there is sufficient evidence of carcinogenicity in humans. In addition, this category may apply when there is both strong evidence in exposed humans that the agent exhibits key characteristics of carcinogens and sufficient evidence of carcinogenicity in experimental animals.

**The agent is probably carcinogenic to humans (group 2A):** This category generally applies when the working group has made at least two of the following evaluations, including at least one that involves either exposed humans or human cells or tissues:
- Limited evidence of carcinogenicity in humans
- Sufficient evidence of carcinogenicity in experimental animals
- Strong evidence that the agent exhibits key characteristics of carcinogens

Separately, this category generally applies if there is *strong* evidence that the agent belongs, based on mechanistic considerations, to a class of agents for which one or more members have been classified in group 1 or group 2 A.

**The agent is possibly carcinogenic to humans (group 2B):** This category generally applies when only one of the following evaluations has been made by the working group:
- Limited evidence of carcinogenicity in humans
- Sufficient evidence of carcinogenicity in experimental animals
- Strong evidence that the agent exhibits key characteristics of carcinogens (regardless of whether from exposed humans or human cells or from experimental systems)

**The agent is not classifiable as to its carcinogenicity to humans (group 3):** Agents that do not fall into any other group are generally placed in this category. Typically, this category is used when there is less than sufficient evidence in animals and inadequate evidence in humans. This category is also used when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans and the evidence in humans is inadequate. However, if other tumor sites in experimental animals support an evaluation of sufficient evidence in experimental animals, or if the evidence in humans is limited, a higher classification according to criteria listed above applies.

Dr. Richard DeGrandchamp

## 5.2.      Scientific Support for IARC's New Carcinogenic Classifications

Although IARC recently revised its Monograph Preamble to formally include a KC analysis these efforts have been long in the making starting with Guyton et al. (2009) who described carcinogens as acting through many different pathways instead of a singular linear mode of action. Numerous works followed this initial work by the Guyton group culminating with not only the 10 KC category framework but a list of carcinogenic in vitro assays that are typically used to assess each KC as show in Exhibit 76[69].

Dr. Richard DeGrandchamp

## Exhibit 76. Representative In Silico And In Vitro Assays To Measure The Key Characteristics Of Carcinogens [69]

| Endpoint | In silico or non-human in vitro assay | Human in vitro assay |
|---|---|---|
| **KC 1: Is Electrophilic** | | |
| Electrophilic reactivity | In silico prediction (111) | |
| Protein adducts | Fluorescence-based (MSTI) assay (18) Glutathione depletion assay (112) *Chemoproteomics (113) | |
| DNA adducts | DNA adduct measurement by HPLC (114) | |
| **KC 2: Is Genotoxic** | | |
| Mutation/single nucleotide variants | In silico prediction (115) Bacterial reverse mutation (Ames) (OECD 471) | |
| | Mammalian mutation assay (mouse lymphoma assay, human HPRT mutation assay) (OECD 476) | |
| | *Error-corrected Next-Generation Sequencing (116) | |
| Structural chromosome alterations/DNA strand breaks (clastogenicity); aneugenicity | Chromosome aberration assay (OECD 473/475) Micronucleus assay (OECD 487) Comet assay (OECD 489) | |
| | | *TGX-DDI biomarker in Human TK6 cells * (117) |
| **KC 3: Alters DNA Repair or Causes Genomic Instability** | | |
| Copy Number Variations (Duplications, Deletions, Amplifications, Insertions) | Comparative Genome Hybridization (CGH, Array based) (118) Next Generation High-throughput Sequencing for somatic mutation detection (43) | |
| Inter-/intra-chromosomal translocations | Spectral Karyotyping (SKY), Karyotyping (50) Next Generation High-throughput Sequencing for somatic mutation detection (43) | |
| Microsatellite instability | Fluorescent Multiplex PCR-based method using DNA (119) | |
| DNA repair capacity | Unscheduled DNA synthesis (120) Host cell reactivation for evaluation of nucleotide excision repair, mismatch repair, base excision repair, nonhomologous end joining, homologous recombination, and methylguanine methyltransferase (121,122) Topoisomerase I and II enzymatic activity analysis using gel electrophoresis (123) | |
| **KC 4: Induces Epigenetic Alterations** | | |
| Global and locus-specific DNA methylation | High-performance liquid chromatography and ELISA-based methods (124) Enzyme activity assays for "writers, erasers, editors and readers" (125) Bisulfite sequencing (BS-seq) (126) | |
| Histone modifications | ChIP-Seq (61) Stable isotope labeling by amino acid in culture (SILAC) (127) High throughput histone mapping (HiHiMap) (128) | |
| Chromatin remodeling | Transposase-accessible chromatin using sequencing (ATAC-seq) (129) | |
| Changes in non-coding RNAs | RNA-Seq (130) in situ / FISH detection of small RNAs (131) and long non-coding RNAS (132,133) | |
| **KC 5: Induces Oxidative Stress** | | |
| Oxidative DNA damage | 8-OHdG adducts via HPLC-electrochemical detection (134,135) Comet assay modified with lesion-specific repair endonucleases (e.g., 8-oxoguanine DNA glycosylase [OGG1], formamidopyrimidine (fapy)-DNA glycosylase [FPG], Endonuclease III [Nth]) (136) | |
| Reactive oxygen species (ROS) formation | Electron paramagnetic resonance (137) | |
| Glutathione oxidation | Measurement of GSH/GSSG ratio (138) | |

Dr. Richard DeGrandchamp

| Endpoint | In silico or non-human in vitro assay | Human in vitro assay |
|---|---|---|
| Nrf2-ARE-dependent gene expression response | Antioxidant enzyme activity (superoxide dismutase, catalase, glutathione reductase, glutathione peroxidase) (139))<br>Nrf2/ARE-dependent gene expression (140) | |
| Lipid peroxidation | Thiobarbituric acid reactive substances assay for detection of malondialdehyde, 4-Hydroxynonenal hydroperoxides and isoprostanes (141) | |
| **KC 6: Induces Chronic Inflammation** | | |
| Inflammatory signaling | ＊Colonic organoid-based cell transformation assay (142) | |
| **KC 7: Is Immunosuppressive** | | |
| T cell activation and proliferation | Mitogen and/or antibody mediated proliferation (143) | |
| Cytotoxic T-lymphocyte (CTL) activity | ＊BiTE®-mediated CTL assay (144) | |
| Natural killer cell activity | Missing-self cytotoxicity assay (145) | |
| **KC 8: Modulates Receptor-mediated Effects** | | |
| Interacts with receptors | Androgen and estrogen receptor binding assay ((146), OECD TG 493) | |
| Receptor activation | Estrogen receptor Transactivation (147)<br>Androgen receptor Transactivation (148)<br>Aryl hydrocarbon receptor transactivation (149) | |
| Alters ligand synthesis | Aromatase enzyme activity (US EPA 890.1200)<br>H295R steroidogenesis assay (OECD TG 456) | |
| **KC 9: Causes Immortalization** | | |
| Alters in vitro transformation activity | Cell transformation assays (150) | |
| Alters cellular senescence markers | Changes in B-galactosidase, p16, p21, and p53 protein levels (151) | |
| Telomere length and telomerase activity | Telomerase activity assay (152) | |
| Alterations in stem cell genes | Expression of MYC, Oct3/4, Klf4, Sox-2 (153,154) | |
| **KC 10: Alters Cell Proliferation, Cell Death or Nutrient Supply** | | |
| Cell proliferation | DNA labeling (e.g., EdU, 3H-thymidine) (155)<br>Cell cycle markers (e.g., Ki-67, propidium iodide) (155)<br>Metabolic activity (e.g., MTT) (155)<br>Cell number/microscopy (e.g., Hemocytometer) (155)<br>Colony formation (156) | |
| Evasion or reduction of apoptosis | Evasion of apoptosis (157) by TUNEL, Annexin-V, PARP cleavage or others<br>＊Changes in expression of pro and anti-apoptotic factors (158) | |
| Angiogenesis | Endothelial cell proliferation, migration and differentiation (159)<br>Transwell cell invasion (Boyden) assay (160)<br>Aortic ring assay (161) | |
| Glycolytic (Warburg) shift | Cellular respiration and acidification (Seahorse) assay (162) | |

The following sections provide a chronological history as well as regulatory and scientific support for the KC approach I relied on to form an opinion about G/R compounds carcinogenicity.

### 5.2.1.    _2009: Guyton et al. Defines Molecular Mechanisms that Are Characteristic of Carcinogens_

Guyton et al. (2009) were one of the first to expand the description of the mechanisms of carcinogens from simply being a single series of linear genotoxic events to describing all the

Dr. Richard DeGrandchamp

complex cascade of multiple mechanistic pathways [71]. The authors on this work included industry (Pfizer chemical company), as well as US EPA, CalEPA, and IARC.

They recommended using transcriptomic, proteomic, and metabolomic evidence to more robustly describe wide-ranging cell transformations that occur in tumorigenesis as shown in Exhibit 77. [71]

### Exhibit 77. Guyton et al. (2009) Proposes Applying Toxicogenomic Carcinogenic Assessments [71]



The stated purpose of their work was to better understand the mechanistic pathways to explain how carcinogens act through molecular events along the dose-response curve:

> *While scientific knowledge of the potential health significance of chemical exposures has grown, experimental methods for predicting the carcinogenicity of environmental agents have not been substantially updated in the last two decades. Current methodologies focus first on identifying genotoxicants under the premise that agents capable of directly damaging DNA are most likely to be carcinogenic to humans. Emphasis on the distinction between genotoxic and non-genotoxic carcinogens is also motivated by assumed implications for the dose–response curve; it is purported that genotoxicants would lack a threshold in the low dose region, in contrast to non-genotoxic agents. However, for the vast majority of carcinogens, little if any empirical data exist to clarify*

Dr. Richard DeGrandchamp

> *the nature of the cancer dose–response relationship at low doses in the exposed human population* [71].

The impetus for developing a new set of key characteristics for carcinogens was clear as only focusing on genotoxicity was too limiting. There was a clear need to expand carcinogenic assessments to other and molecular events.

> *The short-term tests currently used to predict a chemical's ability to induce cancer were implemented based on scientific evidence that emerged in the 1970's linking DNA damage and mutation with cancer. Accordingly, these screening methodologies aim to identify genotoxic agents (e.g., as described in Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use guidance [1,2]) under the premise that such agents would most likely pose cancer risk in humans. Typically, the tests include a battery of three assays: (a) a test for gene mutation in bacteria, (b) an* in vitro *test for mutation and/or chromosomal damage in mammalian cells and (c) an* in vivo *test for chromosomal damage using rodent hematopoietic cells...the standard test battery is highly sensitive for detecting genotoxicity, and only a few in vivo genotoxicants are not detected in vitro. However, the ability of these genotoxicity tests to predict the outcome of an animal carcinogenicity bioassay is imprecise [6–8].For example, an analysis of a selected group of marketed pharmaceuticals found that 20% of the 124 non-carcinogens were positive in at least one genotoxicity assay while two-thirds of the 77 rodent carcinogens lacked activity in the genotoxicity tests employed* [71].

They emphasized the current US EPA approach describing the mechanisms of chemical carcinogens was short sighted and based on an a priori assumption of carcinogenesis acting through a single MOA, which continues today. They showed that *genotoxicity* was insufficient to describe known carcinogens like benzene, aflatoxin, and arsenic:

> *The number of mechanisms by which chemicals are known to contribute to carcinogenesis is extensive, but most can be grouped into a limited number of categories (*e.g.*, mutation, immunosuppression,* etc.*). When this is done, it is important to keep in mind that the full series of events that lead from exposure to cancer is unknown for essentially all chemicals, even for extensively studied chemicals such as benzene, aflatoxin B1 and arsenic. The US EPA has attempted to overcome this lack of knowledge by categorizing chemicals according to their ''mode of action'', the ''key events'' associated with a toxicological outcome [5]. Table 2 lists 15 types of ''key events'' associated with carcinogenesis that collectively represent the majority of known carcinogenic modes of action* [71].

Another deficiency of relying solely on a mode of action, is the presumption that there is only one mechanistic pathway, which has now been shown to be a flawed and unsupportable model for describing chemical carcinogenesis:

Dr. Richard DeGrandchamp

> *Another challenge for establishing the mode of action is the difficulty discriminating causative from associated key events in the cancer process. An example of a study providing data that differentiates association from causation is the recent report that di(2-ethylhexyl)phthalate (DEHP) induces liver tumors in peroxisome proliferator activator receptor-a (PPARa)-null mice, with significantly increased adenomas in knockout compared with wild-type mice [24]. In addition, a significant dose-dependent trend in adenomas and carcinomas combined was observed in the PPARa-null mice. Other data have associated PPAR antagonism with DEHP hepatocarcinogenesis, and some have concluded that this represented the sole mode of action for DEHP and other chemicals [25]. However, the study by Ito et al. [24] disproves the hypothesis that PPARa agonism is the sole causative factor for DEHP carcinogenesis. As discussed in further detail later, chemical carcinogens can affect biology in many ways to contribute to cancer* [71].

They provided an example of how key characteristics can be used to describe carcinogenic mechanisms more fully. In this first assessment they listed 15 "key events." as shown in Exhibit 78.

**Exhibit 78. Exhibit 1.   Guyton et al. (2009) Identified 15 "Key Events"** [65]



**Table 2**
Fifteen example key events representing diverse carcinogenic modes of action.

| Key events associated with carcinogenesis |
| --- |
| DNA reactivity (covalent binding) |
| Gene mutation |
| Chromosomal breakage |
| Aneuploidy |
| Enzyme-mediated effects on DNA damage or repair |
| Epigenetic effects |
| Cell signaling: nuclear receptor-mediated |
| Cell signaling: other than nuclear receptor-mediated |
| Immune response modulation |
| Inflammation |
| Cytotoxicity and compensatory cell proliferation |
| Mitogenicity |
| Chronic metabolic or physiologic overload |
| Nutrient deficiency related |
| Interference with intercellular communication (*e.g.*, gap junctions) |

They applied these 15 key events to compounds listed as category IARC Group 1, 2, and 3 carcinogens in an assessment with the results presented in Exhibit 79.

Dr. Richard DeGrandchamp

# Exhibit 79. Evidence Of Key Characteristics for IARC Group 1, 2, and 3 Carcinogens [71]

**Table 3**
Carcinogens operate via multiple key events representing diverse modes of action for carcinogenesis.[a]

| | DNA reactivity/ covalent binding | Gene mutations | Chromosomal breakage | Aneuploidy | Enzyme-mediated DNA damage/ repair | Epigenetic | Cell Signaling: Nuclear receptor-mediated | Cell Signaling: other | Immune response modulation | Inflammation | Cytotoxicity/ compensa -tory cell proliferation | Mitogenicity | Chronic metabolic or physiologic overload | Nutrient deficiency related | Interference with GJIC | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IARC Group 1** | | | | | | | | | | | | | | | | |
| Aflatoxin B1 | + | + | + | – | + | + | – | – | + | + | + | – | + | – | + | |
| Arsenic +3 | – | | + | + | + | + | – | – | + | + | + | – | + | – | + | |
| Asbestos | + | + | + | | + | + | | + | + | + | + | | + | | + | |
| Benzene | + | + | + | + | + | + | | + | + | + | + | | + | | + | |
| DES | + | – | + | + | | + | + | + | + | + | – | | + | | + | |
| Formaldehyde | + | – | + | + | | – | | + | + | + | + | | – | | + | |
| TCDD, 2,3,7,8- | – | – | – | – | | – | + | – | + | + | | + | | | + | + |
| Vinyl chloride | + | + | + | + | | – | | + | | + | | | | | + | |
| **IARC Group 2A** | | | | | | | | | | | | | | | | |
| Acrylamide | + | + | + | + | | | | | | | | – | – | – | | + |
| PCBs | + | – | + | – | | + | + | + | + | + | – | | + | | + | |
| **Model Carcinogen** | | | | | | | | | | | | | | | | |
| Diethylnitrosourea | + | + | – | | | | | | | | | | | | | |
| **Non-Carcinogen** | | | | | | | | | | | | | | | | |
| Toluene | | | + | | | | | | | | | | | | | |
| Acetaminophen | – | – | | + | + | – | | + | | + | | + | | + | | |

[a]  Blank entry indicates no information, equivocal or conflicting information; +, evidence for; –, evidence against. Classification requires scientific judgment; differences of scientific opinion about individual entries were noted in the literature.

This was a watershed example because it showed that carcinogens act via numerous mechanisms to produce cancer. They also highlighted the use of toxicogenomics and molecular epidemiology to predict chemical carcinogenicity. They identified mechanisms that had not been considered relating to up and down regulation of oncogenes and tumor suppressing genes that undergo dysregulation in cancer:

> *Four recent in vitro and in vivo studies using a variety of microarray platforms illustrate the utility of the approach. In the first study, microarray analysis was performed following 3-day exposure of MH1C1 rat hepatoma cells to non-toxic concentrations of 17 known hepatocarcinogens, 8 carcinogens at other sites, or 14 non-carcinogens [65]. Sets of genes were identified that could differentiate hepatocarcinogens from non-carcinogens, and all carcinogens from non-carcinogens. The best differentiation was achieved using 207 genes, but a smaller set of 26 genes afforded a concordance of 84.6% and correct prediction of carcinogenicity of 88.9%...These data indicate the potential of gene signatures associated with carcinogen exposures to be validated as predictive cancer biomarkers* [71].

## 5.2.2.  *2016: Smith et al. Proposed using Key Characteristics of Carcinogens as a Basis for Organizing Data For Classifying Carcinogens*

Smith et al. (2016) followed up with another publication showing how all empirical evidence of carcinogenesis could be organized into a weight of evidence scheme. [72] This work was a

Dr. Richard DeGrandchamp

collaboration including: IARC, US EPA, NTP, National Institute of Environmental Health, and National Institutes of Health,

### 5.2.3.   2018: Guyton et al. Uses Key Characteristics For Eight IARC Monographs

Guyton et al. (2018) discussed how mapping of toxicological and biomarker endpoints and pathways relevant to the KCs can advance the systematic search and evaluation of mechanistic data in carcinogen hazard identification [70]. The authors included IARC and The Office Of Report On Carcinogens, NTP.

They noted KC information can also be used to *upgrade* the cancer classification when epidemiology and animal bioassays are not available or is found to be insufficient:

> *When the evidence from human epidemiologic studies is less than sufficient, strong mechanistic data can play a pivotal role in the overall carcinogen hazard classification (10,11). For instance, even though the evidence from rodent cancer bioassays provided 'sufficient' evidence of cancer in animals, d-limonene was classified in Group 3 (not classifiable as to its carcinogenicity to humans) on the basis of mechanistic and other relevant data because the probable mechanism of carcinogenicity in animals was unlikely to be operative in humans (12). Other agents have been classified in Group 2A (probably carcinogenic to humans) or even in Group 1 (carcinogenic in humans) based on strong evidence for recognized carcinogen mechanisms, e.g. genotoxicity (ethylene oxide (13)), inhibiting DNA repair (etoposide (14)) or binding to the aryl hydrocarbon receptor (AhR) and subsequent downstream effects (2,3,7,8-tetrachlorodibenzodioxin [TCDD] (10,15)).* [70]

Indeed, they noted that when the US EPA applied the KC framework it upgraded the cancer classification for ethylene oxide based on *strong mechanistic evidence* of carcinogenesis.

