# EXHIBIT C

# BOOK 6:
# ROUNDUP SUPPLEMENTAL OPINIONS AND RELIANCE MATERIALS

Dr. Richard L. DeGrandchamp

April 10, 2023

---

Dr. Richard L. DeGrandchamp

Richard L. DeGrandchamp, PhD

# 1. TABLE OF CONTENTS

1.        TABLE OF CONTENTS ......................................................................... 1

2.        LIST OF EXHIBITS ............................................................................... 4

3.        1882: MONSANTO KNEW ITS CHEMICAL PRODUCTS CONTAINED
          TOXIC/CARCINOGENIC IMPURITIES ............................................. 10

4.        DIOXANE IMPURITIES IN ROUNDUP POSED HIGH CANCER RISKS TO
          APPLICATION WORKERS ..................................................................... 1

4.1.      1977: NIOSH Issues Exposure Standard Containing Lengthy Warning About
Dioxane Carcinogenicity For Workers ......................................................................... 1

4.2.      1978: NCI Concludes Dioxane Is A Carcinogen .................................................... 2

   4.2.1.    1978: NCI Concludes dioxane Is A Carcinogen ................................................... 2

4.3.      April 1980: EPA Issues A Preliminary Finding To List Dioxane As A
Carcinogenic TSCA Contaminant ................................................................................. 3

   4.3.1.    December:1980: EPA Requests More Information From Monsanto For Dioxane
   Contamination In Roundup ................................................................................. 6

   4.3.2.    June 19, 1980: Monsanto Responds To EPA's Request For Information With A
   Simple Statement That It Poses "Minimal" Risk ............................................... 7

4.4.      1987: IARC Provides Further Toxicological Support Dioxane Is A Carcinogen .. 9

   4.4.1.    February 20, 1981: Monsanto Responds To EPA's Information Request With A
   Misleading/False "Risk" Assessment Concluding No Cancer Risk .................... 10

   4.4.2.    March 18, 1981: EPA Oversight Fails To Notice Monsanto's Fatalyl Flawed
   Analysis And Conclusion About Dioxane Cancer Risk ...................................... 13

   4.4.3.    1977: NIOSH Very Concerned About Dioxane Cancer Risks For Workers ........ 15

   4.4.4.    September 1988: EPA Formally Classifies Dioxane As A Carcinogen ............... 22

   4.4.5.    Monsanto Admitted Roundup Contained Numerous Impurities ......................... 22

Richard L. DeGrandchamp, PhD

4.4.6.    Monsanto Conducted Its Own Dioxane Cancer Tests Which Showed It Was Carcinogenic And Genotoxic ................................................................................... 25

4.5.    Monsanto Prepares Misleading Press Release Regarding Carcinogenic Inerts Required To Be listed On Roundup labels ................................................................. 27

4.5.1.    September 26, 1984: EPA Defines Inerts As Impurities And States It Can Require Listing Them On Label If They Pose Unreasonable Risk To Humans ............................... 27

4.5.2.    September 10, 1989: Monsanto Prepares Misleading Talking Points ................. 29

4.5.3.    April 22, 1987; Monsanto Fails To List Dioxane As A Carcinogenic Inert That Was Required By EPA Policy ........................................................................................ 31

4.5.4.    May 12, 1987: EPA Issued A Policy Statement Requiring Pesticide Registrants To Submit Applications To Amend Their Registrations ....................................................... 34

4.6.    1989: Monsanto Retains Expert To Refute Agencies Conclusions That 1,4 Dioxane Was Carcinogenic ........................................................................................ 35

4.6.1.    December 24, 2009: Monsanto Admits It Is Required To List All Roundup Inerts Which Number More Than 10 ........................................................................................ 37

4.6.2.    June 12, 1990: Very High Levels Of Dioxane In Roundup Force Monsanto To Finally Conduct Formal Cancer Risk Assessment ............................................................ 38

4.6.3.    July 30, 1990: EPA Finds Monsanto's Dioxane Exposure Calculation For Its Cancer Risk Assessment Unacceptable ............................................................................ 40

4.6.4.    August 12, 1991: EPA Independent Analysis Finds Monsanto's Dioxane Cancer Risk Assessment To Be Very High ................................................................................... 42

4.7.    2001: Monsanto Admits That Purifying Dioxane In Roundup Was Inexpensive And Easy    46

4.7.1.    Monsanto Starts "Project Kermit" To Stop Roundup Competitors From Selling Generic Roundup Using Impurity Information ................................................................... 49

4.7.2.    January 29, 2001 Monsanto Misrepresents The Labeling Requirements For Dioxane Inert ................................................................................................................ 52

Richard L. DeGrandchamp, PhD

4.7.3.     January 29, 2001: Despite Knowing Dioxane Is Carcinogenic And Can Be Removed Cheaply Monsanto Increases The Amount Allowed In Roundup [16] ................ 55

4.7.4.     July 16, 2004: Monsanto Calculates Dioxane Cancer Risk Assessment For California Proposition 65 That Again Underestimates Applicator Risk ............................. 57

4.7.5.     May 19, 2005: Monsanto Increases The Acceptable Dioxane Contaminant Levels In Roundup From 1 To 10 ppm ............................................................................ 64

4.7.6.     2011: Monsanto Is Cautious About "Slinging Mud" At Chinese Roundup Containing High Levels Of Dioxane Because It Knows It Too Has A Dioxane Problem ... 65

4.7.7.     2011: For Years Monsanto Has Claimed That The Dioxane In The Surfactant Does Not Pose Risk Because Of Dilution-It Now Admits It Has Been Selling The Surfactant As A "Standalone Component" To Mix In Field Batches ................................. 66

4.7.8.     2012: Monsanto Is Now Aware That EPA Now Considers Dioxane 10x More Carcinogenic Than Previously Thought ............................................................... 68

4.7.9.     2013: Monsanto Is Aware That Some Suppliers Of Surfactant Have Such High Dioxane Contamination They Are Required To Put Warning On MSDS Sheets ................ 69

4.7.10.    2016: Monsanto Admits It Has Been Using Surfactants With Much Higher Dioxane Than 1.0 ppm ...................................................................................... 71

5.          Molecular Hallmarks Of Diffuse B-Cell Lymphoma ........................................... 73

6.          REFERENCES: .................................................................................. 83

Richard L. DeGrandchamp, PhD

## 2.    LIST OF EXHIBITS

Exhibit 1.    Monsanto Admits Its Products Contain Toxic Impurities And Has An Obligation To Weigh The Risks [1]........................................................... 11

Exhibit 2.    1977: NIOSH Issues A Stark Warning About Dioxane Carcinogenesis To The Chemical Industry [2] ........................................................... 2

Exhibit 3.    NCI Determines dioxane Is Carcinogenic [3]........................................................... 3

Exhibit 4.    April 1980: EPA Issues Preliminary List Of TSCA Contaminants Presenting Dioxane As A Carcinogen [4]........................................................... 4

Exhibit 5.    EPA Lists Dioxane As A Contaminant Produced Through Ethoxylation [4] ........ 5

Exhibit 6.    June 19, 1980: TSCA Listing Prompts EPA To Request Additional Information On The Contaminant Levels Of Dioxane In Roundup [5]........................................................... 7

Exhibit 7.    Monsanto Memo Presents Unsubstantiated Conclusion: No Risk To Man Or The Environment [5] ........................................................... 9

Exhibit 8.    1978: IARC Concluded dioxane Was A Carcinogen [6]........................................................... 10

Exhibit 9.    Monsanto Admits Roundup Is Highly Contaminated With Dioxane [5] ............ 11

Exhibit 10.    Monsanto Compares Roundup Dioxane Levels To  A Non-Cancer ACGIH TLV [5]........................................................... 13

Exhibit 11.    EPA Gives Monsanto A Pass Concluding Dioxane Does Not Exceed The Non-Carcinogenic TLV [5]........................................................... 14

Exhibit 12.    EPA Finds Dioxane Not A Problem [5] ........................................................... 15

Exhibit 13.    1977: NIOSH Dioxane Criteria Document Was Highly Detailed [5] ................. 16

Exhibit 14.    1977: NIOSH Discussed The Compelling Evidence Of Dioxane Carcinogenesis In Both Liver And Nasal Cavity [5] ........................................................... 17

Exhibit 15.    NIOSH Importantly Notes Cancer Dose-Response Relationship And Cancers Were Detected Even With Small Number Of Animals [2]........................................................... 18

Richard L. DeGrandchamp, PhD

Exhibit 16.    NIOSH Notes That Even Very Small Number Of Tumors Is Sufficient To Be Concerned About A Carcinogen  [2] ...................................................... 18

Exhibit 17.    NIOSH Warns Industry Of Potential Carcinogenic Synergism Between Dioxane And Other Carcinogens [2].................................................................. 19

Exhibit 18.    NIOSH Sets The Acceptable Level In Air To The Detection Limit [2].............. 20

Exhibit 19.    NIOSH Provided Detailed Instructions For Worker Protection To Prevent Skin Absorption [2]........................................................................................... 21

Exhibit 20.    NIOSH Required: *Personnel Occupationally Exposed Must Be Warned* [2]....... 21

Exhibit 21.    1988: EPA Dioxane Cancer Profile Was Put Online In EPA IRIS [7]................. 22

Exhibit 22.    Monsanto Admitted Roundup Was Contaminated With 11 Impurities  [8]......... 23

Exhibit 23.    Monsanto Detected High Dioxane Levels In 1998-1999 Batches Of Roundup-Maximum Concentration Of 270 PPM [8] ........................................................ 24

Exhibit 24.    Monsanto Admitted Different Synthetic Manufacturing  Processes Yielded Varying Levels of Roundup Toxic/Carcinogenic Impurities  [8]........................ 25

Exhibit 25.    Monsanto Summarized The Toxicity Testing Results For Numerous Roundup Impurities  [8] ......................................................................................... 26

Exhibit 26.     Monsanto Own Studies Proved Dioxane Was Carcinogenic In Both Mice And Rats [8]..................................................................................................... 27

Exhibit 27.    EPA Can Require Inerts To Be Listed On Label If They Pose Unreasonable Risk [9]............................................................................................................ 28

Exhibit 28.    Monsanto Admits EPA Listed Dioxane As Inerts of Toxicological Concern In 1987 [10].................................................................................................. 29

Exhibit 29.    Monsanto's Explanation For Why It Keeps Contaminant Information On Dioxane From The Public Does Not Address Why Workers Were Not Warned [10]........ 30

Exhibit 30.    April 22, 1987: EPA Web Notification That All Inerts Must Be Listed On Label [11] ........................................................................................................... 31

Richard L. DeGrandchamp, PhD

Exhibit 31.   EPA's Policy Required Carcinogenic Inerts To Be Listed On Label If Chemical Was Classified As IARC Category 2A or 2B  [8] ................................................. 32

Exhibit 32.   EPA Specifically Put Dioxane On *List 1* Inerts Because It Was Carcinogenic [8] ....................................................................................................................... 33

Exhibit 33.   EPA Gave Explicit Instructions For The Placement Of Inerts On Labels  [8]..... 34

Exhibit 34.   EPA Required Carcinogenic Labeling Identifying The Inert Ingredient [11] ...... 34

Exhibit 35.   Dr. Eaton States Individual Could Safely Drink 3.5 ppm  Dioxane [12] ............. 36

Exhibit 36.   Monsanto Admits Three Carcinogenic Inerts That EPA Required To Be Listed: Dioxane, Formaldehyde, And N-Nitrosoglyphosate (NNG) [13] ........................ 37

Exhibit 37.   1990: Monsanto Forced To Conduct An Actual Dioxane Cancer Risk Assessment Nearly A Decade After EPA Request [14] ........................................................... 39

Exhibit 38.   Monsanto Admits Dioxane Is Carcinogenic And Relies On The USDA/NCI Cancer Incident Rate For Nasal Cancer [14] ........................................................ 40

Exhibit 39.   After Nearly A Decade Monsanto Finally Forced To Conduct A Dioxane Cancer Risk Assessment [15]............................................................................................ 41

Exhibit 40.   EPA Concluded Monsanto's Exposure Assessment Was Unacceptable [15] ...... 42

Exhibit 41.   1991: EPA Dismisses Monsanto's Dioxane Risk Assessment As  Deficient And Significantly Flawed [15] ..................................................................................... 43

Exhibit 42.   EPA's Independent Analysis Found Monsanto's Cancer Risks Were *Significantly Higher* Than Monsanto's Estimate [15] ............................................................. 44

Exhibit 43.   EPA Calculated The Combined Risk To Roundup Workers [15] ........................ 45

Exhibit 44.   EPA Concluded That Further Analysis Was Required [15] ................................. 46

Exhibit 45.    January 29, 2001: Monsanto Admits The Dioxane In Roundup Could Easily Be Purified From Dioxane Contamination-But Was Willing To Do So If It Only Cost *A Few Cents* A Gallon [16]................................................................................... 47

Exhibit 46.   May 14, 2016: Monsanto Knew How To Completely Eliminate All Dioxane Roundup Contamination [17] ............................................................................... 48

Richard L. DeGrandchamp, PhD

Exhibit 47.   Monsanto Intends To *Reach* The Highest Levels Of EPA To Stop "Me-Too" Products [18] ........................................................................... 49

Exhibit 48.   Monsanto Has Denied For Years Roundup Impurities Posed Any Risks Even Though Its Impurities Have Been Detected At High Levels [18] ........................ 50

Exhibit 49.   Monsanto Admits That EPA Does Not Know How To Deal With Impurities And They Really Haven't Been Doing Anything With Roundup [18] ........................ 50

Exhibit 50.   Monsanto Plans To Sue EPA If It Doesn't Conduct Review Of Competitors Impurities [18] ........................................................................... 51

Exhibit 51.   Monsanto Admits The Kermit Project Has Some Risks: "Discovering Something Undesirable About An Impurity In Our Product" [18] ........................................ 51

Exhibit 52.   Monsanto Misrepresents Inert Labeling Requirements [16] ................................ 53

Exhibit 53.   Monsanto Accepts Higher Contaminant Levels Of Dioxane In Roundup [19].... 55

Exhibit 54.   May 30, 1996: It Is "Easy And Cheap" To Reduce dioxane Roundup Contamination [19] ........................................................................... 56

Exhibit 55.   March 29, 2000: Monsanto Is Concerned If They Set Impurity Levels To The Absolute Minimum It Would Not Be Profitable [19] ........................................ 57

Exhibit 56.   2004: Monsanto Again Underestimated The Cancer Risk For Applicators To Dioxane Contaminated Roundup [20] ........................................................ 58

Exhibit 57.   Monsanto Detected Dioxane Levels In Roundup As High As 270 ppm [8] ........ 60

Exhibit 58.   1990: Monsanto Based Its Dioxane Risk Assessment On A Concentration of 265 ppm In Roundup  [14] ........................................................................... 61

Exhibit 59.   Monsanto Calculated The Risk For Backpacker Application Assuming A Dioxane Concentration Of 10 ppm ........................................................................... 62

Exhibit 60.   Monsanto Underestimated The Dioxane Cancer Risk By 30-Fold [20].............. 63

Exhibit 61.   Monsanto Admits That The 1 PPM Dioxane Concentration Specification In Roundup Formulations Was Never A Health-Based Concentration [21]............. 64

Richard L. DeGrandchamp, PhD

Exhibit 62.   Monsanto Admits That N-Nitrosoglyphosate Is Another Carcinogenic Roundup Impurity But The Regulatory Agencies Are Not Concerned [21] ....................... 65

Exhibit 63.   Monsanto Issues Caution In Attacking Chinese Roundup Because Of Its Own Dioxane Contamination [22]............................................................................... 66

Exhibit 64.   Monsanto Admits Its Standalone Surfactant Containing Very High Concentrations Of Dioxane Will Pose Unacceptable Cancer Risk [23] ........................................ 67

Exhibit 65.   Monsanto Admits It Has Been Selling MON8139 Which Is *"Straight Surfactant"* For Batch Mixing Containing 50 ppm Dioxane [23]............................................. 68

Exhibit 66.   Monsanto Is Now Concerned That The New Dioxane Potency Value May Require Analysis Of The Margin Of Exposure [24]............................................... 69

Exhibit 67.   A Monsanto Supplier Admits The Specs For Its Dioxane Levels Average 22 ppm With A Maximum Of 50 ppm [25] ........................................................................ 70

Exhibit 68.   Monsanto Is Concerned That The Dioxane Levels Are So High They May Be Required To Include A Warning On the MSDS In California Required By Proposition 65 [25] ............................................................................................. 70

Exhibit 69.   The Surfactant Supplier For Roundup Informs Monsanto That The Higher Dioxane Levels Saved Monsanto 20 Cents/Kg [26]............................................. 71

Exhibit 70.   Monsanto Admits That Its Roundup Will Contain 16 ppm Dioxane [26]............ 72

Exhibit 71.   2019: Adams et al. Show There Is A Shared Commonality In The Molecular Hallmarks Of Lymphoma [27].............................................................................. 74

Exhibit 72.   1017 Ghosh et al. Show Molecular Fingerprint Of Genetic Alterations Induced By PCBs Are Similar To The Hallmarks Of Lymphomas [28] ................................. 75

Exhibit 73.   2021 Li et al. Li *et al.* (2021) Show That PCB-153 Exposure Caused 30 *Gene Deletions* In Several Different Chromosome In An In Vitro Study [29].............. 77

Exhibit 74.   2011 Schneider et al. Describe The Signature Molecular Hallmarks Of Diffuse B-Cell Lymphoma [30]......................................................................................... 78

Exhibit 75.   Roschewski et al. Discuss The Hallmarks Of Diffuse Large-B-Cell Lymphoma [31]....................................................................................................................... 79

Richard L. DeGrandchamp, PhD

Exhibit 76.    2011: Frick et al.  Focus On The Molecular Etiology Of Diffuse Large B-Cell
               Lymphoma [32] ................................................................... 80

Exhibit 77.    2023: Benbrook et al. Summarize The Genotoxicity Studies Published Since The
               IARC Glyphosate Monograph Was Issued [33] ................................... 81

Exhibit 78.    2023: Chang et al. Provide Supplemental Human Genotoxicity Information To
               Supplement Animal Studies [34] .................................................. 82

Richard L. DeGrandchamp, PhD

# 3.  1882: MONSANTO KNEW ITS CHEMICAL PRODUCTS CONTAINED TOXIC/CARCINOGENIC IMPURITIES

This supplemental report addresses the impurities in Monsanto's chemical product Roundup. However, I have previously discussed the highly carcinogenic impurities in its Polychlorinated Aroclors and Monsanto was aware as early as the 1960's that that product line was contaminated with dibenzo furans.  The toxic and carcinogenic impurities have plagued Monsanto for many decades and by the 1980s, Monsanto gave at least the *appearance* to being concerned about the risks its impurities posed to the public and workers that it drafted a section on *Product Safety and Quality* for its *Social Responsibility Report.* While this was a lofty proposal, I have not seen any documents in which Monsanto actually enacted any proposal towards the end of meeting its "Social Responsibility" to ensure it analyzed its products for toxic and carcinogenic impurities to protect the public and workers. As part of this proposal, it stated it would form a separate analytical chemistry division called the *Ultratrace Laboratory* [1] who's purpose would be to *test products for trace impurities* in order to strengthen its *uniform procedures for quantitative risk calculations for all new Monsanto products.*  Monsanto stated it would commit *more than $500,000 a year to this program,* as shown below.

