# EXHIBIT D

```
          IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                       STATE OF MISSOURI
                 The Honorable Timothy J. Boyer


JOHN L. DURNELL,           )
                           )
     Plaintiff,            )
                           )
vs.                        )
                           )Cause No. 1922-CC00221
MONSANTO COMPANY,          )
                           )
     Defendant.            )
```

TRIAL TRANSCRIPT

VOLUME 6B

Wednesday, October 11, 2023

1504

```
 1                  A P P E A R A N C E S

 2

 3   On Behalf of Plaintiff:

 4      James G. Onder
        W. Wylie Blair
 5      R. Prescott Sifton, Jr.
        Gregory J. Pals
 6      ONDER LAW, LLC
        110 E. Lockwood, 2nd Floor
 7      St. Louis, MO 63119
        onder@onderlaw.com
 8      blair@onderlaw.com
        sifton@onderlaw.com
 9      pals@onderlaw.com

10


11      T. Roe Frazer, II
        FRAZER P.L.C.
12      30 Burton Hills Boulevard, Suite 450
        Nashville, TN 37215
13      Roe@frazer.law

14

15      Isaac T. Conner
        Andre Johnson
16      MANSON JOHNSON CONNER, PLLC
        1720 West End Avenue, Suite 300
17      Nashville, TN 37203
        iconner@mansonjohnsonlaw.com
18      ajohnson@mansonjohnsonlaw.com

19

20   On Behalf of Defendant:

21      Shayna S. Cook
        James T. Coleman
22      GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
        200 S. Wacker Drive, 22nd Floor
23      Chicago, IL 60606
        scook@goldmanismail.com
24      jcoleman@goldmanismail.com

25
```

1505

```
 1     Michael A. Brown
       Ericka L. Downie
 2     NELSON MULLINS RILEY & SCARBOROUGH, LLP
       100 S. Charles Street, Suite 1600
 3     Baltimore, MD 21201
       mike.brown@nelsonmullins.com
 4     ericka.downie@nelsonmullins.com

 5


 6     Timothy J. Hasken
       BRYAN CAVE LEIGHTON PAISNER LLP
 7     211 N. Broadway, Suite 3600
       St. Louis, MO 63102
 8     tim.hasken@bclplaw.com


 9


10     Erik L. Hansell, Esq.
       HUSCH BLACKWELL LLP
11     190 Carondelet Plaza
       St. Louis, MO 63105
12     erik.hansell@huschblackwell.com


13
       Jennifer E. Hackman
14     Poston E. Pritchett
       Bobby S. Sell
15     SHOOK, HARDY & BACON, LLP
       2555 Grand Blvd.
16     Kansas City, MO 64108
       jhackman@shb.com
17     ppritchett@shb.com
       bsell@shb.com
18


19     Booker Shaw
       THOMPSON COBURN, LLP
20     One US Bank Plaza
       St. Louis, MO  63101
21


22   Special Master:  Glenn Norton


23


24


25
```

1  again, Your Honor.  I'm sorry.

2        **THE COURT:**  We'll ask it again.  Within his

3  knowledge of what he looked at.

4     Q.   (By Mr. Blair)  In those 4- to 5,000

5  documents, Monsanto documents, that you reviewed, have

6  you ever seen any report anywhere where Monsanto

7  reported their findings with respect to any of the

8  carcinogenic contaminants and constituents in

9  formulated Roundup to the EPA?

10        **MR. BROWN:**  Same objection, Your Honor.

11        **THE COURT:**  I'll let him answer.

12        **THE WITNESS:**  The only documents I've seen

13  are the ones that we went through.  EPA conducted a

14  risk assessment, independent risk assessment, on

15  1,4-Dioxane and found the risk was unacceptable.  Very

16  high risk.  Just Dioxane alone.

17        And then Monsanto conducted their own risk

18  assessment, but used in error the wrong concentration

19  to calculate the risk.  Other than that, I'm not

20  aware.

21     Q.   (By Mr. Blair)  What is your respect -- what

22  is your opinion, if any, with respect to the presence

23  of carcigen- -- carcinogenic contaminant constituents

24  in formulated Roundup in addition to glyphosate alone

25  in regards to the development of non-Hodgkin's

1  lymphoma?

2  A.  Well, as I mentioned before, it is the

3  totality of all the carcinogens.  We are all dealing

4  with low levels of DNA damage and carcinogenic

5  effects.  Then you add on the glyphosate to that.

6  Then you add on all these impurities.  Now you've got

7  this cumulative risk and it may push you over the

8  threshold of the equilibrium between damage and

9  repair.

10       So it is my opinion when you exceed that,

11  you are -- you are exceeding the ability of the cell

12  or the lymphocyte to control cell division and, thus,

13  it can become carcinogenic.

14  Q.  Okay.  Does that include all the

15  contaminants that you've talked; being 1,4-Dioxane,

16  ethylene oxide, NNG and formaldehyde?

17  A.  Among others.

18  Q.  Okay.  As to the formulated product as a

19  whole -- meaning, whenever you add those to glyphosate

20  alone -- what is your opinion on whether Roundup

21  causes and contributes to cause non-Hodgkin's

22  lymphoma?

23       **MR. BROWN:**  Objection, Your Honor.  Beyond

24  his area of expertise.  Beyond the scope of his

25  testimony.  He cannot answer that question.

1         **THE COURT:** I'll overrule the objection.

2    I'll let him answer.

3         **THE WITNESS:** I'm sorry, Counselor. I hate

4    to do this.

5         Q.   (By Mr. Blair) I'll repeat it.

6              As a formulated product as a whole, what is

7    your opinion on whether Roundup causes and contributes

8    to cause non-Hodgkin's lymphoma?

9              And whenever I say as a whole, I mean in

10   addition to glyphosate alone.

11        **MR. BROWN:** I'm sorry, Your Honor. Same

12   objection.

13        **THE COURT:** I'll overrule it.

14        Go ahead, Doctor.

15        **THE WITNESS:** Yes, I think it poses an

16   unacceptable risk and poses a threat to someone

17   developing cancer. Yes.

18        Q.   (By Mr. Blair) And does -- is your

19   opinion -- what is your opinion in relation to causing

20   and contributing to cause non-Hodgkin's lymphoma?

21        A.   Specifically, the evidence shows that

22   specific to NHL, the Wang study strongly indicates

23   that glyphosate causes or contributes to development

24   of NHL.

25        Q.   All right. And are all the opinions that

```
1                         CERTIFICATE

2

3              I, Sherry L. Gantner, Certified Court

4    Reporter, do hereby certify that I am an official

5    court reporter for the Circuit Court of the City of

6    St. Louis; that on October 11, 2023, I was present and

7    reported all the proceedings had in the case of JOHN

8    L. DURNELL, Plaintiff, vs. MONSANTO COMPANY,

9    Defendant, Cause No 1922-CC00221.

10

11             I further certify that the foregoing

12   pages contain a true and accurate reproduction of the

13   proceedings.

14
              /S/Sherry Gantner
15          _____

16            Sherry L. Gantner, CCR 839
                 RPR, CSR (IL and MO)
17

18

19

20

21

22

23

24   TRANSCRIBED: October 11, 2023

25
```