# EXHIBIT F

Exposure to glyphosate or GBFs can occur in the air from the spray form, in water, in food, or exposure when in close contact in residential areas where it is used in spray form. Biomonitoring of farmers showed that 60% had detectable levels of glyphosates in their urine on the day of application, and five times higher if gloves were not worn.[32] In a recent pilot study of 12 volunteers mixed and continuously spray-applied 16.3 gallons of a 0.96% glyphosate-containing solution for 100 min using a backpack sprayer, urinary glyphosate and total effective glyphosate levels were higher in the dermal exposure group than the inhalation exposure group, peaked within 6-hr following application.[33] Thus, individuals who apply GBFs can have significant biological exposures, leading to systemic uptake via blood absorption, and after damage to various organs, eventually undergo urinary elimination.

Mechanistic studies done in cellular or animal models have been important in demonstrating that glyphosate and GBFs are genotoxic to human lymphocytes, which are the normal counterpart of the cells that become cancerous in NHL.[23, 34] While these models are not equivalent to human metabolism, they are accepted tests to determine carcinogenicity. As such, IARC, a part of the World Health Organization (WHO), an authoritative body for the evaluation of carcinogenic hazards to humans, concluded in 2015 and published in 2017 after extensive assessment of available studies, that GBFs are probably (i.e. more likely than not) carcinogenic to humans (group 2A of 3, meaning "probably carcinogenic to humans"), primarily for NHL.[23] For example, a study in vitro (in a cell culture) of glyphosate showed a dose-dependent increase in chromosomal alterations compared with unexposed controls in lymphocytes, most likely because of oxidative stress and the generation of reactive oxygen species that are genotoxic.[35] Another study showed a significant increase in DNA helix breaks in human lymphocytes similar to those seen in human NHL, even when exposed to low doses of glyphosate (2.0 μM), with a significant dose-response effect.[21] Additional mechanistic studies can be found in the IARC monograph.[23] These results demonstrate that glyphosate is genotoxic to human lymphocytes and have important epigenetic effects, even at low doses in some studies.

Animal models are often used as a surrogate for human exposure in order to determine carcinogenic properties of a substance, and are routinely used in preclinical studies to test the efficacy cancer drugs. Though these animal models are not a substitute for human studies, they offer valuable mechanistic data and are widely accepted as a scientifically valid approach to study the analogous effects of substances in humans. Data from animals studies in rats and mice have shown a carcinogenic potential for glyphosate and that that it causes NHL in mice.[36] A 2021 systematic review of 443 articles published between 1995 and 2020 on glyphosate, demonstrated that the most frequently observed effects of GBFs were endocrine disorders, oxidative stress, genotoxicity, and cytotoxicity, which can effect lymphocytes.[37]

   a. Epidemiological studies in human linking glyphosate to lymphoma

Epidemiological studies are used to capture data in humans order to make associations with conditions that are likely to occur due to exposures such as GBFs in large populations. Numerous epidemiologic studies of the relationship of glyphosate exposure to cancer in humans have been reported, and epidemiologic studies provide ample evidence for an association between exposure to GBFs and an increased risk of NHL.

Case-control epidemiologic studies compare an exposed group to a control or unexposed group. These studies are not only hypothesis-generating, but also offer evidence to support causality between GBFs and NHL, as further data emerge. Among the 6 case-control of GBFs shown in Table 1 below, 5 showed an increased odds ratio, or likelihood, for NHL compared to controls. The one study that did not have an increased odds ratio had limited statistical power to make conclusions. These case-control

studies were performed by experienced epidemiologists using widely accepted study designs and methods, and were published in peer-reviewed journals. For example, the North American Pooled Project (NAPP) study in 2019 of glyphosate use and NHL was also published and demonstrated that glyphosate exposure for greater than 2 days per year resulted in a significant 2-fold increased risk for the development of NHL (OR, 2.14; 95% CI, 1.07- 4.28).[38] However, due to the different methodologic approaches, attempts to combine these studies in systematic analyses have not consistently proved conclusive regarding the association of Roundup to NHL, particularly when cancer types other than NHL are included,[39] compared to when stratifying the data to specifically assess NHL.[40]

Table 1. Epidemiologic Case-Control Studies of NHL and GBFs from Reference [26]

| | Reference/Location/Time | Population Studied | Exposure Category | Exposed Cases | Risk Estimates (95% CI) | Covariants Controlled | Comments |
|---|---|---|---|---|---|---|---|
| 1. | McDuffie et al.[36] Canada 1991-1994 | 517 cases 1506 controls | Exposed ≤ 2 days/year > 2 days/year | 051 028 023 | 1.20 (0.83-1.74)* 1.0 (0.63-1.57) **2.12 (1.2-3.73)** | Age, province of residence | Cross-Canada study; *adjusted for significant medical variables |
| 2. | Hardell et al.[37] Sweden 1987-1992 | 515 cases 1411 controls | Exposed Univariate Multivariate | 08 008 | **3.04 (1.08-8.52)** 1.85 (0.55-6.20)* | Age, county, study site, vital status | *Adjusted for other herbicides; limited statistical power |
| 3. | De Roos et al.[38] Midwest USA 1979-1986 | 650 cases 1933 controls | Exposed | 036 | **2.1 (1.1-4.0)*** | Age, study site | *Adjusted for other pesticides |
| 4. | Eriksson et al.[39] Sweden 1999-2002 | 910 cases 1016 controls | Exposed ≤ 10 days > 10 days | 029 029 012 017 | **2.02 (1.1-3.71)** 1.51 (0.77-2.94)* 1.69 (0.70-4.07) **2.36 (1.04-5.37)** | Age, sex, year of enrollment | *Adjusted for other pesticides; odds ratios also increased for all NHL subtypes |
| 5. | Orsi et al.[40] France 2000-2004 | 244 cases 454 controls | Exposed | 012 | 1.00 (0.5-2.20) | Age, site, socioeconomic category | Limited statistical power; odds ratios increased for some NHL subtypes |
| 6. | Cocco et al.[41] Europe 1998-2004 | 2348 cases 2462 controls | Exposed | 004 | 3.10 (0.6-17.1)* | Age, sex, site, education | Six countries; *B-cell NHL; limited statistical power |

