# EXHIBIT G

```
1              IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
                        STATE OF MISSOURI
2
3    CARL ALESI, et al.,        )
                                )
4              Plaintiffs,      )
                                )
5        vs.                    )  No. 19SL-CC03617
                                )
6    MONSANTO COMPANY,          )
                                )
7              Defendant.       )
8
9
10
11
                 Remote Videotaped Deposition of
12                  RICHARD DeGRANDCHAMP, Ph.D.
                 taken on behalf of the Defendant
13                      March 24, 2022
                         * * * * * *
14
15
16
17
18
19
20
21
22
23
24
25
```

Richard DeGrandchamp, Ph.D.

```
 1              IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
                        STATE OF MISSOURI
 2
 3   CARL ALESI, et al.,      )
                              )
 4          Plaintiffs,       )
                              )
 5     vs.                    ) No. 19SL-CC03617
                              )
 6   MONSANTO COMPANY,        )
                              )
 7          Defendant.        )
 8
 9              REMOTE VIDEOTAPED DEPOSITION of RICHARD
10   DeGRANDCHAMP, Ph.D., produced, sworn and examined on
11   March 24, 2022, via Zoom videoconference before Mary Joy
12   Springer, a Certified Court Reporter within and for the
13   State of Missouri, in a certain cause now pending in the
14   Circuit Court of St. Louis County, Missouri, between
15   CARL ALESI, et al., Plaintiffs, vs. MONSANTO COMPANY,
16   Defendant; on behalf of the Defendant.
17
18
19
20
21
22
23
24
25
```

```
 1                          APPEARANCES
 2

    For the Plaintiffs:
 3
                Gibbs C. Henderson, Esq.
 4              Fears Nachawati, PLLC
                5489 Blair Road
 5              Dallas, Texas 75231
                (214)890-0711
 6              ghenderson@fnlawfirm.com
 7

    For the Defendant:
 8
                John M. Kalas  Esq.
 9              Allison P. Hein, Esq.
                Hollingsworth LLP
10              1350 I Street, NW
                Washington, DC 20005
11              (202)898-5800
                jkalas@hollingsworthllp.com
12              ahein@hollingsworthllp.com
13

14  Videographer:
15  Darren Guastella
16

    Court Reporter:
17
    Mary Joy Springer, CSR
18  Illinois CSR #084-001247
    Missouri CCR #1487
19

20

21

22

23

24

25
```

1      Roundup?

2          A.   I have no information.

3          Q.   Do you have an expert opinion as to whether or

4     not there are studies supporting the registration of

5     glyphosate in the United States today that you believe

6     are a product of scientific fraud?

7          A.   I have not been asked to look at that, so I

8     have no information.

9          Q.   Have you read any statements in the

10    peer-reviewed literature that Monsanto has made

11    regarding glyphosate and/or Roundup that you believe are

12    untrue?

13         A.   I haven't read many comments from Monsanto,

14    but they've claimed that Roundup does not cause NHL, and

15    that's inconsistent with my overall opinion.

16         Q.   Okay.  Are you opining that Roundup causes NHL

17    within the scope of your opinions today?

18         A.   I haven't finished my analysis yet, but I'm

19    accumulating evidence that suggests that it does.

20         Q.   Okay.  Dr. DeGrandchamp, you understand

21    usually I only get to depose you once before trial;

22    right?

23         A.   Correct.

24         Q.   Okay.  Sitting here today, are you offering an

25    expert opinion that Roundup causes NHL based upon human

1    I'm going to proceed, that might help give you the

2    contours.  I'm sorry, go ahead.

3        Q.   Yeah.  I mean, I need to understand what

4    conclusions you've reached.  So -- so I'm very

5    interested as well in the process you are going to go

6    through in the future, and I'll ask you about that next.

7            But sitting here today if the Alesi trial were

8    today, what opinions, if any, will you offer to a

9    reasonable degree of toxicological certainty regarding

10   the mechanistic data on glyphosate?

11       A.   I haven't finished my review, so I don't have

12   any formed conclusions.

13       Q.   Okay.  Now, if you can tell me a little about

14   the process you intend to go through going forward.

15       A.   Yes.  They will be similar to other trials

16   where I've testified to the molecular mechanism of NHL.

17   So it's going to -- my opinion will follow two tracks:

18   First, I will use the key characteristic paradigm that

19   was developed by IARC, used by EPA and the NTP, as a

20   framework to systematically characterize the ten key

21   characteristics of carcinogens.  So that will be part

22   and parcel of what my review of the documents -- my

23   reliance materials will be part and parcel of that

24   assessment.

25            In parallel to that, I will discuss the

Richard Deschamp, Ph.D.

```
 1        A.    Yes.  That would be correct.  Sitting here
 2   today, if I'm asked to conduct that analysis, I will do
 3   so.  But I really haven't been asked to opine on those
 4   studies.
 5        Q.    Okay.  Now, turning to the mechanistic data.
 6   I think that was the second bucket.  Can you tell me the
 7   methodology you used to reach your opinions regarding
 8   the mechanistic data?
 9        A.    The approach I'm taking to reach an opinion --
10   because I haven't reached an opinion yet, I haven't
11   concluded anything -- I'm going to follow the key
12   characteristic ten-step analysis that now has been
13   included in the IARC Monograph, the update, 2019,
14   because it's been used now by EPA, the NTP.  It's part
15   of the report on cancer, the latest.  I think it's --
16   latest report is '15, so I think that's 2019.
17              So I'm going to give a background -- or I'm
18   going to explain the background of how that was
19   developed, the parallel, the Hanahan and Weinberg
20   Hallmarks of Cancer paradigm.  And follow the
21   methodology that IARC used to look at the Group 1
22   carcinogens, I think it was 86 carcinogens, to verify
23   that that key characteristic approach was useful in
24   establishing the mechanism of carcinogens.  Sorry for
25   such a long-winded answer.
```

```
 1        Q.    Okay.  Immune system, immunotoxicity, is that

 2   a key characteristic as well?

 3        A.    No.  It's immunosuppression.  That's the key

 4   characteristic.

 5        Q.    Okay.  Immunosuppression.  There it is.

 6   There's that word, immunosuppression.

 7        A.    Right.

 8        Q.    And then they say the other key

 9   characteristics citing to IARC 2014, which is called Key

10   Characteristics of Carcinogens, Instructions for

11   Authors; correct?

12        A.    Yes.  And all I'm saying is that those were

13   not adopted until 2019 formally.  And they didn't put in

14   a typical table that is now being used for the key

15   characteristics.  I'm just saying they didn't do it in a

16   formal manner.

17              I mean, we've always used those

18   characteristics-- well, in the last ten years we have

19   used those characteristics to evaluate the mechanism.

20   There's nothing new there.  These weren't grabbed from,

21   you know, thin air.  These have always been the topics,

22   but they weren't codified until 2019.  That's all I'm

23   saying.

24              And there was no systematic weight of evidence

25   analysis associated with just using those terms.
```