# EXHIBIT H

```
    IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
       TWENTY-FIRST JUDICIAL CIRCUIT, DIVISION 1
                  Honorable Brian H. May


BARBARA ALLEGREZZA, et al.,   )
                              )
          Plaintiffs,         )
                              )
vs.                           )Cause No. 19SL-CC03421
                              )
MONSANTO COMPANY,             )
                              )
          Defendant.          )
```

---

### PRETRIAL MOTIONS
### August 29, 2023

---

For the Plaintiffs:                For the Defendant:

Gibbs Henderson                    Jim Bennett
Erin Wood                          Jennifer Lee
Demetrios Zacharopoulos            Booker Shaw
                                   Ed Dowd


Special Master:  Bob Blitz




Reported by:
Julie L. Bloome, CCR #1496, RPR
Official Court Reporter
Twenty-First Judicial Circuit, Division 1
(314) 615-2688

1  they don't come in through a witness who has a
2  foundation to talk about them.  They don't come in
3  through the idea of an expert summarizing them when
4  the jury can just simply read them.
5              And they say that they want to have him
6  testify that these formulations are -- with these
7  other ingredients are -- more carcinogenic due to the
8  known nature of these by just simply reading e-mails
9  that don't reflect any expert analysis.
10             And then the final basis of our motion to
11 exclude relates to this novel nine key hallmark
12 opinion that we looked at earlier, Judge.  You have,
13 of course, had the benefit of two trials and heard
14 Dr. Smith testify with the -- I understand he's an
15 Englishman, right?  And he talked about things like
16 the IARC --
17             THE COURT:  Everything he said sounded so
18 much smarter.  Really did.
19             MR. BENNETT:  Isn't that the truth?  I've
20 heard that's why they hired him.
21             So there are items in the literature, and
22 Dr. DeGrandchamp talks about IARC talking about them,
23 other people have recognized them, that there are
24 these key characteristics of chemical carcinogens.
25 That is not the subject of this motion.  We're not

73

1  asking you to exclude something that came in in Alesi
2  or that recognized scientists know and talk about.
3  This subject is limited to these nine key molecular
4  mechanisms which he calls hallmarks.  So it's
5  basically, our view is, hallmark is out, recognized
6  literature on cancer characteristics in.
7              And these characteristics that he tries to
8  identify are ones that are not reliable or accepted
9  in the field.  There isn't a published paper that
10 says, Dr. DeGrandchamp came up with nine hallmarks
11 and looks at them wholistically, and it's a valid
12 scientific method to use those hallmarks and look at
13 them and talk about lymphomas in that context.
14             He has never submitted it for publication.
15 No one else published it and had him adopt it.  He's
16 very crystal clear and forthright in his testimony
17 that he's the one that came up with it, and that he
18 came up with it only for litigation.  So as a
19 situation where we have methodology that is
20 litigation, not literature, to go back to your
21 earlier reference to liking alliterations, this has
22 litigation only and no literature.  This has
23 literature that we'll deal with.
24             But coming through here and doing these
25 nine takeaways, I mean, you know, if he's really

74