# EXHIBIT I

**Table 2. Public engagement during *Monographs* development**

| Approximate timeframe | Engagement |
|---|---|
| Every 5 years | IARC convenes an Advisory Group to recommend high-priority agents for future review |
| ~1 year before a *Monographs* meeting | IARC selects agents for review in a new volume of the *Monographs* |
| | IARC posts on its website: |
| | Preliminary List of Agents to be reviewed |
| | Call for Data and Call for Experts |
| | Request for Observer Status |
| | WHO Declaration of Interests form |
| ~8 months before a *Monographs* meeting | Call for Experts closes |
| ~4 months before a *Monographs* meeting | Request for Observer Status closes |
| ~2 months before a *Monographs* meeting | IARC posts the names of all meeting participants together with a summary of declared interests, and a statement discouraging contact of the Working Group by interested parties |
| ~1 month before a *Monographs* meeting | Call for Data closes |
| ~2–4 weeks after a *Monographs* meeting | IARC publishes a summary of evaluations and key supporting evidence |
| ~9 months after a *Monographs* meeting | IARC Secretariat publishes the verified and edited master copy of plenary drafts as a *Monographs* volume |

1  **6. Overview of the scientific review and evaluation process**

2    The Working Group considers all pertinent epidemiological studies, cancer
3  bioassays in experimental animals, and mechanistic evidence, as well as pertinent
4  information on exposure in humans. In general, for cancer in humans, cancer in
5  experimental animals, and mechanistic evidence, only studies that have been
6  published or accepted for publication in the openly available scientific literature are
7  reviewed. Under some circumstances, materials that are publicly available and

whose content is final may be reviewed if there is sufficient information to permit an evaluation of the quality of the methods and results of the studies (see Step 1, below). Such materials may include reports and databases publicly available from government agencies, as well as doctoral theses. The reliance on published and publicly available studies promotes transparency and protects against citation of premature information.

The principles of systematic review are applied to the identification, screening, synthesis, and evaluation of the evidence related to cancer in humans, cancer in experimental animals, and mechanistic evidence (as described in Part B, Sections 2–4 and as detailed in the Instructions for Authors). Each *Monograph* specifies or references information on the conduct of the literature searches, including search terms and inclusion/exclusion criteria that were used for each stream of evidence.

In brief, the steps of the review process are as follows:

*Step 1. Comprehensive and transparent identification of the relevant information*: The IARC Secretariat identifies relevant studies through initial comprehensive searches of literature contained in authoritative biomedical databases (e.g. PubMed, PubChem) and through a Call for Data. These literature searches, designed in consultation with a librarian and other technical experts, address whether the agent causes cancer in humans, causes cancer in experimental systems, and/or exhibits key characteristics of established human carcinogens (in humans or in experimental systems). The Working Group provides input and advice to IARC to refine the search strategies, and identifies literature through other searches (e.g. from reference lists of past *Monographs*, retrieved articles, and other authoritative reviews).

For certain types of agents (e.g. regulated pesticides and pharmaceuticals), IARC also provides an opportunity to relevant regulatory authorities, and regulated parties through such authorities, to make pertinent unpublished studies publicly available by the date specified in the Call for Data. Consideration of such studies by the Working Group is dependent on the public availability of sufficient information to permit an independent evaluation of (a) whether there has been selective reporting (e.g. on outcomes, or from a larger set of conducted studies), (b) study quality (e.g. design, methodology, and reporting of results), and (c) study results.

*Step 2. Screening, selection, and organization of the studies*: The IARC Secretariat screens the retrieved literature for inclusion based on title and abstract review, according to pre-defined exclusion criteria. For instance, studies may be excluded if they were not about the agent (or a metabolite of the agent), or if they reported no original data on epidemiological or toxicological end-points (e.g. review articles). The Working Group