**NACHAWATI LAW GROUP**
Gibbs Henderson (*pro hac vice*)
ghenderson@ntrial.com
Erin M. Wood (*pro hac vice*)
ewood@ntrial.com
5489 Blair Road
Dallas, Texas 75231
Tel: 214-890-0711

*Attorneys for Plaintiff Angelo Bulone*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Angelo Bulone v. Monsanto Co., Case No. 3:20-cv-03719 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF ERIN M. WOOD IN SUPPORT OF PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. JAMES CLARK** |

### DECLARATION OF ERIN M. WOOD

I, Erin M. Wood, declare as follows:

1. I am an attorney at law admitted *pro hac vice* in the above-entitled case to practice before the Northern District of California. I am an attorney with the law firm Nachawati Law Group, counsel of record for Plaintiff Angelo Bulone in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Plaintiff's Response to Monsanto's Motion to Exclude Testimony of Dr. James Clark. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of Dr. James Clark's Updated Exposure Analysis of Angelo Bulone (Plaintiff) to Glyphosate from Use of Roundup dated October 21, 2023.

3. Attached hereto as Exhibit B is a true and correct copy of Dr. James Clark's Dose Analysis of Angelo Bulone (Plaintiff) to Glyphosate from Use of Roundup dated September 25, 2023.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Responses and Objections to Defendant Monsanto Company's Notice of Taking Videotaped Deposition of Dr. James Clark in the Bulone matter.

5. Attached hereto as Exhibit D is a true and correct copy of the Deposition Transcript of James Clark, dated October 30, 2023.

6. Attached hereto as Exhibit E is a true and correct copy of the Curriculum Vitae of James Clark.

7. Attached hereto as Exhibit F is a true and correct copy of the Deposition Transcript of James Clark, dated April 13, 2023.

8. Attached hereto as Exhibit G is a true and correct copy of the Trial Transcript in *McCostlin v. Monsanto*, dated September 26, 2023.

9. Attached hereto as Exhibit H is a true and correct copy of Dr. James Clark's Materials Considered List in reference to his Dose Analysis Report for Angelo Bulone.

10. Attached hereto as Exhibit I is a true and correct copy of the Deposition Transcript of Angelo Bulone, dated November 29, 2021.

11. Attached hereto as Exhibit J is a true and correct copy of Dr. James Clark's handwritten notes takes while interviewing Plaintiff Angelo Bulone on September 21, 2023.

DECLARATION OF ERIN M. WOOD IN SUPPORT OF PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. JAMES CLARK

12. Attached hereto as Exhibit K is a true and correct copy of the Trial Transcript in *Pilliod v. Monsanto,* dated April 11, 2019.

13. Attached hereto as Exhibit L is a true and correct copy of the Trial Transcript in *Pilliod v. Monsanto,* dated April 30, 2019.

14. Attached hereto as Exhibit M is a true and correct copy of the Expert Report of Richard Van Etten, M.D., Ph. D. Re: Angelo Bulone.

15. Attached hereto as Exhibit N is a true and correct copy of the Deposition Transcript of Brent Olive, Ph. D., MSPH, CIH, dated June 14, 2023.

16. Attached hereto as Exhibit O is a true and correct copy of an Order Concerning Monsanto's Motions to Exclude Experts in *McCostlin v. Monsanto,* served September 25, 2023.

17. Attached hereto as Exhibit P is a true and correct copy of Zhang, L., et al., *"Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence,"* July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206, https://doi.org/10.1016/j.mrrev.2019.02.00.

18. Attached hereto as Exhibit Q is a true and correct copy of the Deposition Transcript of Marc Braunstein, M.D., dated October 24, 2023.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 8, 2024, at Dallas, Texas.

_____
Erin M. Wood

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2024, a true and correct copy of Declaration of Erin M. Wood in Support of Plaintiff's Response to Monsanto's Motion to Exclude Testimony of Dr. James Clark, was served on all counsel of record via email.

By:     */s/Erin M. Wood*
            Attorney for Plaintiff

DECLARATION OF ERIN M. WOOD IN SUPPORT OF PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. JAMES CLARK