# EXHIBIT B



**Clark & Associates**

Environmental Consulting, Inc.

**OFFICE**
12405 Venice Blvd
Suite 331
Los Angeles, CA  90066

**PHONE**
310-907-6165

**FAX**
310-398-7626

**EMAIL**
jclark.assoc@gmail.com

September 25, 2023

Nachawati Law Group
5473 Blair Road
Dalla, TX  75231

**Attn:  Mr. Gibbs Henderson**

**Subject:  Dose Analysis Of Angelo Bulone (Plaintiff) To Glyphosate From Use of Roundup®**

Dear Mr. Henderson:

At the request of Nachawati Law Group (NLG), Clark and Associates (Clark) has reviewed materials related to the exposure of the above referenced plaintiff to glyphosate from his use of Roundup® at his home.

Clark's review of the materials in no way constitutes a validation of the conclusions or materials contained within any other summary or analysis.  If I do not comment on a specific item this does not constitute acceptance of the item. The opinions expressed in this report are based upon the available information and I reserve the right to amend my opinions should additional information is developed.

# 1.0    Opinions In This Matter

I hold the following opinions regarding this matter to a reasonable degree of scientific certainty.

1. Based on Mr. Bulone's testimony it is clear that Mr. Bulone used Roundup® herbicide formulations that contained glyphosate for a significant amount of time to control weeds at his residence on Pawley Island and at the Wedgefield Plantation Golf Course in Georgetown, South Carolina.

2. Mr. Bulone's use of Roundup® herbicide resulted in his exposure to glyphosate via dermal route of exposure.

3. Mr. Bulone's applied dose (mass per unit of skin exposed) of glyphosate can be calculated based upon field testing of dermal dosing detailed in the scientific literature.

4. Mr. Bulone's systemic dose (mass per body mass per day) of glyphosate can be calculated based upon dosing detailed in scientific literature.

5. Mr. Bulone's exposure to glyphosate via inhalation was equivalent to between 159.21 to 302.56 days of spraying.

6. Mr. Bulone's total applied dose ranged from 767 μg to 4,696,029 μg. The averaged value of his exposure was calculated to be 91,909 μg.

7. Mr. Bulone's total system dose based on the Connolly study ranged from $5.66 \times 10^{-7}$ mg/kg-day to $3.46 \times 10^{-3}$ mg/kg-day.  The averaged value of his exposure was calculated to be $6.78 \times 10^{-5}$ mg/kg-day.

8. Mr. Bulone's total system dose based on the Machado-Neto study was calculated to be $1.41 \times 10^{-2}$ mg/kg-day to $2.82 \times 10^{-2}$ mg/kg-day.

## 2.0   Introduction

This section outlines the objectives and overview of my methodology for assessing the historical doses of glyphosate that Mr. Bulone received from his use of Monsanto's Roundup® product. The sources of information include literature regarding the use, application, and exposure to glyphosate, Mr. Bulone's deposition taken by defendants on November 29, 2021, and a direct phone interview with Mr. Bulone on September 21, 2023.

I am relying on the medical diagnostic specific causation opinions of Mr. Bulone's physicians, and I am not offering an opinion regarding that in this report. Although I have provided a brief summary of information regarding Mr. Bulone's medical history and diagnosis, I am limiting my opinions specifically to the dose of glyphosate that Mr. Bulone received via dermal pathways and comparing that dose to the doses from human epidemiological studies of glyphosate applicators. Additionally, I have identified other toxicological exposures that could potentially serve as confounding factors.

I have attempted to assess Mr. Bulone's exposure to glyphosate from Roundup® by detailing the frequency and duration of exposure based upon his testimony and a personal interview with him via telephone. The method in which Mr. Bulone applied Roundup® and the types of clothing (including personal protective equipment (PPE)) he wore were included in the analysis. A list of potential confounding factors in Mr. Bulone's life, including family history of cancer, lifestyle factors, workplace exposures, and a list of potential exposures to other chemical and/or radiological substances (including use of pesticides, paint, paint solvents, petroleum products, benzene, etc.) typically considered in toxicological evaluations are assessed as well.[1]

The methodology used to calculate Mr. Bulone's glyphosate exposure dose is the same as that employed within the generally accepted human epidemiological studies of glyphosate applicators, which employed ever/never-use and exposure-day metrics for inhalation. Mr. Bulone's exposure dose is based on the units of measure applied in human epidemiological studies that included dose-metrics or ever/never-use comparisons for glyphosate applicators along with adjustments for potential confounding exposures from other pesticides. Mr. Bulone's exposure dose measured in exposure-days per year and total exposure-days is consistent with the metrics described by a number of publications regarding glyphosate exposure in workers.[2,3,4,5,6] The

---

[1] Klassens, C.D.  2018.  Casarett & Doull's Toxicology: The Basic Science of Poisons, 9th Edition Edited Klassens, C.D.  McGraw Hill.

[2] Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233. Note that quartiles of exposure in the study were indexed as "lifetime days of glyphosate use." Since the AHS study is a null study, there is no reason to compute the algorithm, "intensity-weighted lifetime days of glyphosate use."

[3] De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup. Environ Med, Vol. 60.

[4] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

[5] Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma:  A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.00.

[6] Pahwa, M. et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub- types: findings from the North American Pooled Project," 2019 Jun 27, Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830.

studies each identified a limited multivariable analysis for interference from other potentially confounding pesticides.[7]

I use the application exposure model (AEM) methodology to determine the applied dose at the skin surface (ug/cm$^2$).[8] This model provides a description of the amount of material deposited on the skin surface over time.[9]

I use the "predicted operator exposure model" (POEM) methodology to determine Mr. Bulone's systemic dose (mg/kg-BW/day), which has been peer reviewed, generally accepted, used internationally, and tested with a known rate of error as published within the seven studies footnoted below.[10]

Mr. Bulone's potential systemically absorbed dose was calculated using the passive dosimetry methodology published by Machado-Neto[11] and Connolly[12] in which applicators used protective personal equipment (PPE) and a variety of applicators including manual knapsack

---

[7] *Id.*

[8] Fenske, R.A.  1993.  Dermal Exposure Assessment Techniques.  *The Annals of Occupational Hygiene*, 37(6):Pages 687–706.

[9] *Id.*

[10] Abukari, Wumbei, "Pesticides Applicator Exposure Assessment: A Comparison between Modeling and Actual Measurement," 2015, Journal of Environment and Earth Science ISSN 2224-3216 (Paper) ISSN 2225-0948 (Online) Vol.5, No.11.

U.K. Health and Safety Executive, HSE, "Operator Exposure," 2016, Data requirements handbook, Retrieved from: http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides- registration/data-requirements-handbook/operator-exposure.htm

"Operator exposure assessment for MON 2139 UK – Case" MONGLY06509236

"UK POEM calculations in preparation of meeting Spanish competent authorities." MONGLY01275627

Lawson, A., et al., "Three Methods to Assess Levels of Farmers' Exposure to Pesticides in the Urban and Peri-urban Areas of Northern Benin," 2017, Tunisian Plant Protection Journal, Vol.12, pp. 91–108.

Illyassou, K., et al., "Risk Assessment for Small Farmers Exposed to Plant Protection Products in the Niger River Valley," 2017, Comm. Appl. Biol. Sci.

EPA, "Risk Assessment Methodology for Hazardous Substances: How to assess the risk, cost and benefit of new hazardous substances for use in New Zealand," 2018, Environmental Protection Authority.

[11] Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

[12] Connolly, A. et al. 2017. Exposure Assessment Using Human Biomonitoring For Glyphosate and Fluroxypur Users In Amenity Horticulture. *Int. J. Hygiene and Env. Health.* 220:1064-1073,

pumps, pressurized lances, tractor mounted boom sprayers, and droplet applicators. Mr. Bulone's systemic dose was then compared to that of glyphosate applicators reported in the peer-reviewed studies.[13] My report details to a reasonable degree of scientific certainty Mr. Bulone's exposures, spray practices, clothing worn during spraying, and PPE (if any) for comparisons to those of glyphosate applicators in the studies.[14, 15]

## 2.1  Objectives

Mr. Bulone was diagnosed with diagnosed in 1994 (at the age 53) with chronic lymphocytic leukemia (CLL),[16] allegedly as a result of his repeated use of the Roundup® products. The primary objective of this toxicological assessment is to arrive at a scientifically reliable exposure analysis for Mr. Bulone based on his cumulative dose of dermal absorption of Roundup® into his skin. Additionally, my toxicological assessment of Mr. Bulone identifies other potential contributing toxicological factors and calculates the latency period from initial exposure to the time of Mr. Bulone's diagnosis.

My process for assessing Mr. Bulone's historical doses includes:

- a review of his medical history to identify any additional exposure factors;

- a review of his use of Roundup® products to calculate the frequency of his use and the amount of Roundup® that Mr. Bulone was exposed to in the environment (via dermal absorption);

- the circumstances of his Roundup® uses (including duration of use, PPE, frequency of use, etc); and

- finally his cumulative dose from all the exposure pathways.

## 2.2  Report Outline

---

[13] *Id.*

[14] Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

[15] Connolly, A. et al. 2017. Exposure Assessment Using Human Biomonitoring For Glyphosate and Fluroxypur Users In Amenity Horticulture. *Int. J. Hygiene and Env. Health.* 220:1064-1073.

[16] THO:  Georgetown.  Notes.  Exhibit 4 to Angelo Bulone Deposition.  November 29, 2021.

- Section 3 below provides a list of my qualifications to assess Mr. Bulone's dose.

- Section 4 assesses Mr. Bulone's history and identifies factors relevant to his exposure background. I have included a list of confounding factors, typically identified as risk factors for the development of NHL in this report.

- Section 5.0 provides a summary of glyphosate in Roundup® and physiological considerations.

- Section 6.0 provides my dose calculation of Mr. Bulone's exposure to Roundup® via the dermal pathway (including glyphosate applied to the skin and incidental ingestion of glyphosate).

- Section 7.0 provides a summary of my opinions.

## 3.0   Qualifications

I am presently the Principal Modeler and Toxicologist at Clark and Associates Environmental Consulting, Inc. in Los Angeles, California. I have written frequently on matters related to chemicals in the environment and public health. I have been retained as an expert modeler, toxicologist, and risk analyst.

I graduated from the University of Houston in 1987 with a Bachelor's Degree in Biochemical and Biophysical Sciences. In 1993, I received a Master's Degree in Environmental Health Sciences from the University of California at Los Angeles, School of Public Health. I earned a Doctorate in Environmental Health Sciences from the University of California at Los Angeles (UCLA), School of Public Health in 1995. I have also been trained and certified under OSHA 29 C.F.R. § 1910.120 for Hazardous Waste Operations & Emergency Response. I have been an active member of various professional societies, including the American Public Health Association (APHA), the International Society of Environmental Forensics (ISEF), the California Redevelopment Agency (CRA), the American Chemical Society (ACS), the Association for Environmental Health and Sciences (AEHS).

From 1987 through 1992, I worked as a toxicological researcher at the University of California at Los Angeles, Department of Medicine, Pulmonary Division, under the supervision of physicians who were investigating the pulmonary toxicity of air pollutants. The research included epidemiological evaluations of populations exposed to criteria pollutants, the potentiating effects of inhaled beta-agonists on the hyper-reactive responses of asthmatic patients, patients with chronic-obstructive pulmonary disease (COPD), and patients with

interstitial lung disease to criteria pollutants including ozone and oxides of sulfur. While studying in my graduate programs at UCLA, I also worked for environmental consulting companies involved in human health risk assessments and toxicological evaluations of evaluation contaminants.

Since 1996, after completing my doctoral thesis on a novel multi-pathway risk model, I have worked at several environmental consulting firms, evaluating the toxicological impacts of contaminants in selected populations, coordinating regional air pollution studies, performing exposure assessments (including dermal exposure assessments of applied chemicals) and numeric risk assessments, supervising remedial investigations and removal actions, and acting as the Corporate Health and Safety Officer.

My previous work experience has included considerable risk assessment, evaluation of environmental toxic exposures, design and execution of environmental monitoring and health assessment studies, and modeling of exposure to toxic compounds. I also have participated in and/or directed numerous air/emission-related risk assessments, including toxicological assessment of volatile substances from mobile and stationary sources. I have continued to research the effects of contaminants in the environment and have presented those results at numerous professional assemblies and in several published textbooks. Specifically, I have studied the toxicological effects of many chemicals, including carcinogens released from stationary sources, for over 30 years as part of my training in toxicology and daily work experience as a Toxicologist. A more complete listing of my qualifications is presented in **Exhibit A** which contains my current Curriculum Vitae.

## 4.0   Plaintiff History

Mr. Bulone, the plaintiff in this matter, is an 80-year-old male (DOB – 08/31/1941) who was diagnosed with CLL of B-cell type (ICD C91.10) in March of 1996.[17] Mr. Bulone is a former a smoker (2.5 packs/day for 36 years or 90 pack years).[18] He quit 34 years ago (1989).[19]   Mr.

---

[17] THO:  Georgetown.  Notes.  Exhibit 4 to Angelo Bulone Deposition.  November 29, 2021.

[18] Interview with Angelo Bulone September 21, 2023.

[19] THO:  Georgetown.  Notes.  Exhibit 4 to Angelo Bulone Deposition.  November 29, 2021.

Bulone does not have a history of drug usage.[20] Mr. Bulone does have a history of using Roundup® to control weeds at his residence intermittently from approximately 1984 through 2019.[21]

## Past Medical/Surgical History

Prior to his diagnosis with CLL, Mr. Bulone had an unremarkable medical history and did not present with any significant health risks for the development of CLL, other than his exposure to glyphosate.

Mr. Bulone's medical history consists of a diagnosis of cancer (CLL; :skin (nose); Vocal Cord 07/2017), enlarged prostate, and hypertension. Mammogram: 07/26/2019. His surgical/procedural history consists of Biopsy-vocal cord 07/31/2016, splenectomy, tonsillectomy, and colonoscopy in 2018.  He has no active implantable devices.[22]

He is five feet ten inches tall (70 inches) and weighs approximately 170 pounds.[23] Mr. Bulone's body mass index is 24.39, putting him in a healthy weight category using the National Institutes of Health (NIH) Body Mass Index Calculator.[24]

Mr. Bulone does not have a history of cancer (other than CLL), immune deficiencies, rheumatoid arthritis, celiac disease, ulcers, eczema or psoriasis, Hashimoto thyroiditis, have an organ transplant, Epstein-Barr virus or mononucleosis, irritable bowel disease, or have a history of lumps, cysts or benign tumors.[25]

---

[20] Interview with Angelo Bulone September 21, 2023.

[21] *Id.*

[22] THO:  Georgetown.  Notes.  Exhibit 4 to Angelo Bulone Deposition.  November 29, 2021.

[23] *Id.*

[24] *Id.*

[25] *Id.*

## Family Medical History

Mr. Bulone's mother died of lung cancer and his father died of hepatitis C.[26]  Mr. Bulone's sibling (one sister) is alive and had breast cancer.[27]

According to his deposition and interviews there is no familial history of congenital disorders, skin disease, or developmental issues.[28] He is not of Ashkenazi ethnic background.[29]

## History of Tobacco, Alcohol and Drug Use

Mr. Bulone was a 2.5 pack a day smoker for 36 years.[30]  He quit in 1989 prior to his diagnosis of CLL.[31]

## Residential History

Mr. Bulone was born on August 31, 1941 in Brooklyn, New York.[32] Mr. Bulone grew up in Brooklyn, went to Manual Training High School in Brooklyn.[33]  Mr. Bulone started his college degree at Brooklyn Polytech and completed his Bachelor of Science in Electrical Engineering at Farleigh Dickinson University in Teaneck, New  Jersey in 1979.[34]  Mr. Bulone recalls living first in Brooklyn (1941 to 1965), then moving to Merrick, Long Island, New York (1965 to 1976), to Patchogue, Long Island (1976-1978), then to Hempstead, Long Island (1978-1983).[35] From West

---

[26] *Id.*

[27] *Id.*

[28] Interview with Angelo Bulone, September 21, 2023.

[29] *Id.*

[30] *Id.*

[31] *Id.*

[32] Angelo Bulone Deposition.  November 29, 2021 pg 7.

[33] *Id.*

[34] Angelo Bulone Deposition.  November 29, 2021 pg 8-10.

[35] Angelo Bulone Deposition.  November 29, 2021 pg 19-20.

Hempstead he moved to his current residence in Pawleys Island, South Carolina.[36]  Mr. Bulone used Roundup® at one residence, in Pawleys Island, South Carolina.[37]

**Table 1: Angelo Bulone Residential History**

| Property | City | State | Date |
|---|---|---|---|
| Pawleys Island | South Carolina | 4/18/1983 - 09/21/2021 | Pawleys Island |

## Employment History

After graduating from high school, Mr. Bulone joined the Navy in 1958.[38]  Mr. Bulone was discharged in 1962.[39]  After being discharged from the Navy, Mr. Bulone worked at various part time jobs while he was attending RCA.[40]  After receiving his BS in Electrical Engineering in 1979, Mr. Bulone taught math and physics at RCA Institutes in Manhattan, New York.[41]  In 1988, Mr. Bulone purchased (with a partner) the Wedgefield Plantation Golf Course.[42]  He acted as a groundskeeper for the course and the administration of the business.[43]  In his capacity as the groundskeeper, Mr. Bulone was responsible for taking care of spraying for weeds with Roundup.[44]

## Interview with Angelo Bulone

I interviewed Mr. Bulone by telephone on September 21, 2023, and questioned him on specific aspects of his Roundup® use, medical history, diet and exposure to other chemicals. The interview lasted approximately 40 minutes. Mr. Bulone's responses are summarized in the following two sections.

---

[36] Angelo Bulone Deposition.  November 29, 2021 pg 19.

[37] *Id*.

[38] Angelo Bulone Deposition.  November 29, 2021 pg 37-39.

[39] Angelo Bulone Deposition.  November 29, 2021 pg 38.

[40] Angelo Bulone Deposition.  November 29, 2021 pg 38-39.

[41] Angelo Bulone Deposition.  November 29, 2021 pg 10, 37.

[42] Angelo Bulone Deposition.  November 29, 2021 pg 29.

[43] Angelo Bulone Deposition.  November 29, 2021 pg 66-67.

[44] *Id*.

## *Dietary Habits*

Mr. Bulone was questioned during interview regarding his lifelong eating habits. The information he provided is compiled in **Table 2**.

**Table 2**

**Mr. Bulone's Dietary Habits**

| Food Item | Intake | Notes |
|-----------|--------|-------|
| Dairy | | |
| Butter | | Not a big dairy person |
| Eggs | | Not big egg fan |
| Milk | | In Navy drank a lot. |
| Proteins | | |
| Bacon | X | |
| Beef | X | |
| Chicken | X | |
| Fish | | |
| Lamb | | |
| Pork | x | Not big pork fan. |
| Salmon | | |
| Shellfish | | |
| Pasta | X | Ate lots of pasta. |
| Veal | X | |
| Fruits and Vegetables | | |
| Fruits | | |
| Oils | | |
| Vegetables | | |

## *Potential Confounding Exposures*

Table 3 summarizes toxicological findings pertaining to potential confounding exposures. Mr. Bulone reported none of his residences have been located near a Superfund Site, underground gas tanks, industries or factories.[45]

---

[45] Interview with Angelo Bulone September 21, 2023.

Mr. Bulone has never worked on or even handled any light ballasts.[46] He has had no exposure to transformer oil.[47] He has never burned trash.[48]

**Table 3**
**Review of NHL Confounding/Risk Factors[49]**

| Potential Confounding/Risk Factors | Yes/No |
|---|---|
| **Family History and Genetics** | |
| Family History of Cancers | No family history of NHL or any blood borne cancers. |
|     Mother | Lung cancer |
|     Father | Died of hepatitis B |
|     Grandparents | Paternal grandfather – heart attack<br>Paternal grandmother – died of diabetes<br>Maternal grandfather – liver failure (alcoholism)<br>Maternal grandmother – |
|     Siblings | Sister – breast cancer |
| Genetic Tests? | None done. |
| **Medical Conditions/Medical Interventions** | |
| Prior significant pharmacological regimens | |
| Any history of hematopoietic malignancies or other cancers? | None |
| Ever been prescribed long-term immunosuppressive pharmaceuticals such as prednisone? | None |
| Ever prescribed cyclophosphamide or any other drugs to treat cancer prior to NHL treatment? | No |
| History of organ transplant? | No |
| Ever been diagnosed with Type II diabetes? | No |
| Ever been diagnosed with Grave's disease? | No |
| Ever been diagnosed with Sjögren's syndrome? | No |
| Ever been diagnosed with Crohn's disease? | No |

---

[46] Interview with Angelo Bulone September 21, 2023.

[47] Interview with Angelo Bulone September 21, 2023.

[48] Interview with Angelo Bulone September 21, 2023.

