# EXHIBIT D

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5   IN RE:  ROUNDUP PRODUCTS LIABILITY    )
     LITIGATION                            )
 6                                         ) MDL NO. 2741
     This document relates to:             ) Case No. MDL No.
 7                                         ) 3:16-MD-02741-VC
                                           )
 8   ANGELO BULONE VS. MONSANTO COMPANY    )
     CASE NO. 3:20-cv-03719-VC             )
 9                                         )
     _____)
10

11

12

13           DEPOSITION OF JAMES J.J. CLARK, PhD

14                     CONDUCTED REMOTELY

15                 Monday, October 30, 2023

16                   9:02 a.m. Pacific Time

17

18

19

20

21

22

23     Stenographically Reported By:

24     Lorie Rhyne, CSR, RPR, CRR

25
```

```
 1              REMOTE VIDEOTAPED DEPOSITION OF JAMES J.J. CLARK,

 2      PhD, taken before Lorie Rhyne, CRR, RPR, CSR No. 12905,

 3      a Certified Shorthand Reporter for the State of

 4      California, commencing on Monday, October 30,

 5      2023, 9:02 a.m. Pacific Time.

 6       (All Appearances via Videoconference)

 7

 8            APPEARANCES OF COUNSEL:

 9            For Plaintiff:

10                 ERIN WOOD, ESQ.

11                 Nachawati Law Group

12                 5489 Blair Road

13                 Dallas, Texas 75231

14                 (214) 890-0711

15                 ewood@ntrial.com

16

17            For Defendant:

18                 MARINA BATALIAS, ESQ.

19                 Nelson Mullins Riley & Scarborough

20                 901 East Byrd Street, Suite 1650

21                 Richmond, Virginia 23219

22                 (804) 533-4614

23                 Marina.Batalias@nelsonmullins.com

24            Videographer:

25                 KAREN KEEBLER
```

```
 1                        I N D E X

 2    WITNESS:  JAMES J.J. CLARK, PhD

 3    EXAMINATION                                    PAGE

 4    By Ms. Batalias                                   5

 5    By Ms. Wood                                      65

 6

 7                       E X H I B I T S

 8    EXHIBIT     DESCRIPTION                        PAGE

 9    Exhibit 1   Notice of Deposition                  7

10    Exhibit 2   Clark (Bulone) report with

11                Exhibits 1 to 3                       9

12    Exhibit 3   Materials Considered List           11

13    Exhibit 4   Clark CV                            12

14    Exhibit 5   List of Prior Testimony,

15                October 17, 2023                    16

16    Exhibit 6   Interview notes                     22

17

18

19

20

21

22

23

24

25
```

```
09:07:08    1     please.

            2          Q.   Please do.

            3          A.   It looks like my report.

            4          Q.   Great.  Is this the most recent copy of
09:07:56    5     your report dated October 21st, 2023?

            6          A.   Yes, it is.

            7          Q.   And this is an amended report; is that

            8     correct?

            9          A.   That is correct.
09:08:07   10          Q.   Do you recall what sort of revisions you

           11     made between your initial report in this case and

           12     this amended report?

           13          A.   Yes.  Do you want me to list those?

           14          Q.   Yes, please.
09:08:19   15          A.   Okay.  So for this report, I simplified

           16     it by focusing only on the exposure days that

           17     Mr. Bulone had to the Roundup products because

           18     that's primarily what the specific causation folks

           19     are focusing on.  So I eliminated the discussions
09:08:44   20     about dermal absorption and systemic doses.

