# EXHIBIT E

# EXHIBIT A-1

DR. CLARK

10-30-23
Exhibit

**4**



Clark & Associates
Environmental Consulting, Inc


Office
12405 Venice Blvd.
Suite 331
Los Angeles, CA  90066

Phone
310-907-6165

Fax
310-398-7626

Email
jclark.assoc@gmail.com

# James J. J. Clark, Ph.D.

*Principal Toxicologist*

**Toxicology/Exposure Assessment Modeling**
**Risk Assessment/Analysis/Dispersion Modeling**

## Education:

Ph.D.,   Environmental Health Science, University of California, 1995

M.S.,   Environmental Health Science, University of California, 1993

B.S.,   Biophysical and Biochemical Sciences, University of Houston, 1987

## Professional Experience:

Dr. Clark is a well-recognized toxicologist, air modeler, and health scientist specializing in dose reconstruction.  He has 30 years of experience in tying together environmental contaminants measurements to human health impacts.  Using environmental fate and transport modeling (SCREEN3, AEROMOD, ISCST3, Johnson-Ettinger Vapor Intrusion Modeling, RESRAD, GENII); exposure assessment modeling (partitioning of contaminants in the environment as well as PBPK modeling); Dr. Clark has testified in Federal and State courts on dose reconstructions for personal injury and in mass tort claims.

### LITIGATION SUPPORT

1.   Davis et al v. Olin Corporation et al.  United State District Courts, Louisiana Middle District Court.  Case Number 3:22-CV-00374
Clients:  Pendley, Baudin & Coffin, LLP, Plaquemine, LA; Simien & Simien, LLC, Plaquemine, LA; and, Potts Law Firm, LLP, Houston, TX.

2.   Barbara Allegrezza, et. al (Mark McCostlin), v. Monsanto Company.  Circuit Court of St. Louis County, State of Missouri.  Case Number 19SL-CC03421
Client:  Nachawati Law Group, Dallas, Texas

3.   Barbara Allegrezza, et. al (Eduardo Salinas), v. Monsanto Company.  Circuit Court of St. Louis County, State of Missouri.  Case Number 19SL-CC03421
Client:  Nachawati Law Group, Dallas, Texas

4.   Barbara Allegrezza, et. al (James Boone), v. Monsanto Company.  Circuit Court of St. Louis County, State of Missouri.  Case Number 19SL-CC03421
Client:  Nachawati Law Group, Dallas, Texas

5.   Vincent Culliver v. BP Exploration & Production Inc., and BP America Production Company.  United States District Court Northern District of Florida, Pensacola Division.  Case 3:22-mc-6-MCR/GRJ
Client:  Downs Law Group, Coconut Grove, Florida

6.   Matthew Williams v. BP Exploration and Production Inc. et al. U.S. District Court – Southern District of Mississippi  Civil Action No. 1:22-cv-00278-LG-BWR
Client:  Downs Law Group, Coconut Grove, Florida.

7.   Floyd Ruffin. v. BP Exploration & Production Inc., and BP America Production Company United States District Court Eastern District of Louisiana.  Case No.  2:20-cv-00334-CJB-JCW
Client:  Downs Law Group, Coconut Grove, Florida.

8.   Charles Johnson, Jr. v. BP Exploration & Production Inc., and BP America Production Company United States District Court Eastern District of Louisiana.  Case No.  20-01329
Client:  Downs Law Group, Coconut Grove, Florida.

9.   Deepwater Horizon BELO Cases.  (Kenneth Davenport, 5:18-cv-245); (Lester Jenkins, 5:19-cv-260); (Micheal Moulder, 5:19-cv-12); (Dwight Stiples, 5:19-cv-310).  United States District Court Northern District of Florida, Pensacola Division.  Case 3:19cv363
Client:  Downs Law Group, Coconut Grove, Florida

10.   James Noel v. BP Exploration and Production Inc. et al. United States District Court Southern District of Alabama (Mobile) Civil Action No  1:19-cv-00694
Client:  Downs Law Group, Coconut Grove, Florida

11.   Richard Allen Dufour v. BP Exploration and Production Inc. et al. U.S District Court Southern District of Mississippi Southern Division Civil Action No. 19-cv-00591
Client:  Downs Law Group, Coconut Grove, Florida

