# EXHIBIT F

```
 1           IN THE CIRCUIT COURT OF ST. LOUIS COUNTY

 2                      STATE OF MISSOURI

 3

 4    BARBARA ALLEGREZZA, et al.,    )
                                     )
 5                  Plaintiffs,      )
                                     )
 6           Vs.                     ) No. 19SL-CC03421
                                     )
 7    MONSANTO COMPANY, et al.,      )
                                     )
 8                  Defendants.      )
                                     )
 9

10

11

12

13

14               VIDEOTAPED DEPOSITION OF

15               JAMES J. J. CLARK, Ph.D.

16               LOS ANGELES, CALIFORNIA

17                    APRIL 13, 2023

18

19

20

21

22

23    Reported by:
      Susan Myong
24    CSR 13365

25    Job No. 333499
```

```
 1            IN THE CIRCUIT COURT OF ST. LOUIS COUNTY

 2                       STATE OF MISSOURI

 3

 4    BARBARA ALLEGREZZA, et al.,    )
                                     )
 5                    Plaintiffs,    )
                                     )
 6         Vs.                       ) No. 19SL-CCU03421
                                     )
 7    MONSANTO COMPANY, et al.,      )
                                     )
 8                    Defendants.    )
                                     )
 9

10

11

12            VIDEOTAPED DEPOSITION OF JAMES J. J.

13            CLARK, Ph.D., an expert witness herein,

14            taken on behalf of the defendants, at

15            5855 West Century Boulevard,

16            Los Angeles, CA 90045, California, at

17            8:43 a.m., on Thursday, April 13, 2023,

18            before Susan Myong, CSR 13365.

19

20

21

22

23

24

25
```

```
 1   APPEARANCES OF COUNSEL:

 2
     For Plaintiff:
 3
             NACHAWATI LAW GROUP
 4           BY:  ERIN WOOD, ESQ.
             5489 Blair Road
 5           Dallas, Texas 75231
             (469)917-0688
 6           ewood@ntrial.com


 7
     For Defendant:
 8
             HOLLINGSWORTH LLP
 9           BY:  JOHN KALAS, ESQ.
                  DANIEL MURNER, ESQ.
10           1350 I Street
             North West
11           Washington, DC 20005
             (202)898.5819
12           Dmurner@hollingsworthllp.com


13
     Also Present:  Zareh Manserian, Videographer
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       I N D E X

 2   WITNESS:  JAMES J. J. CLARK, Ph.D.

 3   EXAMINATION BY:                                PAGE

 4   MR. KALAS                                      7, 231

 5   MS. WOOD                                       227

 6

 7

 8

 9

10                       E X H I B I T S

11   DEFENDANT   DESCRIPTION                        PAGE

12   EXHIBIT 1   Expert designation                 9

13   EXHIBIT 2   Plaintiff's objection and          9
                 response
14
     EXHIBIT 3   Materials considered list          9
15
     EXHIBIT 4   Curriculum vitae                   9
16
     EXHIBIT 5   W-9 N&P Limited                    9
17
     EXHIBIT 6   Retainer agreement                 9
18
     EXHIBIT 7   Report                             9
19
     EXHIBIT 8   Handwritten interview notes        9
20
     EXHIBIT 9   Prior testimony list               9
21
     EXHIBIT 10  Table 5                            32
22
     EXHIBIT 11  Revised curriculum vitae           32
23
     EXHIBIT 12  IARC Q&A on glyphosate             87
24
     EXHIBIT 13  Handwritten calculations           114
25
```

1  were looking at the effects of oxidative chemicals
2  on the individuals.  In particular, we were doing
3  biometric measurements looking at changes in
4  pulmonary function as a measure of stress for the
5  individuals and had potentiated that, again, by
6  either using albuterol or some other kind of inhaled
7  medicine to reduce the impacts of these oxidative
8  chemicals.
9           In Los Angeles where all the study was
10 done, smog is an oxidative chemical which we're
11 worried about a lot.  And there's a little bit of
12 sulfur dioxide but not much along the way.
13          So from there I enrolled at the UCLA School
14 of Public Health to get my master's in environmental
15 science with an emphasis on air pollution and was
16 quickly told I need to do my doctorate.  So I did my
17 doctorate there.  The actual title is environmental
18 science -- or, yeah, environmental science with
19 emphasis on air pollution.  And my thesis was about
20 a multimedia model looking at the risk from various
21 media on an individual using a probabilistic method
22 rather than a point estimate along the way.
23     Q.   Okay.  And following receiving your Ph.D.,
24 did you take a job in private industry?
25     A.   Yes.  I was working in private industry

1                REPORTER'S CERTIFICATE

2

3

4          I, SUSAN MYONG, Certified Shorthand

5   Reporter No. 13365 in and for the State of

6   California, do hereby certify:

7          That, prior to being examined, the witness

8   named in the foregoing deposition was by me placed

9   under oath to testify to the truth;

10         That said deposition was taken down by me

11  in shorthand at the time and place therein named and

12  thereafter reduced to typewriting through

13  computer-aided transcription;

14         That said deposition is a true, correct,

15  and complete transcript of said proceedings taken to

16  the best of my ability.

17         I further certify that I am not interested

18  in the event of the action.

19         The dismantling, unsealing, or unbinding of

20  the original transcript will render the Reporter's

21  Certificate null and void.

22

23

24                              _____

25                              SUSAN MYONG, CSR No. 13365