# EXHIBIT H

# EXHIBIT F

DR. CLARK
10-30-23
Exhibit
**3**

**Dr. James J.J. Clark Materials Considered List**

1. Abukari, Wumbei, "Pesticides Applicator Exposure Assessment: A Comparison between Modeling and Actual Measurement," 2015, Journal of Environment and Earth Science §ISSN 2224-3216 (Paper) ISSN 2225-0948 (Online) Vol.5, No.11.

2. Acquavella JF, Alexander BH, Mandel JS, Gustin C, Baker B, Chapman P, Bleeke M. 2004. Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. *Environ Health Perspect*. 112(3):321–326.

3. Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233.

4. ATSDR (Agency for Toxic Substances and Disease Registry), *Toxicological Profile for Glyphosate - Draft for Public Comment,* US Dep't of Health and Human Services (Mar. 2019).

5. Blair A, Thomas K, Coble J, Sandler DP, Hines CJ, Lynch CF, Knott C, Purdue MP, Zahm SH, Alavanja MC, Dosemeci M, Kamel F, Hoppin JA, Freeman LB, Lubin JH. 2011. Impact of pesticide exposure misclassification on estimates of relative risks in the Agricultural Health Study. *Occup Environ Med*. 68(7):537-41. doi: 10.1136/oem.2010.059469. Epub 2011 Jan 21. PMID: 21257983; PMCID: PMC3566632.

6. Brewster DW, Warren J, Hopkins WE 2nd. 1991. Metabolism of glyphosate in Sprague-Dawley rats: tissue distribution, identification, and quantitation of glyphosate-derived materials following a single oral dose. *Fundam Appl Toxicol*. 17(1):43-51. doi: 10.1016/0272-0590(91)90237-x. PMID: 1916078.

7. Chan, P. & J. Mahler, *NTP Technical Report on Toxicity Studies of Glyphosate Administered in Dosed Feed to F344/N Rats and B6C3F Mice,* US Dep't of Health and Human Services, Public Health Service, N'at'l Inst. of Health (July 1992).

8. Connolly, A. et al. 2017. Exposure Assessment Using Human Biomonitoring For Glyphosate and Fluroxypur Users In Amenity Horticulture. *Int. J. Hygiene and Env. Health.* 220:1064-1073.

9. Connelly, A. et al., *Characherising Glyphosate Exposures among Amenity Horticulturists Using Multiple Spot Urine Samples,* 221 Int'l J. Hygiene & Envtl. Health 10 I 2 (2018). https://doi.org/10.1016/j.ijheh.2018.06.007

10. Connolly A, Coggins MA, Galea KS, Jones K, Kenny L, McGowan P, Basinas I. 2019. Evaluating glyphosate exposure routes and their contribution to total body burden: a

study among amenity horticulturalists. *Ann Work Expo Health*. 63(2):133–147.

11. Cowell, J. & J. Steinmetz, *Assessment of Forest Worker Exposures to Glyphosate during Backpack Foliar Applications of Roundup® Herbicide* (Mar. 1990) [MONGLY00155787 -MONGLY00155805].

12. Cowell, J. & J. Steinmetz, *Assessment of Forestry Nursery Workers Exposure to Glyphosate during Normal Operations* (Feb. 1990) [MONGLY00155594- MONGLY00155613].

13. Cox, C. 1998. Herbicide Factsheet: Glyphosate (Roundup). *Journal of Pesticide Reform.* 18(3):3-17.

14. Curwin, B.D., Hein, M.J., Sanderson, W.T., Nishioka, M.G., Reynolds, S.J., Ward, E.M., et al., 2005. Pesticide contamination inside farm and nonfarm homes. *J. Occup. Environ. Hyg.* **2**, 357–367.

15. Curwin, B.D., et al., *Urinary Pesticide Concentrations Among Children, Mothers and Fathers Living in Farm and Non-Farm Households in Iowa,* Annals of Occupational Hygiene Advance Access (2006) [MONGLY02136019-MONGLY02136031].

