# EXHIBIT I

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  ROUNDUP PRODUCTS            MDL No. 2741
     LIABILITY LITIGATION
 5                  Case No. MDL No. 3:16-md-02741-VC
 6   THIS DOCUMENT RELATES TO:
 7   ANGELO BULONE v. MONSANTO COMPANY
     Case No. 3:20-cv-03719-VC
 8
 9
10   _____
11       VIDEOTAPED DEPOSITION OF ANGELO BULONE
     _____
12
13   DATE TAKEN:   Monday, November 29, 2021
14   TIME START:   10:58 a.m.
15   TIME END:     4:45 p.m.
16   LOCATION:     Conducted via Videoconference
17   REPORTED BY:  SHERI L. BYERS
                   Registered Professional Reporter
18
19
20
21
22
23
24
25
```

```
 1   APPEARANCES VIA VIDEOCONFERENCE:
 2       ATTORNEYS FOR THE PLAINTIFF:
 3           FEARS NACHAWATI, PLLC
             BY:  DANAE N. BENTON, ESQUIRE
 4           5473 Blair Road
             Dallas, Texas  75231
 5           214.890.0711
             dbenton@fnlawfirm.com
 6
 7       ATTORNEYS FOR THE DEFENDANT:
 8           SHOOK, HARDY & BACON, L.L.P.
             BY:  JOHN K. SHERK, ESQUIRE
 9           -and- JENNIFER E. HACKMAN, ESQUIRE
             555 Mission Street, Suite 2300
10           San Francisco, California  94105
             415.544.1900
11           jsherk@shb.com
             jhackman@shb.com
12
13
14
15   ALSO PRESENT:
16       MELISSA BARDWELL, VIDEOGRAPHER
17
18
19
20
21
22
23
24
25
```

```
 1                         I N D E X
 2                                                        PAGE
 3   EXAMINATION
 4         BY MR. SHERK                                      5
           BY MS. BENTON                                   161
 5
     Certificate of Reporter                              168
 6
 7
 8
 9                       E X H I B I T S
10   DEFENDANT'S        DESCRIPTION                      MARKED
11   EXH. 1    Defendant Monsanto Company's                 15
               Notice to Take Oral and
12             Videotaped Deposition of
               Plaintiff Angelo Bulone
13
     EXH. 2    Golf Course Photographs                      50
14
     EXH. 3    Residence Photographs                        76
15
     EXH. 4    Medical Records, Tidelands                  127
16             Health Oncology 001 through
               Tidelands Health Oncology 005
17
     EXH. 5    Plaintiff Fact Sheet                        141
18
     EXH. 6    Plaintiff Fact Sheet,                       148
19             Confidential-ABulone-PFS-000001
               through 000024
20
     EXH. 7    Summons and Complaint                       150
21
22
23
24
25
```

1        Q.   All right.  And you've been there ever
2   since?
3        A.   Yes, sir.
4        Q.   I don't -- I don't have much information
5   about you, Mr. Bulone, and that's why we're going
6   through some of this background material.
7             I also don't know --
8             MS. BENTON:  Counsel, you should have
9        received a production via Dropbox.
10            MR. SHERK:  Okay.  I didn't have anything
11       as of our start.  I'll take a look at a break
12       and see if --
13  BY MR. SHERK:
14       Q.   Anyway, sitting here at this moment in
15  time, Mr. Bulone, I don't -- I don't have much
16  information about you, which is why I'm going through
17  all this.
18            And I don't know the -- the addresses where
19  you applied Roundup over the years.  Can you tell me
20  those?
21       A.   When we moved to South Carolina, which
22  would be in 1983, somewhere, I don't know, possibly
23  within the first year, I purchased a weed killer
24  which may or may not -- I believe it was Roundup
25  because I was told it was very effective.  I used it

