# EXHIBIT J

# EXHIBIT D

DR. CLARK
10-30-23
Exhibit
**6**

# Interview Form

40 minutes

Subject: Angelo Bolone

Date: Sept 21, 2023

## Dietary Habits

| Food Item | Intake | Notes |
|---|---|---|
| **Dairy** | | |
| Butter | | Not big dairy person |
| Eggs | | Not big egg fan. |
| Milk | | In Navy drink a lot. |
| **Proteins** | | |
| Bacon | x | |
| Beef | x | |
| Chicken | x | |
| Fish | | |
| Lamb | | |
| Pork | x | Not big pork fan. |
| Salmon | | |
| Shellfish | | |
| Tuna | | |
| ~~Turkey~~ Veal | x | |
| **Fruits and Vegetables** | | |
| Fruits | | |
| Oils | | |
| Vegetables | | |

Addl notes:

Eats lots of pasta – Italian!

Interview Form

Subject:

Date:

| Potential Confounding/Risk Factors | Yes/No |
|---|---|
| **Family History and Genetics** | |
| Family History of Cancers | — No NHL |
|    Mother | lung cancer |
|    Father | hep. B – died |
|    Grandparents | GF – heart attack, GF – died, to alcohol. liver failure / GF – died diabetes |
|    Siblings | Sister – breast cancer |
| Genetic Tests?   none. | |
| **Medical Conditions/Medical Interventions** | |
| Prior significant pharmacological regimens | No |
| Any history of hematopoietic malignancies or other cancers? | |
| Ever been prescribed long-term immunosuppressive pharmaceuticals such as prednisone? | |
| Ever prescribed cyclophosphamide or any other drugs to treat cancer prior to NHL treatment? | |
| History of organ transplant? | |
| Ever been diagnosed with Type II diabetes? | |
| Ever been diagnosed with Grave's disease? | |
| Ever been diagnosed with Sjögren's syndrome? | |
| Ever been diagnosed with Crohn's disease? | |
| Ever been diagnosed with rheumatoid arthritis? | |
| Ever been diagnosed with ulcerative colitis? | ✓ |
| **Infectious Agents** | |
| Ever been diagnosed with Hepatitis B or C? | No |
| Ever been diagnosed with Epstein-Barr Virus (EBV)? | |
| Ever been diagnosed with gastric infection of *Helicobater pylori*? | |
| Ever been diagnosed with Lyme disease? | |
| Ever been diagnosed with retrovirus human T-cell lymphotropic virus (HTLV-1) | |
| Ever been diagnosed with herpes virus 8 (HHV8) | |
| Ever been diagnosed with HIV, AIDS? | ✓ |
| **Life Style Factors** | |
| Significant alcohol consumption history | Glass of wine occasionally |

# Interview Form

**Subject:**

**Date:**

| Potential Confounding/Risk Factors | Yes/No |
|---|---|
| Smoking history and pack-year calculations | Yes. 36 yrs 2.5 pack/day Quit 34 yrs ago |
| Use of hair dye? | No |
| Drugs-of-abuse |  |
| Any history of obesity? |  |
| **Radiation Exposures** | |
| Significant radiological exposures or CT scans prior to NHL treatment? | dental x-rays |
| **Environmental Factors** | |
| Ever lived near or adjacent to a Superfund site? | No |
| Paint and/or paint solvent exposure? | No |
| Significant exposures to benzene? | No |
| Exposure to petroleum products? | 9 mo. aviation fuel & JP5 (Navy) Fuel Crew No skin exposure. |
| Ever farmed or been exposed to livestock? | No |
| Any unusual or chronic gasoline exposures? | No |
| **Workplace Exposures** | |
| Use of solder for pipe welding? | No |
| Ever welded pipes? | Devoir wade in class. lead solder. |
| Ever used plumbing PVC glue? | No |
| **Chemical Exposures** | |
| Use of a wasp killer or other insecticide/pesticide? | No |
| Use of herbicide other than Roundup®? | No |
| Use of Miracle-Gro (COC = Potassium nitrate and Urea)? | No. Wife uses occas. |
| Use of AMDRO ant killer (COC = Hydramethylnon)? | No |
| Ever used 2,4-D (COC = 2,4-D)? | No |
| Ever used Diazinon (COC = Diazinon and Naphtha)? | No |
| Ever used Weed & Feed ? (COC = Atrazine) | No |
| Ever used Snake-A-Way (COC = Naphthalene)? | No |
| Ever used Sevin (COC = Carbaryl)? | No |
| Use of any other home gardening/landscape chemicals? | No |
| Use of latex paint? | Home repair |
| Other underlying chemical exposures? | No |