# EXHIBIT K

```
 1                SUPERIOR COURT OF CALIFORNIA
 2                     COUNTY OF ALAMEDA
 3     BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING
 4                    DEPARTMENT NUMBER 21
 5                         ---oOo---
 6   COORDINATION PROCEEDING         )
     SPECIAL TITLE (RULE 3.550)      )
 7                                   )
     ROUNDUP PRODUCTS CASE           )  JCCP No. 4953
 8                                   )
     _____ )
 9                                   )
     THIS TRANSCRIPT RELATES TO:     )
10                                   )
     Pilliod, et al.                 )  Case No.  RG17862702
11         vs.                       )
     Monsanto Company, et al.        )  Pages 3075 - 3301
12   _____ )  Volume 19
13
14
15              **Reporter's Transcript of Proceedings**
16                   Thursday, April 11, 2019
17
18
     Reported by: Kelly L. Shainline, CSR No. 13476, RPR, CRR
19                Lori Stokes, CSR No. 12732, RPR
                  Stenographic Court Reporters
20
21
22                          BARS
23
24                   BAY AREA REPORTING
                         SOLUTIONS
25
                          888.526.8243
                   www.BayAreaReportingSolutions.com
                                                           3075
```

```
 1      APPEARANCES OF COUNSEL:

 2

 3      For Plaintiffs:

 4           THE MILLER FIRM, LLC
             108 Railroad Avenue
 5           Orange, Virginia  22960
             (540)672-4224
 6           BY:  MICHAEL J. MILLER, ATTORNEY AT LAW
                  mmiller@millerfirmllc.com
 7

 8           BAUM HEDLUND ARISTEI & GOLDMAN PC
             10940 Wilshire Boulevard, 17th Floor
 9           Los Angeles, California 90024
             (310) 207-3233
10           BY:  R. BRENT WISNER, ATTORNEY AT LAW
                  rbwisner@baumhedlundlaw.com
11                PEDRAM ESFANDIARY, ATTORNEY AT LAW
                  pesfandiary@baumhedlundlaw.com
12

13

14         (APPEARANCES CONTINUED ON FOLLOWING PAGE)

15

16

17

18

19

20

21

22

23

24

25
                                                                  3076
```

```
 1    APPEARANCES:  (CONTINUED)

 2    For Defendants:

 3         EVANS FEARS & SCHUTTERT LLP
           2300 W. Sahara Ave, Suite 950
 4         Las Vegas, Nevada  89102
           (702) 805-0290
 5         BY:  KELLY A. EVANS, ATTORNEY AT LAW
                kevans@efstriallaw.com
 6
           HINSHAW
 7         One California Street, 18th Floor
           San Francisco, California  94111
 8         (415) 362-6000
           BY:  EUGENE BROWN JR., ATTORNEY AT LAW
 9              ebrown@hinshawlaw.com

10         GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
           564 West Randolph Street, Suite 400
11         Chicago, Illinois 60661
           (312) 681-6000
12         BY:  TAREK ISMAIL, ATTORNEY AT LAW
                tismail@goldmanismail.com
13
           HOLLINGSWORTH LLP
14         1350 I Street, N.W.
           Washington, DC 20005
15         (202)898-5800
           BY:  KIRBY GRIFFIS, ATTORNEY AT LAW
16              kgriffis@hollingsworthllp.com

17
      (Multiple other counsel present as reflected in the
18    minutes.)

19

20

21

22

23

24

25
                                                          3077
```

```
 1                          I N D E X
 2
     Thursday, April 11, 2019
 3
     PLAINTIFFS' WITNESSES                           PAGE VOL.
 4
 5   SAWYER, WILLIAM

 6   Direct Examination by Mr. Wisner               3104   19
     Cross-Examination by Mr. Evans                 3252   19
 7   Redirect Examination by Mr. Wisner             3289   19

 8   REEVES, WILLIAM

 9   By Video Deposition resumed (not reported)     3294   19

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                           3078
```

```
 1                    WILLIAM SAWYER,
 2    called as a witness for the plaintiffs, having been duly
 3    sworn, testified as follows:
 4            THE WITNESS:  Yes, I do.
 5            THE CLERK:  Thank you.  Please be seated.
 6            And would you please state and spell your name
 7    for the record.
 8            THE WITNESS:  William Robert Sawyer,
 9    S-A-W-Y-E-R.
10            THE COURT:  Let me just grab these things from
11    yesterday.
12            MR. WISNER:  Your Honor, I have binders for
13    the witness and yourself.
14            THE COURT:  Thank you.
15            MR. WISNER:  May I proceed?
16            THE COURT:  Yes, you may.
17            MR. WISNER:  Thank you.
18                    DIRECT EXAMINATION
19    BY MR. WISNER:
20        Q.   Good morning, sir.  How are you?
21        A.   Very good.
22        Q.   Could you please introduce yourself to the
23    jury by telling them your name, where you're from, and
24    where you currently live.
25        A.   Certainly.  I live -- well, my name is
```

