# EXHIBIT L

```
 1                SUPERIOR COURT OF CALIFORNIA
 2                     COUNTY OF ALAMEDA
 3    BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING
 4                     DEPARTMENT NUMBER 21
 5                          ---oOo---
 6   COORDINATION PROCEEDING        )
     SPECIAL TITLE (RULE 3.550)     )
 7                                  )
     ROUNDUP PRODUCTS CASE          )   JCCP No. 4953
 8                                  )
     _____ )
 9                                  )
     THIS TRANSCRIPT RELATES TO:    )
10                                  )
     Pilliod, et al.                )   Case No.  RG17862702
11         vs.                      )
     Monsanto Company, et al.       )   Pages 4604 - 4798
12   _____ )   Volume 28
13
14
15            **Reporter's Transcript of Proceedings**
16                  Tuesday, April 30, 2019
17
18
     Reported by: Kelly L. Shainline, CSR No. 13476, RPR, CRR
19                Lori Stokes, CSR No. 12732, RPR
                  Stenographic Court Reporters
20
21
22                          BARS
23
                    BAY AREA REPORTING
24                      SOLUTIONS
25                     888.526.8243
                www.BayAreaReportingSolutions.com
```

```
 1      APPEARANCES OF COUNSEL:

 2

 3      For Plaintiffs:

 4           THE MILLER FIRM, LLC
             108 Railroad Avenue
 5           Orange, Virginia  22960
             (540)672-4224
 6           BY:  MICHAEL J. MILLER, ATTORNEY AT LAW
                  mmiller@millerfirmllc.com
 7

 8           BAUM HEDLUND ARISTEI & GOLDMAN PC
             10940 Wilshire Boulevard, 17th Floor
 9           Los Angeles, California 90024
             (310) 207-3233
10           BY:  R. BRENT WISNER, ATTORNEY AT LAW
                  rbwisner@baumhedlundlaw.com
11                PEDRAM ESFANDIARY, ATTORNEY AT LAW
                  pesfandiary@baumhedlundlaw.com
12

13

14         (APPEARANCES CONTINUED ON FOLLOWING PAGE)

15

16

17

18

19

20

21

22

23

24

25
```

```
 1     APPEARANCES:  (CONTINUED)

 2     For Defendants:

 3         EVANS FEARS & SCHUTTERT LLP
           2300 W. Sahara Ave, Suite 950
 4         Las Vegas, Nevada  89102
           (702) 805-0290
 5         BY:  KELLY A. EVANS, ATTORNEY AT LAW
                kevans@efstriallaw.com
 6
           HINSHAW
 7         One California Street, 18th Floor
           San Francisco, California  94111
 8         (415) 362-6000
           BY:  EUGENE BROWN JR., ATTORNEY AT LAW
 9              ebrown@hinshawlaw.com

10         GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
           564 West Randolph Street, Suite 400
11         Chicago, Illinois 60661
           (312) 681-6000
12         BY:  TAREK ISMAIL, ATTORNEY AT LAW
                tismail@goldmanismail.com
13
       (Multiple other counsel present as reflected in the
14     minutes.)

15

16

17

18

19

20

21

22

23

24

25

                                                              4606
```

