# EXHIBIT Q


Case 3:16-md-02741-VC   Document 17738-18   Filed 01/08/24   Page 2 of 6
Marc J. Braunstein, M.D.

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS      MDL NO. 2741
     LIABILITY LITIGATION
 5                                CASE NO. MDL NO.
                                  3:16-MD-02741-VC
 6
     This document relates to:
 7
     ANGELO BULONE VS. MONSANTO
 8   COMPANY

 9   CASE NO. 3:20-CV-03719-VC

10

11

12
     VIDEOTAPED DEPOSITION OF MARC J. BRAUNSTEIN, M.D.
13
     _____
14

15   DATE TAKEN: October 24th, 2023

16   TIME BEGAN: 9:27 a.m. Eastern

17   TIME ENDED: 11:08 a.m. Eastern

18   LOCATION: (Via videoconference)

19

20

21

22

23   REPORTED BY:   Anthony C. DiMartino, CSR
                    Golkow Litigation Services
24

25
```

Golkow Litigation Services                              Page 1

```
 1    APPEARANCES:

 2
      FEARS NACHAWATI, PLLC
 3    BY: GIBBS HENDERSON, ESQUIRE
      5489 Blair Road
 4    Dallas, Texas 75231
      214-890-0711
 5    ghenderson@ntrial.com
      (Via videoconference)
 6    Representing the Plaintiff

 7
      NELSON, MULLINS, RILEY & SCARBOROUGH LLP
 8    BY: HEATHER M. FIELDS, ESQUIRE
      901 East Byrd Street
 9    Suite 1650
      Richmond, VA 23219
10    804.533.2900
      heather.fields@nelsonmullins.com
11    (Via videoconference)
      Representing the Defendant
12
      Also Present: Maddie Howell, videographer
13    (Via videoconference)

14

15

16

17

18

19

20

21

22

23

24

25
```

 1      A.   I ruled it out based on, you know, the

 2   available evidence that I have.

 3           Again, I haven't seen any reports from any

 4   experts in this case about his benzine -- the nature

 5   of his benzine exposure, but again it can't be a

 6   hundred percent ruled out.

 7      Q.   Okay.  So his benzine exposure can not be

 8   ruled out is your opinion, correct?

 9      A.   Yes.

10      Q.   And you indicated that in terms of benzine

11   exposure that you didn't have a dosage necessarily,

12   but did you have a dosage for his glyphosate

13   exposure when you formulated your opinions in 2023?

14      A.   In 2023 just from Dr. Clark's time weighted

15   exposure information.

16      Q.   And do you know how that number was

17   calculated by Dr. Clark?

18      A.   I don't know all of the details, but it was

19   his expert assessment that based on the number of

20   anticipated days of exposure that Mr. Bulone

21   reported he was able to calculate the time weighted

22   exposure days.

23      Q.   And in your report you mentioned that Mr.

24   Bulone's Roundup exposure is more than the minimum

25   exposure reported in epidemiologic studies

```
 1   associating GBS to NHL; is that correct?
 2        A.   Yes.
 3        Q.   And what is the minimum exposure that
 4   you're referencing?
 5        A.   Well, some them are summarized in table 1.
 6   You know, some studies look at ever and never
 7   exposure, some look at a minimum of 2 days, some
 8   look at a minimum of 10 days and, you know, by all
 9   assessments he surpassed that.
10        Q.   In the studies that you're referencing do
11   those studies just look at Roundup use in terms of
12   exposure?
13        A.   Some of them looked at other, you know,
14   agents.
15        Q.   And do you know how many other agents were
16   considered?
17        A.   I don't know the exact number, no.
18        Q.   And do you know if they were more than 30?
19        A.   It's possible, yes.
20        Q.   And typically when doing studies you
21   control for confounding variables, correct?
22        A.   You attempt to, yes.
23        Q.   And a confounding variable would be another
24   chemical that might also influence the results,
25   correct?
```

```
 1    CERTIFICATION:
 2    STATE OF NEW YORK
 3    COUNTY OF ONTARIO
 4          I, ANTHONY C. DiMARTINO, C.S.R. the officer
 5    before whom the foregoing deposition was taken, do
 6    hereby certify that the witness whose testimony
 7    appears in the foregoing deposition was duly sworn
 8    by me.
 9          I further certify that the testimony of said
10    witness was taken by me in Stenotype and thereafter
11    reduced to typewriting under my supervision.
12          I further certify that the said deposition
13    constitutes a true record of the testimony given by
14    said witness to the best of my ability.
15          I further certify that the said deposition was
16    taken before me at the time and place specified in
17    the notice.
18          I further certify that I am neither counsel
19    for, related to, nor employed by any of the parties
20    to the action in which this deposition was taken,
21    nor financially or otherwise interested in the
22    outcome of the action.
23
24                  *Anthony C. DiMartino* (signature)
25                  Anthony C. DiMartino, C.S.R.
```