Steven N. Williams (State Bar No. 175489)
Steven Williams Law, P.C.
201 Spear Street, Suite 1100
San Francisco, California 94105
Telephone: 415-697-1507
Email:   swilliams@stevenwilliamslaw.com

*Counsel for Plaintiff Lois Rolish*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
|---|---|
| LOIS ROLISH, | Case No. 3:16-md-02741-VC |
| Plaintiff, | **DECLARATION OF STEVEN N. WILLIAMS IN OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF DR. CHRISTOPHER ROSENBAUM** |
| v. | |
| MONSANTO COMPANY, | **Judge: Hon. Vince Chhabria** |
| Defendant. | **Date:   March 1, 2024** |
| 3:20-cv-01421-VC | **Time: 10:00 a.m.** |
| | **Courtroom: 4, 17th Floor** |

Case No. 16-md-02741-VC;
3:20-cv-01421-VC

DECLARATION OF STEVEN N. WILLIAMS IN OPPOSITION TO DEFENDANT'S' MOTION TO EXCLUDE TESTIMONY OF DR. CHRISTOPHER ROSENBAUM

I, Steven N. Williams, declare

1. I am counsel for Plaintiff Lois Rolish. The statements made herein are of my own first-hand knowledge and if called upon to testify thereto I could do so. I make this declaration pursuant to 28 U.S.C. § 1746 in opposition to Defendant's motion to exclude the testimony of Dr. Christopher Rosenbaum.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's complaint in this case.

3. Attached hereto as Exbibit 2 is a true and correct copy of the C.V. of Dr. Christopher Rosenbaum.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of Dr. Christopher Rosenbaum dated September 23, 2023.

5. Attached hereto as Exhibit 4 are true and correct excerpts from the deposition of Dr. Christopher Rosenbaum taken in this case on November 21, 2023.

6. Attached hereto as Exhibit 5 are true and correct excerpts from the deposition of Dr. Jack Jacoub taken in this case on October 11, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of Exhibit 6 from the deposition of Dr. Jack Jacoub taken in this case on October 11, 2023

8. Attached hereto as Exhibit 7 is a true and correct copy of the the expert report of Dr. Richard Bakst dated October 24, 2023.

9. Attached hereto as Exhibit 8 are true and correct copies of excerpts from the deposition of Dr. Richard Bakst taken in this case on December 20, 2023.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. This declaration was executed in New York, New York on the 8th day of January, 2024.

1
2                                              Steven N. Williams
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.  16-MD-02741-VC;
3:20-cv-01421-VC                                  2
DECLARATION OF STEVEN N. WILLIAMS IN OPPOSITION TO DEFENDANT'S MOTION
TO EXCLUDE TESTIMONY OF DR. CHIRSTOPHER ROSENBAUM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.  16-MD-02741-VC;
3:20-cv-01421-VC                                    3
DECLARATION OF STEVEN N. WILLIAMS IN OPPOSITION TO DEFENDANT'S MOTION
TO EXCLUDE TESTIMONY OF DR. CHIRSTOPHER ROSENBAUM