# Christopher D Rosenbaum, MD MSc FACEP

**PERSONAL INFORMATION:**

| | |
|---|---|
| Personal Address: | 46 May Street<br>Needham, MA 02492 |
| Work Address: | Newton-Wellesley Hospital<br>Department Emergency Medicine<br>2014 Washington Street<br>Newton, MA 02462 |
| Telephone: | 617-272-0874 (cell)<br>617-243-6040 (office) |
| Pager: | 617-540-9337 |
| FAX: | 617-243-6924 |
| E-mail (personal): | crosen5@gmail.com (preferred email) |
| E-mail (work, NWH): | crosenbaum@partners.org |
| E-mail (work, Tufts): | Christopher.Rosenbaum@tufts.edu |

**EDUCATION:**

| | |
|---|---|
| 1995 – 1999 | BA Chemistry,<br>College of the Holy Cross<br>1 College Street<br>Worcester, MA, 01610-2322 |
| 1997-1998 | Chemistry (Junior Year Abroad)<br>University of Sussex,<br>Brighton, UK<br>BN19RH |
| 2001 – 2005 | MD<br>Loyola University Chicago, Stritch School of Medicine<br>2160 South First Avenue<br>Maywood, IL, 60153 |
| 2008-2011 | MSc (Clinical Investigation)<br>University of Massachusetts Graduate School of Biomedical Sciences,<br>55 Lake Avenue North<br>Worcester, MA, 01655 |

**POST-GRADUATE MEDICAL TRAINING:**

| | |
|---|---|
| 2005 – 2008 | Resident Emergency Medicine,<br>University of Massachusetts Medical School,<br>Worcester, MA. |
| 2007 – 2008 | Chief Resident Emergency Medicine (elected),<br>University of Massachusetts Medical School,<br>Worcester, MA |

| | |
|---|---|
| 2008 – 2010 | Fellow Medical Toxicology, Department Emergency Medicine, Division Medical Toxicology, University of Massachusetts Medical School, Worcester, MA. |

## LICENSURE AND BOARD CERTIFICATION:

Massachusetts Physician License # 231343

| | |
|---|---|
| American Board of Emergency Medicine Diplomate | 2009 |
| American Board of Emergency Medicine Medical Toxicology Subspecialty | 2010 |

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 2008 – 2011 | Clinical Instructor Department of Emergency Medicine, University of Massachusetts Medical School, Worcester, MA |
| 2011 – 2013 | Assistant Professor Department of Emergency Medicine, University of Massachusetts Medical School, Worcester, MA |
| 2012 – present | Assistant Clinical Professor Department of Emergency Medicine Tufts University School of Medicine Boston, MA |

## HOSPITAL AND OTHER PROFESSIONAL APPOINTMENTS:

| | |
|---|---|
| 2008 – 2012 | Attending Emergency Physician University of Massachusetts Medical Center, (University & Memorial Campuses), 55 Lake Avenue North, Worcester, MA 01655 508-421-1400 |
| | Memorial Campus 119 Belmont Street Worcester, MA, 01605-2903 508-421-1400 |
| 2008 – 2020 | Attending Emergency Physician (per diem) Leominster Hospital, 60 Hospital Road Leominster, MA, 01453-2205 508-852-2001 |
| 2009 – 2012 | Attending Emergency Physician Marlborough Hospital, |

**Curriculum Vitae**             Page        3             Christopher D. Rosenbaum, M.D.

                                157 Union Street
                                Marlborough, MA, 01752
                                508-421-1400

2013 – present              Director of Medical Toxicology
                            Attending Emergency Physician
                            Newton-Wellesley Hospital
                            2014 Washington Street
                            Newton, MA 02462
                            617-243-6040

2015 – present              Attending Emergency Physician
                            VA Medical Center
                            1400 VFW Parkway
                            West Roxbury, MA 02132
                            617-323-7700

**MEMBERSHIPS AND SOCIETIES:**

| | |
|---|---|
| 2005 – 2010 | Emergency Medicine Resident's Association |
| 2005 – 2010 | Society for Academic Emergency Medicine |
| 2008 – 2010 | American Medical Informatics Association |
| 2005 – | American College of Emergency Physicians (#A481808) |
| 2008 – | American College of Medical Toxicology |
| 2008 – | American Academy of Clinical Toxicology |

**HONORS AND AWARDS:**

2006        Resident Research Award,
            Society for Academic Emergency Medicine & Emergency Medicine Foundation

2006        Gerald F. Berlin Creative Writing Contest Finalist,
            University of Massachusetts Medical School, Worcester, MA

2016        Outstanding Section Newsletter *Award of Distinction*
            2014-2015 ACEP Toxicology Section Newsletter (Editor)

**PROFESSIONAL ACTIVITIES:**

*Departmental/Institutional:*

2007           Ultrasound Instructor for Community Practice Emergency Medicine Faculty

2007 – 2012    Emergency Medicine Residency Admissions Committee Member,
               University of Massachusetts Medical School, Worcester MA.

