

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION,

LOIS ROLISH,

      Plaintiff,

v.

MONSANTO COMPANY,

      Defendant.

MDL No. 2741

Case: 3:20-CV-01421-VC

**DECLARATION AND UPDATED EXPERT REPORT OF**
**Dr. CHRISTOPHER ROSENBAUM**
**SEPTEMBER 26, 2023**

## DECLARATION AND UPDATED EXPERT REPORT OF DR. CHRISTOPHER ROSENBAUM

I, Dr. Christopher Rosenbaum, declare as follows:

1.      I am the same Dr. Christopher Rosenbaum who previously issued a declaration and expert report in this matter dated March 27, 2023. I have been retained by counsel for Plaintiff Lois Rolish in the matter of Lois Rolish v. Monsanto Company. If called upon to testify, I would and could testify competently to all such subject matter in this Declaration and Expert Report.

2.      Plaintiffs' counsel has retained my services at the hourly rate of $750. I charge a daily rate of $6,000.00 for deposition testimony and $1,500 per hour for trial testimony. My compensation is not contingent on the results of my work or any outcome of the litigation.

3.      My expert opinions stated in this report are my opinions and only my opinions. I have based my opinions on my background, education, training and experience and the materials that I considered and relied upon as described below.

### ASSIGNMENT

4.      I have been asked to review the available medical records, deposition testimony and other materials listed herein to determine whether Plaintiff's exposure to Roundup was a substantial factor in the development of her non-Hodgkin's Lymphoma and to determine whether there is anything else in those same materials that suggests any other biological, hereditary or environmental factor has been identified that could have been a contributing factor to the Plaintiff's development of non-Hodgkin's Lymphoma.

### SUMMARY OF QUALIFICATIONS

5.   I have attached a true and correct copy of my curriculum vitae. Attachment A sets forth accurate statements concerning my background, education, training, and experience concerning my expertise in Medical Toxicology. The following summarizes relevant or notable qualifications related to the opinions expressed in this Declaration and Expert Report

6.   After matriculating from medical school, I completed a 3-year residency in Emergency Medicine (including being elected chief resident by my peers). I completed a 2-year fellowship in

2

Medical Toxicology as well as a Masters of Science in Clinical Investigation. I am board-certified in Emergency Medicine, as well as Medical Toxicology. I have continued to work as a practicing attending Emergency Medicine physician since completing residency in 2008 – and I currently practice at Newton-Wellesley Hospital as well as the VA Medical Center Emergency Department in West Roxbury, Massachusetts. I am currently the director of Medical Toxicology for Newton-Wellesley Hospital, as well as the director of Medical Education for Emergency Medicine. As a board-certified Medical Toxicologist and the director of Medical Toxicology, I am formally educated and trained in understanding and treating matters of environmental and occupational chemical exposures (i.e. Glyphosate and Glyphosate's negative health-effects). Consultations regarding chemical exposures (like Glyphosate) are part of my daily professional responsibilities, and I am on call for Medical Toxicology at Newton-Wellesley Hospital. I have studied epidemiology as necessary for my education and practice.

7.   I have testified as an expert at deposition or trial on three occasions since 2019. I will supplement this report to identify those cases prior to my deposition. My publications in the last ten years are set forth in the attached curriculum vitae.

## **BACKGROUND**

### **Plaintiff**

8.   I understand that Plaintiff contends that exposure to Glyphosate in the form of Defendant's product Roundup was a factor in her development of non-Hodgkin's Lymphoma. Plaintiff states that her exposure to Roundup commenced in approximately 1974 and continued until approximately 2005. Plaintiff was diagnosed with non-Hodgkin's Lymphoma on December 31, 2005. Deposition of Lois Rolish, dated February 23, 2023, p. 49:25-50:2. She underwent eight rounds of chemotherapy. Deposition of L. Rolish, p. 174:8-14.

9.   As set forth in her complaint and in the deposition testimony of Plaintiff and her husband Gregory Rolish, Plaintiff had exposure to Roundup in at least two different ways. First, she was exposed to Roundup when it was used as a pesticide at the schools in the Centralia School District

3

in Southern California, where Plaintiff worked. Deposition of L. Rolish; P. Deposition of Gregory Rolish dated February 24, 2023, p. 26; pp. 28:25-31:22; 32:16-35:14; 40:21-43:24. Plaintiff worked at these schools from approximately 1974 to 2007. Deposition of L. Rolish, pp. 69:23-70:3. During that time, Roundup was routinely applied at the schools in order to clear a track for teachers and students to use. In addition, Plaintiff's husband worked at the school district where Plaintiff worked, and as part of his job, he applied Roundup to the school grounds. I have been advised that Plaintiff would then wash the clothes that her husband had worn during the application of Roundup when she did the household laundry. This took place over a period of two years.

10.  Second, Plaintiff personally used Roundup when doing gardening and maintenance work at several of the homes that she lived in, and Roundup was kept in their home for use. Deposition of L. Rolish, p. 246:10-17 (describing use of Roundup at five residences); pp. 255:12-13, 256:10-13, 258:2-23 (describing use at Laguna Niguel property); pp. 208:15-20; 219:4-220:23 (describing use at Jutewood property); p. 230:7-22 (describing use at Camino Dorado property); Deposition of G. Rolish, pp. 108:6-109:23.

11. Plaintiff testified that at times she recalled smelling Roundup in the air, and times that she felt it on her skin. Deposition of L. Rolish, pp. 202:15-20; 262:8-13; 263:25-264:15.

**Glysophate**

12. The following general description of Glyphosate comes from the United States Court of Appeals for the Ninth Circuit's decision in *Natural Resources Council v. U.S. Environmental Protection Agency,* 38 F.4[TH] 34, 41 (9th Cir. 2022):

> Glyphosate is a chemical that kills a broad range of plants by inhibiting an important enzyme. EPA registered the first glyphosate product in 1974, when Monsanto, an agrochemical and agricultural biotechnology company, sought to sell the now-well-known weedkiller Roundup. During its first two decades on the market, Roundup had limited utility to farmers because it killed all vegetation in an application area. But in the mid-1990s, Monsanto developed a "Roundup Ready" crop system, selling Roundup along with seeds genetically modified to tolerate Glyphosate. The system allowed

farmers to apply Glyphosate over genetically modified crops, killing weeds but leaving the crops unharmed. As a result, glyphosate use skyrocketed. The nationwide acreage across which Glyphosate is currently used is roughly equivalent to three times the size of California.

Glyphosate is generally applied by being sprayed from planes, ground equipment, or handheld devices. Workers and residential users are exposed to Glyphosate when, for example, they handle the chemical during application or enter areas where it was recently sprayed. People are also exposed to Glyphosate when they eat food from crops treated with it.

Whether these exposures create health risks has become a hotly debated and litigated issue. Health concerns proliferated when the International Agency for Research on Cancer ("IARC"), a subdivision of the World Health Organization, classified Glyphosate as "probably carcinogenic to humans" in 2015. 'IARC's conclusion stemmed in part from scientific studies that found an association between glyphosate exposure and non-Hodgkin's lymphoma ("NHL"), a type of cancer that affects white blood cells.

13. I understand that the other parties in this case and the Court have spent extensive time and resources studying issues related to whether Glyphosate is believed to be linked to non-Hodgkin's Lymphoma in humans. I have received and reviewed various filings that the parties have made in the case, primarily those related to the question of expert testimony about general causation. Because I am not a lawyer, I focused on the expert reports, supporting materials and cited references and the Court's analysis of those issues.

14. I also have reviewed the Court's July 10, 2018 Order which evaluated many of these expert reports. I found the Court's analysis and evaluation of the science cited to by the parties, as well as the analysis of the expert opinions offered by the parties, to be helpful in focusing my analysis. Because the Court noted that many of the opinions offered by experts Portier, Ritz and Weinberger would be admissible, I noted the approach taken in those reports and reviewed the discussions and

5

materials which supported those opinions with particular interest.

