1              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA

2

3                        -  -  -

4

   IN RE:  ROUNDUP PRODUCTS      :  MDL NO. 2741
5  LIABILITY LITIGATION          :
   _____ :  CASE NO. MDL NO.
6  This document relates to:     :  3:16-MD-02741-VC
                                 :
7  Lois Rolish v. Monsanto       :
   Company, et al., Case No.     :
8  3:20-cv-01421-VC              :

9

                         -  -  -

10

                Wednesday, October 11, 2023

11
                         -  -  -

12

13        Remote oral stenographic deposition of JACK F.

14  JACOUB, M.D., conducted at the location of the witness

15  in Laguna Beach, California, commencing at approximately

16  10:06 a.m., on the above date, before Rosemary Locklear,

17  a Registered Professional Reporter, Certified Realtime

18  Reporter and California CSR (#13969).

19

20

21                        -  -  -

22

23

24            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 971.591.5672 Fax
25              deps@golkow.com

Jack F. Jacoub, M.D.

```
 1   APPEARANCES:  (All appearances via remote technology)

 2

 3          JOSEPH SAVERI LAW FIRM, INC.
            BY:  STEVEN N. WILLIAMS, ESQUIRE
 4          swilliams@saverilawfirm.com
            601 California Street, Suite 1000
 5          San Francisco, California 94108
            (415) 500-6800
 6          Appearing on behalf of the Plaintiff

 7

 8          SHOOK HARDY & BACON, L.L.P.
            BY:  TIMOTHY E. CONGROVE, ESQUIRE
 9          tcongrove@shb.com
            BY:  BRI'AN DAVIS, ESQUIRE
10          bddavis@shb.com
            2555 Grand Boulevard
11          Kansas City, Missouri 64108
            (816) 474-6550
12          Appearing on behalf of the Defendant Monsanto
            Company
13

14
                              - - -
15

16

17

18

19

20

21

22

23

24

25
```

Jack F. Jacoub, M.D.

```
 1                    I N D E X

 2

 3    WITNESS                                   PAGE

 4

 5    JACK F. JACOUB, M.D.

 6

 7              By Mr. Congrove                    6

 8

 9                    - - -

10

11                 EXHIBIT INDEX

12    NUMBER                                  MARKED

13

14    Jacoub-1      4-page document dated        18
                    10/5/2023 entitled "Defendant
15                  Monsanto Company's Amended
                    Notice to Take Oral Deposition
16                  of Dr. Jack Jacoub"

17    Jacoub-2      [Not marked]

18    Jacoub-3      9-page document entitled      22
                    "Jack F. Jacoub, M.D."
19
      Jacoub-4      5-page document dated         64
20                  12/29/2006 entitled
                    "Consultation,"
21                  Confidential-LRolish-PPR-
                    001077 -
22                  Confidential-LRolish-PPR-
                    001081
23

24

25
```

Qaek F. Jacoub, M.D.

```
 1                    EXHIBIT INDEX (Continued)

 2     NUMBER                                              MARKED

 3

 4     Jacoub-5        3-page document dated 1/4/2007        69
                       entitled "Bone Marrow
 5                     Pathology Report,"
                       Confidential-LRolish-OCMMD-PD-
 6                     000004 -
                       Confidential-LRolish-OCMMD-PD-
 7                     000006

 8     Jacoub-6        3-page document dated 1/5/2007        72
                       entitled "Pacific Coast
 9                     Hematology/Oncology,"
                       Confidential-LRolish-PPR-
10                     000911 -
                       Confidential-LRolish-PPR-
11                     000913

12     Jacoub-7        4-page document dated                78
                       1/23/2007 entitled "History
13                     and Physical,"
                       Confidential-LRolish-PPR-
14                     001030 -
                       Confidential-LRolish-PPR-
15                     001033

16     Jacoub-8        2-page document dated                82
                       3/16/2007 entitled "Pacific
17                     Coast Hematology/Oncology,"
                       Confidential-LRolish-PPR-
18                     000008 -
                       Confidential-LRolish-PPR-
19                     000009

20     Jacoub-9        2-page document dated                86
                       11/21/2008 entitled "Pacific
21                     Coast Hematology/Oncology,"
                       Confidential-LRolish-PPR-
22                     000901 -
                       Confidential-LRolish-PPR-
23                     000902

24

25
```

