

EXHIBIT
Jacoub-6
RL 10/11/2023

**PACIFIC COAST HEMATOLOGY/ONCOLOGY
MEDICAL GROUP, INC.**
Glen R. Justice, M.D.
Marsha G. Fink, M.D.
Jack F. Jacoub, M.D.
11190 Warner Avenue, Suite 300
Fountain Valley, California 92708
Tel (714) 751-2600   Fax (714) 751-2074

January 5, 2007

RE: ROLISH, Lois
DOB: 10/24/1948

**PROBLEM LIST:**
1. B cell NHL, follicle center origin (periaortic node biopsy) Dx 1/23/06: CD10/CD19/CD20/FMC-7 positive; unclear if FISH or CG testing was performed. Stage IIIA. S/P enrollment onto study consisting of pentostatin/ rituximab/Cytoxan (PCR) given every 21 days for 8 cycles. Treatment commenced 3/16/06 until 8/16/06; presently in CR.
2. Pancytopenia since chemotherapy with persistent grade 4 neutropenia.
3. Multiple admissions for febrile neutropenia, sinusitis, and other infections.
4. Paroxysmal severe hypertension.
5. Diverticulosis.
6. Depression.

**MEDICATIONS:** Norvasc 5 mg q.d., atenolol 50 mg q.d., Catapres patch, Lexapro 20 mg q.d., Famvir 500 mg q.d., doxycycline 100 mg p.o. b.i.d. (two more days).

**ALLERGIES:** Sulfa medications and Percocet.

**HISTORY OF PRESENT ILLNESS:** Ms. Rolish was seen today following discharge from OCMMC whereupon I provided new patient consultation for the problem of pancytopenia following chemotherapy for low grade NHL as outlined above. She had presented on 12/20/06 with zoster of the right buttock area in a typical dermatomal distribution. She was notably leukopenic at that time and then progressively became frankly neutropenic reaching a nadir WBC of 900 on 12/25/06 and ultimately did recover with the support of Neupogen briefy followed by Leukine. Approximately two days between growth factor support the patient received a bone marrow biopsy with aspiration on 12/30/06. The results of which are as follows: the peripheral blood smear indicated there were 39% segmented neutrophils, 16% bands, 4% metamyelocytes, 8% myelocytes with an ANC of 1,400; smear revealed mild macrocytic anemia with a few oval macrocytes; the bone marrow smears were hemodiluted; the biopsy revealed 30-40% cellularity with prominent areas of granulopoiesis; erythropoiesis appeared mildly decreased;  megakaryocytes appeared; flow cytometry was negative for lymphomatous involvement; the cytogenetics are currently pending; iron stores was not performed as the slide lacked spicules. Other pertinent testing included an LDH of 499, iron of 111, total iron binding capacity of 191, percent saturation of 68%, ferritin of 3,440, uric acid of 5.9, albumin of 3.4, and the remainder of the liver function tests were largely unremarkable. TSH was 4.3, B12 was greater than 2,000, folic acid was 7.9, PT was 15.1, PTT was 30, D-dimer was 338, fibrinogen was 116, absolute reticulocyte was 20,200.

Notably, on review of the bone marrow biopsy performed by Dr. Pandit, her former Oncologist, on 3/2/06 the patient had a hypocellular bone marrow with cellularity varying 1-40% with an overall hematopoietic cellularity of 30%. Cytogenetics were normal. There was

PATIENT: ROLISH, Lois
January 5, 2007
Page 2

progressive maturation in all lineages. Flow cytometry did not demonstrate lymphoma involvement. No sideroblasts were evident with 1+ stainable iron.

While hospitalized at OCMMC she underwent a CT scan of the chest, abdomen and pelvis on 12/21/06 which demonstrated mild cardiomegaly, liver and spleen were of normal size and contour, and there was mild diverticulosis but no adenopathy. An echocardiogram was also performed which we are obtaining those results.

Today, she reports that the zoster eruption has nearly resolved. She does not have any fevers, chills, rigors or fatigue. She is to complete her doxycycline course tomorrow.

**PHYSICAL EXAMINATION:** GENERAL: The patient is a woman who looks about five years younger than her stated age. She is in no distress. She is very pleasant. VITAL SIGNS: Blood pressure is 120/76, temperature is 97.3°, pulse is 72, respirations are 18, and weight is 225 lbs. HEENT: Clear NOP. PERRLA. EOMI. CVA: $S_1$ and $S_2$ positive. RRR. No M/R/G. CHEST: Clear to auscultation bilaterally. ABDOMEN: Soft. Nontender. Nondistended. There is no hepatosplenomegaly. LYMPH NODES: There is no appreciable peripheral lymphadenopathy. EXTREMITIES: No clubbing, cyanosis, or edema.

**LABORATORY DATA:** The patient has a WBC of 1,400, hemoglobin of 11.3, hematocrit of 31.9, and a platelet count of 122,000.

**IMPRESSION:** Ms. Rolish is a 58-year-old Caucasian woman who has a low-grade NHL Stage IIIA diagnosed 1/06 and treated with eight cycles of PCR on study and presently in a CR. Unfortunately, as a possibly consequence of treatment she has suffered from profound, intermittently growth factor responsive neutropenia. The etiology may be related to secondary MDS (cytoxan exposure), rituximab or pentastatin related immune neutropenia or unrelated auto- or alloimmune neutropenia. In regards to MDS, she has a hypoplastic marrow, clear evidence of long term ineffective erythropoiesis (secondary iron overload) and myelopoiesis but no morphologic evidence of MDS (CG pending). Although I suspect an immune basis to her cytopenias I am very hesitant to recommend immunosuppressive therapy given her underlying lymphoma. Although, if her neutropenia worsens and becomes refractory to growth factors, the benefit may outweigh the risk.

**PLAN:**
1. As she is allergic to sulfa, place her on dapsone 100 mg daily. Continue Famvir daily and if her neutropenia remains consistently below 1000 start levaquin, if less than 500 start Voriconazole as well.
2. Await cytogenetic results.
3. A trial of Leukine to be given on Tuesdays/Fridays in an attempt to maintain the patient's leukocyte count. A more convenient approach would be to provide Neulasta however this has been only intermittently successful.
4. Obtain a serum protein electrophoresis with immunofixation, uric acid, lymphocyte profile, viral hepatitis panel, CBC, chem panel, reticulocyte count, antineutrophil antibodies, quantitative immunoglobulins, ANA, LDH, and erythropoietin levels.
5. Consider IVIG 1gm/kg for 2 days.

ROLISH-000912

Confidential-LRolish-PPR-000912

PATIENT: ROLISH, Lois
January 5, 2007
Page 3

6.    The patient was invited back for a follow up appointment in one week.

Sincerely,

Jack F. Jacoub, M.D.

cc:    Lalita Pandit, M.D.
       11160 Warner Ave.
       STE 119
       Fountain Valley, CA 92708

JFJ/km

---

PATIENT: ROLISH, Lois
January 5, 2007
Page 3

ROLISH-000913

Confidential-LRolish-PPR-000913