**Expert Report – Richard Bakst, MD**

I am a radiation oncologist at the Icahn School of Medicine at Mount Sinai in New York City who specializes in the treatment of lymphomas and hematological malignancies. I have reviewed and evaluated the medical records involved in this case as well as the studies that investigated the potential carcinogenicity of glyphosate and/or Roundup. In developing my opinions outlined below, I have utilized my knowledge of Non-Hodgkin lymphoma (NHL), clinical experience, scientific literature regarding Roundup and glyphosate, in addition to Helen Rolish's medical records.  My opinion is that Roundup is not a cause of NHL and did not cause or substantially contribute to Mrs. Rolish's NHL. I hold these opinions to a reasonable degree of scientific certainty. A materials considered list (MCL) as well as my updated curriculum vitae, prior expert testimony and compensation are set forth in Exhibits A, B, C, and D respectively. I reserve the right to supplement my opinions based on any new information, including but not limited to medical records or scientific literature, that becomes available.  I also reserve the right to provide further context for general concepts regarding NHL and oncology at trial.

## I.    Non-Hodgkin Lymphoma - Clinical Features & Management

Non-Hodgkin lymphoma (NHL) is a common form of cancer that consists of a diverse group of malignant neoplasms derived from B, T, or natural killer (NK) immune cells. The clinical features of this class of malignancies outlined below are well described in medical textbooks (Devita, et al., Cancer, 11th edition), online resources (National Comprehensive Cancer Network and National Cancer Institute), as well as journal articles including those listed in the MCL. More than 60 specific NHL subtypes have been identified. NHL subtypes are organized by the characteristics of the immune cell type including their histological appearance, genetic features and cell surface markers. Additionally, NHL can be subdivided based on their clinical behavior. Aggressive lymphomas rapidly progress and account for more than half of all NHL cases. Of these, Diffuse large B-cell lymphoma (DLBCL) is the most common subtype. Indolent lymphomas tend to grow more slowly and have fewer signs and symptoms when first diagnosed. Different NHL subtypes can have different causes, treatments, and prognoses.

*Presentation*

The clinical presentation of NHL depends on the type of lymphoma and the areas of involvement. Aggressive lymphomas commonly present with a rapidly growing mass and/or systemic or B-symptoms such as fever, night sweats, and weight loss. By contrast indolent lymphomas can often be clinically occult presenting only with slow growing lymphadenopathy, organomegaly and/or cytopenias. Examples of lymphomas that typically have indolent presentations include follicular lymphoma, chronic lymphocytic lymphoma, and marginal zone lymphoma.

EXHIBIT
1

Patients with NHL may present with B symptoms defined as follows: Fever defined as temperature >38°C, unexplained loss of >10 percent of body weight over the past six months, or the presence of drenching night sweats. More than 60 percent of patients with NHL present with enlarged lymph nodes, which are typically painless.

DLBCL is the most common lymphoma, accounting for approximately one quarter of all NHLs in the developed world. Most NHLs have a male predominance with more than half of cases occurring in men. The incidence increases with age.  The median age of NHL at presentation is 67 years (National Cancer Institute, Cancer Statistics). Notably, the incidence varies by ethnicity, with Caucasians having higher rates.  Follicular lymphoma is the most common subtype of indolent NHL and increases with age. Incidence for follicular lymphoma specifically, is highest in developed, high income countries such as the Unites States with the highest rates also amongst Caucasians (American Cancer Society Registry Data). NHL rates of remained constant over the past 30 years (SEER Cancer Stat Facts) despite increases in glyphosate usage (EPA 2017).

*Diagnosis & Work-up*

A biopsy is generally required for the diagnosis and classification of NHL. Evaluation by a hematopathologist or a pathologist with expertise in lymphoma is important to achieve diagnostic accuracy. Importantly, lymphomas can be hard to diagnosis on fine needle aspirate (FNA) alone, and often require a tissue biopsy to adequately subtype and grade the cancer. As such, excisional lymph node biopsy is a standard method for formulating a diagnosis of lymphoma as well as measuring levels of biomarkers.   These may include: molecular analysis to determine immunoglobulin and BCL2 gene rearrangements and karyotype or FISH to evaluate for IRF4/MUM1 rearrangements. Following diagnosis, imaging studies are critical in the staging evaluation of patients with NHL. The preferred imaging modality for staging a patient with NHL depends on histologic subtype but generally includes a PET-CT scan (NCCN Guidelines, B Cell Lymphomas, V5.2022). Bone marrow involvement is frequent in patients with NHL, most commonly in the slow-growing histologies. Most patients with NHL should undergo a bone marrow aspiration and biopsy prior to the initiation of treatment as part of their staging evaluation. Additionally, laboratory tests are routinely performed, including complete blood counts and metabolic panels such as LDH and hepatitis serologies, among others.

*Staging*

The Lugano classification is the current staging system used for patients with NHL, which is based on the Ann Arbor staging system (National Cancer Institute, Adult Non-Hodgkin Lymphoma, Health Professional Version).

- Stage I refers to NHL involving a single lymph node region or a single extralymphatic organ

- Stage II refers to two or more involved lymph node regions on the same side of the diaphragm
- Stage III refers to lymph node involvement on both sides of the diaphragm
- Stage IV refers to the presence of diffuse or disseminated involvement of one or more extralymphatic organs

In addition to stage, other prognostic variables include performance status, LDH levels, age, number of sites involved as well as histological subtype of NHL.

*Treatment*

The treatment for NHL is varied and dependent on both histology and stage (NCCN Guidelines, B Cell Lymphomas, V5.2022). For the most common type of NHL, DLBCL, the preferred treatment for most early stage (I,II) patients is a combined modality approach, consisting of R-CHOP (rituximab, cyclophosphamide, doxorubicin, vincristine, and prednisone) followed by locoregional radiation therapy (RT). For late stage (III, IV) patients, chemoimmunotherapy alone is generally utilized with radiation considered for regions of bulky disease. Combined modality therapy has the potential benefit of reducing chemotherapy associated toxicities. Chemoimmunotherapy alone may be preferred in situations where RT is expected to have increased long-term toxicity as discussed below. Generally, low grade (grade 1-2) advanced follicular lymphoma can be treated with rituximab alone; however, a wide variety of regimens can be utilized. (NCCN Guidelines, B Cell Lymphomas, V5.2022). Rituximab (also known as Rituxan) is a type of immunotherapy (not a chemotherapy) that targets CD20, a protein on the lymphoma cells, and is therefore much better tolerated in comparison to more traditional chemotherapies.

Radiation therapy plays an essential role in the contemporary management of NHL and remains one of the most powerful mono-therapeutic interventions for both aggressive and indolent subtypes. In comparison to solid tumors, lymphoid malignancies are often particularly radiosensitive thereby enabling much lower doses to be utilized. In cases of combined modality therapy, RT is utilized following chemotherapy for many early-stage presentations, as well as in selected bulky and extranodal, advanced-stage NHLs. The addition of consolidation RT unequivocally reduces the risk of local failure in such cases. RT serves as the sole treatment modality in most early-stage indolent B-cell NHLs such as marginal zone lymphoma (MALT) or follicular lymphoma. Radiation monotherapy can also be used in early stage NK-T cell lymphoma.  Additionally, for cutaneous NHL, RT can be curative with minimal toxicities when using superficial radiation techniques.

Both chemotherapy and radiation can be associated with toxicities, which can be categorized temporally into acute and late toxicities. These respectively refer to those toxicities which develop during or shortly after treatment versus those that develop in the months to years following treatment.

*Response Assessment*

Response to treatment is typically assessed using the Deauville score also known as the 5-point scale (NCCN Guidelines, B Cell Lymphomas, V5.2022), which is a visual method of standardizing the interpretation of post-treatment PET scans.  The Deauville score uses a patient's FDG uptake in the mediastinal blood pool and liver as internal controls and is typically reported as:

- **1** – No uptake
- **2** – Uptake ≤ mediastinal blood pool
- **3** – Uptake > mediastinal blood pool but ≤ liver
- **4** – Uptake moderately more than liver uptake, at any site
- **5** – Uptake markedly higher than liver and/or new lesions
- **X** – New areas of uptake unlikely to be related to lymphoma

Importantly, any lesions that could represent progression or recurrence should ideally undergo biopsy to ensure pathological confirmation. By contrast, response assessment for some cutaneous lymphomas can be based on clinical examination to ensure resolution and does not always require radiographic imaging.

*Follow-up*

Following the completion of therapy and documentation of complete remission, patients are seen in follow-up to monitor for possible relapse and assess for toxicity. The frequency and extent of these visits can vary. Generally, patients return every three months during the first year, every three to six months during the second year, and every six months starting two years after complete response. At these visits, a history and physical examination is performed with routine bloodwork which may include complete blood count, chemistries, and LDH. The role of interim imaging following complete response is widely debated. While PET-CT scans are very sensitive, they can also lead to false positive results. Therefore, in many practices, CT-only scans may be obtained during the first two years following treatment completion given that this is the interval during which the majority of relapses occur. Notably, relapses are usually symptomatic and are rarely identified solely on the basis of routine imaging. As discussed before, relapsed disease can be suggested by changes on imaging studies but should be confirmed by biopsy.

*Pathogenesis*

The pathogenesis of lymphomas represents a complex process involving multiple genetic mutations affecting both proto-oncogenes and tumor suppressor genes. Mutations due to random DNA replication errors are an important contributor to cancer development. There is growing appreciation that these random DNA replication errors are a key contributor to NHL development (Tomasetti 2017).

Lymphomas are derived from B and T lymphocytes or NK cells at varying stages of maturation.  B-cells and T-cells are part of the adaptive immune system. They undergo a certain amount of genetic mutation in order to be able to recognize and fight off pathogens. It is important to understand that unlike in other physiological systems, where mutations are often problematic, for the immune system they are actually critical to generate immunity. B-cell and T-cell mediated immunity in part is dependent on this process and without the ability to mutate, could not generate broad protection. In fact, mutations are constantly bred by the process of B-cell development to expand the repertoire of antibodies produced. This dependency on mutations, makes the immune system and its cell types uniquely susceptible to carcinogenesis but is the required trade-off to generate such immunity.  Further, the risk of generating driver-mutations associated with cancer development through this process increases in an age-related fashion, which is consistent with the epidemiology of NHL (Mitchell 2022).

Many NHL's follow a complex development over many years and a characteristic stepwise evolution. For instance, the genetic hallmark of follicular lymphoma is a t(14;18) chromosomal translocation, which likely develops early in the stages of carcinogenesis. This translocation leads to an overexpression of the BCL2 gene. Normal BCL2 gene function is important because without it, cells lose the ability to die allowing for uncontrolled cell growth and thereby a pathway for cancer formation. Importantly though, a large proportion of healthy individuals also carry similar translocations and never develop follicular lymphoma suggesting that further mutations are likely needed to develop this malignancy. Interestingly though, the t(14;18) translocation in B cells increases with age and certain infections in healthy individuals, which may explain why this subtype tends to occur in older individuals. Similarly, Mantle cell lymphoma (MCL) has a well-defined chromosomal translocation t(11;14) that deregulates normal cell division, representing a key mechanism in the development of this NHL subtype (Jares 2012).  In addition, up to 15% of DLBCL cases contain a *MYC* translocation. A significant proportion of such cases also contain a *BCL2* and/or *BCL6* translocation, which are known as a 'double-hit or 'triple-hit' lymphoma and are associated with aggressive clinical features. The t(14;18) seen in the majority of follicular lymphomas is also present in approximately 30 percent of patients with DLBCL.

There is also evidence that NHL can have a component of genetic susceptibility. Family history of lymphoid malignancy is a consistent risk factor for many NHL subtypes. Further, stronger associations have been observed for first degree relatives with the same NHL subtype (Berndt 2022). Genome-wide association studies found multiple single nucleotide polymorphisms in specific genes that influence follicular lymphoma risk (Skibola 2009). The majority of candidate genes that have been investigated in lymphomagenesis involve B-cell survival and growth as well as genes involved in innate immunity.

*Risk Factors*

While there are a number of risk factors associated with NHL, it is widely accepted that in most cases there is no single clear identifiable cause. When considering risk factors for any condition, it is important to understand if they can mechanistically contribute to the disease process as opposed to just being associated with its occurrence. I term such risk factors that have a mechanistic basis as contributing risk factors. For NHL, risk factors vary by subtype and include, but are not limited to:

1. Age
2. Gender
3. Race
4. Family history of lymphoma or hematological malignancies
5. Infections including those which:
    a. Act on lymphocytes such as EBV
    b. Weaken the immune system such as HIV
    c. Cause chronic stimulation such as H. Pylori and hepatitis B and C
6. Autoimmune disorders
7. Obesity
8. Conditions that result in a suppressed immune system including immunodeficiency disorders
9. Diabetes
10. Breast implants
11. Medications that alter the immune system
12. Chemical exposures such as benzene
13. Tobacco

## II.      RoundUp

Glyphosate is a non-selective, phosphonomethyl amino acid herbicide, which controls weeds in various agricultural and non-agricultural settings. The herbicide acts by inhibiting 5-enolpyruvylshikimate-3-phosphage synthase enzyme, which is not present in mammalian cells. Glyphosate agricultural usage has increased significantly since the mid-1990's (EPA 2017). Roundup is a glyphosate-based herbicide.

When interpreting any collective dataset, it is important to understand that there is a data hierarchy within these categories of investigation with the generally accepted order of relevance being: *in vitro, in vivo*, and then human studies (the latter being the best quality data). It is also worth noting that even amongst human studies, a prospective design is considered far more robust and subject to less bias than a retrospective design. When forming an opinion on a topic with a range of study types, it is essential to determine if all the data are consistent. In circumstances in which there are discrepancies either within or between *in vitro*, *in vivo* or human studies, the hypothesis in question is often not accepted.  Lastly, there have been a number of agencies including the Environmental Protection Agency (EPA) of the United States which have

extensively reviewed the collective data on glyphosate and generated reports regarding its potential as a carcinogen. These have been considered and are discussed below.
*Oxidative Stress*

Oxidation is a normal process that routinely occurs in the human body. Free radicals are oxygen-containing molecules with an uneven number of electrons, which allows them to easily react with other molecules. Free radicals can cause chemical reactions because they react so easily with other molecules, a process which is called oxidation. Antioxidants by contrast, are molecules that can donate an electron to a free radical without making themselves unstable. This causes the free radical to stabilize and become less reactive.

Oxidative stress is a phenomenon in which there is an imbalance between free radical activity and antioxidant activity. Notably this state can be either beneficial or harmful depending on the physiological context. When functioning properly, free radicals can help fight off pathogens and prevent infections. Oxidative stress has also been linked to a number of non-malignant health conditions. However, to date there is no clear relationship between oxidative stress and the development of NHL.

*Genotoxicity studies*

Glyphosate has been studied in cells *in vitro*. The majority of studies demonstrate no genotoxic effects (EPA 2017, ECHA 2017, Health Canada 2017, EPA 2019, Health Canada 2019). Notably, all Ames tests and mammalian gene mutation analysis were negative (ECHA 2017). There have also been peer-reviewed studies that attempted to evaluate the potential genotoxic effects of glyphosate-based formulations in humans. A study by Bolognesi in 2009, evaluated the effects of aerial spraying in 274 subjects in different regions of Columbia. While transient effects were observed, based on the small numbers of study subjects recruited and the small amount of information about their exposure, the authors did not conclude that glyphosate was genotoxic. Notably in this study the highest region of binucleated cells included one area of Columbia where no glyphosate was sprayed.

Another study by Paz-y-Mino of aerial spraying in Ecuador in 2007, investigated specimens from 24 individuals who lived close to the sprayed region and a cohort of 21 unexposed individuals that lived far away. While the authors reported more double strand breaks in the cohort that was exposed, a follow-up study in 2011 by the same authors using a larger cohort (92 potentially exposed individuals), found that "the study population did not present significant chromosomal and DNA alterations."

Collectively, the inconsistency of the *in vitro* data and the lack of durable, reproducible evidence of genotoxicity in human biospecimens suggest that glyphosate is not genotoxic.

