UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Myers v. Monsanto Co.*, Case No. 19-cv-04411-VC | **ORDER GRANTING MOTIONS TO MOVE CASES TO WAVE 8**<br>Re: 17659 |

Plaintiff's motion to move the above-listed matter from Wave VII-C to Wave VIII-C is granted.

**IT IS SO ORDERED.**

Dated: January 8, 2023

_____

VINCE CHHABRIA
United States District Judge