Honorable Vince Chhabria

Marshall Casey, WSBA# 42552
Sweetser Law Office, PLLC
1020 N. Washington Street
Spokane, WA 99201
(509) 328-0678
Email: mcasey@sweetserlawoffice.com

AND

Chris Hogue, WSBA# 48041
Hogue Law Firm
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
Tele: 509-315-8390
Email: chris@spokaneadvocate.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION.<br><br>This document related to<br>*Jason Gannon v. Monsanto Company*<br>**Case# 3:19-cv-08064-VC** | MDL No 2741<br><br>Case# 3:16-md-02741-VC<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7F**<br><br>**Hearing Date February 14, 2024, 9:00 am Without Oral Argument**<br><br>**Reply due January 23, 2024** |

Plaintiff Jason Gannon, without opposition from Defendant Monsanto Company, requests the court move his case from Wave 7 sub wave B to Wave 7 sub wave F.

I. **Facts**

1. Jason Gannon's case is currently part of Wave 7, sub wave B.
2. The parties have diligently pursued discovery in this matter and been mindful of the deadlines in Wave 7 sub wave B.
3. Plaintiff's oncologist, Dr. Chaudry gave his deposition on December 15, 2023.
4. The Plaintiff gave a partial deposition that had to be continued because of health issues. The parties are trying to finish this deposition.
5. Plaintiff's treating provider, Dr. Chaudhry's, deposition was completed just a few weeks ago.
6. Plaintiff have been engaging experts, and they have asked for a couple more months to review depositions and discovery for their opinions.
7. Counsel for the Plaintiff met and conferred with counsel for Defendant Monsanto Company. Plaintiff believes the best course of action would be to move this case to Wave 7 sub wave F, Defendant Monsanto Company does not oppose this request.

PLAINTIFF'S UNOPPOSED MOTION
TO MOVE CASE TO WAVE 7F pg.-2

SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
509-328-0678

Therefore, Plaintiff Jason Gannon, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave 7B to Wave 7F.

DATED this _9th__ day of January, 2024, at Spokane, Washington.

s/*Marshall Casey*
Marshall Casey, WSBA# 42552
Attorney for Plaintiff Gannon
1020 N. Washington
Spokane, WA 99201
Tele: 509-328-0678
Fax# 509-326-2932

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7F pg.-3**

**SWEETSER LAW OFFICE, PLLC**
1020 N. Washington
Spokane, WA 99201
509-328-0678

# **CERTIFICATE OF SERVICE**

I hereby certify that on this __9th___ of January, I filed a true copy of the above document VIA CM/ECF Electronic Filing System in the United States District Court, Northern District of California under MDL Case# 3:16-md-02741-VC and concurrently caused the above-entitled document to be sent to the recipients listed in the database for Case# 3:16-md-02741-VC. This will constitute service of the above document.

*s/ Marshall Casey*
Marshall Casey

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7F pg.-4**

**SWEETSER LAW OFFICE, PLLC**
1020 N. Washington
Spokane, WA 99201
509-328-0678