Honorable Vince Chhabria

Marshall Casey, WSBA# 42552
Sweetser Law Office, PLLC
1020 N. Washington Street
Spokane, WA 99201
(509) 328-0678
Email: mcasey@sweetserlawoffice.com

AND

Chris Hogue, WSBA# 48041
Hogue Law Firm
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
Tele: 509-315-8390
Email: chris@spokaneadvocate.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION.<br><br>This document related to<br>*Jason Gannon v. Monsanto Company*<br>**Case# 3:19-cv-08064-VC** | MDL No 2741<br><br>Case# 3:16-md-02741-VC<br><br>**[PROPOSED ORDER] PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7F** |

Plaintiff Jason Gannon's Unopposed Motion to move the above cited case from Wave 7B to Wave 7F is hereby granted.

1   IT IS SO ORDERED

2   DATED this _____ day of _____, 2024.

3

4                           HONORABLE VINCE CHHABRIA

5                           UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED ORDER] PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7Fpg.-2

SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
509-328-0678

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __9th___ of January, I filed a true copy of the above document VIA CM/ECF Electronic Filing System in the United States District Court, Northern District of California under MDL Case# 3:16-md-02741-VC and concurrently caused the above-entitled document to be sent to the recipients listed in the database for Case# 3:16-md-02741-VC. This will constitute service of the above document.

*s/ Marshall Casey*
Marshall Casey

**[PROPOSED ORDER] PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7F pg.-3**

**SWEETSER LAW OFFICE, PLLC**
1020 N. Washington
Spokane, WA 99201
509-328-0678