UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:19-cv-05249 |
| This document relates to:<br><br>Plaintiff Alan Gniadek<br>Gniadek v. Monsanto Company, et al<br>Cause No. 3:19-cv-05249-VC (N.D. Cal) | |

### ~~PROPOSED~~ ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal Without Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal Without Prejudice as to Plaintiff Alan Gniadek;

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 10, 2024



_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE