# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Jerry K. Klaveano, individually, and Danielle K. Klaveano, husband and wife and their marital community,*<br>Case No.: 3:20-cv-00198-VC | [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

THIS CAUSE having come before the Court on the Stipulation of Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii). Having reviewed said request, and finding good cause, the Court GRANTS the Stipulation of Dismissal Without Prejudice as to Plaintiffs Jerry Klaveano and Danielle Klaveano;

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS CLAIMS BE DISMISSED WITHOUT PREJUDICE, AND WITHOUT AN AWARD OF FEES OR COSTS TO EITHER PARTY.

Dated: January 10, 2024, ~~2023.~~



APPROVED
Judge Vince Chhabria

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE
PAGE 1