UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------------------------- X

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGAITON

CASE NO: 3:16-MD-2741-VC
MDL No. 2741

--------------------------------------------------------

**This document relates to:**

*Plaintiff Thomas P. Rotella,*

Case No.: 3:21-cv-10080-VC

-------------------------------------------------------- X

## ORDER

Considering Plaintiff's Motion brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that AARON ROTELLA be substituted as a party plaintiff in place of Thomas P. Rotella and that the Clerk of Court is hereby directed to amend the caption of this case to the following:

AARON ROTELLA, as Administrator of the Estate of THOMAS P. ROTELLA

v.

MONSANTO COMPANY; and, JOHN DOES 1-50

This __10__ day of __January__, 2024

APPROVED
Judge Vince Chhabria