# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02741-VC<br>MDL No. 2741 |
| This document relates to: | Judge Vince Chhabria<br>Magistrate Judge Alex G. Tse |
| *Plaintiff Henrietta Valinoti*<br>Case No.: 3:22-cv-02966 | [PROPOSED] ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ROBERT VALINOTI IN PLACE OF HENRIETTA VALINOTI |

1. Plaintiff's Motion to Substitute Robert Valinoti, Personal Representative of the Estate of Henrietta Valinoti, in Place of Henrietta Valinoti pursuant to F.R.C.P. 25 is **GRANTED.**

2. Robert Valinoti, Personal Representative of the Estate of Henrietta Valinoti, is hereby substituted in place of Henrietta Valinoti.

3. Accordingly, the case caption shall be amended as follows: "Robert Valinoti, Personal Representative of the Estate of Henrietta Valinoti."

SIGNED on this __10th__ day of __January__, 2024

APPROVED
*/s/ Judge Vince Chhabria*