# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) |
| This document relates to: | ) Master File No.: 3:16-md-02741-VC ) ) **SUGGESTION OF DEATH** |
| *John Gordon Young vs. Monsanto Company* | ) ) |
| Civil Action No.: 3:18-cv-03514-VC | ) |

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of Plaintiff John Gordon Young. A copy of the Death Certificate is attached hereto as **Exhibit 1**.

Respectfully submitted,

**MOONEYHAM BERRY, LLC**

 /s/ Joe Mooneyham
Joe Mooneyham, Federal ID No. 3965
Post Office Box 8359
Greenville, SC 29604
(864) 421-0036     Fax: (864) 421-9060
joe@mbllc.com

*Attorneys for the Plaintiff*

Greenville, South Carolina

January 11, 2024

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Joe Mooneyham