# **EXHIBIT 1**

DEATH CERTIFICATE

## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

STATE FILE NUMBER: 139-19-038824

DECEDENT'S NAME: *JOHN GORDON YOUNG*  
AKA's: NA  
ARMED FORCES: NO  
DATE OF BIRTH:  
SEX: MALE  
SOCIAL SECURITY NUMBER: -6391  
AGE: 71 YEARS  
TYPE OF PLACE Or DEATH: HOSPITAL- INPATIENT  
COUNTY OF DEATH: GREENVILLE  
NAME AND ADDRESS OF PLACE OF DEATH: PRISMA HEALTH GREENVILLE MEMORIAL HOSPITAL, GREENVILLE, SC 29605  
PLACE OF DISPOSITION: PIEDMONT CREMATORY  
DISPOSITION LOCATION: WELLFORD, SOUTH CAROLINA  
METHOD OF DISPOSITION: CREMATION  
DECEDENT'S RESIDENCE: 5666 LOCUST HILL ROAD, TRAVELERS REST, GREENVILLE COUNTY, SC, 29690  
PLACE OF BIRTH: SOUTH CAROLINA  
MARITAL STATUS: MARRIED  
SURVIVING SPOUSE'S NAME: BRENDA KAYE NESBITT  
FATHER'S NAME: MARION MARSHALL YOUNG  
MOTHER'S NAME PRIOR TO FIRST MARRIAGE: EUPHEMIA GORDON  
INFORMANT'S NAME: BRENDA K YOUNG  
RELATIONSHIP: WIFE  
MAILING ADDRESS: 5666 LOCUST HILL ROAD, TRAVELERS REST, SC, 29690  
FUNERAL HOME: THE WOOD MORTUARY, INC., 300 W. POINSETT ST., GREER, SC, 29650-1548  
FUNERAL DIRECTOR: JOHN T. CAMPBELL  
LICENSE NUMBER: 3841  
EMBALMER'S NAME: NA  
LICENSE NUMBER: NA  
ACTUAL OR PRESUMED DATE OF DEATH: OCTOBER 11, 2019  
MANNER OF DEATH: NATURAL  
ACTUAL OR PRESUMED TIME OF DEATH: 1403  
CAUSE OF DEATH - PART I

OTHER SIGNIFICANT CONDITIONS - PART II:  
NA  
CORONER CONTACTED? NO  
AUTOPSY PERFORMED? NO  
AUTOPSY AVAILABLE? NA  
DATE OF INJURY: NA  
TIME OF INJURY: NA  
INJURY AT WORK? NA  
PLACE OF INJURY: NA  
LOCATION OF INJURY: NA  
HOW THE INJURY OCCURRED?  
NA  
CERTIFIER NAME AND TITLE: DR. COLLIS L. BARKSDALE  
LICENSE NUMBER: 20594  
CERTIFIER'S ADDRESS: 290 ENTERPRISE DR, EASLEY, SC, 29642  
DATE FILED: OCTOBER 15, 2019  
DATE OF ISSUANCE: OCTOBER 15, 2019  
SPECIAL INSTRUCTIONS:  
NA

SC08004987

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

Richard K. Toomey, DHA, FACHE  
Director and State Registrar

Angelia P. Saleeby  
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 04/25/2019

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE


dhec