IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION )<br>)<br>) | MDL No. 2741 |
| ) | Master File No.: 3:16-md-02741-VC |
| This document relates to: )<br>) | |
| ) | **MOTION TO SUBSTITUTE** |
| *John Gordon Young vs. Monsanto Company* ) | **BRENDA K. YOUNG IN PLACE** |
| ) | **OF JOHN GORDON YOUNG** |
| Civil Action No.: 3:18-cv-03514-VC ) | |

  Comes now counsel for Plaintiff JOHN GORDON YOUNG, who moves this Court for an Order substituting BRENDA K. YOUNG on behalf of her deceased husband, JOHN GORDON YOUNG, in the above-captioned matter pursuant to Rule 25(a) of the Federal Rules of Civil Procedure for the following reasons:

  1. On January 9, 2018, John Gordon Young filed a products liability lawsuit in the above-referenced matter.

  2. On October 11, 2019, John Gordon Young passed away.

  3. The Certificate of Appointment of Brenda K. Young as Personal Representative in the Matter of John Gordon Young, Decedent, is attached hereto as **Exhibit 1**.

  4. John Gordon Young's product liability action against Defendants survived Plaintiff-decedent's death and is not concluded.

  5. The decedent's wife, BRENDA K. YOUNG, is a proper party to substitute for Plaintiff-decedent John Gordon Young and she wishes to be substituted on his behalf in this case.

  WHEREFORE, counsel for Plaintiff request that this Court grant this Motion for Substitution of Plaintiff in this action.

1

Respectfully submitted,

**MOONEYHAM BERRY, LLC**

/s/ Joe Mooneyham
Joe Mooneyham, Federal ID No. 3965
Post Office Box 8359
Greenville, SC 29604
P: (864) 421-0036 | F: (864) 421-9060
joe@mbllc.com

*Attorneys for the Plaintiff*

Greenville, South Carolina

January 11, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically filed the foregoing document with the Clerk of court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Joe Mooneyham

2