# __EXHIBIT 1__

CERTIFICATE OF APPOINTMENT OF BRENDA K. YOUNG

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE PROBATE COURT |
| | ) | |
| COUNTY OF GREENVILLE | ) | |
| | ) | **CERTIFICATE OF APPOINTMENT** |
| IN THE MATTER OF: | ) | |
| **JOHN GORDON YOUNG** | ) | CASE NUMBER: 2019ES2302588 |
| (Decedent) | ) | |

This is to certify that

# <u>BRENDA K YOUNG</u>

is the duly qualified

☒ **PERSONAL REPRESENTATIVE**
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the **18th day of December, 2019**, is now in full force and effect, including authorization to receive all monies, income, principal, interest & dividends of and belonging to said estate.

**RESTRICTIONS:**

EXECUTED:  December 18, 2019

DEBORA A. FAULKNER            By BL
PROBATE COURT JUDGE

**Do not accept a copy of this certificate without
the raised seal of the Probate Court.**

FORM #141ES (1/2014)
62-1-305, 62-3-103