**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2741 |
| This document relates to: | ) ) ) | Master File No.: 3:16-md-02741-VC |
| *John Gordon Young vs. Monsanto Company* | ) ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF BRENDA K. YOUNG IN PLACE** |
| Civil Action No.: 3:18-cv-03514-VC | ) ) | **OF JOHN GORDON YOUNG** |

1. Counsel for Plaintiff's Motion to Substitute Brenda K. Young in place of John Gordon Young.

2. Brenda K. Young is hereby substituted in place of John Gordon Young.

3. Accordingly, the case caption shall be amended as follows:  Brenda K. Young, as personal representative of the Estate of John Gordon Young.

SIGNED on this _____ day of _____, 2024.

_____
The Honorable Vince Chhabria
United States District Court
Northern District of California

cc:    All Counsel of Record

1