**SCHULER, WEISSER, ZOELLER,**
**OVERBECK & BAXTER, P.A.**
ERIC C, HAYDEN, ESQUIRE
ehayden@shw-law.com
acoates@shw-law.com
1615 Forum Place, Suite 4-D
West Palm Beach, FL 33401
(561) 689-8180
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Antonio Perillo v. Monsanto Company*<br>Case No.: 3:21-cv-02550-VC | MDL No. 2741<br><br>Case No.: MDL No. 3:16-md-02741-VC |

### PLAINTIFF'S MOTION FOR REVISION/CLARIFICATION OF ORDER [ECF 17234]

Plaintiff, Antonio Perillo, by and through his undersigned attorneys at Schuler, Weisser, Zoeller, Overbeck & Baxter, P.A., respectfully moves the Court to revise and/or clarify the Order dated August 30, 2023 [ECF 17234] as follows:

1.  On April 3, 2023, Plaintiff filed an unopposed motion to move his case to Wave 7(B) [ECF 23 in Case No. 3:21-cv-02550, ECF 16414 in MDL Case No. 3:16-MD-02741-VC].

2.  On April 4, 2023, the Court granted this motion, ordering Plaintiff's case moved to Wave 7(B) [ECF 24 in Case No. 3:21-cv-02550, ECF 16424 in MDL Case No. 3:16-MD-02741-VC] .

3.  On August 30, 2023, the Court entered an order [ECF 17234] indicating that Plaintiff's case was in Wave 7(A). No party had moved to change or amend the Court's prior order from April 4, 2023. Therefore, Plaintiff is seeking revision and/or clarification of the order [ECF 17234] that Plaintiff's is in Wave 7(B), as the Court had previously ordered, and not Wave 7(A).

4. This is a motion for clarification and revision, since any change was done without a motion or petition of the parties.

WHEREFORE, Plaintiff, Antonio Perillo, respectfully requests that the Order entered August 30, 2023 be revised and/or clarified that the case of Antonio Perillo v. Monsanto Company is in Wave 7(B), not Wave 7(A), and any other relief the Court deems just and proper.

Dated: January 11, 2024

Respectfully submitted,

SCHULER, WEISSER,
ZOELLER & OVERBECK, P.A.
Attorneys for Plaintiff
Barristers Building
1615 Forum Place, Suite 4D
West Palm Beach, FL  33401
(561)-689-8180

By: */s/ Eric C. Hayden, Esq.*
Richard D. Schuler
FL Bar No.  158226
Attorneys for Plaintiff(s)
Primary: rschuler@shw-law.com
Email2: ehayden@shw-law.com
Email3: acoates@shw-law.com
Email4: crussell@shw-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, a true and correct copy of the foregoing document was served upon the parties below via electronic mail:

Anthony R. Martinez, Esquire
**SHOOK, HARDY & BACON, LLP**
2555 Grand Boulebard
Kansas City, MO 64108
(816) 474-6550
amartinez@shb.com
*Attorney for Defendant, Monsanto Company*


                                                  /s/ *Eric C. Hayden, Esq.*