# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGIATION<br><br>This document relates to:<br>*Antonio Perillo v. Monsanto Company*<br>Case No.: 3:21-cv-02550-VC | MDL No. 2741<br><br>Case No.: MDL No. 3:16-md-02741-VC<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE V** |
|---|---|

Plaintiff's Motion for Revision/Clarification of Order [ECF 172341] is granted; Plaintiff, Antonio Perillo's case will remain in its original wave 7(B).

    IT IS SO ORDERED,

Dated: January_____, 2024

 

_____
JUDGE VINCE CHHABRIA