**CONSUMER LITIGATION ASSOCIATES, P.C.**
Drew D. Sarrett (VSB No. 81658)
CONSUMER LITIGATION ASSOCIATES, P.C.
626 East Broad Street, Suite 300,
Richmond VA, 23219
Tel. (804) 904- 9905
Fax. (804) 904- 9905
E-mail: drew@clalegal.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| *David Lane v. Monsanto Co.,* Case No. 3:22-cv-01022-VC | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal, with prejudice, of the above-captioned matter (including all claims asserted by Plaintiff) with each party to bear their own attorneys' fees and costs.

Plaintiff's counsel waived any fees from the client's settlement proceeds. Plaintiff's counsel received $414.00 for reimbursement of out-of-pocket expenses. The out-of-pocket expenses consisted of filing fees.

Prior to disbursing the settlement proceeds to Plaintiff, Plaintiff's counsel advised the Common Benefit Fund Special Master of the fee waiver and asked if any holdback was required. Special Master Foster responded as follows: "Thank you for the inquiry. You do not need to make a holdback deposit in this case. For purposes of the

common benefit fund, the 8% holdback only comes out of attorney's fees. Since no attorney's fees were recovered, a holdback would not need to be deposited."

Therefore, Plaintiff's counsel will neither holdback any settlement funds nor deposit any settlement funds with the Common Benefit Fund.

Dated: January 11, 2024          Respectfully submitted,

By:   */s/ Drew D. Sarrett*
Drew D. Sarrett
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 East Broad Street, Suite 300,
Richmond VA, 23219
Tel. (804) 904- 9905
Fax. (804) 904- 9905
E-mail: drew@clalegal.com
*Attorney for Plaintiff*
DAVID LANE

By:  /s/ Jennise W. Stubbs
Jennise W. Stubbs
**SHOOK, HARDY & BACON L.L.P.**
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorney for Defendant*
MONSANTO COMPANY