# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Leslie Hutchison v. Monsanto Co.*,<br>Case No. 3:20-cv-03444-VC | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>Hon. Vince Chhabria<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES** |

PLEASE TAKE NOTICE that, pursuant to the Court's Order (CM/ECF Doc. No. 15506), Plaintiff, Dr. Leslie Hutchison, has served Plaintiff's specific causation expert disclosures on counsel for Defendant Monsanto Company. Service was made by sending expert reports and associated disclosures via email to Anthony R. Martinez at amartinez@shb.com and Joe Hollingsworth at jhollingsworth@hollingsworthllp.com.

Plaintiff further incorporates by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, 3, 4, 5, and 6 and reserves the right to call the author of any such report as an expert witness at trial.

//

[signature block on following page]

//

DATED:  January 12, 2024

                                          Respectfully submitted,

                                          /s/ Carl J. Lumley_____

                                          Carl J. Lumley MBE 32869
                                          Curtis, Heinz, Garrett, & O'Keefe P.C.
                                          130 S. Bemiston Ave., Suite 200
                                          St. Louis, MO 63105-1951
                                          314-725-8788
                                          Email: clumley@chgolaw.com

                                          Joseph Gallo
                                          Wendy Dickieson
                                          Withers Bergman, LLP
                                          430 Park Avenue
                                          New York, NY 10022
                                          212-848-9800
                                          Joseph.gallo@withersworldwide.com
                                          Wendy.dickieson@withersworldwide.com

                                          *Counsel for Plaintiff Leslie Hutchison*

## **CERTIFICATE OF SERVICE**

I, Carl Lumley, hereby certify that on January 12, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

_/s/ Carl J. Lumley_____

Carl Lumley