UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Constance Finneman v. Monsanto Company,*<br>Case No. 3:18-cv-07021-VC<br><br>*Ronald Gebo v. Monsanto Company,*<br>Case No. 3:17-cv-00168-VC<br><br>*Lacy Stormes v. Monsanto Company,*<br>Case No. 3:19-cv-06026-VC | |

### ORDER

Having reviewed the unopposed motion seeking to transfer the three above-captioned cases to Wave 8, the Court grants the requested relief and transfers these cases to Wave 8-C.

IT IS SO ORDERED.

This __16th__ day of __January~~2023~~ 2024__



APPROVED
Judge Vince Chhabria