UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Rotella v. Monsanto Co.*, Case No. 21-cv-10050-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE 8**<br><br>Re: Dkt. No. 17709 |

The motion to move the above-captioned case to Wave 8 is granted.

**IT IS SO ORDERED.**

Dated: January 16, 2024

_____
VINCE CHHABRIA
United States District Judge