UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Monsanto Company et al<br>Roundup Products Liability Litigation<br><br>*This Document Also Relates To:*<br><br>Linda Kay,<br>Todd Kay<br><br>                    Plaintiffs,<br><br>v.<br><br>Monsanto Company<br><br>                    Defendant. | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br><br>**PLAINTIFFS' NOTICE OF SERVICE OF EXPERT DISCLOSURES** |

    PLEASE TAKE NOTICE that, pursuant to the Court's Order (CM/ECF Doc. No. 17234), Plaintiffs, Linda and Todd Kay, have served Plaintiffs' expert disclosures on counsel for Defendant Monsanto Company. Service was made by sending expert reports and associated disclosures via email to Joe Hollingsworth at jhollingsworth@holingsworthllp.com on January 12, 2024.

    Plaintiff further incorporates by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, 3, 4, 5, and 6 and reserves the right to call the author of any such report as an expert witness at trial.

DATED: January 16, 2024

                                                            Respectfully submitted,

/s/ Fidelma Fitzpatrick

Fidelma Fitzpatrick
Motley Rice LLC
40 Westminster St., 5th Floor
Providence, RI 02903
Telephone: (401) 457-7728
ffitzpatrick@motleyrice.com

Michael J. Pendell
Motley Rice, LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Telephone: (860) 218-2722
mpendell@motleyrice.com

Chelsea L. Monroe
Motley Rice, LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
Telephone: (843) 216-9018
cmonroe@motleyrice.com

*Counsel for Plaintiffs Linda and Todd Kay*

**CERTIFICATE OF SERVICE**

I, Fidelma Fitzpatrick, certify that on January 16, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Fidelma Fitzpatrick

Fidelma Fitzpatrick