UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>James Aultman v. Monsanto Company, No. 3:19-CV-05236<br><br>Jay Borum v. Monsanto Company, No. 3:19-CV-05242<br><br>Estel Butterfield v. Monsanto Company, No. 3:19-CV-05243<br><br>Spirit Connell v. Monsanto Company, No. 3:19-CV-05244<br><br>Stan Gerlach v. Monsanto Company, No. 3:19-CV-05246<br><br>Andrew Gordon v. Monsanto Company, No. 3:19-CV-05252<br><br>Joseph Johnson v. Monsanto Company, No. 3:19-CV-05255<br><br>Bobby Jones v. Monsanto Company, No. 3:19-CV-05256<br><br>Patrick Martin v. Monsanto Company, No. 3:22-CV-03966<br><br>Douglas Moss v. Monsanto Company, No. 3:22-CV-04012<br><br>Suzanne Norgren v. Monsanto Company, No. 3:22-CV-03967<br><br>Marty Pinkard v. Monsanto Company, No. 3:22-CV-04011 | MDL No. 2741<br><br>Case No. 3:16-CV-02741-VC<br><br>[PROPOSED] ORDER GRANTING CONSENT MOTION TO MOVE CASES TO WAVES 7C, 7E, 7F, 7G<br><br>Re: Dkt. No. 17726 |

James Sheldon v. Monsanto Company,
No. 3:17-CV-02142

Carol Sorensen v. Monsanto Company,
No. 3:22-CV-03971

Jack Watson v. Monsanto Company,
No. 3:22-CV-03972

Tracie Weeder v. Monsanto Company,
No. 3:19-CV-05378

Robert Whitford, et al v. Monsanto Company,
No. 3:22-CV-04014

Having reviewed the unopposed motion seeking to transfer these cases to Waves 7C, 7E, 7F and 7G the Court grants the requested relief and transfers these cases to Waves 7C, 7E, 7F and 7G.

IT IS SO ORDERED.

Dated: January 16, 2024

APPROVED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA