Honorable Vince Chhabria

Marshall Casey, WSBA# 42552
Sweetser Law Office, PLLC
1020 N. Washington Street
Spokane, WA 99201
(509) 328-0678
Email: mcasey@sweetserlawoffice.com

AND

Chris Hogue, WSBA# 48041
Hogue Law Firm
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
Tele: 509-315-8390
Email: chris@spokaneadvocate.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION.<br><br>This document related to<br>*Jason Gannon v. Monsanto Company*<br>**Case# 3:19-cv-08064-VC** | MDL No 2741<br><br>Case# 3:16-md-02741-VC<br><br>**[PROPOSED ORDER]** ~~[PROPOSED ORDER]~~ **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 7F** |

Plaintiff Jason Gannon's Unopposed Motion to move the above cited case from Wave 7B to Wave 7F is hereby granted.

IT IS SO ORDERED

DATED this __16th__ day of __January__, 2024.



_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

[PROPOSED ORDER] PLAINTIFF'S
UNOPPOSED MOTION TO MOVE
CASE TO WAVE 7Fpg.-2

SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
509-328-0678