UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Foral v. Monsanto Co.*, Case No. 20-cv-03440-VC | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**<br><br>Re: Dkt. No. 17661 |

    The motion for leave to withdraw as attorney in the above case is granted. The action will be dismissed without prejudice for failure to prosecute if the plaintiff does not, within 28 days of this ruling, file a notice with the Court that he intends to pursue the action, either with new counsel or representing himself.

    Counsel shall send a copy of this order to their client, and file a declaration within 7 days of this ruling explaining how they did so.

    **IT IS SO ORDERED.**

Dated: January 16, 2024

VINCE CHHABRIA
United States District Judge