UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Fleischhauer et al. v. Monsanto Co.*, Case No. 21-cv-05971-VC<br><br>*Hayes et al. v. Monsanto Co.*, Case No. 21-cv-05398-VC | **ORDER DENYING MOTION TO MOVE CASE TO A LATER WAVE**<br><br>Re: Dkt. Nos. 17666, 17667 |

The motions to move the above-captioned cases to a later wave are denied. Cases that have already been moved from one wave to another at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234. In addition, parties seeking to move a case to a later wave are required to state in their motion whether a case has previously been moved. Dkt. No. 17323. It appears that the above-captioned cases were previously moved from Wave 5 to Wave 7, but the motions do not note this.

The plaintiffs may refile motions to move their cases that comply with the above requirements.

**IT IS SO ORDERED.**

Dated: January 16, 2024

_____
VINCE CHHABRIA
United States District Judge