```
1  LAW OFFICES OF DAVID KAUFMAN
2  David A Kaufman, Esq. SBN 284488
   3162 Via Alicante Unit E
3  La Jolla, CA 92037
   Tel. (619) 865-8648
4  Email: attorney@lawofficesofdavidkaufman.com
   Attorney for Plaintiffs,
5  ROBERT D. MCALLISTER
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: ROUNDUP PRODUCTS LIABILITY | MDL No. 2741 |
| ROBERT D. MCALLISTER, individually and as successor in interest to ESTHER MCALLISTER, | Case No. 3:22-cv-04302 |
| Plaintiffs. | **DECLARATION OF PLAINTIFF ROBERT D. MCALLISTER AS SUCCESSOR IN INTEREST TO DECEDENT ESTHER MCALIISTER** |
| v. | |
| MONSANTO COMPANY, a corporation; BAYER AG, a corporation; and DOES 1-30, inclusive | |
| Defendants. | |

**DECLARATION OF ROBERT D. MCALLISTER AS SUCCESSOR IN INTEREST TO DECEDENT ESTHER MCALLISTER**

1. I, ROBERT D. MCALLISTER, am a Plaintiff in this matter and submitting this declaration to establish that I am a proper party to this action as a "successor in interest" to my late wife the decedent, Esther McAllister. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto under the penalty of perjury.

2. As a person seeking to commence an action as the decedent, Esther McAllister's "successor in interest" I am executing and filing this declaration establishing myself as a proper "successor in interest" pursuant to CCP § 377.32.

3. The decedent's name is Esther McAllister, who was my wife. Esther McAllister died without leaving any surviving children as issue or heirs that might succeed to the cause of action.

4. The date of Esther McAllister's death was November 26, 2010, and

DECLARATION OF PLAINTIFF ROBERT D. MCALLISTER AS SUCCESSOR
IN INTEREST TO DECEDENT ESTHER MCALLISTER

1. place of his death was the City Redding, in the County of Shasta, in the state of California. Attached hereto as Exhibit 1 is a certified copy of the decedent, Esther McAllister's death certificate.

5. No proceeding is now pending in California for administration of the decedent, Esther McAllister's estate.

6. I declare that I am the decedent, Esther McAllister's "successor in interest" (as defined in CCP § 377.11) and as such I properly succeed to the decedent's interest in the instant action.

7. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 7/26/2022

*Robert D McAllister*
DD8EBAA83DCF4DB...
ROBERT D. MCALLISTER,
Plaintiff & Declarant as successor in interest on behalf of Esther McAllister

- 2 -
DECLARATION OF PLAINTIFF ROBERT D. MCALLISTER AS SUCCESSOR IN INTEREST TO DECEDENT ESTHER MCALLISTER

1  **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

Certification of Counsel:

The undersigned, David A Kaufman, counsel of record for Plaintiff, ROBERT D. MCALLISTER, certifies that the above listed party (or parties) has a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Respectfully,

LAW OFFICES OF DAVID KAUFMAN

Dated: July 26, 2022   By: _____
David A. Kaufman
Attorney for Plaintiff,
ROBERT D. MCALLISTER
Successor in interest to Esther McAllister

- 3 -
DECLARATION OF PLAINTIFF ROBERT D. MCALLISTER AS SUCCESSOR IN INTEREST TO DECEDENT ESTHER MCALLISTER