UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** |
| This document relates to: | | |
| *Thomas G. Rogers v. Monsanto Co.*, Case No. 3:20-cv-07221-VC | | |

      PLEASE TAKE NOTE that pursuant to the Court's Order (CM/ECF Doc No. 17234) Plaintiff, Thomas G. Rogers has served Plaintiff's general causation and specific causation disclosures on counsel for Defendant Monsanto company. Service was made by sending expert reports and associated disclosures via electronic mail to Anthony R. Martinez at AMARTINEZ@shb.com and Joe Hollingsworth at jhollingsworth@hollingsworthllp.com.

      Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3. 4, 5, 6, 7 and 8 and reserves the right to call the author of any such report as an expert witness at trial.


      [signature block on following page]

Dated: January 16, 2024

Repsectfully submitted,

DOMINGUEZ LAW FIRM

*/s/Paul M. Dominguez*
Paul M. Dominguez, Esq. (pro hac vice)
2025 Rio Grande Blvd, N.W.
Albuquerque, New Mexico 87184
P.O. Box 10865
Albuquerque, New Mexico 87184
Tel: (505) 850-5854
Fax: (505) 796-5707
paul@dominguez.law
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filling to register attorneys of record counsel of record.

*/s/Paul M. Dominguez*
Paul M. Dominguez