**SULIVAN, DUPRE' AND SOLOUKI, LLC**
Wanda Anderson Davis
Three Lakeway Center
3838   North Causeway Blvd. Suite 3010
Metairie, LA 70002
Telephone: (504) 830-3990
Facsimile: (888) 440-7722
Email: wadavis@sdslawllc.com

*Attorney for Plaintiffs*
**MONIQUE CHRISTY INDIVIDUALLY AND AS THE EXECUTRIX OF THE ESTATE OF WHITNEY JOSEPH CHRISTY and WHITNEY MARQUETTE  CHRISTY**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>_____ )<br>)<br>This document relates to:  )<br>)<br>*Monique Christy et al. v. Monsanto Co. et al.*, )<br>Case No. 3:19-cv-03969-VC                  ) | MDL No. 2741 |

**PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE 8**

1. Plaintiff's counsel has consulted with Defendant's counsel who does not oppose the motion to move this case to Wave 8.

2. The case is presently placed in Wave 7D.

3. Extraordinary circumstances support moving the case to Wave 8.

4. Specifically, undersigned counsel is having major multi-part surgery commencing on January 18, 2024 and anticipates being out of the office until late April or early May 2024.

5. Counsel for Defendants desires to depose the Plaintiff(s) upon undersigned counsel returning to her office.

7. For these reasons, the Plaintiff respectfully requests the Court grant the Plaintiffs' motion.

Respectfully submitted,

**SULIVAN, DUPRE' AND SOLOUKI, LLC**

/s/ Wanda Anderson Davis

Wanda Anderson Davis
(LA 16788)
Three Lakeway Center
3839   North Causeway Blvd. Suite 3010
Metairie, LA 70002
Telephone: (504) 830-3990
Facsimile: (888) 440-7722
Email: wadavis@sdslawllc.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I transmitted a true and accurate copy of the foregoing upon:

Anthony R. Martinez, Shook, Hardy & Bacon
816.559.2683 | amartinez@shb.com

Counsel for Monsanto Company

by filing a copy on the Court's electronic filing system.

/s/ Wanda Anderson Davis

Wanda Anderson Davis
(LA 16788)

Counsel for the Plaintiffs