UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) This document relates to: ) ) *Monique Christy et al. v. Monsanto Co. et al.*,) ) | MDL No. 2741 **ORDER GRANTING MOTION TO MOVE CASE TO WAVE 8** Case No. 3:19-cv-03969-VC |

The motion to move the above-captioned case to Wave8 is granted.

**IT IS SO ORDERD.**

**Donated:** _____

_____
**VINCE CHHABRIA**
**United States District Judge**