UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: | **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** |
| *James May and Linda May, his wife v. Monsanto Company*, Case No. 3:21-cv-02126-VC | |

PLEASE TAKE NOTE that pursuant to the Court's Order (CM/ECF Doc No. 17234) Plaintiffs James May and Linda May have served Plaintiffs' general causation and specific causation disclosures on counsel for Defendant Monsanto company. Service was made by sending expert reports and associated disclosures via electronic mail to Anthony R. Martinez at AMARTINEZ@shb.com and Tina Cady at TCADY@shb.com.

[signature block on following page]

Dated: January 17, 2024

                                        Respectfully submitted,

                                        The Ferraro Law Firm
                                        Daniel J. Di Matteo, Esq.
                                        600 Brickell Avenue
                                        Suite 3800
                                        Miami, Florida 33131
                                        Florida Bar No. 114914
                                        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filling to register attorneys of record counsel of record.

                                        */s/Daniel J. Di Matteo*
                                        Daniel J. Di Matteo, Esq.