**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@getgomez.com*
Joshua R. Harris (FL SBN 124124)
*josh@getgomez.com*
Cristina Murillo (SBN 345769)
*cristina@getgomez.com*
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Document Relates to:<br><br>*All Actions Listed on Exhibit A* | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**NOTICE OF APPEARANCE OF JOSHUA R. HARRIS ON BEHALF OF PLAINTIFFS** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Joshua R. Harris of Gomez Trial Attorneys hereby enters an appearance as counsel for all Plaintiffs listed on Exhibit A. Please serve said counsel with all pleadings and notices in these actions.

Dated: January 18, 2024                     Respectfully submitted,

By: */s/ Joshua R. Harris*
John H. Gomez, Esq.
Joshua R. Harris, Esq.
Cristina Murillo, Esq.
**GOMEZ TRIAL ATTORNEYS**
**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on 18th day of November, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                                            */s/ Joshua R. Harris*
                                                            Joshua R. Harris, Esq

NOTICE OF APPEARANCE OF JOSHUA R. HARRIS ON BEHALF OF PLAINTIFFS

# **EXHIBIT A**

| Case Name | Case Number |
|---|---|
| Allen v. Monsanto Company | 3:23-cv-05239 |
| Greenwood v. Monsanto Co. | 3:22-cv-04830 |
| Harms et al v. Monsanto Company | 3:23-cv-03876 |
| Holbrook v. Monsanto Company | 3:23-cv-00956 |
| Levine v. Monsanto Company | 3:16-md-02741 |
| Pridgen et al v. Monsanto Company | 3:23-cv-03025 |
| Sorrell et al v. Monsanto Company | 3:22-cv-05287 |
| Sparkman et al. v. Monsanto | 3:21-cv-06497 |
| Wasson v. Monsanto Company | 3:22-cv-05412 |

NOTICE OF APPEARANCE OF JOSHUA R. HARRIS ON BEHALF OF PLAINTIFFS