UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: MDL No. 3:16-md-02741-VC |
| This document relates to: | |
| *Lenvil Ramey and Helenka Ramey v. Monsanto Co.*, Case No. 3:17-cv-05878-VC | |

# PLAINTIFFS' MOTION FOR REVISION/CLARIFICATION OF ORDER [ECF 17234] and SECOND MOTION TO MOVE CASE TO WAVE VIII

1. Following a relapse in the cancer of the plaintiff, Lenvil Ramey, the plaintiffs filed an unopposed motion on June 22, 2023 to move the case to Wave 7 [ECF 16877], which was granted [ECF 16968].

2. In the Joint Proposed Scheduling Order [ECF 17122] submitted on August 15, 2023, the plaintiffs' case was assigned to Wave 7(d), which the plaintiffs calendared accordingly. On August 30, 2023, the Court entered the Order Granting it [ECF 17234] indicating that the plaintiffs' case was in Wave 7(a). There was no discussion or dispute between counsel and the change from the submitted Order went unnoticed by counsel, with the case proceeding under the mistaken impression that it was assigned to Wave 7(d).

3. The discrepancy was only discovered this week after settlement discussions had previously began between the parties. Therefore, plaintiffs are seeking revision and/or clarification of the Order [ECF 17234].

4. In the alternative, and under the circumstances, the plaintiffs respectfully submit that it would be more appropriate to move the case to Wave VIII for further proceedings.

5. The parties conferred several times about this necessary motion and Monsanto has not yet advised whether it is opposed or agreeable to it.

6. The short extension to Wave VIII is also appropriate since the plaintiffs, who consist of

a physician and his wife, are actively involved in the prosecution of this matter and had previously indicated a desire to possibly add and/or substitute counsel for them. The short extension will provide them with additional time to finalize their decision without the need for a further motion.

7. In view of the above, the plaintiffs, Lenvil Ramey and Helenka Ramey, respectfully request the Court to either move this case to Wave VIII or revise Order [ECF 17234], or for any other relief that the Court deems appropriate.

Dated: January 19, 2024

Respectfully submitted,

*/s/ Philip J. Edwards*
PHILIP J. EDWARDS
Attorney at Law
3 Hawthorne Building
Louisville, KY 40204
(502) 648-7671
(502) 454-3175 (telefax)
kypecos@yahoo.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE

It is hereby certified that a copy of the foregoing was served by hand-delivery, telefax, electronic mailing, or U. S. Postal Service, first class mail, postage prepaid, this 19th day of January, 2024 to the following:

Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108

Gregory S. Chernack (*pro hac vice*)
(gchernack@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
*Attorneys for Defendant*
*MONSANTO COMPANY*

                                                                               */s/ Philip J. Edwards*