UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: MDL No. 3:16-md-02741-VC |
| This document relates to: *Lenvil Ramey and Helenka Ramey v. Monsanto Co.*, Case No. 3:17-cv-05878-VC | |

**PROPOSED ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII**

Plaintiffs' motion to move the case from Wave VII(a) to Wave VIII is granted.

**IT IS SO ORDERED**.

Dated: _____, 2024.    _____
 HONORABLE VINCE CHHABRIA
 UNITED STATES DISTRICT COURT