Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Nacole Kimble v. Monsanto Co.,*<br>Case No. 3:21-cv-01334-VC | CASE NO.: 3:16-md-02741-VC<br><br>**PLAINTIFF NACOLE KIMBLE MOTION TO MOVE HER CASE TO ANOTHER WAVE** |

## PLAINTIFF NACOLE KIMBLE MOTION TO MOVE HER CASE TO ANOTHER WAVE, SUB-WAVE, OR OTHER RELIEF THE COURT DEEMS JUST AND PROPER

Plaintiff Nacole Kimble ("Plaintiff") hereby respectfully requests the Court to move her case to another Wave, sub-Wave, or otherwise permits the current deadlines for her case to be extended.

1. Plaintiff is currently in Wave 7B. Per the Court's August 30, 2023, order, Plaintiff's immediately relevant deadlines under this Wave are February 2, 2024 (close of fact discovery), February 5, 2024 (Plaintiff's expert reports due), and April 5, 2024 (close of expert discovery).

2. Plaintiff and defendant Monsanto Co. ("Defendant") have diligently sought discovery in this case. Plaintiff completed the Plaintiff Fact Sheet, produced almost 800 pages of documents, provided all requested authorizations, and her deposition was taken on April 21, 2023.

3. On or about October 24, 2023, Plaintiff's counsel informed Plaintiff, via certified letter – return receipt, that she did not have an eligible subtype of Non-Hodgkin's Lymphoma. As such, Plaintiff's counsel told Plaintiff that they would no longer pursue her lawsuit and told her that if she wanted to continue her lawsuit then she would need other counsel.

4. On or about November 10, 2023, Plaintiff's counsel received an email from the Plaintiff stating that she found other counsel. Also, Plaintiff emailed over the retainer agreement with her new counsel.

5. Plaintiff's counsel asked Plaintiff for a letter of representation from the new attorney but did not receive one. After several weeks of not receiving anything (or seeing anything filed) from another law firm concerning Plaintiff, Plaintiff's counsel began contacting Plaintiff again.

6. On or about January 5, 2024, Plaintiff's counsel got in touch with the law firm that was supposedly retained by Plaintiff and that law firm communicated that they were NOT Plaintiff's counsel. Plaintiff had not been told that this law firm had terminated their representation of her.

7. On or about January 5, 2024, Plaintiff's counsel emailed Defendant's counsel about moving Plaintiff's case to another wave or sub-wave given the issue of her obtaining new counsel.

///

8.    Defendant's counsel stated that they would not object to moving Plaintiff's case to another Wave and requested that it be moved to Wave 8.

9.    Plaintiff requests the Court to move his case to Wave 8 as this would provide more time for Plaintiff more time to obtain counsel. Should Wave 8 be deemed unsuitable for some reason, Plaintiff requests to be moved to a sub-Wave, another Wave (e.g., Wave 9), or other relief as the Court deems just and proper.

Dated: January 19, 2024                    **BISNAR | CHASE LLP**

By: */s/ Michael K. Teiman*
Brian D. Chase
Michael K. Teiman
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE
*Nacole Kimble v. Monsanto Company*
**UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
Case No. 3:21-cv-01334-VC **|** MDL Case No. 3:16-md-02741-VC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1301 Dove Street, Suite 120, Newport Beach, CA 92660. On **January 19, 2024**, I served true copies of the following document(s) described as:

- **PLAINTIFF NACOLE KIMBLE MOTION TO MOVE HER CASE TO ANOTHER WAVE**
- **DECLARATION OF MICHAEL K. TEIMAN IN SUPPORT OF PLAINTIFF NACOLE KIMBLE MOTION TO MOVE HER CASE TO ANOTHER WAVE OR SUB-WAVE**
- **ORDER GRANTING PLAINTIFF NACOLE KIMBLE'S MOTION TO MOVE HER CASE TO ANOTHER WAVE**

on the interested parties in this action as follows:

(X) **VIA CM/ECF ELECTRONIC FILING SYSTEM**: I transmitted via the Internet a true copy(s) of the above-entitled documents(s) to the CM/ECF system of the United States District Court for the Central District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 19, 2024**, at Newport Beach, California.

*/s/ Anthony Scotto*
ANTHONY SCOTTO