Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NO.: 3:16-md-02741-VC |
| This document relates to:<br><br>*Nacole Kimble v. Monsanto Co.*, Case No. 3:21-cv-01334-VC | **DECLARATION OF MICHAEL K. TEIMAN IN SUPPORT OF PLAINTIFF NACOLE KIMBLE MOTION TO MOVE HER CASE TO ANOTHER WAVE OR SUB-WAVE** |

**DECLARATION OF MICHAEL K. TEIMAN**

I, Michael K. Teiman, declare the following:

1. I am an attorney at law duly licensed to practice before all courts of the State of California. I am an attorney at BISNAR | CHASE LLP, attorneys of record for the Plaintiff Nacole Kimble ("Plaintiff") herein. If called upon as a witness, I can and will competently testify to the following from my own personal knowledge.

2. Plaintiff's case is currently in Wave 7B in this Court.

3. My office and defendant Monsanto Co. ("Defendant") have diligently sought discovery in this case. Plaintiff completed the Plaintiff Fact Sheet, produced almost 800 pages of documents, provided all needed authorizations, and her deposition was taken on April 21, 2023.

4. I sent a letter to Plaintiff stating that she does not have a designated cancer (which is why the claims administrator – Feinberg – did not make her an offer). In short, I outlined her options as to dismiss her case or to find new counsel to represent her. A true and correct copy of that letter (I have redacted portions of it for potentially privileged information) with the certified return receipt is attached hereto as **Exhibit 1**.

5. On or about November 10, 2023, my office received an email from Plaintiff stating that she obtained new counsel, and she provided the retainer agreement. A true and correct copy of that retainer agreement (I have redacted portions of it for potentially privileged information) is attached hereto as **Exhibit 2**.

6. After a few weeks went by without any communication (e.g., request for the client file, substitution of counsel, etc.) from Plaintiff's new counsel, my office reached out to the client and then to the new law firm.

7. On or about January 5, 2024, my office got in touch with the new law firm that was supposedly retained by Plaintiff and that law firm communicated that they were NOT Plaintiff's counsel. Plaintiff had not been told that this law firm had terminated their representation of her.

8. On or about January 5, 2024, I emailed Defendant's counsel about moving Plaintiff's case to another Wave or sub-Wave given the issue of her obtaining new counsel. Defendant's counsel stated that they would not object to moving Plaintiff's case to another Wave and requested that it be moved to Wave 8. A true and correct copy of my email correspondence with Defendant's counsel is attached hereto as **Exhibit 3**.

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 19, 2024, in Newport Beach, CA.

*/s/ Michael K. Teiman*
Declarant

3

DECLARATION ON MICHAEL K. TEIMAN

# EXHIBIT 1

4

DECLARATION ON MICHAEL K. TEIMAN



BISNAR | CHASE
PERSONAL INJURY ATTORNEYS, LLP

October 24, 2023

**VIA EMAIL & CERTIFIED MAIL RETURN RECEIPT**

Nacole Kimble
6773 Kostner Street
Las Vegas, NV 89149
jazzebyrd@gmail.com

**CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION**

**Re: Your Roundup Case – Agreement to Dismiss Case With Prejudice**

Dear Ms. Kimble:

[redacted]

I explained to you that certain types of cancer were supported by the Plaintiffs' experts in the Roundup MDL. These cancers were "designated" because they are believed to be those cancers that have the strongest scientific support as being linked to Roundup (glyphosate) exposure. As I explained, unfortunately the claims administrator, led by Kenneth Feinberg, has determined that you do not have one of the cancers that has been designated as being attributable to Roundup (glyphosate) exposure. [redacted]

[redacted]

[redacted]

[redacted]

You have every right to seek a second opinion from another experienced law firm. I suggest that you obtain that opinion if you are at all uncertain about whether or not to act upon our advice on this issue. **If you decide to pursue your potential claim, please hire another attorney immediately**. Other attorneys may view the facts and the law differently and may have different business criteria which apply to their decision whether to undertake litigation in representing you.

