LAW OFFICES OF DAVID KAUFMAN
David A Kaufman, Esq. SBN 284488
7752 Fay Ave Suite G
La Jolla, CA 92037
Tel. (619) 865-8648
Email: attorney@lawofficesofdavidkaufman.com
Attorney for Plaintiffs,
ROBERT D. MCALLISTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br>Case No. 3:22-cv-04302 |
| ROBERT D. MCALLISTER, individually and as successor in interest to ESTHER MCALLISTER,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, a corporation; BAYER AG, a corporation; and DOES 1-30, inclusive<br><br>Defendants.. | **DECLARATION OF PLAINTIFF ROBERT D. MCALLISTER AS SUCCESSOR IN INTEREST TO DECEDENT ESTHER MCALLISTER**<br><br>District Judge : Vincent Chhabria |

**DECLARATION OF ROBERT D. MCALLISTER AS SUCCESSOR IN INTEREST TO DECEDENT ESTHER MCALLISTER**

1. I, ROBERT D. MCALLISTER, am a Plaintiff in this matter and submitting this declaration to establish that I am a proper party to this action as a "successor in interest" to my late wife the decedent, Esther McAllister. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto under the penalty of perjury.

2. As a person seeking to commence an action as the decedent, Esther McAllister's "successor in interest" I am executing and filing this declaration establishing myself as a proper "successor in interest" pursuant to CCP § 377.32.

3. The decedent's name is Esther McAllister, who was my wife. Esther McAllister died without leaving any surviving children as issue or heirs that might

DECLARATION OF PLAINTIFF ROBERT D. MCALLISTER AS SUCCESSOR IN INTEREST TO DECEDENT ESTHER MCALLISTER

1  succeed to the cause of action.

2      4.    The date of Esther McAllister's death was November 26, 2010, and place of his death was the City Redding, in the County of Shasta, in the state of California.  Attached hereto as **Exhibit 1** is a certified copy of the decedent, Esther McAllister's death certificate.

    5.    No proceeding was or is now pending in California for administration of the decedent, Esther McAllister's estate.

    6.    I declare that I am the decedent, Esther McAllister's "successor in interest" (as defined in CCP § 377.11) and as such I properly succeed to the decedent's interest in the instant action.

    7.    No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: January 17, 2024

                              */s/ Robert D. McAllister*
                              ROBERT D. MCALLISTER,
                              Plaintiff & Declarant as successor in interest on behalf of Esther McAllister

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

Certification of Counsel:

    The undersigned, David A Kaufman, counsel of record for Plaintiff, ROBERT D. MCALLISTER, certifies that the above listed party (or parties) has a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Respectfully,

LAW OFFICES OF DAVID KAUFMAN

Dated: January 17, 2024    By: *(signature)*
David A. Kaufman
Attorney for Plaintiff,
ROBERT D. MCALLISTER
Successor in interest to Esther McAllister

# Exhibit 1

# COUNTY OF SHASTA
## REDDING, CALIFORNIA

### CERTIFICATION OF VITAL RECORD
### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

**STATE FILE NUMBER:** 3052010205897
**LOCAL REGISTRATION NUMBER:** 3201045001971

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): ESTHER
2. MIDDLE: MARIE
3. LAST (Family): MCALLISTER
4. DATE OF BIRTH mm/dd/ccyy: 11/01/1946
5. AGE Yrs: 64
6. SEX: F
9. BIRTH STATE/FOREIGN COUNTRY: CA
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS/SRDP (at Time of Death): MARRIED
7. DATE OF DEATH mm/dd/ccyy: 11/26/2010
8. HOUR (24 Hours): 0800
13. EDUCATION – Highest Level/Degree: HS GRADUATE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
16. DECEDENT'S RACE: WHITE
17. USUAL OCCUPATION: HOMEMAKER
18. KIND OF BUSINESS OR INDUSTRY: OWN HOME
19. YEARS IN OCCUPATION: 44

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 2253 KATHLEEN WAY
21. CITY: REDDING
22. COUNTY/PROVINCE: SHASTA
23. ZIP CODE: 96003
24. YEARS IN COUNTY: 21
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: ROBERT MCALLISTER, HUSBAND
27. INFORMANT'S MAILING ADDRESS: 2253 KATHLEEN WAY, REDDING, CA 96003

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: ROBERT
29. MIDDLE: DEAN
30. LAST (BIRTH NAME): MCALLISTER
31. NAME OF FATHER/PARENT – FIRST: GEORGE
32. MIDDLE: -
33. LAST: HOMAN
34. BIRTH STATE: CA
35. NAME OF MOTHER/PARENT – FIRST: MARTHA
36. MIDDLE: -
37. LAST (BIRTH NAME): MYERS
38. BIRTH STATE: CA

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE: 12/03/2010
40. PLACE OF FINAL DISPOSITION: ROBERT MCALLISTER RESIDENCE, 2253 KATHLEEN WAY, REDDING, CA 96003
41. TYPE OF DISPOSITION(S): CR/RES
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: ALLEN & DAHL FUNERAL CHAPEL
45. LIC ENSE NUMBER: FD-516
46. SIGNATURE OF LOCAL REGISTRAR: ANDREW W DECKERT, MD
47. DATE: 12/02/2010

**PLACE OF DEATH**

101. PLACE OF DEATH: RESIDENCE
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Decedent's Home
104. COUNTY: SHASTA
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 2253 KATHLEEN WAY
106. CITY: REDDING

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): NON HODGKINS LYMPHOMA  — Time Interval: YRS.
108. DEATH REPORTED TO CORONER?: YES — 10-1200
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: NO
111. USED IN DETERMINING CAUSE?: NO

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: NONE

113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: NO
113A. IF FEMALE, PREGNANT IN LAST YEAR?: NO

**PHYSICIAN'S CERTIFICATION**

114. Decedent Attended Since: 10/28/2009   Decedent Last Seen Alive: 09/20/2010
115. SIGNATURE AND TITLE OF CERTIFIER: JED L FREEMAN M.D.
116. LICENSE NUMBER: G73860
117. DATE: 12/02/2010
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: JED L FREEMAN M.D., 2510 AIRPARK DR STE 103, REDDING, CA 96001

119. MANNER OF DEATH: Natural
12. INJURED AT WORK?: NO

---

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE SHASTA COUNTY ASSESSOR-RECORDER.

LESLIE MORGAN
SHASTA COUNTY ASSESSOR-RECORDER

DATE ISSUED: JUL 26 2022



000290427

This copy not valid unless prepared on engraved border displaying date, seal and signature of Assessor-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE