Andrés Rivero
Florida Bar No. 613819
**RIVERO MESTRE LLP**
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com

*Attorney for Plaintiff Judge William C. Turnoff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **JUDGE WILLIAM C. TURNOFF'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR BY VIDEO CONFERENCE** |
| *William C. Turnoff v. Monsanto Company*, Case No.: 3:19-cv-03837-VC | Date: March 1, 2024<br>Time: 10:00 A.M.<br>Location: Courtroom 4 – 17th Floor |

  Judge William C. Turnoff, pursuant to Civil L.R. 7-11, files this motion for administrative relief to appear by video conference for oral argument on defendant, Monsanto Company's ("Monsanto") motions to exclude the expert testimony of Dr. William Sawyer and Dr. Samuel Berkman, currently set for March 1, 2024 at 10:00 a.m. Judge Turnoff's counsel who

JUDGE WILLIAM C. TURNOFF'S RESPONSE IN OPPOSITION TO MONSANTO
COMPANY'S MOTION TO EXCLUDE DR. WILLIAM SAWYER

will be arguing the motion reside in Miami, Florida (outside of the Northern District of California) and appearance in-person would incur costs and expenses for travel and lodging. Judge Turnoff asserts that appearance by video conference would allow him to present his argument just as well as could be presented in person. Counsel for Judge Turnoff has conferred with counsel for Monsanto, who believes this hearing must be in person. Judge Turnoff's counsel is familiar with the requirements for appearances via video conference and he meets the technology requirements.

## CONCLUSION

For these reasons, Judge Turnoff requests that this Motion for Administrative Relief to appear by video conference be GRANTED and that the attached proposed order be signed.

Dated: January 22, 2024

**RIVERO MESTRE LLP**

2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com
E-mail: rkuntz@riveromestre.com
E-mail: jdonato@riveromestre.com

By:  /s/ Andrés Rivero
ANDRÉS RIVERO
Florida Bar No. 613819
ROBERT KUNTZ
Florida Bar No. 94668
JOSEPH W. DONATO
Florida Bar No. 1025371
*Counsel for Judge William C. Turnoff*

## CERTIFICATE OF SERVICE

I certify that on January 22, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Andres Rivero*
ANDRES RIVERO
*Counsel for Judge William Turnoff*

JUDGE WILLIAM C. TURNOFF'S MOTION FOR ADMINISTRATIVE RELIEF
TO APPEAR BY VIDEO CONFERENCE