# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **JUDGE WILLIAM C. TURNOFF'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR BY VIDEO CONFERENCE** |
| *William C. Turnoff v. Monsanto Company*, Case No.: 3:19-cv-03837-VC | Date:     March 1, 2024<br>Time:     10:00 A.M.<br>Location:  Zoom Video Conference |

## ORDER GRANTING JUDGE WILLIAM C. TURNOFF'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR BY VIDEO CONFERENCE

THIS CAUSE is before the Court on the Judge Turnoff's Motion for Administrative Relief to Appear by Video Conference at the hearing on defendant, Monsanto Company's Motion to Exclude the Testimony of Dr. Samuel Berkman, currently scheduled for March 1, 2024 at 10:00 a.m. The Court has reviewed the Motion, and being fully advised, it is **GRANTED**.

**DONE AND ORDERED** in chambers on this _____ day of _____, 2024.