UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No 2741

Case No: 3:16-md-02741-VC

This document relates to:

JACKLYN LEE ANDERSON v
MONSANTO COMPANY
Case No: 3:20-cv-00848

## NOTICE OF SERVICE OF PLAINTIFF'S PROPOSAL FOR SETTLEMENT TO DEFENDANT, MONSANTO COMPANY

Plaintiff, JACKLYN ANDERSON, by and through the undersigned attorneys, hereby gives Notice of Serving Proposal for Settlement on Defendant, MONSANTO COMPANY, pursuant to the provisions of Section 768.79, Florida Statutes, and Florida Rule of Civil Procedure 1.442, and applicable Florida law on the 22nd day of January, 2024.

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via email service this 22nd day of January, 2024, to:

Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com

Joe G. Hollingsworth
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
Fax: (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com

/s/ Austin Grinder
Austin J. Grinder, Esquire
Fla Bar No: 0054029
agrinder@getjustice.com
Eric D. Roslansky, Esquire
Fla Bar No: 0042067
eroslansky@getjustice.com
roundup@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL  33733-6847
(727) 327-3222
Attorneys for Plaintiffs