**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@getgomez.com*
Joshua R. Harris (FL SBN 124124)
*josh@getgomez.com*
Cristina Murillo (SBN 345769)
*cristina@getgomez.com*
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This Document Relates to: | Honorable Vince Chhabria |
| *Greenwood v. Monsanto Company* | **SUGGESTION OF DEATH** |
| Civil Action No.: 3:22-cv-04830 | |

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of Plaintiff Elizabeth Greenwood. A copy of the Death Certificate is attached hereto as Exhibit A.

Dated: January 22, 2024

Respectfully submitted,

By: */s/ Cristina Murillo*
John H. Gomez, Esq.
Joshua R. Harris, Esq.
Cristina Murillo, Esq.
**GOMEZ TRIAL ATTORNEYS**
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Cristina Murillo*
Cristina Murillo, Esq.

-2-

SUGGESTION OF DEATH