# **<u>EXHIBIT A</u>**

H105.805 REV (2/21)

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH
## WARNING: It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00



This is to certify that the information here given is
correctly copied from an original Certificate of Death
duly filed with me as Local Registrar. The original
certificate will be forwarded to the State Vital
Records Office for permanent filing.

*Hassan West*   12/6 2023

**P 30097503**
Certification Number

Local Registrar        Date Issued

Type/Print in Permanent Black Ink

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
## CERTIFICATE OF DEATH

State File Number: **424684-2023**

| | |
|---|---|
| 1. Decedent's Legal Name (First, Middle, Last, Suffix) **Elizabeth A. Greenwood** | 2. Sex **Female**   Number   4. Date of Death (Month dd, yyyy) **November 25, 2023** |

5a. Age-Last Birthday (Yrs) **101** | 5b. Under 1 Year Months / Days | 5c. Under 1 Day Hours / Minutes | 6. Date of Birth (Mo/Day/yyyy) (Spell Month) **March 28, 1922** | 7a. Birthplace (State and/or Foreign Country) **Danboro, Pennsylvania**

8a. Residence (State or Foreign Country) **Pennsylvania** | 8b. Residence (Street and Number - Include Apt No.) **112 Radnor Avenue** | 7b. Birthplace (County) **Bucks**

8d. Residence (County) **Delaware** | 8e. Residence (Zip Code) **19085** | 8c. Did Decedent Live in a Township? ☑ Yes, decedent lived in **Villanova** | 8f. Decedent lived within limits of ☐ No. | ____ twp. ____ city/boro.

9. Ever in U.S Armed Forces? ☐ Yes ☑ No ☐ Unknown | 10. Marital Status at Time of Death ☐ Divorced ☐ Never Married ☑ Married ☑ Widowed ☐ Unknown | 11. Surviving Spouse's Name (if wife, give name prior to first marriage)

12. Father / Parent's Name (First, Middle, Last, Suffix) **Stephen Ament** | 13. Mother / Parent's Name Prior to First Marriage (First, Middle, Last, Suffix) **Mary Letscher**

14. Informant's Name **Thomas C. Greenwood** | 14a. Relationship to Decedent **Son** | 14b. Informant's Mailing Address (Street and Number, City, State, Zip Code) **112 Radnor Avenue Villanova, PA 19085**

| If Death Occurred in a ☐ Emergency Room/Outpatient ☐ Inpatient ☐ Dead on Arrival | If Death Occurred Somewhere Other Than a Hospital: ☐ Nursing Home/Long-Term Care Facility ☐ Other (Specify) ☐ Hospice Facility ☑ Decedent's Home | |

15b. Facility Name (if institution, give street and number) **112 Radnor Avenue** | 15c. City or Town, State, and Zip Code **Villanova, Pennsylvania 19085** | 15d. County of Death **Delaware**

16a. Method of Disposition ☑ Burial ☐ Cremation ☐ Removal from State ☐ Other (Specify) | 16b. Date of Disposition **December 04, 2023** | 16c. Place of Disposition (name of cemetery, crematory, or other place) **Westminster Cemetery**

16d. Location of Disposition (City or Town, State, and Zip) **Bala Cynwyd, Pennsylvania 19004** | 17a. Signature of Funeral Service Licensee or Person In Charge of Interment **Rodger F McKinney (Electronically Signed)** | 17b. License Number **FD012721L**

17c. Name and Complete Address of Funeral Facility **Chadwick & McKinney Funeral Home Inc 30 E Athens Avenue Ardmore, Pennsylvania 19003**

18. Decedent's Education - Check the box that best describes the highest degree or level of school completed at the time of death.
☐ 8th grade or less
☐ No diploma, 9th - 12th grade
☑ High school graduate or GED completed
☐ Some college credit, but no degree
☐ Associate degree (e.g. AA, AS)
☐ Bachelor's degree (e.g. BA, AB, BS)
☐ Master's degree (e.g. MA, MS, MEng, MEd, MSW, MBA)
☐ Doctorate (e.g. PhD, EdD) or Professional degree
(e.g. MD, DDS, DVM, LLB, JD)

