**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@getgomez.com*
Joshua R. Harris (FL SBN 124124)
*josh@getgomez.com*
Cristina Murillo (SBN 345769)
*cristina@getgomez.com*
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Document Relates to:<br><br>*Greenwood v. Monsanto Company*<br><br>Civil Action No.: 3:22-cv-04830-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**MOTION TO SUBSTITUTE THOMAS GREENWOOD IN PLACE OF ELIZABETH GREENWOOD** |

Comes now counsel for Plaintiff THOMAS GREENWOOD, who moves this Court for an Order substituting THOMAS GREENWOOD on behalf of his deceased mother, ELIZABETH GREENWOOD, in the above-captioned matter pursuant to Rule 25(a) of the Federal Rules of Civil Procedure for the following reasons:

1. On July 27, 2022, Elizabeth Greenwood filed a products liability lawsuit in the above-referenced matter.

2. On November 25, 2023, Elizabeth Greenwood passed away.

3. Plaintiff's filed Suggestion of Death is attached hereto as Exhibit A.

4. Plaintiff's death certificate is attached hereto as Exhibit B.

-2-

1  5. Elizabeth Greenwood's product liability action against Defendants survived Plaintiff-
2  decedent's death and is not concluded.

3  6. The decedent's son, Thomas Greenwood, is a proper party to substitute for Plaintiff-decedent
4  Elizabeth Greenwood and he wishes to be substituted on his behalf in this case.

5  WHEREFORE, counsel for Plaintiff requests that this Court grant this Motion for Substitution
6  of Plaintiff in this action.

7

8  Dated: January 22, 2024   Respectfully submitted,

9
   By: */s/ Cristina Murillo*
10   John H. Gomez, Esq.
   Joshua R. Harris, Esq.
11   Cristina Murillo, Esq.
   **GOMEZ TRIAL ATTORNEYS**
12   **Attorneys for Plaintiff**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

MOTION TO SUBSTITUTE THOMAS GREENWOOD IN PLACE OF ELIZABETH GREENWOOD

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 22, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                              */s/ Cristina Murillo*
                                              Cristina Murillo, Esq.

-3-

MOTION TO SUBSTITUTE THOMAS GREENWOOD IN PLACE OF ELIZABETH GREENWOOD