# **EXHIBIT A**

1  **GOMEZ TRIAL ATTORNEYS**
   John H. Gomez (SBN 171485)
2  *john@getgomez.com*
   Joshua R. Harris (FL SBN 124124)
3  *josh@getgomez.com*
   Cristina Murillo (SBN 345769)
4  *cristina@getgomez.com*
5  755 Front Street
   San Diego, California 92101
6  Telephone: (619) 237-3490
   Facsimile: (619) 237-3496
7
8  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This Document Relates to: | Honorable Vince Chhabria |
| *Greenwood v. Monsanto Company* | **SUGGESTION OF DEATH** |
| Civil Action No.: 3:22-cv-04830 | |

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs this Court of the death of Plaintiff Elizabeth Greenwood. A copy of the Death Certificate is attached hereto as Exhibit A.

Dated: January 22, 2024              Respectfully submitted,

                                     By: */s/ Cristina Murillo*
                                     John H. Gomez, Esq.
                                     Joshua R. Harris, Esq.
                                     Cristina Murillo, Esq.
                                     **GOMEZ TRIAL ATTORNEYS**
                                     **Attorneys for Plaintiff**

-1-

SUGGESTION OF DEATH

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                            */s/ Cristina Murillo*
                                            Cristina Murillo, Esq.