# **<u>EXHIBIT B</u>**

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00



P 30097503
Certification Number

This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

*Hassan West* — Local Registrar
12/6/2023 — Date Issued

---

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

## CERTIFICATE OF DEATH

State File Number: **424684-2023**

1. Decedent's Legal Name: **Elizabeth A. Greenwood**
2. Sex: **Female**
4. Date of Death: **November 25, 2023**
5a. Age-Last Birthday (Yrs): **101**
6. Date of Birth: **March 28, 1922**
7a. Birthplace: **Danboro, Pennsylvania**
7b. Birthplace (County): **Bucks**
8a. Residence (State): **Pennsylvania**
8b. Residence (Street): **112 Radnor Avenue**
8c. Did Decedent Live in a Township?: **Yes, Villanova**
8d. Residence (County): **Delaware**
8e. Residence (Zip Code): **19085**
9. Ever in US Armed Forces?: **No**
10. Marital Status: **Widowed**
12. Father/Parent's Name: **Stephen Ament**
13. Mother/Parent's Name Prior to First Marriage: **Mary Letscher**
14a. Informant's Name: **Thomas C. Greenwood**
14b. Relationship to Decedent: **Son**
14c. Informant's Mailing Address: **112 Radnor Avenue Villanova, PA 19085**
15a. Place of Death: **Decedent's Home**
15b. Facility Name: **112 Radnor Avenue**
15c. City or Town, State, and Zip Code: **Villanova, Pennsylvania 19085**
15d. County of Death: **Delaware**
16a. Method of Disposition: **Burial**
16b. Date of Disposition: **December 04, 2023**
16c. Place of Disposition: **Westminster Cemetery**
16d. Location of Disposition: **Bala Cynwyd, Pennsylvania 19004**
17a. Signature of Funeral Service Licensee: **Rodger F McKinney (Electronically Signed)**
17b. License Number: **FD012721L**
17c. Name and Complete Address of Funeral Facility: **Chadwick & McKinney Funeral Home Inc, 30 E Athens Avenue Ardmore, Pennsylvania 19003**
18. Decedent's Education: **High school graduate or GED completed**
19. Hispanic Origin: **No, not Spanish/Hispanic/Latino**
20. Decedent's Race: **White**
21. Decedent's Single Race Self-Designation: **White**
22a. Decedent's Usual Occupation: **School Secretary**
22b. Kind of Business/Industry: **Education**
23a. Date Pronounced Dead: **November 25, 2023**
24. Time of Death: **01:52 AM**
25. Was Medical Examiner or Coroner Contacted?: **No**

### CAUSE OF DEATH

26. Part I. Immediate Cause: a. **Pancreatic Cancer** — Approximate Interval Onset to Death: **18 months**

27. Was an autopsy performed?: **No**
30. Did Tobacco Use Contribute to Death?: **Unknown**
31. Manner of Death: **Natural**

39a. Certifier: **Certifying only** — Signature of certifier: **SAMEER GUPTA (Signature on File)** — Title: **MD**
39b. Name, Address and Zip Code of Person Completing Cause of Death: **SAMEER GUPTA, 825 Old Lancaster Road Bryn Mawr, Pennsylvania 19010**
License Number: **MD435529**
39c. Date Signed: **November 27, 2023**

40. Registrar's District Number: **23-237**
41. Registrar's Signature: *Hassan K West (Signature on File)*
42. Registrar File Date: **December 06, 2023**

Disposition Permit No. **E693122**