# EXHIBIT D

```
 1

 2              UNITED STATES DISTRICT COURT

 3             NORTHERN DISTRICT OF CALIFORNIA

 4  _____

 5  IN RE:  ROUNDUP PRODUCTS   :  MDL NO. 2741

 6  LIABILITY LITIGATION       :

 7  MICHAEL J. CACCIA, ET AL.  :

 8  v.                         :

 9  MONSANTO CO, ET AL.        :  CASE NO.  MDL NO.

10  CASE NO.                   :  3:16-md-02741-VC

11  3:20-cv-01915-VC           :

12  _____

13

14       This is the Examination Before Trial of

15              MARC BRAUNSTEIN, M.D.

16        taken on Tuesday, October 17, 2023,

17       held REMOTELY via Zoom, commencing at

18         12:55 p.m., concluding at 2:27 p.m.,

19         taken before Tonia L. Tinker, Court

20       Reporter and Notary Public in and for

21                the State of New York.

22

23

24
```

**Suppl. Exhibit D Page - 1**

```
 1   article?
 2              (Exhibit Number 6 was marked for
 3          identification.)
 4        A.   Yes, this is one of my references.
 5        Q.   Okay.  And this is an article by Larsson
 6   titled:  Obesity and Risk of non-Hodgkin's lymphoma:
 7   A meta-analysis?
 8        A.   Yes.
 9        Q.   And in this study, the authors access data
10   from ten cohort studies and six case-control studies
11   published between 1966 to 2007 identified through
12   MEDLINE?
13        A.   Yes.
14        Q.   Would you agree that the meta-analysis
15   results for all included studies found that,
16   compared to individuals of normal weight, which is a
17   BMI of less than 25, overweight subjects, who have a
18   BMI between 25 to 30 demonstrated a 7 percent
19   greater risk of NHL than in obese subjects, which
20   were individuals who had a BMI of greater than 30
21   had a 20 percent greater risk of developing NHL?
22        A.   Yes.
23        Q.   Okay.  And would you agree that this study
24   found a statistically significant increased risk of
```

**Suppl. Exhibit D Page - 2**

 1   DLBCL, specifically?

 2        A.   Yes.

 3        Q.   So how did you determine that those

 4   increased risks were not as important in your report

 5   of a contributing factor for Mr. Caccia's NHL?

 6        A.   So just, you know, evaluating all of his

 7   potential risk factors.  Some factors were weighted

 8   more.  In this case, it was the exposure to

 9   glyphosate but I didn't exclude the fact that he

10   couldn't have other contributing factors.  It's just

11   that, for example, with his body mass index it went

12   down over time, and I interpreted the literature to

13   say that the higher BMI -- the higher body mass

14   indices were more strongly associated with DLBCL.

15        Q.   What studies are you relying on to form

16   your opinion that Roundup or glyphosate exposure is

17   associated with DLBCL, specifically?

18        A.   Well, the -- the epidemiologic studies, you

19   know, are the ones that involve, you know, real

20   world human investigations.  And so the ones listed

21   in my Table 1, which is from another reference in my

22   report, were the ones that I primarily relied on.

23   And then there was also a meta-analysis by Zahn that

24   included these studies in -- in a meta-analysis.

```
 1   calculation.  Again, I relied on his -- his

 2   expertise there.

 3        Q.  So in your report, you mentioned that

 4   Mr. Caccia's Roundup exposure is more than the

 5   minimum exposure reported in epidemiologic studies

 6   associating glyphosate-based herbicides and NHL.

 7            What are those exposures that you were

 8   referencing?

 9        A.  Well, you know, again, in Table 1 of my

10   report, some used a minimum of two -- two days per

11   year, others used a minimum of ten days or more per

12   year, so those would be what I would say the

13   minimum.

14        Q.  And you got the two days from the McDuffie

15   study; is that right?

16        A.  Yes.

17        Q.  Okay.  And then, you said the ten days, was

18   that from the Eriksson study?

19        A.  Yes.

20        Q.  Okay.  Did you look at any other studies to

21   try to determine how much exposure plaintiff needs

22   to have to increase the risk of non-Hodgkin's

23   lymphoma?

24        A.  Other than, you know, the others I looked
```

**Suppl. Exhibit D Page - 4**

1  that don't -- like the POWA study, that don't

2  necessarily show an association with exposure.

