# EXHIBIT E

                                                    **Pages 1 - 165**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

KAREN DELORME-BARTON,            )
                                 )
          Plaintiff,             )
                                 )
    vs.                          )     **NO. C 18-01427-VC**
                                 )
MONSANTO COMPANY,                )
                                 )
          Defendant.             )
_____)

                                San Francisco, California
                                Tuesday, December 12, 2023

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:
For Plaintiffs:
                    WEITZ & LUXENBERG PC
                    700 Broadway
                    New York, New York  10003
               BY:  **JERRY M. KRISTAL, ATTORNEY AT LAW**
                    **ROBIN L. GREENWALD, ATTORNEY AT LAW**

                    WAGSTAFF LAW FIRM
                    940 Lincoln Street
                    Denver, Colorado 80203
               BY:  **AIMEE WAGSTAFF, ATTORNEY AT LAW**

For Defendant:
                    GOLDMAN, ISMAIL, TOMASELLI, BRENNAN
                      & Baum LLP
                    564 West Randolph Street - Suite 400
                    Chicago, Illinois  60661
               BY:  **SHAYNA S. COOK, ATTORNEY AT LAW**
                    **SARAH KINTER, ATTORNEY AT LAW**

              (APPEARANCES CONTINUED ON FOLLOWING PAGE)

Reported By:  Ruth Levine Ekhaus, RMR, RDR, FCRR
              Official Reporter, CSR No. 12219

1  causation expert as opposed to, say, a rebuttal expert on the
2  issue of specific causation?
3      I know there's a huge overlap between general and
4  specific, and you can't really -- it's hard to untangle the
5  two, but you get my question?
6          **MS. COOK:**  Yes.  Absolutely.  And we designate him as
7  a general causation expert.  He does not look at the files of
8  the plaintiffs, and he does not talk about -- he does not give
9  an opinion about the particular plaintiff.
10     And what our specific -- what our -- so in part, it is
11 helpful to the jury in our minds to rebut the plaintiff's
12 specific causation experts who say, "Well, if it's not HPV and
13 it's not whatever else, it must be Roundup.  We have to find
14 something.  Otherwise, why would this person have cancer?"
15         **THE COURT:**  Right.
16         **MS. COOK:**  So it's sort of setting the table --
17         **THE COURT:**  And what it's been up until now, I think,
18 is, well, the high percentage of NHL cases are idiopathic.  And
19 that's a very abstract concept for the jurors, and you know,
20 it's easy for the plaintiff's experts to sort of wave that
21 away; right?
22         **MS. COOK:**  Yes.
23         **THE COURT:**  And you're putting meat on the bones of
24 what you've said previously which is that such a high
25 percentage of NHL cases are idiopathic.

```
1         MS. GREENWALD:  Thank you.
2         THE CLERK:  Court is adjourned.
3             (Proceedings adjourned at 3:47 p.m.)
4                       ---oOo---
```

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:    Wednesday, December 20, 2023

_____
Ruth Levine Ekhaus, RMR, RDR, FCRR, CSR No. 12219
Official Reporter, U.S. District Court