**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030 | Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843 | Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400 | Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100 | Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| *Robert Cotter, et al. v. Monsanto Co.,*<br>Case No. 3:20-cv-03108-VC | **DECLARATION OF LINDA C. HSU RE: DEFENDANT MONSANTO COMPANY'S REPLY IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. D. BARRY BOYD**<br><br>Hearing:<br>Date: March 1, 2024<br>Time: 10:00 a.m.<br>Place: San Francisco Courthouse, Courtroom 4 – 17th Floor |

**DECLARATION OF LINDA C. HSU**

I, Linda C. Hsu, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Reply in Support of Motion to Exclude Testimony of Dr. D. Barry Boyd. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit O** is a true and correct copy of excerpts of the transcript, dated December 12, 2023, from the Daubert hearing of Cristian Tomasetti in *Karen Delorme-Barton v. Monsanto Company*, Case No. C 18-01427-VC, U.S. District Court, Northern District California.

3. Attached hereto as **Exhibit P** is a true and correct copy of excerpts of deposition testimony of Robert F. Herrick, dated October 23, 2023, in Nelson v. Monsanto Company, Case No. 3:19-cv-04576-VC and Canning v. Monsanto Company, Case No. 3:190-cv-094230-VC, U.S. District Court, Northern District of California.

4. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts of deposition testimony of Dr. D. Barry Boyd, dated September 23, 2022, taken in the above-captioned matter.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 22, 2024, at Santa Monica, California.

Linda C. Hsu

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Linda C. Hsu*
Linda C. Hsu

DECLARATION RE: MONSANTO'S REPLY ISO MOTION TO EXCLUDE TESTIMONY