# EXHIBIT Q

1           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2
                                     Case No.
3                                    3:20-cv-03108-VC

4  ***************************

5  IN RE:  ROUNDUP PRODUCTS
   LIABILITY LITIGATION              MDL No. 2741
6
   ***************************
7  This document relates to:

8  Robert and Darya Cotter v.
   Monsanto Company
9
   Case No. 3:20-cv-03108-VC
10
   ***************************
11

12            Remote Videotaped Deposition of D.

13  BARRY BOYD, MD, MS, held at the location of

14  the deponent, commencing at 12:59 p.m., on

15  the 23rd of September, 2022, before Maureen

16  O'Connor Pollard, Registered Diplomate

17  Reporter, Realtime Systems Administrator,

18  Certified Shorthand Reporter, Notary Public.

19

20

21                      - - -

22
            GOLKOW LITIGATION SERVICES
23              877.370.DEPS
              deps@golkow.com
24

25

```
 1   REMOTE APPEARANCES:

 2

 3   THORNTON LAW FIRM

 4   BY:   DAVID BRICKER, ESQ.

 5         9595 Wilshire Blvd., Suite 900

 6         Beverly Hills, California 90212

 7         310-282-8676

 8         dbricker@tenlaw.com

 9         Representing the Plaintiffs

10

11   EVANS FEARS & SCHUTTERT LLP

12   BY:   DAVID W. GUTKE, ESQ.

13         6720 Via Austi Parkway, Suite 300

14         Las Vegas, Nevada 89119

15         702-805-8444

16         dgutke@efstriallaw.com

17         Representing the Defendant,

18         Monsanto Company

19

20   Videographer:  Robert Martignetti

21

22

23

24

25
```

1          testimony.
2    BY MR. GUTKE:
3          Q.    Is that correct, there are some
4    other individuals that are involved in
5    editing and writing your expert reports in
6    the Roundup litigation?
7          A.    Yeah.  They have no role in
8    what I'm writing.  They simply edit it and
9    just write it in a format that -- you know,
10   in the computer, that's all.
11         Q.    And who are those individuals?
12   Can you give us their names?
13         A.    Just one, and I'll find the
14   name for you.  I'll get that through the
15   attorney, okay?
16         Q.    And is this a male or a female?
17   Who is this?
18         A.    It's a male.
19         Q.    Okay.  And are they an
20   attorney, or paralegal, or what role?
21         A.    It's a pathologist who does
22   this sort of on the side.  He does it as a --
23   you know, he works with Michael and he helps
24   to, you know, polish the reports just so they
25   look right.  He has nothing to do with any of

```
1    the substance in the report.  That's all
2    mine.  Nobody does.  I do all of that.
3         Q.    All right.
4         A.    Just formatting it.  You know,
5    he's good with a computer.
6         Q.    But you can provide that name
7    to your attorney, correct?
8         A.    Yeah, of course.
9         Q.    Okay.  Going back to exposure
10   to Roundup, what personal protective
11   equipment did Mr. Cotter use for his
12   exposure?
13              MR. BRICKER:  Asked and
14         answered.
15              THE WITNESS:  As I mentioned,
16         he wore cotton shirt, pants, boots,
17         occasional glasses.  He did not wear
18         goggles.  He wore a hat.  I don't
19         believe -- for the most time when he
20         was spraying he didn't wear gloves.
21   BY MR. GUTKE:
22         Q.    Were you aware that he gave
23   deposition testimony that he wore gloves a
24   lot of the time, quote, a lot of the time?
25         A.    Yeah, but not all the time.
```

```
 1                  C E R T I F I C A T E

 2                  I, MAUREEN O'CONNOR POLLARD, LSR

 3    #473, Registered Diplomate Reporter and

 4    Notary Public in and for the State of

 5    Connecticut, do hereby certify that there

 6    remotely came before me on the 23rd day of

 7    September, 2022, the person hereinbefore

 8    named, who was duly sworn to testify to the

 9    truth of their knowledge concerning the

10    matters in this cause, and their examination

11    reduced to typewriting under my direction and

12    is a true record of the testimony.

13                  I further certify that I am

14    neither attorney for or related or employed

15    by any of the parties to the action, and that

16    I am not a relative or employee of any

17    attorney or counsel employed by the parties

18    hereto or financially interested in the

19    action.

20

21

22         *Maureen O Pollard*
23    _____
            MAUREEN O'CONNOR POLLARD, License #473
24          Registered Diplomate Reporter
            Realtime Systems Administrator
25          Notary Commission Expires:  10/31/2027
```