**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030 | Fax:  202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843 | Fax:  202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400 | Fax:  415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100 | Fax:  310-576-2200

*Attorneys for Defendant Monsanto Company*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No.:  3:16-md-02741-VC |
| *Angelo Bulone v. Monsanto Company*, 3:20-cv-03719-VC | **SUPPLEMENTAL DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE TESTIMONY OF DR. MARC BRAUNSTEIN AND FOR SUMMARY JUDGMENT** |
| | Hearing Date:<br>Date:    March 1, 2024<br>Time:    10:00 a.m.<br>Place:    San Francisco Courthouse, Courtroom 4 – 17th Floor |

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SUPPLEMENTAL DECLARATION IN SUPPORT OF MONSANTO'S REPLY
IN SUPPORT OF ITS MOTION TO EXCLUDE TESTIMONY

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

**DECLARATION OF LINDA C. HSU**

I, Linda C. Hsu, declare as follows:

1.      I am an attorney at law admitted to practice before all of the courts in the state of California.  I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action.  I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Reply in Support of Motion to Exclude Testimony of Dr. Marc Braunstein.  Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.      Attached hereto as Exhibit E is a true and correct copy of excerpts of the deposition of Dr. Marc Braunstein in the above-captioned *Bulone* matter.

3.      Attached hereto as Exhibit F is a true and correct copy of excerpts of the deposition of Dr. Marc Braunstein in *Caccia v. Roundup*, No. 20-cv-01915-VC (N.D. Cal.).

4.      Attached hereto as Exhibit G is a true and correct copy of excerpts of the December 12, 2023 *Daubert* hearing transcript conducted in *Delorme-Barton v. Monsanto*, No. C 18-01427-VC (N.D. Cal).

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed January 22, 2024 at Santa Monica, California.

Linda C. Hsu

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Linda C. Hsu*
Linda C. Hsu

SUPPLEMENTAL DECLARATION IN SUPPORT OF MONSANTO'S REPLY
IN SUPPORT OF ITS MOTION TO EXCLUDE TESTIMONY