# EXHIBIT E

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS       MDL NO. 2741
     LIABILITY LITIGATION
 5                                 CASE NO. MDL NO.
                                   3:16-MD-02741-VC
 6
     This document relates to:
 7
     ANGELO BULONE VS. MONSANTO
 8   COMPANY

 9   CASE NO. 3:20-CV-03719-VC

10

11

12
     VIDEOTAPED DEPOSITION OF MARC J. BRAUNSTEIN, M.D.
13
     _____
14

15   DATE TAKEN: October 24th, 2023

16   TIME BEGAN: 9:27 a.m. Eastern

17   TIME ENDED: 11:08 a.m. Eastern

18   LOCATION: (Via videoconference)

19

20

21

22

23   REPORTED BY:   Anthony C. DiMartino, CSR
                    Golkow Litigation Services
24

25
```

Exhibit E Page - 1

 1      Q.   Okay.  I'm going to show you what I will
 2   mark as Exhibit 3 to this deposition.
 3           Is this a copy of the report that you
 4   prepared for this matter in August of 2022?
 5      A.   Yes.
 6      Q.   And was there a reason that you prepared a
 7   new report following this one in August of 2022?
 8      A.   Well, I had the opportunity before this
 9   deposition to review some typographical errors to
10   add to Dr. Clark's most comprehensive, you know,
11   assessment of the exposures and just make some --
12   just some minor edits to the body of the report in
13   terms of exposures, you know, and my differential
14   diagnosis.
15           So I would say the most obvious revision
16   was just including the information from Dr. Clark's
17   report.
18      Q.   Did you review any other materials between
19   August 28th of 2022 when you wrote this first report
20   and October of 2023 when you provided your revised
21   report other than considering Dr. Clark's analysis?
22      A.   I don't believe so, no.
23      Q.   And did you add any new references to your
24   report or materials?
25      A.   No.

1    A.   I ruled it out based on, you know, the
2    available evidence that I have.
3         Again, I haven't seen any reports from any
4    experts in this case about his benzine -- the nature
5    of his benzine exposure, but again it can't be a
6    hundred percent ruled out.
7    Q.   Okay.  So his benzine exposure can not be
8    ruled out is your opinion, correct?
9    A.   Yes.
10   Q.   And you indicated that in terms of benzine
11   exposure that you didn't have a dosage necessarily,
12   but did you have a dosage for his glyphosate
13   exposure when you formulated your opinions in 2023?
14   A.   In 2023 just from Dr. Clark's time weighted
15   exposure information.
16   Q.   And do you know how that number was
17   calculated by Dr. Clark?
18   A.   I don't know all of the details, but it was
19   his expert assessment that based on the number of
20   anticipated days of exposure that Mr. Bulone
21   reported he was able to calculate the time weighted
22   exposure days.
23   Q.   And in your report you mentioned that Mr.
24   Bulone's Roundup exposure is more than the minimum
25   exposure reported in epidemiologic studies

```
 1    associating GBS to NHL; is that correct?
 2         A.   Yes.
 3         Q.   And what is the minimum exposure that
 4    you're referencing?
 5         A.   Well, some them are summarized in table 1.
 6    You know, some studies look at ever and never
 7    exposure, some look at a minimum of 2 days, some
 8    look at a minimum of 10 days and, you know, by all
 9    assessments he surpassed that.
10         Q.   In the studies that you're referencing do
11    those studies just look at Roundup use in terms of
12    exposure?
13         A.   Some of them looked at other, you know,
14    agents.
15         Q.   And do you know how many other agents were
16    considered?
17         A.   I don't know the exact number, no.
18         Q.   And do you know if they were more than 30?
19         A.   It's possible, yes.
20         Q.   And typically when doing studies you
21    control for confounding variables, correct?
22         A.   You attempt to, yes.
23         Q.   And a confounding variable would be another
24    chemical that might also influence the results,
25    correct?
```

Exhibit E Page - 4

```
1     CERTIFICATION:

2     STATE OF NEW YORK

3     COUNTY OF ONTARIO

4            I, ANTHONY C. DiMARTINO, C.S.R. the officer

5     before whom the foregoing deposition was taken, do

6     hereby certify that the witness whose testimony

7     appears in the foregoing deposition was duly sworn

8     by me.

9            I further certify that the testimony of said

10    witness was taken by me in Stenotype and thereafter

11    reduced to typewriting under my supervision.

12           I further certify that the said deposition

13    constitutes a true record of the testimony given by

14    said witness to the best of my ability.

15           I further certify that the said deposition was

16    taken before me at the time and place specified in

17    the notice.

18           I further certify that I am neither counsel

19    for, related to, nor employed by any of the parties

20    to the action in which this deposition was taken,

21    nor financially or otherwise interested in the

22    outcome of the action.

23

24                    [signature: Anthony C. DiMartino]

25                    Anthony C. DiMartino, C.S.R.
```