# EXHIBIT F

```
 1

 2               UNITED STATES DISTRICT COURT

 3               NORTHERN DISTRICT OF CALIFORNIA

 4   _____

 5   IN RE:  ROUNDUP PRODUCTS   :  MDL NO. 2741

 6   LIABILITY LITIGATION       :

 7   MICHAEL J. CACCIA, ET AL.  :

 8   v.                         :

 9   MONSANTO CO, ET AL.        :  CASE NO.   MDL NO.

10   CASE NO.                   :  3:16-md-02741-VC

11   3:20-cv-01915-VC           :

12   _____

13

14         This is the Examination Before Trial of

15               MARC BRAUNSTEIN, M.D.

16         taken on Tuesday, October 17, 2023,

17       held REMOTELY via Zoom, commencing at

18         12:55 p.m., concluding at 2:27 p.m.,

19         taken before Tonia L. Tinker, Court

20       Reporter and Notary Public in and for

21               the State of New York.

22


23


24
```

1   that don't -- like the POWA study, that don't

2   necessarily show an association with exposure.

3       Q.  Okay.  And did you review the agriculture

4   health study in forming your opinions?

5       A.  Yes.

6       Q.  Okay.  And is that the largest study that

7   you reviewed in forming your opinions, or are there

8   any of that you're aware that had more -- more

9   people that contributed data?

10      A.  That's the largest.

11      Q.  Do you know whether the agricultural health

12  study showed an increased risk of non-Hodgkin's

13  lymphoma?

14      A.  The conclusion was that they did not find a

15  risk, an increased risk of NHL.

16      Q.  How does that factor into your analysis?

17      A.  To the investigators credit in the

18  agricultural health study, it was a large

19  epidemiologic study.  However, it was not without

20  some weaknesses, in terms of the population that was

21  studied; it was particular farmers that may have

22  used protective gear in spraying the glyphosate;

23  they used a statistical method to account for

24  missing data that could have compromised the data;

1   CERTIFICATION:

2   STATE OF NEW YORK

3   COUNTY OF STEUBEN

4       I, TONIA L. TINKER, the officer before whom the

5   foregoing deposition was taken, do hereby certify

6   that the witness whose testimony appears in the

7   foregoing deposition was duly sworn by me.

8       I further certify that the testimony of said

9   witness was taken by me in Stenotype and thereafter

10  reduced to typewriting under my supervision.

11      I further certify that the said deposition

12  constitutes a true record of the testimony given by

13  said witness to the best of my ability.

14      I further certify that the said deposition was

15  taken before me at the time and place specified in

16  the notice.

17      I further certify that I am neither counsel

18  for, related to, nor employed by any of the parties

19  to the action in which this deposition was taken,

20  nor financially or otherwise interested in the

21  outcome of the action.

22

23  _____

24          TONIA L. TINKER, Notary Public