# EXHIBIT G

```
                                              Pages 1 - 165

               UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

KAREN DELORME-BARTON,          )
                               )
          Plaintiff,           )
                               )
   vs.                         )    NO. C 18-01427-VC
                               )
MONSANTO COMPANY,              )
                               )
          Defendant.           )
                               )

                                 San Francisco, California
                                 Tuesday, December 12, 2023

             TRANSCRIPT OF PROCEEDINGS

APPEARANCES:
For Plaintiffs:
                         WEITZ & LUXENBERG PC
                         700 Broadway
                         New York, New York  10003
                   BY:   JERRY M. KRISTAL, ATTORNEY AT LAW
                         ROBIN L. GREENWALD, ATTORNEY AT LAW

                         WAGSTAFF LAW FIRM
                         940 Lincoln Street
                         Denver, Colorado 80203
                   BY:   AIMEE WAGSTAFF, ATTORNEY AT LAW

For Defendant:
                         GOLDMAN, ISMAIL, TOMASELLI, BRENNAN
                           & Baum LLP
                         564 West Randolph Street - Suite 400
                         Chicago, Illinois  60661
                   BY:   SHAYNA S. COOK, ATTORNEY AT LAW
                         SARAH KINTER, ATTORNEY AT LAW

           (APPEARANCES CONTINUED ON FOLLOWING PAGE)

Reported By:  Ruth Levine Ekhaus, RMR, RDR, FCRR
              Official Reporter, CSR No. 12219
```

**Exhibit G Page - 1**

1   causation expert as opposed to, say, a rebuttal expert on the
2   issue of specific causation?
3        I know there's a huge overlap between general and
4   specific, and you can't really -- it's hard to untangle the
5   two, but you get my question?
6           **MS. COOK:**  Yes.  Absolutely.  And we designate him as
7   a general causation expert.  He does not look at the files of
8   the plaintiffs, and he does not talk about -- he does not give
9   an opinion about the particular plaintiff.
10       And what our specific -- what our -- so in part, it is
11  helpful to the jury in our minds to rebut the plaintiff's
12  specific causation experts who say, "Well, if it's not HPV and
13  it's not whatever else, it must be Roundup.  We have to find
14  something.  Otherwise, why would this person have cancer?"
15          **THE COURT:**  Right.
16          **MS. COOK:**  So it's sort of setting the table --
17          **THE COURT:**  And what it's been up until now, I think,
18  is, well, the high percentage of NHL cases are idiopathic.  And
19  that's a very abstract concept for the jurors, and you know,
20  it's easy for the plaintiff's experts to sort of wave that
21  away; right?
22          **MS. COOK:**  Yes.
23          **THE COURT:**  And you're putting meat on the bones of
24  what you've said previously which is that such a high
25  percentage of NHL cases are idiopathic.

```
1        MS. GREENWALD:  Thank you.
2        THE CLERK:  Court is adjourned.
3           (Proceedings adjourned at 3:47 p.m.)
4                        ---o0o---
5
6                  CERTIFICATE OF REPORTER
7       I certify that the foregoing is a correct transcript
8  from the record of proceedings in the above-entitled matter.
9
10  DATE:   Wednesday, December 20, 2023
```

_____
Ruth Levine Ekhaus, RMR, RDR, FCRR, CSR No. 12219
Official Reporter, U.S. District Court