UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS      MDL No. 2741
LIABILITY LITIGATION

            Case No. 3:16-md-02741-VC

*Henry and Tanya Steele v. Monsanto Company*,
3:20-cv-07889-VC

## *EX PARTE* MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

NOW INTO COURT, come Crull, Castaing & Lilly, Edward J. Castaing, Jr. and Peter E. Castaing, who respectfully move for leave to withdraw as co-counsel for plaintiffs, Henry and Tanya Steele, for the reasons that plaintiffs filed their Motion for Dismissal with Prejudice on March 29, 2023, and the Court granted the Order on April 4, 2023.

WHEREFORE, undersigned counsel respectfully move that the Court grant leave for Crull, Castaing & Lilly, Edward J. Castaing, Jr. and Peter E. Castaing, to withdraw as co-counsel for plaintiffs, Henry and Tanya Steele.

       Respectfully submitted,

       CRULL, CASTAING & LILLY
       Pan American Life Center
       601 Poydras Street, Suite 2323
       New Orleans, LA 70130
       Telephone: (504) 581-7700
       Facsimile: (504) 581-5523

BY: /s/ *Edward J. Castaing, Jr.*
      EDWARD J. CASTAING, JR. #4022
      PETER E. CASTAING, #35019
      *ecastaing@cclhlaw.com*
      *pcastaing@cclhlaw.com*

*Counsel for Henry and Tanya Steele*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel of record by filing same in this Court's CM/ECF System this 23rd day of January, 2024.

_/s/ Edward J. Castaing, Jr._