UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS      MDL No. 2741
LIABILITY LITIGATION

Case No. 3:16-md-02741-VC

*Henry and Tanya Steele v. Monsanto Company*,
3:20-cv-07889-VC

## ORDER

Considering the foregoing *Ex Parte* Motion to Withdraw as Co-Counsel of Record;

**IT IS HEREBY ORDERED** that the Motion is granted, and that Crull, Castaing & Lilly, Edward J. Castaing, Jr. and Peter E. Castaing, be withdrawn as co-counsel for plaintiffs, Henry and Tanya Steele.

**THUS SIGNED** this ___ day of _____, 2024.

_____
J U D G E