NACHAWATI LAW GROUP
Erin M. Wood *(pro hac vice)*
5489 Blair Road
Dallas, Texas 75231
Tel: (214) 890-0711
ewood@ntrial.com

*Attorney for Plaintiff Renilda Castro*

SHOOK HARDY & BACON L.L.P.
Anthony Martinez
2555 Grand Boulevard
Kansas City, MO 64108
Tel: (816) 559-2683
amartinez@shb.com

*Attorney for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *Renilda Castro, on behalf of the estate of Fernando Castro, deceased v. Monsanto Co.* Case No. 3:19-cv-03887 | Case No. 3:16-MB-02741-VC **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii). Plaintiff Renilda Castro, on behalf of the Estate of Fernando Castro, deceased ("Renilda Castro"), and Defendant Monsanto Company hereby give notice that all claims of Plaintiff Renilda Castro, be dismissed without prejudice. As a term of this stipulation, if Plaintiff wishes to re-file this case, it must be re-filed in the MDL action, and not in any other jurisdiction. Counsel for Plaintiff and Defendant Monsanto Company

have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled Plaintiff.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Renilda Castro and Defendant Monsanto Company that the claims of Plaintiff Renilda Castro in the above captioned Complaint are hereby dismissed without prejudice, each party to bear his own costs.

Dated: January 23, 2024

/s/ Erin M. Wood
Erin M. Wood *(pro hac vice)*
NACHAWATI LAW GROUP
5489 Blair Road
Dallas, Texas 75231
Tel: (214) 890-0711
Email: ewood@ntrial.com
*Attorney for Plaintiff*

/s/ Anthony R. Martinez
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001
*Attorney for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2024, a true and correct copy of the Joint Stipulation of Dismissal without Prejudice was served on all counsel of record via email.

By: /s/ Erin M. Wood
Erin M. Wood