**CHAPPELL, CHAPPELL & NEWMAN**
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
Post Office Box 61170
Columbia, South Carolina 29260
Tel:   (803) 233-7050
Fax:  (803) 233-5070

*Attorneys for Plaintiff*
*DONNA MILLER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to:<br><br>*Eric Miller, et al. v. Monsanto Co.*,<br>Case No. 3:19-cv-07399-VC | **MOTION TO SUBSTITUTE PARTIES AND TO AMEND COMPLAINT** |

Pursuant to Fed. R. Civ. P. 25(a) and Fed. R. Civ. P. 15(a), Plaintiff Donna Miller, by and through her undersigned attorneys, moves to substitute herself as the real party in interest for Plaintiff Eric Miller who has died during the pendency of this case. Plaintiff Donna Miller is the widow of Eric Miller and the lawfully-appointed executor of the Estate of Eric Miller. Plaintiff's proposed amended complaint, attached hereto as **Exhibit A**, seeks to amend the allegations of the complaint to include facts pertaining to Eric Miller's death and legal claims relating to Eric Miller's death.

Plaintiff has consulted with Defendant Monsanto and the Defendant consents to both the substitution of parties and the proposed amendment to the complaint.

1

|   |   |
|---|---|
| 1 |   |
| 2 | s/ Graham L. Newman |
|   | Graham L. Newman |
| 3 | CHAPPELL, CHAPPELL & NEWMAN |
|   | Post Office Box 61170 |
| 4 | Columbia, South Carolina 29260 |
|   | (803) 233-7050 |
| 5 | (803) 233-5070 (facsimile) |
|   | graham@chappell.law |

ATTORNEYS FOR THE PLAINTIFF