1   **GOMEZ TRIAL ATTORNEYS**
    John H. Gomez (SBN 171485)
2   *john@getgomez.com*
    Cristina Murillo (SBN 345769)
3   *cristina@getgomez.com*
    755 Front Street
4   San Diego, California 92101
    Telephone: (619) 237-3490
5   Facsimile: (619) 237-3496

6
    Attorneys for Plaintiff
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  IN RE: Roundup Products Liability    )
    Litigation                           )   MDL No. 2741
12                                       )
    This Document Relates to:            )   Case No.: 3:16-md-02741-VC
13                                       )
                                         )   Honorable Vince Chhabria
14                                       )
    *Greenwood v. Monsanto Co., et al*   )   **PLAINTIFF'S UNOPPOSED MOTION TO**
15  Case No.: 3:22-cv-04830-VC           )   **MOVE CASE TO WAVE VIII**
                                         )
16                                       )

17         Plaintiff, Elizabeth Greenwood, by and through her undersigned counsel and without

18  opposition from Defendant, Monsanto Company, respectfully requests the Court move her case from

19  Wave VII-F to Wave VIII-F.

20      1. The case of Elizabeth Greenwood is currently part of Wave Order VII-F.

21      2. Mindful of the deadlines pertaining to Wave VII-F, the parties have diligently pursued

22         discovery in this matter. However, the parties have recently learned of Plaintiff's death.

23      3. On November 25th, 2023, Plaintiff passed away.[1]

24      4. Counsel for Plaintiff, Elizabeth Greenwood, met and conferred with counsel for Defendant,

25         Monsanto Company. The parties believe the best course of action is to move this case to

26         Wave VIII-F.

27

28
    _____
    [1] Plaintiff's counsel filed a suggestion of death and substitution of Plaintiff on January 22, 2024.

                                        -1-

1    5.   Plaintif's case has not been previously moved to a later wave.

2        Therefore, counsel for Plaintiff, Elizabeth Greenwood, without opposition from Defendant,

3    Monsanto Company, respectfully requests the Court move her case from Wave VII-F to Wave VIII-F.

4

5    Dated: January 23, 2024                    Respectfully submitted,

6

7                                               By: _/s/ Cristina Murillo_____

8                                               John H. Gomez, Esq.
                                                Cristina Murillo, Esq.

9                                               **GOMEZ TRIAL ATTORNEYS**
                                                **Attorneys for Plaintiff**

10                                              john@getgomez.com
                                                cristina@getgomez.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII

1

**CERTIFICATE OF SERVICE**

2

3       I hereby certify that on January 23, 2024, a true and correct copy of the foregoing was

4   electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to

5   all counsel of record.

6

7
                                                    */s/ Cristina Murillo*
8                                                   Cristina Murillo, Esq.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII