# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This Document Relates to: | Master Docket Case No.: 3:16-md-02741-VC |
| *Greenwood v. Monsanto Co., et al* Docket No.: 3:22-cv-04830-VC | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII** |

Plaintiff's motion to move the above-listed matter from Wave VII-F to Wave VIII-F is granted.

**IT IS SO ORDERED.**

Dated: January __, 2024

_____
United States District Judge Vince Chhabria

-1-