UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Emory Moreland, Jr. v Monsanto Company* <br> Case No. 3:20-cv-03069-VC | |

## CONSENT MOTION TO MOVE CASE TO WAVE 8A

The above-captioned Plaintiff – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave 7C to Wave 8A.

1. Emory Moreland, Jr. is currently situated in Wave 7C.

2. Plaintiff has diligently pursued discovery in this matter. Plaintiff has produced responsive documents, Plaintiff Fact Sheets, provided medical records, and executed authorizations for updated records.

3. Plaintiff was scheduled to be deposed on Wednesday, January 24, 2024. His spouse was scheduled to be deposed on Thursday, January 25, 2024. However, on January 23, 2024, Mr. Moreland had an unexpected health emergency necessitating the postponement of both his and his wife's depositions.

4. Plaintiff's expert disclosures and reports are currently due on February 28, 2024.

5. Given this unexpected emergency, and the fact that the ongoing discovery has been put on hold due to Mr. Moreland's health, Plaintiff and Plaintiff's experts will be prejudiced if required to stay in Wave 7C.

6. As a result of these developments, Plaintiff requests to move his case to Wave 8A.

7. This is the first time that Plaintiff is requesting to be moved to a later wave.

8. After consulting with one another regarding these challenges, Plaintiff's Counsel and Defendant's Counsel believe transferring the case to Wave 8A would be in the best interests of justice and allow the parties to complete discovery without causing undue delay.

THEREFORE, the above-captioned Plaintiff, without opposition from Defendant Monsanto Company, respectfully requests the Court to move his case from Wave 7C to Wave 8A.

Dated: January 24, 2024                     Respectfully submitted,

By:   */s/ Robin L. Greenwald*
      Robin L. Greenwald (*Pro Hac Vice*)
      **WEITZ & LUXENBERG, P.C.**
      700 Broadway, Fifth Floor
      New York, NY 10003
      Telephone: 212-558-5802
      Facsimile: (212) 344-5461
      rgreenwald@weitzlux.com

      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that on the 24th day of January 2024, a copy of the foregoing **CONSENT MOTION TO MOVE CASE TO WAVE 8A** has been filed through the Court's CM/ECF case management system, which will serve a notice of electronic filing to all counsel of record.

 */s/ Robin Greenwald*