UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Emory Moreland, Jr. v Monsanto Company*<br>Case No. 3:20-cv-03069-VC | |

# ORDER

Having reviewed the unopposed consent motion seeking to transfer the above-captioned case to Wave 8A, the Court grants the requested relief and transfers this case to Wave 8A.

IT IS SO ORDERED.

This _____ day of _____, 2024.

_____
VINCENT CHHABRIA
United States District Court Judge