Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Sami Khal v. Monsanto Co.,*<br>Case No. 3:20-cv-09292-VC | CASE NO.: 3:16-md-02741-VC<br><br>**PLAINTIFF SAMI KHAL'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE** |
|---|---|

**PLAINTIFF SAMI KHAL'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE, SUB-WAVE, OR OTHER RELIEF THE COURT DEEMS JUST AND PROPER**

Plaintiff Sami Khal ("Plaintiff") hereby respectfully requests the Court to move his case to another Wave, sub-Wave, or otherwise permits the current deadlines for his case to be extended.

1. Plaintiff is currently in Wave 7B. Per the Court's August 30, 2023, order, Plaintiff's immediately relevant deadlines under this Wave are February 2, 2024 (close of fact discovery), February 5, 2024 (Plaintiff's expert reports due), and April 5, 2024 (close of expert discovery).

2. Plaintiff and defendant Monsanto Co. ("Defendant") have diligently sought discovery in this case. Plaintiff completed the Plaintiff Fact Sheet, produced thousands of pages of documents, provided all requested authorizations, and him and his wife's depositions were taken on April 19, 2023.

3. On or about January 11, 2024, Plaintiff's counsel was informed that the settlement offer, pursuant to the Roundup Independent Settlement Program administered by Ken Feinberg's office, was reinstituted to Plaintiff.

4. On or about January 15, 2024, Plaintiff's counsel was able to speak to Plaintiff about the renewed offer. Based upon that call, Plaintiff's counsel had a good faith belief that Plaintiff would accept the settlement, but Plaintiff expressed that he wanted to think about it.

5. On or about January 19, 2024, Plaintiff's counsel spoke with Plaintiff who stated that he was not going to accept that settlement offer. Plaintiff's counsel expressed to Plaintiff that he is going to need to find – *immediately* – other counsel to pursue his case.

6. On or about January 23, 2024, Plaintiff's counsel emailed Defendant's counsel about moving Plaintiff's case to another wave or sub-wave given the issue of him obtaining new counsel. Defendant's counsel stated that they would not object to moving Plaintiff's case to another Wave or sub-Wave.

///
///
///
///
///

**PLAINTIFF'S MOTION TO MOVE TO ANOTHER WAVE**

7. Plaintiff requests the Court to move his case to Wave 8 as this would provide more time for Plaintiff to obtain substitute counsel. Should Wave 8 be deemed unsuitable for some reason, Plaintiff requests to be moved to a sub-Wave, another Wave (e.g., Wave 9), or other relief as the Court deems just and proper.

Dated:  January 24, 2024

**BISNAR | CHASE LLP**

By: */s/ Michael K. Teiman*
Brian D. Chase
Michael K. Teiman
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**
*Sami Khal v. Monsanto Company*
**UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
Case No. 3:20-cv-09292-VC | MDL Case No. 3:16-md-02741-VC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1301 Dove Street, Suite 120, Newport Beach, CA 92660. On **January 24, 2024**, I served true copies of the following document(s) described as:

- **PLAINTIFF SAMI KHAL'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE**
- **DECLARATION OF MICHAEL K. TEIMAN IN SUPPORT OF PLAINTIFF SAMI KHAL'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE OR SUB-WAVE**
- **ORDER GRANTING PLAINTIFF SAMI KHAL'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE**

on the interested parties in this action as follows:

***SEE ATTACHED SERVICE LIST***

(X) **VIA CM/ECF ELECTRONIC FILING SYSTEM**: I transmitted via the Internet a true copy(s) of the above-entitled documents(s) to the CM/ECF system of the United States District Court for the Central District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 24, 2024**, at Newport Beach, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Anthony Scotto*
　　　　　　　　　　　　　　　　　　　　　　　ANTHONY SCOTTO

**CERTIFICATE OF SERVICE**