Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NO.:  3:16-md-02741-VC |
| This document relates to: | **DECLARATION OF MICHAEL K. TEIMAN IN SUPPORT OF PLAINTIFF SAMI KHAL'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE OR SUB-WAVE** |
| *Sami Khal v. Monsanto Co.,* Case No. 3:20-cv-09292-VC | |

## DECLARATION OF MICHAEL K. TEIMAN

I, Michael K. Teiman, declare the following:

1.      I am an attorney at law duly licensed to practice before all courts of the State of California.  I am an attorney at BISNAR | CHASE LLP, attorneys of record for the Plaintiff Sami Khal ("Plaintiff") herein.  If called upon as a witness, I can and will competently testify to the following from my own personal knowledge.

**DECLARATION ON MICHAEL K. TEIMAN**

2.      Plaintiff's case is currently in Wave 7B in this Court.

3.      My office and defendant Monsanto Co. ("Defendant") have diligently sought discovery in this case.  Plaintiff completed the Plaintiff Fact Sheet, produced thousands of pages of documents, provided all needed authorizations, and him and his wife's depositions were taken on April 19, 2023.

4.      On or about January 11, 2024, I received an email from a representative from the Law Offices of Kenneth Feinberg stating that the previous settlement offer to Plaintiff was back on the table to be accepted.

5.      On or about January 15, 2024, I spoke with Plaintiff about the renewed settlement offer.  Based upon that call, I believed that Plaintiff would accept the settlement, but Plaintiff expressed that he wanted to think about it.

6.      On or about January 19, 2024, I spoke with Plaintiff who stated that he was not going to accept that settlement offer.  I told Plaintiff that he is going to need to find – *immediately* – other counsel to pursue his case.

7.      On or about January 23, 2024, I emailed Defendant's counsel about moving Plaintiff's case to another Wave or sub-Wave given the issue of him obtaining new counsel.  Defendant's counsel stated that they would not object to moving Plaintiff's case to another Wave or sub-Wave.  A true and correct copy of my email correspondence with Defendant's counsel is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 24, 2024, in Newport Beach, CA.

*/s/ Michael K. Teiman*
Declarant

---

2
**DECLARATION ON MICHAEL K. TEIMAN**

EXHIBIT 1

## Michael Teiman

| | |
|---|---|
| **From:** | Martinez, Anthony (SHB) <AMARTINEZ@shb.com> |
| **Sent:** | Tuesday, January 23, 2024 4:47 PM |
| **To:** | Michael Teiman |
| **Cc:** | Anthony Scotto; Daniels, Erika E. (SHB); Cady, Tina (SHB) |
| **Subject:** | RE: Sami Khal v. Monsanto Co.: Deposition of Dr. Tanya Siddiqi - 1/16/2024 - Request for Zoom Info |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Use caution when receiving email from external sources and any email mentioning a password change, reset, banking, ACH, wires, etc. If you are in doubt please contact Infinite Cloud Systems for support.

Yes, that is fine.

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com



---

**From:** Michael Teiman <mteiman@bisnarchase.com>
**Sent:** Tuesday, January 23, 2024 6:00 PM
**To:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Cc:** Anthony Scotto <ascotto@bisnarchase.com>; Daniels, Erika E. (SHB) <EDANIELS@shb.com>; Cady, Tina (SHB) <TCADY@shb.com>
**Subject:** RE: Sami Khal v. Monsanto Co.: Deposition of Dr. Tanya Siddiqi - 1/16/2024 - Request for Zoom Info

**EXTERNAL**



Hi Anthony –

The client flipped on me a little.  It seemed like he intended on taking the offer, but now he is pretty firm on not taking it.

He is looking for substitute counsel.  Any chance you can agree to move him to another sub-wave or wave 8?

Please advise, thanks.