Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Sami Khal v. Monsanto Co.,*<br>Case No. 3:20-cv-09292-VC | CASE NO.: 3:16-md-02741-VC<br><br>**ORDER GRANTING PLAINTIFF SAMI KHAL'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE** |
|---|---|

**ORDER GRANTING PLAINTIFF SAMI KHAL'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE**

Plaintiff Sami Khal motion to move his case from Wave 7B to Wave 8 is GRANTED.

**IT IS SO ORDERED**.

Dated this ___ day of January 2024.

_____
JUDGE VINCE CHHABRIA

1

**ORDER GRANTING PLAINTIFF'S REQUEST TO MOVE WAVE**