UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) <br> LIABILITY LITIGATION, ) <br> ) <br> ) <br> *This document relates to:* ) <br> ) <br> BETHANY ANNE BUTLER ) <br> AND JONATHAN SIMS, Plaintiffs, ) <br> v. MONSANTO COMPANY, INC., ) <br> Defendant, ) <br> ) <br> Case No. 3:19-cv-07529-VC ) | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court by agreement of the parties. Plaintiffs Bethany Anne Butler and Jonathan Sims appear by and through their attorney of record, Terence R. Coates of Markovits, Stock & De Marco, LLC. Defendant Monsanto Company appears by and through its counsel of record, Anthony R. Martinez and Timothy E. Congrove of Shook, Hardy & Bacon L.L.P.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned matter be dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| By   /s/ *Terence R. Coates* <br>     Terence R. Coates (0085579) <br>     Justin C. Walker (0080001) <br>     Wilbert B. Markovits (0018514) <br>     Zachary C. Schaengold (0090953) <br>     MARKOVITS, STOCK & DEMARCO, LLC <br>     119 East Court Street, Suite 530 <br>     Cincinnati, Ohio  45202 <br>     Telephone:  513-651-3700 <br>     Facsimile: 513-665-0219 <br>     *tcoates@msdlegal.com* <br>     *jwalker@msdlegal.com* <br>     *bmarkovits@msdlegal.com* <br>     *zschaengold@msdlegal.com* <br><br>     *ATTORNEYS FOR PLAINTIFFS* | By   /s/ *Anthony R. Martinez* <br>     Anthony R. Martinez <br>     Timothy E. Congrove <br>     SHOOK, HARDY & BACON L.L.P. <br>     2555 Grand Blvd. <br>     Kansas City, MO  64108 <br>     Telephone:  816-474-6550 <br>     Facsimile:  816-421-5547 <br>     *tcongrove@shb.com* <br>     *amartinez@shb.com* <br><br>     *ATTORNEYS FOR DEFENDANT* |

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was served by filing it with the Court's ECF system in accordance with Fed. R. Civ. P. 5(b)(2)(E) on the 25th day of January, 2024.

By   /s/ *Terence R. Coates*

2