UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2741 |
| | | Case No. 3:16-md-02741-VC |
| This document relates to: | * * | |
| *Nadezhda Gautier and Thomas M. Gautier v. Monsanto Co. and Bayer Co.* Case No. 3:22-cv-00101-VC | * * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE 8

Plaintiffs, Nadezhda Gautier and Thomas M. Gautier, respectfully request the Court move this case from Wave 7 to Wave 8:

1. Plaintiffs' case is currently part of Wave 7.

2. The deadlines posed by Wave 7 presents challenges to Plaintiffs to present required expert reports.

3. Plaintiffs believe the best, most prudent course of action would be to move this case to a later Wave. Counsel for Monsanto has informed us that it does not oppose this request.

Therefore, Plaintiffs, Nadezhda Gautier and Thomas M. Gautier, respectfully request the Court move this case from Wave 7 to Wave 8.

Respectfully submitted:

/s/ *John M. Robin*

_____
JOHN M. ROBIN (LSBA #11341)
ZACHARY D. RHODES, LSBA #38063
CATHERINE M. ROBIN (LSBA #37398)
600 Covington Center
Covington, Louisiana 70433
Telephone: (985) 893-0370
Fax: (985) 893-2511
johnmrobin@johnmrobinlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 26th day of January, 2024.

/s/ *John M. Robin*