UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2741 |
| | | Case No. 3:16-md-02741-VC |
| This document relates to: | * * | |
| *Nadezhda Gautier and Thomas M. Gautier v. Monsanto Co. and Bayer Co.* Case No. 3:22-cv-00101-VC | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Plaintiffs' unopposed Motion to move this case from Wave 7 to Wave 8 is GRANTED.

IT IS SO ORDERED.

DATED: January _____, 2024.

_____
VINCE CHHABRIA
United States District Judge