UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **JOINT STIPULATION REGARDING REMAND OF *PLAZAK* LAWSUIT** |
| *Laura Plazak, Independent Administrator of the Estate of Susan Spirato, Deceased v. Monsanto Company*<br>Case No. 3:21-cv-04927-VC | |

**WHEREAS** Defendant Monsanto Company ("Monsanto") removed this lawsuit from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois on May 10, 2021.

**WHEREAS** this lawsuit was then transferred to this Court via a Conditional Transfer Order ("CTO") from the MDL Panel on June 25, 2021;

**WHEREAS** the parties have resolved this lawsuit by settlement and have agreed, as of January 5, 2024, that this lawsuit should be remanded to state court for the sole purpose of effectuating the settlement, with the parties bearing their own attorney's fees and costs;

**WHEREAS** the parties agree that this matter is fully resolved, that no litigation activities other than those necessary for the effectuation of the settlement will occur in state court, and that the case will be dismissed as soon as the settlement is effectuated, if not before. In the unlikely event the settlement cannot be effectuated, the parties agree that the case will be transferred back to the MDL without objection from Plaintiff;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the Court should enter the accompanying proposed order to remand this lawsuit to the Circuit Court of Cook County, Illinois.

1   DATED: January 29, 2024

2

3                                          By: */s/ Kenneth T. Lumb*

4                                              Kenneth T. Lumb
                                               **Corboy & Demetrio, P.C.**
5                                              33 North Dearborn Street, 21st Floor
                                               Chicago, IL 60602
6                                              Telephone: (312) 346-3191
                                               ktl@corboydemetrio.com

7                                              *Attorney for Plaintiff*

8

9                                          By: */s/ Anthony R. Martinez*

10                                             Anthony R. Martinez
                                               **SHOOK, HARDY & BACON L.L.P.**
11                                             2555 Grand Blvd.
                                               Kansas City, MO 64108
12                                             Telephone: (816) 474-6550
                                               Fax: (816) 421-5547
13                                             amartinez@shb.com

14                                             *Attorney for Defendant*

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          - 2 -

**ATTESTATION**

Pursuant to Local Rule 5-1, I, Anthony R. Martinez, attest that all signatories listed, and on whose behalf this filing is submitted, concur in and have authorized the filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON, LLP

*Attorney for Defendant*

- 3 -
JOINT STIPULATION REGARDING REMAND OF *PLAZAK* LAWSUIT
Case No. 3:16-md-02741-VC & 3:21-CV-04927-VC