UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **JOINT STIPULATION REGARDING REMAND OF *SUNDARARAJ* LAWSUIT** |
| *Suj Sundararaj, M.D. v. Monsanto Company* Case No. 3:21-cv-00239-VC | |

**WHEREAS** Defendant Monsanto Company ("Monsanto") removed this lawsuit from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois on December 23, 2020.

**WHEREAS** this lawsuit was then transferred to this Court via a Conditional Transfer Order ("CTO") from the MDL Panel on January 7, 2021;

**WHEREAS** the parties have resolved this lawsuit by settlement and have agreed, as of January 5, 2024, that this lawsuit should be remanded to state court for the sole purpose of adjudicating and enforcing liens, with the parties bearing their own attorney's fees and costs;

**WHEREAS** the parties agree that this matter is fully resolved, that no litigation activities other than those necessary for the adjudication and enforcement of liens will occur in state court, and that the case will be dismissed as soon as the liens are resolved, if not before. In the unlikely event that any additional litigation activity is necessary, the parties agree that the case will be transferred back to the MDL without objection from Plaintiff;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that the Court should enter the accompanying proposed order to remand this lawsuit to the Circuit Court of Cook County, Illinois.

DATED: January 29, 2024

By: */s/ Kenneth T. Lumb*
    Kenneth T. Lumb
    **Corboy & Demetrio, P.C.**
    33 North Dearborn Street, 21st Floor
    Chicago, IL 60602
    Telephone: (312) 346-3191
    ktl@corboydemetrio.com

    *Attorney for Plaintiff*


By: */s/ Anthony R. Martinez*
    Anthony R. Martinez
    **SHOOK, HARDY & BACON L.L.P.**
    2555 Grand Blvd.
    Kansas City, MO 64108
    Telephone: (816) 474-6550
    Fax: (816) 421-5547
    amartinez@shb.com

    *Attorney for Defendant*

**ATTESTATION**

Pursuant to Local Rule 5-1, I, Anthony R. Martinez, attest that all signatories listed, and on whose behalf this filing is submitted, concur in and have authorized the filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON, LLP

*Attorney for Defendant*