1

2

3

4

5

Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

6

7

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| **This Document Relates to:** | Case No.: 3:16-md-02741-VC |
| *Neal Allen Hayden and Robin D. Hayden v. Monsanto Company,*<br>3:19-cv-05600-VC | Honorable Vince Chhabria<br><br>STIPULATED MOTION TO MOVE CERTAIN PLAINTIFFS TO LATER WAVES |
| *The Estate of Caryl Ann Haase and Clyde Edward Haase v. Monsanto Company,*<br>3:19-cv-05957-VC | |
| *Carol Ann Huntley*<br>3:19-cv-06407-VC | |
| *Kenneth Noel Eilmes, Jr. and Kelleen Patrice Eilmes v. Monsanto Company,*<br>3:19-cv-05345-VC | |
| *Peter Anthony Mazzeo v. Monsanto Company,*<br>3:19-cv-02315-VC | |
| *Lance Dylan Mercer v. Monsanto Company,*<br>3:19-cv-06403-VC | |
| *Joan Elizabeth Toyer and Ronald Victor Toyer v. Monsanto Company,*<br>3:19-cv-06405-VC | |

26

27

STIPULATED MOTION TO MOVE CERTAIN
PLAINTIFFS TO LATER WAVES
PAGE 1

1

2    *Patrick Leonard Tierney v. Monsanto*
     *Company,*
3    3:19-cv-01937-VC

4    *Margaret Rae Piesik and the Estate of Gary*
     *Herbert Piesik v. Monsanto Company,* 3:19-cv-
5    05660-VC

6
     *The Estate of Verna Pearson v. Monsanto*
7    *Company,*
     3:19-cv-07525-VC
8

9    *Frances Storlie and the Estate of John Storlie*
     *v. Monsanto Company,*
10   3:19-cv-03785-VC

11   *Thomas Lake Sanders and Nicole M. Sanders*
     *v. Monsanto Company,*
12   3:19-cv-07401-VC

13
     *Kenneth J. Parsons v. Monsanto Company,*
14   3:19-cv-02577-VC

15   *Barbara Zellers Culler v. Monsanto Company,*
     3:19-cv-06401-VC
16

17   *Maynard Russell Axelson and the Estate of*
     *Kathleen Ann Axelson v. Monsanto Company,*
18   3:19-cv-06400-VC

19   *Laurent Delsuc and Carol Leann Delsuc v.*
     *Monsanto Company,*
20   3:19-cv-02079-VC

21   *John Edward Coe and Heather Nicole Coe v.*
22   *Monsanto Company,*
     3:22-cv-01949-VC
23

24   *Thomas Jay Benzel and Tracy Ann Benzel v.*
     *Monsanto Company,*
25   3:19-cv-03462-VC

26

27   STIPULATED MOTION TO MOVE CERTAIN
     PLAINTIFFS TO LATER WAVES
     PAGE 2

1

2

3

4

5

The Parties, Plaintiffs listed below along with Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court move Plaintiffs' cases from their current Waves (7D, 7E, 7F, and 7G) to Waves 7G, 8A, 8B, and 8C, as follows:

| Case Name | Case No. | Current Wave | Proposed New Wave |
|---|---|---|---|
| Neal Allen Hayden and Robin D. Hayden | 3:19-cv-05600-VC | 7D | 7G |
| The Estate of Caryl Ann Haase and Clyde Edward Haase | 3:19-cv-05957-VC | 7D | 7G |
| Carol Ann Huntley | 3:19-cv-06407-VC | 7D | 7G |
| Kenneth Noel Eilmes, Jr. and Kelleen Patrice Eilmes | 3:19-cv-05345-VC | 7D | 7G |
| Peter Anthony Mazzeo | 3:19-cv-02315-VC | 7E | 8A |
| Lance Dylan Mercer | 3:19-cv-06403-VC | 7E | 8A |
| Joan Elizabeth Toyer and Ronald Victor Toyer | 3:19-cv-06405-VC | 7F | 8A |
| Patrick Leonard Tierney | 3:19-cv-01937-VC | 7F | 8A |
| Margaret Rae Piesik and the Estate of Gary Herbert Piesik | 3:19-cv-05660-VC | 7F | 8A |
| The Estate of Verna Pearson | 3:19-cv-07525-VC | 7F | 8B |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION TO MOVE CERTAIN
PLAINTIFFS TO LATER WAVES
PAGE 3

**Corrie Yackulic Law Firm PLLC**
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

| | | | |
|---|---|---|---|
| Frances Storlie and the Estate of John Storlie | 3:19-cv-03785-VC | 7F | 8B |
| Thomas Lake Sanders and Nicole M. Sanders | 3:19-cv-07401-VC | 7F | 8B |
| Kenneth J. Parsons | 3:19-cv-02577-VC | 7F | 8B |
| Barbara Zellers Culler | 3:19-cv-06401-VC | 7G | 8C |
| Maynard Russell Axelson and the Estate of Kathleen Ann Axelson | 3:19-cv-06400-VC | 7G | 8C |
| Laurent Delsuc and Carol Leann Delsuc | 3:19-cv-02079-VC | 7G | 8C |
| John Edward Coe and Heather Nicole Coe | 3:22-cv-01949-VC | 7G | 8C |
| Thomas Jay Benzel and Tracy Ann Benzel | 3:19-cv-03462-VC | 7G | 8C |

All the above Plaintiffs' claims were originally filed in Washington State, where their attorney practices. Mindful of the deadlines pertaining to these cases, the parties have diligently pursued discovery in these matters. For many months they have been working collaboratively to obtain all Plaintiffs' complete medical, employment, and other records. Counsel have worked to schedule all 25 Plaintiff depositions in the first two months of this year, with the last one scheduled for February 23--even while records continue to come in. That leaves little if any time for other

STIPULATED MOTION TO MOVE CERTAIN
PLAINTIFFS TO LATER WAVES
PAGE 4

**Corrie Yackulic Law Firm PLLC**
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

1  fact witness depositions before the current deadlines, or for specific causation expert witnesses to

2  prepare their reports.

3
4          Counsel for these Plaintiffs have conferred with counsel for Monsanto Company. The

5  parties believe the best and most reasonable course of action is to move these cases to later Waves,

6  as proposed in the chart above. **This is the first and only request to move these cases from their**

7  **originally assigned Waves.**

8          Accordingly, the Parties stipulate and respectfully request that the Court reassign these

9  cases to later Waves, as described above and in the proposed Order.

10

11  DATED this ___ day of January, 2024.          CORRIE YACKULIC LAW FIRM, PLLC

12

13                                                 */s/ Corrie J. Yackulic*
                                                   CORRIE J. YACKULIC, WSBA # 16063
14                                                 110 Prefontaine Place South, Suite 304
                                                   Seattle, WA 98104
15                                                 Tel. 206-787-1915
                                                   Fax. 206-299-9725
16

17                                                 *Attorney for Plaintiffs*

18

19                                                 SHOOK HARDY & BACON

20
                                                    */s/ Anthony Martinez*
21                                                 Anthony Martinez
                                                   2555 Grand Blvd.
22                                                 Kansas City, MO 64108
                                                   amartinez@shb.com
23                                                 Tel. 816-559-2683

24                                                 *Attorney for Defendant*

25

26

27  STIPULATED MOTION TO MOVE CERTAIN                    **Corrie Yackulic Law Firm PLLC**
    PLAINTIFFS TO LATER WAVES                       110 PREFONTAINE PLACE SOUTH, SUITE 304
    PAGE 5                                               SEATTLE, WASHINGTON 98104
                                                          TEL. 206.787.1915
                                                          FAX. 206.299.9725