1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| **This Document Relates to:** | Case No.: 3:16-md-02741-VC |
| *Neal Allen Hayden and Robin D. Hayden v. Monsanto Company,* 3:19-cv-05600-VC | Honorable Vince Chhabria |
| *The Estate of Caryl Ann Haase and Clyde Edward Haase v. Monsanto Company,* 3:19-cv-05957-VC | [PROPOSED] ORDER GRANTING STIPULATED MOTION TO MOVE CERTAIN PLAINTIFFS TO LATER WAVES |
| *Carol Ann Huntley* 3:19-cv-06407-VC | |
| *Kenneth Noel Eilmes, Jr. and Kelleen Patrice Eilmes v. Monsanto Company,* 3:19-cv-05345-VC | |
| *Peter Anthony Mazzeo v. Monsanto Company,* 3:19-cv-02315-VC | |
| *Lance Dylan Mercer v. Monsanto Company,* 3:19-cv-06403-VC | |
| *Joan Elizabeth Toyer and Ronald Victor Toyer v. Monsanto Company,* | |

ORDER GRANTING STIPULATED MOTION
TO MOVE CERTAIN PLAINTIFFS TO LATER
WAVES
PAGE 1

**Corrie Yackulic Law Firm PLLC**
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

3:19-cv-06405-VC

*Patrick Leonard Tierney v. Monsanto Company,*
3:19-cv-01937-VC

*Margaret Rae Piesik and the Estate of Gary Herbert Piesik v. Monsanto Company,* 3:19-cv-05660-VC

*The Estate of Verna Pearson v. Monsanto Company,*
3:19-cv-07525-VC

*Frances Storlie and the Estate of John Storlie v. Monsanto Company,*
3:19-cv-03785-VC

*Thomas Lake Sanders and Nicole M. Sanders v. Monsanto Company,*
3:19-cv-07401-VC

*Kenneth J. Parsons v. Monsanto Company,*
3:19-cv-02577-VC

*Barbara Zellers Culler v. Monsanto Company,*
3:19-cv-06401-VC

*Maynard Russell Axelson and the Estate of Kathleen Ann Axelson v. Monsanto Company,*
3:19-cv-06400-VC

*Laurent Delsuc and Carol Leann Delsuc v. Monsanto Company,*
3:19-cv-02079-VC

*John Edward Coe and Heather Nicole Coe v. Monsanto Company,*
3:22-cv-01949-VC

*Thomas Jay Benzel and Tracy Ann Benzel v. Monsanto Company,*

ORDER GRANTING STIPULATED MOTION
TO MOVE CERTAIN PLAINTIFFS TO LATER
WAVES
PAGE 2

**Corrie Yackulic Law Firm PLLC**
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

3:19-cv-03462-VC

The Court GRANTS the Parties' stipulated motion to move certain Plaintiffs' cases from their current Waves (7D, 7E, 7F, and 7G) to Waves 7G, 8A, 8B, and 8C, as follows:

| Case Name | Case No. | Current Wave | Transferred to Wave |
|---|---|---|---|
| Neal Allen Hayden and Robin D. Hayden | 3:19-cv-05600-VC | 7D | 7G |
| The Estate of Caryl Ann Haase and Clyde Edward Haase | 3:19-cv-05957-VC | 7D | 7G |
| Carol Ann Huntley | 3:19-cv-06407-VC | 7D | 7G |
| Kenneth Noel Eilmes, Jr. and Kelleen Patrice Eilmes | 3:19-cv-05345-VC | 7D | 7G |
| Peter Anthony Mazzeo | 3:19-cv-02315-VC | 7E | 8A |
| Lance Dylan Mercer | 3:19-cv-06403-VC | 7E | 8A |
| Joan Elizabeth Toyer and Ronald Victor Toyer | 3:19-cv-06405-VC | 7F | 8A |
| Patrick Leonard Tierney | 3:19-cv-01937-VC | 7F | 8A |
| Margaret Rae Piesik and the Estate of Gary Herbert Piesik | 3:19-cv-05660-VC | 7F | 8A |
| The Estate of Verna Pearson | 3:19-cv-07525-VC | 7F | 8B |

ORDER GRANTING STIPULATED MOTION
TO MOVE CERTAIN PLAINTIFFS TO LATER
WAVES
PAGE 3

| Frances Storlie and the Estate of John Storlie | 3:19-cv-03785-VC | 7F | 8B |
|---|---|---|---|
| Thomas Lake Sanders and Nicole M. Sanders | 3:19-cv-07401-VC | 7F | 8B |
| Kenneth J. Parsons | 3:19-cv-02577-VC | 7F | 8B |
| Barbara Zellers Culler | 3:19-cv-06401-VC | 7G | 8C |
| Maynard Russell Axelson and the Estate of Kathleen Ann Axelson | 3:19-cv-06400-VC | 7G | 8C |
| Laurent Delsuc and Carol Leann Delsuc | 3:19-cv-02079-VC | 7G | 8C |
| John Edward Coe and Heather Nicole Coe | 3:22-cv-01949-VC | 7G | 8C |
| Thomas Jay Benzel and Tracy Ann Benzel | 3:19-cv-03462-VC | 7G | 8C |

**IT IS SO ORDERED.**

Dated this ___ day of February, 2024.


_____
United States District Judge, Vince Chhabria

ORDER GRANTING STIPULATED MOTION
TO MOVE CERTAIN PLAINTIFFS TO LATER
WAVES
PAGE 4

**Corrie Yackulic Law Firm PLLC**
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725