UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Janene Cruikshank v. Monsanto Co.*, No. 3:21-cv-07122 | |

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII

Plaintiff Janene Cruikshank, Personal Representative, - without opposition from Defendant Monsanto Company - requests the Court move his case from Wave VII to Wave VIII:

1. Ms. Cruikshank's case is currently part of Wave VIID.

2. Mindful of the deadlines pertaining to Wave VIID cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition and inspection of his property have not yet been scheduled.

3. Additionally, the deadlines posed by Wave VIID presents challenges to Plaintiff to present required expert reports.

4. Plaintiff believes the best, most prudent course of action would be to move this case to a later Wave.

5. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VIII.

1148722

Therefore, Plaintiff Janene Cruikshank with the consent of Defendant Monsanto Company, respectfully requests the Court move her case from Wave VIID to Wave VIII.

Dated: January 29, 2024.

*Respectfully submitted,*
Janene Cruikshank, Personal Representative of Estate of Max W. Cruikshank II, Deceased, and Individually

By:   *David A. Domina*   11043NE
Domina Law Group pc llo
2425 South 144th St. Omaha NE 68144-3267
402 493 4100
ddomina@dominalaw.com

Plaintiffs' Lawyer

## Certificate of Service

I certify that on January 29, 2024, I Served the foregoing by filing with the Court using the CM/ECF system which sent notice to counsel of record when accepted and filed.

*David A. Domina*