UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Aaron A. von Rentzell and Jennifer von Rentzell v. Monsanto Co*. No. 3:22-cv-02494 | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII**

Plaintiffs Aaron A. von Rentzell and Jennifer von Rentzell - without opposition from Defendant Monsanto Company - request the Court move this case from Wave VII to Wave VIII:

1. The von Rentzell's case is currently part of Wave VIIG.

2. Mindful of the deadlines pertaining to Wave VIIG cases, the parties have diligently pursued discovery in this matter. Plaintiffs' depositions and inspection of their property have not yet been scheduled.

3. Additionally, the deadlines posed by Wave VIIG presents challenges to Plaintiffs to present required expert reports.

4. Plaintiffs believe the best, most prudent course of action would be to move this case to a later Wave.

5. In conferring with each other in this regard, Plaintiffs' counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VIII.

1148722

Therefore, Plaintiffs Aaron A. von Rentzell and Jennifer von Rentzell with the consent of Defendant Monsanto Company, respectfully request the Court move this case from Wave VIIG to Wave VIII.

Dated: January 29, 2024.

        Respectfully submitted,
        Aaron A. von Rentzell and Jennifer von Rentzell.
        Plaintiffs,

        By:   *David A. Domina*   11043NE
        Domina Law Group pc llo
        2425 South 144th St. Omaha NE 68144-3267
        402 493 4100
        ddomina@dominalaw.com

        Plaintiffs' Lawyer

## Certificate of Service

I certify that on January 29, 2024, I Served the foregoing by filing with the Court using the CM/ECF system which sent notice to counsel of record when accepted and filed.

*David A. Domina*