Alexander M. Schack, Esq., Bar No. 99126
Natasha N. Serino, Esq., Bar No. 284711
Shannon F. Nocon, Esq., Bar No. 316523
SCHACK LAW GROUP
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Tel: (858) 485-6535 Fax: (858) 485-0608
alexschack@schacklawgroup.com
natashaserino@schacklawgroup.com
shannonnocon@schacklawgroup.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Fredda Glatt, individually and as Successor in Interest to the Estate of Aaron Leon Glatt, Andrew Glatt, and Lisa Glatt v. Monsanto Co., et al.*<br>Case No. 3:20-cv-04649-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>Hon. Vince Chhabria |

### UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

1. The above-captioned action is currently within Wave 7B.

2. Plaintiffs are currently in the process of settling this matter through the Roundup Settlement Program administered by Kenneth Feinberg and are awaiting final approval of releases and other settlement paperwork.

3. Given the soon-to-be final settlement of this matter, the parties met and conferred regarding moving this case to a later discovery wave to allow the parties time to finalize the settlement and file all necessary papers. Defendant's counsel agrees to this course of action and, therefore, does not oppose this motion.

4. Under the aforementioned circumstances, the parties believe transferring this case to Wave 7D would best serve the interests of justice.

5. Therefore, Plaintiffs, without opposition from Defendant, respectfully request that this Court move this case from Wave 7B to Wave 7D.

Date:  January 29, 2024                    Respectfully submitted,

           */s/ Shannon F. Nocon*
Shannon F. Nocon, Esq.
SCHACK LAW GROUP
16870 W. Bernardo Drive, #400
San Diego, CA 92128
(858) 485-6535  (858) 485-0608 fax
shannonnocon@schacklawgroup.com
*Attorneys for Plaintiffs*

- 2 -

UNOPPOSED MOTION TO MOVE CASE TO WAVE VII(D)

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 29, 2024, the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE VII(D) was filed via the Court's CM/ECF electronic case filing system which will send notice of such filing to all counsel of record who are registered users.

Date:  January 29, 2024                    */s/ Shannon F. Nocon*