UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741-VC |
| *Fredda Glatt, individually and as Successor in Interest to the Estate of Aaron Leon Glatt, Andrew Glatt, and Lisa Glatt v. Monsanto Co., et al.* <br> Case No. 3:20-cv-04649-VC | Hon. Vince Chhabria |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VII

Having reviewed the Unopposed Motion to Move Case to Wave 7D, the Court hereby GRANTS the requested relief and transfers this case to Wave 7D.

IT IS SO ORDERED.

Date: _____, 2024

_____
HON. VINCE CHHABRIA

UNITED STATES DISTRICT COURT