UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Jeffrey T. Jobman and Christy L. Jobman v. Monsanto Co*. No. 3:22-cv-00093 | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII**

Plaintiffs Jeffrey T. Jobman and Christy L. Jobman - without opposition from Defendant Monsanto Company - request the Court move their case from Wave VII to Wave VIII:

1. The Jobmans' case is currently part of Wave VIIE.

2. Mindful of the deadlines pertaining to Wave VIIE cases, the parties have diligently pursued discovery in this matter. Plaintiffs' depositions and inspection of their property have not yet been scheduled.

3. Additionally, the deadlines posed by Wave VIIE presents challenges to Plaintiffs to present required expert reports.

4. Plaintiffs believe the best, most prudent course of action would be to move this case to a later Wave.

5. In conferring with each other in this regard, Plaintiffs' counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VIII.

1148722

Therefore, Plaintiffs Jeffrey T. Jobman and Christy L. Jobman with the consent of Defendant Monsanto Company, respectfully request the Court move this case from Wave VIIE to Wave VIII.

Dated: January 29, 2024.

                                                Respectfully submitted,
Jeffrey T. Jobman and Christy L. Jobman.
Plaintiffs,

By:   *David A. Domina*   11043NE
Domina Law Group pc llo
2425 South 144th St. Omaha NE 68144-3267
402 493 4100
ddomina@dominalaw.com

Plaintiffs' Lawyer

## Certificate of Service

I certify that on January 29, 2024, I Served the foregoing by filing with the Court using the CM/ECF system which sent notice to counsel of record when accepted and filed.

*David A. Domina*