IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741 |
| THIS DOCUMENT RELATES TO: | |
| *Leslie Hutchison v. Monsanto Co.*,<br>Case No. 3:20-cv-03444-VC | VINCE CHHABRIA<br>U.S. DISTRICT JUDGE |

## JOINT STIPULATION

1.  Plaintiff filed the above captioned case in the Eastern District of Missouri, alleging his injuries occurred in the state of Texas.

2.  On May 16, 2023, this Court entered Order Granting Motions to Move Cases to Later Waves, which placed the above captioned case in Wave 7A of MDL No. 2741.

3.  On November 10, 2022, this Court issued an order stating that the parties in Wave 7 are to file a stipulation identifying the governing state law by February 1, 2024, if the applicable state law is undisputed.

4.  Undersigned counsel for Monsanto and counsel for Dr. Leslie Hutchison, agree and stipulate that the governing state law in the above captioned case is the law of Texas.

//


//


//

1

DATED: January 30, 2024

                                  Respectfully submitted,

                                  __/s/ Carl J. Lumley_____
Carl J. Lumley
Bar number 32869(MO)
Curtis, Heinz, Garrett, & O'Keefe P.C.
130 S Bemiston, Suite 200
St. Louis, MO 63105-1913
Tel: (314) 725-8788
CLumley@chgolaw.com

Joseph Gallo
Wendy Dickieson
Withers Bergman LLP
430 Park Avenue
New York, New York 10022
Tel: (212) 848-9800
Joseph.Gallo@withersworldwide.com
Wendy.Dickieson@withersworldwide.com

**COUNSEL FOR PLAINTIFF LESLIE HUTCHISON**

/s/ Anthony R. Martinez

Anthony R. Martinez
SHOOK HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
T: (816) 559-2683
F: (816) 421-5547
amartinez@shb.com

**COUNSEL FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I, Carl J. Lumley hereby certify that on January 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Carl J. Lumley*