LAW OFFICES OF DAVID A KAUFMAN, APC
David A. Kaufman (SBN 284488)
7752 Fay Ave Suite G
La Jolla, California 92037
Tel: (619) 865-8648
E-mail: attorney@lawofficesofdavidkaufman.com
Attorney for Plaintiff
ROBERT D. MCALLISTER,
individually and as successor in
interest to Esther McAllister

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741<br>Case No. 3:16-md-02741-VC<br>Individual Case No.: 3:22-cv-04302 |
| ROBERT D. MCALLISTER, individually and as successor in interest to ESTHER MCALLISTER,<br><br>Plaintiffs,<br>v.<br><br>MONSANTO COMPANY, a corporation; and DOES 1-30, inclusive,<br><br>Defendants. | **NOTICE OF SETTLEMENT AND REQUEST THAT THE COURT VACATE DATES AND PENDING LITIGATION DEADLINES**<br><br>District Judge: Hon. Vincent Chhabria |

Plaintiff, ROBERT D. MCALLISTER, individually and as successor in interest Esther McAllister (hereinafter "Plaintiffs") have reached a conditional settlement with Defendants MONSANTO COMPANY (hereinafter "Defendants") pursuant to participation in the Feinberg MDL NO. 2741 (N.D.Cal.) Roundup Independent Settlement Program. The Parties anticipate that the settlement agreement will be memorialized and executed within the next thirty (30) days. The Parties anticipate that a Joint Motion to Dismiss the Entire Action with Prejudice

will be filed by the Parties within one hundred eighty (180) days of this notice.

Accordingly, the Parties respectfully requests that the Court vacate any pending litigation dates and deadlines.

The Parties further request that the Court retain jurisdiction over the Parties to enforce the settlement until full performance of the settlement terms.

LAW OFFICES OF DAVID A KAUFMAN, APC

Dated: January 30, 2024   By: _____
David Kaufman
Attorney for Plaintiff
ROBERT D. MCALLISTER,
Individually and as successor in
interest to Esther McAllister