# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **ROBERT FORAL Sr.,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| **v.** | **NO: 3:16-md-02741**<br>**3:20-cv-03440** |
| **MONSANTO COMPANY,** | |
| **Defendant.** | **JURY TRIAL DEMANDED** |

TO: HONORABLE JUDGE VINCE CHHABRIA

### DECLARATION OF JASON C. WEBSTER

I, Jason C. Webster, have sent the order of this Court, per the Judge's instructions [Doc. 15 in 3:20-cv-03440-VC] to my former client, Robert S. Floral by priority overnight mail as well as by electronic mail to the last known address provided by the client.

Dated __1/30/2024_____

Jason C. Webster
Texas Bar No. 24033318
The Webster Law Firm
6200 Savoy Drive, Suite 150
Houston, TX 77036
713-581-3900 (telephone)
713-581-3907 (fax)

filing@thewebsterlawfirm.com