UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2741 |
| | | Case No. 16-md-02741-VC |
| This document relates to: | ) ) **)** **)** | **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** |
| Edwin Slominski v. Monsanto Co.et al. Case No. 3:17-cv-05481-VC | ) ) | |

    PLEASE TAKE NOTE that pursuant to the Court's Order (CM/ECF Doc No. 17234) Plaintiff, Edwin Slominski, has served Plaintiff's general causation and specific causation disclosures on counsel for Defendant Monsanto company. Service was made by sending expert reports and associated disclosures via electronic mail to Anthony R. Martinez at [AMARTINEZ@shb.com](AMARTINEZ@shb.com) and Joe Hollingsworth at [jhollingsworth@hollingsworthllp.com](jhollingsworth@hollingsworthllp.com).

    Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3. 4, 5, 6, 7 and 8 and reserves the right to call the author of any such report as an expert witness at trial.

    [signature block on following page]

Dated: January 30, 2024

        Repsectfully submitted,

        **DOMINGUEZ LAW FIRM**

        */s/Paul M. Dominguez*
        Paul M. Dominguez, Esq. (pro hac vice)
        2025 Rio Grande Blvd, N.W.
        Albuquerque, New Mexico 87104
        P.O. Box 10865
        Albuquerque, New Mexico 87184
        Tel: (505) 850-5854
        Fax: (505) 796-5107
        paul@dominguez.law

        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filling to register attorneys of record counsel of record.

        */s/Paul M. Dominguez*
        Paul M. Dominguez