## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Marvin J. Hochstein et al v. Monsanto Co*., No. 3:21-cv-00605 | |

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII

Plaintiff Marvin J. Hochstein - without opposition from Defendant Monsanto Company - requests the Court move his case from Wave VII to Wave VIII:

1.  Mr. Hochstein's case is currently part of Wave VIIB.

2.  Mindful of the deadlines pertaining to Wave VIIB cases, the parties have diligently pursued discovery in this matter.  Plaintiff's deposition and inspection of his property have not yet been scheduled.

3.  Additionally, the deadlines posed by Wave VIIB presents challenges to Plaintiff to present required expert reports.

4.  Plaintiff believes the best, most prudent course of action would be to move this case to a later Wave.

5.  In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VIII.

1148722

Therefore, Plaintiff J Marvin J. Hochstein with the consent of Defendant Monsanto

Company, respectfully requests the Court move his case from Wave VIIB to Wave VIII.

Dated: January 30, 2024.

> *Respectfully submitted,*
> Janene Cruikshank, Personal Representative of Estate
> of Max W. Cruikshank II, Deceased, and Individually
>
> By:  *David A. Domina*  11043NE
> Domina Law Group pc llo
> 2425 South 144th St. Omaha NE 68144-3267
> 402 493 4100
> ddomina@dominalaw.com
>
> Plaintiffs' Lawyer

## Certificate of Service

I certify that on January 30, 2024, I Served the foregoing by filing with the Court using the CM/ECF system which sent notice to counsel of record when accepted and filed.

> *David A. Domina*