UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ------------------------------------------- :<br>**IN RE: ROUNDUP PRODUCTS** :<br>**LIABILITY LITIGATION** :<br>------------------------------------------- :<br>:<br>**This document relates to:** :<br>:<br>*Plaintiff Michael Oehlmann* :<br>Case No.: 3:20-cv-03067-VC :<br>------------------------------------------- :<br>: | **Case No.: 3:16-md-02741-VC**<br>**MDL No. 2741**<br><br>**Judge Vince Chhabria**<br>**Magistrate Judge Alex G. Tse** |

### Unopposed Motion to Reactivate Case and Move Case to Wave 8C

Plaintiff Michael Oehlmann respectfully requests that the Court reactive his case and move it from Wave 7C to Wave 8C, for the following reasons:

1. Plaintiff Michael Oehlmann's case is currently included in Wave 7C. Undersigned counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave 8C.

2. This matter was moved to an inactive status on November 17, 2021 at the recommendation of Plaintiffs' MDL leadership to enable settlement consideration. Despite follow up, no opportunity to negotiate the matter was provided to Mr. Oehlmann, until the claim was recently reached for consideration by the Independent Settlement Program.

3. Considering its inactive status, plaintiff's counsel was surprised to see the matter assigned to Wave 7C for discovery. While plaintiff is eager to prosecute the matter if it cannot be resolved, Mr. Oehlmann wishes to attempt resolution

#14185100.1

          through the Independent Settlement Program. That claim is being prepared and will be submitted within the next week, together with the Plaintiff Fact Sheet and accompanying authorizations.

4. To enable the claim to go through the settlement process, and avoid the parties conducting potentially unnecessary discovery, Plaintiff Michael Oehlmann believes that the best, most practical course of action would be to move this case from Wave 7C to Wave 8C. Defendant has no opposition to this request.

5. This is Plaintiff's first request to move his case to a different wave.

Therefore, Plaintiff Michael Oehlmann respectfully requests that the Court restore his case to active status and move his case from Wave 7C to Wave 8C.

DATED: January 31, 2024

       /s/ Lynne M. Kizis
**Lynne M. Kizis**
New Jersey Bar No. 037831987
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, New Jersey 07095
Tele: (732) 855-6424
Fax:  (732) 726-6612
lkizis@wilentz.com

#14185100.1

## **CERTIFICATE OF SERVICE**

I, Lynne M. Kizis, hereby certify that on January 31, 2024 the foregoing was served electronically and notice of service of this document will be sent to all parties by the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

Dated:   January 31, 2024                                        /s/ Lynne M. Kizis
                                                                             Lynne M. Kizis

#14185100.1