**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

---------------------------------------------

**IN RE: ROUNDUP PRODUCTS**
**LIABILITY LITIGATION**

---------------------------------------------

**This document relates to:**

*Plaintiff Michael Oehlmann*
Case No.: 3:20-cv-03067-VC

---------------------------------------------

:
:
:
:
:
:
:
:
:
:
:
:
:
:

**Case No.: 3:16-md-02741-VC**
**MDL No. 2741**

**Judge Vince Chhabria**
**Magistrate Judge Alex G. Tse**

**[PROPOSED] ORDER GRANTING**
**MOTION TO RESTORE CASE TO**
**ACTIVE STATUS AND MOVE CASE TO**
**WAVE 8C**


    Plaintiff's unopposed motion to restore case to active status and move case from Wave

7C to Wave 8C is granted.


    SIGNED on this _____ day of _____, 2023

_____
VINCE CHHABRIA
United States District Court Judge