UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ------------------------------------------- <br> **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** <br> ------------------------------------------- <br><br> **This document relates to:** <br><br> *Plaintiff Bilha Carmiel* <br> Case No.: 3:22-cv-03389-VC <br> ------------------------------------------- | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **Case No.: 3:16-md-02741-VC** <br> **MDL No. 2741** <br><br> **Judge Vince Chhabria** <br> **Magistrate Judge Alex G. Tse** |

## Unopposed Motion to Move Case to Wave 8C

Plaintiff Bilha Carmiel respectfully requests that the Court move her case from Wave 7G to Wave 8C, for the following reasons:

1. Plaintiff Bilha Carmiel's case is currently included in Wave 7G. Undersigned counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave 8C.

2. This is Plaintiff's first request to move her case to a later wave.

3. This matter was recently reached for consideration in the court-ordered Independent Settlement Program. Though this process is incomplete at this time, there is a reasonable chance that this matter could resolve in the Independent Settlement Program and thus avoid unnecessary discovery being conducted by the parties.

#14185100.1

4. Plaintiff has provided a Plaintiff Fact Sheet and accompanying authorizations, but no additional discovery has been undertaken due to the discovery deadlines contained within Wave 7G.

5. Plaintiff Bilha Carmiel believes that the best, most practical course of action would be to move this case from Wave 7G to Wave 8C. This will enable resolution to be attempted prior to the parties and Court expending time and effort on this matter. Defendant has no opposition to this request.

Therefore, Plaintiff Bilha Carmiel respectfully requests that the Court move her case from Wave 7G to Wave 8C.

DATED: January 31, 2024                    /s/ Lynne M. Kizis
                                           **Lynne M. Kizis**
                                           New Jersey Bar No. 037831987
                                           WILENTZ, GOLDMAN & SPITZER, P.A.
                                           90 Woodbridge Center Drive, Suite 900
                                           Woodbridge, New Jersey 07095
                                           Tele: (732) 855-6424
                                           Fax:  (732) 726-6612
                                           lkizis@wilentz.com

#14185100.1

## **CERTIFICATE OF SERVICE**

     I, Lynne M. Kizis, hereby certify that on January 31, 2024 the foregoing was served electronically and notice of service of this document will be sent to all parties by the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

Dated:  January 31, 2024                                                 */s/* Lynne M. Kizis
                                                                                                 Lynne M. Kizis