UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | Case No.: 3:16-md-02741-VC<br>MDL No. 2741 |
| **This document relates to:**<br>*Plaintiff Bilha Carmiel*<br>Case No.: 3:22-cv-03389-VC | Judge Vince Chhabria<br>Magistrate Judge Alex G. Tse<br><br>**[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE 8C** |

Plaintiff's unopposed motion to move the case from Wave 7G to Wave 8C is granted.

SIGNED on this _____ day of _____, 2023

_____
VINCE CHHABRIA
United States District Court Judge