**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This Document Relates to:<br><br>Paula Alegi, Individually and as Representative of the Estate of Rose Marie Alegi, Deceased,<br><br>3:23-cv-00267-VC | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced captioned matter be

dismissed with prejudice, with each party to bear its own costs and expenses. Counsel for

Plaintiff has reviewed Pretrial Order No's 236 (ECF 13192) and 282 (ECF 15991), and hereby

certify that no common benefit hold back is required for this unsettled plaintiff.

Dated: January 31, 2024

| | |
|---|---|
| /s/ Randi Kassan<br>Randi Kassan<br>Milberg Coleman Bryson Phillips Grossman, PLLC<br>100 Garden City Plaza<br>Suite 500<br>Garden City, NY 11530<br>(516) 741-5600 (tel)<br>(516) 741-0128 (fax)<br>rkassan@milberg.com | /s/ Anthony R. Martinez<br>Anthony R. Martinez<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>(816) 559-2683 (tel)<br>amartinez@shb.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2024, I filed the foregoing document

via the CM/ECF system, which will automatically serve and send email notification

of such filing to all registered attorneys of record.

*/s/ Randi Kassan*
Randi Kassan