UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS ) | |
| ) | MDL NO. 2741 |
| LIABILITY LITIGATION ) | |
| ) | |
| ) | Case No. 3:16-md-02741-VC |
| ) | |
| This Document Relates to: ) | |
| ) | |
| *Brenda Baker v. Monsanto* ) | Judge Vince Chhabria |
| Case No. 3:19-cv-05873-VC ) | |
| ) | |
| *Timothy Wayne Batts, individually and* ) | |
| *as administrator of the estate of Stanley Batts* ) | |
| *v. Monsanto* ) | |
| Case No. 3:20-cv-05939-VC ) | |
| ) | |
| *Edwin Hernandez v. Monsanto* ) | |
| Case No. 3:19-cv-05872-VC ) | |
| ) | |
| *Jerry & Martha Daniels v. Monsanto* ) | |
| Case No. 3:19-cv-05870-VC ) | |
| ) | |
| *David Bischoff v. Monsanto* ) | |
| Case No. 3:20-cv-05937-VC ) | |
| ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASES TO WAVE 8**

1. On January 30, 2024, Plaintiffs' counsel consulted with Defendant's counsel who does not oppose the motion to move these cases to Wave 8.

2. These cases are currently situated in Wave 7A (Brenda Baker; Timothy Batts); 7B (Edwin Hernandez) and 7C (Jerry & Martha Daniels; David Bischoff)

3. The parties to these actions have diligently pursued discovery during the pendency of these cases in the MDL. Plaintiffs have all served their fact sheets, produced medical records and produced numerous signed authorizations. The parties have exchanged

written discovery. The depositions of all named Plaintiffs have been taken and the depositions of several of the Plaintiff's treating physicians have also been taken. For instance, in *Baker v. Monsanto*, the depositions of Dr. Jaspreet Grewal, MD and Dr. Madlyn Jacobs, M.D. have occurred. In *Daniels v. Monsanto*, the deposition of Dr. Darrell Johnson has occurred. In the case of *Bischoff v. Monsanto*, the deposition of Dr. John Huber has occurred. Furthermore, each of the named Plaintiffs has timely disclosed their retained experts and has produced expert reports; namely, from Dr. K.J. Aronson (general causation), Dr. Jack Goldberg, M.D. (specific causation) and Dr. William R. Sawyer, PhD. (toxicology). Defendant has deposed Dr. Aronson regarding the opinions set forth in her report. Defendant has deposed Dr. Sawyer about his general causation opinions in prior Roundup cases; therefore, his deposition in this case will be limited to his case-specific opinions.

4. Despite the substantial progress made during fact and expert discovery, there nevertheless remain extenuating circumstances which present significant challenges to the parties to meet the impending deadlines with respect to the finalization of expert depositions under the existing Wave 7 schedule. Most notably, Plaintiffs retained expert on specific causation, Dr. Jack Goldberg, is committed to testifying in numerous state-court Roundup trials across the country over the course of the next four months. These trial cases include:

- February 15, 2024: Case No. 15CV-23-75, *Cody v. Monsanto*, Circuit Court of Conway County, Arkansas;
- March 18, 2024: Case No. 34-2021-00302838, *Lindeman v. Monsanto*, Superior Court of California, Sacramento County;

- April 15, 2024: Case No. 21CV376397, *Spencer v. Monsanto*, Superior Court of California, Santa Clara County;

- May, 2024: Case No. 220602423, *Young v. Monstanto*, Court of Common Pleas for Philadelphia County, Civil Division;

- August 5, 2024: Case No. 70CV-23-83, *Brewer v. Monsanto*, Circuit Court of Union County, Arkansas.

Plaintiffs' counsel for the instant Plaintiffs is trial counsel for the plaintiffs in the *Cody*, *Lindeman*, and *Spencer* cases. Each of those trials are expected to last approximately three weeks.

5. This compacted state-court trial schedule (which affects Dr. Goldberg and Plaintiffs' counsel's availability) combined with Dr. Goldberg's other personal and professional commitments present a significant obstacle to the Plaintiffs in presenting Dr. Goldberg for depositions in each of the five (5) subject cases during a timeframe within the existing Wave 7A, 7B and 7C expert discovery deadlines. Moreover, given the number of cases currently in Wave 7 (over 300), Monsanto is simply not in a practical position to move deadlines within the existing Wave to accommodate Dr. Goldberg's (and counsel's) schedule.

6. As there are fewer cases currently in Wave 8, counsel for Plaintiffs and Defendant have conferred and Defendant does not oppose transferring these above cases to Wave 8. This will allow the parties sufficient time to complete the remaining expert depositions, *Daubert* challenges, and summary judgment motions prior to remand. The parties also intend to try and explore the possibility of resolution through settlement. For these reasons, the above-named Plaintiffs believe that a transfer of these cases to Wave 8

would be in the best interests of justice and respectfully request that the Court enter an order to that effect.

DATED:  January 31, 2024

*Attorney for Plaintiff*
/s/ *Charles W. Miller*
Charles W. Miller
HEYGOOD, ORR & PEARSON
6363 North State Highway 161, Suite 450
Irving, TX  75038
Telephone: (214) 237-9001
Facsimile: (241) 237-9002
charles@hop-law.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

*/s/ Charles W. Miller*
Charles W. Miller