UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) | **MDL NO. 2741** <br><br> **Case No. 3:16-md-02741-VC** |
| **This Document Relates to:** ) <br> *Brenda Baker v. Monsanto* ) <br> **Case No. 3:19-cv-05873-VC** ) <br> ) <br> *Timothy Wayne Batts, individually and* ) <br> *as administrator of the estate of Stanley Batts* ) <br> *v. Monsanto* ) <br> **Case No. 3:20-cv-05939-VC** ) <br> ) <br> *Edwin Hernandez v. Monsanto* ) <br> **Case No. 3:19-cv-05872-VC** ) <br> ) <br> *Jerry & Martha Daniels v. Monsanto* ) <br> **Case No. 3:19-cv-05870-VC** ) <br> ) <br> *David Bischoff v. Monsanto* ) <br> **Case No. 3:20-cv-05937-VC** ) <br> ) | **Judge Vince Chhabria** |

# **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE TO WAVE 8**

Having reviewed the unopposed motion seeking transfer to Wave 8, the Court **GRANTS** the requested relief and transfers the following cases to Wave 8.

- *Brenda Baker v. Monsanto*; Cause No. 3:19-cv-05873-VC

- *Timothy Waybe Batts, individually and as administrator of the estate of Stanley Batts v. Monsanto*; Cause No. 3:20-cv-05939-VC;

- *Edwin Hernandez v. Monsanto*; Cause No. 3:19-cv-05872-VC

- *Jerry & Martha Daniels v. Monsanto*; Cause No. 3:19-cv-05870-VC

- *David Bischoff v. Monsanto*; Cause No. 3:20-cv-05937-VC

**IT IS SO ORDERED**.

Date: _____, 2024.

_____
VINCE G. CHHABRIA
Presiding Judge
United States District Court