UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　Case No. 16-md-02741-VC

This document relates to:

*Paul Dinicola v. Monsanto Co.,*
Case No. 3:22-cv-05049-VC

## SUGGESTION OF DEATH OF PLAINTIFF

　　　Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel suggests on the record the death of Paul Dinicola during the pendency of this action. Pam Dinicola is Paul Dinicola's surviving daughter and has the right to pursue and settle the claims, individually and on behalf of Paul Dinicola, pursuant to Louisiana Articles 2315.1 and 2315.2 of the Louisiana Civil Code.

Dated: February 1, 2024

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ John C. Enochs*
　　　　　　　　　　　　　　　　　　　　　MORRIS BART, LLC
　　　　　　　　　　　　　　　　　　　　　John C. Enochs (La. Bar. 22774)
　　　　　　　　　　　　　　　　　　　　　601 Poydras Street, 24 FL
　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　　　　(504) 526-1087
　　　　　　　　　　　　　　　　　　　　　jenochs@morrisbart.com

## CERTIFICATE OF SERVICE

　　　I hereby certify that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 1st day of February, 2024.

　　　　　　　　　　　　　　　　　　　　　*/s/John C. Enochs*
　　　　　　　　　　　　　　　　　　　　　John C. Enochs