# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Charles Williams v. Monsanto Co.*, Case No. 3:20-cv-04758-VC | |

## PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES

PLEASE TAKE NOTICE that, pursuant to the Court's Order (CM/ECF Doc. No. 17234), Plaintiff Charles Williams has served Plaintiff's expert disclosures on counsel for Defendant Monsanto Co. Service was made by sending expert reports and associated disclosures via email to Joe G. Hollingsworth at jhollingsworth@hollingsworthllp.com and Anthony R. Martinez at amartinez@shb.com on February 5, 2024.

Plaintiff further incorporates by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, 3, 4, 5, and 6 and reserves the right to call the author of any such report as an expert witness at trial.

This 5th day of February 2024.

Respectfully submitted,                **RICHARDSON THOMAS, LLC**

*s/Chris Moore*
Chris Moore (FBN: 10445)
1513 Hampton Street, First Floor
Columbia, South Carolina 29201
T: (803) 281-8150
chris@richardsonthomas.com

*Attorneys for Plaintiff Charles Williams*

## **CERTIFICATE OF SERVICE**

I, Chris Moore, certify that, on this 5th day of February 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*s/Chris Moore*
Chris Moore (FBN: 10445)