UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re Roundup Products Liability Litigation**<br><br>**This Document Relates to:**<br><br>*ALBERT FATTAKHOV*<br>Case No.: 3:21-cv-09293-VC | **Case No.: 3:16-md-02741**<br><br>**Unopposed Motion to Move Case to Wave 8C** |

**Unopposed Motion to Move Case to Wave 8C**

Plaintiff Albert Fattakhov respectfully requests this Court move his case from Wave 7E to 8C.

1. This is Plaintiff's first request to move his case to a later wave.

2. Plaintiff's counsel is welcoming a new baby. He will be on paternity leave for 8-12 weeks, depending on the health of mother and baby, starting on or about February 18, 2024.

3. Fact/expert discovery will come due during counsel's leave. Therefore, Plaintiff seeks to move his case from Wave 7E to 8C.

4. The parties have been diligently working to complete fact discovery. The parties have scheduled Plaintiff's deposition for this week.

5. Counsel is confident this will be the only request to move Waves.

6. Upon conferring with defense counsel, this motion is unopposed.

Therefore, Plaintiff Albert Fattakhov respectfully requests that the Court move his case to WaveE to Wave 8C.

Date:   February 6, 2024

                                                Respectfully,

                                                **DEREK SMITH LAW GROUP, PLLC**

                                                */s/ Alexander G. Cabeceiras*

|  |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |
| 29 |
| 30 |
| 31 |

Alexander G. Cabeceiras, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119