UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**In Re Roundup Products Liability Litigation**

**This Document Relates to:**

*ALBERT FATTAKHOV*
Case No.: 3:21-cv-09293-VC

**Case No.: 3:16-md-02741**

**[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE 8C**

Plaintiff's unopposed motion to move this case from Wave 7E to Wave 8C is granted.

SIGNED on this _____ day of _____, 2024

_____
HON. VINCE CHHABRIA
United States District Court Judge