**WAGSTAFF LAW FIRM**
Emily Acosta, Esq.
940 N. Lincoln St.
Denver, CO 80203
Tel: (303) 376-6360
Eacosta@wagstafflawfirm.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *All Actions Listed on Exhibit A* | **NOTICE OF APPEARANCE OF EMILY ACOSTA ON BEHALF OF PLAINTIFFS** |

PLEASE TAKE NOTICE that Emily Acosta of Wagstaff Law Firm hereby enters an appearance as counsel for all Plaintiffs listed on Exhibit A. Ms. Acosta is registered with the Court's CM/ECF system and may be served notice through that system. Ms. Acosta's contact information is as follows:

Emily Acosta, Esq.
Wagstaff Law Firm
940 N. Lincoln St.
Denver, CO 80203
Telephone: (303) 376-6360
Fax: (888) 875-2889
Eacosta@wagstafflawfirm.com

DATE: February 6, 2024

By: */s/ Emily Acosta*
Emily Acosta, Esq.
**WAGSTAFF LAW FIRM**
940 N. Lincoln St.
Denver, CO 80203
Telephone: (303) 376-6360
Eacosta@wagstafflawfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on 6th day of February 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

By: */s/ Emily Acosta*
Emily Acosta, Esq.
**WAGSTAFF LAW FIRM**
940 N. Lincoln St.
Denver, CO 80203
Telephone: (303) 376-6360
Eacosta@wagstafflawfirm.com

*Counsel for Plaintiffs*

NOTICE OF APPEARANCE OF EMILY ACOSTA ON BEHALF OF PLAINTIFFS

## EXHIBIT A

| Case Name | Case Number |
|---|---|
| Renee Daulton, et al v. Monsanto Co. | 3:20-cv-08518-VC |
| Sally Vander Groef, et al v. Monsanto Co. | 3:19-cv-07858-VC |
| Nathan Romano v. Monsanto Co. | 3:20-cv-06194-VC |
| Robert Schoenberg v. Monsanto Co. | 3:20-cv-06783-VC |
| Michael Demarmels v. Monsanto Co. | 3:20-cv-04406-VC |
| Bakri El-Hakam, et al v. Monsanto Co. | 3:20-cv-09937-VC |

NOTICE OF APPEARANCE OF EMILY ACOSTA ON BEHALF OF PLAINTIFFS