UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** |
| This document relates to: | | |
| Dieter and Susan Lynn Fleischhauer v. Monsanto Co. et al Case No. 3:21-cv-05971-VC | | |

     PLEASE TAKE NOTE that pursuant to the Court's Order (CM/ECF Doc No. 17232) Plaintiff, Dieter Fleischhauer, has served Plaintiff's general causation and specific causation disclosures on counsel for Defendant Monsanto company. Service was made by sending expert reports and associated disclosures via electronic mail to Anthony R. Martinez at amartinez@shb.com  and Jennise Walker-Stubbs at jstubbs@shb.com.

     Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3. 4, 5, 6, 7 and 8 and reserves the right to call the author of any such report as an expert witness at trial.

     [signature block on following page]

Dated: February 6, 2024

                                              Respectfully submitted,

                                              **WALLACE MILLER**

                                              */s/ Timothy E. Jackson*
                                              Timothy E. Jackson
                                              Edward A. Wallace
                                              Wallace Miller
                                              150 N. Wacker Dr., Suite 1100
                                              Chicago, IL 60606
                                              Phone: 312-261-6193
                                              eaw@wallacemiller.com
                                              tej@wallacemiller.com

                                              ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filling to register attorneys of record counsel of record.

*/s/ Timothy E. Jackson*
Timothy E. Jackson