Jae H. Lee
NELSON MULLINS RILEY & SCARBOROUGH LLP
750 B Street, Suite 2200
San Diego, CA 92101
Telephone: (619) 489-6187
Facsimile: (619) 821-2834
jae.lee@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> Case No. MDL No. 3:16-md-2741-VC | MDL No. 2741 <br><br> **NOTICE OF APPEARANCE OF JAE H. LEE ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order Nos. 1 and 7, Jae H. Lee of the firm Nelson Mullins Riley & Scarborough LLP hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 6, 2024                                            Respectfully Submitted,

                                                            By: */s/Jae H. Lee*
                                                                Jae H. Lee
                                                                NELSON MULLINS RILEY &
                                                                SCARBOROUGH LLP
                                                                750 B Street, Suite 2200
                                                                San Diego, CA 92101
                                                                Telephone: (619) 489-6187
                                                                Facsimile: (619) 821-2834
                                                                jae.lee@nelsonmullins.com

                                                                *Attorney for Defendant*
                                                                *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Ann Boney, Paralegal at Nelson Mullins Riley & Scarborough LLP, hereby certify that on February 6, 2024 I electronically filed the foregoing NOTICE OF APPEARANCE OF JAE H. LEE ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Respectfully submitted,

 /s/Ann Boney
Ann Boney
Paralegal
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 255-5502
Facsimile: (803) 256-7500
ann.boney@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*