1  Matt Brown
   NELSON MULLINS RILEY & SCARBOROUGH LLP
2  One Financial Center, Suite 3500
   Boston, Massachusetts 02111
3  Telephone: (617) 217-4700
   Facsimile: (617) 217-4710
4  matt.brown@nelsonmullins.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6
                     **UNITED STATES DISTRICT COURT**
7                    **NORTHERN DISTRICT OF CALIFORNIA**

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
9  |---|---|
10 | Case No. MDL No. 3:16-md-2741-VC | |
11 | | **NOTICE OF APPEARANCE OF MATTHEW E. BROWN ON BEHALF OF MONSANTO COMPANY** |
12 | | |

13
14 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

15      PLEASE TAKE NOTICE that, pursuant to Pretrial Order Nos. 1 and 7, Matthew E. Brown

16 of the firm Nelson Mullins Riley & Scarborough LLP hereby enters an appearance as counsel for

17 Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that

18 all pleadings, notices, orders, correspondence, and other papers in connection with this action be

19 served on and directed to the undersigned counsel.

20 February 6, 2024                               Respectfully Submitted,

21                                                By:  /s/Matthew E. Brown
22                                                    Matthew E. Brown
                                                      NELSON MULLINS RILEY &
23                                                    SCARBOROUGH LLP
                                                      One Financial Center, Suite 3500
24                                                    Boston, Massachusetts 02111
                                                      Telephone: (617) 217-4700
25                                                    Facsimile: (617) 217-4710
                                                      matt.brown@nelsonmullins.com
26
                                                      *Attorney for Defendant*
27                                                    *MONSANTO COMPANY*
28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2024, a true and correct copy of the foregoing NOTICE OF APPEARANCE OF MATTHEW E. BROWN ON BEHALF OF DEFENDANT MONSANTO COMPANY was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Respectfully submitted,

 /s/Matthew E. Brown
Matthew E. Brown
NELSON MULLINS RILEY &
SCARBOROUGH LLP
One Financial Center, Suite 3500
Boston, Massachusetts 02111
Telephone: (617) 217-4700
Facsimile: (617) 217-4710
matt.brown@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*
