Thomas Roe Frazer, III
**Frazer PLC**
1 Burton Hills Blvd., Suite 215
Nashville, TN 37215
Tel: (615) 647-6464
Email: trey@frazer.law

*Attorney for Plaintiff*

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Ronald Edward Phillips v. Monsanto Company*, Case No. 3:19-cv-04379-VC | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced captioned matter be dismissed without prejudice, with each party to bear its own costs and expenses.

DATED: February 6, 2024                     Respectfully submitted,

                                            */s/ Thomas Roe Frazer, III*
                                            Thomas Roe Frazer, III
                                            Frazer PLC
                                            1 Burton Hills Blvd., Suite 215
                                            Nashville, TN 37215
                                            Tel: (615) 647-6464
                                            Email: trey@frazer.law

                                            *Attorney for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Anthony R. Martinez*
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE has been served upon counsel of record via the Court's CM/ECF System.

                                          /s/ *Anthony R. Martinez*
                                          Anthony R. Martinez
                                          SHOOK, HARDY & BACON LLP

                                          *Attorney for Defendant Monsanto Company*