UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Ronald Edward Phillips v. Monsanto Company*, Case No. 3:19-cv-04379-VC | **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal Without Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal Without Prejudice as to the above referenced captioned matter.

**IT IS SO ORDERED.**

Dated: _____   _____

Vince Chhabria
United States District Judge