Thomas Roe Frazer, III
**Frazer PLC**
1 Burton Hills Blvd., Suite 215
Nashville, TN 37215
Tel: (615) 647-6464
Email: trey@frazer.law

*Attorney for Plaintiff*

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Lena Faye Tolbert v. Monsanto Company*,<br>Case No. 3:19-cv-05375-VC | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced captioned matter be dismissed

without prejudice, with each party to bear its own costs and expenses.

DATED: February 6, 2024                    Respectfully submitted,

                                          */s/ Thomas Roe Frazer, III*
                                          Thomas Roe Frazer, III
                                          Frazer PLC
                                          1 Burton Hills Blvd., Suite 215
                                          Nashville, TN 37215
                                          Tel: (615) 647-6464
                                          Email: trey@frazer.law

                                          *Attorney for Plaintiff*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Anthony R. Martinez*

Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE has been served upon counsel of record via the Court's CM/ECF System.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*

JOINT STIPULATION OF DISMISSAL without PREJUDICE OF *TOLBERT* LAWSUIT
3:16-md-02741-VC & 3:19-cv-05375-VC