Honorable Vince Chhabria

Marshall Casey, WSBA# 42552
Sweetser Law Office, PLLC
1020 N. Washington Street
Spokane, WA 99201
(509) 328-0678
Email: mcasey@sweetserlawoffice.com

Christopher Hogue, WSBA#48041
Hogue Law Firm
905 W. Riverside Ave., Ste. 402
Spokane, WA 99201
Tele: 509-934-1998
Email: chris@spokaneadvocate.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION.<br><br>This document relates to<br>*Jason Gannon v. Monsanto Company*<br>Case No. 3:19-cv-08064-VC | MDL No. 2741<br><br>Case# 3:16-md-02741-VC<br><br>**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBER** |

Please take notice that the address and phone number for Mr. Gannon's counsel, Christopher Hogue, has changed. Mr. Hogue's updated information is listed below:

//

//

PLAINTIFF'S NOTICE OF CHANGE OF
 ADDRESS AND PHONE NUMBER -1

**Attorney Christopher Hogue**:

Hogue Law Firm
905 W. Riverside Ave., Ste. 402
Spokane, WA 99201

Tel:   509-934-1998
Fax:   509-818-1100
Email: chris@spokaneadvocate.com

DATED this 6th day of February 2024.

                                                 s/ *Christopher Hogue*
                                                 Christopher Hogue, WSBA# 48041
                                                 Attorney for Plaintiff Gannon

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused an electronic copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF system which will then send notification of such filing to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED this 6th day of February 2024.

s/ *Christopher Hogue*
Attorney for Plaintiffs

PLAINTIFF'S NOTICE OF CHANGE OF
ADDRESS AND PHONE NUMBER -3