**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| _____ | Case No. 16-md-02741-VC |

This document relates to:

*Paul Dinicola v. Monsanto Co.,*
Case No. 3:22-cv-05049-VC

## SUGGESTION OF DEATH UPON THE RECORD AND MOTION FOR SUBSTITUTION OF PARTY

Counsel for plaintiff in the above-referenced matter respectfully gives notice and suggests upon the record to this Honorable Court, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that undersigned counsel has recently discovered the death of Paul Dinicola, Plaintiff in this action, as follows:

1. Plaintiff Paul Dinicola died on April 30, 2023;

2. Plaintiff's death certificate is attached hereto as Exhibit A;

3. Pam Dinicola is the surviving daughter of Paul Dinicola and is personally vested with the right to pursue the claims on her own behalf pursuant to Articles 2315.1 and 2315.2 of the Louisiana Civil Code.

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that Pam Dinicola be substituted in the place of Paul Dinicola as Plaintiff in this action, so that the claims may survive and that the action may proceed on his behalf.

The request under this Motion is not sought for delay, but so that justice may be done.

Dated: February 7, 2024

Respectfully submitted,

*/s/ John C. Enochs*
MORRIS BART, LLC
John C. Enochs (La. Bar. 22774)
601 Poydras Street, 24 FL
New Orleans, LA 70130
(504) 526-1087
jenochs@morrisbart.com

**CERTIFICATE OF CONFERENCE**

I, John C. Enochs, hereby certify that on February 6, 2024, the foregoing was provided to defense counsel in an attempt to confer regarding same. As of the date of this filing, no response has been received.

Dated: February 7, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 7th day of February, 2024.

*/s/John C. Enochs*
John C. Enochs