Exhibit A (Death Certificate)(Paul Dinicola)

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER: 

STATE FILE NUMBER: 2023-014-00880

**DECEDENT**

| | | | |
|---|---|---|---|
| DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH | DATE OF DEATH | TIME OF DEATH |
| DINICOLA, PAUL SALVADORE | 04/26/1943 | 04/30/2023 | 04:33 PM |
| PLACE OF BIRTH (CITY, STATE, COUNTRY) | SEX | SOCIAL SECURITY NUMBER | AGE |
| NEW ORLEANS, LA UNITED STATES | MALE | 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 | 80 YEARS |

09611303

DECEDENT'S ALIAS NAME(S) (LAST, FIRST, MIDDLE, SUFFIX):

RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY)
100 CHRISTWOOD BLVD. - APT#TE 331 , COVINGTON, LA 70433 UNITED STATES
WITHIN CITY LIMITS: NO
PARISH/COUNTY: ST. TAMMANY

**PERSONAL**

EVER IN U.S. ARMED FORCES?: YES
OCCUPATION: AUDITOR
INDUSTRY OF OCCUPATION: UNITED STATES ARMY

MARITAL STATUS: WIDOWED
NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX):

FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX): DINICOLA, PHILIP
FATHER/PARENT PLACE OF BIRTH (CITY, STATE, COUNTRY): BAYOU GOULA, LA UNITED STATES

MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX): IPPOLITO, ROSALIE
MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY): LANG, LA UNITED STATES

INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX): DINICOLA, PAMELA
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: 2031 LAUREL AVE. , TERRYTOWN, LA 70056 UNITED STATES

EDUCATION: ASSOCIATE DEGREE ( E.G. AS, AA)
OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO
RACE: WHITE

**DEATH INFO**

PLACE OF DEATH: INPATIENT
FACILITY NAME: ST TAMMANY PARISH HOSPITAL

FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY): 1202 S TYLER ST , COVINGTON, LA 70433 UNITED STATES
PARISH/COUNTY: ST. TAMMANY

**DISPOSITION**

METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: ST. LAZARUS OF BETHANY MEMORIAL GARDEN

PLACE OF DISPOSITION - (CITY, STATE, COUNTRY): COVINGTON, LA UNITED STATES
DATE OF DISPOSITION: 05/04/2023

**FUNERAL FACILITY**

FUNERAL FACILITY NAME: GRACE FUNERAL HOME
ADDRESS OF FUNERAL FACILITY: 150 HOLY TRINITY DR. , COVINGTON, LA 70433 UNITED STATES

NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX): EADAH III, CHARLES JOSEPH
LICENSE NUMBER: U1500
CORONER NOTIFIED?: Y

SIGNATURE OF FUNERAL DIRECTOR: e-sign
DATE: 05/02/2023

**MEDICAL INFO**

MANNER OF DEATH: NATURAL
IF FEMALE?: NOT APPLICABLE
DID TOBACCO USAGE CONTRIBUTE TO DEATH?: UNKNOWN

**CAUSE OF DEATH**

PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

APPROXIMATE INTERVAL Onset to Death

IMMEDIATE CAUSE - (Final disease or condition resulting in death): a. HYPOXEMIC RESPIRATORY FAILURE — (1 DAYS)

Sequentially list conditions, if any, leading to the cause listed on line a: b.

Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST: c.

d.

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

WAS AN AUTOPSY PERFORMED?: NO
FINDINGS USED IN DETERMINING CAUSE?: NOT APPLICABLE

**INJURY INFORMATION**

PLACE OF INJURY: 
DATE OF INJURY: 
TIME OF INJURY: 
INJURY AT WORK: 
IF TRANSPORTATION INJURY, SPECIFY:

LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY):
PARISH/COUNTY:

DESCRIBE HOW INJURY OCCURED:

**CERTIFIER**

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 4/26/2023 TO 4/30/2023 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

SIGNATURE OF CERTIFIER: e-sign
DATE: 5/2/2023

CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX): GUILLORY, MATTHEW PAUL
CERTIFIER TITLE: PRONOUNCING & CERTIFYING PHYSICIAN
CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY): 1202 S. TYLER ST., COVINGTON, LA 70433 UNITED STATES

BURIAL TRANSIT PERMIT: 520280
PARISH OF ISSUE: ORLEANS
DATE OF ISSUE: 05/02/2023
DATE FILED WITH REGISTRAR: 5/2/2023

**REGISTRAR**

SIGNATURE OF REGISTRAR: NADINE MIMS SMITH "e-sign"

ISSUED BY: Acosta, Marie L
Issued On: 5/3/2023 1:21:04 PM




09611303
ALTERATION OF THIS DOCUMENT IS VOID AND INVALID
DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S 40:32, ET SEQ.



DEVIN GEORGE
STATE REGISTRAR



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE