UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS　　　　　　　MDL No. 2741
LIABILITY LITIGATION

_____　　　Case No. 16-md-02741-VC

This document relates to:

*Paul Dinicola v. Monsanto Co.,*
Case No. 3:22-cv-05049-VC

## **ORDER**

Considering Plaintiff's Motion brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that Pam Dinicola be substituted as a party plaintiff in place of Paul Dinicola and that the Clerk of Court is hereby directed to amend the caption of this case to the following:

PAM DINICOLA, INDIVIDUALLY AND ON BEHALF OF PAUL DINICOLA

V.

MONSANTO COMPANY

This _____ day of _____, 2024

_____
VINCE CHHABRIA
United States District Judge