UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Proctor et al. v. Monsanto Company*<br>Case No. 3:21-cv-00172<br><br>*Berenfeld v. Monsanto Company*<br>Case No. 3:18-cv-01428 | MDL No. 2741<br><br>MDL Case No. 3:16-md-02741-VC<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF EXPERT DISCLOSURE** |

PLEASE TAKE NOTE that pursuant to the Court's Order (CM/ECF Doc No. 17234) Plaintiffs Mark Proctor, Lois Proctor and Sharon Berenfeld have served Plaintiffs' general causation and specific causation disclosures on counsel for Defendant Monsanto company. Service was made by sending expert reports and associated disclosures via electronic mail on February 5, 2024 to Anthony R. Martinez at Amartinez@shb.com and Tina Cady at Tcady@shb.com. Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3. 4, 5, 6, 7 and 8 and reserves the right to call the author of any such report as an expert witness at trial.

DATED: February 7, 2024

Respectfully submitted,

*/s/ Jeffrey L. Haberman*
Jeffrey L. Haberman, Esq. (FL 98522)
Sarah J. Schultz, Esq.
SCHLESINGER LAW OFFICES, P.A.
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Tel (954) 467-8800
Fax (954) 320-9509
JHaberman@schlesingerlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: /s/ *Jeffrey L. Haberman*
Jeffrey L. Haberman