T. Matthew "Matt" Leckman
Bernheim Kelley & Battista LLC
Philadelphia, PA 19147
Email: mleckman@realjustice.com

*Attorney for Plaintiff*

**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Sophie Eordekian v. Monsanto Company*,<br>Case No. 3:20-cv-05874-VC | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-referenced captioned matter be dismissed with prejudice, with each party to bear its own costs and expenses.

DATED: February 7, 2024

                        Respectfully submitted,

                        */s/ T. Matthew "Matt" Leckman*
                        T. Matthew "Matt" Leckman
                        Bernheim Kelley & Battista LLC
                        Philadelphia, PA 19147
                        Email: mleckman@realjustice.com

                        *Attorney for Plaintiff*

                        */s/ Anthony R. Martinez*
                        Anthony R. Martinez

(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE has been served upon counsel of record via the Court's CM/ECF System.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*