# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Michael Randy Hayes v. Monsanto Company Corporation, et al.*<br><br>Case No. 3:21-cv-00965-VC | § § § § § § § § § § § | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE 8C OR LATER WAVE** |

Plaintiff Michael Randy Hayes ("Plaintiff") respectfully requests the Court move this case to Wave 8C (or later sub-wave or wave):

1. This case has not previously been moved to another wave and this is the first request to move to a later wave.

2. Plaintiff's case is currently part of Wave 7E.

3. The deadlines posed by Wave 7E present challenges to completion of discovery and presentation of required expert reports. Plaintiff completed the Plaintiff Fact Sheet, produced documents, provided all requested authorizations, and the parties exchanged employment records but the Plaintiffs' depositions have not been taken.

4. Plaintiff believes the best and most prudent course of action would be to move this case to a later Wave. Counsel for Monsanto has been consulted and does not oppose this request.

5. Plaintiff respectfully requests the Court move this case to Wave 8C, or should Wave 8C be deemed unsuitable, Plaintiff requests to be moved to a later sub-Wave or another Wave (e.g., Wave 9).

Dated:  February 7, 2024

Respectfully submitted:

*/s/ Trey J. Malbrough*
Bar Number: ASB-2898-R46M
The Malbrough Firm LLC
Age Herald Building
2107 Fifth Avenue North, Suite 301
Birmingham, Alabama 35203
Telephone:  (205) 701-0707
Facsimile:  (205) 820-0123
Email:  trey@tmbfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically served upon all parties through the Court's CM/ECF system on this day, February 7, 2024

*/s/ Trey J. Malbrough*