# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Michael Randy Hayes v. Monsanto Company Corporation, et al.*<br><br>Case No. 3:21-cv-00965-VC | § § § § § § § § § § § § | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**(PROPOSED)**<br>**ORDER GRANTING**<br>**UNOPPOSED MOTION TO**<br>**MOVE CASE TO WAVE 8C**<br>**OR LATER WAVE** |

Plaintiff's unopposed motion to move the above-captioned case to Wave 8C is granted.

**IT IS SO ORDERED**.

Dated:  February 7, 2024

                                                     _____
                                                     VINCE CHHABRIA
                                                     United States District Judge