Honorable Vince Chhabria

Christopher Hogue
905 W. Riverside Ave., Ste. 402
Spokane, WA 99201
Tele: 509-934-1998
Email: chris@spokaneadvocate.com
*Pro Se on Behalf of the Estate of Terry Hogue*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION.<br><br>This document relates to:<br><br>*Christopher Michael Hogue, Executor of the Estate of Terry Hogue, deceased, v. Monsanto Company*<br><br>Case No. 3:19-cv-04117-VC | MDL No. 2741<br><br>Case# 3:16-md-02741-VC<br><br>**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION** |

Please take notice that the address and contact information for Plaintiff Christopher Hogue, Executor of the Estate of Terry Hogue, has changed. Mr. Hogue's updated information is listed below:

**Christopher Hogue**:

905 W. Riverside Ave., Ste. 402
Spokane, WA 99201

Tel:   509-934-1998
Fax:   509-818-1100
Email: chris@spokaneadvocate.com

PLAINTIFF'S NOTICE OF CHANGE OF
ADDRESS AND CONTACT
INFORMATION -1

DATED this 7th day of February 2024.

                                                      s/ *Christopher Hogue*
                                                      Christopher Hogue
                                                      On behalf of the Estate of Terry Hogue

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused an electronic copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF system which will then send notification of such filing to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED this 7th day of February 2024.

s/ *Christopher Hogue*
Christopher Hogue

PLAINTIFF'S NOTICE OF CHANGE OF
ADDRESS AND CONTACT
INFORMATION -3