UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Document Relates to:<br>*Greenwood v. Monsanto Company*<br>Civil Action No.: 3:22-cv-04830-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>[~~PROPOSED~~ ORDER] GRANTING PLAINTIFF'S SUBSTITUTION OF THOMAS GREENWOOD IN PLACE OF ELIZABETH GREENWOOD |

1. Counsel for Plaintiff's Motion to Substitute Thomas Greenwood in place of Elizabeth Greenwood pursuant to F.R.C.P. 25 is **GRANTED**.

2. Thomas Greenwood is hereby substituted in place of Elizabeth Greenwood.

3. Accordingly, the case caption shall be amended as follows: Thomas Greenwood, as personal representative of the Estate of Elizabeth Greenwood.

SIGNED on this __7th__ day of, ____February____ 2024.

APPROVED
Judge Vince Chhabria

-1-

[~~PROPOSED~~ ORDER] GRANTING PLAINTIFF'S SUBSTITUTION OF THOMAS GREENWOOD IN PLACE OF ELIZABETH GREENWOOD