Honorable Vince Chhabria

Christopher Hogue
905 W. Riverside Ave., Ste. 402
Spokane, WA 99201
Tele: 509-934-1998
Email: chris@spokaneadvocate.com
*Pro Se on Behalf of the Estate of Terry Hogue*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION.<br><br>This document relates to:<br><br>*Christopher Michael Hogue, Executor of the Estate of Terry Hogue, deceased, v. Monsanto Company*<br><br>Case No. 3:19-cv-04117-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8C** |

Plaintiff Christopher Hogue, Executor of the Estate of Terry Hogue, without opposition from Defendant Monsanto Company, requests that this Court move Plaintiff's case from Wave 7E to Wave 8C.

Good cause exists to move this matter to Wave 8C:

1. This is Plaintiff's first request to move his case to a later wave.

2. Plaintiff has been diligent in complying with the Court's orders on the production of fact sheets and participation in the settlement program.

3. The parties are currently in the process of pursuing fact discovery. Defendant has requested the deposition of Plaintiff, which still needs to be scheduled and taken. In addition, Plaintiff is in the process of obtaining additional documents in anticipation of forthcoming discovery requests from Defendant.

4. This is the only anticipated wave continuance request.

5. Plaintiff conferred with counsel for Defendant prior to bringing this Motion. Defendant does not oppose this Motion.

Therefore, Plaintiff Christopher Hogue, on behalf of the Estate of Terry Hogue, respectfully requests that this Court move this case from Wave 7E to Wave 8C.

DATED this 7th day of February 2024.

s/ *Christopher Hogue*
Christopher Hogue
On behalf of the Estate of Terry Hogue

## CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused an electronic copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF system which will then send notification of such filing to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED this 7th day of February 2024.

s/ *Christopher Hogue*
Christopher Hogue

PLAINTIFF'S UNOPPOSED MOTION TO
MOVE CASE TO WAVE 8C -3