Honorable Vince Chhabria

Christopher Hogue
905 W. Riverside Ave., Ste. 402
Spokane, WA 99201
Tele: 509-934-1998
Email: chris@spokaneadvocate.com
*Pro Se on Behalf of the Estate of Terry Hogue*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION.<br><br>This document relates to:<br><br>*Christopher Michael Hogue, Executor of the Estate of Terry Hogue, deceased, v. Monsanto Company*<br><br>Case No. 3:19-cv-04117-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8C** |

Plaintiff Christopher Hogue's Unopposed Motion to move this case from Wave 7E to Wave 8C is GRANTED.

DATED this ___ day of _____ 2024.

_____
Honorable Vince Chhabria