1

2

3

4

5

Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

6

7

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

9

10

11

IN RE: Roundup Products Liability Litigation

**This Document Relates to:**

12

13

*Neal Allen Hayden and Robin D. Hayden v.
Monsanto Company,*
3:19-cv-05600-VC

14

15

*The Estate of Caryl Ann Haase and Clyde
Edward Haase v. Monsanto Company,*
3:19-cv-05957-VC

16

17

*Carol Ann Huntley*
3:19-cv-06407-VC

18

19

*Kenneth Noel Eilmes, Jr. and Kelleen Patrice
Eilmes v. Monsanto Company,*
3:19-cv-05345-VC

20

21

*Peter Anthony Mazzeo v. Monsanto Company,*
3:19-cv-02315-VC

22

23

*Lance Dylan Mercer v. Monsanto Company,*
3:19-cv-06403-VC

24

25

*Joan Elizabeth Toyer and Ronald Victor Toyer
v. Monsanto Company,*

MDL No. 2741

Case No.: 3:16-md-02741-VC

Honorable Vince Chhabria

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO MOVE
CERTAIN PLAINTIFFS TO LATER
WAVES

26

27

ORDER GRANTING STIPULATED MOTION
TO MOVE CERTAIN PLAINTIFFS TO LATER
WAVES
PAGE 1

**Corrie Yackulic Law Firm PLLC**
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

1     3:19-cv-06405-VC

2

3     *Patrick Leonard Tierney v. Monsanto*
      *Company,*
4     3:19-cv-01937-VC

5     *Margaret Rae Piesik and the Estate of Gary*
      *Herbert Piesik v. Monsanto Company,* 3:19-cv-
6     05660-VC

7     *The Estate of Verna Pearson v. Monsanto*
      *Company,*
8     3:19-cv-07525-VC

9
      *Frances Storlie and the Estate of John Storlie*
10    *v. Monsanto Company,*
      3:19-cv-03785-VC
11
      *Thomas Lake Sanders and Nicole M. Sanders*
12    *v. Monsanto Company,*
      3:19-cv-07401-VC
13

14    *Kenneth J. Parsons v. Monsanto Company,*
      3:19-cv-02577-VC
15
      *Barbara Zellers Culler v. Monsanto Company,*
16    3:19-cv-06401-VC

17
      *Maynard Russell Axelson and the Estate of*
18    *Kathleen Ann Axelson v. Monsanto Company,*
      3:19-cv-06400-VC
19
      *Laurent Delsuc and Carol Leann Delsuc v.*
20    *Monsanto Company,*
      3:19-cv-02079-VC
21

22    *John Edward Coe and Heather Nicole Coe v.*
      *Monsanto Company,*
23    3:22-cv-01949-VC

24
      *Thomas Jay Benzel and Tracy Ann Benzel v.*
25    *Monsanto Company,*

26    ORDER GRANTING STIPULATED MOTION
      TO MOVE CERTAIN PLAINTIFFS TO LATER
27    WAVES
      PAGE 2

**Corrie Yackulic Law Firm PLLC**
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

1    3:19-cv-03462-VC

2

3        The Court GRANTS the Parties' stipulated motion to move certain Plaintiffs' cases from

4    their current Waves (7D, 7E, 7F, and 7G) to Waves 7G, 8A, 8B, and 8C, as follows:

5

| Case Name | Case No. | Current Wave | Transferred to Wave |
|---|---|---|---|
| Neal Allen Hayden and Robin D. Hayden | 3:19-cv-05600-VC | 7D | 7G |
| The Estate of Caryl Ann Haase and Clyde Edward Haase | 3:19-cv-05957-VC | 7D | 7G |
| Carol Ann Huntley | 3:19-cv-06407-VC | 7D | 7G |
| Kenneth Noel Eilmes, Jr. and Kelleen Patrice Eilmes | 3:19-cv-05345-VC | 7D | 7G |
| Peter Anthony Mazzeo | 3:19-cv-02315-VC | 7E | 8A |
| Lance Dylan Mercer | 3:19-cv-06403-VC | 7E | 8A |
| Joan Elizabeth Toyer and Ronald Victor Toyer | 3:19-cv-06405-VC | 7F | 8A |
| Patrick Leonard Tierney | 3:19-cv-01937-VC | 7F | 8A |
| Margaret Rae Piesik and the Estate of Gary Herbert Piesik | 3:19-cv-05660-VC | 7F | 8A |
| The Estate of Verna Pearson | 3:19-cv-07525-VC | 7F | 8B |

ORDER GRANTING STIPULATED MOTION
TO MOVE CERTAIN PLAINTIFFS TO LATER
WAVES
PAGE 3

**Corrie Yackulic Law Firm PLLC**
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

| | | | |
|---|---|---|---|
| Frances Storlie and the Estate of John Storlie | 3:19-cv-03785-VC | 7F | 8B |
| Thomas Lake Sanders and Nicole M. Sanders | 3:19-cv-07401-VC | 7F | 8B |
| Kenneth J. Parsons | 3:19-cv-02577-VC | 7F | 8B |
| Barbara Zellers Culler | 3:19-cv-06401-VC | 7G | 8C |
| Maynard Russell Axelson and the Estate of Kathleen Ann Axelson | 3:19-cv-06400-VC | 7G | 8C |
| Laurent Delsuc and Carol Leann Delsuc | 3:19-cv-02079-VC | 7G | 8C |
| John Edward Coe and Heather Nicole Coe | 3:22-cv-01949-VC | 7G | 8C |
| Thomas Jay Benzel and Tracy Ann Benzel | 3:19-cv-03462-VC | 7G | 8C |

**IT IS SO ORDERED.**

Dated this 7th day of February, 2024.



APPROVED

Judge Vince Chhabria

ORDER GRANTING STIPULATED MOTION
TO MOVE CERTAIN PLAINTIFFS TO LATER
WAVES
PAGE 4

Corrie Yackulic Law Firm PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725