UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Christy et al. v. Monsanto Co.*, Case No. 19-cv-03969-VC<br><br>*Greenwood v. Monsanto Co. et al.*, Case No. 22-cv-04830-VC<br><br>*Moreland v. Monsanto Co.*, Case No. 20-cv-03069-VC<br><br>*Gautier et al. v. Monsanto Co.*, Case No. 22-cv-00101-VC<br><br>*Cruikshank v. Monsanto Co.*, Case No. 21-cv-07122-VC<br><br>*Hueschen v. Monsanto Co.*, Case No. 21-cv-04937-VC<br><br>*Rentzell et al. v. Monsanto Co.*, Case No. 22-cv-02494-VC<br><br>*Jobman et al. v. Monsanto Co.*, Case No. 22-cv-00093-VC<br><br>*Graves et al. v. Monsanto Co.*, Case No. 21-cv-09832-VC<br><br>*Oehlmann v. Monsanto Co.*, Case No. 20-cv-03067 | **ORDER GRANTING MOTIONS TO MOVE CASES TO WAVE 8**<br><br>Re: Dkt. Nos. 17772, 17806, 17807, 17818,<br><br>17823, 17824, 17826, 17828, 17840,<br><br>17842, 17843, 17854, 17865, 17869 |

*Carmiel v. Monsanto Co.*, Case No. 22-cv-03389-VC

*Fattakhov v. Monsanto Co.*, Case No. 21-cv-09293-VC

*Hayes v. Monsanto Co.*, Case No. 21-cv-00965-VC

*Hogue v. Monsanto Co.*, Case No. 19-cv-04117-VC

The motions to move the above-captioned cases to Wave 8 are granted.

Some of these plaintiffs have requested specific sub-wave assignments within Wave 8. For clarity's sake, the Court notes that *Greenwood* is moved to Wave 8F, *Moreland* is moved to Wave 8A, *Oehlmann* is moved to Wave 8C, *Carmiel* is moved to Wave 8C, *Fattakhov* is moved to Wave 8C, *Hayes* is moved to Wave 8C, and *Hogue* is moved to Wave 8C.

In addition, the Clerk is directed to reopen *Oehlmann v. Monsanto Co.*, Case No. 20-cv-03067, which is currently administratively closed.

**IT IS SO ORDERED.**

Dated: February 7, 2024

_____
VINCE CHHABRIA
United States District Judge