UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Lawrence Dixon, et al. v. Monsanto Co.* Case No.: 3:19-cv-05885-VC | |

## Unopposed Motion to Move Case to Wave VIII

**COMES NOW,** Plaintiffs Lawrence Dixon and Anne Dixon (hereinafter "Plaintiffs"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VII to Wave VIII:

1. The case of Lawrence Dixon and Anne Dixon is part of Wave VIIa.

2. The depositions of Plaintiffs and Lawrence Dixon's oncologist have been taken.

3. Plaintiffs have served a Plaintiff Fact Sheet, medical records and authorizations to obtain medical records.

4. Despite their efforts, the Parties have not been able to complete the discovery in this case.

5. Plaintiffs believe the best course of action is to move this case to Wave VIII in order to complete the outstanding discovery.

6. Plaintiffs are also engaged in settlement discussions with Monsanto, Co. and do not wish to incur more costs at this time which may impact the success of negotiations.

7. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

8. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VIII.

**WHEREFORE**, Plaintiffs respectfully request, without opposition of Monsanto, Co., that this case be moved to Wave VII.

Dated: February 8, 2024.

                                                       Respectfully submitted,

                                                       /s/ MICHAEL JAY GREEN
                                                     MICHAEL JAY GREEN
                                                     DENISE M. HEVICON
                                                     MARIA F. PENN
                                                     Attorneys for Plaintiffs
                                                     LAWRENCE DIXON and
                                                     ANNE DIXON