UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Lawrence Dixon, et al. v. Monsanto Co.* <br> Case No.: 3:19-cv-05885-VC | MDL No. 2741 <br> Case No. 3:16-md-02741-VC <br><br> *[PROPOSED]* **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII** |

Plaintiff's Unopposed Motion to move this case from Wave VII to Wave VIII is GRANTED.

**IT IS SO ORDERED.**

Dated:

VINCE CHHABRIA <br>
United States District Judge