UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Miller et al. v. Monsanto Co.*, Case No. 19-cv-07399-VC | **ORDER GRANTING MOTION TO SUBSTITUTE PARTIES AND FOR LEAVE TO AMEND COMPLAINT** |
| | Re: Dkt. No. 17805 |

    The motion is granted. Donna Miller shall be substituted as plaintiff for Eric Miller, and she may file the proposed amended complaint on the docket.

    The motion hearing set for February 29, 2024 is vacated.

    **IT IS SO ORDERED.**

Dated: February 8, 2024

VINCE CHHABRIA
United States District Judge