UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Karl Kimura, et al. v. Monsanto Co.* Case No.: 3:19-cv-00190-VC | |

## Unopposed Motion to Move Case to Wave VIII

**COMES NOW,** Plaintiff Karl Kimura (hereinafter "Plaintiff"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VII to Wave VIII:

1. The case of Karl Kimura is part of Wave VIIb.

2. The deposition of Plaintiff has been taken.

3. Plaintiff has served a Plaintiff Fact Sheet, medical records and authorizations to obtain medical records.

4. Despite their efforts, the Parties have not been able to complete the discovery in this case.

5. Plaintiff believes the best course of action is to move this case to Wave VIII in order to complete the outstanding discovery.

6. Plaintiff is also engaged in settlement discussions with Monsanto, Co. and does not wish to incur more costs at this time which may impact the success of negotiations.

7. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

8. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VIII.

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VIII.

Dated: February 8, 2024.

                 Respectfully submitted,

                 /S/ MICHAEL JAY GREEN
                 MICHAEL JAY GREEN
                 DENISE M. HEVICON
                 MARIA F. PENN
                 Attorneys for Plaintiff
                 KARL KIMURA