# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741<br>\|Case No. 3:16-md-02741-VC<br>\|<br>\| **ORDER GRANTING MOTION TO MOVE**<br>\| **CASE TO WAVE VIII** |
| This document relates to: | |
| *Karl Kimura, et al. v. Monsanto Co.*<br>Case No.: 3:19-cv-00190-VC | \|<br>\|<br>\| |

Plaintiff's motion to move the case from Wave VII to Wave VIII is granted.

**IT IS SO ORDERED.**

Dated:

_____
VINCE CHHABRIA
United States District Judge