UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Ramey et al. v. Monsanto Co.*, Case No. 3:17-cv-05878-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE 7D** |
| | Re: Dkt. No. 17779 |

The motion is granted in part. The request to move the case to Wave 8 is denied because the plaintiffs' case has already been moved once, and the motion does not describe extraordinary circumstances that would justify a second move between waves. But the request to move the case to Wave 7D is granted.

**IT IS SO ORDERED.**

Dated: February 8, 2024

VINCE CHHABRIA
United States District Judge