UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Perillo v. Monsanto Co.*,<br>Case No. 3:21-cv-02550-VC | **ORDER GRANTING MOTION TO REVISE SCHEDULING ORDER**<br>Re: Dkt. No. 17751 |

The motion is granted. This case is part of Wave 7B, and the case shall proceed according to the Wave 7B schedule. *See* Dkt. Nos. 16414, 16424.

The schedule set forth in Dkt. No. 17234 is otherwise unchanged.

**IT IS SO ORDERED.**

Dated: February 8, 2024

VINCE CHHABRIA
United States District Judge