UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Kimble v. Monsanto Co.*, Case No. 21-cv-01334-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE 8** |
| | Re: Dkt. No. 17780 |

The motion to move the above-captioned case to Wave 8 is granted. If Ms. Kimble is unable to find substitute counsel by June 1, 2024, her current counsel should be prepared to explain why the type of cancer Ms. Kimble has justifies her counsel's decision to drop her as a client. Counsel for Ms. Kimble is directed to file a status update on or before June 1, 2024, regarding Ms. Kimble's representation.

**IT IS SO ORDERED.**

Dated: February 8, 2024

_____
VINCE CHHABRIA
United States District Judge