Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  This document relates to:  *Sami Khal v. Monsanto Co.*, Case No. 3:20-cv-09292-VC | CASE NO.: 3:16-md-02741-VC  **ORDER GRANTING PLAINTIFF SAMI KHAL'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE** |

**ORDER GRANTING PLAINTIFF SAMI KHAL'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE**

Plaintiff Sami Khal motion to move his case from Wave 7B to Wave 8 is GRANTED.

**IT IS SO ORDERED**.

Dated this  8th  day of ~~January~~ 2024.
                              February

APPROVED
Judge Vince Chhabria

1

**ORDER GRANTING PLAINTIFF'S REQUEST TO MOVE WAVE**