UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Lawrence Dixon, et al. v. Monsanto Co.*<br>Case No.: 3:19-cv-05885-VC | *[PROPOSED]* ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII |

Plaintiff's Unopposed Motion to move this case from Wave VII to Wave VIII is GRANTED.

**IT IS SO ORDERED.**

Dated:

                                                                                                            VINCE CHHABRIA<br>
                                                                                                            United States District Judge