UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Reiser v. Monsanto Co.*, Case No. 21-cv-05220-VC | **ORDER RE: MOTION FOR SUMMARY JUDGMENT** |
| | Re: Dkt. No. 17802 |

On November 29, 2022, the Court denied without prejudice Monsanto's previous motion for summary judgment in this case, noting that Plaintiff Brenda Reiser's attorney had been suspended from legal practice in December 2021. Dkt. No. 15873. Reiser's attorney, John Blincow, had apparently failed to notify Reiser that his license had been suspended, and he had not withdrawn from representing her. *See id.* The situation with Reiser's counsel seemed to explain why Reiser had failed to meet her discovery deadlines. To avoid punishing Reiser for her attorney's mistakes, the Court denied the summary judgment motion, moved the case from Wave 4D to Wave 7, directed the MDL lead plaintiffs' counsel to assist Reiser with finding new counsel, and directed the Clerk to provide the Court's order to the South Carolina Commission on Lawyer Conduct. *Id.*

Over a year later, nothing appears to have happened with Reiser's case. Blincow remains listed as Reiser's counsel on the docket. Monsanto has filed a renewed motion for summary judgment on the same grounds—that Reiser has failed to disclose any experts on causation.

Before granting the motion, the Court wants to be sure that Reiser has actually had the

opportunity to find a new attorney. Plaintiffs' lead counsel are directed to file a notice within 14 days explaining whether they complied with the November 29, 2022, order (Dkt. No. 15873) by contacting Reiser and any other MDL plaintiffs represented by John Blincow, and, if they complied, explaining what response they received. If lead counsel did not comply with the order, they should make reasonable efforts to do so now and file a notice within 14 days describing those efforts.

The March 7, 2024, hearing on Monsanto's motion for summary judgment is vacated.

**IT IS SO ORDERED.**

Dated: February 8, 2024

VINCE CHHABRIA
United States District Judge