Joseph R. Saveri (SBN 130064)
Christopher K. L. Young (SBN 318371)
David W. Lerch (State Bar No. 229411)
Itak K. Moradi (SBN 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
  cyoung@saverilawfirm.com
  dlerch@saverilawfirm.com
  imoradi@saverilawfirm.com

Robert L. Lieff (SBN 37568)
P.O. Box A
Rutherford, CA 94573
Telephone: (415) 250-4800
Email: rlieff@lieff.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **JONAS PEREZ-HERNANDEZ, ISABEL PAZ-HERNANDEZ, MOISES PEREZ-PAZ, ALLISON PEREZ-PAZ, and ABIGAIL PEREZ-PAZ**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **BAYER AKTIENGESELLSCHAFT**, a German joint-stock company; **BAYER CORPORATION**, an Indiana corporation; and **MONSANTO COMPANY**, a Delaware corporation, <br><br> *Defendants*. | MDL No. 2741 <br> Case No. 3:23-cv-4946-VC <br><br> **DECLARATION OF CHRISTOPHER YOUNG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO BAYER CORPORATION'S MOTION TO DISMISS** |

I, Christopher Young, declare and state as follows:

1. I am Partner at The Joseph Saveri Law Firm. I am an attorney duly authorized and licensed to practice and in good standing in the State of California. This declaration is based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2. Attached as Exhibit 1 is a true and correct copy (screenshot) of the California Secretary of State's "Business Search" results for "Bayer Corporation" as of January 12, 2024.

3. Attached as Exhibit 2 is a true and correct copy (screenshot) of the Bayer Corporation website homepage and the link it provides at the very bottom of the page to the Bayer "Transparency in Supply Chains Act Statement (2022)" as of January 12, 2024.

4. Attached as Exhibit 3 is a true and correct copy of the Bayer "Transparency in Supply Chains Act Statement (2022)".

5. Attached as Exhibit 4 is a true and correct copy (screenshots) of the Bayer Corp. website's "Contact Us" page as of January 12, 2024. The final six pages of this exhibit demonstrate information regarding the California locations presented on Bayer Corp.'s interactive map of its U.S. facilities.

6. Attached as Exhibit 5 is a true and correct copy (screenshots) of the Bayer Corp. website's "Bayer U.S. Products" page as of January 12, 2024. For purposes of this exhibit, I include only those products that Bayer Corp. lists under the letter "R."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 12, 2024 in San Francisco, California.

By: _/s/ Christopher Young_____
Christopher Young