# EXHIBIT 2


















