# EXHIBIT 4























