**ROSSETTI & DEVOTO, P.C.**
Louis J. DeVoto – NJ Attorney ID – 015891993
ldevoto@rossettidevoto.com
20 Brace Road, Suite 115
Cherry Hill, NJ 08034
(856) 354-0900
Attorney for Plaintiffs Michael J. Caccia and Holly Caccia, h/w

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| This document relates to:<br><br>*Michael J. Caccia and Holly Caccia v. Monsanto Co.*,<br>Case No. 3:20-cv-01915-VC | **PLAINTIFFS MICHAEL J. CACCIA AND HOLLY CACCIA'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT MONSANTO'S REPLY TO EXCLUDE TESTIMONY OF DR. BRAUNSTEIN OR, IN THE ALTERNATIVE, TO NOT ENTERTAIN THE NEW ARGUMENT; AND TO SUPPLEMENT THE RECORD**<br><br>Hearing:<br>Date:  February 22, 2024 • Time:  10:00a.m.<br>Place:  San Francisco Courthouse<br>Courtroom 4 – 17th Floor |

PLAINTIFFS MICHAEL J. CACCIA AND HOLLY CACCIA'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT MONSANTO'S REPLY TO EXCLUDE TESTIMONY OF DR. BRAUNSTEIN OR, IN THE ALTERNATIVE, TO NOT ENTERTAIN THE NEW ARGUMENT; AND TO SUPPLEMENT THE RECORD
3:16-md-02741 and Case No. 3:20-cv-01915-VC

1   Pursuant to Civil L.R. 7-3(d), Plaintiffs Michael J. Caccia and Holly Caccia ("Plaintiffs") seek leave to file a sur-reply to Defendant Monsanto Company's Reply in Support of its Motion to Exclude Testimony of Plaintiff's Specific Cause Expert Dr. Marc Braunstein ("Defendant's Reply"), ECF No. 16. The Court should grant this motion to allow Plaintiffs to respond to a completely new argument that was not made in Defendant Monsanto Company's Motion to Exclude Testimony of Dr. Marc Braunstein, or in the alternative, not entertain the new argument. The Court should also grant Plaintiffs' Motion to Supplement the Record to add to the Plaintiffs' Exhibits two cited deposition pages of Dr. Braunstein that were inadvertently omitted as an exhibit in the Opposition to Defendant Monsanto's Motion to Exclude Testimony of Dr. Marc Braunstein.

1.   Plaintiffs Caccia responded to each of the arguments in Defendant Monsanto Company's Motion to Exclude Testimony of Dr. Marc Braunstein. Defendant Monsanto did not make any arguments in its Motion regarding "Exposure Days" and specifically stated on page 3 at footnote 1:

> **. . . the focus of this motion is that Dr. Braunstein did not rule out known causes of Plaintiff's NHL. . .**

While Monsanto also states in that same footnote that they did not concede that Dr. Braunstein reliably ruled in Roundup as a cause, they never addressed the issue in their motion by point heading or otherwise.

Only after Plaintiffs filed their Response in Opposition did Monsanto Company raise the issue of exposure days. Doing so was improper and prevented Plaintiffs from addressing the argument making it extremely prejudicial. Plaintiffs respectfully request that the Court not entertain this argument and hold Monsanto Company true to the "focus of its motion" or, in the alternative, allow Plaintiffs the opportunity to file a sur-reply addressing that issue only.

1

PLAINTIFFS MICHAEL J. CACCIA AND HOLLY CACCIA'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT MONSANTO'S REPLY TO EXCLUDE TESTIMONY OF DR. BRAUNSTEIN OR, IN THE ALTERNATIVE, TO NOT ENTERTAIN THE NEW ARGUMENT; AND TO SUPPLEMENT THE RECORD
3:16-md-02741 and Case No. 3:20-cv-01915-VC

2. Plaintiffs Caccia cited to two pages in Dr. Braunstein's deposition in its Opposition to the Motion that were inadvertently omitted as exhibits. Plaintiffs Caccia was under the mistaken belief that Dr. Braunstein's entire deposition was included as Exhibit B in Monsanto's Exhibits. Plaintiffs Caccia respectfully request the opportunity to supplement its Opposition Exhibits with the two omitted deposition pages -- 35 and 37. Plaintiffs apologize for the oversight and seek leave herein to supplement their Opposition filing with the two additional deposition pages from Dr. Braunstein's deposition.

In conclusion, this Honorable Court should grant the relief requested in this motion to ensure that the Plaintiffs are not prejudiced by Monsanto's new argument, and to make sure the exhibit record is complete when issuing rulings on the testimony of Plaintiffs' Expert, Dr. Marc Braunstein.

Respectfully submitted,

Date: February 9, 2024

**ROSSETTI & DEVOTO, PC**
Louis J. DeVoto, Esquire
NJ Attorney ID – 015891993
20 Brace Road, Suite 115
Cherry Hill, New Jersey 08034
Telephone:   (856) 354-0900
Facsimile:    (856) 354-0920
ldevoto@rossettidevoto.com
Attorneys for Plaintiffs Michael and Holly Caccia

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: February 9, 2024

Louis J. DeVoto, Esquire

2
PLAINTIFFS MICHAEL J. CACCIA AND HOLLY CACCIA'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT MONSANTO'S REPLY TO EXCLUDE TESTIMONY OF DR. BRAUNSTEIN OR, IN THE ALTERNATIVE, TO NOT ENTERTAIN THE NEW ARGUMENT; AND TO SUPPLEMENT THE RECORD
3:16-md-02741 and Case No. 3:20-cv-01915-VC