# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| This document relates to:<br><br>*Michael J. Caccia and Holly Caccia v. Monsanto Co.,*<br>Case No. 3:20-cv-01915-VC | **[PROPOSED] ORDER GRANTING PLAINTIFFS MICHAEL J. CACCIA AND HOLLY CACCIA'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT MONSANTO'S REPLY TO EXCLUDE TESTIMONY OF DR. BRAUNSTEIN OR, IN THE ALTERNATIVE, TO NOT ENTERTAIN THE NEW ARGUMENT; AND TO SUPPLEMENT THE RECORD**<br><br>Date:  February 22, 2024 • Time:  10:00a.m.<br>Place:  San Francisco Courthouse<br>Courtroom 4 – 17th Floor |

Upon consideration of Plaintiffs Michael J. Caccia and Holly Caccia's Motion for Leave to File Sur-Reply to Defendant Monsanto's Reply to Exclude Dr. Braunstein or, in the alternative, not to entertain the argument,

**IT IS HEREBY ORDERED** that the motion to file the Sur-Reply is **GRANTED**; or in the alternative,

**IT IS HEREBY ORDERED** Monsanto's argument regarding exposure days will not be entertained at oral argument; and

**IT IS HEREBY FURTHER ORDERED** that the motion to Supplement the Record with deposition pages of Dr. Braunstein is **GRANTED**

Date: _____, 2024

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING PLAINTIFFS MICHAEL J. CACCIA AND HOLLY CACCIA'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT MONSANTO'S REPLY TO EXCLUDE TESTIMONY OF DR. BRAUNSTEIN OR, IN THE ALTERNATIVE, TO NOT ENTERTAIN THE NEW ARGUMENT; AND TO SUPPLEMENT THE RECORD
3:16-md-2741 and Case No. 3:20-cv-01915-VC