# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to: | Hon. Vince Chhabria |
| *Baid v. Monsanto Co.*, Case No. 3:20-cv-06774-VC | |
| *Baker v. Monsanto Co.*, Case No. 3:20-cv-02009-VC | |
| *Breger v. Monsanto Co.*, Case No. 3:18-cv-02257-VC | |
| *Brokaw v. Monsanto Co.*, Case No. 3:19-cv-07395-VC | |
| *Burlingame v. Monsanto Co.*, Case No. 3:20-cv-01629-VC | |
| *Canning v. Monsanto Co.*, Case No. 3:19-cv-04230-VC | |
| *Cotter v. Monsanto Co.*, Case No. 3:20-cv-03108-VC | |
| *Dew v. Monsanto Co.*, Case No. 3:19-cv-08082-VC | |
| *Diogo v. Monsanto Co.*, Case No. 3:19-cv-08087-VC | |
| *Engelking v. Monsanto Co.*, Case No. 3:20-cv-00846-VC | |
| *Helton v. Monsanto Co.*, Case No. 3:20-cv-00425-VC | |
| *Humphrey v. Monsanto Co.*, Case No. 3:20-cv-00019-VC | |
| *Inman v. Monsanto Co.*, Case No. 3:19-cv-08223-VC | |

JOINDER OF CO-PARTY'S OPPOSITION TO PLAINTIFFS' LEADERSHIP'S PROPOSED ALLOCATION OF COMMON BENEFIT FUNDS

- 2 -

| | |
|---|---|
| 1 | *King v. Monsanto Co.*, Case No. 3:19-cv-08083-VC |
| 2 | |
| 3 | *Lynn v. Monsanto Co.*, Case No. 3:20-cv-01221-VC |
| 4 | |
| 5 | *Medugno v. Monsanto Co.*, Case No. 3:21-cv-04635-VC |
| 6 | *Miller v. Monsanto Co.*, Case No. 3:19-cv-07393-VC |
| 7 | |
| 8 | *Miller v. Monsanto Co.*, Case No. 3:19-cv-07394-VC |
| 9 | |
| 10 | *Morin v. Monsanto Co.*, Case No. 3:20-cv-01019-VC |
| 11 | |
| 12 | *Nelson v. Monsanto Co.*, Case No. 3:19-cv-04576-VC |
| 13 | *Nicolacopoulos v. Monsanto Co.*, Case No. 3:20-cv-01018-VC |
| 14 | |
| 15 | *Phillips v. Monsanto Co.*, Case No. 3:20-cv-00844-VC |
| 16 | |
| 17 | *Plummer v. Monsanto Co.*, Case No. 3:19-cv-04580-VC |
| 18 | *Ryan v. Monsanto Co.*, Case No. 3:20-cv-03936-VC |
| 19 | |
| 20 | *Ryder v. Monsanto Co.*, Case No. 3:20-cv-00584-VC |
| 21 | |
| 22 | *Turner v. Monsanto Co.*, Case No. 3:19-cv-06392-VC |
| 23 | |
| 24 | *Vogel v. Monsanto Co.*, Case No. 3:20-cv-00845-VC |
| 25 | *Zhitnikov v. Monsanto Co.*, Case No. 3:22-cv-00305-VC |
| 26 | |
| 27 | |
| 28 | |

# JOINDER OF CO-PARTY'S OPPOSITION TO PLAINTIFFS' LEADERSHIP'S PROPOSED ALLOCATION OF COMMON BENEFIT FUNDS

For the reasons cited in Diamond Law Firm's Opposition (Doc. 17895) pertaining to the significant lack of leadership by Co-Lead Counsel and their failings in this regard, Thornton Law Firm, LLP, joins in the Diamond Law Firm's Opposition to the proposed allocation of the Common Benefit Fund and seeks the same relief as set forth therein.

DATED: February 9, 2024

Respectfully submitted

/s/      David Bricker      .
David Bricker
THORNTON LAW FIRM, LLP
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
T: (310) 282-8676
F: (310) 388-5316
dbricker@tenlaw.com

- 4 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February, 2024, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

/s/     *David Bricker*     .
David Bricker