UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| This document relates to: | Honorable Vince Chhabria |
| *Walter Holden v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:19-cv-5085-VC | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII, SUB-WAVE C** |

Plaintiff Walter Holden – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VII, Sub-Wave D to Wave VIII, Sub-Wave C:

1. Walter Holden's case is part of Wave VII, Sub-Wave D.

2. Mindful of the deadlines pertaining to Wave VII cases, the parties have diligently pursued discovery in this matter.

3. The parties have not yet completed Plaintiff's or his spouse's depositions. Plaintiff's treating oncologist's deposition and his primary care physician's deposition have not yet been noticed. Plaintiff has been seriously ill for several months now and has been unable to sit for his deposition. His wife has served as his primary caretaker during this time and therefore also cannot sit for her deposition at this time.

4. Defendant has not served its first round of written discovery and document requests. Plaintiff also intends to propound written discovery.

5. Counsel for Plaintiff Walter Holden met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VIII, Sub-Wave C, and Monsanto does not oppose this request.

6. Parties seeking to move a case to a later wave are required to state in their motion whether a case has previously been moved. See Dkt. No. 17323. Plaintiff Holden's matter was moved, at the request of plaintiff, from wave VI, Sub wave B, to wave VII, Sub wave D on April 23, 2023. Cases that have already been moved from one wave to another at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234. Plaintiff's health circumstances, which by no fault of his own, are preventing discovery from proceeding and are extraordinary circumstances that render this second wave change necessary. As stated, Monsanto and their Counsel do not disagree and as such, they will not be prejudiced by a wave change.

Therefore, Plaintiff Walter Holden, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VII, Sub-Wave D to Wave VIII, Sub-Wave C.

Date: February 12, 2024

Respectfully Submitted,

By: *Kristy M Arevalo*

Kristy M. Arevalo
Sarah N. Shahatto
Aabru Madni
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2024, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _Kristy M Arevalo_
Kristy M. Arevalo
McCUNE LAW GROUP