UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 <br> \| Master Docket Case No. 16-md-02741-VC <br> \| <br> \| Honorable Vince Chhabria |
| This document relates to: <br><br> *Walter Holden v. Monsanto Co. and John Does 1-100 inclusive,* <br> Case No.: 3:19-cv-5085-VC | \| <br> \| **ORDER GRANTING MOTION TO MOVE** <br> \| **CASE TO WAVE VIII, SUB WAVE C** <br> \| <br> \| |

    Plaintiff's motion to move the case from Wave VII, Sub-Wave D to Wave VIII, Sub-Wave C is granted.

**IT IS SO ORDERED.**

Dated: _____, 2024　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT