UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER DENYING MOTION TO APPEAR BY VIDEOCONFERENCE** |
| *Turnoff v. Monsanto Co.*, Case No. 19-cv-03837-VC | Re: Dkt. No. 17782 |

The Court has found that in-person *Daubert* hearings are the best way to assess the reliability of experts.  It is possible the Court will decide that the motions can be resolved on the papers, but unless the parties hear otherwise, they should plan for an in-person hearing. The motion to appear by videoconference is denied.  Attorneys and members of the public who wish to follow the hearing will be able to do so by video and/or audio.

**IT IS SO ORDERED.**

Dated: February 12, 2024

_____

VINCE CHHABRIA
United States District Judge