UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER RE: STIPULATIONS TO REMAND CASES** |
| *Kapolnek v. Monsanto Co.*, Case No. 18-cv-04014-VC | Re: Dkt. Nos. 17819, 17820, 17821 |
| *Plazak v. Monsanto Co.*, Case No. 21-cv-04927-VC | |
| *Sundaraj v. Monsanto Co.*, Case No. 21-cv-00239-VC | |

  In each of the above-captioned cases, the individual plaintiff and Monsanto have filed stipulations stating that they have reached a settlement, but that the parties have agreed "that this lawsuit should be remanded to state court for the sole purpose of effectuating the settlement" or "the sole purpose of adjudicating and enforcing liens." Dkt. Nos. 17819, 17820, 17821. The parties ask that their cases be remanded to the Circuit Court of Cook County, Illinois, where the cases were originally filed.

  Because the Court has never seen motions like this before, it would like to hear further from the parties—including from Lead Plaintiffs' Counsel—about their propriety. Aside from anything else they wish to address, the parties should discuss whether the Court has authority to remand a case for which there is indisputably federal jurisdiction simply because the parties stipulate to a return to state court. Each brief (from counsel for the individual plaintiffs, Lead

Plaintiffs' Counsel, and Monsanto) should not exceed five pages. The brief from Lead Plaintiffs' Counsel is due 7 days from this order, and the briefs from the other parties are due 14 days from this order.

**IT IS SO ORDERED.**

Dated: February 12, 2024

VINCE CHHABRIA
United States District Judge