UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER DENYING MOTION TO MOVE CASE TO A LATER WAVE** |
| *Baker v. Monsanto Co.*, Case No. 19-cv-05873-VC | Re: Dkt. No. 17845 |
| *Batts v. Monsanto Co.*, Case No. 20-cv-05939-VC | |
| *Hernandez v. Monsanto Co.*, Case No. 19-cv-05872-VC | |
| *Daniels et al. v. Monsanto Co.*, Case No. 19-cv-05870-VC | |
| *Bischoff v. Monsanto Co.*, Case No. 20-cv-05937-VC | |

The motion to move the above-captioned cases to a later wave is denied. Cases that have already been moved from one wave to another at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234. In addition, parties seeking to move a case to a later wave are required to state in their motion whether a case has previously been moved. Dkt. No. 17323. It appears that the above-captioned cases were previously moved, but the motion does not note this. *See* Dkt. Nos. 15482, 17225.

The plaintiffs may refile motions to move the cases that comply with the above requirements.

2

**IT IS SO ORDERED.**

Dated: February 13, 2024

_____
VINCE CHHABRIA
United States District Judge