Case 3:16-md-02741-VC   Document 17908   Filed 02/13/24   Page 1 of 2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

_____

Case No. 16-md-02741-VC

This document relates to:

*Paul Dinicola v. Monsanto Co.,*  
Case No. 3:22-cv-05049-VC

## ORDER

Considering Plaintiff's Motion brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that Pam Dinicola be substituted as a party plaintiff in place of Paul Dinicola and that the Clerk of Court is hereby directed to amend the caption of this case to the following:

PAM DINICOLA, INDIVIDUALLY AND ON BEHALF OF PAUL DINICOLA

V.

MONSANTO COMPANY

This  13th  day of    February   , 2024



APPROVED  
Judge Vince Chhabria