**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030 | Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843 | Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400 | Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100 | Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No: 3:16-md-02741-VC |
| *Michael J. Caccia, et al. v. Monsanto Co.*, 3:20-cv-01915-VC | **DEFENDANT MONSANTO COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO MOTION TO EXCLUDE TESTIMONY OF DR. BRAUNSTEIN**<br><br>Hearing:<br>Date:   February 22, 2024<br>Time:   10:00 a.m.<br>Place:  San Francisco Courthouse,<br>           Courtroom 4 – 17th Floor |

1. Defendant Monsanto Company opposes Plaintiffs' motion for leave to file a sur-reply. Monsanto filed its reply in support of its motion to exclude Dr. Braunstein on January 22, 2024. Plaintiffs waited eighteen days to file their motion for leave to file a sur-reply; accordingly, this Court should deem Plaintiffs' motion untimely and deny it on that basis. *Cf.* N.D. Cal. Civ. R. 7-3(d)(1) (in the analogous context of objecting to purportedly new evidence submitted in a reply, requiring the objection to be filed "not more than 7 days after the reply was filed").

In any event, Plaintiffs' motion should be denied on its merits. Plaintiffs assert that Monsanto raised a new issue for the first time in Monsanto's reply brief. The supposedly new issue Monsanto raised is that Dr. Braunstein's approach to "ruling in" Roundup as a potential cause of Mr. Caccia's NHL was unreliable because it was based only on the "exposure days" methodology of the McDuffie and Eriksson studies that this Court previously held were unreliable. But it was *Plaintiffs*, not Monsanto, who first raised the reliability of Dr. Braunstein's "rule in" approach—that issue was front and center in Plaintiffs' opposition to Monsanto's motion to exclude Dr. Braunstein, which repeatedly argued that Dr. Braunstein properly "ruled in" Roundup based on the duration of Mr. Caccia's exposure. *See, e.g.*, Opp. at 10 ("Dr. Braunstein …clearly identified glyphosate as a risk factor for the development of NHL and supports that opinion through his analysis of … multiple epidemiological studies."); *id*. at 6 ("Dr. Braunstein offers the opinion that Mr. Caccia's longstanding use exposure to Roundup … was a substantial factor in his development of NHL"); *id*. at 12-13 (arguing that Dr. Braunstein was not required to consider idiopathic causes because Dr. Braunstein "ruled in" Roundup). Because Plaintiffs raised the issue of the reliability of Dr. Braunstein's "rule in" approach, it was fair game for Monsanto to respond to that issue in reply. *See, e.g.*, *Baron A. Wolman Archives Tr. through Wareham v. Complex Media, Inc.*, 2022 WL 523597, at *5 (S.D.N.Y. Feb. 22, 2022) (because "the reply was the first opportunity" for the movant to address the non-movant's "arguments raised in opposition," the court deemed the reply arguments not waived).

For these reasons, Monsanto respectfully requests this Court to deny Plaintiffs' motion for leave to file a sur-reply.

Dated: February 13, 2024					Respectfully submitted,

						/s/ Linda C. Hsu
						Attorney for Defendant Monsanto Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2024 a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

						/s/ Linda C. Hsu
						Linda C. Hsu