**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030 | Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843 | Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400 | Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100 | Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No: 3:16-md-02741-VC |
| *Michael J. Caccia, et al. v. Monsanto Co.*, 3:20-cv-01915-VC | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. BRAUNSTEIN** |
| | Hearing:<br>Date:   February 22, 2024<br>Time:  10:00 a.m.<br>Place: San Francisco Courthouse,<br>          Courtroom 4 – 17th Floor |

Upon consideration of Plaintiffs' Motion for Leave to File Sur-Reply to Monsanto's Reply In Support of its Motion to Exclude Dr. Braunstein (Dkt. 17894),

IT IS HEREBY ORDERED that the motion is DENIED IN FULL.

Date: _____, 2024

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT