**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Angelo Bulone v. Monsanto Company, 3:20-cv-03719-VC* | **MONSANTO COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO STRIKE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERT LUOPING ZHANG, PH.D.**<br><br>[Filed concurrently with [Proposed] Order] |

Defendant Monsanto Company ("Monsanto") hereby moves unopposed for an order granting it an extension to file a *Daubert* motion regarding Luoping Zhang, Ph.D., an expert disclosed by Wave 6D Plaintiff Angelo Bulone ("Plaintiff").

1. On November 7, 2023, Monsanto filed its Motion to Strike Expert Report of Luoping Zhang, Ph.D. ("Motion") for failure to provide an expert report compliant with Federal Rule of Civil Procedure 26(a)(2)(B). ECF No. 41.

2. On January 9, 2024, the Court denied Monsanto's Motion, but stated that

> to avoid any possible prejudice to Monsanto and to permit it to file a *Daubert* motion regarding Zhang if it wishes to do so, the Court will allow Monsanto to seek any necessary extensions of time. Specifically, Monsanto may file a motion for relief from any relevant discovery deadlines and/or for an extension of time in which to file a *Daubert* motion regarding Zhang. The Court would be inclined to grant reasonable extensions for these purposes.

Jan. 9, 2024 Order (ECF No. 17743).

3. The August 30, 2023 Order Granting Joint Request For Revised Schedule for Wave 6-7 Cases And Adding Wave 8 Schedule ("Revised Schedule") provided the following *Daubert* deadlines:

| Event | Date |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 12/14/2023 |
| Plaintiffs' *Daubert* briefs due. | 12/14/2023 |
| Oppositions to *Daubert* and summary judgment motions due. | 1/8/2024 |
| Replies re: *Daubert* and summary judgment due. | 1/22/2024 |
| *Daubert* hearing (if necessary). | 3/1/2024 |
| Summary judgment hearing (if necessary) | 2/8/2024 |

Aug. 30, 2023 Revised Schedule (ECF No. 17234).

4. Pursuant to this Court's Jan. 9, 2024 Order, Monsanto requests that the above-referenced briefing schedule be amended as follows to allow Monsanto to file a *Daubert* motion regarding Zhang:

| Event | Date |
|---|---|
| Monsanto's *Daubert* brief due. | March 6, 2024 |
| Opposition to *Daubert* motion due. | March 27, 2024 |
| Reply re: *Daubert* due. | April 10, 2024 |
| *Daubert* hearing (if necessary). | To be scheduled by the Court, if necessary. |

5. Monsanto has already submitted *Daubert* and summary judgment briefs regarding three other experts in this case pursuant to the August 30, 2023 Revised Schedule. (ECF Nos. 50, 51, and 52). Monsanto's proposed extension would not otherwise modify the schedule for the Wave 6 cases.

6. Monsanto's counsel discussed the proposed extension with Plaintiff's counsel and Plaintiff's counsel agrees with the proposed deadlines.

Dated: February 13, 2024                Respectfully submitted,

*/s/ Linda C. Hsu*
Linda C. Hsu
Attorney for Defendant Monsanto Company

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Linda C. Hsu*
Linda C. Hsu