1
2
3
4
5
6
7    **UNITED STATES DISTRICT COURT**
8    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Angelo Bulone v. Monsanto Company, 3:20-cv-03719-VC* | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO STRIKE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERT LUOPING ZHANG, PH.D.** |

1  Pursuant to Defendant Monsanto Company's ("Monsanto") Unopposed
2  Motion for Extension of Time to File Motion to Strike Opinions and Testimony of
3  Luoping Zhang, Ph.D. (the "Unopposed Motion"), and for good cause shown, the
4  Court hereby enters the following Order:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Monsanto's Unopposed Motion is GRANTED.

2. The briefing schedule for Monsanto's Motion to Strike Opinions and Testimony of Luoping Zhang, Ph.D. shall be as follows:

| Event | Date |
|---|---|
| Monsanto's *Daubert* brief due. | March 6, 2024 |
| Opposition to *Daubert* motion due. | March 27, 2024 |
| Reply re: *Daubert* due. | April 10, 2024 |
| *Daubert* hearing (if necessary). | To be scheduled by the Court, if necessary. |

**IT IS SO ORDERED**.

Dated: _____       _____
　　　　　　　　　　　　　　　　　　　Honorable Vince G. Chhabria
　　　　　　　　　　　　　　　　　　　United States District Court Judge