UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 16-md-02741-VC |
| This document relates to: *Beckfield v. Monsanto Co.*, Case No. 21-cv-05322-VC | **ORDER GRANTING MOTION TO CONTINUE DAUBERT HEARING**<br><br>Re: Member Case Dkt. No. 29 |

The motion is granted. The March 1, 2024, hearing on the motions to exclude in the above-captioned case is vacated. If the Court requires a hearing to decide the motions, it will set one at a later date.

As of now, the other Wave 6 *Daubert* hearings remain scheduled for March 1.

**IT IS SO ORDERED.**

Dated: February 13, 2024

VINCE CHHABRIA
United States District Judge