UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Sophie Eordekian v. Monsanto Company,*<br>Case No. 3:20-cv-05874-VC | [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal With Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal With Prejudice as to the above referenced captioned matter.

**IT IS SO ORDERED.**

Dated: February 13, 2024



Vince Chhabria

---

JOINT STIPULATION OF DISMISSAL with PREJUDICE OF *EORDEKIAN* LAWSUIT
3:16-md-02741-VC & 3:20-cv-05874-VC