UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS  　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION  　　　　　　　　　　　　Case No. 3:16-MD-02741-VC
_____/

This document relates to:

*Arthur J. King, Jr. and Veronique L.
Horne-King v. Monsanto Co.*
Case No. 3:21-cv-09294-VC

_____/

## UNOPPOSED MOTION TO REASSIGN CASE TO WAVE VIII

Plaintiffs Arthur King and Veronique L. Horne-King ("Mr. and Mrs. King"), without opposition from Defendant Monsanto Company, respectfully request the Court reassign their case from Wave VII to Wave VIII and, in support of this request, states as follows:

1. Mr. and Mrs. King's case is currently part of Wave VII.

2. Thus far, the Parties have engaged in discovery in this matter but discovery is not yet complete.

3. Mr. and Mrs. King are changing counsel in this matter, with the Ferraro Law Firm substituting in for their prior firm, Trenam Law. The Notice of Substitution of Counsel is being contemporaneously filed. Due to this substitution, Mr. and Mrs. King's new counsel needs additional time to complete discovery and prepare this matter for trial.

4. This is Mr. and Mrs. King's first request for a continuance of his case to a later wave and their case has not previously been moved.

Therefore, Plaintiffs Arthur King and Veronique L. Horne-King, without opposition from Defendant, respectfully request that this Honorable Court move this case from Wave VII to Wave VIII.

Dated: February 14, 2024.

          **TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.**

BY: */s/Shirin M. Vesely*
SHIRIN M. VESELY, FBN 21156
svesely@trenam.com  rvalente@trenam.com
JOHN D. GOLDSMITH, FBN 444278
jdgoldsmith@trenam.com  idawkins@trenam.com
svanboskerck@trenam.com
200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 820-0835
*Attorneys for Plaintiffs*
*ARTHUR J. KING, JR. AND*
*VERONIQUE L. HORNE-KING*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of February, 2024, I electronically transmitted the foregoing Unopposed Motion To Move Case To Wave VIII to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by Fed. R. Civ. P. 5.

*/s/Shirin M. Vesely*
SHIRIN M. VESELY