**ROSSETTI & DEVOTO, P.C.**
LOUIS J. DEVOTO – NJ ATTORNEY ID – 015891993
ldevoto@rossettidevoto.com
20 Brace Road, Suite 115
Cherry Hill, NJ 08034
(856) 354-0900
Attorney for Plaintiffs Michael J. Caccia and Holly Caccia, h/w

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| This document relates to:<br><br>*Michael J. Caccia and Holly Caccia v. Monsanto Co.*,<br>Case No. 3:20-cv-01915-VC | **PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>Hearing:<br>Date:  February 22, 2024 • Time:  10:00a.m.<br>Place:  San Francisco Courthouse<br>Courtroom 4 – 17th Floor |

PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY
3:16-md-02741 and Case No. 3:20-cv-01915-VC

## ARGUMENT

Plaintiffs' basis for filing a sur-reply is only necessary because defendant Monsanto Company, in its reply brief to the original motion, misrepresents the Court's ruling in PTO 85 and then uses that as a basis to argue that Dr. Braunstein failed to reliably "rule-in" Roundup as a cause of Mr. Caccia's NHL, despite his 133 exposure days. PTO 85 clearly indicates that Roundup exposure sufficient to cause cancer is a general causation question established through general causation experts upon whom specific causation experts, like Dr. Braunstein, may rely upon as a basis in forming their opinions. By way of sur-reply, plaintiffs would simply provide and highlight for the Court the report and deposition testimony of Dr. Braunstein wherein he makes that clear. If the Court's own understanding of PTO 85 is such that it would not need to see additional deposition testimony from Dr. Braunstein or entertain argument in that regard, then the sur-reply is not necessary.

Because there is no opposition to supplementing the exhibits to add two additional deposition pages of Dr. Braunstein, plaintiff Caccia respectfully requests the Court grant that motion and specify how the Court wishes for those pages to be supplemented.

Thank you for your kind consideration.

Date: February 14, 2024

Respectfully submitted,

**ROSSETTI & DEVOTO, PC**
Louis J. DeVoto, Esquire
NJ Attorney ID – 015891993
20 Brace Road, Suite 115
Cherry Hill, New Jersey 08034
Telephone:     (856) 354-0900
Facsimile:     (856) 354-0920
ldevoto@rossettidevoto.com
Attorneys for Plaintiffs Michael and Holly Caccia

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: February 14, 2024

_____
Louis J. DeVoto, Esquire