UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 |
| | Case No.: 16-md-02741-VC |
| This document relates to: | |
| *NOLAN LEBLANC, ET AL v. MONSANTO CO.* Case No.: 3:22-cv-05978-VC | |

## CONSENT MOTION TO SUBSTITUTE PARTY FOR DECEASED PLAINTIFF

NOW INTO COURT comes Plaintiffs, Gaye Leblanc and Faye Leblanc Galjour who give this Court notice pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure of the death of Plaintiff, Nolan Leblanc and seek to substitute his estate as a party Plaintiff.

The parties have reached a tentative settlement agreement in this matter, but for settlement to proceed, Plaintiffs seek to clarify the record accordingly. Defendant, Monsanto Company not only consents to the granting of this motion, it requested that it be filed.

Nolan Leblanc passed away on March 22, 2023. His Death Certificate is attached hereto and made a part hereof, as Exhibit A. His spouse and subject of the current "RoundUp" claims, Flavia Leblanc, predeceased him and he leaves but two (2) surviving children, Plaintiffs Gaye Leblanc and Faye Leblanc Galjour. No succession has been opened, nor is there any intention to do so. As such, Plaintiffs hereby move this Court to substitute as a party Plaintiff, "The Estate of Nolan Leblanc", for the late "Nolan Leblanc", so that his claims survive and settlement may proceed.

Granting of this motion will not delay litigation, rather, it will assist in resolution.

Respectfully submitted:

LAW OFFICES OF MATT & ALLEN, L.L.C.

_____
JASON A. MATT (#33602)
Email: jmatt@mattandallen.com
       paralegal@mattandallen.com
Post Office Box 4405
Lafayette, Louisiana 70502
Telephone: 337-237-1000
Facsimile: 337-232-7580
Attorney for Plaintiffs

## CERTIFICATE OF CONFERENCE

I hereby certify that Monsanto Company does not object to the filing or granting of the foregoing motion.

_____
JASON A. MATT

## CERTIFICATE OF SERVICE

I hereby certify that, on this __16__ day of February, 2024, the foregoing Consent Motion to Substitute Party for Deceased Plaintiff was served on all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system.

LAW OFFICES OF MATT & ALLEN, L.L.C.

_____
JASON A. MATT (#33602)
Email: jmatt@mattandallen.com
       paralegal@mattandallen.com
Post Office Box 4405
Lafayette, Louisiana 70502
Telephone: 337-237-1000
Facsimile: 337-232-7580
Attorney for Plaintiffs

2