UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*NOLAN LEBLANC, ET AL v. MONSANTO CO.*<br>Case No.: 3:22-cv-05978-VC | MDL No.: 2741<br><br>Case No.: 16-md-02741-VC |

## ORDER

CONSIDERING Plaintiffs' Consent Motion to Substitute Party for Deceased Plaintiff,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiffs' motion is GRANTED and the Clerk of Court is instructed to substitute "The Estate of Nolan Leblanc" for "Nolan Leblanc" as party Plaintiff in the above captioned and numbered cause.

THUS DONE AND SIGNED, this ___ day of _____, 2024.

_____
**HON. VINCE CHHABRIA**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF CALIFORNIA**

3