UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 |
| | Case No.: 16-md-02741-VC |
| This document relates to: | |
| *NOLAN LEBLANC, ET AL v. MONSANTO CO.* Case No.: 3:22-cv-05978-VC | |

**CONSENT MOTION TO SUBSTITUTE PARTY FOR DECEASED PLAINTIFF**

NOW INTO COURT comes Plaintiffs, Gaye Leblanc and Faye Leblanc Galjour who give this Court notice pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure of the death of Plaintiff, Nolan Leblanc and seek to substitute his estate as a party Plaintiff.

The parties have reached a tentative settlement agreement in this matter, but for settlement to proceed, Plaintiffs seek to clarify the record accordingly. Defendant, Monsanto Company not only consents to the granting of this motion, it requested that it be filed.

Nolan Leblanc passed away on March 22, 2023. His Death Certificate is attached hereto and made a part hereof, as Exhibit A. His spouse and subject of the current "RoundUp" claims, Flavia Leblanc, predeceased him and he leaves but two (2) surviving children, Plaintiffs Gaye Leblanc and Faye Leblanc Galjour. No succession has been opened, nor is there any intention to do so. As such, Plaintiffs hereby move this Court to substitute as a party Plaintiff, "The Estate of Nolan Leblanc", for the late "Nolan Leblanc", so that his claims survive and settlement may proceed.

Granting of this motion will not delay litigation, rather, it will assist in resolution.

1

Respectfully submitted:

**LAW OFFICES OF MATT & ALLEN, L.L.C.**

**JASON A. MATT (#33602)**
Email: jmatt@mattandallen.com
        paralegal@mattandallen.com
Post Office Box 4405
Lafayette, Louisiana 70502
Telephone: 337-237-1000
Facsimile: 337-232-7580
Attorney for Plaintiffs

## CERTIFICATE OF CONFERENCE

I hereby certify that Monsanto Company does not object to the filing or granting of the foregoing motion.

**JASON A. MATT**

## CERTIFICATE OF SERVICE

I hereby certify that, on this __16__ day of February, 2024, the foregoing Consent Motion to Substitute Party for Deceased Plaintiff was served on all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system.

**LAW OFFICES OF MATT & ALLEN, L.L.C.**

**JASON A. MATT (#33602)**
Email: jmatt@mattandallen.com
        paralegal@mattandallen.com
Post Office Box 4405
Lafayette, Louisiana 70502
Telephone: 337-237-1000
Facsimile: 337-232-7580
Attorney for Plaintiffs

2

UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741 |
| | Case No.: 16-md-02741-VC |
| This document relates to: | |
| *NOLAN LEBLANC, ET AL v.* *MONSANTO CO.* Case No.: 3:22-cv-05978-VC | |

**ORDER**

CONSIDERING Plaintiffs' Consent Motion to Substitute Party for Deceased Plaintiff,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiffs' motion is

GRANTED and the Clerk of Court is instructed to substitute "The Estate of Nolan Leblanc" for

"Nolan Leblanc" as party Plaintiff in the above captioned and numbered cause.

THUS DONE AND SIGNED, this ___ day of _____, 2024.

_____
**HON. VINCE CHHABRIA**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF CALIFORNIA**

## CERTIFICATION OF DEATH

BIRTH NUMBER:

STATE FILE NUMBER: 2023-009-00554

**09571797**

| RESIDENT | | | | |
|---|---|---|---|---|
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DATE OF BIRTH | DATE OF DEATH | | TIME OF DEATH |
| LEBLANC, NOLAN JOSEPH | 09/23/1928 | 03/22/2023 | | 09:00 AM |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | SEX | SOCIAL SECURITY NUMBER | | AGE |
| NEW ORLEANS, LA UNITED STATES | MALE | 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 | | 94 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX): | | | | |

