UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>Hon. Vince Chhabria |

## FEE COMMITTEE'S REPLY TO ANDRUS ANDERSON LLP'S OBJECTION TO THE PROPOSED ALLOCATION OF COMMON BENEFIT FUNDS

Andrus Anderson LLP ("Andrus Anderson") objects to the Fee Committee's proposed allocation and requests an award equal to its lodestar of $548,953.00. The RFC generally agrees that all common benefit counsel have earned (at the very least) an award equal to their lodestar. But, unfortunately, the limited funds available for distribution in this litigation do not allow this to happen. As explained in the RFC's initial filing, the proposed allocation for every firm, other than Moore Law, would result in a negative multiplier. Additionally, as noted by Special Master Foster in his Order Setting the Process to Apply for Disbursements from the Common Benefit Fund, "[t]he number of hours billed may be considered, but multiplying a number of hours by an hourly rate is not the best way to assess the quality of work or the value it conferred." Dkt. 17367 at Sec. IV ¶ 1. That instruction makes sense in this litigation as the common benefit fund is not large enough to support a loadstar recovery for everyone.

The issues raised in Andrus Anderson's Objection were considered by the RFC in reaching its proposed allocation, including (1) the role (and continuing role) of Liaison Counsel in the

MDL[1]; (2) the limited number of individual clients represented by the firm; (3) the reliance of the firm on the common benefit system, and (4) how an award may disincentivize lawyers to serve in the role of Liaison Counsel. The points raised by Andrus Anderson[2] are all valid which is why the RFC noted in its proposed allocation that "the application of Special Master Foster's criteria to AA is especially difficult." Nonetheless, the RFC was tasked with determining each firm's contribution to the advancement of the MDL which necessarily required a comparison of each firm under the Special Master's criteria. Faced with the constraints of the total number of hours compared to the overall size of the fund, the RFC concluded that Andrus Anderson should receive 1% of the common benefit fund. The RFC continues to stand by this determination.

Date: February 16, 2024                    Respectfully submitted,

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003

/s/ Aimee Wagstaff
Aimee Wagstaff
awagstaff@wagstafflawfirm.com
Wagstaff Law Firm
940 Lincoln Street
Denver, CO 80203

/s/ David Dickens
David Dickens

---

[1] Andrus Anderson notes that its work in the MDL "has not been limited to administrative tasks." While the RFC's initial filing states that Andrus Anderson's work "consisted primarily of administrative tasks" it does point out that the firm did assist with some "litigation-related activities." These activities as suggested in the Objection included researching and drafting of motions. While Andrus Anderson did assist in these activities, it was MDL Leadership that was primarily responsible for compiling the brief.

[2] Points (3) and (4) can and should be equally applied to all applicants. Indeed, awarding a negative multiplier to law firms who dedicated tens of thousands of hours and millions of dollars to the success of a tort, and who also relied on the common benefit system in assessing that risk, will disincentive law firms from taking on that role. Even so, given the realities of this common benefit fund, the RFC is proposing a negative multiplier for all applicants other than the Moore Law Group.

ddickens@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960

*Co-Lead Counsel and Roundup Common Benefit Fee Committee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of February 2024, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Aimee Wagstaff