UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

Case No. 16-md-02741-VC

_____/

This Document Relates to:

*Laurie Lampert v. Monsanto Co.*
Case No. 3:22-cv-05044

*William Mellon v. Monsanto Co.*
Case No. 3:22-cv-01951

*Connie Occhipinti v. Monsanto Co.*
Case No. 3:22-cv-00471

*Jacklyn Lee Anderson v. Monsanto Co.*
Case No. 3:20-cv-00848

*Michael Anderson v. Monsanto Co.*
Case No. 3:19-cv-06092

*Mark Buchanan v. Monsanto Co.*
Case No. 3:20-cv-03718

*Dick Chapman v. Monsanto Co.*
Case No. 3:19-cv-06723

*Marc Pease v. Monsanto Co.*
Case No. 3:21-cv-10049

*Wilson Plank v. Monsanto Co.*
Case No. 3:20-cv-03450

*Anne Ricke v. Monsanto Co.*
Case No. 3:19-cv-06090

*Albert Roman v. Monsanto Co.*
Case No. 3:22-cv-03855

*Timothy Ellis v. Monsanto Co.*
Case No. 3:19-cv-06091

*Faith Gibson v. Monsanto Co.*
Case No. 3:22-cv-04399

*Robert Jilnicki v. Monsanto Co.*
Case No. 3:19-cv-06047

*Sheldon Jones v. Monsanto Co.*
Case No. 3:22-cv-04265

*Charles Seaman v. Monsanto Co.*
Case No. 3:21-cv-02546

*Michael Somach v. Monsanto Co.*
Case No. 3:19-cv-06048

*Willie Southerland v. Monsanto Co.*
Case No. 3:19-cv-06049

*Vicki Hall Stevens v. Monsanto Co.*
Case No. 3:22-cv-03859

_____/

## **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASES TO WAVE 8**

COMES NOW, the above listed Plaintiffs by and through undersigned counsel and requests this Court move their respective cases into Wave 8 and further states:

1. On February 9, 2024, Plaintiff's counsel consulted with Defendant's counsel who does not oppose the motion to move these cases to Wave 8.

2. These cases are currently in Wave 7E, 7F, and 7G.

3. The parties to these actions to these actions have been diligently pursuing discovery. Depositions have been proceeding, all plaintiffs have served their Plaintiff Fact Sheets,

authorizations, participated in the Special Masters Settlement program, and medical records have been obtained.

    4.    Despite ongoing discovery, the deadlines posed by the various Wave 7 subgroups present challenges to the required discovery and expert reports.

    5.    In conferring with defense counsel, it has been mutually agreed to request a transfer of the above cases to the following waves:

| | | |
|---|---|---|
| Lampert, Laurie | 3:22-cv-05044 | 8A |
| Mellon, William | 3:22-cv-01951 | 8A |
| Occhipinti, Connie | 3:22-cv-00471 | 8A |
| Anderson, Jacklyn Lee | 3:20-cv-00848 | 8A |
| Anderson, Michael | 3:19-cv-06092 | 8A |
| Buchanan, Mark | 3:20-cv-03718 | 8A |
| Chapman, Dick | 3:19-cv-06723 | 8B |
| Pease, Marc | 3:21-cv-10049 | 8B |
| Plank, Wilson | 3:20-cv-03450 | 8B |
| Ricke, Anne | 3:19-cv-06090 | 8B |
| Roman, Albert | 3:22-cv-03855 | 8B |
| Ellis, Timothy | 3:19-cv-06091 | 8B |
| Gibson, Faith | 3:22-cv-04399 | 8C |
| Jilnicki, Robert | 3:19-cv-06047 | 8C |
| Jones, Sheldon | 3:22-cv-04265 | 8C |
| Seaman, Charles | 3:21-cv-02546 | 8C |
| Somach, Michael | 3:19-cv-06048 | 8C |
| Southerland, Willie | 3:19-cv-06049 | 8C |
| Stevens, Vickie Hall | 3:22-cv-03859 | 8C |

    6.    None of Plaintiffs' cases have been previously moved from a prior Wave.

THEREFORE, Plaintiffs respectfully request this Honorable Court move these cases from Wave 7 to Wave 8.

DATED: February 16, 2024

*Austin Grinder*
Austin J. Grinder, Esquire
Fla. Bar No.: 54029
agrinder@getjustice.com
Eric Roslansky, Equire
Fla. Bar No.: 0042067
eroslansky@getjustice.com
roundup-service@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL  33733-6847
(727) 327-3222
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*Austin Grinder*
Austin J. Grinder, Esquire
Fla. Bar No.: 54029
agrinder@getjustice.com
Eric Roslansky, Equire
Fla. Bar No.: 0042067
eroslansky@getjustice.com
roundup-service@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL  33733-6847
(727) 327-3222
Attorneys for Plaintiffs