UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Perez-Hernandez et al. v. Bayer Aktiengesellschaft et al.,* Case No. 23-cv-04946-VC | **ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA** |
| | Re: Dkt. Nos. 17566, 17567, 17568 |

For the reasons discussed at the hearing, venue is improper in this district. Instead of being dismissed, the case shall be transferred to the Central District of California. *See* 28 U.S.C. § 1406(a).

In light of the transfer, the motions to dismiss and the motion to strike are deemed moot.

The Clerk is directed to transfer the above-captioned case to the United States District Court for the Central District of California.

**IT IS SO ORDERED.**

Dated: February 16, 2024

_____
VINCE CHHABRIA
United States District Judge