UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *See Order* | **ORDER RE: NON-PARTY CORRESPONDENCE** |

The Court has received a letter from a Ms. Alicia Murphy, who identifies herself as a plaintiff in a Roundup lawsuit. Ms. Murphy's letter asserts that she settled her case but that the amount of money she ultimately received was significantly lower than the settlement figure she agreed to. She criticizes her lawyer's conduct.

The letter contains the MDL case number and suggests that Ms. Murphy's lawsuit was part of this litigation. However, there is no record of a Roundup case filed in this Court under Ms. Murphy's name, and Special Master Feinberg's office advised that it had no record of mediating Ms. Murphy's case. The Court doesn't doubt that Ms. Murphy filed or settled a Roundup lawsuit. But this Court only handled Roundup cases filed in federal court, and it doesn't have the power to oversee cases (or lawyers) that are not part of the federal litigation.

The Clerk is directed to mail this order to Ms. Murphy, whose address will be provided by the Courtroom Deputy.

**IT IS SO ORDERED.**

Dated: February 16, 2024

_____
VINCE CHHABRIA
United States District Judge