UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Caccia et al. v. Monsanto Co.*, Case No. 20-cv-01915-VC | **ORDER GRANTING LEAVE TO FILE SUR-REPLY AND TO SUPPLEMENT THE RECORD**<br>Re: Dkt. No. 17894 |

The motion is granted to the extent that the plaintiffs may file a sur-reply addressing the issue identified in their motion. The sur-reply should not exceed five pages. The plaintiffs may also supplement the record with the missing pages of Braunstein's deposition.

**IT IS SO ORDERED.**

Dated: February 16, 2024

VINCE CHHABRIA
United States District Judge