Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Robert Foral Sr. v. Monsanto Company,*<br>Case No. 3:20-cv-03440-VC | **MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE** |

## **MONSANTO COMPANY'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE**

Defendant Monsanto Company ("Monsanto") files this motion to dismiss for failure to prosecute or, in the alternative, for an order to show cause. On December 21, 2023, Plaintiff Robert Foral Sr,'s counsel for Plaintiff, Jason Webster, filed an unopposed motion to withdraw as attorney. (Dkt. Nos. 17661 and 14.) This Court granted the motion on January 16, 2024, and further ruled that the case would "be dismissed without prejudice for failure to prosecute if the plaintiff d[id] not, within 28 days of this ruling, file a notice with the Court that he intends to pursue the action, either with new counsel or representing himself." (Dkt. Nos. 17763 and 15 (the "Order").) The Court also required Plaintiff's withdrawing counsel to "send a copy of this order to their client, and file a declaration within 7 days of this ruling explaining how they did so." *Id.*

Mr. Webster filed the required declaration on January 30, 2024, stating that he sent the Order to Mr. Foral via priority overnight mail as well as electronic mail. (Dkt. Nos. 17834 and 16.) More

than 28 days have passed since the Court entered the Order. To date, Mr. Foral has failed to notify the Court whether he intends to pursue this action, as required by the Order.

A court may dismiss a case for failure to prosecute pursuant to Rule 41(b), which provides:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Dismissal is authorized by Rule 41(b) and warranted under the Order because Mr. Foral has failed to prosecute his case.

If the Court is not presently inclined to dismiss this case, Monsanto requests, in the alternative, an order requiring Mr. Foral to show cause why this case should not be dismissed without prejudice for failure to prosecute. Monsanto further requests that the Court indicate that the case will be dismissed pursuant to Fed. R. Civ. P. 41(b) if no response is filed within 21 days of the order's entry. In the event the Court issues an order to show cause Monsanto will, within seven days of its issuance, transmit said order to Mr. Foral at the last known address reflected in Mr. Webster's December 21, 2023 Unopposed Motion to Withdraw as Attorney of Record.

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case without prejudice for failure to prosecute or, in the alternative, for an order to show cause.

| | |
|---|---|
| DATED: February 16, 2024 | Respectfully submitted, |
| | */s/ Anthony R. Martinez* |
| | Anthony R. Martinez |
| | SHOOK, HARDY & BACON L.L.P. |
| | 2555 Grand Boulevard |
| | Kansas City, MO 64108-2613 |
| | Telephone:  (816) 474-6550 |
| | Facsimile: (816) 421-5547 |
| | Email: amartinez@shb.com |
| | |
| | *Attorney for Defendant Monsanto Company* |

3

DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE
ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:20-cv-03440-VC

**CERTIFICATE OF SERVICE**

I, Anthony Martinez, hereby certify that on February 16, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Anthony Martinez*
Anthony Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*

4

DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:20-cv-03440-VC