Kristy M. Arevalo, State Bar No. 216308
Sarah Shahatto, State Bar No. 341661
Aabru Madni, State Bar No. 317472
**MCCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiff*

.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | |
| | Honorable Vince Chhabria |
| | |
| | **MOTION TO MOVE CERTAIN PLAINTIFFS TO WAVE 8, SUB-WAVES A, B, AND C FOR EXTRAORDINARY CIRCUMSTANCES** |
| | |

This document relates to:

*Deborah Miller, individually and as surviving heir of Gideon Miller, deceased, v. Monsanto Co., Case No. 3:19-cv-04946-VC*

*Bettie J. Boucher, as special administrator of the Estate of Robert V. Boucher, and Bettie J. Boucher, Robert V. Boucher III, And Landus Boucher, as Wrongful Death Beneficiaries of Robert V. Boucher v. Monsanto Co., Case No.: 3:21-cv-07475-VC*

*Richard Garrott v. Monsanto Co., Case No.: 3:19-cv-05063-VC*

*Debi Glaze, Individually and as Successor in Interest for the Estate of Glyn Glaze, Deceased, v. Monsanto Co., Case No.: 3:20-cv-00064-VC*

*Justin Goik v. Monsanto Co., Case No.: 3:19-cv-04812-VC*

*John George Gorman v. Monsanto Co., Case No.: 3:20-cv-01670-VC*

Motion to Move Certain Plaintiffs to Wave 8, Sub-Wave A, B, and C

1. *Kevin Humphrey v. Monsanto Co.*, Case No.: 3:19-cv-04647-VC
2. *Michael Henry Johnson v. Monsanto Co.*, Case No.: 3:20-cv-01234-VC
3. *William Johnson, II v. Monsanto Co.*, Case No.: 3:19-cv-05095-VC
4. *Pamela Keeney v. Monsanto Co.*, Case No.: 3:20-cv-00433-VC
5. *Nathan Kuehn v. Monsanto Co.*, Case No.: 3:20-cv-00669-VC
6. *Ralph Vitale v. Monsanto Co.*, Case No.: 3:19-cv-04919-VC
7. *Mark Waligura v. Monsanto Co.*, Case No.: 3:19-cv-04981-VC
8. *Karen McCulloch, Individually, and as Successor in Interest for the Estate of James Lewis McCulloch, Deceased v. Monsanto Co.*, Case No.: 3:20-cv-01672-VC
9. *John Warren Moers, Individually and as Successor in Interest for the Estate of Margaret Ann Moers, Deceased v. Monsanto Co.*, Case No.: 3:20-cv-01671-VC
10. *Ray Moore v. Monsanto Co.*, Case No.: 3:19-cv-04974-VC
11. *Shari L. Neff, individually and on behalf of the Wrongful Death Beneficiaries of Jerry Neff v. Monsanto Co.*, Case No.: 3:19-cv-05294-VC
12. *William Rice v. Monsanto Co.*, Case No.: 3:19-cv-04941-VC
13. *Diane Rivera, Individually and as Surviving Heir of Jimmy Cisneros, Deceased v. Monsanto Co.*, Case No.: 3-19-cv-04962-VC
14. *Virgenna Saunders, Individually, and as Surviving Heir of Frank Johnson, Jr., Deceased v. Monsanto Co.*, Case No. 3:19-cv-05053-VC
15. *Kelly Scheideman and Cheri Scheideman v. Monsanto Co.*, Case No. 3:20-cv-01674-VC
16. *Dan Sulivan v. Monsanto Co.*, Case No.: 3:20-cv-03549-VC
17. *Charleen Trefry v. Monsanto Co.*, Case No.: 3:19-cv-04921-VC
18. *Francis Wilcome v. Monsanto Co.*, Case No.: 3:19-cv-04875-VC
19. *Leland Adams v. Monsanto Co.*, Case No.: 2:22-cv-07609-VC
20. *Eugene L. Aiken, Jr. v. Monsanto Co.*, Case No.: 3:20-cv-00065-VC
21. *Michael David Albrecht and Irene Albrecht v. Monsanto Co.*, Case No.: 3:20-cv-01636-VC

*Terry Benson v. Monsanto Co., Case No.: 3:19-cv-04953-VC*

*Beverly Bray v. Monsanto Co., Case No.: 3:19-cv-05060-VC*

*Steven Clausen v. Monsanto Co., Case No.: 3:22-cv-02293-VC*

*Jeffrey Crooks v. Monsanto Co., Case No.: 3:19-cv-05027-VC*

*Tina Culp, Individually And As Surviving Heir Of David Culp, Deceased, v. Monsanto Co., Case No.: 3:20-cv-03439-VC*

*Janice Emmons v. Monsanto Co., Case No.: 3:20-cv-06219-VC*

*Dennis Ferris v. Monsanto Co., Case No.: 3:19-cv-05077-VC*

*Sadie Hunter v. Monsanto Co., Case No.: 3:21-cv-09947-VC*

*Joseph Johnson v. Monsanto Co., Case No.: 3:22-cv-02294-VC*

*David Reno v. Monsanto Co., Case No.: 3:22-cv-02295-VC*

*Phillip Roth v. Monsanto Co., Case No.: 3:20-cv-01543-VC*

*Arelen Swartz, Individually, and as Surviving Heir of Patricia Swartz, Deceased v. Monsanto Co., Case No.: 3:19-cv-04859-VC*

*Linda Tiddark and Richard Tiddark, Individually, and as Next of Kin for Timothy John Tiddark v. Monsanto Co., Case No.: 3:20-cv-03060-VC*

*Juliana Fuller v. Monsanto Co., Case No.: 3:21-cv-09588-VC*

*Linda Wilson v. Monsanto Co., Case No.: 3:22-cv-04266-VC*

*Jeremy Hutchings and Jessica Hutchings v. Monsanto Co., Case No.: 3-22-cv-04636-VC*

The Plaintiffs, listed below, by and through their undersigned counsel, hereby respectfully request that the Court move Plaintiffs' cases from their current Waves (7A, 7B, 7C, 7D, 7E, and 7F) to Wave 8, Sub-Waves A, B, and C:

Motion to Move Certain Plaintiffs to Wave 8, Sub-Wave A, B, and C

| Plaintiff Name | Case No. | Current Wave | Previous Wave: | Proposed New Wave |
|---|---|---|---|---|
| Deborah Miller | 3:19-cv-04946-VC | 7A | 6D | 8A |
| Robert Boucher | 3:21-cv-07475-VC | 7B | 6D | 8A |
| Richard Garrott | 3:19-cv-05063-VC | 7B | 6B | 8A |
| Debi Glaze | 3:20-cv-00064-VC | 7B | 6-no sub wave | 8A |
| Justin Goik | 3:19-cv-04812-VC | 7B | 6B | 8A |
| John Gorman | 3:20-cv-01670-VC | 7B | 6-no sub wave | 8A |
| Kevin Humphrey | 3:19-cv-04647-VC | 7B | 6-no sub wave | 8A |
| Michael Johnson | 3:20-cv-01234-VC | 7B | 6-no sub wave | 8A |
| William Johnson | 3:19-cv-05095-VC | 7B | 6B | 8A |
| Pamela Keeney | 3:20-cv-00433-VC | 7B | 6-no sub wave | 8A |
| Nathan Kuehn | 3:20-cv-00669-VC | 7B | 6B | 8A |
| Ralph Vitale | 3:19-cv-04919-VC | 7B | 6D | 8A |
| Mark Waligura | 3:19-cv-04981-VC | 7B | 6D | 8A |
| Karen McCulloch | 3:20-cv-01672-VC | 7C | 6- no sub wave | 8B |
| John Moers | 3:20-cv-01671-VC | 7C | 6-no sub wave | 8B |
| Ray Moore | 3:19-cv-04974-VC | 7C | 6C | 8B |
| Jerry Neff | 3:19-cv-05294-VC | 7C | 6-no sub wave | 8B |
| William Rice | 3:19-cv-04941-VC | 7C | 6C | 8B |
| Diane Rivera | 3:19-cv-04962-VC | 7C | 6C | 8B |
| Virgenna Saunders | 3:19-cv-05053-VC | 7C | 6C | 8B |
| Kelly Scheideman | 3:20-cv-01674-VC | 7C | 6-no sub wave | 8B |
| Dan Sullivan | 3:20-cv-03549-VC | 7C | No Wave Changes | 8B |
| Charleen Trefry | 3:19-cv-04921-VC | 7C | 6D | 8B |
| Francis Wilcome | 3:19-cv-04875-VC | 7C | 6D | 8B |
| Leland Adams | 2:22-cv-07609-VC | 7D | No Wave Changes | 8C |
| Eugene Aiken | 3:20-cv-00065-VC | 7D | 7A | 8C |
| Michael Albrecht | 3:20-cv-01636-VC | 7D | 7A | 8C |
| Terry Benson | 3:19-cv-04953-VC | 7D | 7A | 8C |
| Beverly Bray | 3:19-cv-05060-VC | 7D | 7A | 8C |
| Steven Clausen | 3:22-cv-02293-VC | 7D | 7-no sub wave | 8C |
| Jeffrey Crooks | 3:19-cv-05027-VC | 7D | 7A | 8C |
| Tina Culp | 3:20-cv-03439-VC | 7D | 6D | 8C |
| Janice Emmons | 3:20-cv-06219-VC | 7D | 7A | 8C |
| Dennis Ferris | 3:19-cv-05077-VC | 7D | 7A | 8C |
| Sadie Hunter | 3:21-cv-09947-VC | 7D | 7-no sub wave | 8C |
| Joseph Johnson | 3:22-cv-02294-VC | 7D | 7-no sub wave | 8C |
| David Reno | 3:22-cv-02295-VC | 7D | 7-no sub wave | 8C |
| Phillip Roth | 3:20-cv-01543-VC | 7D | No Wave Changes | 8C |
| Phyllis Swartz | 3:19-cv-04859-VC | 7D | 6D | 8C |
| Linda Tiddark | 3:20-cv-03060-VC | 7D | 6-no sub wave | 8C |
| Juliana Fuller | 3:21-cv-09588-VC | 7E | 7-no sub wave | 8C |
| Linda Wilson | 3:22-cv-04266-VC | 7E | 7- no sub wave | 8C |
| Jeremy Hutchings | 3:22-cv-04636-VC | 7F | 7-no sub wave | 8C |

Motion to Move Certain Plaintiffs to Wave 8, Sub-Wave A, B, and C

1. Plaintiffs and their Counsel believe the best and most reasonable course of action is to move these cases to later Waves, as proposed in the chart above, based on extraordinary circumstances.

2. Parties seeking to move a case to a later wave are required to state in their motion whether a case has previously been moved. See Dkt. No. 17323 Furthermore, cases that have already been moved from one wave to another at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234.

3. As indicated in the chart above, most of the Plaintiffs have moved waves per an Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule, Dkt. 17234, entered on August 30, 2023, at the request of all parties. Those who have not previously changed waves are noted in the chart.

4. Mindful of the deadlines pertaining to these cases, the parties have diligently pursued discovery in these matters. For many months they have been working collaboratively to obtain all Plaintiffs' complete medical, employment, and other records. Counsel have also worked to schedule all Plaintiff depositions even while records continue to come in. That leaves little if any time for other fact witness depositions before the current deadlines, including all of Plaintiffs' treating doctors, or for each of the Parties' general and specific causation expert witnesses to be deposed per Plaintiff. Plaintiffs' General and Specific Causation experts have already completed their reports for all Plaintiffs in Wave 7B and Plaintiffs' retained experts are in the midst of working on their reports for Plaintiffs in 7C. For Plaintiffs in Wave 7B, close of expert discovery is April 5, 2024. For Plaintiffs in Wave 7C, close of expert discovery is April 29, 2024. For Plaintiffs in Wave 7D, close of expert discovery is May 22, 2024. Plaintiffs' counsel has approximately 12 clients in wave 7B, 11 clients in Wave 7C, and 17 clients in 7D. Given that each of these Plaintiffs have several treating doctors that Plaintiffs' counsel anticipates

Motion to Move Certain Plaintiffs to Wave 8, Sub-Wave A, B, and C

Defendant and/or Plaintiff may wish to depose in addition to the depositions of retained experts, Plaintiffs' Counsel do not feel there is adequate time to take/defend all of the necessary depositions, especially in addition to managing the ongoing discovery/related motions, expert reports and designations, and other case specific preparations for trial for every Plaintiff in Wave 7. In addition to this, Plaintiffs and their counsel wish to depose Defendant's disclosed experts for each case before close of expert discovery as well. For Plaintiffs in Wave 7C, Expert Reports are due on February 28, 2024. For Plaintiffs in Wave 7D, expert reports are due on March 22, 2024. For Plaintiffs in 7E, expert reports are due April 17, 2024. Plaintiffs and their counsel believe these circumstances alone are sufficiently extraordinary and necessitate the need for the requested wave changes.

5. Plaintiffs' Counsel also cite to further extraordinary circumstances that necessitate the requested wave changes:

    a. Plaintiffs' Counsel will be in trial for the related matter, *Bowman v. Monsanto*, Case No. 37-2020-00034372-CU-PL-CTL, which is scheduled to begin on April 15, 2024, in the Superior Court of California for the County of San Diego and estimated to be a 4-week trial. For the impending trial, one of Plaintiff's expert depositions remains pending as well as several of Defendant's Experts depositions, discovery related issues, anticipated motions for summary judgment and motions in limine, and the preparation of the trial itself. In light of the upcoming deadlines in Waves 7B and 7C, and then soon thereafter 7D, 7E, and 7F, many of which fall just before, during, or directly after the trial in *Bowman v. Monsanto*, Plaintiffs and their Counsel request that this Court grant this Motion so as to not prejudice Plaintiffs in building their respective cases, as they are entitled to do. Plaintiffs' Counsel are limited to 3 attorneys for their entire inventory of

cases in this MDL, and as such, they will be unable to take or defend the numerous depositions that are required for each Plaintiff in Wave 7 while in trial or while preparing for trial.

6. Counsel for Plaintiffs attempted to meet and confer with counsel for Monsanto via email on January 26, 2024, to ask for a stipulation to move the above specified cases to Wave 8, to which Defense Counsel never responded.  Plaintiff's counsel sent a follow up email on January 31, 2024, and again, Defense Counsel failed to respond. See Declaration of Kristy Arevalo, attached hereto and made a part thereof. Plaintiffs' Counsel followed up again on February 14, 2024 and Defense Counsel finally responded stating they would oppose the present motion on the basis that these deadlines and the *Bowman v. Monsanto* trial date have been known by the parties. Id. While this remains true, the initial request to Defendant for wave change was sent in late January, however they waited until now to respond. This is presumably to prejudice all captioned Plaintiffs by creating an overburdensome and impossible workload for Plaintiffs' Counsel during a trial that Defense Counsel are themselves defending. Plaintiffs believe this is a strategy by a Defendant with the financial means to have as many as 40 or more attorneys working on these cases, to put pressure on Plaintiffs to settle the cases before the impending trial which will effectively prejudice all Plaintiffs mentioned in the chart above. However, Defense Counsel's strategy of refusing to stipulate to move waves in light of the impending trial only further evidences that extraordinary circumstances exist to grant this motion.

7. Monsanto and their Counsel will not be prejudiced by wave change for the Plaintiffs identified in this motion, however if wave changes are not granted, every Plaintiff will be prejudiced as Plaintiffs' counsel will be using all of their staff and resources for the upcoming trial in *Bowman v. Monsanto*. If Plaintiffs waves are not changed, plaintiffs and their counsel will be expected to

Motion to Move Certain Plaintiffs to Wave 8, Sub-Wave A, B, and C

produce expert disclosures and reports, defend depositions of plaintiffs, fact witnesses, experts, and treating doctors, and continue to move forward with discovery all while preparing and appearing for trial against the same Defendant and their counsel. Plaintiffs and their counsel believe the best and most reasonable course of action is to move these cases to Waves 8 A, B, and C, as proposed in the chart above.

Therefore, Plaintiffs, together with their Counsel, respectfully request the Court move these cases from their respective waves to Wave 8A, 8B, and 8C.

Date: February 16, 2024                                            Respectfully Submitted,

By: *Kristy M Arevalo*
Kristy M. Arevalo
Sarah Shahatto
Aabru Madni
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2024, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: /s/ Kristy M. Arevalo
Kristy M. Arevalo
Sarah Shahatto
Aabru Madni
McCUNE LAW GROUP