1  Kristy M. Arevalo, State Bar No. 216308
2  Sarah Shahatto, State Bar No. 341661
   Aabru Madni, State Bar No. 317472
   **MᴄCᴜɴᴇ LAW GROUP**
3  3281 East Guasti Road, Suite 100
   Ontario, California 91761
4  Telephone: (909) 557-1250
   Facsimile: (909) 557-1275

5
   *Attorneys for Plaintiff*
6

7

8                **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | IN RE: ROUNDUP PRODUCTS          | MDL No. 2741

12 | LIABILITY LITIGATION             | Master Docket Case No. 16-md-02741-VC

13 |                                  |
                                      | Honorable Vince Chhabria
14 |                                  |
15 |                                  | **DECLARATION OF KRISTY AREVALO IN
                                      | SUPPORT OF MOTION TO MOVE
16 |                                  | CERTAIN PLAINTIFFS TO WAVES 8,
                                      | SUBWAVES A, B, AND C FOR
17 |                                  | EXTRAORDINARY CIRCUMSTANCES**
18 |                                  |

19 This document relates to:

20 *Deborah Miller, individually and as surviving heir of Gideon Miller, deceased, v. Monsanto Co., Case*
21 *No. 3:19-cv-04946-VC*

22 *Bettie J. Boucher, as special administrator of the Estate of Robert V. Boucher, and Bettie J. Boucher,*
   *Robert V. Boucher III, And Landus Boucher, as Wrongful Death Beneficiaries of Robert V. Boucher v.*
23 *Monsanto Co., Case No.: 3:21-cv-07475-VC*

24
   *Richard Garrott v. Monsanto Co., Case No.: 3:19-cv-05063-VC*
25

26 *Debi Glaze, Individually and as Successor in Interest for the Estate of Glyn Glaze, Deceased, v.*
   *Monsanto Co., Case No.: 3:20-cv-00064-VC*
27

28 *Justin Goik v. Monsanto Co., Case No.: 3:19-cv-04812-VC*

-1-

*John George Gorman v. Monsanto Co., Case No.: 3:20-cv-01670-VC*

*Kevin Humphrey v. Monsanto Co., Case No.: 3:19-cv-04647-VC*

*Michael Henry Johnson v. Monsanto Co., Case No.: 3:20-cv-01234-VC*

*William Johnson, II v. Monsanto Co., Case No.: 3:19-cv-05095-VC*

*Pamela Keeney v. Monsanto Co., Case No.: 3:20-cv-00433-VC*

*Nathan Kuehn v. Monsanto Co., Case No.: 3:20-cv-00669-VC*

*Ralph Vitale v. Monsanto Co., Case No.: 3:19-cv-04919-VC*

*Mark Waligura v. Monsanto Co., Case No.: 3:19-cv-04981-VC*

*Karen McCulloch, Individually, and as Successor in Interest for the Estate of James Lewis McCulloch, Deceased v. Monsanto Co., Case No.: 3:20-cv-01672-VC*

*John Warren Moers, Individually and as Successor in Interest for the Estate of Margaret Ann Moers, Deceased v. Monsanto Co., Case No.: 3:20-cv-01671-VC*

*Ray Moore v. Monsanto Co., Case No.: 3:19-cv-04974-VC*

*Shari L. Neff, individually and on behalf of the Wrongful Death Beneficiaries of Jerry Neff v. Monsanto Co., Case No.: 3:19-cv-05294-VC*

*William Rice v. Monsanto Co., Case No.: 3:19-cv-04941-VC*

*Diane Rivera, Individually and as Surviving Heir of Jimmy Cisneros, Deceased v. Monsanto Co., Case No.: 3-19-cv-04962-VC*

*Virgenna Saunders, Individually, and as Surviving Heir of Frank Johnson, Jr., Deceased v. Monsanto Co., Case No. 3:19-cv-05053-VC*

*Kelly Scheideman and Cheri Scheideman v. Monsanto Co., Case No. 3:20-cv-01674-VC*

*Dan Sulivan v. Monsanto Co., Case No.: 3:20-cv-03549-VC*

*Charleen Trefry v. Monsanto Co., Case No.: 3:19-cv-04921-VC*

*Francis Wilcome v. Monsanto Co., Case No.: 3:19-cv-04875-VC*

*Leland Adams v. Monsanto Co., Case No.: 2:22-cv-07609-VC*

*Eugene L. Aiken, Jr. v. Monsanto Co., Case No.: 3:20-cv-00065-VC*

Declartion of Kristy Arevalo in Support of Motion to Move Certain Plaintiffs to Wave 8 Subwaves A, B, and C for Extraordinary Circumstances

*Michael David Albrecht and Irene Albrecht v. Monsanto Co., Case No.: 3:20-cv-01636-VC*

*Terry Benson v. Monsanto Co., Case No.: 3:19-cv-04953-VC*

*Beverly Bray v. Monsanto Co., Case No.: 3:19-cv-05060-VC*

*Steven Clausen v. Monsanto Co., Case No.: 3:22-cv-02293-VC*

*Jeffrey Crooks v. Monsanto Co., Case No.: 3:19-cv-05027-VC*

*Tina Culp, Individually And As Surviving Heir Of David Culp, Deceased, v. Monsanto Co., Case No.: 3:20-cv-03439-VC*

*Janice Emmons v. Monsanto Co., Case No.: 3:20-cv-06219-VC*

*Dennis Ferris v. Monsanto Co., Case No.: 3:19-cv-05077-VC*

*Sadie Hunter v. Monsanto Co., Case No.: 3:21-cv-09947-VC*

*Joseph Johnson v. Monsanto Co., Case No.: 3:22-cv-02294-VC*

*David Reno v. Monsanto Co., Case No.: 3:22-cv-02295-VC*

*Phillip Roth v. Monsanto Co., Case No.: 3:20-cv-01543-VC*

*Arelen Swartz, Individually, and as Surviving Heir of Patricia Swartz, Deceased v. Monsanto Co., Case No.: 3:19-cv-04859-VC*

*Linda Tiddark and Richard Tiddark, Individually, and as Next of Kin for Timothy John Tiddark v. Monsanto Co., Case No.: 3:20-cv-03060-VC*

*Juliana Fuller v. Monsanto Co., Case No.: 3:21-cv-09588-VC*

*Linda Wilson v. Monsanto Co., Case No.: 3:22-cv-04266-VC*

*Jeremy Hutchings and Jessica Hutchings v. Monsanto Co., Case No.: 3-22-cv-04636-VC*

DECLARATION:

I, Kristy M. Arevalo, declare:

1. I am an attorney at law duly licensed to practice before the United States District Court, Northern District of California.  I am a Partner at McCune Law Group, the attorneys for Plaintiffs.  I have personal knowledge of the facts set forth below, and if called upon, could competently testify thereto.

2. My Associate, Sarah Shahatto, attempted to meet and confer with Defense counsel, Anthony Martinez, via email on January 26, 2024, to ask for a stipulation to move the above specified cases to Wave 8 due to extraordinary circumstances, to which Defense Counsel never responded. Attorney Shahatto sent a follow up email on January 31, 2024, and again, Defense Counsel failed to respond. Attorney Shahatto followed up again on February 14, 2024, and Defense Counsel finally responded stating they would oppose the present motion on the basis that these deadlines and the Bowman v. Monsanto trial date have been known by the parties.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 16th day of February 2024, in Ontario, California.

**MCCUNE LAW GROUP**

Kristy M. Arevalo

Declartion of Kristy Arevalo in Support of Motion to Move Certain Plaintiffs to Wave 8 Subwaves A, B, and C for Extraordinary Circumstances