Kristy M. Arevalo, State Bar No. 216308
Sarah Shahatto, State Bar No. 341661
Aabru Madni, State Bar No. 317472
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| | **ORDER GRANTING MOTION TO MOVE CERTAIN PLAINTIFFS TO WAVE 8, SUB-WAVES A, B, C** |

This document relates to:

*Deborah Miller, individually and as surviving heir of Gideon Miller, deceased, v. Monsanto Co.*, Case No. 3:19-cv-04946-VC

*Bettie J. Boucher, as special administrator of the Estate of Robert V. Boucher, and Bettie J. Boucher, Robert V. Boucher III, And Landus Boucher, as Wrongful Death Beneficiaries of Robert V. Boucher v. Monsanto Co.*, Case No.: 3:21-cv-07475-VC

*Richard Garrott v. Monsanto Co.*, Case No.: 3:19-cv-05063-VC

*Debi Glaze, Individually and as Successor in Interest for the Estate of Glyn Glaze, Deceased, v. Monsanto Co.*, Case No.: 3:20-cv-00064-VC

*Justin Goik v. Monsanto Co.*, Case No.: 3:19-cv-04812-VC

*John George Gorman v. Monsanto Co.*, Case No.: 3:20-cv-01670-VC

*Kevin Humphrey v. Monsanto Co.*, Case No.: 3:19-cv-04647-VC

*Michael Henry Johnson v. Monsanto Co., Case No.: 3:20-cv-01234-VC*

*William Johnson, II v. Monsanto Co., Case No.: 3:19-cv-05095-VC*

*Pamela Keeney v. Monsanto Co., Case No.: 3:20-cv-00433-VC*

*Nathan Kuehn v. Monsanto Co., Case No.: 3:20-cv-00669-VC*

*Ralph Vitale v. Monsanto Co., Case No.: 3:19-cv-04919-VC*

*Mark Waligura v. Monsanto Co., Case No.: 3:19-cv-04981-VC*

*Karen McCulloch, Individually, and as Successor in Interest for the Estate of James Lewis McCulloch, Deceased v. Monsanto Co., Case No.: 3:20-cv-01672-VC*

*John Warren Moers, Individually and as Successor in Interest for the Estate of Margaret Ann Moers, Deceased v. Monsanto Co., Case No.: 3:20-cv-01671-VC*

*Ray Moore v. Monsanto Co., Case No.: 3:19-cv-04974-VC*

*Shari L. Neff, individually and on behalf of the Wrongful Death Beneficiaries of Jerry Neff v. Monsanto Co., Case No.: 3:19-cv-05294-VC*

*William Rice v. Monsanto Co., Case No.: 3:19-cv-04941-VC*

*Diane Rivera, Individually and as Surviving Heir of Jimmy Cisneros, Deceased v. Monsanto Co., Case No.: 3-19-cv-04962-VC*

*Virgenna Saunders, Individually, and as Surviving Heir of Frank Johnson, Jr., Deceased v. Monsanto Co., Case No. 3:19-cv-05053-VC*

*Kelly Scheideman and Cheri Scheideman v. Monsanto Co., Case No. 3:20-cv-01674-VC*

*Dan Sulivan v. Monsanto Co., Case No.: 3:20-cv-03549-VC*

*Charleen Trefry v. Monsanto Co., Case No.: 3:19-cv-04921-VC*

*Francis Wilcome v. Monsanto Co., Case No.: 3:19-cv-04875-VC*

*Leland Adams v. Monsanto Co., Case No.: 2:22-cv-07609-VC*

*Eugene L. Aiken, Jr. v. Monsanto Co., Case No.: 3:20-cv-00065-VC*

*Michael David Albrecht and Irene Albrecht v. Monsanto Co., Case No.: 3:20-cv-01636-VC*

*Terry Benson v. Monsanto Co., Case No.: 3:19-cv-04953-VC*

Order Granting Motion to Move Certain Plaintiffs to Wave 8, Sub-Wave A, B, and C

*Beverly Bray v. Monsanto Co.*, Case No.: 3:19-cv-05060-VC

*Steven Clausen v. Monsanto Co.*, Case No.: 3:22-cv-02293-VC

*Jeffrey Crooks v. Monsanto Co.*, Case No.: 3:19-cv-05027-VC

*Tina Culp, Individually And As Surviving Heir Of David Culp, Deceased, v. Monsanto Co.*, Case No.: 3:20-cv-03439-VC

*Janice Emmons v. Monsanto Co.*, Case No.: 3:20-cv-06219-VC

*Dennis Ferris v. Monsanto Co.*, Case No.: 3:19-cv-05077-VC

*Sadie Hunter v. Monsanto Co.*, Case No.: 3:21-cv-09947-VC

*Joseph Johnson v. Monsanto Co.*, Case No.: 3:22-cv-02294-VC

*David Reno v. Monsanto Co.*, Case No.: 3:22-cv-02295-VC

*Phillip Roth v. Monsanto Co.*, Case No.: 3:20-cv-01543-VC

*Arelen Swartz, Individually, and as Surviving Heir of Patricia Swartz, Deceased v. Monsanto Co.*, Case No.: 3:19-cv-04859-VC

*Linda Tiddark and Richard Tiddark, Individually, and as Next of Kin for Timothy John Tiddark v. Monsanto Co.*, Case No.: 3:20-cv-03060-VC

*Juliana Fuller v. Monsanto Co.*, Case No.: 3:21-cv-09588-VC

*Linda Wilson v. Monsanto Co.*, Case No.: 3:22-cv-04266-VC

*Jeremy Hutchings and Jessica Hutchings v. Monsanto Co.*, Case No.: 3-22-cv-04636-VC

Plaintiffs' motion to move the cases from Waves 7A, 7B, 7C, 7D, 7E, 7F, to Wave 8, Sub-Wave A, B, and C is granted.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT