**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| _____ | Case No. 16-md-02741-VC |

This document relates to:

*Mary Anne Miramon v. Monsanto Co.,*
Case No. 3:22-cv-02491-VC

## SUGGESTION OF DEATH UPON THE RECORD AND MOTION FOR SUBSTITUTION OF PARTY

Counsel for plaintiff in the above-referenced matter respectfully gives notice and suggests upon the record to this Honorable Court, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that undersigned counsel has recently discovered the death of Paul Dinicola, Plaintiff in this action, as follows:

1. Mary Anne Miramon died during the pendency of this matter;

2. A copy of her death certificate is attached hereto as Exhibit A;

3. Anthony Giarrusso is the surviving son of Mary Anne Miramon and is personally vested with the right to pursue the claims on her own behalf pursuant to Articles 2315.1 and 2315.2 of the Louisiana Civil Code.

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that Anthony Giarrusso be substituted in the place of Mary Anne Miramon as Plaintiff in this action, so that the claims may survive and that the action may proceed on his behalf.

The request under this Motion is not sought for delay, but so that justice may be done.

Dated: February 19, 2024

Respectfully submitted,

*/s/ John C. Enochs*
MORRIS BART, LLC
John C. Enochs (La. Bar. 22774)
601 Poydras Street, 24 FL
New Orleans, LA 70130
(504) 526-1087
jenochs@morrisbart.com

## CERTIFICATE OF CONFERENCE

I, John C. Enochs, hereby certify that on February 19, 2024, the foregoing was provided to defense counsel who confirmed that defendant has no objection to the present motion.

Dated:  February 19, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 19th day of February, 2024.

*/s/John C. Enochs*
John C. Enochs