# EXHIBIT A

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:** 8897004
**STATE FILE NUMBER:** 2022-031-00452

#### DECEDENT
- **DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX):** MIRAMON, MARY A
- **DATE OF BIRTH:** 05/14/1936
- **DATE OF DEATH:** 07/29/2022
- **TIME OF DEATH:** 04:50 AM
- **PLACE OF BIRTH (CITY, STATE, COUNTRY):** NEW ORLEANS, LA UNITED STATES
- **SEX:** FEMALE
- **SOCIAL SECURITY NUMBER:** 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
- **AGE:** 86 YEARS
- **DECEDENT'S ALIAS NAME(S) (LAST, FIRST, MIDDLE, SUFFIX):**
- **RESIDENCE OF DECEDENT (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY):** 101 CHULA PL., MANDEVILLE, LA 70471 UNITED STATES
- **WITHIN CITY LIMITS?** YES
- **PARISH/COUNTY:** ST. TAMMANY

#### PERSONAL
- **EVER IN U.S. ARMED FORCES?** NO
- **OCCUPATION:** BUSINESS
- **INDUSTRY OF OCCUPATION:** RESTURANT
- **MARITAL STATUS:** DIVORCED
- **NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX):**
- **FATHER/PARENT NAME (LAST, FIRST, MIDDLE, SUFFIX):** TAORMINA, ROSARIO
- **FATHER/PARENT PLACE OF BIRTH (CITY, STATE, COUNTRY):** NEW ORLEANS, LA UNITED STATES
- **MOTHER/PARENT NAME (LAST, FIRST, MIDDLE, SUFFIX):** JOYNER, MAJORIE
- **MOTHER/PARENT PLACE OF BIRTH (CITY, STATE, COUNTRY):** NEW ORLEANS, LA UNITED STATES
- **INFORMANT'S NAME (LAST, FIRST, MIDDLE, SUFFIX):** BRUNKEN, LINDA
- **RELATIONSHIP TO DECEDENT:** SISTER
- **INFORMANT'S ADDRESS:** 1029 SHERIDAN ST., METAIRIE, LA 70002 UNITED STATES
- **EDUCATION:** HIGH SCHOOL GRADUATE OR GED COMPLETED
- **OF HISPANIC ORIGIN?** NO, NOT SPANISH/HISPANIC/LATINO
- **RACE:** WHITE

#### DEATH INFO
- **PLACE OF DEATH:** DECEDENT'S HOME
- **FACILITY NAME:**
- **FACILITY ADDRESS (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY):** 101 CHULA PL., MANDEVILLE, LA 70471 UNITED STATES
- **PARISH/COUNTY:** ST. TAMMANY

#### DISPOSITION
- **METHOD OF DISPOSITION:** CREMATION
- **PLACE OF DISPOSITION:** BAGNELL & SON CREMATORY
- **PLACE OF DISPOSITION (CITY, STATE, COUNTRY):** COVINGTON, LA UNITED STATES
- **DATE OF DISPOSITION:** 07/30/2022

#### FUNERAL FACILITY
- **FUNERAL FACILITY NAME:** BAGNELL & SON FUNERAL HOME
- **ADDRESS OF FUNERAL FACILITY:** 75212 HIGHWAY 437, COVINGTON, LA 70435 UNITED STATES
- **NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX):** BOURQUE, JENNIFER LEANN
- **LICENSE NUMBER:** 01721
- **CORONER NOTIFIED?** Y
- **SIGNATURE OF FUNERAL DIRECTOR:** "e-sign"
- **DATE:** 8/17/2022

#### MEDICAL INFO
- **MANNER OF DEATH:** NATURAL
- **IF FEMALE?** NOT APPLICABLE
- **DID TOBACCO USAGE CONTRIBUTE TO DEATH?** NO

#### CAUSE OF DEATH
PART I. Enter the chain of events – diseases, injuries, or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

**APPROXIMATE INTERVAL: Onset to Death**

- **IMMEDIATE CAUSE (Final disease or condition resulting in death):** a. NON-HODGKINS LYMPHOMA — UNK
- Sequentially list conditions, if any, leading to the cause listed on line a: b.
- Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST: c.
- d.

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
COVID 19 INFECTION

- **WAS AN AUTOPSY PERFORMED?** NO
- **FINDINGS USED IN DETERMINING CAUSE?** NOT APPLICABLE

#### INJURY INFORMATION
- **PLACE OF INJURY:**
- **DATE OF INJURY:**
- **TIME OF INJURY:**
- **INJURY AT WORK:**
- **IF TRANSPORTATION INJURY, SPECIFY:**
- **LOCATION OF INJURY (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY):**
- **PARISH/COUNTY:**
- **DESCRIBE HOW INJURY OCCURED:**

#### CERTIFIER
I CERTIFY THAT I ATTENDED THE DECEDENT FROM 5/29/2022 TO 7/29/2022 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.
- **SIGNATURE OF CERTIFIER:** "e-sign"
- **DATE:** 8/1/2022
- **CERTIFIER NAME (LAST, FIRST, MIDDLE, SUFFIX):** GUILBAULT, ROBERT P
- **CERTIFIER TITLE:** CERTIFYING PHYSICIAN
- **CERTIFIER ADDRESS (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY):** 141 LAKEVIEW CIR., COVINGTON, LA 70433 UNITED STATES
- **BURIAL TRANSIT PERMIT:** 490305
- **PARISH OF ISSUE:** ORLEANS
- **DATE OF ISSUE:** 07/25/2022
- **DATE FILED WITH REGISTRAR:** 8/17/2022

#### REGISTRAR
- **SIGNATURE OF REGISTRAR:** DEVIN GEORGE "e-sign"
- **ISSUED BY:** Audier, Maria L.
- Issued On: 8/25/2022 12:42:59 PM


008897004
A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.


DEVIN GEORGE
STATE REGISTRAR

