LUFF LAW FIRM, PLLC
Patrick Luff
Kaitlyn Neufeld
10440 N. Central Expressway Suite 950
Dallas, TX 75231
Telephone: (469) 607-5822
Email: luff@lufflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____<br>This document relates to:<br>*Richard Stratton v. Monsanto Co.,*<br>Case No. 3:23-cv-05877-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

### NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of Court and All Parties of Record:

    PLEASE TAKE NOTICE that Kaitlyn Neufeld of Luff Law Firm hereby enters a withdrawal of appearance as counsel for Plaintiff Richard Stratton in the above-captioned matter. Luff Law Firm and Patrick Luff continue to represent Plaintiff in this matter.

Dated: February 20, 2024

Respectfully Submitted,

*/s/ Kaitlyn S. Neufeld*

Kaitlyn Neufeld
Patrick Luff
LUFF LAW FIRM, PLLC
10440 N. Central Expressway, Suite 950

Dallas, TX 75231
Telephone: (469) 607-5822
Facsimile: (214) 427-5616
Email:
kneufeld@lufflaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Kaitlyn S. Neufeld*
Kaitlyn Neufeld