**ROSSETTI & DEVOTO, P.C.**
LOUIS J. DEVOTO – NJ ATTORNEY ID – 015891993
ldevoto@rossettidevoto.com
20 Brace Road, Suite 115
Cherry Hill, NJ 08034
(856) 354-0900
Attorney for Plaintiffs Michael J. Caccia and Holly Caccia, h/w

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No.: 3:16-md-02741-VC |
| This document relates to:<br><br>*Michael J. Caccia and Holly Caccia v. Monsanto Co.*,<br>Case No. 3:20-cv-01915-VC | **DECLARATION OF LOUIS J. DEVOTO IN SUPPORT OF PLAINTIFFS MICHAEL J. CACCIA AND HOLLY CACCIA'S SUR-REPLY TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. MARC BRAUNSTEIN**<br><br>Hearing:<br>Date: March 1, 2024 • Time: 10:00a.m.<br>Place: San Francisco Courthouse<br>Courtroom 4 – 17th Floor |

### DECLARATION OF LOUIS J. DEVOTO

I, Louis J. DeVoto, Esq., declare as follows:

1. I am Louis J. DeVoto, a shareholder with the law firm of Rossetti & DeVoto, PC, counsel of record for plaintiffs Michael J. Caccia and Holly Caccia in the above-referenced action. I am admitted to practice in all courts of the State of New Jersey in addition to being admitted to the Northern District of California for prosecution of this case. I am over eighteen years of age and am fully competent to make this Declaration in support of Plaintiffs' Sur-reply to Monsanto Company's Motion to Exclude Testimony of Dr. Marc Braunstein. Except where otherwise stated,

1

1  I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of deposition pages 35 and 37 of Dr. Marc Braunstein, inadvertently omitted in Plaintiff's Response in Opposition to Monsanto Company's Motion.

3. Attached hereto as Exhibit B is a true and correct copy of the deposition pages 55-57 of Dr. Marc Braunstein, cited herein in Plaintiff's Sur-Reply to Monsanto Company's Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 20, 2024

_____
Louis J. DeVoto

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: February 20, 2024

_____
Louis J. DeVoto, Esquire
Counsel for Plaintiffs Michael and Holly Caccia

2