# EXHIBIT A

```
 1   arrive at your cause for his cancer?
 2       A.   Well, I reviewed the evidence for all of
 3   those factors and weighted them less significantly,
 4   based on -- on the literature.
 5            For example, his -- his weight.  You know,
 6   the literature I reviewed showed that there may be a
 7   connection between obesity and DLBCL patients with
 8   morbid obesity with body mass indices over 40.  And,
 9   you know, as far as I could tell, Mr. Caccia never
10   breached that limit, so I weighted that less.
11       Q.   Okay.  And what studies did you rely on to
12   make that determination?
13       A.   Well, if -- if we go to my report, for
14   example, there was a Reference 26 -- sorry.  Let me
15   go back to my report -- 26 and 31.
16            So Reference 26 was a study by Larsson in
17   2007 about obesity and the risk of non-Hodgkin's
18   lymphoma, which was a meta-analysis.
19            And 31 was a study by Willett on
20   non-Hodgkin's lymphoma and obesity, which is a
21   pulled analysis from a lymphoma consortia.
22       Q.   All right.  Let's pull up Larsson.
23       A.   Okay.
24       Q.   That will be Exhibit 6.  Can you see this
```

Marc Braunstein, M.D.

```
 1   DLBCL, specifically?
 2        A.   Yes.
 3        Q.   So how did you determine that those
 4   increased risks were not as important in your report
 5   of a contributing factor for Mr. Caccia's NHL?
 6        A.   So just, you know, evaluating all of his
 7   potential risk factors.  Some factors were weighted
 8   more.  In this case, it was the exposure to
 9   glyphosate but I didn't exclude the fact that he
10   couldn't have other contributing factors.  It's just
11   that, for example, with his body mass index it went
12   down over time, and I interpreted the literature to
13   say that the higher BMI -- the higher body mass
14   indices were more strongly associated with DLBCL.
15        Q.   What studies are you relying on to form
16   your opinion that Roundup or glyphosate exposure is
17   associated with DLBCL, specifically?
18        A.   Well, the -- the epidemiologic studies, you
19   know, are the ones that involve, you know, real
20   world human investigations.  And so the ones listed
21   in my Table 1, which is from another reference in my
22   report, were the ones that I primarily relied on.
23   And then there was also a meta-analysis by Zahn that
24   included these studies in -- in a meta-analysis.
```