# EXHIBIT B

```
 1   that you considered in your analysis?
 2           MR. DeVOTO:  Object to the form of
 3       the question.  Again, to your
 4       characterization of exposure to benzine,
 5       but notwithstanding that, you can
 6       answer.
 7       A.  Those are the risk factors I considered,
 8   yes.
 9       Q.  Okay.  So to determine if Roundup was a
10   risk factor for Mr. Caccia, you evaluated his
11   exposure, right?
12       A.  To the extent that it was in his -- in the
13   available materials, and, again, relying on
14   Dr. Sawer's, you know, toxicology assessment.
15       Q.  What is the calculated total exposure that
16   Mr. Caccia had to Roundup?
17       A.  Well, in Table 25 of Dr. Sawer's report, he
18   notes that there were a total of 133 exposure days
19   prior to his initial NHL diagnosis, and a cumulative
20   133 time-waited exposure days.  So that -- that's
21   what I used as a metric of his exposure.
22       Q.  Do you know how that number was calculated?
23       A.  He used an exposure day calculation, but I
24   don't know the -- all the moving parts of that
```

```
 1   calculation.  Again, I relied on his -- his
 2   expertise there.
 3        Q.  So in your report, you mentioned that
 4   Mr. Caccia's Roundup exposure is more than the
 5   minimum exposure reported in epidemiologic studies
 6   associating glyphosate-based herbicides and NHL.
 7            What are those exposures that you were
 8   referencing?
 9        A.  Well, you know, again, in Table 1 of my
10   report, some used a minimum of two -- two days per
11   year, others used a minimum of ten days or more per
12   year, so those would be what I would say the
13   minimum.
14        Q.  And you got the two days from the McDuffie
15   study; is that right?
16        A.  Yes.
17        Q.  Okay.  And then, you said the ten days, was
18   that from the Eriksson study?
19        A.  Yes.
20        Q.  Okay.  Did you look at any other studies to
21   try to determine how much exposure plaintiff needs
22   to have to increase the risk of non-Hodgkin's
23   lymphoma?
24        A.  Other than, you know, the others I looked
```

```
 1    at, you know, ever and ever exposure that are listed
 2    in my report, no.
 3         Q.   Okay.  Is there a threshold exposure amount
 4    that you use in your reports to determine whether an
 5    individual glyphosate exposure are more likely not
 6    than not cause or contributed to a plaintiff's NHL?
 7         A.   Yes, and the duration of exposure, the
 8    total, you know, time waited in duration.
 9         Q.   Okay.  So is there a number that you put on
10    that, or some kind of methodology that you use where
11    you say, hey, this is the amount that this plaintiff
12    was exposed to, or absorbed.  If they reach this
13    amount, they are at risk for developing
14    non-Hodgkin's lymphoma.  If they do not reach this
15    amount, they do not have a risk of developing
16    non-Hodgkin's lymphoma?
17         A.   Well, even the most -- yes.  I mean, even
18    the most stringent criteria in that table -- like,
19    for example, by Eriksson, used at least ten days.
20    So even though some of these studies used a minimum
21    of just exposed whatsoever, I would say that
22    certainly breaching a ten-day threshold would --
23    would be more definitive as a -- as a indices of
24    significant exposure.
```