UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

*John L. Scruggs v. Monsanto Co.*,
Case No. 3:19-cv-05867-VC

## SUGGESTION OF DEATH UPON THE RECORD AND MOTION FOR SUBSTITUTION OF PARTY

Counsel for plaintiff in the above-referenced matter respectfully gives notice and suggests upon the record to this Honorable Court, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that undersigned counsel has recently discovered the death of Paul Dinicola, Plaintiff in this action, as follows:

1. John L. Scruggs died during the pendency of this matter;

2. A copy of her death certificate is attached hereto as Exhibit A;

3. Valerie Scruggs-Proffit is the surviving daughter of John L. Scruggs and is vested with the right to pursue the claims, individually and on behalf of John L. Scruggs, under Alabama law.

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that Valerie Scruggs-Proffit be substituted in the place of John L. Scruggs as Plaintiff in this action, so that the claims may survive and that the action may proceed on his behalf.

The request under this Motion is not sought for delay, but so that justice may be done.

Dated: February 20, 2024

Respectfully submitted,

*/s/ John C. Enochs*
MORRIS BART, LLC
John C. Enochs (La. Bar. 22774)
601 Poydras Street, 24 FL
New Orleans, LA 70130
(504) 526-1087
jenochs@morrisbart.com

## **CERTIFICATE OF CONFERENCE**

I, John C. Enochs, hereby certify that on February 20, 2024, the foregoing was provided to defense counsel in an attempt to confer regarding same. As of the date of this filing, no response has been received.

Dated: February 20, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served through the Court's CM/ECF system on this 20th day of February, 2024.

*/s/John C. Enochs*
John C. Enochs