EXHIBIT A

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: **101 2021-07953**

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Johnnie Lem Scruggs |
| 2. DATE AND TIME OF DEATH | Feb 2, 2021  1557 |
| 3. ALIAS NAME (IF ANY) | None Given |
| 4. DATE AND TIME PRONOUNCED DEAD | |
| 5. COUNTY OF DEATH | Jefferson |
| 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Homewood, 35259 |
| 7. PLACE OF DEATH | Brookwood Baptist Medical Center |
| 8. SEX | Male |
| 9. LAST NAME PRIOR TO FIRST MARRIAGE | |
| 10. SERVED IN ARMED FORCES | No |
| 11. AGE | 73 |
| 12. DATE OF BIRTH | Jan 30, 1948 |
| 13. BIRTHPLACE | Georgia |
| 14. SOCIAL SECURITY NUMBER | 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 |
| 15. MARITAL STATUS | Divorced |
| 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | |
| 17. RESIDENCE STATE | Alabama |
| 18. RESIDENCE COUNTY | Jefferson |
| 19. CITY, TOWN OR LOCATION AND ZIP CODE | Birmingham, 35212 |
| 20. STREET ADDRESS | 5612 8th Avenue South |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS | Vallerie L Scruggs-Proffitt, Daughter, 6551 Villastone Drive, Columbus, GA 31909 |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Lawrence Scruggs |
| 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Willie Mae Burchfield |
| 24. DISPOSITION OF BODY | Cremation |
| 25. CEMETERY OR CREMATORY | Johns Ridout's |
| 26. LOCATION | Birmingham, Alabama |
| 27. DATE OF DISPOSITION | Feb 9, 2021 |
| 28. FUNERAL DIRECTOR OR OTHER AGENT | Renea McGhee |
| 29. LICENSE NUMBER | |
| 30. DATE SIGNED | Feb 9, 2021 |
| 31. FUNERAL HOME NAME AND ADDRESS | Johns-Ridout's Southside, 2116 University Blvd, Birmingham, AL 35233 |
| 32. LICENSE NUMBER | |

**33. MEDICAL CERTIFICATION:** Certifying Physician

| Field | Value |
|---|---|
| 34. NAME | Michael D Mitchell MD |
| 35. LICENSE NUMBER | 30824 |
| 36. DATE SIGNED | Feb 16, 2021 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 2010 Brookwood Medical Center Drive, Homewood, Alabama 35259 |
| 38. REGISTRAR | Nicole Henderson Rushing |
| 39. DATE FILED | Feb 17, 2021 |

### CAUSE OF DEATH

| 40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH | INTERVAL |
|---|---|
| IMMEDIATE CAUSE: A. COVID-19 | Unknown |
| DUE TO (OR AS A CONSEQUENCE OF): B. Congestive Heart Failure | Unknown |
| DUE TO (OR AS A CONSEQUENCE OF): C. | |
| DUE TO (OR AS A CONSEQUENCE OF): D. | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:

| 42. MANNER OF DEATH | 43. PREGNANT (IF FEMALE) | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | | No | | No | | No |

49. HOW INJURY OCCURRED:

| 50. DATE AND TIME OF INJURY | 51. INJURY AT WORK | 52. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|
| | | |

| 53. PLACE OF INJURY | 54. LOCATION OF INJURY |
|---|---|
| | |

ADPH HS E2 REV 01-21

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2021-156-204-5

February 19, 2021

*Nicole H Rushing*
Nicole Henderson Rushing
State Registrar of Vital Statistics