**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROUNDUP PRODUCTS                                   MDL No. 2741
LIABILITY LITIGATION

_____                          Case No. 16-md-02741-VC

This document relates to:

*John L. Scruggs v. Monsanto Co.,*
Case No. 3:19-cv-05867-VC


## **ORDER**

Considering Plaintiff's Motion brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that Valerie Scruggs-Proffit be substituted as a party plaintiff in place of John L. Proffit and that the Clerk of Court is hereby directed to amend the caption of this case to the following:

VALERIE SCRUGGS-PROFFIT, INDIVIDUALLY AND
ON BEHALF OF JOHN L. PROFFIT

V.

MONSANTO COMPANY

This _____ day of _____, 2024

_____
VINCE CHHABRIA
United States District Judge