UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741
Case No. 3:16-MD-02741-VC

_____/

This document relates to:

*Arthur King, et al., v. Monsanto Co., et al.,*

_____/

### NOTICE OF SUBSTITUTION OF COUNSEL

TO: CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES AND COUNSEL OF RECORD

Please take notice that Juan P. Bauta, II, Esq. of the Ferraro Law Firm, has been substituted for Shirin M. Vesely and John Goldsmith of Trenam Law as attorney of record for Plaintiffs, Arthur King and Veronique L. Horne-King, in the above-referenced action. The Clerk of Court is hereby requested to make such entries as may be required to record such substitution and to remove Shirin M. Vesely and John Goldsmith from ECF service on this case and replace them with ECF service to Juan P. Bauta, II, Esq, jpb@ferrarolaw.com.

Dated: February 15, 2024.

**TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.**

BY: */s/Shirin M. Vesely*
SHIRIN M. VESELY, FBN 21156
svesely@trenam.com  rvalente@trenam.com
JOHN D. GOLDSMITH, FBN 444278
jdgoldsmith@trenam.com  idawkins@trenam.com
svanboskerck@trenam.com
200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Tel: (727) 896-7171
Fax: (727) 820-0835

*Attorneys for Plaintiffs*
*ARTHUR J. KING, JR. AND*
*VERONIQUE L. HORNE-KING*

and

**THE FERRARO LAW FIRM**

/s/ JUAN P. BAUTA, II
_____
JUAN P. BAUTA, II, ESQ.
Florida Bar Number: 894060
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Phone: (305) 375-0111
Fax: (305) 379-6222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system to all counsel of record in this MDL on this 15th day of February, 2024.

/s/ JUAN P. BAUTA, II
_____
JUAN P. BAUTA, II, ESQ.
Florida Bar Number: 894060