AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

ARTHUR KING

Plaintiff (s),

V.

MONSANTO COMPANY

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:16-MD-02741-VC

Notice is hereby given that, subject to approval by the court, **Arthur King and Veronique L. King** substitutes
(Party (s) Name)

**Juan P. Bauta, II Esq. of the Ferraro Law Firm**, State Bar No. **894060** as counsel of record in
(Name of New Attorney)

place of **Shirin M. Vesely of Trenam Law**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | The Ferraro Law Firm |
| Address: | 600 Brickell Avenue, Suite 3800, Miami, Florida 33131 |
| Telephone: | (305) 375-0111    Facsimile (305) 379-6222 |
| E-Mail (Optional): | nbauta@ferrarolaw.com |

I consent to the above substitution.

Date: 2/16/2024

*Arthur King*

*Veronique King*
(Signature of Party (s))

I consent to being substituted.

Date: 2/16/2024

*Shirin M. Vesely*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/20/2024

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]