UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |

This document relates to:

*Charles Fredric Reid v. Monsanto Co.*,
Case No. 3:22-cv-04080-VC

_____ /

## **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8B**

COMES NOW, Plaintiff CHARLES FREDRIC REID by and through his undersigned counsel, requests this Court to move this respective case into Wave 8B.

1. On February 21, 2024, Plaintiff's counsel consulted with Defendant's counsel who does not oppose the motion to move this case to Wave 8B.

2. This case is currently in Wave 7D, which is the original Wave order assigned.

3. The Parties to this action have been diligently pursuing discovery. Depositions have been proceeding, Plaintiff has served his Plaintiff Fact Sheet, authorizations, participated in the Special Masters Settlement program, and medical records have been obtained.

4. Despite ongoing discovery, the deadlines posed by Wave 7D present challenges to complete the required discovery and expert reports.

5. As stated above, this case has not been previously moved from a prior Wave.

THEREFORE, Plaintiff respectfully requests this Honorable Court to move this case from Wave 7D to Wave 8B.

Dated: February 21, 2024

_____
Joseph A. Osborne, Esq. (FL Bar No: 880043)
josborne@realtoughlawyers.com
J. Robert Bell III, Esq. (FL Bar No: 115918)
rbell@realtoughlawyers.com
OSBORNE & FRANCIS LAW FIRM PLLC
925 S. Federal Highway, Suite 175
Boca Raton, FL 33432
(561) 293-2600 / (561) 923-8100 (fax)

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ *Joseph A. Osborne*