UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) |
| _____ | ) Case No.: MDL No. 3:16-md-02741-VC ) |
| This document relates to: | ) ) |
| *Lenvil Ramey and Helenka Ramey v. Monsanto Co.*, Case No. 3:17-cv-05878-VC | ) ) ) ) |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Come the plaintiffs, Lenvil Ramey and Helenka Ramey, individually, and their undersigned counsel, Philip J. Edwards, and agree that Mr. Edwards should be permitted to withdraw as their counsel in this matter. The parties further state as follows.

1. The plaintiffs, Lenvil and Helenka Ramey, state that they decided to change counsel and formally terminated the representation of Philip J. Edwards on January 26, 2024. In the interim, the Rameys interviewed and reached an agreement to be represented by new counsel.

2. The Rameys state and agree that Mr. Edwards should be permitted to withdraw as their counsel as of January 26, 2024.

3. The Rameys state that they expect new counsel to file a Notice of Appearance on their behalf in the near future and understand that time is of the essence. However, on behalf of the Rameys, their undersigned counsel requests the Court to provide them with fifteen (15) days to finalize their arrangement.

4. In view of the above, the plaintiffs, Lenvil Ramey and Helenka Ramey, individually, and their attorney, Philip J. Edwards, respectfully request the Court to enter an Order permitting Mr. Edwards withdrawal as counsel for the Rameys.

Dated: February 20, 2024

Respectfully submitted,

_____
Lenvil G. Ramey

_____
Helenka Ramey

/s/ Philip J. Edwards
PHILIP J. EDWARDS
Attorney at Law
3 Hawthorne Building
Louisville, KY 40204
(502) 648-7671
(502) 454-3175 (telefax)
kypecos@yahoo.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE

    It is hereby certified that a copy of the foregoing was served by hand-delivery, telefax, electronic mailing, or U. S. Postal Service, first class mail, postage prepaid, this 20th day of February, 2024 to the following:

Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108

Gregory S. Chernack (*pro hac vice*)
(gchernack@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
*Attorneys for Defendant*
*MONSANTO COMPANY*

/s/ Philip J. Edwards