UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) ) ) Case No.: MDL No. 3:16-md-02741-VC ) |
| This document relates to: *Lenvil Ramey and Helenka Ramey v. Monsanto Co.*, Case No. 3:17-cv-05878-VC | ) ) ) ) ) ) ) ) |

### **PROPOSED ORDER GRANTING MOTION TO WITHDRAW**

The motion of Philip J. Edwards to withdraw as counsel for the plaintiffs, Lenvil Ramey and Helenka Ramey, as of January 26, 2024 is granted. The Clerk shall remove Mr. Edwards from the docket and service list for this litigation.

The plaintiffs, Lenvil Ramey and Helenka Ramey, are to finalize their representation with new counsel within fifteen (15) days.

**IT IS SO ORDERED**.

Dated: _____, 2024.         _____
                                                                    HONORABLE VINCE CHHABRIA
                                                                    UNITED STATES DISTRICT COURT