UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Johnetta Scheh, Individually and as Representative for the Estate of Donald Scheh, Deceased, and Troy Scheh v. Monsanto Company and Bayer AG*<br>Case No. 3:20-cv-02427-VC | |

**PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII (B)**

Plaintiffs Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh, without opposition from Defendant Monsanto Company, respectfully request the Court move this case from Wave VII to Wave VIII(B).

1. This case is part of Wave VII. It has been moved previously due to different reasons given by prior counsel, as well as a move requested by current counsel upon his initial appearance into this matter.

2. **Counsel for Plaintiffs met and conferred with counsel for Monsanto. Monsanto is unopposed to this motion and has requested that Plaintiff seek to be moved to Wave VIII (B).**

3. Current counsel for Plaintiffs was substituted for prior counsel in August 2023 and this is his only case pending before the Court.

4. Extraordinary reasons exist for this requested schedule change.

5. On February 8, 2024, the undersigned counsel suddenly lost all vision in his right eye. The following day, he met with physicians who determined that surgery was necessary to prevent permanent blindness.

6. On February 15, 2024, the undersigned had eye surgery that included, among other things, a vitrectomy. He remains unable to read or discern meaningful details with his eye. Recovery is gradual, and an additional procedure will be necessary in approximately three months.

7. The loss of vision and need for ongoing medical care have made it difficult to proceed with expert discovery, followed by Daubert challenges, for the next few months. In addition to the physical impairment, the counsel's treatment schedule is uncertain.

8. This request is not being made for delay, but so that justice may be served. Neither the Plaintiffs nor their counsel should be prejudiced as a result of an unforeseen event.

9. Therefore, Plaintiffs Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased, and Troy Scheh, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave VII to Wave VIII(B).

DATED: February 21, 2024.

Respectfully submitted,

/s/ Michael J. Stanley
Michael J. Stanley
State Bar No. 19046600
Federal Bar No. 13283
230 Westcott St. Suite 120
Houston, Texas 77007
P: (713) 980-4381
F: (713) 980-1179
mstanley@stanleylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and a copy of this filing has been forwarded to all counsel of record in accordance with the ECF local rules.

/s/ Michael J. Stanley
Michael J. Stanley