Erimar von der Osten
Florida Bar No. 28786
**RIVERO MESTRE LLP**
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: evonderosten@riveromestre.com

*Attorney for Plaintiff Judge William C. Turnoff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| | **NOTICE OF APPEARANCE** |
| *William C. Turnoff v. Monsanto Company*, Case No.: 3:19-cv-03837-VC | |

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Erimar von der Osten of the firm Rivero Mestre LLP, hereby enter his appearance in the above-captioned matter as counsel for Plaintiff, Judge William C. Turnoff, and respectfully request that all pleadings, notices, orders, and correspondence, and other papers in connection with this action be served on

and directed to him.

Dated: February 21, 2024

**RIVERO MESTRE LLP**

2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: evonderosten@riveromestre.com
E-mail: rkuntz@riveromestre.com

By:  /s/ Erimar von der Osten
ERIMAR VON DER OSTEN
Florida Bar No. 28786
ROBERT KUNTZ
Florida Bar No. 94668
*Counsel for Judge William C. Turnoff*

**CERTIFICATE OF SERVICE**

I certify that on February 21, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Erimar von der Osten*
ERIMAR VON DER OSTEN
*Counsel for Judge William Turnoff*