UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Reiser v. Monsanto Co.*, Case No. 21-cv-05220-VC | Hon. Vince Chhabria |

**LEAD PLAINTIFFS' COUNSEL'S RESPONSE TO THE COURT'S ORDER RE: MOTION FOR SUMMARY JUDGMENT IN *REISER V. MONSANTO CO.***

We write in response to Your Honor's February 8, 2024 Order (ECF No. 17888) requesting that Plaintiffs' lead counsel ("Lead Counsel") verify its compliance with the Court's November 29, 2022 Order (ECF No. 15873) and notify the Court of its communications with Plaintiff Brenda Reiser

In accordance with the Court's directions in its November 29, 2022 Order, Lead Counsel made numerous efforts to assist Plaintiff Brenda Reiser. Specifically, co-lead counsel Robin Greenwald contacted Ms. Reiser's former attorney, John Blincow, shortly after the November 29, 2022 Order and learned that he had been unable to obtain substitute counsel for Ms. Reiser.[1] Ms. Greenwald subsequently contacted Ms. Reiser to discuss the status of her case and determine her preferences going forward and, following that discussion, made several inquiries to obtain new counsel for Ms. Reiser. When those efforts to obtain new counsel failed, and with the permission of Ms. Reiser (who elected to proceed *pro se*), Ms. Greenwald reached out to Special Master Feinberg for assistance with resolving Ms. Reiser's case. Over the past year, Ms. Greenwald and

---

[1] Per the Court's instructions, lead plaintiffs' counsel also confirmed that Mr. Blincow did not represent any MDL plaintiffs aside from Ms. Reiser.

1

her colleagues kept Ms. Reiser informed of those efforts. Finally, on July 17, 2023, Mr. Feinberg informed Ms. Greenwald and her colleagues that he had obtained a tentative resolution of Ms. Reiser's case through the Feinberg Roundup Pilot Program.

Lead Counsel's efforts to assist Ms. Reiser continued even after learning that her case had been resolved. In an effort to maximize her recovery, Ms. Greenwald's colleagues worked with the lien resolution company ARCHER Systems to ascertain and reduce Ms. Reiser's outstanding medical liens. At all times, Ms. Greenwald and her colleagues assisted Ms. Reiser at her request and did so *pro bono*.

It is Lead Counsel's understanding that Monsanto directly participated in the resolution discussions between Mr. Feinberg and Ms. Reiser and, therefore, were fully aware of the ongoing negotiations aimed at resolution. It is therefore troubling that Monsanto renewed its summary judgment motion in a *pro se* case that was so close to resolution. Indeed, according to Mr. Feinberg, Monsanto's counsel was notified that Ms. Reiser accepted the Pilot Program offer, completed the necessary settlement documentation, including a signed release, and is awaiting her settlement payment from Monsanto. *See* February 12, 2024 Feinberg Email to Court. Yet as of the time of submitting this response – nine days from the date of Mr. Feinberg's communication to the Court – Monsanto has not withdrawn its motion for summary judgment. Monsanto's actions has resulted in a waste of time and judicial resources.

In sum, Lead Counsel made considerable efforts since the Court's November 29, 2022 Order in an effort to assist Ms. Reiser and allow her to participate in the Pilot Program, obtain a settlement, and minimize her medical liens. Lead Counsel submits that Monsanto, being well aware that Ms. Reiser accepted the Feinberg Pilot Program settlement offer, should not have renewed its motion for summary judgment. And, if there was any doubt or confusion,

Monsanto's counsel should have contacted Lead Counsel for a status report prior to filing the summary judgment motion as it was aware that Ms. Greenwald was assisting Ms. Reiser and in contact with Mr. Feinberg about resolving her case. Finally, when it realized its error, Monsanto should have immediately withdrawn the motion.

Respectfully submitted,

*/s/ Robin Greenwald*
Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
rgreenwald@weitzlux.com

*/s/ Aimee Wagstaff*
Aimee Wagstaff
Wagstaff Law Firm
940 Lincoln Street
Denver, CO 80203
awagstaff@wagstafflawfirm.com

*/s/ David Dickens*
David Dickens
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960
ddickens@millerfirmllc.com

*Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of February 2024, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin Greenwald*