UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Angelo Bulone v. Monsanto Company,* *3:20-cv-03719-VC* | [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO STRIKE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERT LUOPING ZHANG, PH.D. |

Pursuant to Defendant Monsanto Company's ("Monsanto") Unopposed Motion for Extension of Time to File Motion to Strike Opinions and Testimony of Luoping Zhang, Ph.D. (the "Unopposed Motion"), and for good cause shown, the Court hereby enters the following Order:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Monsanto's Unopposed Motion is GRANTED.

2. The briefing schedule for Monsanto's Motion to Strike Opinions and Testimony of Luoping Zhang, Ph.D. shall be as follows:

| Event | Date |
| --- | --- |
| Monsanto's *Daubert* brief due. | March 6, 2024 |
| Opposition to *Daubert* motion due. | March 27, 2024 |
| Reply re: *Daubert* due. | April 10, 2024 |
| *Daubert* hearing (if necessary). | To be scheduled by the Court, if necessary. |

**IT IS SO ORDERED**.

Dated: February 22, 2024



Hon.
United States ... Judge

APPROVED
Judge Vince Chhabria

---

1

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO STRIKE OPINIONS AND TESTIMONY OF LUOPING ZHANG, PH.D.