UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Reiser v. Monsanto Co.*, Case No. 21-cv-05220-VC | **CONDITIONAL DISMISSAL** |

      The Court was advised by the Special Settlement Master on February 12, 2024, that the parties have resolved the *Reiser* case. Therefore, it is ORDERED that the case is DISMISSED without prejudice. All deadlines and hearings pertaining to the *Reiser* matter are vacated. Any pending motions are moot.

      The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

      **IT IS SO ORDERED.**

Dated: February 22, 2024

_____

VINCE CHHABRIA
United States District Judge