NACHAWATI LAW GROUP, PLLC
John Raggio (California Bar No. 338261)
Jraggio@ntrial.com
Gibbs Henderson (Texas Bar No. 24041084)
Ghenderson@ntrial.com
Erin Wood (Texas Bar No. 24073064)
Ewood@ntrial.com
5489 Blair Road
Dallas, Texas 75231
T: (214) 890-0711
F: (214) 890-0712
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE DAUBERT HEARING** |
| *Angelo Bulone v. Monsanto Co.,*<br>*Case No. 3:20-cv-03719-VC* | [Filed Concurrently with [Proposed] Order] |

In accordance with Civil L. R. 6-1(b), 6-3 and 7-11 and Paragraph 9 of the Court's Standing Order for Civil Cases, Plaintiff Angelo Bulone hereby moves unopposed for the Court to continue the *Daubert* hearing currently set for March 1, 2024, and pertaining to Plaintiff's experts Marc Braunstein, M.D. ("Dr. Braunstein") and Richard DeGrandchamp, Ph.D. ("Dr. DeGrandchamp"). As set out below, due to a procedural quirk, Monsanto's motion to exclude another of Plaintiff's experts, Dr. Luoping Zhang ("Dr. Zhang"), is not due until March 6, 2024. Accordingly, if the hearing on the motions to exclude Dr. Braunstein and Dr. DeGrandchamp is not continued, Plaintiff's counsel in this matter will likely be forced to travel to and attend two separate *Daubert*

hearings.  The more efficient, cost-effective plan would be to have the motions to exclude Dr. Braunstein, Dr. DeGrandchamp, and Dr. Zhang heard at the same hearing on some later date. [1]

1.      In the instant matter, Monsanto filed the following motions to exclude: (1) Motion to Exclude Testimony of Plaintiff's Specific Cause Expert Dr. Marc Braunstein and for Summary Judgment ("Motion to Exclude Dr. Braunstein") on December 13, 2023 (ECF No. 51); and (2) Motion to Exclude Testimony of Dr. Richard DeGrandchamp ("Motion to Exclude Dr. DeGrandchamp") on December 14, 2023 (ECF No. 52).

2.      In addition to moving to exclude Drs. Braunstein and DeGrandchamp, Monsanto also filed a Motion to Strike Expert Report of Luoping Zhang, Ph.D. on the grounds that Plaintiffs "filed to disclose a sufficiently detailed expert report" for her.  Monsanto Co.'s Mot. to Strike Expert Report of Luoping Zhang, Ph.D., ECF No. 41 at 3.  On January 9, 2024, the Court entered an Order Denying Motion to Strike Expert Report of Luoping Zhang, Ph.D., which, *inter alia*, stated that, "to avoid any possible prejudice to Monsanto and to permit it to file a *Daubert* motion regarding Zhang if it wishes to do so, the Court will allow Monsanto to seek any necessary extensions of time."  Dkt. No. 17743.

3.      Pursuant to the opportunity provided by the Court, Monsanto filed its Unopposed Motion for Extension of Time to File Motion to Strike Opinions and Testimony of Plaintiff's Expert Luoping Zhang, Ph.D. on February 13, 2024.  ECF No.63.  On February 22, 2024, the Court entered an Order Granting Unopposed Motion for Extension of Time to File Motion to Strike Opinions and Testimony of Plaintiff's Expert Luoping Zhang, Ph.D., which, *inter alia*, provided a deadline if March 6, 2024, for any *Daubert* brief directed at Dr. Zhang.  ECF No. 64 at 2.

---

[1] Another Daubert Motion regarding Dr. Braunstein, filed in *Caccia v. Monsanto*, 3:20-c-01915-VC, is also set to be heard on March 1, 2024.  Plaintiffs believe the Court's resources, as well as the time of Monsanto's counsel and Dr. Braunstein, would best be served by continuing at that hearing to the same future date herein requested.  Counsel for Plaintiff *Caccia*, consents to such a continuance.

2

4.      On February 20, 2024, the Court's Clerk informed the parties via email that "the Court has tentatively decided to have Daubert hearings for three witnesses: Braunstein, Berkman, and DeGrandchamp."  **Exhibit A**, Email from VC CRD to Counsel, dated Feb. 20, 2024.  At that point, it became clear that Plaintiff would likely face multiple *Daubert* hearings in this case due to the agreed-upon briefing schedule for the motion to exclude Dr. Zhang.  Before filing this motion, and in an effort to avoid incurring twice the travel expenses, Plaintiff's counsel contacted Monsanto's counsel in an attempt to continue this hearing by agreement.  In response, Monsanto's counsel stated that it does not oppose Plaintiff's request for continuance.  **Exhibit B**, Email from L. Hsu to G. Henderson, dated Feb. 23, 2024.

WHEREFORE, Plaintiff prays that this Unopposed Motion to Continue Hearing be GRANTED and that the attached Order be signed.

Respectfully submitted,

**NACHAWATI LAW GROUP**

By:      /s/Gibbs C. Henderson
Gibbs C. Henderson
Illinois Bar No.: 6314687
Texas Bar No.: 24041084
*Pro Hac Vice*
Erin M. Wood
Texas Bar No.: 24073064
*Pro Hac Vice*
**NACHAWATI LAW GROUP**
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
ghenderson@ntrial.com
ewood@ntrial.com
litigation@ntrial.com
*Attorneys for Plaintiff*

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.


By:     */s/Gibbs C. Henderson*
        Attorney for Plaintiff