# EXHIBIT B

| | |
|---|---|
| **From:** | Linda Hsu |
| **To:** | Gibbs Henderson |
| **Cc:** | Martinez, Anthony (SHB); Lee Marshall; Rosalinda Hernandez; Erin Wood |
| **Subject:** | RE: Bulone v. Monsanto - Meet and Confer re Briefing Schedule for Motion to Exclude Expert L. Zhang |
| **Date:** | Thursday, February 22, 2024 9:49:24 PM |

This message originated from outside your organization

Hi Gibbs,

Monsanto does not oppose your motion.

Thanks.

Best,
Linda



Linda C. Hsu
Partner
Bryan Cave Leighton Paisner LLP - Santa Monica, CA USA
linda.hsu@bclplaw.com
T: +1 310 576 2192

---

**From:** Gibbs Henderson <ghenderson@ntrial.com>
**Sent:** Thursday, February 22, 2024 3:46 PM
**To:** Linda Hsu <linda.hsu@bclplaw.com>
**Cc:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Lee Marshall <Lee.Marshall@bclplaw.com>; Rosalinda Hernandez <rhernandez@ntrial.com>; Erin Wood <ewood@ntrial.com>
**Subject:** RE: Bulone v. Monsanto - Meet and Confer re Briefing Schedule for Motion to Exclude Expert L. Zhang

Dear Linda:

Since Dr. Zhang is likely to be subject to a *Daubert* hearing in Bulone once the briefing is complete, Plaintiff is planning to file a motion to continue the *Daubert* hearing on Drs. Braunstein and DeGrandchamp in Bulone, which is currently (tentatively) set for March 1, 2024.  We would like to avoid making multiple trips to San Francisco for *Daubert* hearings in the same case, and, to that end, believe it makes the most sense to hear the *Daubert* challenges in Bulone for Drs. Braunstein, DeGrandchamp and Zhang on the same date (or consecutive dates).

Please let me know if Monsanto is agreeable to this proposal and if we can file the motion to continue as an unopposed motion.

Regards,
Gibbs

## Gibbs Henderson
### Partner

**O:** 214-890-0711
**E:** ghenderson@Ntrial.com

**NLG NACHAWATI LAW GROUP**   5489 Blair Rd. / Dallas, TX 75231
ntrial.com

**LAW IS OUR PASSION. JUSTICE IS OUR BUSINESS.**

**Confidentiality Notice:** The information contained in this email message

is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.

**From:** Linda Hsu <linda.hsu@bclplaw.com>
**Sent:** Monday, February 12, 2024 2:41 PM
**To:** Gibbs Henderson <ghenderson@ntrial.com>; Erin Wood <ewood@ntrial.com>
**Cc:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Lee Marshall <Lee.Marshall@bclplaw.com>; Rosalinda Hernandez <rhernandez@ntrial.com>
**Subject:** RE: Bulone v. Monsanto - Meet and Confer re Briefing Schedule for Motion to Exclude Expert L. Zhang

This message originated from outside your organization

Thanks, Gibbs.



LINDA C. HSU
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Santa Monica, CA USA
linda.hsu@bclplaw.com
T: +1 310 576 2192

**From:** Gibbs Henderson <ghenderson@ntrial.com>
**Sent:** Monday, February 12, 2024 12:40 PM
**To:** Linda Hsu <linda.hsu@bclplaw.com>; Erin Wood <ewood@ntrial.com>
**Cc:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Lee Marshall <Lee.Marshall@bclplaw.com>; Rosalinda Hernandez <rhernandez@ntrial.com>
**Subject:** RE: Bulone v. Monsanto - Meet and Confer re Briefing Schedule for Motion to Exclude Expert L. Zhang

Linda:

Yes, this is acceptable to us.

Thanks,
Gibbs

# Gibbs Henderson
## Partner

**O:** 214-890-0711
**E:** ghenderson@Ntrial.com

 5489 Blair Rd.  /  Dallas, TX 75231
ntrial.com

**LAW IS OUR PASSION. JUSTICE IS OUR BUSINESS.**

**Confidentiality Notice:** The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you

have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.

---

**From:** Linda Hsu <linda.hsu@bclplaw.com>
**Sent:** Monday, February 12, 2024 2:28 PM
**To:** Gibbs Henderson <ghenderson@ntrial.com>; Erin Wood <ewood@ntrial.com>
**Cc:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Lee Marshall <Lee.Marshall@bclplaw.com>
**Subject:** RE: Bulone v. Monsanto - Meet and Confer re Briefing Schedule for Motion to Exclude Expert L. Zhang

This message originated from outside your organization

---

Thanks, Gibbs.  Below are the updated deadlines.  Please note that pushing the *Daubert* hearing date by one week would set the hearing for April 25, 2024.  Chhabria has noted that date as a "NO MOTION CALENDAR" day, and he has not released any other hearing dates past April 25, 2024.  Accordingly, we have left the hearing date as "To be scheduled by the Court, if necessary."  If this is acceptable to you, we will include the briefing schedule below and file the motion as an unopposed motion.

| Event | Date |
|---|---|
| Monsanto's *Daubert* brief due. | March 6, 2024 |
| Opposition to *Daubert* motion due. | March 27, 2024 |
| Reply re: *Daubert* due. | April 10, 2024 |
| *Daubert* hearing (if necessary). | To be scheduled by the Court, if necessary. |

Best,
Linda



LINDA C. HSU
Partner
BRYAN CAVE LEIGHTON PAISNER LLP - Santa Monica, CA USA
linda.hsu@bclplaw.com
T: +1 310 576 2192

---

**From:** Gibbs Henderson <ghenderson@ntrial.com>
**Sent:** Monday, February 12, 2024 11:15 AM
**To:** Linda Hsu <linda.hsu@bclplaw.com>; Erin Wood <ewood@ntrial.com>
**Cc:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Lee Marshall <Lee.Marshall@bclplaw.com>
**Subject:** RE: Bulone v. Monsanto - Meet and Confer re Briefing Schedule for Motion to Exclude Expert L. Zhang

Linda:

We would request that each of the deadlines be pushed back a week.  With that adjusted schedule, we would have no opposition.

Regards,
Gibbs

# Gibbs Henderson
Partner

**O:** 214-890-0711
**E:** ghenderson@Ntrial.com

  5489 Blair Rd. / Dallas, TX 75231
ntrial.com

**LAW IS OUR PASSION. JUSTICE IS OUR BUSINESS.**

**Confidentiality Notice:** The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.

---

**From:** Linda Hsu <linda.hsu@bclplaw.com>
**Sent:** Monday, February 12, 2024 12:18 PM
**To:** Gibbs Henderson <ghenderson@ntrial.com>; Erin Wood <ewood@ntrial.com>
**Cc:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Lee Marshall <Lee.Marshall@bclplaw.com>
**Subject:** Bulone v. Monsanto - Meet and Confer re Briefing Schedule for Motion to Exclude Expert L. Zhang

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

This message originated from outside your organization

Dear Counsel:

Per the attached order, Monsanto intends to seek a briefing schedule to file a *Daubert* motion regarding Plaintiff's expert Zhang.  Please let us know if the proposed briefing schedule below works for Plaintiff and if we may file it as an unopposed motion.

| Event | Date |
|---|---|
| Monsanto's *Daubert* brief due. | February 28, 2024 |
| Opposition to *Daubert* motion due. | March 20, 2024 |
| Reply re: *Daubert* due. | April 3, 2024 |
| *Daubert* hearing (if necessary). | April 18, 2024 |

Thanks.

Best,
Linda



LINDA C. HSU
Partner
linda.hsu@bclplaw.com
T: +1 310 576 2192  F: +1 310 260 4192

BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300, Santa Monica, CA 90401-2386

bclplaw.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at [www.bclplaw.com](www.bclplaw.com).

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at [www.bclplaw.com](www.bclplaw.com).

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at [www.bclplaw.com](www.bclplaw.com).

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.