**ROSSETTI & DEVOTO, P.C.**
LOUIS J. DEVOTO – NJ ATTORNEY ID – 015891993
ldevoto@rossettidevoto.com
20 Brace Road, Suite 115
Cherry Hill, NJ 08034
(856) 354-0900
Attorney for Plaintiffs Michael J. Caccia and Holly Caccia, h/w

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC |
| This document relates to:<br><br>*Michael J. Caccia and Holly Caccia v. Monsanto Co.*,<br>Case No. 3:20-cv-01915-VC | **PLAINTIFFS MICHAEL J. CACCIA AND HOLLY CACCIA'S UNOPPOSED MOTION TO CONTINUE *DAUBERT* HEARING TO A FUTURE DATE CONSISTENT WITH THE *BULONE* CASE** |

## ARGUMENT

In accordance with Civil L. R. 6-1(b), 6-3 and 7-11 and Paragraph 9 of the Court's Standing Order for Civil Cases, Plaintiffs Michael and Holly Caccia hereby move unopposed for the Court to continue the *Daubert* hearing currently set for March 1, 2024, and pertaining to Plaintiff's specific causation expert Marc Braunstein, M.D. ("Dr. Braunstein"). As set out below, due to a procedural quirk in the *Bulone* case, Plaintiff Bulone moved unopposed to have the *Daubert* hearing for Dr. Braunstein continued to a future date to be determined. For similar reasons, assuming the Court grants plaintiff Bulone's motion, Plaintiffs' counsel in this matter respectfully requests that the *Daubert* hearing for Dr. Braunstein in our case be postponed to the same date as the *Bulone* hearing so that Dr. Braunstein will not be forced to travel to and attend two separate *Daubert* hearings. Because the issues and testimony for both motions will likely overlap, it would be more efficient and cost-effective to have the motions to exclude Dr. Braunstein be heard at the same hearing on some later date. I have spoken to Monsanto's counsel Brian Stekloff, Esquire who consents and concurs that it would make more sense for Dr. Braunstein's hearing in both the *Caccia* and *Bulone* matters to proceed at the same time.

1. On February 20, 2024, the Court's Clerk informed the parties via e-mail that Dr. Braunstein was scheduled to attend *Daubert* hearings in both the *Bulone* and *Caccia* cases. **See Ex. A**, E-mail from VC CRD dated Feb. 20, 2024.

2. On February 23, 2024, Plaintiff Bulone filed an Unopposed Motion To Continue *Daubert* Hearing with consent of Monsanto's Counsel. (Dkt. No. 17958).

3. Before filing this Unopposed Motion To Continue Daubert Hearing, and in an effort to avoid incurring twice the travel time and expenses for Dr. Braunstein, Plaintiff's counsel contacted Monsanto's counsel in an attempt to continue this hearing by agreement. In response,

Monsanto's counsel consented to Plaintiff's motion and does not oppose Plaintiffs' request for continuance to a future date consistent with that of *Bulone*, so that Dr. Braunstein's testimony could be heard at one hearing. **Ex. B**, E-mail from Brian Stekloff to Louis DeVoto, dated Feb. 23, 2024.

**WHEREFORE,** Plaintiffs Caccia pray that the Unopposed Motion to Continue *Daubert* hearing to a future date consistent with the *Bulone* case be **GRANTED** and that the attached Order be signed.

Date: February 23, 2024

Respectfully submitted,

_____
**ROSSETTI & DEVOTO, PC**
Louis J. DeVoto, Esquire
NJ Attorney ID – 015891993
20 Brace Road, Suite 115
Cherry Hill, New Jersey 08034
Telephone:   (856) 354-0900
Facsimile:   (856) 354-0920
ldevoto@rossettidevoto.com
Attorneys for Plaintiffs Michael and Holly Caccia