## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: February 23, 2024          _____
                                                                  Louis J. DeVoto, Esquire