# EXHIBIT A

# Cynthia Muldoon

| | |
|---|---|
| **From:** | VC CRD <VCCRD@cand.uscourts.gov> |
| **Sent:** | Tuesday, February 20, 2024 7:04 PM |
| **To:** | Louis DeVoto; linda.hsu@bclplaw.com; arivero@riveromestre.com; Erin Wood; ghenderson@ntrial.com; dbricker_tenlaw.com; dstrouss@tenlaw.com; lawofficesofcharleslmeyer@gmail.com; brian.stuart@aryalc.com; jhollingsworth@hollingsworthllp.com; swilliams@stevenwilliamslaw.com; jcook@duttonfirm.com |
| **Cc:** | Brian Stekloff; Aimee H. Wagstaff; Greenwald, Robin; David Dickens; lori.andrus@andrusanderson.com; amartinez_shb.com; Rakesh Kilaru |
| **Subject:** | Daubert Hearings - March |

Hello,

The Court has tentatively decided to have Daubert hearings for three witnesses: Braunstein, Berkman, and Degrandchamp. Counsel should plan on the hearings beginning on March 1, with a chance they will end up being pushed to later in the month.

Also, can you please confirm that all 10 of the cases (below) for which we have motions pending in this Wave are still live and that none of them have settled since the briefs came in?

- Turnoff, 19-cv-3837
- Caccia et al, 20-cv1915
- Cotter et al, 20-cv-3108
- Bulone, 20-cv-3719
- Beckfield, 21-cv-5322
- Canning et al, 19-cv-4230
- Beavers Jr, 20-cv-8799
- Gonzales, 20-cv-6198
- Rolish, 20-cv-1421
- Nelson et al., 19-cv-4576

Apologies if I have omitted anyone from this email!

Thank you!

**Bhavna Sharma**
Courtroom Deputy To The
Honorable Vince Chhabria
United States District Court
Northern District of California