# EXHIBIT B

# Cynthia Muldoon

| | |
|---|---|
| **From:** | Brian Stekloff <bstekloff@wilkinsonstekloff.com> |
| **Sent:** | Friday, February 23, 2024 1:33 PM |
| **To:** | Louis DeVoto |
| **Cc:** | Cynthia Muldoon |
| **Subject:** | RE: Caccia v Monsanto- Daubert hearing |

Lou,

You do have our consent.  We agree everything should be heard at once.

Best, Brian

**Brian Stekloff** | Founding Partner
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Flr, Washington, DC 20036
Direct: (202) 847-4030 | Fax: (202) 847-4005
bstekloff@wilkinsonstekloff.com
wilkinsonstekloff.com

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the intended addressee. It is the property of Wilkinson Stekloff LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**From:** Louis DeVoto <ldevoto@rossettidevoto.com>
**Sent:** Friday, February 23, 2024 1:08 PM
**To:** Brian Stekloff <bstekloff@wilkinsonstekloff.com>
**Cc:** Cynthia Muldoon <cmuldoon@rossettidevoto.com>
**Subject:** Caccia v Monsanto- Daubert hearing

Hi Brian. I represent Michael Caccia in the captioned case in which a Daubert hearing is scheduled for Friday March 1. My specific causation expert is Marc Braunstein. It is my understanding that counsel in Bulone is going to request an adjournment of the hearing as it pertains to their same expert, Dr. Braunstein.

Given that, it seems to make sense to also adjourn our Daubert hearing so that Dr. Braunstein does not have to travel twice to California.

Do I have your consent to file an unopposed motion to reschedule Dr. Braunstein's Daubert hearing to the same time as the rescheduled Bulone hearing.

Thanks. Lou

Louis J. DeVoto
Rossetti & DeVoto, PC

1

20 Brace Road
Suite 115
Cherry Hill, NJ 08034
856-354-0900 phone
856-354-0920 fax
www.RossettiDevoto.com