# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No.: 3:16-md-02741-VC

This document relates to:

*Michael J. Caccia and Holly Caccia
v. Monsanto Co.*,
Case No. 3:20-cv-01915-VC

**[PROPOSED] ORDER GRANTING
PLAINTIFFS MICHAEL J. CACCIA
AND HOLLY CACCIA'S UNOPPOSED
MOTION TO CONTINUE *DAUBERT*
HEARING TO A FUTURE DATE
CONSISTENT WITH THE *BULONE*
CASE**

Upon consideration of Plaintiffs Michael J. Caccia and Holly Caccia's Motion to Continue *Daubert* Hearing to a Future Date Consistent with the *Bulone* Case, and for good cause shown, the Court hereby enters the following Order:

**IT IS HEREBY ORDERED AND ADJUDGED**:

1.      Plaintiffs' Unopposed Motion to Continue Daubert Hearing is **GRANTED**.

2.      The *Daubert* Hearing currently scheduled for March 1, 2024 in this matter is continued to a date to be determined consistent with the *Bulone* case.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE VINCE G. CHHABRIA
United States District Judge