UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Turnoff v. Monsanto Co.*, Case No. 19-cv-03837-VC<br><br>*Caccia et al. v. Monsanto Co.*, Case No. 20-cv-01915-VC<br><br>*Bulone v. Monsanto Co.*, Case No. 20-cv-03719-VC<br><br>*Canning et al. v. Monsanto Co.*, Case No. 19-cv-04230-VC<br><br>*Cotter et al. v. Monsanto Co.*, Case No. 20-cv-03108-VC<br><br>*Nelson et al. v. Monsanto Co.*, Case No. 19-cv-04576-VC<br><br>*Gonzalez v. Monsanto Co.*, Case No. 20-cv-06198-VC<br><br>*Rolish v. Monsanto Co.*, Case No. 20-cv-01421-VC<br><br>*Beavers Jr. v. Bayer Co. et al.*, Case No. 20-cv-08799-VC | **ORDER RE: WAVE 6 *DAUBERT* HEARINGS**<br><br>Re: Dkt. Nos. 17588, 17589, 17598, 17599,<br><br>17600, 17601, 17603, 17604, 17605,<br><br>17607, 17609, 17610, 17611, 17612,<br><br>17614, 17615, 17616, 17617 |

The March 1 hearing on the Wave 6 *Daubert* motions is vacated. Instead, the Court is

setting an in-person hearing on March 25–26, 2024, on the motions to exclude Dr. Braunstein in *Bulone* and *Caccia et al.*, the motion to exclude Dr. Berkman in *Turnoff*, and the motion to exclude Dr. DeGrandchamp in *Bulone*. The Court will hear testimony from these three experts and argument on the motions.

As of now, the Court intends to decide the other Wave 6 *Daubert* motions without a hearing.

**IT IS SO ORDERED.**

Dated: February 23, 2024

VINCE CHHABRIA
United States District Judge