**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@getgomez.com*
Joshua R. Harris (FL SBN 124124)
*josh@getgomez.com*
Cristina Murillo (SBN 345769)
*cristina@getgomez.com*
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Bartley v. Monsanto Company* | MDL No. 2741<br><br>Case No.: 3:24-cv-00734-VC<br><br>Honorable Vince Chhabria<br><br>**NOTICE OF APPEARANCE OF CRISTINA MURILLO ON BEHALF OF PLAINTIFF** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Cristina Murillo of Gomez Trial Attorneys hereby enters an appearance as counsel for all Plaintiff Sharon Bartley. Please serve said counsel with all pleadings and notices in these actions.

Dated: February 23, 2024

Respectfully submitted,

By: */s/ Cristina Murillo*
John H. Gomez, Esq.
Cristina Murillo, Esq.
**GOMEZ TRIAL ATTORNEYS**
**Attorneys for Plaintiff**
john@getgomez.com
cristina@getgomez.com

NOTICE OF APPEARANCE OF CRISTINA MURILLO ON BEHALF OF PLAINTIFF

1

2

## CERTIFICATE OF SERVICE

3

I hereby certify that on 23rd day of February, a true and correct copy of the foregoing was

4

electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to

5

all counsel of record.

6

7

8
       */s/ Cristina Murillo*
       Cristina Murillo, Esq.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
NOTICE OF APPEARANCE OF CRISTINA MURILLO ON BEHALF OF PLAINTIFF