UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER RE: INCORRECTLY FILED MOTIONS** |
| *Dixon et al. v. Monsanto Co.*, Case No. 19-cv-05885-VC | Dkt. Nos. 17875, 17877, 17883, 17884 |
| *Kimura v. Monsanto Co.*, Case No. 20-cv-00190-VC | |
| *Pullet et al. v. Monsanto Co.*, Case No. 19-cv-07462-VC | |

Pursuant to Pretrial Order No. 1 of *In re Roundup Products Liability Litigation*, 16-md-2741-VC, all documents filed in MDL member cases must be filed on both the master docket and the docket of the member case. In addition, cases that have already been moved from one wave to another at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234. Parties seeking to move a case to a later wave are required to state in their motion whether a case has previously been moved. Dkt. No. 17323. It appears that at least one of the above-captioned cases was previously moved, but the motion does not note this.

The motions filed at the above docket number are being terminated. If the documents are

refiled in accordance with the above requirements, the Court will consider the filings.

**IT IS SO ORDERED.**

Dated: February 23, 2024

VINCE CHHABRIA
United States District Judge