UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*King et al. v. Monsanto Co.*, Case No. 3:21-cv-09294-VC<br><br>*Lampert v. Monsanto Co.*, Case No. 3:22-cv-05044<br><br>*Mellon v. Monsanto Co.*, Case No. 3:22-cv-01951<br><br>*Occhipinti v. Monsanto Co.*, Case No. 3:22-cv-00471<br><br>*Anderson v. Monsanto Co.*, Case No. 3:20-cv-00848<br><br>*Anderson v. Monsanto Co.*, Case No. 3:19-cv-06092<br><br>*Buchanan v. Monsanto Co.*, Case No. 3:20-cv-03718<br><br>*Chapman v. Monsanto Co.*, Case No. 3:19-cv-06723<br><br>*Pease v. Monsanto Co.*, Case No. 3:21-cv-10049<br><br>*Plank v. Monsanto Co.*, Case No. 3:20-cv-03450 | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES**<br><br>Re: Dkt. Nos. 17916, 17927, 17947, 17950 |

*Ricke v. Monsanto Co.*, Case No. 3:19-cv-06090

*Roman v. Monsanto Co.*, Case No. 3:22-cv-03855

*Ellis v. Monsanto Co.*, Case No. 3:19-cv-06091

*Gibson v. Monsanto Co.*, Case No. 3:22-cv-04399

*Jilnicki v. Monsanto Co.*, Case No. 3:19-cv-06047

*Jones v. Monsanto Co.*, Case No. 3:22-cv-04265

*Seaman v. Monsanto Co.*, Case No. 3:21-cv-02546

*Somach v. Monsanto Co.*, Case No. 3:19-cv-06048

*Southerland v. Monsanto Co.*, Case No. 3:19-cv-06049

*Stevens v. Monsanto Co.*, Case No. 3:22-cv-03859

*Reid v. Monsanto Co.*, Case No. 3:22-cv-04080-VC

*Scheh et al. v. Monsanto Co.*, Case No. 3:20-cv-02427-VC

The motions to move the above-captioned cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: February 23, 2024

VINCE CHHABRIA
United States District Judge