# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII, SUB WAVE C** |
| *Walter Holden v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:19-cv-5085-VC | |

Plaintiff's motion to move the case from Wave VII, Sub-Wave D to Wave VIII, Sub-Wave C is granted.

**IT IS SO ORDERED.**

Dated: February 23, 2024

