**NIX PATTERSON, LLP**
Cody L. Hill (*pro hac vice*)
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
codyhill@nixlaw.com

*Counsel for Plaintiffs Mark D. Stewart*
*and Lisa K. Stewart*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Docket Case No. 3:16-md-02741-VC<br><br>Honorable Vince Chhabria |
| This document relates to:<br><br>*Mark D. Stewart and Lisa K. Stewart v. Monsanto Co.*, Case No. 3:20-cv-01835-VC | **PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE 8(B)** |

Plaintiffs, Mark D. Stewart and Lisa K. Stewart ("Plaintiffs"), with no opposition from Defendant Monsanto Company ("Monsanto"), respectfully request that this Court move their respective case into Wave 8(B) by granting this Unopposed Motion to Move Case to Wave 8(B). In support of their request, Plaintiffs respectfully show the Court the following:

1.  Plaintiffs' counsel have conferred with Monsanto's counsel and, as a result, are authorized to state herein that Monsanto does not oppose this motion to move this case to Wave 8(B).

2.  This case was originally assigned—and is currently in—Wave 7(G).

3.  This case has not been previously moved from a prior Wave. This is the first motion Plaintiffs have filed seeking such relief from the Court.

4. Discovery is being diligently pursued by the parties to this action, as Plaintiff has served his Plaintiff Fact Sheet and authorizations, medical records have been obtained, Plaintiff has participated in the Special Masters Settlement program, and fact depositions have been scheduled.

5. However, despite ongoing discovery, the deadlines posed by Wave 7 present challenges to complete the required discovery and expert reports.

6. As stated above, this case has not been previously moved from a prior Wave, and Monsanto does not oppose moving or reassigning this case to Wave 8(B).

THEREFORE, Plaintiffs in the above-referenced Individual Case No. 3:20-cv-01835-VC respectfully request that this Honorable Court grant their Unopposed Motion and move this case from Wave 7(G) to Wave 8(B).

DATED: February 26, 2024.    Respectfully submitted,

**NIX PATTERSON, LLP**

/s/ Cody L. Hill
Jeffrey J. Angelovich
Bradley E. Beckworth
Cody L. Hill
James E. Warner III
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
jangelovich@nixlaw.com
bbeckworth@nixlaw.com
codyhill@nixlaw.com
jwarner@nixlaw.com

**WHITTEN BURRAGE**
Michael Burrage
Reggie Whitten
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Tel: (405) 516-7800

Fax: (405) 516-7859
mburrage@whittenburragelaw.com
rwhitten@whittenburragelaw.com

***ATTORNEYS FOR PLAINTIFFS MARK D. STEWART AND LISA K. STEWART***

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system. Based upon the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all counsel of record.

/s/ Cody L. Hill
Cody L. Hill