UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Shawn Grubb and Rachelle Grubb v. Monsanto Co.*, Case No. 3:20-cv-09293-VC | MDL No. 2741<br>Master Docket Case No. 3:16-md-02741-VC<br><br>Honorable Vince Chhabria<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE 8(B)** |

BEFORE THE COURT is the Unopposed Motion to Move Case to Wave 8(B) filed by Plaintiffs, Shawn Grubb and Rachelle Grubb, in the above-captioned matter. Defendant, Monsanto Company, does not oppose the motion, and this case has not previously been moved from a prior wave. As such, for good cause shown, the Court hereby GRANTS the unopposed motion.

IT IS THEREFORE ORDERED that the above-captioned case is moved to Wave 8(B).


Dated: _____


_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE