UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| This Document Relates to: | |
| *Brenda Baker v. Monsanto* | |
| Case No. 3:19-cv-05873-VC | Judge Vince Chhabria |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE TO WAVE 8**

Having reviewed the unopposed motion seeking transfer to Wave 8, the Court **GRANTS** the requested relief and transfers this case to Wave 8.

**IT IS SO ORDERED**.

Date: _____, 2024.

_____
VINCE G. CHHABRIA
Presiding Judge
United States District Court