**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
Email: mmatern@maternlawgroup.com
Joshua D. Boxer (SBN 226712)
Email: jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL no. 2741 |
| | CASE NO.: 3:16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document related to: *Eugene Jizhak v. Monsanto Co.,* Case No.: 3:20-cv-04646-VC | **PLAINITFF EUGENE JIZHAK'S MOTION TO MOVE HIS CASE TO WAVE 8** |

**PLAINTIFF EUGENE JIZHAK'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE, SUB-WAVE, OR OTHER RELIEF THE COURT DEEMS JUST AN PROPER**

Plaintiff Eugene Jizhak ("Plaintiff") hereby respectfully requests the Court to mover his case to Wave 8.

1. Plaintiff is currently in Wave 7D. Per the Court's August 30, 2023 order, Plaintiff's immediately relevant deadlines under this Wave are March 20, 2024 (close of fact discovery), March 22, 2024 (Plaintiff's expert reports due), and May 22, 2024 (close of

expert discovery).

2. Plaintiff and defendant have diligently sought discovery in this case. Plaintiff completed the Plaintiff Fact Sheet, produced approximately 73 pages of documents, provided all requested authorizations, and his deposition is scheduled for later this month.

3. Defendant's counsel stated that they would not object to moving Plaintiff's case to Wave 8 as this would provide more time for Plaintiff's deposition and further discovery. Should Wave 8 be deemed unsuitable for some reason, Plaintiff requests to be moved to a sub-Wave, another Wave (e.g. Wave 9), or other relief as the Court deems just and proper.

4. Discovery in this matter has consisted of the production of Plaintiff Fact Sheet and the production of medical records.

5. While this matter was initially part of an earlier wave, this is the first request for a continuance.

Dated: February 26, 2024				**MATERN LAW GROUP, PC**


						By: */s/ Joshua D. Boxer*
						      Joshua D. Boxer
						      *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26<u>th</u> day of February, a true and correct copy of the foregoing was electronically files with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Joshua D. Boxer*
Joshua D. Boxer, Esq.
