**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
Email: mmatern@maternlawgroup.com
Joshua D. Boxer (SBN 226712)
Email: jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL no. 2741 |
| | CASE NO.: 3:16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document related to: *Eugene Jizhak v. Monsanto Co.,* Case No.: 3:20-CV-04646 | **DECLARATION OF JOSHUA D. BOXER IN SUPPORT OF PLAINITFF EUGENE JIZHAK'S MOTION TO MOVE HIS CASE TO WAVE 8** |

**DECLARATION OF JOSHUA D. BOXER**

I, Joshua D. Boxer, declare the following:

1. I am an attorney at law duly licensed to practice before all courts of the State of California, I am an attorney at MATERN LAW GROUP, PC, attorneys of record for the Plaintiff EUGENE JIZHAK ("Plaintiff") herein. If called upon as a witness, I can and will competently testify to the following from my own personal knowledge.

2. Plaintiff's case is currently in Wave 7D in this Court.

///

3. My office and defendant Monsanto Co. ("Defendant") have diligently sought discovery in this case. Plaintiff completed the Fact Sheet, produced approximately 73 pages of documents, provided all needed authorizations, and Plaintiff's deposition is scheduled for later this month.

4. While this matter was initially part of an earlier wave, this is Plaintiff's first request for continuance.

5. Defendant's counsel stated that they would not object to moving Plaintiff's case to Wave 8 as this would provide more time for Plaintiff's deposition and further needed discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2024 in Manhattan Beach, CA.

          */s/ Joshua D. Boxer*
Joshua D. Boxer
*Counsel for Plaintiff*