**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | CASE NO.:  3:16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document related to: | **[PROPOSED] ORDER GRANTING PLAINITFF EUGENE JIZHAK'S MOTION TO MOVE HIS CASE TO WAVE 8** |
| *Eugene Jizhak v. Monsanto Co.,* | |
| Case No.: 3:20-cv-04646-VC | |

**ORDER GRANTING PLAINTIFF EUGENE JIZHAK'S MOTION TO MOVE HIS CASE TO WAVE 8**

Plaintiff EUGENE JIZHAK motion to move his case from Wave 7D to Wave 8 is GRANTED.

**IT IS SO ORDERED.**

Dated this ___ day of February, 2024.

_____
**JUDGE VINCE CHHABRIA**

MATERN LAW GROUP, PC
1230 ROSECRANS
AVENUE, STE 200
MANHATTAN BEACH, CA
90266

1

ORDER GRANTING PLAINTIFF'S REQUEST TO MOVE WAVE