UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** ) | **MDL NO. 2741** |
| **LIABILITY LITIGATION** ) | |
| ) | |
| ) | **Case No. 3:16-md-02741-VC** |
| ) | |
| **This Document Relates to:** ) | |
| ) | |
| *Timothy Wayne Batts, individually and* ) | |
| *as administrator of the estate of Stanley Batts* ) | **Judge Vince Chhabria** |
| *v. Monsanto* ) | |
| ) | |
| **Case No. 3:20-cv-05939-VC** ) | |
| ) | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE TO WAVE 8**

Having reviewed the unopposed motion seeking transfer to Wave 8, the Court **GRANTS** the requested relief and transfers this case to Wave 8.

**IT IS SO ORDERED**.

Date: _____, 2024.

_____
VINCE G. CHHABRIA
Presiding Judge
United States District Court