**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS | ) | **MDL NO. 2741** |
| LIABILITY LITIGATION | ) | |
| | ) | |
| | ) | **Case No. 3:16-md-02741-VC** |
| | ) | |
| This Document Relates to: | ) | |
| | ) | **Judge Vince Chhabria** |
| *David Bischoff v. Monsanto* | ) | |
| | ) | |
| Case No. 3:20-cv-05937-VC | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE TO WAVE 8**

      Having reviewed the unopposed motion seeking transfer to Wave 8, the Court **GRANTS**

the requested relief and transfers this case to Wave 8.


      **IT IS SO ORDERED**.


Date: _____, 2024.



                          _____
                          VINCE G. CHHABRIA
                          Presiding Judge
                          United States District Court