UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Jerry & Martha Daniels v. Monsanto*<br><br>Case No. 3:19-cv-05870-VC | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>Judge Vince Chhabria |

### PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASES TO WAVE 8

1. On January 30, 2024, Plaintiffs' counsel consulted with Defendant's counsel who does not oppose the motion to move this case to Wave 8.

2. This case is currently situated in Wave 7C. This case previously moved waves twice: once from Wave 5 to Wave 6 on per Order of the Court on September 15, 2022 (See, Dkt. No. 15482); once from Wave 6 to Wave 7 per Order of the Court on August 28, 2023 (See, Dkt. No. 17225).

3. The parties to this action have diligently pursued discovery during its pendency in the MDL. Plaintiffs have served their fact sheet, produced medical records and produced numerous signed authorizations. The parties have exchanged written discovery. The deposition of Plaintiff Jerry Daniels has been taken and the deposition of his treating physician, Dr. Darrell Johnson, has occurred. Furthermore, the Plaintiffs have timely disclosed their retained experts and have produced expert reports; namely, from Dr. K.J. Aronson (general causation), Dr. Jack Goldberg, M.D. (specific causation) and Dr. William R. Sawyer, PhD. (toxicology). Defendant has deposed Dr. Aronson regarding

the opinions set forth in her report. Defendant has deposed Dr. Sawyer about his general causation opinions in prior Roundup cases; therefore, his deposition in this case will be limited to his case-specific opinions.

4. Despite the substantial progress made during fact and expert discovery, there nevertheless remain extraordinary circumstances which present significant challenges to the parties to meet the impending deadlines with respect to the finalization of expert depositions under the existing Wave 7 schedule. Most notably, Plaintiffs' retained expert on specific causation, Dr. Jack Goldberg, is committed to testifying in numerous state-court Roundup trials across the country over the course of the next four months. These trial cases include:

- February 15, 2024: Case No. 15CV-23-75, *Cody v. Monsanto*, Circuit Court of Conway County, Arkansas;
- March 18, 2024: Case No. 34-2021-00302838, *Lindeman v. Monsanto*, Superior Court of California, Sacramento County;
- April 15, 2024: Case No. 21CV376397, *Spencer v. Monsanto*, Superior Court of California, Santa Clara County;
- May, 2024: Case No. 220602423, *Young v. Monstanto*, Court of Common Pleas for Philadelphia County, Civil Division;
- August 5, 2024: Case No. 70CV-23-83, *Brewer v. Monsant*o, Circuit Court of Union County, Arkansas.

Plaintiffs' counsel is also trial counsel for the plaintiffs in the *Cody*, *Lindeman*, and *Spencer* cases. Each of those trials are expected to last approximately three weeks.

5. This compacted state-court trial schedule (which affects Dr. Goldberg and Plaintiffs' counsel's availability) combined with Dr. Goldberg's other personal and professional commitments present a significant obstacle to the Plaintiffs in presenting Dr. Goldberg for depositions in this and four (4) other cases[1] during a timeframe within the existing Wave 7A, 7B and 7C expert discovery deadlines. Moreover, given the number of cases currently in Wave 7 (over 300), Monsanto is simply not in a practical position to move deadlines within the existing Wave to accommodate Dr. Goldberg's (and counsel's) schedule.

6. As there are fewer cases currently in Wave 8, counsel for Plaintiffs and Defendant have conferred and Defendant does not oppose transferring this case to Wave 8. This will allow the parties sufficient time to complete the remaining expert depositions, *Daubert* challenges, and summary judgment motions prior to remand. The parties also intend to try and explore the possibility of resolution through settlement. For these reasons, Plaintiffs believe that a transfer of this case to Wave 8 would be in the best interests of justice and respectfully request that the Court enter an order to that effect.

Dated: February 26, 2024

---

[1] The other Wave VII cases Plaintiff's counsel is currently litigating include: *Baker v. Monsanto*; 3:19-cv-05873; *Batts v. Monsanto*; 3:20-cv-05939; *Hernandez v. Monsanto*; 3:19-cv-05872; *Bischoff v. Monsanto*; 3:20-cv-05937

*Attorney for Plaintiff*
/s/ *Charles W. Miller*
Charles W. Miller
HEYGOOD, ORR & PEARSON
6363 North State Highway 161,
Suite 450
Irving, TX  75038
Telephone: (214) 237-9001
Facsimile: (241) 237-9002
charles@hop-law.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

*/s/ Charles W. Miller*
Charles W. Miller