UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2741<br><br>Case No. 3:16-md-02741-VC<br><br><br>Judge Vince Chhabria |
| This Document Relates to:<br><br>*Jerry & Martha Daniels v. Monsanto*<br><br>Case No. 3:19-cv-05870-VC | | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE TO WAVE 8**

Having reviewed the unopposed motion seeking transfer to Wave 8, the Court **GRANTS** the requested relief and transfers this case to Wave 8.

**IT IS SO ORDERED**.

Date: _____, 2024.

_____
VINCE G. CHHABRIA
Presiding Judge
United States District Court