UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2741 |
| ) | Case No. 3:16-md-02741-VC |
| This Document Relates to: ) ) | |
| *Edwin Hernandez v. Monsanto* ) ) | Judge Vince Chhabria |
| Case No. 3:19-cv-05872-VC ) ) | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE TO WAVE 8**

Having reviewed the unopposed motion seeking transfer to Wave 8, the Court **GRANTS** the requested relief and transfers this case to Wave 8.

**IT IS SO ORDERED**.

Date: _____, 2024.

_____
VINCE G. CHHABRIA
Presiding Judge
United States District Court