Claire E. Kreider
LA Bar No. 37029
Gainsburgh, Benjamin,
David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 522-2304
Fax: (504) 528-9973
ckreider@gainsben.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br>Honorable Vince Chhabria |
| This document relates to:<br><br>*Carol Moore, et al. v. Monsanto Company*<br>3:22-cv-00091 | **PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII-B** |

Plaintiffs, Carol H. Moore, John K. Moore, III, Glennal M. Verbois, and Kristen St. Pierre, by and through their undersigned counsel and without opposition from Defendant, Monsanto Company, respectfully request the Court move their case from Wave VII to Wave VIII-B.

1. The case of Carol H. Moore, John K. Moore, III, Glennal M. Verbois, and Kristen St. Pierre, the surviving spouse and adult children of John Moore, is currently part of Wave Order VII.

2. Plaintiffs' case has not previously been moved to a later wave.

3. Mindful of the deadlines pertaining to Wave VII, the parties have diligently pursued discovery in this matter.

4. Counsel for Plaintiffs, Carol H. Moore, John K. Moore, III, Glennal M. Verbois, and Kristen St. Pierre, met and conferred with counsel for Defendant, Monsanto Company.

Plaintiffs believe the best course of action is to move this case to Wave VIII-B. Defendant, Monsanto Company, does not oppose this request.

Therefore, Plaintiffs, Carol H. Moore, John K. Moore, III, Glennal M. Verbois, and Kristen St. Pierre, without opposition from Defendant, Monsanto Company, respectfully request that the Court move their case from Wave VII to Wave VIII-B.

Dated: February 26, 2024                                         Respectfully submitted,

*/s/ Claire E. Kreider*
Claire E. Kreider
LA Bar No. 37029
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Center
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 522-2304
Fax: (504) 528-9973
ckreider@gainsben.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Claire E. Kreider*