Claire E. Kreider
LA Bar No. 37029
Gainsburgh, Benjamin,
David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 522-2304
Fax: (504) 528-9973
ckreider@gainsben.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br>Honorable Vince Chhabria |
| This document relates to:<br><br>*Carol Moore, et al. v. Monsanto Company*<br>3:22-cv-00091 | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII-B** |

Plaintiffs' unopposed motion to move the above-listed matter from Wave VII to Wave VIII-B is granted.

IT IS SO ORDERED.

Dated: _____

_____
United States District Judge Vince Chhabria