UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Marvin J. Hochstein et al v. Monsanto Co.*, No. 3:21-cv-00605 | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII**

Plaintiff Marvin J. Hochstein - without opposition from Defendant Monsanto Company - requests the Court move his case from Wave VII to Wave VIII:

1. Mr. Hochstein's case is currently part of Wave VIIB.

2. This case was previously moved from Wave VI on April 4, 2023.

3. Mindful of the deadlines pertaining to Wave VIIB cases, the parties have diligently pursued discovery in this matter. Mr. Hochstein has given his deposition; however additional depositions need to be scheduled. Inspection of his property has not yet been scheduled.

4. Additionally, the deadlines posed by Wave VIIB presents challenges to Plaintiff to present required expert reports.

5. Plaintiff believes the best, most prudent course of action would be to move this case to a later Wave.

6. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VIII.

1148722

Therefore, Plaintiff J Marvin J. Hochstein with the consent of Defendant Monsanto Company, respectfully requests the Court move his case from Wave VIIB to Wave VIII.

Dated: January 30, 2024.

*Respectfully submitted,*
Janene Cruikshank, Personal Representative of Estate of Max W. Cruikshank II, Deceased, and Individually

By:   *David A. Domina*  11043NE
Domina Law Group pc llo
2425 South 144th St. Omaha NE 68144-3267
402 493 4100
ddomina@dominalaw.com

Plaintiffs' Lawyer

## Certificate of Service

I certify that on February 26, 2024, I Served the foregoing by filing with the Court using the CM/ECF system which sent notice to counsel of record when accepted and filed.

*David A. Domina*