## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** <br> **LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *CHARLES FERRINGTON* <br> *v. MONSANTO CO.,* <br><br> **CASE NO. 3:21-cv-06113-VC** | **MDL No. 2741** <br><br> **Case No. 3:16-md-02741-VC** <br><br> **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8B** |

COMES NOW Plaintiff, Charles Ferrington, and files this Unopposed Motion to Move Case to Wave 8B.

1. This case is presently in Wave 7E.

2. All parties to this action have diligently pursued discovery. Plaintiff has served a Plaintiff Fact Sheet and medical records.

3. The impending deadlines imposed by Wave 7E present challenges to Plaintiff in producing required expert reports and deposition testimony.

4. Plaintiff's counsel requests this case be transferred to Wave 8B to allow additional time to comply with litigation deadlines.

5. The parties will not be prejudiced by the filing and there has been no undue delay or bad faith by Plaintiff.

6. Plaintiff's counsel notified Defendant's counsel of its intent to file this Motion and received no opposition to the filing.

WHEREFORE, Plaintiff prays that this Court issue an Order transferring this case to Wave 8B.

Dated:	February 26, 2024

        Respectfully submitted,

        *s/ Michael G. Stag*
        Michael G. Stag (LA Bar 23314)
        Merritt Cunningham (LA Bar 32843)
        STAG LIUZZA, LLC
        365 Canal St., Ste. 2850
        New Orleans, LA 70130
        Phone: (504) 593-9600
        Fax: (504) 593-9601
        mstag@stagliuzza.com
        mcunningham@stagliuzza.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        *s/ Michael G. Stag*
        Michael G. Stag