IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** <u>**LIABILITY LITIGATION**</u> <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *CHARLES FERRINGTON* <br> *v. MONSANTO CO.,* <br><br> **CASE NO. 3:21-cv-06113-VC** | **MDL No. 2741** <br><br> **Case No. 3:16-md-02741-VC** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8B** |

Plaintiff's unopposed motion to move his case to wave 8B is GRANTED.

**IT IS SO ORDERED.**

Dated: _____, _____, 2024

_____
JUDGE VINCE CHHABRIA