AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Robert W. Thuss and Lucy Thuss

Plaintiff(s),

V.

Monsanto Company

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

MDL No. 2741

CASE NUMBER: 3:19-cv-07533-VC

Notice is hereby given that, subject to approval by the court, __Robert W. Thuss__ substitutes
(Party (s) Name)

__Behram V. Parekh__, State Bar No. __180361__ as counsel of record in
(Name of New Attorney)

place of __John Richard Neville__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Rueb Stoller Daniel, LLP
Address:         515 S Figueroa St, Ste 1550, Los Angeles, CA 90071
Telephone:       619-821-2305                 Facsimile  855-203-2035
E-Mail (Optional): behram.parekh@lawrsd.com

I consent to the above substitution.

Date:  2/23/2024

__Robert W Thuss__
Robert W Thuss (Feb 23, 2024 16:03 EST)
(Signature of Party (s))

I consent to being substituted.

Date:  2-26-24

_(signed)_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  2/26/2024

_(signed)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                _____
                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 26th day of February 2024, which will send notification of the same to all counsel of record.

              */s/ Behram V. Parekh*