AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

Robert W. Thuss and Lucy Thuss  
       Plaintiff (s),  
V.  
Monsanto Company  
       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

MDL No. 2741

CASE NUMBER: 3:19-cv-07533-VC

Notice is hereby given that, subject to approval by the court, __Lucy Thuss__ substitutes  
              (Party (s) Name)

__Behram V. Parekh__, State Bar No. __180361__ as counsel of record in  
(Name of New Attorney)

place of __John Richard Neville__.  
    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:    Rueb Stoller Daniel, LLP  
 Address:     515 S Figueroa St, Ste 1550, Los Angeles, CA 90071  
 Telephone:    619-821-2305     Facsimile  855-203-2035  
 E-Mail (Optional):  behram.parekh@lawrsd.com

I consent to the above substitution.  
Date:  2/23/2024          *Lucy W thuss*  
                Lucy W thuss (Feb 23, 2024 16:06 EST)  
                (Signature of Party (s))

I consent to being substituted.  
Date:  2-26-24           [signature]  
               (Signature of Former Attorney (s))

I consent to the above substitution.  
Date:  2/26/2024          [signature]  
               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____        _____  
                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 26th day of February 2024, which will send notification of the same to all counsel of record.

*/s/ Behram V. Parekh*