**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:  (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Ben Embaan v. Monsanto Co.*<br>Cause No. 3:21-cv-01336-VC | **MOTION TO DISMISS<br>FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. Nos. 17562 and 16 |

### MONSANTO COMPANY'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE

Defendant Monsanto Company ("Monsanto") files this motion to dismiss for failure to prosecute. On November 11, 2023, counsel for Defendant filed a motion to dismiss for failure to prosecute or, in the alternative, for an order to show cause. (Dkt. Nos. 17476 and 14.) On December 4, 2023, this Court granted the motion for an order to show cause and stated that "[a] response to the order to show cause is due within 28 days of the entry of this order. If the court receives no response from the plaintiff, the case will be dismissed without prejudice." (Dkt. Nos. 17562 and 16.) The Order further required that, "[w]ithin seven days of the entry of this order, Monsanto shall transmit this order to Plaintiff Embaan at the address contained in Exhibit A of its motion and file a declaration of the docket indicating that it has done so." (*Id.*)

On December 11, 2023, Anthony Martinez of Shook, Hardy & Bacon LLP filed a declaration stating that Monsanto mailed the December 4 Order to Plaintiff Embaan at 10091 Bonham Court, Las

Vegas, NV 89148 via Certified Return Receipt Requested and Regular U.S. Mail on December 5, 2023. (Dkt Nos. 17583 and 17.)

Per the December 4 Order, Plaintiff was required to respond to the Court by January 1, 2024 to show cause why this case should not be dismissed for failure to prosecute. To date, Plaintiff has failed to respond or show cause why this case should not be dismissed, as required by this Court's December 4, 2023, Order of Court.

A court may dismiss a case for failure to prosecute pursuant to Rule 41(b), which provides:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Dismissal is authorized by Rule 41(b) and warranted under the December 4, 2023, Order because Plaintiff has failed to prosecute his case.

Therefore, Monsanto requests that the Court dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41(b).

**Conclusion**

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case without prejudice for failure to prosecute.

DATED: February 27, 2024

Respectfully submitted,

*/s/ Anthony R. Martinez*
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

**SHOOK, HARDY & BACON L.L.P.**

*Attorney for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I, Anthony Martinez, hereby certify that on February 27, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Anthony Martinez*
Anthony Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*