# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ben Embaan v. Monsanto Co.,*<br>Case No. 3:21-cv-01336-VC | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO PROSECUTE** |

The motion to dismiss for failure to prosecute is granted. Plaintiff's claims against Defendant Monsanto Company are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                              VINCE CHHABRIA
                                              United States District Judge