UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS                              MDL No. 2741
LIABILITY LITIGATION                                 Case No. 3:16-MD-02741-VC

_____/

This document relates to:

*Arthur King, et al., v. Monsanto Co., et al.,*
Case No. 3:21-cv-09294-VC


_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

     **TO:**    **CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES AND**

**COUNSEL OF RECORD**

     Please take notice that Juan P. Bauta, II, Esq. of the Ferraro Law Firm, has been substituted

for Shirin M. Vesely and John Goldsmith of Trenam Law as attorney of record for Plaintiffs, Arthur

King and Veronique L. Horne-King, in the above-referenced action.  The Clerk of Court is hereby

requested to make such entries as may be required to record such substitution and to remove Shirin

M. Vesely and John Goldsmith from ECF service on this case and replace them with ECF service

to Juan P. Bauta, II, Esq, jpb@ferrarolaw.com.

Dated:  February 27, 2024.           **TRENAM, KEMKER, SCHARF, BARKIN,**
                                     **FRYE, O'NEILL & MULLIS, P.A.**


                                     BY: */s/Shirin M. Vesely*
                                     SHIRIN M. VESELY, FBN 21156
                                     svesely@trenam.com rvalente@trenam.com
                                     JOHN D. GOLDSMITH, FBN 444278
                                     jdgoldsmith@trenam.com  idawkins@trenam.com
                                     svanboskerck@trenam.com
                                     200 Central Avenue, Suite 1600
                                     St. Petersburg, Florida 33701
                                     Tel: (727) 896-7171

Fax: (727) 820-0835
*Attorneys for Plaintiffs*
*ARTHUR J. KING, JR. AND*
*VERONIQUE L. HORNE-KING*

and

**THE FERRARO LAW FIRM**

/s/ JUAN P. BAUTA, II

_____

JUAN P. BAUTA, II, ESQ.
Florida Bar Number: 894060
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Phone: (305) 375-0111
Fax: (305) 379-6222

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system to all counsel of record in this MDL on this 27th day of February, 2024.

/s/ JUAN P. BAUTA, II

_____

JUAN P. BAUTA, II, ESQ.
Florida Bar Number: 894060