Aimee Wagstaff, Esq. (SBN 278480)
WAGSTAFF LAW FIRM
940 N. Lincoln St.
Denver, CO 80204
Phone: (303) 376-6360
Awagstaff@wagstafflawfirm.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br>Member Case: 3:16-cv-05786 |
| DOUGLAS HARRIS<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY<br><br>Defendant | *UNOPPOSED* MOTION TO MOVE CASE TO ACTIVE DOCKET AND TO WAVE 7 |

Plaintiff Douglas ("Doug") Harris, without opposition from Defendant Monsanto Company, respectfully request the Court move this case from the inactive docket to the active docket and assign this case to Wave 7F.

1. Almost eight (8) years ago, on July 20, 2016, Doug Harris filed his complaint against Monsanto Company for injuries—namely DLBCL—arising from his use of RoundUp weedkiller.

2. In September 2020, Mr. Harris' lawyers (then Andrus Wagstaff, PC, now Wagstaff Law Firm) executed a Master Settlement Agreement (MSA) with Monsanto Company to

resolve Andrus Wagstaff's Roundup clients' claims, including Mr. Harris.

3. As such, Mr. Harris' case was placed on the inactive administrative docket on October 6, 2021.

4. As part of the MSA, Mr. Harris was provided with an individual settlement offer ("MSA Offer"), which he declined.

5. Subsequently, pursuant to the MSA, the parties attempted to mediate Mr. Harris' case for almost two years. The mediation process was ultimately unsuccessful.

6. Later, in October 2023, counsel for Mr. Harris sent materials to Special Master, Kenneth R. Feinberg, so that Mr. Feinberg could assist in resolving the case.

7. The offer from Special Master Feinberg ("Feinberg offer"), which was "approved" by Monsanto, was three percent (3%) of the mediation offer. Mr. Harris formally declined the Feinberg offer on December 14, 2023.

8. In short, multiple attempts to resolve Mr. Harris' case without a trial have failed.

9. As such, Wagstaff Law Firm respectfully requests that Mr. Harris' case be removed from the inactive administrative docket and assign this case to Wave 7F.

Alternatively, if the Court is not inclined to grant Plaintiffs' request to be assigned to Wave 7F, Plaintiff respectfully requests that the case be placed in Wave 7G.

Dated: February 27, 2024    **WAGSTAFF LAW FIRM**

By: */s/ Aimee Wagstaff*
Aimee Wagstaff, Esq. (SBN 278480)
WAGSTAFF LAW FIRM
940 N. Lincoln St.
Denver, CO 80204
Phone: (303) 376-6360
Awagstaff@wagstafflawfirm.com

*Attorney for Plaintiff Douglas Harris*

PLAINTIFF'S MOTION TO ADD CASE TO WAVE 7

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

                                      */s/ Aimee Wagstaff*