UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

Master Docket Case No.: 16-md-02741-VC
MDL No. 2741

This document relates to:

**NOTICE OF APPEARANCE**

ESTATE OF GERALD HELMICH, by and through his representative, Paul Helmich, surviving son of Gerald Helmich on behalf of all legal heirs of Gerald Helmich v. Monsanto Co. Case No.: 3:20-cv-05941-VC |

_____

PLEASE TAKE NOTICE that **Jessie M. Djata, Esq.** hereby appears on behalf of the Plaintiff,

ESTATE OF GERALD HELMICH (hereinafter "Plaintiff"), in the above-entitled proceeding.

*Jessie M. Djata*

_____

Jessie M. Djata, Esq.
JMD LAW GROUP
2196 Third Avenue, #31636
New York, NY 10035
Tele: (917) 765-7475
New York Bar No. 2802551
Email: jmdlawyer@gmail.com
*ATTORNEYS FOR PLAINTIFF*
Estate of Gerald Helmich