**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

Master Docket Case No.: 16-md-02741-VC
MDL No. 2741

This document relates to:

ESTATE OF GERALD HELMICH, by and
through his representative, Paul Helmich,
surviving son of Gerald Helmich on behalf of all
legal heirs of Gerald Helmich v. Monsanto Co.
Case No.: 3:20-cv-05941-VC |

_____

### PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8B

**COMES NOW,** Plaintiff, ESTATE OF GERALD HELMICH (hereinafter "Plaintiff"), through

undersigned attorney and without opposition from Defendant Monsanto Company, respectfully

requests this Honorable Court to move his case from Wave 7d to Wave 8b:

1. Per this Court's February 16, 2023 Order (Dkt. No. 16226), the case of ESTATE OF GERALD

HELMICH currently is part of Wave 7d (formerly part of Wave 6).

2. Plaintiff has served a Plaintiff Fact Sheet, medical records and executed the appropriate

documents so that all medical records may be obtained.

3. Defendant, Monsanto, has sent notices requesting the scheduling of depositions in this matter.

4. In January 2023, we informed the Court of a conflict of interest that had emerged. Despite our

diligent efforts since then, we have been unable to successfully transition the case to new

counsel. In the meantime, while we have continued to represent plaintiffs, it is clear that

transitioning to new counsel is imperative as the conflict has caused delays in the case.

5. In order to ensure that Plaintiff's interests are not compromised by any delays resulting from the conflict or an impending change in counsel, we'd ask for the court's indulgence once again as we believe the best, most practical course of action is to move this case to Wave 8b, as suggested by defense counsel (Anthony Martinez, Esq.). The move will allow time to secure new counsel and for them to get up to speed on the case before having to complete discovery.

6. The undersigned attorney has conferred with defense counsel and defendant has no opposition to this course of action.

**WHEREFORE,** Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave 8b.

Dated: February 27, 2024
Respectfully submitted,

*Jessie M. Djata*

_____

Jessie M. Djata, Esq.
JMD LAW GROUP
2196 Third Avenue, #31636
New York, New York 10035
Mobile: (917) 765-7475
New York Bar No. 2802551
Email: jmdlawyer@gmail.com
*ATTORNEYS FOR PLAINTIFF*
Estate of Gerald Helmich

/s/ Anthony Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd Kansas City,
Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By:

*Jessie M. Djata*

_____

Jessie M. Djata, Esq.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

Master Docket Case No.: 16-md-02741-VC

MDL No. 2741

This document relates to:

ESTATE OF GERALD HELMICH, by and
through his representative, Paul Helmich,
surviving son of Gerald Helmich on behalf of all
legal heirs of Gerald Helmich v. Monsanto Co.
Case No.: 3:20-cv-05941-VC |

**[PROPOSED] ORDER GRANTING
MOTION TO MOVE CASE TO WAVE
8B**

_____

Plaintiff's motion to move this case from Wave 7d to Wave 8b is GRANTED.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge