# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: *Marilyn Taylor v. Monsanto Co.*, No. 3:22-cv-04400-VC | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII(A)** |

Plaintiff's motion to move her case from Wave VII to Wave VIII(A) is GRANTED.

   IT IS SO ORDERED.

Dated: February __, 2024

                                   _____
                                        JUDGE VINCE CHHABRIA