UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Randall Bentley v. Monsanto Co.*, No. 3:22-cv-05050-VC | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII(B)**

Plaintiff Randall Bentley - without opposition from Defendant Monsanto Company - respectfully requests the Court move his case from Wave VII to Wave VIII(B):

1. Plaintiff's case is currently part of Wave VII and has not been previously moved.

2. Mindful of the deadlines pertaining to Wave VII cases, the parties have diligently pursued discovery in this matter. However, there are aspects of discovery still to be conducted.

4. Plaintiff and Defendant believe the best course of action would be to move this case to a later Wave.

5. In conferring with each other in this regard, Plaintiff's counsel and Defendant's counsel mutually agreed that it would be preferable to request a transfer of this case to Wave VIII(B).

Therefore, Plaintiff Randall Bentley, with the consent of Defendant Monsanto Company, respectfully requests the Court move his case from Wave VII to Wave VIII(B).

Dated:
February 27, 2024

*Respectfully submitted,*

ALLAN BERGER & ASSOCIATES

By: /s/  *Andrew J. Geiger*
La. Bar. No. 32467
4173 Canal Street
New Orleans, LA 70119
Tel:  504.526.2222
ageiger@bergerlawnola.com

*Attorney for Plaintiff*

3

**<u>CERTIFICATION</u>**

I certify that on February 27, 2024, the foregoing was filed with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

                                        Respectfully submitted,

                                        By: /s/ *Andrew J. Geiger*
                                                 Andrew J. Geiger