## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: *Randall Bentley v. Monsanto Co.*, No. 3:22-cv-05050-VC | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII(B)** |

Plaintiff's motion to move his case from Wave VII to Wave VIII(B) is GRANTED.

**IT IS SO ORDERED.**

Dated: February __, 2024

_____
JUDGE VINCE CHHABRIA