## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741<br><br>**Master Case No. 3:16-md-02741-VC** |
| This document relates to<br><br>*James Collins v. Monsanto Company*<br><br>**Case No. 3:20-cv-01419-VC** | **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** |

PLEASE TAKE NOTE that pursuant to the Court's Order (CM/ECF Doc No. 17234) Plaintiff, James Collins has served Plaintiff's general causation and specific causation disclosures on counsel for Defendant Monsanto company. Service was made by sending expert reports and associated disclosures via electronic mail to Anthony R. Martinez, Esq. at amartinez@shb.com, Adam S. Tolin, Esq. at atolin@shb.com, Joe G. Hollingsworth, Esq. at jhollingsworth@hollingsworthllp.com, and Joseph F. Altieri, Esq. at jaltieri@hollingsworthllp.com. Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3. 4, 5, 6, and 7 and reserves the right to call the author of any such report as an expert witness at trial.

DATED: February 28, 2024

                                                 *s/ Anthony M. Juliano*___
                                                 Anthony M. Juliano, Esq.
                                                 (ajuliano@bracheichler.com)
                                                 BRACH EICHLER LLC
                                                 101 Eisenhower Parkway
                                                 Roseland, New Jersey 07068
                                                 Telephone:  (973) 228-5700
                                                 Facsimile:  (973) 618-5554
                                                 *Attorneys for Plaintiff*
                                                 *James Collins*

**CERTIFICATE OF SERVICE**

I herby certify that on February 28, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filling to register attorneys of record counsel of record.

DATED:  February 28, 2024

        *s/ Anthony M. Juliano*
        Anthony M. Juliano, Esq.
        (ajuliano@bracheichler.com)
        BRACH EICHLER LLC
        101 Eisenhower Parkway
        Roseland, New Jersey 07068
        Telephone:  (973) 228-5700
        Facsimile:  (973) 618-5554
        *Attorneys for Plaintiff*
        *James Collins*