UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2741 <br><br> Case No. 16-md-02741-VC <br><br> **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** |
| This document relates to: | | |
| Hayes et al.<br> v. Monsanto Co.<br> Case No. 3:21-cv-05398-VC | | |

PLEASE TAKE NOTE that pursuant to the Court's Order (CM/ECF Doc No. 17232) Plaintiff, Robin Hayes, has served Plaintiff's general causation and specific causation disclosures on counsel for Defendant Monsanto company. Service was made by sending expert reports and associated disclosures via electronic mail to Anthony Martinez at amartinez@shb.com and Jennise Walker-Stubbs at jstubbs@shb.com.

Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3. 4, 5, 6, 7 and 8 and reserves the right to call the author of any such report as an expert witness at trial.

[signature block on following page]

Dated: February 28, 2024

        Respectfully submitted,

        **WALLACE MILLER**

        <u>*/s/ Timothy E. Jackson*</u>
        Timothy E. Jackson
        Edward A. Wallace
        Wallace Miller
        150 N. Wacker Dr., Suite 1100
        Chicago, IL 60606
        Phone: 312-261-6193
        eaw@wallacemiller.com
        tej@wallacemiller.com

        ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filling to register attorneys of record counsel of record.

*/s/ Timothy E. Jackson*
Timothy E. Jackson