Charles E. Boyk
CHARLES E. BOYK LAW OFFICES, LLC
1500 Timberwolf Dr.,
Holland, OH 43528
Telephone: (419) 241-1395
Facsimile: (419) 241-8731
cboyk@charlesboky-law.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Robert Mefford v. Monsanto Co.*<br>Case No. 3:20-cv-02565-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**NOTICE OF APPEARANCE OF CHARLES E. BOYK ON BEHALF OF PLAINTIFF** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Charles E. Boyk of the firm Charles E. Boyk Law Offices, LLC hereby enters an appearance as counsel for Plaintiff Robert Mefford in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

February 28. 2024                                         Respectfully Submitted,

                                                By:  */s/ Charles E. Boyk*
                                                     Charles E. Boyk
                                                     CHARLES E. BOYK LAW OFFICES, LLC
                                                     1500 Timberwolf Dr.
                                                     Holland, OH 43528
                                                     Telephone: (419) 241-1395
                                                     Fax: (419) 241-8731
                                                     cboyk@charlesboyk-law.com

                                                     *Attorney for Plainitff*

## CERTIFICATE OF SERVICE

I, Charles E. Boyk, hereby certify that, on February 28, 2024 I electronically filed NOTICE OF APPEARANCE OF CHARLES E. BOYK ON BEHALF OF PLAINTIFF with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

          */s/ Charles E. Boyk*
          Charles E. Boyk

          *Attorney for Plaintiff*