Charles E. Boyk
**CHARLES E. BOYK LAW OFFICES, LLC**
1500 Timberwolf Dr.,
Holland, OH 43528
Telephone: (419) 241-1395
Facsimile: (419) 241-8731
cboyk@charlesboyk-law.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Robert Mefford v. Monsanto Co.* Case No. 3:20-cv-02565-VC | |

### PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES

PLEASE TAKE NOTE that pursuant to the Court's Order (CM/ECF Doc No. 17234) Plaintiff, Robert Mefford has served Plaintiff's general causation and specific causation disclosures on counsel for Defendant Monsanto company. Service was made by sending expert reports and associated disclosures via electronic mail to Anthony R. Martinez, Esq. at amartinez@shb.com, and, Joe G. Hollingsworth, Esq. at jhollingsworth@hollingsworthllp.com. Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3. 4, 5, 6, 7 and 8 and reserves the right to call the author of any such report as an expert witness at trial.

1

Dated February 8. 2024

/s/   Charles E. Boyk
Charles E. Boyk
CHARLES E. BOYK LAW OFFICES, LLC
1500 Timberwolf Dr.
Holland, OH  43528
Tel:  (419) 241-1395
Fax: (419) 241-8731
cboyk@charlesboyk-law.com

*Attorney for Plaintiff Robert Mefford*

### CERTIFICATE OF SERVICE

I certify that on February 28, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/   Charles E. Boyk
Charles E. Boyk