1  **WAGSTAFF LAW FIRM**
   Aimee H. Wagstaff (SBN 278480)
2  940 N. Lincoln Street
   Denver, Colorado 80203
3  Tel: (303) 376-6360
   Fax: (303) 376-6361
4  awagstaff@wagstafflawfirm.com

5  *Counsel for Plaintiff*

6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9
   IN RE: ROUNDUP PRODUCTS              ) MDL No. 2741
10 LIABILITY LITIGATION                 )
                                        ) Case No. 3:16-md-02741-VC
11                                      ) Member Case No. 3:20-cv-08518-VC
                                        )
12                                      )
   This document relates to:            ) **PLAINTIFF'S NOTICE OF SERVICE**
13                                      ) **OF EXPERT DISCLOSURE**
   *Renee Theresa Daulton, Individually and* )
14 *as Trustee for the Heirs and next of kin of* )
   *Patrick Daulton, deceased. V. Monsanto Co.* )
15

16

17

18         Pursuant to the Court's August 30, 2023 Order Granting Joint Request for Revised

19 Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule and Fed. R. Civ. P. 26(a)(2),

20 Plaintiff, Renee Theresa Daulton, individually and as trustee for the heirs and next of kin of

21 Patrick Daulton ("Plaintiff"), in Wave 7C has served Plaintiff''s general causation and

22 specific causation disclosures on counsel for Defendant Monsanto company. Plaintiff further

23 incorporates by reference the general causation and other experts' reports served by lead counsel

24 in connection with Wave 1, 2, 3. 4, 5, 6, 7 and 8 and reserves the right to call the author of any

25 such report as an expert witness at trial.

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATE: February 28, 2024

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff (SBN 278480)
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, Colorado 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
awagstaff@wagstafflawfirm.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

DATED: February 28, 2024                     /s/ Aimee H. Wagstaff