Aimee Wagstaff, Esq. (SBN 278480)
WAGSTAFF LAW FIRM
940 N. Lincoln St.
Denver, CO 80203
Phone: (303) 376-6360
Awagstaff@wagstafflawfirm.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Douglas Harris v. Monsanto Company*<br>Case No. 3:16-cv-05786 | **PLAINTIFF'S *UNOPPOSED* MOTION TO ASSIGN CASE TO WAVE 7G** |

    Plaintiff Douglas Harris ("Plaintiff"), without opposition from Defendant Monsanto Company, respectfully requests the Court move this case from Wave 7F to 7G.

1. After filing Plaintiff's unopposed motion to move Mr. Harris' case to the active docket and, specifically, to Wave 7F, (ECF No. 17984) the Parties continued to meet and confer regarding the appropriate timeline for advancing this case.

2. As a result of those conversations, neither party opposes assigning this case to Wave 7G.

3. As such, Plaintiff respectfully requests that his case be assigned to Wave 7G.

Dated: February 29, 2024        Respectfully submitted,

                                            By: */s/ Aimee Wagstaff*
                                            Aimee Wagstaff, Esq. (SBN 278480)
                                            WAGSTAFF LAW FIRM
                                            940 N. Lincoln St.

Denver, CO 80203
Phone: (303) 376-6360
Awagstaff@wagstafflawfirm.com

*Attorney for Plaintiff Douglas Harris*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2024, a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

/s/ Aimee Wagstaff