**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Douglas Harris v. Monsanto Company*<br>Case No. 3:16-md-05786 | **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ASSIGN CASE TO WAVE 7G** |

Plaintiff's unopposed motion to assign his case to Wave 7G is GRANTED.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2024.

_____
Hon. Judge Vince Chhabria

[PROPOSED] ORDER
