**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: ROUNDUP PRODUCTS                          MDL No. 2741
LIABILITY LITIGATION                             Case No. 3:16-md-02741-VC

This document relates to:

*Merril Hoge v. Monsanto Co.*,
Case No. 3:19-cv-04606-VC

_____ /

## PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE

Pursuant to the Court's August 30, 2023 Order Granting Joint Request for Revised

Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule and Fed. R. Civ. P. 26(a)(2), Plaintiff

Merril Hoge ("Plaintiff") in Wave 7C has served Plaintiff's general causation and specific

causation disclosures on counsel for Defendant Monsanto company on February 28, 2024.

Plaintiff further incorporates by reference the general causation and other experts' reports served

by lead counsel in connection with Wave 1, 2, 3, 4, 5, 6, 7 and 8 and reserves the right to call the

author of any such report as an expert witness at trial.

Dated: March 1, 2024

By: **OSBORNE & FRANCIS LAW FIRM PLLC**

*/s/ Joseph A. Osborne*_____
Joseph A. Osborne, Esq. (FL Bar No: 880043)
josborne@realtoughlawyers.com
J. Robert Bell III, Esq. (FL Bar No: 115918)
rbell@realtoughlawyers.com
**OSBORNE & FRANCIS LAW FIRM PLLC**
925 S. Federal Highway, Suite 175
Boca Raton, FL 33432
(561) 293-2600 / (561) 923-8100 (fax)

**WEITZ & LUXENBERG, P.C.**

*/s/ Robin Greenwald*_____
Robin Greenwald, Esq.
**WEITZ & LUXENBERG**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I served a copy of the foregoing on the Clerk of

Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

DATED: March 1, 2024                                   */s/ Joseph A. Osborne*