Kristy M. Arevalo
MCCUNE LAW GROUP
kma@mccunewright.com
3281 East Guasti Road
Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275

*Attorney for Plaintiff*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
amartinez@shb.com
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Shari L. Neff, individually & o/b/o the Wrongful Death Beneficiaries of Jerry Neff v. Monsanto Company, et al.*<br>Case No. 3:19-cv-05294-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs. Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

| | |
|---|---|
| 1   DATED: March 4, 2024 | Respectfully submitted, |
| 2 | |
| 3 | */s/ Kristy M. Arevalo* |
| | Kristy M. Arevalo |
| | MCCUNE LAW GROUP |
| 4 | 3281 East Guasti Road |
| | Suite 100 |
| 5 | Ontario, CA 91761 |
| | 909-557-1250 |
| 6 | Fax: 909-557-1275 |
| | kma@mccunewright.com |
| 7 | |
| | *Attorney for Plaintiff* |
| 8 | |
| | */s/ Anthony R. Martinez* |
| 9 | Anthony R. Martinez |
| | (amartinez@shb.com) |
| 10 | SHOOK, HARDY & BACON, LLP |
| | 2555 Grand Blvd |
| 11 | Kansas City, MO 64108 |
| | Tel: (816) 474-6550 ext. 2001 |
| 12 | |
| 13 | *Attorney for Defendant Monsanto Company* |

2

STIPULATION OF DISMISSAL WITH PREJUDICE
3:16-md-02741-VC & 3:19-cv-05294-VC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Kristy M. Arevalo, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Kristy M. Arevalo*
Kristy M. Arevalo
MCCUNE LAW GROUP

*Attorney for Plaintiff*