UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*ALL ACTIONS* | **ORDER ENFORCING PRETRIAL ORDER NO. 287** |

    1.    Counsel for plaintiffs are reminded of their obligations under Pretrial Order No. 287, which requires all firms that have obtained monetary recovery from cases in this MDL to deposit the 8% holdback set in Pretrial Order No. 236 into the Common Benefit Fund.  The Special Master recently informed the Court that numerous firms appear not to have complied with PTO No. 287.  A non-exclusive list of firms that appear to have failed to make the required holdback deposits are included in Appendix 1 of this Order.  All firms are on notice that a further audit will be conducted to determine compliance with PTO No. 287.  Any firm that has not complied with PTO No. 287 is ordered to do so within **21 days.**  If a firm believes it has been incorrectly included in Appendix 1, it is directed to send a maximum of one-page written explanation as to why to CBFspecialmaster@pillsburycoleman.com.

    2.    All firms included in Appendix 2 of this Order have made the required holdback deposit but have not submitted the holdback deposit declaration required by PTO No. 287.

1

These firms shall send the holdback deposit to CBFspecialmaster@pillsburycoleman.com within **21 days.**

3. All counsel in this MDL are further reminded that any dismissal papers (with or without prejudice) filed in the MDL must contain the Certification set forth in Pretrial Order No. 282.

4. Lead counsel shall notify each firm in Appendix 1 and Appendix 2 of this Order.

**IT IS SO ORDERED.**

Dated: March 4, 2024

VINCE CHHABRIA
United States District Judge

# Appendix 1

| Law Firm |
| --- |
| Abbott Law Group, PA |
| Adler Law Group, APLC |
| Anastopoulo Law Firm |
| Arnold and Miller PLC |
| Aylstock, Witkin, Kreis & Overholtz, PLLC |
| Bahe Cook Cantley & Nefzger PLC |
| Bailey Law Firm, PLLC |
| Baird Mandalas Brockstedt LLC |
| Beasley Allen Crow Methvin Portis & Miles, PC |
| Baron & Budd PC |
| Bennerotte & Associates, P.A. |
| Bernhiem & Dolinsky, LLC |
| Bernstein Liebhard LLP |
| Bisnar Chase LLP |
| Black, Chapman, Petersen & Stevens |
| Blevins Sanborn Jezdimir Zack PLC |
| The Brad Sohn Law Firm PLLC |
| Brown & Crouppen, P.C. |
| The Burchett Law Firm, PC |
| Law Offices of Steven M. Burris |
| Caroselli Beachler and Coleman, LLC |
| Chandler Trial Law, P.A. |
| Chehardy, Sherman, Williams, Murray, Recile, Stake |
| Childers, Schlueter & Smith, LLC |
| Ciresi Conlin LLP |
| Colvin Smith & McKay |
| Corboy & Demetrio |
| Dailey Law Firm, PC |
| The Law Offices of Daniel R. Weltin, P.C. |
| Law Offices of David A Kaufman, APC |
| Dennis F. O'Brien, P.A. |
| Depew Gillen Rathbun McInteer LC |
| The Dietrich Law Firm |
| Draper Law Firm, PL |
| The Driscoll Firm, P.C. |
| The Dugan Law Firm |
| Durbin Larimore and Bialick |
| Eaves Law Firm, LLC |
| Estes Davis Law, LLC |
| F. Gerald Maples, PA |
| Faruqi & Faruqi LLP |

| |
|---|
| The Ferraro Law Firm |
| Finz and Finz, P.C. |
| Fitzgerald Law Group |
| Forester Haynie PLLC |
| Law Offices of Fox & Farmer |
| Jacob D. Fuchsberg Law Firm |
| Fuller, Williamson, Nelsen & Preheim, LLP |
| Gainsburgh, Benjamin, David, Meunier and Warshauer, LLC |
| Gallagher & Kennedy, P.A. |
| Garner & Munoz |
| Gary Bunch, P.C. |
| Gary F. Franke CO., L.P.A. |
| F. Gerald Maples, PA |
| Fricke & Solomon, P.C. |
| Glago Williams, LLC |
| Goza and Honnold LLC |
| Hamilton Law Firm, P.C. |
| Hare, Wynn, Newell & Newton |
| Healy & Jordan PLLC |
| Heise Suarez Melville PA |
| Herren Law, PLLC |
| Heygood, Orr & Pearson |
| Hilliard Martinez Gonzales L.L.P. |
| HMS Law Firm |
| Hogue & Belong |
| Holland Law Firm LLC |
| Hossley Embry, LLP |
| Ifediba Law Group PC |
| James Vernon & Weeks, P.A. |
| Jim Walker and Associates, PLLC |
| Joel Amos Gordon, PLLC |
| Law Office of John D. Sileo, LLC |
| Johnson Law Group |
| Jones Ward PLC |
| Parilman and Associates |
| Keegan & Baker, LLP |
| Kenny, Kenny Law Firm |
| Kirkendall Dwyer LLP |
| Law Office of Kujawski & Kujawski |
| Labletta & Walters LLC |
| Laborde Earles Law Firm |
| Larry F Woods Law Office |
| Larry Helvey Law Firm |
| LaVelle & LaVelle PLC |

| |
|---|
| Leger and Shaw |
| Lillis Law Firm, LLC |
| Liston & Deas, PLLC |
| Ludwig Law Firm PLC |
| Lupis Law Firm |
| Mann & Kemp, PLLC |
| Markovits, Stock & DeMarco LLC |
| Martin & Jones PLLC |
| Matsikoudis & Fanciullo, LLC |
| McCraney, Montagnet & Quin, PLLC |
| Meshbesher & Spence, Ltd |
| A. Michael Bross PA |
| Milberg Coleman Bryson Phillips Grossman, PLLC |
| Milstein Jackson Fairchild & Wade, LLP |
| Montgomery Jonson LLP |
| Mooneyham Berry LLC |
| Morgan and Morgan, P.A. |
| Motherway and Napleton, LLP |
| Mullens & Mullens, PLLC |
| Napoli Shkolnik PLLC |
| Nass Cancelliere Brenner |
| Newlands and Clark |
| Nielsen Peterson and Nielsen LLP |
| O'Connor and Thomas, P.C. |
| Onder Law Firm |
| Owen Patterson & Owen, LLP |
| Law Office of Paul Mankin, APC |
| Pendley, Baudin & Coffin, LLP |
| Law Office of Perry A. Craft, PLLC |
| The Law Offices of Peter A. Miller |
| Peter M. Iascone & Associates, Ltd. |
| Law Offices of Peter Q Ezzell |
| Pittman, Roberts and Welsh, PLLC |
| Porter & Guidry |
| Powers & Santola, LLP |
| Raipher, PC |
| Rappaport, Glass, Levine & Zullo |
| Reeves & Mestayer, PLLC |
| Reich and Binstock, LLP |
| Ressler & Tesh |
| Paul D. Rheingold, PC |
| Fewell & Young |
| Richardson Patrick Westbrook & Brickman LLC |
| Rieders Travis Humphrey Waters and Dohrmann |

| |
|---|
| Law Office of Robert D. Erney |
| Law Office of Robert W. Sink |
| Rogers & Hurst |
| Romanucci & Blandin |
| Rose Law Firm |
| Ross Law Offices, PC |
| Roth Law Offices, LLC |
| Russo Law Offices, LLC |
| The Law Office of Samuel M. Leaf |
| Sarkissian Law Group |
| Scandurro & Layrisson, LLC |
| Schern Richardson Finter Decker PLC |
| Schlesinger Law Offices, PA |
| Schneider Law Firm |
| Shaheen & Gordon, PA |
| Shepherd Law Group, PC |
| Shuttleworth & Ingersoll |
| Sill Law Group, PLLC |
| Simien and Simien, LLC |
| Singleton Law Firm, APC |
| Sklare Law Group Ltd |
| Smith & Alspaugh PC |
| Spurling & Associates LLC |
| The Stanley Law Firm PA |
| Stewart, Murray & Associates Law Group LLC |
| Stoltze Law Group, PLC |
| Stone Crosby PC |
| Sullivan Papain Block McGrath Cannavo PC |
| Tate Law Group |
| Law Offices of Tesfaye Tsadik |
| The Killian Firm, PC |
| The Malbrough Firm LLC |
| Law Offices of Thomas C. Patton |
| Law Offices of Tim Bowden |
| Trammell PC |
| Trelles and Bichler, LLC |
| Varnum LLP |
| Villarreal Law Firm, LLC |
| The Walters Law Firm, LLC |
| Welsh & Welsh, PC, LLO |
| The Whitehead Law Firm |
| Wiggins, Childs, Pantazis, Fisher and Goldfarb, LLC |
| Winston and Cashatt Lawyers |
| Wise Morrissey, LLC |

| |
|---|
| Wright Schulte, LLC |
| Zayed Law Offices |

# Appendix 2

| Law Firm |
| --- |
| Adrian Roe |
| Atlee Hall |
| Bekman, Marder, Hopper, Malarkey & Per |
| Christensen Young & Associates |
| Clifford Law Offices |
| Corrie Yackulic Law Firm |
| Crandall Law Offices |
| Domina Law Group |
| Eugene C. Brooks |
| Gallon Takacs |
| Jeffery Glassman Injury Lawyers |
| Klein Frank, PC |
| Moll Law Group |
| Nabors Law Firm |
| Reardon Law Firm |
| Richard Thomas LLC |
| Seidman, Margulis & Fairman |
| Stag Luizza LLC |
| Stevens & Lee |
| Wapner, Newman, Brecher & Miller PC |
| Wilentz Attorneys at Law |