UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*ALL ACTIONS* | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**ORDER APPROVING PAYMENT TO ROUNDUP COMMON BENFIT FUND TRUST ACCOUNT ADMINISTRATOR** |

  The Court appointed EisnerAmper (formerly Postlethewaite & Netterville) as the Fund Administrator for the Roundup Common Benefit Trust Account. Pretrial Order No. 254. The Court approves payment to EisnerAmper for the monthly administrative service fees that it has incurred to date in connection with administering the Common Benefit Trust Account. Payment of administrative fees shall be made from the Common Benefit Trust Account. Going forward, the Court approves the payment of EisnerAmper's administrative service fees on a monthly basis from the Common Benefit Trust Account. EisnerAmper shall send invoices for all administrative service fees that it is paid from the Common Benefit Trust Account to CBFspecialmaster@pillsburycoleman.com.

1

**IT IS SO ORDERED.**

Dated: March 4, 2024

VINCE CHHABRIA
United States District Judge