UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*ALL ACTIONS* | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**ORDER REQUIRING DATA FROM MONSANTO TO AUDIT COMMON BENEFIT FUND COMPLIANCE** |

To audit compliance with the Common Benefit Fund deposit requirements set forth in Pretrial Order Nos. 236 and 287, the Court directs Monsanto to provide the following to the Special Master:

1. A list of all firms with which Monsanto has a made a monetary payment to resolve cases in this MDL. The list shall include (1) the name of the firm and (2) each of the firm's MDL cases for which monetary payment has been made to resolve the case, including the name and number for each case. The list shall be limited to cases where monetary payment has been made and shall not include cases where a settlement in principle has been reached but no monetary payment has been made. The list shall be current through the date on which it is sent.

2. A list of (1) the total number of cases in this MDL that Monsanto has resolved through monetary payment; (2) the total number of cases in this MDL currently in

1

settlement negotiations, including cases where a settlement in principle has been reached; (3) the total number of cases in this MDL that are active and are not in settlement negotiations; and (4) the total number of cases that have been filed in this MDL, including cases that have been resolved through settlement or dismissal.  The list shall be current through the date on which it is sent.

The information shall be sent by email to CBFspecialmaster@pillsburycoleman.com within **21 days.**  The Special Master will maintain the confidentiality of all submitted information, which will be shared only with the Court and the Common Benefit Fund Administrator.

**IT IS SO ORDERED.**

Dated:  March 4, 2024

_____
VINCE CHHABRIA
United States District Judge