Jennifer Filippazzo
McDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5551
Facsimile:  (212) 547-5444
jfilippazzo@mwe.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| *Linda Kay and Todd Kay v. Monsanto Company*<br>Case No. 3:21-cv-00175-VC | **NOTICE OF APPEARANCE OF JENNIFER FILIPPAZZO ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order Nos. 1 and 7, Jennifer L. Filippazzo of the firm McDermott Will & Emery LLP hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: March 5, 2024                                Respectfully submitted,

                                                    By:   */s/ Jennifer L. Filippazzo*
                                                          Jennifer L. Filippazzo
                                                          McDERMOTT WILL & EMERY LLP
                                                          One Vanderbilt Avenue
                                                          New York, New York 10017-3852
                                                          Telephone: (212) 547-5551
                                                          Facsimile:  (212) 547-5444

                                                          *Attorney for Defendant*
                                                          *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2024, I electronically filed the foregoing NOTICE OF APPEARANCE OF JENNIFER FILIPPAZZO ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Respectfully submitted,

By:    */s/ Jennifer L. Filippazzo*
Jennifer L. Filippazzo
McDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5551
Facsimile:  (212) 547-5444

*Attorney for Defendant*
*MONSANTO COMPANY*