W. Wylie Blair, Esq.
ONDER LAW, LLC
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiffs*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*James Aultman v. Monsanto Company,*<br>*Case No. 3:19-CV-05236-VC*<br><br>*Jay Borum v. Monsanto Company,*<br>*Case No. 3:19-CV-05242-VC*<br><br>*Estel Butterfield v. Monsanto Company,*<br>*Case No. 3:19-CV-05243-VC*<br><br>*Spirit Connell v. Monsanto Company,*<br>*Case No. 3:19-CV-05244-VC*<br><br>*Melvin Costa v. Monsanto Company,*<br>*Case No. 3:19-cv-05245-VC*<br><br>*Stan Gerlach v. Monsanto Company,*<br>*Case No. 3:19-CV-05246-VC* | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

*Andrew Gordon v. Monsanto Company,*
*Case No. 3:19-CV-05252-VC*

*Robert Hoffman v. Monsanto Company,*
*Case No. 3:19-cv-05253-VC*

*Bobby Jones v. Monsanto Company,*
*Case No. 3:19-CV-05256-VC*

*Christopher Luetcke v. Monsanto Company,*
*Case No. 3:22-cv-03963-VC*

*Patrick Martin v. Monsanto Company,*
*Case No. 3:22-CV-03966-VC*

*Douglas Moss v. Monsanto Company,*
*Case No. 3:22-CV-04012-VC*

*Suzanne Norgren v. Monsanto Company,*
*Case No. 3:22-CV-03967-VC*

*Marty Pinkard v. Monsanto Company,*
*Case No. 3:22-CV-04011-VC*

*John Schoonover v. Monsanto Company,*
*Case No. 3:22-cv-03969-VC*

*James Sheldon v. Monsanto Company,*
*Case No. 3:17-CV-02142-VC*

*Carol Sorensen v. Monsanto Company,*
*Case No. 3:22-CV-03971-VC*

*Jack Watson v. Monsanto Company,*
*Case No. 3:22-CV-03972-VC*

*Tracie Weeder v. Monsanto Company,*
*Case No. 3:19-CV-05378-VC*

*Robert Whitford, et al v. Monsanto Company,*
*Case No. 3:22-CV-04014-VC*

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the

voluntary dismissal, without prejudice, of the above-captioned matters (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs.  Counsel for Plaintiffs and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for these unsettled Plaintiffs.

DATED:  March 5, 2024                    Respectfully submitted,

/s/ W. Wylie Blair
W. Wylie Blair, Esq.
ONDER LAW, LLC
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiffs*

/s/ Anthony R. Martinez
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*