UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *Sadie Hunter v. Monsanto Co. and John Does 1-100 inclusive,* *Case No.: 3:21-cv-09947-VC* | UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII, SUB-WAVE B |

Plaintiff Sadie Hunter– without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave VII, Sub-Wave D to Wave VIII, Sub-Wave B:

1. Plaintiff's case is part of Wave VII, Sub-Wave D.

2. Mindful of the deadlines pertaining to Wave VII cases, the parties have diligently pursued discovery in this matter.

3. The parties have not yet completed Plaintiff's deposition. Furthermore, Plaintiff's treating oncologist's deposition and her primary care physician's deposition have not yet been noticed. Plaintiff fell seriously ill just before her scheduled deposition and was hospitalized and unable to reschedule pursuant to her health circumstances.

4. Defendant has not served its first round of written discovery and document requests. Plaintiff also intends to propound written discovery.

5. Counsel for Plaintiff have met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VIII, Sub-Wave B, and Monsanto does not oppose this request.

6.  Parties seeking to move a case to a later wave are required to state in their motion whether a case has previously been moved. See Dkt. No. 17323. Plaintiff Hunter's matter has not changed waves or moved to date. Plaintiff's health circumstances, which by no fault of her own, are preventing discovery from proceeding and are extraordinary circumstances that render this wave change necessary. As stated, Monsanto and their Counsel do not disagree and as such, they will not be prejudiced by a wave change.

Therefore, Plaintiff Sadie Hunter, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave VII, Sub-Wave D to Wave VIII, Sub-Wave B.

Date:  March 6, 2024                                          Respectfully Submitted,

By: *Kristy M Arevalo*

Kristy M. Arevalo
Sarah N. Shahatto
Aabru Madni
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2024, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo
McCUNE LAW GROUP