UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

Case No. 16-md-02741-VC

This document relates to:

*Mary Anne Miramon v. Monsanto Co.,*
Case No. 3:22-cv-02491-VC

## ORDER

Considering Plaintiff's Motion brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that Anthony Giarrusso be substituted as a party plaintiff in place of Mary Anne Miramon and that the Clerk of Court is hereby directed to amend the caption of this case to the following:

ANTHONY GIARUSSO, INDIVIDUALLY AND
ON BEHALF OF MARY ANNE MIRAMON

V.

MONSANTO COMPANY

This __6th__ day of __March__, 2024



APPROVED
Judge Vince Chhabria