UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No. 16-md-02741-VC

This document relates to:

*John L. Scruggs v. Monsanto Co.,*
Case No. 3:19-cv-05867-VC

## ORDER

Considering Plaintiff's Motion brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that Valerie Scruggs-Proffit be substituted as a party plaintiff in place of John L. Proffit and that the Clerk of Court is hereby directed to amend the caption of this case to the following:

VALERIE SCRUGGS-PROFFIT, INDIVIDUALLY AND
ON BEHALF OF JOHN L. PROFFIT

V.

MONSANTO COMPANY

This  6th  day of  March , 2024



APPROVED
Judge Vince Chhabria