UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> *Ferrington et al. v. Monsanto Co.*, Case No. 21-cv-06113-VC <br><br> *Grubb et al. v. Monsanto Co.*, Case No. 20-cv-09293-VC <br><br> *Hunter v. Monsanto Co. et al.*, Case No. 21-cv-09947-VC <br><br> *Jizhak v. Monsanto Co.*, Case No. 20-cv-04646-VC <br><br> *Moore et al. v. Monsanto Co.*, Case No. 22-cv-00091-VC <br><br> *Stewart et al. v. Monsanto Co.*, Case No. 20-cv-01835-VC | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES** <br><br> Re: Dkt. Nos. 17968, 17969, 17971, 17976, <br><br> 18013 |

The motions are granted.  The above-listed cases shall be moved to Wave 8.

Some of the motions request transfers to specific sub-waves. *Stewart et al.* is moved to Wave 8B. *Grubb et al.* is moved to Wave 8B. *Moore et al.* is moved to Wave 8B. *Ferrington et al.* is moved to Wave 8B. *Hunter* is moved to Wave 8B.

2

**IT IS SO ORDERED.**

Dated: March 6, 2024

_____
VINCE CHHABRIA
United States District Judge