UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Harris v. Monsanto Co.*, Case No. 16-cv-05786-VC | **ORDER GRANTING MOTIONS TO MOVE CASE TO ACTIVE DOCKET AND MOVE CASE TO WAVE 7G** |
| | Re: Dkt. Nos. 17984, 17997 |

The motions are granted. The above-captioned case is moved to the active docket and to Wave 7G.

The Clerk is directed to reopen the above-captioned case.

**IT IS SO ORDERED.**

Dated: March 6, 2024

VINCE CHHABRIA
United States District Judge