AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

ARTHUR KING

Plaintiff (s),

V.

MONSANTO COMPANY

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:16-MD-02741-VC

Notice is hereby given that, subject to approval by the court, __Arthur King and Veronique L. King__ substitutes
(Party (s) Name)

__Juan P. Bauta, II Esq. of the Ferraro Law Firm__, State Bar No. __894060__ as counsel of record in
(Name of New Attorney)

place of __Shirin M. Vesely of Trenam Law__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: The Ferraro Law Firm
Address: 600 Brickell Avenue, Suite 3800, Miami, Florida 33131
Telephone: (305) 375-0111    Facsimile (305) 379-6222
E-Mail (Optional): nbauta@ferrarolaw.com

I consent to the above substitution.
Date: 2/16/2024

*Arthur King*
*Veronique King*
(Signature of Party (s))

I consent to being substituted.
Date: 2/16/2024

*Shirin M. Vesely*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/20/2024

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 6, 2024

**APPROVED**
Judge Vince Chhabria

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]