UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Robert W. Thuss and Lucy Thuss v. Monsanto Co.*, Case No.: 3:19-cv-07533-VC | |

## Consent Motion to Move Case to Wave 8C

Plaintiffs Robert W. Thuss and Lucy Thuss respectfully request that the Court move their case from Wave 7E to Wave 8C, for the following reasons:

1. Plaintiffs Robert W. Thuss and Lucy Thuss have just retained the undersigned new counsel, who is diligently working to get up to speed on this case. Undersigned counsel has conferred with Monsanto's counsel, who has no objection to the request to transfer this case to Wave 8C.

2. Plaintiffs Robert W. Thuss and Lucy Thuss's case is currently included in Wave 7E.

3. Mindful of the deadlines pertaining to Wave 7E, new counsel will attempt to expedite the conducting of discovery in this matter, however, it does not appear that any depositions have been taken by any party, medical records are scant and are still being obtained.

4. The parties do not believe that they will be able to complete all discovery in time for the currently established expert report deadlines for Wave 7E.

5. The parties believe the best, most practical course of action would be to move this case from Wave 7E to Wave 8C.

6. Plaintiffs have not made any previous request to move waves, and the lack of discovery to date is no fault of the Plaintiffs themselves.

Therefore, Plaintiffs Robert W. Thuss and Lucy Thuss respectfully request that the Court move their case from Wave 7E to Wave 8C.

Dated: March 6, 2024

Respectfully submitted,

**RUEB STOLLER DANIEL, LLP**

By:/s/*Behram V. Parekh*
Behram V. Parekh
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 6th day of March 2024, which will send notification of the same to all counsel of record.

                                              */s/ Behram V. Parekh*