1 | James F. Rogers
NELSON MULLINS RILEY & SCARBOROUGH LLP
151 Meeting Street, Suite 600
Charleston, South Carolina 29401-2239
Telephone: (843) 853-5200
Facsimile: (843) 772-8700
sarah.powell@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| Case No. MDL No. 3:16-md-2741-VC | **NOTICE OF APPEARANCE OF JAMES F. ROGERS ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order Nos. 1 and 7, James F. Rogers of the firm Nelson Mullins Riley & Scarborough LLP hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

March 6, 2024

Respectfully Submitted,

By: */s/James F. Rogers*
James F. Rogers
NELSON MULLINS RILEY & SCARBOROUGH LLP
151 Meeting Street, Suite 600
Charleston, South Carolina 29401-2239
Telephone: (843) 853-5200
Facsimile: (843) 772-8700
sarah.powell@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2024, a true and correct copy of the foregoing NOTICE OF APPEARANCE OF JAMES F. ROGERS ON BEHALF OF DEFENDANT MONSANTO COMPANY was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Respectfully submitted,

 */s/James F. Rogers*
James F. Rogers
NELSON MULLINS RILEY & SCARBOROUGH LLP
151 Meeting Street, Suite 600
Charleston, South Carolina 29401-2239
Telephone: (843) 853-5200
Facsimile: (843) 772-8700
sarah.powell@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*