| | |
|---|---|
| **WILKINSON STEKLOFF LLP** <br> Brian L. Stekloff (*pro hac vice*) <br> (bstekloff@wilkinsonstekloff.com) <br> Rakesh Kilaru (*pro hac vice*) <br> (rkilaru@wilkinsonstekloff.com) <br> 2001 M St. NW <br> 10th Floor <br> Washington, DC 20036 <br> Tel:  202-847-4030 | Fax:  202-847-4005 <br><br> **HOLLINGSWORTH LLP** <br> Eric G. Lasker (*pro hac vice*) <br> (elasker@hollingsworthllp.com) <br> 1350 I St. NW <br> Washington, DC 20005 <br> Tel:  202-898-5843 | Fax:  202-682-1639 | **COVINGTON & BURLING LLP** <br> Michael X. Imbroscio (*pro hac vice*) <br> (mimbroscio@cov.com) <br> One City Center <br> 850 10th St. NW <br> Washington, DC 20001 <br> Tel:  202-662-6000 <br><br> **BRYAN CAVE LEIGHTON PAISNER LLP** <br> K. Lee Marshall (CA Bar No. 277092) <br> (klmarshall@bclplaw.com) <br> Three Embarcadero Center, 7th Floor <br> San Francisco, CA 94111 <br> Tel:  415-675-3400 | Fax:  415-675-3434 <br><br> Jed P. White (CA Bar No. 232339) <br> (jed.white@bclplaw.com) <br> Linda C. Hsu (CA Bar No. 239880) <br> (linda.hsu@bclplaw.com) <br> 120 Broadway, Suite 300 <br> Santa Monica, CA 90401 <br> Tel:  310-576-2100 | Fax:  310-576-2200 |

*Attorneys for Defendant Monsanto Company*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> *Angelo Bulone v. Monsanto Company*, 3:20-cv-03719 | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. LUOPING ZHANG** <br><br> Hearing: <br><br> To be scheduled by the Court, if necessary. (Dkt. No. 17955.) |

**DECLARATION OF LINDA C. HSU**

I, Linda C. Hsu, declare as follows:

1. I am an attorney at law admitted to practice before all of the courts in the state of California. I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Motion to Exclude Testimony of Dr. Luoping Zhang. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Disclosure of Expert Witnesses and Declaration, dated August 22, 2022, submitted in the above-captioned matter.

3. Attached hereto as **Exhibit B** is a true and correct copy of Zhang, et. al., *Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence* (2019).

4. Attached hereto as **Exhibit C** is a true and correct copy of Zhang, et. al., *Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma* (2020).

5. Attached hereto as **Exhibit D** is a true and correct copy of U.S. EPA Memorandum, dated January 6, 2020, regarding Glyphosate: Epidemiology Review of Zhang, et al. (2019) and Leon et al. (2019) publications for Response to Comments on the Proposed Interim Decision.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts of deposition testimony of Dr. Luoping Zhang, dated February 16, 2023, in *Armstrong v. Monsanto Company*, et al., No. 2021-0005190-CA-01, in the Eleventh Judicial Circuit Court for Miami-Date County, Florida.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 6, 2024, at Santa Monica, California.

_____
Linda C. Hsu

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

*/s/ Linda C. Hsu*
Linda C. Hsu

- 3 -
DECLARATION IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE TESTIMONY