# EXHIBIT C



Contents lists available at ScienceDirect

# Environmental Research

journal homepage: www.elsevier.com/locate/envres



Discussion

# Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma

Iemaan Rana [a], Emanuela Taioli [b], Luoping Zhang [a,*]

[a] *Division of Environmental Health Sciences, School of Public Health, University of California Berkeley, Berkeley, USA*
[b] *Institute for Translational Epidemiology and Department of Population Health Science and Policy, Icahn School of Medicine at Mount Sinai, New York, USA*

## 1. Controversy of glyphosate-based herbicides

Glyphosate-based herbicides (GBH) are the most widely used herbicides in the world. Recently, the safety of GBH has come under intense public and scientific scrutiny given its ubiquitous presence in agriculture and reports of increased relative risk of non-Hodgkin lymphoma (NHL) among occupationally exposed individuals. Differing conclusions about glyphosate's carcinogenic potential among national and international regulatory agencies have further incited controversy among stakeholders with competing interests. Given this controversy, it is even more important to critically analyze the available empirical data to resolve the uncertainty surrounding the herbicide so that it may be safely used and further regulated.

## 2. Association between GBH and NHL

To assess whether a link truly exists, our group (Zhang et al., 2019) previously conducted a meta-analysis of occupational exposures to GBH and risk of NHL in epidemiological studies and detected a 41% increased meta-relative risk (meta-RR). We also conducted a number of sensitivity analyses that validated the robustness of this association.

Since our meta-analysis was released (Zhang et al., 2019), a similar meta-analysis of epidemiologic studies of occupational exposure to glyphosate and NHL was published by Donato et al. (2020) where they reported no evidence of an increased risk. This finding deviates substantially our article (Zhang et al., 2019), which was absent among previous meta-analyses cited by Donato et al. (2020).

To understand what factors contributed to the discrepancy between Donato et al. (2020) and our previous findings, we carefully reviewed each paper's methods and determined that Donato's approach was essentially very similar to ours (Zhang et al., 2019). In this commentary, we aim to address three key issues: 1) whether we could reproduce Donato's meta-analysis using the exact data they selected, 2) how we could better understand the major differences between Zhang et al. (2019) and Donato et al. (2020) regarding study selection and exposure categories, and 3) what are the inaccurate or misunderstood aspects surrounding the association of GBH and NHL, which need to be weeded out. The answers are briefly described below.

## 3. Reproducibility of meta-relative risk of NHL

Table 1 summarizes the original meta-analysis findings reported by Donato et al. (2020), the re-calculated meta-RRs that we obtained using the same data they used, and the corresponding results described in Zhang et al. (2019). Donato et al. (2020) reported a meta-RR of 1.03 (95% CI = 0.86–1.21) for *ever-never* exposure (defined as any versus no known exposure) to glyphosate and NHL risk. When we replicated this analysis, the meta-RR we obtained was 1.14 (95% CI = 0.94–1.39, Table 1). Of note, we produced the same funnel plot of these studies, indicating that we used the same datasets as Donato, which revealed asymmetry consistent with publication bias (Figure 4 in Donato et al., 2020).

Another source of discrepancy was the weighting of original studies selected. According to Donato et al. (2020), Leon et al. (2019) was the most highly weighted study at 74.11%, though it was 48.03% according to our calculations. As a sensitivity analysis to determine the impact of including such a large study, Leon et al. (2019) was removed, and Donato et al. (2020) reported a meta-RR of 1.27 (95% CI = 0.92–1.61). However, when we removed this study, we found the meta-RR was both increased and statistically significant (meta-RR = 1.34, 95% CI = 1.04–1.73). Further sensitivity analyses should have been conducted to determine the sources of heterogeneity. Overall, none of the Donato meta-analysis results were able to be replicated; the data discrepancies are clearly reflected in Table 1.

* Corresponding author. Division of Environmental Health Sciences, School of Public Health, 2121 Berkeley Way West, #5117, Berkeley, CA, 94720-7360, USA.
E-mail address: luoping@berkeley.edu (L. Zhang).

https://doi.org/10.1016/j.envres.2020.110140
Received 5 August 2020; Received in revised form 21 August 2020; Accepted 22 August 2020



## 4. Major differences between both meta-analyses

### 4.1. Study selection difference: Andreotti et al. (2018) vs. Leon et al. (2019)

The study selection varied between the two meta-analyses. Zhang et al. (2019) used Andreotti et al. (2018), which reported exposure estimates stratified by level, whereas Donato et al. (2020) used the recently published pooled analysis by Leon et al. (2019) that reported only *ever-never* exposures. Donato et al. (2020) also included Cocco et al. (2013) in their analysis, a study that was excluded from our meta-analysis because it reported results for all B-cell lymphomas combined (two cases of NHL, one case of multiple myeloma, and one unspecified B-cell lymphoma; N = 4).

### 4.2. Statistical analysis model selection difference

Further, data selection from De Roos et al. (2003) also differed. For example, Donato et al. (2020) used the *hierarchical* regression model, whereas Zhang et al. (2019) used *logistic* regression. When we did a sensitivity analysis using the *hierarchical* regression model in this study, we found the meta-RR to be 1.46 (95% CI: 1.08–1.96), as shown in Table 6 of Zhang et al. (2019). We reported both the fixed-effects and random-effects models in Zhang et al. (2019), whereas Donato et al. (2020) indicated that they reported only the random-effects model.

### 4.3. Exposure category selection: high vs. ever

Zhang et al. (2019) followed an *a priori* criteria to select the *highest* exposure category when it was available, whereas Donato et al. (2020) used *ever-never* exposures. When they attempted a dose-response analysis, the exact criteria of how their highest exposure category was selected were not described in detail. While it appears that exposure frequency was prioritized, it is unclear why this metric was selected, as it does not factor in exposure intensity. In contrast, Zhang et al. (2019) clearly listed the order for selection of the most highly exposed category based on the *a priori* hypothesis and the current scientific understanding of NHL risk in Section 2.6 (Zhang et al., 2019). If the *a priori* hypothesis detailed in Zhang et al. (2019) were followed, the meta-RR from the same three studies used in Donato et al. (2020) would increase to 1.63 (95% CI = 0.97–2.76, Table 1). To determine whether high exposures were linked to greater risks of NHL, we compared risks for *ever-never* exposures to the highest exposure groups and found the meta-RR increased by 35% in our replicated analysis of Donato et al. (2020) and 33% in Zhang et al. (2019), indicating presence of an exposure-response relationship in both analyses (Table 1).

Overall, fundamental errors in methodological reasoning such as differences in study selection, statistical model use, and imprecise definitions of high exposure categories ultimately contributed to the flawed conclusions reported in Donato et al. (2020).

## 5. Is the NHL risk present only for "highly" exposed subjects?

Given glyphosate's ubiquitous use in the world, delineating an unexposed control population is virtually impossible, since almost everyone has been exposed to the residues of the chemical to some extent. Hence, to ensure sufficient exposure contrast and optimize our ability to detect a potential association, our *a priori* hypothesis focused on *highly* exposed groups with respect to their lower exposed counterparts. We defined "*high*" as a group exposed at a level relatively greater than the other exposed categories. For example, greater than two days of exposure per year (>2 d/y) group was selected as highly exposure group in the McDuffie et al. (2001) study (Table 4 in Zhang et al., 2019). Being exposed to GBH for greater than two days every year is traditionally not considered high exposure, but we were constrained by the nature of the meta-analysis to rely on available data, and determined that individuals in the >2 d/y group were more highly exposed relative to other groups in that study. Importantly, these individuals were exposed to GBH at routinely used agricultural spray concentrations, and not at extremely high levels. In fact, we believe that the 41% increased relative risk of NHL reported in Zhang et al. (2019) still underestimated the true risk.

## 6. Is our previously reported 41% increase in NHL meta-RR underestimated?

Due to the timing of GBH exposures and study subjects recruited in original individual studies, and potential long latency of NHL, our calculated meta-RR may have been underestimated. Most of the studies included in our meta-analysis were conducted prior to the exponential increase in glyphosate use and consequent widespread exposure. The available studies included in our meta-analysis evaluated cancers that developed prior to 2013, though the practices of spraying down crops with glyphosate to speed up desiccation (also known as the "Green Burndown") started occurring in the mid-2000s (Fig. 1, Zhang et al., 2019). For example, the Eriksson et al. (2008) study captured exposures well before the exponential increase during the Green Burndown (1999–2002); despite that, it still detected a positive dose-response relationship (increase of odds ratio from 1.69 to 2.36, 95% CI =

**Table 1**

Comparison of results reported directly by Donato et al. (2020) with our replicated analysis, and with the Zhang et al. (2019) meta-analysis of glyphosate-based herbicide exposure and non-Hodgkin lymphoma (NHL) using random-effects model.

| Meta-Analysis | Donato et al. (2020) | | | | Replicated Meta-Analysis | | | Zhang et al. (2019) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | meta-RR | CI$_L$ | CI$_U$ | meta-RR | CI$_L$ | CI$_U$ | N | meta-RR | CI$_L$ | CI$_U$ |
| **Exposure category** | | | | | | | | | | | |
| Ever exposure | 7 | 1.03 | 0.86 | 1.21 | 1.14 | 0.94 | 1.39 | 6 | 1.30[a] | 1.03 | 1.64 |
| Highest only[b] | 3 | 1.49 | 0.37 | 2.61 | 1.49 | 0.67 | 3.34 | 3 | 1.63 | 0.97 | 2.76 |
| Remove Leon et al., 2019[c] | 6 | 1.27 | 0.92 | 1.61 | 1.34[d] | 1.04 | 1.73 | 5 | 1.84[a,d] | 1.33 | 2.55 |
| **Cell-type specific** | | | | | | | | | | | |
| DLBCL | 3 | 1.31 | 0.93 | 1.7 | 1.32[d] | 0.99 | 1.76 | – | – | – | – |
| MM | 3 | 1.04 | 0.67 | 1.41 | 1.15 | 0.76 | 1.74 | – | – | – | – |

Abbreviations: CI$_L$, confidence interval lower; CI$_U$, confidence interval upper; CLL, chronic lymphocytic leukemia; CI, confidence interval; DLBCL, diffuse large b-cell lymphoma; N, number of studies; meta-RR, meta-analysis relative risk.

[a] Leon et al. (2019) was not used in Zhang et al. (2019); thus, Andreotti et al. (2018) was either included or removed to conduct this analysis.

[b] Only three studies that reported high exposure categories were used. For Andreotti et al. (2018), Zhang et al. (2019) selected highest intensity-weighted lifetime days lagged by 20 years or more, whereas Donato et al. (2020) selected highest days per lifetime.

[c] The remaining studies are all case-control. In their analysis of all case-control studies, Zhang et al. (2019) follows the *a priori* selection criteria and has (N = 6) because Cocco et al. (2013) was not included in the analysis.

[d] Fixed-effects model was used because between-study heterogeneity, defined as the $\chi^2$-test statistic for heterogeneity being greater than its degrees of freedom (number of studies minus one), was not detected. Use of fixed-effects model was not reported in Donato et al. (2020).

*J. Rana et al.*



Fig. 1. Forest plot for ever-exposure to glyphosate and NHL using random-effects model.

1.04–5.37). Hence, given exposures have drastically increased in recent years (Gillezeau et al., 2019), our risk estimate is likely underestimated.

Lastly, although Leon et al. (2019) was published most recently, the follow-up periods of each of the cohorts was still limited to approximately ten years ago, indicating the current true NHL risk has yet to be uncovered.

### 7. A major NHL subtype, DLBCL, was reportedly linked to GBH

Upon close review, we further identified discrepancies among the Donato et al. (2020) analysis of diffuse large B-cell lymphoma (DLBCL) and multiple myeloma (MM) in our recalculations using the same studies and data (Table 1).

One interesting question posed by this endeavor is whether or not GBH contributes to risk of all NHL, or a particular subtype. DLBCL is the major subtype (~25%) of NHL that is heterogeneous with multiple phenotypic lymphoma subtypes (Swerdlow et al., 2008). Notably, the Leon et al. (2019) study included in Donato et al. (2020) detected a positive statistically significant association of GBH exposure with DLBCL (meta-Hazard Ratio = 1.36, 95% CI = 1.00–1.85). This finding potentially indicates: 1) GBH may be more strongly associated with DLBCL than other NHL subtypes, 2) if true, analyzing NHL as a whole would attenuate potential associations, which is exactly what was reported (Leon et al., 2019), and 3) as a result, our meta-RR of NHL would be further underestimated.

### 8. Estimating NHL cases attributable to GBH exposure

After the Zhang et al. (2019) study was accepted for publication (February 2019), some blogs pointed out that our finding of a 41% increased meta-RR simply equated to an additional *eight* cases of NHL per 100,000 men and women resulting from exposure to glyphosate.[1,2] This calculation is clearly based on the US National Cancer Institute Surveillance, Epidemiology, and End Results (SEER) Program age-adjusted rate of new cases of NHL, which is 19.6 per 100,000 men and women per year (SEER 2019). Multiplying this rate by our increased meta-relative risk of 41% would yield roughly *eight* additional NHL cases per 100,000 people attributable to GBH exposure. There are a few issues with this *inaccurate* calculation.

*First*, the SEER rates span from 1972 to 2017, and include a sample of only 28% of US states and territories. Importantly, the data do not adjust for any potential confounders or other factors, such as exposures to GBH (or any pesticides/chemicals) linked to lymphomagenesis. In other words, the SEER rate for NHL (19.6 per 100,000) is a general measure of all new cases, including those with or without occupational exposure to GBH, within a specified population during a time period.

*Second*, the calculation is not valid, as it applies the increased risk of NHL with exposure to the current rates of NHL in the country. This measure does not exist in current epidemiologic methods, and has no interpretation. A better estimate is to assess how many NHL cases diagnosed each year are likely to be attributed to exposure to GBH. A measure of that is the population attributable fraction (PAF), which quantifies the contribution of a risk factor to a disease or a death. Another useful measure would be the population attributable risk (PAR), the proportion of the incidence of a disease in the population that is due to exposure. This measure indicates that the incidence of a disease in the population would be diminished if exposure were eliminated.

*Lastly*, from a public health perspective, an additional eight NHL cases from GBH exposure is substantial even though it is derived from an invalid calculation. For example, the California EPA Safe Drinking Water and Toxic Enforcement Act of 1986, also known as Proposition 65, defines the "*no significant risk level*" for known chemical carcinogens to be not more than one excess cancer case in 100,000 individuals exposed to the chemical over a 70 year lifetime (OEHHA, 2020). Indeed, a 700% excess[3] of that guideline value is concerning.

### 9. Conclusion

In this commentary, we discuss the importance of truly understanding the nature of the association between GBH exposure and NHL risk. The current evidence with our reanalysis does not support the conclusions drawn by Donato et al. (2020). The fact that nearly none of the calculations were replicable (except the funnel plot), and lack of transparent details regarding how high exposure categories were defined raises serious concerns about the widespread misinformation surrounding the controversial herbicide. A close look at the data revealed that our calculated meta-RR of a 41% increase in NHL among GBH-exposed workers is very likely underestimated, with recent studies indicating that subtype (DLBCL) specific associations may be stronger than the heterogeneous class of disease (NHL) as a whole. Despite these findings, no new studies have evaluated cancers beyond 2011; thus, our current understanding of the risk of NHL associated with widespread exposure to glyphosate is extremely limited. Given the magnitude of the public health issue at hand, we felt compelled to comment.

### Disclosure

Drs. Zhang and Taioli served as Science Review Board Members of the US EPA FIFRA Scientific Advisory Panel (SAP) Meeting that evaluated glyphosate in December 2016.

### Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

### References

Andreotti, G., Koutros, S., Hofmann, J.N., Sandler, D.P., Lubin, J.H., Lynch, C.F., Lerro, C.C., De Roos, A.J., Parks, C.G., Alavanja, M.C., et al., 2018. Glyphosate use and cancer incidence in the agricultural health study. J. Natl. Cancer Inst. 110 (5), 509–516.

---

[1] https://www.skepticalraptor.com/skepticalraptorblog.php/glyphosate-linked-non-hodgkin-lymphoma-analysis/?fbclid=IwAR0NdaBFBz59sXTRaLV1fZTnsAqkyLRzked4_k2aqV9Nnzvc3fC4hCT5lN4.

[2] https://geneticliteracyproject.org/2019/02/18/41-glyphosate-cancer-increase-claim-under-fire-did-the-authors-of-new-meta-study-deliberately-manipulate-data-or-just-botch-their-analysis/.

[3] $Percent\ Excess = \left(\frac{observed - guideline}{guideline}\right) * 100 = \left(\frac{\frac{8\ cases}{100,000} - \frac{1\ case}{100,000}}{\frac{1\ case}{100,000}}\right) * 100 = 700\%$

Cocco, P., Satta, G., Dubois, S., Pili, C., Pilleri, M., Zucca, M., t Mannetje, A.M., Becker, N., Benavente, Y., de Sanjose, S., et al., 2013. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. Occup. Environ. Med. 70 (2), 91–98.

De Roos, A.J., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Holmes, F.F., Burmeister, L.F., Blair, A., 2003. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup. Environ. Med. 60 (9), E11.

Donato, F., Pira, E., Ciocan, C., Boffetta, P., 2020. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med. Lav. 111 (1), 63–73.

Eriksson, M., Hardell, L., Carlberg, M., Akerman, M., 2008. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int. J. Canc. 123 (7), 1657–1663.

Gillezeau, C., van Gerwen, M., Shaffer, R.M., Rana, I., Zhang, L., Sheppard, L., Taioli, E., 2019. The evidence of human exposure to glyphosate: a review. Environ Health. 18 (1), 2.

Leon, M.E., Schinasi, L.H., Lebailly, P., Beane Freeman, L.E., Nordby, K.C., Ferro, G., Monnereau, A., Brouwer, M., Tual, S., Baldi, I., et al., 2019. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int. J. Epidemiol. 48 (5), 1519–1535.

McDuffie, H.H., Pahwa, P., McLaughlin, J.R., Spinelli, J.J., Fincham, S., Dosman, J.A., Robson, D., Skinnider, L.F., Choi, N.W., 2001. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. *Cancer epidemiology, biomarkers & prevention : a publication of the American Association for Cancer Research.* cosponsored by the American Society of Preventive Oncology 10 (11), 1155–1163.

OEHHA, 2020. California EPA Office of Environmental Health and Hazard Assessment. Safe Drinking Water and Toxic Enforcement Act of 1986. California Health and Safety Code. *§§ 252495-2524913 (November 4, 1986)*.

SEER, 2019. Surveillance, Epidemiology, and End Results (SEER) Program. National Cancer Institute. www.seer.cancer.gov/popdata.

Swerdlow, S., Campo, E., Harris, N.L., Jaffe, E., Pileri, S., Stein, H., Thiele, J., Vardiman, J., 2008. WHO Classification of Tumours of Haematopoietic and Lymphoid Tissues. International Agency for Research on Cancer. World Health Organization, Washington, DC.

Zhang, L., Rana, I., Taioli, E., Shaffer, R.M., Sheppard, L., 2019. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: a meta-analysis and supporting evidence. Mutat. Res. Rev. 781 (Jul-Sep), 186–206.

View publication stats