# EXHIBIT E

```
 1      IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT

 2                           IN AND FOR

 3                   MIAMI-DADE COUNTY FLORIDA

 4

 5   ERICK ARMSTRONG, HEIDI      )
     ARMSTRONG, his wife,        )
 6   AUDREY ARMSTRONG, his       )
     daughter, and JACK          )
 7   ARMSTRONG, his son,         )
                                 )  No.  2021-005190-CA-01
 8              Plaintiffs,      )
                                 )
 9   vs.                         )
                                 )
10   MONSANTO COMPANY, a         )
     foreign for-profit          )
11   corporation, AND DIAMOND    )
     R FERTILIZER CO., INC.,     )
12   d/b/a ATLANTIC - FEC        )
     FERTILIZER & CHEMICAL       )
13   COMPANY, a Florida          )
     for-profit corporation,     )
14                               )
                Defendants.      )
15                               )
                                 )
16                               )

17

18                            REMOTE

19               EXPERT WITNESS TESTIMONY OF

20                   LUOPING ZHANG, PH.D.

21                     (Pages 1 - 149)

22        Thursday, February 16, 2023, 10:06 a.m.

23      REPORTED BY:  ELAINA BULDA-JONES, CSR 11720

24

25
```

```
 1                      APPEARANCES

 2

 3   For the Plaintiffs:

 4        BY: DANIEL J. DiMATTEO, ESQ.
          The Ferraro Law Firm
 5        600 Brickell Avenue, Suite 3800
          Miami, Florida 33131
 6        305.375.0111
          ddimatteo@ferrarolaw.com
 7


 8
     For the Defendant Monsanto Company:
 9
          BY: AARON LEVINE, ESQ.
10        BY: BRENDAN M. GIBBONS, ESQ.
          BY: PAMELA YATES, ESQ.
11        Arnold & Porter Kaye Scholer LLP
          250 West 55th Street
12        New York, New York 10019
          212.836.8214
13        aaron.levine@arnoldporter.com
          brendan.gibbons@arnoldporter.com
14        pamela.yates@arnoldporter.com

15   Also present:

16        Daniel Bermudez, videographer

17

18

19

20

21

22

23

24

25
```

```
 1      A.   Oh, okay.  You changed -- you changed your
 2   question.
 3      Q.   I was clarifying.
 4      A.   Okay.  So -- I want to make sure.
 5           So I asked my lawyers or my lawyers ask
 6   me?  I just needed to -- before I give you an
 7   answer.
 8      Q.   Okay.  Do you understand my question?
 9      A.   Which -- which direction, who is asking
10   who?
11      Q.   Do you -- let me rephrase the question,
12   okay.
13           Do you have a particular assignment as
14   part of your role as an expert in this case?
15      A.   Yes.
16      Q.   And what is that assignment?
17      A.   It's -- it's cover the human studies.
18   That's what I --
19      Q.   Anything else?
20      A.   I -- that's -- that's what I published,
21   you know, our paper.
22      Q.   Okay.  So my understanding is, and correct
23   me if I'm wrong, your assignment is to cover the
24   human studies that you've published in your paper?
25      A.   Yeah.
```

1    Q.   Any other studies that are part of your
2    assignment for this case?
3    A.   I think that's the major assignment.
4    Q.   Okay.  And then I'm going to try the chat
5    myself here.
6         All right.  Brendan, can you put the --
7    the notice in -- into the chat.  I just failed at
8    that.
9         MR. GIBBONS:  Sure.  And are these numbers
10   or -- or letters?
11        MR. LEVINE:  Numbers.
12   Q.   Okay.  Dr. -- Dr. Zhang, I'm going to
13   share various exhibits throughout the deposition.
14        The first 1, Exhibit 1, has just been
15   posted into the chat.  I'm going to share my screen
16   but you are also welcome to open the link in the
17   chat to review the exhibit, okay.
18        (Whereupon, Exhibit 1 was marked for
19   identification.)
20   BY MR. LEVINE:
21   Q.   Can you see the screen I'm sharing?
22   A.   Yes.
23   Q.   Can you see that this is Exhibit 1, this
24   is Monsanto Company's Notice of Taking Virtual Video
25   Deposition Duces Tecum?

1    Q.   Okay.

2    A.   But -- but I think there are two things

3 also related.  You cannot identify a specific

4 causation for the specific case or specific

5 individual without the knowledge or data evidence

6 from the population study.

7    Q.   We agree.  But your role in this case is

8 not to identify the specific cause in the

9 individual, but rather, to provide the first part of

10 that information that you said you need in order to

11 do it, which is general causation, correct?

12    A.   I agree.

13    Q.   Okay.  You're not a pathologist, either,

14 correct?

15    A.   No.

16    Q.   Okay.  Would you agree that a pathologist

17 would be the one who determines the diagnosis that

18 an individual has based on the slides from a biopsy?

19    A.   I do agree.

20    Q.   Do you agree --

21    A.   But that -- but that doesn't mean I have

22 no saying about it since I have been working for the

23 leukemia and the lymphoma for 30 -- 30-plus years.

24    Q.   Have you ever diagnosed a patient's

25 cancer?

```
 1   this.
 2       Q.   Okay.
 3            It says, "Dr. Zhang has a Ph.D. in
 4   biochemical toxicology.  Dr. Zhang has published
 5   extensively, directly participated in EPA Scientific
 6   Advisory Panel meetings on glyphosate and conducted
 7   the state of the art meta-analysis of the relevant
 8   epidemiological studies.  She will offer opinions on
 9   general causation consistent with her prior
10   testimony in Roundup litigation."
11            Do you see that?
12       A.   Yes.
13       Q.   Does that accurately describe the
14   testimony you intend to give in this case?
15       A.   Yes.
16       Q.   Okay.  This doesn't say anything -- I
17   think we've -- I think we answered this question,
18   but I just want to make sure.
19            This disclosure doesn't say that you will
20   be testifying regarding specific causation.  It just
21   says you will be testifying with respect to general
22   causation, correct?
23       A.   Yes.
24       Q.   Do you agree with that?
25       A.   Yes.
```

 1        A.    Yeah, yeah.  Yeah.  You show me.  I
 2   just -- I -- I think we did some sub -- subtype, but
 3   I think mostly -- for benzene we mostly focused on
 4   the NHL and maybe B-cell type --
 5        Q.    Okay.
 6        A.    -- specifically, yeah.
 7        Q.    Well, we'll get to your --
 8        A.    I don't -- yeah.  But I don't remember for
 9   DLBCL.
10        Q.    Okay.
11        A.    If you want to I can -- I can -- I can
12   look, just open my own paper to look if you allow me
13   to look --
14        Q.    I'll put it up.
15        A.    -- on my laptop, so...
16        Q.    I'll -- I'll be -- I'll be happy to put it
17   up.  We'll get to it.
18        A.    Okay.  All right.
19        Q.    I'm not going to ask you to --
20        A.    Yeah.
21        Q.    I'm not going to ask you to do it by
22   memory.
23        A.    Sure.  Sure.  Okay.
24        Q.    With respect to glyphosate and
25   non-Hodgkin's lymphoma, you've only looked at NHL

```
 1   overall, correct?
 2        A.   Yes.
 3        Q.   Let's discuss a few concepts of causation.
 4             First -- the first concept I want to
 5   discuss is dose.  You're familiar with the concept
 6   of dose, correct?
 7        A.   Yes.
 8        Q.   Okay.  Do you agree that if something is a
 9   carcinogen, then the higher the exposure, the higher
10   the increased risk?
11        A.   Of course.
12        Q.   Okay.  Do you agree that if a risk is
13   lower for high exposure and higher for low exposure,
14   then that would indicate the exposure may not be
15   carcinogenic?
16        A.   I don't completely agree with what you
17   just said.  The -- if it's lower exposure, okay, it
18   doesn't mean it's not carcinogenic.  If a
19   chemical -- if a toxic chemical is carcinogenic,
20   it's always carcinogenic, right.  So it's only the
21   chance to increase the risk.
22             That depends on the study you design, is
23   how big they are, how long you are going to take,
24   and also, depends on the -- it's -- it depends on a
25   lot of different factors, for example, you know,
```

```
 1   BY MR. LEVINE:
 2       Q.   Dr. Zhang, do you -- do you feel in any
 3   way that I was harassing you, by the way?
 4            MR. DiMATTEO:  Object to form.
 5            THE WITNESS:  I -- I feel you are asking
 6   me the questions not really related to this case.
 7   BY MR. LEVINE:
 8       Q.   Did I -- did I offend you in any way?
 9       A.   I think you make me sometimes
10   uncomfortable, but I can handle it.
11       Q.   Oh.  Okay.  Well, I -- I promise you, I
12   have no intention of making -- of offending you in
13   any way.  And I appreciate your being able to handle
14   it.  And I certainly have no intent to make you feel
15   uncomfortable.
16            Dr. Zhang, let's discuss some aspects of
17   your meta-analysis.
18            Your meta-analysis, I think we said
19   before, but does not include data regarding
20   subtypes, correct?
21       A.   I think it's correct.
22       Q.   Okay.
23       A.   But I also believe our sensitivity
24   analysis did away -- I think we had one -- one
25   category including the hairy cell lymphoma, but I --
```

1  I don't think -- yeah, did we have that?  Table 6,
2  that's correct.  Yeah, cell-type specific.
3            Yeah, so the reason we didn't include --
4  we -- our former meta-analysis, we didn't include
5  the Cocco and some other studies they did.  So here,
6  we added the Cocco, we just wanted to see if -- if
7  our meta-analysis data would change.  Actually, it
8  didn't change at all.  Or we include or exclude the
9  hairy cell leukemia.  Okay.  Yeah.
10           So I think if you are specifically asking
11 for the major subtype of non-Hodgkin's lymphoma, we
12 are talking about now is the diffuse, the large
13 B-cell lymphoma.  We didn't do that.
14     Q.   Okay.  So your meta-analysis -- let me --
15 I'll -- I'll be more specific.
16           Your meta-analysis does not include any
17 data regarding the risk specifically of DLBCL,
18 correct?
19     A.   Yes, correct.
20     Q.   And it doesn't include any data regarding
21 the risk specifically of follicular lymphoma,
22 correct?
23     A.   Yes, correct.
24     Q.   Okay.  Is there a reason why you didn't do
25 that?

```
 1   it's evidence.  So I'm using -- again, I'm using
 2   this De Roos 2005 in our meta-analysis and Andreotti
 3   2018 in -- you know, from our -- can you go down to
 4   the other table, Table -- maybe 7 or 5 -- yeah.
 5        Q.   No, Dr. Zhang, I'm -- I'm asking you the
 6   questions so feel free to --
 7        A.   No, I'm just -- gave you example why --
 8        Q.   You're not answering my question anymore.
 9        A.   No, no, no, because you're asking me the
10   question, I don't have the data -- I haven't done
11   the analysis.
12        Q.   That's fine.
13        A.   I -- so I cannot answer you.
14        Q.   Okay.
15        A.   Your question.
16        Q.   Dr. Zhang --
17        A.   Yes or no.
18        Q.   Dr. Zhang, if I understand you correctly,
19   without doing the analysis to determine how
20   De Roos 2022 or any other studies published since
21   your meta-analysis would affect the results, you
22   don't know how they would affect the results,
23   correct?
24        A.   Exactly.
25        Q.   Okay.
```

 1      A.   Exactly.  But you also said if you include
 2  De Roos 2022, replace the Orsi 2009, then if the
 3  meta relative risk would be reduced.  That's your
 4  question.
 5      Q.   I'm not the expert, Dr. Zhang.
 6      A.   Yes.  Then you ask me.
 7      Q.   Yeah.
 8      A.   If yes or no, and I told you I cannot say
 9  if -- if it's going to be definitely decreased, the
10  meta relative risk.  And I gave you example from,
11  you know, AHS cohort, right.
12      Q.   Okay.  So you won't --
13      A.   Yeah.
14      Q.   You won't be able to tell the jury in this
15  case how the results have changed since your
16  meta-analysis without doing the analysis, correct?
17      A.   Yes.
18           MR. DiMATTEO:  Object to form.
19           THE WITNESS:  That's true.
20  BY MR. LEVINE:
21      Q.   Okay.
22      A.   That's correct.
23           (Whereupon, a brief discussion off the
24  record.)
25           MR. LEVINE:  Let's come back at 12:30 your

```
 1   you wrote in this paper.
 2        A.   Yeah.
 3        Q.   You said, "Our findings suggest a causal
 4   link" --
 5        A.   Yeah.
 6        Q.   -- "between benzene exposure and
 7   non-Hodgkin's lymphoma."
 8             Do you see that?
 9        A.   Yes.
10        Q.   It doesn't say increased risk.
11        A.   Yeah, but the causal suggests the causal
12   link.
13        Q.   Okay.  And then you told me before you
14   didn't -- you -- you weren't aware -- or you
15   couldn't recall an opinion regarding diffuse large
16   B-cell lymphoma?
17        A.   Well -- yes.
18        Q.   The sentence goes on to say "especially
19   for diffuse large B-cell lymphoma."
20             Do you see that?
21        A.   Yeah, now I see.  So I just don't remember
22   exactly what subtype we did.  So we did that.
23        Q.   Okay.  You note here, which you testified
24   to earlier, that as non-Hodgkin's lymphoma are
25   diffuse -- are a diverse group of blood cancers,
```

Luoping Zhang, Ph.D.

```
 1   right, you agreed with that?
 2        A.   Yes.
 3        Q.   Many different subtypes.  You agree with
 4   that?
 5        A.   Yes.
 6        Q.   And so you did a cell type specific
 7   analysis of the reported hematological neoplasms
 8   from the articles included in the meta-analysis
 9   here, correct?
10        A.   Yes.
11        Q.   So you looked at subtypes in this paper,
12   correct?
13        A.   Yes.
14        Q.   But you didn't do that for glyphosate,
15   correct?
16        A.   Yes.
17        Q.   Give me just one second.  I lost my spot.
18             Okay.  Here we go.
19             What you found here, you didn't just look
20   at DLBCL, right?
21        A.   Yeah.
22        Q.   Using your a priori hypothesis, you
23   reported that exposure to benzene increased
24   non-Hodgkin's lymphoma risk in a dose-dependent
25   manner, a finding that is both statistically robust
```

```
 1  STATE OF CALIFORNIA  )
 2  COUNTY OF YOLO       )
 3        I, ELAINA BULDA-JONES, a Certified Shorthand
 4  Reporter of the State of California, duly authorized
 5  to administer oaths pursuant to Section 2025 of the
 6  California Code of Civil Procedure, do hereby
 7  certify that
 8                   LUOPING ZHANG, PH.D.,
 9  the witness in the foregoing deposition, was by me
10  duly sworn to testify the truth, the whole truth and
11  nothing but the truth in the within-entitled cause;
12  that said testimony of said witness was reported by
13  me, a disinterested person, and was thereafter
14  transcribed under my direction into typewriting and
15  is a true and correct transcription of said
16  proceedings.
17        I further certify that I am not of counsel or
18  attorney for either or any of the parties in the
19  foregoing deposition and caption named, nor in any
20  way interested in the outcome of the cause named in
21  said deposition.
22
23
24  [signature]
25  ELAINA BULDA-JONES, CSR 11720
```