IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Maria Sanchez, Individually and on Behalf of the Estate of Lesbia M. Pineda v. Monsanto Company*<br><br>**Case No.** 3:20-cv-02634-VC | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741<br><br>**VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

**UNOPPOSED MOTION TO MOVE CASE TO WAVE 8C OR LATER WAVE**

Plaintiff, Maria Sanchez, Individually and on Behalf of the Estate of Lesbia M. Pineda ("Plaintiff") respectfully requests the Court move this case to Wave 8C:

1. This case has not previously been moved to another wave and this is the first request to move to a later wave.

2. Plaintiff's case is currently part of Wave 7G.

3. The deadlines posed by Wave 7G present challenges to completion of discovery and presentation of required expert reports. Plaintiff completed the Plaintiff Fact Sheet, produced documents, provided all requested authorizations, and the parties exchanged employment records but the Plaintiff's deposition has not been taken.

4. Plaintiff believes the best and most prudent course of action would be to move this case to a later Wave. Counsel for Monsanto have been consulted and does not oppose this request.

5. Plaintiff respectfully requests the Court move this case to Wave 8C.

Dated: March 7, 2024

                                                             Respectfully submitted by,

                                                             */s/ Joseph H. Aughtman*
                                                             Joseph "Jay" H. Aughtman

**Aughtman Law Firm, LLC**
1772 Platt Place
Montgomery, AL 36117
T: (334) 215-9873
F: (334) 213-5663
jay@aughtmanlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri  64108
Telephone:  (816) 559-2683
Fax:  (816) 421-5547
amartinez@shb.com
*Attorney for Defendant*

                                            */s/ Joseph H. Aughtman*
                                            Joseph "Jay" H. Aughtman