# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Maria Sanchez, Individually and on Behalf of the Estate of Lesbia M. Pineda v. Monsanto Company*<br><br>**Case No.** 3:20-cv-02634-VC | **Master File No. 3:16-MD-02741-VC**<br>**MDL No. 2741**<br><br><br>**VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

## ORDER

Plaintiff Maria Sanchez's Motion to move the case from Wave 7G to Wave 8C is granted.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA