**SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman, Esq.
*JHaberman@schlesingerlaw.com*
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954.320.9507
Facsimile: 954.320.9509

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741-VC |
| *Thompson et al. v. Monsanto Co.*<br>Case No. 3:20-cv-08851-VC | **SUGGESTION OF DEATH** |

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel suggests on the record the death of Matthew Thompson during the pendency of this action. Jaimie Thompson is Matthew Thompson's surviving spouse and has the right to pursue and settle the claims, individually and on behalf of Matthew Thompson.

DATED: March 11, 2024

Respectfully submitted,

*/s/ Jeffrey L. Haberman*
JEFFREY L. HABERMAN
**SCHLESINGER LAW OFFICES, P.A.**
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman