UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO CONTINUE *DAUBERT* HEARINGS** |
| *Bulone v. Monsanto Co.*, Case No. 3:20-cv-03719-VC | Re: Dkt. Nos. 17958, 17959 |
| *Caccia et al. v. Monsanto Co.*, Case No. 3:20-cv-01915-VC | |
| *Turnoff v. Monsanto Co.*, Case No. 3:19-cv-03837-VC | |

The above-listed motions are granted. The March 25–26 *Daubert* hearings in the above-listed cases are vacated. In a subsequent order, the Court will set a new date that will enable it to hear Dr. Zhang's testimony, if necessary, at the same time as the testimony of Dr. Berkman, Dr. Braunstein, and Dr. DeGrandchamp.

**IT IS SO ORDERED.**

Dated: March 11, 2024

_____

VINCE CHHABRIA
United States District Judge