Manuel D. Gomez (MDG – 6851)
**Law Office of Manuel D. Gomez, P.C**
225 Broadway Suite 900
New York, NY, 10007
Tel.: 212-571-2640
Fax.: 212-571-2302
ManuelDGomezesq@gmail.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) ) ) |
| This document relates to: | ) ) ) |
| *The Estate of Thomas J. Fallon, deceased, & Brigitte B. Fallon v. Monsanto Co.*, Case No. 3:20-cv-00248-VC | ) ) ) ) ) |

**PLAINTIFF'S REQUESTS FOR INSPECTION OF TANGIBLE GOODS TO DEFENDANT MONSANTO CO.**

Plaintiffs Thomas J. Fallon, deceased, & Brigitte B. Fallon ("Fallon" or "Plaintiff"), pursuant to Rule 34 of the Federal Rules of Civil Procedure, propounds the following Requests for Inspection of Tangible Goods ("Requests") to Defendant Monsanto Company, to be complied with within thirty (30) days of service or as may be ordered by the Court, whichever is shorter. The following definitions and instructions shall apply in responding to these Requests.

**INSTRUCTIONS**

1. YOU are required to answer the following Requests for Production within thirty (30) days

of service of these Requests as provided by Rule 34 of the Federal Rule of Civil Procedure.

2. If you object to any part or aspect of any Request, you must state such objection with specificity.

## DEFINITIONS

a) "MONSANTO" means defendant Monsanto Company, headquartered in St. Louis County, Missouri.

b) "YOU", "YOUR", OR "DEFENDANT" means Defendant Monsanto Co., in whatever capacity they are acting in this Lawsuit of may have acted in the past, and includes without limitation their present or former agents, representatives, attorneys or persons or entities acting on their behalf.

c) "ROUNDUP-BRANDED PRODUCTS" means GLYPHOSATE PRODUCTS labeled and/or packaged as the Roundup brand.

d) "GLYPHOSATE" OR "GLYPHOSATE PRODUCTS" means any product N-(phosphonomethyl)glycine and/or $C_3H_8NO_5P$.

e) "INGREDIENTS" means all components utilized in producing Roundup® products.

## REQUESTS FOR INSPECTION OF TANGIBLE GOODS

**REQUEST FOR INSPECTION NO.1:**

All ingredients, including active and other ingredients, pertaining to the Roundup® Weed & Grass Killer from the years 2005, 2006, 2007, 2008, 2009 and 2010. Specifically, the Roundup® Weed & Grass Killer Super Concentrate; Roundup® Weed & Grass Killer Exclusive Formula; and Roundup® Weed & Grass Killer Dual Action.

RESPONSE:

**REQUEST FOR INSPECTION NO.2:**

Photographs of the Roundup Weed & Grass Killer bottles and containers from the years 2005, 2006, 2007, 2008, 2009 and 2010.

RESPONSE:

DATED:  March 04, 2024

Respectfully submitted,
/s/ Manuel D. Gomez_____

Manuel D. Gomez (MDG – 6851)
**Law Office of Manuel D. Gomez, P.C**
225 Broadway Suite 900
New York, NY, 10007
Tel.: 212-571-2640
Fax.: 212-571-2302
ManuelDGomezesq@gmail.com
*Attorney for Plaintiffs*
