# CERTIFICATION OF DEATH

BIRTH NUMBER:  
STATE FILE NUMBER: 2023-009-00555

## DECEDENT

| Field | Value |
|---|---|
| DECEDENT'S NAME | LEBLANC, NOLAN JOSEPH |
| DATE OF BIRTH | 09/23/1928 |
| DATE OF DEATH | 03/22/2023 |
| TIME OF DEATH | 09:00 AM |
| PLACE OF BIRTH | NEW ORLEANS, LA UNITED STATES |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE | 94 YEARS |

09571797

## PERSONAL

| Field | Value |
|---|---|
| DECEDENT'S ALIAS NAME(S) | |
| RESIDENCE OF DECEDENT | 400 POLLY LN., LAFAYETTE, LA 70508 UNITED STATES |
| WITHIN CITY LIMITS? | YES |
| PARISH/COUNTY | LAFAYETTE |
| EVER IN U.S. ARMED FORCES? | YES |
| OCCUPATION | RIVERBOAT PILOT |
| INDUSTRY OF OCCUPATION | MARINE |
| MARITAL STATUS | WIDOWED |
| NAME OF SURVIVING SPOUSE | |
| FATHER/PARENT NAME | LEBLANC, BENJAMIN |
| FATHER/PARENT PLACE OF BIRTH | LOCKPORT, LA UNITED STATES |
| MOTHER/PARENT NAME | GUIDRY, FLORESTINE |
| MOTHER/PARENT PLACE OF BIRTH | ST CHARLES PARISH, LA UNITED STATES |
| INFORMANT'S NAME | GALJOUR, FAYE |
| RELATIONSHIP TO DECEDENT | DAUGHTER |
| INFORMANT'S ADDRESS | 101 OAKLEY DR., LAFAYETTE, LA 70508 UNITED STATES |
| EDUCATION | 8TH GRADE OR LESS |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | WHITE |

## DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | NURSING HOME/LONG TERM CARE FACILITY |
| FACILITY NAME | THE BLAKE AT LAFAYETTE |
| FACILITY ADDRESS | 400 POLLY LN., LAFAYETTE, LA 70508 UNITED STATES |
| PARISH/COUNTY | LAFAYETTE |

## DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | ST JOSEPH CEMETERY |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | GALLIANO, LA UNITED STATES |
| DATE OF DISPOSITION | 03/28/2023 |

## FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | FALGOUT FUNERAL HOME, LLC - CUT OFF |
| ADDRESS OF FUNERAL FACILITY | 17330 W. MAIN ST., CUT OFF, LA 70345 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | COMARDELLE, DELBERT P |
| LICENSE NUMBER | E1993 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 3/27/2023 |

## MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

## CAUSE OF DEATH

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

APPROXIMATE INTERVAL: Onset to Death

| Line | Cause | Interval |
|---|---|---|
| a. IMMEDIATE CAUSE | HEART DISEASE | UNK |
| b. | | |
| c. UNDERLYING CAUSE | | |
| d. | | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

## INJURY INFORMATION

| Field | Value |
|---|---|
| PLACE OF INJURY | |
| DATE OF INJURY | |
| TIME OF INJURY | |
| INJURY AT WORK | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| LOCATION OF INJURY | |
| PARISH/COUNTY | |
| DESCRIBE HOW INJURY OCCURED | |

## CERTIFIER

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 3/21/2023 TO 3/22/2023 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | *e-sign* |
| DATE | 3/24/2023 |
| CERTIFIER NAME | PERRIN-BELLELO, TYLER |
| CERTIFIER TITLE | PRONOUNCING & CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS | 459 HEYMANN BLVD., LAFAYETTE, LA 70503 UNITED STATES |
| BURIAL TRANSIT PERMIT | 525092 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 03/24/2023 |
| DATE FILED WITH REGISTRAR | 3/27/2023 |

## REGISTRAR

SIGNATURE OF REGISTRAR: NADINE MIMS SMITH *e-sign*  
ISSUED BY: Ashmun, Amy Rodrigue  
Issued On: 3/28/2023 2:08:40 PM



09571797

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT



DEVIN GEORGE  
STATE REGISTRAR



EXHIBIT A

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE