UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Baker v. Monsanto Co.*, Case No. 19-cv-05873-VC<br><br>*Batts v. Monsanto Co.*, Case No. 20-cv-05939-VC<br><br>*Bischoff v. Monsanto Co.*, Case No. 20-cv-05937-VC<br><br>*Daniels et al. v. Monsanto Co.*, Case No. 19-cv-05870-VC<br><br>*Hernandez v. Monsanto Co.*, Case No. 19-cv-05872 | **ORDER GRANTING MOTIONS TO MOVE CASES TO WAVE 8**<br><br>Re: Dkt. Nos. 17970, 17972, 17973, 17974, 17975 |

The motions are granted. The above-captioned cases have previously been moved between waves, but the plaintiffs have shown sufficiently extraordinary circumstances to justify a further move.

**IT IS SO ORDERED.**

Dated: March 12, 2024

_____
VINCE CHHABRIA
United States District Judge