UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: *Foral v. Monsanto Co.*, Case No. 20-cv-03440-VC | **ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO PROSECUTE** Re: Dkt. No. 17931 |

On January 16, 2024, following the withdrawal of his previous counsel, Plaintiff Robert Foral Sr. was ordered to file a notice indicating whether he intended to pursue his case, either with new counsel or representing himself. Dkt. No. 17763. The order warned that failure to do so would result in dismissal without prejudice. *Id.*

Foral has not filed the required notice. Monsanto's motion to dismiss under Rule 41(b) is therefore granted. The above-captioned action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 12, 2024

VINCE CHHABRIA
United States District Judge