UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Embaan v. Monsanto Co.*, Case No. 21-cv-01336-VC | **ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO PROSECUTE**<br>Re: Dkt. No. 17981 |

On December 4, 2023, Plaintiff Ben Embaan was ordered to show cause why his case should not be dismissed for failure to prosecute. Dkt. No. 17476. The order warned that failure to respond would result in dismissal without prejudice. *Id.*

Embaan has not filed the required response. Monsanto's motion to dismiss under Rule 41(b) is therefore granted. The above-captioned action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: March 12, 2024

_____
VINCE CHHABRIA
United States District Judge