UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Ramey et al. v. Monsanto Co.*, Case No. 17-cv-05878-VC | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**<br>Re: Dkt. No. 17949 |

    The motion is granted. The plaintiffs are directed file a notice on the docket within 21 days stating whether they have hired new counsel or intend to represent themselves. Failure to file this notice will result in dismissal without prejudice.

    Mr. Edwards, the attorney who is withdrawing, is directed to provide this order to the plaintiffs within seven days and file a notice on the docket indicating how he did so.

**IT IS SO ORDERED.**

Dated: March 12, 2024

                                                      VINCE CHHABRIA<br>
                                                      United States District Judge