UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OFCALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |

This Document Relates to:

*Rosemary Zeig and Michael Zeig v. Monsanto Company, Case No. 3:22-cv-05047*

## PLAINTIFFS UNOPPOSED MOTION TO MOVE CASE TO WAVE 8C

COMES NOW, the above listed Plaintiff's by and through their undersigned counsel requests this Court move their respective case into Wave 8C and further states:

1. On March 12, 2024, Plaintiff's counsel consulted with Defendant's counsel who does not oppose the motion to move this case to Wave 8C.

2. The case is currently in Wave 7E.

3. Plaintiff is currently undergoing chemotherapy treatment and still actively treating thus an extraordinary reason exists for this requested schedule change.

4. Plaintiffs have been diligently pursuing discovery. Depositions have been scheduled, the plaintiff has served her Plaintiff Fact Sheet, authorizations, participated in the Special Masters Settlement program, and medical records have been obtained.

5. Despite ongoing discovery, the deadlines posed by the Wave 7E subgroup present challenges to the required discovery and expert reports.

6. Plaintiffs case has not been previously moved from a prior Wave.

THEREFORE, Plaintiffs respectfully request this Honorable Court move this case from Wave 7E to Wave 8C.

DATED: March 13, 2024                     Respectfully submitted,

*/s/ Genevieve M. Zimmerman*
Genevieve M. Zimmerman (MN# 330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman