UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**:<br><br>*Rosemary Zeig and Michael Zeig v. Monsanto Company*, Case No. 3:22-cv-05047 | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8(C)** |

Plaintiffs motion to move her case from Wave 7(E) to Wave 8(C) is GRANTED.

**IT IS SO ORDERED.**

Dated: March _____, 2024

_____
JUDGE VINCE CHHABRIA