**SCHLESINGER LAW OFFICES, P.A.**
Sarah J. Foster
*Sarah@schlesingerlaw.com*
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954.320.9507
Facsimile: 954.320.9509

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. MDL No. 3:16-md-02741-VC |
| *Levy et al. v. Monsanto Company*<br>Case No. 3:21-cv-07643 | **NOTICE OF APPEARANCE OF SARAH J. FOSTER ON BEHALF OF ROBERT AND SUSAN LEVY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, Sarah J. Foster of the firm Schlesinger Law Offices, P.A. hereby enters an appearance as counsel for Plaintiffs ROBERT LEVY AND SUSAN LEVY in the above captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

DATED: March 13, 2024                     Respectfully submitted,

                                          */s/ Sarah J. Foster*
                                          SARAH J. FOSTER
                                          **SCHLESINGER LAW OFFICES, P.A.**
                                          Attorneys for Plaintiffs

NOTICE OF APPEARANCE OF SARAH J. FOSTER ON BEHALF OF ROBERT AND SUSAN LEVY - 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2024, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Sarah J. Foster*
Sarah J. Foster

NOTICE OF APPEARANCE OF SARAH J. FOSTER ON BEHALF OF ROBERT AND SUSAN LEVY - 2