| | |
|---|---|
| 1 | **DIAMOND LAW, PLLC** |
| 2 | **David J. Diamond, Esq.**<br>**Arizona State Bar #010842** |
| 3 | **1700 E. River Road, #65237**<br>**Tucson, AZ 85718** |
| 4 | **(520) 909-0909**<br>ddiamond@diamondlawusa.com |
| 5 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jacob Wiebelhaus on behalf of D.W., a minor, | Case No. 3:20-cv-00782 |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
**THE MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM – CIVIL EX PARTE**

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, as well as Fed. R. Civ. P. 5.2, it is requested that confidential portions of the Motion for Appointment of Guardian Ad Litem – Civil Ex Parte (the "Motion"), as described in the accompanying Declaration of David J. Diamond, be filed under seal to protect the privacy interests of the minor and the Guardian Ad Litem.

Pursuant to the Amended Protective Order, the Motion for Appointment of Guardian Ad Litem has conditionally been filed under seal. Plaintiffs are the "Designating Party" for such information under Local Rule 79-5(e).

Because this Motion contains private information about the minor and the Guardian Ad Litem, the Court will apply the "compelling reasons" standard to Plaintiffs' Administrative Motion to File Under Seal the Motion for Appointment of Guardian Ad Litem – Civil Ex Parte. *See Lauris v. Novartis AG*, 2018 U.S. Dist. LEXIS 184155 at *7 (E.D. Cal., Oct. 26, 2018). A court may seal records when it finds "a compelling reason and articulate[s] the actual basis for its ruling." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016) (internal quotation marks omitted). What constitutes a compelling reason is "best left to the sound discretion of the trial court." *Id*. (internal quotation marks omitted).

As explained below, compelling reasons exist to maintain the privacy of the Motion, which contains the personal contact information of the minor and the Guardian Ad Litem.

The sealing of the Petition is the only means of protecting the overriding interests in the privacy of the minor and the Guardian Ad Litem. There is simply no less restrictive means to protect the privacy of the minor and the Guardian Ad Litem.

All of these redactions are indicated by black boxes. In support of this request, attached hereto is a Declaration from David J. Diamond specifically describing the proposed redactions and a Proposed Order granting Plaintiffs' Motion.

## CONCLUSION

It is respectfully requested that the Court grant the Administrative Motion to File Under Seal Portions of the Uncontested Petition for Minor's Compromise.

Dated: March 13, 2024            Respectfully Submitted,

/s/ David J. Diamond
David J. Diamond (AZ: 010842)
**DIAMOND LAW, PLLC**
1700 E. River Road, #65237
Tucson, AZ 85718

P: (520) 909-0909
ddiamond@diamondlawusa.com
*Attorneys for Plaintiffs*

### **CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on March 13, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

---

MOTION TO FILE UNDER SEAL MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM – CIVIL EX PARTE – 3:20-cv-00782