| | |
|---|---|
| 1 | **DIAMOND LAW, PLLC** |
| 2 | David J. Diamond, Esq.<br>Arizona State Bar #010842 |
| 3 | 1700 E. River Road, #65237<br>Tucson, AZ 85718 |
| 4 | (520) 909-0909<br>ddiamond@diamondlawusa.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jacob Wiebelhaus on behalf of D.W., a minor, | Case No. 3:20-cv-00782 |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

**DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF THE ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM – CIVIL EX PARTE**

I, David J. Diamond, declare and state as follows:

1. I am a partner at Diamond Law, PLLC, counsel for Plaintiffs in the above-captioned action.

2. The Plaintiffs' Motion to File Under Seal Portions of the Motion for Appointment of Guardian Ad Litem – Civil Ex Parte ("the Motion") seeks to maintain the privacy of the Guardian Ad Litem's personal contact information.

---

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM – CIVIL EX PARTE – 3:20-cv-00782

3. There are compelling overriding interests here that overcome the right of public access and support sealing the Petition: 1) the privacy and protection of the minor 2) the privacy and protection of the Guardian Ad Litem.

4. The sealing of the Petition is the only means of protecting these overriding interests. There is simply no less restrictive means to protect the minor's privacy, and the privacy of the Guardian Ad Litem.

5. All private information has been redacted, pursuant to the Amended Protective Order. This information has jointly been agreed to as "Confidential" by the parties pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

6. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Plaintiffs have prepared proposed redactions of the Petition:

| Document Date | Document Name | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|
| 03/13/2024 | Motion for Appointment of Guardian Ad Litem – Civil Ex Parte | Page 2, Paragraph 1 | Plaintiff | Private contact information for the Guardian Ad Litem and minor. |

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Dated: March 13, 2024                    Respectfully Submitted,

**DIAMOND LAW, PLLC**
*/s/ David J. Diamond*
David J. Diamond (AZ: 010842)
1700 E. River Road, #65237
Tucson, AZ 85718
P: (520) 909-0909
ddiamond@diamondlawusa.com
*Attorneys for Plaintiffs*

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM – CIVIL EX PARTE – 3:20-cv-00782

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on March 13, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                            */s/ David J. Diamond*
                                            David J. Diamond

---

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM – CIVIL EX PARTE – 3:20-cv-00782

3