**DIAMOND LAW, PLLC**
David J. Diamond, Esq.
Arizona State Bar #010842
1700 E. River Road, #65237
Tucson, AZ 85718
(520) 909-0909
ddiamond@diamondlawusa.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jacob Wiebelhaus on behalf of D.W., a minor, | Case No. 3:20-cv-00782 |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

**MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM—CIVIL EX PARTE**

Undersigned Counsel makes this request to the Court for the appointment of a Guardian ad Litem for minor D.W. Subject to Court approval, D.W.'s case has resolved through settlement.

D.W.'s date of birth is June 26, 2012.

The appointment of a Guardian ad Litem is necessary because D.W., subject to this Court's approval, will be receiving settlement proceeds.

Counsel requests that D.W.'s father, Jacob Wiebelhaus, Plaintiff in this matter for the minor, be appointed Guardian ad Litem for D.W. D.W. resides with his father, Jacob Wiebelhaus, and his mother, Kelly Wiebelhaus.

Jacob Wiebelhaus' contact information is as follows: ███████████████████ ███████████.

No prior application or motion for the appointment of a guardian ad litem has been made by Jacob Wiebelhaus or any other person.

Jacob Wiebelhaus has no guardian or conservator of his estate.

The proposed Guardian ad Litem is fully competent and qualified to understand and protect the rights of the minor and has no interests adverse to the interests of D.W.

Dated: March 13, 2024

Respectfully Submitted,

DIAMOND LAW, PLLC

*/s/ David J. Diamond*
David J. Diamond (AZ: 010842)
1700 E. River Road, #65237
Tucson, AZ 85718
P: (520) 909-0909
ddiamond@diamondlawusa.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on March 13, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

---

MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM – 3:20-cv-00782

2