1  **DIAMOND LAW, PLLC**
   **David J. Diamond, Esq.**
2  **Arizona State Bar #010842**
   **1700 E. River Road, #65237**
3  **Tucson, AZ 85718**
   **(520) 909-0909**
4  ddiamond@diamondlawusa.com

5

6

7                     UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
10 | | Master Docket Case No. 16-md-02741-VC |
11 | **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
12 | Jacob Wiebelhaus on behalf of D.W., a minor, | Case No. 3:20-cv-00782 |
13 | Plaintiff, | |
14 | v. | |
15 | Monsanto Company, | |
16 | Defendant. | |

17

18  **DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF THE ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE**

19

20     I, David J. Diamond, declare and state as follows:

21     1.   I am a partner at Diamond Law, PLLC, counsel for Plaintiffs in the above-captioned action.

22     2.   The Parties' Joint Administrative Motion to File Under Seal Portions of the Uncontested

23  Petition for Minor's Compromise ("the Petition") seeks to maintain the confidentiality of the settlement

24  agreement between Plaintiffs and Defendant and to protect the minor's interests.

25

26

27

28  DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE – 3:20-cv-00782

3. There are compelling overriding interests here that overcome the right of public access and support sealing the Petition: 1) the privacy and protection of the minor and 2) preserving the agreement of the parties to keep the settlement agreement confidential, which is routinely done.

4. The sealing of the Petition is the only means of protecting these overriding interests. There is simply no less restrictive means to protect the minor's privacy, and to preserve the parties' agreement.

5. All confidential settlement agreement information has been redacted, pursuant to the Amended Protective Order. This information has jointly been agreed to as "Confidential" by the parties pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

6. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Plaintiffs have prepared proposed redactions of the Petition:

| Document Date | Document Name | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|
| 03/13/2024 | Uncontested Petition for Minor's Compromise | Page 1, Paragraph 2, Second Line. | Plaintiff | Confidential settlement amount under the Confidential Settlement Agreement |
| 03/13/2024 | Uncontested Petition for Minor's Compromise | Page 1, Paragraph 2 and first 4 lines following Paragraph 2 (Continuing to the top of Page 2) | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/13/2024 | Uncontested Petition for Minor's Compromise | Page 2, Paragraph 1, First Sentence. | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE – 3:20-cv-00782
2

| | | | | |
|---|---|---|---|---|
| 03/13/2024 | Uncontested Petition for Minor's Compromise | Page 3, Number 3. | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Dated: March 13, 2024

Respectfully Submitted,

DIAMOND LAW, PLLC

*/s/ David J. Diamond*
David J. Diamond (AZ: 010842)
1700 E. River Road, #65237
Tucson, AZ 85718
P: (520) 909-0909
ddiamond@diamondlawusa.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on March 13, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

DECLARATION OF DAVID J. DIAMOND IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE – 3:20-cv-00782

3