1  **DIAMOND LAW, PLLC**
2  David J. Diamond, Esq.
   Arizona State Bar #010842
3  1700 E. River Road, #65237
   Tucson, AZ 85718
4  (520) 909-0909
   ddiamond@diamondlawusa.com
5
6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jacob Wiebelhaus on behalf of D.W., a minor, | Case No. 3:20-cv-00782 |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF UNCONTESTED PETITION FOR MINOR'S COMPROMISE**

Before the Court is the Motion to file under seal portions of the Uncontested Petition for Minor's Compromise. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document Date | Document Name | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|
| 03/13/2024 | Uncontested Petition for Minor's Compromise | Page 1, Paragraph 2, Second Line. | Plaintiff | Confidential settlement amount under the Confidential Settlement Agreement |
| 03/13/2024 | Uncontested Petition for Minor's Compromise | Page 1, Paragraph 2 and first 4 lines following Paragraph 2 (Continuing to the top of Page 2) | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/13/2024 | Uncontested Petition for Minor's Compromise | Page 2, Paragraph 1, First Sentence. | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |
| 03/13/2024 | Uncontested Petition for Minor's Compromise | Page 3, Number 3. | Plaintiff | Confidential settlement amounts under the Confidential Settlement Agreement |

Dated: _____, 2024

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT