UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jacob Wiebelhaus on behalf of D.W., a minor, | Case No. 3:20-cv-00782 |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

### [PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM

Having considered the matter, the Court finds that it is reasonable and necessary to appoint Jacob Wiebelhaus as the Guardian ad Litem for D.W., a minor. As such,

IT IS ORDERED that Jacob Wiebelhaus is appointed as the Guardian ad Litem for D.W.

DATED this ____ day of _____, 2024.

_____
Honorable Judge Vincent Chhabria
United States District Court Judge