**DIAMOND LAW, PLLC**
David J. Diamond, Esq.
Arizona State Bar #010842
1700 E. River Road, #65237
Tucson, AZ 85718
(520) 909-0909
ddiamond@diamondlawusa.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jacob Wiebelhaus on behalf of D.W., a minor, | Case No. 3:20-cv-00782 |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

## UNCONTESTED PETITION FOR MINOR'S COMPROMISE

Petitioner Jacob Wiebelhaus, as Plaintiff, Guardian Ad Litem for, and father of, minor plaintiff D.W., by and through undersigned counsel, respectfully requests approval of the minor's proposed settlement, and the distribution of the settlement, as detailed below.

Pursuant to a settlement reached with Monsanto, Petitioner has agreed, subject to Court approval, to a settlement in the amount of $■■■■■■, with the funds allocated as follows:

Costs: $■■■■.

Fees: $■■■■■.

Settlement Administration Fees: $■■■■■.

---

**UNCONTESTED PETITION FOR MINOR'S COMPROMISE – 3:20-cv-00782**

               Insurance Lien: $ ███████ (reduced from $ ███████).

      Balance to Minor: $ ███████ shall be deposited by the Guardian Ad Litem into an interest-bearing federally insured blocked account belonging to minor. No withdrawal of principal or interest shall be made from the blocked account without a written order from the Court until the minor reaches the age of 18 years.

      "District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). In the context of a proposed settlement in suits involving minors, the Court must "independently investigate and evaluate any compromise or settlement of a minor's claims to assure itself that the minor's interests are protected . . . even if the settlement has been recommended or negotiated by the minor's parent or Guardian Ad Litem." *Salmeron v. U.S.*, 724 F.2d 1357, 1363 (9th Cir. 1983). Courts should consider "whether the net amount distributed to each minor plaintiff in the settlement is fair and reasonable, in light of the facts of the case, the minor's specific claim, and recovery in similar cases." Robidoux, 638 F.3d at 1182.

      In evaluating a settlement, the district court "should evaluate the fairness of each minor plaintiffs' net recovery without regard to the proportion of the total settlement value designated for adult co-plaintiffs or plaintiffs' counsel - whose interests the district court has no special duty to safeguard." *Id.* at 1182 (citing *Dacanay v. Mendoza*, 573 F.2d 1075, 1078 (9th Cir. 1978)). "So long as the net recovery to each minor plaintiff is fair and reasonable in light of their claims and average recovery in similar cases, the district court should approve the settlement as proposed by the parties." *Id.*

      Based upon the terms of the settlement, the facts of the case, and settlements in similar cases, it is respectfully submitted that the total settlement, costs incurred, and fees incurred are fair and reasonable under the circumstances.

In conclusion, it is respectfully requested that the Court order as follows:

1. The minor's settlement, as described above, is approved.

2. Counsel's fees and costs, as described above, are approved.

3. $_____ from the settlement amount shall be deposited by the Guardian Ad Litem into an interest-bearing federally insured blocked account belonging to minor. No withdrawal of principal or interest shall be made from the blocked account without a written order from the Court until the minor reaches the age of 18 years.

Dated: March 13, 2024

Respectfully Submitted,

DIAMOND LAW, PLLC

*/s/ David J. Diamond*
David J. Diamond (AZ: 010842)
1700 E. River Road, #65237
Tucson, AZ 85718
P: (520) 909-0909
ddiamond@diamondlawusa.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on March 13, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

UNCONTESTED PETITION FOR MINOR'S COMPROMISE – 3:20-cv-00782