**SIMON GREENSTONE PANATIER, PC**
Shreedhar R. Patel (CA SBN #347278)
Charles E. Soechting, Jr. (TX SBN #24044333)
901 Main Street, Suite 5900
Dallas, TX  75202
Tel:  (214) 276-7680
Fax:  (214) 276-7699
spatel@sgptrial.com
csoechting@sgptrial.com

**WARD BLACK LAW**
Janet Ward Black (SC SBN#12869)
208 West Wendover Avenue
Greensboro, NC  27401
Tel:  (336) 333-2244
jwblack@wardblacklaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Tony Howell v. Monsanto Co.*, Case No.: 3:20-cv-07322-VC | **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8B** |

COMES NOW, Alice S. Ford, on behalf of the Estate of Plaintiff Tony Howell ("Plaintiff"), by and through her undersigned counsel and without opposition from Defendant Monsanto Company ("Defendant"), respectfully requests the Court move this case from Wave 7E to Wave 8B and further states:

PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8B - 1

1. On March 12, 2024, Plaintiff's counsel received acknowledgement that Defendant's counsel does not oppose this motion and is okay with moving this matter to Wave 8B.

2. Mr. Howell's case is currently part of Wave 7E. *See* Doc. 17234.

3. The parties have been diligent in their discovery efforts. Plaintiff's deposition has been taken and the parties have exchanged discovery documents such as the Plaintiff Fact Sheet, authorizations, and medical records. Plaintiff's widow's deposition has been scheduled.

4. Despite ongoing discovery, the deadlines posed by the Wave 7E subgroup present challenges to the required discovery and expert reports.

5. Plaintiff's case has not previously been moved from a prior Wave.

Therefore, Plaintiff respectfully requests this Honorable Court, without opposition from Defendant Monsanto Company, move this case from Wave 7E to Wave 8B.

Dated: March 13, 2024

Respectfully submitted,

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel (CA SBN #347278)
Charles E. Soechting, Jr. (TX SBN #24044333)
SIMON GREENSTONE PANATIER, PC
901 Main Street, Suite 5900
Dallas, TX  75202
Tel:  (214) 276-7680
Fax:  (214) 276-7699
spatel@sgptrial.com
csoechting@sgptrial.com

PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8B - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and thereby sending notice to all parties and counsel of record.

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel
