# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Tony Howell v. Monsanto Co.*, Case No.: 3:20-cv-07322-VC | [PROPOSED ORDER] PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8B |

Pursuant to Plaintiff's Unopposed Motion to Move Case to Wave 8B, and for good cause shown, the Court hereby enters the following Order:

IT IS HEREBY ORDERED:

1. Plaintiff's Unopposed Motion is GRANTED.

2. This case is moved to 8B.

3. The Wave 8B schedule set forth in this Court's Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule, dated August 30, 2023, Doc. 17234, shall apply to this case.

**IT IS SO ORDERED.**

Dated: _____        _____
                                     Honorable Vince G. Chhabria
                                     United States District Court Judge

PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8B - 1