UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741-VC |
| | |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | UNOPPOSED MOTION TO MOVE CASE TO |
| *Beverly Bray v. Monsanto Co. and John Does 1-100 inclusive,* *Case No.: 3:19-cv-05060-VC* | WAVE VIII, SUB-WAVE C |

Plaintiff Beverly Bray– without opposition from Defendant Monsanto Company – respectfully requests the Court move her case from Wave VII, Sub-Wave D to Wave VIII, Sub-Wave C:

1. Plaintiff's case is part of Wave VII, Sub-Wave D.

2. Mindful of the deadlines pertaining to Wave VII cases, the parties have diligently pursued discovery in this matter.

3. Parties seeking to move a case to a later wave are required to state in their motion whether a case has previously been moved. See Dkt. No. 17323. Plaintiff Bray's matter has changed waves once before, from Wave 7A to 7D, pursuant to an Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule, Dkt. 17234, entered on August 30, 2023, at the request of all parties.

4. Cases that have already been moved from one wave to another at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234.

5. Due to a breakdown in client communications, Plaintiff's counsel intend to move to withdraw from this case. Currently, Plaintiff's expert reports are due on March 22nd, 2024, however the breakdown in client communications are preventing this critical discovery from proceeding and constitutes extraordinary circumstances that render this wave change necessary. Plaintiff's Counsel does not wish to prejudice Plaintiff by withdrawing before her expert report deadline. As such, Plaintiff's Counsel is requesting that Plaintiff's wave change from 7D to 8C, allowing her enough time to secure different counsel and be able to submit expert reports by the new deadline to support her claim.

6. Counsel for Plaintiff have met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VIII, Sub-Wave C, and Monsanto does not oppose this request, and as such, they will not be prejudiced by a wave change.

Therefore, Plaintiff Beverly Bray, without opposition from Defendant Monsanto Company, respectfully requests the Court move her case from Wave VII, Sub-Wave D to Wave VIII, Sub-Wave C.

Date: March 14, 2024                                             Respectfully Submitted,

By: *Kristy M Arevalo*
Kristy M. Arevalo
Sarah N. Shahatto
Aabru Madni
**McCune Law Group**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2024, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _____
Kristy M. Arevalo
McCUNE LAW GROUP