# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| *Beverly Bray v. Monsanto Co. and John Does 1-100 inclusive,* *Case No.: 3:19-cv-05060-VC* | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII, SUB WAVE C** |

    Plaintiff's motion to move the case from Wave VII, Sub-Wave D to Wave VIII, Sub-Wave C is granted.

    **IT IS SO ORDERED.**

Dated: _____, 2024

                                               _____
                                               HONORABLE VINCE CHHABRIA
                                               UNITED STATES DISTRICT COURT