UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) ) |
| _____ | ) Case No.: MDL No. 3:16-md-02741-VC ) |
| This document relates to: | ) ) |
| *Lenvil Ramey and Helenka Ramey v. Monsanto Co*., Case No. 3:17-cv-05878-VC | ) ) ) ) |

**NOTICE OF COMPLIANCE WITH ORDER**
**DATED MARCH 12, 2024 (DOCKET NO. 17949)**

Pursuant to the Court's Order of March 12, 2024 (Docket no. 17949), the undersigned provided a copy of the Court's Order to the plaintiffs, Lenvil and Helenka Ramey, by electronic service that was confirmed in writing by the Rameys on March 13, 2024 as received by them.

The undersigned attorney therefore requests the Clerk to remove him from the service list for this matter, all matters being completed in accordance with the Court's instructions.

Respectfully submitted,

*/s/ Philip J. Edwards*____
PHILIP J. EDWARDS
Attorney at Law
3 Hawthorne Building
Louisville, KY 40204
(502) 648-7671
(502) 454-3175 (telefax)
kypecos@yahoo.com

## <u>CERTIFICATE</u>

It is hereby certified that a copy of the foregoing was served through ECF, electronic mailing, or U. S. Postal Service, first class mail, this 14th day of March, 2024 to the following:

Anthony Martinez (*pro hac vice*)
(amartinez@shb.com)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108

Gregory S. Chernack (*pro hac vice*)
(gchernack@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
*Attorneys for Defendant*
*MONSANTO COMPANY*

*/s/ Philip J. Edwards*