**SCHULER, WEISSER, ZOELLER,**
**OVERBECK & BAXTER, P.A.**
ERIC C, HAYDEN, ESQUIRE
ehayden@shw-law.com
rchew@shw-law.com
1615 Forum Place, Suite 4-D
West Palm Beach, FL 33401
(561) 689-8180
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGIATION<br><br>This document relates to:<br>*Antonio Perillo v. Monsanto Company*<br>Case No.: 3:21-cv-02550-VC | MDL No. 2741<br><br>Case No.: MDL No. 3:16-md-02741-VC |

### PLAINTIFF'S MOTION TO MOVE CASE TO WAVE 7(G)

Plaintiff, Antonio Perillo, by and through his undersigned attorneys at Schuler, Weisser, Zoeller, Overbeck & Baxter, P.A., respectfully request the Court move this case from Wave 7(B) to Wave 7(G), and as grounds states the following:

1. The case of Antonio Perillo is currently part of Wave 7(B). The case was previously moved once from Wave 5 to Wave 7(B).

2. Mindful of the deadlines pertaining to Wave 7(B) cases, the parties have diligently pursued discovery in this matter.

3. Plaintiff has responded to Monsanto's written discovery.

4. The following depositions have been completed:

    a. Antonio Perillo, Plaintiff;

    b. Tony Perillo, Plaintiff's son and former partner in his landscaping business;

    c. Dr. Raymond Tsao, Plaintiff's treating physician; and

      d.  Dr. Lorenzo Falchi, Plaintiff's treating physician.

5. Plaintiff and Defendant have both complied with the expert witness disclosure deadlines.

6. Defendant has noticed Plaintiff's expert epidemiologist, Dr. Kunchok Dorjee, to occur on March 20, 2024.

7. Prior to the this case being moved from Wave 5, Plaintiff's toxicology expert, Dr. Ambrose Charles, was forced to suddenly and unexpectedly retire due to health issues, rendering him unable to continue to serve as an expert in this matter. For this reason, the case was moved to Wave 7(B).

8. Since then, Plaintiff retained a new toxicology expert. However, unfortunately, she also had health issues and cannot proceed as an expert witness in this case.

9. Plaintiff has engaged a new toxicology expert and has confirmed with him that he can meet the Wave 7(G) deadlines.

10. Additionally, Plaintiff's most recent PET Scan on 8/2/2023 showed worsening of his cancer. Specifically, it revealed interval progression of the disease now involving multiple lymph nodes in multiple lymph node zones bilaterally from the skull base to the proximal thighs. He is scheduled for another PET Scan on 4/19/2024 to track the progression. Moving the case to Wave 7(G) would allow the experts to have the benefit of the updated PET Scan.

11. Furthermore, undersigned counsel is currently set for trial the week of March 25, 2024 in the case of *VanAntwerp v. Palm Beach County*, Case No. 502020CA013127XXXXMB, Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida. Undersigned counsel is also set for trial on April 15,

        2024 in the case of *Romero v. Bubba Gump Shrimp Co. Restaurants, Inc.*, Case No. CACE-22-008859, Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida. Undersigned counsel's trial calendar in June and July of this year is less active, which a move to Wave 7(G) would accommodate.

12. Counsel for Antonio Perillo met and conferred with counsel for Defendant, Monsanto Company. Counsel for Defendant does not agree to the move, stating that the Wave 7 schedule is "spread evenly" and thus a move of this case would prejudice Defendant. In response, counsel for Plaintiff suggested a move to Wave 8 as an alternative, to which counsel for Defendant responded that the Wave 8 cases were also evenly spread out and thus would not agree to the move.

13. Plaintiff notes that it appears that other cases are currently being moved within Wave 7 and to Wave 8. Plaintiff understands that many of these are cases that have not moved waves previously, but raises this issue only to suggest that this case could be moved and still maintain an even distribution of cases within the waves without unfairly prejudicing Defendant. Plaintiff would be severely prejudiced if forced to proceed without a toxicology expert.

14. Therefore, Plaintiff, Antonio Perillo, respectfully requests the Court to move this case from Wave 7(B) to Wave 7(G), or any later wave to maintain an even distribution of cases so as to not unfairly prejudice Defendant.

Dated:  March 15, 2024.

Respectfully submitted,

SCHULER, WEISSER,
ZOELLER & OVERBECK, P.A.
Attorneys for Plaintiff
Barristers Building
1615 Forum Place, Suite 4D
West Palm Beach, FL  33401
(561)-689-8180


By: */s/ Eric C. Hayden, Esq.*
Richard D. Schuler
FL Bar No.  158226
Attorneys for Plaintiff(s)
Primary:  rschuler@shw-law.com
Email2:   ddavis@shw-law.com
Eric C. Hayden, Esq.
FL Bar No.:    100923
ehayden@shw-law.com
rchew@shw-law.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, a true and correct copy of the foregoing document was served upon the parties below via electronic mail:


Anthony R. Martinez, Esquire
**SHOOK, HARDY & BACON, LLP**
2555 Grand Boulebard
Kansas City, MO 64108
(816) 474-6550
amartinez@shb.com
*Attorney for Defendant, Monsanto Company*


/s/ *Eric C. Hayden, Esq.*

4