Butch Boyd
BUTCH BOYD LAW FIRM
butchboyd@butchboydlawfirm.com
2905 Sackett Street
Houston, TX 77098
713-589-8477 (Phone)
713-589-8563 (Fax)

*Attorney for Plaintiff.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LUBY, JOHN JR., et al,<br><br>  Plaintiffs,<br><br>  v.<br><br>NAYLOR'S FARM & RANCH SUPPLY, INC., et al.<br><br>Defendants. | MDL No. 4:20-cv-2717<br>Case No. 3:22-cv-03830-VC |

### UNOPPOSED MOTION TO MOVE MEMBER CASE TO WAVE 8

Plaintiff John Luby, Jr. files this motion without opposition from Defendants Monsanto Company and Naylor's Farm & Ranch Supply Inc. and respectfully request that the Court to Move this case to Wave 8.

1. Plaintiff is currently situated in a Wave 7.

2. A necessity exists to assign this case to Wave 8.

3. This case has not been moved to another Wave prior to this request.

4. Counsel believes that assigning this case to Wave 8 would be in the best interests of Justice and allow the parties to complete discovery and ready their case for trial without causing undue delay. Plaintiff is currently undergoing medical treatment and chemotherapy. Counsel for Defendant Monsanto Company has indicated that they are unopposed to assigning this member case to Wave 8.

5. THEREFORE, the above-captioned Plaintiff, without opposition from Defendants Monsanto Company and Naylor's Farm & Ranch Supply, Inc., respectfully requests that the Court assign and move the above-referenced member case to Wave 8.

Dated: March 15, 2024.

**BUTCH BOYD LAW FIRM**

*/s/ Ernest W. "Butch" Boyd*
Ernest W. Boyd (Lead Attorney)
State Bar No. 00783694
butchboyd@butchboydlawfirm.com
2905 Sackett Street
Houston, TX 77098
713-589-8477 (Phone)
713-589-8563 (Fax)

***Attorney for Plaintiff John Luby Jr.***

## CERTIFICATE OF CONFERENCE

I, Ernest W. Boyd, hereby certify that on March 5th 2024, I corresponded via email with Anthony Martinez , Counsel for Defendants in the above-entitled cause of action who advised that Defendants are unopposed as to the granting of the foregoing motion.

*Butch Boyd*_____
BUTCH BOYD

## CERTIFICATE OF SERVICE

I, Ernest W. Boyd, hereby certify that, on March 15, 2024, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/Butch Boyd*_____
BUTCH BOYD