1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LUBY, JOHN JR., et al,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>NAYLOR'S FARM & RANCH SUPPLY, INC., et al.<br><br>　　　Defendants. | MDL No. 4:20-cv-2717<br>Case No. 3:22-cv-03830-VC |

## **ORDER**

The UNOPPOSED MOTION TO ASSIGN MEMBER CASE TO WAVE 8 is approved and it is ORDERED that Member Case No. 3:22-cv-03830-VC is hereby assigned to Wave 8.

IT IS SO ORDERED.

Dated:_____.

　　　　　　　　　　　　　　　　　　HONORABLE JUDGE VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　PRESIDING