UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 \|<br>\|Case No. 3:16-md-02741-VC \| |
| This document relates to: | \| \| |
| *Howard Pullen, et al. v. Monsanto Co.*<br>Case No.: 3:19-cv-07462-VC | \| \| |

## Unopposed Motion to Move Case to Wave VII

**COMES NOW,** Plaintiffs Howard Pullen and Elizabeth Pullen (hereinafter "Plaintiffs"), through their undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move their case from Wave VII to Wave VIII:

1. The case of Howard Pullen and Elizabeth Pullen is part of Wave VIIa.

2. The depositions of Plaintiffs and Howard Pullen's oncologist have been taken.

3. Plaintiffs have served a Plaintiff Fact Sheet, medical records and authorizations to obtain medical records.

4. Despite their efforts, the Parties have not been able to complete the discovery in this case.

5. Plaintiffs believe the best course of action is to move this case to Wave VIII in order to complete the outstanding discovery. The case was previously moved from Wave IV.

6. Plaintiff is also engaged in settlement discussions with Monsanto, Co. and does not wish to incur more costs at this time which may impact the success of negotiations. Plaintiff is at the stage where the specific exposure expert must be retained at great cost. Based on the

numbers being discussed with Monsanto's counsel, these costs would consume most, if not all of the settlement which would discourage Plaintiff from agreeing to settle the case. The timing in this matter is critical at this time.

7. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

8. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VIII.

**WHEREFORE**, Plaintiffs respectfully request, without opposition of Monsanto, Co., that this case be moved to Wave VIII.

Dated: March 15, 2024.

> Respectfully submitted,
>
> /S/ MICHAEL JAY GREEN
> MICHAEL JAY GREEN
> DENISE M. HEVICON
> MARIA F. PENN
> Attorneys for Plaintiff
> HOWARD PULLEN