JAMES GRIFFIN O'BRIEN (Cal. 308239, Ohio 0088460)
BEY & ASSOCIATES LLC
191 Peachtree Street NE | Suite 3200
Atlanta, Georgia 30303
T.   404.344.4448
E.   jim@beyandassociates.com
*Counsel for Plaintiffs*

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.           2741<br>Master Docket No.  16-MD-2741-VC |
| This document relates to:<br><br>*William P. Bowe v. Monsanto*,<br>         No. 3:22-cv-1229-VC<br><br>*Larry Faschinbauer v. Monsanto*,<br>         No. 3:17-cv-3202-VC<br><br>and<br><br>*Howard Yoder v. Monsanto*,<br>         No. 3:22-cv-3140-VC | Judge:     Hon. Vince Chhabria<br><br><br>**UNOPPOSED MOTION<br>TO MOVE CASES TO WAVE 8** |

## UNOPPOSED MOTION TO MOVE CASES TO WAVE 8

The three above-captioned Plaintiffs—without opposition from Defendant Monsanto Company—respectfully request the Court move their cases to remand Wave 8.

1. None of the three of these cases has previously moved from another wave.
2. The Parties have worked diligently to complete discovery and prepare the cases for remand, but some issues remain:
    a. Every plaintiff or surviving spouse needs to be deposed.

  b. All relevant treating physicians needs to be deposed.

  c. Thousands of pages of records have been collected, but some records requests remain outstanding.

3. The Court has already established the Wave 8 schedule. (MDL Doc. 17234)

4. Allowing these cases to join the Wave 8 schedule will promote the interests of justice and allow the Parties to complete discovery and expert workup without causing undue delay.

5. Plaintiffs' counsel met and conferred with counsel for Monsanto and Monsanto does not oppose the request.

THEREFORE, the three above-captioned Plaintiffs respectfully request the Court move their cases to Wave 8.

March 15, 2024    BEY & ASSOCIATES LLC,

           */s/ James G. O'Brien*
           James Griffin O'Brien (Cal. 308239, Ohio 0088460)
           BEY & ASSOCIATES LLC
           191 Peachtree Street NE | Suite 3200
           Atlanta, Georgia 30303
           T. 404.344.4448
           E. jim@beyandassociates.com

           *Counsel for Plaintiffs*

BEY & ASSOCIATES LLC
191 Peachtree Street NE | Suite 3200
Atlanta, Georgia 30303
404.344.4448

# **CERTIFICATE OF SERVICE**

I transmitted a true and accurate copy of the foregoing upon:

>Joe G. Hollingsworth
>HOLLINGSWORTH LLP
>1350 I Street, N.W.
>Washington, DC 20005
>(202) 898-5800
>Fax: (202) 682-1639
>Email: jhollingsworth@hollingsworthllp.com
>
>*Counsel for Monsanto Company*

by filing a copy on the Court's electronic filing system.

March 15, 2024                         */s/ James G. O'Brien*
                                       James G. O'Brien (Cal. 308239, Ohio 0088460)

BEY & ASSOCIATES LLC
191 Peachtree Street NE | Suite 3200
Atlanta, Georgia 30303
404.344.4448