# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION* | MDL No.   2741<br>Master Docket No. 16-MD-2741-VC |
| This document relates to:<br><br>*William P. Bowe v. Monsanto*,<br>         No. 3:22-cv-1229-VC<br><br>*Larry Faschinbauer v. Monsanto*,<br>         No. 3:17-cv-3202-VC<br><br>and<br><br>*Howard Yoder v. Monsanto*,<br>         No. 3:22-cv-3140-VC | Judge:      Hon. Vince Chhabria<br><br><br>**[PROPOSED] ORDER<br>MOVING CASES TO WAVE 8** |

Plaintiffs' unopposed motion to move the above-captioned individual cases to remand Wave 8 is granted.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                              VINCE CHHABRIA
                                                              United States District Judge

- 1 -