UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| | UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII, SUB-WAVE C |
| *Michael Albrecht v. Monsanto Co. and John Does 1-100 inclusive,* Case No.: 3:20-cv-01636-VC | |

Plaintiff Michael Albrecht – without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VII, Sub-Wave D to Wave VIII, Sub-Wave C:

1. Plaintiff's case is part of Wave VII, Sub-Wave D.

2. Mindful of the deadlines pertaining to Wave VII cases, the parties have diligently pursued discovery in this matter.

3. Parties seeking to move a case to a later wave are required to state in their motion whether a case has previously been moved. See Dkt. No. 17323. Plaintiff Albrecht's matter has changed waves once before, from Wave 7A to 7D, pursuant to an Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule, Dkt. 17234, entered on August 30, 2023, at the request of all parties.

4. Cases that have already been moved from one wave to another at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234.

5. Plaintiff's counsel intend to withdraw from this case as Plaintiff has indicated they wish to seek other legal counsel at this time. Currently, Plaintiff's expert reports are due on March 22nd, 2024, however Plaintiff's decision to seek different legal representation constitutes extraordinary circumstances that render this wave change necessary: Plaintiff is very sick and as such it will take him some time to locate new counsel. Plaintiff's Counsel does not wish to prejudice Plaintiff by withdrawing before his expert report deadline. As such, Plaintiff's Counsel is requesting that Plaintiff's wave change from 7D to 8C, allowing him enough time to secure different counsel and be able to submit expert reports by the new deadline to support his claim.

6. Counsel for Plaintiff have met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VIII, Sub-Wave C, and Monsanto does not oppose this request, and as such, they will not be prejudiced by a wave change.

Therefore, Plaintiff Michael Albrecht, without opposition from Defendant Monsanto Company, respectfully requests the Court move their case from Wave VII, Sub-Wave D to Wave VIII, Sub-Wave C.

Date:  March 15, 2024                                             Respectfully Submitted,

By: *Kristy M Arevalo*
Kristy M. Arevalo
Sarah N. Shahatto
Aabru Madni
**McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909-557-1250

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2024, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
**SHOOK, HARDY & BACON LLP**
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com

*Attorney for Defendant*

By: _Kristy M Arevalo_
Kristy M. Arevalo
**McCUNE LAW GROUP**