Aimee Wagstaff, Esq. (SBN 278480)
WAGSTAFF LAW FIRM
940 N. Lincoln St.
Denver, CO 80204
Phone: (303) 376-6360
Awagstaff@wagstafflawfirm.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br>Member Case: 3:22-cv-04406-VC |
| MICHAEL DEMARMELS<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, ET AL.<br><br>Defendant | ***UNOPPOSED* MOTION TO MOVE CASE TO WAVE 8C** |

Plaintiff Michael DeMarmels, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave 7F to Wave 8C.

1. The case of Mr. Michael DeMarmels is currently part of Wave 7F.

2. This case has not been moved to another Wave prior to this request.

3. The Parties have been working collaboratively to schedule depositions.

4. Mr. DeMarmels had invasive surgery on February 7, 2024, that he is recovering from and will be unable to sit for a deposition until his healing is complete.

5. The Parties have not yet scheduled the depositions of Mr. DeMarmels' treating physicians.

6. The Court has already established the Wave 8 schedule. Dkt. No. 17234.

7. Allowing this case to join the Wave 8 schedule will promote the interests of justice and allow the Parties to complete discovery and expert workup without causing undue delay.

8. Counsel for Mr. DeMarmels conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff, Michael DeMarmels, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave 7F to Wave 8C.

Dated: March 19, 2024

**WAGSTAFF LAW FIRM**

By: */s/ Aimee Wagstaff*
Aimee Wagstaff, Esq. (SBN 278480)
WAGSTAFF LAW FIRM
940 N. Lincoln St.
Denver, CO 80204
Phone: (303) 376-6360
Awagstaff@wagstafflawfirm.com

*Attorney for Plaintiff Michael DeMarmels*

PLAINTIFF'S MOTION TO MOVE CASE TO WAVE 8C

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

*/s/ Aimee Wagstaff*