**CHAPPELL, CHAPPELL & NEWMAN, ATTORNEYS, LLC**
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
4500 Fort Jackson Boulevard, Suite 250
Columbia, South Carolina 29209
Tel:   (803) 233-7050

*Attorneys for Plaintiff*
*WANDA COPELAND*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *Wanda Copeland. v. Monsanto Co.*, Case No. 3:20-cv-02649-VC | |

**DECLARATION OF GRAHAM L. NEWMAN IN SUPPPORT OF THE ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

1

I, Graham L. Newman, declare and state as follows:

1. I am an attorney with Chappell, Chappell & Newman, Attorneys, LLC and serve as the counsel for the Plaintiff in the above-styled matter.

2. The Plaintiff's Administrative Motion to File under Seal seeks to maintain the confidentiality of the settlement agreement between Plaintiffs and Defendant.

3. There are compelling overriding interests here that overcome the right of the public access and support sealing the Petition for Approval of Wrongful Death Settlement: 1) the privacy and protection of the beneficiaries of the settlement; and 2) preserving the agreement of the parties to keep the settlement agreement confidential, which is routinely done.

4. The sealing of the Petition for Approval of Wrongful Death Settlement and the proposed order approving the petition is the only means of protecting these overriding interests. There is no less restrictive means to protect the privacy of the beneficiaries and to preserve the parties' agreement to maintain confidentiality.

5. All confidential settlement agreement information has been redacted pursuant to the ourt's Amended Protective Order of September 6, 2017. (MDL Doc. #519)

6. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Plaintiff has prepared proposed redactions of the following documents:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| 3/19/2024 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 4, Paragraph 21 | Plaintiff | Confidential Settlement Amount |
| 3/19/2024 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 4, Paragraph 22 | Plaintiff | Confidential Settlement Amount |
| 3/19/2024 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 4, Paragraph 23 | Plaintiff | Confidential Settlement Amount |
| 3/19/2024 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 5, Paragraph 24 | Plaintiff | Confidential Settlement Amount |
| 3/19/2024 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 5, Paragraph 25 | Plaintiff | Confidential Settlement Amount |
| 3/19/2024 | Petition for Approval of Wrongful Death Settlement | Exhibit 1 to the Motion | Page 6, Paragraph 31 | Plaintiff | Confidential Settlement Amount |
| 3/19/2024 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 2, Paragraph 7 | Plaintiff | Confidential Settlement Amount |
| 3/19/2024 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 2, Paragraph 8 | Plaintiff | Confidential Settlement Amount |

| 3/19/2024 | Proposed Order Approving Settlement | Exhibit 2 to the Motion | Page 3, Paragraph 10 | Plaintiff | Confidential Settlement Amount |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Dated: March 19, 2024

                                        Respectfully submitted,

/s/ *Graham L. Newman*_____
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
CHAPPELL, CHAPPELL & NEWMAN
4500 Fort Jackson Boulevard, Suite 250
Columbia, South Carolina 29209
(803) 233-7050

*Attorneys for Plaintiff*
*WANDA COPELAND*

4

**CERTIFICATE OF SERVICE**

I certify that on the above date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/ *Graham L. Newman*
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
CHAPPELL, CHAPPELL & NEWMAN
4500 Fort Jackson Boulevard, Suite 250
Columbia, South Carolina 29209
(803) 233-7050

*Attorneys for Plaintiff*
*WANDA COPELAND*