**CHAPPELL, CHAPPELL & NEWMAN, ATTORNEYS, LLC**
Graham L. Newman (*pro hac vice*)
(graham@chappell.law)
4500 Fort Jackson Boulevard, Suite 250
Columbia, South Carolina 29209
Tel:   (803) 233-7050

*Attorneys for Plaintiff*
*WANDA COPELAND*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Wanda Copeland. v. Monsanto Co.*, Case No. 3:20-cv-02649-VC | |

**PROPOSED ORDER AS TO**
**WANDA COPELAND'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

1  Before this Court is Plaintiff's Administrative Motion to File Under Seal Plaintiff's Petition for Approval of Wrongful Death and Survival Settlement. Having considered the papers and for good cause shown, the Court hereby GRANTS Plaintiff's request and ORDERS Plaintiff's Petition for Approval of Wrongful Death and Survival Settlement will remain redacted and that exhibits thereto will remain confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

IT IS SO ORDERED.

Date: _____   _____
HONORABLE JUDGE CHHABRIA
UNITED STATES DISTRICT COURT