# EXHIBIT A

(Certificate of Appointment)

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE PROBATE COURT |
| COUNTY OF: CALHOUN | ) | |
| | ) | **CERTIFICATE OF APPOINTMENT** |
| IN THE MATTER OF: | ) | |
| EVERETTE LANIER OTT | ) | CASE NUMBER: : **2019ES0900156** |
| (Decedent) | ) | |

This is to certify that

WANDA O. COPELAND

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

in the above matter and that this appointment, having been executed on the 4th day of December, 2019, is in full force and effect.

**RESTRICTIONS:**

Executed this 4th day of December, 2019.

_____
Kathryn Strickland Brown, Probate Court Judge

**Do not accept a copy of this certificate without the raised seal of the Probate Court.**

FORM #141ES (1/2014)
62-1-305, 62-3-103