# EXHIBIT B

(Verification)

## VERIFICATION OF PERSONAL REPRESENTATIVE

I, *WANDA COPELAND*, am the duly-appointed personal representative of the Estate of Everett Ott. I hereby affirm, under the penalty of perjury, that the assertions contained within this petition are true to the best of my knowledge and that I approve of the terms of this proposed settlement.

                                                                       _____
                                                                       Wanda Copeland
                                                                       Personal Representative

SWORN to before me this 13th day of
__March__, 2024
_____
Notary Public for South Carolina
My Commission Expires: 9/20/29

## CERTIFICATION OF ATTORNEY

I, GRAHAM L. NEWMAN, am the attorney for Wanda Copeland as Personal Representative of the Estate of Everett Ott. I am of the opinion that the proposed settlement is fair and reasonable and is in the best interests of the statutory beneficiaries and the estate of the decedent.

                                                                       /s/ *Graham L. Newman*_____
                                                                       Graham L. Newman (*pro hac vice*)
                                                                       (graham@chappell.law)
                                                                       CHAPPELL, CHAPPELL & NEWMAN
                                                                       4500 Fort Jackson Blvd, Ste. 250
                                                                       Columbia, SC 29209
                                                                       *Attorneys for Plaintiff*
                                                                       (803) 233-7050
                                                                       (803) 233-0570 (facsimile)

                                                                       *WANDA COPELAND*

**Petition for Approval of Wrongful Death Settlement**
<u>Copeland v. Monsanto Company</u> (3:20-02649-VC)