|1|
|2|
|3|
|4|
|5|
|6|
|7|
|8|
|9|
|10|
|11|
|12|
|13|
|14|
|15|
|16|
|17|
|18|
|19|
|20|
|21|
|22|
|23|
|24|
|25|
|26|
|27|
|28|

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | ) | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS | ) | MDL No. 2741 |
| LIABILITY LITIGATION | ) | |
| | ) | |
| | ) | |
| This document relates to: | ) | |
| | ) | |
| *Wanda Copeland v. Monsanto Co.*, | ) | |
| Case No. 3:20-cv-02649-VC | ) | |
| | ) | |

**<u>ORDER APPROVING
WANDA COPELAND'S PETITION FOR APPROVAL
OF SURVIVAL AND WRONGFUL DEATH SETTLEMENT</u>**

1

This matter is before the Court on the petition of Wanda Copeland, as personal representative of the estate of Everett Ott, for the approval of a proposed wrongful death settlement. Having heard the evidence, the Court makes the following findings.

1. Petitioner is the daughter and personal representative of the Estate of Everett Ott.

2. The Estate of Everett Ott is presently open in the probate court of Calhoun County, South Carolina.

3. Petitioner commenced this action in the District of South Carolina on March 20, 2020.

4. On April 13, 2020, this action was transferred to the Northern District of California via order of the Judicial Panel on Multidistrict Litigation.

5. Petitioner has presented to the court all information pertinent to the proposed settlement required by S.C. Code Ann. § 15-51-42(B).

6. Having reviewed this information, I find the proposed settlement to be fair and reasonable and in the best interest of the statuary beneficiaries and the estate of the decedent.

7. The court approves the disbursement of the settlement proceeds in the following manner.



Gross Settlement Amount
8% Common Benefit Hold-back
Litigation Expense Reimbursement
CMS Lien
Attorney's Fee
Net Settlement Proceeds to Beneficiaries

8. Petitioner further proposed that 50% of the gross settlement proceeds ▮▮▮ be allocated as consideration for the release of the wrongful death claims of the statutory beneficiaries, while 50% of the gross settlement proceeds ▮▮▮ be allocated as consideration for the relief of the survival claims belonging to the Estate.

9. The Court finds that Everett Ott's statutory beneficiaries are as follows:

Wanda Copeland (daughter); Lance Ott (son); Wendy Walker (daughter).

10. Pursuant to S.C. Code Ann. § 15-51-40, S.C. Code Ann. § 62-2-102(2), and S.C. Code Ann§ 62-2-103, the net settlement wrongful death proceeds shall be distributed among the statutory beneficiaries as follows:

| | | |
|---|---|---|
| Wanda Copeland |  | (33.33% of Net Settlement Proceeds) |
| Lance Ott | | (33.33% of Net Settlement Proceeds) |
| Wendy Walker | | (33.33% of Net Settlement Proceeds) |

11. The net settlement survival proceeds shall be distributed pursuant to the probate laws of the State of South Carolina.

## CONCLUSION

For the reasons stated herein, the Court approves the terms of the proposed settlement.

                                                             _____
                                                             Vince Chhabria
                                                             United States District Judge
                                                             Northern District of California