# Exhibit 2

# STATE OF FLORIDA
## BUREAU of VITAL STATISTICS

**AMENDED CERTIFICATION OF DEATH**

STATE FILE NUMBER: 2020107701

DATE ISSUED: AUGUST 19, 2020
DATE FILED: JUNE 26, 2020

### DECEDENT INFORMATION
NAME: RONALD WILLARD GEBO

DATE OF DEATH: JUNE 21, 2020
DATE OF BIRTH: AUGUST 31, 1959
SEX: MALE
SSN: [REDACTED]
AGE: 060 YEARS
BIRTHPLACE: NORWICH, CONNECTICUT, UNITED STATES
PLACE OF DEATH: SUMMER HOME
FACILITY NAME OR STREET ADDRESS: 173 AURORA STREET
LOCATION OF DEATH: PORT CHARLOTTE, CHARLOTTE COUNTY, 33948
RESIDENCE: 64 LAKEVILLA AVENUE, SPRINGFIELD, MASSACHUSETTS 01109, UNITED STATES    COUNTY: HAMPDEN
OCCUPATION, INDUSTRY: HANDYMAN, CONDO PROPERTY MAINTENANCE
EDUCATION: 9TH THRU 12TH GRADE; NO DIPLOMA          EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: NEVER-MARRIED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: JEREMIAH J GEBO
MOTHER'S/PARENT'S NAME: GLADYS JOYCE JENKINS

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: HOPE MARIE WELLS
RELATIONSHIP TO DECEDENT: COMPANION
INFORMANT'S ADDRESS: 173 AURORA STREET, PORT CHARLOTTE, FLORIDA 33948, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: RICHARD D MENGELING, F043892
FUNERAL FACILITY: MORTUARY SERVICES OF FLORIDA F090427
                  13720 JETPORT COMMERCE PARKWAY STE 1, FORT MYERS, FLORIDA 33913
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: FT MYERS CREMATORY
                     FORT MYERS, FLORIDA

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN
TIME OF DEATH (24 HOUR): 2230
MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
DATE CERTIFIED: AUGUST 4, 2020
CERTIFIER'S NAME: KAREN VAN BOSKIRK RAY
CERTIFIER'S LICENSE NUMBER: ME82638
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. DIFFUSE LARGE B CELL NON HODGKIN'S LYMPHOMA                                             U
b.
c.
d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:
CHRONIC OBSTRUCTIVE PULMONARY DISEASE

AUTOPSY PERFORMED? NO           AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:                DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY: NOT APPLICABLE     TIME OF INJURY (24 HOUR):        INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:          TYPE OF VEHICLE:
DATE AMENDED: 8/4/2020 ANY CERTIFICATION ISSUED PRIOR TO THE AMENDED DATE MAY BE NULL AND VOID.

*[signature]*, STATE REGISTRAR

REQ: 2021837136

SEP 09 2020

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD    florida HEALTH

*58535004*