UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ronald Gebo v. Monsanto Company,*<br><br>Case No. 3:17-cv-00168-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

## **ORDER**

The motion is granted. Rebecca Dietrich f/k/a Rebecca Gebo, Personal Representative of the Estate of Ronald Willard Gebo, shall be substituted as plaintiff for Ronald Gebo, and she may file the proposed amended complaint on the docket.

IT IS SO ORDERED.

This_____ day of _____, 2024.

_____
VINCENT CHHABRIA
United States District Court Judge