UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hochstein et al. v. Monsanto Co.*, Case No: 21-cv-00605-VC | **ORDER DENYING MOTION TO MOVE CASE TO A LATER WAVE**<br><br>Re: Dkt. No. 17977 |

    The motion to move the above-captioned case to a later wave is denied. As already noted, cases that have been moved from one wave to a later wave at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234. The motion acknowledges that the case has already been moved, but it does not describe any extraordinary circumstances—it simply says that the plaintiff needs additional time to prepare his expert reports and complete discovery.

    **IT IS SO ORDERED.**

Dated: March 19, 2024

VINCE CHHABRIA
United States District Judge