UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jean Kapolnek, Independent Administrator of the Estate of Ronald G. Kapolnek, Deceased v. Monsanto Company*<br>Case No. 3:18-cv-04014-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>[PROPOSED] ORDER REGARDING REMAND OF *KAPOLNEK* LAWSUIT |

Upon consideration of the parties' Joint Stipulation Regarding Remand of *Kapolnek* Lawsuit (3:18-cv-04014-VC), the Court hereby orders that this lawsuit shall be, and hereby is, remanded to the Circuit Court of Cook County, Illinois, for the sole purpose of effectuating the parties' settlement, with the parties to bear their own attorney's fees and costs.

Dated: March 20, 2024



JOINT STIPULATION REGARDING REMAND OF *KAPOLNEK* LAWSUIT
Case No. 3:16-md-02741-VC & 3:18-cv-04014-VC