UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED] ORDER REGARDING REMAND OF *PLAZAK* LAWSUIT** |
| *Laura Plazak, Independent Administrator of the Estate of Susan Spirato, Deceased v. Monsanto Company* Case No. 3:21-cv-04927-VC | |

Upon consideration of the parties' Joint Stipulation Regarding Remand of *Plazak* Lawsuit (3:21-cv-04927-VC), the Court hereby orders that this lawsuit shall be, and hereby is, remanded to the Circuit Court of Cook County, Illinois, for the sole purpose of effectuating the parties' settlement, with the parties to bear their own attorney's fees and costs.

Dated: March 20, 2024



APPROVED

Judge Vince Chhabria