UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED] ORDER REGARDING REMAND OF *SUNDARARAJ* LAWSUIT** |
| *Suj Sundararaj, M.D. v. Monsanto Company* Case No. 3:21-cv-00239-VC | |

Upon consideration of the parties' Joint Stipulation Regarding Remand of *Sundararaj* Lawsuit (3:21-cv-00239-VC), the Court hereby orders that this lawsuit shall be, and hereby is, remanded to the Circuit Court of Cook County, Illinois, for the sole purpose of adjudicating and enforcing liens, with the parties to bear their own attorney's fees and costs.

Dated: March 20, 2024



JOINT STIPULATION REGARDING REMAND OF *SUNDARARAJ* LAWSUIT
Case No. 3:16-md-02741-VC & 3:21-cv-00239-VC