UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES** |
| *Bentley v. Monsanto Co.*, Case No. 22-cv-05050-VC | Re: Dkt. Nos. 17987, 17988, 17989, 18020, 18042, 18050, 18054, 18056, 18071 |
| *Bowe v. Monsanto Co.*, Case No. 22-cv-01229-VC | |
| *DeMarmels v. Monsanto Co.*, Case No. 22-cv-04406-VC | |
| *Faschinbauer v. Monsanto Co.*, Case No. 17-cv-03202-VC | |
| *Howell v. Monsanto Co.*, Case No. 20-cv-07322-VC | |
| *Luby et al. v. Naylor's Farm & Ranch Supply, Inc., et al.*, Case No. 22-cv-03830-VC | |
| *Romano v. Monsanto Co.*, Case No. 21-cv-01214-VC | |
| *Taylor v. Monsanto Co.*, Case No. 22-cv-04400-VC | |
| *Thuss et al. v. Monsanto Co.*, Case No. 19-cv-07533-VC | |
| *Yoder v. Monsanto Co.*, Case No. 22-cv-03140-VC | |

*Zeig et al. v. Monsanto Co.*, Case No. 22-cv-05047-VC

The motions to move the above-listed cases to Wave 8 are granted. The cases are moved to the sub-waves requested in their motions.

**IT IS SO ORDERED.**

Dated: March 20, 2024

_____
VINCE CHHABRIA
United States District Judge