Shannon Frances Nocon
Schack Law Group
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
858-485-6535
Fax: 858-485-0608
Email: shannonnocon@schacklawgroup.com

*Attorney for Plaintiffs*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Fredda Glatt, et al. v. Monsanto Company, et al.*<br>Case No. 3:20-cv-04649-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned case (including all claims asserted by Plaintiffs), with each party to bear their own attorneys' fees and costs.

Counsel for Plaintiffs has read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiffs hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion, to the extent applicable, has been sent to the Common Benefit

Fund. Counsel for Plaintiff further certifies that any applicable 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion. Judge Chhabria has ruled that common-benefit fees should not be taken from Plaintiffs' recovery. Because no attorney fees were taken in this case, a common-benefit fee cannot be assessed without it being taken from Plaintiffs' recovery and thus is not appropriate in this case.

DATED: March 20, 2024　　　　　　　　　　Respectfully submitted,

*/s/ Shannon Frances Nocon*
Shannon Frances Nocon
Schack Law Group
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
858-485-6535
Fax: 858-485-0608
Email: shannonnocon@schacklawgroup.com
*Attorney for Plaintiff*

*/s/ Anthony R. Martinez*
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Shannon F. Nocon, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Shannon F. Nocon*
Shannon F. Nocon, Esq.
SCHACK LAW GROUP

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 20, 2024, the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed via the Court's CM/ECF electronic case filing system which will send notice of such filing to all counsel of record who are registered users.

Date: March 20, 2024                            /s/ Shannon F. Nocon