UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Fredda Glatt, individually and as Successor in Interest to the Estate of Aaron Leon Glatt, Andrew Glatt, and Lisa Glatt v. Monsanto Co., et al.*<br>Case No. 3:20-cv-04649-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>Hon. Vince Chhabria |

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

  Having reviewed the parties' Stipulation of Dismissal with Prejudice, the Court hereby GRANTS the requested relief and dismisses the above-captioned action, *Fredda Glatt, individually and as Successor in Interest to the Estate of Aaron Leon Glatt, Andrew Glatt, and Lisa Glatt v. Monsanto Co., et al.*, Case No. 3:20-cv-04649-VC, with prejudice.

  IT IS SO ORDERED.

Date: _____, 2024

          _____

          HON. VINCE CHHABRIA

          UNITED STATES DISTRICT COURT