Kevin A. Malone, Esquire
Florida Bar Number:  224499
Krupnick Campbell Malone Buser Slama Hancock, P.A.
12 Southeast Seventh Street, Suite 801
Fort Lauderdale, Florida 33301-3434
954-763-8181
kmalone@krupnicklaw.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No:  2741<br><br>Case No:  3:16-MD-2741-VC |
| THIS DOCUMENT RELATES TO:<br><br>Clark Paris and Marga Paris v. Monsanto | <br><br>Case No:  3:20-cv-01840-VC |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-referenced captioned matter be dismissed with prejudice, with each party to bear its own costs and fees. Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled plaintiff.

DATED March 19, 2024.

                Respectfully submitted,

By: /s/ Kevin A. Malone
Kevin A. Malone, Esquire (pro hac vice)
kmalone@krupnicklaw.com

Krupnick Campbell Malone
Buser Slama Hancock, P.A.
350 East Las Olas Boulevard, Suite 800
Fort Lauderdale, Florida 33301
954-763-8181 telephone
954-763-8292 facsimile

*Counsel for Plaintiffs*


By: /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esquire (pro hac vice)
jhollingsworth@hollingsworthllp.com
Eric G. Lasker, Esquire (pro hac vice)
elasker@hollingsworthllp.com

Hollingsworth LLP
1350 I Street, Northwest
Washington, DC 20005
202-898-5800 telephone
202-682-1639 facsimile

*Attorney for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

I, Kevin A. Malone, hereby certify that on March 19, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send e-mail notifications of such filing to all registered attorneys of record.

By: /s/ Kevin A. Malone
Kevin A. Malone, Esquire