UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


IN RE:                                                  MDL Docket No:  2741
ROUNDUP PRODUCTS
LIABILITY LITIGATION                                    Case No:  3:16-MD-2741-VC

_____

THIS DOCUMENT RELATES TO:

Clark Paris and Marga Paris v. Monsanto                 Case No:  3:20-cv-01840-VC


_____


**ORDER GRANTING
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the Joint Stipulation for Dismissal

with Prejudice, having reviewed said request and find good cause, this Court grants the

Joint Stipulation for Dismissal with Prejudice as to the above-referenced captioned

matter.

DATED March 19, 2024.


/s/_____
Vince Chhabria