Name and address:

Alexis N. Lilly, Esq.
Motley Rice Law Firm
28 Bridgeside Blvd.
Mt.Pleasant, SC 29464
Telephone (843)216-9018
Facsimile (843) 216-9450

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NUMBER: MDL No. 2741 |
|---|---|
| | Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | 3:22-cv-20718-VC |
| PETER GINKEL     PLAINTIFF(S) | |
| v | **REQUEST FOR APPROVAL OF** |
| MONSANTO COMPANY     DEFENDANT(S) | **SUBSTITUTION OR WITHDRAWAL** |
| | **OF COUNSEL** |

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Lynne Kizis                             CA Bar Number:   N/A

Firm or agency:   Wilentz, Goldman & Spitzer, P.A.

   Address:   90 Woodbridge Center Drive, Suite 900 Woodbridge, NJ 07095

   Telephone Number:   (732) 636-8000         Fax Number:   (732) 855-6117

E-mail:  lkizis@wilentz.com

Counsel of record for the following party or parties:   Plaintiff: Peter Ginkel

Counsel: Lynne Kizis

Other members of the same firm or agency also seeking to withdraw: —

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel:

Name: Alexis Lilly, Esq.  
CA Bar Number: N/A  
Firm or agency: Motley Rice, LCC  
Address: 28 Bridgeside Blvd Mt. Pleasant, SC 29464  
Telephone Number: (843) 216-9018  
Fax Number: (843) 216-9450  
E-mail: alilly@motleyrice.com

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 3/4/2024  
Signature: [signed]  
Name: Lynne Kizis

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 3/4/2024  
Signature: /s/ Alexis Lilly  
Name: Alexis Lilly

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.  
☐ representing myself *pro se* in this case.

Date:  
Signature: [signed]  
Name: Anne Ginkel  
Title: Executer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>PETER GINKEL          Plaintiff(s)<br>                     v.<br>MONSANTO COMPANY   Defendant(s) | CASE NUMBER   MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC<br><br>2:21-cv-20718-VC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

PETER GINKEL            Plaintiff X    Defendant    Other
*Name of Party*

to substitute  Alexis Lilly          who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

28 Bridgeside Blvd.
*Street Address*

Mt Pleasant, South Carolina 29464          alilly@motleyrice.com
*City, State, Zip*                         *E-Mail Address*

(843) 216-9018            (843) 216-9450            N/A
Phone Number             Fax Number                *State Bar Number*

as attorney of record instead of  Lynne Kizis
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                        U. S. District Judge

G-01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY