Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | CASE NO.: 3:16-md-02741-VC |
| This document relates to:<br><br>*Sami Khal v. Monsanto Co.,*<br>Case No. 3:20-cv-09292-VC | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO: CLERK OF THE ABOVE-ENTITLED COURT and ALL PARTIES AND COUNSEL OF RECORD:

    COMES NOW, Michael K. Teiman and moves to withdraw as attorney of record for plaintiff Sami Khal for the following reasons:

    1.    There is good cause for this Court to grant the motion to withdraw because counsel is unable to continue representing Mr. Khal due to a lack of cooperation from

1
**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

1  the client.  Mr. Khal has indicated she will no longer cooperate with counsel's advice
2  on this matter.
3       2.      Plaintiff's counsel has communicated repeatedly with Mr. Khal about this
4  matter.  At this point, Mr. Khal has made it clear that he will no longer cooperate with
5  counsel's advice in this litigation, making it impossible to proceed on his behalf.
6       3.      Michael K. Teiman has delivered a copy of this motion to Sami Khal and
7  notified him in writing of the motion by both certified U.S. mail and email.
8       4.      Sami Khal's last known address and telephone number are:

   1157 Via Casa Palermo
   Henderson, NV 89011
   (702) 575-7301
   samikhal@pm.me

     5.      This motion to withdraw has not been brought for purposes of delaying
these proceedings. There are no pending settings or deadlines in this case.
     6.      Therefore, Plaintiff's counsel, Michael K. Teiman, seeks to withdraw as
attorney of record on behalf of Sami Khal. A proposed Order granting this Motion is
submitted herewith.

Dated:  March 21, 2024                **BISNAR | CHASE LLP**

                                      By: */s/ Michael K. Teiman*
                                      Brian D. Chase
                                      Michael K. Teiman
                                      *Counsel for Plaintiff*

2
**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

# CERTIFICATE OF SERVICE
*Nacole Kimble v. Monsanto Company*
**UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
Case No. 3:21-cv-01334-VC **|** MDL Case No. 3:16-md-02741-VC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1301 Dove Street, Suite 120, Newport Beach, CA 92660. On **March 21, 2024**, I served true copies of the following document(s) described as:

- **MOTION TO WITHDRAW AS ATTORNEY OF RECORD**
- **PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

on the interested parties in this action as follows:

(X)   **VIA CM/ECF ELECTRONIC FILING SYSTEM**: I transmitted via the Internet a true copy(s) of the above-entitled documents(s) to the CM/ECF system of the United States District Court for the Central District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 21, 2024**, at Newport Beach, California.

*/s/ Anthony Scotto*
ANTHONY SCOTTO