AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

Sami Khal

Plaintiff (s),

V.

Monsanto Company

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:20-cv-09292

Notice is hereby given that, subject to approval by the court, __Sami Khal__ substitutes
(Party (s) Name)

__Pro Se__ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Michael K. Temain Esq. of Bisnar Chase LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Sami Khal
Address:       Henderson, NV 89011
Telephone:     (702) 575-7301            Facsimile _____
E-Mail (Optional): samikhal@pm.me

I consent to the above substitution.

Date: **2-26-2024**

**Sami Khal**
_[signature]_
(Signature of Party (s))

I consent to being substituted.

Date: 3/21/2024

_[signature]_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]