Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Nacole Kimble v. Monsanto Co.,*<br>Case No. 3:21-cv-01334-VC | CASE NO.: 3:16-md-02741-VC<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO: CLERK OF THE ABOVE-ENTITLED COURT and ALL PARTIES AND COUNSEL OF RECORD:

   COMES NOW, Michael K. Teiman and moves to withdraw as attorney of record for plaintiff Nacole Kimble for the following reasons:

   1.   There is good cause for this Court to grant the motion to withdraw because counsel is unable to continue representing Ms. Kimble due to a lack of cooperation from

1 the client. Ms. Kimble has indicated she will no longer cooperate with counsel's advice on this matter.

2. Plaintiff's counsel has communicated repeatedly with Ms. Kimble about this matter. At this point, Ms. Kimble has made it clear that she will no longer cooperate with counsel's advise in this litigation, making it impossible to proceed on her behalf.

3. Michael K. Teiman has delivered a copy of this motion to Nacole Kimble and notified her in writing of the motion by both certified U.S. mail and email.

4. Nacole Kimble's last known address and telephone number are:

> 6773 Kostner Street
> Las Vegas, NV 89149
> (303) 210-5094
> jazzebyrd@gmail.com

5. This motion to withdraw has not been brought for purposes of delaying these proceedings. There are no immediate pending hearings or deadlines in this case.

Therefore, Plaintiff's counsel, Michael K. Teiman and Bisnar Chase LLP, seeks to withdraw as attorney of record on behalf of Nacole Kimble. A proposed order granting this Motion is submitted herewith.

Dated: March 21, 2024            **BISNAR | CHASE LLP**

By: */s/ Michael K. Teiman*
Brian D. Chase
Michael K. Teiman
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE
*Nacole Kimble v. Monsanto Company*
**UNITED STATED DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
Case No. 3:21-cv-01334-VC | MDL Case No. 3:16-md-02741-VC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 1301 Dove Street, Suite 120, Newport Beach, CA 92660. On **March 21, 2024**, I served true copies of the following document(s) described as:

- **MOTION TO WITHDRAW AS ATTORNEY OF RECORD**
- **PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

on the interested parties in this action as follows:

(X) **VIA CM/ECF ELECTRONIC FILING SYSTEM**: I transmitted via the Internet a true copy(s) of the above-entitled documents(s) to the CM/ECF system of the United States District Court for the Central District of California and concurrently caused the above-entitled documents(s) to be sent to the recipients listed above pursuant to the Service List maintained by and as it exists on that database. This will constitute service of the above-listed document(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 21, 2024**, at Newport Beach, California.

                                   */s/ Anthony Scotto*
                                   ANTHONY SCOTTO