≋AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Nacole Kimble
              Plaintiff (s),
V.
Monsanto Company
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:21-cv-01334

Notice is hereby given that, subject to approval by the court, __Nacole Kimble__ substitutes
(Party (s) Name)

__Pro Se__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Micheal K. Teiman Esq. of Bisnar | Chase LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Nacole Kimble
    Address:     6773 Kostner Street, Las Vegas, NV 89149
    Telephone:     (303) 210-5094     Facsimile _____
    E-Mail (Optional):     jazzebyrd@gmail.com

I consent to the above substitution.
Date: __2/22/2024__

                                          (Signature of Party (s))

I consent to being substituted.
Date: __3/21/2024__

                                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____

                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                          Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**