Brian D. Chase (SBN 164109)
bchase@bisnarchase.com
Michael K. Teiman (SBN 319524)
mteiman@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax: (949) 752-2777

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Nacole Kimble v. Monsanto Co.,*<br>Case No. 3:21-cv-01334-VC | CASE NO.: 3:16-md-02741-VC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
|---|---|

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

This Court has considered the Motion of Michael K. Teiman, to withdraw as attorney of record for plaintiff Nacole Kimble and hereby GRANTS the motion. In accordance with the rules, Nacole Kimble has been notified by sending notice of this motion to his last known address.

**IT IS SO ORDERED**.

Dated this ___ day of March 2024.

_____
JUDGE VINCE CHHABRIA

---

1

**ORDER GRANTING WITHDRAWAL OF ATTORNEY OF RECORD**