David Bricker, Esq., State Bar No. 158896
**THORNTON LAW FIRM, LLP**
9430 W. Olympic Blvd., Suite 400
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile: (310) 388-5316

Evan R. Hoffman, Esq. (Pro Hac Vice)
**THORNTON LAW FIRM, LLP**
201 Columbine Street, Suite 300
Denver, Colorado 80206
Telephone: (800) 431-4600
Facsimile: (617) 720-2445

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No.: 3:16-md-02741-VC |
| This document relates to:<br><br>*Prabha Baid, et al. v. Monsanto Co.*,<br>Case No. 3:20-cv-06774-VC<br><br>*Lisa Breger, et al. V. Monsanto Co.*,<br>Case No. 3:18-cv-02257-VC<br><br>*Paul Humphrey, et al, v. Monsanto Co.*,<br>Case No. 3:20-cv-00019-VC<br><br>*Wane Morin, et al. v. Monsanto Co.*,<br>Case No. 3:20-cv-01019-VC | **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** |

Pursuant to this Court's August 30, 2023 Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule and Fed. R. Civ. P. 26(a)(2), Plaintiffs stated above have served Plaintiffs' general causation and specific causation expert disclosures on

- 2 -

1  Counsel for Defendant. Plaintiffs further incorporate by reference the general causation and other
2  experts' reports served by lead counsel in connection with Waves 1, 2, 3, 4, 5, 6, 7, and 8 and
3  reserve the right to call the author of any such report as an expert witness at trial.

5  DATED: March 22, 2024

/s/David Bricker
David Bricker, (SBN 158896)
**THORNTON LAW FIRM, LLP**
9430 W. Olympic Blvd., Suite 400
Beverly Hills, California 90212
Telephone: (310) 282-8676
Facsimile: (310) 282-8676

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 22nd day of March, 2024, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which sent notice of the filing to all appearing parties of record.

                                         */s/ David Bricker*
                                         David Bricker