**PODHURST ORSECK, P.A.**
Ramon A. Rasco
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382
Email: rrasco@podhurst.com
*Attorneys for Plaintiff Andrew Colton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case Number: MDL No. 3:16-md-02741-VC |
| This document relates to: | |
| Andrew Colton v. Monsanto Company, Case No.: 3:20-cv-04834-VC | |

### PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES

Plaintiff, Andrew Colton, by and through undersigned counsel and pursuant to this Court's August 30, 2023 Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule and Fed. R. Civ. P.(a)(2), has served Plaintiff's expert disclosures on counsel for Defendant Monsanto Company. Service was made by sending expert reports and associated disclosures via email to Anthony Martinez at amartinez@shb.com on March 22, 2024.

Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3, 4, 5, 6, 7 and 8 and reserves the right to call the author of any such report as an expert witness at trial.

Plaintiff's Notice of Service of Expert Disclosures
3:16-md-02741-VC & 3:20-cv-04834-VC
P a g e | 1

DATED:  March 22, 2024

**PODHURST ORSECK, P.A.**
*Attorney for the Plaintiff*

One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By:   */s/ Ramon A. Rasco*
        Ramon A. Rasco
        Florida Bar No. 617334
        Email: rrasco@podhurst.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

*/s/ Ramon A. Rasco*
Ramon A. Rasco

Plaintiff's Notice of Service of Expert Disclosures
3:16-md-02741-VC & 3:20-cv-04834-VC
P a g e | 2