\* \* \* \* \* \* \*
# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \* \*

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> This document related to: <br><br> Don Guiberson v. Monsanto Co. <br> Case No. 3:20-cv-06780-VC | MDL No. 2741 <br> MDL Case No. 16-md-2741-VC <br><br><br> **PLAINTIFF DONALD GUIBERSON'S NOTICE OF SERVING EXPERT DISCLOSURE** |

Plaintiff Don Guiberson hereby notifies the Court that he has served Plaintiff's expert disclosure on Defendant in accordance with Docket No. 17234.

DATED this 22nd day of March 2024.

    Respectfully submitted,

<u>/s/ Justin P. Stalpes</u>
JUSTIN P. STALPES, Esq.
BECK AMSDEN & STALPES, PLLC
610 Professional Drive
Bozeman, MT 59718
Phone: (406) 586-8700
Fax: (406) 586-8960
justin@becklawyers.com

*Attorneys for Plaintiff Don Guiberson*

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 22, 2024, I served a copy of the forgoing by CM/ECF, which will provide automatic notification to all parties and counsel of record.

      /s/ Justin P. Stalpes

      Justin P. Stalpes