**WAGSTAFF LAW FIRM**
Aimee H. Wagstaff (SBN 278480)
940 N. Lincoln Street
Denver, Colorado 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
awagstaff@wagstafflawfirm.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) Member Case No. 3:20-cv-08518-VC ) |
| This document relates to: *Sally Vander Groef, et al. V. Monsanto Co.* | ) ) **PLAINTIFF'S NOTICE OF SERVICE** ) **OF EXPERT DISCLOSURE** ) ) |

Pursuant to the Court's August 30, 2023 Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule and Fed. R. Civ. P. 26(a)(2), Plaintiff, Sally Vander Groef, individually and as Executor of the Estate of Chris Vander Groef, Deceased ("Plaintiff"), in Wave 7D has served Plaintiffs' general causation and specific causation disclosures on counsel for Defendant Monsanto company. Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3. 4, 5, 6, 7 and 8 and reserves the right to call the author of any such report as an expert witness at trial.

DATE: March 22, 2024

/s/ *Aimee H. Wagstaff*
Aimee H. Wagstaff (SBN 278480)
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, Colorado 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
awagstaff@wagstafflawfirm.com

*Counsel for Plaintiff*

PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE
3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2024, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

DATED: March 22, 2024         /s/ Aimee H. Wagstaff