**PODHURST ORSECK, P.A.**
Matthew P. Weinshall
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382
Email: mweinshall@podhurst.com

*Attorneys for Plaintiff Allen Boatright*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case Number: MDL No. 3:16-md-02741-VC |
| This document relates to:<br><br>Boatright v. Monsanto Company,<br>Case No.: 3:21-cv-00675 | |

**PLAINTIFF ALLEN BOATRIGHT'S**
<u>**NOTICE OF SERVICE OF EXPERT DISCLOSURES**</u>

Plaintiff Allen Boatright, by and through his undersigned counsel and pursuant to the Court's August 30, 2023 Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Fed. R. Civ. P. 26(a)(2), gives notice of having served Plaintiff's expert disclosures on counsel for Defendant Monsanto Company. Service was made by sending expert reports and associated disclosures via email to Anthony Martinez at amartinez@shb.com; Kirk F. Marty at kmarty@shb.com; Jennise Walker-Stubbs at jstubbs@shb.com; and Martin C. Calhoun at mcalhoun@hollingsworthllp.com; on March 22, 2024.

Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Waves 1, 2, 3, 4, 5, 6, 7, and 8 and reserves the right to call the author of any such reports as an expert witness at trial.

Plaintiff, Allen Boatright's Notice of Service of Expert Disclosures
3:16-md-02741-VC & 3:21-cv-00675-VC
P a g e | 1

DATED:  March 22, 2024

PODHURST ORSECK, P.A.
*Attorney for the Plaintiff*

One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By:  /s/ *Matthew Weinshall*
Matthew P. Weinshall
Florida Bar No. 84783

Email: mweinshall@podhurst.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

/s/ *Matthew Weinshall*
Matthew Weinshall

Plaintiff, Allen Boatright's Notice of Service of Expert Disclosures
3:16-md-02741-VC & 3:21-cv-00675-VC
P a g e | 2