# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2741**<br>Case No.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:**<br><br>*Steven R. Montgomery and Lauren C. Daspit v. Monsanto Co.,* Case No.: 3:20-cv-07397<br><br>*Gilbert P. Pellerin, Sr. and Deborah S. Pellerin v. Monsanto Co.,* Case No.: 3:21-cv-04364 | Honorable Judge Vince Chhabria<br><br>**MOTION TO MOVE CASES TO WAVE 8** |

Plaintiffs' Motion to move their cases from Wave 7B to Wave 8 is GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____