Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *ALL ACTIONS* | **DEFENDANT MONSANTO COMPANY'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER FOR DATA TO AUDIT COMMON BENEFIT FUND COMPLIANCE** |

**COMES NOW**, Defendant Monsanto Company (hereinafter "Monsanto"), through the undersigned counsel, and respectfully requests this Honorable Court to extend the time for Monsanto to comply with the Court's Order Requiring Data from Monsanto to Audit Common Benefit Fund Compliance, *see* Order, Dkt. 18009, by fourteen (14) days.

1.  On March 4, 2024, the Court entered its Order requiring Monsanto to supply data for the plaintiffs' firms to which Monsanto has made monetary payments to resolve cases in the MDL, which involves assessing, *inter alia*, the total number of cases in the MDL that have been resolved through settlement or dismissal and that currently are in settlement negotiations. Order, Dkt. 18009 ¶¶ 1–2.

2.  The Order requires Monsanto to analyze and provide data for thousands of cases.

3.  The Order set a 21-day deadline for Monsanto to provide the requested data. *Id.* at 2. The current deadline is Monday, March 25, 2024.

4.     Monsanto has worked diligently to analyze and categorize thousands of cases to assess their status in accordance with the Court's Order and is making good progress in completing the assessment.

5.     Despite Monsanto's diligent efforts, however, additional time is needed to conduct a fulsome and complete assessment of the thousands of cases as requested by the Order.

6.     The Court maintains wide discretion to grant this motion for an extension of time. FED. R. CIV. P. 6(b)(1)(A); *see also Jenkins v. Commonwealth Land Title Insur. Co.*, 95 F.3d 791, 795 (9th Cir. 1996).

7.     Monsanto has notified Mr. William A. Foster, the Court-appointed Special Master for the MDL Common Benefit Fund, of its request for an extension of time.

8.     Accordingly, and for good cause shown, Monsanto respectfully requests fourteen (14) additional days to complete and provide the assessment required by the Court's Order.

**WHEREFORE**, Monsanto respectfully requests that the Court grant this motion and extend the time for Monsanto to comply with the Court's Order Requiring Data from Monsanto to Audit Common Benefit Fund Compliance, *see* Order, Dkt. 18009, by fourteen (14) days, thereby extending the due date from March 25, 2024 to April 8, 2024.

DATED:  March 25, 2024                              Respectfully submitted,

*/s/ Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I certify that on the 25th day of March 2024, I electronically transmitted the foregoing **DEFENDANT MONSANTO COMPANY'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER FOR DATA TO AUDIT COMMON BENEFIT FUND COMPLIANCE** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/ Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON, LLP

*Attorney for Defendant Monsanto Company*