UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *ALL ACTIONS* | **[PROPOSED] ORDER GRANTING DEFENDANT MONSANTO COMPANY'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER FOR DATA TO AUDIT COMMON BENEFIT FUND COMPLIANCE** |

The Court, having considered Defendant Monsanto Company's March 25, 2024 Motion For Extension of Time to Comply with the Court's Order for Data to Audit Common Benefit Fund Compliance, *see* Order, Dkt. 18009, and, for good cause shown, hereby GRANTS the motion.

Monsanto Company shall provide the information required by the Court's Order, Dkt. 18009, within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                             VINCE CHHABRIA
                                             United States District Judge