1  Chelsea K. Barnes
2  NELSON MULLINS RILEY & SCARBOROUGH LLP
   380 Knollwood Street, Suite 500
3  Winston-Salem, NC 27103
   Telephone: (336) 774-3397
4  Facsimile: (336) 774-3299
   chelsea.barnes@nelsonmullins.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6
                  **UNITED STATES DISTRICT COURT**
7                 **NORTHERN DISTRICT OF CALIFORNIA**

8  

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| Case No. MDL No. 3:16-md-2741-VC | **NOTICE OF APPEARANCE OF CHELSEA K. BARNES ON BEHALF OF MONSANTO COMPANY** |

13  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

         PLEASE TAKE NOTICE that, pursuant to Pretrial Order Nos. 1 and 7, Chelsea K. Barnes
of the firm Nelson Mullins Riley & Scarborough LLP hereby enters an appearance as counsel for
Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that
all pleadings, notices, orders, correspondence, and other papers in connection with this action be
served on and directed to the undersigned counsel.

March 25, 2024                              Respectfully Submitted,


                                            By:  /s/Chelsea K. Barnes
                                                Chelsea K. Barnes
                                                NELSON MULLINS RILEY &
                                                SCARBOROUGH LLP
                                                380 Knollwood Street, Suite 530
                                                Winston-Salem, NC 27103
                                                Telephone: (336) 774-3397
                                                Facsimile: (336) 774-3299
                                                chelsea.barnes@nelsonmullins.com

                                                *Attorney for Defendant*
                                                *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, Chelsea K. Barnes, at Nelson Mullins Riley & Scarborough LLP, hereby certify that on March 25, 2024 I electronically filed the foregoing NOTICE OF APPEARANCE OF CHELSEA K. BARNES ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Respectfully submitted,

/s/Chelsea K. Barnes
Chelsea K. Barnes
NELSON MULLINS RILEY &
SCARBOROUGH LLP
380 Knollwood Street, Suite 500
Winston-Salem, NC 27103
Telephone: (336) 774-3397
Facsimile: (336) 774-3299
chelsea.barnes@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*

2
NOTICE OF APPEARANCE OF CHELSEA K. BARNES ON BEHALF OF
DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC