**DURBIN, LARIMORE & BIALICK**
R. Ryan Deligans
Lane R. Neal
920 N Harvey Ave.
Oklahoma City, OK 73102
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
lneal@dlb.net
Attorneys for Plaintiff, Pamela Smith,
individually, and as Personal
Representative of the Estate of Daniel J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|

This document relates to:

*Pamela Smith, individually and as Personal Representative of the Estate of Daniel J. Smith, deceased v. Monsanto Co.*,
Case No. 3:21-cv-01505-VC

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Pamela Smith, individually and as Personal Representative of the Estate of Daniel J. Smith, deceased, by and through her attorneys of record, R. Ryan Deligans and Lane R. Neal of the firm Durbin, Larimore & Bialick, joining with Defendant, Monsanto Company, by and through its attorney of record, Jennise W. Stubbs of the firm Shook, Hardy & Bacon, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

Counsel for Plaintiff have read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for Plaintiff further certify that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion.

| | |
|---|---|
| s/R. Ryan Deligans | s/Jennise W. Stubbs |
| R. Ryan Deligans, OBA #19793 | Shook, Hardy & Bacon, L.L.P. |
| Lane R. Neal, OBA #22246 | 600 Travis Street, Suite 3400 |
| Durbin, Larimore & Bialick | Houston, TX 77002-2926 |
| 920 North Harvey | Telephone: (713) 227-8008 |
| Oklahoma City, OK 73102-2610 | Facsimile: (713) 227-9508 |
| Telephone: (405) 235-9584 | jstubbs@shb.com |
| Facsimile: (405) 235-0551 | Attorney for Defendant, Monsanto Company |
| dlb@dlb.net | *(Signed by Filing Attorney with permission of Defendant Attorney)* |
| Attorney for Plaintiff, Pamela Smith, individually, and as Personal Representative of the Estate of Daniel J. Smith, deceased | |

9998.0241\18547506_1