Claire E. Kreider
GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Phone: (504) 522-2304
Fax: (504) 528-9973
ckreider@gainsben.com

*Attorney for Plaintiff*

Jennise W. Stubbs
Shook Hardy & Bacon L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
(713) 227-8008
Fax: (713) 227-9508
jstubbs@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>Wayne R. Pietri v. Monsanto Company<br>3:23-cv-01679-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter (including all claims asserted by Plaintiff), with each party to bear their own fees and costs associated with this matter.

Plaintiff's counsel waived any fees from the client's settlement proceeds. Plaintiff's counsel received $963.55 for reimbursement of out-of-pocket expenses consisting of filing fees and expenses associated with gathering medical records, copies, and postage.

Plaintiff's counsel advised the Common Benefit Fund Special Master of the fee waiver and asked if any holdback was required. The Special Master responded as follows: "Firms do not need to make a holdback deposit if they've waived attorneys' fees. Under PTO 236, the holdback deposit applies only to firms that have received attorneys' fees from an MDL case."

Accordingly, Plaintiff's counsel will neither holdback any settlement funds nor deposit any settlement funds with the Common Benefit Fund.

DATED: March 25, 2024                    Respectfully submitted,

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.

*/s/ Claire E. Kreider*
Claire E. Kreider
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Phone: (504) 522-2304
Fax: (504) 528-9973
ckreider@gainsben.com

*Attorney for Plaintiff*

SHOOK, HARDY & BACON L.L.P.

*/s/ Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002
Phone: (713) 227-8008
Fax: (713) 227-9508
jstubbs@shb.com

*Attorney for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Claire E. Kreider, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Claire E. Kreider*
Claire E. Kreider
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

/s/ *Claire E. Kreider*
Claire E. Kreider
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.

*Attorney for Plaintiff*