**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 521-5547
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Nacole Kimble, et al. v. Monsanto Co.,* Case No. 3:21-cv-01334-VC | |

### NOTICE OF NON-OPPOSITION TO COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Defendant Monsanto Company hereby provides notice that it does not oppose counsel's Motion to Withdraw as Attorney of Record.

DATED: March 25, 2024          Respectfully submitted,

                               SHOOK, HARDY & BACON L.L.P.

                               By: */s/ Anthony R. Martinez*
                                   Anthony R. Martinez
                                   SHOOK, HARDY & BACON, LLP
                                   2555 Grand Boulevard
                                   Kansas City, MO 64108-2613
                                   Telephone: (816) 474-6550
                                   Email: amartinez@shb.com

                               *Attorney for Defendant Monsanto Company*

## **CERTIFICATE OF SERVICE**

I certify that on the 25th day of March, 2024, I electronically transmitted the foregoing **NOTICE OF NON-OPPOSITION TO COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

> */s/Anthony R. Martinez*
> Anthony R. Martinez
> SHOOK, HARDY & BACON, LLP
> Attorney for Defendant Monsanto Company