Antonio D. Spurling
SPURLING LAW FIRM, LLC
406 19th Street, Suite 100
Birmingham, AL 35218
T: 205-788-7006
Fax: 205-725-6052
Email: aspurling.esq@gmail.com

*Attorney for Plaintiff*

Anthony R. Martinez, Esq.
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: 816-474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No.: 2741 ) Case No.: 3:16-md-02741-VC |
| This document relates to: *Henrietta Woods v. Monsanto Company, et.al;* Case No.: 3:20-cv-00315-VC | ) ) **STIPULATION OF DISMISSAL** ) **WITH PREJUDICE** ) |

  COMES NOW, Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Henrietta Woods and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned case (including all claims asserted by Plaintiff), with each party to bear their own attorneys' fees and costs.

  Counsel for Plaintiff Henrietta Woods has read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required by said Court Order. Specifically, Counsel for Plaintiff HenriettaWoods hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion, to the extent applicable, has been sent to the Common Benefit Fund. Counsel for Plaintiff Henrietta Woods

further certifies that any applicable 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion. Judge Chhabria has ruled that common-benefit fees should not be taken from Plaintiff's recovery.

Dated this 25th day of March, 2024.

                Respectfully submitted,

                /s/ Antonio D. Spurling
                Antonio D. Spurling
                SPURLING LAW FIRM, LLC
                406 19th Street, Suite 100
                Birmingham, AL 35218
                T:205-788-7006
                Fax: 205-725-6052
                Email: aspurling.esq@gmail.com
                *Attorney for Plaintiff Henrietta Woods*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 25, 2024, the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed via the Court's CM/ECF electronic case filing system which will send notice of such filing to all counsel of record who are registered users.

Anthony R. Martinez, Esq.
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: 816-474-6550 ext. 2001
*Attorney for Defendant Monsanto Company*

                /s/ Antonio D. Spurling, Esq.
                      of Counsel