UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL No.: 2741<br>) Case No.: 3:16-md-02741-VC |
| This document relates to:<br>*Henrietta Woods v. Monsanto Company, et.al;*<br>Case No.: 3:20-cv-00315-VC | ) )<br>) HON. VINCE CHHABRIA<br>) ) |

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Having reviewed the Stipulation of Dismissal with Prejudice, the Court hereby GRANTS the requested relief and dismisses the above-captioned action, *Henrietta Woods v. Monsanto Co.,; et.,* Case No.: 3:20-cv-04649-VC, with prejudice.

IT IS SO ORDERED

Dated this _____ day of _____, 2024.

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT