| | |
|---|---|
| **WILKINSON STEKLOFF LLP** | **COVINGTON & BURLING LLP** |
| Brian L. Stekloff (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (bstekloff@wilkinsonstekloff.com) | (mimbroscio@cov.com) |
| Rakesh Kilaru (*pro hac vice*) | One City Center |
| (rkilaru@wilkinsonstekloff.com) | 850 10th St. NW |
| 2001 M St. NW | Washington, DC 20001 |
| 10th Floor | Tel: 202-662-6000 |
| Washington, DC 20036 | |
| Tel: 202-847-4030 | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| Fax: 202-847-4005 | K. Lee Marshall (CA Bar No. 277092) |
| | (klmarshall@bclplaw.com) |
| **HOLLINGSWORTH LLP** | Three Embarcadero Center, 7th Floor |
| Eric G. Lasker (*pro hac vice*) | San Francisco, CA 94111 |
| (elasker@hollingsworthllp.com) | Tel: 415-675-3400 | Fax: 415-675-3434 |
| 1350 I St. NW | |
| Washington, DC 20005 | Jed P. White (CA Bar No. 232339) |
| Tel: 202-898-5843 | (jed.white@bclplaw.com) |
| Fax: 202-682-1639 | 120 Broadway, Suite 300 |
| | Santa Monica, CA 90401 |
| | Tel: 310-576-2100 | Fax: 310-576-2200 |

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Thomas I. Fallon and Brigitte B. Fallon*, 3:20-cv-00248-VC | **DEFENDANT MONSANTO COMPANY'S MOTION TO MOVE CASE TO WAVE 8** |
| | [*Filed concurrently with Declaration of Joe Fornadel; and [Proposed] Order*] |

1 Defendant Monsanto Company ("**Monsanto**") hereby moves for an order moving this Wave 7C case to Wave 8 because Monsanto's case-specific expert was recently diagnosed with cancer and requires intensive in-patient treatment for approximately one month, which makes the expert unable to complete his report in this case by the current March 29, 2024 deadline. Counsel for Plaintiffs Thomas Fallon and Brigitte Fallon ("**Plaintiffs**") refused to stipulate to move this case to Wave 7F. In support of this Motion, Monsanto respectfully states as follows:

1. Parties seeking to move a case to a later wave are required to state in their motion whether a case has previously been moved. (*See* MDL Dkt. 17323). Cases that have already been moved from one wave to another at the request of the parties may be moved again only upon a showing of extraordinary circumstances. (MDL Dkt. 17234).

2. This case was originally assigned to Wave 6C.

3. This matter has changed once before, from Wave 6 to Wave 7, Sub-Wave C, pursuant to an Order Granting Administrative Motion to move case from Wave VI to Wave VII, entered on September 22, 2023. (MDL Dkt. 17314).

4. The change from Wave 6 to Wave 7C was at the request of Plaintiffs, who filed a motion to move the case on September 22, 2023. (MDL Dkt. 17312). Monsanto did not oppose.

5. On August 30, 2023, this Court issued an Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule (the "**Order**"). (MDL Dkt. 17234). Pursuant to the Order, the deadline for Monsanto's expert reports is March 29, 2024; and the close of expert discovery is on April 29, 2024. The parties' deadline to file *Daubert* motions is August 9, 2024.

6. Mindful of the deadlines pertaining to Wave 7C cases, the parties have diligently pursued discovery in this matter.

7. On February 26, 2024, counsel for Monsanto was notified that its designated case-specific expert has been diagnosed with cancer and, on March 15, 2024, counsel learned that the expert would need to remain in the hospital undergoing intensive treatment for approximately one month starting on March 25, 2024. (Declaration of Joe Fornadel in Support of Motion to Move Case to Wave 8 ("**Fornadel Decl.**") at ¶ 2). The expert will not be able to complete his

report or make himself available for a deposition in accordance with the deadlines outlined in the Order.  (*Id.* at ¶ 3).

8. On March 18, 2024, counsel for Monsanto promptly informed Plaintiffs' counsel and requested to move the case to Wave 7F due to the unforeseen change to the expert's medical condition.  (*Id*. at ¶ 4; *id.*, Ex. A).

9. On March 19, 2024, Plaintiffs' counsel declined the request and stated, "[w]e intend to move for preference."  (*Id.* at ¶ 5; *id.*, Ex. A).

10. That same day, counsel for Monsanto requested that Plaintiffs' counsel "**reconsider [his] response below as a professional courtesy in light of that information**."  (*Id*. at ¶ 6; *id.*, Ex. A) (emphasis added).

11. After receiving no response, on March 22, 2024, counsel for Monsanto followed up on its request, again requesting to move the case from Wave 7C to Wave 7F.  (*Id*. at ¶ 7; *id.,* Ex. A).

12. That same day, Plaintiffs' counsel denied the request, stating, "We still do not consent. We will be moving for preference."  (*Id.*)

13. Given Plaintiffs' response, counsel for Monsanto communicated to Plaintiffs' counsel that Monsanto would have to file a motion to move the case to Wave 8 and reiterated that its request was based on its expert's medical diagnosis.  (*Id*. at ¶ 8; *id.,* Ex. A) (emphasis added).  Plaintiffs' counsel did not respond. (*Id.*)

14. The medical diagnosis of Monsanto's case-specific expert was unforeseen and sudden.  The change in the expert's medical condition indisputably constitutes an extraordinary circumstance that renders this wave change necessary.  Moving this case to Wave 8 will allow additional time for (a) the expert to receive the necessary treatment and return to this case or (b) Monsanto to assess next steps and designate another case-specific expert to take his place.  (*Id.* at ¶ 10).

15. Moreover, this Motion is necessary as Monsanto's repeated attempts to resolve this issue without court intervention have been unsuccessful. (*Id.* at ¶¶ 4-8).

//

1       16.    Plaintiffs will not be prejudiced if the requested relief is granted because moving this case to Wave 8 will allow Plaintiffs to adequately and fully conduct expert discovery and flesh out Monsanto's claims and defenses. (*Id.* at ¶ 11).

Dated: March 25, 2024

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

    */s/ Jed P. White*
Jed P. White
Attorneys for Defendant Monsanto Company