**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400 | Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100 | Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Thomas I. Fallon and Brigitte B. Fallon*, 3:20-cv-00248-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF JOE FORNADEL IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO MOVE CASE TO WAVE 8**<br><br>[*Filed concurrently with Motion to Move Case to Wave 8; and [Proposed] Order*] |

I, Joe Fornadel, declare as follows:

1. I am an attorney at the law firm of Nelson Mullins Riley & Scarborough LLP, counsel of record for Defendant Monsanto Company ("Monsanto"). I have personal knowledge of the information set forth in this declaration and, if called upon to do so, could and would testify truthfully and competently with respect thereto.

2. On February 26, 2024, my office was informed that Monsanto's designated case-specific expert had been recently diagnosed with cancer and, on March 15, 2024, my office was informed he would need to remain in the hospital undergoing intensive treatment for approximately one month starting on March 25, 2024.

3. Given the expert's diagnosis, the expert is unable to complete his report or make himself available for a deposition by the deadlines set in the Court's Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule (the "**Order**").

4. On March 18, 2024, I informed Plaintiffs' counsel, Manuel Gomez of the Law Office of Manuel Gomez, regarding Monsanto's expert's medical condition and the inability of the expert to complete the report and make himself available for deposition in accordance with the deadlines set in the Order. I requested that the case be moved to Wave 7F to not only allow additional time but also to preclude the need for court intervention.

5. On March 19, 2024, Mr. Gomez declined, stating, "We do not consent. We intend to move for preference."

6. That same day, I provided additional information to Plaintiffs' counsel: "[O]ur assigned case specific expert is unavailable due to recent changes in his medical condition that have made it impossible for him to complete his report in a timely manner under the current deadlines. We would appreciate if you would reconsider your response below as a professional courtesy in light of that information."

7. After receiving no response, on March 22, 2024, I followed up with Mr. Gomez on the request, again asking that the case move from Wave 7C to Wave 7F. That same day, Mr. Gomez denied the request again and stated that Plaintiffs would move for preference.

1  8. I responded that same day, stating that Monsanto would have to file a motion to move the case to Wave 8 and reiterated that my request was "based upon the fact that our designated case specific expert was recently diagnosed with cancer, which necessitated intensive treatment in an in patient setting over most of the coming month.  As such, he was unable to complete his report in this case or make himself available for a deposition in the near future. We would appreciate if we could resolve this dispute without involving the Court."

9. A true and correct copy of my correspondence with Plaintiffs' counsel from March 18 to March 22, 2024 is attached hereto as **Exhibit A**.

10. Moving this case to Wave 8 will allow additional time for (a) the expert to receive the necessary medical treatment and return to this case or (b) Monsanto to assess next steps and designate another case-specific expert to take his place.

11. Plaintiffs will not be prejudiced if the requested relief is granted because moving this case to Wave 8 will allow Plaintiffs to adequately and fully conduct expert discovery.

I hereby declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on March 25, 2024, in Columbia, South Carolina.

  */s/ Joe Fornadel*
  Joe Fornadel

2
DECLARATION ISO MOTION TO MOVE CASE TO WAVE 8

# EXHIBIT A

<^_^>


**From:** Joe Fornadel
**Sent:** Friday, March 22, 2024 3:02 PM
**To:** 'Manuel Gomez' <manueldgomezesq@gmail.com>
**Cc:** Cady, Tina (SHB) <TCADY@shb.com>; Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Eric Paine <eric.paine@nelsonmullins.com>; Jenni Jokerst <jenni.jokerst@nelsonmullins.com>
**Subject:** RE: Fallon v. Monsanto

Manuel,

That's unfortunate.  Given your position, we will need to file a motion to move this case to Wave 8.  My request below is based upon the fact that our designated case specific expert was recently diagnosed with cancer, which necessitated intensive treatment in an in patient setting over most of the coming month.  As such, he was unable to complete his report in this case or make himself available for a deposition in the near future.

We would appreciate if we could resolve this dispute without involving the Court.  However, if you maintain your position, we will be forced to file a motion next week and inform the Court of the circumstances above and your response to the same.

Joe Fornadel
(803) 255-9227

---

**From:** Manuel Gomez <manueldgomezesq@gmail.com>
**Sent:** Friday, March 22, 2024 1:53 PM
**To:** Joe Fornadel <joe.fornadel@nelsonmullins.com>
**Cc:** Cady, Tina (SHB) <TCADY@shb.com>; Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Eric Paine <eric.paine@nelsonmullins.com>; Jenni Jokerst <jenni.jokerst@nelsonmullins.com>
**Subject:** Re: Fallon v. Monsanto

Good afternoon,

We still do not consent. We will be moving for preference.

Thanks,

On Fri, Mar 22, 2024 at 10:01 AM Joe Fornadel <joe.fornadel@nelsonmullins.com> wrote:

> Manuel,
>
> I wanted to circle back here on my request.  Please let me know today if you are agreeable to moving this case to Wave 7F based on the change in our expert's medical condition.  Thank you.
>
> Joe Fornadel
>
> (803) 255-9227
>
> **From:** Joe Fornadel
> **Sent:** Tuesday, March 19, 2024 9:16 PM

**To:** Manuel Gomez <manueldgomezesq@gmail.com>
**Cc:** Cady, Tina (SHB) <TCADY@shb.com>; Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Eric Paine <eric.paine@nelsonmullins.com>; Jenni Jokerst <jenni.jokerst@nelsonmullins.com>
**Subject:** RE: Fallon v. Monsanto

Manuel,

To provide some additional context, our assigned case specific expert is unavailable due to recent changes in his medical condition that have made it impossible for him to complete his report in a timely manner under the current deadlines.  We would appreciate if you would reconsider your response below as a professional courtesy in light of that information.  Please let me know.

Joe Fornadel

(803) 255-9227

**From:** Manuel Gomez <manueldgomezesq@gmail.com>
**Sent:** Tuesday, March 19, 2024 4:13 PM
**To:** Joe Fornadel <joe.fornadel@nelsonmullins.com>
**Cc:** Cady, Tina (SHB) <TCADY@shb.com>; Martinez, Anthony (SHB) <AMARTINEZ@shb.com>; Eric Paine <eric.paine@nelsonmullins.com>; Jenni Jokerst <jenni.jokerst@nelsonmullins.com>
**Subject:** Re: Fallon v. Monsanto

Good afternoon,

We do not consent. We intend to move for preference.

Regards,

On Mon, Mar 18, 2024 at 5:59 PM Joe Fornadel <joe.fornadel@nelsonmullins.com> wrote:

> Manuel,

3

Due to an unforeseen change in our expert's availability, we would like to move this case to Subwave 7F (Monsanto's reports would be due June 10, expert discovery closes July 10). A motion is not required to move cases between subwaves—just agreement of the parties. Please let us know if that change is agreeable. Thank you.

Best,

Joe Fornadel

(803) 255-9227

**From:** Martinez, Anthony (SHB) <AMARTINEZ@shb.com>
**Sent:** Thursday, March 14, 2024 11:50 PM
**To:** Manuel Gomez <manueldgomezesq@gmail.com>
**Cc:** Cady, Tina (SHB) <TCADY@shb.com>; Joe Fornadel <joe.fornadel@nelsonmullins.com>
**Subject:** RE: Fallon v. Monsanto

Manuel,

Can you please provide deposition dates for Dr. Gandhi. We will need a full day for this deposition.

Best Regards,

**Anthony R. Martinez**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.2683 | amartinez@shb.com

4



**From:** Manuel Gomez <manueldgomezesq@gmail.com>
**Sent:** Thursday, February 29, 2024 12:27 PM
**To:** du Pont, Julie K. <Julie.duPont@arnoldporter.com>
**Subject:** Re: Fallon v. Monsanto

External E-mail

Good afternoon,

Please see a courtesy copy of the Expert Report that has been submitted to PACER.

Kind regards,

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise

legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

--

**Luis Machica Acosta**

**Paralegal**

**The Law Office of Manuel D. Gomez, P.C.**

**(212) 571-2640 Telephone**

**(212) 571-2302 Fax**

**CONFIDENTIALITY NOTICE:**
This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

--
**Luis Machica Acosta**
**Paralegal**
**The Law Office of Manuel D. Gomez, P.C.**
**(212) 571-2640 Telephone**
**(212) 571-2302 Fax**

**CONFIDENTIALITY NOTICE:**
This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.