1
2
3
4
5
6
7
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No.: 3:16-md-02741-VC |
| *Thomas I. Fallon and Brigitte B. Fallon*, 3:20-cv-00248-VC | **[*PROPOSED*] ORDER GRANTING DEFENDANT MONSANTO COMPANY'S MOTION TO MOVE CASE TO WAVE 8** |
| | *[Filed concurrently with Motion to Move Case to Wave 8; and Declaration of Joe Fornadel]* |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Pursuant to Defendant Monsanto Company's ("Monsanto") Motion to Move Case to
2   Wave 8 (the "Motion"), and for good cause shown, the Court hereby enters the following Order:
3   **IT IS HEREBY ORDERED AND ADJUDGED:**
4       1.   Monsanto's Motion is GRANTED;
5       2.   This case is removed to Wave 8;
6       3.   The Wave 8 Schedule set forth in this Court's Order Granting Joint Request for
7   Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule (MDL Dkt. 17234) shall
8   apply to this case.
9   **IT IS SO ORDERED.**

Dated: _____     _____
                                    Honorable Vince G. Chhabria
                                    United States District Court Judge