**SCHLESINGER LAW OFFICES, P.A.**
Jeffrey L. Haberman, Esq.
*JHaberman@schlesingerlaw.com*
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Telephone: 954.320.9507
Facsimile: 954.320.9509

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: | Case No. 3:16-md-02741-VC |
| *Thompson et al. v. Monsanto Co.*<br>Case No. 3:20-cv-08851-VC | **MOTION TO SUBSTITUTE PARTIES AND TO AMEND THE COMPLAINT** |

Pursuant to Fed. R. Civ. P. 25(a) and Fed. R. Civ. P. 15(a), Plaintiff Jaimie Thompson, by and through her undersigned attorneys, moves to substitute herself as the real party in interest for Plaintiff Matthew Thompson who has died during the pendency of this case. Plaintiff Jaimie Thompson is the widow of Matthew Thompson and the lawfully appointed Personal Representative of the Estate of Matthew Thompson.

Plaintiff's proposed amended complaint, attached hereto as Exhibit A, seeks to amend the allegations of the complaint to include facts pertaining to Matthew Thompson's death and legal claims relating to Matthew Thompson's death.

DATED: March 25, 2024                    Respectfully submitted,

                                         */s/ Jeffrey L. Haberman*
                                         JEFFREY L. HABERMAN
                                         **SCHLESINGER LAW OFFICES, P.A.**
                                         Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2024, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: */s/ Jeffrey L. Haberman*
Jeffrey L. Haberman