# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2020236682  
**DATE ISSUED:** JANUARY 7, 2021  
**DATE FILED:** DECEMBER 31, 2020

### DECEDENT INFORMATION

NAME: MATTHEW LAWRENCE THOMPSON  
DATE OF DEATH: DECEMBER 26, 2020  SEX: MALE  AGE: 042 YEARS  
DATE OF BIRTH: DECEMBER 17, 1978  SSN: ***-**-0422  
BIRTHPLACE: BINGHAMTON, NEW YORK, UNITED STATES  
PLACE WHERE DEATH OCCURRED: HOSPICE  
FACILITY NAME OR STREET ADDRESS: 2430 DIPLOAMAT PARKWAY EAST  
LOCATION OF DEATH: CAPE CORAL, LEE COUNTY, 33909  
RESIDENCE: 115 SE 7TH PLACE, CAPE CORAL, FLORIDA 33990, UNITED STATES  
COUNTY: LEE  
OCCUPATION, INDUSTRY: SERVICE TECHNICIAN, PETROLEUM  
EDUCATION: 9TH THRU 12TH GRADE; NO DIPLOMA  EVER IN U.S. ARMED FORCES? NO  
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN  
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: MARRIED  
SURVIVING SPOUSE NAME: JAIMIE BETH GOLDSTEIN  
FATHER'S/PARENT'S NAME: DAVID LAWRENCE THOMPSON  
MOTHER'S/PARENT'S NAME: KAREN VANOVEN

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: JAIMIE B THOMPSON  
RELATIONSHIP TO DECEDENT: WIFE  
INFORMANT'S ADDRESS: 115 SE 7TH PLACE, CAPE CORAL, FLORIDA 33990, UNITED STATES  
FUNERAL DIRECTOR/LICENSE NUMBER: SHANNON D MULLINS, F044369  
FUNERAL FACILITY: MULLINS MEMORIAL FH & CREMATION SERVICE INC - CAPE CORAL F079336  
1056 NE 7TH TERRACE, CAPE CORAL, FLORIDA 33909  
METHOD OF DISPOSITION: CREMATION  
PLACE OF DISPOSITION: MULLINS MEMORIAL FUNERAL HOME & CREMATION SERVICE  
CAPE CORAL, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  
MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE  
TIME OF DEATH (24 HOUR): 1022  
DATE CERTIFIED: DECEMBER 31, 2020  
CERTIFIER'S NAME: MALKAN G PATEL  
CERTIFIER'S LICENSE NUMBER: OS10455  
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT ENTERED

The first five digits of the decedent's Social Security Number has been redacted pursuant to §119.071(5), Florida Statutes.

*Ken Jones*, STATE REGISTRAR

REQ: 2022253501

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.





DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD