IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

IN RE:       ESTATE OF                        PROBATE DIVISION

MATTHEW LAWRENCE THOMPSON        FILE NO.: 24    -CP-000350

   Deceased

## AMENDED LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

   WHEREAS, MATTHEW LAWRENCE THOMPSON, a resident of Lee County, Florida, died on December 26, 2020, owning assets in the State of Florida, and

   WHEREAS, JAIMIE B. THOMPSON has been appointed personal representative of the estate of the decedent and have performed all acts prerequisite to issuance of Letters of Administration in the estate,

   NOW, THEREFORE, I, the undersigned circuit judge, declare JAIMIE B. THOMPSON is qualified under the laws of the State of Florida to act as personal representative of the estate of MATTHEW LAWRENCE THOMPSON, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

   DONE AND ORDERED at Fort Myers, Lee County, Florida.

*[Signature]*
eSigned by James Shenko 02/08/2024 16:35:42 vpAHOt-d

Electronic Service List
Douglas F Hoffman <dhoffman@estateandtrust.net>
Douglas F Hoffman <dpatrissi@estateandtrust.net>
Douglas F Hoffman <dlemin@estateandtrust.net>