# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2741**<br>Case No.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:**<br><br>*Steven R. Montgomery and Lauren C. Daspit v. Monsanto Co.,* Case No.: 3:20-cv-07397 | Honorable Judge Vince Chhabria<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Considering Plaintiffs' Motion for Extension of Time, and there being no opposition thereto,

**IT IS HEREBY ORDERED** that Plaintiffs' opposition to Defendant's Motion for Summary Judgment (Doc. 18060) is due April 19, 2024 and Defendant's reply to Plaintiffs' opposition is due April 25, 2024.

_____
JUDGE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA