Natalie M. DeJean (LA Bar Roll No. 32423)
**LAW OFFICES OF KENNETH W. DEJEAN**
417 W. University Ave. (70506)
P.O. Box 4325
Lafayette, Louisiana 70502
Phone: (337) 235-5294
Fax: (337) 235-1095
natalie@kwdejean.com
*Counsel for Plaintiffs, Gilbert P. Pellerin, Sr. and Deborah S. Pellerin*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2741** **Case No.: 3:16-md-02741-VC** |
| **THIS DOCUMENT RELATES TO:** | **Honorable Judge Vince Chhabria** |
| *Gilbert P. Pellerin, Sr. and Deborah S. Pellerin v. Monsanto Co., Case No. 3:21-cv-04634-VC* | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiffs, Gilbert P. Pellerin, Sr. and Deborah S. Pellerin (Case No. 3:21-cv-04634), through undersigned counsel, respectfully request a twenty-one (21) day extension in which to file an opposition to the Motion for Summary Judgment (Doc. 18061) filed by Defendant, Monsanto.

On March 15, 2024, Monsanto filed a Motion for Summary Judgment on Causation Grounds (Doc. 18061), which has been set for hearing on May 2, 2024, at 2:00 p.m.

Plaintiffs' deadline to file an opposition to Monsanto's Motion for Summary Judgment is March 29, 2024, and the deadline for Monsanto to file a reply to Plaintiffs' opposition is April 5, 2024.

Plaintiffs now move this Honorable Court for an additional twenty-one (21) days, or until April 19, 2024, to file an opposition to Monsanto's Motion for Summary Judgment, unless otherwise ordered by the Court.

The basis for this request is that Plaintiffs filed a Motion to move their cases to Wave 8 on March 23, 2024 (Doc. 18093), which is still pending before the Court.

The requested extension does not affect the hearing date of May 2, 2024 currently set.

Plaintiffs' counsel has contacted Anthony Martinez, counsel for Monsanto, and he does not oppose Plaintiffs' request for an extension to file an opposition to Defendant's Motion for Summary Judgment.

DATED:        March 26, 2024

Respectfully Submitted,

*/s/ Natalie M. DeJean*
Natalie M. DeJean (LA Bar Roll No. 32423)
Kenneth W. DeJean (LA Bar Roll No. 4817)
Adam R. Credeur (LA Bar Roll No. 35095)
**LAW OFFICES OF KENNETH W. DEJEAN**
417 W. University Ave. (70506)
P.O. Box 4325
Lafayette, Louisiana 70502
Phone: (337) 235-5294
Fax: (337) 235-1095
natalie@kwdejean.com
kwdejean@kwdejean.com
adam@kwdejean.com
*Counsel for Plaintiffs, Gilbert P. Pellerin, Sr. and Deborah S. Pellerin*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Natalie M. DeJean
NATALIE M. DEJEAN