# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL NO. 2741<br>Case No.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Judge Vince Chhabria |
| *Gilbert P. Pellerin, Sr. and Deborah S. Pellerin v. Monsanto Co., Case No. 3:21-cv-04634-VC* | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Considering Plaintiffs' Motion for Extension of Time, and there being no opposition thereto,

**IT IS HEREBY ORDERED** that Plaintiffs' opposition to Defendant's Motion for Summary Judgment (Doc. 18061) is due April 19, 2024 and Defendant's reply to Plaintiffs' opposition is due April 25, 2024.

_____
JUDGE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA