| | |
|---|---|
| Lawrence J. Centola, III<br>Martzell, Bickford, & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>504-581-9065<br>Fax: 504-581-7635<br>Email: lcentola@mbfirm.com | Michael Lillis<br>Lillis Law Firm<br>338 Lafayette Street<br>New Orleans, LA 70130<br>504-581-9065<br>Fax: 504-581-7635<br>Email: michael@lillislegal.com |

*Attorneys for Plaintiff*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Lawless Warino v. Monsanto Company*,<br>Case No. 3:20-cv-07327-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned case (including all claims asserted by Plaintiff), with each party to bear their own attorneys' fees and costs.

      Counsel for Plaintiff has read Pretrial Order No 236, ECF 13192, and hereby certifies that no common benefit holdback is required for this unsettled plaintiff.

1  DATED: March 26, 2024                Respectfully submitted,

2                                        /s/ Lawrence J. Centola, III
3                                        Lawrence J. Centola, III
                                         Martzell, Bickford, & Centola
4                                        338 Lafayette Street
                                         New Orleans, LA 70130
5                                        504-581-9065
                                         Fax: 504-581-7635
6                                        Email: lcentola@mbfirm.com

7                                        and

8
                                         Michael Lillis
9                                        Lillis Law Firm
                                         338 Lafayette Street
10                                       New Orleans, LA 70130
                                         504-581-9065
11                                       Fax: 504-581-7635
                                         Email: michael@lillislegal.com
12
13                                       *Attorneys for Plaintiff*

14                                       /s/ Anthony R. Martinez
                                         Anthony R. Martinez
15                                       (amartinez@shb.com)
                                         SHOOK, HARDY & BACON, LLP
16                                       2555 Grand Blvd
                                         Kansas City, MO 64108
17                                       Tel: (816) 474-6550 ext. 2001

18                                       *Attorney for Defendant Monsanto Company*

19

20

21

22

23

24

25

26

27

28
                                              2
                            STIPULATION OF DISMISSAL WITH PREJUDICE
                              3:16-md-02741-VC & 3:20-cv-07327-VC

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Lawrence J. Centola, III, attests that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Lawrence J. Centola, III*
Martzell, Bickford, & Centola

*Attorney for Plaintiff*