| | |
|---|---|
| Lawrence J. Centola, III<br>Martzell, Bickford, & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>504-581-9065<br>Fax: 504-581-7635<br>Email: lcentola@mbfirm.com | Michael Lillis<br>Lillis Law Firm<br>338 Lafayette Street<br>New Orleans, LA 70130<br>504-581-9065<br>Fax: 504-581-7635<br>Email: michael@lillislegal.com |

*Attorneys for Plaintiff*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Larry Warino v. Monsanto Company*<br>Case No. 3:20-cv-07326-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned case (including all claims asserted by Plaintiff), with each party to bear their own attorneys' fees and costs.

Counsel for Plaintiff has read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for

Plaintiff further certifies that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion.

DATED: March 26, 2024

Respectfully submitted,

*/s/ Lawrence J. Centola, III*
Lawrence J. Centola, III
Martzell, Bickford, & Centola
338 Lafayette Street
New Orleans, LA 70130
504-581-9065
Fax: 504-581-7635
Email: lcentola@mbfirm.com

and

Michael Lillis
Lillis Law Firm
338 Lafayette Street
New Orleans, LA 70130
504-581-9065
Fax: 504-581-7635
Email: michael@lillislegal.com

*Attorneys for Plaintiff*

*/s/ Anthony R. Martinez*
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Lawrence J. Centola, III, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Lawrence J. Centola, III*
Martzell, Bickford, & Centola

*Attorney for Plaintiff*