|   |   |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Shaffer v. Monsanto Company*<br>Case No. 3:20-cv-05930-VC | **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal With Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal With Prejudice as to the above referenced captioned matter.

**IT IS SO ORDERED.**

Dated: _____        _____
Vince Chhabria
United States District Judge