# EXHIBIT A

STATE OF California

      ss.

COUNTY OF Alameda

I, LUOPING ZHANG, Ph.D., M.S., declare and state as follows:

1.  I am over the age of 18 and make this statement based on personal knowledge.

2.  I have been retained as an expert by the Plaintiffs in the Angelo Bulone matter.

3.  My professional qualifications are set out in the curriculum vitae attached hereto as **Exhibit A.**

4.  My opinions in this matter, and the bases for them, are set out in the following:

    a. Zhang, L., et al., *"Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence,"* July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206, https://doi.org/10.1016/j.mrrev.2019.02.00, which is attached hereto as **Exhibit B**; and

    b. Rana, I., et al., *"Mapping the key characteristics of carcinogens for glyphosate and its formulations: A systematic review,"* dated July 17, 2023, Chemosphere, which is attached hereto as **Exhibit C.**

5.  Further affiant sayeth not.

                 DocuSigned by:

                 *Luoping Zhang*

                 142E3BA0D56F4BE...

                LUOPING ZHANG, Ph.D., M.S

The foregoing Affidavit was subscribed and sworn to before me this 18th day of

October, 2023.

             MARTHA ISABEL ESPINOZA Digitally signed by Martha I

             Notary ID #133408711 Espinoza

             My Commission Expires Date: 2023.10.18 16:28:55

             October 22, 2023 -05'00'

             Notary Public

       My commission Expires: _____

# EXHIBIT A

Curriculum Vitae

**Luoping Zhang, Ph.D.**

Emeritus Adjunct Professor

Division of Environmental Health Sciences
School of Public Health
University of California
Berkeley, California 94720-7356

510-643-5189 (phone)
510- 642-0427 (fax)
luoping@berkeley.edu
http://sph.berkeley.edu/luoping-zhang

## EDUCATION

| | |
|---|---|
| 1993 | **Ph.D.  *Biochemical Toxicology*** |
| | Degree received from Simon Fraser University (SFU), Burnaby, B.C. Canada, with research done both at SFU and at University of California, Berkeley, California (1993). |
| 1985 | **M.S.  *Biochemistry*** |
| | Huazhong University of Science and Technology, Wuhan, P.R. China |
| 1982 | **B.S.  *Physical Chemistry*** |
| | Wuhan University, Wuhan, P.R. China |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| July 2022 – | Emeritus Professor VI (Researcher 6) |
| | School of Public Health, University of California, Berkeley, USA |
| July 2021 – June 2022 | Adjunct Professor VI (Researcher 6) |
| | School of Public Health, University of California, Berkeley, USA |
| July 2018 – June 2021 | Adjunct Professor V (Researcher 5) |
| | School of Public Health, University of California, Berkeley, USA |
| July 2015 – June 2018 | Adjunct Professor IV (Researcher 4) |
| | School of Public Health, University of California, Berkeley, USA |
| July 2012 – June 2015 | Adjunct Professor III (Researcher 3) |
| | School of Public Health, University of California, Berkeley, USA |
| July 2009 - 2012 | Associate Adjunct Professor V (Associate Researcher 5) |
| | School of Public Health, University of California, Berkeley, USA |
| July 2006- June 2009 | Associate Adjunct Professor IV (Associate Researcher 4) |
| | School of Public Health, University of California, Berkeley, USA |
| 2000 - 2006 | Specialist 2-3 |
| | School of Public Health, University of California, Berkeley, USA |
| 1996 - 2000 | Associate Specialist 2, 4 |
| | School of Public Health, University of California, Berkeley, USA |
| Dec 1992 - 1996 | Assistant Specialist 2, 3 |
| | School of Public Health, University of California, Berkeley, USA |
| Apr - Nov 1992 | Postgraduate Research 1 |
| | School of Public Health, University of California, Berkeley, USA |
| 1989 - 90 | Research & Teaching Assistant |
| | School of Kinesiology, Simon Fraser University, Burnaby, B.C. Canada |
| 1988 - 89 | Visiting Scientist |
| | Department of Biochemistry, University of Padova, Padova, Italy |

| | | |
|---|---|---|
| | 1987 - 88 | Visiting Scientist<br>Department of Experimental Medicine & Biochemical Science, University of Perugia, Perugia, Italy |
| | 1985 - 1987 | Research & Teaching Associate<br>Department of Chemistry, Huazhong University of Science and Technology, Wuhan, China |
| | 1982 | Research Associate<br>Department of Chemistry, Zhongnan National College, Wuhan, China |
| **HONORS** | | |
| | 2020 - 2022 | U.S. Fulbright Fellow to University of Udine, Italy (Delay to Spring-Summer in 2022 due to COVID-19)<br>J.W. Fulbright Scholarship Board, Washington DC, USA |
| | 2019 - Present | Elected as a Fellow of the Collegium Ramazzini, Bentivoglio, Italy. |
| | 2018 | Committee on Teaching Excellence (CoTE) Honor for Spring 2018<br>University of California, Berkeley, CA, USA |
| | 2016 | Distinguished Chinese Toxicologist Lectureship Award<br>Society of Toxicology, Reston, VA, USA |
| | 2015, 2014 | School of Public Health Award for Teaching Excellence, University of California, Berkeley, CA, USA |
| | 2000 - Present | Honored Professor in the College of Life Science and Technology at Huazhong University of Science and Technology, Wuhan, P. R. China |
| | 1992 - 1993 | University of California Toxic Substances Program Scholarship<br>University of California, Berkeley, CA, USA |
| | 1991 - 1992 | Steel Memorial Graduate Scholarship<br>Simon Fraser University, Burnaby, B.C. Canada |
| | 1989 - 1990 | Graduate Fellowship<br>Simon Fraser University, Burnaby, B.C. Canada |
| | 1987 - 1988 | Research Fellowship for Outstanding Scientists<br>The Third World Academic Science, Trieste, Italy |
| | 1986 & 1988 | Awards of Academic Excellence for Publications<br>Cinese Chemical Society, Hubei, P. R. China |
| | 1986 | Outstanding Teaching Award<br>Huazhong University of Science and Technology, Wuhan, P. R. China |
| **NATIONAL AND INTERNATIONAL SERVICES** | | |
| | June 19-27, 2023 | Served as a keynote speaker and one of major instructors at the 2nd Workshop for *GeoHealth Hub* for Climate and Health in the Middle East and North Africa (MENA) at University of Balamand, Beirut, Lebanon. |
| | 2022 - 2023 | Served as a member of the Working Group for *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 134: Aspartame, methyleugenol, and isoeugenol*. Lyon, France. June 6-13, 2023. |
| | 2019 - Present | Served as the Editor-in-Chief on the Board of Editors for *Advances in Biomarker Sciences and Technology*. |
| | Nov 14, 2019 | Served on the NIEHS Special Emphasis Panel (ZES1 LWJ-S R3) to review RIVER grant proposals. Durham, North Carolina. |

| | |
|---|---|
| 2017 - 2018 | Appointed as a member of the Organizing Committee on "*Emerging Genome Editing Tools to Advance Environmental Health Research: From Cells to Populations*" by the National Academies of Sciences. |
| 2016 - 2017 | Served as a member of the Working Group for *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 120: Benzene*. Lyon, France. |
| 2016 - 2017 | Served on the Food Quality Protection Act Science Review Board for the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) Scientific Advisory Panel on Glyphosate, EPA. Arlington, Virginia. |
| 2016 | Invited by the UK *Medical Research Council* to review a Career Development Award: Transition to Independence grant titled, "*Understanding the mechanism of cellular formaldehyde toxicity, tolerance, and sensing*," for a total of £970,962 ($1.27m). |
| 2016 | Chairperson of platform session on *Exposure and Diseases Resulting from Environmental Exposure at the 8th Princess Chulabhorn International Science Congress on Environmental Health* in Bangkok, Thailand. |
| 2012 - 2022 | Reappointed by former Governor Brown as a member on *Carcinogen Identification Committee*, Science Advisory Board, OEHHA, Cal EPA |
| 2012 - Present | Served on the Board of Editors for *Environmental and Molecular Mutagenesis*. |
| 2011 - 2015 | Served on the Board of Editors for *Journal of Clinical Toxicology*. |
| 2011 - 2013 | Served on the Board of Society of Toxicology, Northern California. |
| 2011 | Served on the Technical Program Committee and as a plenary speaker at *International Conference on Environmental Pollutants and Public Health* (EPPH 2011) in Wuhan, China. |
| 2010 - 2014 | Selected and served as an expert on the Environmental Health Sciences Review Committee (EHSRC) at NIEHS, North Carolina. |
| 2010 - 2013 | National Academy of Science (NAS-IOM) Committee for the *Review of the Health Effects in Vietnam Veterans of Exposure to Herbicides*. Washington DC, USA. |
| 2010 | Served as an expert at the Expert Consultation Meeting in the Federal Institute for Risk Assessment, June 14-15, Berlin, Germany 2010. |
| 2009 | Served as a technical expert on formaldehyde for National Toxicology Program: 12th Report on Carcinogens, Sept–Nov, 2009, NIEHS, NC. |
| 2009 | Organizing Committee Member of International Conference on "*Benzene 2009: Health Effects and Mechanisms of Bone Marrow Toxicity Implications for t-AML and the Mode of Action Framework*" Munich, Germany. |
| 2008 - 2009 | Proposal reviewer for Gillings Innovation Laboratory (GIL) Honorarium at Gillings School of Public Health, University of North Carolina at Chapel Hill, North Carolina. |
| 2008 - 2009 | National Academy of Science Committee for "*Review of EPA's Toxicological Assessment of Tetrachloroethylene*". |
| 2008 - Present | Served on the Board of Editors for *China Occupational Medicine*. |
| 2008 | Invited Reviewer of STAR fellowship of Molecular Biology in US EPA. |
| 2008 | Chair of the Symposium of "*Formaldehyde and Leukemia*" at the 2008 EMS Annual Conference. |

| | | |
|---|---|---|
| | 2004 | Organizer and Co-Chair of Program Committee of Special Conference on "*Recent Advances in Benzene Toxicity,*" Munich, Germany. |
| **PROFESSIONAL AFFILIATIONS** | | |
| | 2007 - Present | Member of *Federation of American Societies for Experimental Biology* (FASEB) |
| | 2007 - Present | Member of *American Association of Chinese in Toxicology* (AACT) |
| | 2007 - Present | Member of *Society of Toxicology* (SOT) |
| | 2005 - Present | Member of *Northern California Society of Toxicology* (NorCal SOT) |
| | 2001 - Present | Member of *Environmental Mutagenesis and Genomics Society* (EMGS) |
| | 2001 - 2014 | Member of Molecular Epidemiology group of the *American Association for Cancer Research* (AACR) |
| **RESEARCH INTERESTS** | 1992 - 2014 | Member of *American Association for Cancer Research* (AACR) |

For the past three decades, my research has focused on understanding the molecular mechanisms of bone marrow toxicity caused by benzene (BZ) and other toxic chemicals including butadiene (BD), formaldehyde (FA), tricholoroethylene (TCE) and arsenic (As). Our investigations have mainly involved the detection of biomarkers associated with these chemical exposures in molecular epidemiological studies conducted with national and international collaborators. My group investigated specific chromosomal aneuploidies and rearrangements in many of these studies, as well as in mature and progenitor human cells *in vitro* by a molecular cytogenetic method named FISH (fluorescence *in situ* hybridization). We have developed and applied the innovative OctoChrome FISH method that simultaneously detects specific rearrangements of all 24 human chromosomes, including common genetic changes associated with leukemia and/or lymphoma. In order to identify additional biomarkers and disease-related mechanisms associated with these chemical exposures, we have developed and continue to employ many high-throughput technologies, such as single-cell genetic analysis (SCGA) and array-based toxicogenomic (genomics, transcriptomics, proteomics, and metabolomics) and epigenomic (DNA-methylation, histone modification, and microRNomics) tools. These advanced omic methodologies and RNAi (RNA interference) are also applied to *in vitro* human cell culture studies of chemical exposure. Besides my long-term involvement and contributions to the Northern California Childhood Leukemia Study (NCCLS), I have been a co-project leader and/or co-principal investigator in the Center for Interdisciplinary Research on Childhood Leukemia and the Environment (CIRCLE), the Superfund Basic Research Program (SBRP) and the Center for Exposure Biology (CEB) at Berkeley. Currently, I am applying the novel functional genomic editing approach (CRISPR)-Cas9 in human cells, including stem/progenitor cells or other types, to systematically identify functionally important genes, cellular targets, biological pathways, and human susceptibility genes.

| | | |
|---|---|---|
| **SELECTED LECTURES** | | |
| | 2022 | "A Multi-Omic Approach and Bioinformatic Analysis in Studies of Exposures to Chemical Carcinogens". Invited speaker at the 13th International Conference on Environmental Mutagens (ICEM), Ottawa, Canada. August 27 – September 1, 2022. |
| | | "Human Exposure to Glyphosate-Based Herbicides and Non-Hodgkin Lymphoma". Invited speaker at the Ramazzini Institute, Bologna, Italy. June 13, 2022. |
| | 2021 | "Weeding out the Risk of Non-Hodgkin Lymphoma from Exposure to Glyphosate-Based |

Herbicides." Invited speaker at Institute for Translational Epidemiology Seminar, Icahn School of Medicine, Mount Sinai, New York. January 14, 2021.

**2019** "Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence." Invited speaker and Symposium Chair at the 50th Annual Meeting of *Environmental Mutagenesis and Genomics Society* (EMGS), September 19-23, 2019, Washington DC, USA.

"Genotoxicity Biomarkers: The 50-Year Revolution in Molecular Epidemiology." Invited speaker at the 50th Annual Meeting of *Environmental Mutagenesis and Genomics Society* (EMGS), September 19-23, 2019, Washington DC, USA.

"A Vision for CRISPR Applications in Toxicology and Environmental Health Research." Invited speaker at the 15th International Congress of Toxicology (ICTXV), July 15-18, 2019, Honolulu, Hawaii, USA.

**2018** "Applying CRISPR to Identify Determinates of Arsenic Trioxide Cellular Toxicity." Invited speaker at the First International Conference on Innovations in Population Health and Personalized Medicine (IPHPM), December 12-13, 2018, Tirgu Mures, Romania.

"Applying CRISPR in Environmental Health Research (EHR): From Cells from Human Populations". Invited speaker at the NASEM Workshop: The Promise of Genome Editing Tools in HER, January 10-11, 2018, Washington DC, USA.

**2017** "Toxicogenomics and Mechanisms of Environmental Pollutants: Benzene and Formaldehyde." Invited speaker at the *2nd International Caparica Conference on Pollutant Toxic Ions & Molecules*, November 6-9, 2017, in Caparica, Portugal.

"Emerging Application of CRISPR in Toxicology and Environmental Health Sciences." Invited speaker at the *48th Annual Meeting of Environmental Mugatenesis and Genomics Society*, September 9-13, 2017, in Raleigh, North Carolina.

**2016** "Bone marrow and stem cell toxicity of mixed exposure to the chemical leukemogens benzene and formaldehyde." Invited speaker at *The 8th Princess Chulabhorn International Science Congress* on *Environmental Health: Inter-Linkages Among the Environment, Chemicals and Infectious Agents*, November 13-17, 2016, Bangkok, Thailand.

"Using New Approaches to Study Toxic Chemicals." Invited speaker at *the College of Life Sciences, Central China Normal University*, November 8, 2016,

"Using New Approaches to Study Environmental and Occupational Exposures to Toxic Chemicals." Invited speaker at the *Genetic and Environmental Toxicology Association of Northern California* (GETA) Spring Symposium on *Environmental Contributors to Cancer*, May 19, 2016, Oakland, California, USA.

"Chemical Exposures to Toxic Chemicals and Adverse Health Effects." Invited award lecture for *Distinguished Chinese Toxicologist Lectureship Award* at the 55th Annual National *Society of Toxicology* (SOT) Meeting, March 13-17, 2016, New Orleans, Louisiana, USA.

**2015** "Applying Biomarkers, Systems Biology, and Exposome Approaches to Study Environmental and Occupational Exposures to Toxic Chemicals." Invited speaker at the 46th Annual *Environmental Mutagenesis and Genomics Society* (EMGS) Meeting on *Research Education, and Policy in Concert*, September 26-30, 2015, New Orleans, Louisiana, USA.

**2014** "Career Path in Academic Settings." Career Workshop organized by *American Association of Chinese in Toxicology* (AACT) at National *Society of Toxicology* (SOT) Annual Conference, Phoenix, AZ, March 23-27, 2014.

**2013** "Previous, Current and Future Studies of Environmental and Occupational Exposures to Toxic Chemicals: Biomarkers, Systems Biology and Exposome Approaches." Invited

speaker as the US AACT delegation at the 6th *China SOT*, Nov. 13-15, 2013.

"Application of Genome-Wide Profiling to Evaluate Effects of Benzene and Its Metabolites from Yeast to Human." Invited speaker at The New York Academy of Sciences meeting: The Bone Marrow Niche, Stem Cells, and Leukemia: *Impact of Drugs, Chemicals, and the Environment*. New York, USA. May 29-31, 2013.

**2012**   "Functional and Comparative Genomics: Systematic Screening for Genes and Pathways Involved in Human Susceptibility to Chemical Exposures". Invited speaker at the 43rd Annual *Environmental Mutagen Society* (EMS) Meeting on *EMS: The Next Generation*, September 8-12, 2012, Bellevue, Washington, USA.

"Systemic Effects of Formaldehyde Exposure and Potential Mechanisms". Invited speaker at the *Formaldehyde Science Conference - FormaCare*, April 19-20, 2012, Madrid, Spain.

**2011**   Chair of Symposium: *Site of Contact and Systemic Effects of Formaldehyde Exposure*, and invited speaker on "*Reproductive and Developmental Toxicity of Formaldehyde: A Systematic Review*" at the 42nd Annual *Environmental Mutagen Society* (EMS) Meeting on *Environmental Impacts on the Genome and Epigenome: Mechanisms and Risks*, October 12-19, 2011, Montreal, Canada.

"Systems Biology of Human Benzene Exposure", Invited speaker at BIT Life Sciences' 2nd *World DNA and Genome Day* (Track 3: System Biology), April 25-29, 2011, Dalian, China.

**2010**   "Chromosome-Wide Aneuploidy Study (CWAS) in Benzene-Exposed Workers", Invited speaker at *Benzene Litigation and Lymphoid Cancers: New Scientific Evidence*, December 9-10, 2010, Marina del Rey, California, USA.

"Systems Biology of Human Benzene Exposure". Invited speaker at the 41st Annual *Environmental Mutagen Society* (EMS) Meeting on *Complex Systems in Biology and Risk Assessment*, October 23-27, 2010, Fort Worth, Texas, USA.

"Ubiquitous formaldehyde exposure and public health concerns in China", Invited keystone speaker at *International Conference on Environmental Pollution and Public Health* (EPPH2010), June 21-23, 2010, Chengdu, China.

"Formaldehyde and Leukemia: Potential mechanisms and supporting evidence", Invited speaker at *Formaldehyde and Systemic Cancer - Expert Consultation Meeting* in Federal Institute for Risk Assessment, June 14-15, 2010, Berlin, Germany.

"Towards Toxicity Testing in the 21st Century: A new global and systematic paradigm to identify potential human carcinogens" *Human Health Hazard Indicators Workshop* at Cal EPA, March 15-16, 2010, Sacramento, California, USA.

**2009**   "Formaldehyde and Leukemia: Biologically probable or implausible?" Invited technical expert as a solo speaker at *National Toxicology Program: 12th Report on Carcinogens* (RoC), November 2-4, 2009, NIEHS, North Carolina, USA.

"Benzene Induced Hematotoxicity: Susceptibility genes and DNA repair mechanisms". Invited speaker at the 40th Annual *Environmental Mutagen Society* (EMA) Meeting on *Genomics in the Environmental Century*, October 24-28, 2009, St. Louis, Missouri, USA.

"Spectrum of chromosomal aneuploidy, benzene exposure and leukemia risk". Invited speaker at the 40th Annual *Environmental Mutagen Society* (EMS) Meeting on *Genomics in the Environmental Century*, October 24-28, 2009, St. Louis, Missouri, USA.

"Systems biology of human benzene exposure". Invited speaker at International Conference on *Benzene 2009: Health Effects and Mechanisms of Bone Marrow Toxicity Implications for t-AML and the Mode of Action Framework*, September 7-11, 2009, Munich, Germany.

"Biomarker studies of occupational exposure to chemicals in China". Invited speaker at the Environmental Toxicology Seminar, February 2009, University of California, Santa Cruz, California, USA.

2008    Chair & Organizer for Symposium 8: Formaldehyde and Leukemia: Epidemiology, Potential Mechanisms, and Implications for Risk Assessment, and Invited Speaker on "An overview of formaldehyde exposure and leukemia" at the 39th Annual Environmental Mutagen Society (EMS) Meeting on Genes and the Environment: From Molecular Mechanisms to Risk, October 18-22, 2008, Puerto Rico.

"Spectrum of chromosomal alterations in lymphocytes in workers exposed to benzene." Invited speaker for the Annual *American Association for Cancer Research* (AACR) Meeting *2008*, April 11-16, 2008, San Diego, California, USA.

"Benzene exposure, aneuploidy, and leukemia risk". Invited speaker at Second Conference on *Aneuploidy and Cancer*: *Clinical and Experimental Aspect*, January 31-February 3, 2008, Oakland, California, USA.

2007    "Genotoxic effects of formaldehyde on human blood stem and progenitor cells". Invited speaker at 38th Annual *Environmental Mutagen Society* (EMS) Meeting on *Mutational and Epigenetic Mechanisms of Susceptibility and Risks for Genetic Diseases*, October 20-24, 2007, Atlanta, Georgia, USA.

"Biomarkers of human cancer risk". Invited speaker at 38th Annual *Environmental Mutagen Society* (EMS) Meeting on *Mutational and Epigenetic Mechanisms of Susceptibility and Risks for Genetic Diseases*, October 20-24, 2007, Atlanta, Georgia, USA.

2006    "Gene expression profiling of peripheral blood mononuclear cells from benzene-exposed workers". Invited speaker at 37th Annual *Environment Mutagenesis Society* (EMS) Meeting on *Genetic and Environmentally Induced Genotoxicity: Causes and Impact*, September 16-20, 2006, Vancouver, Canada.

2005    "Hematotoxicity in workers exposed to low levels of benzene in China". Invited speaker at a special Workshop organized by EPA and SBRP at UCB on *Relationships for Chemicals Associated with Non-Cancer Effects and Their Policy Implications*, January 27-28, 2005, Oakland, California, USA.

2004    "Using new technologies to discover novel biomarkers for benzene". Invited speaker at The Third International Academic Conference on *Environmental and Occupational Medicine*, November 10-12, 2004, Shanghai, China.

"Molecular cytogenetics of benzene exposure". Invited speaker at International Conference on *Recent Advances in Benzene Toxicity*, October 9-12, 2004, Munich, Germany.

"Aneuploidy in leukemia development". Invited speaker at First Conference on *Aneuploidy and Cancer*, January 23-26, 2004, Oakland, California, USA.

2002    "Biomarkers of benzene and leukemia risk". Invited speaker at *Guandong Poison Control Center* (GDPCC), July 2002, Guanzhou, China.

"The development and methods of chromosomal technology". Invited speaker at *Chinese Academy of Preventive Medicine*, February 2002, Beijing, China.

1998    "Molecular cytogenetics of benzene". Invited speaker at the *Third National Symposium in Industrial Toxicology*, October 9-12, 1998, Xiamen, China.

1995    "Benzene-induced chromosomal damage detected by FISH". Invited speaker at International Conference on *The Toxicity, Carcinogenesis, and Epidemiology of Benzene*, June 17-20, 1995, Piscataway, New Jersey, USA.

| | |
|---|---|
| **CLASS LECTURES AT UC BERKELEY** | |
| 2022 | **Fulbright Lecture Course**: "*Carcinogens, Carcinogenesis and Cancer (3Cs): Applied Biotechnologies*". Specially designed for Fulbright lectureship and taught during March – July, *2022* at University of Udine, Udine, Italy. |
| 2002 - 2022 | "Health Risk Assessment". Co-instructor for *PH220C – Spring 2018-2022 course* at School of Public Health. |
| | "Practical Toxicology". Instructor for *PH270C – Spring 2007-2021 course* at School of Public Health and Department of Nutritional Sciences and Toxicology. |
| | Various Topics. Invited speaker for *PH270B Advanced Toxicology – Spring 2005-2016 course* at School of Public Health. |
| | "Genetic and Molecular Epidemiology and Human Health in 21st Century." *PH256* at School of Public Health (Molecular cytogenetic lab section and tour) |
| | "Formaldehyde Exposure and Leukemia". Invited lecturer for *PH150B Introduction to Environmental Health Sciences – Spring and Fall, 2009-2011* at School of Public Health. |
| 2006 - 2008 | "Nutrition and Toxicology Laboratory". Co-instructor for *NST171 Nutrition and Toxicology Laboratory – Fall 2006, 2007 and 2008 courses* at the Department of Nutritional Sciences and Toxicology. |
| | "Gene Expression Studies in Human".  Co-instructor for *NST290 Toxicogenomics Seminar – Spring 2006 course* at Department of Nutritional Sciences and Toxicology. |
| 2003 - 2005 | "Hematotoxicity in Workers Exposed to Low levels of Benzene in China". Invited speaker for *NST11 Toxicology – Spring 2005 course* at Department of Nutritional Sciences and Toxicology. |
| | Various topics. Invited speaker for ***Toxicology I** – Fall 2002-2003 course* at School of Public Health. |
| **PUBLICATIONS** | |
| **Books** | |
| 2018 | **10. Zhang, L** (2018). *Formaldehyde: Exposure, Toxicity, and Health Effects.* Issues in Toxicology, Royal Society of Chemistry. United Kingdom, total of 389 pages. ISBN: 978-1-78262-973-3. |
| **Book Chapters** | |
| 2016 | **9.** McHale CM, Smith MT, **Zhang L** (2016). Application of Transcriptomics in Exposed Human Populations: Benzene as an Example, in "*Toxicogenomics in Predictive Carcinogenicity*", Waters MD and Thomas RS, eds., Royal Society of Chemistry. pp. 352-389.  ISBN-978-1-78262-162-1. |
| 2014 | **8.** Walker MK, Betensky RA, Carvan III MJ, Davis S, Duan N, Engel SM, Grandis JR, Kelsey K, Kritchevsky SB, Olson JR, Prins GS, Suh HH, Weisskopf M, White LA & **Zhang L** (2014). *Veterans and Agent Orange: update 2012,* Institute of Medicine, The National Academies Press, Washington, D.C. ISBN-10: 0-309-28886-X. |
| 2012 | **7.** Walker MK, Bell E, Burchiel SW, Dietert RR, Duan N, Hauser RB, Kelsey K, Kerkvliet NI, Kritchevsky SB, Lees PSJ, McCauley LA, Olson JR, Shefner JM, Skinner M & **Zhang L** (2012). *Veterans and Agent Orange: update 2010,* Institute of Medicine, The National Academies Press, Washington, D.C. ISBN-10: 0-309-21447-5. |

| | |
|---|---|
| 2011 | **6.** McHale C, **Zhang L**, Hubbard AE, Smith MT (2011). Toxicogenomic studies in human populations, in "*Applications of Toxicogenomics in Safety Evaluation and Risk Assessment*", Boverhof, DR and Gollapudi, BB, eds., John Wiley & Sons, Inc. pp. 177-206. ISBN: 978-0-470-44982-0. |
| 2010 | **5.** Kacew S, Alexander BH, Bleecker ML, Carlson GP, Cowan LD, Davis ME, Frey HC, Landolph JR, Meek ME, McMillian DC, Newland MC, Quint J, Rosner GL, Rusyn I, Schulte-Hermann R, Schultz IR, Snyder R, White RF, **Zhang L** & Zhu Y (2010). *Review of the Environmental Protection Agency's Draft IRIS Assessment of Tetrachloroethylene*, National Research Council, National Academies Press, Washington, D.C. ISBN-10: 0-309-15094-9. |
| 2005 | **4.** Gunn L, **Zhang L**, Smith MT (2005). Methods for Genetic Testing II: New methods for assessing acquired DNA damage in humans without cancer, in "*Cancer Risk Assessment*", P.G. Shields, ed., Taylor & Francis. Boca Raton, Fl, pp. 77-97. ISBN-10:0-8247-2984-6. |
| 2002 | **3.** Gunn L, **Zhang L**, Forrest MS, Holland NT, Smith MT (2002). Biomarkers of early effect in the study of cancer risk, in "*Biomarkers of Environmentally Associated Disease: Technologies, Concepts, and Perspectives*", Wilson SH and Suk WA, eds., Lewis Publishers, pp. 319-334. ISBN-10: 1-5667-0596-7. |
| 2000 | **2.** Holland NT, **Zhang L**, Smith MT (2000). Cytogenetic biomarkers and air pollution, in "*Relationship between Acute and Chronic Effects of Air Pollution*", U. Heinrich & U. Mohr, eds., ILSI Press, Washington, D.C., pp. 65-78. |
| 1994 | **1. Zhang L**, Smith MT, Bandy B, Tamaki SJ, Davison AJ (1994). Role of quinones, active oxygen species and metals in the genotoxicity of 1,2,4-benzenetriol, a metabolite of benzene, in "*Free radicals in the environment, medicine and toxicology*", Vol. 8. Nohl, H., Esterbauer, H. and Rice-Evans, eds., Richelieu, London, pp. 521-62. |
| **Papers in Peer-Reviewed Journals** | |
| 2023 | **199.** Rana I, Nguyen PK, Rigutto G, Louie A, Lee J, Smith MT, **Zhang L** (2023). Mapping the key characteristics of carcinogens for glyphosate and its formulations: A systematic review. *Chemosphere*. 18:139572. doi: 10.1016/j.chemosphere.2023.139572. PMID: 37474029.

**198.** Riboli E, Beland FA, Lachenmeier DW, Marques MM, Phillips DH, Schernhammer E, Afghan A, Assunção R, Caderni G, Corton JC, de Aragão Umbuzeiro G, de Jong D, Deschasaux-Tanguy M, Hodge A, Ishihara J, Levy DD, Mandrioli D, McCullough ML, McNaughton SA, Morita T, Nugent AP, Ogawa K, Pandiri AR, Sergi CM, Touvier M, **Zhang L**, et al. (2023). Carcinogenicity of aspartame, methyleugenol, and isoeugenol. *Lancet Oncol*, 2023 Jul 13:S1470-2045(23)00341-8. doi: 10.1016/S1470-2045(23)00341-8. PMID: 37454664.

**197.** Vermeulen R, Lan Q, Qu Q, Linet MS, **Zhang L**, Li G, Portengen L, Vlaanderen J, Sungkyoon K, Hayes RB, Yin S, Smith MT, Rappaport SM, Rothman N (2023). Nonlinear low dose hematotoxicity of benzene; a pooled analyses of two studies among Chinese exposed workers. *Environ Int*. 2023 Jul; 177:108007. doi: 10.1016/j.envint.2023.108007. PMID: 37290291.

**196**. **Zhang L**, Louie A, Rigutto G, Guo H, Zhao Y, Ahn S, Dahlberg S, Sholinbeck M, Smith MT (2023). A systematic evidence map of chronic inflammation and immunosuppression related to per- and polyfluoroalkyl substance (PFAS) exposure. *Environ Res*, 220: 115188. PMID: 36592815. doi: 10.1016/j.envres.2022.115188. |

**2022**   195. Hosgood HD, Rahman M, Blansky D, Hu W, Davitt M, Wen C, Huang Y, Tang X, Li L, Smith MT, **Zhang L**, Vermeulen R, Rothman N, Bassig BA, Lan Q (2022). Targeted proteomic scan identifies alteration of serum proteins among workers occupationally exposed to low levels of trichloroethylene. *Environ Mol Mutagen*. 63 (8-9): 423-428. PMID: 36346153.

194. Germolec DR, Lebrec H, Anderson SE, Burleson GR, Cardenas A, Corsini E, Elmore SE, Kaplan BLF, Lawrence BP, Lehmann GM, Maier CC, McHale CM, Myers LP, Pallardy M, Rooney AA, Zeise L, **Zhang L**, Smith MT (2022). Consensus on the key characteristics of immunotoxic agents as a basis for hazard identification. *Environ Health Perspect*. 130(10): 105001. PMID: 36201310. PMCID: PMC9536493.

193. Phillips RV, Wei L, Cardenas A, Hubbard AE, McHale CM, Vermeulen R, Wei H, Smith MT, **Zhang L**, Lan Q, Rothman N (2022). Epigenome-wide association studies of occupational exposure to benzene and formaldehyde. *Epigenetics*. 17:13, 2259-2277. PMID: 36017556.

192. Purdue M, **Zhang L**, Vermeulen R, Hu W, Rhee J, Wen C, Huang Y, Tang X, Berndt SI, Frazer-Abel AA, Deane KD, Rothman N, Lan Q (2022). Occupational trichloroethylene exposure and antinuclear antibodies: A cross-sectional study in China. *Occup Environ Med*. 79(10): 717-720. PMID: 35504721.

191. van der Laan V, Cardenas A, Vermeulen R, Fadadu RP, Hubbard AE, Phillips RV, **Zhang L**, Breeze C, Hu W, Wen C, Huang Y, Tang X, Smith MT, Rothman N, Lan Q (2022). Epigenetic aging biomarkers and occupational exposure to benzene, trichloroethylene and formaldehyde. *Environ Intern*. 158: 106871. PMID: 34560324. PMCID: PMC9084243.

**2021**   190. Rothman N, Vermeulen R, **Zhang L**, Hu W, Yin S, Rappaport SM, Smith MT, Jones DP, Rahman M, Lan Q, Walker DI (2021). Metabolome-wide association study of occupational exposure to benzene. *Carcinogenesis*. 42(11): 1326-1336. PMID: 34606590. PMCID: PMC8598381.

189. Rana I, Sarah Dahlberg, Steinmaus C, **Zhang L** (2021). Benzene exposure and non-Hodgkin lymphoma: a systematic review and meta-analysis of human studies, *The Lancet Planetary Health*, 5(9): e633-643. PMID: 34450064. PMCID: PMC9109598.

188. Rider CV, McHale CM, Webster TF, Lowe L, Goodson WH, La Merrill MA, Rice G, Zeise L, **Zhang L**, Smith MT (2021). Using the key characteristics of carcinogens to develop research on chemical mixtures and cancer, *Environ Health Perspect*. 129(3): 35003. PMID: 33784186. PMCID: PMC8009606.

187. Rana I, Rieswijk L, Steinmaus C, **Zhang L** (2021). Formaldehyde and brain disorders: A meta-analysis and bioinformatics approach, *Neurotox Res*, 39(3): 924-948. PMID: 33400181. PMCID: PMC8102312.

186. Schildroth S, Osborn G, Smith AR, Yip C, Collins C, Smith MT, Sandy M, **Zhang L** (2021). Occupational exposure to antimony trioxide: a risk assessment. *Occup Environ Med*. 78: 413-418. PMID: 33243757. PMCID: PMC8149478.

185. Zhao Y, Wei L, Tagmount A, Loguinov A, Sobh A, Hubbard A, McHale CM, Chang CJ, Vulpe CD, **Zhang L** (2021). Applying genome-wide CRISPR to identify known and novel genes and pathways that modulate formaldehyde toxicity. *Chemosphere*. 269: 128701 (April 2021). PMID: 33189395. PMCID: PMC7904579.

184. Zhao Y, Magaña L, Cui H, Huang J, McHale CM, Yang X, Looney MR, Li R, **Zhang L** (2021). Formaldehyde-induced hematopoietic stem and progenitor cell toxicity in mouse lung and nose. *Arch Tox*. 95(2): 693-701. PMID: 33084937. PMCID: PMC7878325.

**183.** Guo H, Ahn S, **Zhang L** (2021). Benzene-associated immunosuppression and chronic inflammation in humans: a systematic review. *Occup Environ Med*. 78: 377-384. PMID: 32938756. PMCID: PMC7960562.

2020   **182.** Rana I, Taioli E, **Zhang L** (2020). Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma. *Environ Res*. 191:110140. PMID: 32871148. PMCID: PMC7889289.

**181. Zhang L** and Guo H (2020). Biomarkers of COVID-19 and technologies to combat SARS-CoV-2. *Advances in Biomarker Sciences and Technology*. 2:1-23. PMID: 33511330. PMCID: PMC7435336. doi: 10.1016/j.abst.2020.08.001  (Corpus ID: 221159847).

**180.** Ge J, Yan H, Lu X, Wang S, Zhao Y, Huang J, Xi Z, **Zhang L**, Li R (2020). Combined exposure to formaldehyde and PM2.5: Hematopoietic toxicity and molecular mechanism in mice. *Environ Int*. 144: 106050. PMID: 32861163. PMCID: PMC7839661.

**179.** Smith MT, Guyton KZ, Kleinstreuer N, Borrel A, Cardenas A, Chiu WA, Felsher DW, Gibbons CF, Goodson WH, Houck KA, Kane A, La Merrill MA, Lebrec H, Lowe L, McHale CM, Minocherhomji S, Rieswijk L, Sandy MS, Sone H, Wang A, **Zhang L**, Zeise L, Fielden M (2020). The Key Characteristics of Carcinogens: Relationship to the Hallmarks of Cancer, Relevant Biomarkers, and Assays to Measure Them. *Cancer Epidemiol Biomarkers Prev*. 29(10): 1887-1903. PMID: 32152214. PMCID: PMC7483401.

2019   **178.** Lee KM, Bassig BA, **Zhang L**, Vermeulen RC, Hu W, Wong JYY, Qiu C, Wen C, Huang Y, Purdue MP, Ji BT, Li L, Tang X, Rothman N, Smith MT, Lan Q (2019). Association between occupational exposure to trichloroethylene and serum levels of microRNAs: a cross-sectional molecular epidemiology study in China. *Int Arch Occup Environ Health*. 92(8): 1077-1085. PMID: 31161417. PMCID: PMC6953905.

**177.** Luderer U, Eskenazi B, Hauser R, Korach KS, McHale CM, Moran F, Rieswijk L, Solomon G, Udagawa O, **Zhang L**, Zlatnik M, Zeise L, Smith MT (2019). Proposed key characteristics of female reproductive toxicants as an approach for organizing and evaluating mechanistic data in hazard assessment. *Environmental Health Perspectives*. 127(7): 75001-14. PMID: 31322437. PMCID: PMC6791466.

**176.** Phillips RV, Rieswijk L, Hubbard AE, Vermeulen R, Zhang J, Hu W, Li L, Bassig BA, Wong JYY, Reiss B, Huang Y, Wen C, Purdue M, Tang X, **Zhang L**, Smith MT, Rothman N, Lan Q (2019). Human exposure to trichloroethylene is associated with increased variability of blood DNA methylation that is enriched in genes and pathways related to autoimmune disease and cancer. *Epigenetics*. 14(11): 1112-1124. PMID: 31241004. PMCID: PMC6773405.

**175.** Zhao Y, Ge J, Li X, Guo Q, Zhu Y, Song J, **Zhang L**, Ding S, Yang X, Li R (2019). Vasodilatory effect of formaldehyde via the NO/cGMP pathway and the regulation of expression of $K_{ATP}$, $BK_{Ca}$ and L-type $Ca^{2+}$ channels. *Toxicology Letters*. 312: 55-64. PMID: 30974163. PMC7790163.

**174.** Lee KM, **Zhang L**, Vermeulen R, Hu W, Bassig BA, Wong JJ, Qiu CY, Purdue M, Wen CJ, Walker DI, Jones DP, Li LY, Huang YS, Rothman N, Smith MT, Lan Q (2019). Alterations in immune and renal biomarkers among workers occupationally exposed to low levels of trichloroethylene below current regulatory standards. *Occupational & Environmental Medicine*. 76(6): 376-381. PMID: 30971425. PMCID: PMC6953904.

**173. Zhang L**, Rana I, Shaffer RM, Taioli E, Sheppard L (2019). Exposure to glyphosate-based herbicides and risk for Non-Hodgkin lymphoma: a meta-analysis and supporting evidence. *Mutat Res Rev*. 781: 186-206. PMID: 31342895. PMCID: PMC6706269.

**172.** Sobh A, Loguinov A, Stornetta A, Balbo S, Tagmount A, **Zhang L**, Vulpe C (2019). Genome-wide CRISPR screening identifies the tumor suppressor candidate OVCA2 as a determinant of tolerance to acetaldehyde. *Toxicological Sciences*. 169(1):235-245. PMID: 31059574. PMCID: PMC6484886.

**171.** Sobh A, Loguinov A, Yazici GN, Zeidan R, Tagmount A, Hejazi NS, Hubbard AE, **Zhang L**, Vulpe C (2019). Functional profiling identifies determinants of arsenic trioxide cellular toxicity. *Toxicological Sciences*. 169(1):108-121. PMID: 30815697.  PMCID: PMC6484884.

**170.** Gillezeau C, van Gerwen M, Shaffer RM, Rana I, **Zhang L**, Sheppard L, Taioli E (2019). The evidence of human exposure to glyphosate: a review. *Environ Health*. 18(1):2. PMID: 30612564. PMCID: PMC6322310.

**169.** Schiffman C, McHale CM, Hubbard AE, **Zhang L**, Thomas R, Vermeulen R, Li GL, Shen M, Rappaport SM, Yin SN, Lan Q, Smith MT, Rothman N (2018). Identification of gene expression predictors of occupational benzene exposure. *PLoS One*, 13(10): e0205427. PMID: 30300410. PMCID: PMC6177191.

**168.** De Smith AJ, Walsh KM, Francis SS, Zhang C, Hansen HM, Smirnov I, Morimoto L, Whitehead TP, Kang A, Shao X, Barcellos LF, McKean-Cowdin R, **Zhang L**, Fu C, Wang R, Yu H, Hoh J, Dewan AT, Metayer C, Ma X, Wiemels JL (2018). BMI1 enhancer polymorphism underlies chromosome 10p12.31 association with childhood acute lymphoblastic leukemia. *Int J Cancer*. 143(11):2647-2658. PMID: 29923177. PMC6235695.

**167.** Daniels SI, Chambers JC, Sanchez SS, a La Merill M, Hubbard AE, Macherone A, McMullin M, **Zhang L**, Elliott P, Smith MT, Kooner J (2018). Elevated levels of organochlorine pesticides in South Asian immigrants are associated with an increased risk of diabetes. *J Endocr Soc*. 2(8):832-841. PMID: 30019022. PMCID: PMC6041775.

**166.** Guo J, Zhao Y, Jiang X, Li R, Xie H, Ge L, Xie B, Yang X, **Zhang L** (2018). Exposure to formaldehyde perturbs the mouse gut microbiome. *Genes (Basel)*. 9(4):pii:E192. PMID: 29614050. PMCID: PMC5924534.

**165.** Grigoryan H, Edmands WMB, Lan Q, Carlsson H, Vermeulen R, **Zhang L**, Yin SN, Li GL, Smith MT, Rothman N, Rappaport SM (2018). Adductomic signatures of benzene exposure provide insights into cancer induction. *Carcinogenesis*. 39(5):661-668. PMID: 29538615. PMCID: PMC5932554.

**164.** Rothman N, **Zhang L**, Smith MT, Vermeulen R, Lan Q (2018). Formaldehyde, hematotoxicity, and chromosomal changes—response. *CEBP*. 27(1):120-121. PMID: 29311167.

**163.** Tachachartvanich P, Sangsuwan R, Ruiz HS, Sanchez SS, Durkin KA, **Zhang L**, Smith MT (2018). Assessment of the endocrine-disrupting effects of trichloroethylene and its metabolites using *in vitro* and *in silico* approaches. *Environmental Science & Technology*. 52(3): 1542-1550. PMID: 29294279. PMCID: PMC6290898.

**162.** McHale MM, Osborne G, Morello-Frosch R, Salmon AG, Sandy MS, Solomon G, **Zhang L**, Smith MT, Zeise L (2018). Assessing health risks from multiple environmental stressors: Moving from G x E to I x E. *Mutat Res Rev*. 775:11-20. PMID: 29555026. PMCID: PMC5863617.

**161.** De La Rosa VY, Asfaha J, Fasullo M, Loguinov A, Li P, Moore LE, Rothman N, Nakamura J, Swenberg J, Scelo G, **Zhang L**, Smith MT, Vulpe CD (2017). High-throughput functional genomics identifies modulators of TCE metabolite genotoxicity and candidate susceptibility genes. *Toxicol Sci*. 160(1):111-20. PMID: 28973557. PMCID: PMC5837773.

2018

2017

**160.** de la Rosa R, Steinmaus C, Akers NK, Conde L, Ferreccio C, Kalman D, Zhang KR, Skibola CF, Smith AH, **Zhang L**, Smith MT (2017). Associations between arsenic (+3 oxidation state) methyltransferase (*AS3MT*) and N-6 adenine-specific DNA methyltransferase 1 (*N6AMT1*) polymorphisms, arsenic metabolism, and cancer risk in a Chilean population. *Environ Mol Mutagen.* 58(6):411-22. PMID: 28640505. PMCID: PMC5515250.

**159.** de Smith AJ, Kaur M, Gonseth S, Endicott A, Selvin S, **Zhang L**, Roy R, Shao X, Hansen HM, Kang AY, Walsh KM, Dahl GV, McKean-Cowdin R, Metayer C, Wiemels JL (2017). Correlates of prenatal and early-life tobacco smoke exposure and frequency of common gene deletions in childhood acute lymphoblastic leukemia. *Cancer Res.* 77(7):1674-83. PMID: 28202519. PMCID: PMC5380517.

**158.** Regazzoni LG, Grigoryan H, Ji Z, Chen X, Daniels SI, Huang D, Sanchez S, Tang N, Sillé FC, Iavarone AT, Williams ER, **Zhang L**, Rappaport SM (2017). Using lysine adducts of human serum albumin to investigate the disposition of exogenous formaldehyde in human blood. *Toxicol Lett.* 268:26-35. PMID: 28104429. PMCID: PMC5555303.

**157.** Wei C, Wen H, Yuan L, McHale C, Li H, Wang K, Yuan J, Yang X, **Zhang L** (2017). Formaldehyde induces toxicity in mouse bone marrow and hematopoietic stem/progenitor cells and enhances benzene-induced adverse effects. *Arch Toxicol.* 91(2):921-33. PMID: 27339418. PMCID: PMC6361627.

**156.** Chen X, Guo X, He P, Nie J, Yan X, Zhu J, **Zhang L**, Mao G, Wu H, Liu Z, Aga D, Xu P, Smith MT, Ren X (2017). Interactive Influence of *N6AMT1* and *As3MT* Genetic Variations on Arsenic Metabolism in the Population of Inner Mongolia, China. *Toxicol Sci.* 155(1):124-34. PMID: 27637898. PMCID: PMC5216648.

**2016**   **155.** Walker DI, **Zhang L**, Vermeulen R, Smith MT, Hu W, Purdue MP, Tang X, Reiss B, Kim S, Li L, Huang H, Pennell KD, Jones DP, Rothman N, Lan Q (2016). High-resolution metabolomics study of occupational exposure to trichloroethylene. *Int J Epidemiol.* 45(5):1517-1527. PMID: 27707868. PMCID: PMC5100622.

**154.** North M, Gaytán BD, Romero C Jr., De La Rosa V, Loguinov A, Smith MT, **Zhang L**, Vulpe CD (2016). Functional toxicogenomic profiling expands insight into modulators of formaldehyde toxicity in yeast. *Front Genet.* 7:200. eCollection 2016. PMID: 27909446.

**153.** Chen X, Zhang LQ, Huang JJ, Song FJ, **Zhang L**, Qian QM, Tevathan E, Mao HJ, Han B, Vaughn M, Chen KX, Liu YM, Chen J, Zhao BX, Jiang GH, Gu Q, Bai ZP, Dong GH, Tang NJ (2016). Long-term exposure to urban air pollution and lung cancer mortality: A 12-year cohort study in Northern China. *Sci Total Environ.* 571:855-61. PMID: 27425436.

**152.** Kaur M, de Smith AJ, Selvin S, **Zhang L**, Cunningham M, Kang MW, Hansen HM, Cooper RM, McKean-Cowdin R, Wiemels JL, Metayer C (2016). Tobacco Smoke and *Ras* Mutations Among Latino and Non-Latino Children with Acute Lymphoblastic Leukemia. *Arch Med Res.* 47(8):677-83. PMID: 28476195. PMCID: PMC5424620.

**151.** Bassig BA, **Zhang L**, Vermeulen R, Tang X, Li G, Hu W, Guo W, Purdue MP, Yin S, Rappaport SM, Shen M, Ji S, Qiu C, Ge Y, Hosgood HD, Reiss B, Wu B, Xie Y, Li L, Yue F, Beane Freeman L, Blair A, Hayes RB, Huang H, Smith MT, Rothman N, Lan Q (2016). Comparison of hematological alterations and markers of B-cell activation in workers exposed to benzene, formaldehyde, and trichloroethylene. *Carcinogenesis.* 37(7):692-700. PMID: 27207665. PMCID: PMC4936387.

**150.** Shen H, McHale CM, Haider SI, Jung C, Zhang S, Smith MT, **Zhang L** (2016). Identification of genes that modulate susceptibility to formaldehyde and imatinib by functional genomic screening in human haploid KBM7 cells. *Toxicol Sci. 151(1):10-22.* PMID: 27008852. PMCID: PMC4914802.

**149.** Zhang Y, McHale CM, Liu X, Yang X, Ding S, **Zhang L** (2016). Data on megakaryocytes in the bone marrow of mice exposed to formaldehyde. *Data Brief.* 6(1):948-952. PMCID: PMC4753386.

**148.** Carlos-Wallace FM, **Zhang L**, Smith MT, Rader G, Steinmaus C (2016). Parental, In Utero, and Early-Life Exposure to Benzene and the Risk of Childhood Leukemia: A Meta-Analysis. *Am J Epidemiol.* 183(1):1-14. PMID: 26589707. PMCID: PMC4751231.

2015    **147.** Bailey HD, Metayer C, Milne E, Petridou E, Infante-Rivard C, Spector LG, Clavel J, Dockerty JD, **Zhang L**, Armstrong BK, Rudant J, Fritschi L, Amigou A, Hatzipantelis E, Kang A, Stiakaki E, Schüz J (2015). Home paint exposures and risk of childhood acute lymphoblastic leukemia: findings from the Childhood Leukemia International Consortium. *Cancer Causes Control.* 26(9):1257-70. PMID: 26134047. PMCID: PMC5257283.

**146.**  Bailey HD, Infante-Rivard C, Metayer C, Clavel J, Lightfoot T, Kaatsch P, Roman E, Magnani C, Spector LG, Petridou E, Milne E, Dockerty JD, Miligi L, Armstrong BK, Rudant J, Fritschi L, Simpson J, **Zhang L**, Rondelli R, Baka M, Orsi L, Moschovi M, Kang AY, Schüz J (2015). Home pesticide exposures and risk of childhood leukemia: Findings from the childhood leukemia international consortium. Int J Cancer. 137(11):2644-63. PMID: 26061779. PMCID: PMC4572913.

**145.** Goodson WH III, Lowe L, Carpenter DO, Gilbertson M, Ali AM, de Cerain Salsamendi AL, Lasfar A, Carnero A, Azqueta A, Amedei A, Charles AK, Collins AR, Ward A, Salzberg AC, Colacci A, Olsen AK, Berg A, Barclay BJ, Zhou BP, Blanco-Aparicio C, Baglole CJ, Dong C, Mondello C, Hsu CW, Naus CC, Yedjou C, Curran CS, Laird DW, Koch DC, Carlin DJ, Felsher DW, Roy D, Brown DG, Ratovitski E, Ryan EP, Corsini E, Rojas E, Moon EY, Laconi E, Marongiu F, Al-Mulla F, Chiaradonna F, Darroudi F, Martin FL, Van Schooten FJ, Goldberg GS, Wagemaker G, Nangami G, Calaf GM, Williams G, Wolf GT, Koppen G, Brunborg G, Lyerly HK, Krishnan H, Hamid HA, Yasaei H, Sone H, Kondoh H, Salem HK, Hsu HY, Park HH, Koturbash I, Miousse IR, Scovassi AI, Klaunig JE, Vondráček J, Raju J, Roman J, Wise, Sr. JP, Whitfield JR, Woodrick J, Christopher JA, Ochieng J, Martinez-Leal JF, Weisz J, Kravchenko J, Sun J, Prudhomme KR, Narayanan KB, Cohen-Solal KA, Moorwood K, Gonzalez L, Le Jian LS, D'Abronzo LS, Lin LT, Li L, Gulliver L, McCawley LJ, Memeo L, Vermeulen L, Leyns L, **Zhang L** et al. (2015). Assessing the carcinogenic potential of low-dose exposures to chemical mixtures in the environment: the challenge ahead. *Carcinogenesis.* 36(1):S254-96. PMID: 26106142. PMCID: PMC4480130.

**144.** Langie AS, Koppen G, Desaulniers D, Al-Mulla F, Al-Temaimi R, Amedei A, Azqueta A,  Bisson WH, Brown D, Brunborg G, Charles AK, Chen T, Colacci A, Darroudi F, Forte S, Gonzalez L, Hamid RA, Knudsen LE, Leyns L, de Cerain Salsamendi AL, Memeo L, Mondello C, Mothersill C, Olsen AK, Pavanello S, Raju J, Rojas E, Roy R, Ryan E, Ostrosky-Wegman P, Salem HK, Scovassi I, Singh N, Vaccari M, Van Schooten FJ, Valverde M, Woodrick J, **Zhang L**, Van Larebeke N, Kirsch-Volders M, and Collins AR (2015). Causes of genome instability: the effect of low dose chemical exposures in modern society. Carcinogenesis. 36(1):S61-88. PMID: 26106144. PMCID: PMC4564613.

**143.** Seow WJ, **Zhang L**, Vermeulen R, Tang X, Hu W, Bassig BA, Ji Z, Shiels MS, Kemp TJ, Shen M, Qiu C, Reiss B, Beane Freeman L, Blair A, Kim C, Guo W, Wen C, Li L, Pinto LA, Huang H, Smith MT, Hildesheim A, Rothman N, Lan Q (2015). Circulating immune/inflammation markers in Chinese workers occupationally exposed to formaldehyde. Carcinogenesis. 36(8):852-7. PMID: 25908645. PMCID: PMC4542853.

**142.** Ji Z, McHale CM, Bersonda J, Tung J, Smith MT, **Zhang L** (2015). Induction of centrosome amplification by formaldehyde, but not hydroquinone, in human lymphoblastoid TK6 cells. *EMM,* 56(6):535-44. PMID: 25821186

14

**141.** Shen H, McHale CM, Smith MT, **Zhang L** (2015). Functional Genomic Screening Approaches in Mechanistic Toxicology and Potential Future Applications of CRISPR-Cas9. *Mutat Res Rev*, 728(3):118-138. PMID: 26041264. PMCID: PMC4456615.

**140.** Lan Q, Smith MT, Tang X, Guo W, Vermeulen R, Ji Z, Hu W, Hubbard AE, Shen M, McHale CM, Qiu C, Liu S, Reiss B, Beane Freeman L, Blair A, Ge Y, Xiong J, Li L, Rappaport SM, Huang H, Rothman N, **Zhang L** (2015). Chromosome-Wide Aneuploidy Study (CWAS) of cultured circulating myeloid progenitor cells from workers occupationally exposed to formaldehyde. *Carcinogenesis*. 36(1):160-7. PMID: 25391402. PMCID: PMC4291049.

**139. Zhang L**, Samad A, Pombo-de-Oliveira MS, Scelo G, Smith MT, Feusner J, Wiemels JL, Metayer C (2015). Global characteristics of childhood acute promyelocytic leukemia. *Blood Rev.* 29(2): 101-125. PMID: 25445717. PMCID: PMC4379131.

**2014** **138.** Daniels SI, Sille FCM, Goldbaum A, Yee B, Key EF, **Zhang L**, Smith MT, Thomas R (2014). Improving power to detect changes in blood miRNA expression by accounting for sources of variability in experimental designs. *CEBP* 23(12):2658-66. PMID: 25472674. PMCID: PMC4256675.

**137. Zhang L**, McHale CM, Greene N, Snyder RD, Rich IN, Aardema MJ, Roy S, Pfuhler S, Venkatactahalam S (2014). Emerging approaches in predictive toxicology. *Environ Mol Mutagen*. 55(9):679-88. PMID: 25044351.

**136.** Bassig BA, **Zhang L**, Cawthorn RM, Smith MT, Yin S, Li G, Hu W, Shen M, Rappaport S, Barone-Adesi F, Rothman N, Vermeulen R, Lan Q (2014). Alterations in leukocyte telomere length in workers occupationally exposed to benzene. *Environ Mol Mutagen*. 55(8):673-8. PMID: 24945723.

**135.** Lan Q, **Zhang L**, Vermeulen R, Hu W, Bassig B, Jie Seow W, Shiels M, Hildesheim A, Smith M, Rothman N (2014). Elucidating mechanisms using comparative molecular epidemiology: Immunologic alterations in workers exposed to trichloroethylene and formaldehyde. *Occup Environ Med* 71 Suppl 1:A125. PMID: 25018255.

**134.** Thomas R, Hubbard AE, McHale CM, **Zhang L**, Rappaport SM, Qing L, Rothman N, Vermeulen R, Guyton KZ, Jinot J, Sonawane BR, Smith MT (2014). Characterization of Changes in Gene Expression and Biochemical Pathways at Low Levels of Benzene Exposure. *PLoS ONE* 9(5): e91828. PMID: 24786086. PMCID: PMC4006721.

**133.** McHale CM, Smith MT, **Zhang L** (2014). Application of toxicogenomic profiling to evaluate effects of benzene and formaldehyde: from yeast to human. *Ann. NY Acad. Sci.* 1310(1):74-83. PMID: 24571325. PMCID: PMC3978411.

**132.** North M, Shuga J, Fromowitz M, Loguinov A, Shannon K, **Zhang L**, Smith M, Vulpe C (2014). Modulation of Ras signaling alters the toxicity of hydroquinone, a benzene metabolite and component of cigarette smoke. *BMC Cancer*. 14(1):6. PMID: 24386979. PMCID: PMC3898384.

**131.** Ji Z, Li X, Fromowitz M, Mutter-Rottmayer E, Tung J, Smith M, **Zhang L** (2014). Formaldehyde induces micronuclei in mouse erythropoietic cells and suppresses the expansion of human erythroid progenitor cells. *Toxicology Letters*. 224(2):233-239. PMID: 24188930. PMCID: PMC3891867.

**2013** **130.** Ye X, Ji Z, Wei C, McHale CM, Ding S, Thomas R, Yang X, **Zhang L** (2013). Inhaled formaldehyde induces DNA-protein crosslinks and oxidative stress in bone marrow and other distant organs of exposed mice. *Environ Mol Mutagen*. 54:705-718. PMID: 24136419.

**129.** Zhang YC, Liu XD, McHale C, Li R, **Zhang L**, Wu Y, Ye X, Yang X, Ding SM (2013). Bone Marrow Injury Induced Via Oxidative Stress in Mice by Inhalation Exposure to Formaldehyde. *PLoS ONE* 8(9): e74974. PMID: 24040369. PMCID: PMC3770590.

**128.** Lin D, Guo Y, Yi J, Kuang D, Li X, Deng H, Huang K, Guan L, He Y, Zhang X, Hu D, Zhang Z, Zheng H, Zhang X, McHale CM, **Zhang L**, Wu T (2013). Occupational exposure to formaldehyde and genetic damage in the peripheral blood lymphocytes of plywood workers. *J Occup Health*. 55:284-291. PMID: 23648472.

**127.** McHale CM, **Zhang L**, Thomas R, Smith MT (2013). Analysis of the transcriptome in molecular epidemiology studies. *Environ Mol Mutagen*. 54(7): 500-17. PMID: 23907930.

**126.** Thomas R, McHale CM, Lan Q, Hubbard AE, **Zhang L**, Vermeulen R, Li G, Rappaport SM, Yin S, Rothman N, Smith MT (2013). Global gene expression response of a population exposed to benzene: a pilot study exploring the use of RNA-sequencing technology. *Environ Mol Mutagen*. 54(7): 566-73. PMID: 23907980. PMCID: PMC4353497.

**125.** Shuga J, Zeng Y, Novak R, Lan Q, Tang X, Rothman N, Vermeulen R, Li L, Hubbard A, **Zhang L**, Mathies RA, Smith MT (2013). Single molecule quantitation and sequencing of rare translocations using microfluidic nested digital PCR. *Nucleic Acids Research*. 41(16): e159. PMID: 23873959. PMCID: PMC3763562.

**124.** Metayer C, **Zhang L**, Wiemels JL, Bartly K, Schiffman J, Ma X, Aldrich MC, Chang JS, Selven S, Fu CH, Ducore J, Smith MT, Buffler PA (2013). Tobacco Smoke Exposure and the Risk of Childhood Acute Lymphoblastic and Myeloid Leukemias by Cytogenetic Subtype. CEBP. 22(9): 1600-11. PMID: 23853208. PMCID: PMC3769478.

**123.** Bassig BA, **Zhang L**, Tang X, Vermeulen R, Shen M, Smith MT, Qiu C, Ge Y, Ji Z, Reiss B, Hosgood HD, Liu S, Bagni R, Guo W, Purdue M, Hu W, Yue F, Li L, Huang H, Rothman N, Lan Q (2013). Occupational exposure to trichloroethylene and serum concentrations of IL-6, IL-10, and TNF-alpha. Environ Mol Mutagen. 54(6):450-4. PMID: 23798002. PMCID: PMC4360987.

**122.** **Zhang L**, Bassig BA, Mora JL, Vermeulen R, Ge Y, Curry JD, Hu W, Shen M, Qiu C, JiZ, Reiss B, McHale CM, Liu S, Guo W, Purdue MP, Yue F, Li L, Smith MT, Huang H, TangX, Rothman N, Lan Q (2013). Alterations in serum immunoglobulin levels in workersoccupationally exposed to trichloroethylene.Carcinogenesis. 34(4): 799-802. PMID:23276795. PMCID: PMC3616671

**121.** O'Connor, TS, Lan J, North M, Loguinov A, **Zhang L**, Smith MT, Gu A and Vulpe C (2013). Genome-wide functional and stress response profiling reveals toxic mechanism and genes required for tolerance to benzo[a]pyrene in *S. cerevisiae*, *Front. Gene*. 3(316). PMID: 23403841. PMCID: PMC3567348.

**120.** Ren X, Ji Z, Yuh J, Tang M, Bersonda J, Smith MT and **Zhang L** (2013). The impact of *FANCD2* deficiency on formaldehyde-induced toxicity in human lymphoblastoid cell lines. *Arch Tox*. 87(1):189-196. PMID: 22872141. PMCID: PMC4312773.

**119.** Hosgood HD, **Zhang L**, Tang X, Vermelen R, Shen M, Qui C, Ge Y, Hua M, Ji Z, Li S, Xiong J, Reiss B, Liu S, Xin KX, Azuma M, Xie Y, Beane-Freeman L, Ruan X, Guo W, Galvan N, Blair A, Li L, Huang H, Smith MT, Rothman N and Lan Q (2013). Occupational exposure to formaldehyde and alterations in lymphocyte subsets. *Am J Ind Med*. 56(2):252-257. PMID: 22767408. PMCID: PMC3493854.

16

**2012**   118. Vermeulen R, **Zhang L**, Spirenburg A, Tang X, Bonventre JV, Reiss B, Shen M, Smith MT, Qui C, Ge Y, Ji Z, Xiong J, He J, Hao Z, Liu S, Xie Y, Yue F, Guo W, Purdue M, Beane-Freeman LE, Sabbisetti V, Li L, Huang H, Rothman N and Lan Q (2012). Elevated urinary levels of kidney injury molecule-1 among Chinese factory workers exposed to trichloroethylene. *Carcinogenesis.* 33(8):1538-41. PMID: 22665366. PMCID: PMC3499056.

117. Thomas R, Phuong J, McHale CM, **Zhang L** (2012). Using bioinformatic approaches to identify pathways targeted by human leukemogens**.** *Int J Environ Res Public Health.* 9(7): 2479-503. PMID: 22851955. PMCID: PMC3407916.

116. Fromowitz M, Shuga J, Wlassowsky AY, Ji Z, North M, Vulpe CD, Smith MT, and **Zhang L** (2012). Bone marrow genotoxicity of 2,5-dimethylfuran, a green biofuel candidate. *Environ Mol Mutagen.* 53(6):488-91. PMID: 22730236

115. Phuong J, Kim S, Thomas R, **Zhang L** (2012). Predicted toxicity of the biofuel candidate 2,5-dimethylfuran in environmental and biological systems. *Environ Mol Mutagen.* 53(6):478-87. PMID: 22730190

114. **Zhang L**, Lan Q, Ji Z, Li G, Shen M, Vermeulen R, Guo W, Hubbard A, McHale CM, Rappaport SM, Hayes RB, Linet B, Yin S, Fraumeni JF, Rothman N, and Smith MT (2012). Leukemia-related chromosomal loss detected in hematopoietic progenitor cells of benzene-exposed workers. *Leukemia.* 26(12):2494-8. PMID: 22643707. PMCID: PMC3472034.

113. Godderis L, Thomas R, Hubbard AE, Tabish AM, Hoet P, **Zhang L**, Smith MT, Veulemans H, and McHale CM (2012). Effect of Chemical Mutagens and Carcinogens on Gene Expression Profiles in Human TK6 Cells. *PLoS ONE*, 7(6): e39205. PMID: 22723965. PMCID: PMC3377624.

112. Hosgood HD, **Zhang L**, Tang X, Vermeulen R, Shen M, Smith MT, Blair A, Qiu C, Ge Y, Ji Z, Xiong J, He J, Reiss B, Liu S, Xie Y, Guo W, Galvan N, Li L, Hao Z, Rothman N, Huang H, and Lan Q (2012). Decreased numbers of CD4$^+$ naive and effector memory T cells, and CD8$^+$ naïve T cells, are associated with trichloroethylene exposure. *Front. Oncol.*, 1:53. PMID: 22649769. PMCID: PMC3355872.

111. Ji Z, Weldon RH, Marchetti F, Chen H, Li G, Xing C, Kurtovich E, Young S, Schmid TE, Waidyanatha S, Rappaport SM, **Zhang L** and Eskenazi B (2012). Comparison of aneuploidies of chromosomes 21, X, and Y in the blood lymphocytes and sperm cells among workers exposed to benzene. *Environ Mol Mutagen*, 53(3):218-26. PMID: 22351378.

110. Ji Z and **Zhang L** (2012). Chromosomics: Detection of numerical and structural alterations in all 24 human chromosomes simultaneously using a novel OctoChrome FISH assay. *J Vis Exp*, 60: 3619. PMID: 22331009. PMCID: PMC3369631.

109. McHale CM, **Zhang L** and Smith MT (2012). Current understanding of the mechanism of benzene-induced leukemia in humans: Implications for risk assessment. *Carcinogenesis*, 33(2):240-52. PMID: 22166497. PMCID: PMC3271273.

108. Marchetti F, Eskenazi B, Weldon RH, Li G, **Zhang L**, Rappaport SM, Schmid TE, Xing C, Kurtovich E and Wyrobek AJ (2012). Occupational exposure to benzene and chromosomal structural aberrations in the sperm of Chinese men. *Environ Health Perspect*, 120(2):229-34. PMID: 22086566. PMCID: PMC3279447.

**2011**   107. North M, Tandon VJ, Thomas R, Loguinov A, Gerlovina I, Hubbard AE, **Zhang L,** Smith MT and Vulpe, C (2011). Genome-wide functional profiling reveals genes required for tolerance to benzene metabolites in yeast. *PLoS ONE*, 6(8): e24205. PMID: 21912624. PMCID: PMC3166172.

17

**106.** Duong A, Steinmaus C, McHale CM, Vaughan CP & **Zhang L** (2011). Reproductive and developmental toxicity of formaldehyde: a systematic review. *Mutat Res Rev*, 728(3):118-138. PMID: 21787879. PMCID: PMC3203331.

**105.** Shen M, **Zhang L**, Lee KM, Vermeulen R, Hosgood HD, Li G, Yin S, Rothman N, Chanock S, Smith MT and Lan Q (2011). Polymorphisms in genes involved in innate immunity and susceptibility to benzene-induced hematotoxicity. *Exp Mol Med*, 43(6):374-378. PMID: 21540635. PMCID: PMC3128916.

**104.** Liu R, **Zhang L**, McHale CM & Hammond K (2011). Paternal smoking and risk of childhood acute lymphoblastic leukemia: systematic review and meta-analysis. *Journal of Oncology*. 2011:1-16. PMID: 21765828. PMCID: PMC3132639.

**103. Zhang L**, Lan Q, Guo W, Hubbard AE, Li G, Rappaport SM, McHale CM, Shen M, Ji Z, Vermeulen R, Yin S, Rothman N and Smith MT (2011). Chromosome-wide aneuploidy study (CWAS) in workers exposed to an established leukemogen, benzene. *Carcinogenesis*, 32(4):605-612. PMID: 21216845. PMCID: PMC3066415.

**102.** Smith MT, **Zhang L**, McHale CM, Skibola CF and Rappaport SM (2011). Benzene, the exposome and future investigations of leukemia etiology. *Chem Biol Interact*, 192(1-2):155-159. PMID: 21333640. PMCID: PMC3461963.

**101.** Ren X, McHale CM, Skibola CF, Smith AH, Smith MT and **Zhang L** (2011). An emerging role for epigenetic dysregulation in arsenic toxicity and carcinogenesis. *Environ Health Perspect*, 119(1):11-19. PMID: 20682481. PMCID: PMC3018488.

**100.** Ren X, Lim S, Ji Z, Yuh J, Peng V, Smith MT and **Zhang L** (2011). Comparison of proliferation and genomic instability responses to *WRN* silencing in hematopoietic HL60 and TK6 cells. *PLoS One*, 6(1):e14546. PMID: 21267443. PMCID: PMC3022623.

**99.** Ren X, Aleshin M, Jo WJ, Dills R, Kalman DA, Vulpe CD, Smith MT and **Zhang L** (2011). Involvement of N-6 adenine-specific DNA methyltransferase 1 (*N6AMT1*) in arsenic biomethylation and its role in arsenic-induced toxicity. *Environ Health Perspect*, 119(6):771-777. PMID: 21193388. PMCID: PMC3114810.

**98.** McHale CM, **Zhang L**, Lan Q, Vermeulen R, Li G, Hubbard AE, Porter KE, Thomas R, Portier CJ, Shen M, Rappaport SM, Yin S, Smith MT and Rothman N (2011). Global gene expression profiling of a population exposed to a range of benzene levels. *Environ Health Perspect*, 119(5):628-634. PMID: 21147609. PMCID: PMC3094412.

**97.** Chu F, Ren X, Chasse A, Hickman T, **Zhang L**, Yuh J, Smith MT and Burlingame AL (2011). Quantitative mass spectrometry reveals the epigenome as a target of arsenic. *Chem Biol Interact*, 192(1-2):113-117. PMID: 21075096. PMCID: PMC4360996.

2010 **96.** Lunn R, Jahnke G, Spencer D, Garner S, Atwood S, Carter G, Ewens A, Greenwood D, Ratcliffe J, Desrosiers T, Haseman J, Jameson CW, Darden E, Saunders T, Riojas JC, Dakin S, McMartin KE, Akbar-Khanzadeh F, Boorman GA, DeRoos A, Demers P, Peterson L, Rappaport SM, Richardson DB, Sanderson WT, Sandy MS, Freeman LB, DeVito M, Elmore SA, **Zhang L.** National Toxicology Program (2010). Final report on carcinogens background document for formaldehyde. *Rep Carcinog Backgr Doc* (10-5981):i-512. PMID: 20737003.

**95.** Lan Q, **Zhang L**, Tang X, Shen M, Smith MT, Qui C, Ge Y, Ji Z, Xiong J, He J, Reiss B, Hao Z, Liu S, Xie Y, Guo W, Purdue M, Galvan N, Xin KX, Hu W, Beane Freeman LE, Blair A, Li L, Rothman N, Vermeulen R and Huang H (2010). Occupational exposure to trichloroethylene is associated with a decline in lymphocyte subsets and soluble CD27 and CD30 markers. *Carcinogenesis*, 31(9):1592-1596. PMID: 20530238. PMCID: PMC2930801.

**94.** Schwilk E, **Zhang L**, Smith MT, Smith AH, and Steinmaus C (2010). Formaldehyde and leukemia: an updated meta-analysis and evaluation of bias. *JOEM*, 52(9):878-886. PMID: 20798648.

**93.** Wiemels JL, Kang M, Chang JS, Zheng L, Kouyoumji C, **Zhang L**, Smith MT, Scelo G, Metayer C, Buffler P & Wiencke JK (2010). Backtracking *RAS* mutations in high hyperdiploid childhood acute lymphoblastic leukemia. *Blood Cells Mol Dis*, 45(3):186-191. PMID: 20688547. PMCID: PMC2943008.

**92.** Xing C, Marchetti F, Li G, Weldon RH, Kurtovich E, Young S, Schmid TE, **Zhang L**, Rappaport S, Waidyanatha S, Andrew J. Wyrobek AJ, and Eskenazi B (2010). Benzene exposure near the U.S. permissible limit is associated with sperm aneuploidy. *Environ Health Perspect*, 118(6):833–839. PMID: 20418200. PMCID: PMC2898861.

**91.** McHale CM, **Zhang L**, Hubbard AE and Smith MT (2010). Toxicogenomic profiling of chemically exposed humans in risk assessment. *Mutat Res Rev*, 705:172-183. PMID: 20382258. PMCID: PMC2928857.

**90. Zhang L**, Ji Z, Guo W, Hubbard AE, Galvan N, Xin KX, Azuma M, Smith MT, Tang X, Qiu C, Ge Y, Hua M, Ruan X, Li S, Xie Y, Li L, Huang H, Rothman N, Shen M, Freeman LB, Blair A, Alter BP, Moore LE, Hayes RB, Hauptmann M, Stewart P, Fraumeni JF, Jr., Lan Q, Vermeulen R, Reiss B, Liu S, Xiong J, Kim S and Rappaport SM (2010). Occupational exposure to formaldehyde, hematotoxicity and leukemia-specific chromosome changes in cultured myeloid progenitor cells - *Response*. *Cancer Epidemiol Biomarkers Prev*, 19(7):1884-1885. PMID: 20615894.

**89. Zhang L**, Tang X, Rothman N, Vermeulen R, Ji Z, Shen M, Qiu C, Guo W, Liu S, Reiss B, Freeman LB, Ge Y, Hubbard AE, Hua M, Blair A, Galvan N, Ruan X, Alter BP, Xin KX, Li S, Moore LE, Kim S, Xie Y, Hayes RB, Azuma M, Hauptmann M, Xiong J, Stewart P, Li L, Rappaport SM, Huang H, Fraumeni JF, Jr., Smith MT and Lan Q (2010). Occupational exposure to formaldehyde, hematotoxicity, and leukemia-specific chromosome changes in cultured myeloid progenitor cells. *Cancer Epidemiol Biomarkers Prev*, 19(1):80-88. PMID: 20056626. PMCID: PMC2974750.

**88. Zhang L**, McHale CM, Rothman N, Li G, Ji Z, Vermeulen R, Hubbard AE, Ren X, Shen M, Rappaport SM, North M, Skibola CF, Yin S, Vulpe C, Chanock SJ, Smith MT and Lan Q (2010). Systems biology of human benzene exposure. *Chem Biol Interact*, 184(1-2):86-93. PMID: 20026094. PMCID: PMC2846187.

**87. Zhang L**, Freeman LE, Nakamura J, Hecht SS, Vandenberg JJ, Smith MT and Sonawane BR (2010). Formaldehyde and leukemia: epidemiology, potential mechanisms, and implications for risk assessment. *Environ Mol Mutagen*, 51(3):181-191. PMID: 19790261. PMCID: PMC2839060.

**86.** Vlaanderen J, Moore LE, Smith MT, Lan Q, **Zhang L**, Skibola CF, Rothman N and Vermeulen R (2010). Application of OMICS technologies in occupational and environmental health research; current status and projections. *Occup Environ Med*, 67(2):136-143. PMID: 19933307. PMCID: PMC2910417.

**85.** Skibola CF, Bracci PM, Nieters A, Brooks-Wilson A, de Sanjose S, Hughes AM, Cerhan JR, Skibola DR, Purdue M, Kane E, Lan Q, Foretova L, Schenk M, Spinelli JJ, Slager SL, De Roos AJ, Smith MT, Roman E, Cozen W, Boffetta P, Kricker A, Zheng T, Lightfoot T, Cocco P, Benavente Y, Zhang Y, Hartge P, Linet MS, Becker N, Brennan P, **Zhang L**, Armstrong B, Smith A, Shiao R, Novak AJ, Maynadie M, Chanock SJ, Staines A, Holford TR, Holly EA, Rothman N and Wang SS (2010). Tumor necrosis factor (*TNF*) and lymphotoxin-alpha (*LTA*) polymorphisms and risk of non-Hodgkin lymphoma in the InterLymph Consortium. *Am J Epi*, 171(3):267-276. PMID: 20047977. PMCID: PMC2842204.

**84.** Rappaport SM, Kim S, Lan Q, Li G, Vermeulen R, Waidyanatha S, **Zhang L**, Yin S, Smith MT and Rothman N (2010). Human benzene metabolism following occupational and environmental exposures. *Chem Biol Interact*, 184(1-2):189-195. PMID: 20026321. PMCID: PMC3072712.

**83.** Ji Z, **Zhang L**, Peng V, Ren X, McHale CM and Smith MT (2010). A comparison of the cytogenetic alterations and global DNA hypomethylation induced by the benzene metabolite, hydroquinone, with those induced by melphalan and etoposide. *Leukemia*, 24(5):986-991. PMID: 20339439. PMCID: PMC4353491.

2009 **82. Zhang L**, Steinmaus C, Eastmond DA, Xin XK and Smith MT (2009). Formaldehyde exposure and leukemia: a new meta-analysis and potential mechanisms. *Mutat Res Rev*, 681(2-3):150-168. PMID: 18674636.

**81.** Tang X, Bai Y, Duong A, Smith MT, Li L and **Zhang L** (2009). Formaldehyde in China: production, consumption, exposure levels, and health effects. *Environ Int*, 35(8):1210-1224. PMID: 19589601.

**80**. Skibola CF, Bracci PM, Halperin E, Conde L, Craig DW, Agana L, Iyadurai K, Becker N, Brooks-Wilson A, Curry JD, Spinelli JJ, Holly EA, Riby J, **Zhang L**, Nieters A, Smith MT and Brown KM (2009). Genetic variants at 6p21.33 are associated with susceptibility to follicular lymphoma. *Nat Genet*, 41(8):873-875. PMID: 19620980. PMCID: PMC2823809.

**79.** Scelo G, Metayer C, **Zhang L**, Wiemels JL, Aldrich MC, Selvin S, Month S, Smith MT and Buffler PA (2009). Household exposure to paint and petroleum solvents, chromosomal translocations, and the risk of childhood leukemia. *Environ Health Perspect*, 117(1):133-139. PMID: 19165400. PMCID: PMC2627857.

**78**. Ren X, Lim S, Smith MT and **Zhang L** (2009). Werner syndrome protein, WRN, protects cells from DNA damage induced by the benzene metabolite hydroquinone. *Toxicol Sci*, 107(2):367-375. PMID: 19064679. PMCID: PMC2639759

**77**. Rappaport SM, Kim S, Lan Q, Vermeulen R, Waidyanatha S, **Zhang L**, Li G, Yin S, Hayes RB, Rothman N and Smith MT (2009). Evidence that humans metabolize benzene via two pathways. *Environ Health Perspect*, 117(6):946-952. PMID: 19590688. PMCID: PMC2702411.

**76.** McHale CM, **Zhang L**, Lan Q, Li G, Hubbard AE, Forrest MS, Vermeulen R, Chen J, Shen M, Rappaport SM, Yin S, Smith MT and Rothman N (2009). Changes in the peripheral blood transcriptome associated with occupational benzene exposure identified by cross-comparison on two microarray platforms. *Genomics*, 93(4): 343-349. PMID: 19162166. PMCID: PMC2693268.

**75.** Lan Q, **Zhang L**, Shen M, Jo WJ, Vermeulen R, Li G, Vulpe C, Lim S, Ren X, Rappaport SM, Berndt SI, Yeager M, Yuenger J, Hayes RB, Linet M, Yin S, Chanock S, Smith MT and Rothman N (2009). Large-scale evaluation of candidate genes identifies associations between DNA repair and genomic maintenance and development of benzene hematotoxicity. *Carcinogenesis*, 30(1):50-58. PMID: 18978339. PMC2639030.

**74.** Jo WJ, Ren X, Chu F, Aleshin M, Wintz H, Burlingame A, Smith MT, Vulpe CD and **Zhang L** (2009). Acetylated H4K16 by MYST1 protects UROtsa cells from arsenic toxicity and is decreased following chronic arsenic exposure. *Toxicol Appl Pharmacol*, 241(3):294-302. PMID: 19732783. PMCID: PMC2784148.

**73.** Jo WJ, Loguinov A, Wintz H, Chang M, Smith AH, Kalman D, **Zhang L**, Smith MT and Vulpe CD (2009). Comparative functional genomic analysis identifies distinct and overlapping sets of genes required for resistance to monomethylarsonous acid (MMA[III]) and arsenite (As[III]) in yeast. *Toxicol Sci*, 111(2):424-436. PMID: 19635755. PMCID: PMC2742584.

**72.** Ji Z, **Zhang L**, Guo W, McHale CM and Smith MT (2009). The benzene metabolite, hydroquinone and etoposide both induce endoreduplication in human lymphoblastoid TK6 cells. *Mutagenesis*, 24(4):367-372. PMID: 19491217. PMID: 19491217. PMCID: PMC2701990.

**71**. Hosgood HD, 3rd, **Zhang L**, Shen M, Berndt SI, Vermeulen R, Li G, Yin S, Yeager M, Yuenger J, Rothman N, Chanock S, Smith M and Lan Q (2009). Association between genetic variants in *VEGF*, *ERCC3* and occupational benzene haematotoxicity. *Occup Environ Med*, 66(12):848-853. PMID: 19773279. PMCID: PMC2928224.

**70.** Guyton KZ, Kyle AD, Aubrecht J, Cogliano VJ, Eastmond DA, Jackson M, Keshava N, Sandy MS, Sonawane B, **Zhang L**, Waters MD and Smith MT (2009). Improving prediction of chemical carcinogenicity by considering multiple mechanisms and applying toxicogenomic approaches. *Mutat Res Rev*, 681(2-3):230-240. PMID: 19010444.

**2008**

**69.** Wiemels JL, Hofmann J, Kang M, Selzer R, Green R, Zhou M, Zhong S, **Zhang L**, Smith MT, Marsit C, Loh M, Buffler P and Yeh RF (2008). Chromosome 12p deletions in *TEL-AML1* childhood acute lymphoblastic leukemia are associated with retrotransposon elements and occur postnatally. *Cancer Res*, 68(23):9935-9944. PMID: 19047175. PMCID: PMC2597307.

**68.** Shen M, **Zhang L**, Bonner MR, Liu CS, Li G, Vermeulen R, Dosemeci M, Yin S and Lan Q (2008). Association between mitochondrial DNA copy number, blood cell counts, and occupational benzene exposure. *Environ Mol Mutagen*, 49(6):453-457. PMID: 18481315. PMCID: PMC2957084.

**67.** McHale CM, Lan Q, Corso C, Li G, **Zhang L**, Vermeulen R, Curry JD, Shen M, Turakulov R, Higuchi R, Germer S, Yin S, Rothman N and Smith MT (2008). Chromosome translocations in workers exposed to benzene. *J Natl Cancer Inst Monogr*, (39):74-77. PMID: 18648008.

**66.** Hegedus CM, Skibola CF, Warner M, Skibola DR, Alexander D, Lim S, Dangleben NL, **Zhang L**, Clark M, Pfeiffer RM, Steinmaus C, Smith AH, Smith MT and Moore LE (2008). Decreased urinary beta-defensin-1 expression as a biomarker of response to arsenic. *Toxicol Sci*, 106(1):74-82. PMID: 18511430. PMCID: PMC2563143.

**65.** Galvan N, Lim S, Zmugg S, Smith MT and **Zhang L** (2008). Depletion of *WRN* enhances DNA damage in HeLa cells exposed to the benzene metabolite, hydroquinone. *Mutat Res*, 649(1-2):54-61. PMID: 17875398. PMCID: PMC3461953.

**2007**

**64.** Escobar PA, Smith MT, Vasishta A, Hubbard AE and **Zhang L** (2007). Leukaemia-specific chromosome damage detected by comet with fluorescence *in situ* hybridization (comet-FISH). *Mutagenesis*, 22(5):321-327. PMID: 17575318.

**63.** Lan Q, Shen M, Garcia-Rossi D, Chanock S, Zheng T, Berndt SI, Puri V, Li G, He X, Welch R, Zahm SH, **Zhang L**, Zhang Y, Smith M, Wang SS, Chiu BC, Linet M, Hayes R, Rothman N and Yeager M (2007). Genotype frequency and F ST analysis of polymorphisms in immunoregulatory genes in Chinese and Caucasian populations. *Immunogenetics*, 59(11):839-852. PMID: 17938902.

**62.** Lin YS, Vermeulen R, Tsai CH, Waidyanatha S, Lan Q, Rothman N, Smith MT, **Zhang L**, Shen M, Li G, Yin S, Kim S and Rappaport SM (2007). Albumin adducts of electrophilic benzene metabolites in benzene-exposed and control workers. *Environ Health Perspect*, 115(1):28-34. PMID: 17366815. PMCID: PMC1797829.

**61.** Kim S, Lan Q, Waidyanatha S, Chanock S, Johnson BA, Vermeulen R, Smith MT, **Zhang L**, Li G, Shen M, Yin S, Rothman N and Rappaport SM (2007). Genetic polymorphisms and benzene metabolism in humans exposed to a wide range of air concentrations. *Pharmacogenet Genomics*, 17(10):789-801. PMID: 17885617.

**60. Zhang L**, Rothman N, Li GL, Guo W, Yang W, Hubbard AE, Hayes RB, Yin S, Lu W, Smith MT. (2007) Aberrations in chromosomes associated with lymphoma and therapy-related leukemia in benzene-exposed workers. *Environmental and Molecular Mutagenesis*, 48(6): 467-474. PMID: 17584886.

**59.** McHale C M, **Zhang L**, Hubbard A E, Zhao X, Baccarelli A, Pesatori A, Smith M T, Landi M T. (2007). Microarray analysis of gene expression in peripheral blood mononuclear cells from dioxin-exposed human subjects. *Toxicology*, 229(1-2): 101-113. PMID: 17101203.

2006    **58.** Kim S, Vermeulen R, Waidyanatha S, Johnson BA, Lan Q, Smith MT, **Zhang L**, Li G, Shen M, Yin S, Rothman N and Rappaport SM (2006). Modeling human metabolism of benzene following occupational and environmental exposures. *CEBP*, 15(11):2246-2252. PMID: 17119053

**57.** Olaharski AJ, Ji Z, Woo JY, Lim S, Hubbard AE, **Zhang L** and Smith MT (2006). The histone deacetylase inhibitor Trichostatin *A* has genotoxic effects in human lymphoblasts *in vitro*. *Toxicol Sci*, 93(2):341-347. PMID: 16857700.

**56.** Vermeulen R, Lan Q, Li G, Rappaport SM, Kim S, van Wendel de Joode B, Shen M, Bohong X, Smith MT, **Zhang L**, Yin S and Rothman N (2006). Assessment of dermal exposure to benzene and toluene in shoe manufacturing by activated carbon cloth patches. *J Environ Monit*, 8(11):1143-1148. PMID: 17075621.

**55.** Shen M, Lan Q, **Zhang L**, Chanock S, Li G, Vermeulen R, Rappaport SM, Guo W, Hayes RB, Linet M, Yin S, Yeager M, Welch R, Forrest MS, Rothman N and Smith MT (2006). Polymorphisms in genes involved in DNA double-strand break repair pathway and susceptibility to benzene-induced hematotoxicity. *Carcinogenesis*, 27(10):2083-2089. PMID: 16728435.

**54.** Lan Q, Vermeulen R, **Zhang L**, Li G, Rosenberg PS, Alter BP, Shen M, Rappaport SM, Weinberg RS, Chanock S, Waidyanatha S, Rabkin C, Hayes RB, Linet M, Kim S, Yin S, Rothman N and Smith MT (2006). Response. *Science*, 312(5776):998-999.

**53.** Kim S, Vermeulen R, Waidyanatha S, Johnson BA, Lan Q, Rothman N, Smith MT, **Zhang L**, Li G, Shen M, Yin S and Rappaport SM (2006). Using urinary biomarkers to elucidate dose-related patterns of human benzene metabolism. *Carcinogenesis*, 27(4):772-781. PMID: 16339183.

**52.** Aldrich MC, **Zhang L**, Wiemels JL, Ma X, Loh ML, Metayer C, Selvin S, Feusner J, Smith MT and Buffler PA (2006). Cytogenetics of Hispanic and White children with acute lymphoblastic leukemia in California. *Cancer Epidemiol Biomarkers Prev*, 15(3):578-581. PMID: 16537719.

2005    **51.** Forrest MS, Lan Q, Hubbard AE, **Zhang L**, Vermeulen R, Zhao X, Li G, Wu YY, Shen M, Yin S, Chanock SJ, Rothman N and Smith MT (2005). Discovery of novel biomarkers by microarray analysis of peripheral blood mononuclear cell gene expression in benzene-exposed workers. *Environ Health Perspect*, 113(6):801-807. PMID: 15929907.

**50.** Hegedus CM, Gunn L, Skibola CF, **Zhang L**, Shiao R, Fu S, Dalmasso EA, Metayer C, Dahl GV, Buffler PA and Smith MT (2005). Proteomic analysis of childhood leukemia. *Leukemia*, 19(10):1713-1718. PMID: 16136170.

**49.** Lan Q, **Zhang L**, Hakim F, Shen M, Memon S, Li G, Vermeulen R, Smith MT, Rappaport SM, Hayes R, Linet M, Yin S, Rothman N and Rabkin CS (2005). Lymphocyte toxicity and T cell receptor excision circles in workers exposed to benzene. *Chem Biol Interact*, 153-4:111-115. PMID: 15935806.

**48.** Lan Q, **Zhang L**, Shen M, Smith MT, Li G, Vermeulen R, Rappaport SM, Forrest MS, Hayes RB, Linet M, Dosemeci M, Alter BP, Weinberg RS, Yin S, Yeager M, Welch R, Waidyanatha S, Kim S, Chanock S and Rothman N (2005). Polymorphisms in cytokine and cellular adhesion molecule genes and susceptibility to hematotoxicity among workers exposed to benzene. *Cancer Res*, 65(20):9574-9581. PMID: 16230423.

**47.** Olaharski AJ, Rine J, Marshall BL, Babiarz J, **Zhang L**, Verdin E and Smith MT (2005). The flavoring agent dihydrocoumarin reverses epigenetic silencing and inhibits sirtuin deacetylases. *PLoS Genet*, 1(6):77. PMID: 16362078.

**46.** Rappaport SM, Waidyanatha S, Yeowell-O'connell K, Rothman N, Smith MT, **Zhang L**, Qu Q, Shore R, Li G and Yin S (2005). Protein adducts as biomarkers of human benzene metabolism. *Chem Biol Interact*, 153-4:103-109. PMID: 15935805.

**45.** Smith MT, Vermeulen R, Li G, **Zhang L**, Lan Q, Hubbard AE, Forrest MS, McHale C, Zhao X, Gunn L, Shen M, Rappaport SM, Yin S, Chanock S and Rothman N (2005). Use of 'Omic' technologies to study humans exposed to benzene. *Chem Biol Interact*, 153-154:123-127. PMID: 15935808.

**44.** Smith MT, McHale CM, Wiemels JL, **Zhang L**, Wiencke JK, Zheng S, Gunn L, Skibola CF, Ma X and Buffler PA (2005). Molecular biomarkers for the study of childhood leukemia. *Toxicol Appl Pharmacol*, 206(2):237-245. PMID: 15967214.

**43.** Vermeulen R, Lan Q, **Zhang L**, Gunn L, McCarthy D, Woodbury RL, McGuire M, Podust VN, Li G, Chatterjee N, Mu R, Yin S, Rothman N and Smith MT (2005). Decreased levels of CXC-chemokines in serum of benzene-exposed workers identified by array-based proteomics. *Proc Natl Acad Sci U S A*, 102(47):17041-17046. PMID: 16286641.

**42.** Wiemels JL, Zhang Y, Chang J, Zheng S, Metayer C, **Zhang L**, Smith MT, Ma X, Selvin S, Buffler PA and Wiencke JK (2005). *RAS* mutation is associated with hyperdiploidy and parental characteristics in pediatric acute lymphoblastic leukemia. *Leukemia*, 19(3):415-419. PMID: 15674422.

**41. Zhang L**, Lan Q, Guo W, Li G, Yang W, Hubbard AE, Vermeulen R, Rappaport SM, Yin S, Rothman N and Smith MT (2005). Use of OctoChrome fluorescence *in situ* hybridization to detect specific aneuploidy among all 24 chromosomes in benzene-exposed workers. *Chem Biol Interact*, 153-4:117-122. PMID: 15935807.

**40. Zhang L**, Yang W, Hubbard AE and Smith MT (2005). Nonrandom aneuploidy of chromosomes 1, 5, 6, 7, 8, 9, 11, 12, and 21 induced by the benzene metabolites hydroquinone and benzenetriol. *Environ Mol Mutagen*, 45(4):388-396. PMID: 15662717.

**2004**   **39.** Lan Q, **Zhang L**, Li G, Vermeulen R, Weinberg RS, Dosemeci M, Rappaport SM, Shen M, Alter BP, Wu Y, Kopp W, Waidyanatha S, Rabkin C, Guo W, Chanock S, Hayes RB, Linet M, Kim S, Yin S, Rothman N, and Smith MT (2004). Hematotoxicity in workers exposed to low levels of benzene. *Science*, 306(5702): 1774-6. PMID: 15576619. PMCID:

**38.** Vermeulen R, Li G, Lan Q, Dosemeci M, Rappaport SM, Bohong X, Smith MT, **Zhang L**, Hayes RB, Linet M, Mu R, Wang L, Xu J, Yin S and Rothman N (2004). Detailed exposure assessment for a molecular epidemiology study of benzene in two shoe factories in China. *Ann Occup Hyg*, 48(2):105-116. PMID: 14990432.

**37. Zhang L**, Hayes RB, Guo W, McHale CM, Yin S, Wiencke JK, Patrick O'Neill J, Rothman N, Li GL and Smith MT (2004). Lack of increased genetic damage in 1,3-butadiene-exposed Chinese workers studied in relation to EPHX1 and GST genotypes. *Mutat Res*, 558(1-2):63-74. PMID: 15036120.

**36.** Zheng S, Ma X, **Zhang L**, Gunn L, Smith MT, Wiemels JL, Leung K, Buffler PA and Wiencke JK (2004). Hypermethylation of the 5' CpG island of the *FHIT* gene is associated with hyperdiploid and translocation-negative subtypes of pediatric leukemia. *Cancer Res*, 64(6):2000-2006. PMID: 15026336.

**2003**   **35.** McHale CM, Wiemels JL, **Zhang L**, Ma X, Buffler PA, Guo W, Loh ML and Smith MT (2003). Prenatal origin of *TEL-AML1*-positive acute lymphoblastic leukemia in children born in California. *Genes Chromosomes Cancer*, 37(1):36-43. PMID: 12661004.

**34.** McHale CM, Wiemels JL, **Zhang L**, Ma X, Buffler PA, Feusner J, Matthay K, Dahl G and Smith MT (2003). Prenatal origin of childhood acute myeloid leukemias harboring chromosomal rearrangements t(15;17) and inv(16). *Blood*, 101(11):4640-4641. PMID: 12756163.

**2002**   **33.** Rappaport SM, Yeowell-O'Connell K, Smith MT, Dosemeci M, Hayes RB, **Zhang L**, Li G, Yin S and Rothman N (2002). Non-linear production of benzene oxide-albumin adducts with human exposure to benzene. *J Chromatogr B Analyt Technol Biomed Life Sci*, 778(1-2):367-74. PMID: 12376141.

**32.** Wiemels JL, Xiao Z, Buffler PA, Maia AT, Ma X, Dicks BM, Smith MT, **Zhang L**, Feusner J, Wiencke J, Pritchard-Jones K, Kempski H and Greaves M (2002). *In utero* origin of t(8;21) *AML1-ETO* translocations in childhood acute myeloid leukemia. *Blood*, 99(10):3801-3805. PMID: 11986239.

**31. Zhang L**, Eastmond DA and Smith MT (2002). The nature of chromosomal aberrations detected in humans exposed to benzene. *Crit Rev Toxicol*, 32(1):1-42. PMID: 11846214.

**2001**   30. Hayes RB, **Zhang L**, Swenberg JA, Yin SN, Xi L, Wiencke J, Bechtold WE, Yao M, Rothman N, Haas R, O'Neill JP, Wiemels J, Dosemeci M, Li G and Smith MT (2001). Markers for carcinogenicity among butadiene-polymer workers in China. *Chem Biol Interact*, 135-136:455-464. PMID: 11397406.

29. Yeowell-O'Connell K, Rothman N, Waidyanatha S, Smith MT, Hayes RB, Li G, Bechtold WE, Dosemeci M, **Zhang L**, Yin S and Rappaport SM (2001). Protein adducts of 1,4-benzoquinone and benzene oxide among smokers and nonsmokers exposed to benzene in China. *Cancer Epidemiol Biomarkers Prev*, 10(8):831-838. PMID: 11489749.

**2000**   28. Hayes RB, **Zhang L**, Yin S, Swenberg JA, Xi L, Wiencke J, Bechtold WE, Yao M, Rothman N, Haas R, O'Neill JP, Zhang D, Wiemels J, Dosemeci M, Li G and Smith MT (2000). Genotoxic markers among butadiene polymer workers in China. *Carcinogenesis*, 21(1):55-62. PMID: 10607734.

27. Smith MT, **Zhang L**, Jeng M, Wang Y, Guo W, Duramad P, Hubbard AE, Hofstadler G and Holland NT (2000). Hydroquinone, a benzene metabolite, increases the level of aneusomy of chromosomes 7 and 8 in human CD34-positive blood progenitor cells. *Carcinogenesis*, 21(8):1485-1490. PMID: 10910948.

**1999**   26. **Zhang L**, Rothman N, Wang Y, Hayes RB, Yin S, Titenko-Holland N, Dosemeci M, Wang YZ, Kolachana P, Lu W, Xi L, Li GL and Smith MT (1999). Benzene increases aneuploidy in the lymphocytes of exposed workers: a comparison of data obtained by fluorescence *in situ* hybridization in interphase and metaphase cells. *Environ Mol Mutagen*, 34(4):260-268. PMID: 10618174.

**1998**   25. **Zhang L**, Rothman N, Wang Y, Hayes RB, Li G, Dosemeci M, Yin S, Kolachana P, Titenko-Holland N and Smith MT (1998). Increased aneusomy and long arm deletion of chromosomes 5 and 7 in the lymphocytes of Chinese workers exposed to benzene. *Carcinogenesis*, 19(11):1955-1961. PMID: 9855009.

24. Smith MT and **Zhang L** (1998). Biomarkers of leukemia risk: benzene as a model. *Environ Health Perspect*, 106 Suppl 4:937-946. PMID: 9703476.

23. Titenko-Holland N, Shao J, **Zhang L**, Xi L, Ngo H, Shang N and Smith MT (1998). Studies on the genotoxicity of molybdenum salts in human cells *in vitro* and in mice *in vivo*. *Environ Mol Mutagen*, 32(3):251-259. PMID: 9814440.

24

**22.** Yeowell-O'Connell K, Rothman N, Smith MT, Hayes RB, Li G, Waidyanatha S, Dosemeci M, **Zhang L**, Yin S, Titenko-Holland N and Rappaport SM (1998). Hemoglobin and albumin adducts of benzene oxide among workers exposed to high levels of benzene. *Carcinogenesis*, 19(9):1565-1571. PMID: 9771926.

**21. Zhang L**, Wang Y, Shang N and Smith MT (1998). Benzene metabolites induce the loss and long arm deletion of chromosomes 5 and 7 in human lymphocytes. *Leuk Res*, 22(2):105-113. PMID: 9593466.

**20.** Smith MT, **Zhang L**, Wang Y, Hayes RB, Li G, Wiemels J, Dosemeci M,Titenko-Holland N, Xi L, Kolachana P, Yin S, and Rothman N (1998). Increased translocations and aneusomy in chromosomes 8 and 21 among workers exposed to benzene. Cancer Res, 58: 2176-2181. PMID 9605763.

1997    **19.** Rothman N, Smith MT, Hayes RB, Traver RD, Hoener B, Campleman S, Li GL, Dosemeci M, Linet M, **Zhang L**, Xi L, Wacholder S, Lu W, Meyer KB, Titenko-Holland N, Stewart JT, Yin S and Ross D (1997). Benzene poisoning, a risk factor for hematological malignancy, is associated with the *NQO1* 609C-->T mutation and rapid fractional excretion of chlorzoxazone. *Cancer Res*, 57(14):2839-2842. PMID: 9230185.

**18.** Xi L, **Zhang L**, Wang Y and Smith MT (1997). Induction of chromosome-specific aneuploidy and micronuclei in human lymphocytes by metabolites of 1,3-butadiene. *Carcinogenesis*, 18(9):1687-1693. PMID: 9328162.

1996    **17.** Hayes RB, Xi L, Bechtold WE, Rothman N, Yao M, Henderson R, **Zhang L**, Smith MT, Zhang D, Wiemels J, Dosemeci M, Yin S and O'Neill JP (1996). *hprt* mutation frequency among workers exposed to 1,3-butadiene in China. *Toxicology*, 113(1-3):100-105. PMID: 8901888.

**16.** Rothman N, Li GL, Dosemeci M, Bechtold WE, Marti GE, Wang YZ, Linet M, Xi LQ, Lu W, Smith MT, Titenko-Holland N, **Zhang L**, Blot W, Yin SN and Hayes RB (1996). Hematotoxicity among Chinese workers heavily exposed to benzene. *Am J Ind Med*, 29(3):236-246. PMID: 8833776.

**15.** Rothman N, Smith MT, Hayes RB, Li GL, Irons RD, Dosemeci M, Haas R, Stillman WS, Linet M, Xi LQ, Bechtold WE, Wiemels J, Campleman S, **Zhang L**, Quintana PJ, Titenko-Holland N, Wang YZ, Lu W, Kolachana P, Meyer KB and Yin S (1996). An epidemiologic study of early biologic effects of benzene in Chinese workers. *Environ Health Perspect*, 104 Suppl 6:1365-1370. PMID: 9118921.

**14.** Shao J, **Zhang L**, Semenza JC, Beach B and Smith MT (1996). Tetrasomy 8 detected by interphase cytogenetics in a child with acute lymphocytic leukemia. *Cancer Genet Cytogenet*, 92(2):135-140. PMID: 8976370.

**13. Zhang L**, Bandy B and Davison AJ (1996). Effects of metals, ligands and antioxidants on the reaction of oxygen with 1,2,4-benzenetriol. *Free Radic Biol Med*, 20(4):495-505. PMID: 8904290.

**12. Zhang L**, Rothman N, Wang Y, Hayes RB, Bechtold W, Venkatesh P, Yin S, Dosemeci M, Li G, Lu W and Smith MT (1996). Interphase cytogenetics of workers exposed to benzene. *Environ Health Perspect*, 104 Suppl 6:1325-1329. PMID: 9118914.

1995    **11.** Rothman N, Haas R, Hayes RB, Li GL, Wiemels J, Campleman S, Quintana PJ, Xi LJ, Dosemeci M, Titenko-Holland N, Meyer KB, Lu W, **Zhang L**, Bechtold W, Wang Y, Kolachana P, Yin S, Blot W and Smith MT (1995). Benzene induces gene-duplicating but not gene-inactivating mutations at the *glycophorin A* locus in exposed humans. *Proc Natl Acad Sci U S A*, 92(9):4069-4073. PMID: 7732033.

1994    **10. Zhang L**, Venkatesh P, Creek ML and Smith MT (1994). Detection of 1,2,4-benzenetriol

induced aneuploidy and microtubule disruption by fluorescence *in situ* hybridization and immunocytochemistry. *Mutat Res*, 320(4):315-327. PMID: 7508557.

**1993**  **9.** Kolachana P, Subrahmanyam VV, Meyer KB, **Zhang L** and Smith MT (1993). Benzene and its phenolic metabolites produce oxidative DNA damage in HL60 cells *in vitro* and in the bone marrow *in vivo*. *Cancer Res*, 53(5):1023-1026. PMID: 8439949.

**8. Zhang L**, Robertson ML, Kolachana P, Davison AJ and Smith MT (1993). Benzene metabolite, 1,2,4-benzenetriol, induces micronuclei and oxidative DNA damage in human lymphocytes and HL60 cells. *Environ Mol Mutagen*, 21(4):339-348. PMID: 8491213.

**1989**  **7. Zhang L**, Maiorino M, Roveri A and Ursini F (1989). Phospholipid hydroperoxide glutathione peroxidase: specific activity in tissues of rats of different age and comparison with other glutathione peroxidases. *Biochim Biophys Acta*, 1006(1):140-143. PMID: 2804065.

**6.** Xu H, **Zhang L**, Fan H, Sun J, Wang X, Hu S (1989). A Study on the interaction between selenium compounds and lipid peroxy radical. *Acta Chimica Sinica*, 47:901-906.

**1987**  **5.** Xu H, **Zhang L** (1987). Reaction principles of selenium compounds and lipid peroxy radicals. *Journal of Huazhong University of Science and Technology*, 15:55-58.

**1985**  **4. Zhang L**, Xu H, Liu Z (1985). Investigation with ESR on the peroxy radical scavenging effect of selenium. *Journal of Huazhong University of Science and Technology*, 13:99-104.

**3. Zhang L**, Xu H, Liu Z (1985). Study on the direct scavenging effect of selenium upon lipid peroxy radical. *Journal of Molecular Science* (Wuhan, P.R. China), 3:235-242.

**2. Zhang L**, Xu H, Liu Z, Xu P (1985). Direct observation of the scavenging effect of selenium on peroxy radicals. *Chinese Journal of Nature* (P.R. China), 8:73-74.

**1984**  **1. Zhang L** (1984). A new method of non-linear mapping (NLM) in pattern recognition. *Journal of Graduate Students at Huazhong University of Science and Technology*, 1:41-45.

Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

Contents lists available at ScienceDirect

# Mutation Research-Reviews in Mutation Research

journal homepage: www.elsevier.com/locate/mutrev



Review

# Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence



Luoping Zhang[a,*], Iemaan Rana[a], Rachel M. Shaffer[b], Emanuela Taioli[c], Lianne Sheppard[b,d]

[a] Division of Environmental Health Sciences, School of Public Health, University of California Berkeley, Berkeley, USA
[b] Department of Environmental and Occupational Health Sciences, University of Washington, Seattle, USA
[c] Institute for Translational Epidemiology and Department of Population Health Science and Policy, Icahn School of Medicine at Mount Sinai, New York, USA
[d] Department of Biostatistics, University of Washington, Seattle, USA

ARTICLE INFO

Keywords:
Glyphosate
Pesticide
Roundup
Ranger pro
Carcinogenesis
Meta-analysis

ABSTRACT

Glyphosate is the most widely used broad-spectrum systemic herbicide in the world. Recent evaluations of the carcinogenic potential of glyphosate-based herbicides (GBHs) by various regional, national, and international agencies have engendered controversy. We investigated whether there was an association between high cumulative exposures to GBHs and increased risk of non-Hodgkin lymphoma (NHL) in humans. We conducted a new meta-analysis that includes the most recent update of the *Agricultural Health Study* (AHS) cohort published in 2018 along with five case-control studies. Using the highest exposure groups when available in each study, we report the overall meta-relative risk (meta-RR) of NHL in GBH-exposed individuals was increased by 41% (meta-RR = 1.41, 95% confidence interval, CI: 1.13–1.75). For comparison, we also performed a secondary meta-analysis using high-exposure groups with the earlier AHS (2005), and we calculated a meta-RR for NHL of 1.45 (95% CI: 1.11–1.91), which was higher than the meta-RRs reported previously. Multiple sensitivity tests conducted to assess the validity of our findings did not reveal meaningful differences from our primary estimated meta-RR. To contextualize our findings of an increased NHL risk in individuals with high GBH exposure, we reviewed publicly available animal and mechanistic studies related to lymphoma. We documented further support from studies of malignant lymphoma incidence in mice treated with pure glyphosate, as well as potential links between glyphosate / GBH exposure and immunosuppression, endocrine disruption, and genetic alterations that are commonly associated with NHL or lymphomagenesis. Overall, in accordance with findings from experimental animal and mechanistic studies, our current meta-analysis of human epidemiological studies suggests a compelling link between exposures to GBHs and increased risk for NHL.

## 1. Background

### 1.1. Global usage of glyphosate-based herbicides

Glyphosate is a highly effective broad spectrum herbicide that is typically applied in mixtures known as glyphosate-based herbicides (GBHs) and commonly sold under the trade names of *Roundup®* and *Ranger Pro®*. Use of GBHs has dramatically increased worldwide in recent decades (Fig. 1). In the United States alone, usage increased nearly sixteen-fold between 1992 and 2009 [1]. Most of this increase occurred after the introduction of genetically modified glyphosate-resistant "Roundup-ready" crops in 1996 [1]. In addition, there have been significant changes in usage. In particular, the practice of applying GBHs to crops shortly before harvest, so-called "green burndown," began in the early 2000s to speed up their desiccation; as a consequence, crops are likely to have higher GBH residues [2]. By the mid-2000s, green burndown became widespread, and regulatory agencies responded by increasing the permissible residue levels for GBHs [3,4].

*Abbreviations:* AHS, Agricultural Health Study; c-NHEJ, canonical non-homologous end joining pathway; CI, confidence interval; EDC, endocrine disrupting chemical; EFSA, European Food Safety Authority; EPA, Environmental Protection Agency; ETS, environmental tobacco smoke; GBHs, glyphosate-based herbicides; IARC, International Agency for Research on Cancer; IFN-γ, interferon gamma; IL-2, Interleukin-2; JMPR, Joint Meeting on Pesticide Residues by the Food and Agriculture Organization of the United Nations and World Health Organization; meta-RR, meta-analysis relative risk; mg/kg/day, milligrams per kilogram per day; MM, multiple myeloma; NHL, non-Hodgkin lymphoma; OR, odds ratio; ppm, parts per million; PRISMA, Preferred Reporting Items for Systematic Reviews and Meta-Analysis; RR, relative risk

* Corresponding author at: Division of Environmental Health Sciences, School of Public Health, 2121 Berkeley Way West, #5117, Berkeley, CA, 94720-7360, USA.
  *E-mail address:* luoping@berkeley.edu (L. Zhang).

https://doi.org/10.1016/j.mrrev.2019.02.001
Received 22 September 2018; Received in revised form 2 February 2019; Accepted 5 February 2019
Available online 10 February 2019
1383-5742/ © 2019 Elsevier B.V. All rights reserved.

L. Zhang, et al.                                                                                                                         Mutation Research-Reviews in Mutation Research 781 (2019) 186–206



**Fig. 1.** Timeline of glyphosate use milestones in relation to cohort and case-control study events.
[1]Glyphosate active ingredient usage includes agricultural and non-agricultural applications.
[2]Abbreviations: m = millions; lbs = pounds; ppm = parts per million; RR = Roundup Ready.
[3]Completed by 63% of AHS participants.

*1.2. Ubiquitous exposure in humans*

Glyphosate and its metabolites persist in food [5–7], water [8], and dust [9], potentially indicating that exposure in the general population is ubiquitous. Non-occupational exposures occur primarily through consumption of contaminated food, but may also occur through contact with contaminated soil [9], dust [9] and by drinking or bathing in contaminated water [8]. In plants, glyphosate may be absorbed and transported to parts used for food; it has been detected in fish [5], berries [6], vegetables, baby formula [7], and grains [10], and its use as a crop desiccant significantly increases residues. GBH residues in food persist long after initial treatment and are not lost during baking [11].

Limited data exist on internal glyphosate levels among GBH-

exposed individuals [12]. Average urinary glyphosate levels among occupationally exposed subjects range from 0.26-73.5 μg/L, whereas levels in environmentally exposed subjects have been reported between 0.13–7.6 μg/L [12]. Two studies of secular trends have reported increasing proportions of individuals with glyphosate in their urine over time [13,14]. Given that more than six billion kilograms of GBHs have been applied in the world in the last decade [2], glyphosate may be considered ubiquitous in the environment [15].

*1.3. Controversy surrounding the carcinogenic potential of GBHs*

Exposure to GBHs is reportedly associated with several types of cancer, among which the most well-studied in humans is non-Hodgkin

# EXHIBIT B

L. Zhang, et al.                                                                                                    *Mutation Research-Reviews in Mutation Research 781 (2019) 186–206*



**Fig. 2.** Study selection process for meta-analysis using PRISMA guidelines.

lymphoma (NHL). Some epidemiological studies have reported an increased risk of NHL in GBH-exposed individuals [16–18]; however, other studies have not confirmed this association [19,20]. GBHs have recently undergone a number of regional, national, and international evaluations for carcinogenicity [21–24], resulting in considerable controversy regarding glyphosate and GBHs' overall carcinogenic potential. Hence, addressing the question of whether or not GBHs are associated with NHL has become even more critical. Here, we evaluated all published human studies on the carcinogenicity of GBHs and present the first meta-analysis to include the most recently updated Agricultural Health Study (AHS) cohort [25]. We also discuss the lymphoma-related results from studies of glyphosate-exposed animals as well as mechanistic considerations to provide supporting evidence for our analysis of the studies of human exposures to GBHs.

## 2. Current meta-analysis of GBHs and NHL

### 2.1. Meta-analysis objective

Epidemiological studies may vary in several ways, such as by study design, sample size, and exposure assessment methods. Results among individual studies vary and may appear to conflict, which poses challenges in drawing an overall conclusion. Meta-analysis is a quantitative statistical tool that is frequently applied to consolidate the results from

similar but separate individual studies so that an overall conclusion about the effects of exposure can be drawn. Here, we conducted a meta-analysis using published human studies to better understand whether the epidemiological evidence supports an association between exposures to GBHs and increased NHL risk. Although three previously published meta-analyses have examined the same association and reported positive meta-risks for GBH-associated NHL [23,26,27], our analysis differs from earlier ones by focusing on an *a priori* hypothesis targeting exposure magnitude and by including the newly updated AHS study [25].

### 2.2. A priori hypothesis

Our *a priori* hypothesis is that the highest exposure to GBHs, *i.e.*, higher levels, longer durations and/or with sufficient lag and latency, will lead to increased risk of NHL in humans. The hypothesis is based on the understanding that higher and longer cumulative exposures are likely to yield higher risk estimates, given the nature of cancer development [28]. Hence, when cumulative exposure is higher, either due to higher level or longer duration exposures, an elevated association with the cancer of interest is more likely to be revealed if a true association exists. This *a priori* approach has been employed to estimate meta-risks for benzene [29] and formaldehyde [30,31], but not in any of the previous meta-analyses exploring the GBH-NHL association [23,26,27].

L. Zhang, et al.

**Table 1**
Epidemiologic studies of GBHs and NHL included in the main meta-analysis.[a]

| Author/location | Subject ascertainment | Participation | Exposure assessment | Exposure level | Results for NHL[b] | Weaknesses | Adjustments | Notes |
|---|---|---|---|---|---|---|---|---|
| Andreotti et al. [25] (Agricultural Health Study) Where: Iowa and North Carolina Design: Prospective cohort Years: 1993-97 to 2012-13 Percent exposed: 82.8% | Who: 54,251 pesticide applicators recruited between 1993-97 Cases: N/A Source of cases: Iowa and North Carolina and national death registries Histologic verification: Not mentioned Controls: N/A Source of controls: N/A | Exclusions: 3059 excluded (mostly missing data) Percent proxy interviews: None Missing Follow-Up Questionnaire: 37% (Pesticide use imputed) | Collection: Self-administered and take home questionnaire at time of recruitment 22 specific pesticides application methods, PPE, years of use, and days per use. Review: No Blinded: Prospective design Validation: Similar questions asked 1 year apart in 4088 subjects, agreement on glyphosate ever use = 82%, days per year mixed = 52% [125] | Exposed: Quartiles 1-4 calculated by multiplying lifetime exposure days by an intensity score. Intensity based on (mixing + application method + equipment repair) * PPE in Coble et al. 2011 [45] Unexposed: No glyphosate use Lagged: 5, 10, 15, and 20 years | Adjusted Intensity Weighted Cumulative Exposure (Days): RRs for Q1: 1-598.9; Q2: 599-1649.9; Q3: 1650-4339.9; and Q4: ≥4340.0, = 1.0 (Ref), 0.83 (0.59-1.18), 0.83 (0.61-1.12), 0.88 (0.65-1.19), 0.87 (0.64-1.20); p-trend = 0.95; n = 54,251 total, 111 cases in the high exposure group Similar results comparing highest to lowest quartile. Lagged with Adjusted Intensity Weighted Cumulative Exposure: RRs for 20-year lag quartiles: Q1: 1-281.3; Q2: 281.4-895.9; Q3: 896-2609.9; Q4: ≥2610.0 = 1.00 (Ref), 1.22 (0.91-1.64), 1.15 (0.86-1.55), 0.98 (0.71-1.36), 1.12 (0.83-1.51) Lagged with Adjusted Lifetime Cumulative Exposure: RRs for 20-year lag quartiles: Q1: 1-8.74; Q2: 8.75-21.24; Q3: 21.25-59.4; Q4: ≥59.5 = 1.00 (Ref), 1.52 (1.16-2.00), 0.95 (0.68-1.32), 0.97 (0.71-1.33), 1.13 (0.85-1.52) Change with adjustment: No | 1. Possible fairly short follow-up for some people 2. Somewhat weak validation 3. Imputed exposure data for participants who did not complete the follow-up questionnaire. | Matched: N/A Adjusted: adjusted for age, state of recruitment, education, cigarette smoking status, alcohol per month, family history of cancer, atrazine, alachlor, metolachlor, trifluralin, 2,4-D. Other: N/A | 1. Censored on date the subjects left the state. 2. Increased RR for AML (RR = 2.6, 0.7-9.4); highest exposure group (RR = 2.44, 0.94 - 6.32). 79.3% of all cases ever used glyphosate. 3. Used updated Surveillance Epidemiology End Results (SEER) coding scheme for NHL which includes multiple myeloma [68] 4. Update of De Roos et al. [20] |
| De Roos (2005) [20] (Agricultural Health Study) Where: Iowa and North Carolina Design: Prospective cohort Years: 1993-97 to 2001 Percent exposed: 75.5% | Who: 54,315 pesticide applicators recruited between 1993-97 Cases: N/A Source of cases: Iowa and North Carolina and national death registries Histologic verification: Not mentioned Controls: N/A Source of controls: N/A | Exclusions: 20,802 excluded (mostly missing data) (36.3%) 298 people lost to follow-up Percent proxy interviews: None | Collection: Self-administered and take home questionnaire at time of recruitment 22 specific pesticides application methods, PPE, years of use, and days per use. Review: No Blinded: Prospective design Validation: Similar questions asked 1 year | Exposed: Ever or upper tertiles Intensity based on (mixing + application method + equipment repair) * PPE in Dosemeci et al. 2002 [46] Unexposed: Never or lower tertile Lag: Not mentioned | Ever exposed: Age adjusted: RR = 1.2 (0.7-1.9) Adjusted: RR = 1.1 (0.7-1.9) Intensity-weighted exposure days: For exposures of 0.1-79.5, 79.6-337.1, and 337.2-18241, 1.0 (Ref), 0.6 (0.3-1.1), and 0.8 (0.5-1.4); p-trend = 0.99; | 1. Possible fairly short follow-up for some people 2. Large numbers of people excluded from dose-response analysis due to missing data 3. Somewhat weak validation | Matched: N/A Adjusted: Age, education, smoking, alcohol, family cancer history, state, 10 other pesticides most strongly correlated with glyphosate (if RR changes by > 20%) Other: N/A | 1. Censored on date the subjects left the state. 2. Increased RR for multiple myeloma (OR = 2.6, 0.7-9.4) but with large change after adjustment (unadjusted OR = 1.1, 0.5-2.4) 3. 75.5% ever used glyphosate *(continued on next page)* |

189

Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

**Table 1** (continued)

| Author/location | Subject ascertainment | Participation | Exposure assessment | Exposure level | Results for NHL[b] | Weaknesses | Adjustments | Notes |
|---|---|---|---|---|---|---|---|---|
| | Similar demographics (exposed and unexposed): Similar age, sex, smoking, alcohol. Exposed higher education and family history of cancer. Final size: 92 NHL cancers, 36,509 subjects without missing data. Follow-up: from enrollment through Dec. 2001 (5–8 years, median = 6.7 years) | apart in 4088 subjects, agreement on glyphosate ever use = 82%, days per year mixed = 52% [125] | | | n = 36,823 total, 22 cases in the high exposure group. Similar results comparing highest to lowest tertile. Adjusting for other pesticides did not change RR by more than 20%. Change with adjustment: No | | | |
| De Roos (2003) [16] Where: US Design: Case-control Years: 1979-86 Percent exposed: 5.5% | Who: White men only. Combines data from three NCI case-control studies: Hoar et al. [34], Zahm et al. [35], and Cantor et al. [38]. Cases: Nebraska [35]: White subjects ≥ 21 years, 66 counties in eastern Nebraska, diagnosed 1983-86. Iowa/Minn [38]: White men ≥ 30 years, diagnosed 1980-83. Iowa: entire state. Minnesota: entire state except four large cities. Kansas [34]: White men ≥ 21 years diagnosed 1979-81, entire state, 200 of 297 randomly selected. Source of cases: Nebraska: Nebraska Lymphoma Study Group and area hospitals. Iowa/Minn: Iowa State Health Registry, surveillance system of Minnesota hospitals and pathology laboratories (not described). Kansas: State wide registry run by the University of Kansas Cancer Data Service, | Exclusions: > 25% (missing data and worked on farm before 18 years old) Interview rates: Kansas Cases: Unclear but likely > 90% Controls: 93% Iowa/Minn Cases: 89% Controls: 76-79% Nebraska Cases: 91% Controls: 85% Percent proxy interviews: 30.9% in cases and 39.7% in controls | Collection: Telephone (Kansas, Nebraska) or in-person (Iowa/Minn) interviews: SES, medical history, smoking, and family history. Nebraska: Specific pesticides, number years used, average days used per year, PPE. Iowa/Minn: Specific pesticides, first and last year used, method of use, personal application, and PPE. Kansas: Open ended question about pesticides used, duration and days per year only for pesticide groups, and PPE. Review: No Blinded: Partial (see individual studies) Validation: Kansas: Sought to confirm purchases in 110 subjects, suppliers usually reported fewer purchases, no consistent differences between cases and controls, few details given Iowa/Minn: No Nebraska: No | Exposed: Any reported use, no further details Unexposed: No use of glyphosate Lag: Not mentioned | Unadjusted (calculated): OR = 1.80 (1.18-2.74) Adjusted: OR = 2.1 (1.1-4.0), 36 exposed cases Hierarchical adjustment: OR = 1.6 (0.9-2.8), 36 exposed cases Change with adjustment: Yes Other results: Iowa/Minn [38]: OR = 1.1 (0.7-1.9), 26 exposed cases Kansas: No glyphosate data in Hoar et al. [34] Nebraska: No glyphosate data in Zahm et al. [35] In non-asthmatics OR = 1.4 (0.98-2.1) in Lee et al. [37] | 1. Unknown whether there was full case ascertainment in some areas. For example, incidence rates in Nebraska were 77% of those in SEER [33]. Few details provided on Minnesota case surveillance system 2. Only includes White male subjects 3. Large number of proxy interviews 4. No details regarding timing of pesticide use in relation to disease onset | Matched: Race, sex, age, and vital status Adjusted: Age study site, and 47 pesticides. Hierarchical models included pesticide class, and prior knowledge on carcinogenicity from IRIS and IARC. Other: Family cancer history, education, and smoking had little impact on results | 1. Farmers: 59.9% among controls 2. Exclusions: Subjects who did not work on farms after age 18; subjects with missing data on any of 47 pesticides (about 25% of subjects) 3. In Nebraska, larger percentage of farmers reported no pesticide use 4. Overlapping study with Cantor et al. [38] and Lee et al. [37]; both of which were evaluated in the sensitivity analysis. |

(continued on next page)

L. Zhang, et al.                                                                                     Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

Table 1 (continued)

| Author/location | Subject ascertainment | Participation | Exposure assessment | Exposure level | Results for NHL[b] | Weaknesses | Adjustments | Notes |
|---|---|---|---|---|---|---|---|---|
| | mandatory cancer reporting in the state. Histologic verification: Yes, in all three studies (Kansas 90%). Controls: Randomly selected from the same areas. Source of controls: Random digit dialing, Medicare, and state mortality records for deceased cases. Similar demographics: Similar education; family history higher in cases; few other variables described. Final size: 650 cases and 1933 controls | | | | | | | |
| Eriksson et al. [17] Where: Sweden Design: Case-control Years: 1999-2002 Percent exposed: 1.8% | Who: Population based, men and women Cases: Age 18-74 diagnosed 1999-2002 Source of cases: 4 of 7 health service regions in Sweden associated with four University Hospitals, from physicians and pathologists Histologic verification: Yes Controls: Randomly selected from the same health service regions Similar demographics: Data not provided Final size: 910 cases and 1016 controls | Exclusions: 134 of 1163 (11.5%) with medical conditions or deceased Interview rates: Cases: 91% Controls: 92% Percent proxy interviews: No Deceased cases were not included (n = 88) | Collection: Mailed questionnaire on work history, specific pesticides, number of years, days per year, hours per day, with follow-up telephone interviews as needed Review: No Blinded: Partial, interviewers blinded to case-control status Validation: No | Exposed: One full day, or median number of days exposed in the controls. Unexposed: Unexposed to any included pesticide Lag: Exposures in the year of and the year before diagnosis disregarded | Unadjusted: Not provided Adjusted: ≥1 day (univariate): OR = 2.02 (1.10-3.71) ≤10 days: OR = 1.69 (0.70-4.07) > 10 days: OR = 2.36 (1.04-5.37, n = 17 exposed cases) ≥1 day adjusted for other pesticides (multivariate): OR = 1.51 (0.77-2.94) Lag (≥1 day): 1-10 years: OR = 1.11 (0.24-5.08) > 10 years: OR = 2.26 (1.16-4.40) Change with adjustment: Yes | 1. Deceased cases not included 2. True participation rates may be lower 3. Use of PPE not assessed 4. Population based: not a high exposure group 5. Adjustments for other pesticides not completely clear | Matched: Age and sex Adjusted: Age, sex, and year of diagnosis. Adjusted for other pesticides in some analyses (MCPA, mercurial seed dressing...) Other: N/A | 1. Authors state that all lymphoma treating clinics and all lymphoma pathologists in the study region were covered by the study. 2. Also gives RR by subtype. 3. Percent farmers unknown, but only 51 controls (5.0%) used herbicides |
| Hardell et al. [18] Where: Sweden Design: Case-control Years: 1987-90 Percent exposed: 0.7% | Combines two published studies, one of NHL [39] and one of hairy cell leukemia (HCL) [40] Who: Population based; males ≥25 years old | Exclusions: Deceased HCL cases excluded, numbers unknown. No other obvious major exclusions Interview rates NHL Cases: 91% | Collection: Mailed questionnaire; complete working history, exposure to specific chemicals (years and total number of days). Supplemented with phone interviews as | Exposed: Minimum exposure of 1 day (8 hours) Unexposed: No reported pesticide exposure Lag: At least one year | NHL and HCL combined: Unadjusted: OR = 3.04 (1.08-8.52) Adjusted: OR = 1.85 (0.35-6.20), 8 exposed cases NHL only: [39] Unadjusted OR = 2.3 | 1. Large change in ORs with adjustments, and changes were in opposite directions for NHL vs. NHL and HCL combined 2. Adjustment factors not listed in some analyses | Matched: Age, county, and year of death (in deceased) Adjusted: Study (NHL vs. HCL), study area, vital status; multivariate analysis adjusted for 2-methyl-4-chlorophenoxyacetic acid, 2,4- | 1. Percent farmers unknown. 184/1141 controls (16.1%) used insecticides so probably low |

(continued on next page)

Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

**Table 1** (*continued*)

| Author/location | Subject ascertainment | Participation | Exposure assessment | Exposure level | Results for NHL[b] | Weaknesses | Adjustments | Notes |
|---|---|---|---|---|---|---|---|---|
| | NHL cases (n = 404). All male cases, living or deceased, diagnosed 1987/1990 from 7 Swedish counties HCL cases (n = 121): All living male cases in whole country 1987-92 Source of cases: Regional cancer registries (compulsory reporting) Histolic verification: Yes Controls: 2-4 per case matched on age, county, and year of death (if deceased). Those closest the age of birth to case were selected Source of controls: National Population Registry and National Registry for Causes of Death Similar demographics: Data not provided Final size: 515 cases and 1141 controls | Controls: 84% HCL Cases: 91% Controls: 83% Percent proxy interviews: Approximately 43.4% of NHL cases and controls. HCL study only living subjects used. | needed. Review: No Blinded: Subjects blinded to hypothesis, interviewers blinded to case status Validation: None | | (0.4-1.3), 4 exposed cases Adjusted OR = 5.8 (0.6-54), Adjustment factors and sample sizes not given HCL only: [40] Unadjusted OR = 3.1 (0.8-12), 4 exposed cases Adjusted results not given. Age adjustment decreases OR for "herbicides" (2.9 to 1.8) Change with adjustment: Yes | 3. Cut-off for defining exposure is very low 4. Population based: not a high exposure group 5. Small numbers of exposed cases 6. Demographic data not provided 7. Large number of proxy interviews | dichlorophenoxyacetic acid and 2,4,5-trichlorophenoxyacetic acid, and other herbicides) | |
| McDuffie et al. [43] Where: Canada Design: Case-control Years: 1991-94 Percent exposed: 8.8% | Who: Population based, males 19 years and older Cases: ICD9 200, 202 newly diagnosed 1991-94 Source of cases: Provincial cancer registries, except Quebec (hospitals) Histolic verification: Partial (84%) Controls: Men age 19 or older randomly selected matched on 2-year age groups Source of controls: Randomly selected from provincial health insurance records, telephone listings, or voter lists Similar demographics: Yes for age, farm, smoking, and missing | Exclusions: 68 cases in pilot study, all deceased cases (% unknown) Interview rates: Cases: 67.1% Controls: 48.0% Percent proxy interviews: Deceased cases excluded | Collection: Mailed questionnaires: demographics, medical history, family cancer history, lifetime job history, exposure to specific substances, accidental spills, and protective equipment. Phone interviews in those with ≥10 hours/year of cumulative exposure to all pesticides combined. Asked about exposure to pesticides and number of days per year Review: No Blinded: Not mentioned Validation: In a pilot sample of 27 farmers, compared questionnaire data to pesticide purchases, "Excellent concordance" but no actual numbers given | Exposed: Not provided Unexposed: No reported exposure to glyphosate Lagged: Not mentioned | Any exposure Unadjusted: OR = 1.26 (0.87-1.80), n = 51 exposed cases (age and province adjusted) Adjusted: OR = 1.20 (0.83-1.74) Dose-response: ORs for 0, > 0 ≤2, and > 2 days per year = 1.00 (Ref), 1.00 (0.63-1.57), and 2.12 (1.20-3.73; n = 23 exposed cases) (adjusted only for age and province) Unadjusted in high exposure group (calculated) OR = 1.88 (1.01-3.21) Change with adjustment: No Other: Glyphosate only: OR = 0.92 (0.54-1.55) Glyphosate and malathion: OR = 2.10 | 1. Unclear if full case ascertainment in Quebec 2. Is registry compulsory 3. Fairly low participation rates, and difference seen between cases and controls 4. Average exposure in the highest group not given. Duration of exposure not given 5. Deceased cases excluded | Matched: Age and province Adjusted: Age, province, measles, mumps, cancer allergy shots, and family cancer. Factors with p ≤ 0.05 retained in the models. Unclear what factors included in the high exposure analysis | 1. Farmers: 44.7% in controls had residence on farm 2. Similar rural/urban make-up between respondents and non-respondents but other differences not assessed. 3. See Kachuri et al. [36] for multiple myeloma data 4. Overlapping study with Hohenadel et al. [41]* which was excluded from the main meta analysis |

(continued on next page)

Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

**Table 1** (*continued*)

| Author/location | Subject ascertainment | Participation | Exposure assessment | Exposure level | Results for NHL[b] | Weaknesses | Adjustments | Notes |
|---|---|---|---|---|---|---|---|---|
| | data. Cases less likely to have mumps, measles, and allergy shots/tests; more likely to have previous cancer Final size: 517 cases and 1506 controls | | | | (1.31-3.37) Hohenadel et al. [41] | | | |
| Orsi et al. [19] Where: France (6 cities) Design: Case-control Years: 2000-04 Percent exposed: 5.5% | Who: Population-based, males age 20-75 years old Cases: Diagnosed in one of the main hospitals in the 6 cities, ICD-0-3 codes (listed in their Table 1) Source of cases: Hospitals Histologic verification: Yes Controls: Hospital controls Source of controls: Men from the same hospitals, mostly orthopedic and rheumatology. Unclear if randomly selected. Similar demographics: Similar for SES, education, rural vs. urban Final size: 244 cases and 436 controls | Exclusions: History of immuno-suppression (% unknown) Interview rates: Cases: 95.7% Controls: 91.2% Percent proxy interviews: Not mentioned | Collection: Self-administered questionnaire: all jobs, years, tasks and products handled (open-ended); followed by structured personal interview including non-occupational and occupational use (in farmers) of pesticides, mixing or spraying, number and duration of applications Review: Questionnaires reviewed by occupational hygienist and agronomist Blinded: Interviewer and subject blind to hypothesis, and reviewer blind to case status. Unclear if interviewer was blinded Validation: Partial (see "Review"), pesticides compared to annual directories that list recommended pesticides by crop and pest | Exposed: Any, possible or definite; duration greater than the median in the exposed Unexposed: Never exposed to glyphosate, similar results with "never used any pesticide" Lag: Not mentioned or assessed for glyphosate | Unadjusted: OR = 0.89 (0.44-1.81) Adjusted: OR = 1.0 (0.5-2.2), 12 exposed cases for any exposure Change with adjustment: No | 1. Deceased cases probably not included 2. Private clinics not included 3. Unknown if control selection is population based 4. Population based: not a high exposure group or high risk group | Matched: Center and age Adjusted: Age and center Other: Rural vs. urban, type of housing, education, infection, family history, skin characteristics, smoking, and alcohol had little impact on results | 1. Also has multiple myeloma results (OR = 2.4; 0.8-7.3) 2. Results for a few subtypes also given but with small numbers 3. Farm, agriculture, or forestry work in 92 of 426 controls (21.1%) |

Abbreviations: HCL, Hairy Cell Leukemia; IARC, International Agency for Research on Cancer; ICD, International Classification of Disease; IRIS, US Environmental Protection Agency Integrated Risk Information System; Minn, Minnesota; N/A, not applicable; NCI, National Cancer Institute; OR, odds ratio; PPE, personal protective equipment; Ref, reference; RR, relative risk; SEER, Surveillance Epidemiology End Results; SES, socio-economic status.

a Although there is no overlapping study used in the main analysis, Cocco et al. [42] was excluded because only results for all B-cell lymphomas combined were reported (two cases of NHL, one case of multiple myeloma, and one unspecified B-cell lymphoma; n = 4). It is evaluated in the sensitivity analysis.

b 95% confidence intervals are in parentheses.

c Cantor et al. [38] was excluded because it was combined with two other U.S. case-control studies in De Roos et al. [16].

d Lee et al. [37] was excluded because it presents results comparing asthmatics to non-asthmatics and results are not adjusted for other pesticide use. It is evaluated in the sensitivity analysis.

e Hohenadel et al. [41] was excluded because it presents results in subjects exposed and unexposed to malathion, which has not been consistently linked to NHL; the OR for glyphosate only was used in the sensitivity analysis.

L. Zhang, et al.

*Mutation Research-Reviews in Mutation Research 781 (2019) 186–206*

Risk estimates, including relative risks (RRs) and odd ratios (ORs), in high exposure groups are less likely to be dominated by confounding or other biases compared to RRs or ORs from groups experiencing average or low exposure [32]. Furthermore, including people with very low exposure in the exposed group can dilute risk estimates. Studying the most highly exposed group is also useful to ensure an adequate exposure contrast, given the potential that most have been exposed either directly or indirectly to GBHs. Because our main goal is to determine whether there is an exposure effect and not to conduct a precise dose-response assessment or to evaluate risks in people with low exposures, we assert that this *a priori* hypothesis is appropriate for testing whether or not a GBH-NHL association exists.

### 2.3. Agricultural Health Study (AHS) update

A recently published update [25] from the large AHS cohort of pesticide applicators (N > 50,000) has been included for the first time in our primary meta-analysis. Although the original AHS report [20] was used in previous meta-analyses [23,26,27], the 2018 AHS update [25] contributes 11–12 additional years of follow-up with over five times as many NHL cases (N = 575 compared to N = 92 in the original study [20]), and > 80% of the total cohort was estimated to be exposed to GBHs. As the largest and most recently published study, it adds substantial weight to the new meta-analysis [25]. We also performed a secondary comparison analysis using our *a priori* hypothesis with the original AHS report [20] for the purpose of comparing results with: 1) our primary analysis (using AHS 2018); and 2) other meta-analyses published previously.

### 2.4. Identifying relevant human studies

The literature search was conducted according to the guidelines of the *Preferred Reporting Items for Systematic Reviews and Meta-Analysis* (PRISMA) [33]. The screening process and results are shown in Fig. 2. We conducted a systematic electronic literature review using PubMed in November 2017, and we updated it in March 2018 and again in August 2018. We used the following keywords: (glyphosat* OR pesticide [MeSH] or herbicides [MeSH]) AND (lymphoma, non-Hodgkin [MeSH] OR lymphoma [tiab] OR non–Hodgkin [tiab] OR non–hodgkins [tiab] OR lymphoma[tiab] OR lymphomas[tiab] OR NHL OR cancer OR cancers) AND ("occupational exposure"[MeSH] OR occupational exposure[tiab] OR occupational exposures[tiab] OR farmers [MeSH] OR farmer OR applicators OR applicator OR agricultural workers OR agricultural worker or workers or worker).

Searches included all cohort, case-control, and cross-sectional studies. No language restrictions were applied, although non-English language articles needed to be obtained in full and translated completely in order to be eligible for inclusion. From the PubMed search, we identified 857 studies. Additionally, we identified 52 studies from the IARC [23] evaluation of the carcinogenicity of glyphosate, the U.S. EPA [21] review of glyphosate, and the WHO JMPR [22] report on glyphosate, for a total of 909 studies.

After 43 duplicates were excluded, 866 studies were initially screened by title and abstract, of which 850 were excluded because they were reports, correspondence, reviews, irrelevant studies (animal, mechanistic, para-occupational), or did not include the exposure or outcome of interest (Fig. 2). When the final 16 qualified epidemiological studies of GBHs and NHL were identified, 10 studies were further excluded because (1) they did not report RRs, ORs, or the data needed to calculate either [34–36], (2) the cohort overlapped with another study [20,37–41], or (3) they did not specify whether the lymphomas were specifically NHL [42]. For studies including overlapping cohorts, we used results from the most complete and updated analysis with the greatest number of participants. Although overlapping, we kept the earlier AHS (2005) [20] for comparison with our primary meta-analysis (using the updated AHS 2018 publication) and with previous meta-

analyses. The impact of selecting these studies was evaluated in sensitivity analyses (Section 3.2).

### 2.5. Review and assessment of selected human studies

#### 2.5.1. Data collection and extraction

In total, six studies (one cohort [25] and five case-control control studies [16–19,43]) with nearly 65,000 participants were eligible for inclusion in the meta-analysis. Two studies were conducted in the United States, one study was from Canada, two studies were from Sweden, and one study was from France. All six studies reported NHL risks (RRs or ORs) above or close to 1.0, three of which were statistically significant in the original analyses (Table 1). From each study, we abstracted information on study design, location, dates, sample size, participation rates, age, sex, case/control source, diagnosis, histologic verification, exposure assessment, results, and statistical adjustments. Table 1 summarizes key aspects of the design and exposure assessment, the results, strengths, and weaknesses of all the studies evaluated in this meta-analysis, including both versions of the AHS report (n = 6 + 1). As described above, the early AHS data [20] were also evaluated in Table 1 and in the secondary comparison meta-analysis described later.

#### 2.5.2. Study quality evaluation

The methodological quality of the cohort (Table 2) and case-control studies (Table 3) included in the meta-analyses was assessed independently by two co-authors using the Newcastle Ottawa Scale (NOS) [44]. Studies were evaluated based on selection, comparability, and outcome or exposure (in nine categories).

Cohort studies were evaluated based on (1) representativeness of the cohort, (2) selection of non-exposed, (3) ascertainment of exposure, (4) demonstration that the outcome of interest was not present at the start of study, (5) comparability of cohort on the basis of controlling for other pesticide use and (6) age, (7) assessment of NHL outcome, (8) sufficiency of follow-up length, and (9) response rate.

Case-control studies were evaluated on (1) the validation of cases, (2) representativeness of cases, (3) selection of controls, (4) absence of disease in the controls, (5) whether the study controlled for other pesticide use and (6) age, (7) exposure assessment, (8) concordance of method among cases and controls, and (9) similarity of response rate among both groups. Each study was awarded a maximum of one point for every item that was satisfied, with a total of 9 available points.

According to our quality assessment (Tables 2 and 3), the highest quality study in either design category was the AHS 2018 cohort [25]. The highest quality case-control study was Eriksson *et al.* [17], while the lowest quality studies were McDuffie *et al.* [43] and Orsi *et al.* [19].

### 2.6. Selection of the most highly exposed category

Based on our *a priori* hypothesis, when multiple RRs or ORs were given in the original studies, we selected estimates in the following order: (1) highest cumulative exposure and longest lag (the time period preceding NHL onset, which is excluded from the exposure estimate) or latency (time between first lifetime exposure and NHL diagnosis); (2) highest cumulative exposure; (3) longest exposure duration and longest lag or latency; (4) longest exposure duration; (5) longest lag or latency; and (6) ever-exposure. The definition of the cumulative exposure includes duration and intensity. As we discuss in more detail later in Section 5.2, cumulative exposure in both AHS reports [20,25] was calculated as an intensity-weighted exposure (lifetime exposure days multiplied by an intensity score) [45,46].

We prioritized highest cumulative exposure based on evidence of glyphosate's persistence in the environment [47–49] and because chronic disease, including cancer, is usually the result of cumulative exposures [50]. We selected the longest lag or latency because decades may be needed for the health effects of many environmental toxicants to manifest as detectable cancers. If no high exposure data were

**Table 2**
Quality assessment of the cohort studies in meta-analysis.[a]

| Study | Selection | | | | Comparability | | Outcome | | | Overall Quality Scores |
|---|---|---|---|---|---|---|---|---|---|---|
| | Representativeness of Exposed | Selection of Non-Exposed | Exposure Assessment | NHL Absent at Start | Controls for Other Pesticides | Controls for Age | Assessment of Outcome | Follow-up Length | Adequacy of Follow-up | |
| Andreotti et al. [25] | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 8 |
| De Roos (2005) [20] | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 7 |

[a] The study quality was assessed according to the Newcastle Ottawa Quality assessment scale for cohort studies [43]. One point was awarded for yes, and zero points were awarded for no, unable to determine, or inadequate.

**Table 3**
Quality assessment of the case-control studies in meta-analysis.[a]

| Study | Selection | | | | Comparability | | Exposure | | | Overall Quality Scores |
|---|---|---|---|---|---|---|---|---|---|---|
| | Adequate Case Definition | Representativeness of Cases | Control Selection | Definition of Controls | Controls for Other Pesticides | Controls for Age | Exposure Assessment | Method Consistency | Non-response Rate | |
| De Roos (2003) [16] | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 6 |
| Eriksson et al. [17] | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 7 |
| Hardell et al. [18] | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 6 |
| McDuffie et al. [43] | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 6 |
| Orsi et al. [19] | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 2 |

[a] The study quality was assessed according to the Newcastle Ottawa Quality assessment scale for case-control studies [44]. One point was awarded for yes, and zero points were awarded for no, unable to determine, or inadequate.

L. Zhang, et al.

Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

**Table 4**
Description and weight of studies selected for the current meta-analyses.

| Study | Case Number | Exposure Category | Risk Estimate [a] (95% CI) | Weight (%) [b] | |
|---|---|---|---|---|---|
| (Author, Year) | (Exposed/Total) | | | AHS 2018 | AHS 2005 |
| **AHS Cohort** | | | | | |
| Andreotti et al., 2018 [25] | 55/575 | ≥2610 d/l [c,d] | 1.12 (0.83, 1.51)[e] | 54.04 | – |
| De Roos et al., 2005 [20] | 22/92 | ≥337.2 d/l [c] | 0.8 (0.5, 1.4)[f] | – | 28.43 |
| **Case-Control** | | | | | |
| De Roos et al., 2003 [16] | 36/650 | Ever, log | 2.10 (1.10, 4.00) | 11.61 | 18.08 |
| Eriksson et al., 2008 [17] | 17/910 | > 10 d/y | 2.36 (1.04, 5.37) | 7.18 | 11.18 |
| Hardell et al., 2008 [18] | 8/515 | Ever | 1.85 (0.55, 6.20) | 3.30 | 5.14 |
| McDuffie et al., 2001 [43] | 23/517 | > 2 d/y | 2.12 (1.20, 3.73) | 15.05 | 23.43 |
| Orsi et al., 2009 [19] | 12/244 | Ever | 1.0 (0.5, 2.2) | 8.82 | 13.73 |

Abbreviations: AHS, Agricultural Health Study; CI, confidence interval; d, days; l, lifetime; log, logistic regression; y, year.
[a] Relative risk (RR) reported in both AHS analyses and odds ratio (OR) reported in all case-control studies.
[b] Weight calculated for each study using the fixed-effects model.
[c] Intensity-weighted lifetime exposure days (cumulative exposure days multiplied by intensity score).
[d] 20 years or more lag (time between study recruitment and NHL onset).
[e] Reference group is unexposed.
[f] Reference group is lowest exposed.

available, we used the ever-exposure estimate. Given the relatively few human epidemiological studies published to date on the topic, we made this decision because we did not want to exclude any potentially relevant data, even though the inclusion of minimally exposed individuals in the "exposed" category could attenuate any potential association of interest.

Although there are different perspectives on the best way to account for other pesticide exposures, we selected RR estimates that adjusted for other pesticide use over their unadjusted counterparts to mitigate potentially substantial confounding. Five of the seven studies adjusted for a combination of different pesticides [16–18,20,25]. However, if these multiple pesticides acted synergistically or on different points along a pathway, this approach to adjustment may no longer be the appropriate, and alternatives such as interaction analysis should be considered. Reanalysis of the raw data, which is beyond the scope of this paper, would be helpful to address this possibility.

We evaluated the impact of our *a priori* exposure selection criteria in sensitivity analyses. We also conducted a separate meta-analysis of all ever-exposed individuals to assess the magnitude of potential bias caused by adding subjects with low exposures (ever-RR from De Roos *et al.* [20] was used; the ever-RR estimate from Andreotti *et al.* [25] was not available). In Table 4 we summarize the risk estimates selected from each original study and the study weights used in the meta-analyses.

### 2.7. Statistical methods

We calculated the meta-analysis summary relative risk (meta-RR) and confidence intervals (CI) using both the fixed-effects inverse-variance method [32] and the random-effects method [51]. In the fixed-effects model, the weights assigned to each study are directly proportional to study precision, whereas in the random-effects model, weights are based on a complex mix of study precision, relative risk (RR), and meta-analysis size. One benefit of the random-effects model is the ability to incorporate between-study variance into the summary-variance estimate and confidence intervals, which may help prevent artificially narrow confidence intervals resulting from use of the fixed-effects model in the presence of between-study heterogeneity [52]. However, a feature of the random-effects model is that study weighting is not directly proportional to study precision, and greater relative weight is given to smaller studies, which may result in summary estimates that are less conservative than the fixed-effects model [53]. For these reasons, our primary results focus on the fixed-effects model, although the random-effects model estimates are also reported. We further estimated between-study

heterogeneity, defined as the $X^2$-test statistic for heterogeneity being greater than its degrees of freedom (number of studies minus one), using the summary-variance method [52].

We evaluated publication bias through funnel plots, Egger's test, and Begg's test [53,54]. All statistical analyses were conducted with Stata IC 15.1 [55] and Microsoft Excel 2013 [56].

## 3. Meta-analysis findings

### 3.1. Increased meta-relative risk of NHL

Table 5 reports the results from our two meta-analyses, which included the primary analysis using the most recently updated AHS cohort [25] and the secondary comparison analysis using the original study [20]. With the AHS results [25], we observed a meta-RR of 1.41 (95% CI: 1.13–1.75), which indicates a statistically significant increased risk (41%) of NHL following high cumulative GBH exposure. Although our results focus on the fixed-effects model, using the random-effects model resulted in a meta-RR of 1.56 (95% CI: 1.12–2.16) shown in Table 5. With the original AHS 2005 cohort results, we observed a meta-RR of 1.45 (95% CI: 1.11–1.91) for NHL. The results did not change appreciably when comparing the fixed-effects model to the random-effects model.

Forest plots (Fig. 3A,B) and Funnel plots (Fig. 3C,D) from these two major meta-analyses are reported in Fig. 3. We observed little evidence of publication bias in the Funnel plots (Fig. 3C,D), Egger's ($p = 0.185$), and Begg's tests ($p = 0.851$).

### 3.2. Sensitivity analyses

We conducted several sensitivity analyses to evaluate the impact of excluding or including different studies as well as using different RRs/ORs from original studies (Tables 5 and 6). In general, results were similar across our sensitivity analyses, demonstrating the robustness of our findings.

#### 3.2.1. Alternative exposure criteria

As a sensitivity analysis, we also conducted a meta-analysis using the longest exposure duration results to compare with our primary analysis using the highest cumulative exposure results. When RRs corresponding to exposures with the longest duration were selected from the AHS 2018, the meta-RR remained the same at 1.41 (95% CI: 1.13–1.74). When the AHS 2005 report was included, the meta-RRs increased to 1.56 (95% CI: 1.17–2.06) (Table 5).

L. Zhang, et al.                                                                                                    Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

**Table 5**
Major findings from current meta-analyses.

| | | Fixed-Effects | Random-Effects | Heterogeneity[a] | |
|---|---|---|---|---|---|
| Analysis | N | meta-RR (95% CI) | meta-RR (95% CI) | $X^2$ | p |
| **Highest cumulative exposure** | | | | | |
| AHS (2018) [25] | 6 | 1.41 (1.13, 1.75) | 1.56 (1.12, 2.16) | 8.26 | 0.14 |
| AHS (2005) [20][b] | 6 | 1.45 (1.11, 1.91) | 1.52 (1.00, 2.31) | 10.59 | 0.06 |
| **Longest exposure duration** | | | | | |
| AHS (2018) [25] | 6 | 1.41 (1.13, 1.74) | 1.56 (1.12, 2.16) | 8.21 | 0.15 |
| AHS (2005) [20][b] | 6 | 1.56 (1.17, 2.06) | 1.57 (1.06, 2.26) | 7.81 | 0.17 |
| **Study design** | | | | | |
| Case-control [16,17,18,19,43] | 5 | 1.84 (1.33, 2.55) | 1.86 (1.39, 2.48) | 3.36 | 0.50 |
| Cohort (AHS 2018) [25] | 1 | 1.12[c] (0.83, 1.51) | – | – | – |

Abbreviations: AHS, Agricultural Health Study; meta-RR, meta-relative risk; N, number of studies.
[a] Heterogeneity is present when $X^2$ heterogeneity statistic is greater than degrees of freedom (number of studies minus 1).
[b] De Roos et al. [20] used instead of Andreotti et al. [25] for comparison. See Table 4 for clarifications about the risk estimates used.
[c] Since there was only one cohort study, the RR is presented instead of a meta-RR.

When evaluating studies with only the highest levels of exposure [17,25,43], the meta-RR was 1.36 (95% CI: 1.06–1.75, Table 6). In studies that combined all exposures as ever exposed [16–20,43], the meta-RR was 1.30 (95% CI: 1.03–2.64). Although the higher exposure group was used in the main analysis, Eriksson et al. [17] also provided results for greater than 10 years latency, which contributed to a meta-RR of 1.40 (95% CI: 1.13–1.75). [Note: AHS 2018 did not provide ever-exposure, so AHS 2005 was used to calculate this statistic and ever exposure above].

*3.2.2. Study inclusion*

When we limited our analysis to case-control studies (Table 5), there was little inter-study heterogeneity. We estimated a doubling of the NHL risk (meta-RR = 1.84, 95% CI: 1.33–2.55) from 41% to 84% compared to the estimate that included the cohort study.

To ensure that one individual study was not artificially inflating the

meta-risk estimate, we excluded the case-control studies one at a time and found that they all nominally lowered the meta-RR, except for the exclusion of Orsi et al. [19], where the meta-RR increased to 1.46 (1.16–1.83) (Table 6).

*3.2.3. NHL vs. cell-type specific lymphomas*

Although our primary meta-analysis included six studies, there was a possibility to include a seventh study [42]. We excluded this study from the primary analysis because it included all B-cell lymphomas (4 cases), which account for approximately 85% of all NHL [57]; however, not all four cases were confirmed to be NHL. When we added Cocco et al. [42] to the meta-analysis (n = 7, Table 6), the resulting RR remained fairly similar at 1.43 (95% CI: 1.15–1.78).

Similar to our inclusion of the Cocco et al. [42] study, another cell-type specific study evaluated all cases of hairy cell leukemia (HCL), a subtype of NHL [40]. It was one of two studies [39,40] included in the



**Fig. 3.** Findings from major meta-analyses. 3A-B: Forest plots for meta-analyses using AHS 2018 (3A) and AHS 2005 (3B); 3C-D: Funnel plots for meta-analyses using AHS 2018 (3C) and AHS 2005 (3D).

L. Zhang, et al.                                                                                   *Mutation Research-Reviews in Mutation Research 781 (2019) 186–206*

**Table 6**
Results from sensitivity analyses.

| Analysis | N | Fixed-Effects meta-RR (95% CI) | Random-Effects meta-RR (95% CI) | Heterogeneity[1] $X^2$ | p |
|---|---|---|---|---|---|
| **Alternate exposure categories** | | | | | |
| High level[2] | 3 | 1.36 (1.06, 1.75) | 1.63 (0.97, 2.76) | 5.70 | 0.06 |
| Ever (AHS 2005) | 6 | 1.30 (1.03, 1.64) | 1.26 (1.07, 1.48) | 3.73 | 0.59 |
| Latency[3] | 6 | 1.40 (1.13, 1.75) | 1.54 (1.12, 2.13) | 8.01 | 0.16 |
| **Cell type specific** | | | | | |
| Add Cocco *et al.* [42][4] | 7 | 1.43 (1.15, 1.78) | 1.59 (1.16, 2.18) | 9.10 | 0.17 |
| Exclude HCL [18][5] | 6 | 1.41 (1.13, 1.77) | 1.61 (1.11, 2.34) | 9.58 | 0.09 |
| Only use HCL [18][6] | 6 | 1.43 (1.14, 1.78) | 1.62 (1.14, 2.31) | 9.36 | 0.10 |
| **Study location** | | | | | |
| North America | 3 | 1.38 (1.08, 1.76) | 1.61 (0.99, 2.60) | 5.70 | 0.06 |
| Europe | 3 | 1.53 (0.93, 2.52) | 1.55 (0.88, 2.71) | 2.43 | 0.30 |
| **Other pesticides**[7] | | | | | |
| Adjusted (AHS 2005) | 4 | 1.46 (1.05, 2.02) | 1.43 (1.06, 1.92) | 2.61 | 0.46 |
| Unadjusted (AHS 2005) | 4 | 1.69 (1.29, 2.23) | 1.70 (1.26, 2.30) | 3.47 | 0.33 |
| **De Roos *et al.* [16]** | | | | | |
| Hierarchical OR[8] | 6 | 1.36 (1.09, 1.70) | 1.46 (1.08, 1.96) | 6.80 | 0.24 |
| Cantor *et al.* [38][9] | 6 | 1.29 (1.04, 1.59) | 1.36 (1.02, 1.80) | 7.07 | 0.22 |
| Lee *et al.* [37][10] | 6 | 1.35 (1.11, 1.65) | 1.41 (1.09, 1.82) | 6.63 | 0.25 |
| **Other** | | | | | |
| Hohenadel [41] vs. McDuffie [43][11] | 6 | 1.23 (0.99, 1.53) | 1.30 (0.96, 1.76) | 7.34 | 0.20 |
| **Exclude one study**[12] | | | | | |
| Andreotti [25] | 5 | 1.84 (1.33, 2.55) | 1.86 (1.39, 2.48) | 3.36 | 0.50 |
| De Roos *et al.* [16] | 5 | 1.34 (1.06, 1.69) | 1.47 (1.02, 2.11) | 6.59 | 0.16 |
| Eriksson *et al.* [17] | 5 | 1.35 (1.08, 1.70) | 1.47 (1.04, 2.07) | 6.62 | 0.16 |
| Hardell *et al.* [18] | 5 | 1.40 (1.12, 1.75) | 1.56 (1.08, 2.24) | 8.06 | 0.09 |
| McDuffie *et al.* [43] | 5 | 1.31 (1.03, 1.66) | 1.43 (1.01, 2.03) | 5.90 | 0.21 |
| Orsi *et al.* [19] | 5 | 1.46 (1.16, 1.83) | 1.69 (1.16, 2.45) | 7.36 | 0.12 |

Abbreviations: CI, confidence interval; HCL, hairy cell leukemia; meta-RR, meta-relative risk.

[1] Heterogeneity is present when $X^2$ heterogeneity statistic is greater than degrees of freedom (number of studies minus 1).
[2] Risk estimates for the most highly exposed group available in the three studies that stratify by exposure level.
[3] Eriksson *et al.* [17] results for any glyphosate exposure > 10 years latency was used instead of the higher exposure group used in the main analysis.
[4] The study combined all B-cell lymphomas and is added to the analysis on highest cumulative exposure (AHS 2018).
[5] Hairy cell leukemia cases excluded—results presented in Hardell and Eriksson [39].
[6] NHL cases excluded; only HCL results used—results presented in Nordstrom *et al.* [40].
[7] Studies that provided RRs that are both adjusted and not adjusted for other pesticide use for ever exposure, or reported that adjusting for pesticide use had little impact on the RR estimate. AHS (2018) did not report ever exposure, so AHS (2005) was used instead.
[8] Hierarchical model RR used instead of the standard logistic regression model RR.
[9] Cantor *et al.* [38] used instead of De Roos *et al.* [16]. Cantor *et al.* [38] was one of the three studies combined by De Roos *et al.* [16] that presented data for glyphosate.
[10] Lee *et al.* [37] used instead of De Roos *et al.* [16]. Lee *et al.* [37] used same subjects as De Roos *et al.* [16] but did not adjust for other pesticide exposure, did not exclude those with missing data on other pesticide use, and used only non-asthmatics.
[11] Hohenadel *et al.* [41] used same subjects as McDuffie *et al.* [43] but presented results in subjects exposed to glyphosate but not malathion (OR = 0.92; 95% CI: 0.54–1.55).
[12] One study excluded at a time to evaluate the impact of each individual study on the overall meta-RR.

Hardell *et al.* [18] analysis, with the other study examining NHL only [39]. Excluding HCL cases had no effect on the meta-RR (1.41, 95% CI: 1.13–1.77, Table 6). Similarly, using only hairy cell leukemia cases from Hardell *et al.* [18] (reported in Nordstrom *et al.* [40]) did not impact the meta-RR (1.43, 95% CI: 1.14–1.78).

### 3.2.4. Study location and covariate adjustment

Studies in North America [16,25,43] had a meta-RR of 1.38 (95% CI: 1.08–1.76), whereas European studies [17–19] had a meta-RR of 1.53 (95% CI: 0.93–2.52). On average, when studies were adjusted for other pesticide use [16–18,20], the meta-RR for ever-exposure was lower than unadjusted risk estimates from the same studies (meta-RR$_{adjusted}$ = 1.46, 95% CI: 1.05–2.02; meta-RR$_{unadjusted}$ = 1.69, 95% CI: 1.29–2.23).

### 3.2.5. Logistic vs. hierarchical regression

Consistent with the two previous meta-analyses by IARC [23] and Schinasi and Leon [26] discussed in Section 4, we selected the RR estimated using the more traditional logistic regression over hierarchical regression in the case-control study by De Roos *et al.* [16] and

found that there was little impact of this selection (meta-RR = 1.36, 95% CI: 1.09–1.70). The De Roos (2003) [16] study included pooled data from two separate studies [37,38]. When Cantor *et al.* [38] or Lee *et al.* [37] was used instead of De Roos *et al.* [16], the meta-RR decreased to 1.29 (95% CI: 1.04–1.59) and 1.35 (95% CI: 1.11–1.65), respectively. Similarly, using Hohenadel [41] instead of McDuffie *et al.* [43] caused the meta-RR to decrease to 1.23 (95% CI: 0.99–1.53).

## 4. Comparison with previous meta-analyses

Three meta-analyses of NHL in relation to GBH exposure have been published [23,26,27], all of which report lower, albeit also positive, risk estimates. In contrast to our work, these analyses did not focus on the highest exposed groups. Table 7 summarizes the major results from all GBH-NHL meta-analyses conducted to date, including the current one.

Schinasi and Leon [26] first reported a meta-RR of 1.45 (95% CI: 1.08–1.95). Although their selection criteria stated that they used the most adjusted effect estimate for the dichotomously defined exposure with the greatest number of exposed cases, they did not use adjusted effect estimates in the two Swedish studies [17,18]. The IARC Working

**Table 7**
Comparison of current meta-analysis to other published meta-analyses.

| Studies | Schinasi and Leon [26][a] | IARC [23] | Chang and Delzell [27][a,b] | Current Meta-Analysis [RR (95% CI)] | |
|---|---|---|---|---|---|
| (Author, Year) | RR (95% CI) | RR (95% CI) | RR (95% CI) | with AHS 2005 [20] | with AHS 2018 [25] |
| Andreotti *et al.*, 2018 [25] | N/A | N/A | N/A | N/A | 1.12 (0.83-1.51) |
| De Roos *et al.*, 2005 [20] | 1.1 (0.7, 1.9) | 1.1 (0.7, 1.9) | 1.1 (0.7, 1.9) | 0.8 (0.5, 1.4) | N/A |
| De Roos *et al.*, 2003 [16] | 2.1 (1.1, 4.0) | 2.1 (1.1, 4.0) | 1.6 (0.9, 2.8) | 2.1 (1.1, 4.0) | 2.1 (1.1, 4.0) |
| Eriksson *et al.*, 2008 [17] | 2.0 (1.1, 3.7) | 1.51 (0.77, 2.94) | 1.51 (0.77, 2.94) | 2.36 (1.04, 5.37) | 2.36 (1.04, 5.37) |
| Hardell *et al.*, 2002 [18] | 3.0 (1.1, 8.5) | 1.85 (0.55, 6.20) | 1.85 (0.55, 6.20) | 1.85 (0.55, 6.20) | 1.85 (0.55, 6.20) |
| McDuffie *et al.*, 2001 [43] | 1.2 (0.8, 1.7) | 1.20 (0.83, 1.74) | 1.20 (0.83, 1.74) | 2.12 (1.20, 3.73) | 2.12 (1.20, 3.73) |
| Orsi *et al.*, 2009 [19] | 1.0 (0.5, 2.2) | 1.0 (0.5, 2.2) | 1.0 (0.5, 2.2) | 1.0 (0.5, 2.2) | 1.0 (0.5, 2.2) |
| **meta-RR (95% CI)** | **1.45 (1.08, 1.95)[c]** | **1.30 (1.03, 1.64)** | **1.27 (1.01, 1.59)** | **1.45 (1.11, 1.91)** | **1.41 (1.13, 1.75)** |

Abbreviations: AHS, Agriculture Health Study; CI, Confidence Interval; IARC, International Agency for Research on Cancer; N/A, not available; meta-RR, meta-relative risk; RR, relative risk.

[a] In their published reports, meta-RRs and their 95% confidence intervals were rounded to one digit right of the decimal point.
[b] Findings from Model 1, the primary analysis, are reported here..
[c] Random-effects model.

Group subsequently corrected this discrepancy in an otherwise identical meta-analysis [23], resulting in a meta-RR of 1.30 (95% CI: 1.03–1.65). Although both studies are listed in Table 7 for completeness, we consider IARC 2015 to be the most accurate and updated version of this meta-analysis.

Most recently, Chang and Delzell [27] reported a meta-RR of 1.27 (95% CI: 1.01–1.59) in their primary analysis (model one). For each included study, the authors selected the most fully adjusted RR from the publication with the most recent and complete study population with the largest number of exposed cases. (In their publication, the meta-RR was rounded to one digit to the right of the decimal point.)

Whereas the three previous meta-analyses focused on general exposure (ever versus never), our new meta-analysis differs primarily because of our *a priori* selection of risk estimates from the most highly exposed groups when available (from three studies [17,20,43]). In our secondary comparison meta-analysis with the same six studies (including AHS 2005), we document an additional 0.15-0.18 (or 15–18%) higher NHL RR than previous meta-RRs [23,27] (not including Schinasi and Leon, because it was corrected in IARC 2015). Similarly, in our primary analysis with AHS 2018, our meta-RR estimate adds an additional 0.11-0.14 (11–14%) increase in NHL relative risk to the previous meta-RRs [23,27]. Overall, the meta-RR obtained using our *a priori* hypothesis, while generally consistent with previous analyses, gave somewhat higher estimates and suggested increased risk of NHL in individuals highly exposed to GBHs.

## 5. Strengths and limitations

In this section, we evaluate the strengths and limitations of our meta-analysis, as well as of the cohort and the case-control studies utilized.

### 5.1. Current meta-analyses

The strengths of this meta-analysis are the inclusion of the updated AHS 2018 study and our novel *a priori* hypothesis. By using the highest exposure group in each study when it was reported, we maximized the ability to detect the presence of an exposure-disease association. The current meta-analysis is also the first study to include the newly updated AHS.

There are several weaknesses of our analysis that should be noted, however. First, there were only limited published data available for inclusion. Although meta-analysis prevents overemphasis on any single study [58], we cannot exclude the potential for publication bias, given the relatively few published studies to date. Second, there was imbalance in study design: among the six included studies, five were case-control and one was a cohort. The collection of NHL findings from the

cohort study was consistent with a wide range of risks [25], while, by contrast, most of the case-control studies did suggest an increased risk [16–18,43]. There were also important differences in the comparison group utilized in the studies; some used the lowest exposure group as the reference, while others used the unexposed group. Because of this heterogeneity, and because no statistical tests can confirm elimination of publication bias or heterogeneity in a meta-analysis [59], our results should be interpreted with caution. Finally, as depicted in Fig. 1 illustrating key milestones related to glyphosate use in society and in epidemiological studies, none of the available studies capture the effects of the significant increased usage of glyphosate that began with the introduction of "green burndown" in the mid-2000s.

### 5.2. AHS cohort study

In general, cohort studies are considered the gold standard among observational studies because of their ability to estimate exposure before disease occurrence (which allows for clarity of temporality and can minimize recall bias), to estimate incidence, to examine multiple outcomes, and for some target populations, to study a large number of exposed subjects. Our current meta-analysis is the first to include the AHS 2018 update, which is the largest, newest, and most heavily weighted study (> 50%, Table 4). Given its importance and because it was the only cohort study in our analyses, we discuss below several aspects of the AHS 2018 [25] and compare it with the results reported in AHS 2005 [20]. Key differences between the AHS 2018 and AHS 2005 are summarized in Table 8.

#### 5.2.1. Exposure assessment and quantification

Exposures were self-reported using questionnaires. AHS 2005 used the exposures reported at baseline only, whereas AHS 2018 supplemented this information with responses to a follow-up questionnaire returned by 63% of AHS participants.

The risk estimates generated from the follow-up AHS 2018 report depended on a "multiple imputation" approach with multiple steps to generate GBH exposure information for the 37% of participants who did not complete the follow-up questionnaire [25]. A standard imputation model captures the full distribution of the exposure by relying on two parts of a model: the regression or predictable part and the residual error part. The validity of the imputed exposures and the resulting risk estimates relies on the validity of both parts of the imputation model. The AHS imputation method for ever/never pesticide use conditioned on the reported pesticide use and other data, including demographics, medical history at baseline, and farming characteristics at enrollment, with some covariates chosen by stepwise regression (see Table 2 in Heltshe *et al.* [60]). Based on their analysis of a 20% holdout dataset, the prevalence of glyphosate use was underreported by 7.31%,

L. Zhang, et al.

Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

**Table 8**
Key differences between AHS 2005 and AHS 2018, with an emphasis on exposure quantification.

| Exposure assessment | AHS 2005 [20] Self-report at baseline | | | AHS 2018 [25] Self-report at baseline & follow-up questionnaire with exposure simulation[1] | | | |
|---|---|---|---|---|---|---|---|
| Exposure quantification | Ever/never | Cumulative exposure days | Intensity-weighted exposure days[2] | Ever/never[3] | Cumulative exposure days[3] | Intensity-weighted exposure days[2] | |
| Lag period | Unlagged | Unlagged | Unlagged | Unlagged | Unlagged | 5-year lag | 20-year lag[4] |
| Reference group | Unexposed | Lowest exp. (T1) | Lowest exp. (T1) | Unexposed | Unexposed | Unexposed | Unexposed |
| Exposed groups[5] (day) | Ever exposed | T1: 1–20; T2: 21–56; T3: 57–2678 | T1: 0.1–79.5; T2: 79.6–337.1; T3: 337.2–18,241 | Ever exposed | T1: 1–19.9; T2: 20.0–61.9; T3: > 62.0 | Q1: 1–598.9; Q2: 599–1649.9; Q3: 1650–4339.9; Q4: ≥4340.0 | Q1: 1–281.3; Q2: 281.4–895.9; Q3: 896–2609.9; Q4: ≥2610.0 |
| Exposure duration[6] (year) | Max range: 20–24;[7] Actual max: 7.3[8]; Median: N/A; IQR: N/A | | | Max range: 26–32;[9] Actual maximum: N/A; Median: 8.5; IQR: 5–14 | | Max range: 21–27;[9] Actual max: N/A; Median: 4.1;[10] IQR: N/A | Max range: 6–12;[9] Actual max: N/A; Median: 2.5;[10] IQR: N/A |
| Potential misclassification | Differential misclassification unlikely; Non-differential misclassification likely | | | Differential misclassification possible; Non-differential misclassification likely | | | |
| Follow-up (years) | Median: 6.7; Maximum possible: 9[11] | | | Median: N/A; Maximum possible: 20[11] | | | |
| Outcome inclusion | Multiple myeloma not included in NHL cases | | | Multiple myeloma included in NHL cases | | | |

**Abbreviations:** AHS, Agricultural Health Study; IQR, interquartile range; max, maximum; N/A, not applicable; NHL, non-Hodgkin lymphoma; T1, tertile one.

[1] This was referred to as "multiple imputation" by study authors; see manuscript text for further details.
[2] The algorithm for calculating "intensity-weighted exposure days" was updated between 2005 and 2018. Key differences include rescaling of scores by a factor of 10 and altering the weights for mixing, certain pesticide application techniques, and the use of chemically resistant gloves [45]. Therefore, these metrics cannot be directly compared.
[3] Ever/never and cumulative exposure days were only presented in the AHS 2018 supplement but are presented here to facilitate comparisons with AHS 2005.
[4] Results and quartiles for 10- and 15-year lags are presented in the AHS 2018 supplement.
[5] Exposure group abbreviations are as follows: Tertiles = "T"; Quartiles = "Q".
[6] The values provided in this row are based on the subset of individuals who reported using glyphosate.
[7] This theoretical maximum duration value was calculated based on the year that glyphosate entered the market (1974) and the end of AHS enrollment (1993–1997), since AHS 2005 used only baseline exposure information.
[8] This value was calculated based on the upper bound of the cumulative exposure days tertiles.
[9] These theoretical maximum duration values were calculated based on the year that glyphosate entered the market (1974) and the end of AHS follow-up exposure questionnaire (1999–2005), with the appropriate adjustments for the lag times as indicated.
[10] These medians were calculated using the information provided in the footnote in Table 3 of the AHS 2018 publication.
[11] These follow-up times were calculated based on timing of study enrollment and follow-up.

L. Zhang, et al.                                                                                                                                                      Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

suggesting some lack of validity in the predictable part of the imputation model that may in turn affect the NHL risk estimates. The imputations of days of use per year and most recent year of farming activity relied upon a stratified sampling with replacement approach, with values sampled from Phase 2 respondents based on strata defined using Phase 1 information.

The imputations did not use the NHL or any other cancer outcome information reported by Andreotti et al. [25]. This approach is problematic because of how the residual error part of the imputation model is handled. It is known that multiple imputation of a covariate (i.e., glyphosate exposure) in a model that omits the outcome variable to be used in the inference leads to attenuation of the effect estimate for that covariate due to lack of correlation with the outcome in the residual error part of the imputed responses [61]. As we discuss further in the next paragraph, this approach effectively "bakes into the results" the null hypothesis of no increased risk of NHL exposure due to glyphosate risk.

Because the NHL outcome information was not used in the imputation procedure, the exposure "imputation" method used in the AHS 2018 report can be better named "exposure simulation" as described by Gryparis et al. [62]. This term gives a much more accurate understanding of the impact of the imputation of the data on the risk estimates because when exposure is simulated in a model that does not take the outcome into account, the uncertainty in the "imputed" exposure behaves like classical measurement error and, thus, will bias the effect estimate towards the null [63].

AHS 2018 authors argue that their imputation approach "likely did not materially impact risk estimates" [64]. However, their argument has to do with the impact on the average change in the number of predicted events in an outcome-augmented imputation model and not the role of classical measurement error in the imputed exposure estimates.

There was also a subtle yet important difference in the categorization and quantification of exposure data between AHS 2005 and 2018. As depicted in Table 8, both studies classified exposure based on (1) ever/never, (2) cumulative exposure days, and (3) intensity-weighted exposure days. However, the algorithm utilized to calculate intensity-weighted exposure days was updated between 2005 and 2018. Key differences include rescaling of scores by a factor of 10 and altering the weights for mixing, certain pesticide application techniques, and the use of chemically resistant gloves [45]. Therefore, these metrics cannot be directly compared.

Additionally, it is crucial to highlight the difference in reference groups between these two studies, which further limits the comparability of their estimates. AHS 2005 utilized the lowest exposed tertile as the comparison group for risk estimation. They justified this decision as an attempt to control residual confounding, because of the presence of significant differences in key characteristics between the never-exposed and lowest-exposed groups. By contrast, AHS 2018 utilized the unexposed group as the reference group even though our comparison of the demographics reported in each paper does not suggest there is substantially better comparability between groups in AHS 2018. Furthermore, because the exposure information by which these groups were classified was based on their imputation procedure, the limitations of which are highlighted above, the actual comparability between groups may differ from the values reported. Not only would it be helpful to be able to compare directly the risk estimates across the two papers, it would also be useful to investigate whether there was residual confounding introduced into the AHS 2018 analysis by the use of the "unexposed" group as the reference.

### 5.2.2. Exposure misclassification

Differential misclassification is unlikely in a cohort study when exposure is assessed prior to the disease occurrence. In AHS 2018, however, we suspect there is some potential for differential misclassification. Sixty-three percent of the original cohort provided updated exposure information by questionnaire one time between the years of 1999 and 2005. Although details are not provided, it is likely that some of the cases reported their exposure after disease occurrence, allowing for potential differential misclassification in the self-reported

exposures in this cohort similar to general concerns with case-control studies. Furthermore, noting large societal trends in GBH exposure between initial exposure ascertainment and the follow-up questionnaire, and the 7.3% under-prediction of glyphosate exposures in the holdout dataset [60], the prediction part of the imputation modeling may be differentially under-predicting exposures.

Non-differential misclassification occurs when exposure status is equally misclassified among exposed cases and unexposed controls [65]. The approach in AHS 2018 to exposure imputation is one theoretically well-understood source of non-differential misclassification. In addition, it may be more problematic in the context of a ubiquitous exposure because it is hard for participants to know to what extent or how long they have been exposed. Glyphosate's ubiquity in the environment leads to profound concerns that even "unexposed" individuals in the cohort are likely to have been exposed to GBHs; consequently, the magnitude of any potential association relative to the unexposed group may be attenuated due to this misclassification. This problem is encountered with other environmental exposures such as environmental tobacco smoke (ETS): never smokers with ETS exposure carry some cancer risk and are not the ideal true reference group in studies of smoking and tobacco-related cancers [66]. As we noted above, non-differential misclassification is likely to attenuate measures of association, biasing the RR towards the null of 1.0 [67]. Although it is difficult to ascertain exactly, the extent of this source of non-differential misclassification can be estimated through smaller-scale validation studies [67].

### 5.2.3. Disease classification and latency

The updated AHS 2018 included multiple myeloma (MM) in their NHL cases, but the previous AHS 2005 did not. Although MM traditionally did not belong to NHL, WHO recently revised the classification of lymphoid neoplasms and suggested some types of MM (e.g., IgM mutation-related MM) are related more closely to lymphomas, including NHL, than to myelomas [68].

There is much uncertainty surrounding the latency period for NHL. The latency period for short-term high-dose exposures to carcinogens may be as short as two years, but it may also be as long as 15 years or more. Low-dose long-term exposures are expected to have longer median latencies between 15 to 20 years for NHL [69,70]. It is possible that different NHL subtypes may also have different latencies. Given the uncertainty surrounding NHL latency, it is possible that the follow-up period (median = 6.7 years) in the 2005 AHS study [20], which was unlagged, may have been too short for a sufficient number of exposure-related cancer events to manifest. Given that participants had been exposed to GBHs prior to enrolling in the study (median = 8 years; mean = 7.5 years; SD = 5.3 years), participants could have had an exposure duration ranging from as low as 0 years to as high as 18 years at the time of enrollment, assuming a normal distribution. Hence, although some AHS members may have had sufficient exposure durations to develop NHL, many fell short of the median 15–20 years of expected NHL latency.

The 2018 AHS publication added 11–12 further years of follow-up for all study participants, an additional 483 cases of NHL, and considered five, ten, fifteen, and twenty year exposure lags, which was not possible in AHS 2005 due to its short follow-up duration. Epidemiologic studies often lag exposures to account for disease latency under the assumption that recent exposures have little impact on disease development. Theoretically, longer exposure durations and/or lags would present more biologically plausible associations with NHL. For AHS 2018 specifically, not only are the risk estimates associated with longer lag times more plausible than unlagged risk estimates in AHS 2005 and 2018, but the twenty-year exposure lag, specifically, may also be free of the bias caused by exposure imputation described above, given that at this lag exposure information may have been derived exclusively from the baseline questionnaire.

### 5.2.4. Summary

Overall, the cohort study features highlighted above related to exposure assessment and quantification, misclassification, and latency

L. Zhang, et al.

Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

and lag suggest caution in direct comparisons between AHS 2005 and 2018. Additionally, the limitations with AHS 2018 with regard to exposure simulation, potential residual confounding, and misclassification may have accounted for the weaker meta-RR estimate that we obtained when incorporating this study into the meta-analysis.

### 5.3. Case-control studies

Although cohort studies are the gold standard in observational epidemiology, they are often challenging to conduct due to the small number of incident cases for rare diseases such as NHL. Case-control studies can be more efficient for evaluation of rare diseases. For example, the AHS had to recruit tens of thousands of participants (N = 53,760) and follow them for more than a decade in order to gather 575 new cases of NHL, whereas the 5 case-control studies assembled 2836 NHL cases among all participants (N = 8868) in a much shorter period of time (Tables 1 and 4). Though the case-control studies are smaller and carry less weight than the large cohort study, it is worth noting that results from multiple case-control studies displayed little heterogeneity (Table 5) and reported similar findings pointing away from null (Table 4).

However, there are other challenges and concerns relevant to the case-control studies utilized in our meta-analysis, which we briefly discuss below.

#### 5.3.1. Control selection and exposure quantification

Four of the five case-control studies utilized here are population-based, while one is hospital-based [19]. There may be important differences between hospital-based controls and population-based controls that could impact the interpretability and comparability of the resulting risk estimates. Of relevance to this concern is that, as noted above in our sensitivity analyses, exclusion of Orsi et al. [19] (the hospital-based case-control study) resulted in an increased meta-RR of 1.46 (95% CI: 1.16–1.83) shown in Table 6, while sequential exclusion of each of the population-based case control studies produced decreased meta-RRs.

Exposure was also quantified differently between the selected case-control studies, further impacting their comparability. While all the studies considered in our meta-analysis conducted exposure assessment based on self-reported questionnaire data, some studies considered ever/never exposure, while others evaluated exposure based on number of days per year (see Tables 1 and 4). Some studies also relied on proxy respondents such as next of kin.

#### 5.3.2. Exposure misclassification

It is always possible for the internal validity of case-control studies to be threatened by recall bias, a form of differential exposure misclassification that occurs when exposures are remembered differently by cases (or their proxies) and controls. Cases may have been more motivated to recall GBH exposure, and the exposures may be more vivid or meaningful due to awareness of the risk factors for their disease. While differential misclassification can bias the OR in either direction, differential misclassification due to cases being more likely to report exposure tends to artificially inflate the OR.

#### 5.3.3. Latency and lag

As discussed in Section 5.2.3, the latency for NHL is uncertain and could be anywhere from 2 years to greater than 15 years. There were differences in how the case-control studies considered and incorporated latency and lag into their analyses. For example, De Roos et al. [16] and McDuffie et al. [43] do not mention these considerations; by contrast, Hardell et al. [18], Orsi et al. [19], and Eriksson et al. [17] each incorporate latency and lag, albeit differently. These differences suggest caution in the integration of these results.

### 6. Summary of the GBH and NHL association in humans

Overall, the results from our new meta-analysis employing the a priori

hypothesis and including the updated AHS 2018 study (1) demonstrate a statistically significant increased NHL risk in highly GBH-exposed individuals (meta-RR = **1.41**, 95% CI: 1.13–1.75; Table 5 and Fig. 3A), (2) are aligned with findings from previous meta-analyses [23,26,27] (Table 7), and (3) reveal an additional 11–14% and 15–18% increase in NHL relative risk due to high levels of GBH exposure (Table 7) when using the AHS 2018 and the AHS 2005 cohort, respectively.

Together, all of the meta-analyses conducted to date, including our own, consistently report the same key finding: exposure to GBHs are associated with an increased risk of NHL.

Because most people in these epidemiological studies were not exposed to pure glyphosate, but rather glyphosate-based formulations (e.g. Roundup® or Ranger Pro®) with a number of adjuvants, it could be argued that the NHL manifested as a result of exposure to the mixture or an ingredient other than glyphosate in the formulation. To investigate causal inference regarding the association between glyphosate exposure and NHL, we discuss briefly whether or not the association identified from epidemiological studies could be supported further by experimental animal and mechanistic studies related to lymphoma.

### 7. Animal data: lymphoma prevalence in glyphosate-exposed mice

The animal study outcome most closely linked to human NHL is malignant lymphoma. We identified six unpublished glyphosate and lymphoma studies in mice that are in the public domain from two sources: a presentation by the European Food Safety Authority (EFSA) [71] at the EPA FIFRA Scientific Advisory Panel on Carcinogenic Potential of Glyphosate and a report by The Food and Agriculture Organization of the United Nations and World Health Organization Joint Meeting on Pesticide Residues (JMPR) [22]. EFSA [71] reported results from five unpublished studies: four in CD-1 [72–75] and one in Swiss albino mice [76], whereas JMPR [22] also reported data from an additional study in female CD-1 mice [77]. Each study reported four glyphosate doses and corresponding lymphoma incidence in males and females except for Takahashi [77], where the only data available in the public domain was for female mice [22].

### 7.1. Results of mouse lymphoma studies

Results from all studies (n = 6) of malignant lymphomas in mice available in the public domain are presented in Table 9. Study durations ranged from 1.5 to 2 years. All studies administered glyphosate through the diet [72–77], and the concentrations tested ranged from 100 ppm to 50,000 ppm [22]. EFSA [71] and JMPR [22] reported slightly different doses, with JMPR [22] further stratifying by sex. Lymphoma incidence was abstracted from EFSA [71], with slightly different numbers for one study [72]. Table 9 provides the dietary concentration of glyphosate (reported in ppm), the doses (reported in mg/kg/day) provided by EFSA [71] and JMPR [22], and lymphoma incidence in males and females. One study [74] reported food consumption, which was recorded for each treatment group, and weekly mean achieved-dose levels were averaged to calculate actual doses for males and females. Information on how doses were calculated for the other studies [72,73,75,73–77] was not available.

In summarizing these studies, EFSA [71] noted that Sugimoto [73] and Wood et al. [74] showed statistically significant dose-response in males according to the Cochran-Armitage test for linear trend, whereas Kumar [76] showed a statistically significant Z-test for both males and females. In agreement, JMPR [22] noted that Sugimoto [73] and Wood et al. [74] showed a statistically significant trend in males and that Kumar [76] reported statistically significant increases in malignant lymphoma in high-dose groups of both males and females. JMPR [22] further reported Takahashi [77] had a statistically significant increased incidence in lymphoma among females by their trend test. The remaining two studies did not report evidence of a statistically significant dose-response effect.

L. Zhang, et al.

Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

**Table 9**
Data from publicly available studies of malignant lymphomas in mice exposed to glyphosate.[a]

| Study | Strains | Study Duration | Concentration in Diet (ppm) | Dose (mg/kg/day) | | Incidence[b] (%) | |
|---|---|---|---|---|---|---|---|
| | | | | EFSA [71] | JMPR [22][c] | Male | Female |
| Wood et al. [74] | CD-1 | 1.52 years (79 weeks) | 0 | 0 | 0, 0 | 0/51 (0) | 11/51 (22) |
| | | | 500 | 71 | 71.4, 97.9 | 1/51 (2) | 8/51 (16) |
| | | | 1500 | 234 | 234.2, 299.5 | 2/51 (4) | 10/51 (20) |
| | | | 5000 | 810 | 810, 1081.2 | 5/51(10)[*] | 11/51 (22) |
| Kumar [76] | Swiss Albino | 1.5 years | 0 | 0 | 0, 0 | 10/50 (20) | 18/50 (36) |
| | | | 100 | 15 | 14.5, 15.0 | 15/50 (30) | 20/50 (40) |
| | | | 1000 | 151 | 149.5, 151.2 | 16/50 (32) | 19/50 (38) |
| | | | 10000 | 1460 | 1453, 1466.8 | 19/50 (38)[*] | 25/50 (50)[*] |
| Sugimoto [73] | CD-1 | 1.5 years | 0 | 0 | 0, 0 | 2/50 (4) | 6/50 (12) |
| | | | 1600 | 153 | 165, 153.2 | 2/50 (4) | 4/50 (8) |
| | | | 8000 | 787 | 838.1, 786.8 | 0/50 (0) | 8/50 (16) |
| | | | 40000 | 4116 | 4348, 4116 | 6/50 (12)[*] | 7/50 (14) |
| Atkinson et al. [75] | CD-1 | 2 years | N/A | 0 | 0 | 4/50 (8) | 14/50 (28) |
| | | | N/A | 100 | 100 | 2/50 (4) | 12/50 (24) |
| | | | N/A | 300 | 300 | 1/50 (2) | 9/50 (18) |
| | | | N/A | 1000 | 1000 | 6/50 (12) | 13/50 (26) |
| Knezevich and Hogan [72] | CD-1 | 2 years | 0 | 0 | 0, 0 | 2/48 (4) | 6/50 (12) |
| | | | 1000 | 157 | 157, 190 | 5[d]/49 (10) | 6/48 (13) |
| | | | 5000 | 814 | 814, 955 | 4/50 (8) | 7[d]/49 (14) |
| | | | 30000 | 4841 | 4841, 5874 | 2/49 (4) | 11[d]/49 (22) |
| Takahashi [77] | CD-1 | 1.5 years | 0 | | 0, 0 | | 3/50 (6) |
| | | | 500 | N/A | 67.6, 93.2 | N/A | 1/50 (2) |
| | | | 5000 | | 685, 909 | | 4/50 (8) |
| | | | 50000 | | 7470, 8690 | | 6/50 (12)[*] |

Abbreviations: EFSA, European Food Safety Authority; JMPR, Joint Meeting on Pesticide Residues; N/A, not available.
[a] Data sources: EFSA [71] and JMPR [22] for both males and females.
[b] Number of lymphomas / total mice in group.
[c] Data for male, female mice.
[d] Reported slightly differently in JMPR [22] ($N \pm 1$).
[*] $p_{trend} < 0.05$ reported by at least one test for trend in EFSA [71] or JMPR [22].

## 7.2. Additional considerations and recommendations

One challenge with these studies is that at face value they appear to be inconsistent because some show statistically significant findings whereas others do not. However, based on EPA's Cancer Guidelines, evidence of increased lymphoma incidence should not be discounted due to lack of statistical significance in trend and/or pairwise comparison tests. Additional factors that should not be used to exclude study findings are the use of high doses and/or incidence rates that are consistent with levels seen in historical controls [78].

Another consideration is that the study lengths in these animal experiments may have been insufficient for development of lymphoma. There are proposals that the standard timeframe of two years for a cancer bioassay to approximate long-term cancer incidence in humans should be extended to account for potentially longer latencies. Eighty percent of all human cancers occur after the age of sixty. A two-year-old rat approximates a human of 60–65 years, indicating a traditional two-year bioassay may not be sufficient for late-developing tumors [79].

Future work should combine the results from these six studies into an overall pooled analysis to give a more robust assessment of the evidence. A pooled analysis would take into account the varying study durations (of 18 or 24 months) as well as other between-study differences in dose regimens and mouse strains.

These studies, in which mice were exposed to only glyphosate, may have underreported incidence of malignant lymphoma given evidence of increased toxicity of GBHs compared to glyphosate alone [80–82]. GBH mixtures, which contain a number of adjuvants, have been reported to exert synergistic toxic effects in mechanistic studies (discussed below). Therefore, we also recommend the evaluation of GBHs in chronic animal carcinogenicity studies to better capture representative exposure of humans.

## 8. Potential mechanistic context

There are several possible mechanistic explanations for the increased NHL risk in humans and lymphomas in animals. The etiology of NHL remains largely unknown; however, potential risk factors include autoimmune diseases, infection with viruses and/or bacteria, immunosuppressant medications, and exposures to some pesticides [83,84]. Although not a formally recognized risk factor for NHL, endocrine disruptors have been associated recently with risk of B-cell neoplasms [85], most of which are NHL [57]. Furthermore, a genetic hallmark of NHL is the recurrence of chromosomal translocations, such as t(14;18), involving the immunoglobulin heavy chain gene fusion (BCL2-IGH), which are frequently detected in subgroups of NHL patients [86] and in pesticide-exposed farmers [87,88]. Hence, we discuss immunosuppression/inflammation, endocrine disruption, genetic alterations, and oxidative stress as potential underlying mechanisms for the development of lymphoma. Genetic alterations (genotoxicity) and oxidative stress were previously identified as two glyphosate-related key characteristics of carcinogens [126]. Although not specifically linked to NHL, oxidative stress is a general mechanism of carcinogenesis that could contribute to lymphomagenesis.

### 8.1. Immunosuppression/inflammation

The strongest factors known to increase NHL risk are congenital and acquired states of immunosuppression [89]. Several studies suggest that glyphosate alters the gut microbiome [80,90] and cytokine IFN-$\gamma$ and IL-2 production [91]. These changes could impact the immune system,

# EXHIBIT C

Chemosphere xxx (xxxx) 139572



Contents lists available at ScienceDirect

# Chemosphere

journal homepage: www.elsevier.com/locate/chemosphere



# Mapping the key characteristics of carcinogens for glyphosate and its formulations: A systematic review

Iemaan Rana, Patton K. Nguyen, Gabrielle Rigutto, Allen Louie, Jane Lee, Martyn T. Smith, Luoping Zhang *

*Division of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA, United States*

### ARTICLE INFO

Handling Editor: Frederik-Jan van Schooten

*Keywords:*
non-Hodgkin lymphoma
human exposures
lymphomagenesis
key characteristics
Roundup

### ABSTRACT

Glyphosate was classified as a *probable* human carcinogen (Group 2A) by the International Agency for Research on Cancer (IARC) partially due to strong mechanistic evidence in 2015. Since then, numerous studies of glyphosate and its formulations (GBF) have emerged. These studies can be evaluated for cancer hazard identification with the newly described ten key characteristics (KC) of carcinogens approach. Our objective was to assess all *in vivo*, *ex vivo*, and *in vitro* mechanistic studies of human and experimental animals (mammals) that compared exposure to glyphosate/GBF with low/no exposure counterparts for evidence of the ten KCs.

A protocol with our methods adhering to PRISMA guidelines was registered *a priori* (INPLASY202180045). Two blinded reviewers screened all *in vivo*, *ex vivo*, and *in vitro* studies of glyphosate/GBF exposure in humans/mammals reporting any KC-related outcome available in PubMed before August 2021. Studies that met inclusion criteria underwent data extraction conducted in duplicate for each KC outcome reported along with key aspects of internal/external validity, results, and reference information. These data were used to construct a matrix that was subsequently analyzed in the program R to conduct strength of evidence and quality assessments.

Of the 2537 articles screened, 175 articles met inclusion criteria, from which we extracted >50,000 data points related to KC outcomes. Data analysis revealed strong evidence for KC2, KC4, KC5, KC6, KC8, limited evidence for KC1 and KC3, and inadequate evidence for KC7, KC9, and KC10. Notably, our in-depth quality analyses of genotoxicity (KC2) and endocrine disruption (KC8) revealed strong and consistent positive findings. For KC2, we found: 1) studies conducted in humans and human cells provided stronger positive evidence than animal studies; 2) GBF elicited a stronger effect in both human and animal studies when compared to glyphosate alone; and 3) the highest quality studies in humans consistently revealed strong evidence of genotoxicity. Our analysis of KC8 indicated that glyphosate's ability to modulate hormone levels and estrogen receptor activity is sensitive to both exposure concentration and formulation. The modulations observed provide clear evidence that glyphosate interacts with receptors, alters receptor activation, and modulates the levels and effects of endogenous ligands (including hormones).

Our findings strengthen the mechanistic evidence that glyphosate is a *probable* human carcinogen and provide biological plausibility for previously reported cancer associations in humans, such as non-Hodgkin lymphoma. We identified potential molecular interactions and subsequent key events that were used to generate a probable pathway to lymphomagenesis.

| Abbreviations | | |
|---|---|---|
| 8-OHdG | 8-hydroxydeoxyguanosine | AHS | Agricultural Health Study |
| ADI | acceptable daily intake | AID | activation-induced deaminase |
| | | AMPA | α-amino-3-hydroxy-5-methyl-4-isoxazole propionic acid |

* Corresponding author. Division of Environmental Health Sciences School of Public Health 2121 Berkeley Way West, #5117 Berkeley, CA, 94720-7360 , United States.
*E-mail address:* uoping@berkeley.edu (L. Zhang).

https://doi.org/10.1016/j.chemosphere.2023.139572
Received 24 February 2023; Received in revised form 16 July 2023; Accepted 17 July 2023
0045-6535/© 20XX

Note: Low-resolution images were used to create this PDF. The original images will be used in the final composition.

I. Rana et al.

Chemosphere xxx (xxxx) 139572

| | |
|---|---|
| AOP | adverse outcome pathway |
| BAL | bronchoalveolar lavage |
| BCL2 | B-cell lymphoma 2 |
| CAIII | carbonic anhydrase III |
| CAT | catalase |
| *CCND1* | cyclin D1 |
| CRP | c-reactive protein |
| D | days |
| DAF-2 DA | diaminofluorescein-2 diacetate |
| DCFDA | dichlorofluorescin diacetate |
| DCFH | diacetyldichlorofluorescein |
| *DNMT1* | DNA methyltransferase 1 |
| *DNMT3A* | DNA methyltransferase 3alpha |
| E2 | estrogen |
| EFSA | European Food Safety Authority |
| EHMT | euchromatic histone lysine methyltransferase |
| EPA | U.S. Environmental Protection Agency |
| EPSPS | 5-enolpyruvylshikimate-3-phosphate synthase |
| ER | estrogen receptor |
| ERCC8 | ERCC Excision Repair 8, CSA Ubiquitin Ligase Complex Subunit |
| ERE | estrogen response element |
| ESR1 | estrogen receptor alpha |
| FSH | follicle stimulating hormone |
| G | glyphosate |
| GBF | glyphosate-based formulations |
| GnRH | gonadotropin-releasing hormone |
| GR | glutathione reductase |
| GRADE | Grading of Recommendations Assessment, Development, and Evaluation |
| GSDMD | gasdermin D |
| GSH | glutathione |
| GSSG | glutathione disulfide |
| H2AX | H2A histone family member X |
| H2DCFDA | 2′,7′-Dichlorodihydrofluorescein diacetate |
| H2O2 | hydrogen peroxide |
| H2R123 | dihydrorhodamine 123 |
| HDAC | histone deacetylase |
| HMP | Human Microbiome Project |
| HPF | hydroxyphenyl fluorescein |
| IARC | International Agency for Research on Cancer |
| IFN | interferon |
| IL | interleukin |
| INPLASY | International Platform of Registered Systematic Review and Meta-Analysis Protocols |
| IRIS | Integrated Risk Information System |
| KCA | keratinocyte chemoattractant |
| KCs | key characteristics |
| LH | luteinizing hormone |
| MALT | mucosa-associated lymphoid tissue |
| MAPK3 | mitogen-activated protein kinase 3 |
| MCH | mean corpuscular hemoglobin |
| MCHC | mean corpuscular hemoglobin concentration |
| MCP-1 | monocyte chemo-attractant protein-1 |
| MCV | mean corpuscular volume |
| MDA | malondialdehyde |
| MeSH | medical subject headings |
| MIP-2 | macrophage inflammatory protein-2 |
| MNPCEs | micronucleated polychromatic erythrocytes |
| *MSH4* | melanocyte-stimulating hormone |
| mtROS | mitochondrial ROS |
| NFκB | nuclear factor kappa B |
| NHANES | National Health and Nutrition Examination Survey |

| | |
|---|---|
| NHL | non-Hodgkin lymphoma |
| NLRP3 | NOD-, LRR- and pyrin domain-containing protein 3 |
| NO | nitric oxide |
| NOAEL | no observed adverse effect level |
| NR1D1 | nuclear receptor subfamily 1 group D member 1 |
| NTP | National Toxicology Program |
| OECD | Organization for Economic Cooperation and Development |
| *P16* | cyclin-dependent kinase inhibitor 2A |
| *P21* | cyclin-dependent kinase inhibitor 1 |
| CYP450 | cytochrome P450 |
| *P53* | tumor protein p53 |
| PBMC | peripheral blood mononuclear cells |
| PECO | Population, Exposure, Comparator, and Outcomes |
| PI | principal investigator |
| PRISMA | Preferred Reporting Items for Systematic Reviews and Meta-Analysis |
| RNS | reactive nitrogen species |
| ROS | reactive oxygen species |
| SCE | sister chromatid exchange |
| SCFA | short-chain fatty acid |
| SOD | superoxide dismutase |
| StAR | steroidogenic acute regulatory protein |
| TBARS | thiobarbituric acid reactive substances |
| TET | ten-eleven translocation methylcytosine dioxygenase |
| TGs | test guidelines |
| TNF-a | tumor necrosis factor-α |
| TSLP | thymic stromal lymphopoietin |
| US | United States |
| WBC | white blood cells |
| WM | withdrawal medium |

## 1. Introduction

Glyphosate, commonly sold as a formulation under the trade name of "Roundup©," is the most widely used herbicide in the world. In the United States alone, usage of glyphosate-based formulations (GBF) between 1992 and 2009 increased nearly 16-fold from 13.9 to 219.7 million pounds, with most of this increase occurring after the introduction of Roundup-ready products in 1996 (Benbrook, 2016).

### 1.1. Carcinogenic hazard identification by international agencies

Given its widespread use and consequent potential to adversely affect human health, glyphosate has undergone several risk and health evaluations for its carcinogenic potential with differing conclusions (EFSA, 2015; IARC, 2015; JMPR, 2017; U.S. EPA, 2020). In 2015, a working group at the International Agency for Research on Cancer (IARC) concluded that glyphosate was "*probably* carcinogenic to humans" (IARC, 2015). IARC noted that "a *positive* association has been observed for non-Hodgkin lymphoma" (NHL) and that "there is *sufficient* evidence in experimental animals for the carcinogenicity of glyphosate" (IARC, 2015). They further noted that "the mechanistic data provide *strong* evidence for genotoxicity and oxidative stress" and that "there is evidence that these effects can operate in humans" (IARC, 2015).

I. Rana et al.

Chemosphere xxx (xxxx) 139572

*1.2. Key characteristics (KC) of carcinogens framework to evaluate mechanistic evidence*

The ability to produce genotoxicity and induce oxidative stress are two of the established key characteristics (KCs) of human carcinogens that were first identified by a Working Group at IARC in 2012 and published in the peer-reviewed literature in 2016 (Smith et al., 2016). All known human carcinogens possess one or more of the ten KCs that are related to the mechanisms by which they cause cancer. These include whether the carcinogen 1) is electrophilic or can be metabolically activated; 2) is genotoxic; 3) alters DNA repair/causes genome instability; 4) induces epigenetic alterations; 5) induces oxidative stress; 6) induces chronic inflammation; 7) is immunosuppressive; 8) modulates receptor-mediated effects; 9) causes immortalization; and 10) alters cell proliferation, death or nutrient supply (Smith et al., 2016).

The KCs of carcinogens have been applied in the evaluation of diverse carcinogens (Guyton et al., 2018) and are now used as the basis for the evaluation of mechanistic data at IARC under their revised Preamble (IARC, 2019; Samet et al., 2020). They have also been used by authoritative bodies and regulatory agencies, such as the National Toxicology Program (NTP) Report on Carcinogens (Atwood et al., 2019), the U.S. Environmental Protection Agency (EPA) Integrated Risk Information System (IRIS) Program (U.S. EPA, 2022), and the California EPA (OEHHA, 2017).

*1.3. New mechanistic studies of glyphosate warrant systematic review*

Since IARC evaluated the carcinogenicity of glyphosate in 2015, many new studies have been published. For example, a recent meta-analysis reported that GBF was associated with a 41% increased meta-relative risk of NHL among highly exposed individuals (Zhang et al., 2019). Animal carcinogenicity studies have supported this link by showing glyphosate's ability to cause multiple types of cancer, particularly, its association with malignant lymphomas (Portier, 2020). Furthermore, a large amount of new mechanistic data has also become available. Here, using IARC classification guidelines, we have conducted a comprehensive systematic review of the totality of the mechanistic data available through August 2021 to understand which KCs are exhibited by glyphosate and its formulations and explore potential

mechanisms by which it may induce NHL and perhaps other cancers. In line with the Population, Exposure, Comparator, and Outcomes (PECO) framework (Morgan et al., 2018), our review aimed to answer the question, "Among human or experimental animal (mammalian) cells, tissues, or model systems with *in vivo, ex vivo,* or *in vitro* study design, does exposure to glyphosate/GBF increase outcomes related to the ten KCs when compared with low/no exposure counterparts?" Given widespread use of this ubiquitous herbicide, elucidating the underlying biological mechanisms is of utmost importance.

## 2. Methods

The protocol for this review was registered with the International Platform of Registered Systematic Review and Meta-Analysis Protocols (INPLASY*),* INPLASY202180045, (Rana et al., 2021). Prior to conducting the systematic review, we developed an *a priori* comprehensive three-phase approach for literature search, data extraction, and analysis of mechanistic studies. An overview of our methods is depicted in Fig. 1.

In phase one, we used the electronic literature searching platform SysRev to screen all studies by title and abstract for inclusion by two reviewers blinded to each other's selections. In the second phase, the full text of each article selected for inclusion was examined for any KC-related outcomes that were reported. Two reviewers independently recorded these outcomes along with key aspects of internal validity (testing system and species), external validity (experimental design), results, and reference information. In the final phase, the outcome data were cleaned and used to construct a matrix. We performed data analysis using the program *R* (R Core Team, 2022) to conduct strength of evidence and quality assessments.

*2.1. Phase 1: literature search conducted in SysRev using PRISMA guidelines*

The complete details of our literature search conducted according to the 2020 guidelines of the Preferred Reporting Items for Systematic Reviews and Meta-Analysis (PRISMA) (Page et al., 2021) are provided in our protocol by Rana et al. (2021) and briefly summarized below.



**Fig. 1.** Systematic review process by which investigators analyzed and assembled results for the ten key characteristics of carcinogens associated with glyphosate and GBF. *Phase 1*: Two blinded reviewers screened studies by title and abstract for inclusion eligibility. Conflicts were resolved following discussion with entire research team. *Phase 2*: the complete texts of studies marked for inclusion were analyzed for all KC-related outcomes. Two reviewers independently recorded each outcome along with key aspects of internal validity (testing system and species), external validity (experimental design), results, and reference information. Conflicts were resolved by one of the principal investigators (PIs). *Phase 3*: Data were cleaned and analyzed using the program R to perform descriptive analyses.

I. Rana et al.                                                                                                                                        Chemosphere xxx (xxxx) 139572

*2.1.1. Eligibility criteria*

We included all *in vivo, ex vivo,* and *in vitro* mechanistic studies conducted in humans and mammals that examined glyphosate or GBF exposure in relation to any of the 10 KCs. We defined *in vivo* studies as exposures occurring within living organisms, *ex vivo* involved exposure to primary cells or tissues, and *in vitro* exposed immortalized cell lines. Only data published in peer-reviewed journals or edited books were eligible for inclusion. No language restrictions were applied, though foreign language articles needed to be obtained in full and translated completely to be eligible for inclusion. We excluded commentaries, method papers, reviews, studies that had unrelated endpoints or irrelevant model organisms, and studies that had been retracted. Complete inclusion and exclusion criteria are detailed in the protocol (Rana et al., 2021).

*2.1.2. Information sources and search strategy*

We queried the PubMed database on August 10, 2021. Search terms were compiled using the Medical Subject Headings (MeSH) database to capture synonyms for commercial formulations of glyphosate and GBF and outcomes related to each KC. The line-by-line search strategy is detailed in Rana et al. (2021). We also conducted a backward reference search of publications cited within the IARC Monograph Volume 112 on glyphosate (IARC, 2015). We individually evaluated these studies for eligibility criteria and identified additional keywords to further optimize the literature search results.

*2.1.3. Selection process*

The initial stage of the literature search was conducted using Sys-Rev, an electronic systematic review tool for screening and abstracting data from papers (Bozada et al., 2021). Studies were screened by title and abstract and labeled for either potential inclusion or exclusion by a minimum of two reviewers that were blinded to each other's answers. Articles with conflicting tags, defined as non-exact matches among inclusion labels, were discussed by the entire research team until a consensus decision was reached. The full texts of potentially eligible articles were then retrieved and assessed in-depth for inclusion criteria. Studies subjected to a full-text review that did not meet inclusion criteria were also assessed for sensitivity analyses. These included studies where the reported outcomes were perturbations to the microbiome or hematological parameters, the exposure was administered perinatally, the exposure was a metabolite of glyphosate, and/or where the model organism was a zebrafish.

*2.2. Phase 2: data mining*

In the second phase, qualified papers selected for inclusion (N) were examined for any KC-related outcomes (n) that were reported. For each outcome reported in the paper, two reviewers independently recorded the relevant KC and endpoint, study design, type of assay used, biomarker measured, species, cell/tissue type, whether the active ingredient glyphosate or the formulation was tested, the number of dose groups, doses tested, positive control, exposure route, exposure duration, number of subjects, number of experimental replications, findings of the study, statistical significance (including which test was used), presence of exposure-response relationship, whether responses were detected in any and/or the highest exposure group, whether responses were detected in a majority of the concentrations tested, percent difference, figure/table in the text from which data were extracted, study author and year, PubMed ID and link. Conflicts among reviewers were escalated to a senior investigator.

*2.3. Phase 3: quality analysis and data synthesis*

In the final phase, we used our extracted data to generate a matrix that was subsequently analyzed in the program R to conduct strength of evidence and quality assessments. The analyses conducted in R were descriptive in nature. Quality assessment for risk of bias was conducted at the individual study level using an adapted form of the Grading of Recommendations Assessment, Development, and Evaluation (GRADE) method (Atkins et al., 2004).

We assessed the strength of the evidence for each KC using IARC's approach described in detail in the Preamble (IARC, 2019) and summarized in our **Supplement**. Briefly, IARC ranks mechanistic evidence within three tiers: *strong, limited,* and *inadequate*.

- **Strong** mechanistic evidence is defined as consistent results in a substantial number of studies with relevant endpoints in one or more mammalian species. For an agent that exhibits the KCs, the strong evidence can be 1) in exposed humans (*in vivo* study design), 2) in human primary cells or tissues (*ex vivo* study design), or 3) in experimental systems (human *in vitro* or animal study) that may include one or few studies in human primary cells or tissues.
- **Limited** evidence indicates suggestive, narrow evidence, or unexplained inconsistency across studies with different species or endpoints.
- **Inadequate** evidence focuses on few or no data available and includes unresolved questions or negative study results (IARC, 2019).

## 3. Results of literature search

*3.1. Studies included in systematic review*

Literature search results are detailed in Fig. 2 and in the **Supplement**. Overall, we identified 4134 articles through our database search of PubMed and hand-screened 269 publications from the 2015 IARC Monographs Volume 112 reference list (IARC, 2015). A total of **2537** articles, **2331** from PubMed and **206** from IARC references, were screened by title and abstract by at least two individuals. Following full-text review, we identified **175** studies that were eligible for inclusion and data extraction. An additional **52** studies that did not meet inclusion criteria were evaluated within sensitivity analyses.

*3.2. Outcome data extracted from included studies*

In the second phase, the full text of the eligible N = **175** studies and the N = **52** studies selected for sensitivity analysis were thoroughly examined to identify any reported KC-related outcomes (**n**). We recorded a total of n = 2984 outcomes for primary and sensitivity analyses prior to data cleaning (Table 1). Most outcomes were reported for KC2, KC5, KC6, KC8, and KC10. No outcomes were reported for KC9, and very few outcomes were reported for KC1 (n = 7) and KC3 (n = 29). For each of these n = 2984 outcomes, two reviewers independently recorded multiple data points pertaining to key aspects of internal validity (testing system and species), external validity (experimental design), results, and reference information. These data points totaled over 50,000.

## 4. Strength of evidence analysis for the ten key characteristics of carcinogens

*4.1. KC1: is or can be metabolically activated to an electrophile*

Many carcinogens are electron-deficient, also known as electrophiles, that can interact nonenzymatically with nucleophilic sites within the cell, including those on DNA, RNA, and protein. While some can directly bind to and interact with cellular macromolecules, a substantial portion of mutagens require metabolic activation to be mutagenic and/or electrophilic.

I. Rana et al.

*Chemosphere xxx (xxxx) 139572*



**Fig. 2.** Summary of literature search results using PRISMA guidelines.

**Table 1**
KC outcomes (n) recorded within studies included in primary and sensitivity analyses.

| Species | Key characteristic (KC) | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | |
| **Humans** | 0 | 160 | 8 | 44 | 100 | 22 | 28 | 309 | 0 | 224 | 895 |
| **Mammals** | 7 | 120 | 21 | 14 | 433 | 490 | 155 | 627 | 0 | 202 | 2069 |
| **Non-mammals** | 0 | 16 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 20 |
| **Total** | 7 | 296 | 29 | 60 | 534 | 513 | 183 | 936 | 0 | 426 | 2984 |

Under certain conditions, glyphosate can act as a strong electrophile. On a simple structural level, the phosphate group is readily protonated at acidic pHs below 5 (Herath et al., 2016). In mice exposed to high doses *in vivo*, glyphosate was reported to be biotransformed to the metabolite glyoxylate, a highly potent electrophile that can react with cysteine and lysine residues on numerous target proteins broadly present across the cell (Ford et al., 2017). Independent of the active ingredient, there is evidence that the adjuvants added to GBF are also electrophilic. One study reported that components of the GBF Roundup unrelated to the active ingredient were able to induce a dose-dependent formation of DNA adducts in the kidneys and liver of mice (Peluso et al., 1998).

While these data are suggestive, both experimental studies were performed in one animal species, indicating that the evidence for KC1 is "*limited*" for both glyphosate and GBF.

### 4.2. KC2: is genotoxic

Genotoxicity refers to the ability of an agent to induce mutations and/or DNA damage. Mutations include gene mutations (such as base substitutions or small deletions within a gene), chromosomal mutations (multi-locus mutations such as large deletions, duplications, or rearrangements that span more than one gene), and mutations involving whole chromosomes (such as aneuploidy). Mutations involve a change in the order or number of nucleotides in the DNA. In contrast, DNA damage does not change the nucleotide sequence and, instead, involves modifications to the DNA, such as an adduct (a molecule bound covalently to DNA) or a single- or double-strand break. Because some DNA damage can be repaired, it is a less reliable indicator of potential carcinogenicity, whereas a mutation is a permanent, heritable change in the DNA sequence and/or gene/chromosome copy numbers that may contribute to the carcinogenic process. Thus, mutagenesis assays, which measure the induction of gene and/or chromosomal mutations, are more relevant to carcinogenesis than DNA adduct assays.

Differences between genotoxicity, mutagenicity, and the assays used to measure them have been standardized in the Genetic Toxicology Test Guidelines (TGs) created by the Organization for Economic Cooperation and Development (OECD, 2017b). The OECD has also categorized the quality of genotoxicity assays into three categories (highest, good and poor quality). Measures of chromosomal aberrations and micronuclei are considered to be among the highest quality endpoints, whereas the comet assay, DNA strand breaks and H2AX are considered of good quality. Sister chromatid exchanges (SCEs) are now considered to be poor quality assays, but were performed extensively in the past because of the simplicity of the assay. We renamed these three categories defined by the OECD as Category A (highest quality assays), Category B (good assays), and Category C (poor quality assays). Overall, our primary analysis included N = 40 papers that reported n = 184 outcomes relevant to KC2 evenly divided between humans (n = 90) and non-human mammals (n = 94) (Table 2).

#### 4.2.1. Human studies

Among the 90 total outcomes reported in human studies, 84% were positive and statistically significant. Of the studies conducted with exposures to GBF (n = 41), 88% were positive and statistically significant versus 80% of those with glyphosate exposure (n = 49, Figure 3). When stratified by study design, positive findings (p < 0.05) were reported in 78% of outcomes conducted in human *in vivo* systems (n = 9), 93% of outcomes in *ex vivo* human primary cells and tissue (n = 42), and 77% of outcomes in human *in vitro* systems (n = 39). On average, the dose-dependent exposure-response relationship is observed in most of the

I. Rana et al.                                                                                                                                 Chemosphere xxx (xxxx) 139572

**Table 2**
Summary of KC2 outcomes in humans and mammals.

| Species | Study design | Category A (highest quality) | | | Category B (good quality) | | | Category C (poor quality) | | | All outcomes combined | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | n [REF] | (+)* | D-R (n) | n [REF] | (+)* | D-R (n) | n [REF] | (+)* | D-R (n) | n | (+)* | D-R (n) |
| **Human** | | | | | | | | | | | | | |
| | *in vivo* | 7 [A] | **86%** | 100% (1) | 1 [B] | **100%** | – | 1 [C] | **0%** | – | 9 | **78%** | 100% (1) |
| | *ex vivo* | 24 [D] | **88%–92%** | 95% (23) | 15 [E] | **100%** | 93% (15) | 3 [F] | **100%** | 100% (3) | 42 | **93%–95%** | 95% (41) |
| | *in vitro* | 4 [G] | **100%** | 100% (4) | 35 [H] | **74%** | 68% (19) | 0 | **-** | – | 39 | **77%** | 74% (23) |
| | *All* | 35 | **89%–91%** | 97% (28) | 51 | **82%** | 79% (34) | 4 | **75%** | 100% (3) | 90 | **84%–86%** | 88% (65) |
| **Mammal** | | | | | | | | | | | | | |
| | *in vivo* | 43 [I] | **40%–58%** | 57% (20) | 14 [J] | **50%** | 33% (6) | 16 [K] | **25%–38%** | 100% (3) | 73 | **38%–52%** | 59% (29) |
| | *ex vivo* | 1 [L] | **100%** | 100% (1) | 0 | **-** | – | 2 [M] | **50%–100%** | 0% (2) | 3 | **67%–100%** | 33% (3) |
| | *in vitro* | 12 [N] | **17%–83%** | 100% (12) | 0 | **-** | – | 6 [O] | **100%** | 100% (6) | 18 | **44%–89%** | 100% (15) |
| | *All* | 56 | **36%–64%** | 76% (33) | 14 | **50%** | 33% (6) | 24 | **46%–58%** | 82% (11) | 94 | **40%–61%** | 72% (50) |

**Abbreviations:** D-R, dose-response defined as a KC2 outcome reporting >2 exposure groups; n, number of KC2 outcomes; REF, reference.
*Range of positive studies reported as the percent of positive statistically significant ($p < 0.05$) results in bold to the percent of positive results with at least 75% difference between control and exposed groups.
[A] Balderrama-Carmona et al. (2020), Bolognesi et al. (2009).
[B] Paz-y-Mino et al. (2007).
[C] Paz-y-Mino et al. (2011).
[D] Mladinic et al. (2009a), Mladinic et al. (2009b), Manas et al. (2009), Santovito et al. (2018), Nagy et al. (2021).
[E] Mladinic et al. (2009b), Wozniak et al. (2018), Suarez-Larios et al. (2017), Kwiatkowska et al. (2017), Alvarez-Moya et al. (2014).
[F] Vigfusson and Vyse (1980), Bolognesi et al. (1997).
[G] Kasuba et al. (2017), Koller et al. (2012).
[H] Manas et al. (2009), De Almeida et al. (2018), Hao et al. (2019, 2020), Kasuba et al. (2017), Koller et al. (2012), Luo et al. (2017), Monroy et al. (2005), Nagy et al. (2019), Townsend et al. (2017), Gasnier et al. (2009).
[I] Manas et al. (2009), Chan and Mahler (1992), Li and Long (1988), Cavusoglu et al. (2011), Rank et al. (1993), Dimitrov et al. (2006), Prasad et al. (2009), Bolognesi et al. (1997), de Maria Serra et al. (2021), Schnabel et al. (2020), Grisolia (2002).
[J] Milic et al. (2018), Bolognesi et al. (1997), Ganesan and Keating (2020), Schnabel et al. (2020).
[K] Li and Long (1988), Cavusoglu et al. (2011), Prasad et al. (2009).
[L] Lioi et al. (1998).
[M] Lioi et al. (1998), Li and Long (1988).
[N] Sivikova and Dianovsky (2006), Li and Long (1988), Roustan et al. (2014).
[O] Sivikova and Dianovsky (2006).

genotoxic outcomes, particularly, in the human *ex vivo* studies (95%). To assess the quality of these findings, we followed the OECD (2017b) for classification guidelines and compared outcomes for Category A (highest quality tests, n = 35), Category B (good quality, n = 51), and Category C (poor, not recommended tests with low sensitivity and specificity, n = 4). A summary of our findings across all three categories is presented in Table 2.

*4.2.1.1. Highest quality assays.* All outcomes using Category A assays reported in human *in vivo* systems assessed for micronuclei (n = 7), of which 86% were positive and statistically significant. Similarly, there were highly positive findings for Category A assays among human *ex vivo* outcomes (88% positive, $p < 0.05$, n = 24), most of which reported micronuclei (91% positive, $p < 0.05$, n = 22). Both of the two human *ex vivo* outcomes that reported chromosome aberrations as the outcome reported positive findings, though only one of these was statistically significant. Of note, a dose-dependent exposure-response relationship was detected in 95% of outcomes in human peripheral blood mononuclear cells (PBMCs) and whole blood (*ex vivo*) with greater than two exposure groups (n = 23). All four Category A assay outcomes in human *in vitro* systems reported positive findings with micronuclei as the endpoint ($p < 0.05$).

*4.2.1.2. Good quality assays.* All human *in vivo* (n = 1) and *ex vivo* (n = 15) studies with a Category B outcome reported positive findings using the comet assay (100% positive, $p < 0.05$). Human *in vitro* studies similarly reported largely positive findings (74% positive, $p < 0.05$, n = 35).

*4.2.1.3. Poor quality assays.* While Category A and Category B assays in humans overall hovered at 89% and 82% positive respectively, Category C assays were slightly lower at 75%.

*4.2.2. Animal studies*

Studies in animals have reported mixed findings regarding genotoxicity (Table 2). However, when we stratified by exposure type, KC2 outcomes with GBF exposure were far more positive (59%, n = 41) than outcomes of glyphosate alone (26%, n = 53, Fig. 3).

A study from June 2021 reported that Roundup increases micronuclei in the mouse bone marrow (de Maria Serra et al., 2021). This confirms the earlier finding of Prasad and co-workers who showed that Roundup increased frequencies of chromosomal aberrations and micronucleated polychromatic erythrocytes (MNPCEs) in the mouse bone marrow in a dose-dependent manner (Prasad et al., 2009).

Milic and co-workers performed a 28-day genotoxicity study in rats (Milic et al., 2018). They administered glyphosate by gavage daily at four different doses. DNA damage in leukocytes and liver tissue was estimated using the alkaline comet assay. Treatment with glyphosate resulted in significantly higher primary DNA damage in both the liver cells and leukocytes (Milic et al., 2018).

*4.2.3. Overall KC2 conclusion*

Our analysis yielded several key findings. Studies conducted in humans provided stronger positive evidence than their animal counterparts (Fig. 3 and Table 2). It is possible that some factors relating to intrinsic validity of experimental animal studies (i.e. variations in experimental design, exposure route, concentrations, among others) may play a role. For example, a 2016 meta-analysis confirmed that glyphosate exposure via intraperitoneal administration but not via oral exposure was associated with a statistically-significant increase in micronuclei (Ghisi Nde et al., 2016). These findings suggest that glyphosate's genotoxic potential in experimental animals may be related to exposure type and concentrations, though further investigation is warranted.

Additionally, the formulation elicited a stronger effect in both human and animal studies when compared to glyphosate alone. Interest-

I. Rana et al.                                                                                                        Chemosphere xxx (xxxx) 139572



**Fig. 3.** Comparison of KC2 outcomes (n) for exposures to pure glyphosate exposure versus GBF in humans and animals. Among animal data (blue), pure glyphosate exposure was reported in 53 KC2 outcomes (*in vivo*: n = 40, *ex vivo*: n = 3, and *in vitro*: n = 10), whereas GBF exposure was employed in 41 KC2 outcomes (*in vivo*: n = 33 and *in vitro*:n = 8). In human studies (red), pure glyphosate exposure accounted for 49 KC2 outcomes(*ex vivo*: n = 22 and *in vitro*: n = 27), whereas GBF exposure was used in 41 KC2 outcomes (*in vivo*: n = 9, *ex vivo*: n = 20, and *in vitro*: n = 12).

ingly, the disparity in positive statistically significant studies between GBF and glyphosate was less pronounced in human data compared to animal data. These findings indicate that the human data for both glyphosate and GBF outcomes were more positive, consistent, and displayed less heterogeneity than findings in animal models (Fig. 3).

Lastly, the highest quality assays (Category A) in humans revealed strong, specific, and consistent evidence of KC2. Our findings in Table 2 indicate that the results of the highest quality Category A outcomes are 86% positive for human *in vivo* studies, 88–92% positive for human *ex vivo* studies, and 100% positive for human *in vitro* studies. When stratified by outcome, the frequency of micronucleus formation, a biomarker of chromosome damage and genotoxicity was 91% positive in human studies ($p < 0.05$, n = 33). Further, studies of glyphosate and GBF in exposed humans and human cells (*ex vivo* and *in vitro*) have reported strong consistent evidence of increased cytogenetic alterations in a dose-dependent manner.

Overall, the findings in humans and human cells provide "***strong***" evidence that glyphosate and its formulations exert genotoxicity. However, there is consistent evidence that suggests glyphosate and GBF are not mutagenic in bacterial mutation assays and likely do not cause point mutations (Benbrook et al., 2023; Smith-Roe et al., 2023), but rather produce larger scale mutations such as chromosomal deletions and rearrangements.

### 4.3. KC3: alters DNA repair and/or causes genomic instability

Genomic instability, an increased tendency of the genome to acquire mutations, occurs when processes involved in maintaining and replicating the genome become dysfunctional. When DNA damage is not repaired, these changes play an essential role in carcinogenesis.

Glyphosate exposure may produce genomic instability and alter DNA repair through altered expression and induction of activation-induced deaminase (AID), an endogenous enzyme normally required for class-switching recombination (CSR), in which large scale alterations of DNA are used to generate diverse antibodies. Aberrant AID expression can induce somatic mutations and chromosomal aberrations in

tumor-related genes, contributing to malignant transformation (Shimizu et al., 2012). A recent study reported that glyphosate increased AID expression in the bone marrow, spleen, and lymph nodes of exposed mice (Wang et al., 2019b).

AID-induced DNA strand breaks engage the non-homologous end-joining repair pathway. In a supporting finding, Suarez-Larios et al. (2017) reported increased DNA double-stand breaks and phosphorylated Ku80, a critical protein downstream of AID required for the repair of the ends of CSR DNA strand breaks in whole blood from healthy volunteers exposed to glyphosate *ex vivo*.

Other studies have also reported glyphosate-induced altered DNA repair mechanisms. Glyphosate exposure *ex vivo* in PBMCs donated by healthy volunteers induced DNA damage that did not fully repair after 120 min—a finding that was statistically significant in the lowest dose group (0.5 mM) (Kwiatkowska et al., 2020). A different study reported that exposure to a 50-fold lower concentration of glyphosate (0.01 mM) in PBMCs induced single and double DNA strand breaks ($p < 0.05$) (Wozniak et al., 2018). Transcriptome profiling and enrichment analysis revealed that exposure to Roundup downregulated genes related to DNA damage repair, nucleotide excision repair, mismatch repair, and base excision repair pathways in breast cancer cell lines (Stur et al., 2019). Together, these studies offer support for glyphosate's ability to suppress cellular DNA repair.

Overall, while the animal *in vivo* and human *in vitro* data provide important supporting evidence that glyphosate and GBF could exhibit KC3, most of the data evidence is indirect. Given that there is only one outcome from one paper in one species providing direct evidence, the overall strength of evidence for KC3 is currently "***limited***."

### 4.4. KC4: induces epigenetic alterations

A wide range of carcinogens exhibit epigenetic alterations, which are changes made to DNA or chromatin that alter gene expression. Dysregulation of the epigenome includes: 1) DNA methylation, 2) alterations in levels of non-coding RNAs that result in altered gene expression (e.g. microRNA), and 3) modifications of chromatin architecture (e.g. histone acetylation). A summary of glyphosate-induced epigenetic changes in human cells is provided in Table 3.

#### 4.4.1. DNA methylation

Multiple studies reported a statistically significant reduction in global DNA methylation in human PBMCs (Kwiatkowska et al., 2017; Wozniak et al., 2020) and nonneoplastic breast cell line exposed to glyphosate (Duforestel et al., 2019). Glyphosate exposure was reported to hypermethylate proto-oncogenes *BCL2* and *CCND1* (Wozniak et al., 2020). Additionally, exposure to glyphosate was also reported to alter methylation of tumor suppressor genes *P53* (Kwiatkowska et al., 2017; Wozniak et al., 2020) and *P21* (Wozniak et al., 2020) ($p < 0.05$) in a dose-dependent manner in the PBMCs. Methylation patterns of the tumor suppressor gene *P16* were also reported to be altered, but findings were not statistically significant (Kwiatkowska et al. (2017); Wozniak et al. (2020).

Though published after our literature search was conducted, an epigenome-wide association study published in 2022 identified DNA methylation loci associated with urinary glyphosate and AMPA (α-amino-3-hydroxy-5-methyl-4-isoxazole propionic acid) in postmenopausal women living in Southern California. This study reported greater dysregulated methylation status of DNA repair genes *MSH4* and *ERCC8* among individuals with higher urinary glyphosate concentrations (Lucia et al., 2022). Urinary AMPA concentrations were also associated with hypomethylation of the estrogen receptor alpha (*ESR1*) promoter (Lucia et al., 2022).

Chemosphere xxx (xxxx) 139572

**Table 3**
Summary of glyphosate-induced epigenetic changes in human cells.

| Measured parameter | Cell line | Methylation/ expression | Reference |
|---|---|---|---|
| **Global and/or targeted DNA-methylation** | | | |
| Global 5-mC percentage | PBMCs | Hypomethylation[a] | Kwiatkowska et al. (2017); Wozniak et al. (2020) |
| | MCF10A | Hypomethylation[a] | Duforestel et al. (2019) |
| **Tumor suppressor genes** | | | |
| P16 | PBMCs | Hypomethylation[b] | Kwiatkowska et al. (2017); |
| | | Hypermethylation [b] | Wozniak et al (2020) |
| P21 | PBMCs | Hypomethylation[b] | Wozniak et al (2020) |
| P53 | PBMCs | Hypermethylation[a] | Kwiatkowska et al. (2017); Wozniak et al. (2020) |
| **Proto-oncogenes** | | | |
| BCL2 | PBMCs | Hypermethylation[b] | Wozniak et al. (2020) |
| CCND1 | PBMCs | Hypermethylation[b] | Wozniak et al. (2020) |
| **DNA methylation/demethylation genes** | | | |
| DNMT1 | PBMCs | Increased expression[a] | Wozniak et al. (2021) |
| DNMT3A | PBMCs | Increased expression[a] | Wozniak et al. (2021) |
| TET1 | MCF10A | No change in expression | Duforestel et al. (2019) |
| TET2 | MCF10A | No change in expression | Duforestel et al. (2019) |
| TET3 | MCF10A | Increased expression[a] | Duforestel et al. (2019) |
| | PBMCs | Increased expression[b] | Wozniak et al. (2021) |
| TET activity | MCF10A | Increased activity[a] | Duforestel et al. (2019) |
| **Chromatin remodeling genes** | | | |
| EHMT1 | PBMCs | Increased expression[b] | Wozniak et al. (2021) |
| EHMT2 | PBMCs | Decreased expression | Wozniak et al. (2021) |
| HDAC3 | PBMCs | Increased expression[a] | Wozniak et al. (2021) |
| HDAC5 | PBMCs | Increased expression[b] | Wozniak et al. (2021) |

*Abbreviations*: △: magnitude of change; 5-mC: 5-methylcytosine quantification; *BCL2*: B-cell lymphoma 2; *CCND1*: Cyclin D1; *DNMT1*: DNA methyltransferase 1; *DNMT3A*: DNA methyltransferase 3alpha; *EHMT1*: euchromatic histone lysine methyltransferase 1; *EHMT2*: euchromatic histone lysine methyltransferase 2; *HDAC3*: Histone deacetylase 3; *HDAC5*: Histone deacetylase 5; mM-Tase: methyltransferase; *P16*: cyclin dependent kinase inhibitor 2A; *P21*: cyclin dependent kinase inhibitor 1A; *P53*: tumor protein p53; TET: ten-eleven translocation methyl cytosine dioxygenase; *TET1*: tet methyl cytosine dioxygenase 1; *TET2*: tet methyl cytosine dioxygenase 2; *TET3*: tet methyl cytosine dioxygenase 3.

[a] $p < 0.05$.
[b] A statistically-significant change is not reported, but a △75% or greater change is observed in *any* of the dose groups relative to the control group.

#### 4.4.2. Chromatin remodeling

Glyphosate exposure was reported to alter expression of genes involved in methylation and demethylation processes in human PBMCs (Wozniak et al., 2021) and the human cell line MCF10A (Duforestel et al., 2019). Alterations in expression of histone deacetylation genes *HDAC3* and *HDAC5* and histone methylation genes *EHMT1* and *EHMT2* were also detected (Wozniak et al., 2021).

Given consistent findings in studies of human cells demonstrating aberrant methylation of tumor suppressor genes and alteration in gene-regulated chromatin architecture in human blood cells, there is "**Strong**" evidence that glyphosate induces epigenetic alterations.

### 4.5. KC5: induces oxidative stress

Oxidative stress is an imbalance between the formation of reactive oxygen species (ROS) and the ability of a cell to detoxify such species. ROS can cause damage to cells, tissues, organs and macromolecules such as DNA and proteins, and may be accompanied by the formation of reactive nitrogen species (RNS). Numerous studies indicate glyphosate causes oxidative stress (Gehin et al., 2005; Astiz et al., 2009; Elie-Caille et al., 2010; George and Shukla, 2013; Cattani et al., 2014).

Biomarkers of oxidative stress in glyphosate-exposed cells have been reported as oxidative DNA damage, ROS and RNS, altered levels of antioxidants, and markers of lipid peroxidation. A summary of glyphosate-induced oxidative stress findings in humans and human cells is reported in Table 4.

#### 4.5.1. Oxidative DNA damage and ROS

Oxidative stress can lead to oxidative damage to DNA, including base modification, DNA-protein crosslinks, and other lesions (Klaunig et al., 2011; Berquist and Wilson, 2012). One *in vitro* study in human cells exposed to GBF (but not to glyphosate) reported increased levels of 8-hydroxydeoxyguanosine (8-OHdG), a DNA base modification that serves as a biomarker for oxidative stress (Hao et al., 2020). A newly published analysis of farmers in the Agricultural Health Study (AHS) reported that urinary concentrations of glyphosate were positively associated with increased levels of 8-OHdG ($p_{trend} < 0.05$) (Chang et al., 2023). Similarly, in a recent study of primary school children in Cypress, Makris et al. (2022) reported that 8-OHdG was positively associated with urinary AMPA concentrations ($p < 0.05$).

Other *in vitro* studies in human cells have reported oxidative stress from glyphosate and/or GBF resulting in increased nitrated species (Chaufan et al., 2014), ROS formation (Heu et al., 2012; George and Shukla, 2013; Chaufan et al., 2014; Coalova et al., 2014; Luo et al., 2017; Gao et al., 2019; Martinez et al., 2020), increased oxidative DNA damage (Gasnier et al., 2009), Other studies reported similar findings in experimental animals (Tang et al., 2017).

#### 4.5.2. Antioxidant capacity and enzyme levels

Human cells exposed to glyphosate *in vitro* were also reported to have altered levels of antioxidant enzymes such as glutathione peroxidase (Gehin et al., 2006; Kasuba et al., 2017; Gao et al., 2019), superoxide dismutase (Gehin et al., 2006; Chaufan et al., 2014; Luo et al., 2017; Gao et al., 2019), and catalase (Gehin et al., 2006; Coalova et al., 2014; Gao et al., 2019; Abdel-Halim and Osman, 2020), in addition to total antioxidant capacity and activity (Mladinic et al., 2009a; Kasuba et al., 2017; Barbasz et al., 2020). In a study of male rats, levels of hepatic reduced glutathione were significantly decreased in glyphosate-exposed animals (1.98 mmol/g) compared to controls (2.64 mmol/g) (El-Shenawy, 2009). Reduced antioxidant activity limits the defensive ability for inflammation response in cells.

#### 4.5.3. Lipid peroxidation

Other cell components, including proteins and lipids, are also subject to oxidative damage with one consequence being lipid peroxidation. In a study of humans exposed to glyphosate and other herbicides through farming, oxidative stress was measured as the level of malondialdehyde (MDA) in the urine, a marker of lipid peroxidation, and glutathione levels (Intayoung et al., 2021). The study reported that post-work urinary MDA levels in participants using a combination of glyphosate and paraquat were significantly higher than those who work with only glyphosate, though differences were not detected among groups using glyphosate or paraquat alone. It is possible that the combination of both herbicides synergistically induced MDA (Intayoung et al., 2021), providing some support for the induction of oxidative stress by glyphosate in humans. However, this study suffered from confounding as the farmers were exposed to mixtures of glyphosate, paraquat and/or 2,4-D, making it difficult to elucidate the specific effects of each herbicide.

Other biomarkers of oxidative stress have also been reported in human cells *in vitro* (Martinez et al., 2020). and in various tissues in rats and mice, including liver, skin, kidney, brain, and plasma. A different study (Astiz et al., 2009) in *Wistar rats* reported increased lipid peroxidation across all tissues studied and reactive nitrogen species in the brain and plasma. A proteomic analysis of *Swiss albino mice* reported

Chemosphere xxx (xxxx) 139572

**Table 4**

Studies of key characteristic 5 for glyphosate and formulations in humans and human cells.

| Outcome | GBF | | Glyphosate | |
|---|---|---|---|---|
| | Positive | Negative | Positive | Negative |
| **Oxidative DNA/protein damage** | | | | |
| DNA: 8-OHdG | Hao et al. (2020) | | | Hao et al. (2020) |
| Protein oxidation | Chaufan et al. (2014) | | | Chaufan et al. (2014) |
| **Reactive oxygen species (ROS) formation** | | | | |
| ROS: 2,7-DCFH | | | Martinez et al. (2020) | |
| ROS: DCFDA H2O2 | | | | Heu et al. (2012) (0.5h) Heu et al. (2012)(6h) Heu et al. (2012)(18h) |
| ROS: DCFH-DA | Hao et al. (2020) Luo et al. (2017) | | Gao et al. (2019) George and Shukla (2013) | Hao et al. (2020) Kasuba et al. (2017) (4h) Kasuba et al. (2017) (24h) |
| ROS: H2DCFDA | Wozniak et al. (2018) Chaufan et al. (2014) Coalova et al. (2014) (Atanor) Coalova et al. (2014) (Atanor in mixture) | | Wozniak et al. (2018) Kwiatkowska et al. (2014) Kwiatkowska et al. (2020) (N-methylG) | Chaufan et al. (2014) |
| ROS: H2R123 | | | Kwiatkowska et al. (2014) | |
| ROS: DAF-2 DA | | | Martinez et al. (2020) | |
| ROS: HPF | **Wozniak et al. (2018)** | | Wozniak et al. (2018) Kwiatkowska et al. (2020) Kwiatkowska et al. (2020) (N-methylG) | |
| **Total antioxidant** | | | | |
| Capacity | | | Barbasz et al. (2020) (U-937) Barbasz et al. (2020) (HL-60) | |
| Activity | | | Kasuba et al. (2017) (4h)# Kasuba et al. (2017) (24h) Mladinic et al. (2009b) (-S9) Mladinic et al. (2009b) (+S9) | |
| **Antioxidant enzyme levels** | | | | |
| GSH-peroxidase | Gehin et al. (2006) | | Gao et al. (2019) Gehin et al. (2006) Kasuba et al. (2017)(4h) Kasuba et al. (2017)(24h) | Abdel-Halim and Osman (2020)# |

Table 4 (*continued*)

| Outcome | GBF | | Glyphosate | |
|---|---|---|---|---|
| | Positive | Negative | Positive | Negative |
| GR | | | | Abdel-Halim and Osman (2020) |
| SOD | Chaufan et al. (2014) Gehin et al. (2006) | Coalova et al. (2014) (Atanor) Coalova et al. (2014) (Atanor in mixture) | Gao et al. (2019) Gehin et al. (2006) | Chaufan et al. (2014) |
| CAT | Luo et al. (2017) Coalova et al. (2014) (Atanor) Coalova et al. (2014) (Atanor in mixture) Gehin et al. (2006) | Chaufan et al. (2014) | Gao et al. (2019) | Chaufan et al. (2014) Gehin et al. (2006) Abdel-Halim and Osman (2020)# |
| **Small molecule levels** | | | | |
| MDA | Luo et al. (2017) | Intayoung et al. (2021)* | Mladinic et al. (2009b) (-S9) Mladinic et al. (2009b) (+S9) Abdel-Halim and Osman (2020) Barbasz et al. (2020) (U-937) Barbasz et al. (2020) (HL-60) Martinez et al. (2020) Gao et al. (2019) | |
| GSH | Gehin et al. (2006) Luo et al. (2017) | Intayoung et al. (2021)* Chaufan et al. (2014) Coalova et al. (2014) Coalova et al. (2014) | Abdel-Halim and Osman (2020)# Gehin et al. (2006) Kasuba et al. (2017) (4h) Kasuba et al. (2017) (24h) | Chaufan et al. (2014) |
| GSSG | Gehin et al. (2006)# | | Gehin et al. (2006) | |
| GSH/GSSG | Gasnier et al. (2010)# | | | |
| TBARS | Gehin et al. (2006) | Wijerathna et al. (2020) (8-IsoPs)* | Kasuba et al. (2017)# (4h) Gehin et al. (2006) | Kasuba et al. (2017) (24h) |

Abbreviations: 2,7-DCFH, 2′,7′-dichlorofluorescin diacetate; 8-hydroxydeoxyguanosine, 8-OHdG; CAT, catalase; DAF-2 DA, Diaminofluorescein-2 diacetate; DCFDA, dichlorofluorescin diacetate; DCFH-DA, diacetyldichlorofluorescein; H2DCFDA, 2′,7′-Dichlorodihydrofluorescein diacetate; HPF, hydroxyphenyl fluorescein; H2O2, hydrogen peroxide; GR, glutathione reductase; GSH-peroxidase, glutathione-peroxidase; GSH, glutathione; GSSG, glutathione disulfide; MDA, malondialdehyde; ROS, reactive oxygen species; SOD, superoxide dismutase; TBARs, thiobarbituric acid reactive substances.

overexpression of CAIII, a cytoplasmic protein that plays a role in cellular response to oxidative stress (George et al., 2010).

Multiple studies show that glyphosate and GBF induce oxidative stress in humans, human cells, and experimental animals. Hence, there is "***strong***" evidence that glyphosate and GBF possess key characteristic 5 and induce oxidative stress.

I. Rana et al.

*Chemosphere xxx (xxxx) 139572*

*4.6. KC6: induces chronic inflammation*

It is well known that repeated exposure to many chemical carcinogens cause chronic inflammation, though the functional relationship is difficult to capture through *in vitro* assay systems, because chronic inflammation occurs over an extended period. Most supporting data are limited to histopathology following repeated *in vivo* exposures and proinflammatory biomarker measurements, such as C-reactive proteins (CRP). A summary of the results for KC6 is presented in Table 5.

*4.6.1. Human studies of inflammation*

Inflammation due to exposure to glyphosate or GBF have been reported in humans in several case reports, *in vivo* and *in vitro* studies.

*4.6.1.1. Inflammatory response in humans with acute/accidental exposure.* Individuals acutely exposed to high levels of Roundup were found to have increased CRP (Mariager et al., 2013), leukocytosis (Mariager et al., 2013; Kawagashira et al., 2017), lymphocytosis (Kawagashira et al., 2017), eosinophilia (Kawagashira et al., 2017), and thrombocythemia (Mariager et al., 2013), per multiple case reports. In one individual, repeated exposures to glyphosate were found to trigger allergic cutaneous vasculitis, a rare disease characterized by inflammation of the blood vessels (Zhang et al., 2021a).

*4.6.1.2. Increased levels of CRP among occupationally exposed farmers.* The effects of occupational exposure to glyphosate on CRP levels have only recently been elucidated. Previously, a study of farmers that self-reported exposures to pesticide cocktails that included glyphosate at lower levels of 0.60 kg/year did not detect changes in CRP (Zhang et al., 2016). The authors noted challenges in exposure assessment, given farmers were exposed at lower levels that were not confirmed via biomonitoring. These limitations were overcome in a more recent study which used urinary samples to detect glyphosate levels in conjunction with questionnaires, blood tests, and pulmonary function tests (Sidthilaw et al., 2022). The study reported that CRP levels increased post-spraying among farmers with higher exposures to glyphosate of 600 L/day when compared to their CRP levels prior to exposure (Sidthilaw et al., 2022). This paper was published after our formal literature search end date but is included here for completeness.

*4.6.1.3. Pro-inflammatory biomarkers in human cell lines.* In human cell lines, glyphosate exposure significantly increased interleukin (IL)-6 and tumor necrosis factor-α (TNF-α) mRNA expression in SH-SY5Y neuroblastoma cells (Martinez et al., 2020). In another *in vitro* study, Barbasz et al. (2020) reported a statistically significant increase in nitric oxide (NO) secretion in the U-937 monocyte cell line, and HL60, a promyelocytic cell line.

*4.6.2. Inflammation in animal studies*

*4.6.2.1. Histopathology in glyphosate-exposed rats and mice.* Histopathological analysis, the best measure of chronic inflammation, was conducted in several subacute and subchronic studies where rats were exposed between 50 and 560 mg/kg of glyphosate or Roundup (Caglar and Kolankaya, 2008; Soudani et al., 2019; Djaber et al., 2020; de Maria Serra et al., 2021; Kale et al., 2021). Following exposure, the rats developed critical signs of inflammation, ranging from infiltration of mononuclear and mast cells, focal necrosis and lymphocytic inflammation in the liver, tongue, intestines, kidney, and pancreas. Of note, inflammation developed in these rats regardless of route of administration (i.e. oral, inhalation, intraperitoneal injection) and in several target organs, potentially indicating systemic toxicity.

Similarly, mice that were intranasally and orally exposed to higher doses of glyphosate developed accumulation of inflammatory cells in the lung and kidneys, renal tubule swelling, and proliferation of interstitial fibroblasts in the kidneys (Kumar et al., 2014; Pandher et al.,

**Table 5**
Major chronic inflammation outcomes from *in vivo* and *in vitro* human and non-human studies of glyphosate or GBF exposure.

| KC6 Outcomes | Results | |
|---|---|---|
| | Increased | No association |
| **Human** | | |
| **Signaling biomarkers** | | |
| CRP | Mariager et al. (2013); Hamdaoui et al. (2019) | Zhang et al. (2016) |
| IL-1β | | Nakashima et al. (2002) |
| IL-2 | | Nakashima et al. (2002) |
| IL-6 | Martinez et al. (2020) | |
| Nitric oxide | Barbasz et al. (2020) | |
| IFN-γ | | Nakashima et al. (2002) |
| TNF-α | Martinez et al. (2020) | Nakashima et al. (2002) |
| **Intercellular biomarkers** | | |
| Eosinophils | Kawagashira et al. (2017) | |
| Lymphocytes | Kawagashira et al. (2017) | |
| Platelets | Mariager et al. (2013) | |
| White blood cells | Mariager et al. (2013); Kawagashira et al. (2017) | |
| **Physical Manifestations** | | |
| Swelling | Mariager et al. (2013) | |
| **Mammals** | | |
| **Histopathology** | | |
| Cellular congestion | Kale et al. (2021) | |
| Cellular swelling | Caglar and Kolankaya (2008) Djaber et al. (2020) | |
| Eosinophils | Kumar et al. (2014) | |
| Focal necrosis | Caglar and Kolankaya (2008); Soudani et al. (2019); Djaber et al. (2020); Zhang et al. (2021a) | |
| Inflammatory cell infiltration | Caglar and Kolankaya (2008); Djaber et al. (2020) Zhang et al. (2021a) | |
| Leukocytes | Soudani et al. (2019) | |
| Lymphocytic inflammation | de Maria Serra et al. (2021); Pandher et al. (2021) | |
| Mast cell | de Maria Serra et al. (2021) | |
| Neutrophil | Kumar et al. (2014) | |
| Polynuclear giant cells | Soudani et al. (2019) | |
| **Signaling biomarkers** | | |
| CRP | Pandher et al. (2021) | |
| IL-10 | Kumar et al. (2014); Pandher et al. (2021) | |
| IL-13 | Kumar et al. (2014); Pandher et al. (2021) | |
| IL-1β | Pandey et al. (2019); Pandher et al. (2021) Zhang et al. (2021a) | Qiu et al. (2020) |
| IL-18 | Zhang et al. (2021a) | |
| IL-33 | Kumar et al. (2014) | |
| IL-4 | Pandher et al. (2021) | Kumar et al. (2014) |
| IL-5 | Kumar et al. (2014) Pandher et al. (2021) | |
| IL-6 | Pandey et al. (2019); Pandher et al. (2021) Qiu et al. (2020) | |
| IL-8 | | Qiu et al. (2020) |
| KC | Pandher et al. (2021) | |
| MCP-1 | Pandher et al. (2021) | |
| MIP-2 | Pandher et al. (2021) | |
| TNF-α | Pandey et al. (2019); Pandher et al. (2021) | Qiu et al. (2020) |
| TSLP | Kumar et al. (2014) | |
| NLRP3 | Zhang et al. (2021a) | |
| GSDMD | Zhang et al. (2021a) | |

Abbreviations: CRP, C-reactive protein; IFN-γ, interferon-γ; IL-10, interleukin 10; IL-13, interleukin 13; IL-1β, interleukin 1 beta; IL-18, interleukin 18; IL-33, interleukin 33; IL-4, interleukin 4; IL-5, interleukin 5; IL-6, interleukin 6; IL-8,

I. Rana et al. Chemosphere xxx (xxxx) 139572

interleukin 8; KC, keratinocyte chemoattractant; MCP-1, monocyte chemoattractant protein-1; MIP-2, macrophage inflammatory protein-2; TNF-α, tumor necrosis factor alpha; TSLP, thymic stromal lymphopoietin; NLRP3, NOD-, LRR- and pyrin domain-containing protein 3; GSDMD, gasdermin D.

---

2021; Wang et al., 2021; Zhang et al., 2021b). These effects were seen regardless of route of administration in acute, subacute, and subchronic exposure studies.

*4.6.2.2. Biomarker levels in glyphosate-exposed mammals.* Pro-inflammatory cytokines, some acute phase proteins and intracellular markers are consistent and easily measurable biomarkers of both acute and chronic inflammation. Liver and adipose tissues from rats orally exposed to various doses of Roundup (0, 5, 10, 25, 50, 100 and 250 mg/kg bodyweight [bw] glyphosate) for 14 days had elevated CRP, IL-1β, IL-6, TNF-α, and prostaglandin-endoperoxide synthase, indicative of an inflammatory phenotype (Pandey et al., 2019). Additionally, inhalation of glyphosate-rich air samples by mice increased IL-5, IL-10, IL-13, IL-33, and thymic stromal lymphopoietin (TSLP) (Kumar et al., 2014). In another study of effects of glyphosate on the lungs, a cytokine and chemokine panel revealed that glyphosate significantly increased the levels of TNF-α, keratinocyte chemoattractant (KCA), monocyte chemo-attractant protein−1 (MCP-1), macrophage inflammatory protein-2 (MIP-2), IL-1β, IL-10, IL-13, IL-33, IL-4, IL-5, and IL-6 (Pandher et al., 2021).

Most recently, Zhang et al. (2021b) published a paper delving into the effects of glyphosate and its effect on the mitochondrial ROS (mtROS)-Txnip-Nlrp3 or the inflammasome pathway. This study of male mice exposed to glyphosate reported that expression of inflammasome pathway proteins (Txnip, Nlrp3, c-caspase-1, GSDMD, c-GSDMD) and related cytokines (c-IL-1b and c-IL-18) were significantly increased in renal tissue in both the glyphosate and glyphosate with hard water groups, with a synergistic effect seen in the co-exposure group (Zhang et al., 2021b). This study points to the idea that glyphosate may be acting on this mtROS-Txnip-Nlrp3 pathway by first generating ROS in the target tissue to induce the formation of the NLRP3 inflammasome for the release of pro-inflammatory cytokines. Although the results are promising, further studies are needed to confirm this mechanism.

*4.6.2.3. Intestinal inflammation in glyphosate-exposed animals.* Several studies reported that the inflammatory response in glyphosate-exposed animals particularly affected the gut. A study by Qiu et al. (2020) reported that piglets exposed to glyphosate at any of the doses had elevated IL-6 mRNA expression in the jejunum, and at the two highest doses, in the duodenum as well. Other cytokines that were slightly elevated include IL-1β, IL-8, TNF-α and NFκB, albeit not statistically significant. In another study that examined the effects of glyphosate exposure on the intestines, rats were orally exposed to glyphosate (0, 5, 50, 500 mg/kg) for 35 days and the mRNA of specific cytokines and intracellular markers were measured (Tang et al., 2020). IL-1β, IL-6, TNF-α, MAPK3, NFκB, and caspase-3 were detected in the duodenum, jejunum, and ileum, although each section of the intestines had varying degrees of elevated biomarkers: the duodenum had significantly elevated levels of TNF-α, MAPK3, NFκB, and caspase-3, the jejunum had increased IL-1β, TNF-α, MAPK3, NFκB, and caspase-3, and the ileum had elevated NFκB, and caspase-3 (Tang et al., 2020).

*4.6.3. Glyphosate perturbs the gut microbiome*

It is possible that the intestinal inflammation detailed in the previous section could be influenced by dysregulation of the gut microbiota. Altered microbiomes can cause both local and systemic chronic inflammation and, as a result, produce systemic oxidative stress and genotoxicity (Yamamoto et al., 2013). Several studies have reported the impact

of glyphosate and GBF on the microbiome. The results from these studies are summarized in Table 6.

While relatively new, studies into the effects of glyphosate and GBF on the gut microbiome show strong evidence of dysbiosis and can alter the protective nature of the gut microbiome in several species, causing extensive inflammation (Kruger et al., 2013; Shehata et al., 2013; Aitbali et al., 2018; Davoren and Schiestl, 2018; Kittle et al., 2018; Lozano et al., 2018; Mao et al., 2018; Motta et al., 2018; Nielsen et al., 2018; Blot et al., 2019; Tang et al., 2020).

The balance of pro- and anti-inflammatory effects by the gut microbiome is sensitive to glyphosate exposure. Most recently, a study by Billenkamp et al. (2021) examined the potential diversity and short-chain fatty acid (SCFA) production by the microbiome in Holstein cows who were exposed to glyphosate contaminated feed. It was found that although the microbiome had no significant alpha, beta and taxonomic changes, there were significant alterations in the SCFA being produced by the gut microbiome, namely total SCFA and isovalerate (Billenkamp et al., 2021). SCFA products generated by gut bacteria can act as immune regulators, playing a passive role in intestinal barrier function and inhibiting certain kinds of intestinal disease, such as colitis or col-

**Table 6**
Major microbiome outcomes from *in vivo* non-human studies of glyphosate or GBF exposure.

| Outcomes | Results | |
|---|---|---|
| | Altered | Unaltered |
| **Dysbiosis** | | |
| Alpha Diversity | Nielsen et al. (2018); Tang et al. (2020) | Mao et al. (2018); Mesnage et al. (2021) |
| Beta Diversity | Mesnage et al. (2021) | Mao et al. (2018) |
| Richness | Tang et al. (2020) | |
| Bacterial composition | Lozano et al. (2018); Dechartres et al. (2019); Nielsen et al. (2018); Tang et al. (2020) | |
| Overall Diversity | Aitbali et al. (2018); Mao et al. (2018) | |
| **Microbiome metabolites** | | |
| SCFA - acetate | Nielsen et al. (2018) | |
| SCFA - proprionate | | Nielsen et al. (2018) Billenkamp et al. (2021) |
| SCFA - butyrate | | Nielsen et al. (2018); Billenkamp et al. (2021) |
| SCFA - valerate | | Nielsen et al. (2018); Billenkamp et al. (2021) |
| SCFA - isobutyrate | | Billenkamp et al. (2021) |
| SCFA - isovalerate | Billenkamp et al. (2021) | |
| Cysteinylglycine | Mesnage et al. (2021) | |
| Prolylglycine | Mesnage et al. (2021) | |
| Valylglycine | Mesnage et al. (2021) | |
| Linolenoylcarnitine | Mesnage et al. (2021) | |
| **Inflammatory cytokines** | | |
| IL-1β | Tang et al. (2020) | |
| IL-6 | | Tang et al. (2020) |
| TNF-α | Tang et al. (2020) | |

Abbreviations: IL-1β, interleukin 1 beta; IL-6, interleukin 6; SCFA, short chain fatty acid; TNF-α, tumor necrosis factor alpha.

Overall, the evidence that glyphosate and GBF produce chronic inflammation is "***strong.***" There is clear human, animal and *in vitro* data that support that notion that glyphosate or GBF increases the level of circulating cytokines and the accumulation of pro-inflammatory immune cells, such as eosinophils and neutrophils. Furthermore, histopathological examination of target organ tissues confirms the presence of inflammatory cell types and localized and systemic damage, as seen in the liver, lung, kidney, and intestines. Lastly, the variation in gut microbiome composition, the decreased levels of SCFA, and the increased pro-inflammatory markers associated with changes in the microbiome indicate another means by which glyphosate and its formulations give rise to chronic inflammation.

I. Rana et al.                                                                      Chemosphere xxx (xxxx) 139572

orectal cancer, through their anti-inflammatory properties (Fan et al., 2021).

The purported safety of glyphosate and GBF in humans is based on the premise that mammals lack the aromatic amino acid synthesis shikimate pathway that is inhibited by the herbicide. However, this pathway is found within commensal micro-organisms found in the mammalian gut. Using a combination of shotgun-metagenomics and metabolomics, Mesnage et al. (2021) investigated the gut microbiome of rats exposed to increasing doses of glyphosate and the European equivalent of Roundup, MON 52276. Glyphosate treatment resulted in the accumulation of shikimate pathway intermediates in the ceca, suggesting localized inhibition of EPSPS in the cecum microbiome. Additionally, serum metabolomics suggested that MON 52276 had a more pronounced effect on the serum metabolome than glyphosate, indicating potential additional systemic effects. Metagenomics of the cecum showed that treatment with glyphosate and MON 52276 changed the gut microbial composition with expansions of *Eggerthella* spp., *Shinella zoogleoides, Acinetobacter johnsonii, and Akkermansia muciniphila*, which could potentially trigger an inflammatory response.

Glyphosate or GBF exposure has also been shown to alter gut microbiota composition. In a study with gestational rats treated with glyphosate or Roundup, Dechartres et al. (2019) reported that the gut microbiome was significantly altered with dysbiosis at the phylum, family and genus levels on postpartum day 22, although this was formulation-specific. Compositional differences were also reported in a different study of rats that were exposed to glyphosate. Tang et al. (2020) reported increased alpha diversity and altered bacterial composition in the 16s rRNA sequences, potentially explaining the increased mRNA of pro-inflammatory cytokines (Tang et al., 2020).

Overall, the evidence that glyphosate and GBF produce chronic inflammation is "**strong.**" There is clear human, animal and *in vitro* data that support the notion that glyphosate or GBF increases the level of circulating cytokines and the accumulation of pro-inflammatory immune cells, such as eosinophils and neutrophils. Furthermore, histopathological examination of target organ tissues confirms the presence of inflammatory cell types and localized and systemic damage, as seen in the liver, lung, kidney, and intestines. Lastly, the variation in gut microbiome composition, the decreased levels of SCFA, and the increased pro-inflammatory markers associated with changes in the microbiome indicate another means by which glyphosate and its formulations give rise to chronic inflammation.

### 4.7. KC7: is immunosuppressive

As detailed above in Section 4.6, exposure to glyphosate appears to stimulate the immune response rather than suppress it. Only one study reported slightly inhibited cytokine levels in human PBMCs (Nakashima et al., 2002).

### 4.7.1. Glyphosate-associated hematotoxicity

Although most studies reported inflammation, it should be noted that immunosuppression may occur due to impaired hematopoiesis, an outcome which has been linked to glyphosate exposure. We summarized hematotoxicity outcomes related to glyphosate exposure in Table 7.

Hamdaoui et al. (2019) reported that female rats exposed to the Tunisian GBF formulation Kalach 360 SL experienced increased white blood cells but decreased percentage of lymphocytes, potentially indicating an increase in other myeloid cells such as neutrophils and eosinophils (as previously described in Section 4.6) due to increased inflammation in the body. However, the study by Schnabel et al. (2020) reported no changes in total white blood cell counts nor other immune cell types among cows exposed to GBF.

Several studies reported significant decreases in albumin when rats were orally exposed to glyphosate or GBF (Owagboriaye et al., 2019;

**Table 7**

Major hematotoxicity outcomes from *in vivo* and *in vitro* human and non-human studies of glyphosate or GBF exposure.

| KC7 Outcomes | Results | | |
|---|---|---|---|
| | Increased | No association | Decreased |
| WBC | Hamdaoui et al. (2019) | Schnabel et al. (2020) | |
| Lymphocytes | | | |
| Albumin | Turkmen et al. (2019a) Turkmen et al. (2019b) | | Hamdaoui et al. (2019) Owagboriaye et al. (2019); Djaber et al. (2020); Almeida et al. (2021a); Kale et al. (2021) |
| Hematocrit | Owagboriaye et al. (2019) | Schnabel et al. (2020) Hamdaoui et al. (2019) Owagboriaye et al. (2019) | Jasper et al. (2012); Wang et al. (2019a); Almeida et al. (2021a) |
| Hemoglobin | | Schnabel et al. (2020) Owagboriaye et al. (2019) | Hamdaoui et al. (2019) Jasper et al. (2012) Owagboriaye et al. (2019); Wang et al. (2019a); Almeida et al. (2021a) |
| Erythrocytes | | Schnabel et al. (2020) | Hamdaoui et al. (2019) |
| MCH | Hamdaoui et al. (2019) Chan and Mahler (1992) | Schnabel et al. (2020) Jasper et al. (2012); Owagboriaye et al. (2019) | |
| MCV | Chan and Mahler (1992); Jasper et al. (2012); Owagboriaye et al. (2019) | Schnabel et al. (2020) | |
| MCHC | Hamdaoui et al. (2019) | Schnabel et al. (2020) Jasper et al. (2012); Owagboriaye et al. (2019) | |

Abbreviations: MCH, mean corpuscular hemoglobin; MCV, mean corpuscular volume; MCHC, mean corpuscular hemoglobin concentration; WBC, white blood cell.

Djaber et al., 2020; Almeida et al., 2021b; Kale et al., 2021). On the contrary, both the Turkmen et al. studies indicated that GBF at 375 mg/kg significantly increased albumin in the blood (Turkmen et al., 2019a, 2019b). Furthermore, 134.95 and 269.9 mg/kg of glyphosate and GBF, respectively, were shown to have no effect on albumin when rats were intraperitoneally exposed.

Decreases in hematocrit (Jasper et al., 2012; Hamdaoui et al., 2019; Wang et al., 2019b; Almeida et al., 2021b) and hemoglobin (Jasper et al., 2012; Hamdaoui et al., 2019; Owagboriaye et al., 2019; Almeida et al., 2021b) were observed in mammalian studies of rats and mice exposed to GBF, and glyphosate alone only at high concentrations.

Rats exposed to glyphosate or GBF experienced increased MCH (Chan and Mahler, 1992; Jasper et al., 2012; Hamdaoui et al., 2019; Owagboriaye et al., 2019), MCHC (Jasper et al., 2012; Hamdaoui et al., 2019; Owagboriaye et al., 2019), MCV (Chan and Mahler, 1992; Jasper et al., 2012; Owagboriaye et al., 2019), though the elevations detected for the latter two parameters were not statistically significant in most of the studies. One study of cows orally exposed to glyphosate reported no changes in MCH, MCV, and MCHC (Schnabel et al., 2020).

While the data on hematotoxicity are informative, they may reflect toxicity as opposed to immunosuppression. Hence, the evidence for KC7 is "**inadequate.**"

CORRECTED PROOF

I. Rana et al.

*Chemosphere xxx (xxxx) 139572*

### 4.8. KC8: Modulates receptor-mediated effects

A growing body of evidence indicates that glyphosate and its formulations are endocrine-disrupting chemicals that can modulate hormone signaling in numerous ways (Mnif et al., 2011;(Munoz et al., 2021). Here, we briefly summarize glyphosate and GBF-associated perturbations in the endocrine system.

#### 4.8.1. Glyphosate alters estrogen synthesis

Glyphosate and its formulations have been shown to alter estrogen levels in humans. Newly available data from the National Health and Nutrition Examination Survey (NHANES) revealed that urinary glyphosate levels were inversely correlated with serum total estradiol ($p < 0.05$) among a representative sample of the general US population (n = 2310, 81.6% with detectable glyphosate) (Geier and Geier, 2023).

Glyphosate and GBF can perturb the estrogen pathway by inappropriately binding to cytochrome P450 19A1, also known as aromatase, an enzyme that converts testosterone to estrogen. Indeed, both glyphosate and GBF inhibited activity of aromatase in human microsomes exposed *ex vivo* (Richard et al., 2005; Zhang et al., 2020), with the formulation notably displaying inhibitory effects at lower concentrations than the active ingredient itself (Richard et al., 2005). Roundup and glyphosate inhibit aromatase at lower concentrations of the substrate androstenedione conversion to estradiol, an effect that is eliminated when the enzyme is saturated at higher levels of substrate and that was notably higher for glyphosate alone (Richard et al., 2005; Zhang et al., 2020). Interestingly, very high concentrations of glyphosate also alter the catalytic efficiency of aromatase, indicating an uncompetitive inhibition mechanism in which the inhibitor displays unequal affinity to the enzyme and the enzyme-substrate complex (Zhang et al., 2020). Other *in vitro* studies have similarly reported that both glyphosate and GBF disrupt aromatase activity in human cells (Defarge et al., 2018). These findings are supported by *in silico* molecular docking studies in which glyphosate was predicted to bind to the active site of aromatase (Zhang et al., 2020).

#### 4.8.2. Glyphosate modulates estrogen receptor activity

The effects of glyphosate at various doses on estrogen receptor (*ER*) activity have been studied in different human cell lines and are summarized and color-coded in Fig. 4. In T47D human breast cancer cells, the presence of glyphosate at low concentrations ($< 10^{-3}$ mg/L = $<1$ µg/L) enhances the effects of the known *ER* ligands estradiol (*E2*) (Purple data) and genistein (Brown data) on estrogen receptor element expression, but produces less effect when *E2* is not present (Red data) (Thongprakaisang et al., 2013). Only at much higher, non-physiological concentrations was glyphosate itself shown to activate *ER* in T47D cells in the absence of *E2* (Yellow data) and GBF had no effect in the same study (Green data) (Mesnage et al., 2017). Glyphosate also had no effect on ER activity in MCF7 cells (Zhang et al., 2020). These data show that glyphosate is unlikely to be an ER ligand at toxicologically relevant concentrations but may enhance the activity of known ligands by binding to an allosteric site or otherwise altering the conformation of *ER* at lower concentrations.

This behavior, when interpreted with the findings described above in **Section 4.8.1**, support the idea that glyphosate lowers estrogen synthesis through the inhibition of aromatase, but enhances the effects of natural and synthetic estrogens on ER. The consequences of this form of endocrine disruption are multiple and will be dependent on dose.

#### 4.8.3. Glyphosate exposure alters endocrine ligand synthesis

Experimental studies in rats reported that GBF exposure decreased estrogen secretion and impaired folliculogenesis (Hamdaoui et al., 2018), and decreased levels of testosterone, follicle stimulating hormone (FSH), luteinizing hormone (LH), and increased serum prolactin levels (Owagboriaye et al., 2017). Pregnant mice exposed to glyphosate



**Fig. 4.** Varying effects of different doses of glyphosate (G), glyphosate-based formulations (GBF), genistein (a plant-based phytoestrogen), and/or estrogen (*E2*) alone or in an *E2* withdrawal medium (WM) for varying days (d) on estrogen response element (*ERE*) activity. Data sources: Thongprakaisang et al. (2013), Mesnage et al. (2017), and Zhang et al. (2020).

and Roundup were reported to have lower serum progesterone levels in both treatment groups and increased estrogen concentration in glyphosate-only exposure group (Ren et al., 2018). GBF exposure also increased expression of LH and decreased expression of gonadotropin-releasing hormone (GnRH) (Ren et al., 2018). Exposure of ovarian granulosa cells *in vitro* to glyphosate, and especially GBF, resulted in decreased estradiol production and cell proliferation (Perego et al., 2017a, 2017b). Several *in vivo* studies of pre-pubertal male rats exposed to glyphosate have reported lower testosterone levels, spermatid numbers, and altered sperm and testicular morphology (Nardi et al., 2017; Pandey and Rudraiah, 2015; Romano et al., 2010). Zhao and colleagues demonstrated that glyphosate perturbs testosterone synthesis via NR1D1 mediated inhibition of steroidogenic acute regulatory protein (StAR) expression in mouse Leydig cells present in the testis (Zhao et al., 2021). Another study reported increased *ESR1* expression and increased mast cell infiltration and proliferation among sexually mature rats, and greater development of the mammary gland and increased terminal end buds among pre-pubertal rats, all of which had been neonatally exposed to GBF (Altamirano et al., 2018).

Overall, these findings indicate that glyphosate's ability to modulate hormone levels and estrogen receptor activity is complex and sensitive to exposure concentration and formulation. However, the modulations observed are clear evidence that glyphosate interacts with receptors, alters receptor activation, and modulates the levels and effects of endogenous ligands (including hormones). Therefore, the evidence for KC8 is considered, "**strong.**"

### 4.9. KC9: causes immortalization

Our search yielded no studies indicating that glyphosate or GBF caused immortalization or affected telomeres, indicating the evidence for KC9 is "**inadequate.**"

### 4.10. KC10: alters cell proliferation, cell death, or nutrient supply

Most studies reported that glyphosate exposure increased apoptotic and necrotic cell death rather than inhibiting them. Some studies re-

I. Rana et al.

Chemosphere xxx (xxxx) 139572



**Fig. 5.** Evidence from the key characteristics of carcinogens for glyphosate aids development of a probable mechanism for development of NHL and informs application of the adverse outcome pathway (AOP) and hallmarks of cancer framework. The proposed AOP highlights molecular interactions, such as genotoxic effects on DNA, the increased expression of AID, epigenetic changes, inhibition of the Shikimate pathway in the microbiome, and aromatase inhibition which can lead to subsequent key events at higher levels of organization, such as chromosome rearrangements, increased oxidative stress, disrupted hormone levels, and systemic inflammation. These processes can contribute to progressive acquisition of the hallmarks of cancer and the development of lymphoma from mutated lymphocytes.

ported increases in metabolic activity in certain cell lines (George and Shukla, 2013; Thongprakaisang et al., 2013; Mesnage et al., 2017; Sritana et al., 2018), mainly through estrogenic pathways (see **Section 4.8**). Overall, the evidence for KC10 is "*inadequate*."

## 5. Discussion

We conducted a systematic review of all available mechanistic studies in the published literature until August 2021 following all appropriate guidelines. We systematically analyzed the data related to the strength of the evidence for each of the 10 key characteristics of carcinogens using the guidelines in IARC's Preamble (IARC, 2019). We concluded that there was **strong** evidence that glyphosate and/or GBF possess five key characteristics of carcinogens, namely KC2 (is genotoxic), KC4 (causes epigenetic alterations), KC5 (induces oxidative stress), KC6 (induces chronic inflammation), and KC8 (modulates receptor-mediated effects). In 2015, the IARC Working Group reported finding strong evidence for KC2 and KC5; however, since that time, many studies have been published which not only provide additional data for the aforementioned KC2 and KC5, but also supply strong evidence for KC4, KC6 and KC8. There is also now **limited** evidence for KC1 and KC3. The evidence for KC7, KC9 and KC10 is considered to be **inadequate**. Overall, the mechanistic evidence for glyphosate and GBF

possessing multiple key characteristics of carcinogens has become stronger since IARC's evaluation in 2015 and implicates several pathways by which these substances could induce cancer, such as lymphoma, in humans.

### 5.1. Highest quality studies indicate GBF are genotoxic and have a greater effect than glyphosate alone

One of the greatest areas of debate around glyphosate's potential carcinogenicity is whether its formulations and the compound itself are genotoxic (KC2). Therefore, we carefully evaluated these studies using Genetic Toxicology TGs developed by OECD (2017b). The TG provides definitions for *in vivo* and *in vitro* assays that evaluate two types of genetic toxicology endpoints: mutagenicity and, more broadly, genotoxicity. As described in **Section 4.2**, mutagenicity results in irreversible changes to DNA and/or chromosome number/structure that are heritable. Genotoxicity encompasses mutagenicity but also includes reversible DNA damage that may or may not be passed on to progeny. Using the TGs as a benchmark, we classified all KC2 results as Category A (highest quality), Category B (good quality), and Category C (poor quality). Tests that were not recommended included deleted TGs that OECD advised should "not be used for new testing" for numerous reasons (i.e. "lack of understanding of the mechanism(s) of action of the effect de-

I. Rana et al.

Chemosphere xxx (xxxx) 139572

tected by the test"). Importantly, studies in humans with the highest quality endpoints were mostly positive and proportionally more so than low-quality studies, building confidence that both glyphosate and its formulations are genotoxic, as the IARC working group concluded (IARC, 2015).

Moreover, our study findings suggest that exposure to GBF exert a higher genotoxic effect compared to glyphosate alone. When we analyzed the data by exposure type, we observed that KC2 outcomes associated with GBF exposure in humans and in animals had a substantially higher rate of positive statistically significant results compared to outcomes associated with glyphosate alone (Fig. 3). This disparity indicates that GBF could have a greater propensity to induce genotoxic effects than pure glyphosate. It is noteworthy, however, that both GBF and pure glyphosate showed an increase in micronucleus formation, which serves as a biomarker for chromosome damage and genotoxicity, with an overall positive rate of 68.3% ($p < 0.05$, n = 60). These findings underscore the potential of both GBF and pure glyphosate to elicit genotoxic effects, but highlight the heightened genotoxicity associated with GBF. Moreover, the observed genotoxic effects (KC2) among human studies were stronger than their animal counterparts.

### 5.2. Exposure to GBF causes endocrine disruption

There has also been considerable debate over whether or not glyphosate and its formulations disrupt the endocrine system. Here we reported that the apparent conflicting findings and subsequent debate were not surprising. This is because glyphosate's ability to modulate estrogen levels as an aromatase inhibitor and also affect $ER$ activity in human cells is complex and sensitive to both the concentration and formulation of the herbicide. Overall, our findings are in line with a recent review which concluded that glyphosate possesses several key characteristics of endocrine disruption (Munoz et al., 2021), supporting the evidence classification as **strong** for KC8.

### 5.3. Glyphosate induces chronic inflammation and alters the gut microbiome

Perhaps our most novel and surprising finding is that the evidence is strong for KC6, induces chronic inflammation. Numerous studies in human and mammalian *in vivo* and *in vitro* systems documented increased inflammatory biomarkers and histopathological signs of chronic inflammation. Similarly, other studies reported glyphosate-induced dysbiosis, which could diminish the protective landscape of intestinal microbiota and give rise to systemic inflammation (Kruger et al., 2013; Shehata et al., 2013; Aitbali et al., 2018; Davoren and Schiestl, 2018; Kittle et al., 2018; Lozano et al., 2018; Mao et al., 2018; Motta et al., 2018; Nielsen et al., 2018; Blot et al., 2019; Tang et al., 2020).

Over the past decade, accumulating evidence has demonstrated that these alterations in the composition and function of the gut microbiome are closely linked to hematological cancers (Yamamoto et al., 2013; D'Angelo et al., 2021), particularly of lymphoid origin (Shi and Zhang, 2021). Interactions between the gastrointestinal mucosa and commensal microorganisms of the gut establish a protective defensive barrier. Chronic dysbiosis can cause humans to become more vulnerable to pathogenic microbes such as *Helicobacter pylori*, which is known to cause stomach ulcers and gastric mucosa-associated lymphoid tissue (MALT) lymphoma. Perturbations of the microbiome can cause local/systemic inflammation resulting in oxidative stress and genotoxicity (Yamamoto et al., 2013), which can in turn promote lymphomagenesis.

### 5.4. Emerging studies strengthen evidence for several KCs

The **strong** evidence classifications for genotoxicity (KC2), epigenetic alterations (KC4), oxidative stress (KC5), chronic inflammation (KC6) and associated gut microbiome perturbations, and endocrine dis-

ruption (KC8) are strengthened by several new studies published since the completion of our literature search.

This includes the abovementioned paper by Lucia et al. (2022) which identified DNA methylation loci associated with urinary glyphosate levels in postmenopausal women. Greater dysregulated methylation status of DNA repair genes *MSH4* and *ERCC8* among individuals with higher urinary GBF concentrations was observed, providing additional strong evidence for KC4 and to some extent KC3.

Findings for KC5 were strengthened by a 2023 update to the large prospective AHS study of farmers exposed to glyphosate (Chang et al., 2023). The study reported that urinary glyphosate concentrations were found to be positively associated with the DNA oxidative-damage marker 8-OHdG. These findings were corroborated in Sidthilaw et al. (2022), which reported that urinary levels of glyphosate were significantly associated with various biomarkers of oxidative stress such as increased MDA and decreased GSH, increased CRP levels, and decreased lung function, providing evidence for KC5 and KC6.

Additional evidence for KC6 was reported in Buchenauer et al. (2022), which reported transgenerational effects of oral glyphosate exposure, including airway inflammation and altered microbiota, further supporting the potential impact of glyphosate on the gut-immune axis. For example, a recent study assessed the effects of glyphosate on human microbiota and found that 55% of bacterial strains isolated from the human body are potentially sensitive to glyphosate, and 77.8% of the strains have at least one copy of the *EPSPS* gene. These results demonstrate that more than one-half of the human microbiome could be intrinsically sensitive to glyphosate (Puigbo et al., 2022).

### 5.5. Lymphomagenesis may be mediated through altered DNA repair

All five **strong** KCs provide evidence supporting the lymphomagenic potential of glyphosate and its formulations. The relationship between glyphosate and KC3 involving the induction of genomic instability and altered DNA repair is likely significant, given studies in mice have shown that glyphosate induces inappropriate expression of AID, a key enzyme in maintaining genomic stability. While the lack of human data and sparse animal studies restricts the classification of evidence for KC3 to **limited**, we encourage further examination of the effects of glyphosate and indeed other chemicals on this critical AID enzyme and its relation to lymphoid malignancies. Overall, our understanding of glyphosate's effects using the KCs paves the way for exploring the intricate mechanisms underlying its potential pathway to lymphoma.

### 5.6. Evidence of KCs exhibited by glyphosate informs potential adverse outcome pathway

As there is strong evidence for five KCs, a potential adverse outcome pathway (AOP) can be described for lymphoma development caused by glyphosate and/or GBF. An AOP describes existing knowledge on the toxicity mechanisms at different levels of biological organization, which lead to an adverse human health effect (Ankley et al., 2010; OECD, 2017a). It is typically represented as a series of boxes with different levels of biological organization as shown in Fig. 5. In the case of glyphosate-induced NHL it seems likely that there are several molecular interactions that lead to molecular initiating events and subsequent key events. As shown in Fig. 5, these molecular interactions include genotoxic effects on the DNA resulting in chromosome breakage, which in turn leads to chromosome rearrangements in developing lymphocytes; epigenetic changes which lead to altered gene expression; and, inhibition of the shikimate pathway which alters the gut microbiome.

A series of key events at higher levels of organization result in increased oxidative stress, altered hormone levels, and systemic inflammation. This may cause the progressive acquisition of the hallmarks of cancer and the development of lymphoma arising from the mutated lymphocytes (Fig. 5). The hallmarks of cancer are the biological capa-

Chemosphere xxx (xxxx) 139572

bilities of cancer cells acquired during the multistep development of human tumors (Hanahan and Weinberg, 2011).

## 6. Conclusion

The rise of glyphosate as the most widely used herbicide fosters serious concerns about its properties as a carcinogen and its ability to cause NHL. The greatest strength of our comprehensive systematic literature review was the exhaustive means of data collection and analysis: we assessed and compared the results of every assay reported within each study. The totality of evidence from mechanistic studies in human and animal studies suggest that glyphosate and its formulations possess several of the ten key characteristics of carcinogens (graphical abstract). Overall, as depicted in Fig. 5, our findings of strong evidence of glyphosate's ability to cause genotoxicity, epigenetic alterations, oxidative stress, chronic inflammation, and endocrine disruption, as well as its demonstrated perturbation of the gut microbiota outline several avenues implicated in lymphomagenesis.

### Credit author statement

Iemaan Rana: conceptualization, methodology, software, validation, formal analysis, investigation, resources, data curation, writing – original draft, writing – review and editing, visualization, supervision, project administration, funding acquisition, Patton K. Nguyen: validation, investigation, data curation, visualization, writing – original draft, Gabrielle Rigutto: validation, investigation, data curation, visualization, writing – original draft, Allen Louie: validation, investigation, data curation, writing – original draft Jane Lee: validation, data curation, software, Martyn T. Smith: validation, data curation, writing – original draft, writing – review and editing, supervision, project administration, Luoping Zhang: conceptualization, methodology, validation, formal analysis, resources, data curation, writing – original draft, writing – review and editing, supervision, project administration.

### Registration and protocol

The protocol for this review was registered with the International Platform of Registered Systematic Review and Meta-Analysis Protocols (INPLASY), INPLASY202180045, (Rana et al., 2021).

### Support

This study was funded by the Rosalie M. Stern Fellowship (awarded to IR).

### Competing interests

LZ and MTS are retained as experts on behalf of plaintiffs in litigation pertaining to the development of cancer following glyphosate exposure. However, no one except the authors contributed to or reviewed this manuscript in advance of submission and acceptance by the journal, nor were LZ and MTS compensated by any law firms for their work on this article. All other authors have no conflicts to declare.

### Declaration of competing interest

The authors declare the following financial interests/personal relationships which may be considered as potential competing interests: Martyn Smith reports a relationship with Andrus Wagstaff Law Firm, Maurice Blackburn Lawyers, and Thoronton Law Firm that includes: consulting or advisory and paid expert testimony. Luoping Zhang reports a relationship with Thoronton Law Firm and Kirkendall Dwyer LLP  that includes: consulting or advisory.

### Data availability

This manuscript makes use of publicly available data from published studies; therefore, no original data are available for sharing.

### Acknowledgements

This project was conceived and initiated from a hands-on project for *Practical Toxicology* graduate level course (PH270C) at the UC Berkeley School of Public Health. LZ was the instructor and IR, PN, AL, JL, and Melina Packer were graduate students in the class. The authors are grateful to Michael Zhao for his assistance with an early iteration of the R code.

### Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.chemosphere.2023.139572.

## References

Abdel-Halim, K.Y., Osman, S.R., 2020. Cytotoxicity and oxidative stress responses of imidacloprid and glyphosate in human prostate epithelial WPM-Y.1 cell line. J. Toxicol. 2020, 4364650.

Aitbali, Y., Ba-M'hamed, S., Elhidar, N., Nafis, A., Soraa, N., Bennis, M., 2018. Glyphosate based- herbicide exposure affects gut microbiota, anxiety and depression-like behaviors in mice. Neurotoxicol. Teratol. 67, 44–49.

Almeida, G., Mendes, K., Regitano, J., Piccolomini Dias, N., Dias Guimarães, A., Tornisielo, V., 2021a. Using (14)C-glyphosate to investigate the distribution of two formulations in transgenic glyphosate-resistant soybean. J. Environ. Sci. Health - Part B Pesticides, Food Contam. Agric. Wastes 56, 809–813.

Almeida, L.L., Pitombeira, G., Teixeira, A.A.C., Teixeira, V.W., Silva Junior, V.A., Vieira Filho, L.D., Evencio Neto, J., 2021b. Protective effect of melatonin against herbicides-induced hepatotoxicity in rats. Toxicol. Res. 10, 1–10.

Altamirano, G.A., Delconte, M.B., Gomez, A.L., Ingaramo, P.I., Bosquiazzo, V.L., Luque, E.H., Munoz-de-Toro, M., Kass, L., 2018. Postnatal exposure to a glyphosate-based herbicide modifies mammary gland growth and development in Wistar male rats. Food Chem. Toxicol. : an international journal published for the British Industrial Biological Research Association 118, 111–118.

Alvarez-Moya, C., Silva, M.R., Ramirez, C.V., Gallardo, D.G., Sanchez, R.L., Aguirre, A.C., Velasco, A.F., 2014. Comparison of the in vivo and in vitro genotoxicity of glyphosate isopropylamine salt in three different organisms. Genet. Mol. Biol. 37, 105–110.

Ankley, G.T., Bennett, R.S., Erickson, R.J., Hoff, D.J., Hornung, M.W., Johnson, R.D., Mount, D.R., Nichols, J.W., Russom, C.L., Schmieder, P.K., Serrrano, J.A., Tietge, J.E., Villeneuve, D.L., 2010. Adverse outcome pathways: a conceptual framework to support ecotoxicology research and risk assessment. Environ. Toxicol. Chem. 29, 730–741.

Astiz, M., de Alaniz, M.J., Marra, C.A., 2009. Antioxidant defense system in rats simultaneously intoxicated with agrochemicals. Environ. Toxicol. Pharmacol. 28, 465–473.

Atkins, D., Best, D., Briss, P.A., Eccles, M., Falck-Ytter, Y., Flottorp, S., Guyatt, G.H., Harbour, R.T., Haugh, M.C., Henry, D., Hill, S., Jaeschke, R., Leng, G., Liberati, A., Magrini, N., Mason, J., Middleton, P., Mrukowicz, J., O'Connell, D., Oxman, A.D., Phillips, B., Schunemann, H.J., Edejer, T., Varonen, H., Vist, G.E., Williams, Jr, J.W., Zaza, S., Group, G.W., 2004. Grading quality of evidence and strength of recommendations. Br. Med. J. 328, 1490.

Atwood, S.T., Lunn, R.M., Garner, S.C., Jahnke, G.D., 2019. New perspectives for cancer hazard evaluation by the report on carcinogens: a case study using read-across methods in the evaluation of haloacetic acids found as water disinfection by-products. Environ. Health Perspect. 127, 125003.

Balderrama-Carmona, A.P., Valenzuela-Rincon, M., Zamora-Alvarez, L.A., Adan-Bante, N.P., Leyva-Soto, L.A., Silva-Beltran, N.P., Moran-Palacio, E.F., 2020. Herbicide biomonitoring in agricultural workers in Valle del Mayo, Sonora Mexico. Environ. Sci. Pollut. Res. Int. 27, 28480–28489.

Barbasz, A., Kreczmer, B., Skorka, M., Czyzowska, A., 2020. Toxicity of pesticides toward human immune cells U-937 and HL-60. J. Environ. Sci. Health - Part B Pesticides, Food Contam. Agric. Wastes 55, 719–725.

Benbrook, C., Mesnage, R., Sawyer, W., 2023. Genotoxicity assays published since 2016 shed new light on the oncogenic potential of glyphosate-based herbicides. Agrochemicals 2, 47–68.

Benbrook, C.M., 2016. Trends in glyphosate herbicide use in the United States and globally. Environ. Sci. Eur. 28, 3.

Berquist, B.R., Wilson, 3rd, D.M., 2012. Pathways for repairing and tolerating the spectrum of oxidative DNA lesions. Cancer Lett. 327, 61–72.

Billenkamp, F., Schnabel, K., Hüther, L., Frahm, J., von Soosten, D., Meyer, U., Höper, D., Beer, M., Seyboldt, C., Neubauer, H., Dänicke, S., 2021. No hints at glyphosate-induced ruminal dysbiosis in cows. NPJ biofilms and microbiomes 4, 30.

I. Rana et al.

*Chemosphere xxx (xxxx) 139572*

Blot, N., Veillat, L., Rouze, R., Delatte, H., 2019. Glyphosate, but not its metabolite AMPA, alters the honeybee gut microbiota. PLoS One 14, e0215466.

Bolognesi, C., Bonatti, S., Degan, P., Gallerani, E., Peluso, M., Rabboni, R., Roggieri, P., Abbondandolo, A., 1997. Genotoxic activity of glyphosate and its technical formulation roundup. J. Agric. Food Chem. 45, 1957–1962.

Bolognesi, C., Carrasquilla, G., Volpi, S., Solomon, K.R., Marshall, E.J., 2009. Biomonitoring of genotoxic risk in agricultural workers from five colombian regions: association to occupational exposure to glyphosate. J. Toxicol. Environ. Health, Part A 72, 986–997.

Bozada, Jr, T., Borden, J., Workman, J., Del Cid, M., Malinowski, J., Luechtefeld, T., 2021. Sysrev: a FAIR platform for data curation and systematic review. Front Artif Intell 4, 685298.

Buchenauer, L., Junge, K.M., Haange, S.B., Simon, J.C., von Bergen, M., Hoh, A.L., Aust, G., Zenclussen, A.C., Stangl, G.I., Polte, T., 2022. Glyphosate differentially affects the allergic immune response across generations in mice. Sci. Total Environ. 850, 157973.

Caglar, S., Kolankaya, D., 2008. The effect of sub-acute and sub-chronic exposure of rats to the glyphosate-based herbicide Roundup. Environ. Toxicol. Pharmacol. 25, 57–62.

Cattani, D., de Liz Oliveira Cavalli, V.L., Heinz Rieg, C.E., Domingues, J.T., Dal-Cim, T., Tasca, C.I., Mena Barreto Silva, F.R., Zamoner, A., 2014. Mechanisms underlying the neurotoxicity induced by glyphosate-based herbicide in immature rat hippocampus: involvement of glutamate excitotoxicity. Toxicology 320, 34–45.

Cavusoglu, K., Yapar, K., Oruc, E., Yalcin, E., 2011. Protective effect of Ginkgo biloba L. leaf extract against glyphosate toxicity in Swiss albino mice. J. Med. Food 14, 1263–1272.

Chan, P., Mahler, J., 1992. NTP Technical Report on the Toxicity Studies of Glyphosate (CAS No. 1071-83-6) Administered in Dosed Feed to F344/N Rats and B6C3F1 Mice. Toxicity Report Series.

Chang, V.C., Andreotti, G., Ospina, M., Parks, C.G., Liu, D., Shearer, J.J., Rothman, N., Silverman, D.T., Sandler, D.P., Calafat, A.M., Beane Freeman, L.E., Hofmann, J.N., 2023. Glyphosate Exposure and Urinary Oxidative Stress Biomarkers in the Agricultural Health Study. 115. Journal of the National Cancer Institute, pp. 394–404.

Chaufan, G., Coalova, I., Rios de Molina Mdel, C., 2014. Glyphosate commercial formulation causes cytotoxicity, oxidative effects, and apoptosis on human cells: differences with its active ingredient. Int. J. Toxicol. 33, 29–38.

Coalova, I., Rios de Molina Mdel, C., Chaufan, G., 2014. Influence of the spray adjuvant on the toxicity effects of a glyphosate formulation. Toxicol. Vitro 28, 1306–1311.

D'Angelo, C.R., Sudakaran, S., Callander, N.S., 2021. Clinical effects and applications of the gut microbiome in hematologic malignancies. Cancer 127, 679–687.

Davoren, M.J., Schiestl, R.H., 2018. Glyphosate-based herbicides and cancer risk: a post-IARC decision review of potential mechanisms, policy and avenues of research. Carcinogenesis 39, 1207–1215.

De Almeida, L.K.S., Pletschke, B.I., Frost, C.L., 2018. Moderate levels of glyphosate and its formulations vary in their cytotoxicity and genotoxicity in a whole blood model and in human cell lines with different estrogen receptor status. 3 Biotech 8, 438.

de Maria Serra, F., Parizi, J.L.S., Odorizzi, G., Sato, G., Patrao, I.B., Chagas, P.H.N., de Azevedo Mello, F., Nai, G.A., 2021. Subchronic exposure to a glyphosate-based herbicide causes dysplasia in the digestive tract of Wistar rats. Environ. Sci. Pollut. Res. Int. 28, 61477–61496.

Dechartres, J., Pawluski, J.L., Gueguen, M.M., Jablaoui, A., Maguin, E., Rhimi, M., Charlier, T.D., 2019. Glyphosate and glyphosate-based herbicide exposure during the peripartum period affects maternal brain plasticity, maternal behaviour and microbiome. J. Neuroendocrinol. 31, e12731.

Defarge, N., Spiroux de Vendomois, J., Seralini, G.E., 2018. Toxicity of formulants and heavy metals in glyphosate-based herbicides and other pesticides. Toxicol Rep 5, 156–163.

Dimitrov, B.D., Gadeva, P.G., Benova, D.K., Bineva, M.V., 2006. Comparative genotoxicity of the herbicides Roundup, Stomp and Reglone in plant and mammalian test systems. Mutagenesis 21, 375–382.

Djaber, N., Ounaceur, L.S., Moubine, B.N., Khaldi, T., Rouag, M., Berrouague, S., Amara, H., Taibi, F., Boumendjel, M., Boumendjel, A., Messarah, M., 2020. Roundup-induced biochemical and histopathological changes in the liver and kidney of rats: the ameliorative effects of Linum usitatissimum oil. Acta Biochim. Pol. 67, 53–64.

Duforestel, M., Nadaradjane, A., Bougras-Cartron, G., Briand, J., Olivier, C., Frenel, J.S., Vallette, F.M., Lelievre, S.A., Cartron, P.F., 2019. Glyphosate primes mammary cells for tumorigenesis by reprogramming the epigenome in a TET3-dependent manner. Front. Genet. 10, 885.

EFSA, 2015. Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate. European Food Safety Authority (EFSA), p. 43.

El-Shenawy, N.S., 2009. Oxidative stress responses of rats exposed to Roundup and its active ingredient glyphosate. Environ. Toxicol. Pharmacol. 28, 379–385.

Elie-Caille, C., Heu, C., Guyon, C., Nicod, L., 2010. Morphological damages of a glyphosate-treated human keratinocyte cell line revealed by a micro- to nanoscale microscopic investigation. Cell Biol. Toxicol. 26, 331–339.

Fan, X., Wang, D., Shen, X., Qiu, J., Wu, L., Yan, J., Ji, H., 2021. Identification of lncRNA expression profiles and analysis of ceRNA in the hippocampus of perinatal glyphosate-exposed mice. Int. J. Dev. Neurosci. 81, 312–323.

Ford, B., Bateman, L.A., Gutierrez-Palominos, L., Park, R., Nomura, D.K., 2017. Mapping proteome-wide targets of glyphosate in mice. Cell Chem. Biol. 24, 133–140.

Ganesan, S., Keating, A.F., 2020. Ovarian mitochondrial and oxidative stress proteins are altered by glyphosate exposure in mice. Toxicol. Appl. Pharmacol. 402, 115116.

Gao, H., Chen, J., Ding, F., Chou, X., Zhang, X., Wan, Y., Hu, J., Wu, Q., 2019. Activation

of the N-methyl-d-aspartate receptor is involved in glyphosate-induced renal proximal tubule cell apoptosis. J. Appl. Toxicol. : J. Anal. Toxicol. 39, 1096–1107.

Gasnier, C., Benachour, N., Clair, E., Travert, C., Langlois, F., Laurant, C., Decroix-Laporte, C., Seralini, G.E., 2010. Dig1 protects against cell death provoked by glyphosate-based herbicides in human liver cell lines. J. Occup. Med. Toxicol. 5, 29.

Gasnier, C., Dumont, C., Benachour, N., Clair, E., Chagnon, M.C., Seralini, G.E., 2009. Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines. Toxicology 262, 184–191.

Gehin, A., Guillaume, Y.C., Millet, J., Guyon, C., Nicod, L., 2005. Vitamins C and E reverse effect of herbicide-induced toxicity on human epidermal cells HaCaT: a biochronometric approach. Int. J. Pharm. 288, 219–226.

Gehin, A., Guyon, C., Nicod, L., 2006. Glyphosate-induced antioxidant imbalance in HaCaT: the protective effect of Vitamins C and E. Environ. Toxicol. Pharmacol. 22, 27–34.

Geier, D.A., Geier, M.R., 2023. Urine glyphosate exposure and serum sex hormone disruption within the 2013-2014 National Health and Nutrition Examination survey (NHANES). Chemosphere 316, 137796.

George, J., Prasad, S., Mahmood, Z., Shukla, Y., 2010. Studies on glyphosate-induced carcinogenicity in mouse skin: a proteomic approach. J. Proteonomics 73, 951–964.

George, J., Shukla, Y., 2013. Emptying of intracellular calcium pool and oxidative stress imbalance are associated with the glyphosate-induced proliferation in human skin keratinocytes HaCaT cells. ISRN dermatology 2013, 825180.

Ghisi Ndc, C., de Oliveira, E.C., Prioli, A.J., 2016. Does exposure to glyphosate lead to an increase in the micronuclei frequency? A systematic and meta-analytic review. Chemosphere 145, 42–54.

Grisolia, C.K., 2002. A comparison between mouse and fish micronucleus test using cyclophosphamide, mitomycin C and various pesticides. Mutat. Res. 518, 145–150.

Guyton, K.Z., Rusyn, I., Chiu, W.A., Corpet, D.E., van den Berg, M., Ross, M.K., Christiani, D.C., Beland, F.A., Smith, M.T., 2018. Application of the key characteristics of carcinogens in cancer hazard identification. Carcinogenesis 39, 614–622.

Hamdaoui, L., Naifar, M., Rahmouni, F., Ayadi, F., Rebai, T., 2019. Sub-chronic exposure to Kalach 360 SL-induced damage in rats' liver and hematological system. Environ. Sci. Pollut. Res. Int. 26, 36634–36646.

Hamdaoui, L., Naifar, M., Rahmouni, F., Harrabi, B., Ayadi, F., Sahnoun, Z., Rebai, T., 2018. Subchronic exposure to kalach 360 SL-induced endocrine disruption and ovary damage in female rats. Arch. Physiol. Biochem. 124, 27–34.

Hanahan, D., Weinberg, R.A., 2011. Hallmarks of cancer: the next generation. Cell 144, 646–674.

Hao, Y., Chen, H., Xu, W., Gao, J., Yang, Y., Zhang, Y., Tao, L., 2019. Roundup. Environmental Pollution (Barking, Essex : 1987).

Hao, Y., Zhang, Y., Cheng, J., Xu, W., Xu, Z., Gao, J., Tao, L., 2020. Adjuvant contributes Roundup's unexpected effects on A549 cells. Environ. Res. 184, 109306.

Herath, I., Kumarathilaka, P., Al-Wabel, M.I., Abduljabbar, A., Ahmad, M., Usman, A.R.A., Vithanage, M., 2016. Mechanistic modeling of glyphosate interaction with rice husk derived engineered biochar. Microporous Mesoporous Mater. 225, 280–288.

Heu, C., Elie-Caille, C., Mougey, V., Launay, S., Nicod, L., 2012. A step further toward glyphosate-induced epidermal cell death: involvement of mitochondrial and oxidative mechanisms. Environ. Toxicol. Pharmacol. 34, 144–153.

IARC, 2015. Glyphosate. Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos. International Agency for Research on Cancer, Lyon, France, pp. 321–412.

IARC, 2019. In: Preamble to the IARC Monographs (Amended January 2019). International Agency for Research on Cancer,Lyon, France.

Intayoung, U., Wunnapuk, K., Kohsuwan, K., Sapbamrer, R., Khacha-Ananda, S., 2021. Effect of occupational exposure to herbicides on oxidative stress in sprayers. Saf Health Work 12, 127–132.

Jasper, R., Locatelli, G.O., Pilati, C., Locatelli, C., 2012. Evaluation of biochemical, hematological and oxidative parameters in mice exposed to the herbicide glyphosate-based (R)). Interdiscipl. Toxicol. 5, 133–140.

JMPR, 2017. World Health Organization: Pesticide Residues in Food-2016: Toxicological Evaluations. . Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues, World Health Organization, Geneva, Switzerland, pp. 9–13. May 2016.

Kale, O., Vongdip, M., Ogundare, T., Osilesi, O., 2021. The use of combined high-fructose diet and glyphosate to model rats type 2 diabetes symptomatology. Toxicol. Mech. Methods 31, 126–137.

Kasuba, V., Milic, M., Rozgaj, R., Kopjar, N., Mladinic, M., Zunec, S., Vrdoljak, A.L., Pavicic, I., Cermak, A.M.M., Pizent, A., Lovakovic, B.T., Zeljezic, D., 2017. Effects of low doses of glyphosate on DNA damage, cell proliferation and oxidative stress in the HepG2 cell line. Environ. Sci. Pollut. Res. Int. 24, 19267–19281.

Kawagashira, Y., Koike, H., Kawabata, K., Takahashi, M., Ohyama, K., Hashimoto, R., Iijima, M., Katsuno, M., Sobue, G., 2017. Vasculitic neuropathy following exposure to a glyphosate-based herbicide. Intern. Med. 56, 1431–1434.

Kittle, R.P., McDermid, K.J., Muehlstein, L., Balazs, G.H., 2018. Effects of glyphosate herbicide on the gastrointestinal microflora of Hawaiian green turtles (Chelonia mydas) Linnaeus. Mar. Pollut. Bull. 127, 170–174.

Klaunig, J.E., Wang, Z., Pu, X., Zhou, S., 2011. Oxidative stress and oxidative damage in chemical carcinogenesis. Toxicol. Appl. Pharmacol. 254, 86–99.

Koller, V.J., Furhacker, M., Nersesyan, A., Misik, M., Eisenbauer, M., Knasmueller, S., 2012. Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells. Arch. Toxicol. 86, 805–813.

Kruger, M., Shehata, A.A., Schrodl, W., Rodloff, A., 2013. Glyphosate suppresses the antagonistic effect of Enterococcus spp. on Clostridium botulinum. Anaerobe 20,

I. Rana et al. *Chemosphere xxx (xxxx) 139572*

74–78.

Kumar, S., Khodoun, M., Kettleson, E.M., McKnight, C., Reponen, T., Grinshpun, S.A., Adhikari, A., 2014. Glyphosate-rich air samples induce IL-33, TSLP and generate IL-13 dependent airway inflammation. Toxicology 325, 42–51.

Kwiatkowska, M., Huras, B., Bukowska, B., 2014. The effect of metabolites and impurities of glyphosate on human erythrocytes (in vitro). Pestic. Biochem. Physiol. 109, 34–43.

Kwiatkowska, M., Michalowicz, J., Jarosiewicz, P., Pingot, D., Sicinska, P., Huras, B., Zakrzewski, J., Jarosiewicz, M., Bukowska, B., 2020. Evaluation of apoptotic potential of glyphosate metabolites and impurities in human peripheral blood mononuclear cells (in vitro study). Food Chem. Toxicol. : an international journal published for the British Industrial Biological Research Association 135, 110888.

Kwiatkowska, M., Reszka, E., Wozniak, K., Jablonska, E., Michalowicz, J., Bukowska, B., 2017. DNA damage and methylation induced by glyphosate in human peripheral blood mononuclear cells (in vitro study). Food Chem. Toxicol. : an international journal published for the British Industrial Biological Research Association 105, 93–98.

Li, A.P., Long, T.J., 1988. An evaluation of the genotoxic potential of glyphosate. Fund. Appl. Toxicol. 10, 537–546.

Lioi, M.B., Scarfi, M.R., Santoro, A., Barbieri, R., Zeni, O., Di Berardino, D., Ursini, M.V., 1998. Genotoxicity and oxidative stress induced by pesticide exposure in bovine lymphocyte cultures in vitro. Mutat. Res. 403, 13–20.

Lozano, V.L., DeFarge, N., Rocque, L.M., Mesnage, R., Hennequin, D., Cassier, R., de Vendomois, J.S., Panoff, J.M., Seralini, G.E., Amiel, C., 2018. Sex-dependent impact of Roundup on the rat gut microbiome. Toxicol Rep 5, 96–107.

Lucia, R.M., Huang, W.L., Pathak, K.V., McGilvrey, M., David-Dirgo, V., Alvarez, A., Goodman, D., Masunaka, I., Odegaard, A.O., Ziogas, A., Pirrotte, P., Norden-Krichmar, T.M., Park, H.L., 2022. Association of glyphosate exposure with blood DNA methylation in a cross-sectional study of postmenopausal women. Environ. Health Perspect. 130, 47001.

Luo, L., Wang, F., Zhang, Y., Zeng, M., Zhong, C., Xiao, F., 2017. In vitro cytotoxicity assessment of roundup (glyphosate) in L-02 hepatocytes. J. Environ. Sci. Health - Part B Pesticides, Food Contam. Agric. Wastes 52, 410–417.

Makris, K.C., Efthymiou, N., Konstantinou, C., Anastasi, E., Schoeters, G., Kolossa-Gehring, M., Katsonouri, A., 2022. Oxidative stress of glyphosate, AMPA and metabolites of pyrethroids and chlorpyrifos pesticides among primary school children in Cyprus. Environ. Res. 212, 113316.

Manas, F., Peralta, L., Raviolo, J., Ovando, H.G., Weyers, A., Ugnia, L., Cid, M.G., Larripa, I., Gorla, N., 2009. Genotoxicity of glyphosate assessed by the comet assay and cytogenetic tests. Environ. Toxicol. Pharmacol. 28, 37–41.

Mao, Q., Manservisi, F., Panzacchi, S., Mandrioli, D., Menghetti, I., Vornoli, A., Bua, L., Falcioni, L., Lesseur, C., Chen, J., Belpoggi, F., Hu, J., 2018. The Ramazzini Institute 13-week pilot study on glyphosate and Roundup administered at human-equivalent dose to Sprague Dawley rats: effects on the microbiome. Environ. Health : a global access science source 17, 50.

Mariager, T.P., Madsen, P.V., Ebbehoj, N.E., Schmidt, B., Juhl, A., 2013. Severe adverse effects related to dermal exposure to a glyphosate-surfactant herbicide. Clin. Toxicol. 51, 111–113.

Martinez, M.A., Rodriguez, J.L., Lopez-Torres, B., Martinez, M., Martinez-Larranaga, M.R., Maximiliano, J.E., Anadon, A., Ares, I., 2020. Use of human neuroblastoma SH-SY5Y cells to evaluate glyphosate-induced effects on oxidative stress, neuronal development and cell death signaling pathways. Environ. Int. 135, 105414.

Mesnage, R., Phedonos, A., Biserni, M., Arno, M., Balu, S., Corton, J.C., Ugarte, R., Antoniou, M.N., 2017. Evaluation of estrogen receptor alpha activation by glyphosate-based herbicide constituents. Food Chem. Toxicol. : an international journal published for the British Industrial Biological Research Association 108, 30–42.

Mesnage, R., Teixeira, M., Mandrioli, D., Falcioni, L., Ducarmon, Q., Zwittink, R., Mazzacuva, F., Caldwell, A., Halket, J., Amiel, C., Panoff, J., Belpoggi, F., Antoniou, M., 2021. Use of Shotgun Metagenomics and Metabolomics to Evaluate the Impact of Glyphosate or Roundup Mon 52276 on the Gut Microbiota and Serum Metabolome of Sprague-Dawley Rats. Environmental health perspectives.

Milic, M., Zunec, S., Micek, V., Kasuba, V., Mikolic, A., Lovakovic, B.T., Semren, T.Z., Pavicic, I., Cermak, A.M.M., Pizent, A., Vrdoljak, A.L., Valencia-Quintana, R., Sanchez-Alarcon, J., Zeljezic, D., 2018. Oxidative stress, cholinesterase activity, and DNA damage in the liver, whole blood, and plasma of Wistar rats following a 28-day exposure to glyphosate. Arh. Hig. Rad. Toksikol. 69, 154–168.

Mladinic, M., Berend, S., Vrdoljak, A.L., Kopjar, N., Radic, B., Zeljezic, D., 2009a. Evaluation of genome damage and its relation to oxidative stress induced by glyphosate in human lymphocytes in vitro. Environ. Mol. Mutagen. 50, 800–807.

Mladinic, M., Perkovic, P., Zeljezic, D., 2009b. Characterization of chromatin instabilities induced by glyphosate, terbuthylazine and carbofuran using cytome FISH assay. Toxicol. Lett. 189, 130–137.

Mnif, W., Hassine, A.I., Bouaziz, A., Bartegi, A., Thomas, O., Roig, B., 2011. Effect of endocrine disruptor pesticides: a review. Int. J. Environ. Res. Publ. Health 8, 2265–2303.

Monroy, C.M., Cortes, A.C., Sicard, D.M., de Restrepo, H.G., 2005. [Cytotoxicity and genotoxicity of human cells exposed in vitro to glyphosate]. Biomedica 25, 335–345.

Morgan, R.L., Whaley, P., Thayer, K.A., Schunemann, H.J., 2018. Identifying the PECO: a framework for formulating good questions to explore the association of environmental and other exposures with health outcomes. Environ. Int. 121, 1027–1031.

Motta, E.V.S., Raymann, K., Moran, N.A., 2018. Glyphosate perturbs the gut microbiota of honey bees. Proc. Natl. Acad. Sci. U. S. A. 115, 10305–10310.

Munoz, J.P., Bleak, T.C., Calaf, G.M., 2021. Glyphosate and the key characteristics of an endocrine disruptor: a review. Chemosphere 270, 128619.

Nagy, K., Argaw Tessema, R., Szasz, I., Smeirat, T., Al Rajo, A., Adam, B., 2021.

Micronucleus formation induced by glyphosate and glyphosate-based herbicides in human peripheral white blood cells. Front. Public Health 9, 639143.

Nagy, K., Tessema, R.A., Budnik, L.T., Adam, B., 2019. Comparative cyto- and genotoxicity assessment of glyphosate and glyphosate-based herbicides in human peripheral white blood cells. Environ. Res. 179, 108851.

Nakashima, K., Yoshimura, T., Mori, H., Kawaguchi, M., Adachi, S., Nakao, T., Yamazaki, F., 2002. [Effects of pesticides on cytokines production by human peripheral blood mononuclear cells--fenitrothion and glyphosate]. Chudoku Kenkyu : Chudoku Kenkyukai jun kikanshi = The Japanese journal of toxicology 15, 159–165.

Nardi, J., Moras, P.B., Koeppe, C., Dallegrave, E., Leal, M.B., Rossato-Grando, L.G., 2017. Prepubertal subchronic exposure to soy milk and glyphosate leads to endocrine disruption. Food Chem. Toxicol. : an international journal published for the British Industrial Biological Research Association 100, 247–252.

Nielsen, L.N., Roager, H.M., Casas, M.E., Frandsen, H.L., Gosewinkel, U., Bester, K., Licht, T.R., Hendriksen, N.B., Bahl, M.I., 2018. Glyphosate has limited short-term effects on commensal bacterial community composition in the gut environment due to sufficient aromatic amino acid levels. Environ. Pollut. 233, 364–376.

OECD, 2017a. Guidance Document for the Use of Adverse Outcome Pathways in Developing Integrated Approaches to Testing and Assessment (IATA). OECD Series on Testing and Assessment. OECD Publishing, Paris.

OECD, 2017b. Overview on Genetic Toxicology TGs. OECD Series on Testing and Assessment, No. 238. OECD Publishing, Paris.

OEHHA, 2017. California Environmental Protection Agency, Sacramento, CA.

Owagboriaye, F., Dedeke, G., Ademolu, K., Olujimi, O., Aladesida, A., Adeleke, M., 2019. Comparative studies on endogenic stress hormones, antioxidant, biochemical and hematological status of metabolic disturbance in albino rat exposed to roundup herbicide and its active ingredient glyphosate. Environ. Sci. Pollut. Res. Int. 26, 14502–14512.

Owagboriaye, F.O., Dedeke, G.A., Ademolu, K.O., Olujimi, O.O., Ashidi, J.S., Adeyinka, A.A., 2017. Reproductive toxicity of Roundup herbicide exposure in male albino rat. Exp. Toxicol. Pathol. 69, 461–468.

Page, M.J., Moher, D., Bossuyt, P.M., Boutron, I., Hoffmann, T.C., Mulrow, C.D., Shamseer, L., Tetzlaff, J.M., Akl, E.A., Brennan, S.E., Chou, R., Glanville, J., Grimshaw, J.M., Hrobjartsson, A., Lalu, M.M., Li, T., Loder, E.W., Mayo-Wilson, E., McDonald, S., McGuinness, L.A., Stewart, L.A., Thomas, J., Tricco, A.C., Welch, V.A., Whiting, P., McKenzie, J.E., 2021. PRISMA 2020 explanation and elaboration: updated guidance and exemplars for reporting systematic reviews. Br. Med. J. 372, n160.

Pandey, A., Dhabade, P., Kumarasamy, A., 2019. Inflammatory effects of subacute exposure of roundup in rat liver and adipose tissue. Dose Response 17, 1559325819843380.

Pandey, A., Rudraiah, M., 2015. Analysis of endocrine disruption effect of Roundup((R)) in adrenal gland of male rats. Toxicol Rep 2, 1075–1085.

Pandher, U., Kirychuk, S., Schneberger, D., Thompson, B., Aulakh, G., Sethi, R.S., Singh, B., 2021. Pulmonary inflammatory response from co-exposure to LPS and glyphosate. Environ. Toxicol. Pharmacol. 86, 103651.

Paz-y-Mino, C., Munoz, M.J., Maldonado, A., Valladares, C., Cumbal, N., Herrera, C., Robles, P., Sanchez, M.E., Lopez-Cortes, A., 2011. Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. Rev. Environ. Health 26, 45–51.

Paz-y-Mino, C., Sanchez, M.E., Arevalo, M., Munoz, M.J., Witte, T., De-La-Carrera, G.O., Leone, P.E., 2007. Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate. Genet. Mol. Biol. 30, 456–460.

Peluso, M., Munnia, A., Bolognesi, C., Parodi, S., 1998. 32P-postlabeling detection of DNA adducts in mice treated with the herbicide Roundup. Environ. Mol. Mutagen. 31, 55–59.

Perego, M.C., Caloni, F., Cortinovis, C., Schutz, L.F., Albonico, M., Tsuzukibashi, D., Spicer, L.J., 2017a. Influence of a Roundup formulation on glyphosate effects on steroidogenesis and proliferation of bovine granulosa cells in vitro. Chemosphere 188, 274–279.

Perego, M.C., Schutz, L.F., Caloni, F., Cortinovis, C., Albonico, M., Spicer, L.J., 2017b. Evidence for direct effects of glyphosate on ovarian function: glyphosate influences steroidogenesis and proliferation of bovine granulosa but not theca cells in vitro. J. Appl. Toxicol. : JAT. Toxicol. 697, 692–698.

Portier, C.J., 2020. A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies. Environ. Health : a global access science source 19, 18.

Prasad, S., Srivastava, S., Singh, M., Shukla, Y., 2009. Clastogenic effects of glyphosate in bone marrow cells of swiss albino mice. J. Toxicol. 308985. 2009.

Puigbo, P., Leino, L.I., Rainio, M.J., Saikkonen, K., Saloniemi, I., Helander, M., 2022. Does Glyphosate Affect the Human Microbiota? Life. vol. 12. Basel.

Qiu, S., Fu, H., Zhou, R., Yang, Z., Bai, G., Shi, B., 2020. Toxic effects of glyphosate on intestinal morphology, antioxidant capacity and barrier function in weaned piglets. Ecotoxicol. Environ. Saf. 187, 109846.

R Core Team, 2022. R: A Language and Environment for Statistical Computing. R Foundation for Statistical Computing, Vienna, Austria.

Rana, I., Nguyen, P.K., Rigutto, G., Lee, J., Smith, M.T., Zhang, L., 2021. Protocol for a Systematic Review Assessing the Key Characteristics of Carcinogens for a Ubiquitous Herbicide and its Formulations. INPLASY.

Rank, J., Jensen, A., Skov, B., Pedersen, L., Jensen, J., 1993. Genotoxicity Testing of the Herbicide Roundup and its Active Ingredient Glyphosate Isopropylamine Using the Mouse Bone Marrow Micronucleus Test, Salmonella Mutagenicity Test, and

*I. Rana et al.* *Chemosphere xxx (xxxx) 139572*

Allium Anaphase-Telophase Test. 300. Mutation research, pp. 29–36.

Ren, X., Li, R., Liu, J., Huang, K., Wu, S., Li, Y., Li, C., 2018. Effects of glyphosate on the ovarian function of pregnant mice, the secretion of hormones and the sex ratio of their fetuses. Environ. Pollut. 243, 833–841.

Richard, S., Moslemi, S., Sipahutar, H., Benachour, N., Seralini, G.E., 2005. Differential effects of glyphosate and roundup on human placental cells and aromatase. Environ. Health Perspect. 113, 716–720.

Romano, R.M., Romano, M.A., Bernardi, M.M., Furtado, P.V., Oliveira, C.A., 2010. Prepubertal exposure to commercial formulation of the herbicide glyphosate alters testosterone levels and testicular morphology. Arch. Toxicol. 84, 309–317.

Rossetti, M.F., Canesini, G., Lorenz, V., Milesi, M.M., Varayoud, J., Ramos, J.G., 2021. Epigenetic changes associated with exposure to glyphosate-based herbicides in mammals. Front. Endocrinol. 12, 671991.

Roustan, A., Aye, M., De Meo, M., Di Giorgio, C., 2014. Genotoxicity of mixtures of glyphosate and atrazine and their environmental transformation products before and after photoactivation. Chemosphere 108, 93–100.

Samet, J.M., Chiu, W.A., Cogliano, V., Jinot, J., Kriebel, D., Lunn, R.M., Beland, F.A., Bero, L., Browne, P., Fritschi, L., Kanno, J., Lachenmeier, D.W., Lan, Q., Lasfargues, G., Le Curieux, F., Peters, S., Shubat, P., Sone, H., White, M.C., Williamson, J., Yakubovskaya, M., Siemiatycki, J., White, P.A., Guyton, K.Z., Schubauer-Berigan, M.K., Hall, A.L., Grosse, Y., Bouvard, V., Benbrahim-Tallaa, L., El Ghissassi, F., Lauby-Secretan, B., Armstrong, B., Saracci, R., Zavadil, J., Straif, K., Wild, C.P., 2020. The IARC Monographs: updated procedures for modern and transparent evidence synthesis in cancer hazard identification. J. Natl. Cancer Inst. 112, 30–37.

Santovito, A., Ruberto, S., Gendusa, C., Cervella, P., 2018. In vitro evaluation of genomic damage induced by glyphosate on human lymphocytes. Environ. Sci. Pollut. Res. Int. 25, 34693–34700.

Schnabel, K., Schmitz, R., Frahm, J., Meyer, U., Breves, G., Danicke, S., 2020. Functionality and DNA-damage properties of blood cells in lactating cows exposed to glyphosate contaminated feed at different feed energy levels. Arch. Anim. Nutr. 74, 87–106.

Shehata, A.A., Schrodl, W., Aldin, A.A., Hafez, H.M., Kruger, M., 2013. The effect of glyphosate on potential pathogens and beneficial members of poultry microbiota in vitro. Curr. Microbiol. 66, 350–358.

Shi, Z., Zhang, M., 2021. Emerging roles for the gut microbiome in lymphoid neoplasms. Clin. Med. Insights Oncol. 15, 11795549211021497.

Shimizu, T., Marusawa, H., Endo, Y., Chiba, T., 2012. Inflammation-mediated genomic instability: roles of activation-induced cytidine deaminase in carcinogenesis. Cancer Sci. 103, 1201–1206.

Sidthilaw, S., Sapbamrer, R., Pothirat, C., Wunnapuk, K., Khacha-Ananda, S., 2022. Effects of exposure to glyphosate on oxidative stress, inflammation, and lung function in maize farmers, Northern Thailand. BMC Publ. Health 22, 1343.

Sivikova, K., Dianovsky, J., 2006. Cytogenetic effect of technical glyphosate on cultivated bovine peripheral lymphocytes. Int. J. Hyg Environ. Health 209, 15–20.

Smith, M.T., Guyton, K.Z., Gibbons, C.F., Fritz, J.M., Portier, C.J., Rusyn, I., DeMarini, D.M., Caldwell, J.C., Kavlock, R.J., Lambert, P.F., Hecht, S.S., Bucher, J.R., Stewart, B.W., Baan, R.A., Cogliano, V.J., Straif, K., 2016. Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. Environ. Health Perspect. 124, 713–721.

Smith-Roe, S.L., Swartz, C.D., Rashid, A., Christy, N.C., Sly, J.E., Chang, X., Sipes, N.S., Shockley, K.R., Harris, S.F., McBride, S.J., Larson, G.J., Collins, B.J., Mutlu, E., Witt, K.L., 2023. Evaluation of the herbicide glyphosate, (aminomethyl)phosphonic acid, and glyphosate-based formulations for genotoxic activity using in vitro assays. Environ. Mol. Mutagen. 64, 202–233.

Soudani, N., Chaabane, M., Ghorbel, I., Elwej, A., Boudawara, T., Zeghal, N., 2019. Glyphosate disrupts redox status and up-regulates metallothionein I and II genes expression in the liver of adult rats. Alleviation by quercetin. Gen. Physiol. Biophys. 38, 123–134.

Sritana, N., Suriyo, T., Kanitwithayanun, J., Songvasin, B.H., Thiantanawat, A., Satayavivad, J., 2018. Glyphosate induces growth of estrogen receptor alpha positive cholangiocarcinoma cells via non-genomic estrogen receptor/ERK1/2 signaling pathway. Food Chem. Toxicol. : an international journal published for the British Industrial Biological Research Association 118, 595–607.

Stur, E., Aristizabal-Pachon, A.F., Peronni, K.C., Agostini, L.P., Waigel, S., Chariker, J., Miller, D.M., Thomas, S.D., Rezzoug, F., Detogni, R.S., Reis, R.S.D., Silva Junior, W.A., Louro, I.D., 2019. Glyphosate-based herbicides at low doses affect canonical pathways in estrogen positive and negative breast cancer cell lines. PLoS One 14, e0219610.

Suarez-Larios, K., Salazar-Martinez, A.M., Montero-Montoya, R., 2017. Screening of pesticides with the potential of inducing DSB and successive recombinational repair. J. Toxicol. 2017, 3574840.

Tang, J., Hu, P., Li, Y., Win-Shwe, T.T., Li, C., 2017. Ion imbalance is involved in the mechanisms of liver oxidative damage in rats exposed to glyphosate. Front. Physiol. 8, 1083.

Tang, Q., Tang, J., Ren, X., Li, C., 2020. Glyphosate exposure induces inflammatory responses in the small intestine and alters gut microbial composition in rats. Environ.

Pollut. 261, 114129.

Thongprakaisang, S., Thiantanawat, A., Rangkadilok, N., Suriyo, T., Satayavivad, J., 2013. Glyphosate induces human breast cancer cells growth via estrogen receptors. Food Chem. Toxicol. : an international journal published for the British Industrial Biological Research Association 59, 129–136.

Townsend, M., Peck, C., Meng, W., Heaton, M., Robison, R., O'Neill, K., 2017. Evaluation of various glyphosate concentrations on DNA damage in human Raji cells and its impact on cytotoxicity. Regul. Toxicol. Pharmacol. : RTP (Regul. Toxicol. Pharmacol.) 85, 79–85.

Turkmen, R., Birdane, Y.O., Demirel, H.H., Kabu, M., Ince, S., 2019a. Protective effects of resveratrol on biomarkers of oxidative stress, biochemical and histopathological changes induced by sub-chronic oral glyphosate-based herbicide in rats. Toxicol. Res. 8, 238–245.

Turkmen, R., Birdane, Y.O., Demirel, H.H., Yavuz, H., Kabu, M., Ince, S., 2019b. Antioxidant and cytoprotective effects of N-acetylcysteine against subchronic oral glyphosate-based herbicide-induced oxidative stress in rats. Environ. Sci. Pollut. Res. Int. 26, 11427–11437.

U.S. EPA, 2020. Glyphosate Interim Registration Review Decision Case Number 0178 EPA's Office of Pesticide Programs. United States Environmental Protection Agency.

U.S. EPA, 2022. IRIS Toxicological Review of Hexavalent Chromium (External Review Draft, 2022). U.S. Environmental Protection Agency, Washington, DC.

Vigfusson, N.V., Vyse, E.R., 1980. The effect of the pesticides, Dexon, Captan and Roundup, on sister-chromatid exchanges in human lymphocytes in vitro. Mutat. Res. 79, 53–57.

Wang, D., Zhang, G., Zhang, W., Luo, J., Zhu, L., Hu, J., 2019a. Successful extracorporeal membrane oxygenation support for severe acute diquat and glyphosate poisoning: a case report. Medicine 98, e14414.

Wang, L., Deng, Q., Hu, H., Liu, M., Gong, Z., Zhang, S., Xu-Monette, Z.Y., Lu, Z., Young, K.H., Ma, X., Li, Y., 2019b. Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice. J. Hematol. Oncol. 12, 70.

Wang, Z., Wan, L., Xin, Q., Zhang, X., Song, Y., Wang, P., Hong, D., Fan, Z., Yang, G., 2021. Optimizing glyphosate tolerance in rapeseed by CRISPR/Cas9-based geminiviral donor DNA replicon system with Csy4-based single-guide RNA processing. J. Exp. Bot. 72, 4796–4808.

Wijerathna, T.M., Mohamed, F., Gawarammana, I.B., Wunnapuk, K., Dissanayake, D.M., Shihana, F., Buckley, N.A., 2020. Cellular injury leading to oxidative stress in acute poisoning with potassium permanganate/oxalic acid, paraquat, and glyphosate surfactant herbicide. Environ. Toxicol. Pharmacol. 80, 103510.

Wozniak, E., Reszka, E., Jablonska, E., Balcerczyk, A., Broncel, M., Bukowska, B., 2020. Glyphosate affects methylation in the promoter regions of selected tumor suppressors as well as expression of major cell cycle and apoptosis drivers in PBMCs (in vitro study). Toxicol. Vitro 63, 104736.

Wozniak, E., Reszka, E., Jablonska, E., Michalowicz, J., Huras, B., Bukowska, B., 2021. Glyphosate and AMPA induce alterations in expression of genes involved in chromatin architecture in human peripheral blood mononuclear cells (in vitro). Int. J. Mol. Sci. 22.

Wozniak, E., Sicinska, P., Michalowicz, J., Wozniak, K., Reszka, E., Huras, B., Zakrzewski, J., Bukowska, B., 2018. The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessement. Food Chem. Toxicol. : an international journal published for the British Industrial Biological Research Association 120, 510–522.

Yamamoto, M.L., Maier, I., Dang, A.T., Berry, D., Liu, J., Ruegger, P.M., Yang, J.I., Soto, P.A., Presley, L.L., Reliene, R., Westbrook, A.M., Wei, B., Loy, A., Chang, C., Braun, J., Borneman, J., Schiestl, R.H., 2013. Intestinal bacteria modify lymphoma incidence and latency by affecting systemic inflammatory status, oxidative stress, and leukocyte genotoxicity. Cancer Res. 73, 4222–4232.

Zhang, C., Hu, R., Huang, J., Huang, X., Shi, G., Li, Y., Yin, Y., Chen, Z., 2016. Health effect of agricultural pesticide use in China: implications for the development of GM crops. Sci. Rep. 6, 34918.

Zhang, C., Schiliro, T., Gea, M., Bianchi, S., Spinello, A., Magistrato, A., Gilardi, G., Di Nardo, G., 2020. Molecular basis for endocrine disruption by pesticides targeting aromatase and estrogen receptor. Int. J. Environ. Res. Publ. Health 17.

Zhang, C.Q., Liu, B., Gao, X.M., 2021a. [A case of allergic cutaneous vasculitis caused by glyphosate]. Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi 39, 467–468.

Zhang, L., Ding, F., Wang, R., Wu, X., Wan, Y., Hu, J., Wu, Q., 2021b. Involvement of mitochondrial fission in renal tubular pyroptosis in mice exposed to high and environmental levels of glyphosate combined with hard water. Environ. Pollut. 283, 117082.

Zhang, L., Rana, I., Shaffer, R.M., Taioli, E., Sheppard, L., 2019. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: a meta-analysis and supporting evidence. Mutat. Res. Rev. Mutat. Res. 781, 186–206.

Zhao, L., Zhang, J., Yang, L., Zhang, H., Zhang, Y., Gao, D., Jiang, H., Li, Y., Dong, H., Ma, T., Wang, X., Wu, M., Wang, Y., Jin, Y., Yuan, Y., Chen, H., 2021. Glyphosate exposure attenuates testosterone synthesis via NR1D1 inhibition of StAR expression in mouse Leydig cells. Sci. Total Environ. 785, 147323.

L. Zhang, et al.

Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

promote chronic inflammation [92], and contribute to susceptibility of invading pathogens, such as *H. pylori* [93].

## 8.2. Endocrine disruption

Disruption of sex hormones may contribute to lymphomagenesis/ NHL [94]. Glyphosate may act as an endocrine disrupting chemical (EDC) because it has been found recently to alter sex hormone production. Several *in vivo* studies of male rats exposed to glyphosate have reported significantly lower testosterone levels [95–97], spermatid numbers [95], altered sperm and testicular morphology [95,96], greater development of the mammary gland [98], and a surge in mast cell infiltration and proliferation accompanied by increased estrogen receptor (ESR1) [98]. In ovarian granulosa cells, glyphosate exposure resulted in decreased cell proliferation and estradiol production [99], which may contribute to lymphomagenesis [94].

## 8.3. Genetic alterations

Several studies report that glyphosate can induce single- and double-strand DNA breaks [100–103], purine and pyrimidine oxidation [101], increased comet tail moment [104], and activation of the canonical non-homologous end-joining pathway (c-NHEJ) [102] that stimulates DNA repair. Glyphosate was also reported to induce micronuclei [105–111], sister chromatid exchanges [110], and chromosomal aberrations [112], but other studies found no change in these parameters [113–117]. Conclusions on the genotoxicity of glyphosate remain controversial in the debate on its carcinogenic potential [118]. A recent review reported that this discrepancy could be attributed to differences in the literature analyzed (published versus unpublished), exposure type (glyphosate versus GBHs), and exposure magnitude (low everyday exposures versus higher exposure groups) [119].

## 8.4. Oxidative stress

Numerous studies indicate glyphosate causes oxidative stress [120–123]. Biomarkers of oxidative stress have been reported in a number of tissues in rats and mice, including liver, skin, kidney, brain, and plasma. In a study of *albino male rats*, levels of hepatic reduced glutathione were significantly decreased in GBH-exposed animals (1.64 mmol/g) compared to controls (2.64 mmol/g) [81]. A different study in glyphosate-exposed *Wistar rats* reported increased lipid peroxidation across all tissues studied and reactive nitrogen species in the brain and plasma [120]. A proteomic analysis of *Swiss albino mice* reported overexpression of carbonic anhydrase 3, a cytoplasmic protein that plays a role in cellular response to oxidative stress [124].

Generally speaking, these mechanisms, among others, provide evidence of biological plausibility for the observed link between glyphosate exposure and human NHL, though further work is needed to better understand these factors.

## 9. Conclusions and future directions

The rise of GBHs as the most widely used herbicide raises serious health concerns, given its potential links with NHL. Using our *a priori* hypothesis and including the recently updated AHS cohort in a meta-analysis for the first time, we report that GBH exposure is associated with increased risk of NHL in humans. Our findings are consistent with results reported from prior meta-analyses but show higher risk for NHL because of our focus on the highest exposure groups. However, given the heterogeneity between the studies included, the numerical risk estimates should be interpreted with caution. Additionally, as noted above and depicted in Fig. 1, the available studies do not capture the possible effects of increased population exposures due to secular increases in use. For example, "green burndown" practices that became widespread in the mid-2000s may be a particularly important source of

population exposures. The totality of the evidence from six studies of glyphosate-exposed mice support this association in humans. Although the underlying mechanisms remain unknown, mechanistic studies of glyphosate-induced immunosuppression/inflammation, endocrine disruption, genetic alterations, and oxidative stress suggest plausible links between GBH exposure and NHL development. The overall evidence from human, animal, and mechanistic studies presented here supports a compelling link between exposures to GBHs and increased risk for NHL.

## Declaration of interest

All authors have no financial conflicts of interest to declare. We disclose Drs. Zhang, Taioli, and Sheppard served as Science Review Board Members of the US EPA FIFRA Scientific Advisory Panel (SAP) Meeting that evaluated glyphosate in December 2016.

## Acknowledgements

The authors thank Christina Gillezeau, MPH from Icahn School of Medicine at Mount Sinai, New York for carefully checking epidemiological data and Phum Tachachartvanich, PhD for intellectual review and discussion on mechanisms of endocrine disruption. We also thank the anonymous reviewers for their helpful comments. R.M.S. was supported by National Institutes of Environmental Health Sciences (NIEHS) award T32ES015459 and the University of Washington Retirement Association Aging Fellowship. The authors would like to thank Bill Freese for his helpful information regarding key market milestones for glyphosate.

## References

[1] G. Thelin, W. Stone, Estimation of Annual Agricultural Pesticide Use for Counties of the Conterminous United States, 1992–2009: U.S. Geological Survey Scientific Investigations Report 2013-5009, (2013).

[2] C.M. Benbrook, Trends in glyphosate herbicide use in the United States and globally, Environ. Sci. Eur. 28 (2016) 3.

[3] EPA, Glyphosate Reregistration Eligibility Document (RED). Glyphosate. EPA-738-R-93-014. U.S. Environmental Protection Agency, Washington, DC, 1993.

[4] EPA, Federal Register (Ed.), Glyphosate; Pesticide Tolerances, U.S. Environmental Protection Agency, Washington, DC, 2013, pp. 25396–25401.

[5] Y. Wang, C. Jaw, Y. Chen, Accumulation of 2, 4-D and glyphosate in fish and water hyacinth, Water Air Soil. Pollut. 74 (1994) 397–403.

[6] D. Roy, S. Konar, S. Banerjee, D. Charles, D. Thompson, R. Prasad, Uptake and persistence of the herbicide glyphosate (vision*) in fruit of wild blueberry and red raspberry, Can. J. For. Res. 19 (1989) 842–847.

[7] N.R. Rodrigues, A.P.F. de Souza, Occurrence of glyphosate and AMPA residues in soy-based infant formula sold in Brazil, Food Addit. Contam. Part. A Chem. Anal. Control. Exp. Risk Assess. 35 (2018) 723–730.

[8] P. Alferness, Y. Iwata, Determination of glyphosate and (aminomethyl)phosphonic acid in soil, plant and animal matrices, and Water by capillary gas chromatography with mass-selective detection, J. Agric. Food. Chem. 42 (1994) 2751–2759.

[9] C.P.M. Bento, D. Goossens, M. Rezaei, M. Riksen, H.G.J. Mol, C.J. Ritsema, V. Geissen, Glyphosate and AMPA distribution in wind-eroded sediment derived from loess soil, Environ. Pollut. 220 (2017) 1079–1089.

[10] K. Granby, S. Johannesen, M. Vahl, Analysis of glyphosate residues in cereals using liquid chromatography-mass spectrometry (LC-MS/MS), Food Addit. Contam. 20 (2003) 692–698.

[11] Cox Caroline, Glyphosate, part 1: toxicology, J. Pestic. Reform 3 (1995) 14–20.

[12] C. Gillezeau, M. van Gerwen, R.M. Shaffer, I. Rana, L. Zhang, S. Sheppard, E. Taioli, The evidence of human exposure to glyphosate: a review, Environ. Health 18 (2) (2019).

[13] A. Conrad, C. Schroter-Kermani, H.W. Hoppe, M. Ruther, S. Pieper, M. Kolossa-Gehring, Glyphosate in German adults - time trend (2001 to 2015) of human exposure to a widely used herbicide, Int. J. Hyg. Environ. Health 220 (2017) 8–16.

[14] P.J. Mills, I. Kania-Korwel, J. Fagan, L.K. McEvoy, G.A. Laughlin, E. Barrett-Connor, Excretion of the herbicide glyphosate in older adults between 1993 and 2016, JAMA 318 (2017) 1610–1611.

[15] J.F. Villarreal-Chiu, A.G. Acosta-Cortés, S. Kumar, G. Kaushik, Biological limitations on glyphosate biodegradation, in: R. Singh, S. Kumar (Eds.), Green Technologies and Environmental Sustainability, Springer International Publishing, Cham, 2017, pp. 179–201.

[16] A.J. De Roos, S.H. Zahm, K.P. Cantor, D.D. Weisenburger, F.F. Holmes, L.F. Burmeister, A. Blair, Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men, Occup. Environ. Med. 60 (2003) E11.

[17] M. Eriksson, L. Hardell, M. Carlberg, M. Akerman, Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis, Int. J.

L. Zhang, et al.

*Mutation Research-Reviews in Mutation Research 781 (2019) 186–206*

Cancer 123 (2008) 1657–1663.

[18] L. Hardell, M. Eriksson, M. Nordstrom, Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies, Leukemia Lymphoma 43 (2002) 1043–1049.

[19] L. Orsi, L. Delabre, A. Monnereau, P. Delval, C. Berthou, P. Fenaux, G. Marit, P. Soubeyran, F. Huguet, N. Milpied, M. Leporrier, D. Hemon, X. Troussard, J. Clavel, Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study, Occup. Environ. Med. 66 (2009) 291–298.

[20] A.J. De Roos, A. Blair, J.A. Rusiecki, J.A. Hoppin, M. Svec, M. Dosemeci, D.P. Sandler, M.C. Alavanja, Cancer incidence among glyphosate-exposed pesticide applicators in the agricultural health study, Environ. Health Perspect. 113 (2005) 49–54.

[21] EPA, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, EPA's Office of Pesticide Programs, United States Environmental Protection Agency, 2017, https://cfpub.epa.gov/si/si_public_file_download.cfm?p_download_id = 534487.

[22] JMPR, World Health Organization: Pesticide Residues in Food-2016: Toxicological Evaluations. Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues, Geneva, Switzerland, 9-13 May 2016 World Health Organization, 2017.

[23] IARC, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, IARC Monographs on the Evaluation of Carcinogenic Risks to Humans vol. 112, International Agency for Research on Cancer (IARC), Lyon, France, 2015.

[24] California Office of Environmental Health Hazard Assessment, Safe Drinking Water and Toxic Enforcement Act of 1986: The Proposition 65 List, (1985).

[25] G. Andreotti, S. Koutros, J.N. Hofmann, D.P. Sandler, J.H. Lubin, C.F. Lynch, C.C. Lerro, A.J. De Roos, C.G. Parks, M.C. Alavanja, D.T. Silverman, L.E. Beane Freeman, Glyphosate use and cancer incidence in the agricultural health study, J. Natl. Cancer Inst. 110 (2018) 509–516.

[26] L. Schinasi, M.E. Leon, Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis, Int. J. Environ. Res. Public Health 11 (2014) 4449–4527.

[27] E.T. Chang, E. Delzell, Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers, J. Environ. Sci. Health Part. B Pesticides Food Contam. Agric. Wastes 51 (2016) 402–434.

[28] W.N. Rom, S. Markowitz, Environmental and Occupational Medicine, 4th ed., Wolters Kluwer/Lippincott Williams & Wilkins, Philadelphia, 2007.

[29] C. Steinmaus, A.H. Smith, R.M. Jones, M.T. Smith, Meta-analysis of benzene exposure and non-Hodgkin lymphoma: biases could mask an important association, Occup. Environ. Med. 65 (2008) 371–378.

[30] L. Zhang, C. Steinmaus, D.A. Eastmond, X.K. Xin, M.T. Smith, Formaldehyde exposure and leukemia: a new meta-analysis and potential mechanisms, Mutat. Res. 681 (2009) 150–168.

[31] A. Duong, C. Steinmaus, C.M. McHale, C.P. Vaughan, L. Zhang, Reproductive and developmental toxicity of formaldehyde: a systematic review, Mutat. Res. 728 (2011) 118–138.

[32] S. Greenland, Meta-analysis, in: K. Rothman, S. Greenland (Eds.), Modern Epidemiology, Lippincott Raven, Philadelphia, 1998, pp. 643–673.

[33] D. Moher, A. Liberati, J. Tetzlaff, D.G. Altman, P. Group, Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement, PLoS Med. 6 (2009) e1000097.

[34] S.K. Hoar, A. Blair, F.F. Holmes, C.D. Boysen, R.J. Robel, R. Hoover, J.F. Fraumeni Jr., Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma, JAMA 256 (1986) 1141–1147.

[35] S.H. Zahm, D.D. Weisenburger, P.A. Babbitt, R.C. Saal, J.B. Vaught, K.P. Cantor, A. Blair, A case-control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) in eastern Nebraska, Epidemiology 1 (1990) 349–356.

[36] L. Kachuri, P.A. Demers, A. Blair, J.J. Spinelli, M. Pahwa, J.R. McLaughlin, P. Pahwa, J.A. Dosman, S.A. Harris, Multiple pesticide exposures and the risk of multiple myeloma in Canadian men, Int. J. Cancer 133 (2013) 1846–1858.

[37] W.J. Lee, K.P. Cantor, J.A. Berzofsky, S.H. Zahm, A. Blair, Non-Hodgkin's lymphoma among asthmatics exposed to pesticides, Int. J. Cancer 111 (2004) 298–302.

[38] K.P. Cantor, A. Blair, G. Everett, R. Gibson, L.F. Burmeister, L.M. Brown, L. Schuman, F.R. Dick, Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota, Cancer Res. 52 (1992) 2447–2455.

[39] L. Hardell, M. Eriksson, A case-control study of non-Hodgkin lymphoma and exposure to pesticides, Cancer 85 (1999) 1353–1360.

[40] M. Nordstrom, L. Hardell, A. Magnuson, H. Hagberg, A. Rask-Andersen, Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in a case-control study, Br. J. Cancer 77 (1998) 2048–2052.

[41] K. Hohenadel, S.A. Harris, J.R. McLaughlin, J.J. Spinelli, P. Pahwa, J.A. Dosman, P.A. Demers, A. Blair, Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces, Int. J. Environ. Res. Public Health 8 (2011) 2320–2330.

[42] P. Cocco, G. Satta, S. Dubois, C. Pili, M. Pilleri, M. Zucca, A.M. t Mannetje, N. Becker, Y. Benavente, S. de Sanjose, L. Foretova, A. Staines, M. Maynadie, A. Nieters, P. Brennan, L. Miligi, M.G. Ennas, P. Boffetta, Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study, Occup. Environ. Med. 70 (2013) 91–98.

[43] H.H. McDuffie, P. Pahwa, J.R. McLaughlin, J.J. Spinelli, S. Fincham, J.A. Dosman, D. Robson, L.F. Skinnider, N.W. Choi, Non-Hodgkin's Lymphoma And Specific

Pesticide Exposures In Men: Cross-Canada Study Of Pesticides And Health, Cancer Epidemiology, Biomarkers & Prevention: A Publication Of The American Association For Cancer Research, Cosponsored By The American Society Of Preventive Oncology 10 (2001), pp. 1155–1163.

[44] G. Wells, B. Shea, D. O'connell, J. Peterson, V. Welch, M. Losos, P. Tugwell, The Newcastle-Ottawa Scale (NOS) for Assessing the Quality of Nonrandomised Studies in Meta-Analyses, Ottawa Hospital Research Institute, Ottawa (ON, 2009 Available in March, (2016).

[45] J. Coble, K.W. Thomas, C.J. Hines, J.A. Hoppin, M. Dosemeci, B. Curwin, J.H. Lubin, L.E. Beane Freeman, A. Blair, D.P. Sandler, M.C. Alavanja, An updated algorithm for estimation of pesticide exposure intensity in the agricultural health study, Int. J. Environ. Res. Public Health 8 (2011) 4608–4622.

[46] M. Dosemeci, M.C. Alavanja, A.S. Rowland, D. Mage, S.H. Zahm, N. Rothman, J.H. Lubin, J.A. Hoppin, D.P. Sandler, A. Blair, A quantitative approach for estimating exposure to pesticides in the agricultural health study, Ann. Occup. Hyg. 46 (2002) 245–260.

[47] N.T.L. Torstensson, L.N. Lundgren, J. Stenstrom, Influence of climatic and edaphic factors on persistence of glyphosate and 2,4-D in Forest soils, Ecotox. Environ. Saf. 18 (1989) 230–239.

[48] L. Honer, Dissipation of Glyphosate and Aminomethylphosphonic Acid in Forestry Sites: Lab Project Number: MSL-9940; 993. Unpublished Study Prepared by Monsanto Agricultural Co. (1992) 555 pp. (Unpublished results).

[49] M.M. de Andrea, T.B. Peres, L.C. Luchini, S. Bazarin, S. Papini, M.B. Matallo, V.L.T. Savoy, Influence of repeated applications of glyphosate on its persistence and soil bioactivity, Pesqui Agropecu Bras 38 (2003) 1329–1335.

[50] C.M. McHale, G. Osborne, R. Morello-Frosch, A.G. Salmon, M.S. Sandy, G. Solomon, L. Zhang, M.T. Smith, L. Zeise, Assessing health risks from multiple environmental stressors: moving from GxE to IxE, Mutat. Res. 775 (2018) 11–20.

[51] R. DerSimonian, N. Laird, Meta-analysis in clinical trials, Control. Clin. Trials 7 (1986) 177–188.

[52] D. Petitti, Statistical Methods in Meta-Analysis, Meta-Analysis, Decision Analysis, and Cost-Effectiveness Analysis: Methods for Quantitative Synthesis in Medicine, Oxford University Press, New York, NY, 1994, pp. 94–118.

[53] C.B. Begg, M. Mazumdar, Operating characteristics of a rank correlation test for publication bias, Biometrics 50 (1994) 1088–1101.

[54] M. Egger, G. Davey Smith, M. Schneider, C. Minder, Bias in meta-analysis detected by a simple, graphical test, BMJ 315 (1997) 629–634.

[55] L. StataCorp, Stata Statistical Software: Release 15, College Station, TX (2017).

[56] Microsoft Corporation, Microsoft Excel Version 3, Redmond, Washington (2013).

[57] E. Dotan, C. Aggarwal, M.R. Smith, Impact of rituximab (Rituxan) on the treatment of B-cell non-Hodgkin's lymphoma, Pharm. Ther. 35 (3) (2010) 148.

[58] J.P. Ioannidis, Why most published research findings are false, PLoS Med. 2 (2005) e124.

[59] J.P. Ioannidis, Interpretation of tests of heterogeneity and bias in meta-analysis, J. Eval. Clin. Pract. 14 (2008) 951–957.

[60] S.L. Heltshe, J.H. Lubin, S. Koutros, J.B. Coble, B.T. Ji, M.C. Alavanja, A. Blair, D.P. Sandler, C.J. Hines, K.W. Thomas, J. Barker, G. Andreotti, J.A. Hoppin, L.E. Beane Freeman, Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the Agricultural Health Study, J. Exp. Sci. Environ. Epidemiol. 22 (2012) 409–416.

[61] R. Little, Regression with missing X's: a review, J. Am. Stat. Assoc. 87 (1992) 1227–1237.

[62] A. Gryparis, C.J. Paciorek, A. Zeka, J. Schwartz, B.A. Coull, Measurement error caused by spatial misalignment in environmental epidemiology, Biostatistics 10 (2009) 258–274.

[63] L. Sheppard, R.M. Shaffer, Re: glyphosate use and cancer incidence in the agricultural health study, J. Natl. Cancer Inst. 111 (2) (2019).

[64] G. Andreotti, J.H. Lubin, S. Koutros, J.N. Hofmann, D.P. Sandler, C.C. Lerro, C.G. Parks, D.T. Silverman, L.E. Beane Freeman, Response to Sheppard and Shaffer, J. Natl. Cancer Inst. 111 (2) (2019).

[65] M. Porta, A Dictionary of Epidemiology, Oxford University Press, 2008.

[66] B. Eberth, D. Olajide, P. Craig, A. Ludbrook, Smoking-related disease risk, area deprivation and health behaviours, J. Public Health 36 (2014) 72–80.

[67] N. Pearce, H. Checkoway, D. Kriebel, Bias in occupational epidemiology studies, Occup. Environ. Med. 64 (2007) 562–568.

[68] S.H. Swerdlow, E. Campo, S.A. Pileri, N.L. Harris, H. Stein, R. Siebert, R. Advani, M. Ghielmini, G.A. Salles, A.D. Zelenetz, E.S. Jaffe, The 2016 revision of the World Health Organization classification of lymphoid neoplasms, Blood 127 (2016) 2375–2390.

[69] D.D. Weisenburger, Pathological classification of non-Hodgkin's lymphoma for epidemiological studies, Cancer Res. 52 (1992) 5456s–5462s.

[70] D.D. Weisenburger, Epidemiology of non-Hodgkin's lymphoma: recent findings regarding an emerging epidemic, Ann. Oncol. 5 (Suppl. 1) (1994) 19–24.

[71] EFSA, European Food Safety Authority: EU Assessment of the Carcinogenic Potential of Glyphosate at FIFRA Scientific Advisory Panel on Carcinogenic Potential of Glyphosate, (2016).

[72] A. Knezevich, G. Hogan, A Chronic Feeding Study of Glyphosate (Roundup Technical) in Mice: Project No. 77-2061: Monsanto Report BDN-77-420. 1983 (Unpublished results), (2016).

[73] K. Sugimoto, HR-001: 18-Month Oral Oncogenicity Study in Mice. The Institute of Environmental Toxicology, Tokyo, Japan, Laboratory project ID IET 94-0151, Sankyo Co., Ltd., Tokyo, Japan, 1997 (Unpublished results).

[74] E. Wood, J. Dunster, P. Watson, P. Brooks, Dietary Carcinogenicity Study in the Mouse, Harlan Laboratories Limited, Shardlow, Derbyshire, England, UK, 2009, pp. 2060–20011 (Unpublished results).

[75] C. Atkinson, T. Martin, P. Hudson, D. Robb, Glyphosate: 104 Week Dietary

L. Zhang, et al.

*Mutation Research-Reviews in Mutation Research 781 (2019) 186–206*

Carcinogenicity Study in Mice. Inveresk Research International, Tranent, Scotland, UK, 2019 Submitted to WHO by Cheminova A/S, Lemvig, Denmark, (Unpublished results (Unpublished report No. 7793. IRI project No. 438618, dated 12 April 1991)).

[76] D. Kumar, Carcinogenicity Study with Glyphosate Technical in Swiss Albino Mice, Toxicology Department, Rallis Research Centre, Rallis India Limited, Bangalore, India. Data owner: Feinchemie Schwebda GmbH, 2019 Study no.: Toxi:1559.CARCI-M. 2001, (Unpublished results).

[77] M. Takahashi, Oral Feeding Carcinogenicity Study in Mice With AK-01, Nippon Experimental Medical Research Institute Co. Ltd., Agatsuma, Gunma, Japan, 1999 Technical project no. H-95056, 3303-58, Unpublished results.

[78] EPA, Guidelines for Carcinogen Risk Assessment, EPA'S Office of Pesticide Programs, United States Environmental Protection Agency, Washington, DC, 2005.

[79] J. Huff, M.F. Jacobson, D.L. Davis, The limits of two-year bioassay exposure regimens for identifying chemical carcinogens, Environ. Health Perspect. 116 (2008) 1439–1442.

[80] Q. Mao, F. Manservisi, S. Panzacchi, D. Mandrioli, I. Menghetti, A. Vornoli, L. Bua, L. Falcioni, C. Lesseur, J. Chen, F. Belpoggi, J. Hu, The Ramazzini Institute 13-week pilot study on glyphosate and Roundup administered at human-equivalent dose to Sprague Dawley rats: effects on the microbiome, Environ. Health Global Access. Sci. Sour. 17 (2018) 50.

[81] N.S. El-Shenawy, Oxidative stress responses of rats exposed to Roundup and its active ingredient glyphosate, Environ. Toxicol. Pharmacol. 28 (2009) 379–385.

[82] S. Richard, S. Moslemi, H. Sipahutar, N. Benachour, G.E. Seralini, Differential effects of glyphosate and roundup on human placental cells and aromatase, Environ. Health Perspect. 113 (2005) 716–720.

[83] L. Hu, D. Luo, T. Zhou, Y. Tao, J. Feng, S. Mei, The association between non-Hodgkin lymphoma and organophosphate pesticides exposure: a meta-analysis, Environ. Pollut. 231 (2017) 319–328.

[84] I. Kato, K.L. Koenig, R.E. Shore, M.S. Baptiste, P.P. Lillquist, G. Frizzera, J.S. Burke, H. Watanabe, Use of anti-inflammatory and non-narcotic analgesic drugs and risk of non-Hodgkin's lymphoma (NHL) (United States), Cancer Causes Control. CCC 13 (2002) 965–974.

[85] L. Costas, C. Infante-Rivard, J.P. Zock, M. Van Tongeren, P. Boffetta, A. Cusson, C. Robles, D. Casabonne, Y. Benavente, N. Becker, P. Brennan, L. Foretova, M. Maynadie, A. Staines, A. Nieters, P. Cocco, S. de Sanjose, Occupational exposure to endocrine disruptors and lymphoma risk in a multi-centric European study, Br. J. Cancer 112 (2015) 1251–1256.

[86] K.R. Shankland, J.O. Armitage, B.W. Hancock, Non-Hodgkin lymphoma, Lancet 380 (2012) 848–857.

[87] B.C. Chiu, A. Blair, Pesticides, chromosomal aberrations, and non-Hodgkin's lymphoma, J. Agromed. 14 (2009) 250–255.

[88] S. Rouland, P. Lebailly, Y. Lecluse, M. Briand, D. Pottier, P. Gauduchon, Characterization of the t(14;18) BCL2-IGH translocation in farmers occupationally exposed to pesticides, Cancer Res. 64 (2004) 2264–2269.

[89] A.M. Evens, K.A. Blum (Eds.), Non-Hodgkin Lymphoma: Pathology, Imaging, and Current Therapy, Vol. 165 Springer, 2015.

[90] Y. Aitbali, S. Ba-M'hamed, N. Elhidar, A. Nafis, N. Soraa, M. Bennis, Glyphosate based-herbicide exposure affects gut microbiota, anxiety and depression-like behaviors in mice, Neurotoxicol. Teratol. 67 (2018) 44–49.

[91] K. Nakashima, T. Yoshimura, H. Mori, M. Kawaguchi, S. Adachi, T. Nakao, F. Yamazaki, [Effects of pesticides on cytokines production by human peripheral blood mononuclear cells–fenitrothion and glyphosate], J. Toxicol. 15 (2001) 159–165.

[92] G.P. Donaldson, S.M. Lee, S.K. Mazmanian, Gut biogeography of the bacterial microbiota, nature reviews, Microbiology 14 (2016) 20–32.

[93] R.F. Schwabe, C. Jobin, The microbiome and cancer, nature reviews, Cancer 13 (2013) 800–812.

[94] H.D. Hosgood, M.J. Gunter, N. Murphy, T.E. Rohan, H.D. Strickler, The relation of obesity-related hormonal and cytokine levels with multiple myeloma and Non-Hodgkin lymphoma, Front. Oncol. 8 (2018) 103.

[95] J. Nardi, P.B. Moras, C. Koeppe, E. Dallegrave, M.B. Leal, L.G. Rossato-Grando, Prepubertal subchronic exposure to soy milk and glyphosate leads to endocrine disruption, Food Chem. Toxicol. Int. J. Publ. For. Br. Ind. Biol. Res. Assoc. 100 (2017) 247–252.

[96] R.M. Romano, M.A. Romano, M.M. Bernardi, P.V. Furtado, C.A. Oliveira, Prepubertal exposure to commercial formulation of the herbicide glyphosate alters testosterone levels and testicular morphology, Arch. Toxicol. 84 (2010) 309–317.

[97] A. Pandey, M. Rudraiah, Analysis of endocrine disruption effect of Roundup° in adrenal gland of male rats, Toxicol. Rep. 2 (2015) 1075–1085.

[98] G.A. Altamirano, M.B. Delcore, A.L. Gomez, P.I. Ingaramo, V.L. Bosquiazzo, E.H. Luque, M. Munoz-de-Toro, L. Kass, Postnatal exposure to a glyphosate-based herbicide modifies mammary gland growth and development in Wistar male rats, Food Chem. Toxicol. Int. J. Publ. For. Br. Ind. Biol. Res. Assoc. 118 (2018) 111–118.

[99] M.C. Perego, L.F. Schutz, F. Caloni, C. Cortinovis, M. Albonico, L.J. Spicer, Evidence for direct effects of glyphosate on ovarian function: glyphosate influences steroidogenesis and proliferation of bovine granulosa but not theca cells in vitro, J. Appl. Toxicol. JAT 37 (2017) 692–698.

[100] C. Bolognesi, S. Bonatti, P. Degan, E. Gallerani, M. Peluso, R. Rabboni, P. Roggieri, A. Abbondandolo, Genotoxic activity of glyphosate and its technical formulation roundup, J. Agric. Food Chem. 45 (1997) 1957–1962.

[101] E. Wozniak, P. Sicinska, J. Michalowicz, K. Wozniak, E. Reszka, B. Huras, J. Zakrzewski, B. Bukowska, The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells -

genotoxic risk assessement, Food Chem. Toxicol. Int. J. Publ. For. Br. Ind. Biol. Res. Assoc. (2018).

[102] K. Suarez-Larios, A.M. Salazar-Martinez, R. Montero-Montoya, Screening of pesticides with the potential of inducing DSB and successive recombinational repair, J. Toxicol. 2017 (2017) 3574840.

[103] C. Paz-y-Mino, M.E. Sanchez, M. Arevalo, M.J. Munoz, T. Witte, G.O. De-La-Carrera, P.E. Leone, Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate, Genet. Mol. Biol. 30 (2007) 456–460.

[104] M. Milic, S. Zunec, V. Micek, V. Kasuba, A. Mikolic, B.T. Lovakovic, T.Z. Semren, I. Pavicic, A.M.M. Cermak, A. Pizent, A.L. Vrdoljak, R. Valencia-Quintana, J. Sanchez-Alarcon, D. Zeljezic, Oxidative stress, cholinesterase activity, and DNA damage in the liver, whole blood, and plasma of Wistar rats following a 28-day exposure to glyphosate, Arhiv za higijenu rada i toksikologiju 69 (2018) 154–168.

[105] C. Bolognesi, G. Carrasquilla, S. Volpi, K.R. Solomon, E.J. Marshall, Biomonitoring of genotoxic risk in agricultural workers from five colombian regions: association to occupational exposure to glyphosate, J. Toxicol. Environ. Health Part. A 72 (2009) 986–997.

[106] V.J. Koller, M. Furhacker, A. Nersesyan, M. Misik, M. Eisenbauer, S. Knasmueller, Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells, Arch. Toxicol. 86 (2012) 805–813.

[107] T. Suresh, Mutagenicity – Micronucleus Test in Swiss Albino Mice, Rallis India Limited, Bangalore, India, 2019 Study no. TOXI:889-MUT-CH.MN, dated 6 May 1993. Sponsor: M/s Feinchemie Schwebda GmbH, Schwebda, Germany, (Unpublished results).

[108] H. Rodrigues, N. Penha-Silva, M. deAraujo, H. Nishijo, T.A. Aversi-Ferreira, Effects of Roundup° pesticide on the stability of human erythrocyte membranes and micronuclei frequency in bone marrow cells of Swiss mice, Open. Biol. J. 4 (2011) 54–59.

[109] S. Prasad, S. Srivastava, M. Singh, Y. Shukla, Clastogenic effects of glyphosate in bone marrow cells of swiss albino mice, J. Toxicol. (2009) 6, https://doi.org/10.1155/2009/308985 Article ID 308985.

[110] S.M. Amer, F.A.E. Aly, A.A. Farghaly, I. AAE, In vitro and in vivo evaluation of the genotoxicity of the herbicide glyphosate in mice, Bull. Natl. Res. Centre 31 (2006) 427–446.

[111] C. Ghisi Nde, E.C. de Oliveira, A.J. Prioli, Does exposure to glyphosate lead to an increase in the micronuclei frequency? A systematic and meta-analytic review, Chemosphere 145 (2016) 42–54.

[112] M.B. Lioi, M.R. Scarfi, A. Santoro, R. Barbieri, O. Zeni, D. Di Berardino, M.V. Ursini, Genotoxicity and oxidative stress induced by pesticide exposure in bovine lymphocyte cultures in vitro, Mutat. Res. 403 (1998) 13–20.

[113] C. Paz-y-Mino, M.J. Munoz, A. Maldonado, C. Valladares, N. Cumbal, C. Herrera, P. Robles, M.E. Sanchez, A. Lopez-Cortes, Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border, Rev. Environ. Health 26 (2011) 45–51.

[114] K. Sivikova, J. Dianovsky, Cytogenetic effect of technical glyphosate on cultivated bovine peripheral lymphocytes, Int. J. Hyg. Environ. Health 209 (2006) 15–20.

[115] B.D. Dimitrov, P.G. Gadeva, D.K. Benova, M.V. Bineva, Comparative genotoxicity of the herbicides Roundup, stomp and reglone in plant and mammalian test systems, Mutagenesis 21 (2006) 375–382.

[116] J. Rank, A.G. Jensen, B. Skov, L.H. Pedersen, K. Jensen, Genotoxicity testing of the herbicide Roundup and its active ingredient glyphosate isopropylamine using the mouse bone marrow micronucleus test, Salmonella mutagenicity test, and Allium anaphase-telophase test, Mutat. Res. 300 (1993) 29–36.

[117] C.K. Grisolia, A comparison between mouse and fish micronucleus test using cyclophosphamide, mitomycin C and various pesticides, Mutat. Res. 518 (2002) 145–150.

[118] H. Hollert, T. Beckhaus, Some food for thought: a short comment on Charles Benbrook's paper "How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?" And its implications, Environ. Sci. Eur. (2019) 3.

[119] C.M. Benbrook, How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides? Environ. Sci. Eur. 31 (1) (2019) 2.

[120] M. Astiz, M.J. de Alaniz, C.A. Marra, Antioxidant defense system in rats simultaneously intoxicated with agrochemicals, Environ. Toxicol. Pharmacol. 28 (2009) 465–473.

[121] C. Elie-Caille, C. Heu, C. Guyon, L. Nicod, Morphological damages of a glyphosate-treated human keratinocyte cell line revealed by a micro- to nanoscale microscopic investigation, Cell Biol. Toxicol. 26 (2010) 331–339.

[122] A. Gehin, Y.C. Guillaume, J. Millet, C. Guyon, L. Nicod, Vitamins C and E reverse effect of herbicide-induced toxicity on human epidermal cells HaCaT: a biochemometric approach, Int. J. Pharm. 288 (2005) 219–226.

[123] J. George, Y. Shukla, Emptying of intracellular calcium Pool and oxidative stress imbalance are associated with the glyphosate-induced proliferation in human skin keratinocytes HaCaT cells, ISRN Dermatol. (2013) 825180.

[124] J. George, S. Prasad, Z. Mahmood, Y. Shukla, Studies on glyphosate-induced carcinogenicity in mouse skin: a proteomic approach, J. Proteomics 73 (2010) 951–964.

[125] A. Blair, R. Tarone, D. Sandler, C.F. Lynch, A. Rowland, W. Wintersteen, W.C. Steen, C. Samanic, M. Dosemeci, M.C. Alavanja, Reliability of reporting on life-style and agricultural factors by a sample of participants in the agricultural health study from Iowa, Epidemiology 13 (2002) 94–99.

[126] K.Z. Guyton, I. Rusyn, W.A. Chiu, et al., Application of the key characteristics of carcinogens in cancer hazard identification, Carcinogenesis 39 (4) (2018) 614–622.