## EXHIBIT E

August 28, 2022

Danae N. Benton
Senior Attorney
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711

**Re:** *Angelo Bulone v. Monsanto (Case No. 3:16-md-02741-VC)*

Dear Ms. Benton,

     Thank you for the opportunity to review the confidential materials involving the case of Mr. Angelo Bulone *v.* Monsanto, and to offer my expert opinion as you requested as it applies to specific causation related to his Roundup exposure and the development of his B-cell chronic lymphocytic leukemia (CLL). In this regard, I have reviewed the records you provided, including outpatient and inpatient encounter notes from his medical doctors, his plaintiff fact sheet. At the time of this report, my understanding is that a general causation report from the Plaintiff's toxicology expert is in preparation. Therefore, my opinions at this time are dependent on Mr. Bulone's reported exposures and the assumption that the toxicologist's analysis of Mr. Bulone's Roundup exposure is substantial (i.e within the exposures reported in epidemiologic studies list in this report) and not confounded by other possible exposures. Should this assumption be incorrect, I will have to reassess my conclusion regarding specific causation in this report.

## 1. <u>Introduction</u>

     As you are aware, I have no personal or professional relationship with the plaintiff or defendant involved in this case, and I have no conflicts of interest to report. I have never had any litigation brought upon me in either a personal or professional manner, disciplined professionally, or had my license suspended. Please see below as well as my attached CV for details regarding my background. As is customary, my time has been compensated by your law firm for preparing this report (see section 8), however the opinions expressed herein are based on my objective review of the case records and my compensation is not dependent on the outcome of this case. I have no stake in the outcome of the legal proceedings surrounding this case, and I am not aware of the details of any damages you and your client are seeking. Details of my prior deposition testimony can be found in section 8 below.

     The following report summarizes my background and qualifications to serve as an expert witness in this case, as well as the methodology, factual review, and opinions expressed in this case. All the opinions are expressed to a reasonable degree of scientific and medical certainty. The opinions expressed herein are solely my own and do not represent those of my employer, NYU Langone Health, nor do they reflect professional advice that may transpire between me and my patients during routine clinical practice; these opinions are restricted to the facts of the case of Mr. Angelo Bulone. Also please note that as required by my academic institution, I must disclose my participation and compensation as an expert witness. I also reserve the right to amend, supplement, or revise the opinions contained in this report and to offer additional opinions should new information become available to me, as well as to respond to the opinions and testimonies of Monsanto's experts.

## 2. <u>Background</u>

1

I am a physician duly licensed to practice medicine in the State of New York (license number 266441).  I attended Brooklyn College on a full-tuition scholarship, where I earned a B.S. in biology and performed research on cell division in yeast. I next spent a year as a post-baccalaureate fellow in the National Institutes of Health Academy studying the nephrotoxic effects of chemotherapy. I then received my M.D. and Ph.D. degrees from SUNY Downstate Medical Center, completed an internal medicine residency at Northwell Health, and did my adult hematology/oncology fellowship training at NYU Langone Medical Center. I am triple board certified by the American Board of Internal Medicine in the areas of internal medicine, hematology, and medical oncology. I have a graduate degree in molecular and cellular biology, having defended a thesis project involving the molecular biology of the bone marrow microenvironment of the blood cancer multiple myeloma, a cancer of mature B cells called plasma cells. My thesis worked was awarded the prestigious Robert F. Furchgott Award for distinction in graduate research.

I am currently Assistant Professor of Medicine at NYU Langone Hospital—Long Island, NYU Perlmutter Cancer Center, part of NYU Langone Health. I serve as Program Director of our hematology/oncology fellowship training program, where I have taught numerous medical students, residents, and fellows on the management of B-cell malignancies and related disorders. I have served in this position for more than 5 years, and prior to this was a fellow at NYU Langone Medical Center, an institution which has consistently ranked among the top 10 medical schools in the nation. In my current role, I also serve on the committee that led to the inception of the NYU Long Island School of Medicine in 2018, and am course Co-Director of the Hematology organ system block for the medical school. I have received multiple awards for Teacher of the Year from my fellowship program. In line with my role as an educator, I was selected by the American Society of Hematology (ASH) to be part of the ASH Medical Educators Institute as well as to serve on the ASH Committee on Educational Affairs. I also serve on the Committee on Education for the American Society for Transplant and Cellular Therapy (ASTCT). I am actively involved in professional societies and am a member of ASH, serving as a junior grant reviewer, American Society of Clinical Oncology, where I volunteer on several committees as shown in my CV, ASTCT, American College of Physicians, where I co-chair on the Early Career Taskforce, and the New York Academy of Medicine.

My clinical and research focus is on B-cell malignancies, specifically B-cell lymphomas, plasma cell dyscrasias, and related disorders, which comprise most of my clinical practice. I am also part of the Blood and Marrow Transplant team at NYU Perlmutter Cancer Center and am involved in hematopoietic stem cell transplantations for both lymphomas and multiple myeloma. I have clinical experience in diagnosing and treating non-Hodgkin lymphomas (NHL), including commons histologic subtypes such as diffuse large B-cell lymphoma (DLBCL) and follicular lymphoma (FL), and chronic lymphomas such as small lymphocytic lymphoma (SLL) and CLL, as well as less common subtypes. I work with an inter-professional team along with other experts in lymphoma and multiple myeloma, nurses, advanced practice practitioners, social workers, and other support staff, and am generally familiar with their scope of practice. My research career is aimed at furthering the understanding of blood cancers and improving treatment approaches, as well as advancing medical education. I am principal investigator on several clinical trials in multiple myeloma and lymphoma, and have original publications, abstracts/presentations, and reviews in this field, as shown in my CV. In my personal time I volunteer as Vice-Chair of the Long Island chapter of the Leukemia and Lymphoma Society, in which I engage in the scientific and philanthropic mission of the organization. Additional information on my background, including publications, is provided in my attached CV.

## 3. Expert Qualifications and Methodology

Based on my background, training, and clinical and research experience, for this case review I present myself as an expert in medical oncology and hematologic malignancies, as well as in related applications of molecular and cellular biology, in which I have also earned a doctoral degree. Expertise in these areas entails detailed knowledge and understanding of the pathogenesis, causes, and mechanisms of cancer, including hematologic malignancies, as well as the clinical diagnosis, staging, prognosis, treatment, supportive care, and surveillance related to these diseases.

Hematology and medical oncology, in which I am board certified, are subspecialities of internal medicine which require training in the biological, chemical, and physical causes of cancer involving solid organs, blood, bone marrow, and the lymphatic system. With respect to the present case review, my research background and clinical practice involved in the management of B-cell malignancies, including NHL, and in particular, my expertise in reviewing the literature, support my ability to serve as an expert witness. In reaching my conclusions, I have reviewed and relied upon several sources of information, including published research articles, textbooks, as well as my background and experience in hematology, medical oncology, and molecular and cellular biology. I submit that my background and experience, as well as familiarity and expertise in evaluating the medical literature, support my ability to serve as an expert witness in this legal matter.

To determine whether a causal relationship exists between exposure to Roundup and CLL, I have reviewed the substantial medical literature, including primary literature and reviews accessible from the National Library of Medicine and textbooks where referenced, examining the association between exposure to Roundup, a glyphosate-based formulation as discussed in section 6. In reaching my opinions, I employed my background in interpretation of scientific literature, scientific methodology, as well as understanding of medical history taking and medical decision making, hematologic malignancies, and molecular and cellular biology. Where

## 4. Materials Provided for Review

For this review, I was provided the following records and materials:

- Plaintiff fact sheet completed by Mr. Bulone, dated October 3, 2021
- UNC Health outpatient oncology records 2015-2021
- Outpatient records from Regional Hematology Associates from 1998-2014
- Outpatient records from Palmetto Primary Care Physicians from 2015-2021
- Outpatient records from Duke Health from 1997-2013
- Tidelands Georgetown Oncology Health outpatient records from 2012-2020
- Deposition transcript of Angelo Bulone, dated November 29, 2021
- Deposition transcript of Carol Bulone, dated March 9, 2022

## 5. Factual Case Review

Based on my review of the above records, Mr. Bulone, born August 31, 1941, is a Caucasian male who has a history of enlarged prostate, hypertension, former smoker from 1954-1988 (2.5 packs/day, for 34 years, quit in 1985), stage 1 left glottis squamous cell carcinoma diagnosed July 2017 treated with radiation, and CLL incidentally diagnosed in 1994 at age 52 after presenting with an elevated white blood cell count. Regarding his CLL, he received 6 cycles of chemotherapy (fludarabine) from February to August 1996. He was seen at Duke Health for a second opinion for stem cell transplant, but did not undergo the procedure. About 10 years later he underwent splenectomy for an enlarged spleen, related to CLL, leading to red blood cell hemolysis. His CLL recurred in 2011 and he underwent treatment with rituximab (immune therapy) and bendamustine (chemotherapy). In 2011 he was noted to have multiple

3

infections (pneumonia and flu) and received periodic treatments with intravenous immunoglobulin (IVIG) since then for immunocompromise due to his CLL and its treatment. In 2015 he was treated again with rituximab for an uptrending white blood cell count related to CLL. He then had disease progression on colonoscopy in November 2015 showing CLL in the colon wall, and started an oral medication called ibrutinib to treat his CLL, on which he remains.

In terms of his family history, his mother had lung cancer, father had hepatitis C, and sister had breast cancer. He was in the Navy in 1958-1962 and fueled jet aircraft with some jet fuel spray on his skin. He previously worked several jobs including in construction (building houses in South Carolina), in automotive sales, teaching at Costal Carolina University, and an exterminator. He denied toxic exposures during his work experiences.

Pertinent to this matter, regarding his Roundup exposure, per his deposition transcript, he started using Roundup Grass and Weed Killer it in South Carolina in 1983 intermittently mid-1983 to 1988. Then he reported using it on average at least 5 days per week and approximately 1.5 to 3 hours a day between 1988 to 1991 around his golf course in Georgetown, SC. He then continued to use Roundup from 1991 to 2019 outside his residence in West Hempstead, NY, though he was not certain he used Roundup specifically during this time. He used the spray form with a hose and wand. He did not wear specific protective gear while using Roundup, sometimes feeling the spray return on his skin.

## 6. Case Discussion and Opinions

1) Chronic lymphocytic leukemia (CLL)

The approach to cancer assessment includes attention to diagnosis, staging, prognostication, treatment, and surveillance. Mr. Bulone's diagnosis was confirmed as CLL in 1994. CLL is considered by the World Health Organization (WHO) to be a type of lymphoid cancer since it derives from a B cell, similar to other non-Hodgkin lymphomas (NHL).[1] Though the term "leukemia" may be confusing, CLL behaves similarly to its NHL counterpart called small lymphocytic lymphoma (SLL), with the caveat that in CLL, the malignant B cells can also be found in circulation, hence the term "leukemia".[2] SLL/CLL typically behaves as an indolent (slow growing) NHL that accounts for 1.1% of all new cancer diagnoses and about 5% of all NHL.[3] The median age of diagnosis is 70, and the median age of death is 82, with a 5-year survival rate of 88%.[2] There are racial differences in the incidence of CLL, with Caucasians having higher rates that other races.[3] In terms of geographic distribution, NHL is more common in industrialized nations, and in the United States, new cases are most incident in California, followed by Florida, New York, Texas, and Pennsylvania.[4]

NHL is thought to arise from maturation arrest and multistep malignant transformation of mature B cells in the germinal center of a lymph node, an area of the body where immune cells such as a B and T cells ordinary gear up to fight infections. B cells are humoral immune cells that normally travel from the bone marrow to the lymph nodes through lymphatic channels in order to become more mature and capable of producing antibodies that mount an immune response against specific infections.[5] Either a blood sample or lymph node biopsy is required to make the diagnosis of CLL. While CLL is most commonly found in blood, it can also occur in lymph nodes, the bone marrow, bone, as well as extra-nodal sites such as the liver or spleen.

To make sense of the many subtypes of NHL, they can generally be grouped into difficult categories than include indolent (i.e. slowly growing) or aggressive (i.e. faster growing) types. SLL/CLL is an indolent type of NHL that always requires treatment in some instances, for example due to rising white blood cell count, reduction of other blood cell counts, or other issues such as symptoms arising from an

4

enlarging spleen.[2] The terminology distinguishing these subtypes of NHL and their diagnostic criteria are derived from the 2016 World Health Organization (WHO) classification of tumors of hematopoietic and lymphoid tissue.[1]

2)   Prognosis and Treatment

Prognosis in oncology, which is the ability to predict an outcome such as time to relapse (i.e. progression-free survival, PFS) or time to death (i.e. overall survival, OS) is typically based on prognostic scoring systems derived from population-based data to produce estimates, often expressed as median values, that can be applied to individual patients. Prognostic estimates are not meant to pinpoint the exact time when a patient will have a prognostic event, but rather provide an expectation for the typical course of a disease. As such, some patients can have either a shorter or longer survival than estimated by prognostic measures. These prognostic systems are expected to evolve over time, and prognosis can improve more drastically as revolutionary discoveries regarding pathogenesis, detection, and/or treatment occur. Prognosis in CLL has evolved substantially since the time of Mr. Bulone's initial diagnosis in 1994 and includes genetic markers that were not available at the time.[2] The survival of CLL in general is between 2 to 20 years, with a median of 10 years, and this has improved with the introduction of novel agents such as ibrutinib.[6] Fortunately Mr. Bulone has surpassed the median survival. The necessity of his intermittent treatments to date is typical, as CLL often has a relapsing and remitting course.[2]

3)   Complications of Mr. Bulone's CLL and its treatment

Both CLL and its treatment can produce complications, including psychological distress, physical symptoms such as fatigue or pain, immunocompromise, infections, and reduced quality of life. Mr. Bulone experience several of these symptoms including stress related to his CLL diagnosis, infections associated with immunocompromise, and enlarged spleen requiring splenectomy.

4)   Exposures

Mr. Bulone had exposure to jet fuel during his time in the Navy. He has an 85-pack-year cigarette smoking history. His Roundup exposure has been over a 36 year period, with exposure through skin and possibly inhaled product, beginning more than 10 years prior to his CLL diagnosis. He also used Viper Insecticide Concentrate every weekday between 2000-2010 during his work as an exterminator. As noted above, an expert toxicology assessment remains ongoing and is anticipated to provide a more thorough analysis of Mr. Bulone's Roundup exposure, however by my assessment his exposure has been well beyond any of the metrics used in epidemiologic studies examining NHL and Roundup.

5)   Etiology and risk factors for the development of CLL

(a)   General risk factors

In general, cancer is caused by inherited or acquired defects, most often originating in DNA, resulting in one or more mutations that lead a normal cell to develop a proliferative advantage and/or arrest of its normal development, leading to organ dysfunction. DNA is the genetic material within each cell that regulates the biological functions of that cell, and ultimately that tissue/organ in which the cell exists. In hematologic malignancies such as CLL, organ dysfunction can manifest in the form of bone marrow compromise and resultant alterations in normal blood counts, organ enlargement, immunocompromise and increased risk for infections, systemic inflammation with constitutional symptoms, such as fevers, night sweats, and/or weight loss, or symptoms related to the anatomic location(s) of the lymphoma.

5

The etiology of lymphoma includes a heterogeneity of risk factors by subtype.[7] Recognized risk factors for the development of NHL include age over 65, male gender, white ethnicity, obesity, geographic location, inherited or acquired immunodeficiency, certain autoimmune disorders, specific infections (e.g. HIV), prior chemotherapy, certain medications such as immunosuppressants, occupational or environmental exposures, such as benzene, tobacco smoke, radiation exposure, and a family history of hematologic malignancy.[8]

Genes that promote cancer development are called oncogenes, and those that suppress cancers are called tumor suppressor genes. Cancer often results from mutations in these genes that result in either over-expression of an oncogene, reduced expression of a tumor suppressor genes, or both. While most cancers are acquired, inherited or familial cancer syndromes are typically related to mutations in these genes. CLL does not occur with a familial pattern outside of rare hereditary syndromes that includes additional cancer types.[9] As such, it is not surprising that Mr. Bulone reported no family history of hematologic malignancies. He does not have family history suggestive of a familial pattern of CLL. Unlike other malignancies, such as colon cancer, there are no screening test or preventive measures at present to circumvent the development of CLL.

(b) Age, Race, and Geography

The median age at diagnosis of CLL is 70 years with a Caucasian predominance.[3] Mr. Bulone was initially diagnosed at age 52, more than 10 years after his initial Roundup use. In terms of geographic distribution, NHL is more common in industrialized nations like the United States, a new cases are most incident in California, and Pennsylvania is also among locations with higher incidence in the United States.[4, 10] Factors to accounts for differences in the geographic distribution of NHL are uncertain but may include lifestyle, exposures such as infections, and ethnic differences.[10]

(c) Jet Fuel

The carcinogenicity of components of jet and diesel fuel has been assessed by various investigators including authoritative bodies such as the International Agency for Research on Cancer (IARC).[11] IARC deemed 7 of 10 components of diesel-engine and gasoline-engine exhaust as Group 2B classification (possibly carcinogenic to humans). Evidence for genotoxicity led to an upgrade of 3-nitrobenzanthrone to Group 2B, and similar findings in human cells led to an upgrade of 1-nitropyrene and 6-nitrochrysene to Group 2A (probably carcinogenic to humans).[12] Population-based studies on effects of residential exposure to airport emissions have shown an increase in incidence of NHL, however the majority of studies of jet fuel and cancer point more toward an association with carcinomas rather than lymphomas.[13]

(d) Viper Insecticide

Mr. Bulone reported skin exposure to jet fuel during his 4 years in the Navy. Per the package insert to Viper Insecticide, a component of this solution called Naphthalene is considered Group 2B by IARC,[14] though not necessary NHL.[15]

(e) Smoking

Mr. Bulone had a substantial smoking history over 34 years and quit in 1985. Considering that cigarette smoking contributes to many cancers, such as lung and pancreatic cancer, one might instinctively attribute tobacco smoking to the development of NHL, however cigarette smoking

6

appears to have little to no strong association with B-cell NHL.[16, 17] A meta-analysis of 50 studies reported that smoking was potentially associated with a higher risk NHL, primarily T-cell NHL.[18] In addition, while second-hand exposure to tobacco smoke is not associated with NHL overall, in one study it was associated with a lower risk of diffuse large B cell lymphoma (DLBCL), the most common type of NHL.[19]

(f)  Lymphoma associated with Roundup

Regarding the specific association between Roundup and NHL, below I will highlight those aspects which would be of relevance to clinicians, notably medical oncologists and hematologists caring for patients with NHL. I have performed a review of the medical literature on this topic, however this report is not meant to be an exhaustive review of the literature related to pesticides and cancer, but will focus primarily on the associated with glyphosate and glyphosate-based formulations (GBFs) and NHL, the strongest evidence to date being associated with DLBCL. It should be noted that there are conflicting reports in the literature regarding the association of NHL and GBFs, due to differences in terms of the sponsoring organization, strength of the data, experimental approach, including the length of follow up time between exposure and NHL diagnosis (i.e. latency), and the breadth of studies included in combined analyses.[20] However, my opinion is that there is sufficient evidence for causation between GBFs and NHL. Causation here can be defined as an exposure leading an individual to be diagnosed with a disease that developed due to the contribution of an exposure. This has been shown in animal and cellular models, as well in human epidemiologic studies specifically looking at NHL, as described below.

Mutagenic chemical exposure can have multiple genotoxic and pathogenic effects on cells, particularly blood cells such as B-cells, since these are cells that are normally proliferative and, during their normal physiologic development, undergo DNA rearrangement as noted above. This process can lead to abnormal mutations and can be precipitated by exposure to mutagens.[21] In additional to producing mutations, mutagenic exposures can directly enhance cell replication and survival, further promoting the neoplastic process and potentially inciting malignancy.[22] Repeated exposure to such agents can be cumulative and increase the risk of evolution of sequential cellular changes, ultimately leading to tumor progression and malignancy, such as CLL.[23]

The most direct way to determine if a substance is a carcinogen in humans is to purposefully expose individuals to a substance and observe whether they develop cancer, which obviously is grossly unethical. Of note, even under those hypothetical circumstances, one would have to test the substance on a large enough sample size, and wait for a certain length of time from the exposure (i.e. latency period), in order to have the statistical power to prove that the outcome (i.e. cancer) was related to the exposure and not due to chance. This is especially true because carcinogens may have different latency periods and not lead to cancer development at the same time in all exposed individuals. Practically, scientists use models such as cell cultures or animal models to test the carcinogenic effect of a substance, or they rely on epidemiologic data compiled from human populations who were exposed. The following sections discuss the data linking Roundup to lymphoma based on mechanistic, animal, and epidemiological data, and I will subsequently discuss the evidence to determine whether Roundup is a causal factor for the development of Mr. Bulone's NHL.[24, 25]

(g)  Carcinogenic properties of glyphosate

7

Glyphosate is the active ingredient in Roundup, and has undergone multiple scientific investigations to determine its mechanism and activity.[23, 26] Glyphosate acts as a broad-spectrum herbicide by inhibiting 5-enolpyruvoylshikimate 3-phosphate (EPSP) synthase, an enzyme specific to plants and microorganisms that interferes with amino acid (i.e. nutrient) use, preventing them from growing and reproducing. It was first identified as an herbicide by Monsanto chemist John Franz in the early 1970s and distributed for weed control in 1974.[27] The use of glyphosate and glyphosate-based formulations (GBFs) in residential and commercial agriculture has expanded since then, including on genetically-modified plants that are insensitive to glyphosate, and is the most frequently used herbicide worldwide.[28] In addition to glyphosate, GBFs such as Roundup include a proprietary mix of surfactants, adjuvants, and co-formulants that increase absorption in soil, but can also increase absorption in skin or by inhalation.[23] Absorption through human skin into blood can occur in up to 24 hours after exposure to glyphosate through either intact or damaged skin.[29, 30] One reason for conflicting reports in the literature regarding studies of Roundup genotoxicity if whether they were done purely with glyphosate (i.e. technical glyphosate) or GBFs that contain agents that increase absorption and toxicity.[31]

Exposure to glyphosate or GBFs can occur in the air from the spray form, in water, in food, or exposure when in close contact in residential areas where it is used in spray form. Biomonitoring of farmers showed that 60% had detectable levels of glyphosates in their urine on the day of application, and five times higher if gloves were not worn.[32] In a recent pilot study of 12 volunteers mixed and continuously spray-applied 16.3 gallons of a 0.96% glyphosate-containing solution for 100 min using a backpack sprayer, urinary glyphosate and total effective glyphosate levels were higher in the dermal exposure group than the inhalation exposure group, peaked within 6-hr following application.[33] Thus, individuals who apply GBFs can have significant biological exposures, leading to systemic uptake via blood absorption, and after damage to various organs, eventually undergo urinary elimination.

Mechanistic studies done in cellular or animal models have been important in demonstrating that glyphosate and GBFs are genotoxic to human lymphocytes, which are the normal counterpart of the cells that become cancerous in NHL.[23, 34] While these models are not equivalent to human metabolism, they are accepted tests to determine carcinogenicity. As such, IARC, a part of the World Health Organization (WHO), an authoritative body for the evaluation of carcinogenic hazards to humans, concluded in 2015 and published in 2017 after extensive assessment of available studies, that GBFs are probably (i.e. more likely than not) carcinogenic to humans (group 2A of 3, meaning "probably carcinogenic to humans"), primarily for NHL.[23] For example, a study in vitro (in a cell culture) of glyphosate showed a dose-dependent increase in chromosomal alterations compared with unexposed controls in lymphocytes, most likely because of oxidative stress and the generation of reactive oxygen species that are genotoxic.[35] Another study showed a significant increase in DNA helix breaks in human lymphocytes similar to those seen in human NHL, even when exposed to low doses of glyphosate (2.0 μM), with a significant dose-response effect.[21] Additional mechanistic studies can be found in the IARC monograph.[23] These results demonstrate that glyphosate is genotoxic to human lymphocytes and have important epigenetic effects, even at low doses in some studies.

Animal models are often used as a surrogate for human exposure in order to determine carcinogenic properties of a substance, and are routinely used in preclinical studies to test the efficacy cancer drugs. Though these animal models are not a substitute for human studies, they offer valuable mechanistic data and are widely accepted as a scientifically valid approach to study the analogous effects of substances in humans. Data from animals studies in rats and mice have shown a carcinogenic potential for glyphosate and that that it causes NHL in mice.[36] A 2021 systematic

review of 443 articles published between 1995 and 2020 on glyphosate, demonstrated that the most frequently observed effects of GBFs were endocrine disorders, oxidative stress, genotoxicity, and cytotoxicity, which can effect lymphocytes.[37]

a. Epidemiological studies in human linking glyphosate to lymphoma

Epidemiological studies are used to capture data in humans order to make associations with conditions that are likely to occur due to exposures such as GBFs in large populations. Numerous epidemiologic studies of the relationship of glyphosate exposure to cancer in humans have been reported, and epidemiologic studies provide ample evidence for an association between exposure to GBFs and an increased risk of NHL.

Case-control epidemiologic studies compare an exposed group to a control or unexposed group. These studies are not only hypothesis-generating, but also offer evidence to support causality between GBFs and NHL, as further data emerge. Among the 6 case-control of GBFs shown in Table 1 below, 5 showed an increased odds ratio, or likelihood, for NHL compared to controls. The one study that did not have an increased odds ratio had limited statistical power to make conclusions. These case-control studies were performed by experienced epidemiologists using widely accepted study designs and methods, and were published in peer-reviewed journals. For example, the North American Pooled Project (NAPP) study in 2019 of glyphosate use and NHL was also published and demonstrated that glyphosate exposure for greater than 2 days per year resulted in a significant 2-fold increased risk for the development of NHL (OR, 2.14; 95% CI, 1.07- 4.28).[38] However, due to the different methodologic approaches, attempts to combine these studies in systematic analyses have not consistently proved conclusive regarding the association of Roundup to NHL, particularly when cancer types other than NHL are included,[39] compared to when stratifying the data to specifically assess NHL.[40]

Table 1. Epidemiologic Case-Control Studies of NHL and GBFs from Reference [26]

| | Reference/Location/ Time | Population Studied | Exposure Category | Exposed Cases | Risk Estimates (95% CI) | Covariants Controlled | Comments |
|---|---|---|---|---|---|---|---|
| 1. | McDuffie et al.[36] Canada 1991-1994 | 517 cases 1506 controls | Exposed ≤ 2 days/year > 2 days/year | 051 028 023 | 1.20 (0.83-1.74)* 1.0 (0.63-1.57) **2.12 (1.2-3.73)** | Age, province of residence | Cross-Canada study; *adjusted for significant medical variables |
| 2. | Hardell et al.[37] Sweden 1987-1992 | 515 cases 1411 controls | Exposed Univariate Multivariate | 08 008 | **3.04 (1.08-8.52)** 1.85 (0.55-6.20)* | Age, county, study site, vital status | *Adjusted for other herbicides; limited statistical power |
| 3. | De Roos et al.[38] Midwest USA 1979-1986 | 650 cases 1933 controls | Exposed | 036 | **2.1 (1.1-4.0)*** | Age, study site | *Adjusted for other pesticides |
| 4. | Eriksson et al.[39] Sweden 1999-2002 | 910 cases 1016 controls | Exposed ≤ 10 days > 10 days | 029 029 012 017 | **2.02 (1.1-3.71)** 1.51 (0.77-2.94)* 1.69 (0.70-4.07) **2.36 (1.04-5.37)** | Age, sex, year of enrollment | *Adjusted for other pesticides; odds ratios also increased for all NHL subtypes |
| 5. | Orsi et al.[40] France 2000-2004 | 244 cases 454 controls | Exposed | 012 | 1.00 (0.5-2.20) | Age, site, socioeconomic category | Limited statistical power; odds ratios increased for some NHL subtypes |
| 6. | Cocco et al.[41] Europe 1998-2004 | 2348 cases 2462 controls | Exposed | 004 | 3.10 (0.6-17.1)* | Age, sex, site, education | Six countries; *B-cell NHL; limited statistical power |

Abbreviations: CI = confidence interval; NHL = non-Hodgkin lymphoma.

References in above Table 1 are shown in  the reference section 10 below as: 36 above: [41], 37 above: [42], 38 above: [43], 39 above: [44],40 above: [45], 41 above: [46].

9

The carcinogenic effects of glyphosate have been evaluated by several authoritative studies including those by the International Agency for Research on Cancer (IARC), the Agricultural Health Study (AHS), and the Environmental Protection Agency (EPA). As mentioned above, the IARC concluded in 2015 after extensive assessment of publicly available studies, that GBFs are probably carcinogenic to humans (group 2A), primarily for NHL.[23] The initial report of the AHS did not find a significantly elevated risk for cancer overall, or for most of the cancer types including NHL.[47] However, considering a large increase in glyphosate used started in after 1996 after the introduction of glyphosate-resistant crops, which occurred during the latter part of the initial enrollment period of the study (1993-1997) and that usage continued to increase dramatically during the follow-up period, the AHS study may have flaws in linking the exposure period to malignancy prior to the periods of more significant exposures.

In 2019, a meta-analysis of articles on human exposure to GBFs and risk of NHL was published.[48] The authors included an updated analysis from AHS [49] along with 5 case-control studies as shown in Table 1 above. The authors found that the overall risk of NHL was significantly increased by 41% in the GBF-exposed individuals (meta-RR 1.41, 95% CI, 1.3-1.75). The risk increased to 84% when the AHS was deleted from the analysis (meta-RR 1.84, 95% CI, 1.33-2.55). They also reviewed the available animal and mechanistic studies on the carcinogenic effects of glyphosate and GBFs and concluded that their findings support a compelling link between exposures to GBFs and an increased risk of NHL. However, with a median follow-up in this initial report of only 6.7 years, this was too short a time to detect a meaningful increase in NHL or other cancers associated with glyphosate.[26] In fact, studies looking at the latency period between exposure of 10 years or more to glyphosate have shown an increased likelihood of NHL.[44, 50] While the EPA also reviewed this issue and found that glyphosate is not likely to be carcinogenic in humans,[51] criticisms of the EPA review include that it placed excessive weight on assays performed in bacteria, and on industry-sponsored studies that were not available for review by IARC. Recently, the EPA was ordered to reassess their analyses, so whether there will be changes in their conclusions remains to be determined.[52]

To attempt to address why different agencies have reached different opposing conclusions, a number of reviews have been published.[20, 53, 54]  Industry-sponsored reviews have concluded that glyphosate and GBFs do not pose a genotoxic hazard, and explain the positive findings in the IARC assessment and their own analyses as owing to technical or methodologic issues, or cytotoxicity rather than genotoxicity.[26] The IARC found an association between NHL and glyphosate based on the available human evidence, including strong evidence of genotoxicity and oxidative stress for glyphosate, derived entirely from publicly available research.[55] Criticisms of the EPA and AHS studies included the lack of attention to important laboratory and mechanistic evidence of genotoxicity in human, and dismissal of key findings of possible carcinogenicity, and inclusion of studies that have not been published or peer-reviewed (a process by which studies undergo scrutiny).[26] In conclusion, the epidemiologic studies provide ample evidence for an association between exposure to GBFs and an increased risk of NHL. Mr. Bulone's prolonged exposure to Roundup over 36 years is more than the minimum exposures reported in epidemiologic studies associating GBFs to NHL.

(h)  Application of Bradford Hill criteria

To determine whether Roundup is a causal factor for the development of NHL guidelines for general causation can be applied based on the Bradford Hill criteria for causation.[24] Experts use this scientific method in the review and evaluation of evidence based on the guidelines set forth by Sir

Austin Bradford Hill using a group of nine principles that can be useful in establishing epidemiologic evidence of a causal relationship between a presumed cause and an observed effect and have been widely used in public health research, as outlined below:

1. Strength of association: in reviewing the evidence, including animal, mechanistic, and epidemiologic studies cited above, glyphosate and GBFs have been shown to increase the risk of NHL.

2. Consistency: while there is an ongoing debate about the weight of using one particular scientific study (e.g. animal models vs cell cultures), the mutagenic studies mentioned above show consistency in terms of the probability of GBFs increasing the odds of malignancy, including NHL.

3. Specificity: clearly individuals with long-term exposure to GBFs over time have a specific association with increased risk of malignancy, and the effects appear to be dose-related. Furthermore, when compared in case-control studies, individuals exposed to glyphosate were more likely to develop NHL than controls.

4. Temporality: epidemiologic studies have shown that exposure to GBFs increases the risk of NHL, and that this can occur with a latency period over decades.

5. Biological gradient: while below standard doses of glyphosate in Roundup have shown to promote cellular changes that can occur in NHL, clearly higher doses or prolonged exposures increase risk.

6. Plausibility: as reviewed above, chromosomal damage can occur with exposure to GBFs and this can be demonstrated in a mechanistic fashion when exposing either cell cultures or animals to glyphosate. Oxidative stress, DNA double strand breaks, and increased expression of lymphoma-promoting mutations have all been associated with glyphosate exposure to lymphocytes.

7. Coherence: when taking into account human studies of either cell cultures or epidemiologic data, the preponderance of data argue for a causative effect of GBFs on lymphomagenesis. The IARC reviewed these data in detail as noted above and concluded there was sufficient evidence to at the least link glyphosate to being a carcinogen.

8. Experiment: as described above, using data from in vitro and in vivo studies, animal models, and retrospective epidemiologic studies from GBP exposures, there are clearly increased risk for NHL when human tissue is exposed to glyphosate and systemic absorption occurs.

9. Analogy: while differences in GBP due to proprietary components such as surfactants may account for different latency periods in development of NHL, similar patterns of exposure lead to similar outcomes of malignancy.

**7. Conclusions**

In this case, Mr. Bulone was diagnosed with CLL, a lymphoid malignancy that behaves similar to other types of B cell NHL, and had prolonged duration of exposure to Roundup prior to and during his diagnosis and relapses. I believe it is possible to draw a line between his Roundup exposure and specific causation to his CLL. Evidence does exist for jet fuel and smoking, as Mr. Bulone had in his exposure

history, so these cannot be ruled out as contributory factors. Nevertheless, Mr. Bulone was diagnosed with CLL at a much younger age than  within the latency period of 10-30 years expected for NHL following exposure to Roundup, and based on the above report and differential diagnosis, I conclude to a reasonable degree of medical certainty that Mr. Bulone's Roundup exposure was a significant contributory factor to his NHL.

## 8. Additional Matters

I have been deposed three times before, twice regarding Roundup litigation. First in 2021 after being retained by the plaintiff's attorney to provide expert review of the following 3 cases: *Savory v. Monsanto* (Case No. 3:20-cv-02403-VC), *Spector v. Monsanto* (Case No. 3:20-cv-05532), *Thomas v. Monsanto* (Case No. 3:20-cv-08051-VC), as well in 2022 in for *Alesi v. Monsanto* (Case No. 19SL-CC03617), and have testified once in court regarding the latter litigation. I have also been deposed in 2022 as an expert of the Plaintiff in *Little v. Emory Healthcare* (21CV2339). My hourly rate for review of medical records, meetings, research on scientific literature related to a case, and report preparation is $400 per hour. My rate for deposition or court testimony is $4,000 per day.

## 9. Curriculum vitae (see attached)

Thank you for the privilege and opportunity to review of Mr. Bulone's case. Please let me know if I can be of further assistance.



Marc Braunstein, MD, PhD, FACP

## 10. References

1.  Swerdlow, S.H., Campo, E., Pileri, S.A., Harris, N.L., Stein, H., Siebert, R., Advani, R., Ghielmini, M., Salles, G.A., Zelenetz, A.D., et al. (2016). The 2016 revision of the World Health Organization classification of lymphoid neoplasms. Blood *127*, 2375-2390.
2.  Hallek, M., Cheson, B.D., Catovsky, D., Caligaris-Cappio, F., Dighiero, G., Dohner, H., Hillmen, P., Keating, M., Montserrat, E., Chiorazzi, N., et al. (2018). iwCLL guidelines for diagnosis, indications for treatment, response assessment, and supportive management of CLL. Blood *131*, 2745-2760.
3.  Databse, S. https://seer.cancer.gov/statfacts/html/clyl.html.
4.  (2018).      Centers      for      Disease      Control      and      Prevention. *https://gis.cdc.gov/Cancer/USCS/#/AtAGlance*.
5.  Kumar, V., Abbas, A.K., Aster, J.C., and Robbins, S.L. (2013). Robbins basic pathology, 9th Edition, (Philadelphia, PA: Elsevier/Saunders).
6.  Ahn, I.E., Tian, X., Ipe, D., Cheng, M., Albitar, M., Tsao, L.C., Zhang, L., Ma, W., Herman, S.E.M., Gaglione, E.M., et al. (2021). Prediction of Outcome in Patients With Chronic Lymphocytic Leukemia Treated With Ibrutinib: Development and Validation of a Four-Factor Prognostic Model. J Clin Oncol *39*, 576-585.
7.  Morton, L.M., Slager, S.L., Cerhan, J.R., Wang, S.S., Vajdic, C.M., Skibola, C.F., Bracci, P.M., de Sanjose, S., Smedby, K.E., Chiu, B.C., et al. (2014). Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr *2014*, 130-144.

8.    Thandra, K.C., Barsouk, A., Saginala, K., Padala, S.A., Barsouk, A., and Rawla, P. (2021). Epidemiology of Non-Hodgkin's Lymphoma. Med Sci (Basel) *9*.

9.    Cerhan, J.R., and Slager, S.L. (2015). Familial predisposition and genetic risk factors for lymphoma. Blood *126*, 2265-2273.

10.   Perry, A.M., Diebold, J., Nathwani, B.N., MacLennan, K.A., Muller-Hermelink, H.K., Bast, M., Boilesen, E., Armitage, J.O., and Weisenburger, D.D. (2016). Non-Hodgkin lymphoma in the developing world: review of 4539 cases from the International Non-Hodgkin Lymphoma Classification Project. Haematologica *101*, 1244-1250.

11.   (2003). In Toxicologic Assessment of Jet-Propulsion Fuel 8. (Washington (DC)).

12.   Benbrahim-Tallaa, L., Baan, R.A., Grosse, Y., Lauby-Secretan, B., El Ghissassi, F., Bouvard, V., Guha, N., Loomis, D., Straif, K., and International Agency for Research on Cancer Monograph Working, G. (2012). Carcinogenicity of diesel-engine and gasoline-engine exhausts and some nitroarenes. Lancet Oncol *13*, 663-664.

13.   Bendtsen, K.M., Bengtsen, E., Saber, A.T., and Vogel, U. (2021). A review of health effects associated with exposure to jet engine emissions in and around airports. Environ Health *20*, 10.

14.   Insectiside, V. https://www.solutionsstores.com/amfilerating/file/download/file_id/3259/.

15.   Naphthalene. https://www.epa.gov/sites/default/files/2016-09/documents/naphthalene.pdf.

16.   Besson, H., Brennan, P., Becker, N., Nieters, A., De Sanjose, S., Font, R., Maynadie, M., Foretova, L., Cocco, P.L., Staines, A., et al. (2006). Tobacco smoking, alcohol drinking and non-Hodgkin's lymphoma: A European multicenter case-control study (Epilymph). Int J Cancer *119*, 901-908.

17.   Willett, E.V., Smith, A.G., Dovey, G.J., Morgan, G.J., Parker, J., and Roman, E. (2004). Tobacco and alcohol consumption and the risk of non-Hodgkin lymphoma. Cancer Causes Control *15*, 771-780.

18.   Sergentanis, T.N., Kanavidis, P., Michelakos, T., and Petridou, E.T. (2013). Cigarette smoking and risk of lymphoma in adults: a comprehensive meta-analysis on Hodgkin and non-Hodgkin disease. Eur J Cancer Prev *22*, 131-150.

19.   Diver, W.R., Teras, L.R., Gaudet, M.M., and Gapstur, S.M. (2014). Exposure to environmental tobacco smoke and risk of non-Hodgkin lymphoma in nonsmoking men and women. Am J Epidemiol *179*, 987-995.

20.   Benbrook, C.M. (2019). How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides? . Environ Sci Eur *31*, 2–16.

21.   Suarez-Larios, K., Salazar-Martinez, A.M., and Montero-Montoya, R. (2017). Screening of Pesticides with the Potential of Inducing DSB and Successive Recombinational Repair. J Toxicol *2017*, 3574840.

22.   Kubsad, D., Nilsson, E.E., King, S.E., Sadler-Riggleman, I., Beck, D., and Skinner, M.K. (2019). Assessment of Glyphosate Induced Epigenetic Transgenerational Inheritance of Pathologies and Sperm Epimutations: Generational Toxicology. Sci Rep *9*, 6372.

23.   (2017). In Some Organophosphate Insecticides and Herbicides. (Lyon (FR)).

24.   Hill, A.B. (1965). The Environment and Disease: Association or Causation? Proc R Soc Med *58*, 295-300.

25.   Hill, A.B. (2015). The environment and disease: association or causation? 1965. J R Soc Med *108*, 32-37.

26.   Weisenburger, D.D. (2021). A Review and Update with Perspective of Evidence that the Herbicide Glyphosate (Roundup) is a Cause of Non-Hodgkin Lymphoma. Clin Lymphoma Myeloma Leuk.

27.   Steinrucken, H.C., and Amrhein, N. (1980). The herbicide glyphosate is a potent inhibitor of 5-enolpyruvyl-shikimic acid-3-phosphate synthase. Biochem Biophys Res Commun *94*, 1207-1212.

28.   Benbrook, C.M. (2016). Trends in glyphosate herbicide use in the United States and globally. Environ Sci Eur *28*, 3.

13

29. Wester, R.C., Patel, R., Nacht, S., Leyden, J., Melendres, J., and Maibach, H. (1991). Controlled release of benzoyl peroxide from a porous microsphere polymeric system can reduce topical irritancy. J Am Acad Dermatol *24*, 720-726.

30. Nielsen, J.B., Nielsen, F., and Sorensen, J.A. (2007). Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin. Arch Dermatol Res *299*, 423-431.

31. de Araujo-Ramos, A.T., Passoni, M.T., Romano, M.A., Romano, R.M., and Martino-Andrade, A.J. (2021). Controversies on Endocrine and Reproductive Effects of Glyphosate and Glyphosate-Based Herbicides: A Mini-Review. Front Endocrinol (Lausanne) *12*, 627210.

32. Acquavella, J.F., Alexander, B.H., Mandel, J.S., Gustin, C., Baker, B., Chapman, P., and Bleeke, M. (2004). Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. Environ Health Perspect *112*, 321-326.

33. Pierce, J.S., Roberts, B., Kougias, D.G., Comerford, C.E., Riordan, A.S., Keeton, K.A., Reamer, H.A., Jacobs, N.F.B., and Lotter, J.T. (2020). Pilot study evaluating inhalation and dermal glyphosate exposure resulting from simulated heavy residential consumer application of Roundup((R)). Inhal Toxicol *32*, 354-367.

34. Tarazona, J.V., Court-Marques, D., Tiramani, M., Reich, H., Pfeil, R., Istace, F., and Crivellente, F. (2017). Response to the reply by C. J. Portier and P. Clausing, concerning our review "Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC". Arch Toxicol *91*, 3199-3203.

35. Lioi, M.B., Scarfi, M.R., Santoro, A., Barbieri, R., Zeni, O., Salvemini, F., Di Berardino, D., and Ursini, M.V. (1998). Cytogenetic damage and induction of pro-oxidant state in human lymphocytes exposed in vitro to gliphosate, vinclozolin, atrazine, and DPX-E9636. Environ Mol Mutagen *32*, 39-46.

36. Portier, C.J. (2020). A comprehensive analysis of the animal carcinogenicity data for glyphosate from chronic exposure rodent carcinogenicity studies. Environ Health *19*, 18.

37. Rezende, E.C.N., Carneiro, F.M., de Moraes, J.B., and Wastowski, I.J. (2021). Trends in science on glyphosate toxicity: a scientometric study. Environ Sci Pollut Res Int.

38. Pahwa, M., Beane Freeman, L.E., Spinelli, J.J., Blair, A., McLaughlin, J.R., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Punam Pahwa, P.P., Dosman, J.A., et al. (2019). Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health *45*, 600-609.

39. Donato, F., Pira, E., Ciocan, C., and Boffetta, P. (2020). Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav *111*, 63-73.

40. Leon, M.E., Schinasi, L.H., Lebailly, P., Beane Freeman, L.E., Nordby, K.C., Ferro, G., Monnereau, A., Brouwer, M., Tual, S., Baldi, I., et al. (2019). Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol *48*, 1519-1535.

41. McDuffie, H.H., Pahwa, P., McLaughlin, J.R., Spinelli, J.J., Fincham, S., Dosman, J.A., Robson, D., Skinnider, L.F., and Choi, N.W. (2001). Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev *10*, 1155-1163.

42. Hardell, L., Eriksson, M., and Nordstrom, M. (2002). Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma *43*, 1043-1049.

43. De Roos, A.J., Zahm, S.H., Cantor, K.P., Weisenburger, D.D., Holmes, F.F., Burmeister, L.F., and Blair, A. (2003). Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med *60*, E11.

44.    Eriksson, M., Hardell, L., Carlberg, M., and Akerman, M. (2008). Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer *123*, 1657-1663.

45.    Orsi, L., Delabre, L., Monnereau, A., Delval, P., Berthou, C., Fenaux, P., Marit, G., Soubeyran, P., Huguet, F., Milpied, N., et al. (2009). Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. Occup Environ Med *66*, 291-298.

46.    Cocco, P., Satta, G., Dubois, S., Pili, C., Pilleri, M., Zucca, M., t Mannetje, A.M., Becker, N., Benavente, Y., de Sanjose, S., et al. (2013). Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. Occup Environ Med *70*, 91-98.

47.    De Roos, A.J., Blair, A., Rusiecki, J.A., Hoppin, J.A., Svec, M., Dosemeci, M., Sandler, D.P., and Alavanja, M.C. (2005). Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ Health Perspect *113*, 49-54.

48.    Zhang, L., Rana, I., Shaffer, R.M., Taioli, E., and Sheppard, L. (2019). Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res *781*, 186-206.

49.    Andreotti, G., Koutros, S., Hofmann, J.N., Sandler, D.P., Lubin, J.H., Lynch, C.F., Lerro, C.C., De Roos, A.J., Parks, C.G., Alavanja, M.C., et al. (2018). Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst *110*, 509-516.

50.    Kabat, G.C., Price, W.J., and Tarone, R.E. (2021). On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer Causes Control *32*, 409-414.

51.    (EPA), E.P.A. (2017). Glyphosate issue paper: evaluation of carcinogenic potential. 2017. https://cfpub.epa.gov/si/si_public_file_download.cfm?p_download_id=534487.

52.    Stempel, J. (2022). U.S. EPA ordered to reassess glyphosate's impact on health, environment. https://www.reuters.com/business/environment/us-agency-ordered-reassess-glyphosates-impact-health-environment-2022-06-17/, ed.

53.    Clausing, P., Robinson, C., and Burtscher-Schaden, H. (2018). Pesticides and public health: an analysis of the regulatory approach to assessing the carcinogenicity of glyphosate in the European Union. J Epidemiol Community Health *72*, 668-672.

54.    Portier, C.J., Armstrong, B.K., Baguley, B.C., Baur, X., Belyaev, I., Belle, R., Belpoggi, F., Biggeri, A., Bosland, M.C., Bruzzi, P., et al. (2016). Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). J Epidemiol Community Health *70*, 741-745.

55.    Guyton, K.Z., Loomis, D., Grosse, Y., El Ghissassi, F., Benbrahim-Tallaa, L., Guha, N., Scoccianti, C., Mattock, H., Straif, K., and International Agency for Research on Cancer Monograph Working Group, I.L.F. (2015). Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol *16*, 490-491.

# Attachment

# CURRICULUM VITAE

**NAME:**    Marc Justin Braunstein, MD, PhD, FACP

**POSITION:**    Assistant Professor of Medicine
Program Director, Hematology/Oncology Fellowship
Co-Director, Hematology System, NYU Long Island School of Medicine
Department of Medicine, NYU Langone Hospital—Long Island
Perlmutter Cancer Center (formerly NYU Winthrop)
at NYU Langone Hematology Oncology Associates—Mineola

**CONTACT:**    120 Mineola Blvd, Suite 500
Mineola, NY 11501
Office: (516) 663-4606
Cell: (917) 913-2362
Fax: (516) 663-4613
Email: marc.braunstein@nyulangone.org
Twitter: @docbraunstein
Web: https://nyulangone.org/doctors/1568761336/marc-j-braunstein

## (1) EDUCATION

| Years | Institution | Degree | Field of Study |
|---|---|---|---|
| 2014 - 2017 | NYU Langone Medical Center | Fellowship | Hematology/Oncology Center |
| 2011 - 2014 | Hofstra North Shore-LIJ | Residency | Internal Medicine |
| 2002 - 2010 | SUNY Downstate College | M.D., Ph.D. | Molecular and Cellular Biology |
| 1997 - 2001 | CUNY Brooklyn College | B.S. | Biology |

## (2) LICENSES, CERTIFICATION

| | |
|---|---|
| 2017 | ABIM Hematology |
| 2017 | ABIM Medical Oncology |
| 2014 | ABIM Internal Medicine |

## (3) EMPLOYEMENT POSITIONS

| Years | Position | Role |
|---|---|---|
| 2017 - Present | NYU Langone Hospital—Long Island | Assistant Professor |
| Jan - July 2011 | USMEWorld, LLC | Content Editor |
| 2006 - 2008 | Lippincott Williams & Wilkins | Medical Student Reviewer |
| 2003 - 2009 | SUNY Downstate Medical Center | Teaching Assistant |
| 2001 - 2002 | NIH Academy, NIDDK | Post-Baccalaureate Fellow |

## (4) HONORS AND AWARDS

| Year(s) | Honor/Award | Organization |
| --- | --- | --- |
| 2021 | Healio Honoree | Healio Honors |
| 2021 | Hero in Healthcare recognition | Lymphoma, Leukemia and Myeloma Congress |
| 2020-2021 | ASH Medical Educators Institute | American Society of Hematology |
| 2020 | Inducted as Fellow | American College of Physicians |
| 2020 - Present | Program Director, Hematology/Oncology Fellowship | NYU Langone--Long Island |
| 2020, 2021 | Teaching Attending of the Year | NYU Winthrop Hospital, Division of Oncology-Hematology |
| 2020 | Scholarship Program | Lymphoma, Leukemia, & Myeloma Conference 2020 |
| 2020/2021 | Scholarship Program | Great Debates & Updates in Hematologic Malignancies 20-21 |
| 2016 | Lymphoma Grant | NYU Perlmutter Cancer Center |
| 2010 | Robert F. Furchgott Award for Excellence in Research | State University of New York |
| 2010 | Chancellor's Award for Student Excellence | State University of New York |
| 2007 | Best Oral Presentation, Research Day | SUNY Downstate Medical Center |
| 2007 | National Medical Student Abstract | American College of Physicians |
| 2005, 2007, 2008, 2010 | Travel Awards for Annual Meetings | American Society of Hematology |
| 2005, 2007 | Best Poster, Research Day | SUNY Downstate Medical Center |
| 2001 | CUNY Jonas Salk Medical Scholarship | City of the University of New York |
| 2001 | Phi Beta Kappa Inductee | City of the University of New York |
| 1997 | CUNY Full Tuition Scholarship | City of the University of New York |
| 1997 | HHMI Student Research Fellowship | Howard Hughes Medical Institute |

## (5) KEYWORDS/AREAS OF INTEREST

Hematologic malignancies, Multiple Myeloma, Microbiome, Lymphoma, Myelodysplastic Syndrome, Immunology, Medical education, Physician wellness

## (6) MEMBERSHIPS

American Society for Transplantation and Cellular Therapy
American Society of Clinical Oncology
American Society of Hematology

2

Society of Hematologic Oncology
American College of Physicians
New York Academic of Medicine

## (7) ACADEMIC ACTIVITIES

### (a) NYU Langone—Long Island

| Year(s) | Activity | Organization |
|---|---|---|
| 2022 - Present | Diversity & Inclusion Committee, elected member | NYU Long Island School of Medicine |
| 2022 - Present | Faculty Council, elected Secretary | NYU Long Island School of Medicine |
| 2022 - Present | Center for Blood Cancers Advisory Board member | NYU Perlmutter Cancer Center |
| 2022 - Present | Transition to Residency Didactic Session for medical students | NYU Long Island School of Medicine |
| 2022 - Present | Perlmutter Cancer Center Social Media Advisory Group | NYU Perlmutter Cancer Center |
| 2021 - Present | Educational Excellence Committee | NYU Long Island School of Medicine |
| 2021 - Present | Co-Leader | Junior Faculty Interest Group, NYU Long Island School of Medicine |
| 2021 - 2022 | Chair, Subcommittee on Academic Affairs | NYU Long Island School of Medicine |
| 2020 - Present | Faculty Council | NYU Long Island School of Medicine |
| 2020 - Present | Admissions Executive Board | NYU Long Island School of Medicine |
| 2020 - Present | Organizing Covid-19 Research | NYU Winthrop Oncology-Hematology |
| 2019 - Present | Mentoring Champion | NYU Long Island School of Medicine |
| 2019 - Present | NYU Langone Protocol Review and Monitoring Committee | NYU Perlmutter Cancer Center |
| 2019 - Present | Admissions screener/interviewer | NYU Long Island School of Medicine |
| 2018 - 2020 | Faculty Scholar Program | NYU Winthrop, Faculty Development |
| 2018 - Present | Cancer Center Research Committee Member | NYU Long Island School of Medicine |
| 2018 - 2019 | Faculty Council | NYU Long Island School of Medicine |
| 2018 | Internal Medicine Clerkship Preceptor | Stony Brook University School of Medicine |
| 2017 - Present | Phase I Curriculum Committee | NYU Long Island School of Medicine |
| 2017 - Present | Hematology Course Co-Director | NYU Long Island School of Medicine |

### (b) External Professional Committees

| Year(s) | Activity | Organization |
|---|---|---|
| 2022-present | ACP MKSAP Hematology Committee, member | American College of Physicians |
| 2022-present | ASTCT Committee on Education, member | American Society for Transplant and Cellular Therapy |
| 2022-present | ASH Committee on Educational Affairs, member | American Society of Hematology |

| | | |
|---|---|---|
| 2022-present | ASH Subcommittee on Quality Improvement Education and Training (QUIET), member | American Society of Hematology |
| 2022 | Multiple Myeloma Roundtable Moderator | American Society of Transplant and Cellular Therapy/France Foundation |
| 2021 | ASH HONORS Junior Reviewer | American Society of Hematology |
| 2021 | Abstract Reviewer | SUNY Downstate Medical Center 2021 Research Colloquium |
| 2020-present | ASCO Daily News Expert Panel | American Society of Clinical Oncology |
| 2020-present | ASCO Volunteer: Technology Research Group | American Society of Clinical Oncology |
| 2020-present | ASCO Volunteer: ASCO Daily News Expert Panel | American Society of Clinical Oncology |
| 2020 | Planning Committee Member | NYACP Annual Scientific Meeting |
| 2019, 2020 | Steering Committee, 37th and 38th Annual Chemotherapy Foundation Symposium | Physicians Educational Resource, LLC |
| 2018 - Present | Vice-Chair, Board of Trustees Volunteer | Leukemia and Lymphoma Society, Long Island Chapter |
| 2018, 2019 | ASCO Volunteer: Annual Meeting Education Book Reviewer | American Society of Clinical Oncology |
| 2018 - Present | Vice Chair (2022) and Member Early Career Taskforce | American College of Physician, New York Chapter |
| 2018 | Team Co-Captain for Light the Night fundraiser | Leukemia and Lymphoma Society, Long Island Chapter |
| 2018 - present | Annual Scientific Meeting Abstract Reviewer and Poster Judge | American College of Physician, New York Chapter |

## (c) Invited Presentations

| Year | Presentation | Event |
|---|---|---|
| 2022 | Understanding Evolving Treatment Strategies in Newly Diagnosed MM Patients | Plexus Community Oncology Forum |
| 2022 | Newly Diagnosed Multiple Myeloma Roundtable | Targeted Oncology Virtual Roundtable |
| 2022 | HLA and Transplantation | NYU LISOM Allergy and Immunology Educational Conference |
| 2021 | Management of Relapsed-Refractory Multiple Myeloma | Saint Michael's Medical Center Oncology Lecture Series (sponsored by Plexus) |
| 2021 | Frontline Therapy for Multiple Myeloma: Role of Monoclonal Antibodies and Transplant | 39th Annual Chemotherapy Foundation Symposium |
| 2021 | Designing A Clinical Trials Curriculum For Fellows | ASCO Oncology Training Program Director's Retreat |

| Year | Title | Venue |
|---|---|---|
| 2021 | Medical Education and Why It's Important for Your Career | NYACP 2021 Scientific Meeting |
| 2021 | Applying Recent Advances in Treating Relapsed or Refractory Multiple Myeloma into Real-World Practice | Plexus Community Oncology Forum |
| 2021 | Optimizing the Cancer of Mantle Cell Lymphoma | Plexus Community Oncology Forum |
| 2021 | Care of Nursing Home Residents with Chronic Hematologic Malignancies | New York Medical Directors Association Spring 2021 Educational Symposium |
| 2021 | Impacts of COVID-19 on Hematologic Malignancies | NYU Langone—Long Island Internal Medicine Grand Rounds |
| 2021 | Integrating Novel Immunotherapies and Outpatient Autologous Transplant for Multiple Myeloma | NYU Perlmutter Cancer Center Faculty Lecture Series |
| 2020 | Integrating Novel Anti-Myeloma Immunotherapies into Practice | OncLive Institutional Perspectives in Cancer State of the Science Summit https://www.onclive.com/view/hematologic-malignancies-chaired-by-marc-braunstein-md-phd |
| 2020 | Housestaff Perceptions of the Prognosis of Patients with Hematologic Malignancies | NYU Langone Fifth Annual Medical Education Innovations & Scholarship Day: research poster presentation |
| 2020 | Session moderator: Other Issues in Hematologic Malignancy Management | 38th Annual Chemotherapy Foundation Symposium |
| 2020 | Chemotherapy 101 | NYACP Annual Scientific Conference |
| 2020 | Stem Cell Transplantation for Primary Immunodeficiency | NYU Winthrop Allergy and Immunology Educational Conference |
| 2020 | Myeloma Updates from ASCO/EHA 2020 | NYU Winthrop Hematology/Oncology Grand Rounds |
| 2020 | Treatment of Newly Diagnosed Multiple Myeloma | OncLive State of the Science Symposium, Brooklyn, NY |
| 2018-2021 | Myeloma Updates from the ASH Annual Meeting | NYU Winthrop Hematology/Oncology Grand Rounds |
| 2019 | Myeloma Induction 2019: Role of Monoclonal Antibodies | 37th Annual Chemotherapy Foundation Symposium |
| 2019 | Management of Aggressive Plasmablastic Myeloma | NYC/NJ Multiple Myeloma Rounds |
| 2019 | Becoming a Doctor: Applying for Medical School | Great Neck Library Community Lecture Series |
| 2019 | Cancer & Nutrition | Great Neck Library Community Lecture Series |

5

| 2019 | Updates in Multiple Myeloma | NYU Winthrop Renal Grand |
| 2017 | and | Rounds |
| | Renal Complications | |
| 2019 | Resident career roundtable | NYACP Annual Scientific Meeting |
| 2019 | Mantle Cell Lymphoma | NYU Winthrop Internal Medicine |
| | | Clinical Pathology Conference |
| 2019 | Hematopoietic Stem Cell | NYU Winthrop Rheumatology and |
| | Transplantation for Autoimmune | Allergy/Immunology Grand Rounds |
| | Diseases | |
| 2018 | Palliative Care Integration in | NYU Winthrop Palliative Care Grand |
| | Hematopoietic Stem Cell | Rounds |
| | Transplant | |
| 2018 | Multiple Myeloma: Encouraging | Leukemia and Lymphoma Society NY/NJ |
| | Progress and New | Blood Cancer Conference |
| | Developments | |
| 2018 | Treating Challenging Myeloma | Multiple Myeloma Rounds NYC/NJ |
| | Patients | |
| 2017 | Hematopoietic Stem Cell | NYU  Winthrop  Department  of  Medicine |
| | Transplantation in Multiple | Grand Rounds |
| | Myeloma: Past, Present, and | |
| | Future | |

## (d) Research Studies at NYU Langone—Long Island

### (i) Interventional

| Year(s) | Clinical Study and Sponsor | Regimen | Status/Role |
|---|---|---|---|
| 2022 - present | INCMOR 0208-301 Phase 3, Incyte | Tafasitimab-R2 | Currently open (2/23/2022)/ NYU Long Island sub-PI |
| 2020 - present | MMY3019 Phase 3 AURIGA, Janssen | Daratumumab-Revlimid | Currently open (7/24/2020)/ NYU Winthrop PI |
| 2020 - present | CC220-MM-001 Phase 1/2b study, Celgene | Iberdomie | Currently open (2/1/2020)/ NYU Winthrop PI |
| 2018 - present | MMY3019 CEPHEUS Phase 3 study, Janssen | D-RVD | Currently open (1/30/2019)/ NYU Winthrop PI |
| 2018 - 2019 | Analysis of Intestinal Dysbiosis in Plasma Cell Dyscrasias, uBiome | --- | Completed (10/2019)/ NYU Winthrop IIT |
| 2018 | MMY2040 PLEIADES Phase 2 study, Janssen | D-RVD | Completed (6/2019)/ NYU Winthrop PI |

### (ii) Non-interventional

| Year(s) | Clinical Study and Sponsor | Mentee (year of training at start) |
|---|---|---|
| 2020-present | Analysis of Peripheral Blood Smears in Covid-19 Patients | Nibash Budhathoki (PGY5) |

6

| 2020-present | On-Call Utilization by Oncology Patients | Marta Wronsky (PGY4) |
| 2020-present | Secondary Primary Malignancies in Melanoma | Nibash Budhathoki (PGY5) |
| 2020-present | Outcomes in Cancer Patients Discharged to Rehabilitation Facilities | Julie Huang (PGY4) |
| 2019-present | Palliative Care Consults in Hematologic Malignancies | Anthony Pasquarella (PGY4) |
| 2019-present | Housestaff Perceptions of Prognosis in Hematologic Malignancies | |
| 2018-present | Retrospective Assessment of Superficial Vein Thrombosis in Cancer Patients | Mina Gendy (PGY2) |
| 2018-present | Association between Isotypes and Cytogenetic Risk in Myeloma | Ramya Muddasani (PGY2) |

### (e) Online Publications, Webinars, Press, and Social Media:

| Year | Source | Link |
| --- | --- | --- |
| 2022 | ASCO Daily News | Podcast on abstracts from the ASCO 2022 Meeting: https://dailynews.ascopubs.org/do/10.1200/ADN.22.0527.2/full/ |
| 2022 | OncLive | Newly Diagnosed Myeloma https://www.onclive.com/view/triplet-and-quadruplet-regimens-set-a-new-course-for-myeloma |
| 2021 | Giddy | What to Know About Non-Hodgkin's Lymphomahttps://getmegiddy.com/non-hodgkins-lymphoma |
| 2021 | Medical World News | After Hours: Passion for Baking https://www.medicalworldnews.com/view/after-hours-passion-for-baking?fbclid=IwAR3IdDm_8FHZ1CQ5a4xnuROzNWI5n5gVBlxQNMA2s4q90Pd3XOzFJxDlVsE |
| 2021 | PleXus | Panelist on NY/NJ/Florida Multiple Myeloma Rounds Virtual Webinar https://plexuslms.elevate.commpartners.com/archived-recordings |
| 2021 | OncLive | Discussion with Dr. Joshua Richter on myeloma treatment: https://www.onclive.com/view/braunstein-and-richter-talk-transplant-and-therapy-options-in-newly-diagnosed-myeloma |
| 2020 | Multiple Myeloma Hub | How can palliative care improve the outcomes of patients with MM? https://buff.ly/2Ka6r4y |
| 2020 | OncLive | Expanding Armamentarium in Multiple Myeloma: https://www.onclive.com/view/dr-braunstein-on-the-expanding-armamentarium-in-multiple-myeloma |
| 2020 | NYACP Webinar | Impact of COVID-19 on Virtual Learning Modalities for Housestaff and Educators: https://www.nyacp.org/i4a/pages/index.cfm?pageid=3896 |

| 2020 | Targeted Oncology | Editorial on first line treatment of multiple myeloma: https://www.onclive.com/view/should-all-elderly-patients-with-newly-diagnosed-multiple-myeloma-receive-monoclonal-antibodies- |
|------|------|------|
| 2020 | Targeted Oncology | Overview of therapies for hematologic malignancies: https://www.targetedonc.com/view/therapies-discussed-at-cfs-show-responses-for-hematologic-malignancies |
| 2020 | KevinMD podcast | https://www.kevinmd.com/blog/2020/11/moral-injury-and-practicing-oncology-during-covid-19-podcast.html |
| 2020 | Cancer Network | https://www.cancernetwork.com/view/oncology-peer-review-on-the-go-cancer-care-management-during-the-covid-19-pandemic |
| 2020 | OncLive | https://www.onclive.com/view/research-reflections-braunstein-breaks-down-top-asco-2020-abstracts-in-myeloma |
| 2020 | Katz Corner WABC-AM | Updates in COVID-10 and Oncology https://wabcradio.com/show/katzs-corner/ |
| 2020 | KevinMD | https://www.kevinmd.com/blog/2020/07/my-new-normal-moral-injury.html |
| 2020 | SurvivorNet | https://www.survivornet.com/articles/im-going-to-the-doctor- whatif-a-coronavirus-patient-is-in-the-waiting-room-expert-answers/ |
| 2020 | KevinMD | https://www.kevinmd.com/blog/2020/03/practicing-oncologyduring-covid-19.html |
| 2020 | OncLive | https://www.onclive.com/web-exclusives/upfront-multidrug-regimensprove-beneficial-in-myeloma |
| 2020 | Healio | HemeOnc today review of smoldering myeloma data: https://bit.ly/2Rjmf4S |
| 2019 | Healio | HemeOnc today review of ASH 2019 abstract: https://bit.ly/36xkuqm |
| 2019 | Targeted Oncology | Editorial on smoldering myeloma: https://www.targetedonc.com/view/treatment-of-smoldering-myeloma-delaysdisease-progression-yet-questions-remain |
| 2019 | OncLive TV | Comments on multiple myeloma: https://www.onclive.com/specialist/marc-j-braunstein-md-phd |
| 2019 | KevinMD | https://www.kevinmd.com/blog/2019/10/cancer-patients-whowant-to-take-unproven-supplements.html |
| 2019 | LLS Virtual Lecture | Improving Bone Health for Myeloma Patients: https://www.lls.education/bonehealth/ |
| 2019 | NYACP Webinar | MedEd 2.0: https://www.nyacp.org/i4a/pages/index.cfm?pageid=3896 |
| 2019 | LLS Webcast | Improving Bone Health in Multiple Myeloma" https://www.lls.org/patient-education-webcasts/improving-bone-health-in-multiple-myeloma |

| 2019 | KevinMD | https://www.kevinmd.com/blog/2019/05/avoiding-medicines-boeing-737-max.html |
| 2019 | NEJM Resident 360 | Ask the Experts: Extracurricular Educational Activities: https://resident360.nejm.org/discussions/733 |
| 2019 | LLS Bloodline Podcast | "Removing Mystery from Myeloma: Management of the  Elderly Myeloma Patient" http://www.thebloodline.org/TBL/removing-mystery-from-myeloma-management-of-the-elderly-myeloma-patient/ |
| 2019 | NYACP Webinar | Dual Physician Families. https://www.nyacp.org/i4a/pages/index.cfm?pageid=3725 |
| 2019 | NEJM Resident 360 | Ask the Experts: Extracurricular Educational Activities: Prepping for PGY-1: https://resident360.nejm.org/ discussions/721 |
| 2019 | NEJM Resident 360 | Ask the Experts: Preparing for Clinical Clerkships:https://resident360.nejm.org/discussions/734 |
| 2018 | Katz Corner WABC-AM | https://www.ogpodcastnetwork.com/episode/katzs-corner-7-22-18/ |
| 2018 | NEJM Resident 360 | Ask the Experts: Hematology and Oncology.https://resident360.nejm.org/discussions/688 |
| 2018 | KevinMD | www.kevinmd.com/blog/2018/10/the-alarming-possibility-ofvirtual-medical-school.html |

## (8) PEER REVIEWED PUBLICATIONS

1. Ashby, A, Boyle, E, Bauer, B, Mikulasova, A, Wardell, C, Williams, L, Siegel, A, **Braustein, M**,  Blaney, P, Kaminetsky, D, Keats, J, Maura, F, Landgren, O, Walker, B, Davies, F, Morgan G. Structural Variants Shape the Genomic Landscape and Clinical Outcome of Multiple Myeloma. *Accepted in Blood Cancer Journal*

2. Caro, J, **Braunstein, M**, Williams, L, Bruno, B, Kaminetzky, D, Siegel, A, Razzo, B, Alfandari, S, Morgan, G, Davies, F, Boyle, E. Inflammation and Infection in Plasma Cell Disorders: How Pathogens Shape the Fate of Patients. *Leukemia. 2022 Feb 2;1-12.*

3. Pasquarella, A, Islam, S, Ramdhanny, R, Gendy, M. Pinto, P, **Braunstein, M**. Outcomes of Patients with Hematologic Malignancies who Received Inpatient Palliative Care Consultation. JCO Oncol Pract . 2022 Jan 5.

4. Boyle, EM, Williams, L, Blaney, P, Ashby, C, Bauer, M, Walker, BA, Ghamlouch, H, Choi, J, Perrial, E, Wang, Y, Caro, J, Stoeckle, JH, Arbini, A, Kaminetzky, D, **Braunstein, M**, Bruno, B, Razzo, B, Diamond, B. Maclachlan, K, Maura, F, Ola Landgren, O, Litke, R, Fegan, CD, Keats, J, Auclair, D, Davies, FE, Morgan, GJ. Improving prognostic assignment in older adults with multiple myeloma using acquired

9

genetic features, clonal hemopoiesis and telomere length. Leukemia. 2022 Jan;36(1):221-224.

5. Maura, F, Boyle, EM, Rustad, EH, Ashby, C, Kaminetzky, D, Bruno, B, **Braunstein, M,** Bauer, M, Blaney, P, Wang, Y, Ghamlouch, H, Williams, L, Stoeckle, J, Davies, FE, Walker, BA, Maclachlan, K, Diamond, D, Landgren, O, Morgan, GJ. Chromothripsis as a pathogenic driver of multiple myeloma. Semin Cell Dev Biol . 2021 May 3.

6. Timilsina, S, Damato, A, Budhathoki, N, Grossbard, M, **Braunstein, M**. Characterization of Second Primary Malignancies in Mucosa-Associated Lymphoid Tissue Lymphomas: A SEER Database Interrogation. Clin Lymphoma Myeloma Leuk. 2021 Aug 12;S2152-2650(21)00328-1.

7. Boyle, E, Williams, L, Blaney, P, Ashby, C, Bauer, M, Walker, B, Ghamlouch, H, Choi, J, Wang, Y, Caro, J, Stoeckle, J, Arbini, A, Kaminetsky, D, **Braunstein, M,** Bruno, B, Razzo, B, Perrial, E, Maclachlan, K, Diamond, B, Maura, F, Landgren, O, Litke, R, Fegan, C, Keats, J, Auclair, D, Davies, F, Morgan, G. Improving prognostic assignment in older adults with multiple myeloma using acquired genetic features, clonal hemopoiesis and telomere length. Leukemia. 2021 Jun (184)12:1-4.

8. **Braunstein, M**. Novel Therapies and New Trends Advancing Hematology-Oncology. ASCO Daily News June 2021. https://dailynews.ascopubs.org/do/10.1200/ADN.21.200624/full/.

9. Francesco, M, Boyle, E, Rustad, E, Cod, A, Kaminetzky, D, Bruno, B, **Braunstein, M,** Bauer, M, Blaney, P, Yubao, W, Ghamlouch, H, Williams, L, Stoeckle, J, Davies, F Walker, B, Maclachlan, K, Diamond, B, Landgren, O, Morgan G. Chromothripsis as a pathogenic driver of multiple myeloma. Seminars in Cell & Developmental Biology. May 2021.

10. **Braunstein, M**, Weltz, J, Davies, F. A new decade: novel immunotherapies on the horizon for relapsed/refractory multiple myeloma. Expert Rev Hematol. 2021 Apr 8;1-13.

11. Huang, J, Rohatgi, A, Schneider, J, **Braunstein, M**. Considerations for the Management of Oncology Patients During the COVID-19 Pandemic'. Oncology. 2020 34(10):432-441.

12. **Braunstein, M**, Petrova-Drus, K, Rosenbaum, C, Jayabalan, DS, Rossi, AC, Salvatore, S, Rech, K, Pearse, RN, Hassae, DC, Postley, J, Jhanwar, YS, Geyer, JT, Niesvizky, R. Plasma Cell Myeloma Presenting with Amyloid-Laden Crystal-Negative Histiocytosis. American Journal of Clinical Pathology. 154(6). Dec 2020.

13. Hultcrantz, m, Richter, j, Rosenbaum, C, Patel, D, Smith, E, Korde, N, Lu, S, Mailankody, S, Shah, U, Lesokhin, A, Hassoun, H, Tan, C, Maura, F, Derkach, A, Diamond, B, Rossi, A, Pearse, R, Madduri, D, Chari, A, Kaminetzky, D, **Braunstein, M**, Gordillo, C, Davies, F, Jagannath, S, Niesvizky, R, Lentzsch, S, Morgan, G, Landgren, O. COVID-19 Infections and Outcomes in Patients With Multiple Myeloma in New York City: A Cohort Study From Five Academic Centers. Blood Cancer Discovery. July 30, 2020.

14. Suarez-Londono, A, Rohatgi, A, Antoine-Pepeljugoski, C, **Braunstein, M**. Aggressive Presentation of Plasmablastic Myeloma. BMJ Case Reports 2020. Apr 6;13(4):e234436

15. Budhathoki, N and **Braunstein, M**. Emerging Data on the Human Microbiome in Hematologic Malignancies. ASCO Daily News. March 2020. https://dailynews.ascopubs.org/do/10.1200/ADN.20.200067/full/.

16. Muddasani R, Talwar N, Suarez-Londono A, **Braunstein M**. Management of Atypical Chronic Lymphocytic Leukemia Presenting with Extreme Leukocytosis. Clinical Case Reports 2020;00:1–6.

17. **Braunstein, M.** Designing a Therapy Sequence for the Treatment of Multiple Myeloma. ASCO Daily News. February. 2020. https://dailynews.ascopubs.org/do/10.1200/ADN.20.200032/full/

18. **Braunstein, M** and Diefenbach, C. Emerging Role of Upfront Monoclonal Antibodies for Multiple Myeloma. ASCO Daily News Expert Editorial. May 2019. https://dailynews.ascopubs.org/do/10.1200/ADN.19.190275/full/

19. **Braunstein, M**. My First Year in Practice: Developing a Career in a Hybrid AcademicCommunity Practice. Clinical Advances in Hematology & Oncology. 2019 May;17(5):281-282.

20. Antoine-Pepeljugoski, C and **Braunstein, M.** Treatment of Multiple Myeloma in Older Patients. Curr Oncol Rep. 2019 May 24;21(7):64.

21. Kennedy-Snodgrass, C, Mobolaji, O, Muddasani, R, Barnea Slonim, L, and **Braunstein, M**. Hemophagocytic Lymphohistiocytosis Secondary to Babesia in an Immunocompetent Adult. Am J Hematol. 2019 Mar;94(3):379-383.

22. **Braunstein M**, Kucharczyk J, Adams S. Targeting Toll-Like Receptors For Cancer Therapy. Targeted Oncology. Target Oncol. 2018 Oct;13(5):583-598.

23. Bannoudi H, Anquetil C, **Braunstein M**, Pond S, Silverman G. Unbiased RACE-based massive parallel surveys of human IgA antibody repertoires. Methods Mol Biol. 2017;1643:45-73.

24. **Braunstein M** and Niesvizky R. Deferring Autologous Stem Cell Transplantation for Consolidation of Minimal Residual Disease in Multiple Myeloma. Seminars in Oncology. 2016 Dec;43(6):709-711.

25. **Braunstein MJ**, Scott SS, Scott CM, Behrman S, Walter P, Wipf P, Coplan JD, Chrico W, Joseph D, Brodsky JL, Batuman O. Antimyeloma Effects of the Heat Shock Protein 70 Molecular Chaperone Inhibitor MAL3-101. Journal of Oncology. September 2011:232037.

26. Doñate F, Juarez J, Burnett M, Manuia M, Xiaojun G, Shaw D, Smith E, Timucin C, **Braunstein M**, Batuman O, and Mazar A. Identification of Biomarkers for the Antiangiogenic and Anti-tumor Activity of the Superoxide Dismutase 1 (SOD1) Inhibitor Tetrathiomolybdate (ATN-224). British Journal of Cancer 98:776-83, 2008.

27. **Braunstein M**, Özçelik T, Bağışlar S, Smith ELP, Akyerli CB, and Batuman OA. Endothelial Progenitor Cells Display Clonal Restriction in Multiple Myeloma. BMC Cancer 6:161-170, 2006.

28. Zhang H, Vakil V, **Braunstein M**, Smith EL, Maroney J, Chen L, Dai K, Berenson JR, Hussain MM, Klueppelberg U, Norin AJ, Akman HO, Ozçelik T, Batuman OA. Circulating Endothelial Progenitor Cells in Multiple Myeloma: Implications and Significance. Blood 105:3286-3294, 2005.

29. Steinberg-Neifach O, **Braunstein MJ**, and Eshel D. Rapid Assessment of Budding Pattern by Cell Morphology in the Yeast *Saccharomyces cerevisiae*. Biotechniques 31:482-486, 2001.

## (9) MEETING ABSTRACTS AND PRESENTATIONS:

1. Nishat, N, Bari, T, Islam, S, **Braunstein, M**. Racial Disparities in Recruitment of Multiple Myeloma Clinical Trials. *Accepted as a poster for 2022 ASCO Quailty Care Symposium.*
2. Niewinski, M, Chin-Hon, J, Akerman, M, Davies, F, Morgan, G, **Braunstein, M**. Safety and efficacy of daratumumab use in renal impairment and hemodialysis patients. Abstract 363214: ASCO 2022 Annual Meeting (Poster Presentation).
3. Blaney, B, Boyle, E, Wang, Y, Ghamlouc, H, Choi, Y, Williams, L, James, S, Siegel, A, Razzo, B, **Braunstein, M,** Kaminetzky, D, Arbini, A, Bruno, B, Corre, J, Montes, L, Auclair, D, Davies, F, Tsirigos, A, Rustad, E, Maura, F, Landgren, O, Bauer, M, Walker, B, Morgan, G. Multiomic Mapping of Copy Number and Structural Variation on Chromosome 1 (Chr1) Highlights Multiple Recurrent Disease Drivers. American Society of Hematology Meeting 2021. (Oral Presentation)
4. Siegel, A, Boyle, E, Blaney, P, Wang, Y, Ghamlouch, H, Choi, J, Caro, J, Williams, L, Razzo, B, Arbini, A, **Braunstein, M,** Kaminetzky, D, Auclair, D, Pawlyn, C, Cairns, D, Jackson, G, Walker, B, Bruno, B, Morgan, G, Davies, F. Unifying the Definition of High-Risk in Multiple Myeloma. American Society of Hematology Meeting 2021. (Poster Presentation)
5. Williams, L, Blaney, P, Boyle, E, Ghamlouch, H, Wang, Y, Choi, J, Bauer, M, Siegel, A, Stoeckle, J, Razzo, B, Auclair, D, Kaminetzky, D, **Braunstein, M**, Bruno, B, Arbini, A, Walker, B, Davies, F, Morgan, G. Hispanic or Latin American Ancestry Is Associated with a Similar Genomic Profile and a Trend Toward Inferior Outcomes in Newly Diagnosed Multiple Myeloma As Compared to Non-Hispanic White Patients in the Multiple Myeloma Research Foundation (MMRF) CoMMpass study. American Society of Hematology Meeting 2021. (Poster Presentation)
6. Garcia de de Jesus, K, Weltz, J, Schneider, J, **Braunstein, M**. COVID-19 Immunization in a Chronic Lymphocytic Leukemia Patient Lacking Response to Initial Vaccination. Lymphoma, Leukemia and Myeloma Congress 2021 (Poster Presentation)
7. Huang, J, Jasying, A, Ward, N, **Braunstein, M**. A Case of Thymic Hodgkin Lymphoma. Lymphoma, Leukemia and Myeloma Congress 2021 (Poster Presentation)
8. Pasquarella, A, Miller, E, Wong, E, **Braunstein, M**. Familial Hemoglobinopathy Point Mutations Associated with Asymptomatic Hypoxia. Lymphoma, Leukemia and Myeloma Congress 2021 (Poster Presentation)
9. Karimkhan, A; Hossein-Zadeh, Z; Sekhon, P; Budhathoki, N; Ram, B; Rapkiewicz, A; Donovan, V; Park, C; **Braunstein, M**. Peripheral blood morphologic and laboratory predictors of death in hospitalized COVID-19 patients. Laboratory investigation. 2021 Conference:(110th):857-859 (Abstract 4857082). United States and Canadian Academy of Pathology March 2021.
10. Pasquarella A, Ramdhanny A, Gendy M, Pinto P, Islam S, **Braunstein M**. Outcomes of Patients with Hematologic Malignancies Who Received Inpatient Palliative Care Consultation. American Society of Hematology Meeting 2020. (Poster Presentation)
11. Boyle E, Williams L, Blaney P, Ashby C, Bauer M, Walker B, Choi J, Caro J, Razzo B, Arbini A, Kaminetzky D, **Braunstein M**, Maura F, Wang Y, Landgren O, Stoeckle J,

Maclachlan K, Litke R, Davies F, Morgan G. Influence of Aging Processes on the Biology and Outcome of Multiple Myeloma. American Society of Hematology Meeting 2020. (Poster Presentation)

12. Rohatgi A, **Braunstein M**. Effects of the COVID-19 Pandemic on the Presentation of Hematologic Malignancies: A Single-Center Analysis. Lymphoma, Leukemia & Myeloma Congress 2020. American Journal of Hematology (Poster Presentation)

13. Wronska M, **Braunstein M**, Islam S. Factors Determining Oncology On-Call Service Utilization and Implications for Quality Improvement. ASCO Quality Care Symposium 2020 (Poster Presentation)

14. Budhathoki, N, Timilsina, S, Atluri, A, Weber, J, **Braunstein, M**. Impact of immune checkpoint and BRAF inhibitors on the incidence of second primary malignancies (SPM) in melanoma. Journal of Clinical Oncology 38, no. 15_suppl (May 20, 2020) 12061. (Poster Presentation)

15. Antoine-Pepeljugoski C, Morgan G, **Braunstein M**. Analysis of Intestinal Microbiome in Multiple Myeloma Reveals Progressive Dysbiosis Compared to MGUS and Healthy Individuals. American Society of Hematology Meeting 2019. (Poster Presentation)

16. Gendy M, Buteau MA, **Braunstein M**. Retrospective Assessment of Outcomes Following Superficial Vein Thrombosis in Cancer Patients. American Society of Hematology Meeting 2019. (Poster Presentation)

17. **Braunstein M**, El Bannoudi H, Abdul Hay M, Pond S, Silverman G. Analysis of the IgA Heavy Chain Repertoire in Multiple Myeloma: Implications for Host-Microbiome Influences. American Society of Hematology Meeting 2017. (Poster Presentation)

18. **Braunstein M** and Kwok E. A Young Female Presenting with Acute Onset Psychosis. Society of Hospitalist Medicine 2013. (Poster Presentation)

19. **Braunstein M** and Kumar D. Thinking Outside the Marrow: An Unusual Cause of Pancytopenia and Portal Hypertension in a Woman with Extrapulmonary Sarcoidosis. NSLIJ Academic Day 2013. (Poster Presentation)

20. Vora R, **Braunstein M**, ChoJ, Lesser M, Ben-Levi E, Bradley M, Allen M, Kolitz J. Neutropenic Enterocolitis (NEC) in Adults with Acute Leukemia. American Federation for Medical Research Meeting 2013. (Poster Presentation)

21. Vora RK, **Braunstein M**, Cho J, Lesser ML, Ben-Levi E, Bradley TP, Allen SL, Kolitz JE. Enterocolitis in Adult Patients with Acute Leukemia: A Single Center Experience. American Society of Hematology Meeting 2012. (Abstract Publication)

22. **Braunstein MJ**, Scott SS, Smith ELP, Joseph DF, Gonsky J, Carrasco R, Sukhdeo K, Protopopov A, Anderson KC, Batuman O. Genomic Analysis of Endothelial Progenitor Cells In Multiple Myeloma Reveals Aberrant Gene Pathways Common to Tumor Cells. American Society of Hematology Meeting 2010. (Poster Presentation)

23. Scott SS, **Braunstein MJ**, Lange C, Roman C, Smith ELP, Joseph DF, Batuman OA. Characterization of Hemangioblastic Traits within Endothelial Progenitor Cells of Multiple Myeloma Patients. American Society of Hematology Meeting 2010. (Poster Presentation)

24. Azari BM, Joseph DF, **Braunstein MJ**, Klueppelberg, UH, Smith ELP, Scott S, Marmur JD, Babinska A, Batuman O. Junctional Adhesion Molecule-A/ F11 Receptor (JAM-A/ F11R) Is a Novel Biomarker and a Potential Treatment Target In Multiple Myeloma

13

Tumor and Its Microvascular Milieu. American Society of Hematology Meeting 2010. (Oral Presentation)

25. Azari BM, **Braunstein MJ**, Kluppelberg UH, Scott SS, Smith ELP, Marmur JD, Babinska A, Batuman O. Junctional Adhesion Molecule-A/ F11 Receptor (JAM-A/ F11R) Expression in Multiple Myeloma (MM): a Candidate Biomarker of Aggressive Disease. American Society of Hematology Meeting 2009. (Poster Presentation)

26. Scott SS, **Braunstein MJ**, Lange C, Roman C, Klueppelberg U, and Batuman O. Endothelial Progenitor Cells within the Bone Marrow Microenvironment of Multiple Myeloma Patients Display Stem Cell Traits. American Society of Hematology Meeting 2009. (Poster Presentation)

27. **Braunstein MJ**, Campagne F, Mukherjee P, Carrasco DR, Sukhdeo K, Protopopov A, Anderson KC, and Batuman O. Genome-Wide Profiling of Endothelial Progenitor Cells in Multiple Myeloma: Disease-Relevant Pathways and Overlaps with Common Cancer Biomarkers. American Society of Hematology Meeting 2008. (Oral Presentation)

28. **Braunstein MJ**, Carrasco DR, Campagne F, Mukherjee P, Sukhdeo K, Protopopov A, Anderson KC, and Batuman O. Genome-Wide Profiling of Endothelial Progenitor Cells in Multiple Myeloma: Overlaps with Myeloma Tumor Cells and Common Cancer Gene-Pathways. American Society of Hematology Meeting 2007. (Oral presentation)

29. **Braunstein MJ**, Scott CM, Berman S, Walter P, Wipf P, Brodsky JL, and Batuman O. In Vitro    Antimyeloma Effects of Inhibitors of the Heat Shock Protein 70 (Hsp70) Molecular Chaperone. Blood 110:1524, 2007. (Poster presentation)

30. **Braunstein MJ**, Carrasco DR, Kahn D, Sukhdeo K, Protopopov A, Zhang Y, Anderson KC, and Batuman O. Clonotypic Bone Marrow-Derived Endothelial Progenitor Cells in Multiple Myeloma. American Society of Hematology Meeting 2006. (Poster Presentation)

31. Kahn DM, **Braunstein M**, Smith ELP, Klueppelberg U, Özçelik T, and Batuman O. Endothelial Progenitor Cell Clonality and Response to Treatment in Multiple Myeloma. American Society of Clinical Oncology 2006. (Poster presentation)

32. **Braunstein M**, ÖzçelikT, Bağışlar S, Vakil V, Smith ELP, Akyerli CB, and Batuman OA. Clonal Restriction in Endothelial Progenitor Cells in Patients with Multiple Myeloma. American Society of Hematology Meeting 2005. (Poster presentation)

33. Özçelik T, Vakil V, Smith E, **Braunstein M**, Maroney J, Klueppelberg U, Bağışlar S, Akyerli C, and Batuman O.  Evidence for Clonality in Circulating Endothelial Progenitor Cells in Multiple Myeloma. American Society of Hematology Meeting 2004. (Poster presentation)

**(10) MENTORED TRAINEES AND ACHIEVEMENTS:**

| Year(s) | Mentee | Achievements |
| --- | --- | --- |
| 2020-present | Erin Miller (LISOM medical student) | NYULH-LI 2021 Annual Research Day poster of distinction |

| 2020-present | Abhinva Rohatgi (heme/onc fellow) | Lymphoma, Leuekmia, & Myeloma Congress 2020 Poster and Most Relevant Abstract Award |
|---|---|---|
| 2019-present | Anthony Pasquarella (heme/onc fellow) | ASH Annual Meeting poster 2020 NYULH-LI 2021 Annual Research Day presentation |
| 2019-present | Marta Wronska (heme/onc fellow) | ASCO Quality Care Meeting poster 2020 Conquer Cancer Merit Award 2020 |
| 2018-present | Nibash Budhathoki (heme/onc fellow) | ASCO Annual Meeting poster 2020 Conquer Cancer Merit Award 2020 ASCO Daily News publication 2020 |
| 2018-2020 | Neel Talwar (heme/onc fellow) | Publication: Clinical Case Reports 2020 |
| 2018-2020 | Crystal Antione (heme/onc fellow) | ASH Annual Meeting poster 2019 Publication: Curr Oncol Rep 2019 |
| 2018-2020 | Ramya Muddasani (resident) | Publication: Clinical Case Reports 2020 Posters: Lymphoma and Myeloma 2019, ACP Annual Meeting 2019 |
| 2018-2020 | Mina Gendy (resident) | ASH Annual Meeting poster 2019 |