D. Todd Mathews
**BAILEY & GLASSER, LLP**
210 W. Division Street
P.O. Box 993
Maryville, IL 62062
Phone: (618) 418-5180
Fax: (304) 342-1110
tmathews@@baileyglasser.com
*Counsel for Plaintiff, Patricia A. Casale*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| | Honorable Judge Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** *Patricia A. Casale,* 3:19-cv-05238-VC | **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII-G** |

COMES NOW, Plaintiff Patricia A. Casale, without opposition from Defendant Monsanto Company, and respectfully requests the Court move her case from Wave VII-C to Wave VII-G. In support, Plaintiff states as follows:

1. Plaintiff's case is currently part of Wave VII-C;

2. Mindful of the deadlines pertaining to Wave VII-C cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition, as well as those of her treating physicians, have been taken. Written discovery has been produced and inspection of Plaintiff's property has been timely completed.

3. Based on confidential discussions with Counsel for Defendant, we believe the best, most prudent course of action would be to move this case to Wave VII-G.

4. Counsel for Defendant does not oppose this course of action and agrees to move Plaintiff's case to Wave VII-G.

5. Granting Plaintiff's Motion would not cause undue delay, complication or prejudice.

WHEREFORE, Plaintiff Patricia A. Casale, without opposition of Defendant, respectfully requests the Court move her case from Wave VII-C to Wave VII-G.

DATED: March 27, 2024

Respectfully submitted,

*/s/ D. Todd Mathews*

D. Todd Mathews
**BAILEY & GLASSER, LLP**
210 W. Division Street
P.O. Box 993
Maryville, IL 62062
Phone: (618) 418-5180
Fax: (304) 342-1110
tmathews@@baileyglasser.com
*Counsel for Plaintiff, Patricia A. Casale*

### CERTIFICATION

I HEREBY CERTIFY that, on this date March 27, 2024, the foregoing Plaintiff's Unopposed Motion to Move Case to Wave VII-G was served by filing with the Court using the CM/ECF system, which sent notice to counsel of record when accepted and filed.

By: */s/D. Todd Mathews*