D. Todd Mathews
**BAILEY & GLASSER, LLP**
210 W. Division Street
P.O. Box 993
Maryville, IL 62062
Phone: (618) 726-0091
Fax: (304) 342-1110
tmathews@@baileyglasser.com
*Counsel for Plaintiff, Patricia A. Casale*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Patricia Casale, | |
| Plaintiff, | Case No. 3:19-cv-05238-VC |
| v. | |
| Monsanto Company, | [PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VII-G** |
| Defendant. | |

Plaintiff's Motion to move her case from Wave VII-C to Wave VII-G is GRANTED.

**IT IS SO ORDERED.**        Dated _____, 2024

                                                          _____
                                                          JUDGE VINCE CHHABRIA