D. Todd Mathews
**BAILEY & GLASSER, LLP**
210 W. Division Street
P.O. Box 993
Maryville, IL 62062
Phone: (618) 726-0091
Fax: (304) 342-1110
tmathews@@baileyglasser.com
*Counsel for Plaintiff, Patricia A. Casale*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| | Honorable Judge Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** *Patricia A. Casale,* 3:19-cv-05238-VC | **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiff Patricia A. Casale (Case No. 3:19-cv-05238), through undersigned counsel, respectfully requests a twenty-one (21) day extension in which to file an opposition to the Motion for Summary Judgment (Doc. 20 in 3:19-cv-05238) filed by Defendant.

On March 15, 2024, Defendant filed a Motion for Summary Judgment on Causation Grounds (Doc. 20 in 3:19-cv-05238), which has been set for hearing on May 2, 2024 at 2:00 P.M.

Plaintiff's deadline to file an opposition to Defendant's Motion for Summary Judgment is March 29, 2024, and the deadline for Defendant to file a reply to Plaintiff's opposition is April 5, 2024.

The basis for this request is that Plaintiff has filed an unopposed Motion to move her case to Wave VII-G on this date, which is now pending before the Court.

The requested extension does not affect the hearing date currently set for May 2, 2024, and it would not cause undue delay, complication or prejudice. Additionally, Defendant does not oppose Plaintiff's request for an extension to file an opposition to Defendant's Motion for Summary Judgment.[1]

DATED: March 27, 2024

Respectfully submitted,

/s/ D. Todd Mathews
D. Todd Mathews
**BAILEY & GLASSER, LLP**
210 W. Division Street
P.O. Box 993
Maryville, IL 62062
Phone: (618) 726-0091
Fax: (304) 342-1110
tmathews@@baileyglasser.com
*Counsel for Plaintiff, Patricia A. Casale*

### CERTIFICATION

I HEREBY CERTIFY that, on this date March 27, 2024, the foregoing Plaintiff's Unopposed Motion for Extension of Time was served by filing with the Court using the CM/ECF system, which sent notice to counsel of record when accepted and filed.

By: /s/ D. Todd Mathews
D. Todd Mathews

---

[1] Plaintiff's Counsel spoke with Anthony Martinez, counsel for Defendant, and confirms Defendant does not oppose Plaintiff's Motion requesting an extension to file an opposition to Defendant's Motion for Summary Judgment or Plaintiff's Motion to Move Case to Wave VII-G.