MICHAEL JAY GREEN     4451
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone:    (808) 521-3336
Facsimile:    (808) 566-0347
michael@michaeljaygreen.com

DENISE M. HEVICON            7428
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone:    (808) 523-5751
Facsimile:    (808) 356-0628
denise@deniseheviconlaw.com

MARIA F. PENN                7870
841 Bishop Street, Suite 2201
Honolulu, Hawai`i  96813
Telephone:    (808) 524-1730
Facsimile:    (808) 356-0628
maria@mariapennlaw.com

Attorneys for Plaintiffs
LAWRENCE D. DIXON and
ANNE C. DIXON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. MDL No. 3:16-md-02741-VC |
| *This document relates to:* | STIPULATION OF DISMISSAL WITH PREJUDICE |
| LAWRENCE D. DIXON, et al. v. MONSANTO COMPANY,<br><br>Case No. 3:19-cv-05885-VC | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Comes Now, Plaintiffs LAWRENCE D. DIXON and ANNE C. DIXON, and Defendant MONSANTO COMPANY, by and through their respective counsels, and pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, hereby stipulate to the dismissal of this

action with prejudice. Each party shall bear its own attorneys' fees and costs. This case is not subject to the hold back provisions of the common benefit fund.

SO STIPULATED:

| | |
|---|---|
| By: */s/ Michael Jay Green* <br> MICHAEL JAY GREEN <br> DENISE M. HEVICON <br> MARIA F. PENN <br> 841 Bishop Street, Suite 2201/2210 <br> Honolulu, Hawaii 96813 <br> Tel: (808) 521-3336 <br> michael@michaeljaygreen.com <br> denise@dmheviconlaw.com <br> maria@mariapennlaw.com | Dated: March 27, 2024 |

    Attorneys for Plaintiffs
    LAWRENCE D. DIXON and
    ANNE C. DIXON

| | |
|---|---|
| By: */s/ John K. Sherk, III* <br> JOHN K. SHERK III <br> Shook Hardy & Bacon, LLP <br> 555 Mission Street, Suite 2300 <br> San Francisco, California 94105 <br> Tel: (415) 544-1900 <br> jsherk@shb.com | Dated: March 27, 2024 |

    Attorney for Defendant
    MONSANTO COMPANY

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Michael Jay Green, attest that all signatories listed above, and on whose behalf this stipulation is submitted concur in and have authorized the filing.

                                            */s/ Michael Jay Green*
                                            MICHAEL JAY GREEN
                                            Attorney for Plaintiff