**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to<br><br>*William Edward Flowers, Sr. v. Monsanto Company*<br>Case No. 3:20-cv-00347-VC | SUGGESTION OF DEATH OF PLAINTIFF WILLIAM EDWARD FLOWERS SR. |

### SUGGESTION OF DEATH OF PLAINTIFF WILLIAM EDWARD FLOWERS SR.

In accordance with the Federal Rule of Civil Procedure 25(a)(1), Defendant Monsanto Company ("Monsanto") suggests upon the record the death of William Edward Flowers Sr. during the pendency of this action. Monsanto is informed and believes that Mr. Flowers died on December 29, 2021.

| | |
|---|---|
| DATED:  March 28, 2023 | Respectfully submitted, |
| | SHOOK, HARDY & BACON L.L.P. |
| | By: /s/ Jennise W. Stubbs |
| | Jennise W. Stubbs |
| | 600 Travis Street, Suite 3400 |
| | Houston, TX 77002-2926 |
| | Telephone: (713) 227-8008 |
| | Facsimile: (713) 227-9508 |
| | Email: jstubbs@shb.com |
| | *Attorneys for Defendant* |
| | *MONSANTO COMPANY* |