Elizabeth A. Fegan
Fegan Scott LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL  60606
Ph:  312.741.1019
Fax: 312.264.0100
beth@feganscott.com

*Counsel for Plaintiff Aaron Sheller*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Roundup Products Liability Litigation | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Sheller v. Bayer AG, et al.*, Case No. 3:19-cv-07972 | |

**MOTION TO WITHDRAW MELISSA CLARK'S APPEARANCE AS COUNSEL**

Plaintiff respectfully moves this Court for an order withdrawing the appearance of Melissa Clark as counsel on behalf of Plaintiff Aaron Sheller in the above captioned matter as she will be leaving the firm of Fegan Scott LLC.  Elizabeth A. Fegan of Fegan Scott LLC and her co-counsel of record will continue to represent Plaintiff in this matter.

Dated: March 28, 2024

Respectfully submitted,

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph: 312.741.1019
Fax: 312.264.0100
beth@feganscott.com
Counsel for Plaintiffs