IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Sheller v. Bayer AG, et al.*, Case No. 3:19-cv-07972 | |

**ORDER GRANTING
MOTION TO WITHRAW APPEARANCE AS COUNSEL**

On this _____ day of _____, it is hereby ORDERED that the Motion to Withdraw Appearance of Melissa Clark on behalf of Plaintiff Aaron Sheller is GRANTED. The appearance of Melissa Clark on behalf of Plaintiff Aaron Sheller is hereby terminated.

_____
Judge