**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Lee Juehring and Diane Juehring v. Monsanto Co.*, <br> Case No. 3:24-cv-01400-VC | |

# MONSANTO COMPANY'S
# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

DATED:  March 28, 2024					Respectfully submitted,

							SHOOK, HARDY & BACON L.L.P.

							BY: */s/ Jennise W. Stubbs*
							      Jennise W. Stubbs
							      600 Travis Street, Suite 3400
							      Houston, TX 77002-2926
							      Telephone:  (713) 227-8008
							      Facsimile:   (713) 227-9508
							      Email:         jstubbs@shb.com

							*Attorneys for Defendant*
							*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 28th day of March, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

							*/s/Jennise W. Stubbs*
							Jennise W. Stubbs