D. Todd Mathews
**BAILEY & GLASSER, LLP**
210 W. Division Street
P.O. Box 993
Maryville, IL 62062
Phone: (618) 418-5180
Fax: (304) 342-1110
tmathews@@baileyglasser.com
*Counsel for Plaintiff, Patricia A. Casale*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| | Honorable Judge Vince Chhabria |
| THIS DOCUMENT RELATES TO: *Patricia A. Casale,* 3:19-cv-05238-VC | **PLAINTIFF'S FIRST AMENDED UNOPPOSED MOTION TO MOVE CASE TO WAVE VII-G** |

COMES NOW, Plaintiff Patricia A. Casale, without opposition from Defendant Monsanto Company, and respectfully requests the Court move her case from Wave VII-C to Wave VII-G. In support, Plaintiff states as follows:

1. Plaintiff's case is currently part of Wave VII-C[1];

2. Mindful of the deadlines pertaining to Wave VII-C cases, the parties have diligently pursued discovery in this matter. Plaintiff's deposition, as well as those of her treating

---

[1] Plaintiff's case has previously moved from Wave IV to Wave VI, and subsequently moved to Wave VII-C.

physicians, have been taken. Written discovery has been produced and inspection of Plaintiff's property has been timely completed.

3. The deadlines posed by Wave VII-C create challenges to Plaintiff to present required expert reports due to the following extraordinary circumstances:

   a. Plaintiff previously informed the Court that Plaintiff's Counsel took this case over from a previous law firm due to a sudden and serious health issue.

   b. As a result, transitioning the file, reviewing, and evaluating discovery proved to take longer than expected.

   c. Plaintiff was to disclose any expert reports regarding specific causation on February 28, 2024. Plaintiff inadvertently missed this deadline due to an oversight within the firm. This was not intended to delay or impede the judicial process. Plaintiff's Counsel apologizes to the Court for missing this deadline and would never intentionally or knowingly ignore a court-imposed deadline.

   d. While Plaintiff did not disclose any specific causation expert reports by February 28, 2024, Plaintiff acted expeditiously and in good faith to obtain the required expert report upon learning of its oversight. Plaintiff is ready to disclose her specific causation expert report to Defendant instanter.

   e. Rather than seek an Order to File Out of Time, the parties met and conferred, and Monsanto does not oppose moving Plaintiff's case to Wave VII-G.

4. Granting Plaintiff's Motion would not cause undue delay, complication or prejudice to any party in this action.

WHEREFORE, Plaintiff Patricia A. Casale, without opposition of Defendant, respectfully requests the Court move her case from Wave VII-C to Wave VII-G.

DATED: March 28, 2024

Respectfully submitted,

*/s/ D. Todd Mathews*

D. Todd Mathews
**BAILEY & GLASSER, LLP**
210 W. Division Street
P.O. Box 993
Maryville, IL 62062
Phone: (618) 418-5180
Fax: (304) 342-1110
tmathews@@baileyglasser.com
*Counsel for Plaintiff, Patricia A. Casale*

### CERTIFICATION

I HEREBY CERTIFY that, on this date March 28, 2024, the foregoing Plaintiff's First Amended Unopposed Motion to Move Case to Wave VII-G was served by filing with the Court using the CM/ECF system, which sent notice to counsel of record when accepted and filed.

By: */s/D. Todd Mathews*