```
 1  Peter Q. Ezzell (CBS No. 53497)
    Nancy Lucas Ezzell (CBS No. 126857)
 2  Law Offices of Peter Q. Ezzell
    134 Westwind Mall
 3  Marina del Rey, CA 90292
    Telephone: (310) 709-2125
 4  ezzellp@gmail.com
 5  nancy.ezzell@gmail.com

 6  Attorneys for Plaintiff Michael David Ezzell

 7  Jennise W. Stubbs
    Shook Hardy & Bacon L.L.P.
 8  600 Travis Street, Suite 3400
 9  Houston, TX 77002-2926
    (713) 227-8008
10  jstubbs@shb.com

11  Attorneys for Defendant Monsanto Company
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br>Michael David Ezzell v. Monsanto Company<br>Case No. 8:22-cv-01001-JVS-JDE | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE, Plaintiff Michael David Ezzell and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned matter

1  (including all claims asserted by Plaintiff), with each party to bear his or its own fees and costs
2  associated with this matter.

3       Plaintiff's counsel Peter Q. Ezzell, who is plaintiff's brother, waived any fees from the
4  plaintiff's settlement proceeds, and did not seek reimbursement of out-of-pocket expenses which
5  were advanced on plaintiff's behalf.

6       Plaintiff's counsel advised the Common Benefit Fund Special Master of the fee waiver and
7  asked if any holdback was required. The Special Master advised that: "You are not subject to the
8  common benefit orders since no attorneys' fees were taken."

9       Accordingly, Plaintiff's counsel will neither holdback any settlement funds nor deposit any
10 settlement funds with the Common Benefit Fund.

12 DATED: March 26, 2024

                       Respectfully submitted,

                       LAW OFFICES OF PETER O. EZZELL

                       /s/ *Peter Q. Ezzell*

                       Peter O. Ezzell
                       134 Westwind Mall
                       Marina del Rey, CA 90292
                       (310) 709-2125
                       ezzellp@gmail.com
                       *Attorneys for Plaintiff Michael D. Ezzell*

                       SHOOK, HARDY & BACON L.L.P.

                       /s/ *Jennise W. Stubbs*

                       Jennise W. Stubbs
                       600 Travis Street, Suite 3400
                       Houston, TX 77002
                       Phone: (713) 227-8008
                       Fax: (713) 227-9508
                       jstubbs@shb.com
                       *Attorneys for Defendant Monsanto Company*

STIPULATION OF DISMISSAL WITH PREJUDICE

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Peter Q. Ezzell, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in, and has authorized this filing.

/s/ *Peter Q. Ezzell*
Peter Q. Ezzell
LAW OFFICES OF PETER Q. EZZELL
*Attorneys for Plaintiff Michael D. Ezzell*