UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Helmich v. Monsanto Co.*, Case No. 20-cv-05941-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE 8B**<br><br>Re: Dkt. No. 17986 |

The motion is granted. However, the Court is unlikely to grant any further extensions in this case, as the plaintiff has already had more than a year to find new counsel.

Counsel for the plaintiff is directed to file a declaration by July 1, 2024, describing the efforts undertaken to secure substitute counsel for the plaintiff.

**IT IS SO ORDERED.**

Dated: March 28, 2024

VINCE CHHABRIA
United States District Judge