UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Sheller, et al. v. Monsanto Co.*, Case No. 3:19-cv-07972 | **PLAINTIFF'S UNOPPOSED MOTION TO REMOVE PLAINTIFF AARON SHELLER FROM WAVE PROCEDURE** |

Plaintiff Aaron Sheller, by counsel, respectfully files this unopposed motion to remove Aaron Sheller, the plaintiff in a medical monitoring class action, from the mass tort trial waves in this action, and in support states the following:

1. Plaintiff Aaron Sheller is a farmer and farm owner who alleges that he was exposed to glyphosate-containing Roundup and, as a result, alleges he is at risk of developing Non-Hodgkins Lymphoma (NHL). Mr. Sheller has not, however, been diagnosed with NHL.

2. On September 30, 2019, Mr. Sheller brought a class action in the Southern District of Indiana seeking medical monitoring damages from defendants Bayer AG[1] and Monsanto Company related to their manufacture and sale of Roundup and similar glyphosate-containing products. Case No. 1:19-cv-04063-TWP-DML. (S.D. Ind.). On December 4, 2019, that matter was transferred to the Northern District of California (*Sheller v. Bayer AG*, Case No. 3:19-cv-07972) and on December 10, 2019, it was consolidated with this multidistrict litigation (*In re Roundup Products Liability Litig.*, Case No. 3:16-md-02741, the "MDL").

3. On February 3, 2021, Mr. Sheller filed an amended complaint with other plaintiffs, including Ramirez. MDL ECF No. 12507. On October 1, 2021, Mr. Sheller was voluntarily dismissed from the *Ramirez* complaint, but Mr. Sheller continues to maintain his

---

[1] Bayer AG has not been served so Monsanto is the only defendant joining this motion.

1

action, *Sheller v. Bayer AG*, Case No. 3:19-cv-07972, and remains a party to the MDL, MDL ECF No. 13881 (10/1/21 Stipulation).

4.  On November 10, 2022 Mr. Sheller's case was added to Wave 7; however, a footnote in the order says that the other two putative class actions (brought by plaintiffs Ramirez and Koller) were excluded from the waves. ECF No. 15765. *See also* ECF No. 17232 (Sheller in 7E). *See also* ECF No. 5372 (letter from PLC re: removing Ramirez from waves). It appears that Mr. Sheller's case was overlooked as a putative class action that should be excluded from the trial waves.

5.  Mr. Sheller has not been diagnosed with NHL and the parties agree that his claims and his putative class action are not appropriate for the trial wave procedure.

6.  Accordingly, Plaintiff Sheller respectfully requests that Mr. Sheller and his action be removed from the trial wave procedure.

Dated: April 2, 2024                    Respectfully submitted,

/s/ Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL  60606
T: 312-741-1019
F: 312.264.0100
beth@feganscott.com

William N. Riley
Russell B. Cate
RileyCate, LLC
11 Municipal Drive, Suite 320
Fishers, IN 46038
T: 317-588-2866
F: 317-458-1785
wriley@rileycate.com
rcate@rileycate.com

*Counsel for Plaintiff Aaron Sheller*

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of April, 2024, I electronically transmitted the foregoing PLAINTIFF'S UNOPPOSED MOTION TO REMOVE PLAINTIFF AARON SHELLER FROM WAVE PROCEDURE to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan