**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:         jstubbs@shb.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Thomas Popp v. Monsanto Company*,<br>Case No. 3:24-cv-01613-VC | |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  April 3, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.

　　　　　　　　　　　　　　　　　　BY: */s/ Jennise W. Stubbs*
　　　　　　　　　　　　　　　　　　　　 Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　 600 Travis Street, Suite 3400
　　　　　　　　　　　　　　　　　　　　 Houston, TX 77002-2926
　　　　　　　　　　　　　　　　　　　　 Telephone:  (713) 227-8008
　　　　　　　　　　　　　　　　　　　　 Facsimile:   (713) 227-9508
　　　　　　　　　　　　　　　　　　　　 Email:         jstubbs@shb.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　*MONSANTO COMPANY*

## **CERTIFICATE OF SERVICE**

　　I certify that on the 3rd day of April, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

　　　　　　　　　　　　　　　　　　*/s/Jennise W. Stubbs*
　　　　　　　　　　　　　　　　　　Jennise W. Stubbs