|   |   |
|---|---|
| 1  | **SHOOK, HARDY & BACON L.L.P.** |
|    | Jennise W. Stubbs |
| 2  | 600 Travis Street, Suite 3400 |
|    | Houston, TX 77002-2026 |
| 3  | Telephone:   (713) 227-8008 |
|    | Facsimile:    (713) 227-9508 |
| 4  | Email:          jstubbs@shb.com |
| 5  | *Attorneys for Defendant* |
|    | MONSANTO COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md-02741-VC |
| This document relates to: |  |
| *Shirley Comeaux v. Monsanto Co.*, Case No. 3:24-cv-01116-VC |  |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  April 3, 2024                    Respectfully submitted,

                                                                SHOOK, HARDY & BACON L.L.P.

                                                                BY: */s/ Jennise W. Stubbs*
                                                                         Jennise W. Stubbs
                                                                         600 Travis Street, Suite 3400
                                                                         Houston, TX 77002-2926
                                                                         Telephone:   (713) 227-8008
                                                                         Facsimile:    (713) 227-9508
                                                                         Email:           jstubbs@shb.com

                                                               *Attorneys for Defendant*
                                                               *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of April, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                                                */s/Jennise W. Stubbs*
                                                                Jennise W. Stubbs