UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2741 ) ) |
| | ) Master Docket No. 3:16-md-02741-VC ) |
| **This Document Relates to:** | ) ) |
| *Nick Geich v. Monsanto Co.,* Case No. 3:19-cv-05350-VC | ) Judge Vince Chhabria ) ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, each party to bear its own costs.

DATED: March 7, 2024                                Respectfully submitted,

/s/ *Charles W. Miller*                             /s/ *Anthony R. Martinez*
Charles W. Miller                                   Anthony R. Martinez
charles@hop-law.com                                 SHOOK, HARDY & BACON, LLP
HEYGOOD, ORR & PEARSON                              2555 Grand Blvd.
6363 N. State Highway 161, Ste. 450                 Kansas City, MO  64108
Irving, Texas 75038                                 Telephone: (816) 559-2683
Telephone:    (214) 237-9001                        Facsimile: (816) 421-5547
Facsimile:    (214) 237-9002                        amartinez@shb.com

*Attorneys for Plaintiffs*

                                                    *Attorney for Defendant*

**SO ORDERED** this ___3rd___ day of ___April___, 2024.

_____
HON. VINCE CHHABRIA

[APPROVED — Judge Vince Chhabria, United States District Court, Northern District of California]