IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO:<br><br>*Maria Sanchez, Individually and on Behalf of the Estate of Lesbia M. Pineda v. Monsanto Company*<br><br>Case No. 3:20-cv-02634-VC | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741<br><br>VINCE CHHABRIA<br>U.S. DISTRICT JUDGE |

**ORDER**

Plaintiff Maria Sanchez's Motion to move the case from Wave 7G to Wave 8C is granted.

IT IS SO ORDERED.

Dated: __April 3__, 2024

