UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Perillo v. Monsanto Co.*, Case No. 21-cv-02550-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE 7G**<br><br>Re: Dkt. No. 18053 |

The motion to move the above-captioned case from Wave 7B to Wave 7G is granted.

**IT IS SO ORDERED.**

Dated: April 3, 2024

_____

VINCE CHHABRIA
United States District Judge