UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Ronald Gebo v. Monsanto Company,*<br><br>Case No. 3:17-cv-00168-VC | |

## ORDER

The motion is granted. Rebecca Dietrich f/k/a Rebecca Gebo, Personal Representative of the Estate of Ronald Willard Gebo, shall be substituted as plaintiff for Ronald Gebo, and she may file the proposed amended complaint on the docket.

IT IS SO ORDERED.

This 3rd day of April, 2024.



_____
Vince Chhabria
United States District Judge

APPROVED
Judge Vince Chhabria