UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741-VC |
| *Fredda Glatt, individually and as Successor in Interest to the Estate of Aaron Leon Glatt, Andrew Glatt, and Lisa Glatt v. Monsanto Co., et al.* Case No. 3:20-cv-04649-VC | Hon. Vince Chhabria |

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Having reviewed the parties' Stipulation of Dismissal with Prejudice, the Court hereby GRANTS the requested relief and dismisses the above-captioned action, *Fredda Glatt, individually and as Successor in Interest to the Estate of Aaron Leon Glatt, Andrew Glatt, and Lisa Glatt v. Monsanto Co., et al.*, Case No. 3:20-cv-04649-VC, with prejudice.

IT IS SO ORDERED.

Date: April 3, 2024



APPROVED
Judge Vince Chhabria