UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No: 2741<br><br>Case No: 3:16-MD-2741-VC |
| THIS DOCUMENT RELATES TO:<br><br>Clark Paris and Marga Paris v. Monsanto | Case No: 3:20-cv-01840-VC |

## ORDER GRANTING
## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Joint Stipulation for Dismissal with Prejudice, having reviewed said request and find good cause, this Court grants the Joint Stipulation for Dismissal with Prejudice as to the above-referenced captioned matter.

DATED ~~March 19, 2024~~.
April 3, 2024



APPROVED
Judge Vince Chhabria

Page **1** of **1**