IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Maria Sanchez, Individually and on Behalf of the Estate of Lesbia M. Pineda v. Monsanto Company* <br><br> **Case No.** 3:20-cv-02634-VC | **Master File No. 3:16-MD-02741-VC** <br> **MDL No. 2741** <br><br><br> **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Ken Moll, of the firm Moll Law Group, hereby enters his appearance in the above-captioned matter as counsel for plaintiff, MARIA SANCHEZ, Individually and on Behalf of the Estate of LESBIA M. PINEDA, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: April 4, 2024

                                                             Respectfully submitted,

                                                             */s/ Ken Moll*
                                                             Ken Moll
                                                            MOLL LAW GROUP
                                                            180 N. Stetson Ave, 35th Floor
                                                            Chicago, IL, 60601
                                                            T 312.462.1700
                                                            F 312.756.0045
                                                            info@molllawgroup.com
                                                            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

*/s/ Ken Moll*