UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*ALL ACTIONS* | **ORDER GRANTING MONSANTO'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S ORDER FOR DATA TO AUDIT COMMON BENEFIT FUND COMPLIANCE**<br>Re: Dkt. No. 18094 |

Monsanto's motion is granted. Monsanto shall provide the information required by the Court's order by April 8, 2024.

**IT IS SO ORDERED.**

Dated: April 4, 2024

VINCE CHHABRIA
United States District Judge