UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) )  MDL No.: 2741 ) Case No.: 3:16-md-02741-VC |
| This document relates to: *Henrietta Woods v. Monsanto Company, et.al;* Case No.: 3:20-cv-00315-VC | ) ) )  HON. VINCE CHHABRIA ) ) |

### ~~[PROPOSED]~~ ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Having reviewed the Stipulation of Dismissal with Prejudice, the Court hereby GRANTS the requested relief and dismisses the above-captioned action, *Henrietta Woods v. Monsanto Co.,; et.,* Case No.: 3:20-cv-04649-VC, with prejudice.

IT IS SO ORDERED

Dated this __4th__ day of __April__, 2024.



APPROVED
Judge Vince Chhabria