**HOUSSIERE, DURANT & HOUSSIERE, LLP**
Charles R. Houssiere, III
choussiere@HDHtex.com
Randal A. Kauffman
rkauffman@HDHtex.com
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056
Telephone: (713)626-3700
Facsimile: (713)626-3709

*Attorneys for*
KENZIE BRYANT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Kenzie Bryant v. Monsanto Co.,* Case No. 3:23-cv-04959-CV | |

### MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF

COME NOW CHARLES R. HOUSSIERE, III, RANDAL A. KAUFFMAN and HOUSSIERE, DURANT & HOUSSIERE, LLP, moving to withdraw as attorneys for Plaintiff Kenzie Bryant, and in support thereof say:

1. Plaintiffs have made numerous attempts to communicate with Plaintiff through telephone, mail and text message in order to complete his Plaintiffs Fact Sheet and submission to the settlement administrator. Plaintiff has refused to receive or return Attorneys calls or text messages. Plaintiff has also written "return to sender" on correspondence Attorneys sent Plaintiff and sent that correspondence back to Attorneys.

It is impossible to represent a client who refuses to accept or return the attorney's calls or text messages, and who returns correspondence sent to the client without opening it.

MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF

Therefore, Attorneys move the Court to permit Attorneys to withdraw from their representation of Plaintiff.

WHEREFORE, Plaintiffs move the Court for an order withdrawing them as attorneys for Plaintiff.

Respectfully submitted,

HOUSSIERE, DURANT & HOUSSIERE, LLP

BY: /s/ Charles R. Houssiere, III
Charles R. Houssiere, III
Attorney in Charge
choussiere@HDHtex.com
Randal A. Kauffman
rkauffman@HDHtex.com
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056
Telephone: (713)626-3700
Facsimile: (713)626-3709

*Attorneys for Plaintiff*
KENZIE BRYANT

### CERTIFICATE OF SERVICE

I certify that on the 20th day of March, 2024, I electronically transmitted the foregoing **MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/ Charles R. Houssiere, III