**HOUSSIERE, DURANT & HOUSSIERE, LLP**
Charles R. Houssiere, III
choussiere@HDHtex.com
Randal A. Kauffman
rkauffman@HDHtex.com
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056
Telephone: (713)626-3700
Facsimile: (713)626-3709

*Attorneys for*
KENZIE BRYANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Kenzie Bryant v. Monsanto Co.,*<br>Case No. 3:23-cv-04959-CV | |

### ORDER OF WITHDRAWAL

ON THIS DAY the Court considered the Motion to Withdraw as Attorneys for Plaintiff of Charles R. Houssiere, III, Randal A. Kauffman and Houssiere, Durant & Houssiere, LLP. After considering said Motion, the Court is of the opinion that said Motion is well-taken, should be, and is, in all things, GRANTED. It is therefore,

ORDERED that Charles R. Houssiere, III, Randal A. Kauffman and Houssiere, Durant & Houssiere, LLP are withdrawn as attorneys for Plaintiff.

SIGNED _____, 2024.

_____
Vince Chhabria
United States District Judge