Manuel D. Gomez (MDG – 6851)
Law Office of Manuel D. Gomez, P.C
225 Broadway Suite 900
New York, NY, 10007
Tel.: 212-571-2640
Fax.: 212-571-2302
ManuelDGomezesq@gmail.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No.: 3:16-md- 02741-VC <br><br> **[PROPOSED] ORDER DENYING DEFENDANT MONSANTO COMPANY'S MOTION TO MOVE CASE TO WAVE 8** |
| This document relates to: <br><br> *The Estate of Thomas J. Fallon, deceased, & Brigitte B. Fallon v. Monsanto Co.*, Case No. 3:20-cv-00248-VC | *[Filed concurrently with Plaintiff's Declaration in opposition]* |

Pursuant to Defendant Monsanto Company's ("Monsanto") Motion to Move Case to Wave 8 (the "Motion"), and for good cause shown, the Court hereby enters the following Order:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Monsanto's Motion is DENIED.

IT IS SO ORDERED.

Dated: _____

                                                                 Honorable Vince G. Chabria
                                                             United States District Court Judge