**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, MO  64108
Telephone: (816) 474-6550
Facsimile: (816) 521-5547
Email: amartinez@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Kenzie Bryant v. Monsanto Co.,* Case No. 3:23-cv-04959-VC | |

**NOTICE OF NON-OPPOSITION TO COUNSEL'S**
**MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF**

Defendant Monsanto Company hereby provides notice that it does not oppose counsel's Motion to Withdraw as Attorneys for Plaintiff.

DATED:  April 4, 2024                Respectfully submitted,

                              SHOOK, HARDY & BACON L.L.P.

                              By: */s/ Anthony R. Martinez*
                                  Anthony R. Martinez
                                  SHOOK, HARDY & BACON, LLP
                                  2555 Grand Boulevard
                                  Kansas City, MO 64108-2613
                                  Telephone: (816) 474-6550
                                  Email: amartinez@shb.com

                              *Attorney for Defendant*
                              *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I certify that on the 4th day of April, 2024, I electronically transmitted the foregoing **NOTICE OF NON-OPPOSITION TO COUNSEL'S MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Anthony R. Martinez*
Anthony R. Martinez