UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Plaza-Gonzalez v. Monsanto Co.*, Case No. 22-cv-02303-VC<br><br>*Bryant v. Monsanto Co.*, Case No. 23-cv-04959-VC | **ORDER ENFORCING PRETRIAL ORDER NO. 240** |

The plaintiffs are reminded of their obligations under Pretrial Order No. 240, which requires every current and future plaintiff in this MDL to participate in Special Master Ken Feinberg's settlement program. See Appendix 1 (Pretrial Order No. 240, Dkt. No. 13323). The Special Master recently informed the Court that the plaintiffs in the above-listed cases have not complied with PTO No. 240. These plaintiffs are ordered to comply and submit the information requested by the special master within 21 days. Failure to do so will result in the case being dismissed with prejudice under Federal Rule of Civil Procedure 41(b), and there will not be another warning. If the plaintiff requires more time to complete the submission, then counsel may request it from the Special Master.

**IT IS SO ORDERED.**

Dated: April 4, 2024

_____
VINCE CHHABRIA
United States District Judge