UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> *Hebert v. Monsanto Co.*, Case No. 21-cv-04636-VC <br><br> *Dobberpuhl et al. v. Monsanto Co.*, Case No. 21-cv-03754-VC <br><br> *Terriacia et al. v. Monsanto Co.*, Case No. 19-cv-07210-VC <br><br> *Madere v. Monsanto Co.*, Case No. 18-cv-07057-VC <br><br> *Teela v. Monsanto Co.*, Case No. 22-cv-03382-VC | **ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT** <br><br> Re: Dkt. Nos. 18058, 18059, 18062, 18063, 18065 |

In each of the above-captioned cases, Monsanto has filed a motion for summary judgment on the grounds that the plaintiffs have failed to disclose a specific causation expert. None of the plaintiffs has filed an opposition. Accordingly, the motions are granted.

**IT IS SO ORDERED.**

Dated: April 4, 2024

_____
VINCE CHHABRIA
United States District Judge