UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| This document relates to: | |
| *Ramirez, et al. v. Monsanto Co.*, Case No.: 3:19-cv-02224 | |

## MOTION TO SUBSTITUTE DOLORES RAMIREZ IN PLACE OF ROBERT RAMIREZ

Counsel for Plaintiff in the above-referenced action respectfully moves this Court to substitute Dolores Ramirez, as personal representatives of the estate of Robert Ramirez, deceased, pursuant to Rule 25 of the Federal Rules of Civil Procedure.

1. On April 24, 2019, Plaintiff Robert Ramirez filed the present products liability lawsuit in the United States District Court for the Northern District of California, Case No. 3:20-cv-02224.

2. Plaintiff Robert Ramirez passed away on January 8, 2024. Plaintiff's death certificate is attached hereto as **Exhibit A**.

3. There was no probate of the Estate of Robert Ramirez.

4. As the surviving spouse of Robert Ramirez, Dolores Ramirez is the proper party to make this suggestion and has a right to pursue these claimsagainst Defendants.

5. Dolores Ramirez moves to be substituted as the Plaintiff in the present action, individually.

6. No party will be prejudiced by this amendment, and it serves the needs of justice.

7. Therefore, Plaintiff requests that this Court enter an Order substituting Dolores Ramirez in place of Robert Ramirez. The case caption is requested to be amended as follows:

"Dolores Ramirez, as the surviving spouse and heir."

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that Dolores Ramirez, surviving spouse and heir of Robert Ramirez, be substituted as Plaintiff in place of the deceased, so that claims may survive and the action may proceed.

DATED:  April 3, 2024                                  Respectfully submitted,

*/s/ William M. Audet*_____
**William M. Audet, Esq. (SBN 117456**)
**AUDET & PARTNERS, LLP**
711 Van Ness, Suite 500
San Francisco, CA 94102
(415) 568-2555
waudet@audetlaw.com
Attorney for Plaintiffs.

## CERTIFICATE OF SERVICE

I, William M. Audet, Esq., hereby certify that on this day I electronically served the foregoing **MOTION TO SUBSTITUTE DOLORES RAMIREZ IN PLACE OF ROBERT RAMIREZ** on all defendants' counsel of record in the above-captioned matter.

DATED:  April 3, 2024                                              */s/ William M. Audet*____
                                                                                      William M. Audet, Esq.

# EXHIBIT A

# CERTIFICATION OF VITAL RECORD

## COUNTY OF MONTEREY
### Salinas, California
### CERTIFIED COPY OF VITAL RECORDS

**STATE FILE NUMBER:** 3052024001875
**LOCAL REGISTRATION NUMBER:** 3202427000030

# CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/08)

### DECEDENT'S PERSONAL DATA

1. NAME OF DECEDENT—FIRST (Given): **ROBERT**
2. MIDDLE: **URQUIDEZ**
3. LAST (Family): **RAMIREZ**
- AKA, ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)
4. DATE OF BIRTH mm/dd/ccyy: [REDACTED]
5. AGE Yrs.: **56**
6. SEX: **M**
9. BIRTH STATE/FOREIGN COUNTRY: [REDACTED]
10. SOCIAL SECURITY NUMBER: [REDACTED]
11. EVER IN U.S. ARMED FORCES?: **NO** (X)
12. MARITAL STATUS/SRDP: **MARRIED**
7. DATE OF DEATH mm/dd/ccyy: **01/08/2024**
8. HOUR (24 Hours): **1630**
13. EDUCATION – Highest Level/Degree: **10**
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: **YES (X) MEXICAN**
16. DECEDENT'S RACE: **MEXICAN AMERICAN**
17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED: **PLUMBER**
18. KIND OF BUSINESS OR INDUSTRY: **PLUMBING**
19. YEARS IN OCCUPATION: **15**

### USUAL RESIDENCE

20. DECEDENT'S RESIDENCE (Street and number, or location): [REDACTED]
21. CITY: [REDACTED]
22. COUNTY/PROVINCE: [REDACTED]
23. ZIP CODE: [REDACTED]
24. YEARS IN COUNTY: [REDACTED]
25. STATE/FOREIGN COUNTRY: **CA**

### INFORMANT

26. INFORMANT'S NAME, RELATIONSHIP: **DOLORES RAMIREZ, WIFE**

### SPOUSE/SRDP AND PARENT INFORMATION

28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: **DOLORES**
29. MIDDLE: —
30. LAST (BIRTH NAME): **RODRIGUEZ**
31. NAME OF FATHER/PARENT—FIRST: [REDACTED]
32. MIDDLE: —
33. LAST: [REDACTED]
34. BIRTH STATE: [REDACTED]
35. NAME OF MOTHER/PARENT—FIRST: [REDACTED]
36. MIDDLE: —
37. LAST (BIRTH NAME): [REDACTED]
38. BIRTH STATE: [REDACTED]

### FUNERAL DIRECTOR / LOCAL REGISTRAR

39. DISPOSITION DATE mm/dd/ccyy: **01/12/2024**
40. PLACE OF FINAL DISPOSITION: **SOLEDAD CEMETERY DISTRICT, 1711 METZ RD, SOLEDAD, CA 93960**
41. TYPE OF DISPOSITION(S): **CREMATE/BURIAL**
42. SIGNATURE OF EMBALMER: **NOT EMBALMED**
43. LICENSE NUMBER: —
44. NAME OF FUNERAL ESTABLISHMENT: **WOODYARD FUNERAL HOME**
45. LICENSE NUMBER: **FD2001**
46. SIGNATURE OF LOCAL REGISTRAR: **EDWARD L MORENO, MD**
47. DATE mm/dd/ccyy: **01/10/2024**

### PLACE OF DEATH

101. PLACE OF DEATH: **RESIDENCE**
102. IF HOSPITAL, SPECIFY ONE: —
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: **Decedent's Home (X)**
104. COUNTY: **MONTEREY**
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: **501 NORTH ST**
106. CITY: **SOLEDAD**

### CAUSE OF DEATH

107. CAUSE OF DEATH:
- IMMEDIATE CAUSE (A): **ABNORMAL WEIGHT LOSS** — Time Interval: **YRS**
- (B): **NON-HODGKIN LYMPHOMA, UNSPECIFIED SITE** — Time Interval: **YRS**
- (C): —
- (D): —
108. DEATH REPORTED TO CORONER?: **NO (X)**
109. BIOPSY PERFORMED?: **NO (X)**
110. AUTOPSY PERFORMED?: **NO (X)**
111. USED IN DETERMINING CAUSE?: **NO**
112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107: **NONE**
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: **NO**
113A. DECEDENT PREGNANT IN LAST YEAR?: **NO (X)**

### PHYSICIAN'S CERTIFICATION

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- Decedent Attended Since (A) mm/dd/ccyy: **01/03/2024**
- Decedent Last Seen Alive (B) mm/dd/ccyy: **01/08/2024**
115. SIGNATURE AND TITLE OF CERTIFIER: **SCOTT HOWARD SCHNEIDERMAN, DO**
116. LICENSE NUMBER: **20A5388**
117. DATE mm/dd/ccyy: **01/10/2024**
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: **SCOTT SCHNEIDERMAN, DO, 2511 GARDEN RD SUITE A250, MONTEREY, CA 93940**

### CORONER'S USE ONLY

119. MANNER OF DEATH: **Natural**
120. INJURED AT WORK?: —
121. INJURY DATE mm/dd/ccyy: —
122. HOUR (24 Hours): —
123. PLACE OF INJURY: —
124. DESCRIBE HOW INJURY OCCURRED: —
125. LOCATION OF INJURY: —
126. SIGNATURE OF CORONER / DEPUTY CORONER: —
127. DATE mm/dd/ccyy: —
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: —

STATE REGISTRAR — A B C D E

FAX AUTH.#: —
CENSUS TRACT: —

MONTEREY CO. DEPT. OF HEALTH
STATE OF CALIFORNIA
COUNTY OF MONTEREY

DATE ISSUED: **JAN 1 1 2024**

*00 0473738*

By _____ Local Registrar

This is a true and exact reproduction of the document officially registered and placed on file in the Office of the Monterey County Vital Records. This copy is not valid unless prepared on engraved border displaying seal and signature of Local Registrar.
PHNCO (Rev) 01/16

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE