UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| This document relates to: | |
| *Ramirez, et al. v. Monsanto Co.*, Case No.: 3:19-cv-02224 | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE DOLORES RAMIREZ IN PLACE OF ROBERT RAMIREZ

1. Plaintiff's Motion that this Court enter an Order substituting Dolores Ramirez in place of Robert Ramirez pursuant to F.R.C.P. 25 is **GRANTED.**

2. Dolores Ramirez is here by substituted in place of Robert Ramirez.

3. Accordingly, the case caption shall be amended as follows: "Dolores Ramirez, as the surviving spouse and heir."

4. As the surviving spouse of Robert Ramirez, Dolores Ramirez is the proper party to make this suggestion and has a right to pursue these claimsagainst Defendants.

SIGNED on this the ___ day of _____ , 2024

                                                                              _____
                                                                              VINCE CHHABRIA
                                                                              United States District Court Judge

1

## **CERTIFICATE OF SERVICE**

I, William M. Audet, Esq., hereby certify that on this day I electronically served the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE DOLORES RAMIREZ IN PLACE OF ROBERT RAMIREZ** on all defendants' counsel of record in the above-captioned matter.

DATED:  April 3, 2024                                                      */s/ William M. Audet*____
                                                                                            William M. Audet, Esq.