UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*John Banet v. Monsanto Company*<br>Case No. 3:20-cv-07883 | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII (B)** |

Plaintiff's motion to move the case from Wave VII (E) to Wave VIII (B) is granted.

  **IT IS SO ORDERED.**


Dated: _____

                  _____
                  VINCE CHHABRIA
                  United States District Judge