UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Thompson et al. v. Monsanto Co.*<br>Case No. 3:20-cv-08851-VC | **ORDER GRANTING MOTION TO SUBSTITUTE PARTIES AND FOR LEAVE TO AMEND COMPLAINT** |

The motion is granted. Jaimie Thompson shall be substituted as plaintiff for Matthew Thompson, and she may file the proposed amended complaint on the docket.

**IT IS SO ORDERED.**

Dated: _____April 5_____, 2024



Judge Vince Chhabria