# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 |
| | \| Master Docket Case No. 16-md-02741-VC |
| | \| |
| | \| Honorable Vince Chhabria |
| This document relates to: | \| |
| | \| **UNOPPOSED MOTION TO MOVE CASE TO** |
| *Johnny Wood v. Monsanto Co.,* | \| **WAVE VIII, SUB-WAVE B** |
| Case No.:3:22-cv-03818-VC | \| |
| | \| |

Plaintiff Johnny Wood– without opposition from Defendant Monsanto Company – respectfully requests the Court move his case from Wave VII, Sub-Wave F to Wave VIII, Sub-Wave B:

1. Johnny Wood's case is part of Wave VII, Sub-Wave F.

2. Mindful of the deadlines pertaining to Wave VII cases, the parties have diligently pursued discovery in this matter.

3. The parties were scheduling Plaintiff's deposition, but Plaintiff is now deceased. Plaintiff is moving to substitute parties.

4. Counsel for the Plaintiff, Johnny Wood, met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave VIII, Sub-Wave B, and Monsanto does not oppose this request.

Therefore, Plaintiff Johnny Wood without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave VII, Sub-Wave F to Wave VIII, Sub-Wave B.

Date:  April 5, 2024                                    Respectfully Submitted,

By:   *Ben C. Martin*
_____
Ben C. Martin
Jessica Murray (*PHV* to be filed)
**BEN MARTIN LAW GROUP**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel: 214-761-6614
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 5, 2024, a true and correct copy of the foregoing document was served upon the parties below via CM/ECF:

Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd. Kansas City, MO 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
<u>amartinez@shb.com</u>

*Attorney for Defendant*

By:    *Ben C. Martin*
             Ben C. Martin
             BEN MARTIN LAW GROUP