UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| This document relates to: | |
| Johnny Wood v. Monsanto Co., Case No.:3:22-cv-03818-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII, SUB-WAVE B** |

Plaintiff's motion to move the case from Wave VII, Sub-Wave F to Wave VIII, Sub-Wave B is granted.

**IT IS SO ORDERED.**

Dated: _____, 2024       _____
　　　　　　　　　　　　　　　　　　　　HONORABLE VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT