**THE LAW OFFICE OF
SAMUEL M. LEAF, LLC**
Samuel M. Leaf
37 Franklin Suite, Suite 2
Westport, CT 06880
Tel:    (646) 584-4486
Email: sleaf@samuelmleaf.com

*Attorneys for Plaintiff*

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC 20005
Tel: 202-898-5800
Email: elasker@hollingsworthllp.com

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741-VC |
| *Daniel R. Kail v. Monsanto Company* | |
| Case No. 3:20-cv-08170-VC | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs and fees.

Counsel for Plaintiff has read Pretrial Order No. 236 and hereby certifies that this action is not subject to the common benefit fund holdback requirement referred to therein because Plaintiff's counsel handled this matter on a *pro bono* basis and has waived all fees or other remuneration in connection with this action.

Executed this 27th day of March 2024

/s/ Samuel M. Leaf
Samuel M. Leaf
THE LAW OFFICE OF
SAMUEL M. LEAF, LLC
37 Franklin Street, Suite 2
Westport, CT 06880
Tel: (646) 584-4486
sleaf@samuelmleaf.com

*Attorneys for Plaintiff*

/s/ Eric G. Lasker
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Tel: 202-898-5800
elasker@hollingsworthllp.com

*Attorneys for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Eric Lasker, attest that all signatories listed above, and on whose behalf this stipulation is submitted, concur in and have authorized the filing.

/s/ Eric G. Lasker
Eric G. Lasker
HOLLINGSWORTH LLP

*Attorneys for Defendant Monsanto Company*

STIPULATION OF DISMISSAL WITH PREJUDICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Daniel R. Kail v. Monsanto Company*<br><br>Case No. 3:20-cv-08170-VC | [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS CASUE comes before the Court on the Joint Stipulation of Dismissal With Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal With Prejudice as to the above-captioned matter.

IT IS SO ORDERED.

Dated: April 5, 2024

APPROVED
Judge Vince Chhabria

- 1 -
STIPULATION OF DISMISSAL WITH PREJUDICE