IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Sheller v. Bayer AG, et al.*, Case No. 3:19-cv-07972 | |

## ORDER GRANTING
## MOTION TO WITHRAW APPEARANCE AS COUNSEL

On this __5th__ day of __April_____, it is hereby ORDERED that the Motion to Withdraw Appearance of Melissa Clark on behalf of Plaintiff Aaron Sheller is GRANTED. The appearance of Melissa Clark on behalf of Plaintiff Aaron Sheller is hereby terminated.

_____
Judge



APPROVED
Judge Vince Chhabria