**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:  (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Ramey et al. v. Monsanto Co.*<br>Cause No. 3:17-CV-05878-VC<br>(N.D. Cal) | **MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE** |

## MONSANTO COMPANY'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE

Defendant Monsanto Company ("Monsanto") files this motion to dismiss for failure to prosecute or, in the alternative, for an order to show cause. On February 21, 2024, Plaintiffs Lenvil Ramey and Helena Ramey's counsel, Philip J. Edwards, filed an unopposed motion to withdraw as attorney. (Dkt. Nos. 17949 and 13.) This Court granted the motion on March 12, 2024, and further ruled that Plaintiffs' failure to file "a notice on the docket within 21 days stating whether they have hired new counsel or intend to represent themselves . . . will result in dismissal without prejudice." (Dkt. Nos. 18039 and 14 (the "Order").) The Court also required Plaintiffs' withdrawing counsel to "provide this order to the plaintiffs within seven days, and file a notice on the docket indicating how he did so." *Id.*

Mr. Edwards filed the required declaration on March 14, 2024, stating that he sent the Order to Plaintiffs Lenvil and Helenka Ramey via electronic service and that it "was confirmed in writing by

the Rameys on March 13, 2024, as received by them." (Dkt. Nos. 18052 and 15.) More than 21 days have passed since the Court entered the Order. To date, Plaintiffs have failed to notify the Court whether they intend to pursue this action, as required by the Order.

A court may dismiss a case for failure to prosecute pursuant to Rule 41(b), which provides:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Dismissal is authorized by Rule 41(b) and warranted under the Order because Plaintiffs have failed to prosecute their case.

If the Court is not presently inclined to dismiss this case, Monsanto requests, in the alternative, an order requiring Plaintiffs Lenvil and Helenka Ramey to show cause why this case should not be dismissed without prejudice for failure to prosecute. Monsanto further requests that the Court indicate that the case will be dismissed pursuant to Fed. R. Civ. P. 41(b) if no response is filed within 21 days of the order's entry.  In the event the Court issues an order to show cause Monsanto will, within seven days of its issuance, transmit said order to the Plaintiffs via electronic service and at the last known address reflected in Plaintiffs' deposition, 7009 Routt Rd., Louisville, KY 40299.

**Conclusion**

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case without prejudice for failure to prosecute or, in the alternative, for an order to show cause.

DATED:  April 8, 2024 	Respectfully submitted,

*/s/ Anthony R. Martinez*
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone:  (816) 474-6550
Facsimile: (816) 421-5547

**SHOOK, HARDY & BACON L.L.P.**

*Attorney for Defendant Monsanto Company*

3
DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:17-CV-05878-VC

**CERTIFICATE OF SERVICE**

I, Anthony Martinez, hereby certify that on April 8, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Anthony Martinez
Anthony Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*