**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ramey et al. v. Monsanto Co.*<br>Cause No. 3:17-CV-05878-VC<br>(N.D. Cal) | **[PROPOSED] ORDER GRANTING MOTION TO SHOW CAUSE** |

The motion for order to show cause is granted. Within 21 days of this Order, the plaintiff must show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. If no response is filed, this case will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                              VINCE CHHABRIA
                                              United States District Judge