**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>*Edilia Gonzalez, et al., 3:19-cv-08225-VC* | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:** Defendant Monsanto Company (the "Defendant") hereby withdraws its Motion for Summary Judgment on Causation Grounds filed on April 5, 2024.

Dated:  April 8, 2024              Respectfully submitted,

>              */s/ Jed P. White*
>              Jed P. White
>              Attorney for Defendant Monsanto Company

### CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

>              */s/ Jed P. White*
>              Jed P. White