UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 16-md-02741-VC |
|---|---|
| This document relates to: <br><br> *Bulone v. Monsanto Co.*, Case No. 20-cv-03719-VC <br><br> *Caccia et al. v. Monsanto Co.*, Case No. 20-cv-01915-VC <br><br> *Turnoff v. Monsanto Co.*, Case No. 19-cv-03837-VC | **ORDER SETTING HEARINGS ON CERTAIN WAVE 6 *DAUBERT* MOTIONS** <br><br> Re: Dkt. Nos. 17598, 17599, 17603, 17615, 18022 |

The Court will hold in-person *Daubert* hearings on Monsanto's motions to exclude Dr. Zhang and Dr. DeGrandchamp at 10 a.m. on April 24, 2024, and on Monsanto's motion to exclude Dr. Berkman and Dr. Braunstein at 10 a.m. on May 3, 2024.

**IT IS SO ORDERED.**

Dated: April 9, 2024

VINCE CHHABRIA
United States District Judge