| | |
|---|---|
| 1 | **DIAMOND LAW, PLLC** |
| 2 | David J. Diamond, Esq.<br>Arizona State Bar #010842 |
| 3 | 1700 E. River Road, #65237<br>Tucson, AZ 85718 |
| 4 | (520) 909-0909<br>ddiamond@diamondlawusa.com |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jacob Wiebelhaus on behalf of D.W., a minor, | Case No. 3:20-cv-00782 |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM – CIVIL EX PARTE**

Before the Court is the Motion to file under seal portions of the Motion for Appointment of Guardian Ad Litem – Civil Ex Parte. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document Date | Document Name | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|
| 03/13/2024 | Motion for Appointment of Guardian Ad Litem – Civil Ex Parte | Page 2, Paragraph 1 | Plaintiff | Private contact information for the Guardian Ad Litem and minor. |

Dated: __April 9_____, 2024    _____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT



APPROVED
Judge Vince Chhabria