**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jacob Wiebelhaus on behalf of D.W., a minor, | Case No. 3:20-cv-00782 |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

~~[PROPOSED]~~ **ORDER APPOINTING GUARDIAN AD LITEM**

Having considered the matter, the Court finds that it is reasonable and necessary to appoint Jacob Wiebelhaus as the Guardian ad Litem for D.W., a minor. As such,

IT IS ORDERED that Jacob Wiebelhaus is appointed as the Guardian ad Litem for D.W.

DATED this __9th__ day of _____April_____, 2024.

_____
Honorable Judge Vince Chhabria



APPROVED
Judge Vince Chhabria