# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Honorable Vince Chhabria |
| Jacob Wiebelhaus on behalf of D.W., a minor, | Case No. 3:20-cv-00782 |
| Plaintiff, | |
| v. | |
| Monsanto Company, | |
| Defendant. | |

## [PROPOSED] ORDER APPROVING PETITION FOR MINOR'S COMPROMISE

Having considered the matter and good cause appearing, Wiebelhaus' Petition for Minor Compromise is granted.

The balance to minor set forth in the Petition shall be deposited by the Guardian Ad Litem into an interest-bearing federally insured blocked account belonging to minor. No withdrawal of principal or interest shall be made from the blocked account without a written order from the Court until the minor reaches the age of 18 years.

DATED this **9th** day of **April**, 2024.

_____
Honorable Judge Vincent Chhabria
United States

APPROVED
Judge Vince Chhabria