UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Bryant v. Monsanto Co.*, Case No. 23-cv-04959-VC | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY** |
| | Re: Dkt. No. 18152 |

The motion is granted. The plaintiff is directed file a notice on the docket within 21 days stating whether he has hired new counsel or intends to represent himself. Failure to file this notice will result in dismissal without prejudice.

Counsel for Monsanto are directed to provide this order to the plaintiff within seven days and file a notice on the docket indicating how they did so.

**IT IS SO ORDERED.**

Dated: April 9, 2024

VINCE CHHABRIA
United States District Judge