UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Khal v. Monsanto Co.*, Case No. 20-cv-09292-VC *Kimble v. Monsanto Co.*, Case No. 21-cv-01334-VC | **ORDER GRANTING MOTIONS TO WITHDRAW AS ATTORNEY** Re: Dkt. Nos. 18085, 18086 |

The motions to withdraw as counsel for the above-named plaintiffs are granted. The plaintiffs are directed file a notice on the docket within 21 days stating whether they have hired new counsel or intend to represent themselves. Failure to file this notice will result in dismissal without prejudice.

Counsel for Monsanto are directed to provide this order to the plaintiffs within seven days and file a notice on the docket indicating how they did so.

**IT IS SO ORDERED.**

Dated: April 9, 2024

VINCE CHHABRIA
United States District Judge