Amanda L. DePaulis (CA Bar #329754)
T. Matthew Leckman
Walter Kelley
BERNHEIM KELLEY BATTISTA, LLC
4 Court Street
Plymouth, MA 02360
Telephone:  617-421-1111
FAX : 617-830-9853
Email: aleckman@realjustice.com
Email: mleckman@realjustice.com
Email: wkelley@realjustice.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| This document relates to: *Bille June Jacobs v. Monsanto Co.* Case No. 3:22-cv-02969-VC | **[UNOPPOSED] MOTION TO MOVE CASE TO WAVE VIII(C)** |

COMES NOW, Plaintiff Billie June Jacobs ("Plaintiff"), through the undersigned and without opposition from Defendant Monsanto Company ("Defendant"), respectfully requests this Honorable Court to move her case from Wave VII(F) to Wave VIII(C):

1. On August 30, 2023, Plaintiff's case was assigned to Wave VII(F).  Her case has never been moved to a later wave.

2. Mindful of the deadlines pertaining to Wave VII cases, the parties have diligently pursued discovery in this matter.  Plaintiff has served a Plaintiff Fact Sheet and authorizations to obtain medical records.  Plaintiff's deposition was taken on February 23, 2024.  A deposition of Plaintiff's treating oncologist has not yet been scheduled.

3. Plaintiff believes the best course of action is to move her case to Wave VIII (C) in order to complete any outstanding fact discovery prior to producing an expert report.

4. The undersigned attorney has conferred with counsel for Defendant and confirmed that Defendant does not oppose this motion.

Dated: April 10, 2024                                   Respectfully submitted,

                                        By:   */s/Amanda L. DePaulis*
                                                 Amanda L. DePaulis (CA Bar #329754)
                                                 T. Matthew Leckman
                                                 Walter Kelley
                                                 BERNHEIM KELLEY BATTISTA LLC
                                                 4 Court Street
                                                 Plymouth, MA 02360
                                                 Telephone:  617-421-1111
                                                 FAX:  617-830-9853
                                                 Email: aleckman@realjustice.com
                                                 Email: mleckman@realjustice.com
                                                 Email: wkelley@realjustice.com

                                                 *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of April 2024, I electronically transmitted the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII (C) to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Amanda L. DePaulis*
Amanda L. DePaulis (CA Bar #329754)
BERNHEIM KELLEY BATTISTA LLC
*Attorney for Plaintiff*

- 1 -

UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII (C)