Amanda L. DePaulis (CA Bar #329754)
T. Matthew Leckman
Walter Kelley
BERNHEIM KELLEY BATTISTA, LLC
4 Court Street
Plymouth, MA 02360
Telephone:  617-421-1111
FAX:  617-830-9853
Email: aleckman@realjustice.com
Email: mleckman@realjustice.com
Email: wkelley@realjustice.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to: *Bille June Jacobs v. Monsanto Co.* Case No. 3:22-cv-02969-VC | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII(C)** |

Plaintiff's unopposed motion to move the case from Wave VII(F) to Wave VIII (C) is granted.

**IT IS SO ORDERED**.

Dated: _____

_____
VINCE CHHABRIA United States District Judge