Andrés Rivero
Florida Bar No. 613819
**RIVERO MESTRE LLP**
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com

*Attorney for Plaintiff Judge William C. Turnoff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **JUDGE WILLIAM C. TURNOFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO RESCHEDULE *DAUBERT* HEARING** |
| *William C. Turnoff v. Monsanto Company*, Case No.: 3:19-cv-03837-VC | Date: May 3, 2024<br>Time: 10:00 A.M.<br>Location: Courtroom 4 – 17th Floor |

Judge William C. Turnoff, pursuant to Civil L.Rs. 7-7 and 7-11, files this motion for administrative relief to reschedule the in-person hearing on defendant Monsanto Company's ("Monsanto") motion to exclude the expert testimony of Dr. Samuel Berkman, currently set for May 3, 2024 at 10:00 a.m. [D.E. 18179], for two reasons.

First, Dr. Berkman has advised counsel that he has a previous commitment on May 3. Dr.

Berkman, who resides and works in the Los Angeles area, stated that he is otherwise available on any Monday, Thursday or Friday thereafter. (With a full load of patient and teaching obligations on Tuesdays and Wednesdays, Dr. Berkman requests not to be required to travel to San Francisco on those days if possible.)

Second, Mr. Kuntz, Judge Turnoff's counsel arguing the motion, has long-established travel plans to attend a family graduation in Chicago on May 2, 2024. He will be traveling with his wife and extended family members on pre-paid plane tickets, with reserved hotel accommodations and other pre-paid events. He is set to fly to Chicago on Wednesday, May 1, returning to Miami on Sunday, May 6. The graduation is the dental school commencement of a family member who fled Cuba in 2015. Family from around the country will attend.

Mr. Kuntz has conferred with Brian Stekloff, Monsanto's counsel, and with Gibbs Henderson and Louis DeVoto—counsel for plaintiffs Angelo Bulone and Holly Caccia, respectively, who are scheduled to argue a separate *Daubert* motion regarding another expert, Dr. Braunstein, during the same hearing setting—all of whom graciously stated they do not oppose the relief sought here.

## **CONCLUSION**

For these reasons, Judge Turnoff requests that this Unopposed Motion for Administrative Relief to Reschedule *Daubert* Hearing be GRANTED, with the hearing be rescheduled for a date after May 7, 2024.

Dated: April 10, 2024

**RIVERO MESTRE LLP**
2525 Ponce de León Blvd., Suite 1000
Miami, Florida 33134
Telephone: (305) 445-2500
Facsimile: (305) 445-2505
E-mail: arivero@riveromestre.com
E-mail: rkuntz@riveromestre.com

By: <u>/s/ Andrés Rivero</u>
ANDRÉS RIVERO
Florida Bar No. 613819
ROBERT KUNTZ
Florida Bar No. 94668
*Counsel for Judge William C. Turnoff*

## CERTIFICATE OF SERVICE

I certify that on April 10, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: <u>*/s/ Andres Rivero*</u>
ANDRES RIVERO
*Counsel for Judge William Turnoff*

JUDGE WILLIAM C. TURNOFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE
RELIEF TO RESCHEDULE *DAUBERT* HEARING