# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> This document relates to: <br><br> *William C. Turnoff v. Monsanto Company*, Case No.: 3:19-cv-03837-VC <br> _____ | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **JUDGE WILLIAM C. TURNOFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO RESCHEDULE *DAUBERT* HEARING** <br><br> Date:      May 3, 2024 <br> Time:     10:00 A.M. <br> Location: Courtroom 4 – 17th Floor |

**ORDER GRANTING JUDGE WILLIAM C. TURNOFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO RESCHEDULE *DAUBERT* HEARING**

THIS CAUSE is before the Court on the Judge Turnoff's Unopposed Motion for Administrative Relief to Reschedule *Daubert* Hearing of Monsanto Company's Motion to Exclude the Testimony of Dr. Samuel Berkman, currently scheduled for May 3, 2024 at 10:00 a.m. [D.E. 18179] The Court has reviewed the Motion, and being fully advised, it is **GRANTED**. The Court will reschedule the hearing by further order.

**DONE AND ORDERED** in chambers on this _____ day of _____, 2024.