UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OFCALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| This document relates to:<br><br>Irene C. Ruiz v. *Monsanto Company*<br>Case No.: 3:22-cv-04716-VC | |

**PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8(B)**

Plaintiff Irene Ruiz, through her undersigned counsel, respectfully requests this Court move her case to Wave 8B and further states:

1. Plaintiff's case is part of Wave 7(F).

2. The parties have been diligently pursuing discovery. Plaintiff and her husband have been deposed, Plaintiff has served her Plaintiff Fact Sheet, authorizations, participated in the Special Masters Settlement program, and medical records have been obtained.

3. Despite ongoing discovery, the deadlines posed by the Wave 7(F) subgroup present challenges to the required discovery and expert reports.

4. Plaintiff's case has not been previously moved from a prior Wave.

5. Counsel for Plaintiff have met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to Wave 8(B), and Monsanto does not oppose this request, and as such, they will not be prejudiced by a wave change.

THEREFORE, Plaintiffs respectfully request this Honorable Court move this case from Wave 7(F) to Wave 8(B).

Dated:  April 10, 2024                                         Respectfully Submitted,

                                    HENDLER FLORES LAW, PLLC

**By:** _____
Scott M. Hendler
shendler@hendlerlaw.com
901 S. MoPac Expressway
Bldg. 1, STE 300
Austin, TX 78746
Tel: (512) 439-3202
Fax: (512) 439-3201
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 10, 2024, a copy of the foregoing was filed electronically using the Court's Case Management/Electronic Case Filings System (CM/ECF). Notice of and access to this filing will be provided to all parties through CM/ECF.

/s/Scott M. Hendler
Scott M. Hendler