**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OFCALIFORNIA**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| This document relates to:<br><br>Irene C. Ruiz v. *Monsanto Company*<br>Case No.: 3:22-cv-04716-VC | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8(B)**

Plaintiff's unopposed motion to move her case from Wave 7(F) to Wave 8(B) is

GRANTED.


**IT IS SO ORDERED.**


Dated: _____, 2024           _____

                                             HONORABLE VINCE CHHABRIA
                                             UNITED STATES DISTRICT COURT