UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-0271-VC |
| This Document Relates to:<br><br>*Kenneth Bull v. Monsanto Company*<br>*Case No. 3:22-cv-03380* | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

1. Charles H. Johnson of the Law Offices of Charles H. Johnson; counsel of record for Plaintiff Kenneth Bull respectfully requests this Court for an Order allowing them to withdraw as counsel of record for Plaintiff, Kenneth Bull.

2. Counsel is unable to continue representing Mr. Bull due to a lack of cooperation from the client. Mr. Bull has indicated he has retained other counsel without providing further information.

3. WHEREFORE, Charles H. Johnson and the Law Offices of Charles H. Johnson request that they be allowed to withdraw as counsel of record for Plaintiff Kenneth Bull. A copy of this motion will be served upon Plaintiff at their last known address of 430 Forest Dr, Lake Jackson, TX 77566.

Dated: March 21, 2024                              Respectfully submitted,

                                                    /s/ Charles H. Johnson
                                                    Charles H. Johnson, #50696
                                                    LAW OFFICES OF CHARLES H. JOHNSON, PA
                                                    2599 Mississippi Street
                                                    New Brighton, MN 55112-5060
                                                    Telephone: 651-633-5685
                                                    Fax: 651-633-4442
                                                    Email: bdehkes@charleshjohnsonlaw.com

                                                    **ATTORNEY FOR PLAINTIFF**

1

**CERTIFICATE OF SERVICE**

    I do hereby certify that on this 21st day of March, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. A copy was also served upon Plaintiff at their last known address, 430 Forest Dr, Lake Jackson, TX 77566, by depositing the same in the U.S. Mail, postage prepaid.

    /s/ Charles H. Johnson
Charles H. Johnson, #50696
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone: 651-633-5685
Fax: 651-633-4442
Email: bdehkes@charleshjohnsonlaw.com