# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-0271-VC |
| This Document Relates to: *Kenneth Bull v. Monsanto Company* *Case No. 3:22-cv-03380* | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

## [PROPOSED] ORDER

This Court has considered the Motion of Charles H. Johnson, to withdraw as attorney of record for Plaintiff, Kenneth Bull, and hereby GRANTS the motion. In accordance with the rules, Kenneth Bull has been notified by sending notice of this motion to his last known address.

DATED this _____ day of _____, 2024.


_____
JUDGE OF THE DISTRICT COURT

1