NACHAWATI LAW GROUP, PLLC
Gibbs C. Henderson (Texas Bar No. 24041084)
Ghenderson@ntrial.com
Erin M. Wood (Texas Bar No. 24073064)
Ewood@ntrial.com
5489 Blair Road
Dallas, Texas 75231
T: (214) 890-0711
F: (214) 890-0712
*Attorneys for Plaintiff Bulone*

ROSETTI & DEVOTO, P.C.
Louis J. Devoto (NJ Bar No. 015891993)
ldevoto@rossettidevoto.com
20 Brace Road, Suite 115
Cherry Hill, NJ 08034
T: (856) 354-0900
F: (856)354-0920
*Attorney for Plaintiffs Caccia*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Angelo Bulone v. Monsanto Co.,*<br>*Case No. 3:20-cv-03719-VC*<br><br>*Michael J. Caccia and Holly Caccia v. Monsanto Co.,*<br>*Case No. 3:20-cv-01915-VC* | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**PLAINTIFFS' JOINT, UNOPPOSED MOTION TO RESCHEDULE DAUBERT HEARINGS**<br><br>[Filed Concurrently with [Proposed] Order] |

In accordance with Civil L. R. 6-1(b), 6-3 and 7-11 and Paragraph 9 of the Court's Standing Order for Civil Cases, Plaintiffs Angelo Bulone and Michael and Holly Caccia hereby move unopposed for the Court to reschedule the *Daubert* hearings currently set for April 24, 2024, and May 3, 2024, pertaining to Plaintiffs' experts Marc Braunstein, M.D. ("Dr. Braunstein") and Richard DeGrandchamp, Ph.D. ("Dr. DeGrandchamp"). By this Motion, Plaintiffs are only requesting to swap the already assigned *Daubert* hearing dates so that the testimony for Dr. Braunstein is heard on April 24 (instead of May 3, as currently set), and the testimony for Dr. DeGrandchamp is heard on May 3 (instead of April 24, as currently set), to accommodate the experts' schedules.

    1.    In *Bulone v. Monsanto*, Monsanto filed the following motions to exclude: (1) Motion to Exclude Testimony of Plaintiff's Specific Cause Expert Dr. Marc Braunstein and for

Summary Judgment ("*Bulone* Motion to Exclude Dr. Braunstein") on December 13, 2023 (ECF No. 51); and (2) Motion to Exclude Testimony of Dr. Richard DeGrandchamp ("Motion to Exclude Dr. DeGrandchamp") on December 14, 2023 (ECF No. 52). On March 6, 2024, in the same matter, Monsanto filed its Motion to Exclude the Testimony of Dr. Louping Zhang ("Motion to Exclude Dr. Zhang"). (ECF No. 68). In *Caccia v. Monsanto*, Monsanto filed its Motion to Exclude the Testimony of Dr. Marc Braunstein ("*Caccia* Motion to Exclude Dr. Braunstein") on December 13, 2023. (ECF No. 14).

2. Initially, this Court set Defendant's Motions to Exclude Drs. DeGrandchamp and Braunstein for hearing on March 25 and 26, 2024. Dkt No. 17963. Plaintiff Filed an Unopposed Motion to Continue the *Daubert* Hearings regarding Drs. DeGrandchamp and Braunstein on February 23, 2024, on the basis that the Motion to Exclude Dr. Zhang in the *Bulone* matter had yet to be filed and that Plaintiff requested that all of those Daubert hearings at issue in the *Bulone* matter be heard together. (ECF No. 65) On March 11, 2024, this Court issued an Order Granting Plaintiff's Motion and stating that the Court would set a new date in a subsequent order. (ECF No. 69) On April 9, 2024, this Court issued an Order Setting Hearings on Certain Wave 6 Daubert Motions, including Drs. DeGrandchamp and Braunstein, *inter alia*. (ECF No. 71) The Motion to Exclude Dr. DeGrandchamp was set to be heard at 10 a.m. on April 24, 2024, and the *Caccia* and *Bulone* Motion to Exclude Dr. Braunstein was set to be heard at 10 a.m. on May 3, 2024. *Id.*

3. On April 10, 2024, Plaintiff's counsel in the *Bulone* matter communicated with Dr. DeGrandchamp and Dr. Braunstein. Dr. Braunstein has stated that he is unavailable May 3, 2024, but would be available in-person on April 24, 2024. Dr. DeGrandchamp, likewise, has stated that he would have difficulty attending a hearing on April 24, 2024, but would be available May 3, 2024. Plaintiffs therefore request that the in-person *Daubert* hearing on Monsanto's Motions to Exclude Dr. Braunstein be held on April 24, 2024, and that the in-person *Daubert* hearing on Monsanto's Motion to Exclude Dr. DeGrandchamp be held on May 3, 2024.

4. Before filing this motion, Plaintiff's counsel contacted Monsanto's counsel regarding this request for reschedule to accommodate the doctors' schedules. In response, Monsanto's counsel stated that it does not oppose Plaintiffs' request for reschedule. **Exhibit A**, Email from B. Stekloff to E. Wood, dated April 10, 2024.

WHEREFORE, Plaintiffs pray that this Unopposed Motion to Reschedule *Daubert* Hearings be GRANTED and that the attached Order be signed.

Respectfully submitted,

**NACHAWATI LAW GROUP**

By: */s/Gibbs C. Henderson*
Gibbs C. Henderson
Illinois Bar No.: 6314687
Texas Bar No.: 24041084
*Pro Hac Vice*
Erin M. Wood
Texas Bar No.: 24073064
*Pro Hac Vice*
**NACHAWATI LAW GROUP**
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
ghenderson@ntrial.com
ewood@ntrial.com
litigation@ntrial.com
*Attorneys for Plaintiff Bulone*

**ROSSETTI & DEVOTO, P.C.**

By: */s/Louis J. Devoto*
Louis J. DeVoto
New Jersey Bar No.: 015891993
**ROSSETTI & DEVOTO, P.C.**
20 Brace Road, Suite 115
Cherry Hill, NJ 08034
Telephone: (856) 354-0900
Facsimile: (856)354-0920
ldevoto@rossettidevoto.com
*Attorneys for Plaintiffs Caccia*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all counsel of record who are CM/ECF participants.

                                By:    */s/Gibbs C. Henderson*
                                                  Attorney for Plaintiff Bulone