Joseph R. Saveri (State Bar No. 130064)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Itak K. Moradi (State Bar No. 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com
           cyoung@saverilawfirm.com
           dlerch@saverilawfirm.com
           imoradi@saverilawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **JONAS PEREZ-HERNANDEZ,** et al., | MDL No. 2741 |
| *Plaintiffs*, | Case No. 3:24-cv-01736-VC |
| v. | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| **BAYER AKTIENGESELLSCHAFT**, et al., | |
| *Defendants*. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Joseph Saveri Law Firm, LLP, Counsel for Plaintiffs, has changed its address for service of pleadings and notices in the above-captioned case. The new address of the firm is:

601 California Street, Suite 1505
San Francisco, CA 94108

The firm's telephone number, fax number, and email addresses remain the same.

Dated: April 11, 2024               Respectfully Submitted,

By:   */s/ Joseph R. Saveri*
          Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Christopher K.L. Young (State Bar No. 318371)
David W. Lerch (State Bar No. 229411)
Itak K. Moradi (State Bar No. 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:    jsaveri@saverilawfirm.com
              cyoung@saverilawfirm.com
              dlerch@saverilawfirm.com
              imoradi@saverilawfirm.com

*Attorneys for Plaintiffs*

MDL No. 2741
Case No. 3:24-cv-01736-VC                    1
NOTICE OF CHANGE OF FIRM ADDRESS