**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, MO  64108
Telephone: (816) 474-6550
Facsimile: (816) 521-5547
Email: amartinez@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to:<br><br>*Kenneth Bull v. Monsanto Co.,*<br>Case No. 3:22-cv-03380-VC | Case No. 3:16-md-02741-VC |

### NOTICE OF NON-OPPOSITION TO COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant Monsanto Company hereby provides notice that it does not oppose counsel's Motion to Withdraw as Counsel of Record.  In the Motion to Withdraw, counsel stated that Plaintiff has obtained new counsel.  However, counsel failed to identify Plaintiff's new counsel.  Defendant Monsanto asks this Court to require Plaintiff to identify their new counsel within 14 days of the Order granting Plaintiff's Motion to Withdraw as Counsel of Record.

DATED:  April 11, 2024                          Respectfully submitted,

                                                SHOOK, HARDY & BACON L.L.P.

                                                By: */s/ Anthony R. Martinez*
                                                    Anthony R. Martinez
                                                    SHOOK, HARDY & BACON, LLP
                                                    2555 Grand Boulevard
                                                    Kansas City, MO 64108-2613
                                                    Telephone: (816) 474-6550
                                                    Email: amartinez@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## **CERTIFICATE OF SERVICE**

I certify that on the 11th day of April, 2024, I electronically transmitted the foregoing **NOTICE OF NON-OPPOSITION TO COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Anthony R. Martinez*
Anthony R. Martinez