## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Matthew McCaskill v. Monsanto Co., et al.*,<br>Case No. 3:19-cv-03539-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

### **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES**

COMES NOW Plaintiff, Matthew McCaskill, through undersigned counsel and respectfully files this Notice of Service of Expert Disclosures. Plaintiff, Matthew McCaskill, in Wave 7E has served Plaintiffs' Expert Disclosures on counsel for Defendant Monsanto Company. Plaintiff further incorporates by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, 3. 4, 5, 6, 7, and 8, and Plaintiff reserves the right to call the author of any such report as an expert witness at trial.

Respectfully submitted, this the 14th day of April, 2024.

/s/ Jason L. Nabors
Jason L. Nabors, MS Bar #101630

JASON L. NABORS, MS BAR NO. 101630
NABORS LAW FIRM
P.O. Box 1334
Ridgeland, MS 39158
Telephone: (601) 790-7270
Facsimile: (601) 300-2975
Email: jason@naborslawfirm.com

ROBERT A. MALOUF, MS BAR NO. 1844
P.O. Box 1334
Ridgeland, MS 39158
Telephone: 601-856-7392
Facsimile: 601-856-7396
Email: ramalo@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the Clerk of the Court using the ECF system, which sent electronic notification to all counsel of record including the following:

Joe G. Hollingsworth, Esq.
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com

DATED:  April 14, 2024.

                                                /s/ Jason L. Nabors
                                                  Jason L. Nabors