UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Alzonia Dennis v. Monsanto Company*<br>Case No. 3:22-cv-03225-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII (B)** |

Plaintiff's motion to move the case from Wave VII (F) to Wave VIII (B) is granted.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                           VINCE CHHABRIA
                                                           United States District Judge