Patrick Allen Luff
Luff Law Firm, PLLC
10440 N. Central Expressway
Suite 950
Dallas, TX 75231
469-607-5822
Email: luff@lufflaw.com

*Attorney for Plaintiff*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Diane Parry, Individually and on Behalf of the Estate of William Parry, Deceased v. Monsanto Company*<br>Case No. 3:22-cv-03226-VC | **UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII (B)** |

**COMES NOW**, Plaintiff Diane Parry, Individually and on Behalf of the Estate of William Parry, Deceased (hereinafter "Plaintiff"), through undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VII (F) to Wave VIII (B):

1. The case of Diane Parry, Individually and on Behalf of the Estate of William Parry, Deceased is part of Wave VII.

2. The deposition of Plaintiff has been taken.

3.  Plaintiff has served a Plaintiff Fact Sheet, medical records and authorizations to obtain medical records.

4.  Despite their efforts, the Parties have not been able to complete the discovery in this case.

5.  Plaintiff believes the best course of action is to move this case to Wave VIII (B) in order to complete the outstanding discovery.

6.  The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

7.  Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VIII (B).

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VIII (B).

DATED:  April 15, 2024                                    Respectfully submitted,

*/s/ Patrick Allen Luff*
Patrick Allen Luff
Luff Law Firm, PLLC
10440 N. Central Expressway
Suite 950
Dallas, TX 75231
469-607-5822
Email: luff@lufflaw.com

*Attorney for Plaintiff*

*/s/ Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I certify that on the 15th day of April 2024, I electronically transmitted the foregoing **UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII (B)** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/ *Patrick A. Luff*
Patrick A. Luff
Luff Law Firm, PLLC

*Attorney for Plaintiff*