1  Raymond Prince
2  NELSON MULLINS RILEY & SCARBOROUGH LLP
   1320 Main Street, 17th Floor
3  Columbia, SC 29201
   Telephone: (803) 255-9357
4  Facsimile: (803) 256-7500
   raymond.prince@nelsonmullins.com
5
   *Attorney for Defendant*
6  *MONSANTO COMPANY*
7
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| Case No. MDL No. 3:16-md-2741-VC | **NOTICE OF APPEARANCE OF RAYMOND PRINCE ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that, pursuant to Pretrial Order Nos. 1 and 7, Raymond Prince of the firm Nelson Mullins Riley & Scarborough LLP hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

April 15, 2024                              Respectfully Submitted,

                                            By: /s/Raymond Prince
                                                Raymond Prince
                                                NELSON MULLINS RILEY &
                                                SCARBOROUGH LLP
                                                1320 Main Street, 17th Floor
                                                Columbia, SC 29201
                                                Telephone: (803) 255-9357
                                                Facsimile: (803) 256-7500
                                                raymond.prince@nelsonmullins.com

                                                *Attorney for Defendant*
                                                *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2024, a true and correct copy of the foregoing NOTICE OF APPEARANCE OF RAYMOND PRINCE ON BEHALF OF DEFENDANT MONSANTO COMPANY was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Respectfully submitted,

 /s/Raymond Prince
Raymond Prince
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 255-9357
Facsimile: (803) 256-7500
raymond.prince@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*