UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Bulone v. Monsanto Co.*, Case No. 20-cv-03719-VC<br><br>*Caccia et al. v. Monsanto Co.*, Case No. 20-cv-01915-VC<br><br>*Turnoff v. Monsanto Co.*, Case No. 19-cv-03837-VC | **ORDER ON MOTIONS TO ALTER *DAUBERT* HEARING SCHEDULE**<br><br>Re: Dkt. Nos. 18197, 18201 |

The motions are granted. The hearing on the motion to exclude Dr. Braunstein is now scheduled for April 24, and the hearing on the motion to exclude Dr. DeGrandchamp is scheduled for May 3. The hearing on Dr. Berkman is reset from May 3 to May 6 at 10:00 AM.

**IT IS SO ORDERED.**

Dated: April 16, 2024

VINCE CHHABRIA
United States District Judge