# Exhibit 2

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
# VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
May 17 2023

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-23-082186

1. LEGAL NAME OF DECEASED: JOHNNY MERL WOOD
2. DATE OF DEATH - ACTUAL OR PRESUMED: MAY 14, 2023
3. SEX: MALE
4. DATE OF BIRTH: JUNE 13, 1950
5. AGE - Last Birthday (Years): 72
6. BIRTHPLACE: HILLSBORO, TX
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married
9. SURVIVING SPOUSE'S NAME: SHARNA LYNN KINSON
10a. RESIDENCE STREET ADDRESS: 5400 COUNTY ROAD 311
10c. CITY OR TOWN: GRANDVIEW
10d. COUNTY: JOHNSON
10e. STATE: TEXAS
10f. ZIP CODE: 76050
10g. INSIDE CITY LIMITS? ☒ No
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: BILLY MERL WOOD
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: ADA KATHRYN COCKRUM GRIMMET
13. PLACE OF DEATH: ☒ Hospice Facility
14. COUNTY OF DEATH: TARRANT
15. CITY/TOWN, ZIP: FORT WORTH, 76028
16. FACILITY NAME: COMMUNITY HOSPICE HOUSE - BURLESON
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: SHARNA LYNN WOOD - WIFE
18. MAILING ADDRESS OF INFORMANT: 5400 CR 311, GRANDVIEW, TX 76050
19. METHOD OF DISPOSITION: ☒ Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: ANNA JEAN LAX, BY ELECTRONIC SIGNATURE - 112111
22. PLACE OF DISPOSITION: DMA CREMATIONS
23. LOCATION: HURST, TX
24. NAME OF FUNERAL FACILITY: CLAYTON KAY-VAUGHAN FUNERAL HOME - ALVARADO
25. COMPLETE ADDRESS OF FUNERAL FACILITY: PO BOX 808, ALVARADO, TX 76009
26. CERTIFIER: ☒ Medical Examiner/Justice of the Peace
27. SIGNATURE OF CERTIFIER: STACEY MURTHY, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: MAY 17, 2023
29. LICENSE NUMBER: R2685
30. TIME OF DEATH: 07:55 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: STACEY MURTHY, 200 FELIKS GWOZDZ PLACE, FORT WORTH, TX 76104
32. TITLE OF CERTIFIER: M.D

33. PART 1. CAUSE OF DEATH:
a. IMMEDIATE CAUSE: METASTATIC CANCER — Approximate interval: UNKNOWN

PART 2. SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: ATHEROSCLEROTIC CARDIOVASCULAR DISEASE

34. WAS AN AUTOPSY PERFORMED? ☒ Yes
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☒ Yes
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No

42a. REGISTRAR FILE NO.: 06004935
42b. DATE RECEIVED BY LOCAL REGISTRAR: MAY 18, 2023
EDR NUMBER: 000044445621501

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED May 22 2023

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE