UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Johnny Wood v. Monsanto Company,* Case No. 3:22-cv-03818-VC | |

## ORDER

The motion is granted. Sharna Wood, Personal Representative of the Estate of Johnny Wood, shall be substituted as plaintiff for Johnny Wood, and she may file the proposed amended complaint on the docket.

IT IS SO ORDERED.

This_____ day of _____, 2024.

_____
VINCENT CHHABRIA
United States District Court Judge