| | |
|---|---|
| 1 | William S. Hunt |
| 2 | Dentons, US LLP |
|   | 1001 Bishop Street Suite 1800 |
| 3 | Honolulu, Hawaii  96813 |
|   | Telephone: (808) 441-6115 |
| 4 | Facsimile: (808) 524-1800 |
|   | William.hunt@dentons.com |
| 5 | *Attorney for Defendant* |
| 6 | *MONSANTO COMPANY* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| Case No. MDL No. 3:16-md-2741-VC | **NOTICE OF APPEARANCE OF WILIAM S. HUNT ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order Nos. 1 and 7, William S. Hunt of the firm Dentons, US LLP hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

April 17, 2024                                                   Respectfully Submitted,

By: _/s/William S. Hunt_
William S. Hunt
Dentons US, LLP
1001 Bishop Street Suite 1800
Honolulu, Hawaii 96813
Telephone: (808) 441-6115
Facsimile: (808) 524-1800
William.hunt@dentons.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I, hereby certify that on April 17, 2024 the foregoing NOTICE OF APPEARANCE OF WILLIAM S. HUNT ON BEHALF OF DEFENDANT MONSANTO COMPANY was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

April 17, 2024

Respectfully submitted,

  /s/William S. Hunt
William S. Hunt
Dentons US, LLP
1001 Bishop Street Suite 1800
Honolulu, Hawaii 96813
Telephone: (808) 441-6115
Facsimile: (808) 524-1800
William.hunt@dentons.com

*Attorney for Defendant*
*MONSANTO COMPANY*