**DROST, GILBERT, ANDREW & APICELLA, LLC**
KENNETH C. APICELLA
kca@dgaalaw.com
4811 Emerson Avenue, Suite 110
Palatine, IL 60067
(847) 934-6000
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:
*Gordon Goranson v. Monsanto Company*
Case No.: 3:21-cv-06832

MDL No. 2741

Case No. 3:16-md-02741-VC

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8(A)

Plaintiff, Gordon Goranson, by and through his undersigned attorneys at Drost, Gilbert, Andrew & Apicella, LLC, respectfully requests the Court move this case from Wave 7(B) to Wave 8(A), and as grounds states the following:

1. The case of Gordon Goranson is currently part of Wave 7(E).

2. Mindful of the deadlines pertaining to Wave 7(E) cases, the parties have diligently pursued discovery in this matter.

3. Plaintiff has responded to Monsanto's written discovery.

4. The following depositions have been completed:

   a. Gordon Goranson, Plaintiff;

5. Additionally, the deposition of Plaintiff's wife was scheduled, however, due to a sudden health issue that deposition had to be rescheduled.

6. Counsel for Gordon Goranson met and conferred with counsel for Defendant, Monsanto Company. Counsel for Defendant has no objection to the move.

7. Therefore, Plaintiff, Gordon Goranson, respectfully request the Court to move this case from Wave 7(E) to Wave 8(A), or any later wave to maintain an even distribution of cases so as to not unfairly prejudice Defendant.

Dated:  April 17, 2024

>Respectfully submitted,
>DROST, GILBERT, ANDREW & APICELLA, LLC
>Attorneys for Plaintiff
>4811 Emerson Avenue, Suite 110
>Palatine, IL 60067
>
>
>By: /s/*Kenneth C. Apicella*
>Kenneth C. Apicella
>IL Bar No. 6269344
>Attorney for Plaintiff
>kca@dgaalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, a true and correct copy of the foregoing document was served upon the parties below via electronic mail:

W. Edwards Muniz
Shook, Hardy & Bacon L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
wmuniz@shb.com

>*/s/Kenneth C. Apicella*