UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to:<br>*Gordon Goranson v. Monsanto Company*<br>Case No.: 3:21-cv-06832 | Case No. 3:16-md-02741-VC<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8(A)** |

Plaintiff's motion to move the case from Wave 7(B) to Wave 8(A) is granted.

    IT IS SO ORDERED.

Dated April _____, 2024

_____

JUDGE VINCE CHHABRIA