**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:  (713) 227-8008
Facsimile:   (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to:<br><br>*Linda Draten v. Monsanto Co.*,<br>Case No. 3:24-cv-01398-VC | Case No. 3:16-md-02741-VC |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.  Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.  Bayer AG is a publicly held corporation.

DATED: April 17, 2024                    Respectfully submitted,

                                                                      SHOOK, HARDY & BACON L.L.P.

                                                                      BY: */s/ Jennise W. Stubbs*
                                                                            Jennise W. Stubbs
                                                                            600 Travis Street, Suite 3400
                                                                            Houston, TX 77002-2926
                                                                            Telephone:  (713) 227-8008
                                                                            Facsimile:   (713) 227-9508
                                                                            Email:        jstubbs@shb.com

                                                                   *Attorneys for Defendant*
                                                                   *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

     I certify that on the 17th day of April, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                                                      */s/Jennise W. Stubbs*
                                                                      Jennise W. Stubbs