1  **SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
2  600 Travis Street, Suite 3400
Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
4  Email:        jstubbs@shb.com

5  *Attorneys for Defendant*
*MONSANTO COMPANY*

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   |  | Case No. 3:16-md-02741-VC |

10  This document relates to:

11  *Seth Talley, individually, and Lyda Talley, individually v. Monsanto Company*,
12  Case No. 3:24-cv-01876-VC

14        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16  ("Monsanto") makes the following disclosures:

17        1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18        2.     Bayer AG is a publicly held corporation.

DATED:  April 17, 2024

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
　　Jennise W. Stubbs
　　600 Travis Street, Suite 3400
　　Houston, TX 77002-2926
　　Telephone:  (713) 227-8008
　　Facsimile:  (713) 227-9508
　　Email:　　jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 17th day of April, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs