1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

_____

This document relates to:

ALL ACTIONS

_____

)
)
)
)
)
)
)
)
)
)
)
)

MDL No. 2741

Case No. 3:16-md-02741-VC

**NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Keri Arnold of WILKINSON STEKLOFF LLP, hereby

enters an appearance in the above-captioned matter as counsel for defendant MONSANTO

COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and

other papers in connection with this action be served on and directed to the undersigned counsel.

This appearance is made pursuant to Pretrial Order No. 1 in MDL No. 2741. The undersigned is

admitted to practice and is in good standing in the U.S. District Court for the Middle District of

Florida.

Dated:        April 16, 2024              Respectfully submitted,

                                          /s/ Keri Arnold
                                          Keri Arnold
                                          130 West 42nd Street, 24th Floor
                                          New York, New York 10036
                                          Telephone: (212) 294-8910
                                          Facsimile: (202) 847-4005
                                          karnold@wilkinsonstekloff.com

                                          Brian Stekloff
                                          Rakesh Kilaru
                                          Sarah Neuman
                                          2001 M Street NW, 10th Floor
                                          Washington, DC 20036

- 1 -

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-MD-02741-VC**

Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com
sneuman@wilkinsonstekloff.com

Attorneys for Defendant
MONSANTO COMPANY

- 2 -

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**
**3:16-MD-02741-VC**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 16, 2024 a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Keri Arnold*
Keri Arnold

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**
**3:16-MD-02741-VC**