**NACHAWATI LAW GROUP**
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
Gibbs C. Henderson
Illinois Bar No.: 6314687
Texas Bar No.: 24041084
*Pro Hac Vice*
Erin M. Wood
Texas Bar No.: 24073064
*Pro Hac Vice*
ghenderson@ntrial.com
ewood@ntrial.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Patricia Godsey v. Monsanto Co.*, Case No. 3:19-cv-00923-VC | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** |

      Pursuant to the Court's August 30, 2023 Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule and Fed. R. Civ. P. 26(a)(2), Plaintiff, Patricia Godsey ("Plaintiff"), in Wave 7E has served Plaintiffs' general causation and specific causation disclosures on counsel for Defendant Monsanto company. Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3. 4, 5, 6, 7 and 8 and reserves the right to call the author of any such report as an expert witness at trial.

Dated: April 17, 2024

                              Respectfully submitted,

                              **NACHAWATI LAW GROUP**

By:    */s/Gibbs C. Henderson*
        Gibbs C. Henderson
        Illinois Bar No.: 6314687
        Texas Bar No.: 24041084
        *Pro Hac Vice*
        Erin M. Wood
        Texas Bar No.: 24073064
        *Pro Hac Vice*

**NACHAWATI LAW GROUP**
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
ghenderson@ntrial.com
ewood@ntrial.com
litigation@ntrial.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2024, a true and correct copy of Notice of Service of Plaintiff's Expert Disclosures was served on all counsel of record via email.

        By: */s/Gibbs C. Henderson*
           Attorney for Plaintiff