# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# IN AN FOR THE COUNTY OF SAN FRANCISO

### (Unlimited Jurisdiction)

**BERNICE KATZ,**
    Plaintiff,

          **MDL CASE NO: 3:16-MD-02741-VC**
          **CASE NO.: 20-cv-01825-VC**
          **HON.: VINCENT CHHABRIA**

–vs.–

**MONSANTO COMPANY;**
**STEVEN D. GOULD;**
**WILBUR-ELLIS COMPANY, LLC; and**
**WILBUR-ELLIS FEED, LLC,**
    Defendant.

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII

**COMES NOW THE** Plaintiff, **BERNICE KATZ,** through the law firm of MUSSIN & SCANLAND, PLLC and by her respective attorney Jerard M. Scanland and hereby makes this Plaintiff's Unopposed Motion To Move Case To Wave VIII, stating the following:

1. Plaintiff's counsel has consulted with Defendant's counsel, who does not oppose this Motion to move the case to Wave VII

2. The case is presently situated in Wave VII.

3. Despite the parties best efforts, the Wave VII deadlines present compliance challenges to Plaintiff and her counsel.

4. Plaintiff is deceased and Plaintiff's Counsel is in the process of probating her estate. This has presented considerable challenges as now the Plaintiff's named personal representative has also passed away.

5. After consultation, Plaintiff's counsel and Defendant's counsel agree that transferring this case to Wave VIII would be in the best interests of justice.

Dated: April 15, 2024                                  Respectfully Submitted,


                                                       **MUSSIN & SCANLAND, PLLC**

                                                       **JERARD M. SCANLAND (P74992)**
                                                       Attorney for Plaintiff
                                                       13351 Reeck Court, Suite 5
                                                       Southgate, Michigan 48195
                                                       Telephone: (734)-282-6037
                                                       Facsimile: (734)-447-5853
                                                       JScanland@milawoffices.com

## CERTIFICATE OF SERVICE

I certify that on the 16th day of April, 2024, I electronically transmitted to foregoing PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII to the Clerk of the Court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED.R.CIV.P.5.

JERARD M. SCANLAND (P74992)
Attorney for Plaintiff