UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br>Case No.: 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:**<br><br>*Steven R. Montgomery and Lauren C. Daspit v. Monsanto Co.,* Case No.: 3:20-cv-07397<br><br>*Gilbert P. Pellerin, Sr. and Deborah S. Pellerin v. Monsanto Co.,* Case No. 3:21-cv-04634 | Honorable Judge Vince Chhabria<br><br>**JOINT STATEMENT REGARDING REIMBURSEMENT** |

Undersigned counsel jointly state that reimbursement for the attorney fees incurred by Monsanto in filing the Motions for Summary Judgment (Docs. 18060 and Doc. 18061) in the above-captioned matters has been made in accordance with the Court's Order dated April 9, 2024 (Doc. 18186).

DATED:       April 18, 2024

Respectfully Submitted,

/s/ Natalie M. DeJean
Natalie M. DeJean (LA Bar No. 32423)
Kenneth W. DeJean (LA Bar No. 4817)
Adam R. Credeur (LA Bar No. 35095)
**LAW OFFICES OF
KENNETH W. DEJEAN**
417 W. University Ave. (70506)
P.O. Box 4325
Lafayette, Louisiana 70502
Phone: (337) 235-5294
Fax: (337) 235-1095
natalie@kwdejean.com
kwdejean@kwdejean.com
adam@kwdejean.com
*Counsel for Plaintiffs, Steven R. Montgomery, Lauren C. Daspit, Gilbert P. Pellerin, Sr., and Deborah S. Pellerin*

/s/ Jed P. White
Jed P. White (CA Bar No. 232339)
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200
jed.white@bclplaw.com
*Counsel for Monsanto Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>*/s/ Natalie M. DeJean*</u>
NATALIE M. DEJEAN
**LAW OFFICES OF KENNETH W. DEJEAN**
417 W. University Ave. (70506)
P.O. Box 4325
Lafayette, Louisiana 70502
Phone: (337) 235-5294
Fax: (337) 235-1095
natalie@kwdejean.com
*Counsel for Plaintiffs, Steven R. Montgomery, Lauren C. Daspit, Gilbert P. Pellerin, Sr., and Deborah S. Pellerin*