| | |
|---|---|
| **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonstekloff.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonstekloff.com)<br>2001 M St. NW<br>10th Floor<br>Washington, DC 20036<br>Tel: 202-847-4030<br>Fax: 202-847-4005<br><br>**HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: 202-898-5843<br>Fax: 202-682-1639 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br>K. Lee Marshall (CA Bar No. 277092)<br>(klmarshall@bclplaw.com)<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Tel: 415-675-3400 \| Fax: 415-675-3434<br><br>Jed P. White (CA Bar No. 232339)<br>(jed.white@bclplaw.com)<br>Linda C. Hsu (CA Bar No. 239880)<br>(linda.hsu@bclplaw.com)<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br>Tel: 310-576-2100 \| Fax: 310-576-2200 |

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Renee Daulton v. Monsanto Corp.*, 3:20-cv-08518-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S UNOPPOSED MOTION TO MOVE CASE FROM WAVE 7C TO WAVE 7F**<br><br>[*Filed concurrently with [Proposed] Order*] |

1  Defendant Monsanto Company ("Monsanto"), without opposition from Plaintiff Renee Daulton ("Plaintiff"), respectfully requests the Court move this case from Wave 7C to Wave 7F. In support of this motion, Monsanto respectfully states as follows:

2. 1. This case was originally assigned to Wave 6 and was transferred to Wave 7C pursuant to the Court's order dated April 17, 2023. (ECF #13.) The change from Wave 6 to Wave 7C was at the request of Plaintiff, who filed a motion to move the case on April 12, 2023. (ECF #12). Monsanto did not oppose.

3. 2. Mindful of the deadlines pertaining to Wave 7C cases, the parties have diligently pursued discovery and are currently conducting expert discovery. Plaintiff and Monsanto timely submitted expert reports by their respective deadlines. The current deadline to complete expert discovery, including the deposition of each party's experts, is April 29, 2024.

4. 3. Plaintiff offered dates for both of her experts in April to comport with the Wave 7C schedule. Monsanto agreed to the proposed date for one of Plaintiffs' experts, Dr. Nabhan, but was not available to depose the second expert, Dr. Weisenburger, at a mutually agreed date.

5. 4. More importantly, Monsanto's expert, Dr. Nichols is not available to sit for a deposition until June 24, 2024, due to ongoing personal conflicts.

6. 5. Because Dr. Nichols' first availability for deposition is after the close of expert discovery for Wave 7C (April 29, 2024), and because the Parties were not able to identify a mutually agreeable time for Dr. Weisenburger's deposition prior to the end of discovery in Wave 7C, Monsanto respectfully requests that the case be moved to Wave 7F, which has an expert discovery deadline of July 10, 2024.

7. 6. Plaintiff does not oppose Monsanto's request to move the case to Wave 7F.

Dated: April 18, 2024

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ Jed P. White
Jed P. White
Attorneys for Defendant Monsanto Company