1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No.: 3:16-md-02741-VC |
| *Renee Daulton v. Monsanto Corp.,* 3:20-cv-08518-VC | [*PROPOSED*] ORDER GRANTING DEFENDANT MONSANTO COMPANY'S UNOPPOSED MOTION TO MOVE CASE FROM WAVE 7C TO WAVE 7F |
| | [*Filed concurrently with Unopposed Motion to Move Case from Wave 7C to Wave 7F*] |

1 | Defendant Monsanto Company's ("Monsanto") Unopposed Motion to Move Case from
2 | Wave 7C to Wave 7F is GRANTED.  This case is moved to Wave 7F.
3 |
4 | **IT IS SO ORDERED.**
5 |
6 | Dated: _____        _____
7 |                                        Honorable Vince G. Chhabria
  |                                        United States District Court Judge