**Garmer & Prather, PLLC**
Jerome P. Prather
141 North Broadway
Lexington, Kentucky 40507
Telephone: (859) 254-9351
Facsimile:  (859) 233-9769
Email: jprather@garmerprather.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
***ELECTRONICALLY FILED***

| | |
|---|---|
| *IN RE*: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |

This document relates to:

*Troy Mohler and Linda Mohler v. Monsanto Co.*
Case No. 3:22-cv-01947-VC

## AMENDED NOTICE OF VIDEO DEPOSITION OF WEDERSON CLAUDINO, M.D.

COMES the Plaintiff, by counsel, and pursuant to FRCP 30 *et seq.*, hereby gives notice that the video and stenographic deposition of Wederson Claudino, M.D. shall be taken on April 26, 2024, at 3:30 pm CST, at Mercy Health, 225 Medical Center Drive, Suite 301, Paducah, Kentucky, 42003.

Pursuant to FRCP 30(b)(2) and FRCP 34, at or before the time of the deposition, the deponent shall produce the following documents:

1. The complete, original medical chart for Troy Mohler.

2. Complete billing records for Troy Mohler.

Said deposition shall be taken for all purposes permitted by the Federal Rules of Civil Procedure, and shall continue from day to day until complete.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

BY:  /s/ Jerome P. Prather
Jerome P. Prather
J. Conner Niceley
141 North Broadway
Lexington, Kentucky 40507
Telephone:  (859) 254-9351
Facsimile:   (859) 233-9769
Email: jprather@garmerprather.com
Email: cniceley@garmerprather.com

MICHAEL M. PITMAN
Haverstock & Pitman, LLP
211 South 12th Street
P.O. Box 1075
Murray, Kentucky 42071
Telephone: (270) 753-1694
Facsimile: (270) 753-2053
Email: mike@haverstocklaw.com

**CERTIFICATE OF SERVICE**

This is to certify that, pursuant to CR 5.02(2), a true and accurate copy of the foregoing document has been served by electronic means on April 22, 2024, to the following counsel and parties of record:

Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:(816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com