UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Marvin J. Hochstein et al v. Monsanto Co.*, No. 3:21-cv-00605 | |

### Notice of Settlement

   Notice is that given that the parties have reached terms to settle and resolve this litigation. Steps are in progress to complete the settlement and it is expected this can be accomplished by May 31, 2024.

*Respectfully submitted,*
*Marvin J. Hochstein et al*

By:   *David A. Domina*  11043NE
Domina Law Group pc llo
2425 South 144th St. Omaha NE 68144-3267
402 493 4100
ddomina@dominalaw.com

### Certificate of Service

   I certify that on_____2024,  I Served the foregoing by filing with the Court using the CM/ECF system which sent notice to counsel of record when accepted and filed.

*David A. Domina*

11J3782