**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:  (713) 227-8008
Facsimile:  (713) 227-9508
Email:   jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Patricia Linszky, individually and as Representative of the Estate of Peter Linszky, deceased v. Monsanto Co.*,<br>Case No. 3:24-cv-00513-VC | |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.  Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.  Bayer AG is a publicly held corporation.

DATED:  April 22, 2024					Respectfully submitted,

							SHOOK, HARDY & BACON L.L.P.

							BY: */s/ Jennise W. Stubbs*
								Jennise W. Stubbs
								600 Travis Street, Suite 3400
								Houston, TX 77002-2926
								Telephone:  (713) 227-8008
								Facsimile:  (713) 227-9508
								Email:       jstubbs@shb.com

							*Attorneys for Defendant*
							*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of April, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

							*/s/Jennise W. Stubbs*
							Jennise W. Stubbs