UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Patricia A. Casale,*<br>3:19-cv-05238-VC | MDL NO. 2741<br>Case No.: 3:16-md-02741-VC<br><br>Honorable Judge Vince Chhabria<br><br><br>**JOINT STATEMENT REGARDING REIMBURSEMENT** |

Undersigned counsel jointly state that reimbursement for the attorney fees incurred by Monsanto in filing the Motion for Summary Judgment (Doc. 18116) in the above-captioned matters has been made in accordance with the Court's Order dated April 9, 2024 (Doc. 18186).

DATED:       April 22, 2024

                                                Respectfully Submitted,

/s/ D. Todd Mathews                              /s/ Jed P. White
D. Todd Mathews                                  Jed P. White (CA Bar No. 232339)
**BAILEY & GLASSER, LLP**                        **BRYAN CAVE LEIGHTON PAISNER LLP**
210 W. Division Street                           120 Broadway, Suite 300
P.O. Box 993                                     Santa Monica, CA 90401
Maryville, IL 62062                              Tel: 310-576-2100
Phone: (618) 418-8150                            Fax: 310-576-2200
Fax: (304) 342-1110                              jed.white@bclplaw.com
tmathews@baileyglasser.com                       *Counsel for Monsanto Co.*
*Counsel for Plaintiff, Patricia A. Casale*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ D. Todd Mathews*
D. Todd Mathews
**BAILEY & GLASSER, LLP**
210 W. Division Street
P.O. Box 993
Maryville, IL 62062
Phone: (618) 418-8150
Fax: (304) 342-1110
tmathews@baileyglasser.com
*Counsel for Plaintiff, Patricia A. Casale*
