UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Ramirez, et al. v. Monsanto Co.*, Case No.: 3:19-cv-02224 | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE DOLORES RAMIREZ IN PLACE OF ROBERT RAMIREZ

1. Plaintiff's Motion that this Court enter an Order substituting Dolores Ramirez in place of Robert Ramirez pursuant to F.R.C.P. 25 is **GRANTED.**

2. Dolores Ramirez is here by substituted in place of Robert Ramirez.

3. Accordingly, the case caption shall be amended as follows: "Dolores Ramirez, as the surviving spouse and heir."

4. As the surviving spouse of Robert Ramirez, Dolores Ramirez is the proper party to make this suggestion and has a right to pursue these claims against Defendants.

SIGNED on this the 22 day of April, 2024



VINCE CHHABRIA
United States District Judge

1