# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*John Banet v. Monsanto Company*<br>Case No. 3:20-cv-07883 | [PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII (B) |

Plaintiff's motion to move the case from Wave VII (E) to Wave VIII (B) is granted.

**IT IS SO ORDERED.**

Dated: April 22, 2024



_____
VINCE CHHABRIA

APPROVED
Judge Vince Chhabria