UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Master Docket Case No. 16-md-02741-VC <br><br> Honorable Vince Chhabria |
| This document relates to: <br><br> Johnny Wood v. Monsanto Co., <br> Case No.:3:22-cv-03818-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII, SUB-WAVE B** |

Plaintiff's motion to move the case from Wave VII, Sub-Wave F to Wave VIII, Sub-Wave B is granted.

**IT IS SO ORDERED.**

Dated: _____April 22_____, 2024

