**Garmer & Prather, PLLC**
Jerome P. Prather
141 North Broadway
Lexington, Kentucky 40507
Telephone: (859) 254-9351
Facsimile:  (859) 233-9769
Email: jprather@garmerprather.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
***ELECTRONICALLY FILED***

| | |
|---|---|
| *IN RE*: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |

This document relates to:

*Troy Mohler and Linda Mohler v. Monsanto Co.*
Case No. 3:22-cv-01947-VC

### NOTICE OF CANCELLATION OF VIDEO DEPOSITION OF WEDERSON CLAUDINO, M.D.

COMES the Plaintiff, by counsel, and pursuant to FRCP 30 *et seq.*, hereby gives notice that the video and stenographic deposition of Wederson Claudino, M.D. previously scheduled for April 26, 2024, has been cancelled.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

BY: ___/s/ Jerome P. Prather_____
Jerome P. Prather
J. Conner Niceley
141 North Broadway
Lexington, Kentucky 40507
Telephone:  (859) 254-9351
Facsimile:   (859) 233-9769
Email: jprather@garmerprather.com
Email: cniceley@garmerprather.com

MICHAEL M. PITMAN
Haverstock & Pitman, LLP

Notice of Video Deposition of Wederson Claudino, M.D.
MDL No. 3:16-md-02741-VC and Case No. 3:22-cv-01947-VC

| | |
|---|---|
| 1 | 211 South 12th Street |
| | P.O. Box 1075 |
| 2 | Murray, Kentucky 42071 |
| | Telephone: (270) 753-1694 |
| 3 | Facsimile: (270) 753-2053 |
| | Email: mike@haverstocklaw.com |
| 4 | |

**CERTIFICATE OF SERVICE**

This is to certify that, pursuant to CR 5.02(2), a true and accurate copy of the foregoing document has been served by electronic means on April 23, 2024, to the following counsel and parties of record:

Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:(816) 474-6550
Fax: (816) 421-5547
amartinez@shb.com