# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ramey et al. v. Monsanto Co.*<br>Cause No. 3:17-CV-05878-VC<br>(N.D. Cal) | [PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO PROSECUTE |

The motion to dismiss for failure to prosecute is granted. Plaintiff's claims against Defendant Monsanto Company are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: April 24, 2024



Judge Vince Chhabria