1  **CHAPPELL, CHAPPELL & NEWMAN,**
   **ATTORNEYS, LLC**
2  Graham L. Newman (*pro hac vice*)
   (graham@chappell.law)
3  4500 Fort Jackson Boulevard, Suite 250
   Columbia, South Carolina 29209
4  Tel:    (803) 233-7050
5

6  *Attorneys for Plaintiff*
   WANDA COPELAND
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                                              )
11  IN RE: ROUNDUP PRODUCTS                     ) MDL No. 2741
    LIABILITY LITIGATION                        )
12                                              )
                                                )
13  _____         )
                                                )
14  This document relates to:                   )
                                                )
15  *Wanda Copeland. v. Monsanto Co.*,          )
    Case No. 3:20-cv-02649-VC                   )
16                                              )

17
                        ~~PROPOSED~~ **ORDER AS TO**
18           **WANDA COPELAND'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

19
20
21
22
23
24
25
26
27
28
                                        1
        ~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Before this Court is Plaintiff's Administrative Motion to File Under Seal Plaintiff's Petition for Approval of Wrongful Death and Survival Settlement. Having considered the papers and for good cause shown, the Court hereby GRANTS Plaintiff's request and ORDERS Plaintiff's Petition for Approval of Wrongful Death and Survival Settlement will remain redacted and that exhibits thereto will remain confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

IT IS SO ORDERED.

Date: April 24, 2024



HO̶N̶O̶R̶A̶B̶L̶E̶
UN̶I̶T̶E̶D̶ S̶T̶A̶T̶E̶S̶ D̶I̶S̶T̶R̶I̶C̶T̶ C̶O̶U̶R̶T̶