```
Amanda L. DePaulis (CA Bar #329754)
T. Matthew Leckman
Walter Kelley
BERNHEIM KELLEY BATTISTA, LLC
4 Court Street
Plymouth, MA 02360
Telephone: 617-421-1111
FAX: 617-830-9853
Email: aleckman@realjustice.com
Email: mleckman@realjustice.com
Email: wkelley@realjustice.com
```

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| This document relates to: | [PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII(C) |
| *Bille June Jacobs v. Monsanto Co.* Case No. 3:22-cv-02969-VC | |

Plaintiff's unopposed motion to move the case from Wave VII(F) to Wave VIII (C) is granted.

**IT IS SO ORDERED**.

Dated: April 24, 2024

_____
Vince Chhabria, United States District Judge

*APPROVED — Judge Vince Chhabria*

- 1 -
UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII (C)