UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
|---|---|
| This document relates to:<br><br>Irene C. Ruiz v. *Monsanto Company*<br>Case No.: 3:22-cv-04716-VC | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8(B)

Plaintiff's unopposed motion to move her case from Wave 7(F) to Wave 8(B) is GRANTED.

IT IS SO ORDERED.

Dated: __April 24_____, 2024



APPROVED
Judge Vince Chhabria