Joseph R. Saveri (SBN 130064)
Christopher K. L. Young (SBN 318371)
David W. Lerch (State Bar No. 229411)
Itak K. Moradi (SBN 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             cyoung@saverilawfirm.com
             dlerch@saverilawfirm.com
             imoradi@saverilawfirm.com

Robert L. Lieff (SBN 37568)
P.O. Box A
Rutherford, CA 94573
rlieff@lieff.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JONAS PEREZ-HERNANDEZ, et al., *Plaintiffs*, v. BAYER AKTIENGESELLSCHAFT, BAYER CORPORATION, and MONSANTO COMPANY, et al., *Defendants*. | MDL No. 2741<br>Case No. 3:24-cv-1736-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>Hon. Vince Chhabria |

In accordance with Local Rule 7-12 and the Court's standing order, undersigned counsel have stipulated to the following:

WHEREAS, the Court transferred the operative complaint to the United States District Court for the Central District of California, and the JPML subsequently transferred the matter to the instant MDL;

WHEREAS, Plaintiffs' complaint has not been dismissed by any Court;

WHEREAS, the Parties have not previously stipulated to any extensions in this matter;

WHEREAS, the Parties were able to negotiate a mutually acceptable date for Plaintiffs to file a motion for leave to amend the complaint; and

WHEREAS, the proposed date for Plaintiffs' filing of a motion for leave to amend the class action complaint will not otherwise alter any deadlines or the Court's schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, as represented by their undersigned counsel, subject to the approval of the Court, that Plaintiffs shall file a motion for leave to file an amended complaint, with the proposed amended complaint attached, by June 21, 2024.

Dated: April 24, 2024

Respectfully Submitted,

By: */s/ Joseph R. Saveri*
      Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Christopher K. L. Young (SBN 318371)
David W. Lerch (State Bar No. 229411)
Itak K. Moradi (SBN 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:  (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
      cyoung@saverilawfirm.com
      dlerch@saverilawfirm.com
      imoradi@saverilawfirm.com

Robert L. Lieff (SBN 37568)
P.O. Box A
Rutherford, CA 94573
rlieff@lieff.com

*Attorneys for Plaintiffs*

Dated: April 24, 2024                                 Respectfully Submitted,

                                                      By:   */s/ John J. Rosenthal*
                                                            John J. Rosenthal

                                                      John J. Rosenthal
                                                      **WINSTON & STRAWN**
                                                      1901 L St. NW
                                                      Washington, DC 20036
                                                      Telephone:   (202) 282-5785
                                                      Facsimile:   (202) 282-5100
                                                      Email:       jrosenthal@winston.com

                                                      Jeff Wilkerson
                                                      300 S. Tyron St., 16th Floor
                                                      Charlotte, NC 28201
                                                      Telephone:   (704) 350-7714
                                                      Facsimile:   (704) 350-7800
                                                      Email:       jwilkerson@winston.com

                                                      *Attorneys for Defendant Monsanto Company*

**[PROPOSED] ORDER**

The above Stipulation of the Parties is hereby approved. It is HEREBY ORDERED that Plaintiffs shall file a motion for leave to file an amended class action complaint with the proposed complaint attached by June 21, 2024.

Dated: April __, 2024.

_____
HON. VINCE CHHABRIA
UNITED STATES DTRICT JUDGE

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulated request and have authorized the filing of this stipulated request.

Dated: April 24, 2024                                  Respectfully Submitted,

                                                                          By:     /s/ *Joseph R. Saveri*
                                                                                     Joseph R. Saveri