UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Bulone v. Monsanto Co.*, Case No. 20-cv-03719-VC<br><br>*Turnoff v. Monsanto Co.*, Case No. 19-cv-03837-VC | **ORDER ON SUPPLEMENTAL BRIEFING AND *DAUBERT* HEARING SCHEDULE** |

As stated at the conclusion of the April 24 *Daubert* hearings, the parties in *Bulone* are directed to file supplemental briefing regarding Dr. Zhang on the matters identified by the Court. Each brief shall not exceed 20 pages. Monsanto's brief is due on May 2, 2024, and the plaintiff's response is due on May 9, 2024.

As also stated at the hearing, the *Daubert* hearing scheduled for May 3, 2024, regarding Dr. DeGrandchamp is vacated. If necessary, the Court will reschedule that hearing at a later date.

Finally, the hearing scheduled for May 6, 2024, regarding Dr. Berkman is also vacated. The *Turnoff* parties are directed to confer and propose new dates. The Court prefers May 10 or—if that is not feasible—another date no later than mid-May.

**IT IS SO ORDERED.**

Dated: April 25, 2024

_____

VINCE CHHABRIA
United States District Judge