|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No.: 3:16-md-02741-VC |
| *Renee Daulton v. Monsanto Corp.,*<br>3:20-cv-08518-VC | [~~*PROPOSED*~~] **ORDER GRANTING DEFENDANT MONSANTO COMPANY'S UNOPPOSED MOTION TO MOVE CASE FROM WAVE 7C TO WAVE 7F** |
|  | [~~*Filed concurrently with Unopposed Motion to Move Case from Wave 7C to Wave 7F*~~] |

1  Defendant Monsanto Company's ("Monsanto") Unopposed Motion to Move Case from
2  Wave 7C to Wave 7F is GRANTED. This case is moved to Wave 7F.

4  **IT IS SO ORDERED.**

6  Dated: April 25, 2024



Hon.
United
Judge Vince Chhabria

---

1

[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE 8