# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

| **Date:** April 24, 2024 | **Time:** 3 hours, 43 minutes | **Judge:** VINCE CHHABRIA |
|---|---|---|
| **Case No.**: 16-md-02741-VC, 20-cv-01915-VC, 20-cv-03719-VC | **Case Name:** In re Roundup Products Liability Litigation, Caccia  v.  Monsanto Company, Bulone   v.  Monsanto Company | |

**Attorney for Plaintiff:** Gibbs Henderson, Erin Wood (Bulone), Lou Devoto (Caccia)
**Attorney for Defendant:** Brian Stekloff, Keri Arnold

**Deputy Clerk:** Bhavna Sharma          **Court Reporter:** Ana Dub

### PROCEEDINGS:

Evidentiary hearing re [17599], [14] Motion to Exclude Braunstein, [17598], [51] Motion to Exclude Braunstein, [18022], [68] Motion to Exclude Zhang.

### RULINGS AND ORDERS:

**Witnesses:** Dr. Marc Braunstein**,** Dr. Luoping Zhang.

**Exhibits admitted:** 22, 23, 204, 205, 206, 207, 208.