UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## HEARING SHEET, EXHIBIT and WITNESS LIST

16-md-02741-VC In re Roundup Products Liability Litigation
20-cv-01915-VC  Caccia v. Monsanto Company
20-cv-03719-VC  Bulone v. Monsanto Company

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Vince Chhabria | Gibbs Henderson, Erin Wood (Bulone), Lou Devoto (Caccia) | Brian Stekloff, Keri Arnold |
| **HEARING DATE:** | **REPORTERS:** | **CLERK:** |
| April 24, 2024 | Ana Dub | Bhavna Sharma |

| TRIAL EX. NO. | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|
|  | 10:05AM |  |  | Court in session. Housekeeping matters discussed with parties. |  |
|  | 10:09AM |  |  | Witness **Dr. Marc Braunstein** sworn for testimony. Direct examination conducted by Ms. Wood on behalf of *Bulone*. |  |
| 23 |  | X | X | Deposition Transcript_Angelo Bulone_11-29-21. |  |
| 22 |  | X | X | Expert_Clark Report_10-21-2023. |  |
| 206 |  | X | X | Braunstein, Marc Expert Report_Bulone_10-23-2023. |  |
|  | 10:23AM |  |  | Direct examination by Ms. Wood concluded. Cross-examination conducted by Ms. Arnold. |  |
| 205 |  | X | X | Braunstein, Marc Expert Report_Bulone_08-28-2022. |  |
| 204 |  | X | X | Bulone, Angelo Plaintiff Fact Sheet_11-24-2021. |  |
|  | 10:34AM |  |  | Re-direct conducted by Ms. Wood. Court asked follow up question. |  |
|  | 10:41AM |  |  | Re-cross conducted by Ms. Arnold. |  |
|  | 10:42AM |  |  | Re-direct conducted by Ms. Wood. |  |
|  | 10:46AM |  |  | Direct examination conducted by Mr. DeVoto on behalf of *Caccia*. |  |
|  | 10:55AM |  |  | Cross examination conducted by Ms. Arnold. |  |
| 207 |  | X | X | Larsson_2007. |  |
| 208 |  | X | X | E_Medical Record_Caccia, Michael_Penn Medicine_04-09-2018. |  |
|  | 11:04AM |  |  | Re-direct conducted by Mr. DeVoto. |  |

| | | | | | |
|---|---|---|---|---|---|
| | 11:07AM | | | Re-cross conducted by Ms. Wood. | |
| | 11:08AM | | | Witness thanked and excused. Court in recess. | |
| | 11:20AM | | | Court reconvened. Housekeeping matters discussed with the parties. | |
| | 11:23AM | | | Witness **Dr. Luoping Zhang** sworn for testimony. No direct examination. Witness examined by the Court. | |
| | 11:50AM | | | Court informed parties that no coaching of the witnesses should occur during the breaks. Court in recess. | |
| | 11:52AM | | | Court reconvened. Continued examination of Dr. Zhang conducted by the Court. | |
| | 12:23PM | | | Court in recess. | |
| | 12:28PM | | | Court reconvened. Continued examination of Dr. Zhang conducted by the Court. | |
| | 12:47PM | | | Court informed parties that no coaching of the witnesses should occur during the breaks. Court in recess. | |
| | 1:01PM | | | Court reconvened. Cross examination conducted by Mr. Stekloff. | |
| | 1:45PM | | | Examination conducted by Mr. Henderson on behalf of *Bulone*. | |
| | 2:07PM | | | Re-cross conducted by Mr. Stekloff. | |
| | 2:09PM | | | Examination of Dr. Zhang concluded. Monsanto to file supplemental briefing within 7 days. Reply from plaintiff due 7 days thereafter. Parties each allotted 20 pages. Court to issue ruling after supplemental briefings are filed.<br><br>Court vacated the May 3, 2024 *Daubert* hearing pursuant to the tentative views provided during this hearing. Matter will be rescheduled if deemed necessary. *Daubert* hearing scheduled for May 6, 2024 is also vacated will be rescheduled. *Turnoff* parties to meet and confer and propose new dates. | |
| | 2:21PM | | | Court adjourned. | |