1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:       jstubbs@shb.com

5  *Attorneys for Defendant*
   MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Leon Williams v. Monsanto Co.*, Case No. 3:24-cv-01155-VC | Case No. 3:16-md-02741-VC |

## MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.
2. Bayer AG is a publicly held corporation.

DATED: April 26, 2024                    Respectfully submitted,

                                                        SHOOK, HARDY & BACON L.L.P.

                                                        BY: */s/ Jennise W. Stubbs*
                                                               Jennise W. Stubbs
                                                               600 Travis Street, Suite 3400
                                                               Houston, TX 77002-2926
                                                               Telephone:   (713) 227-8008
                                                               Facsimile:    (713) 227-9508
                                                               Email:          jstubbs@shb.com

                                                      *Attorneys for Defendant*
                                                      *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 26th day of April, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                                              */s/Jennise W. Stubbs*
                                                              Jennise W. Stubbs