Brian L. Stekloff (*pro hac vice*)
bstekloff@wilkinsonstekloff.com
**WILKINSON STEKLOFF LLP**
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

Keri Arnold (*pro hac vice*)
karnold@wilkinsonstekloff.com
**WILKINSON STEKLOFF LLP**
130 West 42nd Street, 24th Floor
New York, New York 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **DEFENDANT MONSANTO COMPANY'S ADMITTED EXHIBITS AT DAUBERT HEARING RE DRS MARC BRAUNSTEIN AND LUOPING ZHANG** |
| *Bulone v. Monsanto Company,* 3:20-cv-03719-VC | |
| *Caccia et al. v. Monsanto Company,* 3:20-cv-01915-VC | Date: April 24, 2024
Time: 10:00 a.m.
Place: Courtroom 4, 17th Floor

Judge: Honorable Vince Chhabria |

**Admitted Exhibits re Dr. Marc Braunstein**

| Exh. No. | Description | Date |
|---|---|---|
| 22. | J. Clark Expert Report [*Bulone*] | 10/21/2023 |
| 23. | A. Bulone Deposition Tr. | 11/29/2021 |
| 204. | A. Bulone Plaintiff Fact Sheet | 11/24/2021 |
| 205. | M. Braunstein Expert Report [*Bulone*] | 08/28/2022 |
| 206. | M. Braunstein Expert Report [*Bulone*] | 10/23/2023 |
| 207. | Larsson: *Obesity and Risk of non-Hodgkin's Lymphoma: A Meta-Analysis* | 2007 |
| 208. | Redacted Medical Records for M. Caccia:<br><br>Virtua Health Voorhees [Confidential-MCaccia-Virtua VH-MD-000035]<br><br>Virtua Health [Confidential-MCaccia-VCG-000096, Confidential-MCaccia-VCG-000049]<br><br>Penn Medicine [Confidential-MCaccia-CAMed-000013, Confidential-MCaccia-TDFriedman-000020] | 01/22/2005 – 03/01/2019 |

**Admitted Exhibits re Dr. Luoping Zhang**

| Exh. No. | Description | Date |
|---|---|---|
| 105. | Andreotti: *Glyphosate Use and Cancer Incidence in the Agricultural Health Study* | 2018 |
| 107. | Pahwa: *Glyphosate Use and Associations with non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project* | 2019 |
| 108. | Zhang: *Exposure to Glyphosate-Based Herbicides and Risk for non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence*<br><br>[Zhang *Bulone* Declaration Exhibit B] | 2019 |
| 118. | Kabat: *On Recent Meta-Analyses of Exposure to Glyphosate and Risk of Non-Hodgkin's Lymphoma in Humans* | 2021 |

DEFENDANT MONSANTO COMPANY'S ADMITTED EXHIBITS

| | | |
|---|---|---|
| 1 | Dated: April 26, 2024 | Respectfully submitted, |
| 2 | | */s/ Brian L. Stekloff* |
| 3 | | Brian L. Stekloff<br>*Attorneys for Defendant Monsanto Company* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of April, 2024, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Brian L. Stekloff*
Brian L. Stekloff