UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Casale v. Monsanto Co.*, Case No. 19-cv-05238-VC  *Montgomery et al. v. Monsanto Co.*, Case No. 20-cv-07397-VC  *Pellerin et al. v. Monsanto Co.*, Case No. 21-cv-04634-VC | **ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT AND GRANTING MOTIONS TO MOVE CASES TO LATER WAVES**  Re: Dkt. Nos. 18060, 18061, 18064, 18093, 18115, 18127, 18262, 18272 |

Counsel for the plaintiffs in the above-captioned actions indicate that they have reimbursed Monsanto for the attorneys' fees it incurred in filing motions for summary judgment in their cases. Dkt. Nos. 18262, 18272.

Pursuant to the Court's April 9 order, the plaintiffs' motions for moves to later waves are granted, and Monsanto's motions for summary judgment are deemed moot. *See* Dkt. No. 18186. No further extensions will be granted in these cases.

**IT IS SO ORDERED.**

Dated: April 30, 2024

VINCE CHHABRIA
United States District Judge