KRISTY M. AREVALO SBN 216308
**McCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Facsimile: (909) 557-1275
kma@mccunewright.com

*Attorney for Plaintiff Beverly Bray*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY BRAY, <br>     Plaintiff, <br> vs. <br> MONSANTO COMPANY, <br>     Defendant. <br> Case No: 3:19-cv-05060-VC | MDL No. 2741 <br> Master Docket Case No. 16-md-02741-VC <br><br> **DECLARATION OF KRISTY M. AREVALO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** <br><br> Judge Assigned: Hon. Vince Chhabria |

  1. I am an attorney fully licensed to practice before this Court, and I am a Partner with McCune Law Group.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

  2. This declaration is made in support of the Motion to Withdraw as Counsel for Plaintiff filed on April 30, 2024.  Pursuant to this Motion, Kristy M. Arevalo and McCune Law Group (collectively "Counsel") move to withdraw as counsel in this case.

  3. Plaintiff Beverly Bray ("Plaintiff") filed this lawsuit against Monsanto Company ("Defendant") in the District Court for the Northern District of California on August 16, 2019.

  4. Unfortunately, in an attempt to provide legal advice to her, Plaintiff responded angrily to my office numerous times, refusing to allow anyone from my office to speak

or explain their recommendations for Plaintiff's case. First, our office's Client Liaison reached out to Plaintiff to set a meeting to discuss a case update with the Plaintiff in light of her upcoming expert reports deadline. Plaintiff was very upset with the Client Liaison over a case update email she had received from Counsel but agreed to speak with an attorney.

5.  Second, when Attorney Aabru Madni (an associate on my team) called to speak to Plaintiff, Plaintiff yelled at the Ms. Madni, shouting profanities, making claims that Counsel was working for the Defendant, and not allowing Ms. Madni to relay any legal advice or clear up any misconceptions since Plaintiff abruptly hung up the phone.

6.  A few days later, I called Ms. Bray in another final attempt to speak with her to communicate legal advice pertaining to her case. Plaintiff again shouted at me and told me to "go to hell." Given the way the phone call was going, I informed Plaintiff that due to the breakdown in communication, I had no choice but to withdraw from the case. Plaintiff hung up on me as well.

7.  These events caused a breakdown of the attorney-client relationship, due to the erosion of trust and necessary cooperation.  Plaintiff's conduct has rendered it unreasonably difficult for my office to carry out her representation effectively.

8.  On March 14th, 2024, the very next day, my team emailed Plaintiff a letter chronologically explaining the abovementioned events and our intent to file a motion to withdraw as Plaintiff's attorney.

9.  On March 25th, 2024, I sent via mail a formal letter to my client to her last known address and the same letter to her email where we have had regular communications. In this letter, I again described the events that lead to the breakdown in communication and our office's decision to file this present motion to withdraw in her case in late April 2024, giving Plaintiff Bray sufficient notice to either secure other legal counsel or attempt to rectify the breakdown.

10. On April 30, 2024, I received a mailed letter from Plaintiff expressing her anger with me and my firm's representation of her.

11. On March 14th, 2023, I also notified Defendant's Counsel of my intent to move to withdraw, as previously stated on the record. At the time of the breakdown in communication with Plaintiff, her case was part of Wave 7D of the Roundup MDL and Plaintiff's expert disclosures and their respective reports were due on March 22, 2014. In order to prevent Plaintiff from being prejudiced due to Counsel's withdrawal, I requested from Defense that Plaintiff's Wave be moved from 7D to 8C, allowing her enough time to seek different legal representation and having reports done in her case. Defense Counsel did not oppose. Immediately thereafter, on March 14th, 2024, I filed a Motion to Change Waves with the present Court. That Motion was granted on March 29th, 2024. As such, Plaintiff's expert disclosures and their respective reports are now due on September 9, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on this 19th day of March 2024, in Ontario, California.

Date: April 30, 2024                                   M<sup>c</sup>CUNE LAW GROUP

                                                       By: */s/ Kristy M. Arevalo*
                                                           Kristy M. Arevalo
                                                           *Attorney for Plaintiff*