1  KRISTY M. AREVALO SBN 216308
   **McCUNE LAW GROUP**
2  3281 East Guasti Road, Suite 100
   Ontario, California 91761
3  Phone: (909) 557-1250
   Facsimile: (909) 557-1275
4  kma@mccunewright.com

5  *Attorney for Plaintiff Beverly Bray*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| BEVERLY BRAY, | MDL No. 2741 |
|---|---|
| Plaintiff, | Master Docket Case No. 16-md-02741-VC |
| vs. | |
| MONSANTO COMPANY, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL** |
| Defendant. | |
| Case No: 3:19-cv-05060-VC | Judge Assigned: Hon. Vince Chhabria |

Having considered the Motion by Plaintiff's Counsel and finding good cause therefore, **IT IS HEREBY ORDERED** that the Motion by Plaintiff's Counsel to Withdraw as Counsel is GRANTED.

Dated: _____         By:_____
                                       Honorable Vince Chhabria