Kristy M. Arevalo Cal. SBN 216308
**McCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Facsimile: (909) 557-1275
kma@mccunewright.com

*Attorney for Plaintiff Walter Holden*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER HOLDEN,<br><br>                    Plaintiff,<br><br>      vs.<br><br>MONSANTO COMPANY,<br><br>                    Defendant. | Case No: 3:19-cv-05085<br>Case MDL No.: 3:16-md-02741-VC<br><br>**DECLARATION OF KRISTY M. AREVALO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Judge Assigned: Hon. Vince Chhabria |

1.     I am an attorney fully licensed to practice before this Court, and I am a Partner with McCune Law Group.  I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

2.     This declaration is made in support of the Motion to Withdraw as Counsel for Plaintiff filed on April 30, 2024.  Pursuant to this Motion, Kristy M. Arevalo and McCune Law Group (collectively "Counsel") move to withdraw as counsel in this case.

3.     Plaintiff Walter Holden ("Plaintiff") filed this lawsuit against Monsanto Company ("Defendant") in the District Court for the Northern District of California using a short form complaint on August 16, 2019.

4.     On June 27, 2022, Defendant made a settlement offer through Settlement Master Kenneth Feinberg.  On July 7, 2022, Plaintiff rejected said offer.

DECL. OF KMA ISO MOTION BY PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL – Case No. 3:19-cv-05085

5.     After Plaintiff's rejection of Settlement Master Feinberg's offer, Defendant requested Plaintiff's and his spouse's deposition availability.  When Counsel inquired about their availability, Plaintiff and his spouse informed Counsel that Plaintiff was too ill to sit for a deposition.  Counsel relayed this information to Defendant.

6.     On March 6, 2023, Counsel sent a letter to Plaintiff, via email and certified mail, delineating Plaintiff's obligations to communicate and coordinate with Counsel and engage in discovery requests, such as depositions.  The letter again requested Plaintiff's and his spouse's deposition availabilities to avoid potential case dismissal.

7.     On March 22, 2023, Plaintiff's spouse called Counsel's office and informed Counsel's paralegal that due to Plaintiff's illness and the spouse's work schedule, they could not provide deposition dates.

8.     On December 13, 2023, Defendant requested Plaintiff's and his spouse's deposition availability.  Counsel then promptly contacted Plaintiff to inquire about his availability.  Plaintiff and his spouse again informed Counsel that Plaintiff was too ill to participate and did not provide details or estimations on when Plaintiff could sit for a deposition.

9.     On February 6, 2024, Defendant renewed its request for Plaintiffs deposition availability.  Counsel told Defendant that she would inquire in the coming weeks regarding Plaintiff's health status and deposition availability.

10.    On March 25, 2023, Counsel emailed Plaintiff emphasizing his obligation to communicate with Counsel's office, participate in discovery, and provide potential deposition dates.  In the email, Counsel advised Plaintiff that if her office did not hear back from Plaintiff within 30 days (by April 24, 2024), then Counsel will move to withdraw as counsel.

11.    These events caused a breakdown of the attorney-client relationship, due to the extreme lack of necessary communication and cooperation.  Plaintiff's conduct rendered it unreasonably difficult for Counsel to carry out her representation effectively.

DECL. OF KMA ISO MOTION BY PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL – Case No. 3:19-cv-05085

12.     As of April 24, 2024, exactly 30 days after Counsel's email, Plaintiff has not responded to Counsel as to how he would like to proceed with his case or providing deposition dates.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  This declaration is executed on this 9th day of March 2023, in Ontario, California.

Date:  April 30, 2024                                    **McCUNE LAW GROUP**

                                                          By: */s/ Kristy M. Arevalo*
                                                              Kristy M. Arevalo
                                                              *Attorney for Plaintiff*

DECL. OF KMA ISO MOTION BY PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL – Case No. 3:19-cv-05085