Kristy M. Arevalo Cal. SBN 216308
**McCUNE LAW GROUP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Facsimile: (909) 557-1275
kma@mccunewright.com

*Attorney for Plaintiff Walter Holden*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter Holden,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>　　　　　Defendant. | Case No: 3:19-cv-05085<br>Case MDL No.: 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL**<br><br>Judge Assigned: Hon. Vince Chhabria |

　　　Having considered the Motion by Plaintiff's Counsel and finding good cause therefore, **IT IS HEREBY ORDERED** that the Motion by Plaintiff's Counsel to Withdraw as Counsel is GRANTED.

Dated: _____　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Vince Chhabria