# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 2741 ) ) Case No. 16-md-02741-VC |
| This document relates to: | ) ) |
| Bruce Sengstaken and Barbara Sengstaken v. Monsanto Company Case No.: 3:22-cv-07328-VC | ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now, Plaintiffs, Bruce Sengstaken and Barbara Sengstaken and Defendant, Monsanto Company, by and through their respective counsels, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own attorneys' fees and costs.

SO STIPULATED:

By:  /s/ Shirin M. Vesely
Shirin M. Vesely
svesely@trenam.com
rvalente@trenam.com
Florida Bar No. 21156
John D. Goldsmith
jgoldsmith@trenam.com

- 2 -

idawkins@trenam.com
Florida Bar No. 444278
TRENAM, KEMKER, SCHARF,
BARKIN, FRYE, O'NEILL & MULLIS
200 Central Avenue, Suite 1600
St. Petersburg, Florida 33701
Main: (727) 896-7171
Fax:  (727) 820-0835
Attorneys for Plaintiffs
Bruce Sengstaken and Barbara Sengstaken


By:  */s/ Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street
Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com
Attorneys for Defendant
Monsanto Company