UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Bull v. Monsanto Co.*, Case No. 22-cv-03380-VC | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**<br>Re: Dkt. No. 18200 |

The motion for leave to withdraw as attorney in the above case is granted. Within 28 days of this order, the plaintiff shall file a notice indicating whether he intends to pursue the action with new counsel or representing himself. If the plaintiff does not file that notice, the Court will dismiss this case without prejudice.

Counsel for Monsanto shall provide a copy of this order to the plaintiff, and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: May 1, 2024

VINCE CHHABRIA
United States District Judge