UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Sheller, et al. v. Monsanto Co.*, Case No. 3:19-cv-07972 | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMOVE PLAINTIFF AARON SHELLER FROM WAVE PROCEDURE** |

This matter has come before the Court upon Plaintiff's unopposed *Motion to Remove Plaintiff Aaron Sheller from Wave Procedure*. The Court, being duly advised, hereby finds that the Motion should be GRANTED.

It is Therefore Ordered, Adjudged and Decreed that Plaintiff Aaron Sheller and his action shall be REMOVED from the trial wave procedure.

All of which is Ordered ___May 1, 2024___



_____
Judge, United States District Court
Northern District of California

APPROVED
Judge Vince Chhabria