IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: ROUNDUP PRODUCTS | ) | MDL  2741 |
| LIABILITY LITIGATION | ) | Case No. 16-TMD-02741-VC |
| | ) | |
| | ) | |
| This Documents Relates to:) | | MOTION TO WITHDRAW |
| | ) | AS COUNSEL OF RECORD |
| *Rodney Gobber v. Monsanto* | ) | |
| *Company* | ) | |
| *Case No. 4:20-CV-03097* | ) | |

MOTION TO WITHDRAW

COMES NOW Attorney Vincent Powers and moves this Court for an Order allowing him to withdraw as attorney of record for Rodney Gobber.

In support of said motion, counsel states that this matter has been settled and is no longer an active case.

Attorney Vince Powers requests he be taken off the docket and that he no longer be noticed for any matter in this case.

WHEREFORE Attorney Vincent M. Powers requests his Motion to Withdraw be sustained.

/s/ VINCENT M. POWERS
Vincent M. Powers #15866

POWERS LAW

411 South 13th Street, Suite 300

Lincoln, NE 68508

402/474-8000

Powerslaw@me.com