1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10ᵗʰ Floor
Washington, DC 20036
Tel:  202-847-4030 | Fax:  202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel:  202-898-5843 | Fax:  202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel:  202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel:  415-675-3400 | Fax:  415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100 | Fax:  310-576-2200

*Attorneys for Defendant Monsanto Company*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No.:  3:16-md-02741-VC |
| *Angelo Bulone v. Monsanto Company*, 3:20-cv-03719 | **DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF DR. LUOPING ZHANG** |

*BRYAN CAVE LEIGHTON PAISNER LLP*
*120 BROADWAY, SUITE 300*
*SANTA MONICA, CALIFORNIA 90401-2386*

DECLARATION IN SUPPORT OF MONSANTO'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO
EXCLUDE TESTIMONY OF DR. ZHANG

1

## DECLARATION OF LINDA C. HSU

2      I, Linda C. Hsu, declare as follows:

3      1.      I am an attorney at law admitted to practice before all of the courts in the state of

4 California.  I am an attorney with the law firm Bryan Cave Leighton Paisner LLP, counsel of

5 record for Defendant Monsanto Company ("Monsanto") in the above-referenced action.  I am

6 over eighteen years of age and am fully competent to make this Declaration in support of

7 Monsanto's Supplemental Brief in Support of Motion to Exclude Testimony of Dr. Luoping

8 Zhang.  Except where otherwise stated, I have personal knowledge of the following, and if called

9 upon to testify as a witness, I could and would competently testify to the matters stated herein.

10      2.      Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the April 24,

11 2024 *Daubert* hearing transcript conducted in *Bulone v. Monsanto Co.*, Case No. 3:20-cv-03719-

12 VC (N.D. Cal).

13      I hereby declare under penalty of perjury under the laws of the State of California that the

14 foregoing is true and correct.

15      Executed May 2, 2024, at Santa Monica, California.

16

17

18      Linda C. Hsu

19      ### CERTIFICATE OF SERVICE

20      I hereby certify that on May 2, 2024, I electronically filed the foregoing with the Clerk of

21 the Court by using the CM/ECF system which will send a notice of electronic filing (NEF) to all

22 counsel of record who are CM/ECF participants.

23      */s/ Linda C. Hsu*

24      Linda C. Hsu

25

26

27

28

BRYAN CAVE LEIGHTON PAISNER LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

DECLARATION IN SUPPORT OF MONSANTO'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO
EXCLUDE TESTIMONY OF DR. ZHANG

# EXHIBIT F

**Volume 1**

**Pages 1 - 135**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS | ) |
| LIABILITY LITIGATION | ) |
| | ) **MDL NO. 2741** |
| _____ | ) **CASE NO. 16-MD-02741-VC** |
| | ) |
| This document relates to: | ) |
| | ) |
| *Bulone v. Monsanto Co.,* | ) |
| *Case No. 3:20-cv-03719-VC* | ) |
| | ) |
| *Caccia, et al. v. Monsanto Co.,* | ) |
| *Case No. 3:20-cv-01915-VC* | ) |
| | ) |
| _____ | ) |

San Francisco, California
Wednesday, April 24, 2024

**TRANSCRIPT OF REMOTE ZOOM VIDEOCONFERENCE**

*DAUBERT* **HEARING PROCEEDINGS**

**APPEARANCES VIA ZOOM:**

For Plaintiff Angelo Bulone:

                    NACHAWATI LAW GROUP
                    5489 Blair Road
                    Dallas, Texas 75231
            BY:  **ERIN WOOD, ATTORNEY AT LAW**
                 **GIBBS HENDERSON, ATTORNEY AT LAW**

            **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED REMOTELY BY:  Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
                       CSR No. 7445, Official U.S. Reporter

```
 1   APPEARANCES VIA ZOOM:   (CONTINUED)

 2   For Plaintiffs Michael and Holly Caccia:

 3                          ROSSETTI AND DeVOTO, PC
                            20 Brace Road, Suite 115
 4                          Cherry Hill, New Jersey 08034
                     BY:  LOUIS J. DEVOTO, ATTORNEY AT LAW
 5

 6   For Defendant Monsanto Co.:

 7                          WILKINSON STEKLOFF LLP
                            2001 M Street, NW, Tenth Floor
 8                          Washington, D.C. 20036
                     BY:  BRIAN L. STEKLOFF, ATTORNEY AT LAW
 9

10                          WILKINSON STEKLOFF LLP
                            130 West 42nd Street, 24th Floor
11                          New York, New York 10036
                     BY:  KERI L. ARNOLD, ATTORNEY AT LAW
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    And that was a cohort study.  And they -- each of those --

2    you took from each of those studies a group of people who you

3    concluded were in the high-exposure group.

4        And I want to know how was the high-exposure group defined

5    in each of the studies.

6    **A.**    Thank you, Your Honor, to ask a very important question.

7        And you're definitely correct, our meta-analysis is

8    include in the six total studies.  Among them, only one study

9    that's from a cohort study.

10        But also I want to make -- to say is the six studies

11    basically is all the previous meta-analysis choose.  So we

12    basically all choose the same six studies.

13        So your question, if I understand it correctly, is:  How

14    did we choose what's the highest, highest exposure group?

15        So among the three studies, actually only -- only three

16    studies have report the risk, you know, in the different

17    exposure category.

18        So, for example, I think if I --

19    **Q.**    Which were the --

20    **A.**    Yeah.

21    **Q.**    Which were the three studies that are reported --

22    **A.**    Yeah.  If I remember correctly -- do we have -- I needed

23    to gather my paper.

24        I think it is Ericsson 2008 and McDuffie 2005, if I

25    remember correctly.  Then there is the Andreotti 2018 study,

1  which is the first time my meta-analysis included this updated

2  AHS study.  So --

3  **Q.**   Right.  So are you -- the first time -- sorry.  Go ahead.

4  **A.**   My meta-analysis included this new updated Agricultural

5  Health Studies published by Andreotti 2018.

6  **Q.**   So are you saying that these -- the three studies that

7  broke out a high-exposure group were Ericsson, McDuffie, and

8  Andreotti?

9  **A.**   Yes, that's correct, Your Honor.

10  **Q.**   Okay.  And then the other studies -- let's just list off

11  the other studies so that we have a full list.

12       The other studies were De Roos; is that right?

13  **A.**   Yeah.

14  **Q.**   What else?

15  **A.**   Orsi.  And then there is another -- I think there's

16  another one.  I don't really remember.

17       Is that accept I can look at the paper?  It's listed in

18  our paper.

19  **Q.**   Well, before you look at your paper, I'm just curious if

20  you can remember, off the top of your head, the studies --

21  **A.**   I see.

22  **Q.**   -- that are included in your paper.  Okay?

23  **A.**   Yeah.  Okay.

24  **Q.**   So you mentioned Ericsson and McDuffie and Andreotti.  And

25  those are the three studies you said -- you said broke out a

1  meta-analysis, it's always more than ten or even, like

2  recently, we publish the benzene exposure and the association

3  with non-Hodgkin's lymphoma, that's a total of 28 studies.

4       So for this reason, if we only reduce, say we only look at

5  the high-exposure group, and then we may not have enough power.

6  But -- so that's why the number we reported, it's six studies;

7  three with the highest exposure possible and three because they

8  didn't report so we don't.  So that's -- that's -- yeah.

9  **Q.**   So you took portions of the group of people studied in

10 Ericsson and McDuffie and Andreotti and put them together with

11 all of the people studied in the other three studies?

12 **A.**   Yeah.

13 **Q.**   And that's your meta-analysis?

14 **A.**   That's my -- the major meta-analysis.  And -- but we

15 also -- but we also did our sensitivity analysis.  So

16 sensitivity analysis if for -- if for -- yeah.  We also only

17 look at, how about if we only look at exposure, you know,

18 without.  I think -- I think, yes, we should have the exposure

19 as well.

20      Okay.  Yeah.  If -- if the exposure is correctly --

21 I think I can't...

22      So, Your Honor, you are definitely correct.  The three

23 studies without reporting high or different exposure group,

24 then we only use the ever-never whole.  Okay?

25      But this is not -- it's not new.  I mean, since --

ZHANG - EXAMINATION / THE COURT

1   **A.**   Yeah.

2   **Q.**   Okay.  So that meta risk ratio of 1.41 following high

3   cumulative GBH exposure, is that from all six of the studies?

4   **A.**   No.  We actually make that point very clearly in the

5   methods.  In the methods when we give the status selections --

6   **Q.**   Sorry.  You made the point very clear in the what?

7   **A.**   In the method section, how did we choose the study from

8   data selection.  I believe we --

9   **Q.**   Okay.  Can you just explain it?  Can you explain it to me?

10  **A.**   Okay.  So --

11  **Q.**   What does that 1.41 number represent?  Where does it come

12  from?

13  **A.**   This is coming from our meta-analysis, including three

14  studies with the high -- highest exposure, original studies

15  reported, not us, and the three without original study didn't

16  report different exposure category.  So --

17  **Q.**   So let me pause you there.  So this is what we've been

18  talking about; right?

19  **A.**   Yes.

20  **Q.**   For three of the studies, you use all of the subjects, not

21  merely the high-exposure subjects?

22  **A.**   Yes, that's correct.

23  **Q.**   Well, then I don't understand.  I mean, the sentence says

24  (as read):

25          "Using the updated AHS results, we observed a

1          meta RR of 1.41, which indicates a statistically

2          significant increased risk of NHL following high

3          cumulative GBH exposure."

4      For three of the studies, you don't know if it's high

5  cumulative GBH exposure.  So how can you say the risk ratio of

6  1.41 is for people who had high cumulative GBH exposure?

7  **A.**   So that's all based on data availability.  Okay.

8  **Q.**   Right.  But we don't know whether the subjects in three of

9  the six studies had high cumulative GBH exposure.  And so why

10 would you put those three studies in -- why would you put all

11 the subjects from those three studies in to come up with a

12 number for people with high cumulative GBH exposure?  I don't

13 understand the logic of including all of the people from those

14 three studies.

15 **A.**   Could I trying to answer in my best -- you know, trying to

16 be simple and clear.

17     So the knowledge behind this is we have some limitations.

18 One is we only have six studies; and, two, we only have one

19 cohort studies.

20     So in order to have a meta-analysis represent all the six

21 qualified studies -- right? -- so that's whether we had our

22 based on *a priori* hypothesis -- we didn't include that.

23     And also for Your Honor your question, in the Table 6, our

24 sensitivity analysis, you can see if we only have three studies

25 so it's high, or if we only have study for the all six, only

1   choose ever and the never.  Okay?  They do --

2   **Q.**   I understand.  We can go to Table 6 in a second.

3   **A.**   Right.

4   **Q.**   But I just don't understand that sentence.  Looking at

5   that sentence --

6   **A.**   Right.  That sentence is --

7   **Q.**   -- it seems -- it seems to me that the risk ratio of 1.41

8   does not represent a study of people who had a high cumulative

9   GBH exposure.

10      That's not what it represents, because you've just told me

11  that for three of the studies, you included everybody in there,

12  regardless of their -- of their glyphosate exposure.

13      So isn't that sentence -- just looking at that sentence in

14  isolation, isn't that sentence inaccurate?

15  **A.**   I think maybe that sentence was not -- not clearly

16  explained, but I think -- that's why I think we like to, if I

17  could, you know, like to see the selection of most highly

18  exposure category.  We made it clear.

19  **Q.**   Hold on.  We can get to that in a moment.

20  **A.**   Okay.

21  **Q.**   But that sentence that I just read, that is the

22  centerpiece of your paper, is it not?  Do you understand my

23  question?

24  **A.**   Yes.  Yes.

25  **Q.**   I mean, that is the headline from your paper -- right? --

1  is that there's a 1.41 risk ratio for people with high

2  cumulative GBH exposure.  And it seems to me that that is not

3  accurate because the universe of subjects that you are

4  considering includes people for whom you have no idea what kind

5  of exposure they experienced.  Right?

6  **A.**    Okay.

7  **Q.**    And then so if you are going to include people -- for that

8  1.41 number, if you're going to include people who did not have

9  high exposure, then why wouldn't you also include the people

10  from the Andreotti study that did not have high exposure?

11       It seems like you're comparing -- you're using

12  low-exposure people from some studies and you're not using

13  low-exposure people from other studies.  And that seems

14  misleading when you are announcing to the world that there's a

15  risk ratio of 1.41 for people with high glyphosate exposure.

16  **A.**    Your Honor, I think I agree with you the sentence you

17  pointed out, the second sentence, maybe not very clearly

18  represented the results.  We report 41 percent increased risk.

19  But we did explain very clearly in our method this is what we

20  will need to do because the limitation of what we have.  Okay?

21       Two is we did -- like with the sensitivity analysis, we

22  did what you suggested.  How about only three?  And we didn't

23  see significant difference between 41 percent or 36 percent of

24  increased risk.  It's always increase.

25       And then, number four, we also, let's say, why don't we

1   Q.   And what would the numbers have been if you had included

2   every -- all the subjects from Andreotti?

3   A.   Every data from the other five, I think we made it --

4   I think we made it clear as long as is possible.  You know, as

5   long as our original study for the five of them is --

6   especially the three -- no, the three of --

7   Q.   Can you just answer -- can you just answer my question

8   directly?  What would the number have been if you had

9   included -- let me ask the question this way.

10       What would the number have been if you had included all of

11  the subjects from all six studies?  What would the number have

12  been?

13  A.   That's reported in Table 6.

14  Q.   Okay.  Give me the answer.  What's the answer?

15  A.   Okay.  I need to -- I don't really remember from top of my

16  head.  So that's why -- okay.  Table 6.  If we including all

17  the six studies, with the high-exposure group or without?

18  Q.   Without the high -- with everybody.

19  A.   Okay.

20  Q.   Everybody.

21  A.   Okay.

22  Q.   All the subjects.

23  A.   Everybody included without, so that's -- okay.  Sorry.

24  It's the wrong table.

25       Okay.  That's 30 percent or 26 percent.  Depends on which

1   model you're using.  Using fixed model is 30 percent

2   increased -- increased relative risk.

3   **Q.**   Meaning 1.3 -- 1.30?

4   **A.**   One point -- yeah, 1.30.

5   **Q.**   Using all of the -- all of the subjects from all three

6   studies?

7   **A.**   Yeah.  But only --

8   **Q.**   And what's the confidence interval for that?

9   **A.**   It's 1.03 and -- in the lower confidence interval, and the

10  higher is 1.64.

11  **Q.**   Okay.  And what about for the random?

12  **A.**   What's the -- sorry, Your Honor.  What's your question?

13  **Q.**   You were giving me the fixed; right?

14  **A.**   Fixed, yeah.

15  **Q.**   Okay.

16  **A.**   Yeah.

17  **Q.**   And where is this?  Can you show me where this is in your

18  paper?

19  **A.**   Fixed?

20  **Q.**   The numbers you were just giving me, can you show me where

21  they are?

22  **A.**   Okay.  That's on the Table 6.  And the data, you just look

23  at the second line for the data.  That's in the category of

24  alternative exposure category.  So the first one is for only

25  high-exposed group.  So that's -- you'll see the N is the three

1          But I'm asking you a different question now.  Okay?

2    **A.**    Okay.

3    **Q.**    I'm asking you a question about adjustment for other

4    pesticide use.  Okay?  Other pesticide and herbicide use.

5          And my question is:  You take -- for this 1.41 number,

6    this number comes from the six different studies; correct?

7    **A.**    Yes, Your Honor.

8    **Q.**    And my question is:  The data you used from those six

9    studies, is it adjusted for other pesticide or herbicide use?

10   **A.**    Yes, if the adjusted for other chemicals or pesticides is

11   available, unless we listed some reason, you know, underneath

12   the table, the results we reported.  But I --

13   **Q.**    So -- but I'm asking you here today -- right?

14   **A.**    Yeah.

15   **Q.**    -- what is the answer?

16         Is all of the data that goes into that 1.41 figure, is all

17   of the data adjusted for other pesticide and herbicide use, or

18   some of the data, or none of the data?

19   **A.**    Thank you, Your Honor, give me a chance to clear that --

20   that answer for this question.

21         If I remember correctly, I think some original studies did

22   not have adjusted data; but if they do, that's our selection.

23   We would try to use the selected -- we should selected the

24   study with, you know, adjusted.

25   **Q.**    So some of -- are you saying that the answer to my

1   question is "some"?

2   **A.**   Yeah.

3   **Q.**   Okay.

4   **A.**   I don't think it's all.  I don't think it's all.  But for

5   currently, I don't remember which one didn't, but I think that

6   I remember at least one didn't.

7   **Q.**   Okay.  So --

8   **A.**   So, again, we limited our selection.  So we have to select

9   the best that we can.

10  **Q.**   Right.  So you -- so you -- this 1.41 number comes from

11  six studies.  For three of the studies, it's only a portion of

12  the individuals studied; and for three of the studies, it's all

13  the people studied.  For some of the studies, the data is

14  adjusted for other pesticide use; and for other of the studies,

15  it's data that is not adjusted for other pesticide use.

16       Is that what you're saying?

17  **A.**   Yeah.

18  **Q.**   Okay.

19  **A.**   From my best memory, I think, yes, that is correct.

20  **Q.**   And do you know, as you -- but as you sit here today, you

21  don't remember which of the studies had data that is adjusted

22  for other pesticide use and which of the studies did not have

23  data that is adjusted for other pesticide use?

24  **A.**   I don't really remember from top of my mind, my memory

25  now; but I do remember one -- I think it's -- if I remember

**Exhibit F Page - 13**

ZHANG - CROSS / STEKLOFF

1    **A.**    Yes.

2    **Q.**    So those were the five studies that you said adjusted for

3    other pesticides; correct?

4    **A.**    Yes.

5    **Q.**    Okay.  Now, I'm going to go back to Table 4.  And this is

6    the data that you selected as part of your meta-analysis;

7    correct?

8    **A.**    Yes.

9    **Q.**    And this is where His Honor started and asked you what

10   data did you select.  This is the table that shows what data

11   you selected; correct?

12   **A.**    Yes.

13   **Q.**    Okay.  So I want to go through this table, but I actually

14   want to start now with Ericsson.  Do you see Ericsson?

15   **A.**    Yes.

16   **Q.**    And the data you selected you said was over ten days per

17   year; right?

18   **A.**    Yes.

19   **Q.**    Now, you've also heard of the phrase "lifetime days";

20   right?

21   **A.**    Yes.

22   **Q.**    And you know, for example, in Andreotti, you have here

23   that they -- that they were measuring lifetime days, not days

24   per year; correct?

25   **A.**    Yes, that's correct.

ZHANG - CROSS / STEKLOFF

1  Q.   Are you also aware that in Ericsson they were measuring

2  lifetime days and not days per year?

3  A.   Yes.  But the data we select is, we focus on the highest

4  exposure.

5  Q.   That wasn't my question, though.

6       Do you have an understanding that there was not a

7  days-per-year exposure assessment in Ericsson?  It was actually

8  lifetime days.  And so when they looked at the highest exposure

9  group versus the lowest exposure group, it was comparing

10 participants who had ten or more lifetime days to participants

11 who had less than ten lifetime days.

12 A.   They may have that -- that data reported; but now, today,

13 I -- from the best of my memory, I don't really remember.  But

14 I took your word --

15 Q.   So this may be --

16 A.   -- that they have the lifetime exposure.

17 Q.   So this may be a mistake that it's days per year; correct?

18 A.   I don't know unless I -- I have to take a look at the

19 Ericsson 2000 -- you know, the original study paper.

20 Q.   Okay.  Now, do you also recall that you just told -- in

21 your paper, you said that you used adjusted data from the

22 Ericsson study; correct?

23 A.   Yes.

24 Q.   We just looked at that; right?

25 A.   I adjusted the study for what?

1   **Q.**   Adjusted for other pesticides.

2   **A.**   For other pesticides, yes, because that's four studies

3   we -- instead has the adjusted.

4   **Q.**   But, Dr. Zhang, are you aware that this data point, 2.36,

5   is not adjusted for other pesticides?

6   **A.**   But that's one -- okay.  So if you look at -- if you look

7   at our exposure category selection, so we had the exposure

8   category, you know, more than ten days.  I think that goes

9   higher than the one.  I don't think -- and I also made it very

10  clear, it's in the tables where, you know, data were included.

11  So I didn't see, you know, any -- any -- yeah.

12  **Q.**   You chose to use the unadjusted data from Ericsson instead

13  of the adjusted data; is that right?

14  **A.**   Instead of the adjusted data from what you're saying was a

15  lifetime.  Okay?  So I think we have, you know, longest --

16  okay.

17       So now I do not recall exactly if they have the lifetime

18  exposure or not with adjusted or without adjusted.  But I

19  did -- I did know Ericsson 2008 papers, they did adjust the

20  other pesticides and -- you know, but that's not what our study

21  selection.  That is maybe, you know, study selection with our

22  *a priori* hypothesis is with the exposure.  So we had the --

23  you know, the ten days.  That's how, with ten days per year.

24  Okay.  I put the ten days per year.  That's what we assess.

25       So you are --

1  **Q.**  So if there was adjusted data, Dr. Zhang, but it didn't

2  fit your *a priori* hypothesis, that it wasn't the highest

3  exposure, you would have still chose unadjusted data over that;

4  is that right?

5  **A.**  No.  If we come to from the sensitivity analysis, that's

6  in Table 6.  So --

7  **Q.**  But, Dr. Zhang, I'm not -- I don't mean to cut you off,

8  but I'm not asking about the sensitivity analysis.  I'm asking

9  about Table 4.

10  For Table 4, if you had a choice between unadjusted data

11  that was in a higher exposure group and adjusted data that was

12  in a lower exposure group, you chose the unadjusted data;

13  correct?

14  **A.**  Okay.  In this case, yes, but for choose the exposure

15  category, we -- this is what we have to put.  We have in the

16  method, we're saying, you know, how -- how we wanted to select

17  the exposure category.  I think it's not dependent on if the

18  data is adjusted or unadjusted.  That's maybe at the lower

19  priority stated.  I don't -- yeah.  I don't know where the --

20  where we stated exposure category.

21  So we were following our *a priori* hypothesis, which group

22  of the data goes the highest priority for the selection of

23  data.  So --

24  **Q.**  But in the paragraph that I read you when we started, when

25  you say -- it's right on the screen here -- "We selected RR

ZHANG - CROSS / STEKLOFF

1  estimates that adjusted for other pesticide use over their

2  unadjusted counterparts to mitigate potentially substantial

3  confounding," that's not always true, correct, because the

4  exposure was more important for your hypothesis?

5  **A.**   Right.   That's -- that's correct, exposure.   But that

6  means that exposure is -- exposure to GBH or glyphosate.   Okay?

7       We understand -- I understand that adjusted data would be

8  better; but in this case, we think the exposure level could be

9  over the adjustment of other exposure in this specific study.

10  And also, we did make it very clear in our Table 4.

11  **Q.**   Right.   You didn't make it clear.   And then the statement

12  I just read you would also agree is misleading; right?

13  **A.**   No, I don't think so, because we do have the -- what the

14  data selection in the Table 4 clearly with the Ericsson 2008 in

15  the Reference Number 17.

16  **Q.**   Well, let's go through quickly.   Let's go through Table 4.

17       Andreotti adjusts for other pesticides; correct?

18  **A.**   Yes.   Which one?   Okay.   Yeah.   You're talking about --

19  **Q.**   There's only one.

20  **A.**   -- Andreotti.

21  **Q.**   De Roos 2005 adjusts for other pesticides; right?

22  **A.**   Yeah.

23  **Q.**   De Roos 2003 adjusts for other pesticides; correct?

24  **A.**   Yes.

25  **Q.**   Ericsson does not adjust for other pesticides in the, what

ZHANG - CROSS / STEKLOFF

1   you call, over ten days per year; right?  That number 2.36, the

2   risk estimate, is not adjusted for other pesticides; correct?

3   **A.**   It's -- it's -- hold on.  I think it's -- yeah.

4       Yeah, it's -- I don't -- actually, I don't know from the

5   memory.  But I think what I do know is Ericsson 2008 had

6   reported data from adjusted.  But if I remember correctly, they

7   may only report that from never and ever, not that it's the

8   highest exposure group.

9       And my -- our method analysis was mainly focus on the

10  *a priori* hypothesis.  If there is a highest group, we're

11  choosing the highest exposure group or longest exposure, you

12  know.

13  **Q.**   I understand your methodology, Dr. Zhang.  My question is

14  simple.

15      The data that you used from Ericsson, the 2.36 that we see

16  in Table 4, was not adjusted for other pesticides; correct?

17  **A.**   With -- yeah, that could be.  Okay?  I don't want to

18  exclude that possibility, but I don't really now remember

19  exactly what's reported in Ericsson 2008 papers as what you

20  suggested.  Okay?

21          **THE COURT:**  Dr. Zhang, just to be clear, looking at

22  what you wrote, you say five of the seven studies adjusted for

23  a combination of different pesticides.  And then you have some

24  citations there, and one of those citations is Ericsson; right?

25          **THE WITNESS:**  Yes.

**Exhibit F Page - 19**

1          THE COURT:  So you're telling the reader that five of

2    the seven studies that you considered adjusted for different

3    pesticides; right?

4          THE WITNESS:  Yeah.

5          THE COURT:  And that one of those studies that

6    adjusted for different pesticides is Ericsson; right?

7          THE WITNESS:  Yeah.

8          THE COURT:  Okay.

9          MR. STEKLOFF:  Your Honor, I'll skip showing Ericsson,

10   unless you think it's necessary.  I suspect you recall

11   Ericsson, but would it be helpful for me to show Ericsson?

12         THE COURT:  I'm going to ask for supplemental

13   briefing, and you can show Ericsson in the supplemental

14   briefing.

15         MR. STEKLOFF:  Okay.

16   BY MR. STEKLOFF:

17   Q.   Do you recall, Dr. Zhang, whether the number -- the data

18   that you took from Hardell was adjusted for other pesticides?

19         MR. HENDERSON:  I'm going to object.  This is beyond

20   the scope of the motion to exclude.

21         THE COURT:  Overruled.  Overruled.

22         THE WITNESS:  Which one you mention?

23   BY MR. STEKLOFF:

24   Q.   The next one in Table 4, Hardell, which is actually 2002,

25   not 2008, do you recall whether that data, the 1.85 risk

**Exhibit F Page - 20**

1  estimate that we see, was adjusted for other pesticides?

2  **A.**   Yeah.   And -- yeah.   I think that year reference was

3  incorrect.   That's a printing error.   And I think it is 2002,

4  not 2008.   Thank you for pointing that out.

5       And that's -- Hardell has adjusted data, but adjusted,

6  yeah, for --

7  **Q.**   And do you recall that McDuffie does not adjust for other

8  pesticides?

9  **A.**   McDuffie?   Yeah.   Yeah, it's not.   McDuffie and another

10  one.

11  **Q.**   Orsi.

12  **A.**   Orsi.

13  **Q.**   McDuffie and Orsi do not adjust.   Okay.

14  **A.**   Yeah.

15  **Q.**   Now, let's go back to Andreotti.

16       You chose the exposure category that we can see here.   You

17  chose Q4, and you also chose that 20-year lag that you

18  discussed with the Court; correct?

19  **A.**   Yes.

20  **Q.**   Okay.   And those -- those individuals had exposure of

21  greater than or equal to 2,610 lifetime days; correct?

22  **A.**   Yeah.

23  **Q.**   Now, there were also three other quartiles -- put aside

24  the lag for a moment.   There were three other quartiles in

25  Andreotti; correct?

1   **A.**   -- take your word for it.

2   **Q.**   Okay.  And whatever the number was, you excluded those

3   participants from your meta-analysis; right?

4   **A.**   Yeah.  That's because we have our selection criteria based

5   upon --

6           **THE COURT:**  Dr. Zhang, that was a yes-or-no question.

7           **THE WITNESS:**  Yes.

8           **THE COURT:**  Thank you.

9   **BY MR. STEKLOFF:**

10  **Q.**   Now I want to turn quickly to Table 6.

11          These are the sensitivity analyses that you discussed;

12  correct?

13  **A.**   Yes.

14  **Q.**   Okay.  And if we start with, because you've referenced

15  this several times, this other pesticides adjusted/unadjusted.

16  Do you see that?

17  **A.**   Yes.

18  **Q.**   And it has an N of four; correct?

19  **A.**   Yes.

20  **Q.**   Now, so you're saying four of the six studies were -- you

21  didn't double count Andreotti and De Roos 2005 here; right?

22  **A.**   No.  So they are two separate meta.

23  **Q.**   You only used De Roos 2005; right?

24  **A.**   Yes.

25  **Q.**   So that means you only used -- there were -- there was a

ZHANG - CROSS / STEKLOFF

1   universe of five potential studies that could have been

2   included in this; correct?

3   **A.**   No.

4   **Q.**   De Roos --

5   **A.**   No, that's not the case.  It's always -- oh, you mean

6   adjusted or not?

7   **Q.**   Yeah.  You can't tell me which four studies were adjusted,

8   can you?

9   **A.**   Yes.  Because if you go to the method, we selected that's

10  five studies; right?  The five studies, that's because AHS we

11  counted twice, which including De Roos 2005 and Andreotti 2018,

12  because both of the previous AHS study and updated AHS study,

13  they all have adjusted data.  So --

14  **Q.**   You included both of those?

15  **A.**   Yes -- no, no, no.  Because -- okay.  Again, I want to

16  restate, because, you know, from adjusted data and non-adjusted

17  data, we did include the data from both, from De Roos 2005 as

18  adjusted and unadjusted.  So we made it very clear here.

19  **Q.**   And from Andreotti, you would have only included that Q4

20  20-year lag data; correct?

21  **A.**   For Andreotti, yeah, but we don't really have -- the

22  adjusted, looks like we don't even have for Andreotti 2018

23  here.

24  **Q.**   I think I'm confused now.

25         In this -- in this analysis, this sensitivity analysis,

**Exhibit F Page - 23**

1  was Andreotti 2018 included?  Yes or no.

2  **A.**   No.

3  **Q.**   Okay.  So then you included De Roos 2005; correct?

4  **A.**   Yeah.

5  **Q.**   And Hardell, which you said was adjusted for other

6  pesticides; correct?

7  **A.**   Yeah.

8  **Q.**   And De Roos 2003 was adjusted for other pesticides;

9  correct?

10 **A.**   Yes.

11 **Q.**   So what's the fourth study that you included that was

12 adjusted for other pesticides?  Because it had to be either

13 McDuffie, Orsi, or Ericsson.

14 **A.**   I think the seven other pesticides adjustment, if you can

15 look the footnote at Number 7, studies that provide RR, that's

16 both adjusted and not adjusted for other pesticides using for

17 ever exposed, because that doesn't, you know, fit with our

18 *a priori* hypothesis.

19 **Q.**   Dr. Zhang, that's not -- that's answering my question.

20      I think we determined you used De Roos 2005, De Roos 2003,

21 and Hardell.  What is the fourth study that was part of this

22 analysis?  Orsi, McDuffie, or Ericsson?  Which one -- which

23 one -- or another study.  Which one was it, if there were four

24 included?

25 **A.**   For the -- for the adjustment.  So it's De Roos 2005 and

ZHANG - CROSS / STEKLOFF

1          THE WITNESS:  Okay.

2          THE COURT:  And you're really not answering the

3    questions.

4          THE WITNESS:  Thank you, Your Honor.

5          THE COURT:  You know, if the answer to Mr. Stekloff's

6    question is "I don't know," then say "I don't know."  Okay?

7          THE WITNESS:  Okay.

8          THE COURT:  Don't start answering a different question

9    that he didn't ask.  Okay?  Because we've been spending a lot

10   of time going back and forth on this, and we don't have,

11   you know, unlimited time.

12         THE WITNESS:  Thank you.

13         THE COURT:  So it sounds like --

14         THE WITNESS:  Thank you, Your Honor.

15         THE COURT:  It sounds like you do not know -- to the

16   extent that the fourth study in this group was Hardell, you

17   don't know what numbers from Hardell were used; is that

18   correct?

19         THE WITNESS:  Yes.

20         THE COURT:  Okay.

21         THE WITNESS:  I don't know from my current memory.

22         THE COURT:  Right.

23         THE WITNESS:  Yeah.

24         THE COURT:  Okay.

25   \\\

ZHANG - CROSS / STEKLOFF

1  **Q.**   And you describe in your paper how you did a literature

2  search to include or exclude studies that were available at the

3  time; right?

4  **A.**   Yes.

5  **Q.**   Now, you have never updated your meta-analysis; correct?

6  **A.**   Yes.  Correct.

7  **Q.**   And you are aware that other papers have come out since

8  2019; correct?

9  **A.**   Yes.

10 **Q.**   Including --

11 **A.**   Correct.

12 **Q.**   Including papers that use some of the data from the

13 studies that you included, like, for example, McDuffie and

14 De Roos 2003; correct?

15 **A.**   Yes.

16 **Q.**   So an example is one of those papers is Pahwa, which came

17 from the North American Pooled Project that the Court is

18 familiar with from the *Hardeman* trial; correct?

19 **A.**   Sorry?  What are you saying about Pahwa 2019?

20 **Q.**   One of those papers is Pahwa; right?

21 **A.**   Yeah.

22 **Q.**   Pahwa --

23 **A.**   But not a meta-analysis.

24 **Q.**   No.  It was a pooled analysis that included data from

25 McDuffie and De Roos 2003; correct?

**Exhibit F Page - 26**

ZHANG - CROSS / STEKLOFF

1        But you're also aware that there was a study that came out

2    in 2022 called De Roos 2022; correct?

3    **A.**    Yes.

4    **Q.**    And that study included the Orsi study; right?

5    **A.**    Yes.

6    **Q.**    And then nine other studies; right?

7    **A.**    Yes.

8    **Q.**    So you similarly, if you were doing your study today and

9    going to tell the jury about what the world is like today,

10   would use -- you would have started your meta-analysis with the

11   De Roos 2022 paper; right?

12   **A.**    If I -- if I redid my meta-analysis for my 2019 paper now,

13   after all this new study published, yes, I may.  But you have

14   to remember then, 2019, or even when we come back to the study

15   2018, we don't have all this data available.

16   **Q.**    Of course.  I'm not suggesting you could have had data

17   that wasn't in existence yet.

18        But if we're looking at the world and the science of

19   glyphosate today, this is the data that you would use; correct?

20   **A.**    It could be.  And also, it depends what -- what are the

21   questions we really address after the -- my 2019 meta-analysis.

22   **Q.**    If you were doing the same analysis with the same *a priori*

23   hypothesis, this is the data you would use; correct?

24   **A.**    That's right.  Yeah, same, but same based on *a priori*

25   hypothesis.  But it -- but it doesn't base on adjusted or

**Exhibit F Page - 27**

ZHANG - CROSS / STEKLOFF

1   non-adjusted.

2   **Q.**   That's not -- that wasn't my question.

3       You would -- you haven't redone your analysis with any of

4   this data; right?  Pahwa, De Roos.  There's another -- there's

5   another Hardell, right, that you're aware of?  You haven't

6   redone the data with any of these newer studies; correct?

7   **A.**   No.

8   **Q.**   And so --

9   **A.**   Not by myself, but I --

10  **Q.**   You can't tell the judge or a jury what the results would

11  be if you were incorporating this updated data; correct?

12  **A.**   Yes, that's correct.

13  **Q.**   Okay.

14  **A.**   But now could I add one more sentence?

15  **Q.**   Mr. Henderson --

16  **A.**   Yeah.

17  **Q.**   I think if you answer my question, I'm sure Mr. Henderson

18  is going to have questions for you.  If the Court wants to

19  hear, of course, I'm fine with it.

20          **THE COURT:**  Go ahead, Ms. Zhang -- Dr. Zhang.

21          **THE WITNESS:**  So I think the question is after my

22  meta-analysis, you know, I have -- it's clearly I didn't do any

23  more meta-analysis for including all the data.

24      But I -- one thing I want to make clear, all the new

25  studies published after my 2019 meta-analysis, they

1      All right.  I read the EPA memo, and I did not find that

2  the EPA memo was written clearly enough or convincingly enough

3  to support a conclusion that Dr. Zhang's opinion should be

4  excluded; right?

5      But then we have the hearing, and in asking Dr. Zhang all

6  of the questions that I asked her in an attempt to understand

7  her opinion -- right? -- I think several other problems --

8  problems that may be related to the problems that the EPA memo

9  flagged, but not quite the same -- several other problems

10  arose.  Right?

11      And I think this hearing shined a light on several other

12  problems with Dr. Zhang's paper and the use of Dr. Zhang's

13  paper in a trial in 2024 or 2025.  Right?  Because that's the

14  opinion that was disclosed; right?

15      So the question is:  Procedurally, like, what do I --

16  you know, how do I handle that?

17      I mean, on the one hand, I think I could have simply

18  decided this on the papers and said the motion to exclude

19  Dr. Zhang's testimony is denied because Monsanto, by simply

20  pointing to the EPA memo, did not make an adequate showing that

21  her testimony should be excluded, because the EPA memo is not

22  very satisfying.  Right?  I think I probably could have done

23  that.  That would have been fine.

24      But now -- that would have been appropriate.

25      But now, after the *Daubert* hearing, we've -- like I said,

1    we've shined a light on a number of problems.  And

2    Mr. Henderson made some objections about scope; right?

3         And so I want both sides to address the procedural

4    question of whether it's appropriate to consider the new

5    concerns that have come to light regarding Dr. Zhang's paper

6    and regarding Dr. Zhang's proposed testimony in the hearing,

7    given the fact that I'm giving both sides an opportunity to

8    file supplemental briefs.  So that's number one.

9         Number two, I will just say -- and you can all -- you can

10   address this in your briefs also -- I still do not understand

11   why you would ever -- why it would ever be appropriate to mix

12   high-exposure datasets with ever-exposure datasets if the study

13   that contains the high-exposure dataset also includes

14   lower-exposure datasets.  In other words, it really seems like

15   a major apples and oranges problem to me.

16        And I understand that, you know, the sensitivity analyses

17   were done, and there may have been problems with the

18   sensitivity analyses too, but there were sensitivity analyses

19   done in Table 6.  But this abstract -- the thrust of the paper

20   is this analysis that Dr. Zhang and her colleagues conducted

21   where they mixed the high-exposure datasets with the

22   ever-exposed datasets.

23        And that does seem -- and I think the EPA memo sort of

24   starts to touch on this a little bit but doesn't do a very good

25   job of articulating it.  That does seem to artificially affect

1   the numbers because you are taking some study -- you're

2   including the low-exposed people from some datasets and you're

3   excluding the low-exposed people from other datasets.  And if

4   you included the low-exposed people from the other datasets,

5   the numbers would be different.

6        And so I just don't understand why it would ever be

7   appropriate to do that and why it would ever be appropriate for

8   the number -- those numbers to be the centerpiece of an opinion

9   like this.  It seems inherently misleading to me.

10       So maybe I'm -- the fact that Dr. Zhang did it in other

11  papers is not helpful.  I need a substantive explanation for

12  why that's not misleading.

13       And that is the opinion Dr. Zhang has offered.  Dr. Zhang

14  has offered an opinion whose centerpiece is the 1.41 number,

15  and my impression, after this hearing, and the thing I need you

16  to address is that that appears to be a misleading number.

17       And so I know there were some other concerns about,

18  you know, mistakes in the analysis, and I want to hear about

19  those as well.

20       But fundamentally, that just seems like -- that seems like

21  junk science to me, based on what I know now.  And so that'll

22  be the primary hurdle you have to overcome.

23       So I'll get those briefs, and then I'll issue a ruling

24  shortly thereafter.

25            MR. STEKLOFF:  Procedural question, Your Honor.  You

1

2                    **<u>CERTIFICATE OF REPORTER</u>**

3          I certify that the foregoing is a correct transcript

4    from the record of proceedings in the above-entitled matter.

5

6    DATE:  Thursday, April 25, 2024

7

8

9

10   _____

11          Ana Dub, RDR, RMR, CRR, CCRR, CRG, CCG
         CSR No. 7445, Official United States Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Exhibit F Page - 32**