UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER MOVING CASE TO WAVE 7G** |
| *Fallon v. Monsanto Co.*, Case No. 20-cv-00248-VC | Re: Dkt. No. 18102 |

    The above-captioned case is currently part of Wave 7C. In mid-March, Monsanto learned that its specific causation expert was diagnosed with cancer and would begin undergoing treatment that would last a month. The expert would, therefore, not be able to finish his expert report or sit for a deposition in time to meet the Wave 7C deadlines. For that reason, Monsanto asks that the above-captioned case be moved to Wave 8.

    The plaintiff opposes the request. She argues that she is 79 years old and that further delay "may deny her day in court." She also suggests that there is no reason to think that the expert will be well by the time the Wave 8 deadlines come around, and that Monsanto still has plenty of time to file its *Daubert* motions. But Monsanto asks for additional time in part because it may need to seek a new expert. And the deadlines that Monsanto says it is unable to meet are not the deadline for filings its *Daubert* motions but the deadlines for serving its expert report and for making its experts available for depositions.

    Some extension is warranted, although it is not clear that moving the case as far back as Wave 8—which would delay adjudication of *Daubert* and summary judgment motions until the

spring of 2025—is necessary. The case is moved to Wave 7G, meaning that Monsanto's expert reports are now due on July 8 and the close of expert discovery will be August 7. *See* Dkt. No. 17234.

**IT IS SO ORDERED.**

Dated: May 2, 2024

_____
VINCE CHHABRIA
United States District Judge