Joseph R. Saveri (SBN 130064)
Christopher K. L. Young (SBN 318371)
David W. Lerch (State Bar No. 229411)
Itak K. Moradi (SBN 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               cyoung@saverilawfirm.com
               dlerch@saverilawfirm.com
               imoradi@saverilawfirm.com

Robert L. Lieff (SBN 37568)
P.O. Box A
Rutherford, CA 94573
rlieff@lieff.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JONAS PEREZ-HERNANDEZ, et al., *Plaintiffs*, v. BAYER AKTIENGESELLSCHAFT, BAYER CORPORATION, and MONSANTO COMPANY, et al., *Defendants*. | MDL No. 2741 Case No. 3:24-cv-1736-VC **STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** Hon. Vince Chhabria |

In accordance with Local Rule 7-12 and the Court's standing order, undersigned counsel have stipulated to the following:

WHEREAS, the Court transferred the operative complaint to the United States District Court for the Central District of California, and the JPML subsequently transferred the matter to the instant MDL;

WHEREAS, Plaintiffs' complaint has not been dismissed by any Court;

WHEREAS, the Parties have not previously stipulated to any extensions in this matter;

WHEREAS, the Parties were able to negotiate a mutually acceptable date for Plaintiffs to file a motion for leave to amend the complaint; and

WHEREAS, the proposed date for Plaintiffs' filing of a motion for leave to amend the class action complaint will not otherwise alter any deadlines or the Court's schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, as represented by their undersigned counsel, subject to the approval of the Court, that Plaintiffs shall file a motion for leave to file an amended complaint, with the proposed amended complaint attached, by June 21, 2024.

Dated: April 24, 2024

Respectfully Submitted,

By: /s/ Joseph R. Saveri
Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Christopher K. L. Young (SBN 318371)
David W. Lerch (State Bar No. 229411)
Itak K. Moradi (SBN 310537)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              cyoung@saverilawfirm.com
              dlerch@saverilawfirm.com
              imoradi@saverilawfirm.com

Robert L. Lieff (SBN 37568)
P.O. Box A
Rutherford, CA 94573
rlieff@lieff.com

*Attorneys for Plaintiffs*

Dated: April 24, 2024

Respectfully Submitted,

By:   */s/ John J. Rosenthal*
      John J. Rosenthal

John J. Rosenthal
**WINSTON & STRAWN**
1901 L St. NW
Washington, DC 20036
Telephone:  (202) 282-5785
Facsimile:  (202) 282-5100
Email:  jrosenthal@winston.com

Jeff Wilkerson
300 S. Tyron St., 16th Floor
Charlotte, NC 28201
Telephone:  (704) 350-7714
Facsimile:  (704) 350-7800
Email:  jwilkerson@winston.com

*Attorneys for Defendant Monsanto Company*

~~[PROPOSED]~~ ORDER

The above Stipulation of the Parties is hereby approved. It is HEREBY ORDERED that Plaintiffs shall file a motion for leave to file an amended class action complaint with the proposed complaint attached by June 21, 2024.

Dated: ~~April __, 2024.~~
May 2, 2024

*APPROVED — Judge Vince Chhabria, United States District Court, Northern District of California*