**JINKS CROW, PC**
Christina D. Crow
Email: Christy.crow@jinkscrow.com
PO Box 350
Union Springs, AL 36089
Tel.: 334-738-4225
Fax: 334-738-4229

**ROBERT G. BALLARD, PC**
Robert G. Ballard
Email: robballard@earthlink.com
One Glenlake Parkway, suite 700
Atlanta, GA 30328
Tel.: 770-455-1818
**Attorneys for Plaintiff**

MDL no. 2741

CASE NO.: 3:16-md-02741-VC

Honorable Vince Chhabria

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

**PLAINITFF MICHAL TESTON'S MOTION TO MOVE HIS CASE TO WAVE 8**

This document related to:

*Michael Teston v. Monsanto Co.,*

Case No.: 1:22-cv-02911-JPB

**PLAINTIFF MICHAEL TESTON'S MOTION TO MOVE HIS CASE TO ANOTHER WAVE, SUB-WAVE, OR OTHER RELIEF THE COURT DEEMS JUST AN PROPER**

Plaintiff Michael Teston ("Plaintiff") hereby respectfully requests the Court to mover his case to Wave 8A.

1. Plaintiff is currently in Wave 7F. Per the Court's August 30, 2023 expert discovery)., Plaintiff's immediately relevant deadlines under this Wave are May 8, 2024 (close of fact discovery), May 10, 2024, (Plaintiff's expert reports due), and

1. July 10, 2024 (close of expert discovery).

2. Plaintiff and defendant have diligently sought discovery in this case. Plaintiff completed the Plaintiff Fact Sheet, has provided an amended Plaintiff Fact Sheet, provided all requested authorizations, and had his deposition taken March 1, 2024.

3. Depositions are still ongoing, and there are two scheduled for later this month.

4. Defendant's counsel has no objection to moving Plaintiff's case to Wave 8A as this would provide more time for additional depositions and further discovery.

5. Should Wave 8A be deemed unsuitable for some reason, Plaintiff requests to be moved to a sub-Wave, another Wave, or other relief as the Court deems just and proper.

6. Discovery in this matter has consisted of the production of Plaintiff Fact Sheet, the production of medical records, and the Plaintiff's deposition. This is the first request for a continuance order.

Respectfully submitted, May 6, 2024

**JINKS CROW, PC**

By:  /s/ *Christina D. Crow*
Christina D. Crow
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Christina D. Crow*
Christina D. Crow