**JINKS CROW, PC**
Christina D. Crow
Email: Christy.crow@jinkscrow.com
PO Box 350
Union Springs, AL 36089
Tel.: 334-738-4225
Fax: 334-738-4229

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL no. 2741<br>CASE NO.: 3:16-md-02741-VC<br>Honorable Vince Chhabria<br><br>**DECLARATION OF CHRISTINA D. CROW IN SUPPORT OF PLAINTIFF MICHAEL TESTON'S MOTION TO MOVE HIS CASE TO WAVE 8** |
| This document related to:<br><br>*Michael Teston  v. Monsanto Co.,*<br><br>Case No.: 1:22-cv-02911-JPB |  |

## DELCARATION OF CHRISTINA D. CROW

I, Christina D. Crow, declare the following:

1. I am an attorney at law duly licensed to practice before all courts of the State of California, I am an attorney at JINKS CROW, PC, attorneys of records for the Plaintiff MICHAEL TESTON ("Plaintiff") herein. If called upon as a witness, I can and will competently testify to the following from my own personal knowledge.

2. Plaintiff's case is currently in Wave 7F of this Court.

DECLARATION OF CHRISTINA D. CROW

3. My office and defendant Monsanto Co. ("Defendant") have diligently sought discovery in this case. Plaintiff completed the Fact Sheet, produced an Amended Fact Sheet, medical records, provided all needed authorizations. Plaintiff's Deposition has taken place, and two additional depositions are scheduled for later this month.

4. This is Plaintiff's first request for continuance.

5. Defendant's counsel stated that they would not object to moving Plaintiff's case to wave 8 as this would provide more time for additional depositions and further needed discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 6, 2024, Union Springs, Alabama.

**JINKS CROW, PC**

By:   */s/ Christina D. Crow*
      Christina D. Crow
      *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

   */s/ Christina D. Crow*
   Christina D. Crow

DECLARATION OF CHRISTINA D. CROW