**JINKS CROW, PC**
Christina D. Crow
Email: Christy.crow@jinkscrow.com
PO Box 350
Union Springs, AL 36089
Tel.: 334-738-4225
Fax: 334-738-4229

MDL no. 2741

CASE NO.:  3:16-md-02741-VC

Honorable Vince Chhabria

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**[PROPOSED] ORDER GRANTING PLAINTIFF MICHAEL TESTON'S MOTION TO MOVE HIS CASE TO WAVE 8**

This document related to:

*Michael Teston  v. Monsanto Co.,*

Case No.: 1:22-cv-02911-JPB

**ORDER GRANTING PLAINTIFF MICHAEL TESTON'S MOVE TO MOVE HIS CASE TO WAVE 8.**

Plaintiff MICHAEL TESTON'S Motion to move his case from 7F to Wave 8 is GRANTED

**IT IS SO ORDERED**

Dated this _____ day of May, 2024.

_____

**JUDGE VINCE CHHABRIA**