UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Katz v. Monsanto Co.*, Case No. 20-cv-01825-VC | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE 8**<br><br>Re: Dkt. Nos. 18261 |

The motion is granted. The above-captioned case is moved to Wave 8.

**IT IS SO ORDERED.**

Dated: May 7, 2024

VINCE CHHABRIA
United States District Judge