UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Goranson v. Monsanto Co.*, Case No. 21-cv-06832-VC | **ORDER GRANTING MOTION TO MOVE CASE TO LATER WAVE**<br><br>Re: Dkt. No. 18227 |

The motion is granted. The above-captioned case is moved to Wave 8.

**IT IS SO ORDERED.**

Dated: May 7, 2024

VINCE CHHABRIA
United States District Judge