Robin L. Greenwald, Esq.
**WEITZ & LUXENBERG PC**
700 Broadway, 5th Floor
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
rgreenwald@weitzlux.com
*Attorney for Plaintiff*

Brian Stekloff, Esq.
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005
bstekloff@wilkinsonstekloff.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> *Delorme-Barton v. Monsanto*, Case No. 18-cv-01427-VC | **JOINT DESIGNATION OF RECORD ON REMAND** |

Pursuant to Rule 10.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (JPML), the Parties submit the following joint designation of record to be remanded to the United States District Court for the Northern District of Illinois.

| **MDL Docket No.** | **Title of Document** |
|---|---|
| *Delorme-Barton* Docket No. 1 | Complaint |
| *Delorme-Barton* Docket | Monsanto Company's Answer to Plaintiff's Complaint |

| | |
|---|---|
| No. 12 | |
| MDL Docket No. 519 | Pretrial Order No. 30: Amended Protective Order |
| MDL Docket No. 1596 | Pretrial Order No. 45: Summary Judgment and *Daubert* Motions |
| MDL Docket No. 2406 | Pretrial Order No. 61: RE: Bifurcation |
| MDL Docket No. 2645 | Pretrial Order No. 70: Final Juror Questionnaire |
| MDL Docket No. 2775 | Pretrial Order No. 81: Ruling on Motions *in Limine* |
| MDL Docket No. 2790 | Pretrial Order No. 83: Time Limits for Trial |
| MDL Docket No. 2799 | Pretrial Order No. 85: Denying Monsanto's Motion For Summary Judgment on Specific Causation |
| MDL Docket No. 2937 | Pretrial Order No. 101: Order re: Monsanto's Motion For Summary Judgment on Non-Causation Grounds |
| MDL Docket No. 2963 | Pretrial Order No. 108: Final Phase 1 Instructions |
| MDL Docket No. 2964 | Pretrial Order No. 109: Final Verdict Form |
| MDL Docket No. 3188 | Pretrial Order No. 137: Final Phase 2 Verdict Form |
| MDL Docket No. 3194 | Pretrial Order No. 139: Final Phase 2 Instructions |
| MDL Docket No. 4565 | Pretrial Order No. 159: Denying Monsanto's Motions For Judgment as a Matter of Law or, in the Alternative, For a New Trial on Non-Damages Grounds |
| MDL Docket No. 4576 | Pretrial Order No. 160: Granting in Part and Denying in Part Monsanto's Motion For Summary Judgment as a Matter of Law on Punitive Damages; Denying Monsanto's Motion For a New Trial on Compensatory Damages |
| MDL Docket No. 9142 | Amended Pretrial Order No. 201: Order re: Motion to Exclude Testimony of Dr. Sawyer (Wave I Cases) |
| MDL Docket No. 9143 | Pretrial Order No. 202: Order Denying Certain Wave 1 Motions Without Prejudice |
| MDL Docket No. 9144 | Pretrial Order No. 203: Order Denying Motion to Exclude Testimony of Drs. Nabhan, Shustov, and Weisenburger (Wave 1 Cases) |
| MDL Docket No. 14489 | Pretrial Order No. 271: Order Denying Motion to Strike Testimony of Drs. Fenske and Slack |
| MDL Docket No. 14621 | Pretrial Order No. 273: Denying Wave 3 Motions for Summary |

| | |
|---|---|
| | Judgment on Non-Causation Grounds and Motions to Exclude Plaintiffs' Experts |
| MDL Docket No. 17198 | Pretrial Order No. 285: Order on Motions to Exclude Certain Wave 5 Experts and for Summary Judgment |
| MDL Docket No. 17841 | Pretrial Order No. 289: Order on Motions to Exclude Experts Tomasetti, Navarro, and Slack |
| MDL Docket No. 18026 | Suggestion of Remand to Transferor Court |

Dated:  May 7, 2024

Respectfully submitted,

**WEITZ & LUXENBERG PC**

By:  */s/ Robin L. Greenwald*

Robin L. Greenwald, Esq.
700 Broadway, 5th Floor
New York, NY 10003
Tel: (212) 558-5802
Fax:  (212) 344-5461
rgreenwald@weitzlux.com


**WILKINSON STEKLOFF LLP**

By:  */s/ Brian Stekloff*

Brian Stekloff, Esq.
2001 M Street NW, 10th Floor
Washington, DC  20036
Tel: (202) 847-4030
Fax: (202) 847-4005
bstekloff@wilkinsonstekloff.com

Riley Mendoza
Kirk Marty
**Shook Hardy & Bacon LLP**
111 S. Wacker Dr. Suite 4700
Chicago, IL 60606
Tel: 312-704-7700
Fax: 312-558-1195
rmendoza@shb.com
kmarty@shb.com

3
JOINT DESIGNATION OF RECORD ON REMAND; CASE NO. 18-cv-01427-VC