UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | |
| *Silas Strickland v. Monsanto Co.*, Case No.: 3:23-cv-02509-VC | |

### NOTICE OF SUSBSTITUTION OF COUNSEL

TO: CLERK OF THE ABOVE-ENTITLED COURT AND ALL PARTIES AND COUNSEL OF RECORD

Please take notice that attorneys John B. Manly of the firm Manly Shipley and Franklin Sean Simmons, have been substituted for Behram V. Parekh of Rueb Stoller Daniel, LLP, as attorney of record for Plaintiff Silas Strickland in the above-referenced action. The Clerk of Court is hereby requested to make such entries as may be required to record such substitution and to remove John B. Manly and Franklin Sean Simmons from ECF service on this case and replace them with ECF service to Behram V. Parekh, Esq., behram.parekh@lawrsd.com.

Dated: May 8, 2024

                                                                  Respectfully submitted,

                                                                 **RUEB STOLLER DANIEL, LLP**

                                                                  By:*/s/Behram V. Parekh*
                                                                  Behram V. Parekh
                                                                 Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 8th day of May 2024, which will send notification of the same to all counsel of record.

      */s/ Behram V. Parekh*