Taylor H. Webb
**TOLLISON & WEBB P.A.**
103 N. Lamar, Suite 201
P.O. Box 1216
Oxford, Mississippi 38655
Phone: (662) 234-7070
Fax: (662) 234-7095
taylor@tollisonlaw.com
*Counsel for Plaintiffs Dan W. Webb & Rachel H. Webb*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| Dan W. Webb & Rachel H. Webb v. Monsanto Co., | **PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE FROM WAVE 7F TO WAVE 8B** |
| Case No. 3:20-cv-00493-VC | [*Filed concurrently with [Proposed] Order*] |

COME NOW, Plaintiffs Dan W. Webb and Rachel H. Webb respectfully request the Court move their case from Wave 7F to Wave 8B. In support, Plaintiffs state as follows:

1. On April 19, 2024, Plaintiffs' counsel consulted with Defendant's counsel who does not oppose moving this case from Wave 7F to Wave 8B.

2. This case is presently situated in Wave 7F and has not previously moved waves.

3. The parties to this action have diligently pursued discovery, with the Plaintiff's having served his fact sheet, produced medical records and authorizations, and the deposition of the Plaintiffs having been taken.

4. Nevertheless, the current Wave 7F presents challenges to the parties to meet impending deadlines concerning the completion of treating doctor depositions, and the finalization of expert depositions and discovery.

5. The parties have conferred and believe that transferring this case to Wave 8B would enable them to complete the requisite expert discovery and be in the best interests of justice, and respectfully request the Court enter an order to that effect.

6. Plaintiff filed this motion previously in individual case 3:20-cv-00493-VC and is filing this motion pursuant to Court text order.

Dated: May 8, 2024

**TOLLISON & WEBB P.A.**
Attorneys for Plaintiffs
Dan W. Webb & Rachael H. Webb

/s/ Taylor H. Webb
TAYLOR H. WEBB
Mississippi Bar Number 104180
103 N. Lamar Blvd., Suite 201
Oxford, MS 38655
Tel: (662) 234-7070
Fax: (662) 234-7095
taylor@tollisonlaw.com

**CERTIFICATE OF SERVICE**

I certify that on April 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service.

/s/ Taylor H. Webb
Taylor H. Webb

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No.: 3:16-md-02741-VC |
| Dan W. Webb & Rachel H. Webb v. Monsanto Co., | **[*PROPOSED*] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE FROM WAVE 7F TO WAVE 8B** |
| Case No. 3:20-cv-00493-VC | [*Filed concurrently with Unopposed Motion to Move Case from Wave 7F to Wave 8B*] |

1  Plaintiffs' Motion to move their case from Wave 7F to Wave 8B is GRANTED. This case is
2  moved to Wave 8B.
3
4  **IT IS SO ORDERED.**
5  Dated: _____       _____
   Honorable Vince G. Chhabria
6  United States District Judge