United States District Court
Northern District of California

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| Dan W. Webb & Rachel H. Webb v. Monsanto Co., | **[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MOVE CASE FROM WAVE 7F TO WAVE 8B** |
| Case No. 3:20-cv-00493-VC | *[~~Filed concurrently with Unopposed Motion to Move Case from Wave 7F to Wave 8B~~]* |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs' Motion to move their case from Wave 7F to Wave 8B is GRANTED. This case is moved to Wave 8B.

**IT IS SO ORDERED.**

Dated: May 9, 2024



APPROVED

Judge Vince Chhabria