AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____CALIFORNIA_____

Silas Strickland

               Plaintiff (s),

V.

Monsanto Company

               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

MDL No. 2741

CASE NUMBER: 3:23-cv-02509-VC

Notice is hereby given that, subject to approval by the court, __Silas Strickland__ substitutes
(Party (s) Name)

__Behram V. Parekh__, State Bar No. __180361__ as counsel of record in
(Name of New Attorney)

place of __John B. Manly__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:        Rueb Stoller Daniel, LLP
   Address:            515 S Figueroa St, Ste 1550, Los Angeles, CA 90071
   Telephone:        (619) 821-2305     Facsimile (855) 203-2035
   E-Mail (Optional):  behram.parekh@lawrsd.com

I consent to the above substitution.
Date:   4-10-24

(Signature of Party (s))

I consent to being substituted.
Date:   4/30/24

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   5/8/2024

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   May 9, 2024

[Note: A separate consent order of substitution must be filed by each ~~new~~ ~~appearance~~.]

**APPROVED**
Judge Vince Chhabria