AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Silas Strickland

           Plaintiff (s),

V.

Monsanto Company

           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

MDL No. 2741

CASE NUMBER: 3:23-cv-02509-VC

Notice is hereby given that, subject to approval by the court, __Silas Strickland__ substitutes
                                                                                             (Party (s) Name)

__Behram V. Parekh__, State Bar No. __180361__ as counsel of record in
     (Name of New Attorney)

place of __Franklin Sean Simmons__
                      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:       Rueb Stoller Daniel, LLP

   Address:           515 S Figueroa St, Ste 1550, Los Angeles, CA 90071

   Telephone:       (619) 821-2305      Facsimile  (855) 203-2035

   E-Mail (Optional):  behram.parekh@lawrsd.com

I consent to the above substitution.
Date:   4-10-24                                      (Signature of Party (s))

I consent to being substituted.
Date:   5-1-2024                               (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   5/8/2024                               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   May 9, 2024

**APPROVED** — Judge Vince Chhabria — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]