**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, MO  64108
Telephone: (816) 474-6550
Facsimile:(816) 521-5547
Email:  amartinez@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Kenneth Bull v. Monsanto Co.*,<br>Case No. 3:22-cv-03380-VC | **DECLARATION OF ANTHONY R. MARTINEZ PURSUANT TO THIS COURT'S ORDER [DKT 13 & 18316]** |

Counsel submits this Declaration pursuant to this Honorable Court's Order Granting Motion to Withdraw as Attorney [Dkt 13 & 18316] entered May 1, 2024 (the "Order").

I, Anthony R. Martinez, hereby declare as follows:

1. I am an attorney at the law firm of Shook, Hardy & Bacon L.L.P., counsel for Monsanto Company ("Monsanto").  I make this declaration pursuant to the Court's May 1, 2024 Order.  This declaration is based on my personal knowledge, and, if called to testify, I would and could testify on these matters.

2. On May 1, 2024, this Court ordered counsel for Defendant to "provide a copy of this order to the plaintiff, and file a declaration with 7 days of this ruling explaining how they did so."

3. On May 2, 2024, Lakshmi Achari of Shook, Hardy & Bacon L.L.P. forwarded this Court's May 1, 2024 Order by certified mail, return receipt requested and regular U.S. Mail, addressed to Kenneth Bull, 430 Forest Dr., Lake Jackson, Texas 77566.

4. According to the United States Postal Service tracking site, the mailing was delivered to an individual at 430 Forest Dr., Lake Jackson, Texas 77566 on May 6, 2024 (attached as Ex. A).

I declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 9th day of May, 2024 in Kansas City, Missouri.

*/s/ Anthony R. Martinez*
Anthony R. Martinez

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of May, 2024, I electronically transmitted the foregoing Declaration of Anthony R. Martinez Pursuant to This Court's Order [Dkt 13 & 18316] to the Clerk of the court using the ECF system for filing which sent notice of the filing to all appearing parties of record.

*/s/Anthony R. Martinez*
Anthony R. Martinez