```
Paul Mankin (SBN 264038)
LAW OFFICE OF PAUL MANKIN, APC
4655 Cass St., Ste. 410
San Diego, CA 92109
Phone: (800)-219-3577
Facsimile: (323) 207-3885
pmankin@paulmankin.com
Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Kenneth Ritcheson<br>　　vs.<br>Monsanto Company<br>*Case No.: 3:23-cv-02170* | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD, AND DECLARATION OF PAUL MANKIN**<br><br>*Filed concurrently herewith:*<br>**Proposed Order**<br><br>**Hearing Date: May 30, 2024**<br>**Time: 10:00 A.M.**<br>**Place:  San Francisco Courthouse**<br>　　　　　**450 Golden Gate Avenue**<br>　　　　　**17th Floor, Courtroom 4**<br>　　　　　**San Francisco, CA 94102** |

**TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 30, 2024, at 10:00 a.m., or as soon thereafter as this matter may be heard in the United States District Court for the Northern District of California, San Francisco Courthouse located at 450 Golden Gate Avenue, 17th Floor, Courtroom 4, San Francisco, CA 94102, this Firm, The Law Office of Paul Mankin, APC and Paul Mankin, pursuant to LR 11-5, will move the Court for an Order allowing Counsel to withdraw as attorney of record for

Plaintiff Kenneth Ritcheson. In support of this motion Counsel for Plaintiff states as follows:

This firm brings this Motion on the following grounds:

1. There has been a substantial and irreconcilable breakdown of the attorney-client relationship between The Law Office of Paul Mankin, APC and Plaintiff Kenneth Ritcheson.
2. Plaintiff has not complied with the attorney-client agreement.

The Hearing on this Motion will occur on

This Motion is based upon the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Civil L.R. 11-5, California Rules of Professional Conduct rule 3-700, the Declaration of Paul Mankin filed concurrently herewith and upon all the papers, records, and documents on file herein, and upon evidence, oral and documentary, to be presented at the hearing of the motion.

Dated: 4/9/2024

/s/Paul Mankin
PAUL MANKIN

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     INTRODUCTION**

Paul Mankin (hereinafter, collectively, "Counsel") was retained as counsel by Plaintiff Kenneth Ritcheson ("Plaintiff") in the above-entitled matter. There has now been an irreconcilable breakdown in the attorney-client relationship that has necessitated this Motion to Withdraw as Counsel of Record.

The breakdown of the attorney-client relationship and Plaintiff's failure to comply with the attorney-client agreement has rendered representation by this law firm impossible. Accordingly, this Motion is brought pursuant to Civil L.R. 11-5 and California Rules of Professional Conduct Rule 3-700. Notice of this Motion has been given to Plaintiff and all parties.

**II. LEGAL ANALYSIS**

**A. Counsel Brings this Motion Pursuant to Civil L.R. 11-5 and California Rules of Professional Conduct Rule 3-700.**

Civil L.R. 11-5 states, "Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to client and all other parties who have appeared in the case."

Pursuant to California Rules of Professional Conduct Rule 3-700 (C)(d), counsel may move to withdraw as counsel of record if the client "by other conduct renders it unreasonably difficult for the member to carry out the employment effectively." Rule 3-700 (C)(f) also permits counsel to withdraw if the client "breaches an agreement or obligation to the member as to expenses or fees."

As attested to in the Declaration of Paul Mankin filed concurrently herewith, there has been a substantial and irreconcilable breakdown of the attorney-client relationship between counsel and Plaintiff. This breakdown and Plaintiff's failure to comply with the attorney-client agreement has rendered representation of Plaintiff impossible.

|   |   |
|---|---|
| 1 | Plaintiff has been advised that this Motion would be filed and has been |
| 2 | served with this Notice of Motion and Motion at the mailing address has that has |
| 3 | been used to communicate with Plaintiff throughout the representation.  Plaintiff |
| 4 | also confirmed that that his mailing address is his current address within two weeks |
| 5 | of filing this Motion. |

Finally, Counsel has taken steps to avoid any reasonably foreseeable prejudice to the rights of Plaintiff.  Counsel has informed Plaintiff of the intention of filing this Motion, and at the time of filing this Motion, there are not any imminent deadlines for Plaintiff to comply with in his case.

### III. CONCLUSION

Based on the foregoing, The Law Office of Paul Mankin respectfully requests that the Court grant this Motion for leave to withdraw as counsel of record for Plaintiff Kenneth Ritcheson in the instant matter.

Dated: 4/9/2024

/s/ Paul Mankin
Paul Mankin
Attorney for Plaintiff Kenneth Ritcheson

# CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of April 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

/s/ Paul Mankin
Paul Mankin