**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO.


 I, Stefanie Lawley, am employed in the County of San Diego, State of California. I am over the age of 18 years of age and not a party to the within action. My business address is 4655 Cass St., Ste. 410, San Diego, CA 92109.

 On April 9, 2024, I served the foregoing document(s) described as:

**1. NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF KENNETH RITCHESON; DECLARATION OF PAUL MANKIN**
**2. [PROPOSED] ORDER**

on the following interested parties in this action:


Kenneth Ritcheson
Plaintiff
188 Arbor Hill Way
Cedar Creek, TX 78612
kennethritcheson245@gmail.com
Phone: (512) 308-2678

 [ X ] BY FIRST CLASS MAIL: I placed the above-referenced document(s) in a sealed envelope, with postage thereon fully prepaid, and deposited said envelope in the U.S. Postal Service mailbox at 4640 Cass St. San Diego, California on the date stated above, addressed to the named party listed on the SERVICE LIST.


 [ X ] BY ELECTRONIC TRANSMISSION: I caused the above-referenced document(s) to be sent by electronic mail to the e-mail addresses of each party listed on the SERVICE LIST.

Executed on April 9, 2024, at San Diego, California.

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD, AND DECLARATION OF PAUL MANKIN

1  [ X ] (STATE)      I declare under penalty of perjury under the laws of the State of

2  California that the above is true and correct.

3                                              /s/ Stefanie Lawley
                                                Stefanie Lawley
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28