# DECLARATION OF PAUL MANKIN

I, PAUL MANKIN, hereby declare as follows:

1. I am an attorney at law duly admitted to practice before all courts of the state of California and I am the managing attorney of the Law Office of Paul Mankin, APC in San Diego, California. This firm is the attorney of record for Plaintiff, Kenneth Ritcheson in this action. The facts set forth in this Declaration are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. This firm brings the instant Motion to withdraw as counsel of record for Plaintiff Kenneth Ritcheson on the following grounds: 1) There has been a substantial and irreconcilable breakdown of the attorney-client relationship between The Law Office of Paul Mankin and 2) Kenneth Ritcheson has not complied attorney-client agreement.

3. As attested to in the proof of service filed concurrently with this Declaration, this firm served Plaintiff Kenneth Ritcheson with the Notice of Motion to Withdraw as Counsel via mail at the client's current mailing address.  I verified with Mr. Ritcheson that the mailing address used is his current mailing address within two weeks of filing this motion.

4.  I have taken steps to avoid any reasonably foreseeable prejudice to the rights of Plaintiff.  I have informed Plaintiff of the intention of filing this Motion, and at the time of filing this Motion, there are not any imminent deadlines for Plaintiff to comply with in his case.

I declare under penalty of perjury and under the laws of the State of California that the following is true and correct. Executed on April 9, 2024, at San Diego, CA.

/s/ Paul Mankin
Paul Mankin