Paul Mankin (SBN 264038)
LAW OFFICE OF PAUL MANKIN, APC
4655 Cass St., Ste. 410
San Diego, CA 92109
Phone: (800)-219-3577
Facsimile: (323) 207-3885
pmankin@paulmankin.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Kenneth Ritcheson<br>    vs.<br>Monsanto Company<br>*Case No.: 3:23-cv-02170* | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF KENNETH RITCHESON**<br><br>Date: May 30, 2024<br>Time: 10:00 A.M.<br>Place: San Francisco Courthouse<br>      450 Golden Gate Avenue<br>      17th Floor, Courtroom 4<br>      San Francisco, CA 94102 |

## ORDER

The Court, having considered the moving papers and oral argument, and counsel having shown sufficient reasons to be relieved as counsel pursuant to motion under Civil L.R. 11-5 and California Rules of Professional Conduct 3-700 and good cause appearing therefor, issues the following order:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| 1 | Paul Mankin and the Law Office of Paul Mankin, APC are relieved as |
| 2 | counsel of record for Plaintiff Kenneth Ritcheson as of the date of this Order. |
| 3 | Client's last known address is: 188 Arbor Hill Way, Cedar Creek, TX 78612. |
| 4 | Client's email address is: kennethritcheson245@gmail.com |
| 5 | Client's telephone number is: 512-308-2678 |

**IT IS SO ORDERED.**

Dated:

_____
Hon. VINCE CHHABRIA
United States District Judge