NACHAWATI LAW GROUP
5489 BLAIR ROAD
DALLAS, TX 75231

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFONIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **AFFIDAVIT IN SUPPORT OF PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S SUPPLEMENTAL MOTION TO EXCLUDE THE TESTIMONY OF LUOPING ZHANG, PH.D., M.S.** |
| Angelo Bulone v. Monsanto Co., Case No. 3:20-cv-03719 | |

I, Gibbs C. Henderson, declare as follows:

1. I am an attorney at law admitted to practice and in good standing in the United States District Court for the Northern District of Texas. I am an attorney with the Nachawati Law Group, counsel of record for Plaintiff in the above-referenced action. I am over eighteen years of age and am fully competent to make this Affidavit in support of Plaintiff's Response to Monsanto's Motion to Exclude the Testimony of Luoping Zhang, Ph.D. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Affidavit of Luoping Zhang, Ph.D., dated May 8, 2024 (including attached Exhibits 1-8).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Email from VC CRD to All Counsel of Record, dated Apr. 24, 2024.

4. Attached hereto as **Exhibit C** is a true and correct copy of Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L (2019). *Exposure to glyphosate-based herbicides and risk for Non-Hodgkin lymphoma: a meta-analysis and supporting evidence.* MUTAT RES REV. 781: 186-206. PMID: 31342895. PMCID: PMC6706269.

5. I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1

Dated this 9th day of May, 2024.

_____
GIBBS C. HENDERSON

**STATE OF TEXAS** §
§
**COUNTY OF DALLAS** §

The foregoing Affidavit was subscribed and sworn to before me this 9th day of May 2024.

_____
Notary Public

My Commission Expires:

TRACI TRAPANI BEASLEY
Notary Public, State of Texas
Comm. Expires 11-06-2027
Notary ID 134633850

N CHAWATI LAW GROUP
5489 BLAIR ROAD
DALLAS, TX 75231

Affidavit in Support of Plaintiff's Response to Monsanto Company's Motion to Exclude the Testimony of Lupong Zhang, Ph.D., M.S.