### 5.2.4.   2019: Krewski et al. Identified Common Key Characteristics For 86 IARC Group 1 Human Carcinogens

Krewski et al. (2009) conducted a KC analysis of 86 IARC Group 1 carcinogens for the purpose of reviewing the existing literature database to assemble a list of common molecular events.

> *After some grouping of similar agents, the characteristic profiles were examined for 86 Group 1 agents for which mechanistic information was available in the IARC Monographs up to and including Volume 106, based upon data derived from human in vivo, human in vitro, animal in vivo, and animal in vitro studies. The most prevalent key*

Dr. Richard DeGrandchamp

> *characteristic was "is genotoxic", followed by "alters cell proliferation, cell death, or nutrient supply" and "induces oxidative stress". Most agents exhibited several of the ten key characteristics, with an average of four characteristics per agent, a finding consistent with the notion that cancer development in humans involves multiple pathways.* [73]

Exhibit 80 shows the percentage of each of the 10 KC for the 86 Group 1 carcinogens according to human and animal studies. This revealed that genotoxicity data was available for 85/87 of the carcinogens, which was not surprising since genotoxicity studies were the most frequent area of research for chemical carcinogens.



**Exhibit 80. Krewski et al. (2019) Results Comparing The Type Of Animal And Human Data Available For Each KC Category** [73]



Collectively, genotoxicity studies were far and away the most published research as shown in Exhibit 81

Dr. Richard DeGrandchamp

**Exhibit 81. Krewski et al. (2019) Showed The Percentage Of Published Studies For Each Of The KC For 86 Group 1 Carcinogens**



[73]

.

Dr. Richard DeGrandchamp

### 5.2.5.    2019: IARC Tumour Site Concordance and Mechanisms of Carcinogenesis

IARC provided a more detailed explanation and recommendations for conducting a KC analysis to complement the formal adoption and narrative presented in the 2019 IARC Monograph Preamble titled: *Tumour Site Concordance And Mechanisms Of Carcinogenesis*, Edited By Robert A. Baan, Bernard W. Stewart, And Kurt Straif, IARC Scientific Publication No. 165. [17] This document presents the fundamental basic information to support the KC of carcinogens which includes information on the concordance between empirical mechanisms in humans and animals as is shown in the comparison table in Exhibit 82.

**Exhibit 82. Comparison Between Animal and Human Characteristics for the 10 KC of Carcinogens for Select IARC Group 1**

Table 1.3. Levels of evidence* in humans and animals of key characteristics of carcinogens

| Characteristic | Aflatoxins | | Benzene | | 1,3-Butadiene | | Ethylene oxide | |
|---|---|---|---|---|---|---|---|---|
| | Humans | Animals | Humans | Animals | Humans | Animals | Humans | Animals |
| Is electrophilic or can be metabolically activated to electrophiles | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Is genotoxic | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Alters DNA repair or causes genomic instability | 1 | 1 | 1 | 1 | | | | |
| Induces epigenetic alterations | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| Induces oxidative stress | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Induces chronic inflammation | | | 0 | 0 | | | | |
| Is immunosuppressive | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| Modulates receptor-mediated effects | | | 1 | 1 | | | | |
| Causes immortalization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Alters cell proliferation, cell death, or nutrient supply | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |

| Characteristic | Formaldehyde | | Sulfur mustard | | Trichloroethylene | | Vinyl chloride | |
|---|---|---|---|---|---|---|---|---|
| | Humans | Animals | Humans | Animals | Humans | Animals | Humans | Animals |
| Is electrophilic or can be metabolically activated to electrophiles | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Is genotoxic | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Alters DNA repair or causes genomic instability | 2 | 1 | 1 | 1 | 0 | 0 | | |
| Induces epigenetic alterations | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Induces oxidative stress | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Induces chronic inflammation | | | | | 0 | 0 | | |
| Is immunosuppressive | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Modulates receptor-mediated effects | | | | | 0 | 1 | | |
| Causes immortalization | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Alters cell proliferation, cell death, or nutrient supply | 2 | 2 | 1 | 1 | 0 | 1 | 1 | 1 |

* 2 = strong evidence, 1 = moderate evidence, 0 = weak evidence.

**Carcinogens** [17]

Dr. Richard DeGrandchamp

I have relied on this document to augment my KC analysis of Glyphosate as discussed below in Sections 6.1-6.10. It provides additional detail on the specific toxicological endpoints that correspond to each of the 10 KC categories as shown in column 2 in Exhibit 83.

Dr. Richard DeGrandchamp

## Exhibit 83. IARC's 10 KC Categories and the Corresponding Toxicological EndPoints [17]

**Table 22.2.** Key characteristics and toxicological end-points demonstrated by agents known to cause cancer in humans (adapted from Al-Zoughool et al., 2019)

| Key characteristic | Corresponding toxicological end-points |
|---|---|
| Is electrophilic or can be metabolically activated to electrophiles | Metabolic activation<br>Protein adducts<br>ADME (differences in absorption, distribution, metabolism, and elimination) |
| Is genotoxic | DNA damage<br>Cytogenetic/clastogenic effects<br>Gene mutations |
| Alters DNA repair or causes genomic instability | DNA repair alteration, leading to genomic instability |
| Induces epigenetic alterations | Epigenetic alterations (DNA methylation, histone modification, and altered expression of microRNAs) |
| Induces oxidative stress | Oxidative stress |
| Induces chronic inflammation | Chronic inflammation<br>Chronic irritation |
| Is immunosuppressive | Immune effects |
| Modulates receptor-mediated effects | Receptor-mediated effects<br>Hormonal effects |
| Causes immortalization | Immortalization<br>Alterations in telomere length |
| Alters cell proliferation, cell death, or nutrient supply | Cell-cycle effects<br>Bystander effects<br>Alterations in cell signalling pathways<br>Angiogenic effects<br>Cell death<br>Inhibition of gap-junctional intercellular communication |

### 5.2.6.    *2020: Samet et al. Discuss The Update to the 2019 Monograph Preamble Emphasize the Importance of the KC Framework*

Samet et al. (2020) stressed the increased emphasis on a robust mechanistic analysis:

> *The updated Preamble formalizes important developments already being pioneered in the* Monographs *program. These developments were taken forward in a clarified and strengthened process for identifying, reviewing, evaluating, and integrating evidence to identify causes of human cancer. The advancements adopted include the strengthening of systematic review methodologies; greater emphasis on mechanistic evidence, based on key characteristics of carcinogens; greater consideration of quality and informativeness*

Dr. Richard DeGrandchamp

*in the critical evaluation of epidemiological studies, including their exposure assessment
methods; improved harmonization of evaluation criteria for the different evidence
streams; and a single-step process of integrating evidence on cancer in humans, cancer
in experimental animals, and mechanisms for reaching overall evaluations. In all, the
updated Preamble underpins a stronger and more transparent method for the
identification of carcinogenic hazards, the essential first step in cancer prevention* [70].

### 5.2.7. <u>2020: Smith et al. The Key Characteristics of Carcinogens—Relationship to the Hallmarks of Cancer, Relevant Biomarkers, and Assays to Measure Them</u>

Smith et al. (2020) discussed the parallels and differences between the KC of chemical
carcinogens and the Hallmarks of Cancer and proposed expanding the breadth of biomarkers
associated with mechanisms of carcinogens [69] as shown in Exhibit 84.

**Exhibit 84. Smith et al. (2020) Report Overview** [69]



**Abstract**

**Background.—**The key characteristics (KCs) of human carcinogens provide a uniform approach to evaluating mechanistic evidence in cancer hazard identification. Refinements to the approach were requested by organizations and individuals applying the KCs.

**Methods.—**We assembled an expert committee with knowledge of carcinogenesis and experience in applying the KCs in cancer hazard identification. We leveraged this expertise and an examination of the literature to more clearly describe each KC; identify current and emerging assays and *in vivo* biomarkers that can be used to measure them; and, make recommendations for future assay development.

**Results.—**We found that the KCs are clearly distinct from the Hallmarks of Cancer, that interrelationships among the KCs can be leveraged to strengthen the KC approach (and an understanding of environmental carcinogenesis), and that the KC approach is applicable to the systematic evaluation of a broad range of potential cancer hazards in vivo and in vitro. We identified gaps in coverage of the KCs by current assays.

**Conclusion.—**Future efforts should expand the breadth, specificity and sensitivity of validated assays and biomarkers that can measure the 10 KCs.

**Impact.—**Refinement of the KC approach will enhance and accelerate carcinogen identification, a first step in cancer prevention.

### 5.2.8. <u>2021: Rider et al. Expanded the KC Framework to Address Chemical Mixtures</u>

Rider et al (2021) have now pushed IARC's KC strategy further by suggesting novel approaches
for evaluating the mechanisms of *chemical mixtures.* [74] The authors included experts from
NTP, EPA, and California EPA. They emphasize that while IARC's KC strategy of analyzing
chemical carcinogens was vital to move past the outdated hyper focus on just genotoxicity it was
also necessary to apply the KC framework to multiple chemicals and chemical mixtures.

Dr. Richard DeGrandchamp

They noted the obvious that humans are exposed daily to multiple chemical contaminants and in combination the cancer risk may be much higher than currently thought.

Biomonitoring programs, such as the National Health and Nutrition Examination Survey (NHANES) in the United States and the Consortium to Perform Human Biomonitoring on a European Scale (COPHES), have increased awareness on the extent of exposure to diverse chemicals (Bocato et al. 2019) and concluded: [74]

> *Humans are exposed to numerous chemicals over their lifetimes, and more work is needed to understand how combined exposures to chemicals in the form of mixtures influence disease, particularly cancer, because the accumulation of insults over time contributes to cancer development and progression. Here, we offer three different options for investigating the joint effects of chemicals on cancer (a chemical-based approach, a model-based approach, and a disease-based approach) to stimulate discussion and research efforts around this critical topic.* [74]

## 5.3.     2019: The NTP Adopted the KC Analysis Framework for Identifying chemical Carcinogens

In 2019, the National Institutes of Health/NTP (02/19/2019) issued a notice in the Federal Register titled: Request for Information (RFI) on Assays and Approaches for Evaluating Chemical Effects on Cancer Pathways. for ideas on how to formally adopt the KC approach to standardize evaluating the carcinogenic properties of chemicals. [75] This followed IARC's lead after it formally adopted the KC approach in 2019 presented in the IARC Monograph Preamble, stating:

> *SUMMARY: The National Toxicology Program (NTP) at the National Institute of Environmental Health Sciences is seeking input on assays and approaches for evaluating chemical effects on cancer pathways, specifically, pathways that map to the hallmarks of cancer and key characteristics of carcinogens.*[75]

The NTP acknowledged the limitations the existing framework used to identify and classify chemical carcinogens. It also acknowledged that it was time that the latest tools in toxicology be applied in order to identify research needs regarding the evaluation of carcinogenic mechanisms of individual chemicals and mixtures:

> *This Request for Information is in support of the Converging on Cancer Workshop, which is aimed at providing a clear path forward for evaluating the interactions between*

Dr. Richard DeGrandchamp

> *environmental exposures and cancer biology using the latest tools in toxicology and identifying knowledge gaps that require research attention. Potential applications of this understanding include building a framework for incorporating mechanistic data into cancer risk assessment, developing efficient and reliable screening tools to detect the carcinogenic potential of environmental chemicals (including mixtures), engineering safer products, and designing more effective multi-target therapeutics.* [75]

It specifically recognized both the HC and the KC paradigms as best way to organize complex information describing cancer cells and carcinogenic mechanisms:

> *The hallmarks of cancer (1) and key characteristics of carcinogens (2) offer two paradigms for organizing information to better understand the interactions between environmental exposures and biological systems that lead to cancer. The hallmarks of cancer represent the biological traits of tumors that allow for the unchecked growth of cancer, while the key characteristics framework begins with known human carcinogens and identifies their defining properties.* [75]

NTP highlights the work by Hanahan and Weinberg who developed the HC of cancer cells and how this led to other work involving the KC analysis:

> *Several systematic frameworks have been proposed for evaluating mechanistic data in a cancer hazard assessment. The "hallmarks of cancer," proposed by Hanahan and Weinberg (2011), describe the biological capabilities that normal cells acquire during tumorigenesis, and can be used as a framework for evaluating mechanistic data (e.g., does a substance target a mechanism related to a cancer hallmark?).* [75]

This Federal Register was an appeal to experts with specialized scientific training to suggest new assays and endpoints to more robustly evaluate carcinogens that would be transparent and be holistic and by 2021, the NTP adopted the IARC KC approach in the 15th edition of the Report on Carcinogens [2]. The NTP noted that for many chemicals, there are too few animal bioassay cancer studies or human epidemiology studies to make conclusions about carcinogenicity. And for this reason, greater importance needs to focus on mechanistic data to "support the findings of cancer studies."

> *Data on the mechanisms of tumor formation are playing an increasingly important role in carcinogen hazard identification, because of the limited numbers of human and experimental animal studies. Moreover, mechanistic data can support the findings of cancer studies in humans and animals and increase confidence in these findings.* [2]

The NTP concludes that the IARC KC paradigm is the most holistic approach to determine chemical carcinogenicity:

Dr. Richard DeGrandchamp

> *In contrast to evaluating mechanistic data by looking at the proper ties of cancer cells or tumors, Smith et al. (2016) proposed that the data be identified and organized according to characteristics of substances that are known to cause cancer. These "key characteristics of carcinogens" were identified from an evaluation of known human carcinogens by an IARC working group. They broadly include traits related to metabolism (transformation of substances into chemical products that can bind to and potentially damage DNA or other molecules) and traits related to adverse biological outcomes, such as causing effects (by various mechanisms) that lead to the accumulation of genetic damage in a cell, alter how genes are expressed (turned on or turned off), disrupt how cells or molecules communicate with each other, disrupt the immune system, and cause other effects resulting in uncontrolled growth of the damaged cells. No one carcinogen will have all of these traits, but most carcinogens will have at least one of them (Guyton et al. 2018).* [2]

Finally, the NTP elevates both the HC and KC approaches as the best Methods for Identifying Human Carcinogens as shown in Exhibit 85

### Exhibit 85. NTP Identifies KC of Carcinogens Method for Identifying Human Carcinogens [2]

| Methods for Identifying Human Carcinogens | | | |
|---|---|---|---|
| **Epidemiology studies** | **Experimental animal studies** | **Mechanistic and related studies** | **Emerging mechanistic data** |
| Occupational exposure | Typically rodents | Genomic data/mutational signatures | High-throughput screening: |
| General population: | Exposure to multiple doses for most of their lifetimes | Key characteristics of carcinogens: Biological effects common to many different carcinogens | • Tox21<br>• ToxCast *in vitro* assays |
| • Environmental exposures | Doses: Relatively high but not toxic, chosen to increase the sensitivity of the assay, because a small number of animals are used to predict the effects in millions of people | | NextGen approaches, including grouping chemicals, and 'read-across' approaches, such as quantitative structure-activity relationship models |
| • Lifestyle exposures (e.g., tobacco smoking) | | Hallmarks of cancer: Common traits by which a normal cell transforms into a cancer cell | |
| • Exposure scenarios | | Adverse outcome pathway: Modeling of the sequence of molecular and cellular events that result in cancer following exposure to a carcinogen | |
| Patients receiving medical treatments (e.g., chemotherapeutic drugs) | | | |

## 5.4.    US EPA Applied IARC's KC of Carcinogens to Analyze Mechanism of Carcinogenicity for Ethylene Oxide

US EPA applied IARC's KC paradigm to evaluate the molecular mechanisms of ethylene oxide in 2018, which preceded the 2019 updated Monograph Preamble formally adopting the KC. This work was presented as a National Academy of Sciences poster titled: The Key Characteristics of Carcinogens as an Organizing Principle for Mechanistic Evidence: Ethylene Oxide as a Case

Dr. Richard DeGrandchamp

Study, prepared by US EPA Research and Development/National Center for Environmental Assessment. [76]

It highlighted the fact that the KC methodology provided a robust and structured analysis to evaluate mechanistic data. It concluded the KC method provided a pragmatic means of categorizing and evaluating the weight of evidence for mechanisms of carcinogenesis:

> *Role of Mechanistic Data*
> *While strong epidemiological evidence was instrumental in the human health hazard characterization process, evaluation of the animal and mechanistic data was also critically important (Jinot et al., 2018). Core concepts from the key characteristics of carcinogens (KCCs) (Smith et al., 2016), a pragmatic means of categorizing and evaluating the weight of evidence for mechanisms of carcinogenesis, were adopted in the organization of the mechanistic data summary sections supporting the mode of action analysis.* [76]

The Agency applied the same procedures as IARC KCs and identified the constellation of published studies pertaining to the mechanism of and systematically reviewed each study to determine if the studies provided relevant information to satisfy ach of the 10 KC categories, ultimately using the results to evaluate the weight of evidence:

> *Evolving Approach to Evaluating Mechanistic Data*
> *In subsequent work, the mechanistic evidence identified in the comprehensive literature search included in the IRIS assessment has been further reviewed and organized in a systematic manner using the KCCs [Key Characteristics of Carcinogens] as an organizing principle; this information was reviewed using a weight of evidence approach and integrated into adverse outcome pathways.* [76]

The KC process they followed to identify and synthesize the mechanistic data is identical to the KC approach developed by IARC as shown in Exhibit 86

Dr. Richard DeGrandchamp

**Exhibit 86. US EPA Applied IARCS KC Framework for Ethylene Oxide** [76]



USEPA organized its mechanistic evaluation of EO based on the same 10 IARC KCs as would be issued in its 2019 Monograph Preamble as shown in Exhibit 86.

Dr. Richard DeGrandchamp

**Exhibit 87. US EPA Used the Same 10 IARC KC Categories to
Evaluate the Weight of Evidence for Ethylene Oxide** [76]



It is noteworthy that even though ethylene oxide was classified as a known human carcinogen,

US EPA's classification was only based on evidence for *two of the 10* KC categories:

> *Conclusions Based Upon Key Characteristics of Carcinogens (KCCs)*
> *Strong and consistent evidence indicates that EtOis both electrophilic and mutagenic,*
> *representing two of the 10 KCCs; conversely, evidence for oxidative stress, another KCC,*
> *was neither strong nor consistent. Evidence of coherence in genetic or genomic damage*
> *in similar tissues across rodents and humans provides further support, linking relevant*
> *associations across data streams. The evaluation and discussion of cancer mechanisms*
> *was facilitated by using the KCCs as a central organizing principle to evaluate*
> *mechanistic data* [76]

As will be discussed in sections below, the KC evidence that characterizes the molecular

mechanisms of G/R compounds is stronger than the Agency's mechanistic weight of evidence

for ethylene oxide. This is noteworthy because while the Agency has categorized EO as a

carcinogen based on the IARC KC analysis at the same time the Agency has declined to use the

Dr. Richard DeGrandchamp

same transparent analysis for G/R compounds and so continues to state G/R compounds are not carcinogens.

Despite the succesful application of the KC framework in analyzing EO carcinogenicity, the Agency has not appled the same structured robust mechanistic evaluation for glyphosate.

## 5.5.      2019: US EPA Declines to Apply the KC Paradigm to Evaluate the Mechanistic Evidence of Glyphosate Carcinogenicity

The Agency has yet to apply the IARC KC framework of analysis to its evaluation and classification of glyphosate toxicity. Furthermore, they fail to consider any mechanism outside those that pertain specifically to genotoxicity in its classification and there does not appear to be any cogent basis or structured organization to its final weight of evidence evaluation.

I have identified and discussed in detail the well-established NHL mechanistic hallmarks in this document and how G/R compounds act through the same mechanisms. In contrast, US EPA has not discussed or identified the hallmarks it believes is associated with NHL that would facilitate a careful query of the literature to be carried out to make a more informed determination that G/R compound exposure is not linked to NHL.

For its analysis of ethylene oxide, the Agency conducted a transparent and holistic KC approach that was used to support its final determination it was carcinogenic. This is in contrast to the ad hoc analysis focusing largely on just genotoxicity or mutagenicity as endpoints for carcinogenicity of G/R compounds.

In 2019, US EPA dismissed the new carcinogenic mechanistic studies that had been published since the 2015 IARC glyphosate monograph was issued. These studies in the context of the KC framework dispute the Agency's conclusion that G/R compounds are not carcinogenic because just like ethylene oxide there is strong evidence indicating that G/R compounds are carcinogenic. There is even stronger evidence showing that G/R compounds are linked to NHL.

It appears that the Agency is following the same "sum-zero" approach in which negative and positive outcomes of mechanistic studies are weighed equally and negate each other. However,

Dr. Richard DeGrandchamp

in its guidance document: *Evaluating Pesticides for Carcinogenic Potential* it states its standard for concluding the evidence of carcinogenicity is Suggestive:

> *Suggestive evidence of carcinogenic potential.*
>
> *This descriptor of the database is appropriate when the weight of evidence is suggestive of carcinogenicity; a concern for potential carcinogenic effects in humans is raised, but the data are judged not sufficient for a stronger conclusion. <u>This descriptor covers a spectrum of evidence associated with varying levels of concern for carcinogenicity, ranging from a positive cancer result in the only study on an agent to a single positive cancer result in an extensive database that includes negative studies in other species.</u> Depending on the extent of the database, additional studies may or may not provide further insights* [77]. [emphasis added]

This standard indicates that even when there are many negative studies, a single well-conducted mechanistic studies could take precedence and suggest a chemical is a carcinogen.

In explaining what evidence, it uses to describe *Likely* to be carcinogenic, US EPA states the mechanistic mode of action evidence might change the choice of descriptor but provides no transparent and structured decision-making criteria. In evaluating the mechanistic evidence, the Agency is suggesting a priori that there is only one MOA involved, when that is clearly not the case:

> *Likely to be carcinogenic to humans.*
>
> *This descriptor is appropriate when the weight of the evidence is adequate to demonstrate carcinogenic potential to humans but does not reach the weight of evidence for the descriptor "Carcinogenic to Humans." Adequate evidence consistent with this descriptor covers a broad spectrum. As stated previously, the use of the term "likely" as a weight of evidence descriptor does not correspond to a quantifiable probability. The examples below are meant to represent the broad range of data combinations that are covered by this descriptor; they are illustrative and provide neither a checklist nor a limitation for the data that might support use of this descriptor. <u>Moreover, additional information, e.g., on mode of action, might change the choice of descriptor for the illustrated examples.</u>* [77] [emphasis added]

It should also be noted that in contrast to its ad hoc evaluation of glyphosate, the KC analysis of mechanisms for ethylene oxide was transparent *because* it only relied on peer-reviewed publicly available published mechanistic information. In fact, it highlighted this fact as an *advantage* of the IARC KC evaluation:

Dr. Richard DeGrandchamp

- *KCCs provide a topical basis for focused, transparent and reproducible literature searches*
- *Summary tables and EPTs [evidence profile tables] are useful as structural tools for organizing large volumes of mechanistic data and highlighting results of evaluation by subject-matter experts in what could be a transparent, reproducible, and understandable manner*
- *Data relevance, organization, weight of evidence, and pathway impact determinations are currently highly expert judgement-driven, and subjective; more work is needed to develop objective, pragmatic, and reproducible a priori criteria* [77]

In addition to its poster, US EPA published its KC analysis of ethylene oxide in, *Carcinogenicity Of Ethylene Oxide: Key Findings And Scientific Issues* (2018) [78]. This is important because in this publication, it confirmed that its KC analysis of the mechanistic evidence of carcinogenicity was used to *support* the Integrated Risk Information System (IRIS) consensus conclusion that ethylene oxide is a carcinogen. The reason this is important is because IRIS is US EPA's main and *only* verified toxicity data base that presents *consensus* toxicity information. It specifically noted that the KC mechanistic analysis it conducted for ethylene oxide established a key role for genotoxicity and mutagenicity:

> *Abstract: In support of the Integrated Risk Information System (IRIS), the U.S. Environmental Protection Agency (EPA) completed an evaluation of the inhalation carcinogenicity of ethylene oxide (EtO) in December 2016. This article reviews key findings and scientific issues regarding the carcinogenicity of EtO in EPA's Carcinogenicity Assessment. EPA's assessment critically reviewed and characterized epidemiologic, laboratory animal, and mechanistic studies pertaining to the human carcinogenicity of EtO, and addressed some key scientific issues such as the analysis of mechanistic data as part of the cancer hazard evaluation and to inform the quantitative risk assessment. The weight of evidence from the epidemiologic, laboratory animal, and mechanistic studies supports a conclusion that EtO is carcinogenic in humans, with the strongest human evidence linking EtO exposure to lymphoid and breast cancers. Analyses of the mechanistic data establish a key role for genotoxicity and mutagenicity in EtO-induced carcinogenicity and reveal little evidence supporting other mode-of-action hypotheses. In conclusion, EtO was found to be carcinogenic to humans by inhalation, posing a potential human health hazard for lymphoid and breast cancer* [78]. [emphasis added]

Despite the fact that US EPA has now applied the KC analysis framework and used that mechanistic evidence to conclude ethylene oxide is a human carcinogen, which is now part of IRIS, it has rejected conducting a KC analysis that could eliminate much uncertainty from its rather murky ad hoc approach for G/R compounds. It should be noted that in its memorandum: Glyphosate: *Response to Comments on the Proposed Interim Decision Regarding the Human*

Dr. Richard DeGrandchamp

*Health Risk Assessment*, it received 65 open literature studies many of which were new and compelling mechanistic studies but it failed to evaluate how they applied to G/R compounds [79]. The memo states:

> *The remaining 42 studies identified during the public comment period were primarily journal articles published since these searches were conducted. The majority of the studies did not warrant detailed evaluation for a variety of reasons, such as no effects seen from glyphosate exposure, administration via a non-relevant route, effects seen at doses higher than the current points of departure, only one dose was tested eliminating the potential for dose-response evaluation, lack of glyphosate measurements, and exposure or biomonitoring studies that would not impact risk estimates.* [79]

It is clear that US EPA in reaching this determination did not closely review the studies because with few exceptions the mechanistic data *did* follow a dose-effect relationship.

It also noteworthy because the Agency's objections have nothing to do with the cancer classification because they pertain to "risk assessment" which is not a determination of carcinogenicity, but rather the safe dose the public would be exposed to be exposed. This concept does not apply to workers applying glyphosate or G/R compounds. For example, the statement that studies showing an effect greater than the current points of departure have nothing to do with carcinogenesis *per se* because all animal cancer testing is by definition conducted above the point of departure. Also, without even a nod to the KC categories that state the importance of each of the 10 carcinogenic categories, it found the new studies *difficult to translate into in vivo effects.*

> *US EPA also states:*
>
> *Furthermore, several studies were conducted in vitro or evaluated biochemical or molecular effects that are difficult to translate into in vivo effects. These studies are typically considered as part of mode of action/adverse outcome pathway (MOA/AOP) analyses. As a result, in vivo studies are given more weight at this time.* [79]

Again, these objections do not apply to the cancer classification because many carcinogenic mechanistic studies are by their very nature in vitro studies. It is not clear that if the molecular effects are difficult to translate just because some in US EPA are not familiar with KC analysis. Clearly, the Agency was able to grasp the importance of the carcinogenic mechanisms described by the KC paradigm for ethylene oxide since they formally used it make a cancer classification. Agency dismissed out of hand any study on GBH formulation because some studies used

Dr. Richard DeGrandchamp

commercial formulations, despite the fact that this is precisely what pesticide applicators and the public are exposed to:

> *For the in vivo studies identified, the most common limitations/deficiencies were related to the nature of the test substance(s) used for exposure. Many of the studies used commercial formulations or dilutions; however, direct measurements of the active ingredient were not conducted in order to determine actual dose concentrations and/or identification information was not provided for the formulation used. There are numerous glyphosate formulations and providing a general product name, such as Roundup, does not provide the agency with information to ascertain the exact formulation used and determine all of its chemical components.* [79]

Finally, it should be noted that IARC notes that ethylene oxide was categorized as a Group 1 carcinogen even in the *absence* of human epidemiology studies.

> *An agent can be categorized by IARC as a Group 1 carcinogen in the absence of sufficient evidence for carcinogenicity in humans when it is clear that the mechanisms by which the agent causes cancer in animals also operate in humans. Such "mechanistic upgrades" have occurred with various levels of human evidence, including for aristolochic acid (limited evidence of carcinogenicity in humans; IARC, 2012e), B[a]P (inadequate evidence in humans; IARC, 2012c), ethylene oxide (limited evidence in humans; IARC, 2012c),* [17]

## 5.6. 2020: Consensus Is Reached on KC Categories for Endocrine-Disrupting Chemicals as a Basis for Hazard Identification

In 2020, a consensus report was published to define KC categories for identifying endocrine-disrupting chemicals (EDC) [80]. This group was represented by academics and governmental agencies, showing that the KC approach for carcinogenesis has been adopted in other areas of toxicology:

- Environmental Directorate, Organisation For Economic Co-Operation And Development (OECD)
- International Agency For Research On Cancer, World Health Organization, Lyon, France.
- Office Of The Science Advisor, United States Environmental Protection Agency,
- Center For Health And Environmental Risk Research, National Institute For
- Environmental Studies, Ibaraki, Japan.
- Office Of The Director, Office Of Environmental Health Hazard Assessment Of The California Environmental Protection Agency,

Dr. Richard DeGrandchamp

This shows the transparent paradigm of KC categories is now well established and recognized as providing the template and support necessary to identify other forms of toxicity. Like the 10 KC categories for cancer, there are 10 KCs for EDCs as they explain:

> *Fig. 1 | The key characteristics of endocrine- disrupting chemicals. Arrows identify the ten specific key characteristics(KCs) of endocrine- disrupting chemicals (EDCs). The ± symbol indicates that an EDC can increase or decrease processes and effects. KC1 states that an EDC can interact with or activate hormone receptors. KC2 states that an EDC can antagonize hormone receptors. KC3 states that an EDC can alter hormone receptor expression. KC4 states that an EDC can alter signal transduction (including changes in protein or RNA expression, post- translational modifications and/orion flux) in hormone- responsive cells. KC5 states that an EDC can induce epigenetic modifications in hormone- producing or hormone- responsive cells. KC6 states that an EDC can alter hormone synthesis. KC7 states that an EDC can alter hormone transport across cell membranes. KC8 states that an EDC can alter hormone distribution or circulating hormone levels. KC9 states that an EDC can alter hormone metabolism or clearance. KC10 states that an EDC can alter the fate of hormone- producing or hormone- responsive cells. Depicted EDC actions include amplification and attenuation of effects. Ac, acetyl group; Me, methyl group.* [80]

Dr. Richard DeGrandchamp

## Exhibit 88. The 10 KC For EDC Classifications [80]



# 6.      PART 3: KEY CHARACTERISTIC ANALYSIS OF G/R COMPOUNDS

The following sections present my analysis of each of the 10 IARC KC categories as it applies to G/R compound exposures. I have followed the same framework and procedures presented in the 2019 IARC Monograph Preamble [1] and in IARC's *Tumour Site Concordance And Mechanisms Of Carcinogenesis* [17] that were discussed in the above sections. The 10 key characteristics and examples of corresponding toxicological end points are presented in Exhibit 89.

Dr. Richard DeGrandchamp

## Exhibit 89. IARC 10 Key Characteristics and Toxicological End-points

**Table 22.2.** Key characteristics and toxicological end-points demonstrated by agents known to cause cancer in humans (adapted from Al-Zoughool et al., 2019)

| Key characteristic | Corresponding toxicological end-points |
| --- | --- |
| Is electrophilic or can be metabolically activated to electrophiles | Metabolic activation<br>Protein adducts<br>ADME (differences in absorption, distribution, metabolism, and elimination) |
| Is genotoxic | DNA damage<br>Cytogenetic/clastogenic effects<br>Gene mutations |
| Alters DNA repair or causes genomic instability | DNA repair alteration, leading to genomic instability |
| Induces epigenetic alterations | Epigenetic alterations (DNA methylation, histone modification, and altered expression of microRNAs) |
| Induces oxidative stress | Oxidative stress |
| Induces chronic inflammation | Chronic inflammation<br>Chronic irritation |
| Is immunosuppressive | Immune effects |
| Modulates receptor-mediated effects | Receptor-mediated effects<br>Hormonal effects |
| Causes immortalization | Immortalization<br>Alterations in telomere length |
| Alters cell proliferation, cell death, or nutrient supply | Cell-cycle effects<br>Bystander effects<br>Alterations in cell signalling pathways<br>Angiogenic effects<br>Cell death<br>Inhibition of gap-junctional intercellular communication |

## 6.1.    Key Characteristic 1 (KC-1): Chemical is Electrophilic or Can Be Metabolically Activated to Electrophiles

In this report I characterize KC-1 as mechanisms of glyphosate, AMPA or GBH in which they form electrophilic metabolites that could be associated with carcinogenesis. IARC defines electrophiles as:

> *Electrophiles are reactive, electron-seeking molecules capable of binding to electron-rich cellular macromolecules including DNA, RNA, lipids, and proteins, forming covalent adducts. The measurement of covalent adducts on DNA and proteins is the most common method of assessing electrophilic activity both in vitro... Biomarkers of reactive, electrophilic chemicals in humans have consisted primarily of measuring protein adducts*

Dr. Richard DeGrandchamp

*reflecting the parent chemical structure through sampling of the readily accessible blood proteins hemoglobin and albumin (19).* [69]

*Metabolic activity is commonly necessary to produce electrophiles and this usually involves activating nuclear receptors like the AhR that upregulate cytochrome P450 (CYP) genes to produce CYP enzymes that then metabolize chemicals to highly reactive oxygen species (ROS). These ROS molecules can then bind to many macromolecules including DNA to form adducts. When adducts occur in DNA they can result in carcinogenic mutagens.*

*Although CYP enzymes are usually involved in ROS formation, other enzymes can play a role in generating electrophiles:*

*These enzymes include cytochrome P450 isozymes, flavin mono-oxygenase, prostaglandin synthase, and various peroxidases (O'Brien, 2000; Hecht, 2012). The ability to form adducts with DNA and protein is a common property of these electrophilic and metabolically activated human carcinogens.* [17]

*The toxicological end-points that are representative of KC-1 include: Metabolic activation Protein adducts ADME (differences in absorption, distribution, metabolism, and elimination)* [17]

The following studies show Roundup compounds caused genetic damage by electrophiles.

### 6.1.1.   <u>1997: Bolognesi et al. Showed Roundup Caused 8-hydroxydeoxyguanosine (8-OHdG) Formation</u>

Bolognesi et al. (1997) showed glyphosate and Roundup caused oxidation as shown by an increase in 8-hydroxydeoxyguanosine (8-OHdG):

*Glyphosate (N-phosphonomethylglycine) is an effective herbicide acting on the synthesis of aromatic amino acids in plants. The genotoxic potential of this herbicide has been studied: the results available in the open literature reveal a weak activity of the technical formulation. In this study, the formulated commercial product, Roundup, and its active agent, glyphosate, were tested in the same battery of assays for the induction of DNA damage and chromosomal effects in vivo and in vitro. Swiss CD1 mice were treated intraperitoneally with test substances, and the DNA damage was evaluated by alkaline elution technique and 8-hydroxydeoxyguanosine (8-OHdG) quantification in liver and kidney. The chromosomal damage of the two pesticide preparations was also evaluated in vivo in bone marrow of mice as micronuclei frequency and in vitro in human lymphocyte culture as SCE frequency. A DNA-damaging activity as DNA single-strand breaks and 8-OHdG and a significant increase in chromosomal alterations were observed with both substances in vivo and in vitro. A weak increment of the genotoxic activity was evident using the technical formulation.* [24]

Dr. Richard DeGrandchamp

The metabolite 8-OHdG is a measure of cellular ROS generation:

> *High level of reactive oxygen species (ROS) has been detected in almost all cancers, which make it become one of the best-characterized phenotypes in cancers. Though ROS plays an important role in tumors, the degree of oxidative stress can be better evaluated by assessing stable metabolites of oxidative reactions because of its high instability. 8-hydroxy-2'-deoxyguanosine (8-OHdG), a product of oxidative damage to 2'-deoxyguanosine, is known as a useful marker for assessing oxidative DNA damage.* [81]

## Exhibit 90. Illustration of Oxidation Leading to *8-OHdG*



### 6.1.2.   *2017:Luo et al. Showed Roundup Caused ROS Formation*

Luo et al 2017 showed Roundup caused ROS formation in liver cells:

> *The goal of the present study was to elucidate the in vitro cytotoxicity of Roundup and to reveal the possible related mechanisms in L-02 hepatocytes. By detecting reactive oxygen species (ROS) production, glutathione (GSH)/superoxide dismutase (SOD) levels, mitochondrial permeability transition pore (PTP) open rate, apoptosis-inducing factor (AIF) release, intracellular Ca2C concentration, and alanine aminotransferase (ALT)/aspartate aminotransferase (AST) leakage, we determined that Roundup induced anti-oxidant system inhibition, mitochondria damage, DNA damage, membrane integrity and permeability changes, and apoptosis in L-02 hepatocytes. By revealing the mechanistic insights of Roundup-induced cytotoxicity, our results are valuable for the design of preventive and therapeutic strategies for the occupational population exposed to Roundup and other pesticides.* [82]

Dr. Richard DeGrandchamp

They concluded:

> *In conclusion, Roundup-induced ROS accumulation led to oxidation and antioxidation system imbalance, cell membrane lipid peroxidation and permeability increase, and cellular oxidative damage. ROS induced cell damage and apoptosis by causing the collapse of MMP, attacking DNA, and interfering with the cell cycle.* The inhibition of NaC -KC -ATPase blocked NaC efflux and NaC -Ca2C exchange, and caused intracellular Ca2C overload and mitochondria damage, which in turn aggravated cellular oxidative damage. Thus, we believe that oxidative damage and mitochondrial dysfunction are relatively independent but closely linked, and both these effects play important roles in Roundup-induced cytotoxicity in L-02 hepatocytes.* [82]

### 6.1.3.    2018: Woźniak et al. Showed ROS Formation

Woźniak et al. (2018) showed ROS formation in human lymphocytes

> *Glyphosate is the most heavily applied among pesticides in the world, and thus human exposure to this substance continues to increase. WHO changed classification of glyphosate to probably cancerogenic to humans, thus there is urgent need to assess in detail genotoxic mechanism of its action. We have assessed the effect of glyphosate, its formulation (Roundup 360 PLUS) and its main metabolite (aminomethylphosphonic acid, AMPA) in the concentration range from 1 to 1000 μM on DNA damage in human peripheral blood mononuclear cells (PBMCs). The cells were incubated for 24 h. The compounds studied and formulation induced DNA single and double strand-breaks and caused purines and pyrimidines oxidation. None of compounds examined was capable of creating adducts with DNA, while those substances increased ROS (including• OH) level in PBMCs. Roundup 360 PLUS caused damage to DNA even at 5 μM, while glyphosate and particularly AMPA induced DNA lesions from the concentration of 250 μM and 500 μM, respectively. DNA damage induced by glyphosate and its derivatives increased in order: AMPA, glyphosate, Roundup 360 PLUS. We may conclude that observed changes were not associated with direct interaction of xenobiotics studied with DNA, but the most probably they occurred through ROS–mediated effects.* [31]

### 6.1.4.    2014: Chaufan et al. Showed A Roundup Caused Ros In Liver Cells Far Below "Safe" Levels

Chaufan et al. (2014) showed that liver cells exposed to Roundup caused ROS metabolites:

> *In the present study, the effects on oxidative balance and cellular end points of glyphosate, aminomethylphosphonic acid (AMPA), and a glyphosate formulation (G*

Dr. Richard DeGrandchamp

*formulation) were examined in HepG2 cell line, at dilution levels far below agricultural recommendations. Our results show that G formulation had toxic effects while no effects were found with acid glyphosate and AMPA treatments. Glyphosate formulation exposure produced an increase in reactive oxygen species*[ROS]*, nitrotyrosine formation, superoxide dismutase activity, and glutathione (GSH) levels, while no effects were observed for catalase and GSH-S-transferase activities. Also, G formulation triggered caspase 3/7 activation and hence induced apoptosis pathway in this cell line. Aminomethylphosphonic acid exposure produced an increase in GSH levels while no differences were observed in other antioxidant parameters. No effects were observed when the cells were exposed to acid glyphosate. These results confirm that G formulations have adjuvants working together with the active ingredient and causing toxic effects that are not seen with acid glyphosate.* [83]

Exhibit 91 shows Roundup caused a statistically significant increase in ROS.

Dr. Richard DeGrandchamp

## Exhibit 91. Chaufan et al. (2014) Roundup Caused ROS Formation [83]



Figure 2. Reactive oxygen species formation by glyphosate (G), AMPA (A), or G formulation (GF) in HepG2 cells. Cultures were exposed to 900 mg/L of glyphosate, 900 mg/L of AMPA, or 40 mg/L of G formulation for 24 hours. A, Cytoplasmic ROS analysis. The ROS production was visualized by fluorescence microscopy using filters B-2A ($\lambda$.exc: 450-490 nm; $\lambda$.em: 515 nm). Control and G formulation treatment: $100\times$. B, ROS production is presented as percentage compared to untreated cells. C, Results were expressed as mean $\pm$ SD ($n = 6$) and analyzed as FUs per milligram of protein. Significant differences between treatments and control are indicated by *$P < 0.01$. AMPA indicates aminomethylphosphonic acid; exc, excitation; em, emission; ROS, reactive oxygen species; FUs, fluorescence units; SD, standard deviation.

### 6.1.5.    *2017: Luo et al. Showed Roundup Caused ROs Formation In Liver cells*

Luo et al. (2017) showed that Roundup caused ROS formation:

> The goal of the present study was to elucidate the *in vitro* cytotoxicity of Roundup and to reveal the possible related mechanisms in L-02 hepatocytes. *By detecting reactive oxygen species (ROS) production,* glutathione (GSH)/superoxide dismutase (SOD) levels, mitochondrial permeability transition pore (PTP) open rate, apoptosis-inducing factor (AIF) release, intracellular Ca2C concentration, and alanine aminotransferease (ALT)/aspartate aminotransferase (AST) leakage, we determined that Roundup induced anti-oxidant system inhibition, mitochondria damage, DNA damage, membrane integrity and permeability changes, and apoptosis in L-02 hepatocytes. By revealing the mechanistic insights of Roundup-induced cytotoxicity, our results are valuable for the

Dr. Richard DeGrandchamp

> design of preventive and therapeutic strategies for the occupational population exposed
> to Roundup and other pesticides. [82]

### 6.1.6.     *2019: Gao et al. Showed Glyphosate Caused ROS Formation In Kidneys*

Gao et al. (2019) showed glyphosate caused ROS formation in kidney cells:

> *Glyphosate-based herbicides have been used worldwide for decades and have been
> suggested to induce nephrotoxicity, but the underlying mechanism is not yet clear. In this
> study, we treated a human renal proximal tubule cell line (HK-2) with glyphosate for 24
> hours at concentrations of 0, 20, 40 and 60 μM. Glyphosate was found to reduce cell
> viability and induce apoptosis and oxidative stress in a dose-dependent manner. Because
> the chemical structures of glyphosate and those of its metabolite AMPA are similar to
> glycine and glutamate, which are agonists of the N-methyl-D- aspartate receptor
> (NMDAR), we investigated the potential role of the NMDAR pathway in mediating the
> proapoptotic effect of glyphosate on proximal tubule cells. We found that NMDAR1
> expression, as well as intracellular Ca2+ ([Ca2+ ]$_i$) and reactive oxygen species (ROS)
> levels, increased after glyphosate treatment. Blocking NMDAR attenuated glyphosate-
> induced upregulation of [Ca2+ ]$_i$ and ROS levels as well as apoptosis. Meanwhile,
> inhibition of [Ca2+ ]$_i$reduced glyphosate-induced ROS and apoptosis, and inhibition of ROS
> alleviated glyphosate-induced apoptosis. In mice exposed to 400 mg/kg glyphosate, the
> urine low molecular weight protein levels started to increase from day 7. Upregulation of
> apoptosis and NMDAR1 expression in renal proximal tubule epithelium and an
> imbalance of oxidant and antioxidative products were observed. These results strongly
> suggest that activation of the NMDAR1 pathway, together with its downstream [Ca2+ ]$_i$
> and oxidative stress, is involved in glyphosate-induced renal proximal tubule epithelium
> apoptosis. [84]

## 6.2.     Key Characteristic 2 (KC-2): Chemical Is Genotoxic

In this report I characterize KC-2 as determining whether glyphosate, AMPA or GBH are

genotoxic. IARC defines a genotoxicity as:

> *Genotoxicity is generally defined as the capability of an external agent to cause DNA
> damage, alteration to the genome (mutation), or both. The link between genotoxicity and
> chemical carcinogenesis is well established and has shaped standardized testing batteries
> of carcinogens for decades (25). Genotoxicity can arise from, for example, DNA strand
> breaks, DNA adducts, DNA-DNA crosslinks, and DNA-protein crosslinks, as well as from
> oxidative damage to DNA (see also KC5, below); all of these types of damage may give
> rise to permanent changes in the nucleotide sequence (mutation) as the cell attempts to

Dr. Richard DeGrandchamp

> *repair the damage. Genotoxicity can give rise to single nucleotide variants (point mutations), or it can manifest over a larger span of the genome at the chromosome level, e.g., structural (clastogenicity) [DNA breaks] or numerical chromosomal aberrations (aneuploidy) [structural and numerical aberrations in the number of chromosomes]... Indeed, chromosome aberrations and micronuclei have been shown to be associated with future cancer risk (26,27). A large proportion of established human Group 1 carcinogens are genotoxic (IARC Monographs Volume 100 A–F).* [69]

IARC stresses that there is overlap between KC-2 and other key characteristics:

> There is clear overlap between the genotoxic effects described here in KC2 and other KCs that can lead to genotoxicity: for example "KC1: is electrophilic," for agents that can covalently bind DNA and form adducts; "KC3: alters DNA repair or causes genomic instability" for agents that inhibit DNA repair or induce error prone repair pathways; and "KC5: induces oxidative stress" which can cause oxidative DNA damage. The intent of considering multiple distinct KCs with seemingly similar effects on genome integrity is to functionally distinguish the mechanisms by which the agent can cause genotoxicity, which in turn may facilitate a more biologically accurate understanding of how the agent causes cancer. [69]

It provides an example to illustrate the importance of identifying genotoxicity as a separate KC even though the effects may be similar with other KCs as a means to distinguish the *mechanism*:

> *For example, benzene, an established human leukemogen, has all four of these characteristics (see also (28): its reactive metabolites are electrophilic (23); it is genotoxic, causing both structural and numerical chromosomal changes in humans (29); it inhibits topoisomerase II (30) causing genomic instability (31); and its metabolites induce oxidative DNA damage (8-hydroxydeoxyguanosine, 8-OHdG) and micronuclei from oxidative stress.*

> The link between genotoxicity and chemical carcinogenesis is well established and has shaped standardized testing batteries of carcinogens for decades (25). Genotoxicity can arise from, for example, DNA strand breaks, DNA adducts, DNA-DNA crosslinks, and DNA-protein crosslinks, as well as from oxidative damage to DNA (see also KC5, below); all of these types of damage may give rise to permanent changes in the nucleotide sequence (mutation) as the cell attempts to repair the damage. [69]

> Some toxicological end-points that are representative of KC-1 include: DNA damage cytogenetic/clastogenic effects gene mutations[17]

### 6.2.1.      1980: Vigfusson and Vyse 1980

Vigfusson and Vyse 1980 showed Roundup exposure to lymphocytes caused chromosomal aberrations including sister chromatid exchanges (SCE) and mutagenicity:

Dr. Richard DeGrandchamp

**Summary.** *3 pesticides at varying concentration were tested for the induction of SCE in human lymphocytes in vitro. The fungicide, Dexon, sodium (4-(dimethylamino)phenyldiazene sulfate, was found to cause the greatest increase in SCE frequency and the response is dose related. The herbicide, Roundup, isopropyl-amine salt of N-(phosphonomethyl)glycine, had the least effect on SCE requiring the use of much higher concentrations to produce an effect. Limited results were obtained with the fungicide Captan, cis-N-((trichloromethyl)thio)-4-cyclo- hexene-1, 2~licarboximide because of toxic levels of either the fungicide or solvent used.* [85]

### 6.2.2.    <u>1998: Peluso et al. Showed Roundup caused The Formation of DNA Adducts</u>

Peluso et al. (1998) showed a 24 hour exposure to Roundup caused DNA adducts as shown in

Exhibit 92.

## Exhibit 92. Peluso et al. (1998) Showed Roundup Caused DNA Adducts [77]

Roundup is a postemergence herbicide acting on the synthesis of amino acids and other important endogenous chemicals in plants. Roundup is commonly used in agriculture, forestry, and nurseries for the control or destruction of most herbaceous plants. The present study shows that Roundup is able to induce a dose-dependent formation of DNA adducts in the kidneys and liver of mice. The levels of Roundup-related DNA adducts observed in mouse kidneys and liver at the highest dose of herbicide tested (600 mg/kg) were $3.0 \pm 0.1$ (SE) and $1.7 \pm 0.1$ (SE) adducts/$10^8$ nucleotides, respectively. The Roundup DNA adducts were not related to the active ingredient, the isopropylammonium salt of glyphosate, but to another, unknown component of the herbicide mixture. Additional experiments are needed to identify the chemical specie(s) of Roundup mixture involved in DNA adduct formation. Findings of this study may help to protect agricultural workers from health hazards and provide a basis for risk assessment. Environ. Mol. Mutagen. 31:55–59, 1998   © 1998 Wiley-Liss, Inc.

Key words: Roundup; herbicide; DNA adducts; $^{32}$P-postlabeling

### 6.2.3.    <u>2018: Woźniak et al. Showed G/R Compounds Caused DNA Breaks</u>

Wozniak et al. (2018) [30] showed AMPA, glyphosate, Roundup 360 Plus caused DNA single and double strand-breaks and purine and pyrimidine oxidization likely through ROS-mediated damage. DNA damage occurred at very low doses of 5 uM:

Dr. Richard DeGrandchamp

*Glyphosate is the most heavily applied among pesticides in the world, and thus human exposure to this substance continues to increase. WHO changed classification of glyphosate to probably cancerogenic to humans, thus there is urgent need to assess in detail genotoxic mechanism of its action. We have assessed the effect of glyphosate, its formulation (Roundup 360 PLUS) and its main metabolite (aminomethylphosphonic acid, AMPA)in the concentration range from 1 to 1000 μM on DNA damage in human peripheral blood mononuclear cells(PBMCs). The cells were incubated for 24 h. The compounds studied and formulation induced DNA single and double strand-breaks and caused purines and pyrimidines oxidation. None of compounds examined was capable of creating adducts with DNA, while those substances increased ROS (including• OH) level in PBMCs. Roundup360 PLUS caused damage to DNA even at 5 μM, while glyphosate and particularly AMPA induced DNA lesions from the concentration of 250 μM and 500 μM, respectively. DNA damage induced by glyphosate and its derivatives increased in order: AMPA, glyphosate, Roundup 360 PLUS. We may conclude that observed changes were not associated with direct interaction of xenobiotics studied with DNA, but the most probably they occurred through ROS–mediated effects* [30].*

### 6.2.4.   *1997: Bolognesi et al.- Showed G/R Compounds Cause DNA Breaks In Rodent Liver And Kidney Cells*

Bolognesi et al. (1997) showed that exposure to either glyphosate or Roundup caused DNA breaks in mice liver and kidney cells stating:

> **DNA Damage.** *DNA Breaks and Alkali Labile Sites. Figure 1 shows the results obtained with the alkaline elution assay in liver and kidney of Swiss CD1 mice treated with glyphosate or Roundup. A significant increase in the elution rate constant was observed 4 h after treatment with the technical formulation or its active ingredient, glyphosate. The increase in the elution rate was consistently higher in kidney of mice treated with glyphosate or Roundup.* [24]

### 6.2.5.   *2011: Paz-y-Mino et al. Showed DNA Breaks in Human Lymphocytes*

Paz-y-Mino et al. (2011) showed that glyphosate, POEA and Cosmoflux 411F produced DNA breaks in human lymphocytes.

> *In 2006, DNA damage in 24 Ecuadorian individuals exposed to the aerial spraying with an herbicide mix with glyphosate was assessed by means of the comet assay technique, which has a high use in studies with genotoxic substances, such as hydrocarbons, X-rays, and pesticides (32 – 34). <u>The results showed that DNA in the exposed individuals was highly damaged (comet length = 35.5 ∝ m), in comparison with the control group (comet length = 25.94 ∝ m). Thus, the results suggest that the individuals exposed to the broadspectrum herbicide suffered a genotoxic effect</u> (35)* [27].

Dr. Richard DeGrandchamp

### 6.2.6.      2009: Gasnier et al. Showed GBH Caused DNA Breaks in Human Liver HepG2 Cells

Gasnier et al. (2009) showed that GBH caused a dramatic increase in DNA breaks:

> *Effects of R400 on HepG2 DNA after 24 h exposure are illustrated in Fig. 2. In our conditions, we observed around 50% DNA strand breaks at 5 ppm (25% class 1, 11% class 2 and 15.5% class 3). This effect is dose-dependent with a drastic increase in classes 2 (27%) and 3 (36%), revealing major damages at 10 ppm, corresponding to 24 − M G dissolved in specific adjuvants. This provokes around 75% DNA fragments in comparison to 35% in negative controls. The positive control, the well-known promutagen Benzo[a]Pyrene, induces 95% damages, but at about 2 times higher concentrations. This result clearly shows that the DNA of the human hepatoma cell line is damaged by a G-based herbicide* [25].

### 6.2.7.      2009: Prasad et al. Showed That A Short (24-72 Hour) Exposure of Glyphosate Caused DNA Breaks and Aberrations

Prasad et al. (2009) showed the glyphosate caused chromosomal aberrations and DNA breaks:

> *Therefore, in the present study, genotoxic effects of the herbicide glyphosate were analyzed by measuring chromosomal aberrations (CAs) and micronuclei (MN) in bone marrow cells of Swiss albino mice. A single dose of glyphosate was given intraperitoneally (i.p) to the animals at a concentration of 25 and 50 mg/kg b.wt. Animals of positive control group were injected i.p. benzo(a)pyrene (100 mg/kg b.wt., once only), whereas, animals of control (vehicle) group were injected i.p. dimethyl sulfoxide (0.2 mL). Animals from all the groups were sacrificed at sampling times of 24, 48, and 72 hours and their bone marrow was analyzed for cytogenetic and chromosomal damage. Glyphosate treatment significantly increases CAs and MN induction at both treatments and time compared with the vehicle control (P < .05). <u>The cytotoxic effects of glyphosate were also evident, as observed by significant decrease in mitotic index (MI). The present results indicate that glyphosate is clastogenic and cytotoxic to mouse bone marrow</u>* [26].

### 6.2.8.      2017: Kwiatkowska et al. Showed DNA Breaks in Human Leukocytes

Kwiatkowska et al.(2017) showed glyphosate caused significant DNA breaks after a 24 hour exposure in human leukocytes:

Dr. Richard DeGrandchamp

> *A statistically significant increase in DNA damage (tail moment) was observed after incubation of the above cell type with glyphosate at 3 mM. In our studies we also observed that glyphosate induced DNA damage in PBMCs in the concentrations range from 0.5 to 10 mM (Fig. 1A). Moreover, we noticed that PBMCs significantly repaired glyphosate-induced DNA damage, but they were unable to repair completely DNA strand-breaks after 120 min postincubation (2.23% (control) vs 2.93% (0.5 mM), 5.07% (5 mM), 7.76% (7.5 mM) and 11.05% (10 mM), respectively (Fig. 2B). Unrepaired DNA damage can lead to mutations that may cause genetic instability, and tumor growth* [28]

### 6.2.9.    2014: Alvarez-Moya et al. Presented The Table from PAZ-Y-MIÑO STUDY Showing DNA Breaks

Alvarez-Moya et al. (2014) reported DNA damage in three different organisms but not in humans. However, they did present a table of human DNA breakage from a study published by Paz-y-Miño et al.in 2007:

> *In this study, the comet assay clearly showed that glyphosate was genotoxic in the cells examined. Since the in vivo effect of glyphosate in humans was not examined in this work, we compared the data from a study of the direct effect of glyphosate in occupationally exposed humans (Paz-y-Miño et al., 2007) with the effect of direct exposure of human lymphocytes to glyphosate observed here. As shown in Table 2, glyphosate was genotoxic in both studies. The tail length was very similar in both cases and there was a positive relationship between genotoxicity and glyphosate concentration/dose.* [29]

### 6.2.10.    2018: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused DNA Breaks In Human Leukocytes

Wozniak et al. (2018) showed AMPA, glyphosate, Roundup 360 Plus caused DNA single and double strand-breaks and purine and pyrimidine (DNA base pairs) oxidization likely through ROS-mediated damage at very low doses (5 uM):

> *We have assessed the effect of glyphosate, its formulation (Roundup 360 PLUS) and its main metabolite (aminomethylphosphonic acid, AMPA) in the concentration range from 1 to 1000 μM on DNA damage in human peripheral blood mononuclear cells (PBMCs). The cells were incubated for 24 h. The compounds studied and formulation induced DNA single and double strand-breaks and caused purines and pyrimidines oxidation. None of compounds examined was capable of creating adducts with DNA, while those substances increased ROS (including• OH) level in PBMCs. Roundup 360 PLUS caused damage to DNA even at 5 μM, while glyphosate and particularly AMPA induced DNA lesions from the concentration of 250 μM and 500 μM, respectively. DNA damage induced by*

Dr. Richard DeGrandchamp

> *glyphosate and its derivatives increased in order: AMPA, glyphosate, Roundup 360 PLUS. We may conclude that observed changes were not associated with direct interaction of xenobiotics studied with DNA, but the most probably they occurred through ROS–mediated effects.* [30]

### 6.2.11. 2017: Townsend et al. Showed Glyphosate Caused DNA Breaks

Townsend et al. (2017) showed that glyphosate caused human B-cell lymphocytes (Raji cells) to suffer DNA breaks:

> *Utilizing human Raji cells, DNA damage was quantified using the comet assay, while cytotoxicity was further analyzed using MTT viability assays. Several glyphosate concentrations were assessed, ranging from 15 mM to 0.1 mM. We found that glyphosate treatment is lethal to Raji cells at concentrations above 10 mM, yet has no cytotoxic effects at concentrations at or below 100 mM. Treatment concentrations of 1 mM and 5 mM induce statistically significant DNA damage to Raji cells following 30e60 min of treatment, however, cells show a slow recovery from initial damage and cell viability is unaffected after 2 h.* [36]

### 6.2.12. 2019: Nagy et al. Showed Mixed Results Of DNA Breaks With Different GBH Products

Nagy et al. (2019) showed DNA breakage in leukocytes resulting from exposure to different mixtures; Roundup Mega, Fozat 480 and Glyfos:

> *We found that glyphosate alone does not induce significant cytotoxicity and genotoxicity over the tested concentration range. Contrarily, GBHs induced statistically significant cell death from 250 μM (Roundup Mega and Glyfos) and 500 μM (Fozat 480), as well as statistically significant increase of DNA damage from 500 μM (Roundup Mega and Glyfos) and 750 μM (Fozat 480); however, the latter observation may not be explained by direct DNA injuries, rather due to the high level of cell death (> 70%) exerted by the formulations. Metabolic activation significantly increased the DNA damage levels induced by Glyfos, but not of the other GBHs and of glyphosate.* [32]

### 6.2.13. 2018: De Almeida et al. Showed Significant Glyphosate DNA Breaks In Three Human Cell Lines :

De Almeida et al. (2018) exposed human cell lines to glyphosate and two GBH formulations Roundup and Wipeout. The magnitude of DNA breaks in exposed cell lines HEC1A, MCF7 and

Dr. Richard DeGrandchamp

MDA-MB is presented below in Exhibit 27 as tail length (and olive tail moment defined as the product of the tail length and the fraction of total DNA in the tail) in comet assays [33].

### 6.2.14.    2017: Suárez-Larios et al. Showed Glyphosate Caused DNA Breaks as well as Mechanisms of DNA Repair End Joining

Suárez-Larios et al. (2017) investigated DNA breaks and DNA end joining in leukocytes and provide two lines of mechanistic evidence that glyphosate is associated with NHL as their results strongly suggest gene translocations may have been caused by exposures [23]. The goal of their research was:

> A study was realized to ascertain whether eight selected pesticides would induce double strand breaks (DSB) in lymphocyte cultures and whether this damage would induce greater levels of proteins Rad51 participating in homologous recombination or of p-Ku80 participating in nonhomologous end joining. Only five pesticides were found to induce DSB of which only glyphosate and paraoxon induced a significant increase of p-Ku80 protein, indicating that nonhomologous end joining recombinational DNA repair system would be activated. The type of gamma-H2AX foci observed was comparable to that induced by etoposide at similar concentrations. These results are of importance since these effects occurred at low concentrations in the micromolar range, in acute treatments to the cells. Effects over longer exposures in actual environmental settings are expected to produce cumulative damage if repeated events of recombination take place over time [23].

### 6.2.15.    2019: Hao et al. Showed That Roundup Caused DNA Breaks in Human Cells

Hao et al. (2019) exposed the human cell line A549 to Roundup and found it caused DNA breaks:

> We found RDP caused concentration dependent increases in DNA damages and proportion of apoptotic cells in A549 cells. RDP induced the DNA single-strand breaks and double-strand breaks; the collapse of mitochondrial membrane by increasing Bax/Bcl-2, resulting in the release of cytochrome c into cytosol and then activated caspase-9/- 3, cleaved poly (ADP-ribose) polymerase (PARP) in human lung tissue cells [34].

Dr. Richard DeGrandchamp

### 6.2.16.   2018: Santovito et al (2018) Showed Glyphosate Caused DNA Breaks

Santovito et al. (2018) conducted a small study in which they exposed human lymphocytes (from six healthy Italians) to glyphosate. What makes this study exceptional is that the exposure doses were very low. They noted the *highest* dose was equal to the *acceptable daily* intake for the public. Even at these low exposure levels, they found significant chromosomal aberrations:

> *In our study, we analyzed the in vitro clastogenic and/or aneugenic effects of glyphosate by chromosomal aberrations and micronuclei assays. Human lymphocytes were exposed to five glyphosate concentrations: 0.500, 0.100, 0.050, 0.025, and 0.0125 μg/mL, where 0.500 μg/mL represents the established acceptable daily intake value, and the other concentrations were tested in order to establish the genotoxicity threshold for this compound. We observed that chromosomal aberration (CA) and micronuclei (MNi) frequencies significantly increased at all tested concentrations, with exception of 0.0125 μg/mL. Vice versa, no effect has been observed on the frequencies of nuclear buds and nucleoplasmic bridges, with the only exception of 0.500 μg/mL of glyphosate that was found to increase in a significant manner the frequency of nucleoplasmic bridges. Finally, the cytokinesis-block proliferation index and the mitotic index were not significantly reduced, indicating that glyphosate does not produce effects on the proliferation/mitotic index at the tested concentrations* [35].

### 6.2.17.   2017: Townsend et al. Showed Glyphosate Caused DNA Breaks

Townsend et al. (2017) showed that glyphosate caused human B-cell lymphocytes (Raji cells) to suffer DNA breaks:

> *Utilizing human Raji cells, DNA damage was quantified using the comet assay, while cytotoxicity was further analyzed using MTT viability assays. Several glyphosate concentrations were assessed, ranging from 15 mM to 0.1 mM. We found that glyphosate treatment is lethal to Raji cells at concentrations above 10 mM, yet has no cytotoxic effects at concentrations at or below 100 mM. Treatment concentrations of 1 mM and 5 mM induce statistically significant DNA damage to Raji cells following 30e60 min of treatment, however, cells show a slow recovery from initial damage and cell viability is unaffected after 2 h* [36].

### 6.2.18.   2017: Luaces et al. Found Roundup Caused Chromatid Breaks and SCE

Luaces et al. (2017) found Roundup caused chromosomal aberrations and SCE in lymphocytes:

Dr. Richard DeGrandchamp

> *The genotoxic effect of its active ingredient glyphosate (RU is 66.2%glyphosate) on the peripheral blood lymphocytes of C. villosus was tested over a range of concentrations (280, 420, 560, 1120 μmol/L). Culture medium without glyphosate served as negative control, while medium containing mitomycin C served as positive control. Genetic damage was characterized in terms of the percentage of cells with chromosome aberrations(CA), the mean number of sister chromatid exchanges (SCE) per cell, and the modification of cell proliferation kinetics via the calculation of the replication index. Significant increases(p < 0.0001) were seen in the CA frequency and the mean number of SCEs per cell com-pared to negative controls at all the RU concentrations tested* [44].*

## 6.3.   Key Characteristic 3 (KC-3): Alters DNA Repair or Causes Genomic Instability

In this report, I characterize KC-3 as determining whether glyphosate, AMPA or GBH alter or interfere with normal DNA repair processes or causes DNA genomic instability. IARC defines genomic instability as:

> *Genomic instability is a Hallmark of Cancer and is an enabling characteristic of tumorigenesis (2). DNA damage response (DDR) pathways maintain genomic stability by ensuring the fidelity of DNA replication and by activating cell cycle checkpoints and/or DNA repair pathways in response to DNA damage caused by endogenous processes and exogenous agents (34). Disruptions in DDR pathways and DNA repair can lead to elevations in mutagenesis and genomic instability, defined by an increasing rate of the accumulation and clonal expansion of genomic alterations, and characterized by gene mutation, microsatellite instability (MSI), and genomic/chromosomal instability (CIN) (35).*

> *Genomic instability has been hypothesized to result from the expression of a mutator phenotype driven by mutations in DNA repair genes (36). Altered DNA repair and/or induction of genomic instability can result from agents that are genotoxic (KC2), induce oxidative stress (KC5), or induce epigenetic alterations (KC4) and thereby disrupt the expression of genes involved in DNA repair.*

> *DNA repair activity is a useful human biomarker for mutagenic agents. Repair activity can be detected by measuring the expression, location, or recruitment of DNA repair proteins, but these measurements may not reflect the end outcome or consequence of a change in mutagenic repair capacity. The comet assay (i.e., single-cell gel electrophoresis) can be used to measure the rate or capacity of DNA repair, including high-throughput applications (40).* [69]

IARC notes genomic instability can also involve inflammatory mediators like the NF-κB transcription factor:

Dr. Richard DeGrandchamp

> *Several inflammatory mediators involved in pro-inflammatory signaling and activation of NF-κB have been implicated, including reactive oxygen species (ROS), cytokines, TNF-α, and aberrant expression of activation-induced cytidine deaminase (AID), a DNA mutator enzyme (39,49).* [69]

> *NF-κB is a transcription factor that upregulates genes involved in multiple aspects of innate and adaptive immune functions and serves as a pivotal mediator of inflammatory responses, including those encoding cytokines and chemokines, In addition, NF-κB plays a critical role in regulating the survival, activation and differentiation of innate immune cells and inflammatory T cells.* [86]

IARC also highlights the fact that repair does not always result in complete fidelity following DNA damage, particularly with clastogens that produce double strand breaks:

> *Similarly, the major DNA repair pathways – such as base excision repair, nucleotide excision repair, and double-strand break repair – involved in the removal of DNA adducts and other lesions may also be altered by environmental exposures. Furthermore, whereas especially excision repair pathways are predominantly error-free and thus protective, <u>double-strand break repair is largely error-prone and may contribute to genomic instability</u>. The events that indicate genomic instability include chromosomal aberrations, gene mutations, microsatellite instability, and apoptosis.* [17] [emphasis added]

> *Some toxicological end-points that are representative of KC-1 include: DNA repair alteration, leading to genomic instability* [17].

### 6.3.1. <u>2017: Kwiatkowska et al. – Showed DNA Break Repair Was Incomplete After Glyphosate Exposure To Human Leukocytes</u>

Kwiatkowska et al.(2017) showed glyphosate caused significant DNA breaks after a 24 hour exposure in human leukocytes:

> *A statistically significant increase in DNA damage (tail moment) was observed after incubation of the above cell type with glyphosate at 3 mM. In our studies we also observed that glyphosate induced DNA damage in PBMCs in the concentrations range from 0.5 to 10 mM (Fig. 1A). Moreover, we noticed that PBMCs significantly repaired glyphosate-induced DNA damage, but they were unable to repair completely DNA strand-breaks after 120 min postincubation (2.23% (control) vs 2.93% (0.5 mM), 5.07% (5 mM), 7.76% (7.5 mM) and 11.05% (10 mM), respectively (Fig. 2B). <u>Unrepaired DNA damage can lead to mutations that may cause genetic instability, and tumor growth</u>* [28]

Dr. Richard DeGrandchamp

## 6.4.    Key Characteristic 4 (KC-4): Induces Epigenetic Alterations

In this report, I characterize KC-4 as determining whether glyphosate, AMPA or GBH alter or interfere with the normal process of methylation of vital histone and chromatin regions leading to altered expression of genes.

The term "epigenetic" refers to stable changes in gene expression and chromatin organization that do not involve DNA changes in the base pair sequence but can be inherited in all daughter cells during tumorigenesis. These epigenetic modifications can target promoter regions to deregulate gene expression of oncogenes and tumor suppressor genes that control apoptosis. IARC defines epigenetic alterations as:

> *Epigenetic modifications occur without changing DNA sequence and lead to stable and mitotically heritable changes in gene expression. Epigenetic modifications include alterations to DNA (e.g., DNA methylation), non-coding RNAs (e.g., altered expression of microRNA), chromatin (e.g., histone modifications), and 3D structures (e.g., nucleosome positioning) (52). These alterations are surprisingly common (53), and some cancer types show wide-spread losses in DNA methylation with small gains in specific genomic areas and genes (54). The downstream effects depend on the type of epigenetic modification and the location in the genome where they impact (e.g., promoter/exon/intron/inter-/intra-genic region of oncogene or tumor suppressor genes). Epigenetics marks are hypothesized to serve as mediators of cancer etiology and progression, in many cases preceding cancer (55).* [69]

Some toxicological end-points that are representative of KC-1 include: Epigenetic alterations DNA methylation, histone modification, and altered expression of microRNAs [17].

### 6.4.1.    2021: Rossetti et al. Conducted a Review of Epigenetic Changes Associated with G/R Compounds [46]

Rosseti et al. (2021) conducted a review of studies that showed Roundup caused epigenetic changes:

Dr. Richard DeGrandchamp

> *Glyphosate is a phosphonomethyl amino acid derivative present in a number of non-selective and systemic herbicides. During the last years the use of glyphosate-based herbicide (GBH) has been increasing exponentially around the world, including Argentina. This fact added to the detection of glyphosate, and its main metabolite, amino methylphosphonic acid (AMPA), in environmental matrices such as soil, sediments, and food, has generated great concern about its risks for humans, animals, and environment. During the last years, there were controversy and intense debate regarding the toxicological effects of these compounds associated with the endocrine system, cancer, reproduction, and development. The mechanisms of action of GBH and their metabolites are still under investigation, although recent findings have shown that they could comprise epigenetic modifications. These are reversible mechanisms linked to tissue-specific silencing of gene expression, genomic imprinting, and tumor growth. Particularly, glyphosate, GBH, and AMPA have been reported to produce changes in global DNA methylation, methylation of specificgenes, histone modification, and differential expression of non-coding RNAs in human cells and rodents. Importantly, the epigenome could be heritable and could lead to disease long after the exposure has ended. This mini-review summarizes the epigenetic changes produced by glyphosate, GBHs, and AMPA in humans and rodents and proposes it as a potential mechanism of action through which these chemical compounds could alter body functions* [46]

## 6.4.2. *2013: George and Shukla Showed Glyphosate Caused an Increase in the Oncogene BCL-2*

George and Shukla (2013) showed glyphosate caused an increase in the antiapoptotic oncogene *BCL-2*:

> *Glyphosate Modulates Ca2+ Release Channel, Ca2+ Binding, Oxidative Stress, and Apoptosis-Related Proteins. In clarifying the mechanism of glyphosate-induced proliferation in HaCaT cells, we further examined the expression of IP3R1 isoform of IP3Rs-Ca2+ release channel the proteins that bind Ca2+ (S100A6 and S100A9), reduce oxidative stress (SOD 1), and regulate apoptosis (Bax, BCL-2, cytochrome C, apaf- 1, caspases 3, 9) after glyphosate (0.1 mM) and TPA (10 nM) treatment at 24, 48, and 72*

> *It has been shown that less apoptosis occurs in cells in which IP3R1 expression was reduced or wholly silenced [61]. Similarly, in our case the decrease in the level of IP3R1 also observed upon glyphosate exposure in HaCaT cells thus prevented cell death [62]. Furthermore, in the cancer cells the amplified appearance of antiapoptotic members of the BCL-2 family of proteins or reduced appearance of the proapoptotic proteins like Bax or Bak can shield these cells from apoptosis by controlling [Ca2+ ]ᵢsignals [63, 64]. This mechanism was also observed in our case as we found a significant increase in BCL-2 and decrease in Bax proteins simultaneously with a decrease in [Ca2+ ]ᵢlevels (Figure 6) [47].*

Dr. Richard DeGrandchamp

### 6.4.3. 2022: Locatelli et al. Showed Glyphosate and Roundup Dysregulated Oncogenes and Tumor Suppressing Genes

Locatelli et al. (2022) showed that male Swiss mice exposed to glyphosate and the glyphosate-based herbicide (Trop) for just 5 days resulted in downregulation in *BAX* and an increase in the oncogene *BCL-2* in liver, lung, and kidney cells. It should be noted that this is a recent manuscript (February 18th, 2022) that is undergoing peer review.

Their findings were similar to those of George and Shukla (2013) described above in which the tumor suppressor genes *P53* and *BAX* were downregulated, and the *BCL-2* oncogene was upregulated:

> *There was a decrease in p53 gene and Bax protein expression, and an increase of the BCL-2 protein expression. These results might suggest that the exposure to glyphosate and the consumption of antioxidant defenses can cause oxidative stress. In addition, changes in cellular biomarkers regarding glyphosate and Trop® were similar. A significant reduction of Bax protein was seen in the liver, associated with a significant increase of BCL-2 in groups treat with 200 mg/kg. Considering the lung and renal tissues, the Bax protein did not change in relation to the control group, whereas BCL-2 showed a significant increase* [48].

### 6.4.4. 2007: Hokanson et al. Showed that Glyphosate Caused BCL-2 Upregulation in Human Cells

*Hokanson* et al. (2007) showed glyphosate caused an upregulation of *BCL-2* in a human cell line in a study to determine if it was an endocrine disruptor. They used microarray analysis to determine what genes were dysregulated: [49]

> *Among the chemicals most commonly used, both commercially and in the home, is the herbicide glyphosate. Although glyphosate is commonly considered to be relatively non-toxic, we utilized in vitro DNA microarray analysis of this chemical to evaluate its capacity to alter the expression of a variety of genes in human cells. We selected a group of genes, determined by DNA microarray analysis to be dysregulated, and used quantitative real-time PCR to corroborate their altered states of expression. We discussed the reported function of those genes, with emphasis on altered physiological states that are capable of initiating adverse health effects that might be anticipated if gene expression were significantly altered in either adults or embryos exposed in utero* [49].

They found that *BCL-2* was upregulated 2-fold, as shown in Exhibit 46.

Dr. Richard DeGrandchamp

### 6.4.5. _2020: Woźniak et al. Showed Glyphosate Caused BCL-2 Upregulation_

In a follow-up study to their 2018 research showing Roundup caused DNA breaks, Wozniak et al. (2022) showed glyphosate caused a reduction in global DNA methylation and upregulation of *BCL-2* expression:

> *Beside of changes in the expression level of the major cell cycle regulators and/or methylation pattern within their gene promoters, we have also found significant upregulation of the BCL-2 expression at the mRNA level at the highest tested concentration of glyphosate (100 µM)* [30].

### 6.4.6. _2017: Kwiatkowska et al. Showed Glyphosate Downregulates P53 and P16 Tumor Suppressor Genes in Human Blood Mononuclear_

Kwiatkowska et al. (2017) showed glyphosate caused a significant increase in *P53* methylation at the promoter gene region [28]. *P53* hypermethylation downregulates gene expression and activates proto-oncogenes, with consequent genomic alterations and cancer risk.

> *Along with the decreased global DNA methylation, we have observed significantly increased methylation of p53 promoter at two glyphosate concentrations i.e. 0.25 mM and 0.5 mM. Altered p53 promoter hypermethylation is an epigenetic pattern frequently observed in human cancers. Thus, the results of this study suggest that glyphosate at high concentration (0.25 mM) may cause down-regulation of p53 gene expression* [28].

While DNA hypermethylation (the addition of methyl groups to DNA) results in upregulating oncogenes, hypomethylation (reduced DNA methylation) downregulates protective tumor suppressor genes which increases cancer risk:

> *Along with the decreased global DNA methylation, we have observed significantly increased methylation of p53 promoter at two glyphosate concentrations i.e. 0.25 mM and 0.5 mM. Altered p53 promoter hypermethylation is an epigenetic pattern frequently observed in human cancers. Thus, the results of this study suggest that glyphosate at high concentration (0.25 mM) may cause down-regulation of p53 gene expression and activate protooncogenes or retro transposable sequences, which may induce genomic alterations by insertion and/or homologous recombination* [28].

Dr. Richard DeGrandchamp

### 6.4.7. 2020: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused Reduction in Epigenetic Global DNA Methylation

Wozniak et al. (2020) showed AMPA, glyphosate, and Roundup 360 Plus caused DNA single- and double-strand breaks, as discussed previously [30]. In addition, they found that these caused a reduction in global DNA methylation but that the promoter region of tumor suppressor genes *p53* and *p16* were methylated and downregulated. Glyphosate also caused an increase in the oncogene *BCL-2*. These genotoxic changes were seen at the very low dose of 5 uM:

> *We have determined the effect of glyphosate on selected epigenetic parameters and major cell cycle drivers in human peripheral blood mononuclear cells (PBMCs). The cells were incubated with glyphosate at 0.5, 10 and 100 μM. The analysis included: global DNA methylation, methylation in the promoter regions of tumor suppressor genes (P16, P21, TP53) and proto-oncogenes (BCL-2, CCND1) by the Real-Time PCR and the expression profile of the indicated genes by Real-Time PCR. The obtained results have revealed significant reduction of global DNA methylation level in PBMCs exposed to glyphosate. Tested compound changed methylation pattern of the P21 and TP53 suppressor gene promoters, but in case of other analyzed genes: P16, BCL-2 and CCND1 we did not identify any statistically significant changes. Gene profiling showed that glyphosate changed the expression of genes involved in the regulation of cell cycle and apoptosis. Glyphosate decreased expression of P16 and TP53 as well as an increase in the expression of BCL-2, CCND1 and P21 [30].*

### 6.4.8. 2022: Locatelli et al. Showed Glyphosate Downregulated P53

Locatelli et al. (2022), showed exposure of male Swiss mice to glyphosate and Roundup (Trop) for 5 days resulted in downregulation of *BAX* and an increase in the oncogene *BCL-2*. In addition, the treatment also caused a downregulation in *P53* in liver, lung, and kidney cells:

> *There was a decrease in P53 gene and Bax protein expression, and an increase of the BCL-2 protein expression. In addition, changes in cellular biomarkers regarding glyphosate and Trop® were similar [48].*

### 6.4.9. 2019: Duforestel et al. Showed Glyphosate Caused DNA Hypomethylation

Duforestel et al. (2019) showed that nonneoplastic MCF10A cells exposed to glyphosate for 21 days produced DNA hypomethylation:

Dr. Richard DeGrandchamp

*We have used nonneoplastic MCF10A cells in a repeated glyphosate exposure pattern over 21 days. Glyphosate triggered a significant reduction in DNA methylation, as shown by the level of 5-methylcytosine DNA; however, in contrast to strong demethylating agent and cancer promoter UP peptide, glyphosate-treated cells did not lead to tumor development.*

*Looking for potential epigenetic marks of TET-mediated gene regulation under glyphosate exposure, we identified MTRNR2L2 and DUX4 genes, the hypomethylation of which was sustained even after stopping glyphosate exposure for 6 weeks. Our findings reveal that low pressure but sustained DNA hypomethylation occurring via the TET pathway primes cells for oncogenic response in the presence of another potential risk factor. These results warrant further investigation of glyphosate- mediated breast cancer risk* [87].

## 6.5.      Key Characteristic 5 (KC-5): Induces Oxidative Stress

In this report, I characterize KC-5 as determining whether glyphosate, AMPA or GBH disturb the oxidative balance in a cell usually resulting in the formation of highly reactive oxygen species known as *ROS* metabolites. KC-5 is inextricably linked to other key characteristics including genotoxicity (KC-2) and gene stability (KC-4). IARC defines KC-5 as:

*The induction of oxidative stress and subsequent injury is a characteristic of diverse carcinogens, including radiation, asbestos, some chemicals metabolized to quinones, and carcinogenic infectious agents (64). Specifically, these carcinogens are capable of influencing redox balance within target tissues, leading to an imbalance favoring formation of ROS at the expense of their detoxification, and may also be accompanied by the production of reactive nitrogen species. <u>Oxidative stress can lead to oxidative damage to DNA, including base modification, DNA-protein crosslinks, and other lesions (65,66). For instance, 8-OHdG is a DNA adduct that is considered a critical biomarker for carcinogens that cause oxidative stress.</u> Other biomolecules, including proteins and lipids, are also subject to oxidative damage. Thus, oxidative stress is directly related to many other KCs, notably KCs 2 and 3 via DNA damage leading to genotoxicity and alteration of DNA repair, as well as others including chronic inflammation (KC 6) and altered cell proliferation (KC 10).* [69] *[emphasis added]*

IARC also adds:

*Oxidative damage is considered a major factor in the generation of mutations in DNA, and more than 100 different oxidative DNA adducts have been identified (Klaunig et al., 2011). Reactive oxygen species produce at least 24 base modifications, as well as DNA–protein cross-links and other lesions (Berquist and Wilson, 2012), all potentially leading*

Dr. Richard DeGrandchamp

*to ge- nomic instability. <u>Oxidative damage to DNA can lead to point mutations, deletions, insertions, or chromosomal translocations, which may cause activation of oncogenes and inactivation of tumour suppressor genes, potentially leading to initiation of carcinogenesis (Klaunig et al., 2011; Berquist and Wilson, 2012). Thus, agents that generate and promote oxygen radical-induced cellular injury may be carcinogenic</u>* [17]. [emphasis added]

### 6.5.1.    <u>*2009: Nahla S. El-Shenawy Showed Roundup or Glyphosate Exposure for 2 Weeks Caused General Oxidative Stress in the Liver*</u>

El-Shenawy (2009) showed that a two week exposure to Roundup or glyphosate caused

oxidative stress:

> *The objective of this study was to analyze potential cytotoxicity of the Roundup and its fundamental substance (glyphosate). Albino male rats were intraperitoneally treated with sub-lethal concentration of Roundup (269.9 mg/kg) or glyphosate (134.95 mg/kg) each 2days, during 2 weeks. Hepatotoxicity was monitored by quantitative analysis of the serum alanine aminotransferase(ALT), aspartate aminotransferase (AST), alkaline phosphatase (ALP) activities, total protein, albumin, triglyceride and cholesterol. Creatinine and urea were used as the biochemical markers of kidney damages. The second aim of this study to investigate how glyphosate alone or included in herbicide Roundup affected hepatic reduced glutathione (GSH) and lipid peroxidation (LPO) levels of animals as an index of antioxidant status and oxidative stress, respectively, as well as the serum nitric oxide (NO) and alpha tumour necrosis factor (TNF-_) were measured. Treatment of animals with Roundup induced the leakage of hepatic intracellular enzymes, ALT, AST and ALP suggesting irreversible damage in hepatocytes starting from the first week. It was found that the effects were different on the enzymes in Roundup and glyphosate-treated groups. Significant time-dependent depletion of GSH levels and induction of oxidative stress in liver by the elevated levels of LPO, further confirmed the potential of Roundup to induce oxidative stress in hepatic tissue. However, glyphosate caused significant increases in NO levels more than Roundup after 2 weeks of treatment. Both treatments increased the level of TNF-_ by the same manner. The results suggest that excessive antioxidant disruptor and oxidative stress is induced with Roundup than glyphosate* [88].

Dr. Richard DeGrandchamp

**6.5.2.** **_2018: Woźniak et al. Showed Roundup 360 Plus, Glyphosate, and AMPA Caused_**
**_DNA Breaks in Human Leukocytes_**

Wozniak et al. (2018) showed AMPA, glyphosate, Roundup 360 Plus caused purine and

pyrimidine (the DNA base pairs) oxidization likely through ROS-mediated damage at very low

doses (5 uM):

> *Glyphosate is the most heavily applied among pesticides in the world, and thus human*
> *exposure to this substance continues to increase. WHO changed classification of*
> *glyphosate to probably cancerogenic to humans, thus there is urgent need to assess in*
> *detail genotoxic mechanism of its action. We have assessed the effect of glyphosate, its*
> *formulation (Roundup 360 PLUS) and its main metabolite (aminomethylphosphonic acid,*
> *AMPA) in the concentration range from 1 to 1000 µM on DNA damage in human*
> *peripheral blood mononuclear cells (PBMCs). The cells were incubated for 24 h. The*
> *compounds studied and formulation induced DNA single and double strand-breaks and*
> *caused purines and pyrimidines oxidation. None of compounds examined was capable of*
> *creating adducts with DNA, while those substances increased ROS (including• OH) level*
> *in PBMCs. Roundup 360 PLUS caused damage to DNA even at 5 µM, while glyphosate*
> *and particularly AMPA induced DNA lesions from the concentration of 250 µM and 500*
> *µM, respectively. DNA damage induced by glyphosate and its derivatives increased in*
> *order: AMPA, glyphosate, Roundup 360 PLUS. We may conclude that observed changes*
> *were not associated with direct interaction of xenobiotics studied with DNA, but the most*
> *probably they occurred through ROS–mediated effects* [30].

**6.5.3.** **_2013: George and Shukla Showed Glyphosate Caused an Increase In ROS_**
**_Formation_**

George and Shukla (2013) showed glyphosate caused an increase ROS metabolites:

> *In conclusion, in this study, we demonstrated that glyphosate may possibly exert*
> *proliferative effect in HaCaT cells by activating Ca2+ binding proteins to promote the*
> *imbalance of intracellular Ca2+ homeostasis and lessen SOD1 to increase ROS*
> *generation. This effect was partially reversed by treatment with antioxidant NAC*
> *indicating connections between oxidative stress and hypocalcaemia. <u>Reduced Ca2+</u>*
> *<u>levels enhance BCL-2 and decrease Bax, subsequently leading to decrease in cytochrome</u>*
> *<u>c to stimulate further decrease of caspase 3 via the downregulation of IP3R1 level, thus</u>*
> *<u>halting apoptosis</u>. <u>The present study for the first time provides insight into the mechanism</u>*
> *<u>of glyphosate-induced neoplastic potential in mammalian skin system</u>* [emphasis added]
> [47]. [emphasis added]

Dr. Richard DeGrandchamp

## 6.6.     Key Characteristic 6 (KC-6): Induces Chronic Inflammation

In this report, I characterize KC-5 as determining whether glyphosate, AMPA or GBH cause chronic inflammation, which has been shown to occur and promote cancers. IARC defines KC-6 as:

> *Chronic inflammation associated with the development of cancer is a prolonged response to persistent infections or irritants that inflict cell death and tissue injury followed by deregulated compensatory cell proliferation and aberrant repair (71). The type, intensity, and timing of the inflammatory response varies depending on the host immune status, the initiating stimulus, and the target organ... In addition, repeated episodes of cell necrosis or immune-mediated apoptosis (e.g., persistent hepatitis B infection in the liver) and altered parenchymal cell differentiation and proliferation links chronic inflammation with other KCs (e.g., KC 10). Sustained release of growth factors, cytokines, angiogenic factors, and matrix metalloproteinases perpetuate the chronic inflammatory response and facilitate tumor growth, progression, and invasion (74)... Proinflammatory cytokines such as TNF-alpha or IL-6, C-reactive protein, fibrinogen, and high mobility group box 1 (HMGB1) have been investigated as potential circulating biomarkers for chronic inflammation in a variety of diseases, including asbestos-related diseases (77,78). Unfortunately, these biomarkers are not very specific for diagnosis of chronic inflammation due to poor sensitivity, confounding exposures, and variability in individual patients over time (76,79). Because of its stability IL-6 is perhaps the best current biomarker available (80)* [69].

### 6.6.1.     *2019: Hamdaoui et al. Showed Subchronic Exposure to Roundup (Kalach 360 SL) Produced Systemic Inflammation*

Hamdaoui et al. (2019) showed that a subchronic exposure to 2 doses of Roundup (containing 126 and 315 glyphosate) caused statistically increased general systemic inflammation as measured with circulating levels of white blood cells and C-reactive protein (CRP; which is a protein synthesized in the liver and released into the bloodstream in response to inflammation):

> ***Systemic inflammation.*** *We observed following KL administration a significant increase ($p < 0.05$) in WBC [white blood cell] count and CRP [C-reactive protein] levels compared with those in the control group (Table 2). These results show that the application of KL (126 mg and 315 mg/kg, by oral gavage) led to systemic inflammation [57].*

Dr. Richard DeGrandchamp

### 6.6.2. *2019: Pandey et al. Showed Short-Term Exposure to Roundup Caused General Inflammation*

Pandey et al. (2019) showed Roundup caused inflammation in rats exposed for 14 days:

> *Roundup is a popular herbicide containing glyphosate as an active ingredient. The formulation of Roundup is speculated to have critical toxic effects, one among which is chronic inflammation. The present study analyzed adverse inflammatory effects in the liver and adipose tissue of rats after a subacute exposure of Roundup. Adult male rats were exposed to various doses of Roundup (0, 5, 10, 25, 50, 100 and 250 mg/kg bodyweight [bw] glyphosate) orally, everyday for 14 days. On day 15, liver and adipose tissues from dosed rats were analyzed for inflammation markers. C-reactive protein in liver, cytokines IL-1b, TNF-α, IL-6, and inflammatory response marker, and prostaglandin–endoperoxide synthase were upregulated in liver and adipose of rats exposed to higher (100 and 250 mg/kg bw/d) doses of Roundup. Cumulatively, our data suggest development of inflammation in lipid and hepatic organs upon exposure to Roundup* [58].

## 6.7. Key Characteristic 7 (KC-7): Is Immunosuppressive

In this report, I characterize KC-7 as determining whether glyphosate, AMPA or GBH cause or modify immunosuppression that could attenuate tumor immunosurveillance that acts to kill nascent tumor cells as they form. IARC defines KC-7 as:

Immunosuppression is a reduction in the capacity of the immune system to respond effectively to foreign antigens, including antigens on tumor cells. Persistent immunosuppression presents a risk of cancer, especially excess risk for lymphoma…Immune suppression differs from other mechanisms of carcinogenesis in that agents that cause immunosuppression may not directly transform normal cells into potential tumor cells. [69]

> *Immunosuppressive agents are molecules that interfere with key steps of the "cancer-immunity cycle" which can be divided into several processes, starting with the release of antigens from the cancer cell, followed by the presentation of cancer antigens to immune effector cells, the priming / activation of these effector cells (e.g., T lymphocytes), infiltration / migration of immune effector cells into tumors, and ending with the killing of cancer cells (84). T cell function plays a particularly important role in anti-tumor immunity and some components of innate immunity.* [17]

Dr. Richard DeGrandchamp

IARC specifically notes that focusing on NK cells (Natural Killer cells) as well as T-helper cell and cytotoxic T cells may provide information to indicate a carcinogen acts to attenuate the normal function of immunosurveillance that acts to destroy cancer cells and tumors in their nascent stages.

> *These include standard hematology and anatomic pathology (e.g., evidence of marked lymphodepletion and hematotoxicity), lymphocyte population enumeration by flow cytometry, and NK cell activity. There are also some less routine but important endpoints such as T helper and cytotoxic T cell functions (including endpoints relating to factors that govern killing mechanisms such as cytokine production and evidence of degranulation).* [17]

### 6.7.1.   *Maddalon et al. (2022) Showed That Glyphosate Caused A Decrease In T Helper Immune Lymphocyte Cells*

Maddalon et al. (2022) showed that glyphosate caused a decrease in the Th1/Th2 immune cell ratio due to a decrease in Th1 lymphocytes:

> *Glyphosate (G) is the active ingredient of the most used herbicides worldwide. Its use is currently very debated, as several studies indicating its hazard and toxicity are emerging. Among them, there is evidence of adverse effects on the immune system. The aim of this work was to investigate if G could directly affect immune cells. Peripheral blood mononuclear cells (PBMC) obtained from healthy donors were used as experimental model. PBMC were expose to G and stimulated with PMA/ionomycin, T helper (Th) cell differentiation and cytokine production were assessed by flow cytometry and enzyme-linked immunosorbent assay, respectively. A reduction of Th1/Th2 ratio, mainly due to a decrease in Th1 cells, was observed following G exposure.* [91]

## 6.8.   Key Characteristic 8 (K-8): Modulates Receptor-Mediated Effects

In this report, I characterize KC-8 as determining whether glyphosate, AMPA or GBH modulate transcription of oncogenes and tumor suppressing genes as well as other genes involved in tumor promotion. IARC defines KC-8 as:

> *Receptor-mediated effects can occur at the cell surface (through ligand-binding) or intracellularly (via the disruption of signaling cascades or actions on nuclear/cytosolic receptors), all of which can modulate transcriptional changes in the nucleus. Outcomes of transcriptional changes are varied and often regulate critical cellular pathways. Some receptors promote cell proliferation (e.g., hormone nuclear receptors such as estrogen*

Dr. Richard DeGrandchamp

> *(ER) (86), androgen (AR)(87), and progesterone (PR) (86) receptors and growth factor receptors such as EGFR/erbB (88) and HER2/neu (89)). Activation of the aryl hydrocarbon receptor (AhR) (KC8) can lead to immunosuppression (KC7), in addition to effects on cell proliferation and survival (KC10) (90–92). Finally, the activation of certain nuclear receptors, including peroxisome proliferator activated receptor alpha (93) and constitutive androstane receptor (94), is associated with rodent liver carcinogenesis (94,95)…The recent identification of the 10 KCs of endocrine disrupting chemicals also highlighted the need for additional assays to assess many aspects of endocrine disruption that may be useful in evaluating agents for this KC of carcinogens (i.e., KC8) (97)* [69].

### 6.8.1. *2013: Thongprakaisang et al. Showed That Glyphosate Acts Through Mechanisms Involving The Estrogen Receptor*

Thongprakaisang et al. (2013) showed a cell line exposed to glyphosate activated the estrogen response element:

> *However, several recent studies showed its potential adverse health effects to humans as it may be an endocrine disruptor. This study focuses on the effects of pure glyphosate on estrogen receptors (ERs) mediated transcriptional activity and their expressions. Glyphosate exerted proliferative effects only in human hormone-dependent breast cancer, T47D cells, but not in hormone-independent breast cancer, MDA-MB231 cells, at 10E-12 to 10E-6 M in estrogen withdrawal condition. The proliferative concentrations of glyphosate that induced the activation of estrogen response element (ERE) transcription activity were 5-13 fold of control in T47D-KBluc cells and this activation was inhib- ited by an estrogen antagonist, ICI 182780, indicating that the estrogenic activity of glyphosate was mediated via ERs. Furthermore, glyphosate also altered both ERa and b expression. These results indicated that low and environmentally relevant concentrations of glyphosate possessed estrogenic activity* [89].

### 6.8.2. *2019: Stur et al. (2019) et al. Showed that Roundup and AMPA Acted through Estrogen Receptor*

Stur et al. (2019) showed that Roundup and AMPA deregulated estrogen receptor mechanisms that may interfere with cellular proliferation:

> *In breast cancer (BC) cell lines it has been demonstrated that glyphosate can induce cellular proliferation via estrogen receptors. Therefore, we aimed to identify gene expression changes in ER+ and ER- BC cell lines treated with Roundup and AMPA, to address changes in canonical pathways that would be related or not with the ER pathway, which we believe could interfere with cell proliferation. Using the Human Tran-*

Dr. Richard DeGrandchamp

*scriptome Arrays 2.0, we identified gene expression changes in MCF-7 and MDA-MB-468 exposed to low concentrations and short exposure time to Roundup Original and AMPA. The results showed that at low concentration (0.05% Roundup) and short exposure (48h), both cell lines suffered deregulation of 11 canonical pathways, the most important being cell cycle and DNA damage repair pathways. Enrichment analysis showed similar results, except that MDA-MB-468 altered mainly metabolic processes. In contrast, 48h 10mM AMPA showed fewer differentially expressed genes, but also mainly related with metabolic processes. Our findings suggest that Roundup affects survival due to cell cycle deregulation and metabolism changes that may alter mitochondrial oxygen consumption, increase ROS levels, induce hypoxia, damage DNA repair, cause mutation accumulation and ultimately cell death* [90].

### 6.8.3. <u>2022: Maddalon et al. Showed Glyphosate Acted Through as an Endocrine Disruptor Acting through Estrogen Receptor on T Helper Lymphocytes.</u>

Maddalon et al. (2022) showed that glyphosate may produce receptor-mediated effects through the estrogen nuclear receptor:

*Peripheral blood mononuclear cells (PBMC) obtained from healthy donors were used as experimental model. PBMC were expose to G and stimulated with PMA/ionomycin, T helper (Th) cell differentiation and cytokine production were assessed by flow cytometry and enzyme- linked immunosorbent assay, respectively. A reduction of Th1/Th2 ratio, mainly due to a decrease in Th1 cells, was observed following G exposure. Results show an enhancement of IL-4 and IL-17A production, and a reduction of IFN-g. Based on literature evidence that suggest G being an endocrine disruptor, we investigated the role of nuclear estrogen receptors (ER). ERa/ERb inhibition by ICI 182,780 abolished the effects of G on IFN-g and IL-4 release, suggesting a role of ER in the observed effects. To further characterize the mechanism of action of G, miRNAs, both in exosome and intracellular, were investigated. A statistically significant increase in miR-500a-5p was observed following G treatment. The blockage of miR-500a-5p, using a specific antagomir, prevented G-induced reduction of IFN-g production. Finally a relationship between miR-500a-5p up-regulation and ER was observed. Overall, these results suggest that G can directly act on T cells, altering T cell differentiation and cytokines production* [91].

Dr. Richard DeGrandchamp

### 6.8.4. *Munoz et al. (2020) Prepared a Recent Review that Addresses Glyphosate as an EDC*

Munoz et al. (2020) reviewed the current (as of 2020) state of the science of studies that have focused on nuclear receptors like ER and some of the related mechanisms involving glyphosate as an EDC, they concluded:

> *Mechanistic data showed that glyphosate exhibited eight of the ten KCs of an EDC: glyphosate 1) can favor hormonal receptors activity, particularly ERa, stimulating their transcriptional activation in breast cell line models. 2) disrupts the levels of ER and ERb. 3) induces deregulation of eleven canonical pathways breast cell lines.4. It induces epigenetic modifications in normal breast cell lines. 5) has adverse effects on steroid hormone production (estrogens and testosterone). 6) alters thyroid hormones transport across cell membranes. 7) modify the hormone concentration, such as estrogen and testosterone in animal models. 8) alter the proliferation rate of breast cell lines (Fig. 1). Thus, it can be concluded that glyphosate behaves like an EDC by altering hormonal activity which induces defects in the reproductive process and progeny. However, new prospective studies in humans are needed in order to confirm these conclusions.in cancer* [92]

Exhibit 93 shows the critical points were glyphosate may act as an EDC.

### Exhibit 93. Munoz et al. (2020) Show The Points In The Endocrine Pathway That Glyphosate May Dysregulate Normal Function [92]



Fig. 1. Summary of the evidences related to the effects of glyphosate and its derivatives on different hormone-producing or hormone-sensitive cells.

Dr. Richard DeGrandchamp

## 6.9.    Key Characteristic 9 (KC-9): Causes Immortalization

In this report, I characterize KC-9 as determining whether glyphosate, AMPA or GBH can transform normal cells, that have a limited lifespan, to immortal cells that have an unlimited capacity to divide giving rise to an ever-increasing tumor cell population. IARC defines KC-9 as:

> *Cancer cells are immortal, and therefore have limitless replicative potential. Normal cells have a limited lifespan that has been described as the Hayflick limit, as measured in vitro by cell doublings of normal human fibroblasts. Several mechanisms can influence immortalization: cellular pathways that regulate stemness versus senescence, telomere length and telomerase activity, and Alternative Lengthening of Telomeres (ALT), break-induced telomere synthesis and mitotic DNA synthesis (MiDAS) at so-called common fragile sites and telomeres (98–100). Telomeres are the protective ends of chromosomes that are necessary to prevent chromosomal instability and are maintained through telomerase and other gene products. Cancers frequently have elevated telomerase activity and maintain or extend their telomeres through genetic and epigenetic mechanisms. Carcinogens have been shown to activate telomerase and/or extend telomeres (101–103).* [69]

> *A carcinogen's influence on immortalization and senescence can be measured through a number of biochemical endpoints in cultured cells, including: transformation assays, as well as more specific assays such as telomerase activity, telomere length, and regulation of certain genes in stem cells and cancer stem cells (e.g., MYC, p16 and p53) (101–103,105,106). Some of these endpoints can also be evaluated in vivo and in human biomarker studies to facilitate translation, however more validation is needed in this area. In the future, the development of imaging-based reporters for telomerase, cell cycle checkpoints, and senescence markers such as beta-galactosidase activity may be useful for assessing carcinogenic activity.*

> *Some toxicological end-points that are representative of KC-1 include altered in telomere length and upregulation of enzymes that are involved in lengthening telomers like telomerase* [17].

### 6.9.1.    *2022: Cosemans et al. Showed AMPA Exposure Increased Leukocyte Telomere Length*

A recent study by Cosemans et al. (2022) was conducted to determine if there was an association between leukocyte telomere length and AMPA (a glyphosate metabolite):

> *We examined glyphosate and AMPA exposure, mtDNA content and leukocyte telomere length in 181 adults, included in the third cycle of the Flemish*

Dr. Richard DeGrandchamp

> *Environment and Health Study (FLEHSIII). DNA was isolated from leukocytes
> and the relative mtDNA content and telomere length were determined using
> qPCR. Urinary glyphosate and AMPA concentrations were measured by Gas
> Chromatography-Tandem Mass Spectrometry (GC- MS-MS). We used multiple
> linear regression models to associate mtDNA content and leukocyte telomere
> length with glyphosate or AMPA exposure while adjusting for confounding
> variables* [64].

Their study was conducted on 181 adults who were not directly exposed to either glyphosate or

AMPA. They found a *statistically significant* association between AMPA concentration and

telomere length:

> *A doubling in urinary AMPA concentration was associated with 5.19% (95% CI: 0.49 to
> 10.11; p = 0.03) longer leukocyte telomere length, while no association was observed
> with urinary glyphosate concentration. …After adjustment for sex, age, BMI, smoking
> status, alcohol consumption, socioeconomic status, season of sampling, and urine
> specific gravity, a doubling in glyphosate concentration was not associated with
> leukocyte telomere length (p = 0.15), <u>however the urinary concentration of the glyphosate
> metabolite AMPA was associated with a 5.19% (95% CI: 0.49 to 10.11; p = 0.03) longer
> leukocyte telomere length</u> …In sensitivity analyses for the association between AMPA
> exposure and telomere length, additionally adjusting for leukocyte count and cystatin C
> and alfa-1-microglobulin did not affect the experimental outcome. <u>Using the trimmed
> population, single imputation, and random imputation, the association between urinary
> AMPA concentration and telomere length remained significant (p = 0.01, p = 0.045, p =
> 0.046 respectively</u>* [64].

## 6.10.    Characteristic 10: Alters Cell Proliferation, Cell Death, or Nutrient Supply

In this report, I characterize KC-10 as determining whether glyphosate, AMPA or GBH can act

cause interfere with cellular processes that act to control proliferation, prevent cell death or alter

nutrient supply. IARC defines KC-10 as:

> *There are at least three scenarios related to carcinogenesis in which alterations in
> cellular replication and/or cell-cycle control have been described. One invokes the
> predisposition for unrepaired DNA damage leading to cancer-causing mutations in
> replicating cells; another has attempted to identify sustained replication as a key
> mechanistic event; and a third describes the ability of a transformed cell to escape*

Dr. Richard DeGrandchamp

> *normal cell-cycle control and to continue replication. <u>A component common to all three scenarios is the evasion of apoptosis or other terminal programming, including autophagy, in at least a proportion of the cell population</u> (Ryter et al. 2014).*

> *MYC genes A family of genes that makes proteins involved in many cell functions, including cell growth, cell maturation, and cell death. Genetic changes in the DNA sequence of the MYC genes have been found in many types of cancer, including leukemia and lymphoma. These changes may cause cancer cells to grow and spread in the body. Members of the MYC gene family include C-MYC, L-MYC, and N-MYC.*

> *Some toxicological end-points that are representative of KC-1 like cell-cycle effects, alterations in cell signalling pathways, cell death, and inhibition of gap-junctional intercellular communication* [17]

### 6.10.1.   <u>2020: Jeon et al. Show That Glyphosate Promotes Cell Proliferation Which Is Associated With Upregulation Of MYC Oncogene</u>

Jeon et al. have shown that glyphosate exposure to a cell line upregulated *MYC* that promoted cell division:

> *Most studies on glyphosate have been conducted in animals, and the effects of glyphosate in humans are not fully understood. In the present study, we report that glyphosate increases the rate of cell growth in human embryonic kidney 293 (HEK293) cells. Interestingly, the concentrations of glyphosate rang- ing between 0.6 and 18µM enhance cell proliferation, while lower or higher concentrations do not stimulate cell growth or interfere with it, respectively. <u>At the molecular level, cell biology and bio- chemical data demonstrate that glyphosate promotes the transcription of EGR1, JUN, FOS, and MYC, which are critical transcription factors and immediate early genes for cell cycle progression, and cell cycle regulators including cyclin B1, cyclin D1, and p21. NEAT1, a long non-coding RNAs that is implicated in cancers and active gene transcription are increased in glyphosate-treated cells</u>* [50].

Cell division was prompted by glyphosate exposure as low as 6 µM after only 24 hours:

> *Interestingly, our biochemical analyses showed that glyphosate treatment at concentrations as low as 6 µM for 24 h was sufficient to recruit RNA polymerase II to the genes encoding critical transcriptional factors for cell cycle progression including EGR1, JUN, FOS, and MYC. This suggests that glyphosate promotes cell growth by modulating gene expression in transcription level* [50].

Dr. Richard DeGrandchamp

Dr. Richard DeGrandchamp

# 7.    REFERENCES

[1]    IARC, "IARC Monographs On The Identification Of Carcinogenic Hazards To Humans," 2019. [Online]. Available: https://monographs.iarc.who.int/cards_page/preamble-monographs/.

[2]    U. S. D. of H. and H. S. P. H. S. N. T. Program, "15th Report on Carcinogens, U.S. Department of Health and Human Services Public Health Service National Toxicology Program," 2021.

[3]    USEPA, "Ethylene Oxide Risk from Commercial SterilizersNo Title," 2022. [Online]. Available: https://www.epa.gov/hazardous-air-pollutants-ethylene-oxide/forms/ethylene-oxide-risk-commercial-sterilizers#:~:text=EPA has recently completed an,people living in nearby communities.

[4]    IARC, "IARC Monographs On The Identification Of Carcinogenic Hazards To Humans," 2022. [Online]. Available: https://monographs.iarc.who.int/home/iarc-monographs-general-information/.

[5]    WHO-IARC, "IARC Monographs Volume 112: evaluation of five organophosphate insecticides and herbicides 20," *Lancet*, 2015, doi: 10.1111/j.1742-6723.2004.00593.x.

[6]    IARC, "IARC Response to Criticisms of the Monographs and the Glyphosate Evaluation,"

Dr. Richard DeGrandchamp

2015.

[7]     WHO-IARC, "IARC MONOGRAPHS ON THE IDENTIFICATION OF
        CARCINOGENIC HAZARDS TO HUMANS," 2022. [Online]. Available:
        https://monographs.iarc.who.int/agents-classified-by-the-iarc/.

[8]     J. M. Samet *et al.*, "The IARC Monographs: Updated Procedures for Modern and
        Transparent Evidence Synthesis in Cancer Hazard Identification," *J. Natl. Cancer Inst.*,
        vol. 112, no. 1, pp. 30–37, 2020, doi: 10.1093/jnci/djz169.

[9]     "1981 Monsanto Levinskas Tox Reveiw Sent to Gov. MONS213337 (1).pdf." .

[10]    Monsanto Co., "Backgrounder Testing Fraud: IBT and Craven Laboratories," no. June, p.
        1, 2005.

[11]    MONSANTO, "Monsanto Admits It Must Test PCBs Pesticides STLCOPCB4024865."
        pp. 4024865–4024866, 1957.

[12]    Monsanto, "PCB-ARCH-0043485," 1957.

[13]    Monsanto, "1972 PCB-ARCH0745198 (Wheeler Interview).pdf." 1972.

[14]    EPA, "1983 IBT Labs EPA Review.pdf." 1983.

[15]    U. EPA, "Interpretation of the Good Laboratory Practice (GLP) Regulation," 1991.

[16]    USEPA, "Federal Register For Craven Laboratory False Studies," 1993.

[17]    R. A. Baan, B. W. Stewart, and K. Straif, *Tumour Site Concordance and Mechanisms of
        Carcinogenesis*, vol. 165, no. 165. 2019.

[18]    M. A. . Venturutti, L., "The Role of Epigenetic Mechanisms in B Cell Lymphoma
        Pathogenesis," *Annu. Rev. Cancer Biol.*, vol. 5, pp. 311–330, 2021.

[19]    W. Ndifon and J. Dushoff, "The Hayflick Limit May Determine the Effective Clonal
        Diversity of Naive T Cells," *J. Immunol.*, vol. 196, no. 12, pp. 4999–5004, 2016, doi:
        10.4049/jimmunol.1502343.

Dr. Richard DeGrandchamp

[20]   J. Zheng, "Oncogenic chromosomal translocations and human cancer (Review)," *Oncol. Rep.*, vol. 30, no. 5, pp. 2011–2019, 2013, doi: 10.3892/or.2013.2677.

[21]   C. M. Adams, S. Clark-Garvey, P. Porcu, and C. M. Eischen, "Targeting the Bcl-2 family in B cell lymphoma," *Front. Oncol.*, vol. 9, no. JAN, pp. 1–21, 2019, doi: 10.3389/fonc.2018.00636.

[22]   E. Galteland *et al.*, "Translocation t(14;18) and gain of chromosome 18/BCL2: Effects on BCL2 expression and apoptosis in B-cell non-Hodgkin's lymphomas," *Leukemia*, vol. 19, no. 12, pp. 2313–2323, 2005, doi: 10.1038/sj.leu.2403954.

[23]   D. A. Hill *et al.*, "Risk of non-Hodgkin lymphoma (NHL) in relation to germline variation in DNA repair and related genes," *Blood*, vol. 108, no. 9, pp. 3161–3167, 2006, doi: 10.1182/blood-2005-01-026690.

[24]   C. Bolognesi *et al.*, "Genotoxic Activity of Glyphosate and Its Technical Formulation Roundup," *J. Agric. Food Chem.*, vol. 45, no. 5, pp. 1957–1962, 1997, doi: 10.1021/jf9606518.

[25]   C. Gasnier, C. Dumont, N. Benachour, E. Clair, M. C. Chagnon, and G. E. Séralini, "Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines," *Toxicology*, vol. 262, no. 3, pp. 184–191, 2009, doi: 10.1016/j.tox.2009.06.006.

[26]   S. Prasad, S. Srivastava, M. Singh, and Y. Shukla, "Clastogenic Effects of Glyphosate in Bone Marrow Cells of Swiss Albino Mice," *J. Toxicol.*, vol. 2009, no. 5, pp. 1–6, 2009, doi: 10.1155/2009/308985.

[27]   C. Paz-y-Miño *et al.*, "Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border," *Rev. Environ. Health*, vol. 26, no. 1, pp. 45–51, 2011, doi: 10.1515/REVEH.2011.007.

[28]   M. Kwiatkowska, E. Reszka, K. Woźniak, E. Jabłońska, J. Michałowicz, and B. Bukowska, "DNA damage and methylation induced by glyphosate in human peripheral blood mononuclear cells (in vitro study)," *Food Chem. Toxicol.*, vol. 105, pp. 93–98,

Dr. Richard DeGrandchamp

2017, doi: 10.1016/j.fct.2017.03.051.

[29]   C. Alvarez-Moya *et al.*, "Comparison of the in vivo and in vitro genotoxicity of glyphosate isopropylamine salt in three different organisms," *Genet. Mol. Biol.*, vol. 37, no. 1, pp. 105–110, 2014, doi: 10.1590/S1415-47572014000100016.

[30]   E. Woźniak *et al.*, "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessement," *Food Chem. Toxicol.*, vol. 120, no. July, pp. 510–522, 2018, doi: 10.1016/j.fct.2018.07.035.

[31]   E. Woźniak *et al.*, "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessement," *Food Chem. Toxicol.*, vol. 120, no. March, pp. 510–522, 2018, doi: 10.1016/j.fct.2018.07.035.

[32]   K. Nagy, R. A. Tessema, L. T. Budnik, and B. Ádám, "Comparative cyto- and genotoxicity assessment of glyphosate and glyphosate-based herbicides in human peripheral white blood cells," *Environ. Res.*, vol. 179, no. October, p. 108851, 2019, doi: 10.1016/j.envres.2019.108851.

[33]   L. K. S. De Almeida, B. I. Pletschke, and C. L. Frost, "Moderate levels of glyphosate and its formulations vary in their cytotoxicity and genotoxicity in a whole blood model and in human cell lines with different estrogen receptor status," *3 Biotech*, vol. 8, no. 10, pp. 1–15, 2018, doi: 10.1007/s13205-018-1464-z.

[34]   Y. Hao *et al.*, "Roundup® confers cytotoxicity through DNA damage and Mitochondria-Associated apoptosis induction," *Environ. Pollut.*, vol. 252, pp. 917–923, 2019, doi: 10.1016/j.envpol.2019.05.128.

[35]   A. Santovito, S. Ruberto, C. Gendusa, and P. Cervella, "In vitro evaluation of genomic damage induced by glyphosate on human lymphocytes," *Environ. Sci. Pollut. Res.*, vol. 25, no. 34, pp. 34693–34700, 2018, doi: 10.1007/s11356-018-3417-9.

[36]   M. Townsend, C. Peck, W. Meng, M. Heaton, R. Robison, and K. O'Neill, "Evaluation of

Dr. Richard DeGrandchamp

various glyphosate concentrations on DNA damage in human Raji cells and its impact on cytotoxicity," *Regul. Toxicol. Pharmacol.*, vol. 85, pp. 79–85, 2017, doi: 10.1016/j.yrtph.2017.02.002.

[37]   D. F. Robbiani *et al.*, "NIH Public Access," vol. 36, no. 4, pp. 631–641, 2010, doi: 10.1016/j.molcel.2009.11.007.AID.

[38]   P. M. Dominguez and R. Shaknovich, "Epigenetic function of activation-induced cytidine deaminase and its link to lymphomagenesis," *Front. Immunol.*, vol. 5, no. DEC, pp. 1–10, 2014, doi: 10.3389/fimmu.2014.00642.

[39]   L. Wang *et al.*, "Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice," *J. Hematol. Oncol.*, vol. 12, no. 1, pp. 1–11, 2019, doi: 10.1186/s13045-019-0767-9.

[40]   D. D. Weisenburger, "A Review and Update with Perspective of Evidence that the Herbicide Glyphosate (Roundup) is a Cause of Non-Hodgkin Lymphoma," *Clin. Lymphoma, Myeloma Leuk.*, vol. 21, no. 9, pp. 621–630, 2021, doi: 10.1016/j.clml.2021.04.009.

[41]   I. Slavutsky, M. Labal de Vinuesa, I. Larripa, M. Mudry de Pargament, and S. Brieux de Salum, "Sister chromatid exchange in malignant lymphomas," *Cancer Genet. Cytogenet.*, vol. 13, no. 2, pp. 153–158, 1984, doi: 10.1016/0165-4608(84)90056-6.

[42]   I. De Pascalis *et al.*, "Sister chromatid exchange: A possible approach to characterize familial breast cancer patients," *Oncol. Rep.*, vol. 33, no. 2, pp. 930–934, 2015, doi: 10.3892/or.2014.3628.

[43]   K. Šiviková and J. Dianovský, "Cytogenetic effect of technical glyphosate on cultivated bovine peripheral lymphocytes," *Int. J. Hyg. Environ. Health*, vol. 209, no. 1, pp. 15–20, 2006, doi: 10.1016/j.ijheh.2005.07.005.

[44]   J. P. Luaces, L. F. Rossi, M. G. Chirino, M. Browne, M. S. Merani, and M. D. Mudry, "Genotoxic effects of Roundup Full II® on lymphocytes of Chaetophractus villosus (Xenarthra, Mammalia): In vitro studies," *PLoS One*, vol. 12, no. 8, pp. 1–9, 2017, doi:

Dr. Richard DeGrandchamp

10.1371/journal.pone.0182911.

[45]   S. Bhatti, S. Kozlov, A. A. Farooqi, A. Naqi, M. Lavin, and K. K. Khanna, "ATM protein kinase: The linchpin of cellular defenses to stress," *Cell. Mol. Life Sci.*, vol. 68, no. 18, pp. 2977–3006, 2011, doi: 10.1007/s00018-011-0683-9.

[46]   L. Nguyen, P. Papenhausen, and H. Shao, "The Role of c-MYC in B-Cell Lymphomas: Diagnostic and molecular aspects," *Genes (Basel).*, vol. 8, no. 4, pp. 2–22, 2017, doi: 10.3390/genes8040116.

[47]   J. George and Y. Shukla, "Emptying of Intracellular Calcium Pool and Oxidative Stress Imbalance Are Associated with the Glyphosate-Induced Proliferation in Human Skin Keratinocytes HaCaT Cells," *ISRN Dermatol.*, vol. 2013, pp. 1–12, 2013, doi: 10.1155/2013/825180.

[48]   C. Locatelli, "Glyphosate-Induced Oxidative Stress , Genotoxic Effect and Differential Expression of P53 , Bax and Bcl2 in Different Mice Tissues," 2022.

[49]   R. Hokanson, R. Fudge, R. Chowdhary, and D. L. Busbee, "Alteration of estrogen-regulated gene expression in human cells induced by the agricultural and horticultural herbicide glyphosate," *Hum. Exp. Toxicol.*, vol. 26, no. 9, pp. 747–752, 2007, doi: 10.1177/0960327107083453.

[50]   S. Jeon, S. H. Lee, J. Roh, J. E. Kim, and H. Bunch, "Glyphosate influences cell proliferation in vitro," *All Life*, vol. 13, no. 1, pp. 54–65, 2020, doi: 10.1080/26895293.2019.1702108.

[51]   M. S. K. C. Center, "New Findings Clarify How the 'Guardian of the Genome' Works," 2022. [Online]. Available: https://www.mskcc.org/news/new-findings-clarify-how-guardian-genome-works.

[52]   J. T. Zilfou and S. W. Lowe, "Tumor suppressive functions of p53.," *Cold Spring Harb. Perspect. Biol.*, vol. 1, no. 5, pp. 1–12, 2009, doi: 10.1101/cshperspect.a001883.

[53]   K. R. Bowman, J. H. Kim, and C. S. Lim, "Narrowing the field: Cancer-specific

Dr. Richard DeGrandchamp

promoters for mitochondrially-targeted p53-BH3 fusion gene therapy in ovarian cancer," *J. Ovarian Res.*, vol. 12, no. 1, pp. 1–13, 2019, doi: 10.1186/s13048-019-0514-4.

[54]   M. F. Rossetti, G. Canesini, V. Lorenz, M. M. Milesi, J. Varayoud, and J. G. Ramos, "Epigenetic Changes Associated With Exposure to Glyphosate-Based Herbicides in Mammals," *Front. Endocrinol. (Lausanne).*, vol. 12, no. May, pp. 1–9, 2021, doi: 10.3389/fendo.2021.671991.

[55]   T. Economopoulos *et al.*, "Monoclonal gammopathies in B-cell non-Hodgkin's lymphomas," *Leuk. Res.*, vol. 27, no. 6, pp. 505–508, 2003, doi: 10.1016/S0145-2126(02)00277-1.

[56]   R. Bernard, M, Bancos, S, Sime, P, Phipps, "Targeting Cyclooxygenase-2 in Hematological Malignancies: Rationale and Promise," *Curr Pharm Des.*, vol. 14, pp. 2051–2060, 2008.

[57]   L. Hamdaoui, M. Naifar, F. Rahmouni, F. Ayadi, and T. Rebai, "Sub-chronic exposure to Kalach 360 SL–induced damage in rats' liver and hematological system," *Environ. Sci. Pollut. Res.*, vol. 26, no. 36, pp. 36634–36646, 2019, doi: 10.1007/s11356-019-06491-2.

[58]   A. Pandey, P. Dhabade, and A. Kumarasamy, "Inflammatory Effects of Subacute Exposure of Roundup in Rat Liver and Adipose Tissue," *Dose-Response*, vol. 17, no. 2, pp. 1–11, 2019, doi: 10.1177/1559325819843380.

[59]   J. L. and G. R. K Remes, K-F Norrback1, R Rosenquist, C Mehle1, "Telomere length and telomerase activity in malignant lymphomas at diagnosis and relapse," *Br. J. Cancer*, vol. 82, no. 3, pp. 601–607, 2000.

[60]   A. Noy, "Telomeres: The Long and Short of Developing Non-Hodgkin Lymphoma," *Clin Cancer Res*, vol. 15, no. 23, 2009.

[61]   W. Klapper, M. Krams, W. Qian, D. Janssen, and R. Parwaresch, "Telomerase activity in B-cell non-Hodgkin lymphomas is regulated by hTERT transcription and correlated with telomere-binding protein expression but uncoupled from proliferation," *Br. J. Cancer*, vol. 89, no. 4, pp. 713–719, 2003, doi: 10.1038/sj.bjc.6601112.

Dr. Richard DeGrandchamp

[62]    U. Qing Lan , Richard Cawthon, Min Shen, Stephanie J Weinstein, Jarmo Virtamo and and N. R. Lim, H. Dean Hosgood III , Demetrius Albanes, "A prospective study of telomere length measured by monochrome multiplex quantitative PCR and risk of non-Hodgkin lymphoma," *Clin Cancer Res.*, vol. 15, no. 23, pp. 7429–7433, 2009.

[63]    K. Norrback, K. Dahlenborg, R. Carlsson, and G. Roos, "Telomerase activation in normal B lymphocytes and non-Hodgkin's lymphomas," *Blood*, vol. 88, no. 1, pp. 222–229, 1996, doi: 10.1182/blood.v88.1.222.222.

[64]    C. Cosemans *et al.*, "Glyphosate and AMPA exposure in relation to markers of biological aging in an adult population-based study," *Int. J. Hyg. Environ. Health*, vol. 240, no. August 2021, p. 113895, 2022, doi: 10.1016/j.ijheh.2021.113895.

[65]    F. Scinicariello and M. C. Buser, "Polychlorinated Biphenyls and Leukocyte Telomere Length: An Analysis of NHANES 1999-2002," *EBioMedicine*, vol. 2, no. 12, pp. 1974–1979, 2015, doi: 10.1016/j.ebiom.2015.11.028.

[66]    D. Hanahan and R. A. Weinberg, "Hallmarks of cancer: The next generation," *Cell*, vol. 144, no. 5, pp. 646–674, 2011, doi: 10.1016/j.cell.2011.02.013.

[67]    D. Hanahan and R. A. Weinberg, "The Hallmarks of Cancer Review Douglas," *Cell*, vol. 100, no. 7, pp. 57–70, 2000.

[68]    W. Hu, G. Wang, D. Huang, M. Sui, and Y. Xu, "Cancer immunotherapy based on natural killer cells: Current progress and new opportunities," *Front. Immunol.*, vol. 10, no. MAY, pp. 1–16, 2019, doi: 10.3389/fimmu.2019.01205.

[69]    M. T. Smith *et al.*, "The key characteristics of carcinogens: Relationship to the hallmarks of cancer, relevant biomarkers, and assays to measure them," *Cancer Epidemiol. Biomarkers Prev.*, vol. 29, no. 10, pp. 1887–1903, 2020, doi: 10.1158/1055-9965.EPI-19-1346.

[70]    K. Z. Guyton *et al.*, "Application of the key characteristics of carcinogens in cancer hazard identification," *Carcinogenesis*, vol. 39, no. 4, pp. 614–622, 2018, doi: 10.1093/carcin/bgy031.

Dr. Richard DeGrandchamp

[71]    IARC, "Tumour Site Concordance and Mechanisms of Carcinogenesis IARC Scientific Publication No. 165," 20019.

[72]    M. T. Smith *et al.*, "Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis," *Environ. Health Perspect.*, vol. 124, no. 6, pp. 713–721, 2016, doi: 10.1289/ehp.1509912.

[73]    D. Krewski *et al.*, "Key characteristics of 86 agents known to cause cancer in humans," *J. Toxicol. Environ. Heal. - Part B Crit. Rev.*, vol. 22, no. 7–8, pp. 244–263, 2019, doi: 10.1080/10937404.2019.1643536.

[74]    C. V. Rider *et al.*, "Using the key characteristics of carcinogens to develop research on chemical mixtures and cancer," *Environ. Health Perspect.*, vol. 129, no. 3, pp. 1–11, 2021, doi: 10.1289/EHP8525.

[75]    NIH, "Request for Information (RFI) on Assays and Approaches for Evaluating Chemical Effects on Cancer Pathways." 2019.

[76]    U. EPA, "The Key Characteristics of Carcinogens as an Organizing Principle for Mechanistic Evidence: Ethylene Oxide as a Case Study." .

[77]    USEPA, "Evaluating Pesticides for Carcinogenic Potential." [Online]. Available: https://www.epa.gov/pesticide-science-and-assessing-pesticide-risks/evaluating-pesticides-carcinogenic-potential.

[78]    J. Jinot, J. M. Fritz, S. V. Vulimiri, and N. Keshava, "Carcinogenicity of ethylene oxide: key findings and scientific issues," *Toxicol. Mech. Methods*, vol. 28, no. 5, pp. 386–396, 2018, doi: 10.1080/15376516.2017.1414343.

[79]    EPA, "Glyphosate: Response to Comments on the Proposed Interim Decision Regarding the Human Health Risk Assessment," 2019.

[80]    M. A. La Merrill *et al.*, "Consensus on the key characteristics of endocrine-disrupting chemicals as a basis for hazard identification," *Nat. Rev. Endocrinol.*, vol. 16, no. 1, pp. 45–57, 2020, doi: 10.1038/s41574-019-0273-8.

Dr. Richard DeGrandchamp

[81]   X. Qing, D. Shi, X. Lv, B. Wang, S. Chen, and Z. Shao, "Prognostic significance of 8-
       hydroxy-2'-deoxyguanosine in solid tumors: A meta-analysis," *BMC Cancer*, vol. 19, no.
       1, pp. 1–15, 2019, doi: 10.1186/s12885-019-6189-9.

[82]   L. Luo, F. Wang, Y. Zhang, M. Zeng, C. Zhong, and F. Xiao, "In vitro cytotoxicity
       assessment of roundup (glyphosate) in L-02 hepatocytes," *J. Environ. Sci. Heal. - Part B
       Pestic. Food Contam. Agric. Wastes*, vol. 52, no. 6, pp. 410–417, 2017, doi:
       10.1080/03601234.2017.1293449.

[83]   G. Chaufan, I. Coalova, and M. Del Carmen Ríos De Molina, "Glyphosate commercial
       formulation causes cytotoxicity, oxidative effects, and apoptosis on human cells:
       Differences with its active ingredient," *Int. J. Toxicol.*, vol. 33, no. 1, pp. 29–38, 2014,
       doi: 10.1177/1091581813517906.

[84]   H. Gao *et al.*, "Activation of the N-methyl-d-aspartate receptor is involved in glyphosate-
       induced renal proximal tubule cell apoptosis," *J. Appl. Toxicol.*, vol. 39, no. 8, pp. 1096–
       1107, 2019, doi: 10.1002/jat.3795.

[85]   Vys. VIGFUSSON, NV, "THE EFFECT OF THE PESTICIDES, DEXON, CAPTAN
       AND ROUNDUP, ON SISTER-CHROMATID EXCHANGES IN HUMAN
       LYMPHOCYTES IN VITRO," vol. 79, pp. 53–57, 1980.

[86]   T. Liu, L. Zhang, D. Joo, and S. C. Sun, "NF-κB signaling in inflammation," *Signal
       Transduct. Target. Ther.*, vol. 2, no. April, 2017, doi: 10.1038/sigtrans.2017.23.

[87]   M. Duforestel *et al.*, "Glyphosate primes mammary cells for tumorigenesis by
       reprogramming the epigenome in a TET3-dependent manner," *Front. Genet.*, vol. 10, no.
       SEP, pp. 1–14, 2019, doi: 10.3389/fgene.2019.00885.

[88]   N. S. El-Shenawy, "Oxidative stress responses of rats exposed to Roundup and its active
       ingredient glyphosate," *Environ. Toxicol. Pharmacol.*, vol. 28, no. 3, pp. 379–385, 2009,
       doi: 10.1016/j.etap.2009.06.001.

[89]   S. Thongprakaisang, A. Thiantanawat, N. Rangkadilok, T. Suriyo, and J. Satayavivad,
       "Glyphosate induces human breast cancer cells growth via estrogen receptors," *Food*

Dr. Richard DeGrandchamp

*Chem. Toxicol.*, vol. 59, pp. 129–136, 2013, doi: 10.1016/j.fct.2013.05.057.

[90]    E. Stur *et al.*, "Glyphosate-based herbicides at low doses affect canonical pathways in estrogen positive and negative breast cancer cell lines," *PLoS One*, vol. 14, no. 7, pp. 1–13, 2019, doi: 10.1371/journal.pone.0219610.

[91]    A. Maddalon, M. Iulini, V. Galbiati, C. Colosio, S. Mandić-Rajčević, and E. Corsini, "Direct Effects of Glyphosate on In Vitro T Helper Cell Differentiation and Cytokine Production," *Front. Immunol.*, vol. 13, no. March, pp. 1–10, 2022, doi: 10.3389/fimmu.2022.854837.

[92]    J. P. Muñoz, T. C. Bleak, and G. M. Calaf, "Glyphosate and the key characteristics of an endocrine disruptor: A review," *Chemosphere*, vol. 270, no. xxxx, 2021, doi: 10.1016/j.chemosphere.2020.128619.