Richard L. DeGrandchamp, PhD

**Exhibit 1.    Monsanto Admits Its Products Contain Toxic Impurities And
Has An Obligation
To Weigh The Risks
[1]**



Monsanto    MAY 2 7 1982

NAME - LOCATION - PHONE:    J. W. Fullinwider - A3ND - (4-2887)

DATE    May 26, 1982    cc: W. D. Carpenter G3WG
L. J. O'Neill    A3ND
SUBJECT    S. W. Solomon  A3NA
REFERENCE

TO :    K. C. Beene
J. R. Conway
J. S. Craddock
F. P. Hendrickson
J. Y. Mieure
A. F. Werner

Enclosed is a draft
and Quality for the
which I've pulled to
I'd appreciate your review and approval by June 3 if
possible.

I'll be away the rest of this week. If you want to respond
by phone during that time, please call Sheryl Solomon at
4-2750.

Many thanks.

J. W. Fullinwider /c.w.

J. W. Fullinwider

JWF/ue
Enclosure

Monsanto believes the government has an obligation
to regulate the production and use of potentially hazardous
materials.  Monsanto also believes the manufacturers have
a larger responsibility for the safe manufacture, transportation
and handling, and ultimate informed use of those products.

Part of the research necessary to establish the safety
of a product involves the search for harmful impurities
or trace materials that may be produced in the manufacture

PRODUCT SAFETY AND QUALITY    DRAFT: 5/25/82

We will weigh the risks and    We will maintain the quality
benefits of all products we    of our products at a level
produce, and market only those    consistent with consumer
we believe society will find    expectations.
valuable on balance.

Monsanto is determined that any product it makes and
sells will pose no threat to the people who make it, to
the people who use it or to the environment.  Monsanto
assumes responsibility for the safety of its products.
During 1981 a task force was formed to evaluate practices
throughout the corporation for assessing risks in new products.
This is the first thorough-going review of risk assessment
since 1970.  Eventually, the task force will develop strengthened
and uniform procedures for quantitative risk calculations
for all new Monsanto products.

IN - 10 (REV. 8/77)

a

Page xi

Richard L. DeGrandchamp, PhD

Despite this lofty narrative, Monsanto ignored the impurities in many products that were not even analyzed for impurities.  Obviously, with no concentration data, no risk assessments could be conducted for many impurities it its products including Roundup. Additionally, when it did analyze for a select few contaminants and found they could have posed a health risk, it did not purify the Roundup remove the impurities, even when by its own admission, it was *easy and cheap.* This report provides evidence that Monsanto either knew or could be reasonably certain that at least two impurities, namely 1,4-dioxane and ethylene oxide (EtO) contaminated it Roundup formulations and were well warned by the extensive published toxicological literature that these carcinogenic impurities could pose unacceptable cancer risk. Furthermore, it did not even warn the public or applicators that these cancer causing impurities were present in its Roundup even though these compounds alone or in combination could pose an unacceptable cancer risk.

Richard L. DeGrandchamp, PhD

# 4.   DIOXANE IMPURITIES IN ROUNDUP POSED HIGH CANCER RISKS TO APPLICATION WORKERS

## 4.1.   1977: NIOSH Issues Exposure Standard Containing Lengthy Warning About Dioxane Carcinogenicity For Workers

As early as 1977, NIOSH issued a highly detailed compendium focusing on dioxane-induced cancer risk to workers. Even at this early date, NIOSH is so concerned about the carcinogenicity of dioxane it sets safe airborne levels to the lowest possible level: the detection limit. This urgent warning about worker cancer was ignored by both EPA and Monsanto for more than a decade until finally EPA determined the dioxane levels in Roundup posed high risk to applicators, but it took EPA 23 years to arrive at this conclusion (after NIOSH issued its Criteria Document). Monsanto continued to underestimate the dioxane cancer risk and repeatedly produced fatally flawed cancer risk assessment and to this day dismisses the health threat posed by dioxane contamination in Roundup. I discuss the importance of this seminal NIOSH report in greater detail in the sections below.

Richard L. DeGrandchamp, PhD

**Exhibit 2.    1977: NIOSH Issues A Stark Warning About Dioxane Carcinogenesis To The Chemical Industry [2]**



## 4.2.    1978: NCI Concludes Dioxane Is A Carcinogen

### 4.2.1.   _1978: NCI Concludes dioxane Is A Carcinogen_

As early as 1978, Monsanto knew the Roundup contaminant dioxane (dioxane) was a carcinogen. The NCI conducted a definitive study providing overwhelming evidence dioxane was carcinogenic in two animal species [3].

Page 2

Richard L. DeGrandchamp, PhD

## Exhibit 3.    NCI Determines dioxane Is Carcinogenic [3]



### 4.3.    April 1980: EPA Issues A Preliminary Finding To List Dioxane As A Carcinogenic TSCA Contaminant

The importance of adding dioxane to the TSCA list is that chemical products containing dioxane would be required to be properly labeled. The warning would alert workers and the public that it contained carcinogenic dioxane. Although Monsanto would (incorrectly) claim in later years that

Richard L. DeGrandchamp, PhD

dioxane was exempt from labeling under FIFRA, its arguments do not apply to TSCA as it was a law separate and apart from pesticide regulations.

**Exhibit 4.    April 1980: EPA Issues Preliminary List Of TSCA Contaminants Presenting Dioxane As A Carcinogen [4]**



**⊕EPA**

**TSCA Chemicals-in-Progress Bulletin**

Office of Pesticides & Toxic Substances

Vol. 1, No. 1                                          April 1980

This bi-monthly news bulletin is intended to inform all persons concerned with the Toxic Substances Control Act (TSCA) about recent developments and near-term plans. For further information or to request copies of documents mentioned, write the Industry Assistance Office, (TS-799) OPTS, U.S.E.P.A., Washington, D.C., 20460, or call toll-free 800-424-9065 or, in Washington, 554-1404.

IV. New Chemical Substances That EPA Has Added to the Inventory During the Month

None.

**REGULATION OF HAZARDOUS SUBSTANCES . . . SECTION 6**

*Under Section 6, EPA may find that a chemical will present an unreasonable risk to human health or the environment and, thus, must be controlled as a hazardous substance. EPA may apply one or more of the following controls to the extent necessary adequately to protect against the risk, using the least burdensome requirement and balancing social and economic factors, including benefits and substitutes' availability: prohibit or limit production or distribution or the amount handled; prohibit or limit the use of concentration or the amount used; require marking with warnings or instructions for handling; require record-keeping of production processes, monitoring or testing for compliance; regulate disposal. All rule-making must include hearings with an opportunity for cross-examination if required.*

**Labeling**

Under the authority of Section 6(a) a proposal now in draft would require all manufacturers and importers (including those who repackage and relabel) to determine the hazard of all their chemical substances and mixtures and prepare and affix labels for all their con-

tainers used in commerce. A hazard is defined to include substances which are carcinogenic, highly toxic, toxic, corrosive, irritants, sensitizers, extremely flammable, flammable, combustible, pyroforic, reactive, strong oxidizers, asphyxiants or compressed gas. For each type, a label text and hazard class (Danger, Warning, Caution) is specified. A staggered schedule would require compliance for carcinogens after one year, other hazards after two and mixtures after three years. Details will appear in the next issue.

Asbestos

A workshop-style conference will be held July 14-16 at the Sheraton-National Hotel, Arlington, Va. on the question of substitutes for Asbestos; it will be open to anyone interested. IAO will publicize it during the next two months.

SUBSTANTIAL RISK . . . SECTION 8(e)

*Under Section 8(e) persons who obtain information which reasonably supports the conclusion that a substance presents substantial risk of injury to human health or the environment must notify EPA within 15 days. These notices are then reviewed by OPTS preliminarily and an initial evaluation is prepared contain-*

5

Richard L. DeGrandchamp, PhD

It is noteworthy that EPA highlights the fact that dioxane is produced by ethoxylation of fatty acids (which include surfactants used in Roundup formulation. In this synthetic process, dioxane molecules are formed when 2 moles of ethylene oxide react to form one mole of the dioxane cyclic adduct. Moreover, ethylene oxide is itself a carcinogen and as I discuss in my expert report Book 4, has recently been identified by EPA as a very potent carcinogen itself. EPA classified it largely based on the analysis conducted by applying the Key Carcinogenic IARC framework to evaluate the molecular mechanism (the Agency refused to conduct the same robust analysis for Roundup).

It is unclear why ethylene oxide was not a subject for concern since it is the precursor chemicals necessary to form 1,4-dioxane in surfactants.  I was unable to find a document in which EPA even asked for impurity information for ethylene oxide).

### Exhibit 5.    EPA Lists Dioxane As A Contaminant Produced Through Ethoxylation [4]

Richard L. DeGrandchamp, PhD

### *4.3.1.   December:1980: EPA Requests More Information From Monsanto For Dioxane Contamination In Roundup*

On December 4, 1980, EPA requested data from Monsanto regarding the levels of dioxane contamination in Roundup. This inquiry was prompted by the Agency listing it as a *TSCA contaminant* as discussed above. Monsanto had previously notified EPA on November 17, 1980 that Roundup contained dioxane as an impurity, but it provided no additional details about the contaminant concentrations or information about potential risks to the public or Roundup applicators.

Richard L. DeGrandchamp, PhD

**Exhibit 6.** **June 19, 1980: TSCA Listing Prompts EPA To Request Additional Information On The Contaminant Levels Of Dioxane In Roundup [5]**



### 4.3.2.   *June 19, 1980: Monsanto Responds To EPA's Request For Information With A Simple Statement That It Poses "Minimal" Risk*

In response to EPA's request for information about levels of dioxane contamination in Roundup, Monsanto responded that its toxicologists have *"reviewed"* this matter and the carcinogenic risk

Richard L. DeGrandchamp, PhD

is *"minimal."* This statement was not supported by any actual risk analysis, or even with a rough estimate of the dioxane concentration.

It is noteworthy, that Monsanto *instructed* EPA to keep the dioxane information from the public and those Roundup applicators who were exposed to dioxane contamination because that was confidential information under FIFRA, despite the fact that EPA's request had nothing to do with FIFRA. EPA's inquiry was triggered because the Agency had just listed dioxane as a carcinogen under TSCA-not FIFRA.  Under TSCA, dioxane contamination in any product, including Roundup would have required Monsanto to label products containing dioxane to notify workers and the public that it contained a carcinogen.  It is unclear if EPA ever discussed this distinction between the reporting/labeling requirement under TSCA versus FIFRA with Monsanto, but the applicable laws, labeling requirements, and handling of confidential information are different. Monsanto states that dioxane posed no risk to man or the environment, but it is unclear whether they considered applicators that would be exposed to concentrated formulations or were narrowly focused on crop residues. Also, while Monsanto uses the qualitative term "trace" it has no meaning in toxicology because even minute quantities or traces of highly carcinogenic impurities can pose unacceptable cancer risk.

Richard L. DeGrandchamp, PhD

**Exhibit 7.   Monsanto Memo Presents Unsubstantiated Conclusion: No Risk To Man Or The Environment [5]**



## 4.4.   1987: IARC Provides Further Toxicological Support Dioxane Is A Carcinogen

Although both the NCI and NIOSH had classified dioxane as a carcinogen based on animal

studies, IARC Monographs Volumes 1 to 42 classified dioxane as a class B2 carcinogen

Richard L. DeGrandchamp, PhD

(probable human carcinogen) after a careful review of human, animal, and molecular evidence. While IARC concluded there was insufficient human (epidemiological) evidence there was sufficient animal and mechanistic evidence to conclude dioxane was genotoxic, mutagenic and induced DNA breaks.

**Exhibit 8.    1978: IARC Concluded dioxane Was A Carcinogen [6]**



**IARC MONOGRAPHS**

**ON THE**

**EVALUATION OF THE CARCINOGENIC RISKS TO HUMANS**

Over...
of IAI...

SUPPL...

LYON,
1987

**A. Evidence for carcinogenicity to humans** (*inadequate*)

In a mortality study of 165 workers who had been exposed to low concentrations of 1,4-dioxane since 1954, seven deaths had occurred by 1975, two of which were from cancer[1].

**B. Evidence for carcinogenicity to animals** (*sufficient*)

Administration of 1,4-dioxane in drinking-water at several dose levels to rats and male guinea-pigs produced adenomas and carcinomas of the liver in rats of each sex, hepatomas in guinea-pigs, carcinomas of the nasal cavity in male and female rats and carcinomas of the gall-bladder in guinea-pigs. No increase in the incidence of tumours was observed in rats following its inhalation. It increased the incidence of skin tumours in mice when applied after 7,12-dimethylbenz[*a*]anthracene[2]. In a mouse-lung adenoma assay, 1,4-dioxane produced a statistically significant increase in the incidence of tumours in males given an intermediate intraperitoneal dose; no such increase was noted in males given a lower or higher intraperitoneal dose or in females given three intraperitoneal doses or in either males or females given 1,4-dioxane orally[3].

**C. Other relevant data**

No data were available on the genetic and related effects of 1,4-dioxane in humans. It induced DNA strand breaks in rat hepatocytes *in vitro*. It did not induce sex-linked recessive lethal mutations in *Drosophila* or aneuploidy in yeast. It induced chromosomal aberrations in plants. It was not mutagenic to bacteria[4].

### *4.4.1.   February 20, 1981: Monsanto Responds To EPA's Information Request With A Misleading/False "Risk" Assessment Concluding No Cancer Risk*

In 1981, Monsanto admits dioxane has been detected at a maximum concentration of 2,800 ppm in batches of surfactant that have been tested. This is a far cry from being a "trace" contaminant. Monsanto's own analysis detected dioxane at a level of 1,662 ppm in a batch of its surfactant.

Richard L. DeGrandchamp, PhD

It found its Roundup formulation to contain as much as 265 ppm calculating that the final contaminant concentration in the Roundup formulation was 0.03%. Although this may suggest "trace" level to non-toxicologists, it equates to a dioxane concentration of 300 ppm in the Roundup formulation, which would pose an unacceptable risk to Roundup applicators.

### Exhibit 9.    Monsanto Admits Roundup Is Highly Contaminated With Dioxane [5]



Richard L. DeGrandchamp, PhD

Monsanto calculated an application worker would be exposed to a dioxane airborne concentration of 0.06 ppm-which by any measure is an extremely high airborne level posing high cancer risk. Monsanto also ignored EPA's impetus of the December1980 memo request to Monsanto for dioxane information, which as discussed was triggered by TSCA and pertained to a labeling requirement (as discussed above). Instead of addressing the EPA's request for information pertaining to cancer risk, Monsanto instead compared its mathematically modeled airborne concentration to the ACGIH Threshold Limit Value (TLV). It knew this was misleading because the TLV is a non-cancer threshold-having nothing to do with protecting workers for cancer. Monsanto knew NIOSH had just issued a lengthy criteria document just 3 years earlier which set the dioxane safe level-based on cancer-to the lowest level that could be measured (see sections below) to protect workers from *cancer*.  Monsanto also knew in 1981 the health-based emphasis for dioxane exposure was cancer because it was shown to be a potent carcinogen, which is whey EPA put dioxane on its TSCA list prompting EPA in turn to begin requesting cancer risk information about the dioxane levels in Roundup.

It is also important to note that instead of deferring to NIOSH which is the *governmental agency* that calculates safe airborne exposure levels for OSHA, which is the enforcement regulatory body responsible for enforcing mandated safe Permissible Exposure Levels (PEL), Monsanto instead cited the *non-governmental* advisory group-the American Conference of Governmental Industrial Hygienists (ACGIH)-Threshold Limit Values (TLVs)**.**

Richard L. DeGrandchamp, PhD

### Exhibit 10.   Monsanto Compares Roundup Dioxane Levels To A Non-Cancer ACGIH TLV [5]

Consequently, there will be no risk to the farmer, grazing animals or the public.

Also, if one assumes: (1) that all of the dioxane is vaporized at once; (2) a maximum use rate of five quarts of Roundup per acre (normally, use rates range from one to three quarts per acre); (3) and that all vapor is limited to a layer within five feet of the ground, the average air concentration would be approximately 0.06 ppm. This maximum concentration is well below the proposed new TLV of 25 ppm and will pose no risk to the applicator.

Monsanto continues to evaluate alternate surfactants for Roundup, but at this time cannot project a date at which a conversion may be made.

#### 4.4.2.   *March 18, 1981: EPA Oversight Fails To Notice Monsanto's Fatalyl Flawed Analysis And Conclusion About Dioxane Cancer Risk*

Despite EPA's initial request for risk information from Monsanto about dioxane contamination prompted by the 1980 decision to put dioxane on the TSCA list as a carcinogen, EPA gives Monsanto a pass and concludes dioxane levels will not pose an unacceptable cancer risk to the applicator based on the ACGIH TLV comparison.  In fact, EPA parrots the same misleading conclusion taken from Monsanto's earlier letter to EPA.  EPA also fails to mention that Monsanto's response is irrelevant to EPA listing dioxane as a carcinogen under TSCA-not FIFRA. Additionally, it does not broach the subject of labeling Roundup as containing dioxane a carcinogen listed under TSCA.

Richard L. DeGrandchamp, PhD

### Exhibit 11.   EPA Gives Monsanto A Pass Concluding Dioxane Does Not Exceed The Non-Carcinogenic TLV [5]



Despite the fact that initial EPA request for information was based on the TSCA listing, EPA concludes dioxane does not pose an "unreasonable adverse effect" and appears to dodge the TSCA issue entirely by stating  dioxane is "cleared" as an inert ingredient under <u>FIFRA</u>, which is a non sequitur statement because the issue was not the risk posed by residues on edible crops, but rather to Roundup applicators who could develop cancer.

EPAs finding prevented Roundup applicators from ever knowing the Roundup they were applying contained dioxin a preliminarily listed TSCA carcinogen, which would ultimately be shown to pose high cancer risk.

Richard L. DeGrandchamp, PhD

## Exhibit 12.   EPA Finds Dioxane Not A Problem [5]

Residues of dioxane in rac's are also not expected to pose a problem, given the levels of dioxane found in the ROUNDUP formulation (personal conversation, Lynn Bradley, RCB, February 27, 1981).

In summary, it is the conclusion of this reviewer that "an unreasonable adverse effect" is unlikely to result from dioxane as a contaminant of this formulation at the reported levels. It is also noted that dioxane is "cleared" as an inert ingredient under 180.1001(d) for use as a solvent or co-solvent.

### 4.4.3.   *1977: NIOSH Very Concerned About Dioxane Cancer Risks For Workers*

In 1981, when Monsanto submitted its response to EPA's request for information about dioxane, it had known for 13 years NIOSH was so concerned about worker exposures leading to cancer it set the health-based standard to a non-detect concentration. Nevertheless, Monsanto ignored this strong indication that worker cancer was a major concern and made a simple comparison to the non-cancer TLV derived by ACGIH.  It called this simple comparison a *risk assessment*. In fact, it completely ignored the dioxane NIOSH criteria document and I could find no mention of that seminal work in any of the more than 100 dioxane related Monsanto documents I have reviewed.

Richard L. DeGrandchamp, PhD

**Exhibit 13.   1977: NIOSH Dioxane Criteria Document Was Highly Detailed [5]**



Richard L. DeGrandchamp, PhD

**Exhibit 14.   1977: NIOSH Discussed The Compelling Evidence Of Dioxane Carcinogenesis In Both Liver And Nasal Cavity [5]**

> Basis for the Recommended Environmental Standard
>
> (a)   Permissible Exposure Limit
>
> Dioxane has been shown to induce tumor formation in experimental animals [43,62-67,70]. There is confirmed evidence of cancer induction in rats given large oral doses of approximately 1% dioxane in drinking water [43,62,64,65,67]. Neoplastic lesions most often described were tumors of the liver and nasal cavity. In the liver, they were described as "incipient" liver tumors, hepatomas, and hepatocellular carcinomas. In the nasal cavity, epithelial carcinomas, olfactory neuroblastomas, and seromucous adenocarcinomas (as well as rhabdomyosarcomas) were described. In two of these studies [43,65], a relationship was reported between the amount of dioxane ingested in drinking water and the incidence of tumors. In one study [65], a statistically significant increase (P<0.05) in hepatic tumors of all types, in hepatocellular carcinomas, and in nasal carcinomas was seen in rats given drinking water containing 1% dioxane as compared to the controls (12/66 vs 2/106, 10/66 vs 1/106, and 3/66 vs 0/106, respectively).   One hepatocellular carcinoma (statistically not

NIOSH emphasized that the cancer incidence followed a dose-response relationship and that the cancer potency of dioxane was significant enough to be detected even when the number of test animals used in the study was low.

Richard L. DeGrandchamp, PhD

**Exhibit 15.   NIOSH Importantly Notes Cancer Dose-Response Relationship And Cancers Were Detected Even With Small Number Of Animals [2]**

An additional argument to consider in the interpretation of the studies of experimental carcinogenicity also concerns the question of the occurrence of tumors in experimental animals only at high doses and not at lower doses. Tumor incidence is proportional to dose and a dose-response relationship was seen in the ingestion studies [65]. Even if dioxane is a weak carcinogen, an incidence of 1-10 cases of cancer in a population of 100,000 would not be unexpected. Such an incidence in experimental animals would probably not be detected in a population of 1,000 animals; yet, in none of the experiments reviewed here has that large a population been used in any one treatment group. If these animals were much more sensitive than

**Exhibit 16.   NIOSH Notes That Even Very Small Number Of Tumors Is Sufficient To Be Concerned About A Carcinogen  [2]**

As commented in Chapter III, the lack of a significant excess in numbers of tumors in several hundred rats does not give reassurance of lack

of tumor excess in 100,000 humans similarly exposed, because of discrepancies in population sizes and because of lack of evidence on relative sensitivities to tumor induction in the two species.

NIOSH also explicitly warned the chemical industry about the potential *synergistic carcinogenic* effects in workers contemporaneously exposed to dioxane and other cancer causing compounds. Obviously, Monsanto would have known this would apply to Roundup as Monsanto has repeatedly admitted that it contained numerous other carcinogens.  Indeed, it analyzed for other carcinogens like N-nitrosoglyphosate (NNG) and formaldehyde and knew Roundup contained multiple carcinogens.

Richard L. DeGrandchamp, PhD

**Exhibit 17.   NIOSH Warns Industry Of Potential Carcinogenic Synergism Between Dioxane And Other Carcinogens [2]**

> Workers in one dioxane-manufacturing concern [35] are exposed to various other chemicals such as trichloroethylene, perchloroethylene, carbon tetrachloride, methylene chloride, and vinyl chloride. Both experimental and epidemiologic studies, involving exposure to other chemicals in conjunction with dioxane, should be conducted to determine the possible additive, synergistic, or inhibitory effects of exposure to other substances and to dioxane on workers. It is noted that there is suggestive evidence of interactive toxicity in one epidemiologic study [34].

Finally, even though NIOSH explicitly stated "cancer in workers is the primary health concern" in setting the recommended standard for dioxane, Monsanto chose to ignore this warning and simply cite the non-cancer AGCIH TLV as the *protective* standard.

It is important to note, NIOSH set the standard of exposure for dioxane to the *lowest possible concentration reliably measured,* which at the time was 1ppm. In other words, if dioxane could be detected it posed an unacceptable *cancer risk*. Thus, the 1 ppm NIOSH standard was 25 times lower than the ACGIH non-cancer TLV standard of 25 ppm.

Richard L. DeGrandchamp, PhD

**Exhibit 18.   NIOSH Sets The Acceptable Level In Air To The Detection Limit [2]**

contact by use of appropriate work practices is very important.

Cancer in workers is the primary health concern in the development of this recommended standard for exposure to dioxane. In addition, liver and kidney damage are potential effects. The permissible limit recommended for occupational exposures to dioxane is based on the belief that dioxane can cause tumors in exposed workers and on the belief that information allowing the derivation of a safe exposure limit is not now available. Thus, a limit that is the lowest concentration reliably measureable over a short sampling period is recommended. This limit is 1 ppm, based on 30-minute sampling at a sampling rate of 1 liter/minute. The reasons for concluding that this is the lowest measureable limit are described in Section (c),

NIOSH was so concerned about the carcinogenicity of dioxane that it also warned it could be absorbed through the skin in addition to inhalation. Indeed, NIOSH considered the risks posed by dermal exposure to be of particular concern so that it went into great detail specifying the extreme personal protective equipment (PPE) that workers should wear to prevent skin contact. Monsanto never issued any warnings or labels to Roundup applicators to alert them to the dangers of dermal absorption and that they should wear PPE to prevent dermal exposure. Indeed, Monsanto kept all information about dioxane contamination of Roundup a secret from the public and Roundup applicators.

Richard L. DeGrandchamp, PhD

**Exhibit 19.   NIOSH Provided Detailed Instructions For Worker Protection
To Prevent Skin Absorption [2]**



> (d)     Personal Protective Equipment and Protective Clothing
>
> Dioxane  has  been shown to penetrate the skin of man [31] and animal
> readily [21,50,66,69,70]. Therefore, care  must  be  exercised  to  ensure
> adequate  protection  against  contact  with  dioxane.  Proper  protective
> devices such as full face-shields, neoprene-coated gloves, boots, and  bib-
> type  aprons that cover boot tops should be used while working with dioxane
> to prevent contact and consequent  absorption of dioxane through  the skin.

**Exhibit 20.   NIOSH Required:** *Personnel Occupationally Exposed Must Be
Warned* **[2]**



> (e)     Informing Employees of Hazards from Dioxane Exposure
>
> A  continuing  education program is an important part of a preventive
> hygiene program for employees occupationally exposed to hazardous materials
> such  as  dioxane.   Properly  trained  persons should periodically apprise
> employees of possible sources  of  dioxane  exposure,  the  adverse  health
> effects  associated with such exposure to dioxane, the engineering and work
> practice controls in use and being  planned  to  limit  exposure,  and  the
> environmental  and  medical  monitoring  procedures  used  to  check on the
> exposure and health status of employees.  Personnel occupationally  exposed
> to  dioxane must be warned and advised of the adverse effects of accidental
> exposure and must  be  informed  of  the  signs  and  symptoms  of  dioxane
> exposure.

Richard L. DeGrandchamp, PhD

### 4.4.4.   *September 1988: EPA Formally Classifies Dioxane As A Carcinogen*

EPA concluded there was strong evidence 1,4,-dioxane was carcinogenic in based on cancer experiments in *three* animal species.

## Exhibit 21.   1988: EPA Dioxane Cancer Profile Was Put Online In EPA IRIS [7]



### 4.4.5.   *Monsanto Admitted Roundup Contained Numerous Impurities*

Although Monsanto did not monitor for all possible impurities, it did analyze a limited number of Roundup batches for several compounds, including dioxane.  Its own analysis showed very high concentration for numerous impurities they focused on and for dioxane it measured contaminant levels of up to 270 ppm.

Richard L. DeGrandchamp, PhD

## Exhibit 22.   Monsanto Admitted Roundup Was Contaminated With 11 Impurities  [8]

**************************************

**Question:** Which glyphosate impurities have been tested for toxicology (as primary test material or constituents)?

**Answer:** For tests using impurities as the primary test material, see spreadsheet on individual toxicology findings in Tab 20.  The impurities in glyphosate technical have been tested as constituents of the test material to the degree that they were present in the tested sample.  That possibility has been investigated for the most recent major studies: 2-year rat chronic (ML-87-148), 90-day rat subchronic (ML-86-351) and 2-generation rat reproduction study (ML-88-106). GLP analyses of retained test samples in 1994 showed that AMPA was present in these test samples for the chronic and reproduction studies at levels of 6.8 g/kg and 6.1 g/kg, respectively.  It is apparent from the 1994 chromatograms that other impurities (HPMA, N-methyl-glyphosate, imino-bis) are present. Examination of the analysis records for the test material documents the amount of 11 organic impurities  in the test material (See Tab 17).  Records show that reserve test samples remain if additional analyses are required.  To date, no attempt has been made to attempt to find documentation of earlier test sample

**Summary of Key Impurities in Recent Glyphosate Samples**

|  | Assay | Glycine | Glyphosine | TEA | IDA | PMIDA | AMPA | NMG | NNG | Dioxane |
|---|---|---|---|---|---|---|---|---|---|---|
| **Formulation Samples** | 35 |  |  |  |  |  |  |  |  |  |
| Glycine process | 22 27.00-33.69 | 0.03-0.21 | 0.11-0.66 |  | 0.01-0.47 | ND-tr | ND-0.03 | ND-0.12 | 0.02-0.07 | 0.03-0.39 | ND-270 |
| IDA process | 13 27.00-31.29 | tr-0.03 | ND-tr | ND-Tr | 0.01-0.18 | ND-0.19 | 0.06-0.20 | ND-0.67 | 0.25-2.10 | 0.1-260 |
| **Technical Samples** | 7 |  |  |  |  |  |  |  |  |  |
| Glycine process | 5 94.50-97.40 | 0.11-0.68 | 1.66-1.98 | ND-0.59 | ND |  | ND | ND-0.05 | ND | 0.07-1.46 |
| IDA process | 2 96.94-99.00 | 0.08-0.09 | ND | ND | 0.46-0.53 | ND-1.24 | 0.03-0.04 | ND | 0.03-1.43 |

Richard L. DeGrandchamp, PhD

## Exhibit 23.   Monsanto Detected High Dioxane Levels In 1998-1999 Batches Of Roundup-Maximum Concentration Of 270 PPM [8]

Richard L. DeGrandchamp, PhD

**Exhibit 24.   Monsanto Admitted Different Synthetic Manufacturing Processes Yielded Varying Levels of Roundup Toxic/Carcinogenic Impurities  [8]**



#### 4.4.6.   *Monsanto Conducted Its Own Dioxane Cancer Tests Which Showed It Was Carcinogenic And Genotoxic*

Monsanto performed numerous toxicity/cancer studies on its 11 Roundup impurities.

Richard L. DeGrandchamp, PhD

## Exhibit 25.   Monsanto Summarized The Toxicity Testing Results For Numerous Roundup Impurities  [8]



| Tab | Content |
|-----|---------|
| 9 | Key Questions - Overview |
| 10 | Impurity Profile. Includes data on generic competitors (works) |
| 11 | Glyphosine Technical Summaries |
| 12 | Glyphosine Registrations |
| 13 | CAS Listing for Glyphosine |
| 14 | List of Studies Supporting Glyphosine Registration in the US |
| 15 | Residue and dietary exposure estimates for glyphosine impurity |
| 16 | Other glyphosate manufacturers.  Imports in Argentina and Brazil.  EU Monograph Information. |
| 17 | Glyphosine Toxicology Test Sample Composition |
| 18 | EPA Policy on Cross Contaminants |
| 19 | Triethylamine Toxicology Overview |
| 20 | Toxicology Test Result Matrix for Glyphosate and Related Impurities |
| 21 | Greenhouse Phytotox Study with Glyphosine |
| 22 | Polaris Labels |
| 23 | People Jerry knows on JMPR |
| 24 | Report of 1st Greenhouse Glyphosine Injury Study |
| 25 | Report of 2nd Greenhouse Glyphosine Injury study |
| 26 | Glyphosine Generic Strategy Document |
| 27 | Report of Greenhouse Glyphosine Injury study (canada) |
| 28 | Report of Greenhouse Glyphosine Injury study (beet) |
| 29 | Slider on FAO Spec |
| 30 | Aquatic Toxicology of Glyphosine |

Produced Subject to Protective Order                    MONGLY03577265

Richard L. DeGrandchamp, PhD

**Exhibit 26.    Monsanto Own Studies Proved Dioxane Was Carcinogenic In Both Mice And Rats [8]**



## 4.5.    Monsanto Prepares Misleading Press Release Regarding Carcinogenic Inerts Required To Be listed On Roundup labels

### 4.5.1.    *September 26, 1984: EPA Defines Inerts As Impurities And States It Can Require Listing Them On Label If They Pose Unreasonable Risk To Humans*

In 1984 EPA defines dioxane as an impurity under FIFRA and stresses the point that the term "inert" in *no way signifies that they are toxicologically or chemically inert*. The term includes both *impurities and intentionally added inert ingredients* and thus applies to dioxane.

Richard L. DeGrandchamp, PhD

**Exhibit 27.   EPA Can Require Inerts To Be Listed On Label If They Pose Unreasonable Risk [9]**

Federal Register / Vol. 49, No. 188 / Wednesday, September 26, 1984 / Proposed Rules   37965

pesticidal function. The definition in FIFRA section 2(m) of such ingredients as "inert" is intended only to distinguish them from those that are pesticidally active, and in no way signifies that they are toxicologically or chemically inert. Inert ingredients may or may not be hazardous by themselves, or in combination with other ingredients,

(n) "Inert ingredient" means an ingredient that is not an active ingredient. The term includes both impurities and intentionally added inert ingredients,

Because the identity of an inert ingredient is protected from disclosure by FIFRA sec. 10(d)(1)(C), a prerequisite for labeling identification of such ingredients is that the Agency make a finding that "disclosure is necessary to protect against an unreasonable risk of injury to health or the environment." EPA believes that this criterion is clearly met when the presence of an inert ingredient contributes significantly to the overall acute hazard of the product.

Richard L. DeGrandchamp, PhD

### 4.5.2.   *September 10, 1989: Monsanto Prepares Misleading Talking Points*

Monsanto correctly notes dioxane was put on EPA's list of "inerts of toxicological concern" in 1987, but it misrepresents the importance or intention of EPA's action.  At this point in time, EPA was only concerned about a *tolerance level* which only applies to food exposures. It had nothing to do with exposures to Roundup applicators which is the central issuesin this case. It also misrepresents the fatal flaw in EPA's conclusion that it was unlikely dioxane did not pose an unreasonable adverse effect as discussed in Section 4.4.2. That determination was based on non-cancer health effects.

**Exhibit 28.   Monsanto Admits EPA Listed Dioxane As Inerts of Toxicological Concern In 1987 [10]**



Richard L. DeGrandchamp, PhD

However, Monsanto fails to mention EPA started this regulation which required companies to list "inerts" on the label if they posed unacceptable risks. EPA proposed this rule in 1984. Monsanto claims that there is a *significant difference* between dioxane as an "intentionally added" compound and an "impurity". It continued to promote the idea that EPA found no significant risk associated with dioxane exposure, even though no cancer risk was ever calculated.  This would change in 1990 (see Exhibit 43 below) when EPA would finally calculate the cancer risks and find the risks to applicators was extremely high.

**Exhibit 29.   Monsanto's Explanation For Why It Keeps Contaminant Information On Dioxane From The Public Does Not Address Why Workers Were Not Warned [10]**

> **Why has Monsanto kept the identity of inert ingredients trade secret?**
>
> **The agricultural chemicals business is both highly regulated and extremely competitive.  As a result of regulations and Monsanto's own corporate policy, information on all hazards which may be associated with chemicals used in our products is available to the public.  However, neither Monsanto nor any other competitive company will divulge the proprietary technology which we have discovered in developing superior products unless it is in the interest of public safety to do so.  The precise identity and amount of inert ingredients in formulated products is the result**

It is important to note that EPA's 1984 proposed rule for listing *inerts* on a pesticide label clarifies several points that Monsanto misrepresents.  First, EPA defines inerts as either impurities *or* intentionally added inert ingredients, so Monsanto was making a distinction without a difference with regard to labeling. Dioxane was an impurity and by EPA's definition it was an inert. EPA is also very clear that while inerts are protected from disclosure under FIFRA, the Agency can supersede that regulation if it believes that it poses a risk to health in which case a company is required that risk be listed on the label.

Richard L. DeGrandchamp, PhD

### 4.5.3.   *April 22, 1987; Monsanto Fails To List Dioxane As A Carcinogenic Inert That Was Required By EPA Policy*

**Exhibit 30.   April 22, 1987: EPA Web Notification That All Inerts Must Be Listed On Label [11]**



Richard L. DeGrandchamp, PhD

**Exhibit 31.   EPA's Policy Required Carcinogenic Inerts To Be Listed On Label If Chemical Was Classified As IARC Category 2A or 2B  [8]**

## Inert Ingredients in Pesticide Products

**Inert Ingredients in Pesticide Products; Policy Statement**

OPP-36140; FRL-3190-1

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice.

**SUMMARY:** This notice announces certain policies designed to reduce the potential for adverse effects from the use of pesticide products containing toxic inert ingredients. The Agency is encouraging the use of the least toxic inert ingredient available and requiring the development of data necessary to determine the conditions of safe use of products containing toxic inert ingredients. In support of these policies, the Agency has categorized inert ingredients according to toxicity. The Agency will (1) require data and labeling for inert ingredients which have been demonstrated to cause toxic effects; (2) in selected cases pursue hearings to determine whether such inert ingredients should continue to be permitted in pesticide products; (3) require data on inert ingredients which are similar in chemical structure to chemicals with demonstrated toxic properties or which have suggestive, but incomplete data on toxicity; and (4) subject all new inert ingredients, both for food and non-food uses, to a minimal data set and scientific review. The Agency is soliciting comments on these policies.

**EFFECTIVE DATE:** This policy is effective on April 22, 1987, subject to revision if comments received warrant such revision.

---

List 1 and list 2 were published as part of the April 22, 1987 policy statement.

The criteria developed by EPA to categorize List 1 meets were reviewed by the Federal Insecticide. Fungicide, and Rodenticide Act's Scientific Advisory Panel FIFRA SAP. Chemicals were placed on the list of inerts of toxicological concern if they met any one of the following criteria.

(1) Carcinogenicity:

-A rating as a human carcinogen of probable human carcinogen (rating 1. 2A or 2B) by International Agency for Research on Cancer.
-Characterized by the National Toxicology Program as an animal carcinogen in at least one species and one sex.
-Being regulated by some Federal agency as a carcinogen.

Page 32

Richard L. DeGrandchamp, PhD

## Exhibit 32.   EPA Specifically Put Dioxane On *List 1* Inerts Because It Was Carcinogenic [8]

Revision of List of Inert Ingredients

   Since the publication of the policy. EPA has received additional data on some of the listed inerts. EPA scientists have reviewed this information according to criteria previously developed and used in the creation of the initial lists. As a result of this recent examination of new data, EPA proposed modifications to the lists. These modifications were submitted to the FIFRA SAP for review. The FIFRA SAP concluded that the proposed changes were justified.

   EPA is announcing the following revised List 1 and list 2.

LIST 1.  INERTS OF TOXICOLOGICAL CONCERN

| CAS No. | Chemical Name |
|---------|---------------|
| 62-53-3 | Aniline |
| 1332-21-4 | Asbestos fiber |
| 1332-21-9 | 1,4-Benzenediol |
| 7440-43-0 | Cadmium compounds |
| 56-23-5 | Carbon tetrachloride |
| 67-66-3 | Chloroform |
| 106-46-7 | p-Dichlorobenzene |
| 103-23-3 | Di-(2-ethlhexyl) adipate |
| 78-87-6 | 1,2-Dichloropopane |
| 117-87-8 | Di-ethylhexylphthalate |
| 68-12-2 | Dimethylformanide |
| 123-91-1 | Dioxane |

EPA provided specific formal required labeling instructions for dioxane, but it is unclear why it didn't enforce its own policy for Roundup warning applicators if it contained carcinogenic dioxane.

Richard L. DeGrandchamp, PhD

## Exhibit 33.    EPA Gave Explicit Instructions For The Placement Of Inerts On Labels  [8]

As discuss in the April 22, 1987 Notice, registrants with products containing List 1 inert ingredients must amend their product registrations by adding the following statement to the label:

This product contains the toxic inert ingredient (name of inert).

The wording should be placed in close proximity to the ingredients statement in a type size comparable to other front panel text. Since dimethylformamide and di-(2-ethylhexyl) adipate have been added to List 1, registrants of products containing these inerts are required to submit applications to amend their product labels not later than May 22. 1990. Products containing one or more of these inert ingredients released for shipment after May 22, 1991 must have the amended label in place.

### 4.5.4.   *May 12, 1987: EPA Issued A Policy Statement Requiring Pesticide Registrants To Submit Applications To Amend Their Registrations*

## Exhibit 34.    EPA Required Carcinogenic Labeling Identifying The Inert Ingredient [11]



Richard L. DeGrandchamp, PhD

### 4.6.    1989: Monsanto Retains Expert To Refute Agencies Conclusions That 1,4 Dioxane Was Carcinogenic

In 1989, Monsanto retained Dr. Eaton to dispute the carcinogenicity of dioxane. He finds the caner conclusions and classification of dioxane of NIOSH, NCI, IARC, and EPA cancer "not impressive" even though all agencies found overwhelming evidence dioxane was a known animal carcinogen by 1989.  As previously discussed, more than a decade earlier in 1977, NIOSH was so concerned about dioxane posing an unacceptable *cancer risk to workers*, it set the allowable level to the detection limit.

He also stated that a person could drink water contaminated with 3.5 ppm dioxane. This was not supportable even by the information that was available in 2009.  EPA's safe dioxane tap water concentration is 0.0004 ppm, which is ~8,750 times lower than the 3.5 ppm level that Dr. Eaton suggested was safe.

Richard L. DeGrandchamp, PhD

**Exhibit 35.   Dr. Eaton States Individual Could Safely Drink 3.5 ppm Dioxane [12]**



Richard L. DeGrandchamp, PhD

### 4.6.1.   *December 24, 2009: Monsanto Admits It Is Required To List All Roundup Inerts Which Number More Than 10*

Monsanto admits Roundup contains several carcinogenic inerts in 2009 but conducts no cancer risk assessments to determine if they pose unacceptable risks. At this point, Monsanto knows that dioxane far exceeds the concentration that could be considered a trace impurity.

### Exhibit 36.   Monsanto Admits Three Carcinogenic Inerts That EPA Required To Be Listed: Dioxane, Formaldehyde, And N-Nitrosoglyphosate (NNG) [13]



Richard L. DeGrandchamp, PhD

### *4.6.2. <u>June 12, 1990: Very High Levels Of Dioxane In Roundup Force Monsanto To Finally Conduct Formal Cancer Risk Assessment</u>*

By 1990. EPA becomes concerned that the levels of the dioxane impurity in Roundup EPA may pose an unacceptable cancer risk to Roundup applicators and directs Monsanto to re-address the dioxane contaminant issues in Roundup.  EPAs concern was triggered by very high dioxane concentrations detected in Vision, one of the Roundup formulations. Monsanto's states that its risk assessments were submitted to EPA to support Roundup *registration*.

Richard L. DeGrandchamp, PhD

**Exhibit 37.   1990: Monsanto Forced To Conduct An Actual Dioxane Cancer Risk Assessment Nearly A Decade After EPA Request [14]**



After nearly 10 years since EPA first requested Monsanto to determine the cancer risks for Roundup applicator exposures, Monsanto finally submits a report.  EPA's review will find Monsanto has seriously underestimated the magnitude of dioxane exposure and cancer risk.

Richard L. DeGrandchamp, PhD

**Exhibit 38.   Monsanto Admits Dioxane Is Carcinogenic And Relies On The USDA/NCI Cancer Incident Rate For Nasal Cancer [14]**

```
Selection of tumor data set
The U.S. Food and Drug Administration and the National Cancer
Institute have used quantitative risk assessment (linearized
multistage procedure) to estimate the upper-bound level of excess
lifetime human risk from exposure to this chemical.  This
assessment was done using the dose-response data from the most
sensitive site and species, which was determined to be squamous
cell carcinomas of the nasal turbinates in male rats.  Dosage and
tumor response data from this study are shown below.


            Dose (mg/kg/day)
                         Human                   Tumor
        Administered    Equivalent             Incidence

             0              0                    0/33
            240             61                   12/33
            530            135                   16/34
```

### 4.6.3.   July 30, 1990: EPA Finds Monsanto's Dioxane Exposure Calculation For Its Cancer Risk Assessment Unacceptable

After nearly a decade when EPA approved the so-called 1980 *risk evaluation* which was based on non-cancer effects, EPA now is concerned about cancer risks for Roundup applicators. Monsanto submitted a risk assessment based on a calculation of dioxane exposure and EPA found it to be <u>unacceptable.</u>

Richard L. DeGrandchamp, PhD

**Exhibit 39.   After Nearly A Decade Monsanto Finally Forced To Conduct A Dioxane Cancer Risk Assessment [15]**



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

JUL 30 1990

OFFICE OF
PESTICIDES AND TOXIC SUBSTANCES

MEMORANDUM

        Roger Gardner (Toxicology Branch I - IRS) has requested that
the Non-Dietary Exposure Branch (NDEB) do an initial screen of
"Cancer Risk Assessment for Agricultural and Roadside
Applications of Herbicide Surfactant Containing 1,4 Dioxane" and
"Cancer Risk Assessment for Agricultural and Forestry
Applications of Herbicide Surfactants Containing 1,4 Dioxane".
The Agency has classified 1,4 Dioxane (figure 1) as a $B_2$
carcinogen with a $Q_1^* = 1.1 \times 10^{-2}$ (mg/kg/day)$^{-1}$. It is believed
that exposure to this chemical may result from the use of various
formulations of Glyphosate manufactured by Monsanto Agricultural
Products Co.. Recent concerns over exposure from this use have
prompted Monsanto to submit the subject risk assessments. The
following is NDEB's review of the exposure estimates used by
Monsanto.

<u>INTRODUCTION</u>

        Roger Gardner (Toxicology Branch I - IRS) has requested that
the Non-Dietary Exposure Branch (NDEB) do an initial screen of
"Cancer Risk Assessment for Agricultural and Roadside
Applications of Herbicide Surfactant Containing 1,4 Dioxane" and
"Cancer Risk Assessment for Agricultural and Forestry
Applications of Herbicide Surfactants Containing 1,4 Dioxane".
The Agency has classified 1,4 Dioxane (figure 1) as a $B_2$
carcinogen with a $Q_1^* = 1.1 \times 10^{-2}$ (mg/kg/day)$^{-1}$. It is believed
that exposure to this chemical may result from the use of various
formulations of Glyphosate manufactured by Monsanto Agricultural
Products Co.. Recent concerns over exposure from this use have
prompted Monsanto to submit the subject risk assessments. The
following is NDEB's review of the exposure estimates used by
Monsanto.

Richard L. DeGrandchamp, PhD

**Exhibit 40.   EPA Concluded Monsanto's Exposure Assessment Was Unacceptable [15]**

CONCLUSION

NDEB has reviewed the subject risk assessments to determine the acceptability of the exposure estimates. It has been determined that the exposure estimates presented by Monsanto are unacceptable for the following reasons:

1)  The estimates for ground boom application to agricultural sites were derived from the joint EPA/Health and Welfare Canada/NACA Pesticide Handler Exposure Database. This database is currently under development and is not sufficiently complete to allow generation of scientifically valid estimates of exposure.

2)  The estimates for truck-mounted spray guns for roadside workers and backpack and aerial (mixer/loaders) applications for forestry workers were derived from surrogate data that NDEB has not reviewed, or does not have access to. These data should have been submitted with Monsanto's assessments.

NDEB has calculated an upper bound worst case lifetime average daily exposure estimate for the application of Dioxane contaminated Glyphosate using ground boom equipment. The result of this calculation is:

$$6.4 \times 10^{-3} \text{ mg/kg/day}$$

This value has not been adjusted for dermal penetration. NDEB defers to Toxicology Branch I - IRS for the adjustment of exposure values for dermal penetration. NDEB also defers to BEAD for the evaluation of the use information used in this

### 4.6.4.   *August 12, 1991: EPA Independent Analysis Finds Monsanto's Dioxane Cancer Risk Assessment To Be Very High*

It is important to note that EPA highlights the fact that it has taken Monsanto nearly 10 years to provide the cancer risk assessment it requested a decade earlier from Monsanto in 1981. When Monsanto finally conducts a quantitative risk assessment, EPA found Monsanto's risk assessment deficient and it significantly underestimates the risk to Roundup applicators. Consequently, EPA decides to conduct its own dioxane risk assessment and finds Monsanto has significantly underestimated the cancer risk to the dioxane impurity in Roundup.

Richard L. DeGrandchamp, PhD

## Exhibit 41.   1991: EPA Dismisses Monsanto's Dioxane Risk Assessment As Deficient And Significantly Flawed [15]



Richard L. DeGrandchamp, PhD

**Exhibit 42.   EPA's Independent Analysis Found Monsanto's Cancer Risks Were *Significantly Higher* Than Monsanto's Estimate [15]**

Worst-case cancer risks to combined mixer/loader/applicators of ground boom equipment is 7.04 X 10$^{-5}$. This assumes 100% dermal absorption.  Exposure was estimated without BEAD information by OREB.

Dietary risks are non-existent according to DEB (Chem 1), since no residues of 1,4-Dioxane are present on human food items at harvest.

The environmental fate of 1,4-Dioxane, as stated by OTS, is that 1,4-Dioxane has half-lives of 1 to 6 months in soil and 2-12 months in ground water, respectively.

Background:

Based on previously analyzed data, TB concluded (memorandum of March 18, 1981) that low levels of 1,4-dioxane (less than 0.03%) would not pose an "unreasonable adverse effect" to workers from exposure to Roundup (memorandum attached).  This memorandum appeared to have resolved the toxicological significance of the

HED has adopted the Office of Drinking Water (ODW) calculation of the Q$_1$* (1.1 X 10$^{-2}$) (mg/kg/day$^{-1}$), and has calculated the worker exposure estimates by OREB.  Both of these estimates are significantly different from those provided by Monsanto.

The worker risk, as calculated by HED, is significantly higher than Monsanto's estimate.

HED has adopted the Office of Drinking Water (ODW) calculation of the Q$_1$* (1.1 X 10$^{-2}$) (mg/kg/day$^{-1}$), and has calculated the worker exposure estimates by OREB.  Both of these estimates are significantly different from those provided by Monsanto.

The worker risk, as calculated by HED, is significantly higher than Monsanto's estimate.

Review:

1.   Toxicology Data

   a.   Oncogenicity Studies in Animals - Nasal and liver tumors were reported in multiple strains of rats ingesting 7,000 to 18,000 ppm of 1,4-dioxane in drinking water for 14 to 23 months.

   Liver and gallbladder tumors have been produced in guinea pigs given drinking water containing 1,4-dioxane for 23 months at levels ranging from 5,000

EPA's calculated worker dioxane cancer risk was 7.04 x 10$^{-5}$, which is an extremely high cancer risk. This far exceeds the *de minimis* risk level of 1 x 10$^{-6}$ by 70-fold. By 2012, the cancer risk for dioxane would be increased even further by 10-fold as EPA would determine the dioxane cancer potency was even greater than it used in this 1991 calculation.  Based on the 2012 cancer

Richard L. DeGrandchamp, PhD

slope factor, EPA's calculated risk for Roundup dioxane exposures would be 7.04 x 10-4, which is astronomical.

## Exhibit 43.   EPA Calculated The Combined Risk To Roundup Workers [15]



It is not clear why EPA needed to derive a "more definitive estimate of worker exposure", but that is the final conclusion.  It should also be noted that EPA concluded dioxane could contaminate groundwater at farms for up to a year (based on the EPA estimate half-life). This is important because many farming families use groundwater as their drinking water. Consequently, if farmers applied Roundup contaminated with dioxane to their crops and their drinking water was contaminated the cumulative cancer risk for a farmer would be even higher than EPA calculated, because that risk was based solely on the application exposures. Although EPA concluded dietary risks were not a concern, it ignored dioxane drinking water as a potential pathway.

Richard L. DeGrandchamp, PhD

It is noteworthy that even after calculating that an applicator had a high risk for developing cancer, EPA still did not require Monsanto to tell its customers or require a warning label on Roundup. Instead, EPA simply directed Monsanto to conduct a *"new exposure estimate"* presumably to arrive at a lower cancer risk that would be more palatable to both Monsanto and EPA.

### Exhibit 44.   EPA Concluded That Further Analysis Was Required [15]



**Conclusion:**

Based on the results of worker risk (7.04 X $10^{-5}$), TB-I recommends that a more definitive estimate of worker exposure be provided by OREB which would be based on all needed information from BEAD, in the event that the worker risk is deemed unacceptable.

Following the new worker exposure estimate, a revised carcinogenic risk estimate will be determined for workers.

The carcinogenic risks associated with dietary exposure to 1,4-dioxane, as a component of Roundup are non-existent and therefore not considered of toxicological concern.

Detailed conclusions regarding environmental fate require more data but dioxane leaches through the soil and has a half-life in groundwater of 2 to 12 months.

## 4.7.   2001: Monsanto Admits That Purifying Dioxane In Roundup Was Inexpensive And Easy

Communications between Monsanto scientists reveals that the Company could have easily removed dioxane from Roundup and doing so would cost just pennies.

Richard L. DeGrandchamp, PhD

**Exhibit 45.   January 29, 2001: Monsanto Admits The Dioxane In Roundup Could Easily Be Purified From Dioxane Contamination-But Was Willing To Do So If It Only Cost *A Few Cents* A Gallon [16]**



Additionally, Monsanto could even completely eliminate dioxane altogether by using a completely different synthetic process for its surfactants which would not involve ethoxylation using ethylene oxide as a feed stock.

Richard L. DeGrandchamp, PhD

## Exhibit 46.   May 14, 2016: Monsanto Knew How To Completely Eliminate All Dioxane Roundup Contamination [17]

---

Message

| | |
|---|---|
| **From:** | Kevin Jarrell [kjarrell@modulargenetics.com] |
| **Sent:** | 5/14/2016 12:24:03 PM |
| **To:** | MCCARROLL, BOB [AG/1005] [/O=MONSANTO/OU=NA-2551-01/cn=Recipients/cn=539569]; LUCAS JR, LOUIS H [AG/1000] [/O=MONSANTO/OU=NA-1000-01/cn=Recipients/cn=31531] |
| **CC:** | Terry Brennan [tbrennan@modulargenetics.com] |
| **Subject:** | surfactants and regulatory |

Hi Bob and Louis:

Both Louis and I presented at the 6th ICIS World Surfactants Conference.  Louis described the problem of the ban of tallow amine surfactant in Germany and (soon) in France for use with glyphosate.  The ultimate solution to this problem is to make nonionic surfactants via fermentation.  Furthermore, another key part of the solution is to produce the surfactants from "natural" components (fatty acids and amino alcohols) rather them from ethylene oxide; which is not a natural chemical, and also leads to contamination of formulations with the carcinogen 1,4 dioxane.  When Modular's process is used, carbohydrate that would not enter the food supply is fermented to make a finished surfactant product, and the surfactant is purified using "green chemistry" methods.  Dioxane contamination is not possible in this case because ethoxylation is not used to make the chemical.  In addition, regulatory groups are not in a position to complain about any other "chemical contamination problem" when Modular's surfactants are used because no traditional synthetic chemistry reactions are used to produce the surfactants.  It is also significant that no oil of any sort is used to

---

Richard L. DeGrandchamp, PhD

### 4.7.1.   *Monsanto Starts "Project Kermit" To Stop Roundup Competitors From Selling Generic Roundup Using Impurity Information*

## Exhibit 47.   Monsanto Intends To *Reach* The Highest Levels Of EPA To Stop "Me-Too" Products [18]

**Project Kermit**

A subset of the team met with several consultants in Washington, DC on August 25-26 to discuss how we might apply Project Kermit to the US. It was clear that it will be more difficult to implement this program in the US than the EU because (1) the legal standards are different, i.e., "substantially similar" versus "identical", (2) data requirements on end-use formulations are fewer in the US, and (3) EPA is more amenable to generic products than their European counterparts. Nevertheless, although no "silver bullets" were identified, some possible approaches to at least delay entrants were identified at the state, national (US EPA) and international (FAO) levels. A discussion of possible approaches is given below, along with some of the required action items. General conclusions and some potential risks are also included.

Participants

Tom Carrato, Bill Graham, Drew Klein, Russ Schneider, Sheila Schuette of Monsanto

The decision on "substantially similar" is made in the trenches at EPA and is generally a chemistry decision. It appears that EPA has never denied a me-too registration; it was estimated that approval generally takes 6-9 months. It's believed that the EPA finds these issues a nuisance and this may especially be true in the case of glyphosate since it is perceived by the Agency to be such a safe product. Therefore, we need to reach the highest levels of EPA and heighten awareness that there may be public health and safety issues associated with me-too products. The meeting should include Lynn Goldman and Linda Fisher. EPA should also understand that there will be numerous me-too applicants (over 100 products submitted in various European countries) and be prepared to add resources to handle the increased workload.

1.  Ensure that EPA is aware of any impurities of toxicological concern that may be produced in various glyphosate manufacturing processes or be present in end-use products. These include NNG, formaldehyde, sarcosine and 1,4-dioxane. Explain how we monitor and control these impurities and what levels may result if proper procedures are not followed. Use analytical data of competitor's products to demonstrate that many are off-spec. If possible, demonstrate how the toxicity of our glyphosate has improved over time as the impurity levels decreased due to process improvements. Use any studies with questionable results that were conducted with non-Monsanto glyphosate to our advantage. We should ensure that our certified limits for impurities are as low as possible and modify the CSFs accordingly. One extreme step might be to propose that tolerances be established for any impurity of toxicological significance.
2.  Require that EPA follow the proper SOP procedures for determining whether a me-too product is substantially similar. In addition to a chemistry review, the petition for

Attorney / Client Privilege

Richard L. DeGrandchamp, PhD

**Exhibit 48.   Monsanto Has Denied For Years Roundup Impurities Posed Any Risks Even Though Its Impurities Have Been Detected At High Levels [18]**

1.  Ensure that EPA is aware of any impurities of toxicological concern that may be produced in various glyphosate manufacturing processes or be present in end-use products.  These include NNG, formaldehyde, sarcosine and 1,4-dioxane.  Explain how we monitor and control these impurities and what levels may result if proper procedures are not followed.  Use analytical data of competitor's products to demonstrate that many are off-spec.  If possible, demonstrate how the toxicity of our glyphosate has improved over time as the impurity levels decreased due to process improvements.  Use any studies with questionable results that were conducted with non-Monsanto glyphosate to our advantage.  We should ensure that our certified

Monsanto hopes EPA's food quality protection act (FQPA) can be used as a means to stop competitors from selling herbicides similar to Roundup. The FQPA  directs the secretary of agriculture to collect pesticide residue data on commodities most frequently consumed by infants and children. This is surprising since Monsanto has maintained for years that Roundup and its impurities do not pose any risk.

**Exhibit 49.   Monsanto Admits That EPA Does Not Know How To Deal With Impurities And They Really Haven't Been Doing Anything With Roundup [18]**

5.  The entire question of inerts is open. EPA doesn't know how to deal with inerts and may not want to open this particular Pandora's box for fear of demonstrating that they really haven't been doing anything.  However, they may be forced to address this issue as a result of FQPA and we need to assess whether there are any opportunities here.

Richard L. DeGrandchamp, PhD

**Exhibit 50.   Monsanto Plans To Sue EPA If It Doesn't Conduct Review Of Competitors Impurities [18]**

materials with substantially different impurity profiles. All applications should be reviewed by Similarity Clinics. Request that our data on impurities and associated analytical methods be treated as confidential business information and not shared with potential registrants. We should let the EPA know that we intend to file a Petition to Deny Registration for any me-too product they approve. We need to consider whether we would be prepared to sue EPA if they grant a me-too registration without a thorough review. Could we use the Lanham Act to sue the me-too registrant rather than EPA?

**Exhibit 51.   Monsanto Admits The Kermit Project Has Some Risks: "Discovering Something Undesirable About An Impurity In Our Product" [18]**

**Conclusion**

It is clear that we are unlikely to prevent me-too registrations, but we may delay them. It will be a slow process that will require additional resources within Monsanto. We may need to conduct more residue studies ourselves and we will certainly need to develop more data on impurities, for both our products and competitive products. There are many

**Definitions.**

"Relevant Impurities" means those with toxicological significance or having other quality impact. Monsanto has proposed that these are formaldehyde and N-nitroso glyphosate based on toxicity considerations, and regulators have concurred with this proposal. (See further discussion below).

in 1998 and 96.4% in 2002. Formaldehyde and NNG are considered to be Relevant Impurities, and their levels averaged < 0.5 g/kg and  < 0.6 mg/kg, respectively, at all time points. These results are consistent with standard regulatory requirements around the globe and with the FAO Specifications. Therefore, over time, purity and quality has been maintained while production capacity has been increased many times to meet steadily climbing demand.

In 1998, additional analytical information was developed from samples taken at five (5) Monsanto manufacturing plants in support of an application to the Food and Agricultural Organization of the United Nations to establish an FAO Specification for glyphosate. The submission was made to FAO in early 1999, and the information and resulting 2000 Glyphosate FAO Specification are summarized in MSL 17078. Thirty seven (37) samples were each analyzed for glyphosate content and 17 low-level impurities, including NNG. These were the same substances as represented by the 1986 and 1989 studies described above. Overall, the results were very similar between these two research projects conducted 10 – 13 years apart. The information in MSL 17078 also includes analytical methodology. These 1998 studies were conducted as part of ongoing analytical procedures at the manufacturing plant locations, in order to meet the time constraints of the FAO submission process, and were not subjected to GLP compliance.

Richard L. DeGrandchamp, PhD

### 4.7.2. January 29, 2001 Monsanto Misrepresents The Labeling Requirements For Dioxane Inert

A Monsanto memo states that EPA found dioxane did not pose a risk from food based on a tolerance level. However, it ignores worker exposures from Roundup application. As discussed previously, EPA found dioxane cancer risk for workers to be exceptionally high just 2 years before this memo was written.

Richard L. DeGrandchamp, PhD

## Exhibit 52.   Monsanto Misrepresents Inert Labeling Requirements [16]

Message
_____

| | |
|---|---|
| From: | WRATTEN, STEPHEN J [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=119523] |
| Sent: | 1/29/2001 3:01:02 PM |
| To: | WHITE, RANDY J [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=220577] |
| CC: | FARMER, DONNA R [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070]; SCHUMACHER, RICHARD W [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=113555] |
| Subject: | RE: dioxane spec |

_Randy_

_First the facts, then opinion._

_Dioxane is exempt from US food tolerance when used in formulations applied to crops as a solvent / cosolvent. It is NOT in the "Inert List", but that is really secondary to the "Exempt from Tolerance" list. Therefore, I conclude that trace levels cannot be considered a regulatory hurdle at this point in the US._

_We do not list a limit for dioxane in any CSF I am aware of._

_However, Merck Index does (or did, in 1983 when mine was published1) identify 1,4-dioxane as a carcinogen according to EPA based on a 1981 NTP determination. We communicated to EPA about dioxane in Roundup (MON 2139) in 1981 at levels below 0.1%, and at that time they responded after some consideration, that it was not a health problem. I have a later letter from EPA dated 1992, and some even later references dated 1996, that identify dioxane as a B2 carcinogen (same as alachlor and acetochlor). They had done a risk assessment concerning workers and food exposure, and again concluded it did not represent a health risk at the expected exposure levels._

_I have some Canadian documents circa 1990 concerning press inquiries about dioxane levels measured in Vision at 350 ppm, which led to public response documents from Monsanto, and no doubt a long of hand-wringing._

_I have a number of other Monsanto confidential documents on this matter._

_Overall, they indicate that dioxane is not of health significance at levels in the ppm range. I believe we chose 1 ppm as the limit because of analogy with nitrosamines, rather than based on any specific scientific consideration. It is also clear that the presence of dioxane in our products can be raised by a variety of detractors at inopportune times to create issues that are better avoided. Similarly, by avoiding them, we can use these same matters against competitors, and have done so from time to time, at different places around the globe, primarily beginning in Europe and later in developing countries. I am sure that many local Monsanto reps have brought dioxane up as a lever against competitive brands; I get periodic inquiries on it. In the period circa 1990, we had established an FAO specification of <1 ppm dioxane in formulations under the glyphosate specification. This was later revoked, probably because of lobbying by competitors and surfactant producers who did not want to meet it._

_My files are very clear that Monsanto took a stewardship decision that we did not want the dioxane issue for our glyphosate products, and since it was technically possible to remove inexpensively, we chose that route. Wolfersberger was very consistent in this position._

_Given this, it is obvious that it would be cheaper to loosen the raw material specification, thereby saving ourselves and suppliers the cost of removal. This is a classic question about a competitive environment - do we cut every possible cost to thereby compete most effectively on price, or do we attempt to maintain high standards, and thereby demand a premium price over lower quality competitors? In the end, a key consideration is the magnitude of the potential savings vs the competitive value. Personally, I believe that we need to stay on the premium side of the equation, as long as we are talking about a few cents per REG. Every step that we take to make things easier and more flexible for ourselves also helps our competitors to do the same._

_PS - you should also consider this in the context of etheramines, since the same issue and 1 ppm specification exists there._

_Steve_
-----Original Message-----

Confidential - Produced Subject to Protective Order                                    MONGLY00889992

Richard L. DeGrandchamp, PhD



Greg,

I am looping in my colleague Janice Person; she handles media relations for our chemistry business. What is your deadline? Sounds like it is quick.

Mimi

From: Greg Horstmeier [mailto:Greg.Horstmeier@dtn.com]
Sent: Wednesday, December 23, 2009 10:32 AM
To: RICKETTS, MIMI [AG/1000]
Subject: Need Commentary
Importance: High

Mimi:

Hate to drop this on you, but I would like to get commentary on the announcement that EPA is planning to require companies to display "inert" ingredients on pesticide labels.

I know this has been a big issue with Monsanto over the years, particularly as it relates to the various Roundup formulations and the surfactants etc. in each. I'm sure someone can discuss the issue of trade secrets?

I am asking others as well, of course, but would especially like to include you all.

THANKS!

Greg

Richard L. DeGrandchamp, PhD

### 4.7.3.   *January 29, 2001: Despite Knowing Dioxane Is Carcinogenic And Can Be Removed Cheaply Monsanto Increases The Amount Allowed In Roundup* [16]

## Exhibit 53.   Monsanto Accepts Higher Contaminant Levels Of Dioxane In Roundup [19]

-----Original Message-----
From:      DE RYCK, PATRICK H [AG/5035]
Sent:      Monday, January 29, 2001 2:46 AM
To:        NESBIT, JOEL T [AG/1630]; KLEIN, ANDREW J [AG/1000]; ANDERSON, NEIL J [AG/5020]
Cc:        WRIGHT, DANIEL R [AG/1000]; WHITE, RANDY J [AG/1000]; SCHUMACHER, RICHARD W [AG/1000]; MOENCH JR, WILLIAM L [AG/1000]
Subject:   RE:  Clariant Spec Changes for 0818

Joel, I have pasted the communication from 3/23/2000 below that refers to the decision.
Bill explored similar approach with US surfactant suppliers.
Patrick

Bill, I want to pass on an idea that Antwerp is now applying since more than a year, with success,  around accepting higher levels of 1,4 dioxane in their surfactants.

What they are doing is accepting higher levels (between 5 and 12 ppm) instead of the normal 1 ppm level of 1,4 dioxane in the different surfactants. The max levels are chosen so the final formulation still meets the 1 ppm 1,4 dioxane max level.

According to them it gives them an advantage on capacity or available volume and most important pricing. This because the surfactant suppliers (mainly Clariant) doesn't have strip the product that low anymore.

David and I talked this over last week and since 1,4 dioxane is no longer an official specification anywhere we decided it might be a good idea to see if it can take some advantage from this idea too towards our US surfactant suppliers.

fidential - Produced Subject to Protective Order                                              MONGLY00889993

Could someone send me the official communication of the change in policy

-----Original Message-----
From:      DE RYCK, PATRICK H [AG/5035]
Sent:      Wednesday, January 24, 2001 12:23 PM
To:        KLEIN, ANDREW J [AG/1000]; NESBIT, JOEL T [AG/1630]; ANDERSON, NEIL J [AG/5020]
Cc:        WRIGHT, DANIEL R [AG/1000]; WHITE, RANDY J [AG/1000]; SCHUMACHER, RICHARD W [AG/1000]
Subject: RE:  Clariant Spec Changes for 0818

Indeed, there is no issue anymore with 1,4 dioxane. The only guideline we are applying is that the level in the formulation should be 1 ppm max.

This was decided in early 2000 on request of E/A as they could make significant cost savings by allowing higher dioxane levels in the RM.

I agree we need CP and solubility specs set.

I don't see a reason why we should narrow our pH spec. Their proposal falls within our 8.5 - 11.0

Patrick

-----Original Message-----

Richard L. DeGrandchamp, PhD

The above statements about Monsanto increasing profits if it increases allowable dioxane in Roundup is contradicted by Monsanto also stating it is easy and cheap to remove.

### Exhibit 54.   May 30, 1996: It Is "Easy And Cheap" To Reduce dioxane Roundup Contamination [19]



Richard L. DeGrandchamp, PhD

**Exhibit 55.   March 29, 2000: Monsanto Is Concerned If They Set Impurity Levels To The Absolute Minimum It Would Not Be Profitable [19]**

-----Original Message-----
From:       VERBIST, FRANS C [AG/5035]
Sent:       29 March 2000 14:01
To:         WRATTEN, STEPHEN J [FND/1000]; DE RYCK, PATRICK H [AG/1560]; WOLFERSBERGER, DAVID E [AG/1000]; QUINN,
PATRICK M [AG/8050]
Cc:         BATES, CHRIS [AG/5045]; GARNETT, RICHARD P [FND/5045]; QUINN, PATRICK M [AG/8050]
Subject:

I hope you all agree we are setting our (quality) standards to the absloute minimum. Is
this the new approach ???
Let us carefully think before acting.

These items are closely related to the "fit for use" idea.
Setting these properties to the low standards,we loose all competitive advantage.
Remember we played  successfully with the 1,4-Dioxane parameter. Even a simple physical
parameter can be helpful.
See also my comments in the text.

However, when you all agree, I'll prapare an amendment and send it to Walter.
Regards, Frans

### 4.7.4.   July 16, 2004: Monsanto Calculates Dioxane Cancer Risk Assessment For California Proposition 65 That Again Underestimates Applicator Risk

In 2004, Monsanto again conducted a fatally flawed cancer risk assessment for worker exposure to dioxane contamination in Roundup.

Page 57

Richard L. DeGrandchamp, PhD

## Exhibit 56.   2004: Monsanto Again Underestimated The Cancer Risk For Applicators To Dioxane Contaminated Roundup [20]



**Monsanto**

LOCATION:        St. Louis, MO; CC-campus
DEPARTMENT:   ESTC, Regulatory

**Restricted** : Access to this report or copies thereof is restricted to Monsanto Agricultural personnel and individuals in the distribution.  All others wishing access are required to contact the ESTC team lead Marian Bleeke, Monsanto St. Louis, for prior approval.

REPORT Nr:        **MSL 19366**

TYPE OF REPORT:   **Final report**

DATE WRITTEN:     **July 16, 2004**

TITLE:            **Cancer Risk Assessment for Applications of Herbicide formulations containing 1,4-Dioxane as an impurity of their surfactant system.**

AUTHORS :         C. Gustin,

ABSTRACT :

1,4-Dioxane is a manufacturing byproduct contained in ethoxylated surfactants that are used as adjuvant in herbicide formulations including Roundup® herbicides. Dioxane is classified by the USEPA as a B2 carcinogen and is included in the list of chemicals known to the State of California to cause cancer (Proposition 65). This document evaluates the potential cancer risk associated with tractor mounted, aerial and backpack applications of herbicide formulations containing up to 10 ppm (w/w) of 1,4-dioxane as part of their surfactant system. Further, the exposure calculations were based on 50% dermal uptake, 100% bioavailability from inhalation, 70 kg bw/person and scenario specific surrogate exposure values from the Pesticide Handlers Exposure Database (PHED 1.1.)

**COMPANY CONFIDENTIAL**

This document is the property of Monsanto Company, the recipient is responsible for its safekeeping and disposition.  It contains CONFIDENTIAL INFORMATION which must not be reproduced, revealed to unauthorised persons or sent outside the Company without proper authorisation.
Report MSL-19366 contains 12  numbered pages.

...dential - Produced Subject to Protective Order                      MONGLY00582079

Richard L. DeGrandchamp, PhD

Monsanto first responded to information that EPA requested about dioxane carcinogenesis in 1980 as discussed in Section 4.3.2. EPA again asked Monsanto for information about cancer risks and it simply responded, without any analysis or evidence, that dioxane posed minimal risk.

In 1981, EPA again asked Monsanto for information about dioxane cancer risk which was triggered by dioxane being listed as a carcinogen in TSCA (not FIFRA). Instead of conducting a cancer risk assessment, Monsanto misleadingly just stated that dioxane did not exceed the non-cancer TLV and therefore did not pose a risk (EPA failed to notice Monsanto did not address the cancer question).

In 1990, EPA finally forced Monsanto to conduct a formal cancer risk assessment because dioxane was detected at high concentrations in some Roundup formulations. EPA concluded Monsanto calculated a cancer risk that significantly underestimated the risk to applicators and calculated its own independent risk assessment and found Monsanto's risk assessment fatally flawed and significantly underestimated the dioxane cancer risk.  The Agency found that the cancer risk posed by dioxane contamination in Roundup exceeded the *de minimis* risk level by 70-fold and based on an updated cancer slope factor in 2012, the dioxane risk was 700-fold the de minimis risk level.

By 2004,  Monsanto had to conduct a new cancer risk assessment triggered by the requirements of California's Proposition 65. A high risk would have mandated that Monsanto add a warning labels about the dioxane contamination in Roundup and the carcinogenic risk it posed. However, Monsanto once again underestimated the risks to an applicator because it based its risk on a significantly lower level of dioxane concentration detected in Roundup.

As discussed previously, Monsanto set a *non-enforceable* company specification for the *acceptable* amount of dioxane contamination in Roundup.  This was *arbitrarily* set first at 1 ppm and later at 10 ppm. This was arbitrary because Monsanto did not routinely measure the actual dioxane concentration in Roundup.  Instead of using the measured upper-bound dioxane levels detected by Monsanto itself, which were used in the Company's first 1990 risk assessment, it

Richard L. DeGrandchamp, PhD

simply set as its *specification level*, knowing the levels of dioxane vary significantly between baches.

As I have discussed in previous sections, dioxane was actually detected at levels in the hundreds of ppm in Roundup surfactants.  Furthermore, Monsanto's quality control data for dioxane contamination is sparse, intermittent, and unreliable so it is possible that the dioxane levels was different over the years depending on the supplier.

To use an exposure concentration that is set to an arbitrarily specification set by Monsanto is a violation of generally accepted practice in toxicology/risk assessment.  Moreover, it is inconsistent with EPA risk assessment guidance and principles.  A company is not simply permitted to set an *arbitrary prespecified* concentration and use it in lieu of actual measured concentrations of contaminants, especially when Monsanto analyzed so few surfactant batches. For this reason, Monsanto should have used the actual upper-bound concentrations it actually measured [8].

As noted above, Monsanto reported finding dioxane concentrations in Roundup as high as 270 ppm in batches of its Roundup final formulations.

## Exhibit 57.   Monsanto Detected Dioxane Levels In Roundup As High As 270 ppm [8]

**Summary of Key Impurities in Recent Glyphosate Samples**

| | | **Assay** | **Glycine** | **Glyphosine** | **TEA** | **IDA** | **PMIDA** | **AMPA** | **NMG** | **NNG** | **Dioxane** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Formulation Samples** | 35 | | | | | | | | | | |
| Glycine process | 22 | 27.00-33.69 | 0.03-0.21 | 0.11-0.66 | 0.01-0.47 | ND-tr | ND-0.03 | ND-0.12 | 0.02-0.07 | 0.03-0.39 | ND-270 |
| IDA process | 13 | 27.00-31.29 | tr-0.03 | ND-tr | ND-Tr | 0.01-0.18 | ND-0.19 | 0.06-0.20 | ND-0.67 | 0.25-2.10 | 0.1-260 |
| **Technical Samples** | 7 | | | | | | | | | | |
| Glycine process | 5 | 94.50-97.40 | 0.11-0.68 | 1.66-1.98 | ND-0.59 | ND | ND | ND-0.05 | ND | 0.07-1.46 | |
| IDA process | 2 | 96.94-99.00 | 0.08-0.09 | ND | ND | 0.46-0.53 | ND-1.24 | 0.03-0.04 | ND | 0.03-1.43 | |

In the 1990 Monsanto's dioxane risk assessment it submitted to EPA, the company calculated the cancer risk based on concentration a concentration of 265 ppm.

Richard L. DeGrandchamp, PhD

**Exhibit 58.   1990: Monsanto Based Its Dioxane Risk Assessment On A Concentration of 265 ppm In Roundup  [14]**

> 2.  The presence of dioxane was detected in the surfactant by a surfactant producer who is not a supplier to Monsanto Company.  Their verbal report indicated levels ranging from "several hundred" ppm to a maximum of 2,800 ppm.
>
> Monsanto has since its initial notification analyzed samples of both the surfactant and Roundup herbicide for dioxane.  Our preliminary results indicate a maximum in the surfactant alone of 1,662 ppm and a maximum of 265 ppm in the formulation.  Therefore, based on the maximum amount of dioxane, the surfactant would contain approximately 0.17%, Roundup herbicide would contain less than 0.03% and Roundup diluted with water for use at the minimum recommended dilution rate would contain less than 0.003%.

Finally, in its 1991 dioxane risk assessment, EPA based its dioxane risk assessment on a concentration of 300 ppm [15].

For its new 2004 cancer risk assessment to address California's Proposition 65 requirements, Monsanto calculated the cancer risk for a backpacker applicator based on a Roundup dioxane concentration of only 10 ppm. Using this very low concentration corresponding to its specified arbitrary surfactant level it stated the dioxane risk was less than a *de minimis* cancer risk.  It furthermore claimed that the risk was even less than $1 \times 10^{-5}$.  This Brightline was important because a risk less than $1 \times 10^{-5}$ would allow Monsanto to be below the cancer risk that would trigger label warnings required by California's Proposition 65. However, this was not the actual cancer risk to an applicator and Monsanto surely knew it, because it knew the actual contaminant levels were much higher than 10 ppm.

Richard L. DeGrandchamp, PhD

**Exhibit 59.   Monsanto Calculated The Risk For Backpacker Application Assuming A Dioxane Concentration Of 10 ppm**

### 3.3. Backpack applications

The inputs for this scenario are listed in Table 6

**Table 6. Input variables for a backpack application scenario for 1,4-dioxane**

| | |
|---|---|
| Typical application rate (glyphosate) | 5 qt/acre (4.73 L/acre) |
| Typical application rate (1,4-dioxane) | 1.25-04 lbs/acre |
| Application frequency | 32 days/year* |
| Area treated | 1 acre/day |
| Surrogate exposure values | PHED 1.1<br>Open pour mixing and loading (all liquids)<br>-single layer gloves scenario; assed together with<br>Backpack application/liquid |

The backpack scenario was also assessed by an alternative approach: What annual application frequency does it take to fill the "risk-cup" (extra cancer risk = 1E-6), assuming different daily workloads? With a daily workload of 1 acre per day, a worker could apply Roundup 60 days per year. This means he could handle and apply the amount of Roundup needed to treat 60 acres (286 L/Roundup) by backpack. With a more realistic average workload of 0.3 acres/day, he could apply Roundup up to 200 days every year before an extra cancer risk of 1E-6 is reached.

### 3.4. Conclusion

Table 8 summarizes the AADD and the resulting extra cancer risk for all scenarios evaluated. The risks for all scenarios are less than $1x\ 10^{-6}$, which is generally considered to be negligible. These risks are also well below the No Significant Risk Level of $1\ x\ 10^{-5}$ as defined by California's Proposition 65. Thus, the potential risk of cancer associated with the presence of 1,4-dioxane at levels up to 10 ppm in Roundup herbicide formulations is negligible, and would not trigger a California Proposition 65 warning.

Table 8 summarizes the AADD and the resulting extra cancer risk for all scenarios evaluated. The risks for all scenarios are less than $1x\ 10^{-6}$, which is generally considered to be negligible. These risks are also well below the No Significant Risk Level of $1\ x\ 10^{-5}$ as defined by California's Proposition 65. Thus, the potential risk of cancer associated with the presence of 1,4-dioxane at levels up to 10 ppm in Roundup herbicide formulations is negligible, and would not trigger a California Proposition 65 warning.

MSL 19366                                      Page 10 of 12

ial - Produced Subject to Protective Order                   MONGLY00582090

Because risk is proportional to the concentration term used in the risk assessment, the actual risk based on a 300 ppm dioxane concentration, which is the dioxane concentration EPA used in its earlier risk assessment (which is also approximately the same concentration Monsanto also used

Richard L. DeGrandchamp, PhD

in its earlier risk assessment) the actual risk to a backpacker applicator would be $1.6 \times 10^{-5}$ or 30-times higher than Monsanto calculated.  This more realistic cancer risk based on actual detected levels in Roundup far exceeds the *de minimis* cancer. Furthermore, because it does exceed the California Proposition 65 brightline of $1 \times 10^{-5}$ it *should* have triggered the warning labeling requirement to alert the public and Roundup applicators that it was contaminated with dioxane which is a carcinogen. In fact, some surfactant producing companies put warning labels that alerted the public that it contained a dioxane which was a carcinogen.

### Exhibit 60.   Monsanto Underestimated The Dioxane Cancer Risk By 30-Fold [20]

**Table 7. Exposure calculation and cancer risk evaluation of a backpack application scenario for 1,4-dioxane**

| Exposure scenario | Inhalation Unit exposure (ug/lbs a.I.) | Dermal unit exposure (ug/lbs a.i.) | Rate (lb/acre) | Amount treated (acres/day) | Inhaled amount[1] (mg/day) | Amount absorbed[2] (mg/day) | AADD[3] (mg/kgbw/day) | Extra cancer risk[4] |
|---|---|---|---|---|---|---|---|---|
| Mixing,loading | 1.208 | 22.995 | 1.25E-04 | 1 | 1.51E-07 | 1.44E-06 | | |
| Application | 329.304 | 482580.53 | 1.25E-04 | 1 | 4.12E-05 | 3.02E-02 | | |
| | | | | SUM | 3.02E-02 | 3.78E-05 | 5.29E-07 | |

1 assumes 100% absorption via inhalation; 1 acre applied per day
2 assumes 50% dermal uptake; 1 acre applied per day
3 assumes 32 days of application each year ; 70 kg bw/person
4 extra cancer risk = AADD x $q_1^*$ with $q_1^*$ =1.4E-02 (mg/kg/day) $^{-1}$

Richard L. DeGrandchamp, PhD

#### 4.7.5.   *May 19, 2005: Monsanto Increases The Acceptable Dioxane Contaminant Levels In Roundup From 1 To 10 ppm*

### Exhibit 61.   Monsanto Admits That The 1 PPM Dioxane Concentration Specification In Roundup Formulations Was Never A Health-Based Concentration [21]

**Guidance for Monsanto Personnel Regarding Glyphosate Impurity Reports and Other Process Information**

Note:  This document is intended to provide perspective and direction for Monsanto Regulatory Personnel who are making applications or responding to regulatory questions concerning identities and levels of impurities in technical glyphosate acid manufactured by Monsanto Company.  The information is Company Confidential.

**Executive Summary**

Historical perspective and summary information is provided concerning regulatory compliance of Monsanto's glyphosate manufacturing process, impurities, and the development of national, regional, and FAO specifications to ensure quality.  The newest analytical reports are listed and guidance is offered to Monsanto regulatory personnel regarding the presentation of data and interpretation to regulators in light of historical experience.

**Background**

Manufacturing Sites.  Glyphosate acid is manufactured by Monsanto Company as an active herbicidal substance for formulation into commercial herbicide products.  As of the date of this document, glyphosate acid is produced at five (5) Monsanto locations as follows:
- Antwerp, Belgium
- Luling, Louisiana, USA
- Muscatine, Iowa, USA
- Sao Jose dos Campos, Brazil

literature, and easily overlooked, as is the Corrigendum pertaining to the typographical error.  The 1-mg/kg level originally set as a maximum was suggested by Monsanto as a level that could be reasonably achieved by surfactant manufacturers, and has never been considered a risk- or health-based maximum.  The level of 1,4-dioxane in Monsanto formulated products has been limited via manufacturing raw material specifications for the surfactant we purchase for use in glyphosate products.

Recently, the Monsanto Chemical Stewardship Workgroup has reconsidered this issue and has authorized amendment of the raw material specifications for purchased surfactants, so that levels up to 10 mg/kg are acceptable in final formulated products.  The 1,4-dioxane level will continue to be managed via the raw material specifications.

- Camacari, Brazil
- Chocolate Bayou, Texas, USA (Monsanto is a guest manufacturer at the Solutia-owned plant)
- ** Occasionally, DSIDA is also purchased from Sterling Company, who manufactures it in Texas, USA.**

Analytical Studies.  In addition to the quality assurance and process monitoring data that are routinely collected during glyphosate manufacture, several analytical studies have been specifically conducted for regulatory purposes to define the identity and amount of impurities in technical glyphosate acid produced at all Monsanto manufacturing sites.

In 1986, Hammond (MSL 5066, revised) presented analytical results for glyphosate, loss on drying (water content, LOD), and 13 low-level impurities from analyses of approximately 100 samples from Luling and 50 samples from Fayetteville.  The report also included historical analytical data for N-nitroso-glyphosate (NNG) from these locations during the 1983 – 1985 period, representing about 2000 separate findings.  This report was supplemented by additional data in MSL 9126 that included information about four further impurities from

19-May-2005

Richard L. DeGrandchamp, PhD

**Exhibit 62.   Monsanto Admits That N-Nitrosoglyphosate Is Another Carcinogenic Roundup Impurity But The Regulatory Agencies Are Not Concerned [21]**

N-Nitroso-Glyphosate.  NNG is an impurity that arises via reaction of glyphosate with nitrosating agents during or after manufacture.  The most common nitrosating agent is nitrite ion ($NO_2^-$), but other known sources are diesel exhaust, containing nitrogen oxides from combustion, and some metal corrosion inhibitors.  The reaction between nitrite and most secondary amines (e.g., glyphosate) is a general one, and occurs rapidly and completely when the solubilized reagents come in contact.  NNG is presumed to be of toxicological significance because other N-nitroso-amines (also called nitrosamines) have been found through biological testing to react with DNA and to be mutagenic carcinogens.  In the 1970's and early 1980's Monsanto conducted many toxicological tests to determine if NNG specifically had such adverse toxicological activity, and the results provided confidence that it is not a potent carcinogen.  However, the studies were conducted long ago, so that they lack the detail that is standard in modern studies, and many were performed at a laboratory that has since been discredited.  For these reasons, Monsanto does not rely on the old studies to support NNG safety.  Instead, regulatory risk assessment (USEPA) has determined that even potent nitrosamine carcinogens would not be expected to create health risk concerns if present in pesticides at levels of 1 ppm (1 mg/kg) or lower.  Therefore, as a general policy standard, regulators globally have accepted that nitrosamine impurities are unavoidable in some amine-based pesticides, and that they do not require special testing or risk assessment if the levels are at 1 ppm or lower.  Monsanto therefore prefers to carefully control against NNG formation rather than to engage in scientific debate around its biological activity.  Also, since technical glyphosate acid was used in the long-term and mutagenicity testing, the NNG influence would have been evaluated as a normal part of these studies.

There is uncertainty about whether the 1 mg/kg NNG limit applies only to NNG itself, or to the sum of NNG and the other related substances.  Most often, the limit is written against NNG explicitly, rather than 'total nitrosamines", and we interpret that limit literally as written.  Monsanto does not routinely measure the other potential nitrosamine impurities, and it would be both costly and technically difficult to do so.

### 4.7.6.   *2011: Monsanto Is Cautious About "Slinging Mud" At Chinese Roundup Containing High Levels Of Dioxane Because It Knows It Too Has A Dioxane Problem*

Richard L. DeGrandchamp, PhD

**Exhibit 63.   Monsanto Issues Caution In Attacking Chinese Roundup Because Of Its Own Dioxane Contamination [22]**

```
-----Original Message-----
From: ADAMS, STEPHEN A [AG/1000]
Sent: Friday, June 11, 2010 4:11 PM
To: HAUPFEAR, ERIC A [AG/1000]; HEYDENS, WILLIAM F [AG/1000]
Subject: RE: Question...

yeah, that's what I think... Bill forgot to hit the alt key!  ... w ppm? what the heck?

Other than that, 1,4-dioxane was once included on the FAO specification with a limit of 1 ppm, but since
this is an impurity in the ethoxylated surfactants and not in the glyphosate manufacturing process
itself, the specification was later dropped from the FAO specification.  The 1 ppm limit in the
formulation was retained by Monsanto as a specification managed via the raw material specification since
it was considered to be reasonably attainable and a level that was considered to be below any health risk
level.  However, it is my understanding that the Monsanto CSWG had later increased the level of 1,4-
dioxane up to 10 ppm in final formulated products.

So, to answer your question, I believe that there is a Monsanto self-imposed spec for 1,4-dioxane in the
final formulation that is managed by the surfactant specs.  I believe that spec is now 10 ppm, but we
might want to confirm that value with Erin or Donna Farmer, both of whom are not in today.

The other thing is that we have to be very careful before we go slinging mud about 1,4-dioxane in Chinese
glyphosate in public, because whether it is 1 ppm or 10 ppm, we most likely have it on our products too,
and the general public does not understand the difference between 1 ppm and a bucket full...if there is a
chemical that is considered to be a cancer-causing, it don't matter how much is in there, just that it is
in there!

Steve
```

### 4.7.7.   *2011: For Years Monsanto Has Claimed That The Dioxane In The Surfactant Does Not Pose Risk Because Of Dilution-It Now Admits It Has Been Selling The Surfactant As A "Standalone Component" To Mix In Field Batches*

Monsanto has repeatedly stated through the years that because the surfactant containing dioxane is diluted in the final Roundup formulation, it will not pose risk to applicators.  It now admits that it has been selling the surfactant *neat* as a standalone product to customers. The surfactant then would be added to glyphosate in the field to make up the final formulation. Applicators during the mixing would therefore be exposed to significantly higher dioxane contamination as they were mixing the final formulation.

Monsanto now admits that the cancer risk for back-pack applicators who would be mixing Roundup in the field starting with the pure surfactant would exceed the *de minimis* risk level.

Richard L. DeGrandchamp, PhD

**Exhibit 64.   Monsanto Admits Its Standalone Surfactant Containing Very High Concentrations Of Dioxane Will Pose Unacceptable Cancer Risk [23]**

---

Message
_____

**From:**      GUSTIN, CHRISTOPHE [AG/5040] [/O=MONSANTO/OU=EA-5041-01/CN=RECIPIENTS/CN=83930]
**Sent:**      7/19/2011 8:06:44 AM
**To:**        FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070]
**Subject:**   RE: CSWG agenda item


Hi Donna,

I agree with your conclusion.
Is this surfactant sold stand alone as well in the US or is this just a European problem? Is this refined assessment something we would need to submit or is this just for internal peace of mind?

I'm pretty much swamped but will try to look into this.

Regards,
C.

_____
**From:** FARMER, DONNA R [AG/1000]
**Sent:** Monday, July 18, 2011 7:32 PM
**To:** GUSTIN, CHRISTOPHE [AG/5040]
**Subject:** RE: CSWG agenda item


That is a question the CSWG will ask and if it doesn't pass the tier one… options???? do a refined RA to demonstrate an acceptable MOE or go with the results of the tier 1 ==and not support the continued sale of this stand alone surfactant.==

    _____
    **From:** GUSTIN, CHRISTOPHE [AG/5040]
    **Sent:** Monday, July 18, 2011 12:25 PM
    **To:** FARMER, DONNA R [AG/1000]
    **Subject:** RE: CSWG agenda item


    Donna,

    ==At first glance, with this tier 1 approach we would exceeds the 1.E-6 cancer probability for backpack applicators I guess…Please note that this approach is conservative and very US focused.==

    Regards,
    C.

Richard L. DeGrandchamp, PhD

## Exhibit 65.   Monsanto Admits It Has Been Selling MON8139 Which Is *Straight Surfactant* For Batch Mixing Containing 50 ppm Dioxane [23]



**From:** FARMER, DONNA R [AG/1000]
**Sent:** Tuesday, June 28, 2011 6:35 PM
**To:** GARNETT, RICHARD P [AG/5040]
**Cc:** ROOSE, BART [AG/5035]; GUSTIN, CHRISTOPHE [AG/5040]
**Subject:** RE: CSWG agenda item

On the agenda.

**From:** GARNETT, RICHARD P [AG/5040]
**Sent:** Tuesday, June 28, 2011 11:31 AM
**To:** FARMER, DONNA R [AG/1000]
**Cc:** ROOSE, BART [AG/5035]; GUSTIN, CHRISTOPHE [AG/5040]
**Subject:** RE: CSWG agenda item

Donna,
An agenda item for the next meeting, please:
1,4 dioxane content of MON 0818: we have discussed this several times before in the CSWG but economics and manufacturing processes change. The supplier has asked for the max content of 1,4 dioxane to be increase to 50ppm in MON 0818. This is OK because the dilution in MON 2139 reduces the content to within the current spec of 10ppm in the finished product. But we also sell MON 8139, which is a straight surfactant for tank mixing. This will then contain 50ppm. WE had hoped that the supplier could offer different grades from the same feedstock, but they say that is not possible. So the question is whether 50ppm is acceptable in the straight surfactant product?

Regards

### 4.7.8.   *2012: Monsanto Is Now Aware That EPA Now Considers Dioxane 10x More Carcinogenic Than Previously Thought*

Christophe conducted a risk assessment for dioxane in 2004, but now Monsanto is concerned that with the new cancer slope factor, the risk may be higher than the *de minimis* cancer risk.

Richard L. DeGrandchamp, PhD

**Exhibit 66.   Monsanto Is Now Concerned That The New Dioxane Potency Value May Require Analysis Of The Margin Of Exposure**

| Message | |
|---|---|
| **From:** | FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070] |
| **Sent:** | 6/13/2012 8:44:27 PM |
| **To:** | GUSTIN, CHRISTOPHE [AG/5040] [/O=MONSANTO/OU=EA-5041-01/CN=RECIPIENTS/CN=83930]; SALTMIRAS, DAVID A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=DASALT]; ADAMS, STEPHEN A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=113797] |
| **CC:** | KRONENBERG, JOEL M [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=501517]; HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737]; GARNETT, RICHARD P [AG/5040] [/O=MONSANTO/OU=EA-5041-01/CN=RECIPIENTS/CN=107838] |
| **Subject:** | New Tox Review and Assessment of 1,4-Dioxane by EPA IRIS |

It has been brought to my attention that there is a new EPA review and assessment of 1,4-Dioxane and the ==EPA has increased their cancer potency estimates by over one order of magnitude but it appears we still have adequate MOEs.==

Find the EPA review in the link below:

\\finch\toxicology\drfarm\public\impurities\1,4-dioxane

Find the IRIS site in this link:

http://www.epa.gov/iris/subst/0326.htm

Please take a look at the assessment and let me know if we need to update the assessment (also in the impurities file above) Christophe did in 2004?

**[24]**

### 4.7.9.   *2013: Monsanto Is Aware That Some Suppliers Of Surfactant Have Such High Dioxane Contamination They Are Required To Put Warning On MSDS Sheets*

Richard L. DeGrandchamp, PhD

**Exhibit 67.   A Monsanto Supplier Admits The Specs For Its Dioxane Levels Average 22 ppm With A Maximum Of 50 ppm [25]**



| Message | |
|---|---|
| **From:** | Curtis Elsik [curtis_elsik@huntsman.com] |
| **Sent:** | 4/9/2013 5:18:16 PM |
| **To:** | DYSZLEWSKI, ANDREW D [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=102676] |
| **CC:** | Dave Ferguson [Dave_Ferguson@huntsman.com]; KLOPF, GARY J [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=162545]; ADAMS, STEPHEN A [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=113797] |
| **Subject:** | RE: MSDS question for AGM 550 |

Andy:

The spec is 50 ppm max.   The mean over last two years is 22 ppm.

Curt

**Exhibit 68.   Monsanto Is Concerned That The Dioxane Levels Are So High They May Be Required To Include A Warning On the MSDS In California Required By Proposition 65 [25]**



Curt,

So what is the level of 1,4-dioxane in AGM 550?

Andy

-----Original Message-----
From: Curtis Elsik [mailto:curtis_elsik@huntsman.com]
Sent: Tuesday, April 09, 2013 9:57 AM
To: DYSZLEWSKI, ANDREW D [AG/1000]
Cc: Dave Ferguson; KLOPF, GARY J [AG/1000]; ADAMS, STEPHEN A [AG/1000]
Subject: Re: MSDS question for AGM 550

Andy:  We generated data to show that EO and PO were not present, and can remove these from MSDS.  However, there is still 1,4-dioxane, and the Prop 65 reference on our product will remain on the SURFONIC AGM-550 MSDS.  If you can have your final product tested and it is below detection limits, can you leave the warning off your MSDS?

Curt

Page 70

Richard L. DeGrandchamp, PhD

### 4.7.10. *2016: Monsanto Admits It Has Been Using Surfactants With Much Higher Dioxane Than 1.0 ppm*

Monsanto has maintained that they have confirmed low levels of dioxane in its Roundup for many years. This was not true.  Since about ~2000, the dioxane levels have been approximately 150 ppm according to Solvay, one of its suppliers of surfactant.

## Exhibit 69.   The Surfactant Supplier For Roundup Informs Monsanto That The Higher Dioxane Levels Saved Monsanto 20 Cents/Kg [26]

From: SCHNEIDER, Thomas-Karl [mailto:thomas-karl.schneider@solvay.com]
Sent: vrijdag 26 februari 2016 11:21
To: CELEN, ERIK [AG/5035]
Subject: Re: Geronol CF/AR spec agrmnt

Dear Erik,

we can sign but EXCEPT the dioxane content.

About 7-8 years ago we replaced "GERONOL CF/AR" (low dioxane content at approx. 5ppm)

with "GERONOL CF/AR-E". This one has a dioxane content of approx. 150ppm.

We did that because the market did not require any longer such a low Dioxane content. There was a change in regulation in terms of Dioxane content. The "non stripping" of dioxane brought a cost benefit of 20cents/kg.

If MONSANTO insists on a Dioxane content of < 50ppm - we could do it.

o Based on standard phosphate ester quality level of dioxane into formulated product will be around 17 ppm per liter higher than historical level Monsanto has defined (10 ppm)

o Supplier (Solvay) has the possibility to produce high standard quality fulfilling Monsanto requirement of 10 ppm; however this will drive additional cost due to necessary investment to be specifically done by Solvay for production and storage. Cog impact is estimated around 0,03 $ per rel, this increasing cost penalty vs Mon 2139 . Product availability will be delayed,  it will be very challenging to deliver early July.

r. Thomas Karl SCHNEIDER
Market Director EMEA
Agricultural Specialties

From: ROOSE, BART [AG/5035]
Sent: maandag 29 februari 2016 10:21
To: GARNETT, RICHARD P [AG/5040]; GUSTIN, CHRISTOPHE [AG/5040]

nfidential - Produced Subject to Protective Order                    MONGLY05386204

Richard L. DeGrandchamp, PhD

**Exhibit 70.   Monsanto Admits That Its Roundup Will Contain 16 ppm Dioxane [26]**

Cc: VERWAEST, KIM [AG/5035]
**Subject:** 1,4 dioxane in glyphosate formulations

Richard,

It's time to dig again into our dusty files

Do you remember the Guidance Document of Steve Wratten (14/6/2005)

I've scanned one page with reference to 1,4 dioxane (impurity related to ethoxylated compounds (surfactant))

As a company we had agreed in 2005 to keep 10 ppm 1,4 dioxane without any safety factor as a prudent limit for our FP.

As dioxane only gets in formulation via the raw material, we put limit on the RM spec (50 ppm max as never >20% surfactant in Formulation).

Is the 10 ppm dioxane limit in FP still valid for us as a company?

Example:

Our new formulation (ex Barclay) with the standard surfactant quality would have a max dioxane in FP concentration of 16 ppm

Thanks, regards, Bart

Richard L. DeGrandchamp, PhD

# 5.   MOLECULAR HALLMARKS OF DIFFUSE B-CELL LYMPHOMA

Richard L. DeGrandchamp, PhD

**Exhibit 71.   2019: Adams et al. Show There Is A Shared Commonality In The Molecular Hallmarks Of Lymphoma [27]**



**frontiers in Oncology**

REVIEW
published: 08 January 2019
doi: 10.3389/fonc.2018.00636

# Targeting the Bcl-2 Family in B Cell Lymphoma

Clare M. Adams[1], Sean Clark-Garvey[2], Pierluigi Porcu[3] and Christine M. Eischen[1]*

[1] Department of Cancer Biology, Sidney Kimmel Cancer Center, Thomas Jefferson University, Philadelphia, PA, United States, [2] Internal Medicine Residency Program, Department of Internal Medicine, Sidney Kimmel Medical College, Thomas Jefferson University, Philadelphia, PA, United States, [3] Division of Hematologic Malignancies and Hematopoietic Stem Cell Transplantation, Department of Medical Oncology, Sidney Kimmel Cancer Center, Thomas Jefferson University, Philadelphia, PA, United States

Although lymphoma is a very heterogeneous group of biologically complex malignancies, tumor cells across all B cell lymphoma subtypes share a set of underlying traits that promote the development and sustain malignant B cells. One of these traits, the ability to evade apoptosis, is essential for lymphoma development. Alterations in the Bcl-2 family of proteins, the key regulators of apoptosis, is a hallmark of B cell lymphoma. Significant efforts have been made over the last 30 years to advance knowledge of the biology, molecular mechanisms, and therapeutic potential of targeting Bcl-2 family members. In this review, we will highlight the complexities of the Bcl-2 family, including our recent discovery of overexpression of the anti-apoptotic Bcl-2 family member Bcl-w in lymphomas, and describe recent advances in the field that include the development of inhibitors of anti-apoptotic Bcl-2 family members for the treatment of B cell lymphomas and their performance in clinical trials.

Keywords: BCL-2, BCL-W, B cell lymphoma, apoptosis, venetoclax, navitoclax, BH3 mimetic, CLL

OPEN ACCESS

Edited by:
Silvia Bea,
Institut d'Investigacions Biomèdiques
August Pi i Sunyer (IDIBAPS), Spain

Reviewed by:
Benjamin Bonavida,
University of California, Los Angeles,
United States
Alberto Fabbri,
Azienda Ospedaliera Universitaria
Senese, Italy

*Correspondence:
Christine M. Eischen
christine.eischen@jefferson.edu

Specialty section:
This article was submitted to
Hematologic Malignancies,
a section of the journal
Frontiers in Oncology

Received: 10 September 2018
Accepted: 05 December 2018
Published: 08 January 2019

Citation:
Adams CM, Clark-Garvey S, Porcu P
and Eischen CM (2019) Targeting the
Bcl-2 Family in B Cell Lymphoma.
Front. Oncol. 8:636.
doi: 10.3389/fonc.2018.00636

## INTRODUCTION

Acquiring resistance to apoptosis, a highly-regulated, evolutionarily conserved process, is a characteristic shared among all types of cancer, including B cell lymphomas (1). For a cell to divide and grow uncontrollably, as malignant cells do, it must not only hijack the normal cellular growth pathways, but it must also avoid cellular death signals. During lymphomagenesis, B cells encounter a broad range of stress stimuli, including oncogene activation, DNA damage, and oxygen and cytokine deprivation, all of which can elicit an apoptotic cell death response. Apoptosis is regulated by complex interactions between pro-apoptotic and anti-apoptotic members of the B cell lymphoma-2 (Bcl-2) protein family (2). Thus, a delicate balance between members of the Bcl-2 family dictate whether the B cell will live or die under stress conditions. As such, alterations that deregulate the apoptotic process lead to increased survival and facilitate lymphomagenesis (3). Moreover, these alterations can render lymphoma cells refractory to therapies that are designed to induce death (4). Specifically, overexpression of the anti-apoptotic Bcl-2 family members and/or reduced expression of specific pro-apoptotic members are a common feature shared among B cell lymphomas (4, 5). Much of what we know today about the Bcl-2 family and its role in B cells and B cell lymphoma comes from decades of research utilizing genetically engineered mice and a mouse model of Myc oncogene-induced B cell lymphoma [Eμ-*myc* transgenic mice, (6)]. However, recent discoveries and low complete response rates in clinical trials with targeted therapy against BCL-2 in lymphoma reveal significant gaps in knowledge remain (7–9). This review

Richard L. DeGrandchamp, PhD

**Exhibit 72.   1017 Ghosh et al. Show Molecular Fingerprint Of Genetic Alterations Induced By PCBs Are Similar To The Hallmarks Of Lymphomas [28]**

Environ Sci Pollut Res
DOI 10.1007/s11356-017-0149-1



PCBS RISK EVALUATION AND ENVIRONMENTAL PROTECTION

## PCB exposure and potential future cancer incidence in Slovak children: an assessment from molecular finger printing by Ingenuity Pathway Analysis (IPA®) derived from experimental and epidemiological investigations

Somiranjan Ghosh
Lubica Palkovicova
Kepher H. Makambi

Received: 8 May 2017 /
© Springer-Verlag Gmb

**Abstract** The risk of
is highly debated. In
population to organoc
ated with various dis
*crine disruption, met*
thereby disturbing se
tein synthesis, stress
ated a Slovak cohort
levels of PCB exposu
disorder developmen
markers that could s
for the genesis of ca
and identify potentia
   Microarray studie
ducted from the 45-

PCBs have been deemed to be probable carcinogens by the Environmental Protection Agency, and exposure to high levels of PCBs has been consistently linked to increased risk of non-Hodgkin lymphoma (NHL) (Freeman and Kohles 2012). PCB congeners have been associated with increased risk of adult NHL in cohort and case-control studies (Colt et al. 2005; De Roos et al. 2005; Engel et al. 2007a, 2007b). Significant positive trends in acute lymphocytic leukemia (ALL) risk were apparent with increasing concentrations of PCB congeners 118, 138, and 153, and the association with the PCBs was stronger among non-Hispanic whites than among Hispanics despite similar distributions of PCB levels among controls in each racial/ethnic group (Ward et al. 2009). The findings suggest that PCBs, which are considered human carcinogens and cause perturbations of the immune system, may represent a previously unrecognized risk factor for childhood leukemia. Detection of any PCB congener in the dust conferred a twofold increased risk of ALL while studying a population-based case-control study in 35 counties in northern and central California in 2001–2006. A preliminary study has also indicated that plasma levels of PCBs might pose a risk of cutaneous malignant melanoma (Gallagher et al. 2011).

Richard L. DeGrandchamp, PhD

We found four genes that were well-annotated in the connectivity analysis (Fig. 2) and in the important cancer-relevant signaling pathways (Fig. 3). Those are *TP53 MYC*, *BCL2*, and *LRP12*. TP53 gene results (Fig. 3) were consistent with the human studies that provided prior suggestive evidence that PCBs are carcinogenic (ATSDR 2001, Faroon et al. 2001, Laden et al.

exposed human population for their consistency (Fig. 4, panels A–D). The genes *TP53 MYC* and *LRP12* were mostly down-regulated and were well-corroborated with the population samples (Fig. 4, panels A, B, C, and D respectively). The *BCL2* gene has co_____u-
lation

PCBs have been deemed to be probable carcinogens by the Environmental Protection Agency, and exposure to high levels of PCBs has been consistently linked to increased risk of non-Hodgkin lymphoma (NHL) (Freeman and Kohles 2012). PCB congeners have been associated with increased risk of adult NHL in cohort and case-control studies (Colt et al. 2005; De Roos et al. 2005; Engel et al. 2007a, 2007b). Significant positive trends in acute lymphocytic leukemia (ALL) risk were apparent with increasing concentrations of PCB congeners 118, 138, and 153, and the association with the PCBs was stronger among non-Hispanic whites than among Hispanics despite similar distributions of PCB levels among controls in each racial/ethnic group (Ward et al. 2009). The findings suggest that PCBs, which are considered human carcinogens and cause perturbations of the immune system, may represent a previously unrecognized risk factor for childhood leukemia. Detection of any PCB congener in the dust conferred a twofold increased risk of ALL while studying a population-based case-control study in 35 counties in northern and central California in 2001–2006. A preliminary study has also indicated that plasma levels of PCBs might pose a risk of cutaneous malignant melanoma (Gallagher et al. 2011).

Richard L. DeGrandchamp, PhD

**Exhibit 73.   2021 Li et al. Li *et al.* (2021) Show That PCB-153 Exposure
Caused 30 *Gene Deletions* In Several Different Chromosome
In An In Vitro Study [29]**



# Large chromosomal deletions and impaired homologous recombination repairing in HEK293T cells exposed to polychlorinated biphenyl 153

Jiaci Li*, Yaqing Jing*, Yi Liu, Yawei Ru, Mingyan Ju, Yuxia Zhao and

**Results**. The results indicated that abundant copy number variations (CNVs), including four duplications and 30 deletions, occurred in PCB153-exposed HEK293T cells. Multiple large fragment deletions (>1 Mb) involving up to 245 Mb regions on many chromosomes. Missense mutations were found in six tumor susceptibility genes, two of which are key members participating in homologous recombination (HR) repair response, *BRCA1* and *BRCA2*. RNA-seq data showed that PCB153 poisoning apparently suppressedHR repairing genes. Besides, 15 μM PCB153 exposure significantly increased 53BP1 foci formation and effectively reduced *BRCA1*, *RAD51B* and *RAD51C* expression, indicating an elevated DSBs and impaired HR repairing.

**Results**. The results indicated that abundant copy number variations (CNVs), including four duplications and 30 deletions, occurred in PCB153-exposed HEK293T cells. Multiple large fragment deletions (>1 Mb) involving up to 245 Mb regions on many chromosomes. Missense mutations were found in six tumor susceptibility genes, two of which are key members participating in homologous recombination (HR) repair response, *BRCA1* and *BRCA2*. RNA-seq data showed that PCB153 poisoning apparently suppressedHR repairing genes. Besides, 15 μM PCB153 exposure significantly increased 53BP1 foci formation and effectively reduced *BRCA1*, *RAD51B* and *RAD51C* expression, indicating an elevated DSBs and impaired HR repairing.

**Conclusion**. This study firstly reported multiple large chromosomal deletions and impaired HR repairing in PCB153-exposed HEK293T cells, which provided a new insight into the understanding of early response and the mechanism underlying PCB153 genotoxicity. The chromosomal instabilities might be related to the impaired HR repairing that induced by PCB153; however, further investigations, especially on actual toxic effects of human body, are needed to confirm such speculation.

Submitted 1 April 2021
Accepted 29 June 2021
Published 28 July 2021

Corresponding author
Guang Li, lig@tmu.edu.cn

Academic editor
Paula Soares

Additional Information and
Declarations can be found on
page 12

DOI 10.7717/peerj.11816

Copyright
2021 Li et al.

Distributed under
Creative Commons CC-BY 4.0

**Subjects** Biochemistry, Bioinformatics, Cell Biology, Environmental Impacts
**Keywords** PCB153, HEK293T cells, Copy number variation, Homologous recombination repair, DNA damage

Richard L. DeGrandchamp, PhD

## Exhibit 74.   2011 Schneider et al. Describe The Signature Molecular Hallmarks Of Diffuse B-Cell Lymphoma [30]



### NIH Public Access
**Author Manuscript**

*Semin Diagn Pathol.* Author manuscript; available in PMC 2013 February 03.

Published in final edited form as:
*Semin Diagn Pathol.* 2011 May ; 28(2): 167–177.

## Molecular Pathogenesis of Diffuse Large B-cell Lymphoma

Christof Schneider, M.D.[1] [Postdoctoral Researcher], Laura Pasqualucci, M.D.[1,2] [Associate Professor], and Riccardo Dalla-Favera, M.D.[1,2,3,*] [Uris Professor]

[1]Institute for Cancer Genetics, Columbia University, New York, NY 10032

[2]Department of Pathology and Cell Biology, Columbia University, New York, NY 10032

[3]Department of Genetics and Development, Columbia University, New York, NY 10032

**Abstract**

### Genetic Lesions associated with GCB-DLBCL

The gene expression pattern of GCB-DLBCL is similar to that of normal GC-B-cells [2]. In addition, these tumors retain typical features of normal GC-B-cells such as CSR and SHM [53]. GCB-DLBCLs are characterized by several, different genetic alterations (Tab. 1).

In approximately 35% of cases, the translocation t(14;18) leads to the ectopic expression of the B-cell lymphoma 2 (BCL-2) oncogene, a key anti-apoptotic molecule also expressed in follicular lymphoma (FL) and chronic lymphocytic leukemia [54]. BCL-2 translocations deregulate BCL-2 by juxtaposing potent regulatory elements from the Ig locus in close proximity to the BCL-2 locus, as well as by disrupting negative suppression by BCL-6 [16,20]. Additionally, about 40% of DLBCL cases without a t(14;18) translocation co-express BCL-2 and BCL-6 as the results of several mechanisms including i) deregulation of Miz1, the coactiator molecule by which BCL-6 binds to the BCL-2 promoter; i) ASHM of BCL-2 promoter sequences, iii) mutations in the BCL-2 coding sequence [16]. Increased levels of BCL-2 have been associated with an inferior outcome in DLBCL [55-56].

### Most DLBCLs derive from Germinal Center B-cells

The germinal center (GC) is the site where B-cells undergo distinct genetic processes to generate high-affinity antibodies (Fig 1). GCs are formed by proliferating B-cells in secondary lymphoid tissues upon T-cell dependent antigen stimulation. Within the dark zone

Page 78

Richard L. DeGrandchamp, PhD

## Exhibit 75.   Roschewski et al. Discuss The Hallmarks Of Diffuse Large-B-Cell Lymphoma [31]



**HHS Public Access**

Author manuscript
*Cancer J.* Author manuscript; available in PMC 2021 May 01.

Published in final edited form as:
*Cancer J.* 2020 ; 26(3): 195–205. doi:10.1097/PPO.0000000000000450.

## Molecular Classification and Treatment of Diffuse Large B-cell Lymphoma and Primary Mediastinal B-cell Lymphoma

**Mark Roschewski, MD [Clinical Director]**,
Lymphoid Malignancies Branch, Center for Cancer Research, National Cancer Institute, Building 10, Room 4N115, National Institutes of Health, Bethesda, MD, 20892, United States.

**James D. Phelan, PhD**,
Lymphoid Malignancies Branch, Center for Cancer Research, National Cancer Institute, Building 10, Room 6N105, National Institutes of Health, Bethesda, MD, 20892, United States.

**Wyndham H. Wilson, MD, PhD [Chief Lymphoma Therapeutics]**
Lymphoid Malignancies Branch, Center for Cancer Research, National Cancer Institute, Building 10, Room 4N115, National Institutes of Health, Bethesda, MD, 20892, United States.

**Abstract**

Diffuse large B-cell lymphoma (DLBCL) encompasses a group of aggressive B-cell non-Hodgkin lymphomas with striking genetic heterogeneity and variable clinical presentations. Among these is primary mediastinal B-cell lymphoma (PMBL), which has unique clinical and molecular features resembling Hodgkin lymphoma. Treatment of DLBCL is usually curative, but identifiable subsets at highest risk for treatment failure may benefit from intensified chemotherapy regimens and/or targeted agents added to frontline therapy. Recent comprehensive genomic analyses have identified distinct genetic subtypes of DLBCL with characteristic genetic drivers and signaling pathways that are targetable. Immune therapy with chimeric antigen receptor T-cells and checkpoint inhibitors has revolutionized the treatment of relapsed or refractory disease, and antibody drug conjugates have weaponized otherwise intolerable cytotoxic agents. Ongoing clinical trials are further refining the specificity of these approaches in different genetic subtypes and moving them from the setting of recurrent disease to frontline treatment in high risk patient populations.

**Keywords**

diffuse large B-cell lymphoma; DLBCL; primary mediastinal B-cell lymphoma; PMBL; gene-expression profiling; genetic subtypes; targeted therapy; chimeric antigen receptor

Corresponding author: Phone: +1 240-760-6183, Fax: +1 301-451-5620, mark.roschewski@nih.gov.
Author contributions
All authors researched the data for the article, made a substantial contribution to discussion of the content, wrote the article, and reviewed and edited the manuscript prior to submission.
Conflict of interest
The authors declare no conflicts of interest.

Richard L. DeGrandchamp, PhD

**Exhibit 76.   2011: Frick et al.  Focus On The Molecular Etiology Of Diffuse Large B-Cell Lymphoma [32]**



*Therapeutic Advances in Hematology*                                                    Review

# The molecular biology of diffuse large B-cell lymphoma

**Mareike Frick, Bernd Dörken and Georg Lenz**

*Abstract:* Diffuse large B-cell lymphoma (DLBCL) represents the most common type of malignant lymphoma. In the last few years, significant progress has been achieved in the understanding of the molecular pathogenesis of this entity. Gene expression profiling has identified three molecular DLBCL subtypes, termed germinal-center B-cell-like (GCB) DLBCL, activated B-cell-like (ABC) DLBCL, and primary mediastinal B-cell lymphoma (PMBL). In this review, we summarize our current understanding of the biology of these DLBCL subtypes with a special emphasis on novel diagnostic and therapeutic approaches.

*Keywords:* biology, DLBCL, gene expression profiling, malignant lymphoma, molecular pathogenesis

*Ther Adv Hematol*

(2011) 2(6) 369–379

DOI: 10.1177/2040620711419281

© The Author(s), 2011. Reprints and permissions: http://www.sagepub.co.uk/journalsPermissions.nav

## Introduction

Diffuse large B-cell lymphoma (DLBCL), the most common subtype of malignant lymphoma, is characterized by heterogeneity with respect to clinical presentation, morphology, and molecular pathogenesis [Coiffier, 2001]. The introduction of gene expression profiling revealed the existence of at least three distinct molecular subtypes of DLBCL that differ in the expression of thousands of genes and that seem to arise from B cells at different stages of differentiation [Rosenwald *et al.* 2003, 2002; Savage *et al.* 2003; Wright *et al.* 2003; Alizadeh *et al.* 2000]. According to their gene expression profiles these subtypes were termed germinal-center B-cell-like (GCB) DLBCL, activated B-cell-like (ABC) DLBCL, and primary mediastinal B-cell lymphoma (PMBL). These subtypes do not only differ with respect to their gene expression profiles, but they depend on different oncogenic pathways and are characterized by significant differences in overall survival following standard treatment [Lenz *et al.* 2008b, 2008c; Monti *et al.* 2005; Rosenwald *et al.* 2002]. Whereas patients with GCB DLBCL respond favorably to a combined approach of the anti-CD20 antibody rituximab and chemotherapy, more than 50% of ABC DLBCL patients will succumb to their disease [Lenz *et al.* 2008b]. This implies that novel therapeutic strategies are critically warranted to improve prognosis of affected patients. However, this can only be achieved by a better understanding of the underlying molecular mechanisms that drive lymphomagenesis.

## Molecular pathogenesis of GCB DLBCL

GCB DLBCLs seem to originate from germinal-center B-cells (Figure 1) [Rosenwald *et al.* 2002; Alizadeh *et al.* 2000]. Accordingly, these lymphomas characteristically express many genes such as *BCL6* or *LMO2* that are expressed by normal germinal-center B-cells [Alizadeh *et al.* 2000]. Further evidence for their germinal-center derivation is provided by the fact that GCB DLBCLs frequently show ongoing somatic hypermutation of their variable immunoglobulin heavy chain gene that is mediated by AID, an enzyme that is characteristically expressed at high levels in germinal-center B-cells [Lossos *et al.* 2000].

Various oncogenic pathways are deregulated in GCB DLBCL that contribute to the molecular pathogenesis of this entity (Figure 1). In approximately 45% of GCB DLBCL patient samples, a t(14;18) translocation juxtaposing the *BCL2* gene and the *IgH* locus is detectable. This leads to constitutive activation of the anti-apoptotic BCL2 protein. Intriguingly, this abnormality is not detectable in ABC DLBCL patient samples [Rosenwald *et al.* 2002].

Another hallmark of GCB DLBCL biology is the deregulation of the phosphatase and tensin homologue (PTEN)– phosphatidylinositol 3-kinase

Correspondence to:
**Georg Lenz, MD**
Department of Hematology, Oncology and Tumor Immunology, Charité –
Universitätsmedizin Berlin, Molecular Cancer Research Center, Augustenburger Platz 1, 13353 Berlin, Germany
georg.lenz@charite.de

**Mareike Frick**
**Bernd Dörken**
Department of Hematology, Oncology and Tumor Immunology, Charité –
Universitätsmedizin Berlin, Germany

Richard L. DeGrandchamp, PhD

**Exhibit 77.   2023: Benbrook et al. Summarize The Genotoxicity Studies Published Since The IARC Glyphosate Monograph Was Issued [33]**



Richard L. DeGrandchamp, PhD

**Exhibit 78.   2023: Chang et al. Provide Supplemental Human Genotoxicity Information To Supplement Animal Studies [34]**

JNCI: Journal of the National Cancer Institute, 2023, 00(0), 1–11

https://doi.org/10.1093/jnci/djac242
Advance Access Publication Date: January 11, 2023
Article


OXFORD

# Glyphosate exposure and urinary oxidative stress biomarkers in the Agricultural Health Study

Vicky C. Chang, PhD,[1,*] Gabriella Andreotti, PhD,[1] Maria Ospina, PhD,[2] Christine G. Parks, PhD,[3] Danping Liu, PhD,[4] Joseph J. Shearer, PhD,[5] Nathaniel Rothman, MD, MPH,[1] Debra T. Silverman, ScD,[1] Dale P. Sandler, PhD,[3] Antonia M. Calafat, PhD,[2] Laura E. Beane Freeman, PhD,[1] Jonathan N. Hofmann, PhD[1]

[1]Occupational and Environmental Epidemiology Branch, Division of Cancer Epidemiology and Genetics, National Cancer Institute, National Institutes of Health, Bethesda, MD, USA
[2]National Center for Environmental Health, Centers for Disease Control and Prevention, Atlanta, GA, USA
[3]Epidemiology Branch, National Institute of Environmental Health Sciences, National Institutes of Health, Durham, NC, USA
[4]Biostatistics Branch, Division of Cancer Epidemiology and Genetics, National Cancer Institute, National Institutes of Health, Bethesda, MD, USA
[5]Heart Disease Phenomics Laboratory, Epidemiology and Community Health Branch, National Heart, Lung, and Blood Institute, National Institutes of Health, Bethesda, MD, USA

*Correspondence to: Vicky C. Chang, PhD, Occupational and Environmental Epidemiology Branch, Division of Cancer Epidemiology and Genetics, National Cancer Institute, 9609 Medical Center Drive, 6E640, MSC 9771, Bethesda, MD 20892, USA (e-mail: chidan.chang@nih.gov).

## Abstract

**Background:** Glyphosate is the most widely applied herbicide worldwide, and its use has been associated with increased risks of certain hematopoietic cancers in epidemiologic studies. Animal and in vitro experiments suggest that glyphosate may induce oxidative stress, a key characteristic of carcinogens; however, evidence in human populations remains scarce. We investigated associations between glyphosate exposure and urinary oxidative stress biomarkers in the Biomarkers of Exposure and Effect in Agriculture study, a molecular epidemiologic subcohort in the Agricultural Health Study.

**Methods:** This analysis included 268 male farmers selected based on self-reported recent and lifetime occupational glyphosate use and 100 age- and geography-matched male nonfarmers. Concentrations of glyphosate and oxidative stress biomarkers (8-hydroxy-2'-deoxyguanosine [8-OHdG], 8-iso-prostaglandin-F2α, and malondialdehyde [MDA]) were quantified in first-morning-void urine. We performed multivariable linear regression to evaluate associations of urinary glyphosate and self-reported glyphosate use with each oxidative stress biomarker.

**Results:** Urinary glyphosate concentrations were positively associated with levels of 8-OHdG (highest vs lowest glyphosate quartile; geometric mean ratio = 1.15, 95% confidence interval = 1.03 to 1.28; $P_{trend}$ = .02) and MDA (geometric mean ratio = 1.20, 95% confidence interval = 1.03 to 1.40; $P_{trend}$ = .06) overall. Among farmers reporting recent glyphosate use (last 7 days), use in the previous day was also associated with statistically significantly increased 8-OHdG and MDA levels. Compared with nonfarmers, we observed elevated 8-iso-prostaglandin-F2α levels among farmers with recent, high past 12-month, or high lifetime glyphosate use.

**Conclusions:** Our findings contribute to the weight of evidence supporting an association between glyphosate exposure and oxidative stress in humans and may inform evaluations of the carcinogenic potential of this herbicide.

Glyphosate is a broad-spectrum herbicide and crop desiccant. Since its commercialization in 1974, glyphosate has become the most widely applied agricultural pesticide in the United States and worldwide (1,2). As of 2012, glyphosate also ranked as the second most commonly used pesticide in US homes and gardens (2). Recently, nationally representative data from the National Health and Nutrition Examination Survey (2013-2014) suggest that approximately 80% of the general US population aged 6 years and older have detectable concentrations of glyphosate in their urine (3,4). Other biomonitoring studies suggest increasing exposure in the general population (5-9) and higher exposure among certain occupations, including farmers (8,9), with dermal contact being the major route of occupational exposure (10).

In 2015, the International Agency for Research on Cancer classified glyphosate as a probable human carcinogen (group 2A), citing limited epidemiologic evidence of an association with

non-Hodgkin lymphoma, sufficient evidence of carcinogenicity in experimental animals, and strong mechanistic evidence (mostly in animals and human cells) of genotoxicity and oxidative stress (11,12). However, the relationship between glyphosate exposure and risk of cancer, particularly lymphohematopoietic malignancies, remains inconclusive and controversial (13-15). The Agricultural Health Study (AHS), a prospective cohort of pesticide applicators in Iowa and North Carolina, recently reported a suggestive association between high lifetime use of glyphosate and increased risk of acute myeloid leukemia but not non-Hodgkin lymphoma or other cancers (16). Investigations of intermediate biomarkers of effect can provide timely evidence regarding the carcinogenic potential of this widely used herbicide (17).

Oxidative stress occurs when the production of reactive oxygen species (ROS) and other free radicals exceeds the body's antioxidant defense mechanisms, causing damage to DNA, proteins,

Received: September 2, 2022. Revised: November 3, 2022. Accepted: December 23, 2022

© The Author(s) 2023. Published by Oxford University Press.
This is an Open Access article distributed under the terms of the Creative Commons Attribution-NonCommercial License (https://creativecommons.org/licenses/by-nc/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited. For commercial re-use, please contact journals.permissions@oup.com

Downloaded from https://academic.oup.com/jnci/advance-article/doi/10.1093/jnci/djac242/6984725 by guest on 18 February 2023

Richard L. DeGrandchamp, PhD

# 6.    REFERENCES:

[1]    Monsanto, "PCB-ARCH0756724," 1982.

[2]    NIOSH, "Criteria for a Recommended Standard: Occupational Exposure to Dioxane," 1977. [Online]. Available: https://www.cdc.gov/niosh/docs/77-226/default.html.

[3]    NCI, "BIOASSAY OF 1,4-DIOXANE FOR POSSIBLE CARCINOGENICITY MONGLY03584778," vol. 45, 1978.

[4]    EPA, "1980 TSCA Chemicals-in-Progress Bulletin Office of Pesticides & Toxic Substances," 1980.

[5]    Monsanto, "MONGLY00785005." 1980.

[6]    IARC, "1978 IARC EVALUATION OF CARCINOGENIC RISKS," *IARC Monogr.*, vol. 1–42, 1987.

[7]    EPA, "IRIS Toxicity Profile 1,4-Dioxane," 2022. [Online]. Available: https://iris.epa.gov/ChemicalLanding/&substance_nmbr=326.

[8]    Monsanto, "Roundup Impurities MONGLY03577264-483."

[9]    EPA, "Federal Register / Vol. 49, No. 188 / Wednesday, September 26, .1984 / Proposed Rules," 1984.

[10]   "Table of Contents / Содержание," *J. Lang. Relatsh.*, pp. vii–viii, 2019, doi: 10.31826/9781463236984-toc.

[11]   EPA, "PRN 87-6: Inert Ingredients in Pesticide Products; Policy Statement," 1987. [Online]. Available: https://www.epa.gov/pesticide-registration/prn-87-6-inert-ingredients-pesticide-products-policy-statement.

[12]   D. Farmer, "EATON Letter MONGLY01680756," pp. 1680756–1680757, 2016.

[13]   Monsanto, "Monsanto Insert Crisis MONGLY02945137." doi: 10.1111/dme.12921.

[14]   Monsanto, "Monsanto Dioxane Risk Assessment MONGLY00154345," 1990.

[15]   EPA/Monsanto, "1990-1991 EPA Dioxane Risk Assessment Review."

[16]   Monsanto, "Monsanto Dioxane MONGLY00889992," 2001.

[17]   Monsanto, "Monsanto Knew How To Eliminate Dioxane MONGLY03440712," 2016.

[18]   Monsanto, "Monsanto Starts Project Kermit."

[19]   Monsanto, "Profit Memo MONGLY03736182."

[20]   Monsanto, "MONGLY00582079." .

Richard L. DeGrandchamp, PhD

[21]   Monsanto, "Monsanto Guidance Impurities MonGly00958420."

[22]   Monsanto, "MONGLY01041311," p. 1, 2010.

[23]   Monsanto, "MONGLY02409508." .

[24]   Monsanto, "MONGLY03836710." .

[25]   Monsanto, "MONGLY03829282 MONGLY03829283." pp. 3829282–3829284, 2013.

[26]   Monsanto, "2016_MONGLY05386203-MONGLY05386205 (1).pdf." .

[27]   C. M. Adams, S. Clark-Garvey, P. Porcu, and C. M. Eischen, "Targeting the Bcl-2 family in B cell lymphoma," *Front. Oncol.*, vol. 9, no. JAN, pp. 1–21, 2019, doi: 10.3389/fonc.2018.00636.

[28]   S. Ghosh, C. A. Loffredo, P. S. Mitra, and T. Trnovec, "PCB exposure and potential future cancer incidence in Slovak children : an assessment from molecular finger printing by Ingenuity Pathway Analysis PCBS RISK EVALUATION AND ENVIRONMENTAL PROTECTION PCB exposure and potential future cancer incidence in Slov," no. January, 2018, doi: 10.1007/s11356-017-0149-1.

[29]   J. Li *et al.*, "Large chromosomal deletions and impaired homologous recombination repairing in HEK293T cells exposed to polychlorinated biphenyl 153," *PeerJ*, vol. 9, 2021, doi: 10.7717/peerj.11816.

[30]   Schneider, "Molecular Pathogenesis of Diffuse Large B-cell Lymphoma," *Semin Diagn Pathol.*, vol. 28, no. 2, pp. 167–177, 2011.

[31]   M. Roschewski, J. D. Phelan, and W. H. Wilson, "Molecular Classification and Treatment of Diffuse Large B-cell Lymphoma and Primary Mediastinal B-cell Lymphoma," vol. 26, no. 3, pp. 195–205, 2021, doi: 10.1097/PPO.0000000000000450.Molecular.

[32]   M. Frick and B. Do, "The molecular biology of diffuse large B-cell lymphoma," pp. 369–379, 2011, doi: 10.1177/2040620711419001.

[33]   C. Benbrook, R. Mesnage, and W. Sawyer, "Genotoxicity Assays Published since 2016 Shed New Light on the Oncogenic Potential of Glyphosate-Based Herbicides," *Agrochemicals*, vol. 2, no. 1, pp. 47–68, 2023, doi: 10.3390/agrochemicals2010005.

[34]   V. C. Chang *et al.*, "Glyphosate Exposure and Urinary Oxidative Stress Biomarkers in the Agricultural Health Study," *JNCI J. Natl. Cancer Inst.*, vol. 00, no. 0, pp. 1–11, 2023, doi: 10.1093/jnci/djac242.