Abbreviations: CI = confidence interval; NHL = non-Hodgkin lymphoma.

References in above Table 1 are shown in the reference section 10 below as: 36 above: [41], 37 above: [42], 38 above: [43], 39 above: [44], 40 above: [45], 41 above: [46].

The carcinogenic effects of glyphosate have been evaluated by several authoritative studies including those by the International Agency for Research on Cancer (IARC), the Agricultural Health Study (AHS), and the Environmental Protection Agency (EPA). As mentioned above, the IARC concluded in 2015 after extensive assessment of publicly available studies, that GBFs are probably carcinogenic to humans (group 2A), primarily for NHL.[23] The initial report of the AHS did not find a significantly elevated risk for cancer overall, or for most of the cancer types including NHL.[47] However, considering a large increase in glyphosate used started in after 1996 after the introduction of glyphosate-resistant crops, which occurred during the latter part of the initial enrollment period of the study (1993-1997) and that usage continued to increase dramatically during the follow-up period, the AHS study may have flaws in linking the exposure period to malignancy prior to the periods of more significant exposures.

In 2019, a meta-analysis of articles on human exposure to GBFs and risk of NHL was published.[48] The authors included an updated analysis from AHS [49] along with 5 case-control studies as shown in Table 1 above. The authors found that the overall risk of NHL was significantly increased by 41% in the GBF-exposed individuals (meta-RR 1.41, 95% CI, 1.3-1.75). The risk

9

4. Temporality: epidemiologic studies have shown that exposure to GBFs increases the risk of NHL, and that this can occur with a latency period over decades.

5. Biological gradient: while below standard doses of glyphosate in Roundup have shown to promote cellular changes that can occur in NHL, clearly higher doses or prolonged exposures increase risk.

6. Plausibility: as reviewed above, chromosomal damage can occur with exposure to GBFs and this can be demonstrated in a mechanistic fashion when exposing either cell cultures or animals to glyphosate. Oxidative stress, DNA double strand breaks, and increased expression of lymphoma-promoting mutations have all been associated with glyphosate exposure to lymphocytes.

7. Coherence: when taking into account human studies of either cell cultures or epidemiologic data, the preponderance of data argue for a causative effect of GBFs on lymphomagenesis. The IARC reviewed these data in detail as noted above and concluded there was sufficient evidence to at the least link glyphosate to being a carcinogen.

8. Experiment: as described above, using data from in vitro and in vivo studies, animal models, and retrospective epidemiologic studies from GBP exposures, there are clearly increased risk for NHL when human tissue is exposed to glyphosate and systemic absorption occurs.

9. Analogy: while differences in GBP due to proprietary components such as surfactants may account for different latency periods in development of NHL, similar patterns of exposure lead to similar outcomes of malignancy.

### 7. Conclusions

In this case, Mr. Bulone was diagnosed with CLL, a lymphoid malignancy that is categorized as a mature B cell neoplasma similar to other more common types of B cell NHL, and had prolonged duration of exposure to Roundup prior to and during his diagnosis and relapses. I believe it is possible to draw a line between his Roundup exposure and specific causation to his CLL. Evidence linking jet fuel and smoking to CLL, as Mr. Bulone had in his exposure history, is lacking, so these have been ruled out as contributory factors in this case. Mr. Bulone was diagnosed with CLL at a much younger age and within the latency period of 10-30 years expected for NHL following exposure to Roundup, and based on the above report and differential diagnosis, I conclude to a reasonable degree of medical certainty that Mr. Bulone's Roundup exposure was a significant contributory factor to his NHL.

### 8. Additional Matters

I have been deposed three times before, twice regarding Roundup litigation. First in 2021 after being retained by the plaintiff's attorney to provide expert review of the following 3 cases: *Savory v. Monsanto* (Case No. 3:20-cv-02403-VC), *Spector v. Monsanto* (Case No. 3:20-cv-05532), *Thomas v. Monsanto* (Case No. 3:20-cv-08051-VC), as well in 2022 in for *Alesi v. Monsanto* (Case No. 19SL-CC03617), and have testified once in court regarding the latter litigation, and in 2023 for *Caccia v Monsanto* (Case No. 3:16-md-02741-VC). I have also been deposed in 2022 as an expert of the Plaintiff in *Little v. Emory Healthcare* (21CV2339). I have given trial testimony in D'Souza v. Balar, Oza, and Montefiore Medical (Case No. *34468/2018e*). My hourly rate for review of medical records, meetings, research on scientific literature related to a case, and report preparation is $400 per hour. My rate for deposition or court testimony is $4,000 per day.