[49] Primary risk factors for NHL listed by American Cancer Society.  https://www.cancer.org/cancer/types/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html and Boffetta. P.  2011.  Epidemiology of Adult non-Hodgkins Lymphoma.  Annals of Oncology.  22(4):  IV27-IV31.  June 2011

| Potential Confounding/Risk Factors | Yes/No |
|---|---|
| Ever been diagnosed with rheumatoid arthritis? | No |
| Ever been diagnosed with ulcerative colitis? | No |
| **Infectious Agents** | |
| Ever been diagnosed with Hepatitis B or C? | |
| Ever been diagnosed with Epstein-Barr Virus (EBV) | No |
| Ever been diagnosed with gastric infection of *Helicobater pylori?* | No |
| Ever been diagnosed with Lyme disease? | No |
| Ever been diagnosed with retrovirus human T-cell lymphotropic virus (HTLV-1) | No |
| Ever been diagnosed with herpes virus 8 (HHV8) | No |
| Ever been diagnosed with HIV, AIDS? | No |
| **Life Style Factors** | |
| Significant alcohol consumption history | Occasionally have glass of wine. |
| Smoking history and pack-year calculations | Yes.  36 years 2.5 packs per day.  Quit 34 years ago. |
| Use of hair dye? | No |
| Drugs-of-abuse | No |
| Any history of obesity? | No |
| **Radiation Exposures** | |
| Significant radiological exposures or CT scans prior to NHL treatment? | Dental x-rays. |
| **Environmental Factors** | |
| Ever lived near or adjacent to a Superfund site? | No. |
| Paint and/or paint solvent exposure? | No. |
| Significant exposures to benzene? | No. |
| Exposure to petroleum products? | When on the ship (9 months) assigned to aviation fuels division.  Was a fuel crew member in Navy.  Did not normally get fuel of skin. |
| Ever farmed or been exposed to livestock? | No. |
| Any unusual or chronic gasoline exposures? | No. |
| **Workplace Exposures** | |
| Use of welded for pipe welding? | No. |
| Ever solder electronics? | Occasionally demonstrate how to solder in class.  Lead solder |
| Ever used plumbing PVC glue? | No. |

| Potential Confounding/Risk Factors | Yes/No |
|---|---|
| Chemical Exposures | |
| Use of a wasp killer or other insecticide/pesticide? | No. |
| Use of herbicide other than Roundup®? | No. |
| Use of Miracle-Gro (COC = Potassium nitrate and Urea)? | No.  His wife uses occasionally. |
| Use of AMDRO (COC = Hydramethylnon)? | No. |
| Ever used 2,4-D (COC = 2,4-D)? | No. |
| Ever used Diazinon (COC = Diazinon and Naphtha)? | No. |
| Ever used Weed & Feed ? (COC = Atrazine) | No. |
| Ever used Snake-A-Way (COC = Naphthalene)? | No. |
| Ever used Sevin (COC = Carbaryl)? | No. |
| Use of any other home gardening/landscape chemicals? | No. |
| Use of latex paint? | Home repairs. |
| Other underlying chemical exposures? | No. |

## NHL Latency Interval

Based on his reported first residential exposure to Roundup®, Mr. Bulone's latency interval to date of diagnosis was approximately **9 years** (1983 to 1994). However, it should be noted that he sustained exposures to Roundup® throughout this period and beyond.

## 5.0   Glyphosate In Roundup®

Glyphosate is the active ingredient in Roundup® herbicide formulations.[50] It is an organophosphorus herbicide that has been used to kill broad-leaf weeds since 1974.[51] In addition to its primary use in agricultural settings, glyphosate is also a common active ingredient in household weed killers.[52] The amount of glyphosate contained in Roundup® products varied from less 1% by weight (prepared products) to approximately 50% by weight (concentrate) in

---

[50] Monsanto. 2006. Material Safety Data Sheet Roundup Original® Herbicide

[51] Mink, PJ, JS Mandel, BK Sceurman, JI Lundin. 2012. Epidemiologic Studies Of Glyphostate And Cancer: A Review. *Regulatory Toxicology And Pharmacology.* 63:440-452.

[52] Jennifer S. Pierce, Benjamin Roberts, Daniel G. Kougias, Chris E. Comerford, Alexander S. Riordan, Kara A. Keeton, Heidi A. Reamer, Neva F. B. Bulone & Jason T. Lotter. 2020. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®, *Inhalation Toxicology*, 32:8: 354-367.

formulations sold in the United States.[53] The ready to use version of Roundup® first entered the consumer marketplace in 1988.[54] Prior to that date consumers used the concentrate version of Roundup®.[55] According to the Material Safety Data Sheet (MSDS) for Roundup® concentrate products produced by Monsanto, Roundup® Original contained approximately 41% by weight of isopropylamine salt of glyphosate.[56] Roundup® PROMAX® Herbicide contained approximately 48.7% by weight of potassium salt of glyphosate.[57] Roundup® WeatherMAX® Herbicide contained approximately 49% by weight of potassium salt of glyphosate.[58] The MSDSs listed above are presented in **Exhibit B** to this report. The conditionally approved Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) registrations submitted to EPA by Monsanto for Ready-to-Use Roundup® formulations (MON-78998 and MON-78999) contained 2.0% by weight of isopropylamine salt of glyphosate.[59, 60] Other ready to Ready-to-Use Roundup® formulations, contained less than 1% by weight of isopropylamine salt of glyphosate.[61]

Based on the wide-spread use of glyphosate containing herbicides, glyphosate has been measured in human urine, blood, breast milk, and household dust; exposure can occur through dermal, oral, and respiratory routes.[62,63] Exposure to glyphosate or glyphosate-based herbicides in humans has been shown to cause inflammation, alteration of lymphocyte functions, and effects on

---

[53] Monsanto. 2006. Material Safety Data Sheet Roundup Original® Herbicide.

Monsanto. 2011. Material Safety Data Sheet Roundup WeatherMAX® Herbicide.

[54] IARC, 2017. Some organophosphate insecticides and herbicides. IARC Mongraphs on the Evaluation of Carcinogenic Risks to Humans 112.

[55] *Id*.

[56] Monsanto. 2006. Material Safety Data Sheet Roundup Original® Herbicide.

[57] Monsanto. 2015. Material Safety Data Sheet Roundup PROMAX® Herbicide.

[58] Monsanto. 2011. Material Safety Data Sheet Roundup WeatherMAX® Herbicide.

[59] U.S. EPA. 2002. FIFRA Conditional FIFRA Registration of MON-78998.

[60] U.S. EPA. 2002. FIFRA Conditional FIFRA Registration of MON-78999.

[61] Monsanto. 1999. Material Safety Data Sheet Roundup Ready-To-Use Weed & Grass Killer MSDS # 7008.

[62] Curwin, B.D., Hein, M.J., Sanderson, W.T., Nishioka, M.G., Reynolds, S.J., Ward, E.M., et al., 2005. Pesticide contamination inside farm and nonfarm homes. *J. Occup. Environ. Hyg.* **2**, 357–367.

[63] Williams GM, Kroes R, Munro IC. 2000. Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans. *Regul Toxicol Pharmacol*. (2 Pt 1):117-65

the immune system interactions with microorganisms.[64] Based on animal data, mechanistic human data and epidemiologic studies of adult non-Hodgkin lymphoma, an International Agency for Research on Cancer (IARC) working group determined that glyphosate was probably carcinogenic to humans.[65] According to Pierce,[66] multiple studies reported dermal absorption of glyphosate as the primary exposure route during application.[67,68]

## 6.0  Roundup® Exposure Analysis

Based on Mr. Bulone's sworn deposition testimony, it is clear that he had a substantial duration of exposure to Roundup® over time. The locations, frequency of use, and duration of Roundup® usage for Mr. Bulone at his residence were abstracted from his deposition and are summarized below in Table 4.

According to his deposition, Mr. Bulone wore his own clothing (shorts, a collared golf shirt and boat shoes in the summer; and a golf shirt plus golf slacks in the winter) while spraying Roundup® at the golf course.[69] Mr. Bulone did not wear goggles, a mask, or gloves while spraying Roundup® at the golf course.[70]  Mr. Bulone wore glasses while spraying Roundup®.[71]  At his residence, Mr. Bulone wore shorts, a shirt, a pair of shoes, and socks while spraying

---

[64] Peillex, C., Pelletier, M., 2020. The impact and toxicity of glyphosate and glyphosate based herbicides on health and immunity. *J. Immunotoxicol.* **17**, 163–174.

[65] IARC, 2017. Some organophosphate insecticides and herbicides. IARC Mongraphs on the Evaluation of Carcinogenic Risks to Humans 112.

[66] Jennifer S. Pierce, Benjamin Roberts, Daniel G. Kougias, Chris E. Comerford, Alexander S. Riordan, Kara A. Keeton, Heidi A. Reamer, Neva F. B. Bulone & Jason T. Lotter. 2020. Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®, *Inhalation Toxicology*, 32:8: 354-367.

[67] Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, Chapman P, Bleeke M. 2004. Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. *Environ Health Perspect.* 112(3):321–326.

[68] Connolly A, Coggins MA, Galea KS, Jones K, Kenny L, McGowan P, Basinas I. 2019. Evaluating glyphosate exposure routes and their contribution to total body burden: a study among amenity horticulturalists. *Ann Work Expo Health.* 63(2):133–147.

[69] Deposition Angelo Bulone. Pg 104.

[70] *Id.*

[71] *Id.*

Roundup®.[72]At a minimum it is reasonable to conclude that Mr. Bulone was exposed repeatedly to glyphosate from Roundup® through his hands and around his mouth (spray drifting to face). Additional areas that would have been impacted include Mr. Bulone's forearms, a portion of his upper arms, his calves, and a portion of his lower thighs. The frequency of the exposure to the additional areas is an area of uncertainty that is addressed later in this report.

## Summary of Exposures

In Mr. Bulone's deposition testimony, he noted that he applied Roundup® repeatedly during 12 months of the year.[73]  Mr. Bulone would apply the Roundup® every day at the golf course during the growing seasons (mid-April to the beginning of November).[74] Mr. Bulone would spray two gallons of Roundup daily.[75]  During the growing season Mr. Bulone stated that he would go back and grab another gallon of Roundup if he had the time to do more spraying.[76]  Each application would take between 60 minutes to 180 minutes to complete during the growing season.[77]  During the off-season Mr. Bulone would spray 3 to 4 times per week taking between 60 minutes and 120 minutes to complete the spraying on average.[78]

At his residence, Mr. Bulone would initially spray for 60 minutes to 75 minutes (1983 through 1984)[79] and estimated that he sprayed approximately ½ gallon at a time.  At that time (1983-1984), Mr. Bulone would spray and come back every 4 to 5 days to retreat the area.[80] Starting in 1985 through 2019, when he stopped using Roundup, Mr. Bulone would spray Roundup once a month for 20 to 30 minutes at a time.[81]

---

[72] Deposition Angelo Bulone. Pg 105.

[73] Deposition Angelo Bulone. Pg 68.

[74] *Id.*

[75] Deposition Angelo Bulone. Pg 70.

[76] *Id.*

[77] *Id.*

[78] Deposition Angelo Bulone. Pg 92.

[79] Deposition Angelo Bulone. Pg 92-94.

[80] *Id.*

[81] *Id.*

Based on Mr. Bulone's testimony, it is clear that the number of spraying events per year would be equal to the number of months of spraying multiplied by the numbers weeks per month multiplies by the number of applications per week.

$$F_{year} = Months_{year} * Weeks_{month} * Applications_{week}$$

Where

$F_{year}$             =             frequency of Roundup® use at residence,

$Months_{Year}$       =       number of months per year Mr. Bulone sprayed Roundup® at his residence,

$Weeks_{SMonth}$      =       average number of weeks per month,

$Applications_{Week}$ =       average number of applications of Roundup® per week,

**Table 4: Angelo Bulone's Summary of Roundup® Usage At**

**His Residences From 1983 through 1994**

| Property | Sprayed Roundup®? | City | State | Date | Application Notes | Years Prior To Dx | Events Per Year |
|---|---|---|---|---|---|---|---|
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1983-1984 | 1 to 1.25 hours every 4 to 5 days for 12 months per year | 2 | 73 |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1985-2019 | 20 minutes to 30 minutes once a month for 12 months per year | 9 | 12 |
| Wedgefield Plantation Golf Course Off Season | Yes | Georgetown | South Carolina | 1988 - 1991 | 1 to 2 hours per day for 3 to 4 days a week for 5 months per year | 3 | 70 |
| Wedgefield Plantation Golf Course Growing Season | Yes | Georgetown | South Carolina | 1988 - 1991 | 1.5 to 3 hours per day for 7 days a week for 7 months per year | 3 | 196 |

## Exposure-Day Calculations

I reviewed a number of peer-reviewed human epidemiological studies (7 in total) that reported statistically measured outcomes of NHL associated with frequency of use.[82] Roundup® exposure doses within these studies are measured as frequency and/or duration of applications and are quantified in units of total *exposure-days*, *exposure-days* per year or *ever/never use*.[83]

It is important to note how an *exposure-day* is defined in each of the studies when comparing an individual's exposure to the exposures in the studies that revealed an increased risk of developing NHL. There are five principal studies related to dose-metrics I have relied on to determine general causation. Those studies include Andreotti et al.,[84] Leon et al.,[85] Zhang et al.,[86] Pahwa et al.,[87] and De Roos et al.[88] Mr. Bulone's exposure dose was calculated using the *exposure-day* and *ever/never use* methodologies applied within those five peer-reviewed human epidemiological studies.

---

[82] *See infra* ¶ 2, Andreotti et al.,  Leon et al.,  Zhang et al.,  Pahwa et al.,  and De Roos et al.

*See also* Eriksson, M., et al., "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis," 2008, International Journal Cancer, Vol.123, pp. 1657 – 1663.

*See also* McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Cancer study of pesticides and health. Cancer Epidemiol Biomarkers Prev 2001;10: 1155–63.

[83] *Id.*

[84] Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233.

[85] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

[86] Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

[87] Pahwa, M. et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project," 2019 Jun 27, Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830

[88] De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol. 60.

Mr. Bulone was exposed to Roundup® during his residential use of the product at his residence in Pawleys Island and the golf course in Georgetown, South Carlina as outlined below.

### 1. 62 Bonnau Court, Pawleys Island, SC (1983-1984)

Mr. Bulone applied Roundup® every 4 to 5 days (365/5=73 days/year) for 2 years. Each spraying event took on average 60 minutes to 75 minutes. The averaged duration of spraying would therefore be 75 minutes ((60 + 75 = 135)/2 = 67.5 minutes or 1.125 hours. His total hours of spraying at this property are calculated to be:

73 events/year x 1.0 hours/event = 73 hours per year
73 events/year x 1.125 hours/event = 82.125 hours per year
73 events/year x 1.25 hours/event = 91.25 hours per year

**73 hours per year x 2 years = 146 hours**
**82.125 hours per year x 2 years = 164.25 hours**
**91.25 hours per year x 2 years = 182.5 hours**

### 2. 62 Bonnau Court, Pawleys Island, SC (1985-1994)

Mr. Bulone applied Roundup® once a month for 9 years. Each spraying event took on average 20 minutes (.33 hours) to 30 minutes (.5 hours). The averaged duration of spraying would therefore be 25 minutes ((20 + 30) = (50)/2 = 25 minutes or 0.412 hours. His total hours of spraying at this property are calculated to be:

12 events/year x 0.33 hours/event = 4 hours per year
12 events/year x 0.412 hours/event = 4.9 hours per year
12 events/year x 0.5 hours/event = 6 hours per year

**4 hours per year x 9 years = 36 hours**
**4.9 hours per year x 9 years = 44.1 hours**
**6 hours per year x 9 years = 54 hours**

### 3. Wedgefield Plantation Golf Course, Georgetown, SC (1988-1991)

During growing season from April to November (7 months), Mr. Bulone applied Roundup® every day on the golf course for 3 years. Each spraying event took on average 1.5

hours to 3 hours.  The averaged duration of spraying would therefore be 135 minutes ((90 + 180 = 270)/2 = 135 minutes or 2.25 hours.  His total hours of spraying at this property are calculated to be:

196 events/year x 1.5 hours/event = 294 hours per year
196 events/year x 2.25 hours/event = 441 hours per year
196 events/year x 3.0 hours/event = 588 hours per year

**294 hours per year x 3 years = 882 hours**
**441 hours per year x 3 years = 1323 hours**
**588 hours per year x 3 years = 1764 hours**

### 4. Wedgefield Plantation Golf Course, Georgetown, SC (1988-1991)

During off season from November to April (5 months), Mr. Bulone applied Roundup® 3 to 4 days per week on the golf course for 3 years.  Each spraying event took on average 1 hour to 2 hours.  The averaged duration of spraying would therefore be 90 minutes ((60 + 120 = 180)/2 = 90 minutes or 1.5 hours.  His total hours of spraying at this property are calculated to be:

70 events/year x 1 hours/event = 70 hours per year
70 events/year x 1.5 hours/event = 105 hours per year
70 events/year x 2 hours/event = 140 hours per year

**70 hours per year x 3 years = 210 hours**
**105 hours per year x 3 years = 315 hours**
**140 hours per year x 3 years = 420 hours**

Adding all of Mr. Bulone's exposures together results in a cumulative total of 1273.64 hours to 2420.5 hours.

**Table 5 (**below**)** presents a compilation of Mr. Bulones' episodic Roundup® exposures as obtained from his depositions, completed questionnaire and interview.

**Table 5**

**Mr. Bulone's 8-Hour Time-Weighted Roundup® Exposure-Days**

| Property | Sprayed Roundup? | City | State | Date | Application Notes | Years | Events Per Year | Hours Per Event | Total Hours | | | Exposure Days (8 hours/day) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Min | Mid | Max | Min | Mid | Max |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1983-1984 | 1 to 1.25 hours every 4 to 5 days | 2 | 73 | 1 to 1.5 | 146 | 164.25 | 182.5 | 18.25 | 20.53125 | 22.8125 |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1985-2019 | 20 minutes to 30 minutes once a month | 9 | 12 | 20 minutes to 30 minutes | 35.64 | 45 | 54 | 4.455 | 5.625 | 6.75 |
| Wedgefield Plantation Golf Course Off Season | Yes | Georgetown | South Carolina | 1988 - 1991 | 1 to 2 hours per day for 3 to 4 days a week during off season | 3 | 70 | 1 to 2 | 210 | 315 | 420 | 26.25 | 39.375 | 52.5 |
| Wedgefield Plantation Golf Course Growing Season | Yes | Georgetown | South Carolina | 1988 - 1991 | 1.5 to 3 hours per day for 7 days a week during growing season | 3 | 196 | 1.5 to 3.0 | 882 | 1323 | 1764 | 110.25 | 165.375 | 220.5 |
| | | | | | | | | | 1273.64 | 1847.25 | 2420.50 | 159.21 | 230.91 | 302.56 |

The information compiled above in **Table 5** reveals that Mr. Bulone had a minimum of **159.21** exposure-days [1273.64 hrs. ÷ 8 hrs./day], a maximum of **302.56** exposure-days [2420.50 hrs. ÷ 8 hrs./day], and a midpoint of **230.91** exposure-days [1847.25 hrs. ÷ 8 hrs./day].

Mr. Bulone wore his own clothing (shorts, a collared golf shirt and boat shoes in the summer; and a golf shirt plus golf slacks in the winter) while spraying Roundup® at the golf course.[89]  Mr. Bulone did not wear goggles, a mask, or gloves while spraying Roundup® at the golf course.[90] Mr. Bulone wore glasses while spraying Roundup®.[91]  At his residence, Mr. Bulone wore shorts, a shirt, a pair of shoes, and socks while spraying Roundup®.[92]

## 7.0    Angelo Bulone's Exposure Analysis And Dose Reconstruction To Roundup® Via Dermal Pathway

For many of the studies cited herein regarding the absorbed systemic doses of glyphosate applicators dermal absorption is assumed to be the primary pathway for exposure.[93,94] Human receptors come into contact with chemicals from consumer products directly (e.g. during use) or indirectly (e.g., chemicals that have settled on indoor or outdoor surfaces).  Estimating exposure from dermal contact requires information on:

- the concentration of the contaminant in the medium that is contacted;

- timeframe of exposure (contact frequency and duration); and

- other factors that affect dermal exposure—for example, skin surface area, dermal adherence of solids to skin, film thickness of liquids on skin, and/or residue transfer factors.

The summary below is instructive of the basics of how dermal absorption is defined and the methods in which Mr. Bulone's dose of Roundup® will be calculated via the dermal pathway.

---

[89] Deposition Angelo Bulone. Pg 104.

[90] *Id.*

[91] *Id.*

[92] Deposition Angelo Bulone. Pg 105.

[93] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678.

[94] Solomon, K., "Estimated exposure to glyphosate in humans via environmental, occupational and dietary pathways: an updated review of the scientific literature," 2019, Pest Management Science, 76(9), pp. 2878–2885. https://doi.org/10.1002/ps.5717.

The methods outlined and doses identified in this section are meant to contextualize the doses that applicators have received in studies evaluating dermal doses.

The amount of contaminant absorbed in the body represents what is available for interaction with target tissues or organs. There are a few different ways to characterize dermal exposure and dose:

- Potential dose is the amount of contaminant applied to skin, not all of which is actually absorbed;
- Applied dose is the amount of contaminant at the absorption barrier (e.g., skin) that can be absorbed by the body;
- Internal dose (e.g., systemic dose) is the amount of contaminant absorbed and available for interaction with biological receptors (e.g., organs, tissues);
- Biologically effective dose is the amount of contaminant that interacts with the internal target tissue or organ. [95,96]



**Illustration of Dermal Route: Exposure and Dose** (U.S. EPA, 1992b)

[97]

For the purposes of this report, exposure to chemicals through the skin (dermal exposure) is modeled as a two-step process that considers the contact between contaminant and receptor as well as absorption of the contaminant into the body through the skin.[98] The amount of contaminant applied in the environment and reaching the skin's surface is defined as the applied dose.[99] This

---

[95] U.S. EPA. 1992. Dermal Exposure Assessment, Principles and Applications (Interim Report).

[96] U.S. EPA. 2023. Exposure Assessment Tools by Routes – Dermal. https://www.epa.gov/expobox/exposure-assessment-tools-routes-dermal

[97] U.S. EPA. 1992. Dermal Exposure Assessment, Principles and Applications (Interim Report).

[98] *Id.*

[99] *Id.*

dose represents the amount that may potentially be absorbed.[100]  The applied dose is expressed as the mass per surface area exposed (e.g, micrograms of Roundup® per square centimeter of skin, ug Roundup® per $cm^2$ skin).[101]  The systemic dose is the fraction of the applied dose that is absorbed through the skin and distributed through the body.[102]  The systemic dose is expressed as the mass of Roundup® absorbed (milligrams) per kilogram of body weight (kilograms of Body Weight or kg-BW) per day of exposure (day).[103]

Mr. Bulone's absorbed systemic dose was calculated in units of mg/kg-BW/day for comparison to the absorbed systemic doses of glyphosate applicators compiled in the peer reviewed.[104] Thus, the systemic dose calculation will determine if Mr. Bulone's absorbed systemic dose is in the low, middle, or high range of glyphosate applicators within the generally accepted studies.[105]

### Connolly Study Of Horticulturalists (2019) – Dose Reconstruction Method

In a 2019 assessment of amenity horticulturalists using glyphosate, Connolly found that geometric mean concentrations of glyphosate concentrations of 0.01, 0.04 and 0.05 µg $cm^2$ from the workers' perioral (mouth) region and left and right hands, respectively.[106] Connolly grouped workers into three standardized exposure groups (SEGs) based on the types of applicators used.[107] The SEGs included: manual knapsack, pressurized lance (sprayer) and controlled droplet applicator, based on the applicator used to apply glyphosate-based pesticide products.[108] Manual

---

[100] U.S. EPA. 2023. Exposure Assessment Tools by Routes – Dermal. https://www.epa.gov/expobox/exposure-assessment-tools-routes-dermal.

[101] *Id*.

[102] U.S. EPA.  1992. Dermal Exposure Assessment, Principles and Applications (Interim Report).

[103] *Id*.

[104] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678.

[105] *Id*.

[106] Connolly, A., MA Coggins, KS Galea, K Jones, L Kenny, P McGowan, and I Basinas. 2019. Evaluating Glyphosate Exposure Routes And Their Contribution To Total Body Burden: A Study Among Amenity Hortaculturalists. *Annals of Work Exposures And Health*, 63(2):133-147.

[107] *Id*.

[108] *Id*.

knapsack applicators used a backpack style applicator with the product being applied with a handheld lance.[109] The pressurized lance SEG applied the pesticide product using a handheld lance connected to a motorized knapsack.[110] The controlled droplet applicator SEG, similar to the manual knapsack, but with a capacity 5 L, was purchased with a pre-mixed solution (eliminating the mixing and loading task) and had an adaptable applicator that can increase the droplet size, thus reducing the spray drift.[111] A total of 343 wipe and glove samples were collected from 20 workers across 29 work tasks.[112]

**Table 6: Amenity Horticultural Users Applied Doses Of Glyphosate[113]**

| Variable | $k$ | $N$ | GM | GSD | Min | Max |
|---|---|---|---|---|---|---|
| Combined SEGs | | | Post-work task samples | | | |
|   Perioral | 20 | 29 | **0.01** | 9.05 | $1.7 \times 10^{-04}$ | 0.40 |
|   Hand left | 20 | 29 | **0.04** | 9.21 | $4.7 \times 10^{-04}$ | 2.56 |
|   Hand right | 20 | 29 | **0.05** | 8.73 | $2.8 \times 10^{-04}$ | 2.04 |
| Manual knapsack | | | Post-work task samples | | | |
|   Perioral | 10 | 12 | 0.01 | 11.30 | $1.7 \times 10^{-04}$ | 0.23 |
|   Hand left | 10 | 12 | 0.01 | 4.64 | $4.7 \times 10^{-04}$ | 0.08 |
|   Hand right | 10 | 12 | 0.01 | 5.26 | $2.8 \times 10^{-04}$ | 0.09 |
| Pressurized lance | | | Post-work task samples | | | |
|   Perioral | 6 | 10 | 0.04 | 4.68 | $2.5 \times 10^{-03}$ | 0.40 |
|   Hand left | 6 | 10 | 0.19 | 9.17 | $2.6 \times 10^{-03}$ | 2.56 |
|   Hand right | 6 | 10 | 0.21 | 7.41 | $3.7 \times 10^{-03}$ | 2.04 |
| Controlled droplet | | | Post-work task samples | | | |
|   Perioral | 5 | 7 | 0.01 | 8.34 | $6.0 \times 10^{-04}$ | 0.10 |
|   Hand left | 5 | 7 | 0.04 | 5.89 | $3.5 \times 10^{-03}$ | 0.50 |
|   Hand right | 5 | 7 | 0.06 | 5.73 | $7.9 \times 10^{-03}$ | 0.85 |

Note: k is the number of participants in the group. N is the number of samples (one sample per task) in the group. Number of samples below the limit of quantification (<LOQ) (1 µg l−1) by number (N) and percentage (%). GM is the geometric mean, GSD the geometric standard deviation and the range (min–max).

---

[109] *Id.*

[110] *Id.*

[111] *Id.*

[112] *Id.*

[113] Id.

It is clear from the table above that the maximum amounts measured in the combined SEG are 40 to 64 times higher than the geometric mean (GM) values listed in the table.[114] The GM values for the pressurized lance are 4 to 5 times higher than the GM from the combined SEG.[115] Using the combined SEG values therefore would represent a conservative estimate of the likely applied dose of glyphosate on Mr. Bulone's skin.[116] The combined SEG can be extended to cover additional areas of skin that may have been exposed while Mr. Bulone was applying Roundup®, including his shins, thighs, and arms. Based on the values reported by U.S. EPA, a reasonable estimate of exposure of the mean values for hands, forearms, and lower legs (male and female, 21+ years) (forearm and lower leg-specific data used for males and female lower leg) is approximately 4,500 cm$^2$.[117]

Using the information from Table 4 regarding the frequency of Mr. Bulone's use of Roundup® and multiplying the frequency by the applied dose from Table 4, I have calculated the cumulative applied dose that he received at his residence over time. The results of my analysis are presented in Exhibit C to this report.

$$\text{Dose}_T = \sum (F * \text{Area}_P * \text{Dose}_P) + (F * \text{Area}_S * \text{Dose}_S) + (F * \text{Area}_H * \text{Dose}_H)$$

Where

Dose$_T$   =   total applied dose of Glyphosate from all residences, (ug)

F    =   frequency of Roundup® use at residence, (events per year) [see table 4]

Area$_P$   =   area of Perioral (mouth), (40 cm$^2$ for adult male)

Dose$_P$   =   applied dose of Glyphosate for Perioral area, (ug/cm$^2$)

Area$_S$=    area of shins and arms, (4500 cm$^2$ combined (both arms and shins) for adult male)

---

[114] *Id.*

[115] *Id.*

[116] *Id.*

[117] U.S. EPA 2002. Supplemental Guidance for Developing Soil Screening Levels for Superfund Sites. OSWER 9355.4-24. December 2002.http://www.epa.gov/superfund/health/conmedia/soil/index.htm.

Dose$_S$ = applied dose of Glyphosate for shins and arms, (ug/cm$^2$)

Area$_H$ = area of hands, (1070 cm$^2$ combined (both hands) for adult male)

Dose$_H$ = applied dose of Glyphosate for hands, (ug/cm$^2$)

Using the equation above I have calculated Mr. Bulone's applied dose using the minimum value from Connolly, the geometric mean, and the maximum values. The total applied dose I have calculated ranged from 767.13 μg to 4,696,029 μg. The averaged value of his exposure was calculated to be 91,909.35 μg.

Based on work of Wester, it is clear that *in vitro* percutaneous absorption through human skin into human plasma as receptor fluid was no more than 2% over a concentration range of 0.5-154 micrograms/cm$^2$ and a topical volume range of 0.014-0.14 ml/ cm$^2$.[118] Percutaneous absorption *in vivo* in rhesus monkey was 0.8 +/- 0.6% for the low dose (25 micrograms/cm$^2$) and 2.2 +/- 0.8% for the high dose (270 micrograms/cm$^2$).[119] As a conservative measure I will use 2% as an assumed adsorption rate across all surface areas.

Adjusting for Mr. Bulone's averaged body weight of 208 pounds (94.55 kg) and converting the dermal exposure to a systemic dose by multiplying by the 2% dermal absorption factor I have calculated a systemic ranging from a low of 5.66 x 10$^{-07}$ mg/kg-day to a maximum of 3.46 x 10$^{-03}$ mg/kg-day. The median value for Mr. Bulone's systemic exposure is 6.78 x 10$^{-05}$ mg/kg-day.

### *Dose Analysis using the Machado-Neto et al. (2000) Knapsack Sprayer Study*

Machado-Neto et al. performed a controlled study of glyphosate applicators employed by the Aracruz Celulose Company.[120] The study was designed to measure the workers' exposure to glyphosate over an application interval less than 70 minutes and then to adjust the exposure to a

---

[118] Wester RC, Melendres J, Sarason R, McMaster J, Maibach HI. Glyphosate skin binding, absorption, residual tissue distribution, and skin decontamination. Fundam Appl Toxicol. 1991 May;16(4):725-32. doi: 10.1016/0272-0590(91)90158-z. PMID: 1884912.

[119] Wester RC, Melendres J, Sarason R, McMaster J, Maibach HI. Glyphosate skin binding, absorption, residual tissue distribution, and skin decontamination. Fundam Appl Toxicol. 1991 May;16(4):725-32. doi: 10.1016/0272-0590(91)90158-z. PMID: 1884912.

[120] Aracruz Celulose S.A. was a Brazilian manufacturer of pulp and paper and a supplier of bleached Eucalyptus pulp. In 2009, the company merged with VCP and was renamed Fibria with headquarters in Sao Paulo.

seven-hour work day to assess the safety of working conditions.[121] A surrogate compound for glyphosate, copper oxychloride (at a concentration of 252 grams per 100 L of water) was utilized in the sprayer.[122] To measure the amount of glyphosate accumulating on the applicators, absorbent pads were placed on 8 areas of the applicators (See table below).[123] Following the spraying regime, the pads were removed and tested for copper oxychloride by using atomic absorption spectrophotometry.[124]

The results of the study showed that the knapsack sprayers with wands were exposed to two primary body regions with 77% and 85.7% of the PDE on the frontal part of thighs/legs and feet, respectively.[125] **Table 7** shows the proportion (%) distribution of potential dermal exposure (PDE) for various body regions for glyphosate applicators using a lever-operated knapsack sprayer as published in the 2000 Machado-Neto study.[126]

**Table 7**
**Distribution of PDEs in Body Regions of Glyphosate Applicators**

| Type of Sprayer | Glyphosate Concentration | % of Body Regions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H |
| Lever-operated Knapsack | 0.48% | 0.1% | 0.5% | 4.3% | 1.6% | 0.1% | 44.6% | 7.7% | 41.1% |

A = head + face + neck          E = thorax back
B = arms + forearms             F = legs + front thigh
C = hands                       G = legs + back thigh
D = thorax front                H = feet

---

[121] *Id.*

[122] *Id.*

[123] *Id.*

[124] *Id.*

[125] *Id.*

[126] Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

Based on the results from Machado-Neto, the potential dermal exposure (PDE) and the non-controlled dermal exposure (NCDE) measured for lever-operated knapsack application over seven hours were calculated to be: [127]

- Percent glyphosate in spray:                          0.48%
- Potential Dermal Exposure (PDE):              1,945.83 mg
- Non-controlled dermal exposure (NCDE):        253.90 mg

The penetration of glyphosate into clothing was approximately 13.0% (253.9 mg/1,945.83 mg).[128] Another study which evaluated the penetration of glyphosate into clothing reported a rate of 22.9%.[129]

To calculate the amount of Roundup® that would appear on his skin while Mr. Bulone was spraying Roundup® via the Machado-Neto Method (applied dose), I start by using the non-controlled dermal exposure (NCDE) and factor into the dosing the fraction of time Mr. Bulone spent applying Roundup® compared to the amount of time in the Machado-Neto study (7 hours).[130] Mr. Bulone testified to spraying Roundup® for approximately 0.33 hours to 3 hours during any given event. This equates to 14 to 42 percent (1/7 = 0.1428 to 3/7 = 0.42) of the time used in the Machado-Neto study.[131]

Dermal Exposure = (253.9 mg/day) x (0.33 hour /7 hours) = **11.96 mg/day**

Dermal Exposure = (253.9 mg/day) x (3 hour /7 hours) = **108.81 mg/day**

I assume that the systemic amount of glyphosate will be a function of the amount applied, the percent absorbed, and Mr. Bulone's body weight. To calculate his systemic dose, I take the Dermal Exposure amount multiply it by the amount that can be absorbed (2%), and divide it by Mr. Bulone's weight (77.27 kg).

Systemic Dose = (11.96 mg/day) x (2% dermal absorption)/(77.27 kg) = **0.00939 mg/kg/day**

---

[127] *Id.*

[128] *Id.*

[129] Lavy, T. et al., "Conifer Seedling Nursery Worker Exposure to Glyphosate," 1992, Arch. Environ. Contamin. Toxicolo. Vol.22, pp. 6-13.

[130] *See* Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

[131] *See* Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315.

Systemic Dose = (108.814 mg/day) x (2% dermal absorption)/(77.27 kg) = **0.02816 mg/kg/day**

Studies of applicators which evaluated glyphosate exposure are illustrative of Mr. Bulone's systemic dose compared to that of other applicators.[132,133] According to the 2016 review, the systemic dose for applicators (as determined by passive dosimetry) ranged from 1 x $10^{-6}$ to 6.4 x $10^{-2}$ mg/kg/day.[134] The doses representing the 10th and 90th percentiles values are presented as the blue boxes in the figure below.[135] The 90th percentile calculated by Solomon was 0.0014 mg/kg/day.[136]



**Figure 1: Systemic Doses Of Glyphosate For Angelo Bulone**

---

[132] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678.

[133] Solomon, K., "Estimated exposure to glyphosate in humans via environmental, occupational and dietary pathways: an updated review of the scientific literature," 2019, Pest Management Science, 76(9), pp. 2878–2885. https://doi.org/10.1002/ps.5717.

[134] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678.

[135] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678.

[136] This was the 90th percentile dose in the 2016 Solomon study.

As shown in figure above the median value calculated for Mr. Bulone is well above the lower end of the applicator levels using the Connolly study and well within the high-end of the applicator levels reported in Machado-Neto study. Whether using the Connolly study or the Machado-Neto method, the calculated systemic dose for Mr. Bulone falls well within the range of the systemic doses reported in the literature for applicators.

## Conclusion

Based on the analysis above, I have concluded the following and hold these opinions to a reasonable degree of scientific certainty.

1.  Based on Mr. Bulone's testimony it is clear that Mr. Bulone used Roundup® herbicide formulations that contained glyphosate for a significant amount of time to control weeds at his residence on Pawley Island and at the Wedgefield Plantation Golf Course in Georgetown, South Carolina.

2.  Mr. Bulone's use of Roundup® herbicide resulted in his exposure to glyphosate via dermal route of exposure.

3.  Mr. Bulone's applied dose (mass per unit of skin exposed) of glyphosate can be calculated based upon field testing of dermal dosing detailed in the scientific literature.

4.  Mr. Bulone's systemic dose (mass per body mass per day) of glyphosate can be calculated based upon dosing detailed in scientific literature.

5.  Mr. Bulone's exposure to glyphosate was equivalent to between 159.21 to 302.56 days of spraying.

6.  Mr. Bulone's total applied dose ranged from 767 μg to 4,696,029 μg. The averaged value of his exposure was calculated to be 91,909 μg.

7.  Mr. Bulone's total system dose based on the Connolly study ranged from $5.66 \times 10^{-7}$ mg/kg-day to $3.46 \times 10^{-3}$ mg/kg-day.  The averaged value of his exposure was calculated to be $6.78 \times 10^{-5}$ mg/kg-day.

8.  Mr. Bulone's total system dose based on the Machado-Neto study was calculated to be $1.41 \times 10^{-2}$ mg/kg-day to $2.82 \times 10^{-2}$ mg/kg-day.

Sincerely,

DOCUMENTS RELIED UPON

Deposition Angelo Bulone.  November 29, 2021

Interview notes with Angelo Bulone, September 21, 2023.

Abukari, Wumbei, 2015.  "Pesticides Applicator Exposure Assessment: A Comparison between Modeling and Actual Measurement," *Journal of Environment and Earth Science* ISSN 2224-3216 (Paper) ISSN 2225-0948 (Online) Vol.5, No.11.

Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, Chapman P, Bleeke M. 2004. Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. *Environ Health Perspect*. 112(3):321–326.

Andreotti, G., et al.  2018.  "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," *JNCI J Natl Cancer Inst*., Vol.110 (5), doi: 10.1093/jnci/djx233.

Blair A, Thomas K, Coble J, Sandler DP, Hines CJ, Lynch CF, Knott C, Purdue MP, Zahm SH, Alavanja MC, Dosemeci M, Kamel F, Hoppin JA, Freeman LB, Lubin JH.  2011.  Impact of pesticide exposure misclassification on estimates of relative risks in the Agricultural Health Study. *Occup Environ Med*. 68(7):537-41. doi: 10.1136/oem.2010.059469. Epub 2011 Jan 21. PMID: 21257983; PMCID: PMC3566632.

Brewster DW, Warren J, Hopkins WE 2nd. 1991.  Metabolism of glyphosate in Sprague-Dawley rats: tissue distribution, identification, and quantitation of glyphosate-derived materials following a single oral dose. *Fundam Appl Toxicol*. 17(1):43-51. doi: 10.1016/0272-0590(91)90237-x. PMID: 1916078.

Connolly, A. et al.  2017.  Exposure Assessment Using Human Biomonitoring For Glyphosate and Fluroxypur Users In Amenity Horticulture.  *Int. J. Hygiene and Env. Health.*  220:1064-1073.

Connolly A, Coggins MA, Galea KS, Jones K, Kenny L, McGowan P, Basinas I. 2019. Evaluating glyphosate exposure routes and their contribution to total body burden: a study among amenity horticulturalists.  *Ann Work Expo Health*. 63(2):133–147.

Cox, C.  1998.  Herbicide Factsheet:  Glyphosate (Roundup®).  *Journal of Pesticide Reform.* 18(3):3-17.

Curwin, B.D., Hein, M.J., Sanderson, W.T., Nishioka, M.G., Reynolds, S.J., Ward, E.M., et al., 2005. Pesticide contamination inside farm and nonfarm homes. *J. Occup. Environ. Hyg.* **2**, 357–367.

De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF, Blair A. 2003.  Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men.  *Occup Environ Med*. 60(9):E11. doi: 10.1136/oem.60.9.e11. PMID: 12937207; PMCID: PMC1740618.

EPA.  2018.  "Risk Assessment Methodology for Hazardous Substances: How to assess the risk, cost and benefit of new hazardous substances for use in New Zealand," Environmental Protection Authority.

Eriksson, M., et al.  2008.  "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis," *International Journal Cancer*, Vol.123, pp. 1657 – 1663

Fenske, R.A.  1993.  Dermal Exposure Assessment Techniques.  *The Annals of Occupational Hygiene*, 37(6):Pages 687–706.

Hardell, L., Mikael Eriksson & Marie Nordström.  2002.  Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two Swedish Case-control Studies.  *Leukemia & Lymphoma*, 43:5, 1043-1049.

Hayes.  2008.  Principles and Methods of Toxicology, Fifth Edition.  By A. Wallace Hayes.

IARC, 2017. Some organophosphate insecticides and herbicides. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans 112.

Illyassou, K., et al.  2017.  "Risk Assessment for Small Farmers Exposed to Plant Protection Products in the Niger River Valley," *Comm. Appl. Biol. Sci.*

Klassens, C.D.  2018.  Casarett & Doull's Toxicology: The Basic Science of Poisons, 9th Edition Edited Klassens, C.D.  McGraw Hill.

Lawson, A., et al..  2017.  "Three Methods to Assess Levels of Farmers' Exposure to Pesticides in the Urban and Peri-urban Areas of Northern Benin," *Tunisian Plant Protection Journal,* Vol.12, pp. 91–108.

Lavy, T. et al.  1992.  "Conifer Seedling Nursery Worker Exposure to Glyphosate," *Arch. Environ. Contamin. Toxicolo*. Vol.22, pp. 6-13

Leon, Maria, et al.  2019. "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," *International Journal of Epidemiology*, pp. 1–17

Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C. 2000.  "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," *Bulletin of Environmental Contamination and Toxicology,* 64(3), pp. 309–315

McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW.  2001.  Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. *Cancer Epidemiol Biomarkers Prev*;10: 1155–63.

Mink, P.J., J.S. Mandel, B.K. Sceurman, and J. I. Lundin.  2012.  Epidemiologic Studies Of Glyphosate And Cancer:  A Review.  *Reg. Tox. And Pharm.*  63:440-452.

Monsanto.  2006.  Material Safety Data Sheet Roundup® Original® Herbicide.

Monsanto.  2011.  Material Safety Data Sheet Roundup® WeatherMAX® Herbicide

Monsanto.  2015.  Material Safety Data Sheet Roundup® PROMAX® Herbicide

NIH.  2023.  Calculate Your Body

Operator exposure assessment for MON 2139 UK – Case" MONGLY06509236

Pahwa, M. et al. 2019.  "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub- types: findings from the North American Pooled Project," *Scand J Work Environ Health*. pii: 3830. doi:10.5271/sjweh.3830

Peillex, C., Pelletier, M., 2020. The impact and toxicity of glyphosate and glyphosate based herbicides on health and immunity. *J. Immunotoxicol.* **17**, 163–174.

Pierce, J., Benjamin Roberts, Daniel G. Kougias, Chris E. Comerford, Alexander S. Riordan, Kara A. Keeton, Heidi A. Reamer, Neva F. B. Bulone & Jason T. Lotter.  2020.  Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®, *Inhalation Toxicology*, 32:8:  354-367.

Portier CJ, Armstrong BK, Baguley BC, Baur X, Belyaev I, Bellé R, Belpoggi F, Biggeri A, Bosland MC, Bruzzi P, Budnik LT, Bugge MD, Burns K, Calaf GM, Carpenter DO, Carpenter HM, López-Carrillo L, Clapp R, Cocco P, Consonni D, Comba P, Craft E, Dalvie MA, Davis D, Demers PA, De Roos AJ, DeWitt J, Forastiere F, Freedman JH, Fritschi L, Gaus C, Gohlke JM, Goldberg M, Greiser E, Hansen J, Hardell L, Hauptmann M, Huang W, Huff J, James MO, Jameson CW, Kortenkamp A, Kopp-Schneider A, Kromhout H, Larramendy ML, Landrigan PJ, Lash LH, Leszczynski D, Lynch CF, Magnani C, Mandrioli D, Martin FL, Merler E, Michelozzi P, Miligi L, Miller AB, Mirabelli D, Mirer FE, Naidoo S, Perry MJ, Petronio MG, Pirastu R, Portier RJ, Ramos KS, Robertson LW, Rodriguez T, Röösli M, Ross MK, Roy D, Rusyn I, Saldiva P, Sass J, Savolainen K, Scheepers PT, Sergi C, Silbergeld EK, Smith MT, Stewart BW, Sutton P, Tateo F, Terracini B, Thielmann HW, Thomas DB, Vainio H, Vena JE, Vineis P, Weiderpass E, Weisenburger DD, Woodruff TJ, Yorifuji T, Yu IJ, Zambon P, Zeeb H, Zhou SF. 2016.  Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). *J Epidemiol Community Health*. 70(8):741-5. doi: 10.1136/jech-2015-207005. Epub 2016 Mar 3. PMID: 26941213; PMCID: PMC4975799.

Rana, I., E. Taioli, and L. Zhang.  2020.  Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma.  *Environ Res.*191: 110140. doi:10.1016/j.envres.2020.110140.

Solomon, K.  2016. "Glyphosate in the general population and in applicators: a critical review of studies on exposures," *Critical Reviews in Toxicology,* Vol.46: sup 1, 21 -27, DOI: 10.1080/10408444.2016.1214678

Solomon, K.  2019.  "Estimated exposure to glyphosate in humans via environmental, occupational and dietary pathways: an updated review of the scientific literature," *Pest Management Science*, 76(9), pp. 2878–2885. https://doi.org/10.1002/ps.5717

U.K. Health and Safety Executive, HSE, "Operator Exposure," 2016, Data requirements handbook, Retrieved from: http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides- registration/data-requirements-handbook/operator-exposure.htm

U.S. EPA. 1992.  Dermal Exposure Assessment, Principles and Applications (Interim Report).

U.S. EPA 2002. Supplemental Guidance for Developing Soil Screening Levels for Superfund Sites. OSWER 9355.4-24. December 2002.http://www.epa.gov/superfund/health/conmedia/soil/index.htm

U.S. EPA.  2023.  Exposure Assessment Tools by Routes – Dermal. https://www.epa.gov/expobox/exposure-assessment-tools-routes-dermal

Ward, MH, JM Madrigal, RR Jones, MC Friesen, RT Falk, D Koebel, C Metayer.  2023. Glyphosate In House Dust And Risk Of Childhood Acute Lymphoblastic Leukemia In California.  *Environment International.*  172:1-9.

Wester RC, Melendres J, Sarason R, McMaster J, Maibach HI. Glyphosate skin binding, absorption, residual tissue distribution, and skin decontamination. Fundam Appl Toxicol. 1991 May;16(4):725-32. doi: 10.1016/0272-0590(91)90158-z. PMID: 1884912.

Williams GM, Kroes R, Munro IC. 2000.  Safety evaluation and risk assessment of the herbicide Roundup® and its active ingredient, glyphosate, for humans. *Regul Toxicol Pharmacol*. (2 Pt 1):117-65

Zhang, L., et al.  2019. "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma:  A Meta-Analysis and Supporting Evidence," *Mutation Research/Reviews in Mutation Research*, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.00

# EXHIBIT A



Clark & Associates
Environmental Consulting, Inc

Office
12405 Venice Blvd.
Suite 331
Los Angeles, CA  90066

Phone
310-907-6165

Fax
310-398-7626

Email
jclark.assoc@gmail.com

# *James J. J. Clark, Ph.D.*

*Principal Toxicologist*

**Toxicology/Exposure Assessment Modeling**

**Risk Assessment/Analysis/Dispersion Modeling**

### Education:

Ph.D.,   Environmental Health Science, University of California, 1995

M.S.,    Environmental Health Science, University of California, 1993

B.S.,    Biophysical and Biochemical Sciences, University of Houston, 1987

### Professional Experience:

Dr. Clark is a well-recognized toxicologist, air modeler, and health scientist specializing in dose reconstruction.  He has 30 years of experience in tying together environmental contaminants measurements to human health impacts.  Using environmental fate and transport modeling (SCREEN3, AEROMOD, ISCST3, Johnson-Ettinger Vapor Intrusion Modeling, RESRAD, GENII); exposure assessment modeling (partitioning of contaminants in the environment as well as PBPK modeling); Dr. Clark has testified in Federal and State courts on dose reconstructions for personal injury and in mass tort claims.

### LITIGATION SUPPORT

1.   Charles Johnson, Jr. v. BP Exploration & Production Inc., and BP America Production Company United States District Court Eastern District of Louisiana. Case No.  20-01329

     Client:  Downs Law Group, Coconut Grove, Florida.

2.   Deepwater Horizon BELO Cases.  (Kenneth Davenport, 5:18-cv-245); (Lester Jenkins, 5:19-cv-260); (Micheal Moulder, 5:19-cv-12); (Dwight Stiples, 5:19-cv-310).  United States District Court Northern District of Florida, Pensacola Division. Case 3:19cv363

     Client:  Downs Law Group, Coconut Grove, Florida

3.  James Noel v. BP Exploration and Production Inc. et al. United States District Court Southern District of Alabama (Mobile) Civil Action No  1:19-cv-00694
    Client:  Downs Law Group, Coconut Grove, Florida

4.  Richard Allen Dufour v. BP Exploration and Production Inc. et al. U.S District Court Southern District of Mississippi Southern Division Civil Action No. 19-cv-00591
    Client:  Downs Law Group, Coconut Grove, Florida

5.  Arnold Goldstein, Hohn Covas, Gisela Janette La Bella, et al.. vs. Exxon Mobil Corporation, PBF Energy Inc., Torrance Refining Company LLC, et al., Case No.: 2:17-cv-02477DSF United States District Court for the Central District of California
    Client:  Sher Edling, LLP, San Francisco, California and Matern Law Group , PC.,  El Segundo, California

6.  Case: Scott D. McClurg, et al. v. Mallinckrodt Inc. and Cotter Corporation. Lead Case No.: 4:12CV00361 AGF United States District Court Eastern District of Missouri Eastern Division.
    Client: Environmental Law Group, Birmingham, AL.

7.  Case:  Pamela Butler Vs. Mallinckrodt, Inc.  & Cotter Corporation.  Case  No.:  4:2018cv01701  United States District Court Eastern District of Missouri Eastern Division
    Client:  Humphrey, Farrington & McClain, P.C., Independence, Missouri

8.  Case:  Kenneth Edward Koterba Vs. Mallinckrodt, Inc.  & Cotter Corporation.  Case  No.:  4:2018cv01702 United States District Court Eastern District of Missouri Eastern Division
    Client:  Humphrey, Farrington & McClain, P.C., Independence, Missouri

9.  Case:  Anthony Hines Vs. Mallinckrodt, Inc.  & Cotter Corporation.  Case  No.:  4:2018cv01703  United States District Court Eastern District of Missouri Eastern Division
    Client:  Humphrey, Farrington & McClain, P.C., Independence, Missouri

10. Case:  Emery David Walick, III Vs. Mallinckrodt, Inc.  & Cotter Corporation.  Case  No.:  4:2018cv01704 United States District Court Eastern District of Missouri Eastern Division
    Client:  Humphrey, Farrington & McClain, P.C., Independence, Missouri

## SELECTED AIR MODELING RESEARCH/PROJECTS

### Client(s) – Multiple

Indoor Air Evaluations, California: Performed multiple indoor air screening evaluations and risk characterizations consistent with California Environmental Protection Agency's (Cal/EPA) Department of Toxic Substances Control (DTSC) and Regional Water Quality Control Board (RWQCB) methodologies. Characterizations included the use of DTSC's modified Johnson & Ettinger Model and USEPA models, as well as the attenuation factor model currently advocated by Cal/EPA's Office of Environmental Health and Hazard Assessment (OEHHA).

**Client – Confidential**

Dr. Clark performed a comprehensive evaluation of criteria pollutants, air toxins, and particulate matter emissions from a carbon black production facility to determine the impacts on the surrounding communities. The results of the dispersion model were used to estimate acute and chronic exposure concentrations to multiple contaminants and were be incorporated into a comprehensive risk evaluation.

**Client – Confidential**

Dr. Clark performed a comprehensive evaluation of air toxins and particulate matter emissions from a railroad tie manufacturing facility to determine the impacts on the surrounding communities. The results of the dispersion model have been used to estimate acute and chronic exposure concentrations to multiple contaminants and have been incorporated into a comprehensive risk evaluation.


**EMERGING/PERSISTENT CONTAMINANT RESEARCH/PROJECTS**


**Client:  City of Santa Clarita, Santa Clarita, California**

Dr. Clark managed the oversight of the characterization, remediation and development activities of a former 1,000 acre munitions manufacturing facility for the City of Santa Clarita. The site is impacted with a number of contaminants including perchlorate, unexploded ordinance, and volatile organic compounds (VOCs). The site is currently under a number of regulatory consent orders, including an Immanent and Substantial Endangerment Order. Dr. Clark assisted the impacted municipality with the development of remediation strategies, interaction with the responsible parties and stakeholders, as well as interfacing with the regulatory agency responsible for oversight of the site cleanup.


**Client – Confidential, Los Angeles, California**

Dr. Clark is performing a comprehensive review of the potential for pharmaceuticals and their by-products to impact groundwater and surface water supplies. This evaluation will include a review if available data on the history of pharmaceutical production in the United States; the chemical characteristics of various pharmaceuticals; environmental fate and transport; uptake by xenobiotics; the potential effects of pharmaceuticals on water treatment systems; and the potential threat to public health. The results of the evaluation may be used as a briefing tool for non-public health professionals.

**PUBLIC HEALTH/TOXICOLOGY**

**Client:  Brayton Purcell, Novato, California**

Dr. Clark performed a toxicological assessment of residents exposed to methyl-tertiary butyl ether (MTBE) from leaking underground storage tanks (LUSTs) adjacent to the subject property.  The symptomology of residents and guests of the subject property were evaluated against the known outcomes in published literature to exposure to MTBE.  The study found that residents had been exposed to MTBE in their drinking water; that concentrations of MTBE detected at the site were above regulatory guidelines; and, that the symptoms and outcomes expressed by residents and guests were consistent with symptoms and outcomes documented in published literature.

**Client:  Covanta Energy, Westwood, California**

Evaluated health risk from metals in biosolids applied as soil amendment on agricultural lands.  The biosolids were created at a forest waste cogeneration facility using 96% whole tree wood chips and 4 percent green waste.  Mass loading calculations were used to estimate Cr(VI) concentrations in agricultural soils based on a maximum loading rate of 40 tons of biomass per acre of agricultural soil.  The results of the study were used by the Regulatory agency to determine that the application of biosolids did not constitute a health risk to workers applying the biosolids or to residences near the agricultural lands.

**Client:  Kaiser Venture Incorporated, Fontana, California**

Prepared PBPK assessment of lead risk of receptors at a 1,100-acre former steel mill.  This evaluation was used as the basis for granting closure of the site by lead regulatory agency.

**RISK ASSESSMENTS/REMEDIAL INVESTIGATIONS**

**Kaiser Ventures Incorporated, Fontana, California**

Prepared health risk assessment of semi-volatile organic chemicals and metals for a fifty-year old wastewater treatment facility used at a 1,100-acre former steel mill.  This evaluation was used as the basis for granting closure of the site by lead regulatory agency.

**ANR Freight - Los Angeles, California**

Prepared a comprehensive Preliminary Endangerment Assessment (PEA) of petroleum hydrocarbon and metal contamination of a former freight depot.  This evaluation was as the basis for reaching closure of the site with lead regulatory agency.

**Kaiser Ventures Incorporated, Fontana, California**

Prepared comprehensive health risk assessment of semi-volatile organic chemicals and metals for 23-acre parcel of a 1,100-acre former steel mill.  The health risk assessment was used to determine clean up goals and as the basis for granting closure of the site by lead regulatory agency.  Air dispersion modeling using ISCST3 was performed to determine downwind exposure point concentrations at sensitive receptors within a 1 kilometer radius of the site.  The results of the health risk assessment were presented at a public meeting sponsored by the Department of Toxic Substances Control (DTSC) in the community potentially affected by the site.

**Unocal Corporation - Los Angeles, California**

Prepared comprehensive assessment of petroleum hydrocarbons and metals for a former petroleum service station located next to sensitive population center (elementary school).  The assessment used a probabilistic approach to estimate risks to the community and was used as the basis for granting closure of the site by lead regulatory agency.

**Client:  Confidential, Los Angeles, California**

Managed oversight of remedial investigation most contaminated heavy metal site in California.  Lead concentrations in soil excess of 68,000,000 parts per billion (ppb) have been measured at the site.  This State Superfund Site was a former hard chrome plating operation that operated for approximately 40-years.

**Client:  Confidential, San Francisco, California**

Coordinator of regional monitoring program to determine background concentrations of metals in air.  Acted as liaison with SCAQMD and CARB to perform co-location sampling and comparison of accepted regulatory method with ASTM methodology.

**Client:  Confidential, San Francisco, California**

Analyzed historical air monitoring data for South Coast Air Basin in Southern California and potential health risks related to ambient concentrations of carcinogenic metals and volatile organic compounds.  Identified and reviewed the available literature and calculated risks from toxins in South Coast Air Basin.

**IT Corporation, North Carolina**

Prepared comprehensive evaluation of potential exposure of workers to air-borne VOCs at hazardous waste storage facility under SUPERFUND cleanup decree.  Assessment used in developing health based clean-up levels.

**Past Professional Associations**

American Public Health Association (APHA)

Association for Environmental Health and Sciences (AEHS)

American Chemical Society (ACS)

International Society of Environmental Forensics (ISEF)

Society of Environmental Toxicology and Chemistry (SETAC)

**Publications and Presentations:**

**Books and Book Chapters**

Sullivan, P., **J.J. J. Clark,** F.J. Agardy, and P.E. Rosenfeld.  (2007).  *Synthetic Toxins In The Food, Water and Air of American Cities.*  Elsevier, Inc.  Burlington, MA.

Sullivan, P. and **J.J. J. Clark**.  2006.  *Choosing Safer Foods, A Guide To Minimizing Synthetic Chemicals In Your Diet.*  Elsevier, Inc.  Burlington, MA.

Sullivan, P., Agardy, F.J., and **J.J.J. Clark**.  2005.  *The Environmental Science of Drinking Water.*  Elsevier, Inc. Burlington, MA.

Sullivan, P.J., Agardy, F.J., **Clark, J.J.J.**  2002.  *America's Threatened Drinking Water:  Hazards and Solutions*. Trafford Publishing, Victoria B.C.

**Clark, J.J.J.**  2001.  "TBA:  Chemical Properties, Production & Use, Fate and Transport, Toxicology, Detection in Groundwater, and Regulatory Standards" in *Oxygenates in the Environment.*  Art Diaz, Ed.. Oxford University Press: New York.

**Clark, J.J.J.**  2000.  "Toxicology of Perchlorate" in *Perchlorate in the Environment.*  Edward Urbansky, Ed. Kluwer/Plenum: New York.

**Clark, J.J.J.**  1995.  Probabilistic Forecasting of Volatile Organic Compound Concentrations At The Soil Surface From Contaminated Groundwater.  UMI.

Baker, J.; **Clark, J.J.J.**; Stanford, J.T.  1994.  Ex Situ Remediation of Diesel Contaminated Railroad Sand by Soil Washing.  Principles and Practices for Diesel Contaminated Soils, Volume III.  P.T. Kostecki, E.J. Calabrese, and C.P.L. Barkan, eds.  Amherst Scientific Publishers, Amherst, MA.  pp 89-96.

**Journal and Proceeding Articles**

Tam L. K.., Wu C. D., Clark J. J. and **Rosenfeld, P.E.** (2008) A Statistical Analysis Of Attic Dust And Blood Lipid Concentrations Of Tetrachloro-p-Dibenzodioxin (TCDD) Toxicity Equialency Quotients (TEQ) In Two Populations Near Wood Treatment Facilities. Organohalogen Compounds, Volume 70 (2008) page 002254.

Tam L. K.., Wu C. D., Clark J. J. and **Rosenfeld, P.E.** (2008) Methods For Collect Samples For Assessing Dioxins And Other Environmental Contaminants In Attic Dust: A Review. Organohalogen Compounds, Volume 70 (2008) page 000527

Hensley A.R., Scott, A., Rosenfeld P.E., **Clark, J.J.J.** (2007). "Attic Dust And Human Blood Samples Collected Near A Former Wood Treatment Facility." *Environmental Research.* 105:194-199.

Rosenfeld, P.E., **Clark, J. J.,** Hensley, A.R., and Suffet, I.H. 2007. "The Use Of An Odor Wheel Classification For The Evaluation of Human Health Risk Criteria For Compost Facilities" Water Science & Technology. 55(5): 345-357.

Hensley A.R., Scott, A., Rosenfeld P.E., **Clark, J.J.J.** 2006. "Dioxin Containing Attic Dust And Human Blood Samples Collected Near A Former Wood Treatment Facility." The 26th International Symposium on Halogenated Persistent Organic Pollutants – DIOXIN2006, August 21 – 25, 2006. Radisson SAS Scandinavia Hotel in Oslo Norway.

Rosenfeld, P.E., **Clark, J. J.** and Suffet, I.H. 2005. "The Value Of An Odor Quality Classification Scheme For Compost Facility Evaluations" The U.S. Composting Council's 13th Annual Conference January 23 - 26, 2005, Crowne Plaza Riverwalk, San Antonio, TX.

Rosenfeld, P.E., **Clark, J. J.** and Suffet, I.H. 2004. "The Value Of An Odor Quality Classification Scheme For Urban Odor" WEFTEC 2004. 77th Annual Technical Exhibition & Conference October 2 - 6, 2004, Ernest N. Morial Convention Center, New Orleans, Louisiana.

**Clark, J.J.J.** 2003. "Manufacturing, Use, Regulation, and Occurrence of a Known Endocrine Disrupting Chemical (EDC), 2,4-Dichlorophnoxyacetic Acid (2,4-D) in California Drinking Water Supplies." National Groundwater Association Southwest Focus Conference: Water Supply and Emerging Contaminants. Minneapolis, MN. March 20, 2003.

Rosenfeld, P. and **J.J.J. Clark**. 2003. "Understanding Historical Use, Chemical Properties, Toxicity, and Regulatory Guidance" National Groundwater Association Southwest Focus Conference: Water Supply and Emerging Contaminants. Phoenix, AZ. February 21, 2003.

**Clark, J.J.J.,** Brown A. 1999. Perchlorate Contamination: Fate in the Environment and Treatment Options. In Situ and On-Site Bioremediation, Fifth International Symposium. San Diego, CA, April, 1999.

**Clark, J.J.J.** 1998. Health Effects of Perchlorate and the New Reference Dose (RfD). Proceedings From the Groundwater Resource Association Seventh Annual Meeting, Walnut Creek, CA, October 23, 1998.

Browne, T., **Clark, J.J.J.** 1998. Treatment Options For Perchlorate In Drinking Water. Proceedings From the Groundwater Resource Association Seventh Annual Meeting, Walnut Creek, CA, October 23, 1998.

**Clark, J.J.J.**, Brown, A., Rodriguez, R.  1998.  The Public Health Implications of MtBE and Perchlorate in Water:  Risk Management Decisions for Water Purveyors.  Proceedings of the National Ground Water Association, Anaheim, CA, June 3-4, 1998.

**Clark J.J.J.**, Brown, A., Ulrey, A.  1997.  Impacts of Perchlorate On Drinking Water In The Western United States.  U.S. EPA Symposium on Biological and Chemical Reduction of Chlorate and Perchlorate, Cincinnati, OH, December 5, 1997.

**Clark, J.J.J.**; Corbett, G.E.; Kerger, B.D.; Finley, B.L.; Paustenbach, D.J.  1996.  Dermal Uptake of Hexavalent Chromium In Human Volunteers:  Measures of Systemic Uptake From Immersion in Water At 22 PPM.  Toxicologist.  30(1):14.

Dodge, D.G.; **Clark, J.J.J.**; Kerger, B.D.; Richter, R.O.; Finley, B.L.; Paustenbach, D.J.  1996.  Assessment of Airborne Hexavalent Chromium In The Home Following Use of Contaminated Tapwater.  Toxicologist.  30(1):117-118.

Paulo, M.T.; Gong, H., Jr.; **Clark, J.J.J.**  (1992).  Effects of Pretreatment with Ipratroprium Bromide in COPD Patients Exposed to Ozone.  American Review of Respiratory Disease.  145(4):A96.

Harber, P.H.; Gong, H., Jr.; Lachenbruch, A.; **Clark, J.**; Hsu, P.  (1992).  Respiratory Pattern Effect of Acute Sulfur Dioxide Exposure in Asthmatics.  American Review of Respiratory Disease.  145(4):A88.

McManus, M.S.; Gong, H., Jr.; Clements, P.; **Clark, J.J.J.**  (1991).  Respiratory Response of Patients With Interstitial Lung Disease To Inhaled Ozone.  American Review of Respiratory Disease.  143(4):A91.

Gong, H., Jr.; Simmons, M.S.; McManus, M.S.; Tashkin, D.P.; Clark, V.A.; Detels, R.; **Clark, J.J.**  (1990).  Relationship Between Responses to Chronic Oxidant and Acute Ozone Exposures in Residents of Los Angeles County.  American Review of Respiratory Disease.  141(4):A70.

Tierney, D.F. and **J.J.J. Clark.**  (1990).  Lung Polyamine Content Can Be Increased By Spermidine Infusions Into Hyperoxic Rats.  American Review of Respiratory Disease.  139(4):A41.

# EXHIBIT B

71995-32        9/9/2002                                    1/21



|  | U.S. ENVIRONMENTAL PROTECTION AGENCY<br>Office of Pesticide Programs<br>Registration Division (H7505C)<br>401 "M" St., S.W.<br>Washington, D.C. 20460 | EPA Reg.<br>Number:<br>71995-32 | Date of Issuance:<br>SEP - 9 2002 |
|---|---|---|---|
|  | NOTICE OF PESTICIDE:<br>__x__ Registration<br>____ Reregistration | Term of Issuance:<br>Conditional | |
|  | (under FIFRA, as amended) | Name of Pesticide Product:<br>MON 78998 Herbicide | |

Name and Address of Registrant (include ZIP Code):

Monsanto Company
600 13th Street, N.W. Suite 660
Washington, DC 20005

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered/reregistered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with section 3(c)(7)(A)of the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) provided that you:

1. Submit the following data performed according to the guidelines within 18 months from the date of this letter.

a. Guideline 830, Subgroup A, Product Chemistry Data Requirements

b. Guideline 830, Subgroup B, Product Chemistry Requirements

c. Acute toxicology data for all six (6) acute toxicity categories.

2. Submit/cite all data required for registration/reregistration of your product when the Agency requires all registrants of similar products to submit such data.

3. Make the labeling changes listed below before you release the product for shipment.

a. Add the phrase "EPA Registration No. 71995-32".

b. On page 2 delete or clarify "dense" fields and trails.

| Signature of Approving Official: | Date:<br>9-9-02 |
|---|---|

EPA Form 8570-6

-2-

c. In Appendix 1, the following phrases are not acceptable and may not be used on any product label.

1. Brush Tough Weeds away with "insert brand name"

2. Protect your family against poison ivy and other hazardous plants

3. Protect your property-Eliminate Poison Ivy, Poison Oak, and other hazardous weeds

4. Provides peace of mind

5. Reduce the allergen in your yard

6. Superior Results

7. The best weed killer you can buy (we guarantee it)

8. The Power Brush Killer

9. The Responsible choice

10. The Responsible way to kill tough weeds and grasses

d. The statement in Appendix 1 "Controls Poison Ivy, Poison Oak, and other **touch** plants, should read ...other **tough** weeds.

e. The statements that include the phrases poisonous plant, noxious plants, or hazardous plants must list specific plants or be deleted from the label.

3. Submit three(3) copies of your final printed labeling before you release the product for shipment.

    If these conditions are not complied with, the registration will be subject to cancellation in accordance with FIFRA section 6(e). Your release for shipment of the product constitutes acceptance of these conditions.

A stamped copy of labeling is enclosed for your records.

**MON 78998 Herbicide**                              **EPA Reg. No. 71995-GE** 3/21

*[Editorial Notes:  Bracketed test [ ] is for internal use and serves as a 'place holder' for graphics.  Parenthetical text ( ) denotes optional wording.]*

*[Refer to APPENDIX 1 for consolidated list of label claims.]*

*[Refer to APPENDIX 2 for packaging related claims.]*

*[Refer to APPENDIX 3 for packaging related instructions.]*

---

| **MON 78998 Herbicide** |
|---|

Active Ingredient
Glyphosate, isopropylamine salt ..................... 2.0%
Other Ingredients .................................... 98.0%

```
ACCEPTED
   SEP - 9 2002
Under the Federal Insecticide,
Fungicide, and Rodenticide Act,
as amended, for the pesticide
registered under
EPA Reg. No  71995-32
```

**KEEP OUT OF REACH OF CHILDREN**
**CAUTION**

See back panel (booklet) for additional precautionary statements.  (Read precautions and directions on the back label)

NET ____

*MON 78998* **Herbicide**                                    **EPA Reg. No. 71995-GE**    4/2/

Open Resealable Label for directions & Precautions
Press to Reseal

CONTROLS ALL WEEDS AND(&) GRASSES INCLUDING:  Barnyardgrass, Bermudagrass, Thistle, Chickweed, Common Ragweed, Dandelion, Fescues, Johnsongrass, Clover, Yellow Nutgrass and(&) other grasses, weeds, sedges and(&) brush.

| **Product Facts** | |
| --- | --- |
| Container treats more than _____ weeds<br>[24 oz treats 200 weeds]<br>Treats up to _____ sq ft (approx. size of ___ tennis courts)<br>[When calculating coverage, one gallon treats 300 sq ft and a tennis court is 2,106 sq ft] | |
| **KILLS WEEDS** | [*Illustration grassy, broadleaf and woody  weeds*]<br>ALL TYPES OF WEEDS & GRASSES including:<br>• Poison Ivy • Poison Oak • Wild Blackberries  • Kudzu   •  Ragweed<br><br>**(OR)**<br><br>Kills Woody Brush & Vines Including:<br>• poison oak<br>• poison ivy<br>• wild blackberries<br>• kudzu<br>• bamboo<br>• ragweed<br>• Plus over 100 Unwanted Plants, Weeds & Grasses |
| **WHERE TO USE** | • On patios, walkways, driveways, gravel, or mulch beds<br>• In flower(beds) and(&) vegetable gardens<br>• Around flowers, shrubs and(&) trees<br>• Along fences and(&) foundations<br>• In recreational areas, parks and sports facilities<br>• Around homes, buildings, cabins, lodges, and camp sites<br>• On wooded or vacant lots<br>• Dense fields and trails<br>• Other areas in your yard |
| ☎ | Questions, Comments or Medical Information<br>call [*insert contact #*]          www.roundup.com |

**MON 78998 Herbicide**                                      **EPA Reg. No. 71995-GE**    5/2|

## DIRECTIONS FOR USE
It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

## HOW TO APPLY
- Adjust nozzle to a coarse spray.
- *[For Foaming package]* Turn nozzle to desired position - FOAM (MARKER) or STREAM (SPRAY) (NO MARKER) (NO FOAM). FOAM (MARKER) marks weeds for up to (X) minutes, allowing you to easily see where you've sprayed. STREAM (SPRAY) (NO MARKER) (NO FOAM) provides coarse spray that does not foam.

- *[For Pull 'N Spray package]* Follow illustrations and instructions above. Point wand at unwanted weeds or grasses and push button to begin spraying. Twist nozzle at end of wand to adjust spray pattern. Pull 'T-handle' again as needed to continue spraying. **JUST PULL UP – NO NEED TO PUMP.**
- *[For Pull 'N Spray II package]* Follow illustrations and instructions above to prime (ready) the sprayer. Twist nozzle at end of sprayer to adjust spray pattern. Point sprayer at unwanted weeds or grasses and press sprayer button to begin spraying. Hold down for continuous spray. Pull ring at sprayer bottom again as needed for additional spraying.
- Spray the weeds or grasses you want to kill until thoroughly wet.
- When spot treating weeds in a flower(bed) or vegetable garden, shield desirable plants from drift with a sheet of cardboard or plastic. If desirable plant is accidentally sprayed, rinse off immediately with water.
*OR*
- When spot treating weeds around desirable plants shield plants from drift with a sheet of cardboard or plastic. If desirable plant is accidentally sprayed, rinse off immediately with water.

**IMPORTANT**: Do not spray plants or grasses you like - they may die too. Not recommended for spot weed control in lawns since [*insert brand name*] kills lawn grasses.

## WHEN TO APPLY
- Use anytime weeds (and) grasses) are actively growing. (Apply when weeds are actively growing.)
- For best results apply during warm, sunny weather (above 60° F) (to accelerate systemic movement from foliage to roots).
- Spray (Apply) when air is calm to prevent drift to desirable plants.
- [*insert brand name*] is Rainproof in 2 hours (30, 45, 60, or 90 minutes; 1 hour; less than 1 hour; less than 60 minutes; less than 30 minutes)
*[Alternate text]* Rain or watering 2 hours (30, 45, 60, or 90 minutes; 1 hour; less than 1 hour; less than 60 minutes; less than 30 minutes) after application will not wash away effectiveness.
- *[Optional text]* Apply when weeds are small and before seeds form

**MON 78998 Herbicide**                                        EPA Reg. No. 71995-GE

- *[Optional text]* Established (hard to kill) weeds may require a repeat application.
- *[Optional text]* Note: Brush (sprayed in the Fall) may not be controlled until the following season. In the Spring, spray regrowth if it occurs.
- *[Optional text]* Weeds usually yellow and (&) wilt within 2-4 days (hours) with complete kill in 1 to 2 weeks for annual weeds.  Perennial weeds such as poison ivy may take 4 or more weeks for complete kill.
- *[Optional text]* Established (Perennial) weeds may require a repeat application.
- All ornamental flowers, trees and shrubs may be planted **1 day after** application.

## ADDITIONAL TIPS
- **TO KILL VINES**
  - If vines are growing up poles, fences, or tree trunks with mature bark, cut vines to a height of 3 to 4 feet and spray vines thoroughly.
  - If vines are climbing shrubs or tree trunks with green bark, cut vines at base and treat as directed for stumps or spray regrowth.  If spraying regrowth, shield shrubs and green bark from spray drift with a sheet (piece) of cardboard or plastic.

- **For Lawn Replacement**
  Use *[insert brand name]* to kill a (an old) (an unwanted) lawn and (its) weeds before planting (a) new lawn (OR prior to laying a patio, sidewalk, or driveway).

  *[Alternate text]*  For lawn replacement use *[insert brand name]* to kill lawn and(&) weeds before planting new lawn.
  - Skip one mowing before spraying.
  - If soil is dry, water before application and 2 to 3 days after application.
  - Wait 7 days after last application to rake, till or replant with seed or sod.
      *[Alternate text]*
  - Wait 7 days for weeds and lawn to die.  Repeat if necessary.
  - Rake or till to prepare area for planting seed or sod.
  - (If green patches remain after 7 days, reapply.)

  *[Alternate section]*

  (Great) *[insert brand name]* Project:  Lawn Renovation
  Use *[insert brand name]* to kill sections of a weed-infested lawn before reseeding.
  - Apply *[insert brand name]* to lawn weeds and grasses <u>Wait 7 days</u> after application to rake, till or replant with seed or sod.
  - Work (1" of) Scotts Lawn Soil with Starter Fertilizer into existing soil, mixing well.
  - For thick, green grass – guaranteed -- spread Scotts Pure Premium (or other Scotts grass seed) and water regularly (daily) to keep area moist (follow package instructions).
  - For best results, add a thin layer of Scotts Miracle-Gro Sphagnum Peat Moss (or Scotts Lawn Soil) over the area to help seeded area stay moist throughout germination period.

**MON 78998 Herbicide**                                  **EPA Reg. No. 71995-GE**   7/21

- **Kudzu**
  For best results, apply in mid to late summer when vines are mature and actively growing.

- **Wild Blackberry**
  Spray anytime plants are actively growing. Dead canes should be cut down and removed. Reapplication is often required to kill deep roots.

- **Poison Ivy & Poison Oak**
  Contact with these plants anytime of the year can cause an allergic reaction. Spray anytime plants are actively growing, but at least 4 weeks before the first killing frost in the fall. Reapply, if new growth appears. Handle dead plants with rubber gloves. Dispose of plants and rubber gloves in tightly sealed garbage bags.

- **For Flowerbed and Garden (Plot) Preparation**
  Use [*insert brand name*] to kill weeds, grasses and brush before planting flowers, fruits, vegetables, trees or shrubs.
  - If soil is dry, water before application and 2 to 3 days after application.
  - Apply evenly over treatment area.
  - (Wait 4 to 6 days for product to kill plants then cleanup plant refuse and till soil.)
  - Wait (at least) 1 day before planting flowers, trees and shrubs. (Refer to the **When To Replant** section for planting intervals for fruits and vegetables)

[*Alternate section*]
- (Great) [*insert brand name*] Project:  Garden(Plot) Preparation
  Use [*insert brand name*] to kill unwanted weeds and grasses before planting flowers, fruits, vegetables, trees or shrubs.
  - Apply [*insert brand name*] to vegetation in planting bed
  - (Wait 4 to 6 days for product to kill plants then cleanup plant refuse and till soil.)
  - Wait (at least) 1 day after application before planting flowers, trees, and shrubs. (Refer to the **When To Replant** section for planting intervals for fruits and vegetables)
  - For best results, add 3" of Miracle-Gro Garden Soil to your garden.  Rototill or spade to a depth of 6", mixing well.
  - Feed (new) plants every 2 weeks with Miracle-Gro Plant Food (follow package instructions).

## WHEN TO REPLANT
- All ornamental flowers, trees and(&) shrubs may be planted **1 day after** application.
- The following berries may be planted **1 day after** application:
  Blackberry, Blueberry, Boysenberry, Cranberry, Currant, Dewberry, Elderberry, Gooseberry, Huckleberry, Loganberry, Olallieberry and(&) Raspberry (Black and(&) Red).
- The following fruits, vegetables &(and) herbs may be planted **1 day after** application:
  Artichoke (Jerusalem), Beans (all), Beet Greens, Broccoli, Brussels Sprouts, Cabbage (all), Carrot, Cauliflower, Celery, Chard (Swiss), Chicory, Collards,

**MON 78998 Herbicide**                                    **EPA Reg. No. 71995-GE**

Endive, Horseradish, Kale, Kohlrabi, Leek, Lentils, Lettuce, Mustard Greens, Okra, Onion, Rape Greens, Parsley, Parsnips, Potato, Radish, Rhubarb, Rutabaga, Spinach, Sweet Potato, Turnip &(and) Yams.

- The following fruits, vegetables &(and) herbs may be planted **3 days after** application: Corn, Cucumber, Eggplant, Garlic, Gourds, Melons (all), Peas (all), Peppers (all), Pumpkin, Squash (summer &(and) winter), Tomatillo, Tomato (by seed) &(and) Watercress.
- Lawn grasses may be planted **7 days after** application.
- Tomatoes from transplant & (and) unlisted fruits, vegetables &(and) herbs may be planted **30 days after** application.

**WHEN TO HARVEST -**[OPTIONAL SECTION]
If used to control weeds around fruits or nuts, wait the following number of days before harvesting:

- Citrus (Citron, Grapefruit, Kumquat, Lemon, Lime, Mandarin, Orange, Pummelo, Tangelo, Tangerine), Guava, Papaya – **1 day.**
- Nuts (Almond, Beechnut, Brazil Nut, Butternut, Cashew, Chestnut, Filbert, Hazelnut, Hickory Nut, Macadamia, Pecan, Pistachio, Walnut) – **3 days.**
- Apple, Avocado, Banana (Plantains), Berries (except Cranberries), Dates, Figs, Grapes, Loquat, Passion Fruit, Pear, Persimmon, Pomegranate &(and) Quince – **14 days.**
- Apricot, Cherries, Nectarine, Olives, Peach, Plum and(&) Prunes– **17 days.**

**HOW IT WORKS**
[*insert brand name*] enters plants through foliage and moves systemically to the roots, killing weeds by stopping the production of a substance found in plants. (Any) product not absorbed by plants breaks down into natural materials, without moving in or on the soil to untreated plants. (So [*insert brand name*] can be used over the root zone of desirable plants without injury.) Weeds yellow and(&) wilt within 2 to 4 days (hours) with complete kill in 1 to 2 weeks. (Perennial weeds such as poison ivy may take 4 or more weeks for complete kill.)

**STORAGE AND DISPOSAL**
[*Trigger Sprayer - Original or Foaming*]
**STORAGE:** Rotate nozzle to closed position (Turn nozzle to OFF position)(Close nozzle on trigger sprayer). Store product in original container in a safe place away from direct sunlight. Keep from freezing.

[*Quick Connect Sprayer*]
**STORAGE:** Flip down spout to close. NO NEED TO DISCONNECT TRIGGER SPRAYER. Close nozzle on trigger sprayer (Turn nozzle on trigger sprayer to OFF position). Snap sprayer back in place. Store product in original container in a safe place away from direct sunlight. Keep from freezing.

**MON 78998 Herbicide**                                    **EPA Reg. No. 71995-GE**

*[Pull 'N Spray]*
**STORAGE** :   Completely dispense product in sprayer prior to storage.  Slide white (or other color) strip on cap back to closed position.  LEAVE WAND PLUG CONNECTED TO 'T-HANDLE'.  Snap wand back into place on side of container.  Store product in original container in a safe place away from direct sunlight.  Keep from freezing.

*[Pull 'N Spray II]*
**STORAGE** :
Completely dispense product in sprayer prior to storage.  Twist sprayer nozzle to the OFF position. Flip down (color of spout) spout on cap.  NO NEED TO DISCONNECT SPRAYER HOSE FROM CAP.  Place sprayer back inside carrier on bottle with the nozzle facing down.  Store product in original container in a safe place away from direct sunlight.  Keep from freezing.

*[All packaging types except for Pull 'N Spray]*
**DISPOSAL:**  Do not reuse container (except to refill, see **How To Refill** section).

*[Pull 'N Spray only]*
**DISPOSAL:  DO NOT RE-USE EMPTY CONTAINER.**

*[ALL Packaging types]*
**Empty Container:**  Put in trash (recycle where available).  **Partially Full Container:**  Call your local waste disposal service or 1-800-CLEANUP.  Never pour product down any drain.


**HOW TO REFILL** *[All packaging types except for Pull 'N Spray]*
This container and sprayer can be reused. Use *[insert brand name(s)] to refill the container.  Follow the instructions below:*

[24 FL OZ]:
To this empty container add 2 fl oz of Roundup Concentrate (Roundup Concentrate Plus) (*insert brand name of Reg. No. 71995-20*) or 1 fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.

[½ GAL]
To this empty container add 5 fl oz of Roundup Concentrate (Roundup Concentrate Plus) (*insert brand name of Reg. No. 71995-20*) or 2½ fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.

[GAL]
To this empty container add 10 fl oz of Roundup Concentrate (Roundup Concentrate Plus) (*insert brand name of Reg. No. 71995-20*) or 5 fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.

[1.33 GAL PNS II]
To this empty container add 13 fl oz of Roundup Concentrate (Roundup Concentrate

*MON 78998* **Herbicide**                    **EPA Reg. No. 71995-GE**    16/21

Plus) (*insert brand name of Reg. No. 71995-20*) or 6.5 fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.

[6L]
To this empty container add 16 fl oz of Roundup Concentrate (Roundup Concentrate Plus) (*insert brand name of Reg. No. 71995-20*) or 8 fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.

[2 GAL]
To this empty container add 20 fl oz of Roundup Concentrate (Roundup Concentrate Plus) (*insert brand name of Reg. No. 71995-20*) or 10 fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.


## PRECAUTIONARY STATEMENTS

### HAZARDS TO HUMANS & DOMESTIC ANIMALS

**CAUTION:** Causes moderate eye irritation. Avoid contact with eyes or clothing. Wash thoroughly with soap and water after handling.

[*re-entry icon*] People and pets may enter treated area after spray has dried.

| FIRST AID | |
|---|---|
| **If in eyes** | • Hold eye open and rinse slowly and gently for 15-20 minutes.<br>• Remove contact lenses, if present, after first 5 minutes, then continue rinsing eyes.<br>• Call a poison control center (insert contact telephone #) or doctor for additional treatment advice. |
| Emergency Medical Information | |
| • Have the product container or label with you when calling a poison control center or doctor, or going for treatment.<br>• You may contact (insert contact telephone #) for emergency medical treatment information.<br>• This product is identified as [***insert brand name***], **EPA Reg. No. 71995-GE** | |


### ENVIRONMENTAL HAZARDS
Do not apply directly to water. Do not contaminate water when disposing of equipment washwaters.

**NOTICE:** Buyer assumes all responsibility for safety and use not in accordance with directions.

This product is protected by U.S. Patent No. 5,196,044. Other patents pending. No license granted under any non-U.S. patent(s).

**MON 78998 Herbicide**                                    **EPA Reg. No. 71995-GE**

Roundup is a trademark of Monsanto Technology LLC

© ____MONSANTO COMPANY

Manufactured for
Monsanto Company
Lawn & Garden Products
P. O. Box 418
Columbus, OH 43216-418
EPA Reg. No. 71995-GE
Form No.
EPA Est. 239-IA-3[1]; 58996-MO-1[A]
Superscript is first letter of lot number
Made in USA

## APPENDIX 1 – Consolidated List of Label Claims

- [insert brand name] Kills the weed you see and the root others leave behind
- (Use) For Brush Control
- (Use) For General Weed Control: Use along fences, paths, patios, sidewalks and driveways, around trees, shrubs, ornamental plantings, flowerbeds, and buildings, and in brick and gravel walkways.
- (Use) For Landscaping: Use to prepare areas for planting of ornamentals, trees, shrubs, desert landscapes, rock gardens, flowerbeds or similar plantings.
- (Use) For Lawn Renovation
- (Use) For Spot Spraying: Use in and around flowerbeds, ornamental, fruit and nut trees, grapevines, shrubs, fences, driveways and walkways
- (Use) For Wildlife Areas: Use to prepare areas for planting wildlife food. Exotic or undesirable plants can be controlled to allow for planting or recovery of native plant species. Spot treatments can be made to selectively remove unwanted plants.
- [graphics of weeds dying in 1-7 days]
- Absorbed into both broadleaf and (&) grassy weeds
- 
- Absorbs on contact, starts working immediately
- After [graphic of dead weed]
- All Purpose Weed &(and) Grass Killer
- Allergy Sufferers – Get rid of those problematic weeds
- 
- Alleviate allergy suffering by killing those pollen producing weeds
- Also use for large jobs such as lawn renovation and vegetable and flower garden preparation
- Approved for most (many) lawn and garden uses
- Approved for use in vegetable gardens
- Before [graphic of live weed]
- Before [weed graphics] / After [weed graphics]
- Begins absorbing on contact
- Begins working in hours, New Formula
- 
- Brush and ivy killer
- Brush TOUGH WEEDS away with [insert brand name]
- Can be used for habitat restoration, controlling exotic vegetation, and for site preparation of wildlife food plots
- Can reseed or sod lawns 7 days after treatment
- Clear Brush Away
- Clears Brush
- Completely kills even the toughest weeds and grasses.
- Contains FastAct™ (technology)
- Contains glyphosate
- 
- Control allergy causing weeds
- Control Poison Ivy, Poison Oak and other tough brush (poisonous plants)
- Control tough brush
- Control weeds that cause allergies
- Controls existing weeds, is not a pre-emergent
- Dead (weeds) in a day
- Dead Weeds Guaranteed
- Dead Weeds Guaranteed or Your Money Back
- 
- Does not have soil activity

*MON 78998* **Herbicide**                                      **EPA Reg. No. 71995-GE**

13|21

- Does not have soil activity
- Easy (-ier,)To Use (convenient, handy, useful, well-situated)
- Easy to store
- Easy-to-use applicator
- Economical
- Eliminate allergy causing plants without touching the plants that cause them
- Eliminate allergy causing plants (weeds) without handling (touching) them
- Eliminate plants that cause allergies
- Eliminate Poison Ivy, Poison Oak, Poison Sumac, Blackberry, Kudzu
- Eliminate poisonous plants (poison ivy) around cabins, camp sites, lodges, tent areas, trailers, wooded lots, recreational areas, parks, sports facilities and wildlife areas
- Eliminate weeds – No handling required
- Eliminate Woody Plants
- Enters the plant within one to two hours, won't wash off
- Eradicate Poison Ivy, Poison Oak, Poison Sumac, Blackberry, Kudzu
- Even if it rains – Roundup won't lose its effectiveness
- Exclusive Roundup formula
- Experience the Roundup Advantage (peel back this panel for detail) (see details inside / underneath this booklet) (see details on back panel)
- Fast &(and) complete
- Fast &(and) total
- FastAct (technology)
- Fast Acting Brushkiller
- Fast Acting Brushkiller with Roundup Power
- Fast acting formula
- Fast Acting Poison Ivy (Brush)(Tough Weeds)(Brambles)(Kudzu)killer
- Fast results
- Fast Uptake
- 
- Fast-acting formula absorbs to root more quickly
- Fast-acting formula works twice as fast (50% faster)
- 
- 
- 
- Fastest Roundup ever
- Fastest Roundup formulation ever
- 
- For Control of Brush that won't wash away
- For Control of Tough Weeds that won't wash away
- For general weed control - kills weeds and grasses in 2 to 4 weeks - roots and all
- For weeds that are dead in a (one) day
- Get rid of brush
- Get rid of those allergy causing plants
- Gets to the Root in hours
- Got Tough Weeds - Get [insert brand name]
- Great for clearing brushy fields
- Great for Poison Ivy, Poison Oak, Poison Sumac, Blackberry, Kudzu
- Guaranteed (we guarantee it)
- Guaranteed effective: Kills over 200 types of weeds and grasses, roots and all, with
- Guaranteed results (with one application)
- Guaranteed same effective results even if it rains within hours
- Ideal for killing unwanted weeds and grasses throughout your yard.  Use along fences; in cracks of walks, drives and patios; and around flower beds, trees and shrubs

**MON 78998** Herbicide                                      **EPA Reg. No. 71995-GE**

14|21

- Ideal for spot treatment on driveways, sidewalks, and patios
- Ideal for tough to reach weeds found in flower(beds) and(&) vegetable gardens
- Ideal for vegetable garden weed control
- 
- Improved
- Improved extra strength formula
- Improved for tough weed control
- Improved formula, completely kills even the toughest weeds and grasses with just one application
- Increased strength for Intense Weeds
- Keeps driveways, walkways, landscaping beds, and flower gardens weed-free all season long
- Kill Poison Ivy (Brush)(Tough Weeds)(Brambles)(Kudzu)quickly
- Kill Poison Ivy Without Contact (Handling)
- Kill Poisonous (hazardous) (noxious) Plants (Weeds, Brush) Without Contact (Touching Them, Handling Them)  *L ist examples of hazardous, noxious plants*
- Kill Tough Weeds Quickly
- Kills (insert weed name from list)
  - Blackberries
  - Poison Ivy
  - Poison Oak
  - Thistles
  - Kudzu
  - All Types of Tough Weeds
- Kills (spray) weeds in flower beds and around fences, trees, shrubs, driveways, walkways and shrubs, in and around fences, patios, paths, sidewalk cracks, walkways.
- Kills (the toughest weeds and grasses) the root so weeds (they) don't come back
- Kills (to) the root
- Kills all types of tough weeds
- Kills almost all (annual and perennial) weeds, grasses and other unwanted plants
- Kills Brush to the Root
- Kills Brush, Weeds (& Weeds) & Grasses
- Kills even the toughest brush
- Kills even tough weeds
- Kills existing weeds only, no residual activity in soil
- Kills Kudzu
- Kills more weeds in more places.
- Kills over 100 weeds
- Kills Poison Ivy
- 
- Kills Poison Ivy, Poison Oak, Poison Sumac, Blackberry, Kudzu
- Kills Poison Ivy,Kudzu and Wild Berries
- Kills the root so weeds don't come back
- Kills the toughest weeds (always)
- Kills the weed you see and the root you don't
- Kills to the Root (in hours)
- Kills tough and hard-to-kill weeds!
- Kills tough brush down to the root
- Kills tough ivy
- Kills Tough Weeds (& Grasses) (to the Root)
- Kills tough weeds in 1 to 2 weeks
- Kills tree stumps and vines
- Kills Ugly, Annoying Weeds (Brush)
- Kills undesirable weeds and grasses
- Kills unwanted weeds and grasses, roots and all, kills to the root, kills weeds roots and all

*MON 78998* **Herbicide**                                               **EPA Reg. No. 71995-GE**

15/21

- Kills weeds &(and) unwanted grasses - roots and(&) all
- Kills weeds and grasses (down to the root) (2-4 weeks-roots and all)
- Kills weeds dead
- Kills weeds in flowerbeds, around trees, shrubs and fences, and on patios, paths, sidewalks, sidewalk cracks, walkways, driveways, and other areas in your yard
- Kills weeds, roots and all
- Kills wild berries
- Kills Woody Brush, Weeds & Grasses
- Lawns and gardens can be reseeded or planted soon after treatment
- Multipurpose grass and broadleaf weed control
- New
- Next day (this weekend) results:  Begins killing on contact, visible results in 24 hours
- No Mixing (necessary)
- No odor
- 
- No Root, No Weed, No Problem
- No waiting, weeds wilt in hours
- 
- 
- 
- 
- 
- 
- Now
- Now a shorter wait for replanting!
- Once it enters the plant, it won't wash off
- One application kills over 200 types of weeds and grasses, roots and all (maximum effectiveness)
- Only Roundup's effectiveness (exclusive formula) won't be washed away by rain or watering 2 hours (30, 45, 60, 90 minutes; 1 hour; less than 1 hour; less than 60 minutes; less than 30 minutes) after treatment
- Ornamental gardens can be reseeded or planted 1 day after treatment
- Outdoor use only [*optional graphic*]
- Overnight speed
- Perfect for homes, buildings, cabins, campsites, lodges, tent areas, trailers, wooded lots, recreational areas, parks, sports facilities and wildlife areas.
- Powered by Roundup
- Prevent Stump and Vine re-growth
- Protect your family against Poison Ivy and other Hazardous Brush (plants)
- 
- Protect your property – Eliminate Poison Ivy, Poison Oak and other Hazardous Weeds
- Proven (trusted) performance: Only Roundup works the first time, every time – and has for 25 years
- Provides maximum control:  Kills weeds to the root so they don't ever come back
- Provides Peace of Mind
- Quick and easy to use
- Quick kill formula (the toughest)
- Quick uptake, eliminates weather concerns
- Quick visible results
- Quick-action formula lets you see results 50% (2X) faster than other brands
- Rainfast
- RainFast in hours - enters the plant on contact
- Rainproof (in hours)
- Rainproof in two hours (30, 45, 60, 90 minutes; 1 hour; less than 1 hour; less than 60 minutes; less than 30 minutes)) (for control that won't wash away)

**MON 78998** Herbicide                                    **EPA Reg. No. 71995-GE**

16/21

- Rapid Roundup results
- Ready-To-Use (Brushkiller) (grass & weed killer) (Tough Weedkiller)
- 
- Reduce the allergens in your yard
- Remove allergy causing plants from your yard
- Requires no mixing
- Results that show
- Rid your yard of poisonous (allergy causing) plants *List Plants*
- [*insert brand name*]– control weeds with confidence (certainty, assurance)
- [*insert brand name*] **Fast Acting** Poison Ivy (Brush)(Tough Weeds)(Brambles)(Kudzu) killer
- [*insert brand name*]can be used (almost) anywhere weeds and grasses grow, including patios, walkways, and driveways; along fences; in landscaping beds; or around flowers, shrubs and trees
- [*insert brand name*]kills weeds and grasses in – Patios – Driveways – Sidewalks – Ornamental Gardens and other non-lawn areas
- [*insert brand name*]exclusive (patented) formula (technology) kills to the root so weeds don't come back
- eliminate poisonous plants *list examples of plants*
- Satisfaction guaranteed or we will gladly refund purchase price
- Satisfaction guaranteed or your money back with proof of purchase
- See results in 24 hours (in hours)
- See results on Poison Ivy (Brush)(Tough Weeds)(Brambles)(Kudzu)in less than a week (5/7 days)
- Speedy results
- Spray woody brush, trees and vines around houses, buildings, wooded lots, vacant lots, storage and recreational areas and along fences and driveways. or anywhere tough weeds are growing.
- Starts to kill [in] the same day
- Starts to kill in hours
- Starts to kill in/within the same day
- Starts to kill overnight
- Starts working overnight (in hours) (fast)
- Strong (-er) formula
- Strong enough to kill even the toughest brush
- Stronger (mightier, more powerful, more vigorous, more intense, more force, more brawn)
- Stronger (formula) (kills brush and poison ivy) (kills to the roots)
- Stronger Formula. Better Kill! (Complete Kill)
- Suitable for use around flower beds, trees, shrubs, fences, walks and spot treatment in lawns
- Superior results
- Systemic brush, grass and weed killer for spot treatment of undesirable vegetation
- Systemic grass and weed killer for spot treatment of undesirable vegetation
- The best weed killer you can buy – guaranteed (we guarantee it)
- The Better Brush Killer
- The Brush Killer with Brawn
- The Complete Brush Killer
- The easy (-ier) way to control brush
- The fast weed killer (starts working immediately)
- 
- The Power Brush Killer
- The Responsible Choice
- The Responsible Way to Kill Tough Weeds and Grasses
- The easy way to kill poisonous plants (weeds and brush)   *List Plants*
- The easy way to rid your yard of allergy causing plants
- Tough on weeds and grasses that cause allergies
- Tougher formula (kills to the roots)
- Tougher than the toughest weeds

**MON 78998** Herbicide                                   EPA Reg. No. 71995-GE

17/21

- Transorb technology speeds Roundup to the root to kill even tough weeds
- Twice as fast
- Use around flower beds, trees and shrubs
- Use around fruits and vegetables
- Use as a first step for renovating or replanting your lawn
- Use as a first step for turning brushy fields into grassy areas or parks
- Use for large jobs like garden plot preparation and lawn replacement (renovation)
- Use in and around vegetable gardens
- Use to control brush along fences, paths and foundations.
- Use to prepare sites: for large plantings, for planting flowerbeds, fruit trees, ornamentals, vegetables and gardens, and for renovating lawns
- Use to trim and edge landscape areas.
- Used by zoo's to effectively control weeds
- Visible effects are gradual wilting and yellowing advancing to complete browning and root destruction.
- Visible results in 2 to 4 days
- WATER BASED [icon]
- Weeds start dying in 1 day
- Will not build up in soil to hurt desirable plants growing nearby
- Won't wash away (off)
- Works first time, every time (guaranteed)
- Works in hours
- Works on Poison Ivy, Poison Oak, Poison Sumac, Blackberry, Kudzu
- Works only when absorbed by the foliage of weeds
- Works overnight
- Works to the root in hours

*[Promotional options]*
- Save up to $[x] on (your) next purchase
- Free weed guide inside
- Free [      ] with this purchase of Roundup Ready-To-Use (container size)
- FREE REFILL
- FREE SAMPLE
SAMPLE NOT FOR SALE

*MON 78998* **Herbicide**                                        **EPA Reg. No. 71995-GE**

*MON 78998* Herbicide                                    EPA Reg. No. 71995-GE   18/21

## APPENDIX 2 – Packaging Related Claims

NET   12 FL OZ                                    24 FL OZ (1PT 8 FL OZ) 709 mL
      30 FL OZ                                    64 FL OZ (½ GAL) 1.89 L
      2L (67.7 FL OZ) 0.52 GAL;                   128 FL OZ (1 GAL) 3.7 L
      4L (135.4 FL OZ) 1.05 GAL;                  5 L (170 FL OZ) 1.3 GAL
      6 L (202 FL OZ) 1.58 GAL;                   256 FL OZ (2 GAL) 7.7 L


**Quick-Connect Sprayer (QCS):**
- New
- Now
- Quick connect sprayer
- Quick &(and) easy to use
- No leaks or mess
- Easy to store (see back for instructions)


**Foaming Sprayer (Quick-connect or trigger type):**
- Foam targets exactly (precisely) what (the weeds) you want to spray (kill)
- Targets exactly (precisely) what (the weeds) you want to spray (kill)
- Accurately targets what (the weeds) you want to spray (kill)
- Accurately targets precisely (exactly) what (the weeds) you want to spray (kill)
- Visible foam shows (targets) (let's you see) exactly (precisely) where (what) (the weeds) you've sprayed
- Visible foam
- Foam
- Foam targets exactly (precisely) what (the weeds) you want to spray (kill)
- Target only what you want to kill
- See (shows) where (the weeds) (what) (how much) you (you've) spray (sprayed) (applied)
- See (shows) exactly (precisely) where (the weeds) (what) (how much) you (you've) spray (sprayed) (applied) (treated)
- See (shows) (marks) area covered (treated) (sprayed).
- (Foam) Marks (shows) treated (sprayed) weeds
- (Foam) Marks (shows) treated (sprayed) weeds for up to 5 minutes
- (Foam) Marks (shows) the weeds you've sprayed (treated)
- (Foam) Marks (shows) the weeds you've sprayed (treated) for up to 5 minutes
- Visible foam marks weeds
- Visible foam marks (shows) weeds you've sprayed (treated)
- Visible foam marks (shows) weeds for up to 5 minutes
- Visible foam marks (shows) weeds you've sprayed (treated) for up to 5 minutes
- Easily (Easy to) see where (the weeds) (what) you've sprayed (treated) (applied)
- Easily (Easy to) see exactly (precisely) where (the weeds) (what) you've sprayed (treated) (applied)
- Visible foam makes it easy (easier) to see where (the weeds) (what) you've sprayed (treated) (applied)
- Visible foam makes it easy (easier) to see exactly (precisely) where (the weeds) (what) you've sprayed (treated) (applied)
- Foam makes it easy (easier) to see where (the weeds) (what) you've sprayed (treated) (applied)
- Foam makes it easy (easier) to see exactly (precisely) where (the weeds) (what) you've sprayed (treated) (applied)
- Treated (sprayed) weeds stay visible (marked) for up to 5 minutes
- Treated (sprayed) weeds can easily be seen for up to 5 minutes
- Choose foam or clear stream (no foam)
- See where you spray technology

*MON 78998* **Herbicide**                                    **EPA Reg. No. 71995-GE** |9|2|

- Marker (Foam) (Foaming) Technology
- Hit (spray) (target) precisely (exactly) what you want
- Foam marks the spot
- Foaming action
- New!
- Now!
- Accurate
- For Visible Results
- See what you've hit
- The more accurate way to spray
- The accurate way to spray
- Hit what you aim at
- Ideal for use in (flower and vegetable) gardens
- VisiSpray (technology)
- VisiMark (technology)
- VisiFoam (technology)
- VisiTech (technology)
- AccuSpray (technology)
- AccuFoam (technology)
- AccuMark (technology)
- WeedMark (technology)

**Pull 'N Spray:**
- NEW
- NOW
- No more tired (achy) hands from (caused by) trigger sprayers
- No more hand fatigue (cramping from) caused by trigger sprayers
- Fast and(&) easy application
- Quickly covers large areas
- The ergonomic sprayer
- Larger (Bigger) size
- 33% larger than 1 gallon size
- Easy to use tank sprayer
- Adjustable sprayer
- 3-ft extension cord enclosed (in spray wand)
- No hand fatigue
- Continuous, adjustable spray
- No pumping
- Just pull

**Pull 'N Spray II:**
- 33% more
- Quick & Easy to Use
- EASY-TO-USE
- The easy way to spray (Roundup)
- The easier way to spray (Roundup)
- No (More) Hand Fatigue
- No more squeeze, squeeze, squeeze
- No (constant) pumping
- No constant trigger squeezing (pulling)
- No more pumping

*MON 78998* **Herbicide**                                    **EPA Reg. No. 71995-GE** 20/21

- No pumping just pull (and spray)
- (33%) More than 1 gallon size
- Precise control for maximum accuracy
- Refillable
- Consistent spray for maximum accuracy
- Continuous, adjustable spray
- Quickly covers large areas
- No more tired (aching) hands
- Fast and (&) easy application
- Easy to use tank sprayer
- Revolutionary (new) applicator
- Change the way you spray
- Ideal for large or small jobs (areas)
- Great for large or small jobs (areas)
- Precise control – sprays (targets) only what you want
- Adjustable spray (sprayer) nozzle for maximum control
- Adjustable spray pattern for maximum control
- You're always ready to spray
- It's always ready to spray
- The easier way to kill weeds
- Targets weeds in tight places
- Save (Saves) time and energy
- One pull = (equals) 34 trigger sprays
- One pull delivers 34 trigger sprays
- New!
- Now!
- Improved Applicator (Application)!
- Improved Applicator (Application) System!
- Improved Applicator (Application) Device!
- New and Improved!
- Improved!
- PNS (PNS II)
- Pull 'N Spray (Pull 'N Spray II)
- Give your hands a break
- Continuous spray
- Targeted spray
- Accurate
- Targets weeds
- Convenient

**MON 78998 Herbicide**                                    **EPA Reg. No. 71995-GE**

## APPENDIX 3 – Packaging Related Instructions

QUICK CONNECT SPRAYER  [*illustrations*]
1.   Remove sprayer.  Pull cord/tubing ALL THE WAY OUT.
2.   Insert (color of plug) plug into spout (on cap) until it clicks.
3.   Flip up spout.  Open nozzle at end of sprayer.  (Select desired nozzle position, Foam (Marker) or Stream (Spray)(No Marker)(No Foam))

*[PULL ' N SPRAY illustrations]*
1.  Detach green (or other color) wand.  Pull plug and tubing from bottom of wand.  Insert plug firmly into 'T-handle' until it clicks.  **ONCE CONNECTED, PLUG CANNOT BE REMOVED WITHOUT DAMAGING 'T-HANDLE'.**
2.  Slide white (or other color) strip on cap, then grab 'T-handle' and pull all the way up.  **JUST PULL UP – NO NEED TO PUMP.**
3.  Point wand at unwanted weeds or grasses and push button to begin spraying.  Twist nozzle at end of wand to adjust spray pattern.
4.  Pull 'T-handle' again as needed to continue spraying.  **JUST PULL UP – NO NEED TO PUMP.**  When finished, push 'T-handle' gently down to cap and follow storage instructions.

*[Instructions on PNS wand]*  **IMPORTANT!  Follow directions and illustrations on back of container to assemble and use Pull 'N Spray correctly.**


*[PULL ' N SPRAY II illustrations]*
[Applicator Device Directions]

Illustration # 1
*   Remove sprayer from side carrier and unwrap hose completely.
*   Insert (color of plug) plug at end of hose into (color of spout) spout on cap until it clicks.
*   Flip up spout.

Illustration #2
*   Point sprayer away from body.
*   Grasp sprayer by the handle.
*   Slowly pull ring at bottom of sprayer handle until it stops to ready the sprayer.

Illustration #3
*   Twist nozzle at end of sprayer to adjust spray pattern.

Illustration #4
*   Press and hold button on sprayer to begin spraying and hold down for continuous spray.
*   Pull ring at sprayer bottom again as needed to continue spraying.

*[Instructions on PNS handle]*  PULL OUT SLOWLY (AND HOLD FOR (X) SECOND(S)).

71995-33       9/9/2002                                    1/20



U.S. ENVIRONMENTAL PROTECTION AGENCY
Office of Pesticide Programs
Registration Division (H7505C)
401 "M" St., S.W.
Washington, D.C. 20460

| EPA Reg. Number: | Date of Issuance: |
|---|---|
| 71995-33 | SEP 9 2002 |

**NOTICE OF PESTICIDE:**
  _x_ Registration
  __ Reregistration

| Term of Issuance: |
|---|
| Conditional |

(under FIFRA, as amended)

| Name of Pesticide Product: |
|---|
| MON 78999 Herbicide |

Name and Address of Registrant (include ZIP Code):

Monsanto Company
600 13th Street, N.W. Suite 660
Washington, DC 20005

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered/reregistered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with section 3(c)(7)(A) of the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) provided that you:

1. Submit the following data performed according to the guidelines within 18 months from the date of this letter.

a. Guideline 830, Subgroup A, Product Chemistry Data Requirements

b. Guideline 830, Subgroup B, Product Chemistry Requirements

2. Submit/cite all data required for registration/reregistration of your product when the Agency requires all registrants of similar products to submit such data.

3. Make the labeling changes listed below before you release the product for shipment.

a. Add the phrase "EPA Registration No. 71995-33".

b. On page 2 delete or clarify "dense" fields and trails.

c. In Appendix 1, the following phrases are not acceptable and may not be used on any product label.

| Signature of Approving Official: | Date: |
|---|---|
|  | 9-9-02 |

EPA Form 8570-6

-2-

1. Brush Tough Weeds away with "insert brand name"

2. Protect your family against poison ivy and other hazardous plants

3. Protect your property-Eliminate Poison Ivy, Poison Oak, and other hazardous weeds

4. Provides peace of mind

5. Really Fast

6. Superior Results

7. The best weed killer you can buy (we guarantee it)

8. The Power Brush Killer

9. The Responsible choice

10. The Responsible way to kill tough weeds and grasses

11. Works first time every time

d. The statement in Appendix 1 "Controls Poison Ivy, Poison Oak, and other **touch** plants, should read ...other **tough** weeds.

e. The statements that include the phrases poisonous plant, noxious plants, or hazardous plants must list specific plants or be deleted from the label.

3. Submit three(3) copies of your final printed labeling before you release the product for shipment.

    If these conditions are not complied with, the registration will be subject to cancellation in accordance with FIFRA section 6(e). Your release for shipment of the product constitutes acceptance of these conditions.

A stamped copy of labeling is enclosed for your records.

*MON 78999* Herbicide                                    EPA Reg. No. 71995-GG    3/20

*[Editorial Notes: Bracketed test [ ] is for internal use and serves as a 'place holder' for graphics. Parenthetical text ( ) denotes optional wording.]*

*[Refer to APPENDIX 1 for consolidated list of label claims.]*

*[Refer to APPENDIX 2 for packaging related claims.]*

*[Refer to APPENDIX 3 for packaging related instructions.]*

---

## *MON 78999 Herbicide*

Active Ingredient
Glyphosate, isopropylamine salt ..................... 2.0%
Other Ingredients ..................................... 98.0%

```
ACCEPTED
SEP - 9 2002
Under the Federal Insecticide,
Fungicide, and Rodenticide Act,
as amended, for the pesticide
registered under
EPA Reg. No 71995-33
```

**KEEP OUT OF REACH OF CHILDREN**
**CAUTION**

See back panel (booklet) for additional precautionary statements.  (Read precautions and directions on back label)

NET _____ fl. oz:  [6, 8, 9, 12, 24, 30, 40, 54 (0.42 gallon), 59 (0.46 gallon), 64 (0.5 gallon), 128 (1 gallon)]

4/20

**MON 78999 Herbicide**                                          **EPA Reg. No. 71995-GG**

Open Resealable Label for directions & Precautions
Press to Reseal

CONTROLS ALL WEEDS AND(&) GRASSES INCLUDING:  Barnyardgrass,
Bermudagrass, Thistle, Chickweed, Common Ragweed, Dandelion, Fescues,
Johnsongrass, Clover, Yellow Nutgrass and(&) other grasses, weeds, sedges and(&)
brush.

| **Product Facts** | |
|---|---|
| Container treats more than _____ weeds [When calculating no. weeds treated, 24 oz treats 200 weeds] <br> Treats up to _____ sq ft (approx. size of ___ tennis courts) [When calculating coverage, one gallon treats 300 sq ft and a tennis court is 2,106 sq ft] | |
| **KILLS WEEDS** | [Illustration grassy, broadleaf and woody  weeds] <br> ALL TYPES OF WEEDS AND(&) GRASSES |
| **WHERE TO USE** | • On patios, walkways, driveways, gravel, or mulch beds <br> • In flower(beds) and(&) vegetable gardens <br> • Around flowers, shrubs and(&) trees <br> • Along fences and(&) foundations <br> • In recreational areas, parks, and sports facilities <br> • Around homes, buildings, cabins, lodges, and camp sites <br> • On wooded lots or vacant lots <br> • Dense fields and trails <br> • Other areas in your yard |
| ☎ | Questions, Comments or Medical Information <br> call (insert contact #)    www.roundup.com |

**DIRECTIONS FOR USE**
It is a violation of Federal law to use this product in a manner inconsistent with its
labeling.

**HOW TO APPLY**
- Adjust nozzle to a coarse spray.
- *[For Foaming package]* Turn nozzle to desired position - FOAM (MARKER) or
STREAM (SPRAY) (NO MARKER) (NO FOAM).  FOAM (MARKER) marks weeds
for up to (X) minutes, allowing you to easily see where you've sprayed.  STREAM
(SPRAY) (NO MARKER) (NO FOAM) provides coarse spray that does not foam.
Spray the weeds or grasses you want to kill until thoroughly covered with foam or

**MON 78999 Herbicide**                                   **EPA Reg. No. 71995-GG**

liquid.
- *[For Pull 'N Spray package]* Follow illustrations and instructions above.  Point wand at unwanted weeds or grasses and push button to begin spraying.  Twist nozzle at end of wand to adjust spray pattern.  Pull 'T-handle' again as needed to continue spraying.  **JUST PULL UP – NO NEED TO PUMP.**
- *[For Pull 'N Spray II package]* Follow illustrations and instructions above to prime (ready) the sprayer. Twist nozzle at end of sprayer to adjust spray pattern.  Point sprayer at unwanted weeds or grasses and press sprayer button to begin spraying. Hold down for continuous spray.  Pull ring at sprayer bottom again as needed for additional spraying.
- Spray the weeds or grasses you want to kill until thoroughly wet.
- When spot treating weeds in a flower(bed) or vegetable garden, shield desirable plants from drift with a sheet of cardboard or plastic.  If desirable plant is accidentally sprayed, rinse off immediately with water.

*OR*
- When spot treating weeds around desirable plants shield plants from drift with a sheet of cardboard or plastic. If desirable plant is accidentally sprayed, rinse off immediately with water.

**IMPORTANT**: Do not spray plants or grasses you like - they may die too.  Not recommended for spot weed control in lawns since [*insert brand name*] kills lawn grasses.

**WHEN TO APPLY**
- Use anytime weeds (and grasses) are actively growing.  (Apply when weeds are actively growing.)
- For best results apply during warm, sunny weather (above 60° F) (to accelerate systemic movement from foliage to roots).
- Spray (Apply) when air is calm to prevent drift to desirable plants.
- [*insert brand name*] is Rainproof in 2 hours (30, 45, 60, or 90 minutes; 1 hour; less than 1 hour; less than 60 minutes; less than 30 minutes)

*[Alternate text]*  Rain or watering 2 hours (30, 45, 60, or 90 minutes; 1 hour; less than 1 hour; less than 60 minutes; less than 30 minutes) after application will not wash away effectiveness.
- *[Optional text]* Apply when weeds are small and before seeds form.
- *[Optional text]* Established (hard to kill) weeds may require a repeat application.
- *[Optional text]* Note: Brush (sprayed in the Fall) may not be controlled until the following season. In the Spring, spray regrowth if it occurs.
- *[Optional text]* Weeds usually yellow and (&) wilt within 2-4 days (hours) with complete kill in 1 to 2 weeks for annual weeds.  Perennial weeds such as poison ivy may take 4 or more weeks for complete kill.
- All ornamental flowers, trees and shrubs may be planted **1 day after** application.

**ADDITIONAL TIPS**
- **TO KILL VINES**
  - If vines are growing up poles, fences, or tree trunks with mature bark, cut vines to a

**MON 78999 Herbicide**                                    **EPA Reg. No. 71995-GG**

height of 3 to 4 feet and spray vines thoroughly.
- If vines are climbing shrubs or tree trunks with green bark, cut vines at base and treat as directed for stumps or spray regrowth.  If spraying regrowth, shield shrubs and green bark from spray drift with a sheet (piece) of cardboard or plastic.


- **For Lawn Replacement**
  *Use [insert brand name] to kill a (an old) (an unwanted) lawn and (its) weeds before planting (a) new lawn (OR prior to laying a patio, sidewalk, or driveway).*

  *[Alternate text]  For lawn replacement use [insert brand name] to kill lawn and weeds before planting new lawn.*
  - Skip one mowing before spraying.
  - If soil is dry, water before application and 2 to 3 days after application.
  - Wait 7 days after last application to rake, till or replant with seed or sod.
    *[Alternate text]*
    - Wait 7 days for weeds and lawn to die.  Repeat if necessary.
    - Rake or till to prepare area for planting seed or sod.
  - (If green patches remain after 7 days, reapply.)

*[Alternate section]*
- (Great) [insert brand name] Project:  Lawn Renovation
  Use [insert brand name] to kill sections of a weed-infested lawn before reseeding.
  - Apply [insert brand name] to lawn weeds and grasses
  - <u>Wait 7 days</u> after application to rake, till or replant with seed or sod.
  - Work (1" of) Scotts Lawn Soil with Starter Fertilizer into existing soil, mixing well.
  - For thick, green grass – guaranteed -- spread Scotts Pure Premium (or other Scotts grass seed) and water regularly (daily) to keep area moist (follow package instructions).
  - For best results, add a thin layer of Scotts Miracle-Gro Sphagnum Peat Moss over the area to help seeded area stay moist throughout germination period.

- **Kudzu**
  For best results, apply in mid to late summer when vines are mature and actively growing.

- **Wild Blackberry**
  Spray anytime plants are actively growing. Dead canes should be cut down and removed. Reapplication is often required to kill deep roots.

- **Poison Ivy & Poison Oak**
  Contact with these plants anytime of the year can cause an allergic reaction.  Spray anytime plants are actively growing, but at least 4 weeks before the first killing frost in the fall.  Reapply, if new growth appears. Handle dead plants with rubber gloves. Dispose of plants and rubber gloves in tightly sealed garbage bags.

**MON 78999 Herbicide**                                        **EPA Reg. No. 71995-GG**

- **For Flowerbed & Garden (Plot) Preparation**
  Use [*insert brand name*] to kill weeds, grasses and brush before planting flowers, fruits, vegetables, trees, or shrubs.
  - If soil is dry, water before application and 2 to 3 days after application.
  - Apply evenly over treatment area.
  - (Wait 4 to 6 days for product to kill plants then cleanup plant refuse and till soil.)
  - Wait (at least) 1 day before planting flowers, trees and shrubs.  (Refer to the **When To Replant** section for planting intervals for fruits and vegetables)

*[Alternate section]*
- (Great) [*insert brand name*] Project:  Flower Garden Preparation
  Use [*insert brand name*] to kill unwanted weeds and grasses before planting flowers, fruits, vegetables, trees or shrubs.
  - Apply [*insert brand name*] to vegetation in planting bed
  - (Wait 4 to 6 days for product to kill plants then cleanup plant refuse and till soil.)
  - Wait (at least) 1 day after application before planting flowers, trees, and shrubs. (Refer to the **When To** Replant section for planting intervals for fruits and vegetables)
  - For best results, add 3" of Miracle-Gro Garden Soil to your garden.  Rototill or spade to a depth of 6", mixing well.
  - Feed (new) plants every 2 weeks with Miracle-Gro Plant Food (follow package instructions).

## WHEN TO REPLANT
- All ornamental flowers, trees and shrubs may be planted **1 day after** application.
- The following berries may be planted **1 day after** application:
  Blackberry, Blueberry, Boysenberry, Cranberry, Currant, Dewberry, Elderberry, Gooseberry, Huckleberry, Loganberry, Olallieberry and(&) Raspberry (Black and(&) Red).
- The following fruits, vegetables &(and) herbs may be planted **1 day after** application:
  Artichoke (Jerusalem), Beans (all), Beet Greens, Broccoli, Brussels Sprouts, Cabbage (all), Carrot, Cauliflower, Celery, Chard (Swiss), Chicory, Collards, Endive, Horseradish, Kale, Kohlrabi, Leek, Lentils, Lettuce, Mustard Greens, Okra, Onion, Rape Greens, Parsley, Parsnips, Potato, Radish, Rhubarb, Rutabaga, Spinach, Sweet Potato, Turnip &(and) Yams.
- The following fruits, vegetables &(and) herbs may be planted **3 days after** application:
  Corn, Cucumber, Eggplant, Garlic, Gourds, Melons (all), Peas (all), Peppers (all), Pumpkin, Squash (summer &(and) winter), Tomatillo, Tomato (by seed) &(and) Watercress.
- Lawn grasses may be planted **7 days after** application.
- Tomatoes from transplant & (and) unlisted fruits, vegetables &(and) herbs may be planted **30 days after** application.

## WHEN TO HARVEST -*[OPTIONAL SECTION]*
If used to control weeds around fruits or nuts, wait the following number of days before

**MON 78999 Herbicide**                                              **EPA Reg. No. 71995-GG**

harvesting:
- Citrus (Citron, Grapefruit, Kumquat, Lemon, Lime, Mandarin, Orange, Pummelo, Tangelo, Tangerine), Guava, Papaya – **1 day.**
- Nuts (Almond, Beechnut, Brazil Nut, Butternut, Cashew, Chestnut, Filbert, Hazelnut, Hickory Nut, Macadamia, Pecan, Pistachio, Walnut) – **3 days.**
- Apple, Avocado, Banana (Plantains), Berries (except Cranberries), Dates, Figs, Grapes, Loquat, Passion Fruit, Pear, Persimmon, Pomegranate &(and) Quince – **14 days.**
- Apricot, Cherries, Nectarine, Olives, Peach, Plum and(&) Prunes– **17 days.**
- 

## HOW IT WORKS
[insert brand name] enters plants through foliage and moves systemically to the roots, killing weeds by stopping the production of a substance found in plants. (Any) product ([insert brand name]) not absorbed by plants breaks down into natural materials, without moving in or on the soil to untreated plants. (So [insert brand name] can be used over the root zone of desirable plants without injury.) Weeds yellow and(&) wilt within 2 to 4 days (hours)with complete kill in 1 to 2 weeks. (Perennial weeds such as poison ivy may take 4 or more weeks for complete kill.)

## STORAGE AND DISPOSAL
[Trigger Sprayer - Original or Foaming]
**STORAGE:** Rotate nozzle to closed position (Turn nozzle to OFF position)(Close nozzle on trigger sprayer). Store product in original container in a safe place away from direct sunlight. Keep from freezing.

[Quick Connect Sprayer]
**STORAGE:** Flip down spout to close. NO NEED TO DISCONNECT TRIGGER SPRAYER. Close nozzle on trigger sprayer (Turn nozzle on trigger sprayer to OFF position). Snap sprayer back in place. Store product in original container in a safe place away from direct sunlight. Keep from freezing.

[Pull 'N Spray]
**STORAGE** : Completely dispense product in sprayer prior to storage. Slide white (or other color) strip on cap back to closed position. LEAVE WAND PLUG CONNECTED TO 'T-HANDLE'. Snap wand back into place on side of container. Store product in original container in a safe place away from direct sunlight. Keep from freezing.

[Pull 'N Spray II]
**STORAGE** :
Completely dispense product in sprayer prior to storage. Twist sprayer nozzle to the OFF position. Flip down (color of spout) spout on cap. NO NEED TO DISCONNECT SPRAYER HOSE FROM CAP. Place sprayer back inside carrier on bottle with the nozzle facing down. Store product in original container in a safe place away from direct sunlight. Keep from freezing.

9/20

**MON 78999 Herbicide**                                    **EPA Reg. No. 71995-GG**

**DISPOSAL:** Do not reuse container (except to refill, see **How To Refill** section).

*[Pull 'N Spray only]*
**DISPOSAL: DO NOT RE-USE EMPTY CONTAINER.**

*[ALL Packaging types]*
**Empty Container:** Put in trash (recycle where available). **Partially Full Container:** Call your local waste disposal service or 1-800-CLEANUP. Never pour product down any drain.

**HOW TO REFILL** *[All packaging types except for Pull 'N Spray]*
This container and sprayer can be reused. Use *[insert brand name(s)] to refill the container. Follow the instructions below:*

[24 FL OZ]:
To this empty container add 2 fl oz of Roundup Concentrate (Roundup Concentrate Plus) (*or insert brand name for Reg. No. 71995-20*) or 1 fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.

[½ GAL]
To this empty container add 5 fl oz of Roundup Concentrate (Roundup Concentrate Plus) (*or insert brand name for Reg. No. 71995-20*) or 2½ fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.

[GAL]
To this empty container add 10 fl oz of Roundup Concentrate (Roundup Concentrate Plus) (*or insert brand name for Reg. No. 71995-20*) or 5 fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.

[1.33 GAL PNS II]
To this empty container add 13 fl oz of Roundup Concentrate (Roundup Concentrate Plus) (*or insert brand name for Reg. No. 71995-20*) or 6.5 fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.

[6L]
To this empty container add 16 fl oz of Roundup Concentrate (Roundup Concentrate Plus) (*or insert brand name for Reg. No. 71995-20*) or 8 fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.

[2 GAL]
To this empty container add 20 fl oz of Roundup Concentrate (Roundup Concentrate Plus) (*or insert brand name for Reg. No. 71995-20*) or 10 fl oz of Roundup Super Concentrate then fill with water very slowly to avoid foaming.

**MON 78999 Herbicide**                                      **EPA Reg. No. 71995-GG**

## PRECAUTIONARY STATEMENTS

## HAZARDS TO HUMANS & DOMESTIC ANIMALS

**CAUTION:** Causes moderate eye irritation. Avoid contact with eyes or clothing. Wash thoroughly with soap and water after handling.

[*re-entry icon*] People and pets may enter treated area after spray has dried.

| FIRST AID | |
|---|---|
| **If in eyes** | • Hold eye open and rinse slowly and gently for 15-20 minutes.<br>• Remove contact lenses, if present, after first 5 minutes, then continue rinsing eyes.<br>• Call a poison control center (insert contact #) or doctor for additional treatment advice. |
| Emergency Medical Information | |
| • Have the product container or label with you when calling a poison control center or doctor, or going for treatment.<br>• You may contact (insert contact #) for emergency medical treatment information.<br>• This product is identified as [*insert brand name*], **EPA Reg. No. 71995-GG** | |

## ENVIRONMENTAL HAZARDS

Do not apply directly to water. Do not contaminate water when disposing of equipment washwaters.

**NOTICE:** Buyer assumes all responsibility for safety and use not in accordance with directions.

Roundup is a trademark of Monsanto Technology LLC

© _____MONSANTO COMPANY

Manufactured for
Monsanto Company
Lawn & Garden Products
P. O. Box 418
Columbus, OH 43216-0418
EPA Reg. No. 71995-GG
Form No.
EPA Est. 239-IA-3[1]; 58996-MO-1[A]
Superscript is first letter of lot number
Made in USA

11/20

## APPENDIX 1 – Consolidated List of Label Claims

- *[insert brand* name] Kills the weed you see and the root others leave behind
- (Use) For Brush Control
- (Use) For General Weed Control: Use along fences, paths, patios, sidewalks and driveways, around trees, shrubs, ornamental plantings, flowerbeds, and buildings, and in brick and gravel walkways.
- (Use) For Landscaping: Use to prepare areas for planting of ornamentals, trees, shrubs, desert landscapes, rock gardens, flowerbeds or similar plantings.
- (Use) For Lawn Renovation
- (Use) For Spot Spraying: Use in and around flowerbeds, ornamental, fruit and nut trees, grapevines, shrubs, fences, driveways and walkways
- (Use) For Wildlife Areas: Use to prepare areas for planting wildlife food. Exotic or undesirable plants can be controlled to allow for planting or recovery of native plant species. Spot treatments can be made to selectively remove unwanted plants.
- *[graphics of weeds dying in 1-7 days]*
- Absorbed into both broadleaf and (&) grassy weeds
- 
- Absorbs on contact, starts working immediately
- After *[graphic of dead weed]*
- All Purpose Weed &(and) Grass Killer
- Allergy Sufferers – Get rid of those problematic weeds
- 
- Alleviate allergy suffering by killing those pollen producing weeds
- Also use for large jobs such as lawn renovation and vegetable and flower garden preparation
- Approved for most (many) lawn and garden uses
- Approved for use in vegetable gardens
- Before *[graphic of live weed]*
- Before *[weed graphics]* / After *[weed graphics]*
- Begins absorbing on contact
- Begins working in hours, New Formula
- 
- Brush and ivy killer
- Brush TOUGH WEEDS away with *[insert brand* name]
- Can be used for habitat restoration, controlling exotic vegetation, and for site preparation of wildlife food plots
- Can reseed or sod lawns 7 days after treatment
- Clear Brush Away
- Clears Brush
- Completely kills even the toughest weeds and grasses.
- Contains glyphosate
- Control allergy causing weeds
- Control Poison Ivy, Poison Oak and other tough brush (poisonous plants)
- Control tough brush
- Control weeds that cause allergies
- Controls existing weeds, is not a pre-emergent
- Dead (weeds) in a day
- Dead Weeds Guaranteed
- Dead Weeds Guaranteed or Your Money Back
- 
- Does not have soil activity
- Easy (-ier)To Use (convenient, handy, useful, well-situated)

*MON 78999* **Herbicide**                                                      **EPA Reg. No. 71995-GG**

12/20

- Easy to store
- Easy-to-use applicator
- Economical
- 
- Eliminate allergy causing plants (weeds) without handling (touching) them
- Eliminate plants that cause allergies
- Eliminate Poison Ivy, Poison Oak, Poison Sumac, Blackberry, Kudzu
- Eliminate poisonous plants (poison ivy) around cabins, camp sites, lodges, tent areas, trailers, wooded lots, recreational areas, parks, sports facilities and wildlife areas
- Eliminate weeds – No handling required
- Eliminate Woody Plants
- Enters the plant within one to two hours, won't wash off
- Eradicate Poison Ivy, Poison Oak, Poison Sumac, Blackberry, Kudzu
- Even if it rains – Roundup won't lose its effectiveness
- Exclusive Roundup formula
- Experience the Roundup Advantage (peel back this panel for detail) (see details inside / underneath this booklet) (see details on back panel)
- Fast &(and) complete
- Fast &(and) total
- Fast Acting Brushkiller Powered by Roundup
- Fast Acting Brushkiller with Roundup Power
- Fast acting formula
- Fast Acting Poison Ivy (Brush)(Tough Weeds)(Brambles)(Kudzu)killer
- Fast results
- Fast Uptake
- Fast
- Fast-acting formula absorbs to root more quickly
- Fast-acting formula works twice as fast (50% faster)
- Faster
- 
- 
- 
- For Control of Brush that won't wash away
- For Control of Tough Weeds that won't wash away
- For general weed control - kills weeds and grasses in 2 to 4 weeks - roots and all
- For weeds that are dead in a (one) day
- Get rid of brush
- Get rid of those allergy causing plants
- Gets to the Root in hours
- Got Tough Weeds - Get [insert brand name]
- Great for clearing brushy fields
- Great for Poison Ivy, Poison Oak, Poison Sumac, Blackberry, Kudzu
- Guaranteed (we guarantee it)
- Guaranteed effective:  Kills over 200 types of weeds and grasses, roots and all, with
- Guaranteed results (with one application)
- Guaranteed same effective results even if it rains within hours
- Ideal for killing unwanted weeds and grasses throughout your yard.  Use along fences; in cracks of walks, drives and patios; and around flower beds, trees and shrubs
- Ideal for spot treatment on driveways, sidewalks, and patios
- Ideal for tough to reach weeds found in flower(beds) and(&) vegetable gardens
- Ideal for vegetable garden weed control
- 
- Improved (extra strength formula)

*MON 78999* **Herbicide**                                          **EPA Reg. No. 71995-GG**

13|20

- Improved for tough weed control
- Improved formula, completely kills even the toughest weeds and grasses with just one application
- Increased strength for Intense Weeds
- Keeps driveways, walkways, landscaping beds, and flower gardens weed-free all season long
- Kill Poison Ivy (Brush)(Tough Weeds)(Brambles)(Kudzu)quickly
- Kill Poison Ivy Without Contact (Handling)
- Kill Poisonous (hazardous) (noxious) Plants (Weeds, Brush) Without Contact (Touching Them, Handling Them)   *L ut Plant enemis*
- Kill Tough Weeds Quickly
- Kills (insert weed name from list)
    - Blackberries
    - Poison Ivy
    - Poison Oak
    - Thistles
    - Kudzu
    & All Types of Tough Weeds
- Kills (spray) weeds in flower beds and around fences, trees, shrubs, driveways, walkways and shrubs, in and around fences, patios, paths, sidewalk cracks, walkways.
- Kills (the toughest weeds and grasses) the root so weeds (they) don't come back
- Kills (to) the root
- Kills all types of tough weeds
- Kills almost all (annual and perennial) weeds, grasses and other unwanted plants
- Kills Brush to the Root
- Kills Brush, Weeds (& Weeds) & Grasses
- Kills even the toughest brush
- Kills even tough weeds
- Kills existing weeds only, no residual activity in soil
- Kills Kudzu
- Kills more weeds in more places.
- Kills over 100 weeds
- Kills Poison Ivy
- 
- Kills Poison Ivy, Poison Oak, Poison Sumac, Blackberry, Kudzu
- Kills Poison Ivy, Kudzu and Wild Berries
- Kills the root so weeds don't come back
- Kills the toughest weeds (always)
- Kills the weed you see and the root you don't
- Kills to the Root (in hours)
- Kills tough and hard-to-kill weeds!
- Kills tough brush down to the root
- Kills tough ivy
- Kills Tough Weeds (& Grasses) (in 1 to 2 weeks) (to the root)
- Kills tree stumps and vines
- Kills Ugly, Annoying Weeds (Brush)
- Kills undesirable weeds and grasses
- Kills unwanted weeds and grasses, roots and all, kills to the root, kills weeds roots and all
- Kills weeds &(and) unwanted grasses - roots and(&) all
- Kills weeds and grasses (down to the root) (1 To 2 weeks - roots & all)
- Kills weeds dead
- Kills weeds in flowerbeds, around trees, shrubs and fences, and on patios, paths, sidewalks, sidewalk cracks, walkways, driveways, and other areas in your yard
- Kills weeds, roots and all
- Kills wild berries
- Kills Woody Brush, Weeds & Grasses

*MON 78999* Herbicide                                                    EPA Reg. No. 71995-GG

14/20

- Lawns and gardens can be reseeded or planted soon after treatment
- Multipurpose grass and broadleaf weed control
- New
- Next day (this weekend) results:  Begins killing on contact, visible results in 24 hours
- No Mixing (necessary)
- No odor
- 
- No Root, No Weed, No Problem
- No waiting, weeds wilt in hours
- 
- 
- 
- 
- 
- 
- NOW
- Now a shorter wait for replanting!
- Once it enters the plant, it won't wash off
- One application kills over 200 types of weeds and grasses, roots and all (maximum effectiveness)
- Only Roundup's effectiveness (exclusive formula) won't be washed away by rain or watering 2 hours (30, 45, 60, 90 minutes; 1 hour; less than 1 hour; less than 60 minutes; less than 30 minutes) after treatment
- Ornamental gardens can be reseeded or (re)planted 1 day after treatment
- Outdoor use only [optional graphic]
- Overnight speed
- Perfect for cabins, campsites, lodges, tent areas, trailers, wooded lots, recreational areas, parks, sports facilities and wildlife areas.
- Prevent Stump and Vine re-growth
- Protect your family against Poison Ivy and other Hazardous Brush (plants)
- 
- Protect your property – Eliminate Poison Ivy, Poison Oak and other Hazardous Weeds
- Proven (trusted) performance: Only Roundup works the first time, every time – and has for 25 years
- Provides maximum control
- Provides maximum control:  Kills weeds to the root so they don't come back
- Provides Peace of Mind
- Quick and easy to use
- Quick kill formula
- Quick uptake, eliminates weather concerns
- Quick visible results
- 
- 
- Rainfast
- RainFast in hours - enters the plant on contact
- Rainproof in 2 hours (30, 45, 60, 90 minutes; 1 hour; less than 1 hour; less than 60 minutes; less than 30 minutes) (for control that won't wash away)
- Rainproof (in hours)
- Rapid Roundup results
- Ready-To-Use (Brush Killer) (Poison Ivy Killer)
- Ready-To-Use grass & weed killer (Tough Weedkiller)
- Really fast
- 
- Remove allergy causing plants from your yard
- Requires no mixing

*MON 78999* **Herbicide**                                              **EPA Reg. No. 71995-GG**

15/20

- Results that show
- Rid your yard of poisonous (allergy causing) plants   *Lut Plants*
- [*insert brand name*] – control weeds with confidence (certainty, assurance)
- [*insert brand name*]Poison Ivy (Brush)(Tough Weeds)(Brambles)(Kudzu) killer
- [*insert brand name*]can be used (almost) anywhere weeds and grasses grow, including patios, walkways, and driveways; along fences; in landscaping beds; or around flowers, shrubs and trees
- [*insert brand name*]kills weeds and grasses in – Patios – Driveways – Sidewalks – Ornamental Gardens and other non-lawn areas
- [*insert brand name*]exclusive (patented) formula (technology) kills to the root so weeds don't come back
- eliminate poisonous plants — *Lut Plants*
- Satisfaction guaranteed or we will gladly refund purchase price
- Satisfaction guaranteed or your money back with proof of purchase
- See results in 24 hours
- See results in hours
- See results on Poison Ivy (Brush)(Tough Weeds)(Brambles)(Kudzu)in less than a week (5/7 days)
- Speedy results
- Spray woody brush, trees and vines around houses, buildings, wooded lots, vacant lots, storage and recreational areas and along fences and driveways, or anywhere tough weeds are growing.
- Starts to kill [in] the same day
- Starts to kill in hours
- Starts to kill in/within the same day
- Starts to kill overnight
- Starts to kill immediately
- Starts working fast
- Starts working in hours
- Starts working immediately
- Starts working overnight
- Strong (-er) formula
- Strong enough to kill even the toughest brush
- Stronger (mightier, more powerful, more vigorous, more intense, more force, more brawn)
- Stronger (formula) kills brush and poison ivy (kills to the roots)
- Stronger Formula. Better Kill! (Complete Kill)
- Suitable for use around flower beds, trees, shrubs, fences, walks and spot treatment in lawns
- Superior results
- Systemic brush, grass and weed killer for spot treatment of undesirable vegetation
- Systemic grass and weed killer for spot treatment of undesirable vegetation
- The best weed killer you can buy – guaranteed (we guarantee it)
- The Better Brush Killer
- The Brush Killer with Brawn
- The Complete Brush Killer
- The easy (-ier) way to control brush
- The fast weed killer (starts working immediately)
- 
- The Power Brush Killer
- The Responsible Choice
- The Responsible Way to Kill Tough Weeds and Grasses
- The easy way to kill poisonous plants (weeds and brush) *Lut Plants*
- The easy way to rid your yard of allergy causing plants
- Tough on weeds and grasses that cause allergies
- Tougher formula
- Tougher formula kills to the roots
- Tougher than the toughest weeds

**MON 78999 Herbicide**                                    **EPA Reg. No. 71995-GG**

16/20

- Transorb technology speeds Roundup to the root to kill even tough weeds
- Twice as fast
- Use around flower beds, trees and shrubs
- Use around fruits and vegetables
- Use as a first step for renovating or replanting your lawn
- Use as a first step for turning brushy fields into grassy areas or parks
- Use for large jobs like garden plot preparation and lawn replacement (renovation)
- Use in (and) around vegetable gardens
- Use to control brush along fences, paths and foundations.
- Use to prepare sites: fr - large plantings, for planting flowerbeds, fruit trees, ornamentals, vegetables and gardens, and for renovating lawns
- Use to trim and edge landscape areas.
- Used by zoo's to effectively control weeds
- Visible effects are gradual wilting and yellowing advancing to complete browning and root destruction.
- Visible results In 2 to 4 days
- WATER BASED [icon]
- Will not build up in soil to hurt desirable plants growing nearby
- Won't wash away (off)
- Works first time, every time
- Works in hours
- Works on Poison Ivy, Poison Oak, Poison Sumac, Blackberry, Kudzu
- Works only when absorbed by the foliage of weeds
- Works overnight
- Works to the root in hours


[Promotional options]
- Save up to $[x] on (your) next purchase
- Free weed guide inside
- Free [    ] with this purchase of Roundup Ready-To-Use (container size)
- FREE REFILL
- FREE SAMPLE
SAMPLE NOT FOR SALE

**MON 78999 Herbicide**                                    EPA Reg. No. 71995-GG

17/20

**MON 78999 Herbicide**                                          **EPA Reg. No. 71995-GG**

## APPENDIX 2 – Packaging Related Claims

NET    12 FL OZ                          24 FL OZ (1PT 8 FL OZ) 709 mL;
       30 FL OZ                          64 FL OZ (½ GAL) 1.89 L
       2L (67.7 FL OZ) 0.52 GAL;         128 FL OZ (1 GAL) 3.7 L
       4L (135.4 FL OZ) 1.05 GAL;        5 L (170 FL OZ) 1.3 GAL
       6 L (202 FL OZ) 1.58 GAL;         256 FL OZ (2 GAL) 7.7 L


**Quick-Connect Sprayer (QCS):**
- New
- Now
- Quick connect sprayer
- Quick &(and) easy to use
- No leaks or mess
- Easy to store (see back for instructions)


**Foaming Sprayer (Quick-connect or trigger type):**
- Foam targets exactly (precisely) what (the weeds) you want to spray (kill)
- Targets exactly (precisely) what (the weeds) you want to spray (kill)
- Accurately targets what (the weeds) you want to spray (kill)
- Accurately targets precisely (exactly) what (the weeds) you want to spray (kill)
- Visible foam shows (targets) (let's you see) exactly (precisely) where (what) (the weeds) you've sprayed
- Visible foam
- Foam
- Foam targets exactly (precisely) what (the weeds) you want to spray (kill)
- Target only what you want to kill
- See (shows) where (the weeds) (what) (how much) you (you've) spray (sprayed) (applied)
- See (shows) exactly (precisely) where (the weeds) (what) (how much) you (you've) spray (sprayed) (applied) (treated)
- See (shows) (marks) area covered (treated) (sprayed).
- (Foam) Marks (shows) treated (sprayed) weeds
- (Foam) Marks (shows) treated (sprayed) weeds for up to 5 minutes
- (Foam) Marks (shows) the weeds you've sprayed (treated)
- (Foam) Marks (shows) the weeds you've sprayed (treated) for up to 5 minutes
- Visible foam marks weeds
- Visible foam marks (shows) weeds you've sprayed (treated)
- Visible foam marks (shows) weeds for up to 5 minutes
- Visible foam marks (shows) weeds you've sprayed (treated) for up to 5 minutes
- Easily (Easy to) see where (the weeds) (what) you've sprayed (treated) (applied)
- Easily (Easy to) see exactly (precisely) where (the weeds) (what) you've sprayed (treated) (applied)
- Visible foam makes it easy (easier) to see where (the weeds) (what) you've sprayed (treated) (applied)
- Visible foam makes it easy (easier) to see exactly (precisely) where (the weeds) (what) you've sprayed (treated) (applied)
- Foam makes it easy (easier) to see where (the weeds) (what) you've sprayed (treated) (applied)
- Foam makes it easy (easier) to see exactly (precisely) where (the weeds) (what) you've sprayed (treated) (applied)
- Treated (sprayed) weeds stay visible (marked) for up to 5 minutes
- Treated (sprayed) weeds can easily be seen for up to 5 minutes
- Choose foam or clear stream (no foam)
- See where you spray technology
- Marker (Foam) (Foaming) Technology

18/20

**MON 78999 Herbicide**                                    **EPA Reg. No. 71995-GG**

- Hit (spray) (target) precisely (exactly) what you want
- Foam marks the spot
- Foaming action
- New!
- Now!
- Accurate
- For Visible Results
- See what you've hit
- The more accurate way to spray
- The accurate way to spray
- Hit what you aim at
- Ideal for use in (flower and vegetable) gardens
- VisiSpray (technology)
- VisiMark (technology)
- VisiFoam (technology)
- VisiTech (technology)
- AccuSpray (technology)
- AccuFoam (technology)
- AccuMark (technology)
- WeedMark (technology)


**Pull 'N Spray:**
- NEW
- NOW
- No more tired (achy) hands from (caused by) trigger sprayers
- No more hand fatigue (cramping from) caused by trigger sprayers
- Fast and(&) easy application
- Quickly covers large areas
- The ergonomic sprayer
- Larger (Bigger) size
- 33% larger than 1 gallon size
- Easy to use tank sprayer
- Adjustable sprayer
- 3-ft extension cord enclosed (in spray wand)
- No hand fatigue
- Continuous, adjustable spray
- No pumping
- Just pull


**Pull 'N Spray II:**
- 33% more
- Quick & Easy to Use
- EASY-TO-USE
- The easy way to spray (Roundup)
- The easier way to spray (Roundup)
- No (More) Hand Fatigue
- No more squeeze, squeeze, squeeze
- No (constant) pumping
- No constant trigger squeezing (pulling)
- No more pumping
- No pumping just pull (and spray)

**MON 78999** Herbicide                                        **EPA Reg. No. 71995-GG**

- (33%) More than 1 gallon size
- Precise control for maximum accuracy
- Refillable
- Consistent spray for maximum accuracy
- Continuous, adjustable spray
- Quickly covers large areas
- No more tired (aching) hands
- Fast and (&) easy application
- Easy to use tank sprayer
- Revolutionary (new) applicator
- Change the way you spray
- Ideal for large or small jobs (areas)
- Great for large or small jobs (areas)
- Precise control – sprays (targets) only what you want
- Adjustable spray (sprayer) nozzle for maximum control
- Adjustable spray pattern for maximum control
- You're always ready to spray
- It's always ready to spray
- The easier way to kill weeds
- Targets weeds in tight places
- Save (Saves) time and energy
- One pull = (equals) 34 trigger sprays
- One pull delivers 34 trigger sprays
- New!
- Now!
- Improved Applicator (Application)!
- Improved Applicator (Application) System!
- Improved Applicator (Application) Device!
- New and Improved!
- Improved!
- PNS (PNS II)
- Pull 'N Spray (Pull 'N Spray II)
- Give your hands a break
- Continuous spray
- Targeted spray
- Accurate
- Targets weeds
- Convenient

20/20

**MON 78999 Herbicide**                                      **EPA Reg. No. 71995-GG**

### APPENDIX 3 – Packaging Related Instructions

QUICK CONNECT SPRAYER  [*illustrations*]
1.   Remove sprayer.  Pull cord/tubing <u>ALL THE WAY OUT.</u>
2.   Insert (color of plug) plug into spout (on cap) until it clicks.
3.   Flip up spout.  Open nozzle at end of sprayer.  (Select desired nozzle position, Foam (Marker) or
     Stream (Spray)(No Marker)(No Foam))

*[PULL ' N SPRAY illustrations]*
1.  Detach green (or other color) wand.  Pull plug and tubing from bottom of wand.  Insert plug firmly into
'T-handle' until it clicks.  **ONCE CONNECTED, PLUG CANNOT BE REMOVED WITHOUT DAMAGING
'T-HANDLE'.**
2.  Slide white (or other color) strip on cap, then grab 'T-handle' and pull all the way up.  **JUST PULL UP –
NO NEED TO PUMP.**
3.  Point wand at unwanted weeds or grasses and push button to begin spraying.  Twist nozzle at end of
wand to adjust spray pattern.
4.  Pull 'T-handle' again as needed to continue spraying.  **JUST PULL UP – NO NEED TO PUMP.**  When
finished, push 'T-handle' gently down to cap and follow storage instructions.

*[Instructions on PNS wand]*  **IMPORTANT!** <u>Follow directions and illustrations on back of container to
assemble and use Pull 'N Spray correctly.</u>

*[PULL ' N SPRAY II illustrations]*
[Applicator Device Directions]

Illustration # 1
•    Remove sprayer from side carrier and unwrap hose completely.
•    Insert (color of plug) plug at end of hose into (color of spout) spout on cap <u>until it clicks.</u>
•    Flip up spout.

Illustration #2
•    Point sprayer away from body.
•    Grasp sprayer by the handle.
•    Slowly pull ring at bottom of sprayer handle until it stops to ready the sprayer.

Illustration #3
•    Twist nozzle at end of sprayer to adjust spray pattern.

Illustration #4
•    Press and hold button on sprayer to begin spraying.
•    Pull ring at sprayer bottom again as needed to continue spraying.

*[Instructions on PNS handle]*  PULL OUT SLOWLY (AND HOLD FOR (X) SECOND(S)).

# EXHIBIT C

Mr. Bulone's 8-Hour Time-Weighted Roundup® Exposure Days Application

| Property | Sprayed Roundup? | City | State | Date | Application Notes | Years | Events Per Year | Hours Per Event | Total Hours | | | Exposure Days (8 hours/day) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Min | Mid | Max | Min | Mid | Max |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1983-1984 | 1 to 1.25 hours every 4 to 5 days for 12 months per year | 2 | 73 | 1 to 1.5 | 146 | 164.25 | 182.5 | 18.25 | 20.53125 | 22.8125 |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1985-2019 | 20 minutes to 30 minutes once a month for 12 months per year | 9 | 12 | 20 minutes to 30 minutes | 35.64 | 45 | 54 | 4.455 | 5.625 | 6.75 |
| Wedgefield Plantation Golf Course | Yes | Georgetown | South Carolina | 1988 -1991 | 1 to 2.0 hours per day for 3 to 4 days a week for 5 months per year | 3 | 70 | 1 to 2 | 210 | 315 | 420 | 26.25 | 39.375 | 52.5 |
| Wedgefield Plantation Golf Course | Yes | Georgetown | South Carolina | 1988 -1991 | 1.5 to 3.0 hours per day for 7 days a week for 7 months per year | 3 | 196 | 1.5 to 3.0 | 882 | 1323 | 1764 | 110.25 | 165.375 | 220.5 |
| | | | | | | | | | 1273.64 | 1847.25 | 2420.50 | 159.21 | 230.91 | 302.56 |

Mr. Bulone's Dose of Roundup® Based On Machado-Neto          BW = 170 lbs or 77.27 kg          77.27272727

| Property | Sprayed Roundup? | City | State | Date | Application Notes | Hours Per Event | Dermal Dose | | | Systemic Dose | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Min | Mid | Max | Min | Mid | Max |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1983-1984 | 1 to 1.25 hours every 4 to 5 days | 1 to 1.25 hours | 36.27143 | 40.80536 | 45.33929 | 9.39E-03 | 1.06E-02 | 1.17E-02 |
| 62 Bonnau Court | Yes | Pawleys Island | South Carolina | 1985-2019 | 20 minutes to 30 minutes once a month | minutes to 30 min | 11.96957 | 15.1131 | 18.13571 | 3.10E-03 | 3.91E-03 | 4.69E-03 |
| Wedgefield Plantation Golf Course | Yes | Georgetown | South Carolina | 1988 -1991 | 1 to 2.0 hours per day for 3 to 4 days a week during off season | 1 TO 2 HOURS | 36.27143 | 54.40714 | 72.54286 | 9.39E-03 | 1.41E-02 | 1.88E-02 |
| Wedgefield Plantation Golf Course | Yes | Georgetown | South Carolina | 1988 -1991 | 1.5 to 3.0 hours per day for 7 days a week during growing season | 2.25 | 54.40714 | 81.61071 | 108.8143 | 1.41E-02 | 2.11E-02 | 2.82E-02 |
| | | | | | | | 11.97 | 47.98 | 108.81 | 3.10E-03 | 1.24E-02 | 2.82E-02 |

Mr. Bulone's Applied Dose And Systemic Dose of Roundup®    BW = 170 lbs or 77.27 kg    77.27272727

| Property | Sprayed Roundup? | City | State | Date | Application Notes | Years Prior To Ds | Events Per Year | Hours Per Event | Perioral Region (cm²) | Hands (cm²) | Shin and Thigh (cm²) | Total ug/cm² (Perioral) Min | Mid | Max | Total ug/cm² (Left and Right) Min | Mid | Max | Legs and Arms (Assumed To Be Equal To Hands) Min | Mid | Max | Total Dose mg Min | Mid | Max | Systemic Dose (mg/kg-day) Min | Mid | Max |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 Bonnus Court | Yes | Pawleys Island | South Carolina | 1983-1984 | 1 to 1.25 hours every 4 to 5 days | 2 | 73 | 1 | 40 | 1310 | 4500 | 1.70E-04 | 0.01 | 0.4 | 0.000375 | 0.045 | 2.3 | 0.000375 | 0.045 | 2.3 | 0.1595452 | 19.11505 | 976.667 | 5.66E-07 | 6.78E-05 | 3.46E-03 |
| 62 Bonnus Court | Yes | Pawleys Island | South Carolina | 1985-2019 | 20 minutes to 30 minutes once a month | 9 | 12 | 0.417 | 40 | 1310 | 4500 | 1.70E-04 | 0.01 | 0.4 | 0.000375 | 0.045 | 2.3 | 0.000375 | 0.045 | 2.3 | 0.0262266 | 3.1422 | 160.548 | 5.66E-07 | 6.78E-05 | 3.46E-03 |
| Wedgefield Plantation Golf Course | Yes | Georgetown | South Carolina | 1988-1991 | 1 to 2.0 hours per day for 3 to 4 days a week during off season | 3 | 70 | 1.5 | 40 | 1310 | 4500 | 1.70E-04 | 0.01 | 0.4 | 0.000375 | 0.045 | 2.3 | 0.000375 | 0.045 | 2.3 | 0.1529885 | 18.3295 | 936.53 | 5.66E-07 | 6.78E-05 | 3.46E-03 |
| Wedgefield Plantation Golf Course | Yes | Georgetown | South Carolina | 1988-1991 | 1.5 to 3.0 hours per day for 7 days a week during growing season | 3 | 196 | 2.25 | 40 | 1310 | 4500 | 1.70E-04 | 0.01 | 0.4 | 0.000375 | 0.045 | 2.3 | 0.000375 | 0.045 | 2.3 | 0.4283678 | 51.3226 | 2622.284 | 5.66E-07 | 6.78E-05 | 3.46E-03 |
| | | 0.125 | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | Cumulative Dose of Glyphosate | | | | | | | | | 0.77 | 91.91 | 4696.03 | 5.66E-07 | 6.78E-05 | 3.46E-03 |
| | | | | | | | | | | | | Units of Glyphosate | | | | | | | | | mg | mg | mg | mg/kg-day | mg/kg-day | mg/kg-day |