           21          Q.   Okay.

           22          A.   And to that end, on the exposure days,

           23     what I did was also account for days that

           24     meteorologically there would have been a rain
09:09:09   25     event going on and reducing the number of exposure
```

| | | |
|---|---|---|
| 09:09:11 | 1 | days to account for that because Mr. Bulone had |
| | 2 | testified he didn't spray on days when it was |
| | 3 | raining. |
| | 4 | And to that end, what it is, is a very |
| 09:09:21 | 5 | conservative assumption that if there was any rain |
| | 6 | on any part of that day, Mr. Bulone wouldn't have |
| | 7 | sprayed.  So if -- he could have sprayed in the |
| | 8 | morning, but it rained in the afternoon, I assumed |
| | 9 | he didn't spray at all. |
| 09:09:37 | 10 | Q.   Okay.  And those were essentially the |
| | 11 | substantive changes you made between the two |
| | 12 | reports? |
| | 13 | A.   Correct. |
| | 14 | MS. BATALIAS:  Okay.  I'll go ahead and |
| 09:09:46 | 15 | mark the report as Exhibit 2. |
| | 16 | (Exhibit 2 was marked for identification.) |
| | 17 | BY MS. BATALIAS: |
| | 18 | Q.   And I'm throwing a third document into |
| | 19 | that folder. |
| 09:10:08 | 20 | Do you see the document marked -- nope, |
| | 21 | sorry.  I messed myself up -- Materials Considered |
| | 22 | List? |
| | 23 | A.   I do.  I'm going through that right now. |
| | 24 | Q.   Great. |
| 09:10:25 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 09:14:34 | 1 | good point. |
| | 2 | Q.   Okay.  And where are you currently |
| | 3 | employed? |
| | 4 | A.   I employ myself.  I have a small |
| 09:14:47 | 5 | consulting firm called Clark & Associates |
| | 6 | Environmental Consulting, Incorporated, and I'm |
| | 7 | based out of Los Angeles, California. |
| | 8 | Q.   Okay.  And how long have you been |
| | 9 | running your consulting firm? |
| 09:15:00 | 10 | A.   I started Clark in 2010.  So 13 years |
| | 11 | now. |
| | 12 | Q.   And what sort of work generally do you |
| | 13 | do there? |
| | 14 | A.   I do regulatory consulting.  I do |
| 09:15:15 | 15 | litigation support.  I do air modeling.  I do some |
| | 16 | work with advocacy groups.  They can't always |
| | 17 | afford consultants, so I give them a reduced rate |
| | 18 | on that kind of work.  Though, generally, I do |
| | 19 | environmental science, which includes |
| 09:15:39 | 20 | environmental toxicology, exposure assessment, |
| | 21 | dose assessment, dose reconstruction, dispersion |
| | 22 | modeling, vapor intrusion modeling.  I also |
| | 23 | consult on quantitative risk assessments and |
| | 24 | cleanup criteria for sites, whether it's |
| 09:16:05 | 25 | contamination from historic environment -- |

```
09:27:46    1           A.   Medical records, his -- the exhibits
            2      from his deposition and his deposition.
            3           Q.   And I believe you also interviewed
            4      Mr. Bulone via telephone on September 21st, 2023?
09:28:06    5           A.   Correct.
            6           Q.   Okay.  And that's where you would have
            7      generated your interview notes listed here?
            8           A.   That is correct.
            9           Q.   I'm moving a document into the folder
09:28:23   10      called Interview Notes.
           11                Can you see that document?
           12           A.   Let me pull it up.
           13                Yes.
           14           Q.   Okay.  Is this a fair and accurate copy
09:28:34   15      of the notes that you took during your interview
           16      of Mr. Bulone on September 21st, 2023?
           17           A.   Yes, that is.
           18           Q.   Did you take any additional notes
           19      besides what is included in this document?
09:28:50   20           A.   No, ma'am.
           21           Q.   And this was a telephone conversation;
           22      correct?
           23           A.   Correct.
           24           Q.   So it wasn't via Zoom or any other
09:29:00   25      conferencing device like that where you can see
```

| | | |
|---|---|---|
| 09:29:03 | 1 | face-to-face? |
| | 2 | A. No. It was old-school over -- on a |
| | 3 | telephone. |
| | 4 | Q. Okay. And it was just with Mr. Bulone? |
| 09:29:13 | 5 | A. That would be correct. |
| | 6 | Q. Okay. There wasn't anyone else present |
| | 7 | on the call? |
| | 8 | A. No. |
| | 9 | Q. Approximately how long did that call |
| 09:29:22 | 10 | last? |
| | 11 | A. I see on the notes, it says about |
| | 12 | 40 minutes. |
| | 13 | MS. BATALIAS: And I can't remember if I |
| | 14 | did this already, but if I haven't, then I'm going |
| 09:29:34 | 15 | to mark the Interview Notes as Exhibit 6, just for |
| | 16 | the record. |
| | 17 | THE WITNESS: Okay. |
| | 18 | (Exhibit 6 was marked for identification.) |
| | 19 | BY MS. BATALIAS: |
| 09:29:43 | 20 | Q. So apart from this interview, which is |
| | 21 | documented in these notes, have you conducted any |
| | 22 | other interviews with Mr. Bulone? |
| | 23 | A. No, ma'am. |
| | 24 | Q. Okay. Did you record this conversation |
| 09:30:02 | 25 | with Mr. Bulone, or are the notes the only |

```
09:30:05   1     recollection?

           2          A.    The notes are the only thing that I

           3     have.  So I take them concurrently with the

           4     interview.

09:30:13   5          Q.    Okay.  And is this just a form document

           6     that your office produces, or were you provided

           7     this document to fill in?

           8          A.    This is a form that I generated, and I

           9     try to use this in interviews of potential

09:30:26  10     subjects.

          11          Q.    And during your phone conversation with

          12     Mr. Bulone, was he under oath?

          13          A.    No, I didn't put him under oath, so no.

          14          Q.    Did you notice any consistencies between

09:30:45  15     what Mr. Bulone told you on the phone and what you

          16     read in his deposition?

          17          A.    I'm sorry.  Did you say "consistencies"

          18     or "inconsistencies"?

          19          Q.    "Inconsistencies."  I'm sorry.

09:30:58  20          A.    No, I did not notice any differences in

          21     what he had testified to and what he was

          22     describing on that day.

          23          Q.    Okay.  And you say in your report that

          24     you were relying on his testimony in his

09:31:15  25     deposition and on his phone interview with you
```

```
09:41:49    1      record.  The time is 9:41.

            2      BY MS. BATALIAS:

            3         Q.   All right.  So we took a five-minute

            4      break.  So I'll just restart with questioning.

09:42:01    5              Dr. Clark, did you conduct or take a

            6      chemical inventory of Mr. Bulone's case?

            7         A.   No, I did not.

            8         Q.   Did you conduct any sort of site

            9      inspection or visit of the places where Mr. Bulone

09:42:19   10      allegedly sprayed Roundup?

           11         A.   I reviewed the photos that were attached

           12      to his deposition of his residence in Pawleys

           13      Island and the golf course in Georgetown.  I did

           14      not make a site inspection, a physical site

09:42:42   15      inspection.

           16         Q.   Okay.  Did you inspect or investigate

           17      any of the equipment that Mr. Bulone used to apply

           18      Roundup?

           19         A.   No, I did not.

09:42:56   20         Q.   Did you do anything else to prepare for

           21      this deposition besides review the documents that

           22      we've just discussed?

           23         A.   I reviewed the documents.  I reviewed my

           24      reports -- my report, not reports, and that was

09:43:10   25      about it.
```

```
09:46:06   1     different outcomes along the way.

           2            Q.   The Zhang 2019 study doesn't report a

           3     specific dose measurement, does it?

           4            A.   No.  It reports a cumulative evaluation,

09:46:19   5     all -- of many studies.

           6            Q.   And you did not assess the underlying

           7     studies to identify what dose falls into the

           8     high-exposure group, did you?

           9            A.   No.  Because the metric that is being

09:46:33  10     used most frequently for specific causation is the

          11     exposure days.  So it is the use of the product

          12     provides an opportunity for the individual to

          13     become exposed to the materials, to have it either

          14     land on their skin or inhale it or have some other

09:46:55  15     kind of incidental exposure.  And the most

          16     commonly reported epidemiological values are

          17     exposure days.

          18            Q.   What is your opinion about what dose of

          19     glyphosate subjects an individual to an increased

09:47:08  20     risk of the NHL?

          21                 MS. WOOD:  I'm going to object.  Beyond

          22     the scope of Dr. Clark's opinions in this case and

          23     the opinions contained within his report.  He's

          24     not being proffered as a causation expert.

09:47:26  25     BY MS. BATALIAS:
```

```
09:50:10   1                Is that fair to say?

           2           A.   I wouldn't characterize it as wrong.

           3      Like all of these assessments, you take the

           4      information that you have to come together to --

09:50:24   5      for a reasonable calculation of dose or exposure

           6      days.

           7           Q.   Do you have any direct personal

           8      knowledge of Mr. Bulone's exposure and his use of

           9      Roundup?

09:50:39  10           A.   Beyond his testimony and the interview,

          11      no.

          12           Q.   In that same paragraph on page 3, you

          13      mentioned that your toxicological assessment of

          14      Mr. Bulone also identifies other potential

09:50:55  15      contributing toxicological factors and calculates

          16      the latency period from initial exposure to the

          17      time of Mr. Bulone's diagnosis; right?

          18           A.   Correct.

          19           Q.   In doing that estimation, you'd be

09:51:08  20      subject to the same limitations we just discussed

          21      relating to Mr. Bulone's exposure; right?

          22           A.   Yes.  I'm relying on my review of his

          23      medical records and his review -- his -- my

          24      interview with him to assess those confounding

09:51:30  25      factors, which don't affect my dose calculation.
```

| | | |
|---|---|---|
| 09:51:35 | 1 | I provide that -- it's a typical toxicological |
| | 2 | evaluation to go ahead and assess the status of |
| | 3 | the individual.  And for somebody who's doing |
| | 4 | specific causation, who will be reading my report, |
| 09:51:47 | 5 | I call this out so that they can evaluate that and |
| | 6 | see if that affects their opinions one way or the |
| | 7 | other. |
| | 8 | Q.  In your report, you agree that |
| | 9 | Mr. Bulone was diagnosed with NHL? |
| 09:52:19 | 10 | A.  Mr. Bulone was diagnosed with CLL. |
| | 11 | That's what I've seen in there.  And that falls |
| | 12 | under the larger umbrella of NHL. |
| | 13 | Q.  Right.  And you're not making an |
| | 14 | independent diagnosis of NHL or CAL [sic]? |
| 09:52:37 | 15 | A.  As I stated in the report, I am not |
| | 16 | assessing -- I'm relying on his medical records |
| | 17 | and the other experts to fill in that information. |
| | 18 | My charge was evaluate how he used the product and |
| | 19 | what his number of exposure days are. |
| 09:53:09 | 20 | Q.  In your report, you evaluated some of |
| | 21 | his contribute -- potential contributing factors, |
| | 22 | such as family medical history and smoking and |
| | 23 | that sort of thing; correct? |
| | 24 | A.  Correct.  I noted it in the -- Table 3. |
| 09:53:32 | 25 | Q.  Right.  And so, for example, on page -- |

| | | |
|---|---|---|
| 10:09:55 | 1 | events that could have occurred. |
| | 2 | Q.  And where did you come to the numbers |
| | 3 | that you use in that?  Specifically, the |
| | 4 | 50 percent reduction and 25 percent increase. |
| 10:10:08 | 5 | A.  So I'm basing it upon my professional |
| | 6 | judgment and experience of 30 years of doing these |
| | 7 | dose reconstructions.  These are reliable ranges |
| | 8 | of values that you would be seeing. |
| | 9 | Q.  This is a method that you developed |
| 10:10:22 | 10 | yourself? |
| | 11 | A.  This is a method that over time I've |
| | 12 | seen generally accepted, so I've been working with |
| | 13 | that. |
| | 14 | Q.  When you say "generally accepted," what |
| 10:10:36 | 15 | sort of references are you using for that? |
| | 16 | A.  Well, talking to other professionals, |
| | 17 | How do you go ahead and calculate this?  So it |
| | 18 | was -- I come to this conclusion after doing this |
| | 19 | a long time and talking with other toxicologists. |
| 10:10:53 | 20 | Q.  Okay.  Can you point to any |
| | 21 | peer-reviewed articles or studies that also use |
| | 22 | this methodology? |
| | 23 | A.  Sorry.  My dogs are barking here. |
| | 24 | No.  The literature is not specific to |
| 10:11:08 | 25 | this, so I can't give you any specific citation. |

```
10:41:43   1            A.   I'm not recalling right now.

           2            Q.   So in doing these calculations and

           3       coming to your analysis, it's fair to say that

           4       your review of the records must be detailed and

10:41:58   5       meticulous; is that correct?

           6            A.   Which records are you discussing?

           7            Q.   The documents you reviewed in --

           8            A.   Yes.  I made my best effort to review

           9       all of the records available and to detail as much

10:42:16  10       as I could along the way.

          11            Q.   So on page 24, Table 5, again, that

          12       title is Mr. Bulone's 8-Hour Time-Weighted Roundup

          13       Exposure Days -- Pre-Diagnosis Exposure.

          14                 Do you see that table?

10:42:37  15            A.   Correct.

          16            Q.   Okay.

          17            A.   Yes.

          18            Q.   You have a footnote noting his diagnosis

          19       year as 1994.

10:42:46  20                 Do you see that?

          21            A.   I do.

          22            Q.   And then on page 12 -- yes, page 12 --

          23       that middle paragraph there, you also note his

          24       diagnosis date as 1994.

10:43:06  25            A.   Correct.  There was -- in the medical
```

```
10:43:10   1      records that I reviewed, there's -- seems to be a
           2      little bit of a conflict because some of them list
           3      them as 1996, his diagnosis.  And then in the
           4      Plaintiff Fact Sheet, it lists it as 1994.  So I
10:43:24   5      took the shorter period of exposure to account for
           6      that discrepancy between the two.
           7            Q.   Did you ask Mr. Bulone when he was
           8      diagnosed in your phone conversation?
           9            A.   I don't believe I asked that -- that
10:43:47  10      question.
          11            Q.   So on page 5 under Plaintiff History,
          12      that first sentence, you note that his diagnosis
          13      date was in March of 1996.
          14            A.   Correct.  That's based off of the
10:44:12  15      medical record.
          16            Q.   Okay.  So for purposes of your
          17      calculations, you used 1994?
          18            A.   Correct.  I could have added two more
          19      years of exposure based on if I had stuck with the
10:44:26  20      '96.  So for his exposure at Bonnau Court, that
          21      would have added -- instead of being nine years,
          22      it would have been 11 years.  And the values would
          23      have increased approximately 15 to 20 percent.  So
          24      instead of being -- and I'm doing this math on the
10:45:01  25      fly, but I'm just looking at the values saying
```

| | | |
|---|---|---|
| 10:53:45 | 1 | see the diagnosis date of 1994? |
| | 2 | A. That was in the file that was -- it was |
| | 3 | on a Plaintiff History form that was provided |
| | 4 | along with his deposition. |
| 10:54:04 | 5 | Q. Okay. And did you see that date in the |
| | 6 | medical records? |
| | 7 | A. The medical records we saw later is |
| | 8 | 1996. |
| | 9 | Q. Okay. And so was that where the |
| 10:54:17 | 10 | confusion arose? |
| | 11 | A. Yes. |
| | 12 | Q. Okay. And in Mr. Bulone's deposition, |
| | 13 | did you see that he described his diagnosis date |
| | 14 | as 1994? |
| 10:54:29 | 15 | A. Yes. |
| | 16 | Q. We have Table 4 on page 19. And I am |
| | 17 | looking at Exhibit Number 2, just so we're clear. |
| | 18 | And this is the -- page 19, as numbered in the |
| | 19 | report itself. |
| 10:55:01 | 20 | A. Correct. I see it. |
| | 21 | Q. Okay. And here at the top, it states, |
| | 22 | Angelo Bulone's Summary of Roundup Usage at His |
| | 23 | Residences from 1983 to 1993. |
| | 24 | A. Yes. |
| 10:55:14 | 25 | Q. Did Mr. Bulone use Roundup after 1993? |

|             |    |                                                      |
|-------------|----|------------------------------------------------------|
| 10:55:21    | 1  | A.  It was my understanding that he did use         |
|             | 2  | it up until -- I'm blanking on the date, but it      |
|             | 3  | was -- he used it well past that time period.        |
|             | 4  | Q.  And so in this chart, then, why did you          |
| 10:55:38    | 5  | include only the time period between 1983 and       |
|             | 6  | 1993?                                                |
|             | 7  | A.  For the initial diagnosis of cancer,            |
|             | 8  | it's important to assess the latency period --       |
|             | 9  | whoever's going to do this next -- to look at the    |
| 10:55:55    | 10 | initial time of exposure and the initial moment of   |
|             | 11 | diagnosis.                                           |
|             | 12 | So I chose a very conservative value.               |
|             | 13 | He said 1994.  I went with that.  So that's          |
|             | 14 | approximately a nine-year period from initial        |
| 10:56:10    | 15 | moment of usage of glyphosate to the development     |
|             | 16 | of cancer.                                           |
|             | 17 | Q.  Is it fair to say that those years, 1983        |
|             | 18 | to 1993, would be the years of Roundup usage         |
|             | 19 | described by Mr. Bulone under oath that would have   |
| 10:56:25    | 20 | preceded his cancer diagnosis?                       |
|             | 21 | A.  Exactly, yes.  So this is the relevant          |
|             | 22 | exposure preceding the initial diagnosis.            |
|             | 23 | Q.  Okay.  And you also have a Table 5,             |
|             | 24 | which is on what I have as page 24 of Exhibit 2.     |
| 10:56:47    | 25 | A.  Yes.                                             |

1        CERTIFICATE OF COURT REPORTER

2

3        I, LORIE RHYNE, CSR No. 12905, RPR, CRR, a

4    Certified Shorthand Reporter, State of California,

5    the officer before whom the foregoing deposition

6    was taken, do hereby certify that the foregoing

7    transcript is a true and correct record of the

8    testimony given; that said testimony was taken by

9    me stenographically and thereafter reduced to

10   typewriting under my direction; that reading and

11   signing was not waived; and that I am neither

12   counsel for, related to, nor employed by any of

13   the parties to this case and have no interest,

14   financial or otherwise, in its outcome.

15        Dated this 7th day of November, 2023.

16

17

18   _____

19        LORIE RHYNE

20        CSR No. 12905

21

22

23

24

25