12.   Arnold Goldstein, Hohn Covas, Gisela Janette La Bella, et al.. vs. Exxon Mobil Corporation, PBF Energy Inc., Torrance Refining Company LLC, et al., Case No.: 2:17-cv-02477DSF United States District Court for the Central District of California
Client: Sher Edling, LLP, San Francisco, California and Matern Law Group , PC.,  El Segundo, California

13.   Case: Scott D. McClurg, et al. v. Mallinckrodt Inc. and Cotter Corporation. Lead Case No.: 4:12CV00361 AGF United States District Court Eastern District of Missouri Eastern Division.
Client: Environmental Law Group, Birmingham, AL.

14.   Case:  Pamela Butler Vs. Mallinckrodt, Inc.  & Cotter Corporation.  Case  No.:  4:2018cv01701  United States District Court Eastern District of Missouri Eastern Division
Client:  Humphrey, Farrington & McClain, P.C., Independence, Missouri

15.   Case:  Kenneth Edward Koterba Vs. Mallinckrodt, Inc.  & Cotter Corporation.  Case  No.:  4:2018cv01702 United States District Court Eastern District of Missouri Eastern Division
Client:  Humphrey, Farrington & McClain, P.C., Independence, Missouri

16.   Case:  Anthony Hines Vs. Mallinckrodt, Inc.  & Cotter Corporation.  Case  No.:  4:2018cv01703  United States District Court Eastern District of Missouri Eastern Division

Client:  Humphrey, Farrington & McClain, P.C., Independence, Missouri

17.   Case:  Emery David Walick, III Vs. Mallinckrodt, Inc.  & Cotter Corporation.  Case  No.:  4:2018cv01704 United States District Court Eastern District of Missouri Eastern Division

Client:  Humphrey, Farrington & McClain, P.C., Independence, Missouri

## SELECTED AIR MODELING RESEARCH/PROJECTS

### Client(s) – Multiple

Indoor Air Evaluations, California: Performed multiple indoor air screening evaluations and risk characterizations consistent with California Environmental Protection Agency's (Cal/EPA) Department of Toxic Substances Control (DTSC) and Regional Water Quality Control Board (RWQCB) methodologies. Characterizations included the use of DTSC's modified Johnson & Ettinger Model and USEPA models, as well as the attenuation factor model currently advocated by Cal/EPA's Office of Environmental Health and Hazard Assessment (OEHHA).

### Client – Confidential

Dr. Clark performed a comprehensive evaluation of criteria pollutants, air toxins, and particulate matter emissions from a carbon black production facility to determine the impacts on the surrounding communities.  The results of the dispersion model were used to estimate acute and chronic exposure concentrations to multiple contaminants and were be incorporated into a comprehensive risk evaluation.

### Client – Confidential

Dr. Clark performed a comprehensive evaluation of air toxins and particulate matter emissions from a railroad tie manufacturing facility to determine the impacts on the surrounding communities.  The results of the dispersion model have been used to estimate acute and chronic exposure concentrations to multiple contaminants and have been incorporated into a comprehensive risk evaluation.

## EMERGING/PERSISTENT CONTAMINANT RESEARCH/PROJECTS

### Client:  City of Santa Clarita, Santa Clarita, California

Dr. Clark managed the oversight of the characterization, remediation and development activities of a former 1,000 acre munitions manufacturing facility for the City of Santa Clarita.  The site is impacted with a number of contaminants including perchlorate, unexploded ordinance, and volatile organic compounds (VOCs).  The site is currently under a number of regulatory consent orders, including an Immanent and Substantial Endangerment Order.  Dr. Clark assisted the impacted municipality with the development of remediation strategies, interaction with the responsible parties and stakeholders, as well as interfacing with the regulatory agency responsible for oversight of the site cleanup.

**Client – Confidential, Los Angeles, California**

Dr. Clark is performing a comprehensive review of the potential for pharmaceuticals and their by-products to impact groundwater and surface water supplies. This evaluation will include a review if available data on the history of pharmaceutical production in the United States; the chemical characteristics of various pharmaceuticals; environmental fate and transport; uptake by xenobiotics; the potential effects of pharmaceuticals on water treatment systems; and the potential threat to public health. The results of the evaluation may be used as a briefing tool for non-public health professionals.


**PUBLIC HEALTH/TOXICOLOGY**


**Client:  Brayton Purcell, Novato, California**

Dr. Clark performed a toxicological assessment of residents exposed to methyl-tertiary butyl ether (MTBE) from leaking underground storage tanks (LUSTs) adjacent to the subject property. The symptomology of residents and guests of the subject property were evaluated against the known outcomes in published literature to exposure to MTBE. The study found that residents had been exposed to MTBE in their drinking water; that concentrations of MTBE detected at the site were above regulatory guidelines; and, that the symptoms and outcomes expressed by residents and guests were consistent with symptoms and outcomes documented in published literature.


**Client:  Covanta Energy, Westwood, California**

Evaluated health risk from metals in biosolids applied as soil amendment on agricultural lands. The biosolids were created at a forest waste cogeneration facility using 96% whole tree wood chips and 4 percent green waste. Mass loading calculations were used to estimate Cr(VI) concentrations in agricultural soils based on a maximum loading rate of 40 tons of biomass per acre of agricultural soil. The results of the study were used by the Regulatory agency to determine that the application of biosolids did not constitute a health risk to workers applying the biosolids or to residences near the agricultural lands.


**Client:  Kaiser Venture Incorporated, Fontana, California**

Prepared PBPK assessment of lead risk of receptors at a 1,100-acre former steel mill. This evaluation was used as the basis for granting closure of the site by lead regulatory agency.

**RISK ASSESSMENTS/REMEDIAL INVESTIGATIONS**

**Kaiser Ventures Incorporated, Fontana, California**

Prepared health risk assessment of semi-volatile organic chemicals and metals for a fifty-year old wastewater treatment facility used at a 1,100-acre former steel mill.  This evaluation was used as the basis for granting closure of the site by lead regulatory agency.

**ANR Freight - Los Angeles, California**

Prepared a comprehensive Preliminary Endangerment Assessment (PEA) of petroleum hydrocarbon and metal contamination of a former freight depot.  This evaluation was as the basis for reaching closure of the site with lead regulatory agency.

**Kaiser Ventures Incorporated, Fontana, California**

Prepared comprehensive health risk assessment of semi-volatile organic chemicals and metals for 23-acre parcel of a 1,100-acre former steel mill.  The health risk assessment was used to determine clean up goals and as the basis for granting closure of the site by lead regulatory agency.  Air dispersion modeling using ISCST3 was performed to determine downwind exposure point concentrations at sensitive receptors within a 1 kilometer radius of the site.  The results of the health risk assessment were presented at a public meeting sponsored by the Department of Toxic Substances Control (DTSC) in the community potentially affected by the site.

**Unocal Corporation - Los Angeles, California**

Prepared comprehensive assessment of petroleum hydrocarbons and metals for a former petroleum service station located next to sensitive population center (elementary school).  The assessment used a probabilistic approach to estimate risks to the community and was used as the basis for granting closure of the site by lead regulatory agency.

**Client:  Confidential, Los Angeles, California**

Managed oversight of remedial investigation most contaminated heavy metal site in California.  Lead concentrations in soil excess of 68,000,000 parts per billion (ppb) have been measured at the site.  This State Superfund Site was a former hard chrome plating operation that operated for approximately 40-years.

**Client:  Confidential, San Francisco, California**

Coordinator of regional monitoring program to determine background concentrations of metals in air.  Acted as liaison with SCAQMD and CARB to perform co-location sampling and comparison of accepted regulatory method with ASTM methodology.

**Client:  Confidential, San Francisco, California**

Analyzed historical air monitoring data for South Coast Air Basin in Southern California and potential health risks related to ambient concentrations of carcinogenic metals and volatile organic compounds.  Identified and reviewed the available literature and calculated risks from toxins in South Coast Air Basin.

**IT Corporation, North Carolina**

Prepared comprehensive evaluation of potential exposure of workers to air-borne VOCs at hazardous waste storage facility under SUPERFUND cleanup decree.  Assessment used in developing health based clean-up levels.

**Past Professional Associations**

American Public Health Association (APHA)

Association for Environmental Health and Sciences (AEHS)

American Chemical Society (ACS)

International Society of Environmental Forensics (ISEF)

Society of Environmental Toxicology and Chemistry (SETAC)

**Publications and Presentations:**

**Books and Book Chapters**

Sullivan, P., **J.J. J. Clark,** F.J. Agardy, and P.E. Rosenfeld.  (2007).  *Synthetic Toxins In The Food, Water and Air of American Cities*.  Elsevier, Inc.  Burlington, MA.

Sullivan, P. and **J.J. J. Clark**.  2006.  *Choosing Safer Foods, A Guide To Minimizing Synthetic Chemicals In Your Diet*.  Elsevier, Inc.  Burlington, MA.

Sullivan, P., Agardy, F.J., and **J.J.J. Clark**.  2005.  *The Environmental Science of Drinking Water*.  Elsevier, Inc. Burlington, MA.

Sullivan, P.J., Agardy, F.J., and **Clark, J.J.J.**  2002.  *America's Threatened Drinking Water:  Hazards and Solutions*. Trafford Publishing, Victoria B.C.

**Clark, J.J.J.**  2001.  "TBA:  Chemical Properties, Production & Use, Fate and Transport, Toxicology, Detection in Groundwater, and Regulatory Standards" in *Oxygenates in the Environment.*  Art Diaz, Ed.. Oxford University Press: New York.

**Clark, J.J.J.**   2000. "Toxicology of Perchlorate" in *Perchlorate in the Environment.*   Edward Urbansky, Ed. Kluwer/Plenum: New York.

**Clark, J.J.J.**   1995.  Probabilistic Forecasting of Volatile Organic Compound Concentrations At The Soil Surface From Contaminated Groundwater.  UMI.

Baker, J.; **Clark, J.J.J.**; Stanford, J.T.   1994.  Ex Situ Remediation of Diesel Contaminated Railroad Sand by Soil Washing.  Principles and Practices for Diesel Contaminated Soils, Volume III.  P.T. Kostecki, E.J. Calabrese, and C.P.L. Barkan, eds.  Amherst Scientific Publishers, Amherst, MA.  pp 89-96.

**Journal and Proceeding Articles**

Tam L. K.., Wu C. D., Clark J. J. and **Rosenfeld, P.E.** (2008) A Statistical Analysis Of Attic Dust And Blood Lipid Concentrations Of Tetrachloro-p-Dibenzodioxin (TCDD) Toxicity Equialency Quotients (TEQ) In Two Populations Near  Wood Treatment Facilities. Organohalogen Compounds, Volume 70 (2008) page 002254.

Tam L. K.., Wu C. D., Clark J. J. and **Rosenfeld, P.E.** (2008) Methods For Collect Samples For Assessing Dioxins And Other Environmental Contaminants In Attic Dust: A Review.  Organohalogen Compounds, Volume 70 (2008) page 000527

Hensley A.R., Scott, A., Rosenfeld P.E., **Clark, J.J.J.**  (2007).  "Attic Dust And Human Blood Samples Collected Near A Former Wood Treatment Facility." *Environmental Research.* 105:194-199*.*

Rosenfeld, P.E., **Clark, J. J.,** Hensley, A.R., and Suffet, I.H.  2007. "The Use Of An Odor Wheel Classification For The Evaluation of Human Health Risk Criteria For Compost Facilities" Water Science & Technology. 55(5): 345-357.

Hensley A.R., Scott, A., Rosenfeld P.E., **Clark, J.J.J.**  2006. "Dioxin Containing Attic Dust And Human Blood Samples Collected Near A Former Wood Treatment Facility." The 26th International Symposium on Halogenated Persistent Organic Pollutants – DIOXIN2006, August 21 – 25, 2006. Radisson SAS Scandinavia Hotel in Oslo Norway.

Rosenfeld, P.E., **Clark, J. J.** and Suffet, I.H.  2005. "The Value Of An Odor Quality Classification Scheme For Compost Facility Evaluations" The U.S. Composting Council's 13th Annual Conference January 23 - 26, 2005, Crowne Plaza Riverwalk, San Antonio, TX.

Rosenfeld, P.E., **Clark, J. J.** and Suffet, I.H.  2004. "The Value Of An Odor Quality Classification Scheme For Urban Odor" WEFTEC 2004. 77th Annual Technical Exhibition & Conference October 2 - 6, 2004, Ernest N. Morial Convention Center, New Orleans, Louisiana.

**Clark, J.J.J.**  2003.  "Manufacturing, Use, Regulation, and Occurrence of a Known Endocrine Disrupting Chemical (EDC), 2,4-Dichlorophnoxyacetic Acid (2,4-D) in California Drinking Water Supplies."  National Groundwater Association Southwest Focus Conference:  Water Supply and Emerging Contaminants.  Minneapolis, MN.  March 20, 2003.

Rosenfeld, P. and **J.J.J. Clark**.  2003.  "Understanding Historical Use, Chemical Properties, Toxicity, and Regulatory Guidance"  National Groundwater Association Southwest Focus Conference:  Water Supply and Emerging Contaminants.  Phoenix, AZ.  February 21, 2003.

**Clark, J.J.J.**, Brown A. 1999. Perchlorate Contamination: Fate in the Environment and Treatment Options. In Situ and On-Site Bioremediation, Fifth International Symposium. San Diego, CA, April, 1999.

**Clark, J.J.J.** 1998. Health Effects of Perchlorate and the New Reference Dose (RfD). Proceedings From the Groundwater Resource Association Seventh Annual Meeting, Walnut Creek, CA, October 23, 1998.

Browne, T., **Clark, J.J.J.** 1998. Treatment Options For Perchlorate In Drinking Water. Proceedings From the Groundwater Resource Association Seventh Annual Meeting, Walnut Creek, CA, October 23, 1998.

**Clark, J.J.J.**, Brown, A., Rodriguez, R. 1998. The Public Health Implications of MtBE and Perchlorate in Water: Risk Management Decisions for Water Purveyors. Proceedings of the National Ground Water Association, Anaheim, CA, June 3-4, 1998.

**Clark J.J.J.**, Brown, A., Ulrey, A. 1997. Impacts of Perchlorate On Drinking Water In The Western United States. U.S. EPA Symposium on Biological and Chemical Reduction of Chlorate and Perchlorate, Cincinnati, OH, December 5, 1997.

**Clark, J.J.J.**; Corbett, G.E.; Kerger, B.D.; Finley, B.L.; Paustenbach, D.J. 1996. Dermal Uptake of Hexavalent Chromium In Human Volunteers: Measures of Systemic Uptake From Immersion in Water At 22 PPM. Toxicologist. 30(1):14.

Dodge, D.G.; **Clark, J.J.J.**; Kerger, B.D.; Richter, R.O.; Finley, B.L.; Paustenbach, D.J. 1996. Assessment of Airborne Hexavalent Chromium In The Home Following Use of Contaminated Tapwater. Toxicologist. 30(1):117-118.

Paulo, M.T.; Gong, H., Jr.; **Clark, J.J.J.** (1992). Effects of Pretreatment with Ipratroprium Bromide in COPD Patients Exposed to Ozone. American Review of Respiratory Disease. 145(4):A96.

Harber, P.H.; Gong, H., Jr.; Lachenbruch, A.; **Clark, J.**; Hsu, P. (1992). Respiratory Pattern Effect of Acute Sulfur Dioxide Exposure in Asthmatics. American Review of Respiratory Disease. 145(4):A88.

McManus, M.S.; Gong, H., Jr.; Clements, P.; **Clark, J.J.J.** (1991). Respiratory Response of Patients With Interstitial Lung Disease To Inhaled Ozone. American Review of Respiratory Disease. 143(4):A91.

Gong, H., Jr.; Simmons, M.S.; McManus, M.S.; Tashkin, D.P.; Clark, V.A.; Detels, R.; **Clark, J.J.** (1990). Relationship Between Responses to Chronic Oxidant and Acute Ozone Exposures in Residents of Los Angeles County. American Review of Respiratory Disease. 141(4):A70.

Tierney, D.F. and **J.J.J. Clark.** (1990). Lung Polyamine Content Can Be Increased By Spermidine Infusions Into Hyperoxic Rats. American Review of Respiratory Disease. 139(4):A41.