16. Davies, D., *360 g/LGlyphosate SL Formulation (MON 76879)-Jn Vitro Absorption through Human Dermatomed Skin using [14CJ-Glyphosate* (Aug. 8, 2017) [MONGLY08731728 - MONGLY0873] 783].

17. Davies, D., *500 g/LGlyphosate SL Formulation (MON 76952)-In Vitro Absorption through Human Dermatomed Sla'n using [14C]-Glyphosate* (Aug. 2, 2016) [MONGLY08731670 - MONGLY0873] 727].

18. Davies, D., *7.2g/LGlyphosateGel Formulation (MON 76258)-In Vitro Absorption through Human Dermatomed Skin using [14C}-Glyphosate* (Apr. 27, 2015) [MONGLY08731571- MONGLY0873] 681].

19. Davies, D., *72g/L Glyphosate Gel Formulation (MON 76829) -In Vitro Absorption through Human Dermatomed Skin using [14CJ-Glyphosate* (Apr. 16, 2015) [MONGLY08731524 - MONGLY0873] 570].

20. De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol. 60.

21. De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF, Blair A. 2003. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med*. 60(9):E11. doi: 10.1136/oem.60.9.e11. PMID: 12937207; PMCID: PMC1740618.

22. EPA, "Risk Assessment Methodology for Hazardous Substances: How to assess the risk, cost and benefit of new hazardous substances for use in New Zealand," 2018, Environmental Protection Authority.

23. Eriksson, M., et al., "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis," 2008, International Journal Cancer, Vol.123, pp. 1657 – 1663

24. Espanhol-Soares, M. et al., *Procedures to Evaluate the Efficiency of Protective Clothing Worn by Operators Applying Pesticide,* 57(8) Annals of Occupational Hygiene 1041 (2013).

25. Franz, T., *Evaluation of the Percutaneous Absorption of Roundup Formulations in Man Using an In-Vitro Technique* (Aug. 30, 1983) [MONGLY00135633 - MONGLY00135646].

26. Hardell, L., Mikael Eriksson & Marie Nordström. 2002. Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two Swedish Case-control Studies. *Leukemia & Lymphoma*, 43:5, 1043-1049.

27. Hardeman, Edwin v. Monsanto Company, U.S. District Court, Northern District of California, 3:16-CV-00525, Monsanto's Response to Plaintiff's Interrogatories and Third Document Request, Nov. 11, 2016.

28. IARC, 2017. Some organophosphate insecticides and herbicides. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans 112.

29. Illyassou, K., et al., "Risk Assessment for Small Farmers Exposed to Plant Protection Products in the Niger River Valley," 2017, Comm. Appl. Biol. Sci.

30. Anneli Jauhiainen, Kimmo Räsänen, Riitta Sarantila, Jyrki Nuutinen & Juhani Kangas (1991) OCCUPATIONAL EXPOSURE OF FOREST WORKERS TO GLYPHOSATE DURING BRUSH SAW SPRAYING WORK, American Industrial Hygiene Association Journal, 52:2, 61-64, DOI: 10.1080/15298669191364334 https://doi.org/10.1080/15298669191364334

31. Johnson, P. et al., *Operator Exposure When Applying Amenity Herbicides by All-Terrain Vehicles and Controlled Droplet Applicators,* 49 Annals of Occupational Hygiene 25 (2005).

32. Kougias, D. et al., *Risk Assessment of Glyphosate Exposures from Pilot Study with Simulated Heavy Residential Consumer Application of Roundup® Using a Margin of*

3

*Safety (MOS) Approach*, Soc'y Risk Analysis (2020).

33. Kramer, R., *Herbicide Applicator Exposure to N-Nitroso-Glyphosate during Application of Roundup Herbicide and Field Re-Entry* (Apr. 1978) [MONGLY01313767 - MONGLY01313816].

34. Lawson, A., et al., "Three Methods to Assess Levels of Farmers' Exposure to Pesticides in the Urban and Peri-urban Areas of Northern Benin," 2017, Tunisian Plant Protection Journal, Vol.12, pp. 91–108.

35. Lavy, T. et al., "Conifer Seedling Nursery Worker Exposure to Glyphosate," 1992, Arch. Environ.

36. Contamin. Toxicolo. Vol.22, pp. 6-13

37. Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17

38. Machado-Neto, J. G., Bassini, A. J., & Aguiar, L. C., "Safety of working conditions of glyphosate applicators on Eucalyptus forests using knapsack and tractor powered sprayers," 2000, Bulletin of Environmental Contamination and Toxicology, 64(3), pp. 309–315

39. McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 2001;10: 1155–63.

40. Mink, P.J., J.S. Mandel, B.K. Sceurman, and J. I. Lundin. 2012. Epidemiologic Studies Of Glyphosate And Cancer: A Review. *Reg. Tox. And Pharm.* 63:440-452.

41. Monsanto. 1999. Material Safety Data Sheet Roundup Ready-To-Use Weed & Grass Killer.

42. Monsanto. 2006. Material Safety Data Sheet Roundup Original® Herbicide.

43. Monsanto. 2011. Material Safety Data Sheet Roundup WeatherMAX® Herbicide

44. Monsanto. 2015. Material Safety Data Sheet Roundup PROMAX® Herbicide

45. MONGLY10394526-MONGLY10394545

46. MONGLY10394493-MONGLY10394496

47. MONGLY10394371-MONGLY10394400

48. MONGLY10394487-MONGLY10394489

49. MONGLY10394477-MONGLY10394478

50. MONGLY10394479-MONGLY10394481

51. MONGLY10394482-MONGLY10394486
52. MONGLY10394627-MONGLY10394629
53. MONGLY10394656-MONGLY10394658
54. MONGLY10394588-MONGLY10394590
55. MONGLY10394475-MONGLY10394476
56. MONGLY10394503-MONGLY10394504
57. MONGLY10394419-MONGLY10394423
58. MONGLY10394845-MONGLY10394851
59. MONGLY10394513-MONGLY10394522
60. MONGLY10394424-MONGLY10394452
61. MONGLY10394587
62. MONGLY10394609
63. MONGLY10394410-MONGLY10394418
64. MONGLY10394598-MONGLY10394608
65. MONGLY10394581-MONGLY10394583
66. MONGLY10394500-MONGLY10394502
67. MONGLY10394453-MONGLY10394474
68. MONGLY10394841-MONGLY10394844
69. MONGLY10394852-MONGLY10394921
70. MONGLY10394741-MONGLY10394749
71. MONGLY10394546-MONGLY10394580
72. MONGLY10394750-MONGLY10394835
73. MONGLY10394408-MONGLY10394409
74. MONGLY10394610-MONGLY10394626
75. MONGLY10394836-MONGLY10394840
76. MONGLY10394505-MONGLY10394512
77. MONGLY10394593-MONGLY10394597
78. MONGLY10394404-MONGLY10394407
79. MONGLY10394584-MONGLY10394586
80. MONGLY10394643-MONGLY10394655
81. MONGLY10394492
82. MONGLY10394591-MONGLY10394592

83. MONGLY10394497-MONGLY10394499

84. MONGLY10394659-MONGLY10394740

85. MONGLY10394490-MONGLY10394491

86. MONGLY10394523-MONGLY10394525

87. MONGLY10394401-MONGLY10394403

88. MONGLY10394630-MONGLY10394642

89. Jesper Bo Nielsen, Jens Ahm S⊘rensen & Flemming Nielsen (2009) The Usual Suspects—Influence of Physicochemical Properties on Lag Time, Skin Deposition, and Percutaneous Penetration of Nine Model Compounds, Journal of Toxicology and Environmental Health, Part A, 72:5, 315-323, DOI: 10.1080/15287390802529872 https://doi.org/10.1080/15287390802529872

90. NIH.  2023.  Calculate Your Body

91. Notice of Pesticide Registration, Roundup by Monsanto Super Concentrate Weed & Grass Killer2, EPA Reg. Number 71995-25, Dec. 3, 1999.

92. Notice of Pesticide Registration, Roundup by Monsanto Grass & Weed Killer, EPA Reg. Number 524-472, Apr. 6, 1994.

93. Operator exposure assessment for MON 2139 UK – Case" MONGLY06509236 – MONGLY06509258.

94. Pahwa, M. et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub- types: findings from the North American Pooled Project," 2019 Jun 27, Scand J Work Environ Health. pii: 3830. doi:10.5271/sjweh.3830 Ward, MH, JM Madrigal, RR Jones, MC Friesen, RT Falk, D Koebel, C Metayer.  2023.  Glyphosate In House Dust And Risk Of Childhood Acute Lymphoblastic Leukemia In California.  *Environment International.*  172:1-9.

95. Peillex, C., Pelletier, M., 2020. The impact and toxicity of glyphosate and glyphosate based herbicides on health and immunity. *J. Immunotoxicol.* **17**, 163–174.

96. Pierce, J., Benjamin Roberts, Daniel G. Kougias, Chris E. Comerford, Alexander S. Riordan, Kara A. Keeton, Heidi A. Reamer, Neva F. B. Jacobs & Jason T. Lotter.  2020.  Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup®, *Inhalation Toxicology*, 32:8:  354-367.

97. Portier CJ, Armstrong BK, Baguley BC, Baur X, Belyaev I, Bellé R, Belpoggi F, Biggeri A, Bosland MC, Bruzzi P, Budnik LT, Bugge MD, Burns K, Calaf GM, Carpenter DO, Carpenter HM, López-Carrillo L, Clapp R, Cocco P, Consonni D, Comba P, Craft E, Dalvie MA, Davis D, Demers PA, De Roos AJ, DeWitt J, Forastiere F, Freedman JH, Fritschi L, Gaus C, Gohlke JM, Goldberg M, Greiser E, Hansen J, Hardell L, Hauptmann M, Huang W, Huff J, James MO, Jameson CW, Kortenkamp A, Kopp-Schneider A, Kromhout H, Larramendy ML, Landrigan PJ, Lash LH, Leszczynski D, Lynch CF, Magnani C, Mandrioli D, Martin FL, Merler E, Michelozzi P, Miligi L, Miller AB, Mirabelli D, Mirer FE, Naidoo S, Perry MJ, Petronio MG, Pirastu R, Portier RJ, Ramos KS,

6

Robertson LW, Rodriguez T, Röösli M, Ross MK, Roy D, Rusyn I, Saldiva P, Sass J, Savolainen K, Scheepers PT, Sergi C, Silbergeld EK, Smith MT, Stewart BW, Sutton P, Tateo F, Terracini B, Thielmann HW, Thomas DB, Vainio H, Vena JE, Vineis P, Weiderpass E, Weisenburger DD, Woodruff TJ, Yorifuji T, Yu IJ, Zambon P, Zeeb H, Zhou SF. Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). *J Epidemiol Community Health*. 2016 Aug;70(8):741-5. doi: 10.1136/jech-2015-207005. Epub 2016 Mar 3. PMID: 26941213; PMCID: PMC4975799.

98. Rana, I., E. Taioli, and L. Zhang. 2020. Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma. *Environ Res*.191: 110140. doi:10.1016/j.envres.2020.110140.

99. Ridley, W. & K. Mirly, *Volume I: The Metabolism o/Glyphosate in Sprague Dawley Rats -Part 1. Excretion and Tissue Distribution of Glyphosate and its Metabolites following Intravenous and Oral Administration,* Monsanto Company (Mar. 23, 1988) [MONGLY00148193-MONGLY00148787].

100. Smith, S., *240 g/L Glyphosate SL Formulation (MON 79546)-In Vitro Absorption through Human Dermatomed Skin Using [14C}-Glyphosate* (Feb. 12, 2014) [MONGLY08731410-MONGLY08731464].

101. Smith, S., *720 glkg Glyphosate SG Formulation (MON 79991)-In Vitro Absorption through Human Dermatomed Skin Using [14C}-Glyphosate* (Feb. 12, 2014) [MONGLY0873 l 465 - MONGLY0873 li 523].

102. Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, Vol.46: sup 1, 21-27, DOI: 10.1080/10408444.2016.1214678; https://doi.org/10.1080/10408444.2016.1214678

103. Solomon, K., "Estimated exposure to glyphosate in humans via environmental, occupational and dietary pathways: an updated review of the scientific literature," 2019, Pest Management Science, 76(9), pp. 2878–2885. https://doi.org/10.1002/ps.5717

104. U.K. Health and Safety Executive, HSE, "Operator Exposure," 2016, Data requirements handbook, Retrieved from: http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides- registration/data-requirements-handbook/operator-exposure.htm

105. "UK POEM calculations in preparation of meeting Spanish competent authorities." MONGLY01275627.

106. U.S. EPA. 1992. Dermal Exposure Assessment, Principles and Applications (Interim Report).

107. U.S. EPA 2002. Supplemental Guidance for Developing Soil Screening Levels for Superfund Sites. OSWER 9355.4-24. December 2002.http://www.epa.gov/superfund/health/conmedia/soil/index.htm

108. U.S. EPA. 2002. FIFRA Conditional FIFRA Registration of MON-78998.

109. U.S. EPA. 2002. Registration of MON 78999 Herbicide. Reg.No. 71995-33, 09.09.2002.

110. U.S. EPA. 2013. Registration of LGL737 Ready-To-Use-Herbicide. Reg.No. 71995-56, 01.15.2013.

111. U.S. EPA. 2016. Occupational Pesticide Handler Unit Exposure Surrogate Reference Table.

112. U.S. EPA. 2023. Exposure Assessment Tools by Routes – Dermal. https://www.epa.gov/expobox/exposure-assessment-tools-routes-dermal

113. Ward, MH, JM Madrigal, RR Jones, MC Friesen, RT Falk, D Koebel, C Metayer. 2023. Glyphosate In House Dust And Risk Of Childhood Acute Lymphoblastic Leukemia In California. *Environment International*. 172:1-9.

114. Ward, R., *360g/L Glyphosate SL Formulation (MON 52276) In Vitro Absorption of Glyphosate through Human Epidermis* (Feb. 12, 2010) [MONGLY00698737 - MONGLY00698789].

115. Ward, R., *450 g/L Glyphosate SL Formulation (MON 79545) In Vitro Absorption of Glyphosate through Human Epidermis, DLT-09-093* (Feb. 12, 2010) [MONGLY00698684 - MONGLY00698736].

116. Ward, R., *480 g/L Glyphosate SL Formulation (MON 79351) In Vitro Absorption of Glyphosate through Human Epidermis* (Feb. 12, 2010) [MONGLY00698790 - MONGLY00698842].

117. Wester RC, Melendres J, Sarason R, McMaster J, Maibach HI. Glyphosate skin binding, absorption, residual tissue distribution, and skin decontamination. Fundam Appl Toxicol. 1991 May;16(4):725-32. doi: 10.1016/0272-0590(91)90158-z. PMID: 1884912.

118. Wester, R., et al., *In Vitro Percutaneous Absorption of Model Compounds Glyphosate and Malathion from Cotton Fabric into and through Human Skin,* 34 Food and Chemical Toxicology 731 (1996).

119. Williams GM, Kroes R, Munro IC. 2000. Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans. *Regul Toxicol Pharmacol*. (2 Pt 1):117-65

120. Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.00

121. Zoller, 0. et al., *Urine Glyphosate Level as a Quantitative Biomarker of Oral Exposure.* 228 Int'l J. & Hygiene and Env't Health 113526 (2020).

8