```
 1   very sparingly.
 2              I am not a big fan of grass.  I grew up in
 3   Brooklyn.  If it was up to me, I'd cement it all and
 4   paint it green.  But needless to say, there were some
 5   areas of our surrounding property that I wanted to
 6   keep the weeds down on due to the fact that we still
 7   had many snakes.  They're all gone.
 8              So I would say I started using Roundup
 9   intermittingly, and I'm not trying to minimize it,
10   but very occasionally from 19---- well, let's say
11   mid-1983, late of '83, until we bought the golf
12   course, which was in 1988.
13              Then for the next three some-odd years I
14   did use Roundup extensively.  When I say
15   "extensively," I mean on average at least five days a
16   week and approximately one and a half to three hours
17   a day depending upon the weather and depending upon
18   how much territory I had to cover.
19       Q.    And that would have been from 1988 to 1991?
20       A.    Yes, sir.
21       Q.    Okay.  And what happened in 1991?
22       A.    We sold the golf course.
23       Q.    And did your use of Roundup cease at that
24   point in time?
25       A.    No.  No.  Being cheap I grabbed two gallons
```

```
 1   of Roundup out of the chemical shed and brought them
 2   home for occasional use.
 3       Q.   Very good.  And when did you stop using
 4   Roundup?
 5       A.   When my wife told me to stop using it, and
 6   I think it was in 2019, I believe.
 7       Q.   Okay.  Thank you.
 8            So your use of Roundup took place entirely
 9   in South Carolina; is that correct?
10       A.   To the best of my knowledge, I -- I -- I
11   don't -- I know Carol had a small patch of grass,
12   shrubs on her property; and I do know that on one or
13   two minor occasions, I did spray a weed killer, which
14   my recollection I can't tell you exactly what it was.
15   It was something she had in her garage and she asked
16   me if I would spray it and I did so.
17            But other than that, I never used it in
18   Brooklyn and I never used it on any property that I
19   owned on Long Island.
20       Q.   Got it.
21            So this -- this potential use was in West
22   Hempstead at Carol's property?
23       A.   Yeah.  Yeah.  And -- and again, I know I'm
24   under oath, but I can't swear to that, if you know
25   what I'm saying.
```

1      A.   I used to take two gallons out of the --
2   out of the chemical locker and I would spray two
3   gallons every day.  And if necessary, if necessary, I
4   would go back and grab another gallon if I had the
5   time to do more spraying.  But I would definitely use
6   up to two gallons.  The two gallons were going to go.
7      Q.   All right.  So during the peak period
8   mid-April through mid-October, you sprayed every day
9   and it was one to three hours average, depending on
10  what else was going on, and you used two gallons
11  generally but sometimes more?
12     A.   Yes.
13     Q.   Okay.
14     A.   You know, obviously I didn't spray when it
15  was raining, you know.  I mean, I'm saying when
16  spraying was permissible or allowable or possible.
17     Q.   All right.  Let's now zero in on the off
18  months, and that would be mid-October to mid-April.
19     A.   All right.  Again, I would take two gallons
20  with me, but depending upon the time I had available,
21  I might not use up the whole -- the whole two
22  gallons.  And I would probably spray three, maybe
23  four times a week, not more than that.
24     Q.   And approximately how long would it take
25  you during these off months to spray?

```
 1                CERTIFICATE OF REPORTER
 2
              I, Sheri L. Byers, Registered
 3   Professional Reporter and Notary Public for the State
     of South Carolina at Large, do hereby certify:
 4
              That the foregoing deposition was taken
 5   before me on the date and at the time and location
     stated on page 1 of this transcript; that the deponent
 6   was duly sworn to testify to the truth, the whole
     truth and nothing but the truth; that the testimony of
 7   the deponent and all objections made at the time of
     the examination were recorded stenographically by me
 8   and were thereafter transcribed; that the foregoing
     deposition as typed is a true, accurate and complete
 9   record of the testimony of the deponent and of all
     objections made at the time of the examination to the
10   best of my ability.
11            I further certify that I am neither
     related to nor counsel for any party to the cause
12   pending or interested in the events thereof.
13            Witness my hand, I have hereunto
     affixed my official seal this 8th day of December,
14   2021, at Lexington, Lexington County, South Carolina.
15
16
17
18                      _____
                        Sheri L. Byers,
19                      Registered Professional Reporter,
                        Notary Public
20                      State of South Carolina at Large
                        My Commission expires:
21                      October 30, 2023
22
23
24
25
```