1     required to go through the medical school curriculum.
2         **Q.**   And I understand, if you look at the top of
3     your CV here, it says that you are a forensic
4     toxicologist.  Do you see that?
5         **A.**   Yes.
6         **Q.**   We're going to get to what that is in a
7     second.  My first question is generally what is
8     toxicology?
9         **A.**   Well, toxicology is the -- really the study of
10    the effects of any adverse agents on the body, whether
11    it be radionuclides, chemicals, drugs of abuse,
12    pesticides, herbicides, any adverse effect on a chemical
13    from an exogenous agent is the field of toxicology.
14              And toxicologists are the ones who determine
15    what chemicals cause adverse effects, how and why.
16        **Q.**   What work -- did you do a dissertation for
17    your Ph.D.?
18        **A.**   I did, yes.
19        **Q.**   What did you look at?
20        **A.**   It came to my attention and I also as part of
21    my training worked in the state toxicology department.
22    We handled all the deaths for the State of Indiana, any
23    death that was of uncertain cause.
24              And I noted -- and my mentor, Dr. Forney, a
25    very famous toxicologist, noted that we were seeing

1      **Q.**   And I guess I want to talk about the Pilliods
2   for a minute.  Let's start off with Mrs. Pilliod, okay?
3           Have you evaluated whether or not the
4   Pilliods -- Mrs. Pilliod's exposure to Roundup was of a
5   sufficient amount to cause her NHL?
6      **A.**   Yes.  I gathered the information from their
7   deposition testimony, and also by direct phone
8   interview.
9           I ascertained the information to calculate the
10  number of days used for direct comparison to the
11  peer-reviewed study by McDuffie and Eriksson, as well as
12  the Agricultural Health Study, which lists what we call
13  quartiles of exposure.  In other words, the lowest
14  25 percent, the 25 to 50, the 50 to 75, and the 75 to
15  100 percent.
16          And I compared their days of exposure to those
17  three studies to determine whether they were in
18  reasonable range of that -- of those who were studied in
19  the human epidemiology database that showed an increased
20  risk of non-Hodgkin's lymphoma.
21     **Q.**   Now, that raises an issue that I actually want
22  to talk to you about before we get into the Pilliods
23  much further.
24          There's been some discussion about the dose
25  level used in rodent studies and how that compares to

```
1    State of California              )
                                      )
2    County of Alameda                )

3

4        We, Kelly L. Shainline and Lori Stokes, Court
5    Reporters at the Superior Court of California, County of
6    Alameda, do hereby certify:
7        That we were present at the time of the above
8    proceedings;
9        That we took down in machine shorthand notes all
10   proceedings had and testimony given;
11       That we thereafter transcribed said shorthand notes
12   with the aid of a computer;
13       That the above and foregoing is a full, true, and
14   correct transcription of said shorthand notes, and a
15   full, true and correct transcript of all proceedings had
16   and testimony taken;
17       That we are not a party to the action or related to
18   a party or counsel;
19       That we have no financial or other interest in the
20   outcome of the action.
21   Dated:  April 11, 2019
22
23   _____Kelly Shainline_____        _____Lori Stokes_____
24      Kelly L. Shainline                Lori Stokes
        CSR No. 13476, CRR               CSR No. 12732, RPR
25
```

3301