**I N D E X**

Tuesday, April 30, 2019

| **DEFENDANT'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|

**PHALEN, ROBERT**

| | | |
|---|---|---|
| Direct Examination by Mr. Evans | 4609 | 28 |
| Voir Dire Examination by Mr. Wisner | 4619 | 28 |
| Direct Examination resumed by Mr. Evans | 4620 | 28 |
| Cross-Examination by Mr. Wisner | 4663 | 28 |
| Redirect Examination by Mr. Evans | 4726 | 28 |
| Recross-Examination by Mr. Wisner | 4733 | 28 |

```
 1    name?
 2            THE CLERK:  Yes, sir.
 3            THE WITNESS:  P, as in Peter, H-A-L-E-N.
 4            THE COURT:  All right.  You may proceed,
 5    Mr. Evans.
 6            MR. EVANS:  Thank you, Your Honor.
 7                      DIRECT EXAMINATION
 8    BY MR. EVANS:
 9        Q.  Good morning, Dr. Phalen.  How are you?
10        A.  Good.
11        Q.  First time in court today?
12        A.  Yes, first time ever.
13        Q.  Well, I think I may have been here a day or
14    two more than you, so let's see if we can struggle
15    through today; okay?
16        A.  Sounds good.
17        Q.  All right.  So could you introduce yourself to
18    the ladies and gentlemen of the jury, please.
19        A.  My name is Robert Phalen.  I'm an associate
20    professor in industrial hygiene and safety at the
21    University of Houston Clear Lake.
22        Q.  All right.  And when you say you're an
23    associate professor, what are you associate professor
24    of?
25        A.  Well, my primary area of expertise is
```

1       industrial hygiene.
2           **Q.**   Okay.  And what does industrial hygiene mean?
3           **A.**   We're the ones that go out into the workplace,
4       into the homes, into the communities, and we assess
5       exposures.  And we determine whether or not they're
6       acceptable.  And if they're not acceptable, then we work
7       to control them.
8           **Q.**   All right.  And the term "industrial hygiene,"
9       we talked about this before, is that a -- is it limited
10      to what you do, to actually what goes in industry or in
11      a factory?
12          **A.**   No, it's not.  We have been trying to change
13      the name for about 20 years now.  So generally when we
14      try to explain what we do, it's occupational safety,
15      it's like occupational and environmental safety and
16      health.  So we're -- it's not limited.  What we do in
17      the workplace also applies to the community and people's
18      homes.
19              A lot of what we do is things like indoor air
20      quality in people's homes.
21          **Q.**   All right.
22              **MR. EVANS:**  Permission to publish his CV?
23              **MR. WISNER:**  No objection, Your Honor.
24              **THE COURT:**  Granted.
25                      (Document published.)

4610

1            scatter microscopic tissues and bound
2            chemical to the atmosphere making total
3            accountability impossible to achieve.
4       **Q.**   All right.  And so what does it -- what does
5  it mean that the top -- the continual shedding of the
6  top layer of the stratum corneum; what does that mean?
7       **A.**   It means we're continually shedding skin cells
8  so we're -- we're losing that in those skin cells that
9  are being shed from the outer layer of the skin.
10      **Q.**   And does that happen in humans as well as
11 monkeys?
12      **A.**   It does, but I've -- I've seen this issue more
13 with the monkey studies.
14      **Q.**   All right.  Now, let's shift topics and talk a
15 minute about the actual Mr. and Mrs. Pilliod's use.
16           And did you actually analyze that?
17      **A.**   Well, I evaluated how they were using the
18 products and -- and evaluated, you know, dermally -- how
19 it would be dermally absorbed and used all that
20 information to calculate their dose.  But part of that
21 was to evaluate their -- what they report in their
22 deposition and also do a site visit.
23      **Q.**   All right.  So you looked at what they said
24 about how they used the product, and you also did a site
25 visit to the Agate Court, their residence?

```
1    State of California           )
                                    )
2    County of Alameda              )

3

4         We, Kelly L. Shainline and Lori Stokes, Court

5    Reporters at the Superior Court of California, County of

6    Alameda, do hereby certify:

7         That we were present at the time of the above

8    proceedings;

9         That we took down in machine shorthand notes all

10   proceedings had and testimony given;

11        That we thereafter transcribed said shorthand notes

12   with the aid of a computer;

13        That the above and foregoing is a full, true, and

14   correct transcription of said shorthand notes, and a

15   full, true and correct transcript of all proceedings had

16   and testimony taken;

17        That we are not a party to the action or related to

18   a party or counsel;

19        That we have no financial or other interest in the

20   outcome of the action.

21   Dated:  April 30, 2019

22

23   _____Kelly Shainline_____        _____Lori Stokes_____

24       Kelly L. Shainline              Lori Stokes
         CSR No. 13476, CRR              CSR No. 12732, RPR
25
```