2008 – 2012    Clinical Instructor, Physical Diagnosis in the Emergency Department,
               University of Massachusetts Medical School, Worcester MA.

2009 – 2012    Advisor, Emergency Medicine Residency Advisor Program
               University of Massachusetts Medical School, Worcester MA.

**Curriculum Vitae**         Page        4         Christopher D. Rosenbaum, M.D.

| | |
|---|---|
| 2009 – 2012 | Member, Institutional Review Board<br>University of Massachusetts Medical School, Worcester MA. |
| 2009 – 2012 | Interviewer, Medical School Admissions Committee<br>University of Massachusetts Medical School/Graduate School of Biomedical Sciences, Worcester MA. |
| 2011 – 2012 | Member, Hospital Sedation Committee<br>University of Massachusetts Medical School, Worcester MA. |
| 2011 – 2012 | Member, Hospital Scientific Conduct Committee<br>University of Massachusetts Medical School, Worcester MA. |
| 2011 – 2012 | Member, Emergency Medicine Professionalism Committee<br>University of Massachusetts Medical School, Worcester MA. |
| 2013 – present | Member, Pharmacology and Therapeutics Hospital Committee<br>Newton Wellesley Hospital, Newton, MA |
| 2014 – present | Member, Transitional Year Program Evaluation Operational Committee<br>Newton Wellesley Hospital, Newton, MA |
| 2014 – present | Interviewer, Transitional Year Resident Program<br>Newton Wellesley Hospital, Newton, MA |
| 2014 – present | Member, Clinical Competency Committee<br>Newton Wellesley Hospital, Newton, MA |
| 2015 – present | Education Director, Tufts University School of Medicine, Emergency Medicine Rotation for Medical Students<br>Newton Wellesley Hospital, Newton, MA |
| 2015 – present | Education Director, Transition Year Resident Physicians, Emergency Medicine Rotation<br>Newton Wellesley Hospital, Newton, MA |
| 2020 – present | Education Director, Massachusetts General Hospital Emergency Medicine Residency Community Hospital Rotation for 3rd and 4th Year Emergency Medicine Residents<br>Newton Wellesley Hospital, Newton, MA |

*Scholarly:*

| | |
|---|---|
| 2006 – 2007 | MACEP Resident Representative UMass Emergency Medicine<br>University of Massachusetts Medical School. |
| 2009 – 2010 | President, Medical Toxicology Fellows in Training Association<br>American College of Medical Toxicology |
| 2010 – | Reviewer<br>*Journal of Medical Toxicology* |
| 2010 – | Reviewer<br>*Clinical Toxicology* |

| | | |
|---|---|---|
| 2011 – 2011 | | Member, Database Development Committee<br>American College of Medical Toxicology |
| 2011 – 2012 | | Contributor/Editor ACEP Toxicology Newsletter<br>Toxicology Section<br>American College of Emergency Physicians |
| 2013 – 2015 | | Secretary (and Newsletter Editor)<br>American College of Emergency Physicians<br>Toxicology Section |
| 2015 – 2017 | | Chair-elect<br>American College of Emergency Physicians<br>Toxicology Section |
| 2017 – 2019 | | Chair<br>American College of Emergency Physicians<br>Toxicology Section |

**TEACHING RSEPONSIBILITIES:**

| | |
|---|---|
| 2008 – 2012 | Clinical Teaching and Supervision<br>Medical Students in the Emergency Department (during Emergency Department shifts)<br>University of Massachusetts Medical Center |
| 2009 – 2012 | Mentor/advisor to Emergency Medicine Residents<br>Mentor/Advisor Program Emergency Medicine Residency<br>University of Massachusetts Medical Center |
| 2008 October | Lecture "Triage Toxicology"<br>Emergency Medicine Nursing Group<br>University of Massachusetts Medical Center |
| 2008 Jul 22 | Lecture "Dopamine"<br>Medical Toxicology Fellowship<br>Children's Hospital, Boston MA |
| 2008 Sept 24 | Lecture "Salicylism"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2008 Oct 22 | Lecture "Anticholinergic Syndrome"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2008 Nov 6 | Lecture "CNS Plants"<br>Medical Toxicology Fellowship<br>University of Massachusetts Medical School |
| 2009 Feb 12 | Lecture "Lead Toxicity"<br>Medical Toxicology Fellowship<br>University of Massachusetts Medical School |

**Curriculum Vitae**          Page     6          Christopher D. Rosenbaum, M.D.

| | |
|---|---|
| 2009 Feb 18 | Lecture "Emergency Medicine Toxicology Board Review"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2009 Apr 30 | Lecture "Chelators"<br>Medical Toxicology Fellowship<br>University of Massachusetts Medical School |
| 2009 Jul 28 | Lecture "Acetylcholine"<br>Medical Toxicology Fellowship<br>Children's Hospital, Boston MA |
| 2009 Aug 5 | Lecture "Acetaminophen Toxicity"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2009 Oct 27 | Lecture "Hydrazines, Ketones, Peroxides, Terpenes"<br>Medical Toxicology Fellowship<br>Children's Hospital, Boston MA |
| 2009 Oct 29 | Lecture "Acute Dystonia"<br>Medical Toxicology Fellowship<br>University of Massachusetts Medical School |
| 2009 Nov 4 | Lecture "TOCP"<br>Medical Toxicology Fellowship<br>University of Massachusetts Medical School |
| 2009 Dec 23 | Lecture "Tricyclic Antidepressant Toxicity"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2009 Dec 9 | Lecture/Journal Club "Cocaine Chest Pain Imaging"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2010 Feb 2 | Lecture "Nitriles, OPD, Phosphorus/Phosphides, Phthalates"<br>Medical Toxicology Fellowship<br>Children's Hospital, Boston MA |
| 2010 Feb 3 | Lecture "Emergency Medicine Toxicology Board Review"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2011 May 25 | Lecture "Opioids"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2011 June 22 | Lecture "Street Drugs"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2011 August 24 | Lecture "Aspirin"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |

| | |
|---|---|
| 2012 January 11 | Lecture "Oral Hypoglycemics"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2012 February 15 | Lecture "Toxicology Board Review"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2012 March 14 | Lecture "Methemoglobinemia"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2012 March 28 | Lecture "Carbon Monoxide Toxicity"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2012 October 31 | Lecture "Treatment of Alcohol Withdrawal"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2012 December 18 | Lecture "Why it's not bath salts."<br>Newton Wellesley Hospital Emergency Medicine Group<br>Newton Wellesley Hospital |
| 2012 December 19 | Lecture "Anticonvulsants"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2013 June 22 | Lecture "Bathsalts and Other Drugs of Abuse"<br>Massachusetts Society of Addiction Medicine<br>Massachusetts Medical Society, Waltham, MA |
| 2013 July 25 | Lecture "Introduction to Toxicology"<br>NWH lecture for rotating Emergency Medicine PA students and Intern Residents |
| 2015 – present | Weekly Lecture "Emergency Medicine and Medical Toxicology" to rotating: Transition year resident physicians, Tufts 4th year medical students, PA students (Massachusetts College of Pharmacy) |

## **BIBLIOGRAPHY**

## **FULL LENGTH PAPERS/PEER-REVIEWED PUBLICATIONS:**

1. Bird SB, **Rosenbaum C**. Reply to "Onset of symptoms after Methadone Overdose – A Letter to the Editor." American Journal of Emergency Medicine, 2008 Feb;26(2): 242.

2. Babu KM, **Rosenbaum CD**, Boyer EW. Head CT in patient with metabolic acidosis. *Journal of Medical Toxicology.* 2008;4;4;275-276.

3.   Gresham C, **Rosenbaum C**, Gaspari R, Jackson C, Bird S.  Kinetics and efficacy of and organophosphorus hydrolase in a rodent model of methyl-parathion poisoning.  *Academic Emergency Medicine*, 2010 (Jul); 17 (7): 736-740.

4.   **Rosenbaum C**, Bird SB.  Non-muscarinic therapeutic targets for acute organophosphorus poisoning.  *Journal of Medical Toxicology*, 2010 (Dec); 6 (4):408-12.

5.   **Rosenbaum C**, Bird SB. Timing and frequency of physostigmine redosing for antimuscarinic toxicity.  *Journal of Medical Toxicology*.  2010 (Dec); 6 (4):386-92.

6.   **Rosenbaum Chris**. K2 is coming to you! *ACEP Toxicology Section Newsletter*.  June 2010, vol 17, #2.  www.acep.org/content.aspx?id=48712#story9

7.   **Rosenbaum Chris.** Case: Perplexing Cause of Lactic Acidosis.  *ACEP Toxicology Section Newsletter.*  December 2010, Vol 18, #1.   www.acep.org/content.aspx?id=66756#story5

8.   Abar, Baumann, **Rosenbaum**, Boyer, Boudreaux.  Readiness to change alcohol and illicit drug use among a sample of emergency department patients.  *Journal of Substance Use*.  (In press).

9.   ED Boudreaux, K Niro, A Sullivan, **CD Rosenbaum**, MH Allen, CA Camargo.  Current practices for mental health follow-up after emergency department/psychiatric emergency service visits: A national survey of academic emergency departments.  *General Hospital Psychiatry*. 2011 Nov;33(6):631-3.

10.  Abar, B., Baumann, B.M., **Rosenbaum, C.,** Boyer E., Zeidonis, D., Boudreaux, E.D.  Profiles of importance, readiness, and confidence in quitting tobacco use.  *Journal of Substance Use* (In Press).

11.  Wachholtz Amy, Gonzalez Gerardo, Boyer Edward, Naqvi Zafar N, **Rosenbaum Christopher**, Ziedonis Douglas.  Intersection of chronic pain treatment and opioid analgesic misuse: causes, treatments, and policy strategies.  *Substance Abuse and Rehabilitation*.  2011;(2):145-162.

12.  Ward J, **Rosenbaum C**, Hernon C Boyer E.  Herbal Medicines for the Management of Opioid Addiction: Safe and Effective Alternatives to Conventional Pharmacotherapy.  CNS Drugs.  2011 Dec 1;25(12):999-1007.

13.  **Rosenbaum CD,** Carreiro S, Babu K.  Here today, gone tomorrow…back again?  A review of: Herbal Marijuana Alternatives (Spice, K2); Synthetic Cathinones (Bath Salts); Salvia Divinorum, Methoxetamine and Piperazines.  *Journal of Medical Toxicology*.  2012 Mar;8(1):15-32.

14.  **Rosenbaum CD**.  Herbal Marijuana Alternatives Investigation: K2 and Spice.  Masters Thesis.  University of Massachusetts Graduate School of Biomedical Sciences.  December 31, 2011.

15.  **Rosenbaum CD**, Boyle KL, Boyer EW.   Nasopharyngeal Necrosis After Chronic Opioid (Oxycodone/Acetaminophen) insufflation.  *Journal of Medical Toxicology*.  Epub ahead of print March 14 2012.

16.  Dussie T, **Rosenbaum C**.   Evidence-Based Toxicology: Could therapeutic theophylline concentrations be associated with seizures in a patient with a vitamin B deficiency?  *ACEP Toxicology Section Newsletter*.  March 2012.  www.acept.org/Content.aspx?id=84266&_cldee=Y3Jvc2VuUBnbWFpbC5jb20%3d

17.  **Rosenbaum C**, Sud P.  Evidence-Based Toxicology: How Effective Is Activated Charcoal for the Treatment of Naturally-Occurring Cardioactive Steriod (e.g. Oleander) Poisoning?  *ACEP Toxicology Section Newsletter*.  March 2012.  www.acept.org/Content.aspx?id=84266&_cldee=Y3Jvc2VuUBnbWFpbC5jb20%3d

18. Zuckerman, Matthew D., Boyle, Katherine L., **Rosenbaum, Christopher D**. Minocycline Toxicity: Case Files of the University of Massachusetts Medical Toxicology Fellowship. *Journal of Medical Toxicology*. In Press, June 25, 2012.

19. Boyle, KL, **Rosenbaum CD**. Oxymorphone Insufflation Associated with Acute Sensorineural Hearing Loss: Case Files of the University of Massachusetts Medical Toxicology Fellowship. *Journal of Medical Toxicology*. 2013 Jun; 9 (2):179-83.

20. Katherine L. Boyle, **Christopher D. Rosenbaum.** Oxycodone Overdose in the Pediatric Population: Case Files of the University of Massachusetts Medical Toxicology Fellowship. *Journal of Medical Toxicology.* 2014; 10 (280-285).

21. Froberg B, Levine M, Beuhler M, Judge B, Moore P, Mckeown N, Rusyniak D, Engebretsen K, Young A, **Rosenbaum CD**. Acute Methylenedioxypyrovalerone Toxicity. *Journal of Medical Toxicology*. 2015 Jun; 11(2):185-94.


**BOOK CHAPTERS AND MONOGRAPHS:**

1. "Dextromethorphan" in UptoDate. 2009. **CD Rosenbaum**, EW Boyer. URL: http://www.utdol.com.

2. Essentials of Emergency Medicine, Second Edition. 2011 Jones & Bartlett Learning, LLC. ISBN978-0-7637-6652-8. Chapter 142, pp 829-831. Club Drugs. **Christopher Rosenbaum** & Eric Brush.

3. Essentials of Emergency Medicine, Second Edition. 2011 Jones & Bartlett Learning, LLC. ISBN978-0-7637-6652-8. Chapter 146, pp 842-846. Antipsychotic Agents. **Christopher Rosenbaum.**

4. Essentials of Emergency Medicine, Second Edition. 2011 Jones & Bartlett Learning, LLC. ISBN978-0-7637-6652-8. Chapter 156, pp 875-877. Carbon Monoxide. **Christopher Rosenbaum**.

5. "Acetaminophen" in ToxED. **Christopher Rosenbaum**. Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL: http://www.toxed.com.

6. "Creatine" in ToxED. **Christopher Rosenbaum**. Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL: http://www.toxed.com.

7. "HF" in ToxED. **Christopher Rosenbaum**. Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL: http://www.toxed.com.

8. "Hydrazines" in ToxED. **Christopher Rosenbaum**. Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL: http://www.toxed.com.

9. "Phencyclidine" in ToxED. **Christopher Rosenbaum**. Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL: http://www.toxed.com.

10. "Styrene" in ToxED. **Christopher Rosenbaum**. Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL: http://www.toxed.com.

11. "Triptans" in ToxED. **Christopher Rosenbaum**. Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL: http://www.toxed.com.

12. "Xylene" in ToxED. **Christopher Rosenbaum**. Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL: http://www.toxed.com.

13. "New Face of Drug Abuse" in MedScape/WebMD. February 2012. **Christopher Rosenbaum**. URL: http://www.webmd.com.

14. "Drugs of Abuse: What Clinicians Need to Know Now" in MedScape/WebMD. September 9 2013. **Christopher Rosenbaum**. URL: http://www.medscape.com/features/slideshow/drugs-of-abuse.


## **ABSTRACTS** (published and accepted for presentation at regional, national or international meetings):

1. **Rosenbaum CD,** Bird SB. Frequency and Timing of Physostimgine Redosing in Anticholinergic Toxidrome. Abstract and Poster Presentation -- North American Congress of Clinical Toxicology. Toronto, Canada. September 2008. *Clinical Toxicology*. 2008; vol 46; no 7, pp 634.

2. Bird SB, Kent K, Church R, **Rosenbaum C**. Impact Factors, H Indices, and Citation Analyses in Toxicology Journals. Abstract -- North American Congress of Clinical Toxicology. Toronto, Canada. September 2008. *Clinical Toxicology*. 2008; vol 46; no 7, pp 629.

3. Gerol B, Burns J, Griffin S, Benito J, **Rosenbaum C,** Boyer EW. Lethal Serotonin Syndrome Associated with Ondansetron Administration. Abstract -- North American Congress of Clinical Toxicology. San Antonio, TX. September 2009. *Clinical Toxicology*. 2009; vol 47; no 7, pp 744.

4. Dayno M, McAuliffe C, **Rosenbaum C,** Fay RJ, Boyer EW. Validation of Self-Reported Drug Use by MSM. Abstract -- North American Congress of Clinical Toxicology. San Antonio, TX. September 2009. *Clinical Toxicology*. 2009; vol 47; no 7, pp 723.

5. **Rosenbaum C**, Bird S. Physostigmine redosing in antimuscarinic delirium and tachycardia. Abstract – American College of Medical Toxicology, Spring Conference. Scottsdale, AZ. March 2010.

6. **Rosenbaum CD**, Ward JA, Boudreaux ED, Burstein S, Boyer EW. JWH-018, JWH-073, and Spice. Abstract – International congress of the European Association of Poisons Centres and Clinical Toxicologists. Bordeaux, France. May 2010. *Clinical Toxicology* 2010; 48 (3) pp 307.

7. **Rosenbaum CD**, Ward JA, Boudreaux ED, Burstein S, Jenkins A, Bird SB, Boyer EW. JWH-018 & JWH-073 Synthetic Cannabinoids. Abstract – International congress of the European Association of Poisons Centres and Clinical Toxicologists. Bordeaux, France. May 2010. *Clinical Toxicology* 2010; 48 (3) pp 307.

8. **Rosenbaum CD**, Englund JL, Ward JA, Burns J, Weibrecht KW, Boyer EW. Cocaine and Pediatric Seizure. Abstract – International congress of the European Association of Poisons Centres and Clinical Toxicologists. Bordeaux, France. May 2010. *Clinical Toxicology* 2010; 48 (3) pp 308.

9. ED Boudreaux, K Niro, A Sullivan, **C Rosenbaum**, CA Camargo. Approaches to Promoting Continuity of Care for Patients with Psychiatric Emergencies: A National Survey of Academic Emergency Departments. Society for Academic Emergency Medicine Annual Meeting. Phoenix, AZ. June 2010. Academic Emergency Medicine, 2010 (May); 17:S177.

10. **Rosenbaum CD**, Bird SB.  Caffeine in pre-pre teens. North American Congress of Clinical Toxicology spring conference and Journal of Toxicology Clinical Toxicology.  Fall 2010.  Denver, CO.

11. Bird SB, Boyer E, **Rosenbaum C**. "From Case report to R01:  A how-to guide for establishing a research agenda of public health importance."  SAEM June 2011.  Boston, MA.

12. Bird SB, Boyer E, **Rosenbaum C**. "State of the art antidotes:  Hydroxycobalamin, lipid infusion, and hyperinsulinemia/euglycemia."  SAEM June 2011.  Boston, MA.

13. Bird SB, **Rosenbaum C**, Ollis DL. "Use of an organophosphorus hydrolase prevents lethality in an African green monkey model of acute organophosphorus poisoning."  SAEM June 2011.  Boston, MA.

14. **Christopher D Rosenbaum**, Anthony J Scalzo, Christopher Long, Julie A Weber, Amanda Jenkins, Gaylord P Lopez, Sean Ragone.  K2 & Spice abusers: a case series of clinical and laboratory findings. North American Congress of Clinical Toxicology (**NACCT**).  Washington D.C. September 23, 2011.  (Poster).

15. Abar, B, Baumann BM, **Rosenbaum C**, Boyer E, Zeidonis D, Boudreaux ED.  Profiles of importance, readiness, and confidence in quitting tobacco use.  Annual convention of the Association for Behavioral and Cognitive Therapies (ABCT): Toronto, ON.  November 10-13, 2011. (Poster).

16. Nasopharyngeal necrosis after chronic opioid (oxycodone/acetaminophen) insufflation. :  NACCT Las Vegas October 2012, Abstract #303.

17. Oxymorphone insufflation associated with sensorineural hearing loss: NACCT Las Vegas October 2012, Abstract #309.

18. Clinical Presentations and Medical Complications after Exposure to Substances Labeled as "Bath Salts": a ToxIC Preliminary Report.  NACCT Vegas 2012, Abstract #290.


**ABSTRACTS  (accepted for presentation but not yet published):**


**INVITED LECTURES:**

1. "*Drugs of Abuse*"
   Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  November 19, 2009.

2. "*CNS Toxicity of Organic Solvents*"
   Grand Rounds: Harvard School of Public Health. Department of Environmental Health, Environmental & Occupational Medicine.  Boston, MA.  February 5, 2010.

3. "*K2*"
   Community Epidemiology Work Group Meeting.  National Institute of Drug Abuse Boston, Ma. June 11, 2010.

4.  "*K2 and Spice*"
    Brown University Medical School, Department of Emergency Medicine/Division Medical Toxicology.  August 2010.

5,  "*Drugs of Abuse*"
    Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program.  Boston, MA.  November 22, 2010.

6.  "*Herbal Marijuana Alternatives*"
    American College of Medical Toxicology (National) Spring Conference: Tots, Teens, & Toxicology: Current Drug and Environmental Threats to Children's Health.  Clearwater, Fl.  March 18-20, 2011.

7.  "*Herbal Marijuana Alternatives & Other Drugs of Abuse*"
    Grand Rounds (Interspcialty).  University of Massachusetts Medical Center.  Worcester, MA.  April 8, 2011.

8.  *"From Case report to R01:  A how-to guide for establishing a research agenda of public health importance*."  SAEM June 2011.  Boston, MA*"
    Society Academic Emergency Medicine National Conference.  June 2011.

9.  *"Alcohol and Emerging Drugs of Abuse"*
    College of the Holy Cross: Students for Responsible Choices.  Worcester, MA.  August 25, 2011.

10. "*Drugs of Abuse*"
    Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program.  Boston, MA.  November 16, 2011.

11. "*Synthetic Cannabinoids, Cathinones, Salvia Divinorum, Kratom and Cough Syrup: Drugs of Abuse*."  Colleges of Worcester Consortium.  Worcester, MA.  April 20, 2012.

12. "*Synthetic Cannabinoids and Piperazines: Legal Ills*"  **Christopher D. Rosenbaum.**  National Institute of Drug Abuse/National Institute of Health.  International Forum.  Palm Springs, California.  June 9, 2012.

13. "*Drugs of Abuse*"
    Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program.  Boston, MA.  November 28, 2012.

14. "*Emerging Drugs of Abuse*"
    Massachusetts Society for Addiction Medicine
    Waltham, MA.  June 22, 2013

15. "*Drugs of Abuse*"
    Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program.  Boston, MA.  November 6 2013.

16. "*Toxicology Lecture, for EMS*"
    Newton Wellesley Hospital EMS affiliates.  Newton Wellesley Hospital, October 15 2014.

17. "*Drugs of Abuse*"

        Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  November 4 2014.

18. "*Drugs of Abuse*"
    Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2015.

19. "*Drugs of Abuse*"
    Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2016.

20. "*Drugs of Abuse*"
    Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2017.

21. "*Drugs of Abuse*"
    Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2017.

22. "*Drugs of Abuse*"
    Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2018.

23. "*Drugs of Abuse*"
    Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2019.

24. "*Drugs of Abuse*"
    Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2021.

**MEDIA INTERVIEWS:**

1. Coeli Carr (**Rosenbaum CD** telephone interview).  The Ugly Truth: Bugs and Their Bites. http://www.msn.com  MSN.com (8/12/2009).

2. Author unlisted (**Rosenbaum CD** telephone interview).  Fake Weed "K2" Can Cause Hallucinations.  March 4, 2010. www.cbsnews.com/stories/2010/03/04/health/main6266449.shtml

3. Shortsleeve, Joe (**Rosenbaum CD** television interview).  Officials Raise Concerns Over Pot Alternative.  http://wbztv.com/health/k2.fake.pit.2.1651238.html.  WBZTV, CBS, Boston, MA.  April 22, 2010.

**Curriculum Vitae**　　　　　Page　　14　　Christopher D. Rosenbaum, M.D.

4. Hershel, Ray (**Rosenbaum CD** television interview). Mass. doctor issues warning for marijuana substitute. http://www.wggb.com/global/story.asp?s=12548218&ClientType=Printable WGGBTV, ABC, Springfield, MA. May 26, 2010.

5. Lazar, Kay (**Rosenbaum CD** telephone interview). Hospitals brace for underage drinkers. ER visits nearly double over July 4 holiday. http://www.boston.com/news/local/massachusetts/articles/2010/07/03/hospitals_brace_for_underage_drinkers?mode=PF *Boston Globe.* July 3 2010.

6. Gay, Malcolm (**Rosenbaum CD** telephone interview). Synthetic Marijuana Spurs State Bans. *New York Times.* July 10, 2010. www.nytimes.com/2010/07/11/us/11k2.html

7. Kush, Bronislaus BB (**Rosenbaum CD** telephone interview). New drug alarms officials. *Worcester Telegram & Gazette.* August 8, 2010. www.telegram.com/article/20100808/NEWS/100809748/1101

8. Shulkin, Jeremy (**Rosenbaum CD** telephone interview). Harshing the buzz. *Worcester Mag.* September 1, 2010. www.worcestermag.com/home/top-stories/Harshing-the-buzz-101992668.html

9. Craig, Kenneth (**Rosenbaum CD** television interview). Push to ban K2 in Worcester, Mass. Sept 22, 2010. NECN. www.necn.com/pages/landing?blockID=316342

10. Curran, Eileen (**Rosenbaum CD** television interview). Worcester Calls for Ban of 'Fake Pot'. Sept 22, 2010. *WBZTV, CBS, Boston, MA.* http://wbztv.com/local/k2.worcester.gas.2.1926772.html

11. Daly, Katie (**Rosenbaum CD** television interview). Worcester looks to ban Four Loko. Nov 17, 2010. NECN, Worcetser, MA. www.necn.com/11/17/10/Worcester-looks-to-ban-Four-Loko/landing_newengland.html?blockID=355194&feedID=4206

12. Tuthill, Kelly (**Rosenbaum CD** television interview). Bath salts being used to make drugs, Drug called synthetic cocaine, fake methamphetamine. Feb 1, 2011. WCVBTV, ABC, Boston, MA. http://www.thebostonchannel.com/health/26691949/detail.html

13. Humphries, Courtney (**Rosenbaum CD** telephone interview). How do you know if someone might have alcohol poisoning or just be really drunk? Feb 28, 2011. The Boston Globe. http://www.boston.com/lifestyle/health/articles/2011/02/28/how_do_you_know_if_someone_might_have_alcohol_poisoning_or_just_be_really_drunk/

14. Tuthill, Kelley (**Rosenbaum CD** television interview). Health officials: Water radiation no need to panic. March 28, 2011. WCVBTV, ABC, Boston, MA. http://www.thebostonchannel.com/video/27344646/detail.html

15. Kellerman, Lynn (**Rosenbaum CD** television interview). Relaxation drinks. April 5, 2011. WCVBTV. ABC, Boston, MA. http://www.thebostonchannel.com/video/27434976/detail.html

16. Berryman, Jennifer (**Rosenbaum CD** television interview). NHL player concussion. June 7, 2011. WCVBTV. ABC, Boston, MA.

17. Berryman, Jennifer (**Rosenbaum CD** television interview). Beating the heat. July 20, 2011. WCVBTV. ABC, Boston, MA.

18. Adam Ragusea (**Rosenbaum CD** radio interview). Lawmakers Seek to Ban Designer Drugs Sold as "Bath Salts." WBUR Boston (NPR). August 10, 2011. http://www.wbur.org/media-player?source=radioboston&url=http://radioboston.wbur.org/2011/08/10/bath-

Case 3:16-md-02741-VC   Document 17739-3   Filed 01/08/24   Page 15 of 16

**Curriculum Vitae**      Page    15      Christopher D. Rosenbaum, M.D.

     salts/&title=Lawmakers+Seek+To+Ban+Designer+Drugs+Sold+As+%26%238216%3BBath+Salts%26%238217%3B&segment=bath-salts&pubdate=2011-08-10

19.   Bianca de la Garza (**Rosenbaum CD** television interview).  Bath Salts and Fake Weed.  September 29, 2011 (17:55pm nightly news).  WCVBTV.  ABC, Boston, MA.

20.   Susan Spencer (**Rosenbaum CD** newspaper interview).  Drug Trend Spurs Official Crackdown.  DEA bans "bath salts" deemed public threat.  *Worcester Telegram and Gazette*.  October 23, 2011. http://www.telegram.com/article/20111023/NEWS/110239826/1246

21.   Christopher M. Ajello (**Rosenbaum CD** magazine interview).  Health Effects of Nuclear Energy.  *Health Care Ledger*.  www.healthcareledger.com  November 2011.  Vol. 8 Issue 11 pp 4-16.

22.   Kellerman, Lynn (**Rosenbaum CD** television interview).  5-Hour Energy Drinks. November 22, 2011 (nightly news).  WCVBTV.  ABC, Boston, MA.

23.   Melanson, Alana (**Rosenbaum CD** newspaper interview).  Teens Sick for Medicine.  1/3/2012.  Sentinel and Enterprise.  Fitchburg, MA.  http://www.sentinelandenterprise.com/ci_19664186

24.   Jena Wiley-Triggs (**Rosenbaum CD** television interview).  Norovirus. January 3, 2012 (nightly news).  WCVBTV.  ABC, Boston, MA.

25.   Jena Wiley-Triggs (**Rosenbaum CD** television interview).  Concerns Over Toxic Metal in Foods Rise.   February 29, 2012 (nightly news).   WCVBTV.   ABC, Boston, MA.  http://www.thebostonchannel.com/video/30572819/detail.html

26.   Jena Wiley-Triggs (**Rosenbaum CD** television interview).  Maternal Obesity and Autism.  April 2012 (nightly news).  WCVBTV.  ABC, Boston, MA.

27.   Boston Marathon Live Interview Regarding Health Risks (**Rosenbaum CD** television interview).  April 16, 2012.   CBS, Boston, MA.

28.   Boston Marathon Live Interview Regarding Health Risks (**Rosenbaum CD** television interview).  April 16, 2012.  WCVB TV.  ABC, Boston, MA

29.   Boston Marathon Live Interview Regarding Health Risks (**Rosenbaum CD** television interview).  April 16, 2012.  FOX, Boston, MA.

30.   Boston Marathon Live Interview Regarding Health Risks (**Rosenbaum CD** television interview).  April 16, 2012.  NECN, Boston, MA.

31.   Jena Wiley-Triggs (**Rosenbaum CD** television interview).  FDA Orders Halt to Popular Diet Supplements.   May 1, 2012 (nightly news).   WCVBTV.   ABC, Boston, MA.  http://www.thebostonchannel.com/health/30985814/detail.html

32.   Jena Wiley-Triggs (**Rosenbaum CD** television interview).  Experts: Genergic Drugs Don't Always 'Work the Same' As Brand-Names.  WCVBTV.  ABC, Boston, MA.  May 8, 2012.

33.   Deborah Becker (**Rosenbaum CD** radio interview).  Synthetic Cannabinoids/Herbal Marijuana Alternatives.  May 2012.  WBUR/NPR.

34.   Kellerman, Lynn (**Rosenbaum CD** television interview).  'Bath Salts' drug problem on the rise.  June 23, 2012 (nightly news).  WCVBTV.  ABC, Boston.   http://www.wcvb.com/health/-Bath-Salts-drug-problem-on-the-rise-/-/9848730/15214030/-/6l0lwtz/-/index.html

35. Jena Wiley-Triggs (**Rosenbaum CD** television interview). Hookah Tobacco Smoking. November 2, 2012 (nightly news). WCVBTV. ABC, Boston.

36. Kelly Tuthil/Jen Berryman (**Rosenbaum CD** television interview). Toradol injections in collegiate athletes. Jan 3rd, 2013 (nightly news). WCVBTV. ABC, Boston.

37. Kellerman, Lynn (**Rosenbaum CD** television interview). Heat-related Illnesses. July 19th, 2013 (nightly news). WCVBTV. ABC, Boston.

38. Jena Wiley-Triggs (**Rosenbaum CD** television interview). Xanax Overdoses in Massachusetts. July 23rd, 2013 (nightly news). WCVBTV. ABC, Boston.

39. Cindy Fitzgibbon (**Rosenbaum CD** television interview). Falling through the ice and hypothermia. February 2014 (nightly news). WCVBTV. ABC, Boston.

40. Jaclyn Reiss (Rosenbaum CD newspaper). What is synthetic marijuana? January 14, 2016. https://www.bostonglobe.com/metro/2016/01/13/what-synthetic-marijuana/x26Si00dViJPPYtgGPm9GK/story.html. Boston Globe.


**EXTERNAL FUNDING:**

***Completed:***
"Motor Vehicle Crashes Involving Elderly Drivers"
Principal Investigator: **Chris Rosenbaum, MD**
Emergency Medicine Foundation Resident Research Grant
2006 - 2010                                                                                                    $ 5,000