15. The types of studies cited to by the various experts in the reports considered by the Court, in particular those cited to in the Portier, Ritz and Weinberger reports, are of a type that I am familiar with through my education and experience. I am also familiar with the Bradford Hill Criteria as described in the Court's July 10, 2018 Order for the same reason.

## OPINIONS

16. In my professional opinion, based on my experience, expertise and materials that I have considered and relied upon, (1) Glyphosate is capable of causing non-Hodgkin's Lymphoma in humans, and (2) Plaintiff' Lois Rolish's exposure to Roundup was a substantial factor in causing her non-Hodgkin's Lymphoma.

17. My opinion that Glyphosate is capable of causing non-Hodgkin's Lymphoma is based on my independent conclusion after reviewing materials cited to in the Court's July 10, 2018 Order. In particular, my review of the evidence and materials cited there, and my background, expertise and experience in Medical Toxicology, lead me to conclude that the weight of the scientific evidence supports a relationship between non-Hodgkin's Lymphoma in humans and exposure to Glyphosate. I acknowledge that there are contrary authorities as relied upon and cited to by Monsanto in the materials before the Court and in the Court's July 10, 2018 Order, as well as in some of the reports issued by Monsanto's experts in this litigation.

18. A beginning point is the IARC's classification of Glyphosate as a probable carcinogen. As the Court notes in its July 10, 2018 Order, this is just a starting point. I then go on to evaluate other research cited by the Court to look for further support. In doing so, I am familiar with the Bradford Hill Criteria, as these were a part of my studies. I have reviewed the studies cited by the Court in its July 10, 2018 Order and relied upon by each side. I am familiar with the use of case-control studies and meta-analyses as used in this case and Monsanto's criticisms of those studies as noted by the Court. I have also evaluated the Agricultural Health Study cited by Monsanto in support of its arguments. When I consider all of these materials, and based upon my experience, expertise

and training, it is my opinion that all of these materials support the conclusion to a reasonable degree of medical certainty that exposure to Glyphosate can cause non-Hodgkin's Lymphoma in humans.

19. I am also familiar with the rodent studies that were relied on by the parties and cited to by the Court in its July 10, 2018 Order, particularly the seven rat studies and five mouse studies. I believe that these studies can be used to support the conclusion that exposure to Glyphosate can cause cancer in rodents, and that this can then support a conclusion that Glyphosate may be tied to an increased risk of cancer in humans.

20. Finally, I am familiar with the studies cited to the Court concerning genotoxicity and oxidative stress as potential mechanisms by which Glyphosate could cause cancer.

21. When I take all of the things described above into consideration, it is my opinion, to a reasonable degree of scientific certainty, that there is a relationship between exposure to Glyphosate and the development of non-Hodgkin's Lymphoma in humans.

22. My opinion that the Plaintiff's non-Hodgkin's Lymphoma was more likely than not caused by exposure to Glyphosate in the form of Roundup is based on my review of the available medical records and evaluation of whether the exposure described by the Plaintiff was more likely than not the cause of her development of non-Hodgkin's Lymphoma in relation to any other identifiable cause.

23.  In undertaking this analysis, I use the accepted methodology of differential diagnosis. This means that I try to consider all potential possible causes of Plaintiff's non-Hodgkin's Lymphoma, rule out those potential causes for which there is no indication of exposure, and then I determine whether the most likely cause can be excluded. Here, the only cause that I could determine for Plaintiff's non-Hodgkin's Lymphoma is exposure to Glyphosate in the form of Roundup. In reviewing all of the medical records and history that has been provided to me, I have not identified any other potential cause.

24. To put a finer point on it, based on my consideration of my clinical and practice experience, my review of the Plaintiff's medical records and deposition testimony, and my opinion that

Glyphosate can cause non-Hodgkin's Lymphoma in humans, it is my opinion that this Plaintiff's exposure to Glyphosate was a substantial factor in causing her non-Hodgkin's Lymphoma.

25. Plaintiff's exposure, as described above, included approximately 30 years in which she routinely worked as a schoolteacher in fields where Roundup was applied on a regular basis. Plaintiff indicates that she never wore any protective clothing during this time. Plaintiff also indicates dermal exposure when washing her husband's laundry during the time that he worked for the same school district applying Roundup to the fields, a period of approximately two years. Plaintiff also indicates that for at least eight years, she regularly used Roundup at her home. Plaintiff has testified that she recalls smelling Roundup in the air at school, and feeling it on her skin when she was applying it at home.

26. I believe these exposures to be sufficient to have been a substantial factor in causing Plaintiff's non-Hodgkin's Lymphoma.

## **CONCLUSION**

27. This report sets for the opinions that I intend to offer at trial. I reserve the right to supplement these opinions as appropriate and as permitted by the Court should I become aware of additional information relevant to these opinions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2023 at Newton, Massachusetts.

_____
DR. CHRISTOPHER ROSENBAUM

8

## MATERIALS CONSIDERED UPON

Complaint, Loish Rolish v. Monsanto Company, February 10, 2020.

**Patient medical records and related documents**

Bates number 1- 1599

462823_177_000_MemorialCareBreastCtratOrangeCoastMemorialPatientFinancialSvcs_Packets

462823_176_000_RolishLoisHelen_CtrsforMedicareAndMedicaidSvcsRegion9AttnFOIACoordinator_Packets

462823_175_000_OrangeCountyGlobalMedCtrPathDept_Packets

462823_174_001_RolishLoisHelen_OrangeCountyGlobalMedCtrRadDept_00000001_00000001

462823_174_000_OrangeCountyGlobalMedCtrRadDept_Packets

462823_173_000_OrangeCountyGlobalMedCtrPatientAccts_Packets

462823_172_000_OrangeCountyGlobalMedCtrMedRecsDept_Packets

462823_171_001_RolishLoisHelen_MemorialCareMedGroupPatientAccts_00000001_00000001

462823_171_000_RolishLoisHelen_MemorialCareMedGroupPatientAccts_Packets

462823_170_000_RolishLoisHelen_MemorialCareMedGroupMedCorrespondenceDept_Packets

462823_169_001_RolishLoisHelen_ChestAndCriticalCareConsultantsPatientAccts_00000001_00000001

462823_169_000_ChestAndCriticalCareConsultantsPatientAccts_Packets

462823_168_001_RolishLoisHelen_ChestAndCriticalCareConsultantsMedRecsDept_00000001_00000001

462823_168_000_ChestAndCriticalCareConsultantsMedRecsDept_Packets

462823_167_001_RolishLoisHelen_NewportDiagnosticCtr_00000001_00000006

462823_167_000_NewportDiagnosticCtr_Packets

462823_166_002_RolishLoisHelen_IrvineGastroenterology_00000036_00000037

462823_166_001_RolishLoisHelen_IrvineGastroenterology_00000001_00000035

462823_166_000_IrvineGastroenterology_Packets

462823_165_001_RolishLoisHelen_OptumCareNetwork_00000001_00000702

462823_165_000_OptumCareNetwork_Packets

462823_164_001_RolishLoisHelen_MemorialCareLongBeachMedCtrPathDept_00000001_00000001

462823_164_000_RolishLoisHelen_MemorialCareLongBeachMedCtrPathDept_Packets

462823_163_001_RolishLoisHelen_MemorialCareLongBeachMedCtrRadDept_00000001_00000001

462823_163_000_RolishLoisHelen_MemorialCareLongBeachMedCtrRadDept_Packets

462823_162_001_RolishLoisHelen_MemorialCareLongBeachMedCtrPatientAccts_00000001_00000001

462823_162_000_RolishLoisHelen_MemorialCareLongBeachMedCtrPatientAccts_Packets

462823_161_001_RolishLoisHelen_MemorialCareLongBeachMedCtrMedRecsDept_00000001_000000
02

462823_161_000_RolishLoisHelen_MemorialCareLongBeachMedCtrMedRecsDept_Packets

462823_155_001_RolishLoisHelen_RaincrossMedCtrofDermatologyAndCosmeticSurgeryInc_00000001
_00000001

462823_155_000_RaincrossMedCtrofDermatologyAndCosmeticSurgeryInc_Packets

462823_151_000_SimonMedImagingIrvine_Packets

462823_150_001_RolishLoisHelen_CoramHealthcare_00000001_00000002

462823_150_000_CoramHealthcare_Packets

462823_143_000_MemorialCareBreastCtratOrangeCoastMemorialMedRecs_Packets

462823_093_000_FriendlyHillsMedGroupIrvine_Packets

462823_088_001_RolishLoisHelen_CentraliaValleyUSDHRs_00000001_00000283

462823_088_000_CentraliaValleyUSD_Packets

462823_085_001_RolishLoisHelen_BlueShieldofCaliforniaLawDept_00000001_00000008

462823_085_000_RolishLoisHelen_BlueShieldofCaliforniaLawDept_Packets

462823_084_001_RolishLoisHelen_NewportDiagnosticCtrRadDept_00000001_00000001

462823_084_000_NewportDiagnosticCtrRadDept_Packets

462823_081_001_RolishLoisHelen_AlapatiRavindraMD_00000001_00000001

462823_081_000_AlapatiRavindraMD_Packets

462823_039_000_MemorialHealthtechLabs_Packets

462823_037_001_RolishLoisHelen_RadnetMgmtIncRadDept_00000001_00000001

462823_037_000_RadnetMgmtIncRadDept_Packets

462823_036_001_RolishLoisHelen_RadnetMgmtIncPatientAccts_00000001_00000001

462823_036_000_RadnetMgmtIncPatientAccts_Packets

462823_035_001_RolishLoisHelen_RadnetMgmtIncMedRecsDept_00000001_00000001

462823_035_000_RadnetMgmtIncMedRecsDept_Packets

462823_033_000_PacificCoastHematologyOncologyMedGroup_Packets

462823_032_001_QuestDiagnosticsPatientAccts_00000001_00000002

462823_032_000_QuestDiagnosticsPatientAccts_Packets

462823_029_001_OrangeCoastMemorialMedCtrPathDept_00000001_00000006

462823_029_000_OrangeCoastMemorialMedCtrPathDept_Packets

462823_028_004_RolishLoisHelen_OrangeCoastMemorialMedCtrRadDept_00000004_00000004

462823_028_002_RolishLoisHelen_OrangeCoastMemorialMedCtrRadDept_00000003_00000003

462823_028_001_OrangeCoastMemorialMedCtrRadDept_00000001_00000002

462823_028_000_OrangeCoastMemorialMedCtrRadDept_Packets

462823_027_001_OrangeCoastMemorialMedCtrPatientAccts_00000001_00000009

462823_027_000_OrangeCoastMemorialMedCtrPatientAccts_Packets

462823_026_000_OrangeCoastMemorialMedCtrMedRecsDept_Packets

462823_025_001_RolishLoisHelen_InfusionSolutionsPharmacyInc_00000001_00000001

462823_025_000_InfusionSolutionsPharmacyInc_Packets

462823_020_000_KaiserPermanenteSouthernCAPathDept_Packets

462823_019_000_KaiserPermanenteSouthernCARadDept_Packets

462823_018_001_KaiserPermanenteSouthernCAPatientAccts_00000001_00000036

462823_018_000_KaiserPermanenteSouthernCAPatientAccts_Packets

462823_017_001_KaiserPermanenteSouthernCAMedRecsDept_00001501_00001576

462823_017_001_KaiserPermanenteSouthernCAMedRecsDept_00000751_00001500

462823_017_001_KaiserPermanenteSouthernCAMedRecsDept_00000001_00000750

462823_017_000_KaiserPermanenteSouthernCAMedRecsDept_Packets

462823_015_002_CignaHealthcareCentralHIPAAUnitLegalDept_00000003_00000003

462823_015_001_CignaHealthcareCentralHIPAAUnitLegalDept_00000001_00000002

462823_015_000_CignaHealthcareCentralHIPAAUnitLegalDept_Packets

462823_010_001_UnivMedCtrPathDept_00000001_00000001

462823_010_000_UnivMedCtrPathDept_Packets

462823_009_001_UnivMedCtrRadDept_00000001_00000001

462823_009_000_UnivMedCtrRadDept_Packets

462823_008_001_RolishLoisHelen_UnivMedCtrPatientAccts_00000001_00000010

462823_008_000_UnivMedCtrPatientAccts_Packets

462823_007_003_PanditLalitaDr_00000291_00000291

462823_007_002_PanditLalitaDr_00000290_00000290

462823_007_001_PanditLalitaDr_00000001_00000289

462823_007_000_PanditLalitaDr_Packets

462823_006_001_TenetHealthcareIrvineRegionalHosp_00000001_00000001

462823_006_000_TenetHealthcareIrvineRegionalHosp_Packets

462823_005_001_UnivMedCtrMedRecsDept_00000001_00000043

462823_005_000_UnivMedCtrMedRecsDept_Packets

462823_003_001_PlaintiffProducedRecs_00001501_00001599

462823_003_001_PlaintiffProducedRecs_00000751_00001500

462823_003_001_PlaintiffProducedRecs_00000001_00000750

462823_002_001_PlaintiffFactSheet_00000001_00000025

462823_184_000_RolishLoisHelen_WalmartPharmacyPharmacy_Packets

462823_182_001_RolishLoisHelen_KaiserFoundationHealthPlanInc_00000001_00000003

462823_182_000_RolishLoisHelen_KaiserFoundationHealthPlanInc_Packets

462823_181_001_RolishLoisHelen_HoagHospPathDept_00000001_00000002

462823_181_000_RolishLoisHelen_HoagHospPathDept_Packets

462823_180_001_RolishLoisHelen_HoagHospRadDept_00000001_00000001

462823_180_000_RolishLoisHelen_HoagHospRadDept_Packets

462823_179_001_RolishLoisHelen_HoagHospPatientAccts_00000001_00000001

462823_179_000_RolishLoisHelen_HoagHospPatientAccts_Packets

462823_178_000_RolishLoisHelen_HoagHospMedRecsDept_Packets

Deposition of Lois Rolish and exhibits, February 23, 2023

Deposition of Gregory Rolish and exhibits, February 23, 2023

Interview of Lois Rolish and Gregory Rolish, August 15, 2023

Natural Resources Defense Council v. U.S. Environmental Protection Agency, 38 F.4th 34 (9th Cir. 2022).

In re: Roundup Products Liability Lit., 390 F. Supp.3d 1102 (N.D. Cal. 2018).

Declaration of Joe G. Hollingsworth in Support of Monsanto Company's *Daubert* and Summary Judgment Motion Based on Failure of General Causation Proof and Exhibits, Case No. 3:16-md-0274-VC (ECF No. 546).

Declaration of Aimee H. Wagstaff ISO Plaintiffs' Opposition to Monsanto's *Daubert* and MSJ and ISO Plaintiffs' *Daubert* Motion and Exhibits, Case No. 3:16-md-02741-VC (ECF No. 648).

Monsanto Company's Supplemental Memorandum of Points and Authorities Regarding Andreotti, et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study,* Journal of the National Cancer Institute (2018) in Support of its Daubert and Summary Judgment Motion and Exhibits, Case No. 3:16-md-02741-VC (ECF No. 1137).

**Monsanto MDL Wave 6 Expert Materials**

Al-Khatib Expert Report Packet

Bailey Expert Report Packet

Bruce Expert Report Packet

Burin Expert Report Packet

Corcoran Expert Report Packet

Craig Expert Report Packet

Gates Expert Report Packet

Llanos Expert Report Packet

Love Expert Report Packet

McElroy Expert Report Packet

Monsanto Expert Disclosure

Phalen General Report Packet

Rider Expert Report Packet

Rosol Expert Report Packet

Smith Expert Report Packet

Tomasetti Expert Report Packet

Vearrier Expert Report Packet

Welch-Dujardin Expert Report Packet

# ATTACHMENT A

# Christopher D Rosenbaum, MD MSc FACEP

## PERSONAL INFORMATION:

| | |
|---|---|
| Personal Address: | 46 May Street<br>Needham, MA 02492 |
| Work Address: | Newton-Wellesley Hospital<br>Department Emergency Medicine<br>2014 Washington Street<br>Newton, MA 02462 |
| Telephone: | 617-272-0874 (cell)<br>617-243-6040 (office) |
| Pager: | 617-540-9337 |
| FAX: | 617-243-6924 |
| E-mail (personal): | crosen5@gmail.com (preferred email) |
| E-mail (work, NWH): | crosenbaum@partners.org |
| E-mail (work, Tufts): | Christopher.Rosenbaum@tufts.edu |

## EDUCATION:

| | |
|---|---|
| 1995 – 1999 | BA Chemistry,<br>College of the Holy Cross<br>1 College Street<br>Worcester, MA, 01610-2322 |
| 1997-1998 | Chemistry (Junior Year Abroad)<br>University of Sussex,<br>Brighton, UK<br>BN19RH |
| 2001 – 2005 | MD<br>Loyola University Chicago, Stritch School of Medicine<br>2160 South First Avenue<br>Maywood, IL, 60153 |
| 2008-2011 | MSc (Clinical Investigation)<br>University of Massachussetts Graduate School of Biomedical Sciences,<br>55 Lake Avenue North<br>Worcester, MA, 01655 |

## POST-GRADUATE MEDICAL TRAINING:

| | |
|---|---|
| 2005 – 2008 | Resident Emergency Medicine,<br>University of Massachussetts Medical School,<br>Worcester, MA. |
| 2007 – 2008 | Chief Resident Emergency Medicine (elected),<br>University of Massachussetts Medical School,<br>Worcester, MA |

**Curriculum Vitae**                    Page              2              Christopher D. Rosenbaum, M.D.


2008 – 2010                    Fellow Medical Toxicology,
                               Department Emergency Medicine, Division Medical Toxicology,
                               University of Massachusetts Medical School,
                               Worcester, MA.


## LICENSURE AND BOARD CERTIFICATION:

Massachusetts Physician License # 231343

American Board of Emergency Medicine Diplomate          2009

American Board of Emergency Medicine
      Medical Toxicology Subspecialty                   2010

## ACADEMIC APPOINTMENTS:

2008 – 2011                    Clinical Instructor
                               Department of Emergency Medicine,
                               University of Massachusetts Medical School,
                               Worcester, MA

2011 – 2013                    Assistant Professor
                               Department of Emergency Medicine,
                               University of Massachusetts Medical School,
                               Worcester, MA

2012 – present                 Assistant Clinical Professor
                               Department of Emergency Medicine
                               Tufts University School of Medicine
                               Boston, MA

## HOSPITAL AND OTHER PROFESSIONAL APPOINTMENTS:

2008 – 2012                    Attending Emergency Physician
                               University of Massachusetts Medical Center,
                               (University & Memorial Campuses),
                               55 Lake Avenue North,
                               Worcester, MA 01655
                               508-421-1400

                               Memorial Campus
                               119 Belmont Street
                               Worcester, MA, 01605-2903
                               508-421-1400

2008 – 2020                    Attending Emergency Physician (per diem)
                               Leominster Hospital,
                               60 Hospital Road
                               Leominster, MA, 01453-2205
                               508-852-2001

2009 – 2012                    Attending Emergency Physician
                               Marlborough Hospital,

**Curriculum Vitae**          Page          3          Christopher D. Rosenbaum, M.D.

157 Union Street
Marlborough, MA, 01752
508-421-1400

2013 – present          Director of Medical Toxicology
Attending Emergency Physician
Newton-Wellesley Hospital
2014 Washington Street
Newton, MA 02462
617-243-6040

2015 – present          Attending Emergency Physician
VA Medical Center
1400 VFW Parkway
West Roxbury, MA 02132
617-323-7700

## MEMBERSHIPS AND SOCIETIES:

2005 – 2010          Emergency Medicine Resident's Association
2005 – 2010          Society for Academic Emergency Medicine
2008 – 2010          American Medical Informatics Association
2005 –               American College of Emergency Physicians (#A481808)
2008 –               American College of Medical Toxicology
2008 –               American Academy of Clinical Toxicology

## HONORS AND AWARDS:

2006          Resident Research Award,
Society for Academic Emergency Medicine & Emergency Medicine
Foundation

2006          Gerald F. Berlin Creative Writing Contest Finalist,
University of Massachusetts Medical School, Worcester, MA

2016          Outstanding Section Newsletter *Award of Distinction*
2014-2015 ACEP Toxicology Section Newsletter (Editor)

## PROFESSIONAL ACTIVITIES:

### *Departmental/Institutional:*

2007          Ultrasound Instructor for Community Practice Emergency Medicine
Faculty

2007 – 2012          Emergency Medicine Residency Admissions Committee Member,
University of Massachusetts Medical School, Worcester MA.

2008 – 2012          Clinical Instructor, Physical Diagnosis in the Emergency Department,
University of Massachusetts Medical School, Worcester MA.

2009 – 2012          Advisor, Emergency Medicine Residency Advisor Program
University of Massachusetts Medical School, Worcester MA.

**Curriculum Vitae**               Page          4          Christopher D. Rosenbaum, M.D.

| | |
|---|---|
| 2009 – 2012 | Member, Institutional Review Board<br>University of Massachusetts Medical School, Worcester MA. |
| 2009 – 2012 | Interviewer, Medical School Admissions Committee<br>University of Massachusetts Medical School/Graduate School of<br>Biomedical Sciences, Worcester MA. |
| 2011 – 2012 | Member, Hospital Sedation Committee<br>University of Massachusetts Medical School, Worcester MA. |
| 2011 – 2012 | Member, Hospital Scientific Conduct Committee<br>University of Massachusetts Medical School, Worcester MA. |
| 2011 – 2012 | Member, Emergency Medicine Professionalism Committee<br>University of Massachusetts Medical School, Worcester MA. |
| 2013 – present | Member, Pharmacology and Therapeutics Hospital Committee<br>Newton Wellesley Hospital, Newton, MA |
| 2014 – present | Member, Transitional Year Program Evaluation Operational Committee<br>Newton Wellesley Hospital, Newton, MA |
| 2014 – present | Interviewer, Transitional Year Resident Program<br>Newton Wellesley Hospital, Newton, MA |
| 2014 – present | Member, Clinical Competency Committee<br>Newton Wellesley Hospital, Newton, MA |
| 2015 – present | Education Director, Tufts University School of Medicine, Emergency<br>Medicine Rotation for Medical Students<br>Newton Wellesley Hospital, Newton, MA |
| 2015 – present | Education Director, Transition Year Resident Physicians, Emergency<br>Medicine Rotation<br>Newton Wellesley Hospital, Newton, MA |
| 2020 – present | Education Director, Massachusetts General Hospital Emergency<br>Medicine Residency Community Hospital Rotation for 3rd and 4th Year<br>Emergency Medicine Residents<br>Newton Wellesley Hospital, Newton, MA |

### *Scholarly:*

| | |
|---|---|
| 2006 – 2007 | MACEP Resident Representative UMass Emergency Medicine<br>University of Massachusetts Medical School. |
| 2009 – 2010 | President, Medical Toxicology Fellows in Training Association<br>American College of Medical Toxicology |
| 2010 – | Reviewer<br>*Journal of Medical Toxicology* |
| 2010 – | Reviewer<br>*Clinical Toxicology* |

**Curriculum Vitae**                     Page         5           Christopher D. Rosenbaum, M.D.

2011 – 2011             Member, Database Development Committee
                        American College of Medical Toxicology

2011 – 2012             Contributor/Editor ACEP Toxicology Newsletter
                        Toxicology Section
                        American College of Emergency Physicians

2013 – 2015             Secretary (and Newsletter Editor)
                        American College of Emergency Physicians
                        Toxicology Section

2015 – 2017             Chair-elect
                        American College of Emergency Physicians
                        Toxicology Section

2017 – 2019             Chair
                        American College of Emergency Physicians
                        Toxicology Section


## TEACHING RSEPONSIBILITIES:

2008 – 2012             Clinical Teaching and Supervision
                        Medical Students in the Emergency Department (during
                        Emergency Department shifts)
                        University of Massachusetts Medical Center

2009 – 2012             Mentor/advisor to Emergency Medicine Residents
                        Mentor/Advisor Program Emergency Medicine Residency
                        University of Massachusetts Medical Center

2008 October            Lecture  "Triage Toxicology"
                        Emergency Medicine Nursing Group
                        University of Massachusetts Medical Center

2008 Jul 22             Lecture "Dopamine"
                        Medical Toxicology Fellowship
                        Children's Hospital, Boston MA

2008 Sept 24            Lecture "Salicylism"
                        Emergency Medicine Residency
                        University of Massachusetts Medical School

2008 Oct 22             Lecture "Anticholinergic Syndrome"
                        Emergency Medicine Residency
                        University of Massachusetts Medical School

2008 Nov 6              Lecture "CNS Plants"
                        Medical Toxicology Fellowship
                        University of Massachusetts Medical School

2009 Feb 12             Lecture "Lead Toxicity"
                        Medical Toxicology Fellowship
                        University of Massachusetts Medical School

**Curriculum Vitae**                    Page              6              Christopher D. Rosenbaum, M.D.

| | |
|---|---|
| 2009 Feb 18 | Lecture "Emergency Medicine Toxicology Board Review"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2009 Apr 30 | Lecture "Chelators"<br>Medical Toxicology Fellowship<br>University of Massachusetts Medical School |
| 2009 Jul 28 | Lecture "Acetylcholine"<br>Medical Toxicology Fellowship<br>Children's Hospital, Boston MA |
| 2009 Aug 5 | Lecture "Acetaminophen Toxicity"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2009 Oct 27 | Lecture "Hydrazines, Ketones, Peroxides, Terpenes"<br>Medical Toxicology Fellowship<br>Children's Hospital, Boston MA |
| 2009 Oct 29 | Lecture "Acute Dystonia"<br>Medical Toxicology Fellowship<br>University of Massachusetts Medical School |
| 2009 Nov 4 | Lecture "TOCP"<br>Medical Toxicology Fellowship<br>University of Massachusetts Medical School |
| 2009 Dec 23 | Lecture "Tricyclic Antidepressant Toxicity"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2009 Dec 9 | Lecture/Journal Club "Cocaine Chest Pain Imaging"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2010 Feb 2 | Lecture "Nitriles, OPD, Phosphorus/Phosphides, Phthalates"<br>Medical Toxicology Fellowship<br>Children's Hospital, Boston MA |
| 2010 Feb 3 | Lecture "Emergency Medicine Toxicology Board Review"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2011 May 25 | Lecture "Opioids"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2011 June 22 | Lecture "Street Drugs"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2011 August 24 | Lecture "Aspirin"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |

| | |
|---|---|
| 2012 January 11 | Lecture "Oral Hypoglycemics"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2012 February 15 | Lecture "Toxicology Board Review"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2012 March 14 | Lecture "Methemoglobinemia"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2012 March 28 | Lecture "Carbon Monoxide Toxicity"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2012 October 31 | Lecture "Treatment of Alcohol Withdrawal"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2012 December 18 | Lecture "Why it's not bath salts."<br>Newton Wellesley Hospital Emergency Medicine Group<br>Newton Wellesley Hospital |
| 2012 December 19 | Lecture "Anticonvulsants"<br>Emergency Medicine Residency<br>University of Massachusetts Medical School |
| 2013 June 22 | Lecture "Bathsalts and Other Drugs of Abuse"<br>Massachusetts Society of Addiction Medicine<br>Massachusetts Medical Society, Waltham, MA |
| 2013 July 25 | Lecture "Introduction to Toxicology"<br>NWH lecture for rotating Emergency Medicine PA students and Intern Residents |
| 2015 – present | Weekly Lecture "Emergency Medicine and Medical Toxicology" to rotating: Transition year resident physicians, Tufts 4th year medical students, PA students (Massachusetts College of Pharmacy) |

## **BIBLIOGRAPHY**

## **FULL LENGTH PAPERS/PEER-REVIEWED PUBLICATIONS:**

1.  Bird SB, **Rosenbaum C**.  Reply to "Onset of symptoms after Methadone Overdose – A Letter to the Editor."  American Journal of Emergency Medicine, 2008 Feb;26(2): 242.

2.  Babu KM, **Rosenbaum CD**, Boyer EW.  Head CT in patient with metabolic acidosis.  *Journal of Medical Toxicology.*  2008;4;4;275-276.

3.      Gresham C, **Rosenbaum C**, Gaspari R, Jackson C, Bird S.   Kinetics and efficacy of and organophosphorus hydrolase in a rodent model of methyl-parathion poisoning.   *Academic Emergency Medicine*, 2010 (Jul); 17 (7): 736-740.

4.      **Rosenbaum C**, Bird SB.   Non-muscarinic therapeutic targets for acute organophosphorus poisoning.  *Journal of Medical Toxicology*, 2010 (Dec); 6 (4):408-12.

5.      **Rosenbaum C**, Bird SB. Timing and frequency of physostigmine redosing for antimuscarinic toxicity.  *Journal of Medical Toxicology*.  2010 (Dec); 6 (4):386-92.

6.      **Rosenbaum Chris**.  K2 is coming to you!  *ACEP Toxicology Section Newsletter*.  June 2010, vol 17, #2.   www.acep.org/content.aspx?id=48712#story9

7.      **Rosenbaum Chris.** Case: Perplexing Cause of Lactic Acidosis.   *ACEP Toxicology Section Newsletter*.  December 2010, Vol 18, #1.   www.acep.org/content.aspx?id=66756#story5

8.      Abar, Baumann, **Rosenbaum**, Boyer, Boudreaux.   Readiness to change alcohol and illicit drug use among a sample of emergency department patients.  *Journal of Substance Use*.  (In press).

9.      ED Boudreaux, K Niro, A Sullivan, **CD Rosenbaum**, MH Allen, CA Camargo.  Current practices for mental health follow-up after emergency department/psychiatric emergency service visits: A national survey of academic emergency departments.   *General Hospital Psychiatry*. 2011 Nov;33(6):631-3.

10.     Abar, B., Baumann, B.M., **Rosenbaum, C.,** Boyer E., Zeidonis, D., Boudreaux, E.D.  Profiles of importance, readiness, and confidence in quitting tobacco use.   *Journal of Substance Use* (In Press).

11.     Wachholtz Amy, Gonzalez Gerardo, Boyer Edward, Naqvi Zafar N, **Rosenbaum Christopher**, Ziedonis Douglas.   Intersection of chronic pain treatment and opioid analgesic misuse: causes, treatments, and policy strategies.  *Substance Abuse and Rehabilitation*.  2011;(2):145-162.

12.     Ward J, **Rosenbaum C**, Hernon C Boyer E.   Herbal Medicines for the Management of Opioid Addiction: Safe and Effective Alternatives to Conventional Pharmacotherapy.  CNS Drugs.  2011 Dec 1;25(12):999-1007.

13.     **Rosenbaum CD,** Carreiro S, Babu K.   Here today, gone tomorrow…back again?   A review of: Herbal Marijuana Alternatives (Spice, K2); Synthetic Cathinones (Bath Salts); Salvia Divinorum, Methoxetamine and Piperazines.  *Journal of Medical Toxicology.*  2012 Mar;8(1):15-32.

14.     **Rosenbaum CD**.  Herbal Marijuana Alternatives Investigation: K2 and Spice.  Masters Thesis. University of Massachusetts Graduate School of Biomedical Sciences.  December 31, 2011.

15.     **Rosenbaum CD**, Boyle KL, Boyer EW.   Nasopharyngeal Necrosis After Chronic Opioid (Oxycodone/Acetaminophen) insufflation.  *Journal of Medical Toxicology*.  Epub ahead of print March 14 2012.

16.     Dussie T, **Rosenbaum C**.   Evidence-Based Toxicology: Could therapeutic theophylline concentrations be associated with seizures in a patient with a vitamin B deficiency?  *ACEP Toxicology         Section         Newsletter*.         March         2012.   www.acept.org/Content.aspx?id=84266&_cldee=Y3Jvc2VuNUBnbWFpbC5jb20%3d

17.     **Rosenbaum C**, Sud P.  Evidence-Based Toxicology: How Effective Is Activated Charcoal for the Treatment of Naturally-Occurring Cardioactive Steriod (e.g. Oleander) Poisoning?  *ACEP Toxicology         Section         Newsletter*.         March         2012.   www.acept.org/Content.aspx?id=84266&_cldee=Y3Jvc2VuNUBnbWFpbC5jb20%3d

18.     Zuckerman, Matthew D., Boyle, Katherine L., **Rosenbaum, Christopher D**.  Minocycline Toxicity: Case Files of the University of Massachusetts Medical Toxicology Fellowship.  *Journal of Medical Toxicology*.  In Press, June 25, 2012.

19.     Boyle, KL, **Rosenbaum CD**.  Oxymorphone Insufflation Associated with Acute Sensorineural Hearing Loss: Case Files of the University of Massachusetts Medical Toxicology Fellowship. *Journal of Medical Toxicology*.  2013 Jun; 9 (2):179-83.

20.     Katherine L. Boyle, **Christopher D. Rosenbaum.** Oxycodone Overdose in the Pediatric Population: Case Files of the University of Massachusetts Medical Toxicology Fellowship. *Journal of Medical Toxicology*. 2014; 10 (280-285).

21.     Froberg B, Levine M, Beuhler M, Judge B, Moore P, Mckeown N, Rusyniak D, Engebretsen K, Young A, **Rosenbaum CD**.  Acute Methylenedioxypyrovalerone Toxicity.  *Journal of Medical Toxicology*.  2015 Jun; 11(2):185-94.


## BOOK CHAPTERS AND MONOGRAPHS:

1.     "Dextromethorphan" in UptoDate.    2009.  **CD Rosenbaum**, EW Boyer.     URL: http://www.utdol.com.

2.     Essentials of Emergency Medicine, Second Edition.   2011 Jones & Bartlett Learning, LLC. ISBN978-0-7637-6652-8.  Chapter 142, pp 829-831.  Club Drugs. **Christopher Rosenbaum** & Eric Brush.

3.     Essentials of Emergency Medicine, Second Edition.   2011 Jones & Bartlett Learning, LLC. ISBN978-0-7637-6652-8.   Chapter 146, pp 842-846.   Antipsychotic Agents.   **Christopher Rosenbaum.**

4.     Essentials of Emergency Medicine, Second Edition.   2011 Jones & Bartlett Learning, LLC. ISBN978-0-7637-6652-8.   Chapter 156, pp 875-877.   Carbon Monoxide.   **Christopher Rosenbaum**.

5.     "Acetaminophen" in ToxED. **Christopher Rosenbaum**.  Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL:  http://www.toxed.com.

6.     "Creatine" in ToxED. **Christopher Rosenbaum**.  Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL:  http://www.toxed.com.

7.     "HF" in ToxED. **Christopher Rosenbaum**.  Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL:  http://www.toxed.com.

8.     "Hydrazines" in ToxED.   **Christopher Rosenbaum**.   Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL:  http://www.toxed.com.

9.     "Phencyclidine" in ToxED.   **Christopher Rosenbaum**.   Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL:  http://www.toxed.com.

10.    "Styrene" in ToxED. **Christopher Rosenbaum**.  Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL:  http://www.toxed.com.

11.    "Triptans" in ToxED. **Christopher Rosenbaum**.  Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL:  http://www.toxed.com.

12.    "Xylene" in ToxED. **Christopher Rosenbaum**.  Elsevier/Gold Standard, Tampa, FL.; accepted 2009. URL:  http://www.toxed.com.

13.    "New Face of Drug Abuse" in MedScape/WebMD. February 2012. **Christopher Rosenbaum**. URL: http://www.webmd.com.

14.    "Drugs of Abuse: What Clinicians Need to Know Now" in MedScape/WebMD.   September 9 2013.  **Christopher Rosenbaum**.  URL:  http://www.medscape.com/features/slideshow/drugs-of-abuse.


## ABSTRACTS (published and accepted for presentation at regional, national or international meetings):

1.    **Rosenbaum CD,** Bird SB.  Frequency and Timing of Physostimgine Redosing in Anticholinergic Toxidrome.  Abstract and Poster Presentation -- North American Congress of Clinical Toxicology. Toronto, Canada. September 2008. *Clinical Toxicology*.  2008; vol 46; no 7, pp 634.

2.    Bird SB, Kent K, Church R, **Rosenbaum C**.  Impact Factors, H Indices, and Citation Analyses in Toxicology Journals. Abstract -- North American Congress of Clinical Toxicology.  Toronto, Canada.  September 2008.  *Clinical Toxicology*.  2008; vol 46; no 7, pp 629.

3.    Gerol B, Burns J, Griffin S, Benito J, **Rosenbaum C,** Boyer EW.  Lethal Serotonin Syndrome Associated with Ondansetron Administration.  Abstract -- North American Congress of Clinical Toxicology.  San Antonio, TX.  September 2009. *Clinical Toxicology*.  2009; vol 47; no 7, pp 744.

4.    Dayno M, McAuliffe C, **Rosenbaum C,** Fay RJ, Boyer EW.  Validation of Self-Reported Drug Use by MSM.  Abstract -- North American Congress of Clinical Toxicology.  San Antonio, TX. September 2009.  *Clinical Toxicology*.  2009; vol 47; no 7, pp 723.

5.    **Rosenbaum C**, Bird S.  Physostigmine redosing in antimuscarinic delirium and tachycardia. Abstract – American College of Medical Toxicology, Spring Conference.  Scottsdale, AZ.  March 2010.

6.    **Rosenbaum CD**, Ward JA, Boudreaux ED, Burstein S, Boyer EW.  JWH-018, JWH-073, and Spice.  Abstract – International congress of the European Association of Poisons Centres and Clinical Toxicologists. Bordeaux, France.  May 2010.  *Clinical Toxicology*  2010; 48 (3) pp 307.

7.    **Rosenbaum CD**, Ward JA, Boudreaux ED, Burstein S, Jenkins A, Bird SB, Boyer EW.  JWH-018 & JWH-073 Synthetic Cannabinoids.  Abstract – International congress of the European Association of Poisons Centres and Clinical Toxicologists.  Bordeaux, France.  May 2010. *Clinical Toxicology* 2010; 48 (3) pp 307.

8.    **Rosenbaum CD**, Englund JL, Ward JA, Burns J, Weibrecht KW, Boyer EW.  Cocaine and Pediatric Seizure.   Abstract – International congress of the European Association of Poisons Centres and Clinical Toxicologists.  Bordeaux, France.  May 2010. *Clinical Toxicology* 2010; 48 (3) pp 308.

9.    ED Boudreaux, K Niro, A Sullivan, **C Rosenbaum**, CA Camargo.  Approaches to Promoting Continuity of Care for Patients with Psychiatric Emergencies: A National Survey of Academic Emergency Departments. Society for Academic Emergency Medicine Annual Meeting. Phoenix, AZ.  June 2010.  Academic Emergency Medicine, 2010 (May); 17:S177.

10.    **Rosenbaum CD**, Bird SB.  Caffeine in pre-pre teens. North American Congress of Clinical Toxicology spring conference and Journal of Toxicology Clinical Toxicology.  Fall 2010.  Denver, CO.

11.    Bird SB, Boyer E, **Rosenbaum C**.  "From Case report to R01:  A how-to guide for establishing a research agenda of public health importance."  SAEM June 2011.  Boston, MA.

12.    Bird SB, Boyer E, **Rosenbaum C**.  "State of the art antidotes:  Hydroxycobalamin, lipid infusion, and hyperinsulinemia/euglycemia."  SAEM June 2011.  Boston, MA.

13.    Bird SB, **Rosenbaum C**, Ollis DL.  "Use of an organophosphorus hydrolase prevents lethality in an African green monkey model of acute organophosphorus poisoning."  SAEM June 2011. Boston, MA.

14.    **Christopher D Rosenbaum**, Anthony J Scalzo, Christopher Long, Julie A Weber, Amanda Jenkins, Gaylord P Lopez, Sean Ragone.  K2 & Spice abusers: a case series of clinical and laboratory findings. North American Congress of Clinical Toxicology (**NACCT**).  Washington D.C. September 23, 2011.  (Poster).

15.    Abar, B, Baumann BM, **Rosenbaum C**, Boyer E, Zeidonis D, Boudreaux ED.  Profiles of importance, readiness, and confidence in quitting tobacco use.  Annual convention of the Association for Behavioral and Cognitive Therapies (ABCT): Toronto, ON.  November 10-13, 2011. (Poster).

16.    Nasopharyngeal necrosis after chronic opioid (oxycodone/acetaminophen) insufflation.  : NACCT Las Vegas October 2012, Abstract #303.

17.    Oxymorphone insufflation associated with sensorineural hearing loss: NACCT Las Vegas October 2012, Abstract #309.

18.    Clinical Presentations and Medical Complications after Exposure to Substances Labeled as "Bath Salts": a ToxIC Preliminary Report.  NACCT Vegas 2012, Abstract #290.

**ABSTRACTS  (accepted for presentation but not yet published):**

**INVITED LECTURES:**

1.    "*Drugs of Abuse*"
       Class EH504: Principles of Toxicology.  Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  November 19, 2009.

2.    "*CNS Toxicity of Organic Solvents*"
       Grand Rounds: Harvard School of Public Health. Department of Environmental Health, Environmental & Occupational Medicine.  Boston, MA.  February 5, 2010.

3.    "*K2*"
       Community Epidemiology Work Group Meeting.  National Institute of Drug Abuse Boston, Ma. June 11, 2010.

4.      "*K2 and Spice*"
        Brown University Medical School, Department of Emergency Medicine/Division Medical Toxicology.  August 2010.

5,      "*Drugs of Abuse*"
        Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  November 22, 2010.

6.      "*Herbal Marijuana Alternatives*"
        American College of Medical Toxicology (National) Spring Conference: Tots, Teens, & Toxicology: Current Drug and Environmental Threats to Children's Health.  Clearwater, Fl.  March 18-20, 2011.

7.      "*Herbal Marijuana Alternatives & Other Drugs of Abuse*"
        Grand Rounds (Interspcialty).   University of Massachusetts Medical Center.   Worcester, MA. April 8, 2011.

8.      "*From Case report to R01:  A how-to guide for establishing a research agenda of public health importance.*"  SAEM June 2011.  Boston, MA*"
        Society Academic Emergency Medicine National Conference.  June 2011.*

9.      "*Alcohol and Emerging Drugs of Abuse*"
        College of the Holy Cross: Students for Responsible Choices.  Worcester, MA.  August 25, 2011.

10.     "*Drugs of Abuse*"
        Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  November 16, 2011.

11.     "*Synthetic Cannabinoids, Cathinones, Salvia Divinorum, Kratom and Cough Syrup: Drugs of Abuse.*"  Colleges of Worcester Consortium.  Worcester, MA.  April 20, 2012.

12.     "*Synthetic Cannabinoids and Piperazines: Legal Ills*"  **Christopher D. Rosenbaum.**  National Institute of Drug Abuse/National Institute of Health.   International Forum.   Palm Springs, California.  June 9, 2012.

13.     "*Drugs of Abuse*"
        Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  November 28, 2012.

14.     "*Emerging Drugs of Abuse*"
        Massachusetts Society for Addiction Medicine
        Waltham, MA.  June 22, 2013

15.     "*Drugs of Abuse*"
        Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  November 6 2013.

16.     "*Toxicology Lecture, for EMS*"
        Newton Wellesley Hospital EMS affiliates.  Newton Wellesley Hospital, October 15 2014.

17.     "*Drugs of Abuse*"

Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  November 4 2014.

18.   "*Drugs of Abuse*"
Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2015.

19.   "*Drugs of Abuse*"
Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2016.

20.   "*Drugs of Abuse*"
Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2017.

21.   "*Drugs of Abuse*"
Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2017.

22.   "*Drugs of Abuse*"
Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2018.

23.   "*Drugs of Abuse*"
Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2019.

24.   "*Drugs of Abuse*"
Class EH504: Principles of Toxicology.   Harvard School of Public Health, Department of Environmental Health, Environmental & Occupational Medicine and Epidemiology Program. Boston, MA.  Fall 2021.

**MEDIA INTERVIEWS:**
1.   Coeli Carr (**Rosenbaum CD** telephone interview).   The Ugly Truth: Bugs and Their Bites.  *http://www.msn.com  MSN.com (8/12/2009).*

2.   Author unlisted (**Rosenbaum CD** telephone interview).   Fake Weed "K2" Can Cause Hallucinations.                    March               4,               2010.  www.cbsnews.com/stories/2010/03/04/health/main6266449.shtml

3.   Shortsleeve, Joe (**Rosenbaum CD** television interview).   Officials Raise Concerns Over Pot Alternative.   *http://wbztv.com/health/k2.fake.pit.2.1651238.html.      WBZTV, CBS, Boston, MA. April 22, 2010.*

4.      Hershel, Ray (**Rosenbaum CD** television interview).  Mass. doctor issues warning for marijuana substitute.                *http://www.wggb.com/global/story.asp?s=12548218&ClientType=Printable* WGGBTV, ABC, Springfield, MA.  May 26, 2010.

5.      Lazar, Kay (**Rosenbaum CD** telephone interview).  Hospitals brace for underage drinkers.  ER visits           nearly           double           over           July           4           holiday. *http://www.boston.com/news/local/massachusetts/articles/2010/07/03/hospitals_brace_for_under age_drinkers?mode=PF* Boston Globe. July 3 2010.

6.      Gay, Malcolm (**Rosenbaum CD** telephone interview).  Synthetic Marijuana Spurs State Bans. New York Times.  July 10, 2010.  www.nytimes.com/2010/07/11/us/11k2.html

7.      Kush, Bronislaus BB  (**Rosenbaum CD** telephone interview).  New drug alarms officials. Worcester        Telegram        &        Gazette.        August        8,        2010. www.telegram.com/article/20100808/NEWS/100809748/1101

8.      Shulkin, Jeremy (**Rosenbaum CD** telephone interview).  Harshing the buzz.  Worcester Mag. September     1,     2010.          www.worcestermag.com/home/top-stories/Harshing-the-buzz- 101992668.html

9.      Craig, Kenneth (**Rosenbaum CD** television interview).  Push to ban K2 in Worcester, Mass.  Sept 22, 2010.  NECN.  www.necn.com/pages/landing?blockID=316342

10.     Curran, Eileen (**Rosenbaum CD** television interview).  Worcester Calls for Ban of 'Fake Pot'. Sept      22,      2010.      WBZTV,      CBS,      Boston,      MA. http://wbztv.com/local/k2.worcester.gas.2.1926772.html

11.     Daly, Katie (**Rosenbaum CD** television interview).  Worcester looks to ban Four Loko.  Nov 17, 2010.     NECN, Worcetser, MA.     www.necn.com/11/17/10/Worcester-looks-to-ban-Four- Loko/landing_newengland.html?blockID=355194&feedID=4206

12.     Tuthill, Kelly (**Rosenbaum CD** television interview).  Bath salts being used to make drugs, Drug called synthetic cocaine, fake methamphetamine.  Feb 1, 2011.  WCVBTV, ABC, Boston, MA. http://www.thebostonchannel.com/health/26691949/detail.html

13.     Humphries, Courtney (**Rosenbaum CD** telephone interview).  How do you know if someone might have alcohol poisoning or just be really drunk?  Feb 28, 2011.  The Boston Globe. http://www.boston.com/lifestyle/health/articles/2011/02/28/how_do_you_know_if_someone_might _have_alcohol_poisoning_or_just_be_really_drunk/

14.     Tuthill, Kelley (**Rosenbaum CD** television interview).  Health officials: Water radiation no need to panic.           March        28,        2011.        WCVBTV,        ABC,        Boston,        MA. http://www.thebostonchannel.com/video/27344646/detail.html

15.     Kellerman, Lynn (**Rosenbaum CD** television interview).  Relaxation drinks.  April 5, 2011. WCVBTV.  ABC, Boston, MA. http://www.thebostonchannel.com/video/27434976/detail.html

16.     Berryman, Jennifer (**Rosenbaum CD** television interview).  NHL player concussion.  June 7, 2011.  WCVBTV.  ABC, Boston, MA.

17.     Berryman, Jennifer (**Rosenbaum CD** television interview).  Beating the heat.  July 20, 2011. WCVBTV.  ABC, Boston, MA.

18.     Adam Ragusea (**Rosenbaum CD** radio interview).  Lawmakers Seek to Ban Designer Drugs Sold as "Bath Salts."  WBUR Boston (NPR).  August 10, 2011.  http://www.wbur.org/media- player?source=radioboston&url=http://radioboston.wbur.org/2011/08/10/bath-

salts/&title=Lawmakers+Seek+To+Ban+Designer+Drugs+Sold+As+%26%238216%3BBath+Salts%26%238217%3B&segment=bath-salts&pubdate=2011-08-10

19.    Bianca de la Garza (**Rosenbaum CD** television interview).   Bath Salts and Fake Weed. September 29, 2011 (17:55pm nightly news).  WCVBTV.  ABC, Boston, MA.

20.    Susan Spencer (**Rosenbaum CD** newspaper interview).  Drug Trend Spurs Official Crackdown. DEA bans "bath salts" deemed public threat.  *Worcester Telegram and Gazette*.  October 23, 2011. http://www.telegram.com/article/20111023/NEWS/110239826/1246

21.    Christopher M. Ajello (**Rosenbaum CD** magazine interview).  Health Effects of Nuclear Energy. *Health Care Ledger.*  www.healthcareledger.com  November 2011.  Vol. 8 Issue 11 pp 4-16.

22.    Kellerman, Lynn (**Rosenbaum CD** television interview).  5-Hour Energy Drinks. November 22, 2011 (nightly news).  WCVBTV.  ABC, Boston, MA.

23.    Melanson, Alana (**Rosenbaum CD** newspaper interview).  Teens Sick for Medicine.  1/3/2012. Sentinel and Enterprise.  Fitchburg, MA.  http://www.sentinelandenterprise.com/ci_19664186

24.    Jena Wiley-Triggs (**Rosenbaum CD** television interview).   Norovirus. January 3, 2012 (nightly news).  WCVBTV.  ABC, Boston, MA.

25.    Jena Wiley-Triggs (**Rosenbaum CD** television interview).  Concerns Over Toxic Metal in Foods Rise.    February   29,   2012   (nightly   news).    WCVBTV.    ABC,   Boston,   MA. http://www.thebostonchannel.com/video/30572819/detail.html

26.    Jena Wiley-Triggs (**Rosenbaum CD** television interview).  Maternal Obesity and Autism.  April 2012 (nightly news).  WCVBTV.  ABC, Boston, MA.

27.    Boston Marathon Live Interview Regarding Health Risks (**Rosenbaum CD** television interview). April 16, 2012.   CBS, Boston, MA.

28.    Boston Marathon Live Interview Regarding Health Risks (**Rosenbaum CD** television interview). April 16, 2012.   WCVB TV.  ABC, Boston, MA

29.    Boston Marathon Live Interview Regarding Health Risks (**Rosenbaum CD** television interview). April 16, 2012.  FOX, Boston, MA.

30.    Boston Marathon Live Interview Regarding Health Risks (**Rosenbaum CD** television interview). April 16, 2012.  NECN, Boston, MA.

31.    Jena Wiley-Triggs (**Rosenbaum CD** television interview).  FDA Orders Halt to Popular Diet Supplements.    May   1,   2012   (nightly   news).    WCVBTV.    ABC,   Boston,   MA. http://www.thebostonchannel.com/health/30985814/detail.html

32.    Jena Wiley-Triggs (**Rosenbaum CD** television interview).  Experts: Genergic Drugs Don't Always 'Work the Same' As Brand-Names.  WCVBTV.  ABC, Boston, MA.  May 8, 2012.

33.    Deborah Becker (**Rosenbaum CD** radio interview).  Synthetic Cannabinoids/Herbal Marijuana Alternatives.  May 2012.  WBUR/NPR.

34.    Kellerman, Lynn (**Rosenbaum CD** television interview).  'Bath Salts' drug problem on the rise. June 23, 2012 (nightly news).  WCVBTV.  ABC, Boston.   http://www.wcvb.com/health/-Bath-Salts-drug-problem-on-the-rise/-/9848730/15214030/-/6l0lwtz/-/index.html

35.   Jena Wiley-Triggs (**Rosenbaum CD** television interview).  Hookah Tobacco Smoking.  November 2, 2012 (nightly news).  WCVBTV.  ABC, Boston.

36.   Kelly Tuthil/Jen Berryman (**Rosenbaum CD** television interview).  Toradol injections in collegiate athletes.  Jan 3rd, 2013 (nightly news).  WCVBTV.  ABC, Boston.

37.   Kellerman, Lynn (**Rosenbaum CD** television interview).  Heat-related Illnesses.  July 19th, 2013 (nightly news).  WCVBTV.  ABC, Boston.

38.   Jena Wiley-Triggs (**Rosenbaum CD** television interview).  Xanax Overdoses in Massachusetts.  July 23rd, 2013 (nightly news).  WCVBTV.  ABC, Boston.

39.   Cindy Fitzgibbon (**Rosenbaum CD** television interview).  Falling through the ice and hypothermia.  February 2014 (nightly news).  WCVBTV.  ABC, Boston.

40.   Jaclyn Reiss (Rosenbaum CD newspaper).  What is synthetic marijuana?  January 14, 2016.  https://www.bostonglobe.com/metro/2016/01/13/what-synthetic-marijuana/x26Si00dViJPPYtgGPm9GK/story.html.  Boston Globe.


**<u>EXTERNAL FUNDING</u>:**

*Completed:*
"Motor Vehicle Crashes Involving Elderly Drivers"
Principal Investigator:  **Chris Rosenbaum, MD**
Emergency Medicine Foundation Resident Research Grant
2006 - 2010                                                                                    $ 5,000