Jack F. Jacoub, M.D.

```
 1                    EXHIBIT INDEX (Continued)

 2    NUMBER                                          MARKED

 3

 4    Jacoub-10      2-page document dated                88
                     10/2/2009 entitled "Pacific
 5                   Coast Hematology/Oncology,"
                     Confidential-LRolish-OptumCN-
 6                   000054 -
                     Confidential-LRolish-OptumCN-
 7                   000055

 8

 9   (Exhibits retained by the court reporter and attached to
     transcript.)
10

11
                              - - -
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Jack F. Jacoub, M.D.

```
 1          THE COURT REPORTER:  All parties to this

 2   deposition are appearing remotely and have agreed to the

 3   witness being sworn in remotely.

 4          Due to the nature of remote reporting, please

 5   pause briefly before speaking to ensure all parties are

 6   heard completely.

 7          Counsel will be noted on the stenographic

 8   record.

 9          JACK F. JACOUB, M.D., having been duly sworn,

10   was examined and testified as follows:

11                       EXAMINATION

12   BY MR. CONGROVE:

13   Q.    Good morning, Dr. Jacoub.

14          And did I pronounce that correctly?

15   A.    Yes, sir.

16   Q.    Okay.  So we met just before the deposition

17   started.

18          My name is Tim Congrove, and I represent

19   Monsanto in a lawsuit filed by Ms. Lois Rolish.  So

20   let's get started.

21          For starters, would you please state your full

22   name for the record.

23   A.    Yes, sir.  Jack Jacoub, J-A-C-O-U-B.

24   Q.    And what is your business address?

25   A.    My business address currently would be 18111
```

Jack F. Jacoub, M.D.

```
 1              THE WITNESS:  So these conferences are very
 2    broad in scope and they may involve 10,000 different
 3    abstracts submitted from organizations all over the
 4    world.
 5              And there's going to be topics of cause, and
 6    they may be interesting to some of the attendees,
 7    scientists, other people, but for the sake of why I'm at
 8    the conference, which is usually a diagnostic or
 9    therapeutic basis, I'm more interested in those things.
10              And so I'm not necessarily saying that those
11    things are not presented at the conferences, they're
12    just not areas of interest that I'm going to spend time
13    on.
14    BY MR. CONGROVE:
15    Q.       Do you ever recall attending a conference at
16    which you were at a presentation where the issue of
17    Roundup being a cause of non-Hodgkin's lymphoma was
18    suggested?
19    A.        I don't recall that being presented or me coming
20    across it at meetings that I have attended.
21    Nonetheless, I'm aware that there is a link between that
22    chemical or that product and lymphoma.
23    Q.       And what is the basis for your understanding
24    that there's a link between that chemical and lymphoma?
25    A.        Probably my awareness over the years since
```

Jack F. Jacoub, M.D.

1    graduating that there was a link between it.  I can't

2    recall the specific basis for it, but I'm aware of it.

3    And I was aware that there was a lot of litigation in

4    that area.  Continues to be, apparently.  That's kind of

5    the extent of it.

6    Q.      Have you -- have you studied the epidemiology or

7    any of the other studies that have been done with

8    respect to a link between -- what you've described as a

9    link between the chemical Roundup and lymphoma?

10           MR. WILLIAMS:  Objection to form.

11           THE WITNESS:  No, I've not studied the specific

12   reports linking it but, you know, I deal with a lot of

13   different risk factors but the chemical side of those

14   risk factors is sort of part of our exposure and

15   training.

16           There's a lot of different chemicals that are

17   linked to cancer.  I just gave a brief interview related

18   to forever chemicals that's an active litigation area

19   and related to cancer.

20           So there -- it's just something that we are

21   aware of.  Whether the link is strong or weak or what is

22   the evidence behind it, I'm not aware of those

23   specifics.

24           MR. CONGROVE:  Okay.

25

Jack F. Jacoub, M.D.

```
 1   BY MR. CONGROVE:

 2   Q.      So you have a general sense, based upon your

 3   training, that there may be a link between the chemical

 4   Roundup and lymphoma but you haven't -- you haven't

 5   independently studied the science behind the claims that

 6   there's a link between Roundup and lymphoma.

 7           MR. WILLIAMS:  Objection to form.

 8           THE WITNESS:  If I have studied it, it's been a

 9   long time.  And I can't recall the specifics of it but I

10   am aware that there is a link.

11   BY MR. CONGROVE:

12   Q.      And you don't know the strength of any

13   association between the chemical Roundup and lymphomas;

14   is that correct?

15   A.      I don't --

16           MR. WILLIAMS:  Objection to form.

17           THE WITNESS:  I don't know the strength.  I

18   would assume the expert opinion would, but I don't know

19   the specific strength.

20   BY MR. CONGROVE:

21   Q.      And that's not something you could testify to in

22   this lawsuit; correct?

23           MR. WILLIAMS:  Objection to form.

24           THE WITNESS:  That's correct.

25
```

Jack F. Jacouby, M.D.

```
 1   BY MR. CONGROVE:

 2   Q.      Have you ever told one of your patients that

 3   Roundup caused their cancer?

 4   A.      I'm pretty sure I never said that point-blank

 5   because it is -- it is uncommon for one specific thing

 6   to cause cancer.  Often, we say it's an interplay

 7   between different factors plus an obvious risk factor.

 8   And I would expect a statement like that would be

 9   just -- I don't think I would say it.

10   Q.      What would you say to a patient if they asked

11   you whether Roundup caused them to contract cancer?

12           MR. WILLIAMS:  Objection to form.

13           THE WITNESS:  What I would say is that, yeah,

14   that's certainly possible.  I'm aware that there's a

15   link but at times we really don't know why cancer

16   developed, but perhaps -- perhaps there was a

17   contribution from exposure to Roundup if you've had it

18   over many years.  That's probably what I would say.

19   BY MR. CONGROVE:

20   Q.      Did you ever tell Ms. Rolish that you believe

21   Roundup caused her non-Hodgkin's lymphoma?

22   A.      I can't recall if I did.  And, again, I wouldn't

23   say it only as a matter of fact.  I'd include other

24   things.  But I can't recall specifically.

25   Q.      Dr. Jacoub, for the record, I'll represent that
```

Jack I. Jacoby, M.D.

```
 1   Q.      And in this social history here, what did you
 2   note with respect to exposure to radiation or chemicals?
 3   A.      I put, there's no history of exposure to
 4   radiation or other chemicals.
 5   Q.      And --
 6   A.      Because I ask that because it's pertinent to
 7   lymphoma.
 8   Q.      And so when you saw Ms. Rolish in December of
 9   2006, would you have asked her a question about whether
10   or not she had been exposed to radiation or chemicals?
11   A.      I -- yeah, I may have.  And if I -- if I felt it
12   was pertinent, I would have probably included it in the
13   history of presenting illness as opposed to the social
14   history.  But I didn't seem to think that there was, or
15   at least she didn't provide me one.
16   Q.      And then you -- do you typically take a family
17   history?  That's one of the categories on this -- on
18   this document.
19   A.      Yes, I do.
20   Q.      And what did you note with respect to her family
21   history in terms of other family members having cancer?
22   A.      I'm sorry.  Can you repeat that question?
23   Q.      Yeah.
24           What did you note with respect to her family
25   history?
```

Jack F. Jacoub, M.D.

1    A.        Looks like she had cousins that had -- first

2    three cousins that had colon cancer.  Father also had a

3    cancer.  And there was no specific history of

4    hematologic cancers, which are leukemias and lymphomas.

5    Q.        And as a cancer doctor, do you typically ask

6    about family history of cancer?

7    A.        Yes; because their familial history is important

8    to the development of cancer.

9    Q.        And is that because you understand that there

10   may be a genetic component with respect to the

11   development of certain types of cancers?

12   A.        Yes, to certain types of cancers there is a

13   genetic predisposition or a higher probability of

14   genetic predisposition.  So that history is important.

15   Q.        Does that include lymphomas?

16   A.        Typically not, but I still include the history.

17   Q.        I'll take that one down.

18   A.        In follow-up to that answer, there isn't really

19   clearly defined genetic, hereditary genetic disorders

20   that are associated with lymphoma but there's familial

21   clustering which suggests that there truly is an issue.

22   But we have not yet delineated that.

23   Q.        Thanks, Dr. Jacoub.

24             Can you explain to us what you mean by familial

25   clustering?

Jack F. Jacoub, M.D.

```
 1   A.        Well, we'll common -- well, we'll see in
 2   practice at times individuals that have multiple family
 3   members with lymphoma.
 4             We'll study them, and often we won't find
 5   necessarily an identifiable predisposition but the
 6   clinical suspicion is one probably exists but we just
 7   don't have -- we just don't know which one it is.  So
 8   that's a scenario of clustering within a family, but
 9   there's no defined diagnosis or predisposition that can
10   be identified.
11             MR. CONGROVE:  I'm going to mark as
12   Exhibit Number 5 a Bone Marrow Pathology Report dated --
13   well, it was taken on December 30th of 2006, looks like
14   it was reported out on January 4th of 2007.
15             (Exhibit Jacoub-5 was marked for
16   identification.)
17   BY MR. CONGROVE:
18   Q.        It looks like you were the ordering physician
19   for this Bone Marrow Pathology Report.
20             Do you see that, Dr. Jacoub?
21   A.        I was the ordering physician?  Okay.
22             Yes, I do see that.
23   Q.        At the left-hand corner?
24   A.        Yes, I see it.
25   Q.        Why would you have ordered a Bone Marrow
```

Jack I. Jacoub, M.D.

1    that means?

2    A.      Neupogen is a growth factor, a myeloid growth

3    factor, for white blood cells.  It stands for

4    granulocyte-colony stimulating factor.

5           And it was the commonly available growth factor

6    back in that time.  And we gave it to people who had low

7    white blood cell counts or to people that we expect to

8    have low white blood cell counts because we gave them

9    chemotherapy that's going to impact their bone marrow

10   function to prevent fever and infection.

11   Q.      All right.  Let me take this down.  Okay.

12           Dr. Jacoub, I'm going to mark this as

13   Exhibit Number 6.

14           (Exhibit Jacoub-6 was marked for

15   identification.)

16   BY MR. CONGROVE:

17   Q.      This is a document, a medical record, dated

18   January 5th of 2007.

19           So we can see this is one of your records if we

20   go to your signature here on the second or third page of

21   this document.

22           Do you see that?

23   A.      Yes.

24   Q.      Page 3, I guess that it was.

25           And what problems were you seeing Ms. Rolish

1    for, according to this medical record?

2         Can I direct your attention to Paragraph 1 of

3    the Problem List?

4    A.        Paragraph 1?  Okay.  Problem List, Paragraph 1.

5         MR. WILLIAMS:  I'm -- I apologize.  Never mind.

6         THE WITNESS:  No.

7         So she had a B-cell lymphoma, follicle center

8    origin.  Okay.  So it wasn't large B-cell lymphoma, and

9    at the time I thought it was Stage 3A from the

10   records -- by this time, I've already received now these

11   records.  I thought it was Stage 3A.  So her bone marrow

12   wasn't involved when she was diagnosed; otherwise, I

13   would have gave her a Stage 4.

14        MR. CONGROVE:  Uh-huh.

15        THE WITNESS:  She was enrolled in a clinical

16   trial of a purine analogue, namely, pentostatin, which

17   we don't use a lot of today but back then it was

18   reasonable because we were using commonly a drug called

19   fludarabine at that time.  And she received it in

20   combination with Rituxan and Cytoxan, a PCR regimen.

21   Previously, we were using the FCR regimen.  But this was

22   a reasonable, I thought, sound clinical trial.

23        She got eight cycles of it and achieved a

24   complete remission by late '06, 2006, and then remained

25   persistently pancytopenic, with low blood counts and

Jack I. Jacoby, M.D.

1          I don't have any questions for you today,

2     Doctor.

3          Thank you.

4          MR. CONGROVE:  Thank you.

5          THE COURT REPORTER:  We're off the record.

6          (Whereupon the deposition concluded at 12:20

7     p.m.)

8                    TESTIMONY CLOSED

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Jack F. Jacoub, M.D.

```
 1    STATE OF CALIFORNIA            )

 2    COUNTY OF LOS ANGELES          )

 3              I, ROSEMARY LOCKLEAR, a Certified Shorthand

 4    Reporter of the State of California, duly authorized to

 5    administer oaths pursuant to Section 2025 of the

 6    California Code of Civil Procedure, do hereby certify

 7    that

 8              JACK F. JACOUB, M.D., the witness in the

 9    foregoing deposition, was by me duly remotely sworn to

10    testify the truth, the whole truth and nothing but the

11    truth in the within-entitled cause; that said testimony

12    of said witness was stenographically reported by me, a

13    disinterested person, and was thereafter transcribed

14    under my direction into typewriting and is a true and

15    correct transcription of said proceedings, to the best

16    of my ability.

17              I DO FURTHER CERTIFY that I am neither a

18    relative nor employee nor attorney nor counsel of any of

19    the parties to this action, and that I am neither a

20    relative nor employee of such attorney or counsel, and

21    that I am not financially interested in the action.

22

23

24    ROSEMARY LOCKLEAR, RPR, CRR, NJ-CSR, CA CSR 13969

25    Dated: October 16, 2023
```

Jack F. Jacoubi, M.D.

```
 1                    INSTRUCTIONS TO WITNESS

 2

 3

 4            Please read your deposition over carefully and

 5   make any necessary corrections.  You should state the

 6   reason in the appropriate space on the Errata Sheet for

 7   any corrections that are made.

 8            After doing so, please sign the Errata Sheet

 9   and date it.

10            You are signing same subject to the changes

11   you have noted on the Errata Sheet, which will be

12   attached to your deposition.

13            It is imperative that you return the original

14   Errata Sheet to the deposing attorney within thirty (30)

15   days of receipt of the deposition transcript by you.  If

16   you fail to do so, the deposition transcript may be

17   deemed to be accurate and may be used in court.

18

19

20

21

22

23

24

25
```

Jack F. Jacoby, M.D.

```
 1                       E R R A T A

 2                       - - - - - -

 3

 4     PAGE  LINE  CHANGE

 5     _____  _____  _____

 6     REASON:_____

 7

 8     PAGE  LINE  CHANGE

 9     _____  _____  _____

10     REASON:_____

11

12     PAGE  LINE  CHANGE

13     _____  _____  _____

14     REASON:_____

15

16     PAGE  LINE  CHANGE

17     _____  _____  _____

18     REASON:_____

19

20     PAGE  LINE  CHANGE

21     _____  _____  _____

22     REASON:_____

23

24

25
```

```
 1              ACKNOWLEDGEMENT OF DEPONENT

 2

 3

 4         I,_____, do hereby certify

 5    that I have read the foregoing pages, and that the same

 6    is a correct transcription of the answers given by me to

 7    the questions therein propounded, except for the

 8    corrections or changes in form or substance, if any,

 9    noted in the attached Errata Sheet.

10

11

12

13    _____

14    JACK F. JACOUB, M.D.                    DATE

15

16    Subscribed and sworn
      to before me this
17    _____day of_____, 20____.

18

19    My commission expires:_____

20    _____

21    Notary Public

22

23

24

25
```

Jack F. Jacoub, M.D.

```
1                    LAWYER'S NOTES

2    PAGE LINE

3    _____  _____

4    _____  _____

5    _____  _____

6    _____  _____

7    _____  _____

8    _____  _____

9    _____  _____

10   _____  _____

11   _____  _____

12   _____  _____

13   _____  _____

14   _____  _____

15   _____  _____

16   _____  _____

17   _____  _____

18   _____  _____

19   _____  _____

20   _____  _____

21   _____  _____

22   _____  _____

23   _____  _____

24   _____  _____

25   _____  _____
```