*In vivo studies*

Glyphosate has been extensively studied in rodents, and the findings are summarized in a 2015 article by Greim as well as reports by the EPA (2017), IARC (2015), ECHA (2022) and Health Canada (2017). Specifically, there have been 9 studies in rats which demonstrate the development of benign pancreatic tumors in exposed animals without any progression to malignancy. Additionally, an unexplained gender preference was observed in males. There are 5 studies that investigated similar outcomes in mice. Overall, the studies are inconsistent with variable reports of renal tumors and hemangiosarcomas, which again have an unexplained male predominance. Importantly, there was a lack of preneoplastic or related non-neoplastic lesions to support a treatment-related effect for such tumors (EPA 2017). Notably, while some lymphomas were observed, the rates of development were similar to those of control CD-1 mice. Lastly, cancers were seen only at the highest dose (4000 mg/kg/day), which is excessive and far exceeds the MTD. Collectively, the lack of dose-response, inconsistency across studies, gender preference and lack of pre-neoplastic lesions indicate that glyphosate is not carcinogenic in rodents.

*Epidemiological Studies*

Retrospective Studies

Case-control studies are retrospective investigations in which a disease group and a disease-free group are compared with the goal of identifying risk factors that differ between the cohorts. While case control studies have the advantage of being executed quickly and with relatively lower costs, they are subject to bias which can significantly impact the results and inferences that can be drawn from them.

A study by Eriksson in 2008, evaluated 910 cases and 1016 controls from Sweden. However, in this study, there were only 29 cases and 18 controls in the glyphosate sub-analysis. The authors report that > 10 days/year exposure to glyphosate resulted in a significant odds ratio of 2.36 (95% CI 1.04 - 5.37). While this was significant on univariate analysis, when the authors attempt to use a multivariate analysis to adjust for co-exposure, they did not find a statistically significant increase for B-cell lymphomas. A previous case-control study by the same authors similarly demonstrated that associations with glyphosate which are significant on univariate analyses, lose significance on multivariate analyses (Hardell 2002). In an updated case-control study by the authors that evaluated 1,425 cases and 2157 controls, exposure to glyphosate resulted in an odds ratio of 2.2 (95% CI 1.3-3.8). On multivariate analysis, herbicide agents as group were significant; however, glyphosate-only use was not reported (Hardell 2023). Collectively, this suggests that co-exposure is a key confounder. A recent Italian case-control study, suggested a potential association with the follicular lymphoma subtype only but demonstrated no association with NHL overall (Meloni 2021). However, this study suffered from higher probability of chance findings due to small numbers and an overall low percentage of subjects ever exposed to glyphosate.

The North American Pooled Project represents a pooled analysis of data from previous studies from the United States and Canada, including McDuffie 2001 and De Roos

2003. This study by Pahwa published in 2019 adjusts for co-exposures. When adjusting for other pesticide exposures, there was no increased NHL risk of ever-use of glyphosate compared with never users (OR 1.13 95% CI 0.84-1.51). The authors delve into exposure-response and notably, when they look at duration of glyphosate use, the longer durations actually have smaller odds ratios. When they evaluate frequency, > 2 days/year attains significance by confidences intervals for NHL overall and for DLBCL, but the p-trend (p=0.2) is not significant and the results are not consistent with other NHL overall or DLBCL analyses in the study, including other measures of increased exposure. Another inconsistent finding is the SLL Ordinal analysis.  When multiple comparisons are performed in a study, one would expect to find random statistically significant findings by chance.  The authors conclude that the "association between glyphosate and NHL overall appears to be confounded by exposure to other pesticides." A more recent analysis by De Roos in 2022, pooled data from 10 case-control studies from North America, the European Union and Australia. The authors report that their analysis of risks with glyphosate use (8 studies included), found no association with NHL overall but an association with follicular lymphoma that was limited to short-duration use. However, it is important to note that the association with follicular lymphoma was not statistically significant (OR 1.48, 95% CI 0.98-2.25). Furthermore, the association with short-duration use is counterintuitive and lacks a rationale scientific explanation. Collectively, these statistical concerns and lack of an exposure-based association limit the relevance of this recent manuscript as it pertains to glyphosate use.

Prospective Studies

The Agricultural Health Study (AHS) was a prospective cohort of licensed pesticide applicators from North Carolina and Iowa. This study included over 54,000 applicants, over 80% of whom reported using formulated glyphosate with a wide variety of health outcomes captured included cancer incidence. One of the main advantages of this prospective cohort design is that it minimizes potential biases, because pesticide use was ascertained prior to cancer diagnosis. The AHS also sought use of 50 pesticides to account for potential confounders as well as exposure response assessments for glyphosate.  Additionally, the authors controlled for other lifestyle factors (e.g. alcohol and family history of cancer) and occupational exposures (e.g. solvents, gasoline, radiation).  Further, refined cancer subtype analyses were captured as part of the study. This represents the only prospective data on formulated glyphosate use and the results were published by Andreotti in 2018 in the highly regarded oncology journal JNCI. The authors observed no association between glyphosate use and NHL overall or any of its subtypes. The RRs for Non-Hodgkin lymphoma ranged from .83-.88 at any exposure level, and the highest quartile of exposure had a RR of .87 (95% CI 0.64 - 1.20).   One of the criticisms of the study was the percentage of subjects who did not complete the follow-up (37%) and the methodology used to account for this. In response to the published criticism by Sheppard in an editorial, the authors further discuss their imputation methodology and present additional data leading them to conclude that the outcome information of glyphosate exposure did not introduce meaningful bias in the cancer risk estimates associated with glyphosate. Given the size, inclusion of only

licensed pesticide applications, prospective design, and long-term follow-up, the AHS study represents the most robust study on glyphosate and cancer risk published to date.

<u>Meta-analyses</u>

Meta-analyses utilize multiple scientific studies to address a specific question. Given that such an approach combines data from other studies, the limitations and biases of the contributing studies apply to the meta-analysis as well. A potential benefit of meta-analysis is the higher statistical power achieved based on the aggregation of information. However, such an approach is subject to bias depending on how the investigators select data to include in the analysis. Importantly, any bias in the studies going into a meta-analysis, if not adjusted for, will cause the results to be similarly biased.

Zhang published a recent meta-analysis in 2019, which included some data from prior observational studies and reported a meta-relative risk increase in glyphosate exposed individuals (meta-RR = 1.41, 95% CI 1.13–1.75). However, it is important to carefully examine the data inputted into this study to properly interpret their results and relevance. First, of 16 qualified studies, 10 were excluded. This resulted in an imbalanced study incorporating 1 prospective and 5 retrospective case-control studies. Of the 5 case-control studies incorporated, the majority of them did not adjust for exposure to other pesticides potentially lending itself to significant bias. Notably, this study purported to evaluate only the highest exposure groups from each study. By doing so, they exclude the majority of data available from these studies and incorporate only a small subset of available data from the AHS.  In fact, they excluded quartile data that would even fit within the higher exposure data from other studies.  Also, by selecting higher exposure data, the investigators selected unadjusted data from the Eriksson study despite the availability of multi-variate data from the study.  In fact, they rated the Eriksson study as being of high quality due to the control for other pesticides, but used data that is not compatible with this analysis.  Collectively, these methodological decisions made by the authors lend this meta-analysis subject to false-positive results. Further, a recent sensitivity analysis of the studies included by Zhang et al., demonstrated that the strength of evidence for an association between glyphosate and NHL risk is dependent upon the selection estimates from included studies, and therefore should be interpreted with great caution (Kabat 2021).

An earlier meta-analysis by Chang in 2016 similarly evaluated any versus no use of glyphosate and risk of NHL and reported a meta-relative ratio of 1.3; however, the 95% confidence interval included 1.0 suggesting that a significant causal relationship could not be established.

Schinasi and Leon (2014) conducted a similar analysis of glyphosate exposure and NHL using data from 6 retrospective studies. They calculated the meta-risk ratio as 1.5 using not fully adjusted effect estimates from Hardell 2002 and Eriksson 2008. When IARC reanalyzed this data with adjusted estimates, the meta-risk ratio was lowered to 1.3 with borderline significance (95% CI 1.03-1.65). Importantly, the more reliable

prospective data from AHS was not included in this study since it had not yet been published. A recent meta-analysis from Donato in 2020, confirmed the lack of an association between exposure to glyphosate and risk of NHL, and concluded that the suggestion of such an association came from small studies that suffered from publication and possibly other forms of bias. Further, an updated and expanded analysis by the authors reinforced these conclusions (Boffetta 2021).

Updated work by Leon et al. in 2019 analyzed data from three international cohorts (French ARICAN study, Norwegian CNAP study and US AHS study) representing data from over 300,000 farmworkers. For glyphosate, there was no significantly increased risks of NHL overall.  A somewhat elevated HR was found for one NHL subtype (DLBCL) at a mHR of 1.36, however, the 95% confidence interval for this included 1.0.

It is important to note that the definition of NHL used in the retrospective studies included in the above meta-analyses is not consistent over time. Malignancies traditionally not clinically classified as NHL such as multiple myeloma were included as NHL in some of the case-control studies potentially skewing the results. Collectively, the meta-analyses published to date on glyphosate use and risk of NHL are severely constrained by the limited retrospective studies incorporated, crude exposure metrics, and methodological selection of data. Further, given lack of consistent significant findings amongst them, they do not suggest a causal relationship exists between glyphosate exposure and NHL risk.

Agency Reports

United States and international agencies have reviewed the collective data on glyphosate to determine its safety. Some of their reports are summarized below:

*Environmental Protection Agency*

The United States EPA has performed multiple reviews of the scientific data on glyphosate dating back to 1985. The most recent reports in 2017 and 2019, re-state that it is not likely to be carcinogenic to humans. This was recently reaffirmed in a news release statement in 2019 by the EPA that stated that "glyphosate is not a carcinogen," and noted that this finding is "consistent with the conclusions of science reviews by many other countries and other federal agencies."

In their 2017 comprehensive review, the EPA evaluated 63 epidemiological studies, 14 animal carcinogenicity studies, and 90 genotoxicity studies. Their comprehensive analysis is nicely summarized in their conclusions (EPA 2017 page 144):

> "The available data at this time do not support a carcinogenic process for glyphosate. Overall, animal carcinogenicity and genotoxicity studies were remarkably consistent and did not demonstrate a clear association between glyphosate exposure and outcomes of interest related to carcinogenic potential. In epidemiological studies, there was no evidence of an association between

glyphosate exposure and numerous cancer outcomes; however, due to conflicting results and various limitations identified in the studies investigating NHL, a conclusion regarding the association between glyphosate exposure and risk of NHL cannot be determined based on the available data. Increases in tumor incidence were not considered treatment-related in any of the animal carcinogenicity studies. In 6 of the studies, no tumors were identified for evaluation. In the remaining, studies, the tumors were not considered treatment-related due to the lack of pairwise statistical significance, lack of a monotonic dose response, absence of preneoplastic or related non-neoplastic lesions, no evidence of tumor progression, and/or historical control information (when available). Additionally, tumor findings seen in individual rat and mouse studies were also not reproduced in other studies, including those conducted in the same animal species and strain at similar higher doses. Furthermore, data from epidemiological and animal carcinogenicity studies do not reliably demonstrate expected dose-response relationships.  In genotoxicity studies, there was no convincing evidence that glyphosate is genotoxic *in vivo* via the oral route."

In 2020, the EPA again performed a review of Glyphosate, including updated data from both Zhang and Leon. As discussed above, Zhang et al. (2019) performed a meta-analysis of human epidemiological studies to evaluate the hypothesis that higher and longer cumulative glyphosate based exposure are likely to result in higher NHL risk estimates than lower and shorter exposures. However, the Health Effects Division of the EPA had concerns regarding the methodology used by Zhang et al. in their meta-analysis. Supplemental analysis performed by the EPA used the most recent 2018 AHS data from Andreotti et al. in pace of older data from De Roos et al. (2005), which resulted in a revised meta-estimate to a non-statistically significant 1.14 (95% CI: 0.87, 1.50). Importantly, the newer 2018 AHS data included in this EPA analysis represents the largest, most robust study examined to date. Notably, the 2019 Zhang hypothesis that higher/longer exposures produce larger effect sizes is not supported by the inclusion of this new high quality AHS data.

The updated EPA review also consider the 2019 work by Leon et al. discussed above. They highlight that this study did not find a statistically significant relationship between ever-exposure to glyphosate and NHL overall. Further, they note that despite the observation of a somewhat elevated HR (mHR 1.36) for the DLBCL subtype, the 95% confidence interval included 1. When factoring in this lack of statistically significant associations in addition to the inherent limitations of this pooled analysis, the EPA concludes that the updated information by Leon does not impact the previous conclusions presented in the EPA Revised Glyphosate Issue Paper. Thus, careful analysis of both 2019 research studies by the EPA, led them to again conclude that glyphosate remain categorized as "not likely to be carcinogenic to humans."

*European Chemicals Agency – Committee for Risk Assessment*

Similar to the EPA, the European Chemicals Agency reviewed the safety profile of glyphosate. Their review was comprehensive and included a broad health hazard

evaluation. The agency evaluated *in vitro*, *in vivo* and human epidemiological data as part of their assessment. Regarding mutagenicity, on page 28 of their 2017 report, it states "taking all data into account, and based on the overall negative responses in mutation and oral mutagenicity tests, RAC concludes no classification of glyphosate for germ cell mutagenicity is warranted." The committee also commented on the epidemiology studies:

> "No association between exposure to glyphosate and cancer was found in the AHS, which is the only prospective cohort study available. A weak positive association has been observed in some case-control studies, and in meta-analyses between exposure to glyphosate and cancer, especially NHL, as concluded in the meta-analyses by Chang and Delzell (2016) and Schinasi and Leon (2014), and also in IARC monograph 112. A causal relationship could not be established by RAC because chance, bias, and confounding factors could not be ruled out, and the evidence from epidemiological studies was considered insufficient to demonstrate carcinogenicity in humans. The increased risk observed in some case-control studies was not consistently observed in all case-control studies nor in the only cohort study available. When the whole database of epidemiology is taken into consideration, RAC concludes that the criteria for assigning glyphosate to category 2 (or any of the other categories) are not fulfilled." (Page 51)

As it relates to the potential for carcinogenicity, the committee concludes in their 2017 report "that based on the epidemiological data as well as the data from long-term studies in rats and mice, taking a weight of evidence approach, no classification for carcinogenicity is warranted." (Page 52)

A more recent committee review from May 2022 once again concluded that taking a weight of evidence approach based on the epidemiological data as well as on data from long-term studies in rats and mice, that no hazard classification for carcinogenicity is justified for glyphosate. Notably, in forming this opinion and report, the committee considered more recent data including the 2019 analysis by Zhang and 2021 Kabat 2021 manuscript (pages 88-89).

*International Agency for Cancer Research*

IARC is part of the World Health Organization. IARC has evaluated the cancer-causing potential of a number of agents, placing them into one of the following risk groups:

- Group 1: Carcinogenic to humans
- Group 2A: Probably carcinogenic to humans
- Group 2B: Possibly carcinogenic to humans
- Group 3: Unclassifiable as to carcinogenicity in humans
- Group 4: Probably not carcinogenic to humans

In their 2015 report, IARC notes that there is limited evidence in humans for the carcinogenicity of glyphosate. Based on their definition, this suggests that the body of

evidence on exposure to the agent and cancer is credible, but chance, bias, or confounding cannot be ruled out with confidence. IARC listed glyphosate in Group 2A, which for context also includes red meat and hot beverages.

To reconcile IARC's classification with those of the EPA and European Chemicals Agency, it is important to review some key distinctions between the panels' considerations. First, IARC only evaluates data that have been published or accepted for publication. In the 2019 update, the EPA comments that their evaluation is much more robust than IARC which only considered a subset of studies. This resulted in a much broader data set for *in vivo* mammalian genotoxicity studies. For instance, the EPA considered 15 animal carcinogenicity studies whereas IARC only considered 8. Additionally, IARC included non-mammalian studies which the EPA and European group deemed less biologically relevant given that they were done in plant, reptile, etc. models. The 2015 IARC report concludes that glyphosate does not induce gene mutations in bacterial assays. As it relates to *in vitro* mammalian cell gene mutation studies, IARC only evaluated one (Li and Long, 1988) but not three additional studies consider by the European group which were negative. As it relates to human studies, IARC concludes positive evidence of DNA damage in blood cells at early time points (Paz-y-Mino 2007) despite the negative data at 2 years (Paz-y-Mino 2011). IARC does however acknowledge that there was no association between self-reported direct contact with pesticide sprays and frequency of binucleated cells with micronuclei. Lastly, the recently published AHS study which was given great weight by the EPA was not available to IARC at the time of their last monograph. As noted before, the AHS represents the most robust data to date on glyphosate use and potential cancer risk and the lack of inclusion of this data in the IARC report makes its classification outdated at this current time. Further, recent studies by Crump suggest that the IARC did not account for the multiple comparison problem inherent in the statistical analysis of many glyphosate bioassays and the increased likelihood that several of these would show statistical significance by chance (Crump 2020 and Crump et al. 2020).

## III.    Assessment of Helen Rolish's Case

At my deposition and at trial, I may offer opinions regarding causation, Mrs. Rolish's clinical course, treatment, and follow-up care. Mrs. Rolish asserts that she was potentially exposed to Roundup indirectly through contact with Mr. Rolish's clothes and at her workplace where unknown chemicals were sprayed on the school grounds. Mrs. Rolish asserts that these potential exposures to Roundup caused her NHL. Notably, there remains a discrepancy between the Plaintiff Fact Sheet and Mrs. Rolish's deposition as to whether she ever personally applied Roundup.

*Clinical Summary*

Mrs. Rolish is currently 74-years old. In 2005, at the age of 57 years old, she was diagnosed with NHL. Her past medical history is significant for depression, osteoporosis, hypertension, skin cancer, pre-diabetes, being overweight, a non-specified auto-immune disorder (as per the Plaintiff Fact Sheet), and a longstanding history of recurrent sinus and upper respiratory infections (at least 1-2 times per year

since her teens according to her deposition, page 151-152). Mrs. Rolish has a family history of cancer including her father who had metastatic cancer of unknown origin, a first cousin with prostate cancer, and additional cousins with histories of colon and breast cancer.

In December of 2005, she presented to medical attention with nausea, vomiting and diarrhea while in Las Vegas.  At University Medical Center in Las Vegas, a CT-scan of the chest, abdomen and pelvis demonstrated mild diverticulitis and multiple lesions in the liver (felt to be hemangiomas). Notably, a Complete Blood Count (CBC) from December 31st, 2005 from this admission, demonstrated an abnormally low percentage of lymphocytes (3.8%, Normal Range [24.0-44.0%]). A subsequent CT-scan pelvis from January 1st, 2006 demonstrated a 6 x 2.5 x 5 cm soft tissue mass at the aortic hiatus, which was concerning for a malignancy. Repeat CBC from January 1st, 2006 was again abnormal, with a low white blood cell count (2.90 K/MM3, Normal Range [4.30-12.00 K/MM3]).

Mrs. Rolish returned to California and was subsequently admitted to Irvine Regional Medical Center on January 19th, 2006 for management of intussusception and further workup of the retroperitoneal mass. A repeat CT-scan of the chest, abdomen and pelvis from that date again confirmed the retroperitoneal mass, measuring 6.0 x 2.2 cm. A biopsy of the lesion was performed on January 23rd, 2006 and consistent with a B-Cell, NHL with immunophenotypic features consistent with a follicle center origin.

On February 7th, 2006, Mrs. Rolish saw Dr. Lalita Pandit, an oncologist for further management. A PET-scan performed on February 16th, 2006 demonstrated evidence of lymphoma in the mediastinum, left pericardial region, and left retrocrural lymph nodes. A bone marrow biopsy performed on February 21st, 2006 demonstrated no evidence of NHL; however, the marrow was noted to be hypocellular for her age. Mrs. Rolish was staged as a IIIA NHL, and was offered standard treatment with R-CHOP; however, elected instead to enroll on a clinical trial of Nipent, Cytoxan, and Rituxan. Repeat CT-scan of the chest, abdomen, and pelvis on April 20th, 2006 demonstrated a treatment response in the previously enlarged lymph nodes. During the course of her chemotherapy, Mrs. Rolish was admitted a number of times related to both neutropenic fevers and hypertensive emergencies (unrelated to treatment or NHL).  Mrs. Rolish completed eight cycles of Nipent, Cytoxan and Rituxan on August 16th, 2006 and achieved a complete response with no evidence of NHL through the records available in 2023.

Mrs. Rolish continued to be followed by Dr. Jack Jacoub after Dr. Pandit left the practice. Mrs. Rolish saw Dr. Jacoub on January 5th, 2007 for follow-up, during which he evaluated her for persistent cytopenias. According his note, Dr. Jacoub suspected an immune basis for her cytopenias but did not start her on any immununosupressive treatment at that time given her NHL. Mrs. Rolish was eventually started on IVIG in 2008 secondary to hypogammaglobulinemia, and received it intermittently through 2016. During this period, she received some of her care at Kaiser Permanente Healthcare facilities including management for diverticulitis and multiple cutaneous

squamous cell carcinomas at Kaiser. At last follow-up with oncology at Kaiser on July 21st, 2021, she remained off IVIG, cured of her NHL and otherwise doing well.
*Commentary*

Mrs. Rolish presented with a common form of NHL. There is nothing unique about Mrs. Rolish's clinical presentation that would differentiate her NHL from a typical presentation. Notably, genetic and molecular analysis were not performed at diagnosis to look for well-known mutations and translocations (discussed above) related to NHL pathogenesis. While there is some discrepancy in the records to her initial stage (II vs. III); it appears that her disease extended above and below the diaphragm consistent with stage III. Mrs. Rolish did not receive standard treatment for stage III NHL (R-CHOP), and elected to enroll on a clinical trial. She remains cured of her lymphoma nearly 16 years following her diagnosis without an adverse effect on her expected lifespan.

Mrs. Rolish has a number of features in her past medical history that warrant attention. Importantly, the combination of Mrs. Rolish's longstanding history of sinus and upper respiratory infections (dating back to her teens), in addition to her hypoceullar bone marrow and low lymphocyte and WBC counts at the time of diagnosis, raise the possibility that she suffers from an underlying immunodeficiency disorder. Notably, a CBC six years prior to diagnosis from August 24th, 1999 also demonstrated abnormally low absolute amounts of lymphoctyes (1.22 / L, [Normal Range 2.00-4.30 /L]). Individuals with underlying immunodeficiency disorder commonly develop recurrent infections like sinusitis, bronchitis, and/or pneumonia. In her deposition (page 151), Mrs. Rolish notes that these recurring infections (sinus and respiratory infections) started as a teenager and continued throughout her 20s. This possibility is further supported by her growth-factor dependent neutropenia and hypogammaglobulinemia that develop in the peri-treatment period. Individuals with pre-existing immunodeficiency disorders may not have the marrow reserve to repopulate the marrow following chemotherapy in the same manner in which immune-competent individuals can potentially accounting for her need for growth factor support and later IVIG. Given that testing for such a condition was not performed at that time, I therefore cannot rule out that Mrs. Rolish has such an underlying immunodeficiency disorder. It is also worth noting that Mrs. Rolish indicates on the Plaintiff Fact Sheet that her past medical history includes an auto-immune disease; however, nothing further is specified. Notably though Dr. Jacoub suspects an immune basis for such cytopenias (note from January 5th, 2007).

Mrs. Rolish's past medical history is also significant for skin cancer, which predated her diagnosis of NHL (according to her deposition, page 144). Ms. Rolish's family history is also significant for malignancy. Most notable, her father with a history of metastatic cancer of unknown origin, which I cannot rule out as being an NHL. Lastly, it is also worth noting that at presentation in January of 2006, Mrs. Rolish was described as "a slightly obese lady,' by Dr. Fang Frank Yu (January 20th, 2006).

Based on my review of the literature, medical records, and my clinical experience, it is my opinion to a reasonable degree of medical certainty that Roundup

did not cause or substantially contribute to Mrs. Rolish's NHL. The clinical course of her lymphoma is consistent with the known natural history of NHL and, she fits the clinical demographic of patients that I routinely treat for NHL.  As to the causative factors, in the majority of NHL cases, we are not able to identify a specific external cause of the patient's cancer and Mrs. Rolish's case is no different. Her lymphoma was most likely caused by random DNA replication errors. Notably, Mrs. Rolish does have risk factors for carcinogenesis and NHL specifically, which include her age, race, body weight, family history of malignancy, personal history of malignancy, and an autoimmune condition that warrant consideration. Additionally, I cannot rule out the potential of that Mrs. Rolish had an underlying immunodeficiency disorder.


**Response to Plaintiffs' Expert**

I have reviewed the expert report submitted by Dr. Christopher Rosenbaum, and for the reasons articulated above, I disagree with his conclusion that Mrs. Rolish's exposure to glyphosate was a significant contributing factor to her development of NHL. In particular, I believe that Dr. Rosenbaum comes to the incorrect conclusion regarding the carcinogenicity of glyphosate and its formulated products. His opinion relies heavily on outdated 2015 IARC analyses and ignores more robust recent analyses discussed above.

Importantly, it is clear from Mrs. Rolish's deposition that she does even not know what chemicals were being sprayed on the school grounds that she worked in (page 244 of her deposition). As a Medical Toxicologist, Dr. Rosenbaum should have to understand what other chemicals she was exposed to in order to properly formulate any credible opinion on causation. Further he offers no evidence that Mrs. Rolish's NHL is caused by pesticide exposure whatsoever. Moreover, I also disagree with Dr. Rosenbaum's "differential diagnosis" methodology, as it is not a standard process to determine the cause of a patient's lymphoma, including Mrs. Rolish's NHL. Even when applying this faulty methodology, it is unreasonable to ignore well established NHL risk factors pertaining to Mrs. Rolish that are highlighted above, particularly in the setting of Mrs. Rolish's unreliable exposure history. Additionally, he doesn't consider the role of random replication error as a major source of NHL development.

I reserve the right to modify my opinion based on additional information that may be made available to me and to respond to plaintiffs' experts.  I also reserve the right to use any demonstratives or graphics to further explain my opinions and bases for those opinions.

## Conclusion

My opinion is that Roundup does not cause NHL and did not contribute to Mrs. Rolish's NHL. I will supplement or amend this report as appropriate, if further information is available.

Dated:   10/24/23

Richard L. Bakst
Professor
Department of Radiation Oncology
Icahn School of Medicine at Mount Sinai

# Exhibit A

## Dr. Richard Bakst Materials Considered List

### *Rolish v. Monsanto*

**Lois Rolish Materials:**

1.  Medical Records of Lois Rolish

2.  Plaintiff Fact Sheet

3.  Deposition Transcript - Lois Rolish - February 23, 2023

4.  Deposition Transcript - Gregory Rolish - February 24, 2023

**Expert Reports:**

5.  Report of Dr. Christopher Rosenbaum - March 27, 2023

**Literature:**

6.  Agency for Toxic Substances and Disease Registry (ATDSR), *Toxicological Profile for Glyphosate: Draft for Public Comment*, United States Dep't of Health and Human Services (April 2019).

7.  American Cancer Society. Key statistics for non-Hodgkin Lymphoma. Last revised Aug. 1, 2018. https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html.

8.  Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study,* 110(5) J. Nat'l Cancer Inst. Djx233 (2018) (Published Online Nov. 9, 2017).

9.  Andreotti, G. et al., *Response to Sheppard and Shaffer*, 111(2) J. Nat'l Cancer Inst. djy201 (2019).

10. Australian Pesticides and Veterinary Medicines Authority (APVMA), Final Regulatory Position: Consideration of the evidence for a formal reconsideration of glyphosate (March 2017).

11. Belikov AV, Leonov SV. *Cancer types with high numbers of driver events are largely preventable*. PeerJ. 2022;10:e12672. Published 2022 Jan 5. doi:10.7717/peerj.12672

12. Berndt SI, Vijai J, Benavente Y, et al. *Distinct germline genetic susceptibility profiles identified for common non-Hodgkin lymphoma subtypes* [published correction appears in Leukemia. 2023 Oct;37(10):2142]. Leukemia. 2022;36(12):2835-2844. doi:10.1038/s41375-022-01711-0

13. Blair, A., et al., *Comments on Occupational and Environmental Factors in the Origin of Non-HoBoffetta P, Ciocan C, Zunarelli C, Pira E. Exposure to glyphosate and risk of non-Hodgkin lymphoma: an updated meta-analysis. Med Lav. 2021;112(3):194-199. Published 2021 Jun 15. doi:10.23749/mdl.v112i3.11123dgkin's Lymphoma*, 52 Cancer Research Supp. 5501s (1992).

14. Boffetta P, Ciocan C, Zunarelli C, Pira E. Exposure to glyphosate and risk of non-Hodgkin lymphoma: an updated meta-analysis. Med Lav. 2021;112(3):194-199. Published 2021 Jun 15. doi:10.23749/mdl.v112i3.11123

15. Bolognesi, C. et al., *Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Colombian Regions: Association to Occupational Exposure to Glyphosate*, 72 J. Toxicol. Environ. Health A 986 (2009).

16. Bracci, P. & E. Holly, Tobacco use and non-Hodgkin lymphoma: results from a population-based case-control study in the San Francisco Bay Area, California, 16 Cancer Causes and Control 333 (2005).

17. Brown KF, Rumgay H, Dunlop C, et al. *The fraction of cancer attributable to modifiable risk factors in England, Wales, Scotland, Northern Ireland, and the United Kingdom in 2015*. Br J Cancer. 2018;118(8):1130-1141. doi:10.1038/s41416-018-0029-6

18. California Office of Environmental Health Hazard Assessment (OEHHA), Statement Regarding the US EPA's Press Release and Registrant Letter on Glyphosate, California Environmental Protection Agency (Aug. 12, 2019).

19. Castillo, J., et al., *Obesity Is Associated With Increased Relative Risk of Diffuse Large B-Cell Lymphoma: A Meta-Analysis of Observational Studies*, 14 Clinical Lymphoma, Myeloma & Leukemia 122 (2014).

20. Cerhan, J., et al., *Anthropometrics, physical activity, related medical conditions, and the risk of non-Hodgkin lymphoma*, 16 Cancer Causes and Control 1203 (2005).

21. Cerhan, J., et al., *Medical History, Lifestyle, Family History, and Occupational Risk Factors for Diffuse Large B-Cell Lymphoma: The InterLymph Non-Hodgkin Lymphoma Subtypes Project*, 48 J. Nat'l Cancer Inst. Monographs 15 (2014).

22. Chang, E. and E. Delzell, *Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers*, 51(6) J. Envtl. Sci. and Health 402 (2016).

23. Chang VC, Andreotti G, Ospina M, et al. *Glyphosate exposure and urinary oxidative stress biomarkers in the Agricultural Health Study*. J Natl Cancer Inst. 2023;115(4):394-404. doi:10.1093/jnci/djac242

24. Cheson et al. *Recommendations for initial evaluation, staging, and response assessment of Hodgkin and non-Hodgkin lymphoma: the Lugano classification.* 32(27) J Clin Oncol 3059 (2014)

25. Crump K. *The Potential Effects of Recall Bias and Selection Bias on the Epidemiological Evidence for the Carcinogenicity of Glyphosate*. Risk Anal. 2020;40(4):696-704. doi:10.1111/risa.13440

26. Crump K, Crouch E, Zelterman D, Crump C, Haseman J. *Accounting for Multiple Comparisons in Statistical Analysis of the Extensive Bioassay Data on Glyphosate*. Toxicol Sci. 2020;175(2):156-167. doi:10.1093/toxsci/kfaa039

27. Chiu, B. et al., *Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma*, 13(4) Cancer Epidemiology, Biomarkers & Prevention 525 (2004).

28. De Roos, A. et al., *Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study*, 113 Envtl. Health Persp. 49 (2005).

29. De Roos, A., et al., *Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men*, 60 Occupational & Envtl. Med. E11 (2003).

30. De Roos AJ, Fritschi L, Ward MH, et al. *Herbicide use in farming and other jobs in relation to non-Hodgkin's lymphoma (NHL) risk*. Occup Environ Med. 2022;79(12):795-806. doi:10.1136/oemed-2022-108371

31. Defarge N, Takács E, Lozano VL, et al. *Co-Formulants in Glyphosate-Based Herbicides Disrupt Aromatase Activity in Human Cells below Toxic Levels*. Int J Environ Res Public Health. 2016;13(3):264. Published 2016 Feb 26. doi:10.3390/ijerph13030264

32. DellaValle, C., et al., *Risk-Accepting Personality and Personal Protective Equipment Use within the Agricultural Health Study*, 17(3) J. Agromedicine 264 (2012).

33. DeVita VT, Hellman TS, Rosenber SA. Cancer: principles & practice of oncology. Tenth edition. Philadelphia: LWW, 2014.

34. Donato F, Pira E, Ciocan C, Boffetta P. *Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis.* Med Lav. 2020;111(1):63-73. Published 2020 Feb 24. doi:10.23749/mdl.v111i1.8967

35. ECHA, *Opinion: Proposing harmonized classification and labelling at EU level of glyphosate (ISO); N-(phosphonomethyl)glycine*, Committee for Risk Assessment RAC (Mar. 15, 2017).

36. ECHA, *Opinion: Proposing harmonized classification and labelling at EU level of glyphosate (ISO); N-(phosphonomethyl)glycine*, Committee for Risk Assessment RAC (May 30, 2022).

37. European Food Safety Authority (EFSA), Álvarez F, Arena M, et al. Peer review of the pesticide risk assessment of the active substance glyphosate. EFSA J. 2023;21(7):e08164. Published 2023 Jul 26. doi:10.2903/j.efsa.2023.8164

38. Engels, E., et al., *Comprehensive Evaluation of Medical Conditions Associated with Risk of Non-Hodgkin Lymphoma using Medicare Claims ("MedWAS")*, Cancer Epidemiology, Biomarkers & Prevention 1105 (2016).

39. Environmental Protection Agency (EPA), EPA Takes Action to Provide Accurate Risk Information to Consumers, Stop False Labeling on Products (Aug. 8, 2019).

40. EPA, Office of Pesticide Programs, *Glyphosate: Proposed Interim Registration Review* Decision Case Number 0178 (April 2019).

41. EPA, Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

42. EPA (Environmental Protection Agency), Glyphosate – Interim Registration Review Decision Case Number 0178 (Jan. 2020)

43. EPA, Glyphosate: Epidemiology Review of Zhang et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision (January 6, 2020)

44.   EPA, Office of Chemical Safety and Pollution Prevention, Letter from Michael L. Goodis, Director of Registration Division, EPA Office of Chemical Safety and Pollution Prevention, on Labeling Requirements for Products that Contain Glyphosate to Registrant (Aug. 7, 2019).

45.   EPA, Office of Chemical Safety and Pollution Prevention, Letter from Michael Freedhoff, Ph.D., Assistant Administrator, EPA Office of Chemical Safety and Pollution Prevention on OEHHA Proposition 65 Language to Dr. Lauren Zeise, Director, Office of Environmental Health Hazard Assessment, California Environmental Protection Agency (Apr. 8, 2022).

46.   Eriksson, M. et al., *Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis*, 123 Int'l J. of Cancer 1657 (2008).

47.   Expert Report of Brent C. Staggs, M.D., re: Sanders, John (October 9, 2019)

48.   Fallah, M., et al., *Autoimmune diseases associated with non-Hodgkin lymphoma: a nationwide cohort study*, 25 Annals of Oncology 2025 (2014).

49.   GBD 2019 Cancer Risk Factors Collaborators. *The global burden of cancer attributable to risk factors, 2010-19: a systematic analysis for the Global Burden of Disease Study 2019.* Lancet. 2022;400(10352):563-591. doi:10.1016/S0140-6736(22)01438-6

50.   Greim, H. et al., *Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies*, 45 Crit. Rev. in Tox. 185 (2015).

51.   Hardell L & Eriksson M, *A case-control study of non-Hodgkin lymphoma and exposure to pesticides*, Cancer 1999;85:1353-1360

52.   Hardell L, Eriksson M, Nordstrom M. *Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies*. Leuk Lymphoma. 2002;43(5):1043-1049. doi:10.1080/10428190290021560

53.   Hardell L, Carlberg M, Nordström M, Eriksson M. *Exposure to phenoxyacetic acids and glyphosate as risk factors for non-Hodgkin lymphoma- pooled analysis of three Swedish case-control studies including the sub-type hairy cell leukemia*. Leuk Lymphoma. 2023;64(5):997-1004. doi:10.1080/10428194.2023.2190434

54.   Health Canada, Re-evaluation Decision RVD2017-01 Glyphosate, Health Canada Pest Management Regulatory Agency (Apr. 28, 2017).

55.   Health Canada, Statement from Health Canada on Glyphosate, Health Canada Pest Management Regulatory Agency (Jan. 11, 2019).

56.   Hohenadel, K., et al., *Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces*, 8 Int'l J. Envt'l Research Pub. Health 2320 (2011).

57.   International Agency for Research on Cancer (IARC), *Preamble: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans* (Jan. 2019).

58.   International Agency for Research on Cancer (IARC), *IARC Response to Criticism of the Monographs and the Glyphosate Evaluation* (January 2018).

59. International Agency for Research on Cancer (IARC), *Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* (2015).

60. Islami F, Goding Sauer A, Miller KD, et al. *Proportion and number of cancer cases and deaths attributable to potentially modifiable risk factors in the United States*. CA Cancer J Clin. 2018;68(1):31-54. doi:10.3322/caac.21440 + supplement

61. Jares P, Colomer D, Campo E. *Molecular pathogenesis of mantle cell lymphoma*. J Clin Invest. 2012;122(10):3416-3423. doi:10.1172/JCI61272

62. Kabat GC, Price WJ, Tarone RE. *On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans*. Cancer Causes Control. 2021;32(4):409-414. doi:10.1007/s10552-020-01387-w

63. Kane, E., et al., *Non-Hodgkin Lymphoma, Body Mass Index, and Cytokine Polymorphisms: A Pooled Analysis from the InterLymph Consortium*, 24 Cancer Epidemiology, Biomarkers & Prevention 1061 (2015).

64. Lamure, S. et al., *Association of Occupational Pesticide Exposure With Immunochemotherapy Response and Survival Among Patients with Diffuse Large B-Cell Lymphoma*, 2(4) JAMA Network Open e192093 (2019).

65. Larsson, Susanna C., et al., *Obesity and Risk of Non-Hodgkin's Lymphoma: a Meta-Analysis*, Int'l J. of Cancer Vol. 121, Issue 7 (Apr. 18, 2007).

66. Leon, M. et al., *Pesticide Use and Risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from the France, Norway and the USA: a pooled analysis from the AGRICOH consortium*, Int'l J. of Epidemiology, 2019, 1-17 doi: 10.1093/ije/dyz017.

67. Li AP, Long TJ (1988). An Evaluation of the Genotoxic Potential of Glyphosate. Fundam Appl Toxicol, 10(3):537-46. doi: 10.1016/0272-0590(88)90300-4 PMID:3286348

68. McDuffie, H. et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155 (2001).

69. Mellemkjaer, L., et al., *Autoimmune Disease in Individuals and Close Family Members and Susceptibility to Non-Hodgkin's Lymphoma*, 58 Arthritis & Rheumatism 657 (2008).

70. Meloni F, Satta G, Padoan M, et al. *Occupational exposure to glyphosate and risk of lymphoma:results of an Italian multicenter case-control study.* Environ Health. 2021;20(1):49. Published 2021 Apr 28. doi:10.1186/s12940-021-00729-8

71. Miligi, L., et al., *Occupational Exposure to Solvents and the Risk of Lymphomas*, 17 Epidemiology 552 (2006).

72. Mitchell E, Spencer Chapman M, Williams N, et al. *Clonal dynamics of haematopoiesis across the human lifespan*. Nature. 2022;606(7913):343-350. doi:10.1038/s41586-022-04786-y

73. Morton, L. et al., *Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph non-Hodgkin lymphoma subtypes project*, 48 J. Nat'l Cancer Inst. Monographs 130 (2014).

74. National Cancer Institute. SEER cancer stat facts: Non-Hodgkin Lymphoma. https://seer.cancer.gov/statfacts/html/dlbcl.html.

75. NCCN Clinical Practice Guidelines B-Cell Lymphomas Version 5, 2019 – September 23, 2019

76. NIH National Cancer Institute Surveillance, Epidemiology, and End Results Program, Non-Hodgkin Lymphoma.

77. National Cancer Institute, Adult Non-Hodgkin Lymphoma, Health Professional Version. https://www.cancer.gov/types/lymphoma/hp/adult-nhl-treatment-pdq

78. Occupational Cancer Research Centre, *A Detailed Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma in the North American Pooled Project (NAPP)* (June 3, 2015).

79. Pahwa, M. et al., *A detailed assessment of glyphosate use and the risks of non-Hodgkin lymphoma overall and by major histological sub-types: findings from the North American Pooled Project*, Occupational Cancer Research Centre (June 10, 2016).

80. Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risk of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project*, Occupational Cancer Research Centre (August 31, 2015).

81. Pahwa, M. et al., *An evaluation of glyphosate use and the risk of non-Hodgkin lymphoma major histological sub-types in the North American Pooled Project (NAPP)* (Sept. 21, 2015).

82. Pahwa, M. et al., *An Evaluation of Glyphosate Use and the Risks of Non-Hodgkin Lymphoma Major Histological Sub-Types in the North American Pooled Project (NAPP)* Envtl. Health Persp. (2015).

83. Pahwa, M. et al., *Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project*, Scandinavian J. Work Env't Health (2019).

84. Parkin DM, Boyd L, Walker LC. 16. *The fraction of cancer attributable to lifestyle and environmental factors in the UK in 2010*. Br J Cancer. 2011;105 Suppl 2(Suppl 2):S77-S81. doi:10.1038/bjc.2011.489

85. Paz-y-Mino, C. et al., *Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border*, 26(1) Rev. Environ. Health 45 (2011).

86. Paz-y-Mino, C. et al., *Evaluation of DNA Damage in an Ecuadorian population exposed to glyphosate*, 30 Genetics & Molecular Biology 456 (2007).

87. Pénisson S, Lambert A, Tomasetti C. *Evaluating cancer etiology and risk with a mathematical model of tumor evolution*. Nat Commun. 2022;13(1):7224. Published 2022 Nov 24. doi:10.1038/s41467-022-34760-1

88. Rana I, Nguyen PK, Rigutto G, et al. *Mapping the key characteristics of carcinogens for glyphosate and its formulations: A systematic review*. Chemosphere. 2023;339:139572. doi:10.1016/j.chemosphere.2023.139572

89.  Schinasi, L. & M. Leon, *Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis*, 11 Int'l J. Envtl. Res. and Public Health 4449 (2014).

90.  Sheppard, L. & R. Shaffer, *Re; Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 111(2) J. Nat'l Cancer Inst. djy200 (2019).

91.  Skibola CF, Bracci PM, Halperin E, et al. *Genetic variants at 6p21.33 are associated with susceptibility to follicular lymphoma*. Nat Genet. 2009;41(8):873-875. doi:10.1038/ng.419

92.  Song M, Vogelstein B, Giovannucci EL, Willett WC, Tomasetti C. *Cancer prevention: Molecular and epidemiologic consensus.* Science. 2018;361(6409):1317-1318. doi:10.1126/science.aau3830

93.  Suarez-Larios K, et al. *Screening of Pesticides with the Potential of Inducing DSB and Successive Recombinational Repair*, J. of Toxicology. Vol. 2017, Article ID 3574840.

94.  Swerdlow, S., et al., *The 2016 revision of the World Health Organization classification of lymphoid neoplasms*, 127(20) Blood 2375 (2016).

95.  Taborelli, M., Montella, M., Libra, M., et al., *The dose-response relationship between tobacco smoking and the risk of lymphomas: a case-control study*. BMC Cancer. 2017. 17:421.

96.  Tomasetti, C., et al., *Stem cell divisions, somatic mutation, cancer etiology and cancer prevention*, 335 Science 1330-1334 (2017) and supplementary materials.

97.  Tomasetti C, Vogelstein B. *Cancer etiology. Variation in cancer risk among tissues can be explained by the number of stem cell divisions.* Science. 2015;347(6217):78-81. doi:10.1126/science.1260825

98.  Tomasetti C. *Mutated clones are the new normal.* Science. 2019;364(6444):938-939. doi:10.1126/science.aax5525

99.  Tybjerg AJ, Friis S, Brown K, Nilbert MC, Morch L, Køster B. *Updated fraction of cancer attributable to lifestyle and environmental factors in Denmark in 2018*. Sci Rep. 2022;12(1):549. Published 2022 Jan 11. doi:10.1038/s41598-021-04564-2

100. Wang, S., et al., *Associations of Non-Hodgkin Lymphoma (NHL) Risk With Autoimmune Conditions According to Putative NHL Loci*, 181 Am. J. Epidemiology 406 (2014).

101. Wang, S., et al., *Family History of hematopoietic malignancies and risk of non-Hodgkin lymphoma (NHL): a pooled analysis of 10 211 cases and 11 905 controls from the International Lymphoma Epidemiology Consortium (InterLymph)*, 109 Blood 3479 (2007).

102. Willett, E. et al., *Non-Hodgkin lymphoma and Obesity: a pooled analysis from the InterLymph consortium,* 122(9) Int'l J. Cancer 2062 (2008).

103. Willett, E., et al., *Non-Hodgkin's lymphoma, obesity and energy homeostasis polymorphisms*, 93 British J. Cancer 811 (2005).

104. Zhang, L., et al., *Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence*, Mutation Research-Reviews in Mutation Research (2019).

Exhibit B

# CURRICULUM VITAE

## Richard Bakst, M.D.
### Richard.Bakst@mountsinai.org

## APPOINTMENTS/EMPLOYMENT

Assistant Professor, Department of Radiation Oncology, Mount Sinai Hospital 2012-2018
Associate Professor, Department of Radiation Oncology & Department of Otolaryngology, Mount Sinai Hospital 2018-2022
Professor, Department of Radiation Oncology & Department of Otolaryngology, Mount Sinai Hospital 2022-
New York Proton Center, Attending Physician 2019-present
Co-Chief of the Head and Neck Institute, Mount Sinai Hospital 2022-present
Faculty of the Graduate School of Biomedical Sciences, Icahn School of Medicine at Mount Sinai, 2023-

## GAPS IN EMPLOYMENT N/A

## EDUCATION

BS (Neuroscience) New York University, New York, NY, 2003
MD (with honors) New York University School of Medicine, New York, NY, 2007
Internship, Internal Medicine, Mount Sinai Medical Center, New York, NY, 2008
Residency, Radiation Oncology, Memorial Sloan-Kettering Cancer Center, New York, NY, 2012

## CERTIFICATION

Radiation Oncology, American Board of Radiology, 2013

## LICENSURE

State:      New York
Number:   250177
Issued:    2007

State:      New Jersey
Number:   25MA09401400
Issued:    2013

## HONORS/AWARDS

Dean's List                                                                 1999-2003
National Society of Collegiate Scholars                                     2000

| | |
|---|---|
| Presidential Honors Scholar, New York University | 2001 |
| Organic Chemistry Achievement Award, New York University | 2003 |
| Summa Cum Laude, New York University | 2003 |
| Phi Beta Kappa | 2003 |
| Alpha Omega Alpha, N.Y.U. School of Medicine | 2007 |
| Medical Degree Conferred with Honors in Physiology and Neuroscience | 2007 |
| Samuel Spiegel Award for Academic Achievement, N.Y.U. School of Medicine | 2007 |
| National Comprehensive Cancer Network Fellows Recognition Program | 2011 |
| Chief Resident, Memorial Sloan-Kettering Cancer Center | 2011 |
| Mortimer J. Lacher Lymphoma Fellowship, | 2011 |
| ASTRO Annual Resident Clinical/Basic Science Research Award | 2012 |
| Association of Residents in Radiation Oncology Educator of the Year Award | 2017 |
| International Radiation Oncology Group Annual Meeting Abstract Award | 2019 |
| Red Journal Outstanding Reviewer Award | 2019 |
| Police Department of City of New York Honorary Police Surgeon | 2019 |

## <u>PATENTS</u>
None

## <u>OTHER PROFESSIONAL ROLES</u>

<u>University Positions and Activities</u>

| | | |
|---|---|---|
| Member | Residency Clinical Competency Committee, Mount Sinai School of Medicine | 2013- |
| Committee Member | Mount Sinai School of Medicine Admissions Committee | 2019- |
| Committee Member | Breast Cancer Disease Focus Group, Mount Sinai School of Medicine | 2013- |
| Chair | Head & Neck Cancer Disease Focus Group, Mount Sinai School of Medicine | 2019- |

<u>Journal Activities</u>

| | | |
|---|---|---|
| Reviewer | *Cancer, Head & Neck, Radiotherapy & Oncology, Radiotherapy & Oncology, Practical Radiation Oncology, European Journal of Haematology, Blood, PLOS ONE, Acta Haematologica, International Journal* | 2011- |
| Associate Editor | International Journal of Radiation Oncology Biology Physics journal (Impact Factor 7.04) | 2019- |

<u>Educational Activities</u>

| | | |
|---|---|---|
| Committee Member | Association of Residents in Radiation Oncology, | 2011-2012 |

| Mentor | American Society of Oncology (ASCO) Mentor Program 2015- | |
| Examiner | American Board of Radiology | 2019- |

Societal Activities

| Member | NRG Oncology Rare Tumor Committee | 2015-2016 |
| Member | ASTRO Annual Meeting Scientific Committee | 2015- |
| Member | NRG Oncology Head and Neck Tumor Committee | 2017-2019 |
| Member | Head and Neck Cancer International Group, Database Committee | 2021- |
| Chair | NRG Head and Neck Cancer Rare Tumor Committee | 2023- |

National Treatment Guideline Committees

| Member | American Radium Society Head and Neck Cancer Appropriate use criteria committee | 2019- |
| Member | American Radium Society Lymphoma Appropriate use criteria committee | 2020- |

## **CLINICAL PROFILE**

My clinical practice is grounded in a patient-centered, team-based approach to personalizing treatment and, in alignment with the themes that also drive my research, is focused on "therapeutic ratio." While we strive for cure, we must continue to improve methods to both minimize toxicity and improve outcomes by achieving the most effective balance between intensifying/de-intensifying treatment. My specific areas of focus include treatment of head and neck cancer and hematological malignancies. I am a leading expert in HPV-related head and neck cancers and offer my patients novel clinical and translational protocols that allow us to optimize tumor control while minimizing treatment related morbidity. My clinical work includes treating patients at Mount Sinai's state-of-the-art proton beam center. Proton beam therapy is an emerging treatment modality showing significant promise for recurrent head and neck cancers, and my distinctive expertise in this area attracts patients from across the region. As a head and neck oncologist, I have specialized expertise in the management of cancers which invade and spread along the nerves (perineural invasion/PNI). This aggressive cancer phenotype is correlated with poor survival. I have developed specific treatment protocols for patients with PNI and have received substantial extramural funding to identify novel treatment approaches for these patients. I subspecialize in radiation treatment for lymphomas and leukemia and am among the world's leading experts in extramedullary leukemia, a rare manifestation of acute myeloid leukemia. In my role as our Department's leader in radiation treatment for

hematological cancers, I supervise the total body radiation (TBI) program for bone marrow transplantation and our total skin electron beam (TSEB) protocol for patients being treated for cutaneous (skin) lymphomas.

## OVERALL IMPACT

My clinical practice, clinical and translational research, training/mentorship, and participation in professional activities integrate my efforts to optimize care and outcomes for my patients, advance the field of radiation oncology, and amplify Mount Sinai's reach and impact locally, nationally, and internationally. The clinical trials I lead at Mount Sinai offer unique approaches for treatment de-intensification and consequently attract a large number of patients from across the region to our institution. In my role as Chair of Mount Sinai's Head and Neck Cancer Disease Focus Group, I have helped build and unify our research network to include The Valley Hospital in New Jersey, allowing us to enroll and treat head and neck cancer patients at multiple satellite facilities. Given my specialized expertise in proton beam therapy, I also receive numerous patient referrals for salvage (secondary) therapy in patients with recurrent head and neck cancers.

Contributing to clinical guidelines (national and international) to optimize management of both head and neck cancer and hematological malignancies is a priority for me. Since 2018, I have contributed to five published national/international guidelines in head and neck cancer, lymphoma, and leukemia. I currently serve on the American Board of Radiology (ABR) as an Oral Boards Examiner. The ABR is the national governing body for radiation oncology. My service to the field on a national level includes leadership and membership on the Scientific Planning Committees of the American Society for Radiation Oncology (ASTRO) and the American Radium Society (ARS), respectively, with engages me with colleagues across the country. On a local level, recognizing my leadership and expertise across multiple areas of disease, I was elected, and have served for the last 5 years, as Chair of the New York Roentgen Society (NYRS), the tri-state region's oldest and largest radiation oncology society.

Over the last five years, I have co-authored 39 peer-reviewed publications and case reports; given invited presentations in the US, Asia, and Europe; and been invited to serve as Associate Editor of the *International Journal of Radiation Oncology, Biology, and Physics*, the highest impact radiation oncology journal worldwide. I have shared my expertise and experiences through professional channels (three MEdge roundtables, OncLive, and a Health Nation webinar) and in the popular media (CBS and ABC News segments).

Finally, I have dedicated considerable effort to expanding clinical trials and establishing leadership, above all, in understudied areas of research. Clinical trials provide opportunities for significant impact on current patients, future patients, and more broadly on the future of cancer research, treatment, and care.

## DIVERSITY AND INCLUSION IMPACT

Fostering a culture of inclusive excellence at Mount Sinai, and promoting diversity and inclusion in the field, are integral to all aspects of my work. I was a member of the medical team caring for a patient whose unique case demonstrated the importance of creating a welcoming, inclusive environment. Our patient was a Black transgender woman who delayed seeking treatment for fear of being "dismissed" or blamed for her condition. She was suffering from a rare cancer caused by breast implants that had been recalled by the manufacturer years earlier. She tolerated the treatment well and continues to do well. We published the study in the *Journal of Investigative Medicine: High Impact Case Reports* and the story attracted local and national media attention. To contribute to diversity and inclusion in the field, I have participated for many years, among other activities in the Tisch Cancer Institute's Lloyd Sherman Scholars Program, a pipeline initiative administered by the

Center for Excellence in Youth Education (CEYE). Through this program, I teach Black male high school students from the Manhattan Center for Science and Mathematics in East Harlem. During the pandemic, we have conducted this program with a virtual curriculum. I have since 2019 been a member of the Admissions Committee for ISMMS and regularly participate in anti-bias training to support inclusive excellence at Mount Sinai.

## MENTORING PROFILE

I am profoundly grateful for the exceptional mentoring I received, and I consider it both an obligation and a privilege to mentor students and trainees. My distinctive strength as a mentor is in engaging mentees at all levels meaningfully not only in research strategies, processes, and protocols, but also in the dissemination of results. I am pleased to report that of the 30 students/trainees (high school students, medical students, residents, and junior faculty), I have mentored since 2013, 26 have co-authored a publication associated with the mentorship experience; more than half of these are first-author publications. I would like to highlight the work of a current resident in Radiation Oncology who, after a brief rotation with me as a medical student, Daniel Dickstein, MD, opted to complete a Scholarly Year as my mentee. He was mentored in clinical trial design and protocol development through his work on our trial in short-course radiation therapy in patients with head and neck cancer ages $\geq$70 and as a resident is now collaborating on the microbiome project described in the Research Profile.

## GRANTS, CONTRACTS, FOUNDATION SUPPORT

## PAST GRANTS

| List Funding Source, Project Title & Number | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|
| *Adenoid Cystic Carcinoma Research Foundation*<br><br>"Mechanisms of Perineural Invasion in ACC," | PI | 2014-2016 | $10,000 | NA |
| *Adenoid Cystic Carcinoma Research Foundation*<br><br>"The Role of the Microenvironment in Perineural Invasion," | PI | 2015-2017 | $10,000 | NA |
| *Claude D. Pepper Foundation*<br><br>"Understanding and Relieving Treatment Related Distress in Elderly Patients Undergoing Radiation" | PI | 2017-2018 | $50,000 | NA |
| *American Association of Cancer Research (AACR)*<br><br>"Targeting monocyte recruitment & macrophage function for perineural invasion | PI | 2019-2021 | $25,000 | |

## CURRENT GRANTS

| List Funding Source, Project Title & Number | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| *NIH R21*<br><br>A fully decentralized federated learning framework for automated segmentation in cancer radiotherapy | Co-Investigator | 2021- | $400,000 | |

## PENDING GRANTS

| List Funding Source, Project Title & Number | Role in Project | Dates | Direct Costs | Supplemental Info |
|---|---|---|---|---|
| Machine learning guided radiation planning | PI | 2022- | $120,000 | |
| The role of the microbiome in head and neck cancer development | PI | 2022- | $50,000 | |

## **CLINICAL TRIALS PARTICIPATION**

| Project | Role in Project | Dates | Award | Other Info |
|---|---|---|---|---|
| RTOG 1008<br>GCO#: 09-0762 | Institutional PI | 2013-2021 | N/A | Phase III National Cooperative Group Trial |
| A phase I/II study of intratumoral injection of rhuFlt3L/CDX-301 and poly-ICLC in combination with low-dose radiotherapy<br>GCO# 13-1347 | Co-Investigator | 2013- | N/A | Mount Sinai Sponsored Trial |
| Phase I Study of postoperative radiation therapy with Afatinib<br>GCO#: 14-2067 | Institutional PI | 2014-2018 | N/A | Phase I NCCN Sponsored Trial<br>MSSM is a primary site |
| The SIRS Trial<br>GCO#: 13-1662 | Co-Investigator | 2014- | N/A | Mount Sinai Sponsored Trial |
| Quarterback 2 Trial<br>GCO#: 16-0609 | Co-Investigator | 2016- | N/A | Mount Sinai Sponsored Trial |
| PRINT Trial for Castrate Resistant Prostate Cancer<br>GCO#: 16-1593 | Co-Investigator | 2017- | N/A | Mount Sinai Sponsored Trial |
| Low Dose Palliative Radiotherapy for Multiple Myeloma | Institutional PI | 2017-2020 | N/A | Phase II Multi-center Trial |

| GCO#: 19-1045 | | | | |
|---|---|---|---|---|
| Hypofractionated RT in elderly patients with head & neck cancer GCO#19-0499 | PI | 2019- | N/A | Mount Sinai Sponsored Trial |
| ECOG EA 3191 GCO#14-0715-03191 | Co-PI | 2021- | N/A | Phase III National Cooperative Group Trial |
| The role of the microbiome in head and neck cancer GCO#20-3037 | PI | 2021- | N/A | Mount Sinai Sponsored Trial |

## **TRAINEES**

| Name | Level of Trainee | Role in Training & Inclusive Dates of Training | Training Venue | Trainees' Current Status/Employment |
|---|---|---|---|---|
| Cindy Ko** | Medical student | Research mentor, 6/2013-8/2013 | Clinical research | Attending, Radiation Oncology Kaiser Permanente |
| Michael Green | Medical student | Research mentor, 6/2013-8/2013 | Clinical research | Attending, Radiation Oncology University of Michigan |
| Prashant Vempati** | Medical student | Research mentor, 6/2014-8/2014 | Clinical research | Attending, Radiation Oncology University Hospitals |
| Eesha Dave** | Medical student | Research mentor, 6/2015-8/ 2015 | Clinical research | Resident, OB/GYN University of Pittsburgh |
| Mark Ashmalla** | Medical Student | Research mentor,  2015 | Clinical research | Attending, Radiation Oncology Stony Brook |
| William Su** | Medical student | Research mentor, 6/2015-2016 | Clinical research | Resident, Radiation Oncology University of Pennsylvania |
| Yaseenn Zia** | PGY-2 | Research mentor, 6/2015-2016 | Clinical research | Attending, Radiation Oncology UNC |
| Juskaran Chada** | PGY-3 | Research mentor,  2017 | Clinical research | Attending, Medical Oncology Moffitt Cancer Center |
| Nisha Ohri** | PGY-2 | Research mentor, 7/2015-2017 | Clinical research | Attending, Radiation Oncology UMDNJ |
| Ryan Rhome* | PGY-2 | 7/2015-2017 | Clinical research | Attending, Radiation Oncology University of Indiana |
| Ian Luskin* | 11th grade | Research mentor, June 2018-2019 | Clinical research | Undergraduate, Cornell University |
| Greeshma Rajeev-Kumar** | Medical student | Research mentor, 1/2017-2019 | Clinical research | Resident, Radiation Oncology University of Chicago |
| Shutao Wang PhD** | Medical student | Research mentor, 1/2017-2019 | Clinical research | Attending, Radiation Oncology |
| Lucas Resende Salgado** | PGY-3 | Research mentor, 1/2017-2019 | Clinical research | Attending, Radiation Oncology Elmhurst |
| William Smith** | PGY-3 | Research mentor, 1/2017-2019 | Clinical research | Attending, Radiation Oncology Private Practice, Pennsylvania |
| Naba Ali** | Medical student | Research Mentor, 2019 | Clinical research | Resident, Radiation Oncology Emory |
| Matthew Gallitto** | Medical student | Research mentor, 6/2018-2019 | Clinical research | Resident, Radiation Oncology Columbia University |

| Stas Lazarev** | PGY-2 | Research mentor, 7/1/17-2019 | Clinical research | Attending, Radiation Oncology Mount Sinai |
|---|---|---|---|---|
| Oren Factor** | PGY-2 | Research mentor, 7/1/17-2019 | Clinical research | Attending, Radiation Oncology Mount Sinai South Nassau |
| Joseph Kim** | Medical student | Research mentor, 2019 | Clinical research | Resident, Radiation Oncology NYU Langone |
| Daniel Dickstein** | Medical student | Scholarly year mentor, 6/2018- | Clinical research | Resident, Radiation Oncology Mount Sinai |
| Dilan Villavisanis | Medical student | Research mentor, 7/1/19-2020 | Clinical research | MS IV, Mount Sinai |
| Jerry Liu* | Assistant Professor | Research mentor, 7/1/19- | Clinical research | Assistant Professor, Mount Sinai Mount Sinai BI |
| Samir Kamat | Medical student | Research mentor, 7/1/20- | Clinical research | MS III, Mount Sinai |
| Ann Powers* | PGY-1 | Research mentor, 7/1/20- | Clinical research | Resident, Otolaryngology Mount Sinai |
| Jessika Young** | Medical student | Research mentor, 7/1/20—21 | Clinical research | Resident, Pediatrics University of Kentucky |
| Kunal Sindhu** | PGY 4 | Research mentor, 7/1/20- | Clinical research | PGY-5, Mount Sinai Mount SInai |
| Anthony Nehlsen** | PGY 4 | Research mentor, 7/1/20- | Clinical research | PGY-5, Mount Sinai Mount Sinai |
| Sonam Sharma* | Assistant Professor | Research mentor, 7/1/20- | Clinical research | Assistant Professor Mount Sinai |
| Himanshu Sharma | Medical student | Research mentor, 7/1/21- | Clinical research | MS III, Mount Sinai |
| Jacqueline Junn | Assistant Professor | Research mentor, 7/1/21- | Clinical research | Assistant Professor, Department of Radiation Mount Sinai |

\* Publication associated with mentorship
\*\* 1st author publication associated with mentorship

## **TEACHING ACTIVITIES**

| Teaching Activity/Topic | Level | Role | Indicate Level and Number of Learners Taught, and Venue | Number of hours week/month/yr | Evaluation Summary | Years Taught |
|---|---|---|---|---|---|---|
| Introduction to Radiation Oncology | Department level | Lecturer | Medicine Fellows (10) | 2 hours per year | N/A | 2012-2021 |
| Head and Neck Cancer Education Block | Department level | Lecturer | Residents (10) | 5 hours per year | N/A | 2012-2021 |
| Lymphoma Education Block | Department level | Lecturer | Residents (10) | 5 hours per year | N/A | 2012-2021 |
| Breast Education Block | Department level | Lecturer | Residents (10) | 5 hours per year | N/A | 2012-2021 |
| Radiation Therapy Students | Department level | Lecturer | Students (5) | 5 hours per year | N/A | 2018-2021 |

## **ADMINISTRATIVE LEADERSHIP APPOINTMENTS**

### ***INTERNAL***:

*Clinical & Research:*

**1) Head and Neck Cancer Disease Focus Group, Chairman (2019-):** In this role, I oversee all the clinical trials and research for Head and Neck Cancers across the healthcare system. This includes building and integrating our research network to include The Valley Hospital in New Jersey so that we are able to enroll and treat our head and neck cancer patients at satellite facilities.

*Educational:*

**1) Tisch Cancer Center Institute Education and Career Development  Committee. (2019-):** In this role, I help run community outreach programs that aim to introduce the sciences to neighboring underserved communities.

**2) Icahn School of Medicine at Mount Sinai School of Medicine Admissions Committee (2019-):** I have participated in multiple admissions cycles and recruitment events.

**_EXTERNAL_**:

*Clinical & Research:*

1) **International Lymphoma Radiation Oncology Group (ILROG), Council Member. (2017-):** In this role, I help organize annual meetings and lead research endeavors.

**2) New York Roentgen Society (NYRS), Chairman. (2017-):** The NYRS is the major tri-state radiation oncology society. In this role, I manage the organizations finances, organize lectures, and our annual meeting.

*Educational:*

**1) American Board of Radiology (ABR), Oral Boards Examiner. (2019):** The ABR is the governing body overseeing board certification in Radiation Oncology. In this role, I organize and administer our oral board examination.

**2) American Society for Radiation Oncology (ASTRO) Scientific Planning Committee Benign Section Chair (2019-):** ASTRO is the leading organization of Radiation Oncology. In this role, I help plan our annual scientific meeting.

**3) American Radium Society (ARS), Scientific Committee (2021-):** ARS is the oldest society devoted to the treatment of cancer. In this role, I help plan our annual scientific meeting.


## PUBLICATIONS

### Peer Reviewed Original Contributions

1. Weiner HL, **Bakst R**, Hurlbert MS, Ruggiero J, Ahn E, Lee WS, Stephen D, Zagzag D, Joyner AL, Turnbull DH. Induction of medulloblastomas in mice by sonic hedgehog, independent of Gli1. Cancer Res 2002;62:6385-6389.

2. **Bakst RL**, Lee N, Pfister D, Zelefsky MJ, Hunt MA, Kraus DH, Wolden SL. Hypofractionated dose-painting intensity modulated radiation therapy with chemotherapy for nasopharyngeal carcinoma: a prospective trial. Int J Radiat Oncol Biol Phys 2011;80:148-153.

3. **Bakst R**, Yahalom J. Radiation therapy for leukemia cutis. Practical Radiation Oncology 2011;1:182-187.

4. **Bakst RL**, Dunkel I, Gilheeney S, Khakoo Y, Becher O, Souweidane M, Wolden S. Re-irradiation for recurrent medulloblastoma. Cancer 2011;117(21)4977-4982.

6. **Bakst R**, Wolden S, Yahalom J. Radiation therapy for chloroma (granulocytic sarcoma). Int J Radiat Oncol Biol Phys 2012; 82(5):1816-22.

7. He S, Li P, Chun-Hao C, **Bakst RL**, Chernichenko N, Zhang Q, Yu Y, Chen N, Szalay A, Yu Z, Fong Y, Wong R. Effective oncolytic vaccinia therapy for human sarcomas. Journal of surgical research 2012; 175(2): e53-60.

8. **Bakst RL**, Lee N, He S, Chernichenko N, Chen C, Linkov G, Le H, Koutcher J, Vakiani E, Wong R. Radiation impairs perineural invasion by modulating the nerve microenvironment. PLoS One 2012; 7(6): e39925. Epub 2012 June 29.

9. Chernichenko N, Linkov G, Li P, **Bakst R**, Chen CH, He S, Yu YA, Chen N, Szalay A, Fong Y, Wong RJ. Oncolytic vaccinia therapy of salivary gland carcinoma. JAMA Otolaryngol Head Neck Surg 2013; 139(2)173-82.

10. Dumane V, Hunt M, Greene S, **Bakst RL**. Dosimetric comparison of volumetric modulated arc therapy (VMAT), static field intensity modulated radiation therapy (IMRT) and 3D conformal planning for treatment of a right-sided reconstructed chestwall, and regional nodal case. Journal of Radiotherapy 2014; 2014: 835179.

11. Cotter R, Gupta V, Blacksburg S, Carpenter T, Kann B, **Bakst R**, Misiukiewicz K, Posner M. Does Response to induction chemotherapy (IC) predict outcome after concurrent chemoradiotherapy (CCRT) in locally advanced head and neck cancer (LAHNC)? Oral Oncology 2014; Epub ahead of print 25 March.

12. He S, Chun-Hao C, Chernichenko N, He S, **Bakst R**, Barajas F, Deborde S, Yu Z, and Wong RJ. GFRα1 released by nerves enhances cancer cell perineural invasion through GDNF-RET signaling. Proc Natl Acad Sci 2014; Epub ahead of print 29 April.

13. Carpenter T, Kann B, Buckstein M, Ko E, **Bakst R**, Posner M, Teng M, Miles B, Genden E, Gupta G. Tolerability, toxicity and temporal implications of transoral robotic surgery (TORS) on adjuvant radiation therapy in carcinoma of the head and neck. Annals of Otology, Rhinology, and Laryngology 2014; Epub ahead of print 20 May.

14. Patel S, Mourad W, Wang C, Dhanireddy B, Concert C, Ryniak M, Patel R, Shourbaji R, Khorsandi A, **Bakst RL**, Tran T, Schantz S, Shasha D, Persky M, Hu K, Harrison L.

Postoperative radiation therapy for parotid pleomorphic adenoma with close or positive margins: treatment outcomes and toxicities. Anticancer Research 2014; 34(8)4247-51.

15. He S, **Bakst RL**, Guo T, Sun J. A combination of modified transnasal endoscopic maxillectomy via transnasal prelacrimal recess approach with or without radiotherapy for selected sinonasal malignancies. Eur Arch Otorhinlaryngol 2014; Epub ahead of print 22 August.

16. Misiukiewicz K, Camille N, Posner M, Gupta V, **Bakst R**, Teng M, Miles B, Genden E, Sikora A. The role of HPV status in recurrent/metastatic squamous cell carcinoma of the head and neck. Clinical Advances in Hematology & Oncology 2014; 12(11):1-8.

17. Mattes MD, Kharofa J, Zeidan YH, Tung K, Gondi V, Golden DW, ARRO Education Subcommittee **(Member)**. Results of the 2012-2013 Association of Residents in Radiation Oncology (ARRO) job search and career planning survey of graduating residents in the United States. Int J Radiat Oncol Biol Phys 2014; 88(1):35-32.

18. He S, He S, Chen C, Deborde S, **Bakst RL**, Chernichenko N, McNamara W, Lee SY, Barajas F, Allen P, Zhenkun Y, Al-Ahmadie H, Wong RJ. The chemokine (CCL2-CCR2) signaling axis mediates prostate cancer perineural invasion. Mol Cancer Res 2014; Epub ahead of print 13 October.

19. Kann B, Buckstein M, Carpenter T, **Bakst R**, Misiukiewicz K, Genden E, Posner M, Kostakoglu L, Som P, Gupta G. Radiographic extracapsular extension and treatment outcomes in locally-advanced oropharyngeal carcinoma. Head & Neck 2014; 36(12)1689-94.

20. Kann B, Carpenter T, Todorov T, Cotter R, Golchin A, **Bakst R**, Misiukiewicz K, Posner M, Gupta G. Dysphagia and dose reduction to dysphagia/aspiration-related structures (DARS) in patients receiving induction chemotherapy (IC) followed by concurrent chemoradiation therapy (CCRT) for locally advanced squamous cell carcinoma of the head and neck (LASCCHN). Journal of Radiation Oncology 2014; 3(3) 259-266.

21. Ko HC, Powers AR, Sheu R, Kerns SL, Rosenstein BS, Krieger SC, Mourad WF, Hu KS, Gupta V, **Bakst RL**. Lhermitte's sign following volumetric modulated arc therapy-based head and neck radiation − Insights into mechanism. PLoS One 2015; 10(10): e0139448. Epub 2015 October 8.

22. Lazarev S, Gupta V, Hu K, Harrison L, **Bakst RL**. Mucosal melanoma of the head and neck: a systemic review of the literature. Int J Radiat Oncol Biol Phys 2014; 90(5)1108-18.

23. Liu J, Kann B, De B, Buckstein M, **Bakst RL**, Genden E, Posner M, Som P, Gupta V. Prognostic value of radiographic extracapsular extension in locally advanced head and neck squamous cell cancers. Oral Oncol; Epub 2015 Nov 19.

24. Mourad W, Patel S, Young R, Khorsandi A, Concert C, Shorubaji D, Ciarrocca K, **Bakst RL**, Shasha D, Guha C, Gard M, Hu K, Kalnicki S, Harrison L. Management algorithm for HIV-associated lymphepithelial cysts. Eur Arch Otorhinolaryngol 2016 Oct; 273(10):3355-62.

25. Deborde S, Omelchenko T, Lyubchik A, Zhou Y, He S, McNamara WF, Chernichenko N, Lee SY, Barajas F, Chen CH, **Bakst RL**, Vakiani E, He S, Hall A, Wong RJ. Schwann cells induce cancer cell dispersion and invasion. J Clin Invest; doi: 10.1172/JCI82658 Epub 2016 Mar 21.

26. Ohri N, Sharma S, Kini A, Baber U, Aquino B, Roy S, Sheu, Buckstein **Bakst R**. Intracoronary brachytherapy for in-stent restenosis of drug-eluting stents. Advances in Radiation Oncology 2016; 1: 4-9.

27. Dang RP, Le VH, Miles BA, Teng MS, Genden EM, **Bakst RL**, Gupta V, Zhan DY, Demicco EG, Posner MR, Misiukiewicz KJ. Clinical outcomes in patients with recurrent or metastatic human papilloma virus-positive head and neck cancer. Anticancer Res 2016; April;36(4)1703-9.

28. Varier I, Keeley BR, Krupar R, Patsias A, Dong J, Gupta N, Parasher AK, Genden EM, Miles BA, Teng M, **Bakst RL**, Gupta V, Misiukiewicz KJ, Chiao EY, Scheurer ME, Laban S, Zhang D, Ye F, Cui M, Demicco EG, Posner MR, Sikora AG. Clinical characteristics and outcomes of oropharyngeal carcinoma related to high-risk non-human papillomavirus 16 viral subtypes. Head Neck;  doi:10.1002/hed.24442 Epub 2016 Apr 15.

29. Sayan M, Vempati P, Miles B, Teng M, Genden E, Demicco EG, Misiukiewicz K, Posner, Gupta, **Bakst RL**. Adjuvant therapy for salivary gland carcinomas. Anticancer Res 2016; Aug 36(8):4165-70.

30. Vempati P, Knoll MA, Dharmarajan K, Green S, Tiersten A, **Bakst RL**. Palliation of ulcerative breast lesions with radiation. Anticancer Res. 2016 Sep;36(9):4701-5.

31. Su W, Liu J, Miles BA, Genden EM, Misiukiewicz KJ, Posner M, Gupta V, **Bakst RL**. Adjuvant radiation therapy alone for HPV related oropharyngeal cancers with high risk features. PLoS One. 2016 Dec 8;11(12):e0168061. doi: 10.1371/journal.pone.0168061.

32. **Bakst RL**, Su W. Identification and management of head and neck cancer recurrences detected on adjuvant radiation oncology simulation scans. Anticancer Res. 2017 Jan;37(1):229-232.

33. Dave E, Su W, Gupta V, Miles B, Demicco E, Soriano T, **Bakst RL**. Human Papilloma Virus positive squamous cell carcinoma in the elderly. Anticancer Res. 2017 Apr;37(4):1847-1841.

34. **Bakst RL**, Su W, Ozbek U, Knoll MA, Miles BA, Gupta V, Rhome R. Adjuvant radiation for salivary gland malignancies is associated with improved survival. Adv Radiat Oncol. 2017 Apr 6;2(2):159-166.

35. Su W, Marcher T, Sheu R, Steinberg A, Isola L, Stock R, **Bakst RL**. Low-dose cranial boost in high-risk acute adult lympoblastic leukemia patients undergoing bone marrow transplant. Pract Radiat Oncol. 2017 Mar - Apr;7(2):103-108. doi: 10.1016/j.prro.2016.06.008.

36. Lazarev S, Todorov B, Tam J, Lee N, Gupta V, Miles BA, **Bakst RL**. Adjuvant radiation in the TORS era – is there a benefit to omitting the tumor bed? Pract Radiat Oncol. 2017 Mar - Apr;7(2):93-99. doi: 10.1016/j.prro.2016.08.002

37. Camille N, Rozehnal J, Roy E, Uczkowski D, Olson A, Genden E, Teng M, **Bakst R**, Gupta V, Posner M, Misiukiewicz K. A phase I study of cabazitaxel in combination with platinum and 5-fluorouracil (PF) in locally advanced squamous cell carcinoma of head and neck (LA-SCCHN). Oral Oncol. 2017 Aug;71:99-104. doi: 10.1016/j.oraloncology.2017.05.008

38. **Bakst RL**, Xiong H, Chen CH, Deborde S, Lyubchik A, Zhou Y, He S, McNamara WF, Lee SY, Olson OC, Leiner I, Marcadis AR, Keith JW, Al-Ahmadie HA, Katabi N, Gil Z, Vakiani E, Joyce JA, Pamer EG, Wong RJ. Inflammatory monocytes promote perineural invasion via CCL2-mediated recruitment and cathepsin B expression.Cancer Res. 2017 Sep 26. pii: canres.1612.2017. doi: 10.1158/0008-5472.CAN-17-1612.

39. Konuthula N, Iloreta A, Rhome R, Miles B, Genden EM, Posner M, Misiukiewicz K, Govindaraj S, Shrivastava R, Gupta B, **Bakst RL**. Kadish staging in esthesioneuroblastoma: an analysis of the national cancer database. Head Neck. 2017 Oct;39(10):1962-1968.

40. **Bakst RL**, Su W, Ozbek U, Knoll MA, Miles BA, Gupta V, Rhome R. Adjuvant radiation for salivary gland malignancies is associated with improved survival. Adv Radiat Oncol. 2017 Apr 6;2(2):159-166.

41. Dave BA, Ozbek U, Gupta V, Genden E, Miles B, Teng M, Posner M, Misiukiewicz K, **Bakst RL.** The prognostic impact of human papillomavirus status following treatment failure in oropharyngeal cancer. PLoS One. 2017 Jul 21;12(7):e0181108. doi: 10.1371/journal.pone.0181108.

42. Zia SY, Smith W, Ozbek U, Mirza , Sheu R, Ghafar R, Gupta V, **Bakst RL**. The impact of weight loss on setup accuracy for head and neck cancer patients in the era of image guided radiation therapy. Journal of Radiation Oncology. 2016 5, 359-2362.

43. Feng R, Loewenstern J, Aggarwal A, Pawha P,Gilani A, Iloreta AM, **Bakst R**, Miles B, Bederson J, Costa A, Gupta V, Shrivastava R. Cerebral radiation necrosis: an analysis of clinical and quantitative imaging and volumetric features. Word Neruosurg. 2017 Dec 26. pii: S1878-8750(17)32220-9.

44. Lazarev S, Ghiassi-Nejad Z, Gupta V, Miles B, Scarborough S, Misiukiewicz K, Reckson B, Sheu R, **Bakst RL**. Premature Discontinuation of Curative Radiotherapy: Insights from Head and Neck Irradiation. Adv Radiat Oncol. 2017 Oct 23;3(1):62-69. doi: 10.1016/j.adro.2017.10.006.

45. Su W, Miles BA, Posner M, Som P, Kostakoglu L, Gupta V, **Bakst RL**. Surveillance imaging in HPV-related oropharyngeal cancer. Anticancer Res. 2018 Mar;38(3):1525-1529.

46. Deborde S, Yu Y, Marcadis A, Chen CH, Fan N, **Bakst RL**, Wong RJ. An In Vivo Murine Sciatic Nerve Model of Perineural Invasion. J Vis Exp. 2018 Apr 23;(134). Doi:10.3691/56857.

47. Hicks DF, **Bakst R\***, Doucette J, Kann BH, Miles B, Genden E, Misiukiewicz K, Posner M, Gupta V. Impact of obesity on outcomes for patients with head and neck cancer. Oral Oncol. 2018 Aug;83:11-17. doi: 10.1016/j.oraloncology.2018.05.027. Epub 2018 Jun 5.
   - *Data analysis and interpretation*, *Drafting/revising critically important content*

48.  Khalid MB, Ting P, Pai A, Russo JL, **Bakst R\***, Chai RL, Teng MS, Genden EM, Miles BA. Initial presentation of human pappilomavirus-related head and neck cancer: A retrospective review. Laryngoscope. 2018 Sep 8. doi: 10.1002/lary.27296.
  - *Data analysis and interpretation*, *Drafting/revising critically important content*

49. Dumane VA, **Bakst R\***, Green S. Dose to organs in the supraclavicular region when covering the internal mammary nodes (IMNs) in breast cancer patients: A comparison of Volumetric Modulated Arc Therapy (VMAT) versus 3D and VMAT. PLoS One. 2018 Oct 19;13(10):e0205770. doi: 10.1371/journal.pone.0205770.
  - *Data acquisition, Data analysis and interpretation*, *Drafting/revising critically important content*

50. **Bakst RL\***, Glastonbury CM, Parvathaneni U, Katabi N, Hu KS, Yom SS. Perineural invasion and perineural tumor spread in head and neck cancer: a critical review. Int J Radiat Oncol Biol Phys. 2018 Dec 15. pii: S0360-3016(18)34175-0. doi: 10.1016/j.ijrobp.2018.12.009.
  - *Conception and design of study, Data acquisition, Data analysis and interpretation*, *Drafting/revising critically important content*

51. Garneau JC, **Bakst RL\***, Miles BA. Hypopharyngeal cancer: A state of the art review. Oral Oncol. 2018 Nov;86:244-250. doi: 10.1016/j.oraloncology.2018.09.025. Epub 2018 Oct 4.
  - *Drafting/revising critically important content*

52. Varghese MJ, Bhatheja S, Baber U, Kezbor S, Chincholi A, Chamaria S, Buckstein M, **Bakst R\*** ,Kini A, Sharma S. Intravascular brachytherapy for the management of repeat multimetal-layered drug-eluting coronary stent restenosis. Circ Cardiovasc Interv. 2018 Oct;11(10):e006832. doi: 10.1161/CIRCINTERVENTIONS.118.006832.
  - *Data analysis and interpretation*, *Drafting/revising critically important content*

53. Resende Salgado L, Wang S, Adler A, Chang S, Ru M, Moshier E, Dharmarajan K, Jay Cho H, **Bakst R\***. The safety profile of concurrent therapy for multiple myeloma in the modern era. Adv Radiat Oncol. 2018 Sep 27;4(1):112-117. doi: 10.1016/j.adro.2018.09.009. eCollection 2019 Jan-Mar.
  - *Conception and design of study, Data analysis and interpretation*, *Drafting/revising critically important content*

54. Wang S, Salgado LR, Adler A, Chang S, Ru M, Moshier E, Dharmarajan K, Cho HJ, **Bakst RL\***. Dose selection for multiple myeloma in the modern era. Pract Radiat Oncol. 2019 Feb 22. pii: S1879-8500(19)30057-8. doi: 10.1016/j.prro.2019.02.009. [Epub ahead of print]
  - *Conception and design of study, Data analysis and interpretation*, *Drafting/revising critically important content*

55. El-Salem F, Mansour M, Gitman M, Miles BA, Posner MR, **Bakst RL\*,** Genden EM, Westra WH. Real-time PCR HPV genotyping in fine needle aspirations of metastatic head and neck squamous cell carcinoma: Exposing the limitations of conventional p16 immunostaining. Oral Oncol. 2019 Mar;90:74-79. doi: 10.1016/j.oraloncology.2019.02.006. Epub 2019 Feb 7.
  - *Data analysis and interpretation*, *Drafting/revising critically important content*

56. Gallitto M, Lazarev S, Wasserman I, Stafford JM, Wolden SL, Terezakis SA, Bindra RS, **Bakst RL\***. Role of radiation therapy in the management of Diffuse Intrinsic Pontine Glioma: A systematic review. Adv Radiai Oncol. 2019 Mar 30;4(3)520-531.
  - *Conception and design of study, Data analysis and interpretation*, *Drafting/revising critically important content*

57. Galitto M, Sindhu K, Wasserman I, De B, Gupta V, Miles BA, Genden EM, Posner M, Misiukiewicz K, **Bakst RL\***. Trimodality therapy for oropharyngeal cancer in the TORS era: Is there a cohort that may benefit? Head Neck. 2019 Apr 17. doi: 10.1002/hed.25779.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

58. Smith WH, Luskin I, Resende Salgado L, Scarborough BM, Lin JY, Ozbek U, Miles BA, Gupta V, **Bakst RL\***. Risk of prolonged opioid use amongst cancer patients undergoing curative intent radiation therapy for head and neck malignancies. Oral Oncol. 2019 May;92:1-5. doi: 0.1016/j.oraloncology.2019.03.007.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

59. Factor O, Su W, Lazarev S, Miles B, Genden E, Sharma S, Gupta V, Misiukiewicz K, **Bakst RL\***. Rapid in-field failures following adjuvant radiation for buccal squamous cell carcinoma. Laryngoscope. 2019 Apr 25. doi: 10.1002/lary.27996.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

60. Margalit DN, Haddad RI, Tishler RB, Chau NG, Schoenfeld JD, **Bakst RL\*,** Misiukiewicz KJ, Gupta V, Posner M, Hanna GJ, Mahmood U, Rawal B, Catalano PJ, Rath L, Bacay A, McHugh P, Rabinowits  G. A phase I study of afatinib in combination with postoperative radiation therapy with and without weekly docetaxel in intermediate- and high-risk patients with resected squamous cell carcinoma of the head and neck. Int J Radiat Oncol Biol Phys. 2019 May 10. pii: S0360-3016(19)30698-4. doi: 10.1016/j.ijrobp.2019.04.034.
   - *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

61. Misiukiewicz K, Gupta V, Miles BA, **Bakst R\***, Genden E, Selkridge I, Surgeon JT, Rainey H, Camille N, Roy E, Zhang D, Ye F, Jia R, Moshier E, Bonomi M, Hwang M, Som P, Posner MR. Standard of care vs reduced-dose chemoradiation after induction chemotherapy in HPV+ oropharyngeal carcinoma patients: The Quarterback trial.  Oral Oncol. 2019 Aug;95:170-177. doi: 10.1016/j.oraloncology.2019.06.021. Epub 2019 Jun 25.
   - *Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

62. Chernichenko N, Omelchenko T, Deborde S, **Bakst RL\***, He S, Chen CH, Gusain L, Vakiani E, Katabi N, Hall A, Wong RJ. CDC42 mediates cancer cell chemotaxis in perineural invasion. Mol C Cancer Research 2020 June;18(6)913-925.
   - *Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

63. Rajeev-Kumar G, Moreno J, Kelley A, Sharma S, Gupta V, **Bakst R\***. Emotional quality of life After radiation therapy for oropharyngeal carcinoma. Adv Radiat Oncol. 2019 May 17;4(4)674-682.
   - *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

64. Marshall D, Kao D, **Bakst RL\***, Sharma S, Ferrandino R, Rosenzweig K, Wisnivesky J, Sigel K. Prognositic role of HPV status in hypopharyngeal squamous cell carcinoma. Laryngoscope investigative otolaryngology. 2020;1-8.
   - *Drafting/revising critically important content*

65. Su W, Rajeev-Kumar, Kang M, Posner M, Liu JT, Westra W, Miles BA, Gupta V, Sharma S,

Misiuiewicz K, Genden E, **Bakst RL\***. Long-term outcomes in patients with recurrent HPV-positive oropharyngeal cancer after upfront transoral robotic surgery. Head Neck. 2020. Doi: 10.1002/hed.26396.

- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important*

66. **Bakst RL\*,** Campbell BA, Pinnix CC. PET Guided therapy for early stage Hodgkin lymphoma: Are we positive about a negative interim scan? In J Radiat Oncol Biol Phys. 2020 May 1;107(1)12-17.

- *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

67. Dickstein DR. Egerman MA, Bui AH, Doucette JT, Sharma S, Liu J, Gupta V, Miles BA, Genden E, Westra WH, Misiuiewicz K, Posner MR, **Bakst RL\***. A new face of the HPV epidemic: oropharyngeal cancer in the elderly. Oral Oncol. 2020 Aug 31; 109:104687. Doi: 10.1016/j.oraloncol.2020.104687.

- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

68. Mashiana SS, Navale P, Khandakar B, Sobotka S, Posner MR, Miles BA, Zhang W, Gitman M, **Bakst RL\***, Genden EM, Westra WH. Human papillomavirus genotype distribution in head and neck cancer: Informing developing strategies for cancer prevention, diagnosis, treatment and surveillance. Oral Oncol.. 2020 Nov 21;113;105109.

- *Data analysis and interpretation, Drafting/revising critically important content*

69. Schlussel ME, Marqueen KE, Sindhu KK, Lehrer EJ, Liu J, Miles B, Genden E, Sharma S, Gupta V, Westra W, Iloreta AA, Posner M, Misiukiewcz K, **Bakst RL\***. The prognostic significance of human papilloma virus in sinonasal squamous cell carcinoma. Laryngoscope Investig Otolaryngol. 2020 Nov 4;5(6):1070-1078. doi: 10.1002/lio2.468.

- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

70. Dickstein DR, Egerman M, Monrose E, Varma A, Ozbek U, Sharma S, Liu JT, Gupta V, Posner MR, Misiukiewicz K, Miles BA, Genden E, **Bakst RL\***. Treatment tolerability and outcomes in elderly patients with head and neck cancer. Head Neck. 2021 Mar;43(3):858-873. doi: 10.1002/hed.26548. Epub 2020 Dec 8.

- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

71. Smith AW, Gallitto M, Lehrer EJ, Wasserman I, Gupta V, Sharma S, Liu JT, Posner M, Misiukiewicz K, Westra WH, Genden EM, Haidar Y, Yao M, Teng MS, Miles BA, **Bakst RL\*.** Redefining risk of contralateral cervical nodal disease in early stage oropharyngeal cancer in the human papillomavirus era. Head Neck. 2021 Jan 21. doi: 10.1002/hed.26607.

- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

72. Miles B, Posner MR, Gupta V, Teng MS, **Bakst RL\***, Yao M, Misiukiewicz KJ, Chai RL, Sharma S, Westra WH, Kim-Schulze S, Dayal B, Sobotka S, Sikora AG, Som PM, Genden EM. De-Escalated Adjuvant Therapy after Transoral Robotic Surgery for Human Papillomavirus-Related Oropharyngeal Carcinoma: The Sinai Robotic Surgery (SIRS) Trial. Oncologist. 2021 Mar 5. doi: 1

0.1002/onco.13742.
- *Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

73. Sindhi KK, Nehlsen AD, **Bakst RL\***. Promoting exercise in patients with cancers of the head and neck during COVID-19 and beyond. BMJ Open Sport Exerc Med. 2021 Mar 17;7(1):e001024.
- *Conception and design of study, Drafting/revising critically important content*

74. Choi JI, Fox J, **Bakst R\***, Hasan S, Press RH, Chhabra AM, Yeh B, Simon CB, Cahlon O. Proton therapy for partial breast irradiation: rationale and considerations. J Pers Med. 2021 Apr 9; 11(4)289. Doi: 10.3390/jpm11040289.
- *Drafting/revising critically important content*

75. Milgrom SA, **Bakst RL\***, Campbell BA.  Clinical outcomes confirm conjecture: modern radiation therapy reduces the risk of late toxicity in survivors of Hodgkin lymphoma. In J Radiat Oncol Biol Phys. 2021 Oct 13; 111(4)851-859.
- *Conception and design of study, Drafting/revising critically important content*

76. Nelsen AD, Sindhu KK, Jones BM, Lehrer EJ, Rowley JP, **Bakst RL\***. Moving beyond Definitive Therapy: Increasing Physical Activity in Survivors of Cancers of the Head and Neck. Curr Oncol. 2022 Feb 17;29(2):1213-1222. Doi: 10.3390/curroncol29020103.
- *Conception and design of study, Drafting/revising critically important content*

77. Takahashi M, Hwang M, Misiukiewcz K, Gupta V, Miles BA, **Bakst R\*,** Genden E, Selkridge I, Botzler J, Virani V, Moshier E, Bonomi MR, Posner MR.  Quanlity of Life Analysis of HPV-Positive Oropharyngeal Cancer Patients in a Randomized Trial of Reduced-Dose versus Standard Chemoradiotherapy: 5-year Follow-up. Front Oncol. 2022 Apr 8; 12:859992. Doi: 10.3389/fonc.859992.
- *Data analysis and interpretation, Drafting/revising critically important content*

78. Jones BM, Villavisanis DF, Lehrer EJ, Dickstein DR, Sindhu KK, Misiukiewicz KJ, Posner M, Liu JT, Gupta V, Sharma S, Roof SA, Teng M, Genden EM, **Bakst RL\***. High failure rates in young nonsmoker nondrinkers with squamous cell carcinoma of the oral tongue. Laryngoscope. 2022 Jun 18. doi: 10.1002/lary.30253.
- *Conception and design of study, Drafting/revising critically important content*

79. Chao M, El Naqa I, **Bakst RL\***, Lo YC, Peñagarícano JA.. Cluster model incorporating heterogeneous dose distribution of partial parotid irradiation for radiotherapy induced xerostomia prediction with machine learning methods. Acta Oncol. 2022 Jul;61(7):842-848. doi: 10.1080/0284186X.2022.2073187. Epub 2022 May 9.
- *Data analysis and interpretation, Drafting/revising critically important content*

80. Dickstein DR, Lehrer EJ, Hsieh K, Hotca A, Jones BM, Powers A, Sharma S, Liu J, Gupta V, Mell L, Husain Z, Kirke D, Misiukiewicz K, Posner M, Genden E, **Bakst RL\***. Management of older adults with locally advanced head and neck cancer. Cancers (Basel). 2022 Jun 5;14(11):2809. doi: 10.3390/cancers14112809.
- *Conception and design of study, Drafting/revising critically important content*

81. Berlin E, Ma DJ, **Bakst RL\***, Quon H, Lin A, Lukens JN. Close margins after transoral robotic surgery for HPV-positive oropharyngeal carcinoma: a review of the literature and practical

recommendations. Pract Radiat Oncol. 2023 May-Jun;13(3):251-255. doi:
10.1016/j.prro.2022.12.005. Epub 2023 Jan 1.
- *Conception and design of study, Drafting/revising critically important content*

82. Marcadis AR, Kao E, Wang Q, Chen CH, Gusain L, Powers A, **Bakst RL**, Deborde S, Wong RJ.
Rapid cancer cell perineural invasion utilizes amoeboid migration. Proc Natl Acad Sci U S A. 2023
Apr 25;120(17):e2210735120. doi: 10.1073/pnas.2210735120. Epub 2023 Apr 19.
- *Conception and design of study, Drafting/revising crucially important content*

83. Kann BH, Likitlersuang J, Bontempi D, Ye Z, Aneja S, **Bakst R\***, Kelly HR, Juliano AF, Payabvash
S, Guenette JP, Uppaluri R, Margalit DN, Schoenfeld JD, Tishler RB, Haddad R, Aerts HJWL, Garcia
JJ, Flamand Y, Subramaniam RM, Burtness BA, Ferris RL. Screening for extranodal extension in
HPV-associated oropharyngeal carcinoma: evaluation of a CT-based deep learning algorithm in
patient data from a multicentre, randomised de-escalation trial. Lancet Digit Health. 2023 Apr
20:S2589-7500(23)00046-8. doi: 10.1016/S2589-7500(23)00046-8. Online ahead of print.
- *Conception and design of study, Drafting/revising critically important content*

84. Rühle A, Marschner S, Haderlein M, Fabian A, Weymann M, Behrens M, Senger C, Dickstein DR,
Kraft J, von der Grün J, Chen E, Aquino-Michaels T, Domschikowski J, Bickel A, Altay-Langguth A,
Kalinauskaite G, Lewitzki V, Ferentinos K, Zamboglou C, Schnellhardt S, Haehl E, Spohn SKB,
Gkika E, Zöller D, Guckenberger M, Budach V, Belka C, **Bakst R\***, Mayer A, Schmidberger H,
Grosu AL, Balermpas P, Stromberger C, Nicolay NH. Evaluation of Concomitant Systemic
Treatment in Older Adults With Head and Neck Squamous Cell Carcinoma Undergoing Definitive
Radiotherapy. JAMA Netw Open. 2023 Feb 1;6(2):e230090.
- *Conception and design of study, Drafting/revising critically important content*

## Clinical Guidelines

1. **Bakst RL,** Tallman MS, Douer D, Yahalom J. How I treat extramedullary myeloid leukemia.
Blood 2011;118(14):3785-3793.

2. Ko HC, Gupta V, Mourad W, Hu K, Harrison L, Som P, **Bakst RL**. A contouring guide for head
and neck cancers with perineural invasion. Practical Radiation Oncology 2014; Epub ahead of
print 28 March.

3. **Bakst RL\***, Dabaja BS, Specht LK, Yahalom J. Use of radiation in extramedullary
leukemia/chloroma: guidelines from the international lymphoma radiation oncology group. Int
J Radiat Oncol Biol Phys. 2018 Oct 1;102(2):314-319. doi: 10.1016/j.ijrobp.2018.05.045.
Epub 2018 May 29.
- *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

4. Tsai CJ, Gallow TJ, Margalit DN, **Bakst RL\*,** Beadle BM, Beitler JJ, Chang S, Chen A, Cooper J,
Koyfman SA, Ridge JA, Robbins J, Truong MT, Yom SS, Siddiqui F. Ipsilateral radiation for
squamous cell carcinoma of the tonsil: American Radium Society appropriate use criteria
executive summary. Head Neck. 2020 Oct 7. doi: 10.1002/hed.26492.
- *Drafting/revising critically important content*

5. Margolit DN, Sacco AG, Cooper JS, Ridge JA, **Bakst RL\***, Beadle BM, Beitler JJ, Chang SS, Chen AM, Galloway TJ, Koyfman SA, Mita C, Robbins JR, Tsai JA, Truong MT, Yom SS, Siddiqui F. Systematic review of postoperative therapy for resected squamous cell carcinoma of the head and neck: Executive summary of the American Radium Society appropriate use criteria executive summary. Head Neck. 2020 Oct 23. doi: 10.1002/hed.26490.
   - *Drafting/revising critically important content*

6. Ballas LK, Metzger ML, Milgrom SA, Advani R, **Bakst RL\***, Dabaja BS, Flowers CR, Ha CS, Hoppe BS, Mansur DB, Pinnix CC, Plastaras JP, Roberts KB, Smith SM, Terezakis SA, Constine LS. Nodular lymphocyte predominant Hodgkin lymphoma: executive summary of the American Radium society appropriate use criteria. Leuk Lymphoma. 2020 Dec 4:1-14. doi: 10.1080/10428194.2020.1852559
   - *Drafting/revising critically important content*

7. Hoppe BS, Advani R, Milgrom SA, **Bakst RL\***, Ballas LK, Dabaja BS, Flowers CR, Ha CS, Mansur DB, Metzger ML, Pinnix CC, Plastaras JP, Roberts KB, Smith SM, Terezakis SA, Kirwan JM, Constine LS. Primary mediastinal B cell lymphoma in the positron-emission tomography era Executive summary of the American Radium Society Appropriate Use Criteria. Int J Radiat Oncol Biol Phys. 2021 Mar 24:S0360-3016(21)00295-9. doi: 10.1016/j.ijrobp.2021.03.035.
   - *Drafting/revising critically important content*

8. Ward MC, Koyfman SA, **Bakst RL\***, Margalit DN, Beadle BM, Beitler JJ, Chang SS, Cooper JS, Galloway TJ, Ridge JA, Robbins JR, Sacco AG, Tsai J, Yom SS, Siddiqui F. Retreatment of Recurrent or Second Primary Head and Neck Cancer After Prior Radiation: Executive Summary of the ARS Appropriate Use Criteria: Expert Panel on Radiation Oncology – Head and Neck Cancer. Int J Radiat Oncol Bio Phys. 2022. Apr 7:S0360-3016(22)00280-3.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

## Case Reports

1. **Bakst R**, Kasper M, Greene R. A case of central pontine myelinolysis in a chronic alcoholic admitted for alcohol withdrawal. Hosp Phys 2008;44:23-28.

2. **Bakst R**, Merola J, Franks AG, Sanchez M. Raynaud's phenomenon: pathogenesis and management. J Am Acad Dermatol 2008;59:633-653.

3. **Bakst R**, Kovarik C, Werth VP. A case of localized scleroderma in a sculptor and his wife. J Clin Rheumatol 2009;15:399-401.

4. **Bakst R**, Jakubowski A, Yahalom J. Recurrent neurotropic chloroma: report of a case and review of the literature. Adv Hematol 2011; 2011:854240.

5. Liu, J, **Bakst R**, Phelps R, Jagannath S, Blacksburg S. Radiation therapy for secondary cutaneous plasmacytomas: a case report. Case Reports in Hematology 2013; 2013:739230.

6. Zia S, **Bakst RL**, Si Q, Yao M, Som PM. Radiographic thrombus within the external jugular vein: report of a rare case and review of the literature. Case Reports in Radiology, 2015; 2015: 807268.

7.  Ashamalla M, Teng MS, Brody J, Demicco E, Parikh R, Dharmarajan K, **Bakst RL**. A case of MALT lymphoma in a patient with a history of gastric MALT. Case Reports in Hematology 2015; 2015: 109561.

8.  Ahmed I, Dharmarajan K, Tiersten A, Bleiweiss I, Schmidt H, Green S, **Bakst RL** A unique presentation of occult primary breast cancer with review of the literature. Case Reports in Oncological Medicine 2015; 2015:102963.

9.  Vempati P, Knoll MA, Alqatari M, Strauchen J, Malone A, **Bakst RL**. MALT lymphoma of the bladder: a case report and review of the literature. Case Reports in Hematology 2015; 2015: 934374.

10. Hissourou M, Zia Y, Alqatari, Strauchen J, **Bakst RL**. Primary MALT lymphoma of the breast treated with definitive radiation. Case Rep Hematol. 2016;2016:1831792. doi: 10.1155/2016/1831792. Epub 2016 May 10.

11. Chada J, Teng MS, Teruya-feldstein J, **Bakst RL**. Radiation for MALT of the submandibular gland. Case Rep Hematol. 2017;2017:8397621. doi: 10.1155/2017/8397621.

12. Berlin E, Singh K, Mills C, Shapira I, **Bakst RL**, Chadha M. Breast implant associated anaplastic large cell lymphoma: case report and review of the literature. Case Rep Hematol. 2018 Jan 21;2018:2414278. doi: 10.1155/2018/2414278.

13. Ali N, Sindhu K, **Bakst RL\***. A rare case of a transgender female with breast implant-associated anaplastic large cell lymphoma treated with radiotherapy and a review of the literature. J Investig Med High Impact Case Rep. 2019 Jan-Dec;7:2324709619842192. doi 10.1177/2324709619842192.
    - *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

14. Kim JK, Sindhu K, **Bakst RL\***.  Cardiac metastasis in a patient with head and neck cancer: a case report and review of the literature. A Case Rep Otolaryngol. 2019 Apr 18;2019:9581259. doi: 10.1155/2019/9581259. eCollection 2019.
    - *Conception and design of study, Data acquisition, Data analysis and interpretation, Drafting/revising critically important content*

15. KK Sindhu, Chang Sanders, Liu J, **Bakst RL\*,** Dharmarajan K. In a patient with cancer, not all that enhances is leptomeningeal carcinomatosis. J Oncol Pract. 2019 Oct;15(10):558-559.
    - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

16. Young J, Smith W, **Bakst RL\*** Sequential HPV related cancers. Otolaryngology case reports. 2020 DOI 10.1016/j.xocr.2020.100252.
    - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*


**<u>Invited Contributions</u>**

1. Misiukiewicz, K, Gupta V, **Bakst R**, Posner M. Taxanes in cancer of head and neck. Anticancer Drugs 2014; Epub ahead of print 15 December.

2. **Bakst RL**, Wong RJ. Mechanisms of Perineural Invasion. J Neurol Surg B 2016; 77:96-106.

3. **Bakst R*,** Powers A, Yahalom J. Diagnostic and therapeutic considerations for extramedullary leukemia. Curr Oncol Rep. 2020 June 24;22(7)75. doi 10.1007/s11912-020-00919-6.
   - *Conception and design of study, Data analysis and interpretation, Drafting/revising critically important content*

4. Tremblay D, Schwartz M, **Bakst R***, Patel R, Schiano T, Kremyanskaya M, Hoffman R, Mascarenhas J. Modern management of splenomegaly in patients with myelfibrosis. Ann Hematol. 2020 July;99(7)1441-1451.
   - *Drafting/revising critically important content*

5. Rowley JP, Sindhu KK, **Bakst RL***, Buckstein M. In regards to Mattes et al. Adv Ratiat Onc. 2022 January. Doi 10.1016/j.adro.2021.1000892.
   - *Conception and design of study, Drafting/revising critically important content*

6. Rodriguez-Russo, CA, Junn JC, Yom SS, **Bakst RL***. Radiation therapy for adenoid cystic carcinoma of the head and neck. Cancers (Basel): 2021 Dec 17;13(24)6335. Doi 10.3390/cacers13246335.
   - *Conception and design of study, Drafting/revising critically important content*

## Books and Book Chapters

1. **Bakst RL,** Tallman MS, Douer D, Yahalom J. How I treat extramedullary myeloid leukemia. Blood How I Treat – A Compendium For The Practicing Hematologist. American Society of Hematology, Washington, D.C, 2013.

2. Misiukiewicz K, **Bakst R***, Kotz T, Miles B. Management of T3-T4 Base of Tongue Squamous Cell Carcinoma. Contemporary Management of oral, head and neck squamous cell carcinoma, Elsevier (*In Press*)
   - *Drafting/revising critically important content*

3. Yuan Y, **Bakst R***, Buckstein M, Siddiqui Z, and Levitin R. Machine Learning in Radiation Oncology, Elsevier (*In Press*)
   - *Drafting/revising critically important content*

## Non-Peer Reviewed Publications

1. Knoll MA and **Bakst RL**. Communicating patient information in the modern era. ASCO Connection, Third quarter, 2015.


## INVITED LECTURES & PRESENTATIONS

<u>Invited Lectures</u>

1. "The treatment of the chest wall with electron beam radiotherapy." Memorial Sloan-Kettering Cancer Center, Department of Radiation Oncology, Grand Rounds, November 5th, 2008.

2. "Small cell carcinoma of the prostate." Memorial Sloan-Kettering Cancer Center, Department of Radiation Oncology, Grand Rounds, December 16th, 2009.

3. "Radiation impairs perineural invasion by modulating the nerve microenvironment." Memorial Sloan-Kettering Cancer Center, Department of Radiation Oncology, Grand Rounds, October 19th, 2011.

4. "The role of radiation therapy in the management of extramedullary leukemia." Memorial Sloan-Kettering Cancer Center, Mortimer J. Lacher Fellows Conference, May 18th, 2012.

5. "One year in MSKCC room 1532." Memorial Sloan-Kettering Cancer Center, Nursing Grand Rounds, June 27th, 2012.

6. "An overview of head and neck radiation oncology." SUNY Downstate, Department of Otolaryngology Grand Rounds, May 8th, 2014.

7. "The role of functional imaging in modern radiation planning." Mount Sinai School of Medicine, Department of Nuclear Medicine Grand Rounds, November 20th, 2015.

8. "The utility of PET/CT in optimizing radiation therapy." Mount Sinai School of Medicine, Department of Nuclear Medicine Grand Rounds, December 2nd, 2016.

9. "Perineural invasion: from mechanisms to treatment design." New York Roentgen Society, March 6th, 2017.

10. "Perineural invasion: contributions from the nerve microenvironment." Memorial Sloan-Kettering Cancer Center, Center for HPV & Precision Radiation, April 19th, 2017.

11. "Inflammatory monocyte recruitment to nerves potentiates perineural invasion." Memorial Sloan-Kettering Cancer Center, Department of Surgery Research Conference, May 22nd, 2017.

12. "Radiation treatment design for nerve invasion." New York University School of Medicine, Department of Radiation Oncology, June 2nd, 2017.

13. "Target volume delineation in cases of perineural invasion." New York Roentgen Society Annual Meeting, October 18th, 2017.

14. "The role of functional imaging in modern radiation planning." Mount Sinai School of Medicine, Department of Nuclear Medicine Grand Rounds, November 20th, 2015.

15. "Radiation therapy for perineural invasion." Mount Sinai School of Medicine, Department of Radiology Grand Rounds, January 21st, 2015.

16. "Perineural invasion: contributions from the nerve microenvironment & implications for treatment." New York Presbyterian Brooklyn Methodist Hospital, Radiation Oncology & Hematology Oncology Grand Rounds, November 20th, 2017.

17. "Perineural Invasion: Contributions from the nerve microenvironment & treatment implications." The Mayo Clinic Radiation Oncology Grand Rounds, Rochester, Minnesota January 24th, 2020.

18. "The nerve microenvironment facilitates perineural invasion." UMDNJ-New Jersey Medical School and The Cancer Institute of New Jersey Grand Rounds, New Brunswick, New Jersey September 1st, 2020.

19. "Emerging concepts in the management of perineural invasion." Columbia University Medical Center, Department of Radiation Oncology, Grand Rounds, December 16th, 2021.

Presentations at Annual Meetings

1. "Hypofractionated dose-painting intensity modulated radiation therapy with chemotherapy for nasopharyngeal carcinoma, a prospective trial." ASTRO Annual Meeting, November 5th, 2009.

2. "Re-irradiation for recurrent medulloblastoma." ASTRO Annual Meeting, November 1st, 2010.

3. "The Rise of HPV in the Elderly: A Changing Landscape of Oropharyngeal Carcinoma" American Radium Society, Scottsdale, AZ, 2020 (Oral) * Meeting cancelled secondary pandemic.

4. "Hematological Malignancy Section Orals" American Radium Society, Virtual Meeting. Program Moderator, September 29th, 2021.

5. "Enhancing Efficacy and Reducing Toxicity for Patients with Hematological Malignancies" ASTRO Annual Meeting. Program Moderator, October 27th, 2021.

Invited Symposia

1. "Inflammatory monocytes recruited to nerves by CCL2-CCR2 signaling facilitate perineural invasion." New York Tumor Microenvironment Symposium, August 17th, 2015.

2. Use of radiation in leukemia: guidelines from the International Radiation Oncology Group (ILROG)." ILROG Annual Symposium, Boston, March 4th, 2017.

3. "Management and contouring of head and neck cancers with perineural invasion." ASTRO Annual Meeting, September 25th, 2017.

4. "Radiation response for risk stratified multiple myeloma" International Radiation Oncology Group (ILROG) Annual Symposium, Tokyo, Japan April 6th, 2019.

5. "Perineural invasion: contributions from the immune system." ECOG-ACRIN Symposium, Fort Lauderdale, Florida October 25th, 2019.

6. "Perineural Invasion: Mechanisms and Clinical Implications." NCI Head and Neck Research Symposium, December 12th, 2019.

7. "Translating the behavior of cutaneous malignancies into radiation target volumes." AHNS/ASCO/ASTRO Multidisciplinary Head and Neck Cancers Symposium, Scottsdale, Arizona February 29th 2020.

Visiting Professorships
1. SUNY Downstate, Brooklyn, NY Department of Otolaryngology, May 8th, 2014.

2. New York Presbyterian Brooklyn Methodist Hospital, Department of Radiation, November 20th, 2017.

3. The Mayo Clinic, Rochester, Minnesota Department of Radiation Oncology, January 24th, 2020.

4. UMDNJ-New Jersey Medical School and The Cancer Institute of New Jersey, New Brunswick, New Jersey September 1st, 2020.

## **VOLUNTARY  PRESENTATIONS**

N/A

## **EXTERNAL ROLES in MEDIA, EDUCATION, and COMMUNITY**

Television Appearances

1. "What to know about the rise in oral HPV cases in men." Fox News, October 31st, 2017.

2. "Textured breast implant tied to rare cancer." CBS News, New York July 24th, 2019.

3. "Breast Cancer: New vision and new hope." ABC News, New York October 16th, 2019.

Webinars & Web-based Videos

1. "Perineural invasion in head and neck cancer." Cancer Network, October 30th, 2017.

2. "Older patients & HPV-related oropharyngeal cancer." Cancer Network, October 30th, 2017.

3. "Diagnosing soft tissue sarcoma: what doctors look for." Health Nation, February 22nd, 2018.

4. "Classic Hodgkin lymphoma roundtable." MDedge, February 2019.

5. "PTCL roundtable." MDedge, February 2019.

6. "Follicular lymphoma roundtable." MDedge, March 2019.

7. "Skin Cancer roundtable." OncLive, October 2021.

Educational Roles

1. "From Biology to Bedside: A introduction to cancer biology." Riverdale Country School, Riverdale NY. A lecture given annually to 10-11[th] grade biology students, 2016-2020.

Community Roles

1. New York Police Department (NYPD) Honorary Police Surgeon, Sworn in July 30th, 2019, 1 Police Plaza, New York, NY.

Exhibit C

<u>Dr. Richard Bakst Testimonial History</u>

In the last four years, I have provided testimony in the following cases:

1. *Burrell Lamb et al. v. Monsanto Co.*, 17SL-CC003681 - 7/17/2019

# Exhibit D

<u>Dr. Richard Bakst Compensation Rate</u>

I am compensated as an expert witness at the rate of $800 an hour.