We thank you for asking us to represent you in this case. We wish you the best of luck.

Respectfully yours,

**BISNAR|CHASE LLP**

Michael K. Teiman, Esq.
Attorney at Law

MKT/as

**CONSENT TO DISMISS CASE WITH PREJUDICE**

I, Nacole Kimble, understand what my attorneys have explained to me regarding the status of my case and the likelihood of success. I understand that only certain types of cancers are supported by Plaintiffs' expert's in relation to exposure to Roundup (glyphosate). I understand that I was not diagnosed with any kind of non-Hodgkins lymphoma or non-Hodgkins lymphoma subtype. I agree with my attorneys' advice not to attempt to present expert testimony given that my cancer diagnosis is not supported by the science in relation to being exposed to Roundup (glyphosate).

I further agree to let my case be dismissed by the Court **with prejudice**. I understand that a dismissal with prejudice means that **I will forever be barred from bringing a lawsuit against the same defendants for the same injuries due to my exposure to Roundup**. I understand that my attorneys have waived all attorneys' fees and will not be seeking reimbursement of costs that they have expended in the prosecution of my case.

Dated October ___, 2023

_______________________________
Nacole Kimble







Nacole Kimble
6773 Kostner St
LAS VEGAS NV 89149-0519

7020 0640 0002 1212 3448

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 4.35

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy) $ 3.55
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$ .87

Total Postage and Fees
$ 8.77

Postmark Here

Sent To
Nacole Kimble

Street and Apt. No., or PO Box No.
6773 Kostner St.

City, State, ZIP+4®
Las Vegas, NV 89149

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nacole Kimble
6773 Kostner St.
Las Vegas, NV 89149

9590 9402 7117 1251 9845 96

2. Article Number (Transfer from service label)

7020 0640 0002 1212 3448

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...ail
- ...all Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7020 0640 0002 1212 3448

Certified Mail Fee
$ 4.35

Extra Services & Fees (check box, add fee as appropriate)
- ☑ Return Receipt (hardcopy) $ 3.55
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$ .87

Total Postage and Fees
$ 8.77

Postmark Here

Sent To Nacole Kimble
Street and Apt. No., or PO Box No. 6773 Kostner St.
City, State, ZIP+4® Las Vegas, NV 89149

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

# EXHIBIT 2

5

DECLARATION ON MICHAEL K. TEIMAN

DUNCAN | STUBBS

Two North Central Ave.
18th Floor
Phoenix, Arizona 85004
Client Support: 1-877-971-0830

Thank you for trusting Duncan Stubbs and Seeger Weiss LLP to represent you. This process might feel like a lot right now but know that we are here to help you navigate each step with the goal to obtain the best possible outcome for you. We have extensive experience in pharmaceutical and products liability cases and look forward to representing you regarding your potential Roundup claim.

Sincerely,

Ben Browder

Benjamin P. Browder, Esq.

# AGREEMENT TO RETAIN COUNSEL

**SCOPE:** Nacole kimble ("Client") hires DS Legal, LLC d/b/a Duncan Stubbs ("Attorneys") to represent Client in investigating and, if appropriate, pursuing a potential claim for injuries and damages caused by Roundup® and glyphosate-based products. After investigating the potential claim, Attorneys shall have the right to withdraw and cancel this Agreement if they are unable or unwilling to undertake the contemplated representation. Attorneys agree to use their best effort and skill in pursuing this case but do not guarantee a specific result. Client acknowledges that this Agreement is limited to the sole purpose expressly stated in this Agreement.

DocuSign Envelope ID: 6E3E2033-28C4-4CA2-9049-FC652D8FB0D3





**NO GUARANTEES HAVE BEEN MADE AS TO WHAT AMOUNTS, IF ANY, YOU MAY BE ENTITLED TO RECOVER IN THIS CASE OR THE FINAL OUTCOME IN THIS CASE.**

Nacole kimble
Signature of Client

Nacole kimble
Printed Name

10/26/2023
Date

Ben Browder
Benjamin P. Browder, Esq.
DS Legal, LLC d/b/a Duncan Stubbs

# EXHIBIT 3

6

DECLARATION ON MICHAEL K. TEIMAN

**Michael Teiman**

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Monday, January 8, 2024 2:26 PM
**To:** Michael Teiman
**Cc:** Anthony Scotto
**Subject:** RE: Kimble - Move Wave

**Follow Up Flag:** Follow up
**Flag Status:** Completed

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Use caution when receiving email from external sources and any email mentioning a password change, reset, banking, ACH, wires, etc. If you are in doubt please contact Infinite Cloud Systems for support.

I am fine with that.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com

---

**From:** Michael Teiman <mteiman@bisnarchase.com>
**Sent:** Monday, January 8, 2024 12:01 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Cc:** Anthony Scotto <ascotto@bisnarchase.com>
**Subject:** RE: Kimble - Move Wave

**EXTERNAL**

Morning –

If you are in agreement to move to Wave 8, then that is fine with me. Please confirm, thanks.

Best,

Sincerely,

Michael Teiman

Trial Lawyer
www.BestAttorney.com

**Superior Client Representation Since 1978.**

1301 Dove Street, STE 120 | Newport Beach, CA 92660
www.BestAttorney.com
800.956.0123 | 949.752.2999 | 949.752.2777 fax

PRIVILEGED/CONFIDENTIAL COMMUNICATION: This email and all attachments are intended SOLELY for the recipients as identified in th this email. If you are not one of the identified intended recipients, your receipt of this email and its attachments is the result of an inadverten transmittal. If you are not the one of the identified intended recipients, any dissemination, distribution, storing, sharing, or copying of this comm you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this message. No w product protection is intended by the accidental distribution or disclosure of this message. NOTICE: NO DUTIES ARE ASSUMED, INTEND COMMUNICATION. If you have not executed a fee contract, this firm does NOT represent you as your attorney. You are encouraged to retain co to do so.

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Monday, January 8, 2024 9:57 AM
**To:** Michael Teiman <mteiman@bisnarchase.com>
**Cc:** Anthony Scotto <ascotto@bisnarchase.com>
**Subject:** RE: Kimble - Move Wave

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Use caution when receiving email from external sources and any email mentioning a password change, reset, banking, ACH, wires, etc. If you are in doubt please contact Infinite Cloud Systems for support.

Can you ask to move this to Wave 8?

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com

**From:** Michael Teiman <mteiman@bisnarchase.com>
**Sent:** Friday, January 5, 2024 3:07 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Cc:** Anthony Scotto <ascotto@bisnarchase.com>
**Subject:** Kimble - Move Wave

**EXTERNAL**



Afternoon Anthony –

We previously told you that Nacole Kimble is obtaining different counsel. While she told us she has counsel, I have not seen anything made official (e.g., substitution of counsel) with the court. As she is in an upcoming wave, can we stipulate that she can move to a later sub-wave while she works out her counsel situation?

Have a blessed weekend!

Sincerely,

Michael Teiman
Trial Lawyer
www.BestAttorney.com

**Superior Client Representation Since 1978.**

1301 Dove Street, STE 120 | Newport Beach, CA 92660
www.BestAttorney.com
800.956.0123 | 949.752.2999 | 949.752.2777 fax

PRIVILEGED/CONFIDENTIAL COMMUNICATION: This email and all attachments are intended SOLELY for the recipients as identified in th
this email. If you are not one of the identified intended recipients, your receipt of this email and its attachments is the result of an inadverten
transmittal. If you are not the one of the identified intended recipients, any dissemination, distribution, storing, sharing, or copying of this comm
you have received this communication in error, please notify the sender immediately by telephone and destroy all copies of this message. No w
product protection is intended by the accidental distribution or disclosure of this message. NOTICE: NO DUTIES ARE ASSUMED, INTENDI
COMMUNICATION. If you have not executed a fee contract, this firm does NOT represent you as your attorney. You are encouraged to retain cou
to do so.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.