19. Decedent of Hispanic Origin - Check the box that best describes whether the decedent is Spanish/Hispanic/Latino. Check the "No" box if decedent is not Spanish/Hispanic/Latino.
☑ No, not Spanish/Hispanic/Latino
☐ Yes, Mexican, Mexican American, Chicano
☐ Yes, Puerto Rican
☐ Yes, Cuban
☐ Yes, other Spanish/Hispanic/Latino
(Specify)

20. Decedent's Race - Check ONE OR MORE races to indicate what the decedent considered himself or herself to be.
☑ White
☐ Black or African American
☐ American Indian or Alaska Native
☐ Asian Indian
☐ Chinese
☐ Filipino
☐ Japanese
☐ Korean
☐ Vietnamese
☐ Other Asian
☐ Native Hawaiian
☐ Guamanian or Chamorro
☐ Samoan
☐ Other Pacific Islander
☐ Other (Specify)

21. Decedent's Single Race Self-Designation - CHECK ONLY ONE to indicate what the decedent considered himself or herself to be.
☐ White ☐ Japanese ☐ Samoan
☐ Black or African American ☐ Korean ☐ Other Pacific Islander
☐ American Indian or Alaska Native ☐ Vietnamese ☐ Don't Know/Not Sure
☐ Asian Indian ☐ Other Asian ☐ Refused
☐ Chinese ☐ Native Hawaiian ☐ Other (Specify)
☐ Filipino ☐ Guamanian or Chamorro

22a. Decedent's Usual Occupation - Indicate type of work done during most of working life. DO NOT USE RETIRED. **School Secretary**

22b. Kind of Business/Industry **Education**

ITEMS 23a - 24 MUST BE COMPLETED BY PERSON WHO PRONOUNCES OR CERTIFIES DEATH
23a. Date Pronounced Dead (Mo/Day/Yr) **November 25, 2023** | 23b. Signature of Person Pronouncing Death (Only when applicable) | 23c. License Number
23d. Date Signed (Day/Day/Yr) | 24. Time of Death **01:52 AM** | 25. Was Medical Examiner or Coroner Contacted? ☐ Yes ☑ No

## CAUSE OF DEATH

26. Part I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary

| | | Approximate Interval: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. **Pancreatic Cancer** | **18 months** |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | b. | |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |
| | d. | |
| | Due to (or as a consequence of): | |

26. Part II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in Part I

27. Was an autopsy performed? ☐ Yes ☑ No
28. Were autopsy findings available to complete the cause of death? ☐ Yes ☐ No

29. If Female:
☐ Not pregnant within past year
☐ Pregnant at time of death
☐ Not pregnant, but pregnant within 42 days of death
☐ Not pregnant, but pregnant 43 days to 1 year before death
☐ Unknown if pregnant within the past year

30. Did Tobacco Use Contribute to Death? ☐ Yes ☐ No ☑ Unknown

31. Manner of Death ☑ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending investigation ☐ Could not be determined

32. Date of Injury (Mo/Day/Yr) (Spell Month) | 33. Time of Injury

34. Place of Injury (e.g. home; construction site; farm; school) | 35. Location of Injury (Street and Number, City, State, Zip Code)

36. Injury at Work ☐ Yes ☐ No | 37. If Transportation Injury, Specify: ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other (Specify) | 38. Describe How Injury Occurred:

39a. Certifier – physician, certified registered nurse practitioner, physician assistant, medical examiner/coroner (Check only one):
☑ Certifying only – To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Pronouncing & Certifying - To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Medical Examiner/Coroner – On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

Signature of certifier: **SAMEER GUPTA (Signature on File)** | Title of certifier: **MD**

39b. Name, Address and Zip Code of Person Completing Cause of Death (item 26) **SAMEER GUPTA 826 Old Lancaster Road Bryn Mawr, Pennsylvania 19010** | License Number: **MD435629**

39c. Date Signed (Mo/Day/Yr) **November 27, 2023**

40. Registrar's District Number **23-237** | 41. Registrar's Signature **Hassan K West (Signature on File)** | 42. Registrar File Date (Mo/Day/Yr) **December 06, 2023**

43. Amendments

Disposition Permit No. **E693122**

NAME OF DECEDENT Elizabeth A. Greenwood
ALIAS USED
To Be Completed By FUNERAL DIRECTOR
To Be Completed By MEDICAL CERTIFIER

H105-143 REV 13/2017-E