3       Q.   Okay.  And did you review the agriculture

4  health study in forming your opinions?

5       A.   Yes.

6       Q.   Okay.  And is that the largest study that

7  you reviewed in forming your opinions, or are there

8  any of that you're aware that had more -- more

9  people that contributed data?

10      A.   That's the largest.

11      Q.   Do you know whether the agricultural health

12 study showed an increased risk of non-Hodgkin's

13 lymphoma?

14      A.   The conclusion was that they did not find a

15 risk, an increased risk of NHL.

16      Q.   How does that factor into your analysis?

17      A.   To the investigators credit in the

18 agricultural health study, it was a large

19 epidemiologic study.  However, it was not without

20 some weaknesses, in terms of the population that was

21 studied; it was particular farmers that may have

22 used protective gear in spraying the glyphosate;

23 they used a statistical method to account for

24 missing data that could have compromised the data;

```
 1                MR. DeVOTO:  Object to the form of
 2           the question.
 3       Q.  Would that be a substantial contributing
 4  factor for you?
 5       A.  I suppose, yes.
 6       Q.  Okay.  Do you have multiple substantial
 7  contributing factors?
 8       A.  Can you?
 9       Q.  Yes, can you?
10       A.  Sure.  You can have more than one
11  contributing factor to a disease.
12       Q.  Okay.  And you agree you people can have
13  non-Hodgkin's lymphoma who weren't exposed to
14  Roundup, right?
15       A.  Yes.
16       Q.  People can develop non-Hodgkin's lymphoma
17  who have no recognized risk factors?
18       A.  I would say sporadically, yes.
19       Q.  Okay.  Would you agree that mutations in
20  our cells that are not repaired by our body's
21  natural mechanism to repair DNA can replicate and
22  eventually become cancerous?
23       A.  Yes.
24       Q.  Have you done any research to determine
```

1      Q.  Can you quantify what percentage of DLBCL

2   are caused by random mutations?

3      A.  I don't know.

4      Q.  Were you able to rule out random or

5   sporadic genetic mutations as the cause of Mr.

6   Caccia's NHL?

7      A.  No.

8      Q.  If you saw Mr. Caccia as a cancer patient

9   and he never had any Roundup or glyphosate exposure,

10  what would you tell him was the cause of his NHL?

11          MR. DeVOTO:  Object to the form of

12      question.  Assuming he would tell him

13      any cause, but go ahead, he can answer.

14     A.  If I were to see Mr. Caccia, that's the

15  question, correct, and he was asking what the cause

16  was of his NHL, what would I tell him?

17     Q.  Yes, if he had no Roundup exposure.

18     A.  If he had no Roundup exposure?

19     Q.  Yes.

20          MR. DeVOTO:  Same objection.

21     A.  I see.  I think I would -- I would say that

22  most of the time, we do not know what the cause is,

23  and that we would have to do more work to obtain a

24  history of any potential other contributing factors.

```
 1   AFFIDAVIT:

 2

 3   STATE OF NEW YORK

 4   COUNTY OF _____

 5

 6

 7           I have read my deposition, and the

 8      same is true and accurate, save and except

 9      for changes and/or corrections, if any,

10      as indicated by me on the correction sheet

11      attached hereto.

12

13                        _____

14                             MARC BRAUNSTEIN, M.D.

15

16

17        SUBSCRIBED AND SWORN TO before me this

18      _____ day of _____, 20_____.

19

20

21                        _____

22                                  NOTARY PUBLIC

23

24   My commission expires on _____.
```

1  CERTIFICATION:

2  STATE OF NEW YORK

3  COUNTY OF STEUBEN

4       I, TONIA L. TINKER, the officer before whom the

5  foregoing deposition was taken, do hereby certify

6  that the witness whose testimony appears in the

7  foregoing deposition was duly sworn by me.

8       I further certify that the testimony of said

9  witness was taken by me in Stenotype and thereafter

10  reduced to typewriting under my supervision.

11       I further certify that the said deposition

12  constitutes a true record of the testimony given by

13  said witness to the best of my ability.

14       I further certify that the said deposition was

15  taken before me at the time and place specified in

16  the notice.

17       I further certify that I am neither counsel

18  for, related to, nor employed by any of the parties

19  to the action in which this deposition was taken,

20  nor financially or otherwise interested in the

21  outcome of the action.

22

23  _____

24       TONIA L. TINKER, Notary Public