**PERSONAL**

| | | | | |
|---|---|---|---|---|
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | WITHIN CITY LIMITS? | PARISH/COUNTY |
| 400 POLLY LN. , LAFAYETTE, LA 70508 UNITED STATES | | | YES | LAFAYETTE |
| EVER IN U.S. ARMED FORCES? | OCCUPATION | | INDUSTRY OF OCCUPATION | |
| YES | RIVERBOAT PILOT | | MARINE | |
| MARITAL STATUS | | NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | | |
| WIDOWED | | | | |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | | |
| LEBLANC, BENJAMIN | LOCKPORT, LA UNITED STATES | | | |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | | | |
| GUIDRY, FLORESTINE | ST CHARLES PARISH, LA UNITED STATES | | | |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | RELATIONSHIP TO DECEDENT | | INFORMANT'S ADDRESS | |
| GALJOUR, FAYE | DAUGHTER | | 101 OAKLEY DR. , LAFAYETTE, LA 70508 UNITED STATES | |
| EDUCATION: 8TH GRADE OR LESS | | | | |
| OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | | | | |
| RACE: WHITE | | | | |

**DEATH INFO**

| PLACE OF DEATH | FACILITY NAME | |
|---|---|---|
| NURSING HOME/LONG TERM CARE FACILITY | THE BLAKE AT LAFAYETTE | |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | PARISH/COUNTY |
| 400 POLLY LN. , LAFAYETTE, LA 70508 UNITED STATES | | LAFAYETTE |

**DISPOSITION**

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | |
|---|---|---|
| BURIAL | ST JOSEPH CEMETERY | |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | | DATE OF DISPOSITION |
| GALLIANO, LA UNITED STATES | | 03/28/2023 |

**FUNERAL FACILITY**

| FUNERAL FACILITY NAME | ADDRESS OF FUNERAL FACILITY | |
|---|---|---|
| FALGOUT FUNERAL HOME, LLC - CUT OFF | 17330 W. MAIN ST. , CUT OFF, LA 70345 UNITED STATES | |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | LICENSE NUMBER | CORONER NOTIFIED? |
| COMARDELLE, DELBERT P | E1993 | Y |
| SIGNATURE OF FUNERAL DIRECTOR | | DATE |
| *e-sign* | | 3/27/2023 |

**MEDICAL INFO**

| MANNER OF DEATH | NATURAL |
|---|---|
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

**CAUSE OF DEATH**

| PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. HEART DISEASE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |
| PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | | |

| WAS AN AUTOPSY PERFORMED? | | FINDINGS USED IN DETERMINING CAUSE? | | |
|---|---|---|---|---|
| NO | | NOT APPLICABLE | | |

**INJURY INFORMATION**

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | | | PARISH/COUNTY |
| DESCRIBE HOW INJURY OCCURED | | | | |

**CERTIFIER**

| I CERTIFY THAT I ATTENDED THE DECEDENT FROM 3/21/2023 TO 3/22/2023 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED. | | |
|---|---|---|
| SIGNATURE OF CERTIFIER: | *e-sign* | DATE 3/24/2023 |
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | PERRIN-BELLELO, TYLER | |
| CERTIFIER TITLE: PRONOUNCING & CERTIFYING PHYSICIAN | | |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | | |
| 459 HEYMANN BLVD. , LAFAYETTE, LA 70503 UNITED STATES | | |
| BURIAL TRANSIT PERMIT | PARISH OF ISSUE | DATE OF ISSUE | DATE FILED WITH REGISTRAR |
| 525092 | ORLEANS | 03/24/2023 | 3/27/2023 |

**REGISTRAR**

| SIGNATURE OF REGISTRAR | NADINE MIMS SMITH *e-sign* |
|---|---|
| ISSUED BY: Ashmun, Amy Rodrigue | Issued On: 3/28/2023 2:09:40 PM |





09571797

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID.
DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



DEVIN GEORGE
STATE REGISTRAR



**EXHIBIT**

A

AmeriTech, Incorporated    ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE