# EXHIBIT A

DocuSign Envelope ID: 9DD9D9B7-03B2-4EF5-A75D-B69B8065846D

STATE OF TEXAS


COUNTY OF DALLAS


I, LUOPING ZHANG, Ph.D., M.S., declare and state as follows:

1.    I am over the age of 18 and make this statement based on personal knowledge.

2.    I have been retained as an expert by the Plaintiff in the Angelo Bulone matter.

3.    In occupational epidemiology it rarely happens that every study on a given topic measures and categorizes exposure the same way.  If one were to only use studies that assessed exposure the same way, then very few, if any, occupational meta-analyses would ever be done.

4.    More commonly, exposure methods vary from study to study.  Importantly though, many of these different exposure assessment methods can be used to provide valid measures of association.  This includes studies that categorize exposure as "never vs. ever" and studies that look at high exposure groups.

5.    Studies looking at high exposures can have a particular advantage.  That is, if a true causal association exists then higher exposures generally lead to higher relative risks, and higher relative risks are less likely to be impacted by minor study errors. This is a core principle of causal inference and epidemiology (Bradford Hill A. 1965. The environment and disease: Association or causation? Proc R Soc Med 58:295-300).

6.    Some "never vs. ever" studies could offer this advantage if many of those in the "ever" group are highly exposed.  In many instances, however, this is unknown, either because the researcher did not collect detailed exposure data or because the researchers simply did not report these data.  Given this unknown, a logical approach is to include both the "never vs. ever" and the high exposure category studies together, at least initially.  If the meta-analyst is then concerned that the "never vs. ever" studies will give a much different answer than the high exposure studies, then one can simply do a sensitivity analysis in which the two groups of studies are looked at separately to see if they give dramatically different results (*i.e.*, do both sets indicate an association exists or not?).

7.    Further, the "ever" exposed group in "never vs. ever" studies include various or mixed levels of exposure and can be very different from one "never vs. ever" study to another.

8.    The underlying premise here is that one should not automatically rely on unjustified assumptions regarding "apples and oranges."   Rather, a more scientific and

thorough examination like the one described above is usually a much more informative and justifiable approach.

9.  As examples of how widely accepted these practices are, I attach true and accurate copies of the following studies:

   a.  Bhatia R, Lopipero P, Smith AH (1998). Diesel exhaust exposure and lung cancer. Epidemiology. Jan;9(1):84-91. PMID: 9430274, attached hereto as **Exhibit 1**.

   b.  Zhang L, Steinmaus C, Eastmond DA, Xin XK and Smith MT (2009). Formaldehyde exposure and leukemia: a new meta-analysis and potential mechanisms. Mutat Res Rev, 681(2-3):150-168. PMID: 18674636, attached hereto as **Exhibit 2**.

   c.  Schwilk E, Zhang L, Smith MT, Smith AH, and Steinmaus C (2010). Formaldehyde and leukemia: an updated meta-analysis and evaluation of bias. JOEM, 52(9):878-886. PMID: 20798648, attached hereto as **Exhibit 3**.

   d.  Welling R, Beaumont JJ, Petersen SJ, Alexeeff GV, Steinmaus C (2015). Chromium VI and stomach cancer: a meta-analysis of the current epidemiological evidence. Occup Environ Med. 72(2):151-9. PMID: 25231674, attached hereto as **Exhibit 4**.

   e.  Smith AM, Smith MT, La Merrill MA, Liaw J, Steinmaus C (2017). 2,4-dichlorophenoxy-acetic acid (2,4-D) and risk of non-Hodgkin lymphoma: a meta-analysis accounting for exposure levels. Ann Epidemiol. 27(4): 281-289.e4. PMID: 28476329, attached hereto as **Exhibit 5**.

   f.  Rana I, Rieswijk L, Steinmaus C, Zhang L (2021). Formaldehyde and Brain Disorders: A Meta-Analysis and Bioinformatics Approach. Neurotox Res. 39(3): 924-948. PMID: 33400181, attached hereto as **Exhibit 6**.

   g.  Rana I, Dahlberg S, Steinmaus C, Zhang L (2021). Benzene exposure and non-Hodgkin lymphoma: a systematic review and meta-analysis of human studies. Lancet Planet Health. 5(9): e633-e643. PMID: 34450064, attached as **Exhibit 7**.

   h.  Steinmaus C, et al. (2008). Meta-analysis of benzene exposure and non-Hodgkin lymphoma: biases could mask an important association. Occup Envron Med 65:371-378, attached hereto as **Exhibit 8.**

10. Every one of these meta-analysis publications mentioned above were reviewed by the editorial staff at each journal and by usually at least 3 outside independent anonymous peer-reviewers considered experts in the field.  If anyone thought the relevant methods applied, including *a priori* hypothesis and mixed exposure categories, were invalid they could have written a letter to the editor saying so.  But

nobody has done it (most likely because they know they would be wrong) even though many of them have been published for several years (1998 – 2021).

11.     Further affiant sayeth not.

DocuSigned by:

*Luoping Zhang*

142E3BA0D5EF4BE...

LUOPING ZHANG, Ph.D., M.S

The foregoing Affidavit was subscribed and sworn to before me by means of an interactive two-way audio and video communication on May 9, 2024, by Luoping Zhang, Ph.D., M.S. This notarial act was an online notarization.

TRACI TRAPANI BEASLEY
Notary Public, State of Texas
Comm. Expires 11-06-2027
Notary ID 134633850

Digitally signed by
Traci T Beasley
Date: 2024.05.09
13:19:52 -05'00'

Digital Notary Seal and Certificate

# EXHIBIT 1

Downloaded from http://journals.lww.com/epidem by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IOHD3D0OdRyi7TvSFl4Cl3VC1y0abgQ2Xdgj/Z2alw1ai= on 05/02/2024

Review

# Diesel Exhaust Exposure and Lung Cancer

*Rajiv Bhatia,[1] Peggy Lopipero,[2] and Allan H. Smith[2]*

We evaluated the relation between occupational exposure to diesel exhaust and cancer of the lung in a meta-analysis of 29 published cohort and case-control studies. Twenty-one of the 23 studies meeting the inclusion criteria had observed relative risk estimates greater than one. Pooled effect measures weighted by study precision indicated an increased relative risk (RR) for lung cancer from occupational exposure to diesel exhaust [RR = 1.33; 95% confidence interval (CI) = 1.24–1.44]. Subanalysis of case-control (RR = 1.33; 95% CI = 1.18–1.51) *vs* cohort studies (RR = 1.33; 95% CI = 1.21–1.47) and of studies that controlled for smoking (RR = 1.35; 95% CI = 1.20–1.52) *vs* those that did not (RR = 1.33; 95% CI = 1.20–1.47) produced results that did not differ from those of the overall analysis. On the other hand, cohort studies using internal comparisons (RR = 1.43; 95% CI = 1.29–1.58) showed higher relative risks than those using external comparisons (RR = 1.22; 95% CI = 1.04–1.44). Heterogeneity between studies was reduced when we stratified studies by the occupational setting in which exposure occurred. A positive duration-response relation was evident in those studies that were stratified by employment duration. This meta-analysis supports a causal association between increased risks for lung cancer and exposure to diesel exhaust. (Epidemiology 1998;9:84–91)

Keywords: lung cancer, diesel exhaust, meta-analysis.

Studies of exposure to diesel exhaust and lung cancer have included diverse occupational groups and research methods. Few of these studies have had the benefit of individual-level exposure estimation; relative risk estimates are generally less than two. Such studies are particularly susceptible to biases, including confounding. Given these recognized limitations, the interpretation of these studies has been challenging and controversial. In 1989, the International Agency for Research on Cancer classified the evidence for the human carcinogenicity of diesel exhaust as limited.[1] In this article, we combine results from published data of lung cancer mortality among workers with potential exposure to diesel exhaust fumes. The objective of this analysis is to evaluate quantitatively the epidemiologic evidence that exposure to diesel exhaust is a cause of lung cancer. We attempt to answer the following questions: (1) Are the risks of lung cancer in these observational studies likely to be due to chance? (2) Is confounding due to smoking a likely explanation for the increased observed risks? (3) Do differences in study methods or exposure settings explain differences in observed risks?

## Methods
We followed the general principles of meta-analysis, such as those outlined by L'Abbe *et al*[2] as well as those discussed by Greenland.[3] We searched the epidemiologic literature for all studies concerning lung cancer and occupational diesel exhaust exposure. Within most of these studies, exposure was defined as work in an occupation or industry in which diesel engines and equipment were in use; however, a few of the studies benefited from quantitative exposure measures. In addition to looking for primary references using resources such as Melvyl MEDLINE, we surveyed reviews on the subject for secondary references. We included only studies reported in peer-reviewed journals.

Although the use of diesel engines in the coal and metal mining industries is common, we chose to exclude occupational studies of miners because of the potential role of multiple occupational carcinogens, including radon and silica. When different updates of a study had been published in more than one journal, we used the most recent report. Similarly, when a study population had been followed for different time intervals, we used the analysis based on the longest period of follow-up.

We extracted effect measures [relative risks (RRs), odds ratios, and standardized mortality ratios (SMRs)] and their confidence intervals (CI) for lung cancer mortality among diesel exhaust-exposed workers from each

From the [1]Division of Occupational and Environmental Medicine, Department of Medicine, University of California, San Francisco, San Francisco, CA, and [2]Department of Environmental Health Sciences, School of Public Health, University of California, Berkeley, Berkeley, CA.

Address correspondence to: Allan Smith, School of Public Health, 140 Warren Hall, University of California, Berkeley, CA 94720.

Support for the initial stages of this work was provided by Grant 93-E0023 from the California Environmental Protection Agency. Additional support came from the National Institute of Environmental Health Sciences (Grant P30-ES01896) and the University of California Center for Occupational and Environmental Health. Its contents are solely the responsibility of the authors and do not necessarily represent the official views of the funding agencies.

Submitted January 7, 1997; final version accepted July 7, 1997.

*Editors' note:* See related editorial on page 4 of this issue.

© 1997 by Epidemiology Resources Inc.

Downloaded from http://journals.lww.com/epidem by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hOywCX1AWnYQp/IOrHD3i3D0OdRyi7TvSFl4Ct3VCy0atggo2ZX6jG2MwIZLeI= on 05/02/2024

study. We estimated missing confidence intervals by Byar's approximation for the cohort studies,[4] or by calculating the variance of the log of the odds ratio using unadjusted data for the case-control studies.[5] If information on lung cancer mortality was not provided, we used the data on total respiratory cancer mortality.

We reviewed studies for inclusion into a pooled analysis, based on their validity. We excluded (1) studies in which inadequate latency for lung cancer after exposure to diesel exhaust was likely; and (2) studies in which work with diesel equipment or engines could not be confirmed or reliably inferred.

We chose a period of 10 years as a minimum interval time from first exposure to end of follow-up. If studies were conducted at or near the time of transition to diesel fuels in an industry, we defined the time of potential first exposure as the midpoint between the year when diesel fuels were introduced and the year that the transition to diesel was completed. If a study did not provide sufficient information to estimate latency for the entire cohort, yet it was apparent that at least some of the subjects had been followed for 10 years after first exposure, we included these studies in the analysis.

If a study presented risk estimates for more than one specific occupational category of diesel exhaust-exposed workers, we used the subgroup risk estimates in the meta-analysis. If a study considered data on duration of exposure or employment, we used the risk estimates from the longest exposure stratum. If more than one stratum represented 20 or more years of diesel exposure, these strata were combined. In cohort studies in which both national and regional populations were used to calculate the expected deaths, we used results based on the regional rates in the meta-analysis. We always used smoking-adjusted effect measures when present.

We used the method of weighting by precision to calculate the pooled estimates.[3] We calculated the weight or inverse variance ($\omega_i = 1/SE_i^2$) of each study using a standard error equal to the natural log of the ratio of the upper to lower 95% confidence intervals divided by 3.92 [$SE = \ln(RR_{upper}/RR_{lower})/3.92$]. The value 3.29 replaced 3.92 in the formula if 90% confidence intervals were presented. For each study, the weight ($\omega_i$) was multiplied by the natural log of the effect measure ($\beta_i = \log RR_i$) to give a summary measure ($\omega_i\beta_i$) for the $i$th study. We calculated a weighted mean or pooled summary estimate (B) by dividing the weighted sum of the results by the sum of the weights ($B = \Sigma\omega_i\beta_i/\Sigma\omega_i$). The variance of this pooled estimate is simply $1/\Sigma\omega_i$.

We estimated pooled summaries for all studies combined and separately for cohort studies and case-control studies. We further subdivided cohort studies into those that used internal reference populations and those that did not. We also calculated pooled estimates for studies that statistically adjusted for smoking and for those that did not have available smoking data. We estimated summaries for occupational categories when more than two studies in that category met the criteria for inclusion. We converted all pooled estimates into rate ratios (RR = exp B) with 95% confidence intervals.

We evaluated heterogeneity among studies with the statistic $\chi^2 = \omega_i(B - \beta_i)^2$, with degrees of freedom ($df$) equal to one less than the number of studies combined. Where evidence for heterogeneity was present, it was reflected in the confidence interval by adjusting the variance of the pooled relative risk estimate using a factor derived from the heterogeneity test. The method used was originally suggested by Armitage and described by Shore et al.[6] The variance of the log of the relative risk estimate is adjusted by multiplying it by the ratio of the heterogeneity $\chi^2$ to its degrees of freedom (Var$_{Adj}$ = Var $\times$ $\chi^2/df$ when $\chi^2 > df$). The adjusted variance is then used to calculate the adjusted confidence interval.

In cohort studies that used external reference populations, we examined potential bias from the healthy worker by a simple adjustment of the lung cancer SMR by the SMR for all causes excluding lung cancer in those studies in which data were available. Briefly, we recalculated the SMR for all causes of death after removing observed and expected cases of lung cancer. Then, we adjusted the expected number of lung cancer deaths by multiplying the general population expected number by the SMR for all causes excluding lung cancer. We then calculated an adjusted lung cancer SMR with the observed lung cancer deaths and the adjusted expected number of deaths.

To assess the studies for evidence of dose-response relations, we examined those studies that had data for exposure duration and which used internal reference groups. As exposure duration categories were defined differently in the various studies, we were not able to pool the risk estimates by duration of exposure.

## Results

We found 35 studies in the published literature with data concerning exposure to diesel exhaust and lung cancer. Six pairs of studies represented analyses of the same study population. Burns and Swanson,[7] Hall and Wynder,[8] Schenker et al,[9] and Damber and Larsson[10] presented preliminary results of data later re-analyzed by Swanson et al,[11] Boffetta et al,[12] Garshick et al,[13] and Damber and Larsson.[14] We used the later publications in the meta-analysis. The paper by Siemiatycki[15] was a re-analysis of a 1988 publication; however, we used the earlier study, since the later analysis presented only a subset of the earlier data. Emmelin et al[16] presented a nested case-control analysis of the cohort studied by Gustafsson et al[17]; we used the original cohort study owing to uncertainty in the methods of exposure categorization in the later analysis.

The study of Hayes et al[18] presented a secondary analysis of three pooled case-control studies of lung cancer examining the effect of occupation in diesel exhaust-exposed trades. The original studies were case-control studies of lung cancer that had not been focused on diesel exhaust exposure.[19-21] The data we used in the pooled analysis were derived from the analysis presented by Hayes et al.

We excluded two case-control studies because of uncertain exposure to diesel exhaust. These included the

Downloaded from http://journals.lww.com/epidem by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IOrHD3i3D0OdRyi7TvSFl4Cf3VC1y4abgpO2ZXdg/Gj2MwIZLaIx on 05/02/2024

**TABLE 1.   Studies Included in Meta-Analysis**

| Authors and Year | Type* | Smoking Adjusted | Occupation | Exposure or Duration Category | Cases | RR | 95% CI |
|---|---|---|---|---|---|---|---|
| Ahlberg et al,[50] 1981 | RC | No | Truck driver | | 161 | 1.3 | 1.1–1.6 |
| Boffetta et al,[41] 1988 | PC | Yes | Truck driver | | 48 | 1.24 | 0.93–1.66 |
| | | | Equipment operator | | 5 | 2.6 | 1.12–6.06 |
| | | | Railroad worker | | 14 | 1.59 | 0.94–2.69 |
| Boffetta et al,[12] 1990 | CC | Yes | Diesel-exposed | >30 years | 17 | 1.49 | 0.72–3.11 |
| Coggon et al,[29] 1984 | CC | No | Diesel-exposed | | 172 | 1.3 | 1.0–1.6 |
| Damber & Larsson,[14] 1987 | CC | Yes | Professional driver | >20 years | 37 | 1.2 | 0.6–2.2 |
| Edling et al,[36] 1987 | RC | No | Bus worker | | 6 | 0.67 | 0.24–1.46† |
| Garshick et al,[41] 1987 | CC | Yes | Railroad worker | >20 years | 117 | 1.64 | 1.18–2.20 |
| Garshick et al,[13] 1988 | RC | No | Railroad worker | >15 years | N/A‡ | 1.72 | 1.27–2.33 |
| Gustafsson et al,[17] 1986 | RC | No | Dock worker | | 70 | 1.32 | 1.05–1.66 |
| Gustavsson et al,[40] 1990 | RC | No | Bus garage worker | High exposure | 12 | 2.0 | 1.43–2.81† |
| Hansen,[51] 1993 | RC | No | Truck driver | | 76 | 1.6 | 1.26–2.0 |
| Hayes et al,[18] 1989 | CC | Yes | Bus driver | >10 years | 38 | 1.6 | 0.9–2.8 |
| | | | Truck driver | >10 years | 147 | 1.5 | 1.1–1.9 |
| | | | Equipment operator | >10 years | 14 | 1.3 | 0.6–3.1 |
| Howe et al,[35] 1983 | RC | No | Railroad worker | Probable exposure | 279 | 1.35 | 1.2–1.52† |
| Lerchen et al,[30] 1987 | CC | Yes | Diesel mechanic | | 7 | 0.6 | 0.2–2.0 |
| Menck & Henderson,[38] 1976 | RC | No | Truck driver | | 109 | 1.65 | 1.35–1.99† |
| Raffle,[27] 1957 | RC | No | Bus & trolley worker | | 30 | 1.4 | 0.94–2.0† |
| Rafnsson & Gunnarsdottir,[43] 1991 | RC | No | Truck driver | >30 years | 24 | 2.32 | 0.85–5.04 |
| Rushton et al,[28] 1983 | RC | No | Bus mechanic | | 102 | 1.01 | 0.82–1.22 |
| Siemiatycki et al,[31] 1988 | CC | Yes | Diesel-exposed | | 76 | 1.08 | 0.92–1.27 |
| Steenland et al,[39] 1990 | CC | Yes | Diesel truck driver | >25 years | 128 | 1.60 | 1–2.3 |
| Swanson et al,[11] 1993 | CC | Yes | Truck driver | >20 years | 121 | 2.44 | 1.43–4.16 |
| | | | Railroad worker | >10 years | 40 | 2.46 | 1.24–4.87 |
| Williams et al,[32] 1977 | CC | No | Truck driver | | 22 | 1.52 | 0.9–2.56† |
| | | | Railroad worker | | 12 | 1.40 | 0.74–2.64† |
| Wong et al,[37] 1985 | RC | No | Equipment operator | >20 years | 163 | 1.07 | 0.91–1.24† |

* RC = retrospective cohort study; PC = prospective cohort study; CC = case-control study.
† Confidence intervals are calculated from the published data as described in Methods.
‡ N/A = not available.

studies by Benhamou et al[22] and Buiatti et al,[23] who studied professional drivers and transportation workers, respectively, but did not provide information on vehicle or engine types. We included, however, the case-control study of professional drivers by Damber and Larsson,[14] as a majority of the lung cancer deaths were among truck drivers who would have been exposed to diesel exhaust.

We excluded two studies because the follow-up period would not allow for a 10-year latency interval. Kaplan[24] studied a cohort of railroad workers from 1953 to 1958. The midpoint for transition to diesel fuels in the United States was 1952, and the transition was complete in 1959.[13] Milne et al[25] looked at occupations and lung cancer in Alameda County, CA, from 1958 to 1962. Risk estimates were provided for truck drivers, yet diesel trucks were not introduced until the late 1950s.[26]

We included several studies with possibly adequate latency. Raffle[27] followed a cohort of bus company employees from 1950 to 1954. Diesel buses were introduced in England in the mid-1930s, and 85% of buses were using diesel by the end of World War II. It is likely that many of these workers would have been exposed for at least 10 years. In the Rushton et al[28] cohort of bus garage maintenance workers, the follow-up averaged about 6 years, but no data on duration of employment were available. The Coggon et al[29] case-control study of lung cancer restricted cases to men under 40 years of age and did not provide any data on duration of employment. The case-control studies of Lerchen et al,[30] Siemiatycki

et al,[31] and Williams et al[32] also did not provide sufficient data to make a good estimate of latency, but in each of these studies, subjects were ascertained well after the transitions to diesel fuels were completed.

We excluded the studies of Waller[33] and Luepker and Smith[34] because of the selection bias that would likely result from restricting the cohort to actively employed workers. We included the study of Williams et al[32] although it had only a 57% response rate to questionnaires.[1] The authors note that the response rate among cancer subjects with the more aggressive sites including lung, pancreas, and esophagus was slightly lower than the rate among subjects with the less aggressive cancers; still, as all other cancers were used as the controls for the lung cancer cases, we considered a large selection bias to be unlikely.

The 23 studies that we included in the pooled analysis are presented in Table 1, and those that we excluded are presented in Table 2. The tables include information on occupation, whether statistical adjustment for smoking was done, effect measures, and confidence intervals. Missing confidence intervals have been calculated for several studies.[24,25,27,28,32–38]

In some cases, we found it necessary to pool data reported within an individual study. Siemiatycki et al[31] presented odds ratios for four histologic categories of lung cancer separately; we combined these estimates into a single odds ratio using the weighting by precision technique described in the Methods. For

Downloaded from http://journals.lww.com/epidem by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IQrHD3i3D0OdRyi7TvSFl4Cf3VC1y0abgg0ZX0g/0J2MwlZLeI= on 05/02/2024

**TABLE 2.  Studies Excluded From Pooled Analysis**

| Authors and Year | Type* | Smoking Adjusted | Occupation | Cases | RR | 95% CI | Comments |
|---|---|---|---|---|---|---|---|
| Benhamou et al,[22] 1988 | CC | Yes | Professional driver | 128 | 1.42 | 1.07–1.89 | Uncertain exposure |
| Buiatti et al,[23] 1985 | CC | Yes | Transportation | 45 | 1.1 | 0.7–1.6 | Uncertain exposure |
| Kaplan,[24] 1959 | RC | No | Railroad worker | 49 | 0.88 | 0.65–1.16† | Inadequate latency |
| Leupker & Smith,[34] 1978 | RC | No | Truck driver | 34 | 1.21 | 0.84–1.69† | Excluded retirees |
| Milne et al,[25] 1983 | CC | No | Truck driver | 36 | 1.6 | 0.97–2.62† | Inadequate latency |
| Waller,[33] 1981 | RC | No | Bus company worker | 677 | 0.79 | 0.73–0.85† | Excluded retirees |

* RC = retrospective cohort study; PC = prospective cohort study; CC = case-control study.
† Confidence intervals are calculated from the published data as described in Methods.

Swanson et al,[11] we pooled the race-stratified odds ratios for white men and black men. For Steenland et al,[39] we combined the odds ratios for the strata 25–34 and ≥35 years employment, and for the nested case-control study of Gustavsson et al,[40] we combined the strata for cumulative exposure indices of 20–30 and >30.

The case-control study of Garshick et al[41] stratified the analysis by age, as they demonstrated a lower prevalence of diesel exposure in employees older than 64 years. The data shown in Table 1 and used in the pooled analysis are for workers less than 64 years old.

The studies done by Williams et al,[32] Boffetta et al,[42] and Swanson et al[11] included data for more than one occupational group; we used the effect measures for each group in the pooled analysis. Although the case-control study of Boffetta et al[12] presented a separate analysis for truck drivers, no separate result for any other occupational group was presented. In the analysis, we use the data for all "probably exposed" occupations.

We observed relative risks of less than one in only two of the 23 studies meeting our inclusion criteria. These studies by Edling et al[36] and Lerchen et al[30] were also the two smallest studies, each with less than 10 lung cancer cases. No study that included more than 10 lung cancer cases had relative risks of less than one.

We conducted pooled analyses for the following subgroups of studies: (1) all included studies; (2) case-control studies; (3) cohort studies; (4) cohort studies using internal reference populations; (5) cohort studies making external comparisons; (6) studies adjusted for smoking; (7) studies not adjusted for smoking; and (8) studies by occupational groups.

The results of the pooled analyses are presented in Table 3 and in Figure 1. Statistical tests for heterogeneity and adjusted and unadjusted confidence intervals are also presented in Table 3. The pooled relative risk estimate for lung cancer from exposure to diesel exhaust using all studies was 1.33 (95% CI = 1.24–1.44). Subanalyses of studies stratified on study methods showed similar results. Stratification of studies by exposure setting revealed greater effects among railroad workers (RR = 1.44; 95% CI = 1.30–1.60) and truck drivers (RR = 1.49; 95% CI = 1.36–1.65) than equipment operators (RR = 1.11; 95% CI = 0.89–1.38) and bus workers (RR = 1.24; 95% CI = 0.93–1.64).

Statistical evidence for heterogeneity was present among all studies combined, case-control studies, cohort studies, studies adjusted and not adjusted for smoking, and studies of bus employees (Table 3). Cohort studies and studies not adjusted for smoking showed relatively more heterogeneity than did the case-control and smoking-adjusted studies. When we subdivided cohort studies by comparison population, studies using external comparisons accounted for a larger proportion of the heterogeneity than those using internal comparisons. There was little statistical evidence of heterogeneity for the studies of railroad workers, equipment operators, and truck drivers.

Seven studies included in our analysis presented standard mortality rate based on external comparison populations.[17,27,28,36–38,43] Four of the seven studies presented sufficient information to adjust the lung cancer mortality for the healthy worker effect, as described in the Methods. The calculations and results for the four studies with available data are presented in Table 4. For the four adjusted studies, the pooled RR before adjustment was 1.09 (95% CI = 0.98–1.22; heterogeneity $\chi^2$ = 4.42, df = 3, P = 0.22) and after adjustment 1.33 (95% CI = 1.19–1.48; heterogeneity $\chi^2$ = 2.66, df = 3, P = 0.45).

Nine studies included in the pooled analysis presented data for years of exposure or for years of employment.

**TABLE 3.  Summary of Pooled Relative Risks**

| Group | Number | RR | 95% CI | $\chi^2$ Heterogeneity | Adjusted 95% CI* |
|---|---|---|---|---|---|
| All studies | 29 | 1.33 | 1.27–1.40 | 58.0 | 1.24–1.44 |
| Case-control studies | 14 | 1.33 | 1.21–1.47 | 20.5 | 1.18–1.51 |
| Cohort studies | 15 | 1.33 | 1.26–1.42 | 37.5 | 1.21–1.47 |
|    Internal comparison group | 8 | 1.43 | 1.32–1.55 | 11.0 | 1.29–1.58 |
|    External comparison group | 7 | 1.22 | 1.12–1.34 | 20.0 | 1.04–1.44 |
| Smoking adjusted | 16 | 1.35 | 1.22–1.49 | 23.4 | 1.20–1.52 |
| Smoking not adjusted | 13 | 1.33 | 1.25–1.41 | 34.5 | 1.20–1.47 |
| Subanalysis by occupation | 24 | 1.37 | 1.30–1.46 | 48.4 | 1.27–1.49 |
|    Railroad workers | 6 | 1.44 | 1.30–1.59 | 5.6 | 1.30–1.60 |
|    Equipment operators | 3 | 1.11 | 0.95–1.29 | 4.3 | 0.89–1.38 |
|    Truck drivers | 10 | 1.49 | 1.36–1.64 | 9.8 | 1.36–1.65 |
|    Bus workers | 5 | 1.24 | 1.07–1.43 | 14.8 | 0.93–1.64 |

* Heterogeneity-adjusted confidence intervals using method described by Shore et al.[6]

Epidemiology    January 1998, Volume 9 Number 1

Downloaded from http://journals.lww.com/epidem by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IlQrHD3i3D0OdRyi7TvSFl4Cf3VC1y0abgQ2X4lgXj9jMwIZLaIv on 05/02/2024



FIGURE 1.    Pooled relative risk estimates and heterogeneity-adjusted 95% confidence intervals for all studies and subgroups of studies included in the meta-analysis.

The employment duration-stratified data from seven of these studies that used internal reference groups are presented in Table 5. Except in the subanalysis of equipment operators by Hayes et al,[18] the relative risk estimates consistently increase with duration of exposure.

TABLE 4.    Adjustment of Studies with External Reference Populations for the Healthy Worker Effect

| Study | Cause of Death | Observed | Expected | SMR |
|---|---|---|---|---|
| Edling et al,[36] 1987 | All causes | 195 | 237.0 | 0.82 |
| | All causes excluding lung cancer | 189 | 228.0 | 0.83 |
| | Lung cancer | 6 | 9.0 | 0.67 |
| | Lung cancer (adjusted) | 6 | 7.5 | 0.80 |
| Gustafsson et al,[17] 1986 | All causes | 1,062 | 1,190.5 | 0.89 |
| | All causes excluding lung cancer | 991 | 1,135.4 | 0.87 |
| | Lung cancer | 71 | 55.1 | 1.29 |
| | Lung cancer (adjusted) | 71 | 48.1 | 1.48 |
| Rushton et al,[28] 1983 | All causes | 705 | 836.6 | 0.84 |
| | All causes excluding lung cancer | 603 | 735.3 | 0.82 |
| | Lung cancer | 102 | 101.3 | 1.01 |
| | Lung cancer (adjusted) | 102 | 83.1 | 1.23 |
| Wong et al,[37] 1985* | All causes | 1,526 | 1,855.7 | 0.82 |
| | All causes excluding lung cancer | 1,363 | 1,703.8 | 0.80 |
| | Lung cancer | 163 | 151.9 | 1.07 |
| | Lung cancer (adjusted) | 163 | 121.5 | 1.34 |

* Adjustments using data from >20 years employment duration.

In 10 of the studies included in our pooled analysis, statistical adjustment for confounding from smoking was done. Three of these studies used continuous measures of smoking in the analysis,[11,12,41] and five reduced the data to categories of cigarette consumption.[14,18,30,39,42] The form of the smoking covariate was not presented in the study of Siemiatycki et al[31] or the study of Williams et al.[32] In Table 6, we present the forms of the smoking data used for statistical adjustment in 5 of the 10 studies that presented both smoking-adjusted and -unadjusted risk estimates for diesel exhaust. (Smoking-adjusted RRs presented in Table 6 are not necessarily the same as those presented in Table 1, as the unadjusted RRs presented in the papers did not always correspond to the exposure categories selected for the pooled analysis.)

## Discussion

This analysis shows a small but consistent increase in the risk for lung cancer among workers with exposure to diesel exhaust. Of the 23 publications included in our analysis, only two present relative risks of less than one, and both of these were very small studies. Such a finding is extremely unlikely to be due to chance.

The pooled relative risk estimates center around 1.33 (95% CI = 1.24–1.44). Given the low relative risks observed in these studies, bias from known causes of lung cancer, such as smoking, is an important concern. In the pooled analyses, we found that the studies that adjusted for smoking had a similar pooled relative risk estimate (RR = 1.35) as the studies that did not control for smoking (RR = 1.33) (Table 3.) This result gives some assurance that smoking does not explain the observed increased risks for diesel exhaust. A preferred method to assess confounding from a covariate is to compare crude and adjusted risk estimates within studies.[44] As shown in Table 6, in four of five studies in which data on adjusted and unadjusted risk were presented, adjustment for smoking resulted in a decrease in the observed relative risk. In these five studies, the pooled smoking-unadjusted RR for all occupation and exposure duration categories was 1.34 (95% CI = 1.24–1.44; heterogeneity $\chi^2$ = 1.39, df = 4, P = 0.84), and the smoking-adjusted pooled RR was 1.26 (95% CI = 1.12–1.41; heterogeneity $\chi^2$ = 10.87, df = 4, P = 0.03). This small reduction in the pooled RR estimates would not be consistent with a major effect from residual confounding.

The study by Garshick et al[41] found little difference in the lung cancer risk estimate due to diesel exhaust exposure in models treating smoking as pack-years as a continuous and categorical variable, cigarettes per day, years of smoking, or pack-years categories considering years since quitting smoking, showing that the classification scheme for smoking did not

Downloaded from http://journals.lww.com/epidem by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IOhr0D83O0DRyi7TvSFl4Cf3VC1y0abgQZXXgGj2MwIZLs/x= on 05/02/2024

**TABLE 5.** Observed Risks by Employment Duration in Studies Using Internal Comparisons

| Reference | Type | Smoking Adjusted | Occupation | Subgroup (Years) | RR | 95% CI |
|---|---|---|---|---|---|---|
| Boffetta et al,[12] 1990 | CC | Yes | Diesel-exposed | 1–15 | 0.52 | 0.15–1.86 |
| | | | | 16–29 | 0.7 | 0.34–1.44 |
| | | | | ≥30 | 1.49 | 0.72–3.11 |
| Damber & Larsson,[14] 1987 | CC | Yes | Driver | 1–19 | 1 | 0.7–1.5 |
| | | | | ≥20 | 1.2 | 0.6–2.2 |
| Garshick et al,[41] 1987 | CC | Yes | Railroad worker | 5–19 | 1.02 | 0.72–1.4 |
| | | | | ≥20 | 1.64 | 1.18–2.2 |
| Garshick et al,[13] 1988 | RC | No | Railroad worker | 1–4 | 1.2 | 1.01–1.44 |
| | | | | 5–9 | 1.24 | 1.06–1.44 |
| | | | | 10–14 | 1.32 | 1.13–1.56 |
| | | | | ≥15 | 1.72 | 1.27–2.33 |
| Hayes et al,[18] 1989 | CC | Yes | Equipment operator | <10 | 1.5 | 0.4–4.3 |
| | | | | ≥10 | 1.3 | 0.6–3.1 |
| | | | Truck driver | <10 | 1 | 0.8–1.3 |
| | | | | ≥10 | 1.5 | 1.1–1.9 |
| | | | Bus driver | <10 | 1.1 | 0.6–2.1 |
| | | | | ≥10 | 1.6 | 0.9–2.8 |
| Steenland et al,[39] 1990 | CC | Yes | Diesel truck driver | 1–24 | 1.27 | 0.7–2.27 |
| | | | | 25–34 | 1.26 | 0.74–2.16 |
| | | | | ≥35 | 1.89 | 1.04–3.42 |
| Swanson et al,[11] 1993 | CC | Yes | Railroad worker | 1–9 | 1.57 | 0.8–3.11 |
| | | | | ≥10 | 2.46 | 1.24–4.87 |
| | | | Heavy truck driver | 1–9 | 1.56 | 0.95–2.58 |
| | | | | 10–19 | 1.67 | 0.87–3.18 |
| | | | | ≥20 | 2.44 | 1.43–4.16 |

change estimates of main effects. In this study, the lung cancer relative risk was 1.39 before and 1.41 after adjusting for smoking using a pack-year measure (Table 6). Other studies did not include such detailed consideration of smoking.

For the eight cohort studies that had internal comparison populations, the pooled RR was 1.43 (95% CI = 1.29–1.58; heterogeneity $\chi^2 = 11.0$, $df = 7$, $P = 0.14$). Although the use of an internal comparison group does not eliminate the potential for confounding bias from smoking, smoking prevalence is more likely to be similar among individuals within an industry or occupation.

**TABLE 6.** Treatment of Smoking Data for Studies Included in Pooled Analysis and Smoking-Adjusted and -Unadjusted RR Where Available

| Study | Treatment of Smoking Data in Main Analysis | Crude RR (95% CI) | Adjusted RR (95% CI) |
|---|---|---|---|
| Boffetta et al,[42] 1988 | Categorical<br>Never-smoker<br>Current 1–20 cigarettes/day<br>Current ≥21 cigarettes/day<br>Ex-smoker<br>Pipe or cigar smoker | 1.41 (1.19–1.66) | 1.31 (1.10–1.54) |
| Boffetta et al,[12] 1990 | Continuous: cigarettes/day | 1.31 (1.09–1.57) | 0.95 (0.78–1.16) |
| Damber & Larsson,[14] 1987 | Dichotomous: smoker vs nonsmoker | 1.5 (0.9–2.6) | 1.2 (0.6–2.2) |
| Garshick et al,[41] 1987 | Continuous: pack-years | 1.39 (1.05–1.83) | 1.41 (1.06–1.88) |
| Lerchen et al,[30] 1987 | Categorical<br>Never-smoker<br>Ex-smoker<br>Current smoker | 1.0 (0.34–2.90)* | 0.6 (0.2–2.0) |

* Confidence intervals are calculated from the published data as described in Methods.

Thus, we note three reasons why it is unlikely that the increased risks observed in these studies are due to smoking: (1) The pooled RR for studies adjusted for smoking was the same as for those studies not adjusted for smoking. (2) In those studies giving both smoking-unadjusted and -adjusted risk estimates, there was only a small reduction in the pooled RR from diesel exhaust exposure. (3) In studies with internal comparison populations, in which confounding is less likely, the pooled RR estimate was 1.43.

Lack of exposure data is another limitation of this meta-analysis. Only three of the studies included in the pooled analysis examined quantified exposure measures,[13,39,41] and none of these had access to historical exposure measures. The studies of Coggon et al[29] and Gustavsson et al[40] made use of job-exposure matrices to evaluate exposure. In the remainder of studies considered in this report, occupation or industry of work is used as a surrogate measure of exposure to diesel exhaust. In cohort studies using general population comparison groups and in population-based case-control studies, a classification scheme based on occupation alone is likely to include those not exposed to diesel exhaust along with those exposed and thus may dilute the observed effect. In all of the studies, nondifferential exposure misclassification due to crude exposure definitions would also likely dilute any observed effects. Thus, although measures of exposure in these studies are limited, bias from exposure misclassification is unlikely to create an observed effect artificially.

A healthy worker effect for cancer has been observed in a number of studies.[45,46] In re-analysis of lung cancer risk in an occupational cohort exposed to arsenic, Arrighi and Hertz-Picciotto[45] showed that diverse methods for the control of the healthy worker effect enhanced the observed effect of exposure. Although the data available within the published reports included in this meta-analysis only allowed us to use a simple method to account for the health worker effect, we felt it important to demonstrate the potential magnitude and direction of this bias in our analysis.

For instance, the pooled analysis was heavily weighted by the study of Wong et al,[37] in which the low all-cause SMR of 0.81 indicated the presence of a healthy worker effect. Although the lung cancer SMR for the longest duration of union membership was only 1.07, a trend was evident for

Epidemiology   January 1998, Volume 9 Number 1

Downloaded from http://journals.lww.com/epidem by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IlQrHD3i3D0OdRyi7TvSFl4Cl3VC1y0abggQZXdgGj2MwlZLehi on 05/02/2024

increasing lung cancer risk both by duration of union membership and by latency period. As shown in Table 4, in the Wong et al study, adjustment of the lung cancer SMR for >20 years of employment (SMR = 1.07) by the SMR for all causes (SMR = 0.82) produces an adjusted lung cancer SMR of 1.34 that is consistent with the pooled estimate using all studies. Thus, the healthy worker effect is a potential source of bias that would tend to underestimate the risks of diesel exhaust exposure in cohort studies with external comparison populations.

We did not find large differences in the pooled relative risk estimates after stratification of the studies on their design, on occupations studied, or on control for a smoking covariate. Heterogeneity was present, however, between studies in many of the pooled analyses. Studies stratified by industry or occupation tended to have less evidence for heterogeneity than either all studies or those stratified by study design. Differences in exposure to diesel exhaust are likely to explain some of the differences in results among studies. Studies of truck drivers and railroad workers were relatively homogeneous, but studies among bus company workers found dissimilar effects. The studies of bus company workers included several occupational categories, including mechanics, drivers, and other service workers.

Fixed effects methods as used in this analysis weight the studies on the within-study variance, which is primarily determined by study size. We did not attempt to account for the heterogeneity among studies with a random effects model, as described by DerSimonian and Laird.[47] Such methods have been used to account for interstudy variation in the pooling of summary statistics and generally produce wider confidence intervals than the fixed effects model used in this analysis. Random effects models postulate that interstudy variation can be estimated by a single value and have been criticized for the assumption that studies are representative of a hypothetical population of studies. We felt that major sources of heterogeneity could be predicted from the study methods and populations. Thus, the underlying assumption that interstudy variance was constant was unlikely to be met. Furthermore, since the component of interstudy variation is assumed constant for all studies, smaller studies would be given a relatively larger weight than they would receive by fixed effects methods. Given these issues, we chose to use a model in which studies were weighted primarily on precision.

Publication bias is another potential limitation to meta-analysis.[48] The tendency to not publish negative or null results is of particular concern and is thought to be more likely for small studies. Several small studies were included in our analysis. In the review by Steenland,[49] we identified several studies of lung cancer among truck drivers that were presented as agency reports or documents. These unpublished studies were not included in our analysis; however, the risk ratios of these studies are similar to the those in published studies among truck drivers.

Funnel plots can be used to estimate whether a publication bias exists.[48] The risk estimates are plotted against a measure of the study precision, such as the logarithm of the standard error. The scattering of the point estimates should decrease as the precision of the studies increases. A publication bias is suggested when larger studies having greater precision observe no effect. In Figure 2, we present a funnel plot of all studies included in the analysis. As study precision increases, the point estimates appear to congregate just below 1.5. Overall, the funnel plot supports our overall finding of an average relative risk estimate around 1.3 and does not indicate publication bias.

The possible causal association between exposure to diesel exhaust and lung cancer is an important public health question. Animal evidence has indicated that inhaled diesel exhaust may produce tumors of the lung in rats.[1] The interpretation of occupational epidemiology in this field has been limited by the lack of quantitative exposure data in many of the studies and the potential for confounding from smoking given the relatively low risk estimates. This quantitative analysis of pub-



FIGURE 2.   Plot of observed relative risks of studies included in the meta-analysis against the standard error of the natural logarithm of the relative risk. Studies with available data are adjusted for the healthy worker effect.

Downloaded from http://journals.lww.com/epidem by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp7lOrHD3i3D0OdRyi7TvSfl4Cf3iVC1y0abgoZXXjGj2MwlZLaiv on 05/02/2024

lished occupational studies indicates that although the risk estimates for diesel exhaust exposure are small, they are consistently above one and are, in aggregate, unlikely to be due to chance. Confounding from smoking is also unlikely to explain all of the increased risks among diesel exhaust-exposed workers. The heterogeneity in observed relative risk estimates may be explained by differences between studies in methods, in populations studied and comparison groups used, in latency intervals, in intensity and duration of exposure, and in the chemical and physical characteristics of diesel exhaust.

## References

1. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Diesel and Gasoline Engine Exhausts and Some Nitroarenes. Lyon: International Agency for Research on Cancer, 1989.
2. L'Abbe KA, Detsky AS, O'Rourke K. Meta-analysis in clinical research. Ann Intern Med 1987;107:224–233.
3. Greenland S. Quantitative methods in the review of epidemiologic literature. Epidemiol Rev 1987;9:1–30.
4. Breslow NE, Day NE. Statistical Methods in Cancer Research. vol. 2. The Design and Analysis of Cohort Studies. Lyon: International Agency for Research on Cancer, 1987.
5. Woolf B. On estimating the relation between blood group and disease. Ann Hum Genet 1954;19:251–253.
6. Shore RE, Gardner MJ, Pannett B. Ethylene oxide: an assessment of the epidemiological evidence on carcinogenicity. Br J Ind Med 1993;50:971–997.
7. Burns PB, Swanson GM. The Occupational Cancer Incidence Surveillance Study (OCISS): a profile study by usual occupation and industry in the Detroit metropolitan area. Am J Ind Med 1991;19:655–671.
8. Hall NE, Wynder EL. Diesel exhaust exposure and lung cancer: a case-control study. Environ Res 1984;34:77–86.
9. Schenker MB, Smith T, Muñoz A. Diesel exposure and mortality among railway workers: results of a pilot study. Br J Ind Med 1984;41:320–327.
10. Damber L, Larsson LG. Professional driving, smoking, and lung cancer: a case referent study. Br J Ind Med 1985;42:246–252.
11. Swanson GM, Lin CS, Burns PB. Diversity in the association between occupation and lung cancer among black and white men. Cancer Epidemiol Biomarkers Prev 1993;2:313–320.
12. Boffetta P, Harris RE, Wynder EL. Case-control study on occupational exposure to diesel exhaust and lung cancer risk. Am J Ind Med 1990;17:577–591.
13. Garshick E, Schenker MB, Muñoz A, Segal M, Smith TJ, Woskie SR, Hammond SK, Speizer FE. A retrospective cohort study of lung cancer and diesel exhaust exposure in railroad workers. Am Rev Respir Dis 1988;137:820–825.
14. Damber LA, Larsson LG. Occupation and male lung cancer: a case-control study in northern Sweden. Br J Ind Med 1987;44:446–453.
15. Siemiatycki J. Discovering occupational carcinogens in population-based case-control studies: review of findings from an exposure-based approach and a methodologic comparison of alternative data collection strategies. Recent Results Cancer Res 1990;120:25–38.
16. Emmelin A, Nystrom L, Wall S. Diesel exhaust exposure and smoking: a case-referent study of lung cancer among Swedish dock workers. Epidemiology 1993;4:237–244.
17. Gustafsson L, Wall S, Larsson LG, Skog B. Mortality and cancer incidence among Swedish dock workers: a retrospective cohort study. Scand J Work Environ Health 1986;12:22–26.
18. Hayes RB, Thomas T, Silverman DT, Vineis P, Blot WJ, Mason TJ, Pickle LW, Correa P, Fontham ETH, Schoenberg JB. Lung cancer in motor exhaust-related occupations [Published erratum appears in Am J Ind Med 1991;19:135]. Am J Ind Med 1989;16:685–695.
19. Blot W, Davies J, Morris-Brown L, Nordwall C, Buiatti E, Fraumeni JF Jr. Occupation and the high risk of lung cancer in northeast Florida. Cancer 1982;5:364–371.
20. Schoenberg J, Stemhagen A, Mason T, Patterson J, Bill T, Altman R. Occupation and lung cancer risk in New Jersey white males. J Natl Cancer Inst 1987;79:13–21.
21. Correa P, Pickle L, Fontham E, Delager N, Lin Y. The causes of lung cancer in Louisiana. In: Mizell M, Correa P, eds. Lung Cancer Causes and Preven-

22. Benhamou S, Benhamou E, Flamant R. Occupational risk factors of lung cancer in a French case-control study. Br J Ind Med 1988;45:231–233.
23. Buiatti E, Kriebel D, Geddes M, Santucci M, Pucci N. A case control study of lung cancer in Florence, Italy. I. Occupational risk factors. J Epidemiol Community Health 1985;39:244–250.
24. Kaplan I. Relationship of noxious gases to carcinoma of the lung in railroad workers. JAMA 1959;171:2039–2043.
25. Milne KL, Sandler DP, Everson RB, Brown SM. Lung cancer and occupation in Alameda County: a death certificate case-control study. Am J Ind Med 1983;4:565–575.
26. Steenland K, Silverman D, Zaebst D. Exposure to diesel exhaust in the trucking industry and possible relationships with lung cancer. Am J Ind Med 1992;21:887–890.
27. Raffle PAB. The health of the worker. Br J Ind Med 1957;14:73–80.
28. Rushton L, Alderson MR, Nagarajah CR. Epidemiological survey of maintenance workers in London Transport Executive bus garages and Chiswick Works. Br J Ind Med 1983;40:340–345.
29. Coggon D, Pannett B, Acheson ED. Use of job-exposure matrix in an occupational analysis of lung and bladder cancers on the basis of death certificates. J Natl Cancer Inst 1984;72:61–65.
30. Lerchen ML, Wiggins CL, Samet JM. Lung cancer and occupation in New Mexico. J Natl Cancer Inst 1987;79:639–645.
31. Siemiatycki J, Gerin M, Stewart P, Nadon L, Dewar R, Richardson L. Associations between several sites of cancer and ten types of exhaust and combustion products: results from a case-referent study in Montreal. Scand J Work Environ Health 1988;14:79–90.
32. Williams RR, Stegens NL, Goldsmith JR. Associations of cancer site and type with occupation and industry from the Third National Cancer Survey Interview. J Natl Cancer Inst 1977;59:1147–1185.
33. Waller RE. Trends in lung cancer in London in relation to exposure to diesel. Environ Int 1981;5:479–483.
34. Luepker RV, Smith ML. Mortality in unionized truck drivers. J Occup Med 1978;20:677–682.
35. Howe GR, Fraser D, Lindsay J, Presnal B, Yu SZ. Cancer mortality (1965–77) in relation to diesel fume and coal exposure in a cohort of retired railway workers. J Natl Cancer Inst 1983;70:1015–1019.
36. Edling C, Anjou CG, Axelson O, Kling H. Mortality among personnel exposed to diesel exhaust. Int Arch Occup Environ Health 1987;59:559–565.
37. Wong O, Morgan RW, Kheifets L, Larson SR, Whorton MD. Mortality among members of a heavy construction equipment operators union with potential exposure to diesel exhaust emissions. Br J Ind Med 1985;42:435–448.
38. Menck HR, Henderson BE. Occupational differences in rates of lung cancer. J Occup Med 1976;18:797–801.
39. Steenland NK, Silverman DT, Hornung RW. Case-control study of lung cancer and truck driving in the Teamsters Union. Am J Public Health 1990;80:670–674.
40. Gustavsson P, Plato N, Lidstrom EB, Hogstedt C. Lung cancer and exposure to diesel exhaust among bus garage workers. Scand J Work Environ Health 1990;16:348–354.
41. Garshick E, Schenker MB, Muñoz A, Segal M, Smith TJ, Woskie SR, Hammond SK, Speizer FE. A case-control study of lung cancer and diesel exhaust exposure in railroad workers. Am Rev Respir Dis 1987;135:1242–1248.
42. Boffetta P, Stellman SD, Garfinkel L. Diesel exhaust exposure and mortality among males in the American Cancer Society prospective study. Am J Ind Med 1988;14:403–415.
43. Rafnsson V, Gunnarsdottir H. Mortality among professional drivers. Scand J Work Environ Health 1991;17:312–317.
44. Rothman K. Modern Epidemiology. Boston: Little, Brown, 1986.
45. Arrighi HM, Hertz-Picciotto I. Controlling for the healthy worker survivor effect: an example of arsenic exposure and respiratory cancer. Occup Environ Med 1996;53:455–462.
46. Checkoway H, Pearce N, Crawford-Brown DJ. Research Methods in Occupational Epidemiology. New York: Oxford University Press, 1989.
47. DerSimonian R, Laird N. Meta-analysis in clinical trials. Controlled Clin Trials 1986;7:177–188.
48. Dickersin K, Berlin JA. Meta-analysis: state-of-the-science. Epidemiol Rev 1992;14:154–176.
49. Steenland K. Lung cancer and diesel exhaust: a review. Am J Ind Med 1986;10:177–189.
50. Ahlberg J, Ahlbom A, Lipping H, Norell S, Osterblom L. Cancer in Professional Drivers Problem-Orientated Registry Study. Lakartidningen 1981;78:1545–6.
51. Hansen ES. A follow-up study on the mortality of truck drivers. Am J Ind Med 1993;23:811–821.

# EXHIBIT 2

Mutation Research 681 (2009) 150–168



Contents lists available at ScienceDirect

## Mutation Research/Reviews in Mutation Research

journal homepage: www.elsevier.com/locate/reviewsmr
Community address: www.elsevier.com/locate/mutres



Review

# Formaldehyde exposure and leukemia: A new meta-analysis and potential mechanisms

Luoping Zhang [a,*], Craig Steinmaus [a,b], David A. Eastmond [c], Xianjun K. Xin [a], Martyn T. Smith [a]

[a] School of Public Health, 50 University Hall, University of California, Berkeley, CA 94720-7356, USA
[b] California Environmental Protection Agency, Office of Environmental Health Hazard Assessment, 1515 Clay Street, Oakland, CA 94612, USA
[c] Environmental Toxicology Graduate Program, Department of Cell Biology and Neuroscience, University of California, Riverside, CA 92521, USA

ARTICLE INFO

Article history:
Received 21 March 2008
Received in revised form 28 June 2008
Accepted 4 July 2008
Available online 15 July 2008

Keywords:
Formaldehyde
Exposure limits and levels
Hematotoxicity
Genotoxicity
Bone marrow
Blood
Hematopoietic stem and progenitor cells

ABSTRACT

Formaldehyde is an economically important chemical, to which more than 2 million U.S. workers are occupationally exposed. Substantially more people are exposed to formaldehyde environmentally, as it is generated by automobile engines, is a component of tobacco smoke and is released from household products, including furniture, particleboard, plywood, and carpeting. The International Agency for Research on Cancer (IARC) recently classified formaldehyde as a human carcinogen that causes nasopharyngeal cancer and also concluded that there is "*strong but not sufficient evidence* for a causal association between leukemia and occupational exposure to formaldehyde". Here, we review the epidemiological studies published to date on formaldehyde-exposed workers and professionals in relation to lymphohematopoietic malignances. In a new meta-analysis of these studies, focusing on occupations known to have high formaldehyde exposure, we show that summary relative risks (RRs) were elevated in 15 studies of leukemia (RR = 1.54; confidence interval (CI), 1.18–2.00) with the highest relative risks seen in the six studies of myeloid leukemia (RR = 1.90; 95% CI, 1.31–2.76). The biological plausibility of this observed association is discussed and potential mechanisms proposed. We hypothesize that formaldehyde may act on bone marrow directly or, alternatively, may cause leukemia by damaging the hematopoietic stem or early progenitor cells that are located in the circulating blood or nasal passages, which then travel to the bone marrow and become leukemic stem cells. To test these hypotheses, we recommend that future studies apply biomarkers validated for other chemical leukemogens to the study of formaldehyde.

© 2008 Elsevier B.V. All rights reserved.

## Contents

1.  Background on formaldehyde and human exposure levels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
    1.1.  History and chemistry of formaldehyde . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
    1.2.  Economic importance of formaldehyde. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151
    1.3.  Human exposure to formaldehyde . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151

* Corresponding author. Tel.: +1 510 643 5189; fax: +1 510 642 0427.
  E-mail address: luoping@berkeley.edu (L. Zhang).

*Abbreviations:* ACGIH, American Conference of Governmental Industrial Hygienists; ALL, acute lymphocytic leukemia; AML, acute myeloid leukemia; ATSDR, Agency for Toxic Substances and Disease Registry; BFU-E, burst-forming unit-erythroid; CA, chromosomal aberrations; CDC, Centers for Disease Control and Prevention; CFU-GEMM, colony-forming-unit–granulocyte, erythroid, monocyte, macrophage, megakaryocyte; CFU-GM, colony-forming-unit–granulocyte-macrophage; CI, confidence interval; CLL, chronic lymphocytic leukemia; CML, chronic myeloid leukemia; DPCs, DNA–protein crosslinks; EPA, Environmental Protection Agency; FEMA, Federal Emergency Management Agency; FISH, fluorescence *in situ* hybridization; GNP, Gross National Product; HL, Hodgkin lymphoma; HSE, Health and Safety Executive, Great Britain; IARC, International Agency for Research on Cancer; ILO, International Labour Organization; IPCS, International Programme on Chemical Safety; IRIS, Integrated Risk Information System; JSOH, Japan Society for Occupational Health; LL, lymphocytic leukemia; MAC, maximum allowable concentration; MDS, myelodysplastic syndromes; ML, myeloid leukemia; MM, multiple myeloma; MN, micronuclei; MHPRC, Ministry of Health, People's Republic of China; MRL, minimal risk level; NCI, National Cancer Institute; NHL, non-Hodgkin lymphoma; NIOSH, National Institute for Occupational Safety and Health; NTP, National Toxicology Program; OEHHA, Office of Environmental Health Hazard Assessment California EPA; OELs, occupational exposure limits; OSHA, Occupational Safety and Health Administration; PEL, permissible exposure limit; ppb, parts per billion; ppm, parts per million; REL, recommended exposure limits; RR, relative risk; RTECS, Registry of Toxic Effects of Chemical Substances; SCEs, sister chromatid exchanges; S.D., standard deviation; S.E., standard error; SPIR, standardized proportionate incidence ratios; STEL, short-term exposure limit; TLV, threshold limit value; TWA, time-weighted average; UFFI, urea-formaldehyde foam insulation; WHO, World Health Organization.

1383-5742/$ – see front matter © 2008 Elsevier B.V. All rights reserved.
doi:10.1016/j.mrrev.2008.07.002

|       |       | 1.3.1. | Occupational exposure and safety standards | 152 |
|       |       | 1.3.2. | Environmental exposure and ambient levels | 152 |
|       |       | 1.3.3. | Health problems from exposure to formaldehyde | 153 |
| 2.    | Formaldehyde as a human carcinogen and potential leukemogen | | | 154 |
|       | 2.1.  | Formaldehyde is classified as a human carcinogen | | 154 |
|       | 2.2.  | Association of leukemia and occupational exposure to formaldehyde | | 155 |
|       | 2.3.  | Controversy over the association due to limited biological plausibility | | 155 |
| 3.    | Meta-analysis of formaldehyde and hematologic cancers in humans | | | 156 |
|       | 3.1.  | Summary of previous meta-analyses and approach to the current review | | 156 |
|       | 3.2.  | Selection of epidemiological studies collected from the literature | | 156 |
|       | 3.3.  | Methods applied in the new meta-analysis | | 157 |
|       | 3.4.  | Results from the current meta-analysis | | 159 |
| 4.    | Formaldehyde-induced hematotoxicity and genotoxicity | | | 160 |
|       | 4.1.  | Formaldehyde-induced hematotoxicity | | 160 |
|       | 4.2.  | Formaldehyde-induced genotoxicity | | 160 |
|       |       | 4.2.1. | DNA–protein crosslinks | 160 |
|       |       | 4.2.2. | Cytogenetic alterations | 161 |
| 5.    | Potential mechanisms of formaldehyde-induced leukemia | | | 161 |
|       | 5.1.  | Overview of the mechanisms of formaldehyde-induced leukemia | | 162 |
|       |       | 5.1.1. | Targeting bone marrow hematopoietic stem cells (traditional model) | 162 |
|       |       | 5.1.2. | Targeting blood stem cells and progenitors (alternate model 1) | 163 |
|       |       | 5.1.3. | Targeting pluripotent nasal/oral stem cells (alternate model 2) | 163 |
|       | 5.2.  | Detection of damage to hematopoietic stem and progenitor cells | | 163 |
| 6.    | Conclusions and future directions | | | 164 |
|       | Acknowledgements | | | 164 |
|       | References | | | 164 |

# 1. Background on formaldehyde and human exposure levels

## 1.1. History and chemistry of formaldehyde

Formaldehyde is the most simple yet most reactive of all aldehydes, with the chemical formula $CH_2O$ [1,2]. It exists as a colorless gas at room temperature and has a strong pungent smell. Aleksandr Butlerov synthesized the chemical in 1859, but it was August Wilhelm von Hofmann who identified it as the product formed from passing methanol and air over a heated platinum spiral in 1867. This method is still the basis for the industrial production of formaldehyde today, in which methanol is oxidized using a metal catalyst. By the early 20th century, with the explosion of knowledge in chemistry and physics, coupled with demands for more innovative synthetic products, the scene was set for the birth of a new material–plastics.

Casein formaldehyde became popular in the manufacturing of buttons, buckles, and knitting needles, and was fundamental for the production of the first completely synthetic plastics—phenolic resins, which were made by condensing phenol and formaldehyde in the presence of a catalyst. Initially used to make electrical and automobile insulators and other heavy industrial products, phenolic resins were widely used during the 1920–1940s to produce consumer appliances like toasters and radios. In the 1920s, urea formaldehyde, a colorless resin similar to phenolic resin, was developed and used to make picnic-ware, lampshades, varnishes, laminates and adhesives. In the 1970–1980s, urea-formaldehyde foam insulation (UFFI) was applied to thousands of North American homes. Subsequently, melamine formaldehyde resins, which closely resembled urea-formaldehyde plastics, except are more resistant to heat, water and detergents, were developed in the mid-1930s. With their porcelain-like appearance, they became the raw materials for cups, saucers and other domestic items. Casein formaldehyde, phenolic resins, urea formaldehyde and melamine formaldehyde have played important roles in the production of domestic and industrial goods that have become vital to everyday life.

## 1.2. Economic importance of formaldehyde

Formaldehyde is an economically important chemical with an annual production of approximately 46 billion pounds worldwide. According to the Report on Carcinogens (11th Edition, National Toxicology Program, NTP) [1], formaldehyde ranks 25th in overall U.S. chemical production with more than 11 billion pounds produced each year. Formaldehyde and goods containing the chemical reportedly account for more than 5% of the annual U.S. Gross National Product (GNP), which is about $500 billion out of a GNP exceeding $10 trillion [2]. Formaldehyde production has increased steadily in China in recent years, with 7.5 million tons (16.5 billion pounds) of formaldehyde produced in 2007 [3]. In Japan, approximately 100,000 to 1 million tons of formaldehyde were produced or imported in 2001 [4,5].

Commercially, formaldehyde is manufactured as an aqueous solution called formalin, usually containing 37% by weight of dissolved formaldehyde. It is commonly used as a tissue preservative or as a bactericide in embalming fluid and medical laboratories. Formaldehyde is primarily used in the production of phenol- or urea-formaldehyde resins, plastics and chemical intermediates. Such resins are commonly used in everyday products as previously stated above. Formaldehyde is also widely used in molding compounds, glass wool and rock wool insulation, decorative laminates and textile treatments. Formaldehyde is now extensively used by industries across the globe. Regulatory decisions regarding formaldehyde, such as occupational exposure limits (OELs) and drinking water standards, have an economic impact that runs into the millions, if not billions, of dollars.

## 1.3. Human exposure to formaldehyde

Given its economic importance and widespread use, many people are exposed to formaldehyde environmentally and/or occupationally. Occupational exposure involves not only individuals employed in the direct manufacture of formaldehyde and products containing it, but also those in industries utilizing these products, such as construction.

152

*L. Zhang et al. / Mutation Research 681 (2009) 150–168*

*1.3.1. Occupational exposure and safety standards*

The Occupational Safety and Health Administration (OSHA) has estimated that approximately 2.1 million workers in the U.S. [6] and many more in developing countries are occupationally exposed to formaldehyde. The exposed workers, commonly found in resin production, textiles or other industrial settings, inhale formaldehyde as a gas or absorb the liquid through their skin. Other exposed workers include health-care professionals, medical-lab specialists, morticians and embalmers, all of whom routinely handle bodies or biological specimens preserved with formaldehyde.

The formaldehyde occupational exposure limits of many countries are available on the International Labour Organization (ILO) [7] website and through the Registry of Toxic Effects of Chemical Substances database (RTECS #: LP8925000) maintained by National Institute for Occupational Safety and Health (NIOSH) [8]. Updated limits as well as the limits for several countries not included in the NIOSH document, were compiled using data from the most recently available government publications [8–18], and are described in Table 1. The U.S. OSHA has established the following standards that have remained the same since 1992: the permissible exposure limit (PEL) is 0.75 ppm (parts per million) in air as an 8-h time-weighted average (8 h TWA) and the short-term (15 min) exposure limit (STEL) is 2 ppm [14]. The American Conference of Governmental Industrial Hygienists (ACGIH) recommended threshold limit value (TLV) is 0.3 ppm as an 8 h TWA [17]. The U.S. NIOSH recommends much lower exposure limits of 0.016 ppm (8 h TWA) and 0.1 ppm (STEL) [18], above which individuals are advised to use respirators if working under such conditions. The Agency for Toxic Substances and Disease Registry (ATSDR) has established a chronic inhalation minimal risk level (MRL) of 0.04 ppm based on respiratory effects in humans [19]. The MRL is an estimate of the daily human exposure to a hazardous substance that is likely to be without appreciable risk of adverse non-cancer health effects over a specified duration of exposure. Repeated contact with liquid solutions of formaldehyde has also resulted in skin irritation and allergic contact dermatitis in humans [20].

Among the countries listed in Table 1 there is a general trend of decreasing OELs over time. Australia, though its current OEL is 1 ppm TWA and 2 ppm STEL [13], is now in the process of adopting

new standards, with proposed OEL TWA and STEL values of 0.3 and 0.6 ppm, respectively [21]. Both Germany and Japan recently approved their current TWA limits, having reduced their original limits from 0.5 ppm [21] to 0.3 and 0.1 ppm, respectively [8,11]. Canada's OEL is regulated by individual provinces, with a national TLV of 0.3 ppm [9]. For example, the TWA value for British Columbia was standardized at 0.3 ppm and for Ontario at 1 ppm [22]. Among all of the countries listed in Table 1, the United Kingdom maintains the highest OEL TWA and STEL at 2 ppm [10]. The United States also continues to retain relatively high OELs, established more than 15 years ago. In many countries actual occupational exposures to formaldehyde may be higher than the OEL values, if such limits are not enforced.

*1.3.2. Environmental exposure and ambient levels*

Although environmental exposure to formaldehyde typically occurs at much lower levels than occupational exposure, a greater number of people are exposed to these lower levels in their daily lives. Environmental sources of formaldehyde include: (1) off-gassing from new mobile homes (such as the trailers provided to victims of Hurricane Katrina); (2) automobile engines [23], especially those burning biofuels [24]; (3) smoke from cigarettes and the burning of forests and manufactured wood products [25,26]; and (4) various consumer products such as furniture, carpeting [2], fiberglass, permanent press fabrics, paper products and some household cleaners [26]. Of these, the most significant source of global formaldehyde exposure is indoor air pollution from modern home furnishings [27] and incomplete fuel combustion in older homes, where air concentrations could exceed occupational levels [28–30]. Formaldehyde is also formed in the early stages of residual plant decomposition in the soil and in the troposphere during oxidation of hydrocarbons that react with hydroxyl radicals and ozone. It ultimately becomes part of smog pollution [31].

*1.3.2.1. Indoor air concentration.* Homes containing large amounts of pressed wood products such as hard plywood wall paneling, particleboard, fiberboard, and UFFI often have elevated levels of formaldehyde emissions exceeding 0.3 ppm [32]. Since 1985, the Department of Housing and Urban Development has only allowed

**Table 1**
Current formaldehyde occupational exposure limits (OEL) of several countries

| Country | OEL (ppm) | | | Reference |
|---|---|---|---|---|
| | TWA | STEL[e] | TLV | |
| Australia | 1 | 2 | | NPI, 2007 [13] |
| Canada[a] | | | 0.3 | CCOHS, 2006 [9] |
| China[b] | | | 0.4 | MHPRC, 2007 [12] |
| Germany | 0.3 | | | NIOSH, 2006 [8] |
| Japan | 0.1 | | | JSOH, 2007 [11] |
| Sweden | 0.5 | | 1 | SWEA, 2005 [16] |
| South Africa | 1 | 2 | | SAIOH, 2006 [15] |
| United Kingdom | 2 | 2 | | HSE, 2007 [10] |
| United States | | | | |
| PEL[c] | 0.75 | 2 | | OSHA, 1992 [14] |
| REL[d] | 0.016 | 0.1 | 0.3 | NIOSH, 2005 [18]; ACGIH, 2002 [17] |

[a] Canadian OEL are similar to the TLV by ACGIH in many provinces but regulated differently within each province.
[b] China only has the maximum allowable concentration (MAC), which is equivalent to TLV. As of 2007, MAC = 0.5 mg/m$^3$ (~0.4 ppm).
[c] The federal standard is called "permissible exposure limit" (PEL) instead of "OEL".
[d] Recommended exposure limits (RELs as TWA and STEL) were recommended by NIOSH, and TLV by ACGIH.
[e] The procedure for obtaining STEL measurements for each country varies by jurisdiction, with most countries defining "short-term exposure limits" at 30-min periods, with the exception of the U.S., which has adopted 15-min periods.

L. Zhang et al. / Mutation Research 681 (2009) 150–168 153



**Fig. 1.** Indoor air formaldehyde concentrations of households in various cities. The mean levels are represented by bars with standard deviation lines, if available, as reported by the original studies. All values are compared to the WHO recommended limit of 0.08 ppm, represented by the vertical dashed line.

the use of plywood particleboard that conforms to the 0.4 ppm formaldehyde emission limit in the construction of prefabricated and mobile homes [33]. Formaldehyde levels generally decrease as products age. In older homes without UFFI, concentrations of formaldehyde emissions are generally well below 0.1 ppm [32]. This value is close to the indoor limit, 0.1 mg/m³ (0.08 ppm), recommended by the World Health Organization (WHO) [34], the limit followed by many other countries including the UK [35], Japan [36], and China [37]. Other countries, such as Australia [38], Germany [39], Canada [40], and Singapore [41], have an indoor limit of 0.1 ppm similar to the WHO recommended value. Unfortunately, the U.S. still lacks a national indoor standard and government guidelines regarding indoor ambient formaldehyde exposure [42]. However, the California EPA's Office of Environmental Health Hazard Assessment (OEHHA) has an indoor limit recommendation of 27 ppb (parts per billion) as reported in two documents published by California Air Resources Board [43,44].

Worldwide indoor air concentrations of formaldehyde for several countries [45–57] are shown in Fig. 1. The indoor mean levels of most cities were below or close to 0.08 ppm, the WHO recommended limit, with an exception of Beijing [57], which had reported levels (mean ± S.D.,  0.17 ± 0.12 ppm  winter,  0.23 ± 0.17 ppm  summer) more than twice that value. Three studies observed that seasonal variations have resulted in higher indoor formaldehyde concentrations during the summer due to increased off gassing promoted by the warmer temperatures [51,53,57]. A Quebec study [58] from occupational settings (not shown in Fig. 1), however, reported that higher exposures actually occurred during the winter season and the geometric mean level (0.28 ppm) of the wood panel industry was much higher than all non-occupational indoor levels shown in Fig. 1. It should be noted that these indoor levels were reported directly from the original studies and might have been measured by different methods or from different sampling sources, etc., which could contribute to the possible discrepancies seen here (Fig. 1) and in the following outdoor concentrations (Table 2).

*1.3.2.2. Outdoor air concentration.* The ambient formaldehyde levels of various cities and countries across the globe are detailed in Table 2. Exposure levels greater than 20 ppb occur in large cities such as Houston, U.S. [59]; Mexico City, Mexico [60,61]; and Cairo,

Egypt [50]; and actually exceed the NIOSH recommended exposure level for the workplace of 0.016 ppm (=16 ppb) [18]. Some of the lowest formaldehyde exposure levels can be found in the remote regions of Nunavut, Canada [62] and Lille Valby, Denmark [63], a probable reflection of natural formaldehyde background levels of around 0.4–1.2 ppb. The California OEHHA has set a chronic reference formaldehyde exposure level of 2 ppb [64]. The reference concentration of atmospheric formaldehyde for Japan [5] is recommended to be 10 ppb, and outdoor city levels ranged from 1.1 to 4.7 ppb [53,65], compared with 2.5–3.2 ppb in rural, suburban and urban areas in Japan [5].

Small amounts of formaldehyde are naturally produced in most organisms, including humans, as a metabolic byproduct [1], and are physiologically present in all bodily fluids, cells and tissues. The endogenous concentration in the blood of humans, monkeys and rats is approximately 2–3 mg/L (0.1 mM) [66,67]. Formaldehyde is also found in foods, either naturally or as a result of contamination [68]. Therefore, everyone is continually exposed to small amounts of formaldehyde, environmentally present in the air, our homes and endogenously in our own bodies.

*1.3.3. Health problems from exposure to formaldehyde*

Human studies have shown that chronic exposure to formaldehyde by inhalation is associated with respiratory symptoms, and eye, nose and throat irritation [31,69–71]. In the summer of 2007 it was first revealed that victims of Hurricane Katrina and Rita suffered health problems as a result of being housed in the 144,000 government-provided trailers containing dangerous levels of formaldehyde [72]. The Federal Emergency Management Agency (FEMA) received over 200 complaints from trailer residents suffering from respiratory problems and other symptoms due to exposure to formaldehyde, emitted from the materials used for constructing mobile homes [73]. For example, several trailers occupied by families comprised of pregnant mothers and young children had formaldehyde levels in their bedrooms reaching up to 1.2 ppm, resulting in sinus infections, burning sensation in the eyes, and general feeling of illness [42,73]. More recent measurements of 519 trailers between 21 December 2007 and 23 January 2008, by the Centers for Disease Control and Prevention (CDC), showed average levels of formaldehyde of about 0.077 ppm, with

*L. Zhang et al./Mutation Research 681 (2009) 150–168*

**Table 2**
Outdoor air concentrations of formaldehyde (FA) in various countries

| Country | City | FA Concentration (ppb) | Sample Period | Reference |
|---|---|---|---|---|
| Australia | Melbourne | 8.13[a] | N/A | Brown. (2002) [208] |
| | Brisbane | 7.50 | 1992 | NICNAS. (2006) [21] |
| Brazil | Rio de Janeiro | 151.00 | 2002-2003 | Martins, et al. (2007) [209] |
| Canada | Alert, Nunavut | 0.40 | 1992 | IPCS. (2002) [62] |
| | Toronto | 0.65-7.30 | 1995 | IPCS. (2002) [62] |
| Chile | Santiago city | 3.90 | 2003 | Rubio, et al. (2006) [210] |
| China | Beijing | 15.86[a] | 2005 | Xu, et al. (2006) [211] |
| | Hong Kong | 3.82-13.58[a] | 2001 | Ho, et al. (2006) [212] |
| | Maoming | 10.57-13.82[a] | 2003 | Lin, et al. (2005) [213] |
| | Qingdao | 2.96-8.09[a] | 1997-1998 | Tan, et al. (2002) [214] |
| Denmark | Lille Valby | 1.20 | 1995 | Christensen, et al. (2000) [63] |
| Egypt | Cairo | 33.00 | 1999 | Khoder, et al. (2000) [50] |
| Finland | Kuopio | 35.00-55.00 | 1997-1998 | Viskari, et al. (2000) [215] |
| Greece | Athens | 8.70-13.98[a] | 2000 | Bakeas, et al. (2003) [216] |
| Italy | Rome | 7.00-28.00 | 1994-1997 | Possanzini, et al. (2002) [217] |
| Japan | Nagoya | 4.72[a] | 1998 | Sakai, et al. (2004) [54] |
| | Shimizu | 1.11-2.01[a] | 2006 | Ohura, et al. (2006) [53] |
| | Shizuoka | 2.10[a] | 2004 | Kume, et al. (2007) [65] |
| Korea | Ansan | 19.30 | 2004-2005 | Pal, et al. (2007) [218] |
| | Ansan | 28.20 | N/A | Kim, et al. (2008) [219] |
| Lebanon | Beirut | 4.50-4.60 | 2003-2004 | Moussaa, et al. (2006) [220] |
| Mexico | Mexico City | 5.90-110.00 | 1993 | Báez, et al. (1995) [60] |
| | Mexico City | 3.25-26.02[a] | 1996-1998 | Báez, et al. (2003) [61] |
| Portugal | Anadia | 3.80 | 1996 | Cerqueira, et al. (2003) [221] |
| | Tábua | 5.20 | 1996 | Cerqueira, et al. (2003) [221] |
| Sweden | Göteborg | 3.09[a] | 2000 | Gustafson, et al. (2005) [49] |
| | Uppsala | 1.06[a] | 1998 | Sakai, et al. (2004) [54] |
| Turkey | Izmir | 5.93[a] | 2003-2004 | Seyfioglu,et al.(2006) [222] |
| UK | North London | 3.40 | 1991–1992 | Williams, et al. (1996) [223] |
| | West London | 15.00 | 1991–1992 | Williams, et al. (1996) [223] |
| USA | Baton Rouge, etc.[b] | 1.50–7.40 | 1996-1997 | Mohammed, et al. (2002) [224] |
| | Denver | 2.30-3.92 | 1987-1991 | Anderson, et al. (1996) [225] |
| | Houston | >7-30 | 2002 | Chen, et al. (2004) [59] |
| | Los Angeles | 3.17-3.58[a] | 2000 | Sax, et al. (2004) [55] |
| | New York | 1.72-4.29[a] | 1999 | Kinney, et al. (2002) [51] |

[a]Original data provided as mg/m$^3$ (1 ppb = 1.23 $\mu$g/m$^3$).
[b]Cities include: Baton Rouge, LA; Brownsville, TX; Brattleboro, VT; Burlington, VT; Camden, NJ; El Paso, TX; Garyville, LA; Galveston, LA; Port Neches, TX; Rutland, VT; Underhill, VT; Winooski, VT.

some as high as 0.59 ppm [74]. Thus, FEMA aims to evacuate the remaining (approximately 38,000) trailers by the summer of 2008, before warm temperatures can promote an increased rate of formaldehyde release. Recently, FEMA adopted the NIOSH recommended 0.016 ppm (8 h TWA) [18] as their standard emission level for all future temporary housing units [75]. This level is recommended for occupational workers (usually adult males working ~8 h/day); however, it could remain a safety concern for some of the trailer tenants, such as children, pregnant women, the elderly and other sensitive groups who are continuously exposed to even longer durations than the former.

Other types of environmental exposures such as accidental spills have occurred in the past. In March of 1986, a railroad tanker car containing 190,000 lb of urea-formaldehyde resin spilled, releasing formaldehyde vapors into the environment around Crown Point, Alaska. The residents of Crown Point exhibited many symptoms of formaldehyde exposure such as nasal congestion, sore throats, headaches, coughs, conjunctivitis, fatigue, rashes, dizziness, diarrhea, shortness of breath, nausea and nosebleeds.

Fifty percent still had recurrent, unresolved health complaints approximately 60 days following the spill [76].

The health effects of acute exposure to formaldehyde, like the Alaskan incident, are well documented while those of chronic exposure, like the Hurricane Katrina trailers, are less well known. Chronic, non-occupational exposure above the recommended occupational levels might be expected to lead to similar outcomes as those described in individuals exposed to formaldehyde in the workplace. If that were the case, symptoms underlying diseases with longer latency such as cancer would not be apparent in the short-term.

## 2. Formaldehyde as a human carcinogen and potential leukemogen

### 2.1. Formaldehyde is classified as a human carcinogen

Formaldehyde was long considered as a probable human carcinogen (Group 2A chemical) based on experimental animal

studies and limited evidence of human carcinogenicity. However, the International Agency for Research on Cancer (IARC) reclassified formaldehyde as a human carcinogen (Group 1) in June 2004 based on "*sufficient epidemiological evidence that formaldehyde causes nasopharyngeal cancer in humans*". The sufficient evidence comes from six major cohort studies of industrial workers and seven case–control studies of nasopharyngeal cancer [77]. There was a statistically significant excess of deaths from nasopharyngeal cancer in the largest and most informative cohort study of industrial workers by the National Cancer Institute (NCI), with a strong exposure–response correlation between the cancer mortality rate and peak and cumulative exposures [78]. An excess of death from nasopharyngeal cancer was also observed in a proportionate mortality analysis of the largest U.S. cohort of embalmers [79], and an excess of cases of nasopharyngeal cancer was observed in a Danish study of proportionate cancer incidence among workers at companies that manufactured or used formaldehyde [80]. Although some cohort studies reported fewer cases of nasopharyngeal cancer than expected [81–83], the deficits were small and the studies had low power to detect an effect on nasopharyngeal cancer. Of seven case–control studies of nasopharyngeal cancer [84–90], five found elevations of risk from exposure to formaldehyde. After a thorough discussion of the epidemiologic, experimental and other relevant data, the IARC panel concluded that formaldehyde is a carcinogen in humans. However, it should be noted that a few recent papers [91,92] have argued that the IARC conclusion was premature and that the largest and most influential NCI study should be re-evaluated.

In addition to the studies reviewed by IARC and included in the meta-analysis here, health risk assessments indicate that the estimated cancer risk from formaldehyde can be high. For example, a recent study reported that the estimated cancer risk of laboratory technicians and policemen was 20 and 1%, respectively, higher than the general population [93]. The excess cancer risk to laboratory technicians came mainly from formaldehyde exposure since ambient measurements showed that they were more highly exposed to formaldehyde as compared to the policemen who were more highly exposed to benzene [93], an established human leukemogen [94]. Further, the cancer potency values developed by the California EPA's OEHHA, expressed as estimated unit risk factors for benzene and formaldehyde are at $2.9E-5$ and $6.0E-6$ per $\mu g/m^3$, respectively [95]. However, the unit risk factors from Integrated Risk Information System (IRIS) database of the U.S. EPA show similar values for benzene and formaldehyde, $8.3E-6$ and $1.3E-5$ per $\mu g/m^3$, respectively [95,96].

### 2.2. Association of leukemia and occupational exposure to formaldehyde

The IARC reclassification of formaldehyde to Group 1 was based on the increased incidence and mortality rates of nasopharyngeal cancer [68,77]. However, these rates are very low in the U.S. population (0.7 and 0.2 per 100,000, respectively) [97], leading to relatively low predictions of the number of cancers caused annually by formaldehyde. Such predictions would change if formaldehyde were shown to cause more common and lethal cancers of greater prevalence. For example, lymphohematopoietic malignances, including leukemia (12.3 and 7.5 per 100,000) and lymphoma (22.0 and 8.1 per 100,000), occur at much higher incidence and mortality rates [97].

In their review, IARC also concluded that there was "*strong but not sufficient* evidence for a causal association between leukemia and occupational exposure to formaldehyde" [68,77]. The "*strong*" evidence for a causal relationship between formaldehyde exposure and leukemia comes from recent updates of two of the three major

industrial cohort studies of formaldehyde-exposed workers [82,98]. These new data have strengthened a potential causal association between leukemia and occupational exposure to formaldehyde, especially for myeloid leukemia. Epidemiologists at the U.S. NCI have performed the largest of these cohort studies and demonstrated an increased relative risk (RR) of myeloid leukemia for workers with the highest levels of average exposure intensity (RR = 2.49; 95% confidence interval (CI), 1.03–6.03) and peak exposure (RR = 3.46; 95% CI, 1.27–9.43) compared to workers with lower exposures [98]. In contrast, the updated study of industrial workers in the United Kingdom did not find excess mortality from leukemia [81]. This study had sufficient size and reasonable power for detecting an excess of leukemia, but it did not report on peak exposures or the risk of myeloid leukemia specifically [77].

It should be noted that excess mortality from leukemia had been observed previously in studies of embalmers, funeral parlor workers, pathologists and anatomists exposed to formaldehyde [79,83,99–103]. These earlier studies received little attention, however, because of speculation that the results might be explained by possible contributions to the incidence of leukemia from other chemicals and perhaps viruses. But the recent IARC working group laid to rest the question of viral exposure when it concluded that there is little evidence that embalmers, pathologists, and the other occupations studied have a higher incidence of viral infections, or that viruses have a causal role in myeloid leukemia [77].

### 2.3. Controversy over the association due to limited biological plausibility

Some authors have argued that it is biologically implausible for formaldehyde to cause leukemia [104–109]. Their primary arguments against the human leukemogenicity of formaldehyde are: (1) it is unlikely to reach the bone marrow and cause toxicity due to its highly reactive nature; (2) there is no evidence that it can damage the stem and progenitor cells, the target cells for leukemogenesis; and (3) there is no credible experimental animal model for formaldehyde-induced leukemia. This led Pyatt et al. to recently comment that "*the notion that formaldehyde can cause any lymphohematopoietic malignancy is not supported with either epidemiologic data or current understanding of differing etiologies and risk factors for the various hematopoietic and lymphoproliferative malignancies*" [108]. Indeed, IARC itself concluded that "*based on the data available at this time, it was not possible to identify a mechanism for the induction of myeloid leukemia in humans*" and stated that "*this is an area needing more research*" [68,77]. There is a need for scientists in public health, epidemiology and toxicology to generate new data on the question of biological plausibility and to work with national, international and regulatory agencies reviewing this controversial issue.

In this paper we review population studies published to date on formaldehyde-exposed workers and professionals, focusing on the incidence of and mortality from lymphohematopoietic malignances. Using the data obtained from the literature, we have performed a new meta-analysis to examine the association between exposure to high levels of formaldehyde and leukemia risk, particularly of the myeloid type. We then summarize the biological evidence for formaldehyde-induced hematotoxicity and genotoxicity with a primary focus on studies in the bone marrow and blood cells both *in vivo* and *in vitro*. Based on these reviews of existing data, we propose potential mechanisms for the observed association of formaldehyde with leukemia. Finally, we describe the need for new molecular epidemiological studies, which should provide the data necessary to critically evaluate our proposed mechanisms of leukemogenesis.

## 3. Meta-analysis of formaldehyde and hematologic cancers in humans

### 3.1. Summary of previous meta-analyses and approach to the current review

Previous meta-analyses of leukemia and formaldehyde exposure have shown mixed results [91,110,111]. Blair et al. [110] first reported a summary relative risk (RR) of 1.6 for studies of professional workers with formaldehyde exposures and 1.1 for studies of industrial formaldehyde exposures. In a subsequent meta-analysis involving more recent studies, Collins and Lineker [111] reported a summary RR of 1.1 (95% CI, 1.0–1.2) for 18 studies of formaldehyde exposure or associated job titles, and thus concluded that the data did not provide consistent support for a relationship between formaldehyde exposure and leukemia risk. However, the study [111] did find an increased risk of leukemia in professional workers (embalmers, as well as pathologists and anatomists; RR = 1.6 and 1.4, respectively). In the most recent meta-analysis, Bosetti et al. reported summary relative risks of 0.90 (95% CI, 0.75–1.07) for formaldehyde-exposed industrial workers and 1.39 (95% CI, 1.15–1.68) for formaldehyde-exposed professional workers [91].

The meta-analysis reported here differs from the previous ones in several regards. The first major difference is that we focused our analyses on the *highest exposure* groups in each study. Several of the studies we included reported relative risks for different levels of exposure (e.g. tertiles of cumulative exposure). Simple cause and effect associations are best evaluated initially in groups with higher rather than lower exposures since relative risks are likely to be further away from 1.0 when exposures are high than when they are low. Higher relative risks are less likely to be subject to type II bias (i.e. inadequate study power) since all else being equal; study power is greater when relative risks are higher. Higher relative risks are also less likely to be due to confounding or other undetected bias [112]. For these reasons, we selected the *relative risk* for the highest exposure category from each study. In the previous meta-analyses, some of the individual relative risk estimates were for all exposure groups combined rather than for the most highly exposed group. If a true association exists, combining workers with very low exposures with workers with high exposures into one overall "exposed" group can dilute relative risk estimates towards the null.

Another difference between our meta-analysis and previous meta-analyses was that while others tended to select relative risk estimates for all types of leukemia combined, we selected relative risk estimates for *myeloid leukemia* when they were available. In fact, only six studies among all those reviewed indicated the specific types of lymphocytic and myeloid leukemia [79,82,83,98,102,103], and only four of them specified the subtypes of myeloid leukemia. Based on their original data (observed deaths), we have summarized the different subtypes of total and myeloid leukemia found in these studies in Table 3. It appears that myeloid leukemia (51%) is the primary type of leukemia observed with 19% being lymphocytic leukemia, while the others are unspecified. Furthermore, AML (64%, acute myeloid leukemia) is the major subtype of myeloid leukemia among leukemia deaths reported in formaldehyde-exposed individuals. Thus, we hypothesize that formaldehyde increases the risk of myeloid leukemia more than lymphocytic leukemia and causes predominantly AML. If this is true, then using relative risk estimates for all leukemias combined could also lead to relative risk estimates biased towards 1.0.

### 3.2. Selection of epidemiological studies collected from the literature

All epidemiologic studies on lymphohematopoietic cancer and formaldehyde exposure were identified from available databases including PubMed. The bibliographies of all relevant articles included in recent related review articles were also collected and cross-referenced. Only data published in peer-reviewed scientific journals or edited books were included. The current meta-analysis includes case–control and cohort studies ($n = 26$) [79,81–83,98–100,102,103,113–119] that provide relative risk estimates of hematological malignancies associated with occupations with known high formaldehyde exposures. Table 4 details the subsets of data from each study corresponding to each disease analyzed, including all types of hematological malignancy, all leukemia, myeloid leukemia, Hodgkin lymphoma (HL), non-Hodgkin lymphoma (NHL), and multiple myeloma (MM).

Although we analyzed several types of hematological malignancies, our primary hypotheses involved leukemia. Table 5 shows the included (top, light-shaded) and excluded (bottom, dark-shaded) studies and reasons for exclusion of our meta-analysis of leukemia. Studies of leukemia (or data therein) were excluded if: (1) they did not report estimates of variance (e.g. 95% CI) or include data needed to calculate them; (2) they had no cases of leukemia; (3) they included data pertaining to other leukemia subtypes as well as myeloid leukemia (in which case only myeloid data were used in the current meta-analysis); (4) they lacked relative risk estimates; (5) lacked a clearly exposed group; (6) reported data on the same cohort or group of subjects as another publication used in the meta-analysis (in which case only one publication was selected: either the one with the most appropriate exposure variable or the most recent one); (7) were not published in a scientific journal (such as a dissertation or an internal report, etc.); or (8) reported standardized proportionate incidence ratios (SPIR). With regard to use of SPIR, potentially, formaldehyde could

**Table 3**
Summary of formaldehyde exposure related leukemia and myeloid subtypes

| References | All Leukemia Deaths (n) | | | | Myeloid Leukemia Deaths (n) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Total | LL (%)[a] | ML (%)[a] | Other / US[b] | Total | AML (%)[a] | CML (%)[a] | Other / US[b] |
| Walrath and Fraumeni, 1983 [83] | 12 | 4 (33) | 7 (58) | 1 | 7[c] | 6 (86) | | 1 |
| Walrath and Fraumeni, 1984 [103] | 12 | 0 (0) | 8 (67) | 4 | 8[c] | 6 (75) | | 2 |
| Stroup et al., 1986 [102] | 10 | 1 (10) | 6 (60) | 3 | 6[c] | 2 (33) | 3 (50) | 1 |
| Pinkerton et al., 2004 [82] | 24 | 3 (13) | 15 (63) | 6 | 15 | 9 (60) | 4 (27) | 2[d] |
| Hauptmann et al., 2003 [98] | 69 | 19 (28) | 30 (43) | 20[d] | | | | |
| Hayes et al., 1990 [79] | 51 | 7 (14) | 24 (47) | 20 | | | | |
| **Total** | **178** | **34 (19)** | **90 (51)** | **54 (30)** | **36** | **23 (64)** | **7 (19)** | **6 (17)** |

[a] Indicating: lymphocytic leukemia (LL), myeloid leukemia (ML), acute myeloid leukemia (AML), and chronic myeloid leukemia (CML).
[b] Unspecified (US).
[c] Data include acute monocytic leukemia (AML-M5), which was reported separately in the original studies.
[d] One less case was reported as other type in the original study.

L. Zhang et al. / Mutation Research 681 (2009) 150–168

**Table 4**
Epidemiological (case–control and cohort) studies with data for hematological malignancies, which were included in the meta-analysis

| Study (n) | All Types (19) | Leukemia (15) | Myeloid [a] (6) | HL [b] (8) | NHL [c] (11) | MM [d] (9) |
|---|---|---|---|---|---|---|
| Andjelkovich et al., (1995) [113] | X | X | | X | X | |
| Bertazzi et al., (1989) [114] | X | | | | | |
| Blair et al., (1993) [115] | | | | | X | |
| Boffetta et al., (1989) [116] | | | | | | X |
| Coggon et al., (2003) [81] | | X | | X | X | X |
| Dell and Teta, (1995) [117] | X | X | | | X | X |
| Edling et al., (1987) [118] | | | | | | X |
| Hall et al., (1991) [99] | X | X | | | | |
| Harrington and Shannon, (1975) [119] [e] | X | X | | X | | |
| Hauptmann et al., (2003) [98] | X | X | X | X | X | X |
| Hayes et al., (1990) [79] | X | X | X | X | X | X |
| Heineman et al., (1992) [120] | | | | | | X |
| Levine et al., (1984) [100] | X | X | | | | |
| Liebling et al., (1984) [121] | X | | | | | |
| Marsh et al., (1996) [123] | X | | | | | |
| Marsh, (1982) [122] | X | | | | | |
| Pinkerton et al., (2004) [82] | | X | X | X | X | |
| Pottern et al., (1992) [124] | | | | | | X |
| Stayner, (1985) [125] | X | | | | | |
| Stellman et al., (1998) [126] | X | X | | | X | X |
| Stern et al., (1987) [127] | X | X | | | | |
| Stone et al., (2004) [128] | X | | | | | |
| Stroup et al., (1986) [102] | X | X | X | | X | |
| Walrath and Fraumeni, (1983) [83] | X | X | X | X | X | |
| Walrath and Fraumeni, (1984) [103] | X | X | X | | X | |
| Wong, (1983) [129] | X | X | | | X | |

[a] Indicating myeloid leukemia.
[b] Hodgkin lymphoma (HL).
[c] Non-Hodgkin lymphoma (NHL).
[d] Multiple myeloma (MM).
[e] Two RRs used in this analysis: one for lab technicians and another for pathologists.

increase the risks of cancers other than lymphohematopoietic cancer, and if so, using SPIR would bias relative risk estimates towards the null. The impact of excluding the study which reported SPIR [80] was assessed by performing sensitivity analyses with and without this study.

### 3.3. Methods applied in the new meta-analysis

The studies in our meta-analysis used many different metrics of exposure. For example, one study gave relative risks (RRs) for peak exposure [98], and others presented RRs for average exposure or cumulative exposure, while some studies presented RRs only for an "exposed" group defined solely by job title or work in a particular industry. Several studies gave RRs for more than one exposure metric (e.g. one RR for peak exposure and another RR for average exposure). For these studies, we selected only one RR to use in the meta-analysis in order to avoid counting data from the same group of subjects twice. When multiple RRs were given, we selected one in the following order: peak exposure, average exposure intensity, cumulative exposure, and exposure duration. Peak exposure (only from Hauptmann et al. [98]) was ranked first since metrics like average intensity and cumulative exposure may be less accurate measures of true exposure if workers with periods of very high exposure also have intervening time periods with little or no exposure. Several studies also reported relative risks for different levels of exposure (i.e. tertiles of high, medium and low exposure). As discussed above, because our focus was on evaluating causal inference rather than exact dose–response relationships, we selected the relative risk for the highest exposure category. In the analyses of leukemia, data specific for myeloid leukemia were used if available.

Summary relative risk estimates were calculated using both the fixed effects inverse variance weighting method [112] and the random effects method [130]. Heterogeneity among studies was assessed using the general variance-based method as described by Petitti [131]. An advantage of the random effects model over the fixed effects model is that it allows for the incorporation of between-study heterogeneity (if it is present) into the summary variance estimate and 95% confidence intervals. Some argue that this helps prevent the artificially narrow confidence intervals that may occur when the fixed effects model is used in the presence of between-study heterogeneity [131]. Some authors have suggested that because the random effects model incorporates between-study heterogeneity it is more conservative than the fixed effects model [131]. However, a problem with the random effects model is that study weighting is not directly proportional to study precision and greater relative weight is given to smaller studies. This can potentially lead to summary results that are actually less conservative than in the fixed effects model [132]. To avoid these problems, we used the method presented by Shore et al. [133] and used in several subsequent meta-analyses [134–137]. In Shore's method, the summary relative risk estimate itself is calculated by directly weighing individual studies by their precision as in the fixed effects model while between-study heterogeneity is only incorporated into the calculations of the summary relative risk's variance (i.e. the 95% CI) [133].

Publication bias was assessed using funnel plots and Egger's and Begg's tests [138,139]. The funnel plot is a graphical

L. Zhang et al. / Mutation Research 681 (2009) 150–168

**Table 5**
Comparison of recent meta-analyses on formaldehyde and leukemia

| Study | Current meta-analysis | | | Bosetti et al., 2008 [91] | | | Collins and Lineker, 2004 [111] | | |
|---|---|---|---|---|---|---|---|---|---|
| | RR [a] | N [a] | Group | Comparison | RR | N | Comparison | RR | N |
| Andjelkovich et al., 1995 [113] | 0.43 | 2 | Formaldehyde exposed | Same [b] | | | Same [b] | | |
| Coggon et al., 2003 [81] | 0.71 | 8 | Average exposure > 2 ppm | Total cohort | 0.91 | 31 | Total cohort | 0.91 | 31 |
| Dell and Teta, 1995 [117] | 2.65 | 8 | R and D workers | Not used | | | Dell, 1993 dissertation | 0 | 0 |
| Hall et al., 1991 [99] | 1.52 | 4 | All cohort | Same [b] | | | Same [b] | | |
| Harrington and Shannon, 1975 [119] [c] | 0.45 | 1 | Lab technicians | Same [b] | | | Not used | | |
| | 0.62 | 1 | Pathologists | Same [b] | | | England only | 0.77 | 1 |
| Hauptmann et al., 2003 [98] | 3.46 | 14 | Myeloid, peak exposure ≥ 4 ppm | All cohort & leukemias | 0.85 | 65 | All cohort & leukemias | 0.85 | 65 |
| Hayes et al., 1990 [79] | 1.57 | 24 | Myeloid | Same [b], & lymphocytic leukemia | 0.74 | 7 | All leukemias | 1.52 | 51 |
| Levine et al., 1984 [100] | 1.6 | 4 | All cohort | Same [b] | | | Same [b] | | |
| Pinkerton et al., 2004 [82] | 2.19 | 8 | Myeloid, duration 10+ yrs | All cohort & leukemias | 1.09 | 24 | All cohort & leukemias | 1.09 | 24 |
| Stellman et al., 1998 [126] | 0.96 | 12 | Formaldehyde exposed | Not used | | | Not used | | |
| Stern et al., 1987 [127] | 1.7 | 6 | Tannery, duration 10+ yrs | Not used | | | Not used | | |
| Stroup et al., 1986 [102] | 8.8 | 3 | Myeloid (CML only) | All leukemias | 1.5 | 10 | All leukemias | 1.5 | 10 |
| Walrath and Fraumeni, 1983 [83] | 1.46 | 6 | All reported myeloid | All leukemias | 1.40 | 12 | All leukemias | 1.4 | 12 |
| Walrath and Fraumeni, 1984 [103] | 1.50 | 6 | All reported myeloid | All leukemias | 1.75 | 12 | Unknown | 2.67 | 4 |
| Wong, 1983 [129] | 1.35 | 2 | Employed < 1960 | Not used | | | Not used | | |
| Band et al., 1997 [140] | | | Not used, criterion 5 [d] | Not used | | | Not used | | |
| Edling et al., 1987 [118] | | | Not used, criteria 2 and 4 [d] | Not used | | | Estimated E [a] | 0 | 0 |
| Hansen and Olsen, 1995 [80] | | | Not used, criterion 8 [d] | Not used | | | Used | 0.83 | 39 |
| Harrington and Oakes, 1984 [226] | | | Not used, criterion 6 [d] | Not used | | | Used | 1.67 | 2 |
| Linos et al., 1980 [141] | | | Not used, criteria 4 and 5 [d] | Not used | | | Unknown | 2.1 | 4 |
| Matanoski, 1991 [142] | | | Not used, criterion 7 [d] | Used | 1.35 | 31 | Used | 1.35 | 31 |
| Ott et al., 1980 [143] | | | Not used, criterion 1 [d] | Not used | | | Estimated E [a] | 2.5 | 3 |

[a] Relative Risk (RR), calculated as the ratio of the number of cases observed (N) to the number of expected cases (E).

[b] Same means the same RR used as in the current meta-analysis;

[c] Two RRs used in this analysis: one for lab technicians and another for pathologists;

[d] Criteria for exclusion: 1) No confidence-intervals (CI); 2) No leukemia cases; 3) Relative risk (RR) on non-myeloid leukemia not used; 4) No RR estimate; 5) No clear exposed group;

6) Overlap with another study; 7) Not published in a scientific journal; and, 8) Standardized proportionate incidence ratios reported.

L. Zhang et al. / Mutation Research 681 (2009) 150–168

**Table 6**
Results of the meta-analysis of formaldehyde and lymphohematopoietic cancer

| Outcome | N[a] | Fixed Effects Model[b] | | | Shore Adjustment | | Random Effects Model | | | Heterogeneity[c] | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RR | CI$_L$ | CI$_U$ | CI$_L$ | CI$_U$ | RR | CI$_L$ | CI$_U$ | $\chi^2$ | p |
| All types combined | 19[d] | 1.25 | 1.12 | 1.39 | 1.09 | 1.43 | 1.21 | 1.03 | 1.42 | 30.50 | 0.05 |
| All leukemia | 15[d] | 1.54 | 1.24 | 1.91 | 1.18 | 2.00 | 1.57 | 1.17 | 2.11 | 21.93 | 0.11 |
| Myeloid leukemia | 6 | 1.90 | 1.41 | 2.55 | 1.31 | 2.76 | 2.08 | 1.37 | 3.16 | 8.04 | 0.15 |
| Hodgkin lymphoma | 8 | 1.23 | 0.67 | 2.29 | -- | -- | -- | -- | -- | 6.11 | 0.53 |
| Non-Hodgkin lymphoma | 11 | 1.08 | 0.86 | 1.35 | -- | -- | -- | -- | -- | 3.24 | 0.98 |
| Multiple myeloma | 9 | 1.31 | 1.02 | 1.67 | -- | -- | -- | -- | -- | 5.49 | 0.70 |

[a] Number of studies.
[b] Fixed effects RR (relative risk) and CI (confidence interval) used unless heterogeneity is present, then the random effects or Shore numbers are presented.
[c] Heterogeneity defined as present when $\chi^2 >$ degrees of freedom (d.f. = number of studies minus 1).
[d] Two RRs are used in the analysis of Harrington and Shannon [119]: one for lab technicians and another for pathologists.

presentation of each study's effect size (the log of the relative risk in our case) versus an estimate of its precision (usually the standard error (S.E.) of the log of the relative risk). In the absence of publication bias, studies should be symmetrically distributed around the summary estimate of effect size. This plot should appear in a funnel shape because the scattering of effect sizes should decrease as the precision of the studies increases. If there is bias against publication of smaller studies with null or unexpected results, the funnel shape will appear asymmetrical.

### 3.4. Results from the current meta-analysis

Table 6 shows the results of the meta-analysis. As discussed above, the fixed effects model is used to calculate relative risk estimates and confidence intervals unless heterogeneity is present. If heterogeneity is present (defined as the $\chi^2$-test statistic for heterogeneity being greater than the degrees of freedom which equals the number of studies minus one), calculations using the random effects or Shore method are applied. Using data from 19 studies (listed in Table 4), the summary relative risk (RR) for all types of lymphohematopoietic cancer combined was 1.25 (95% CI, 1.09–1.43, Shore adjusted). The summary relative risk was elevated in the 15 studies (listed in Table 4) reporting data on all leukemia (RR = 1.54; 95% CI, 1.18–2.00, $p < 0.001$, Shore adjusted) with the highest summary relative risk seen in the six studies of myeloid leukemia (RR = 1.90; 95% CI, 1.31–2.76,

$p = 0.001$, Shore adjusted). All six studies of myeloid leukemia had relative risks of 1.4 or higher [79,82,83,98,102,103].

In the Stroup et al. study [102], specific data on myeloid leukemia classification were only available for the period between 1969 and 1979. If we used the Stroup et al. RR for all leukemia types combined for the entire study period instead of the RR for just myeloid leukemia (3 CML of 6 ML), our meta-analysis summary RR for all leukemia (1.47, 95% CI, 1.19–1.81) decreases slightly. Removing the Stroup et al. myeloid RR from the myeloid meta-analysis causes only a small decrease in our myeloid summary RR (1.75, 95% CI, 1.30–2.37, $n = 5$). A Forest plot of studies of formaldehyde and leukemia is shown in Fig. 2. Eleven of the 15 studies reported relative risks above 1.0. No evidence of publication bias was seen in the analysis of leukemia in the funnel plot (Fig. 3) or in Eggers ($p = 0.99$) or Beggs ($p = 0.75$) tests.

As described above, peak exposure was used only in one study [98]. Using the relative risk for the highest category of average exposure intensity in this study, instead of that for peak exposure, had a minimal impact on the meta-analysis. The summary relative risk in the all-leukemia analysis changed from 1.54 (95% CI, 1.18–2.00) to 1.52 (95% CI, 1.18–1.96), a negligible difference. Two studies (Band et al. [140] and Hansen and Olsen [80]) were excluded from the "All leukemia" analysis (Table 6) because some pulp paper workers did not have apparent formaldehyde exposure [140] and SPIRs instead of RRs were used [80] (see Table 5). Inclusion of the study by Band et al. into the analysis of "All



**Fig. 2.** Relative risks of leukemia in occupational and professional workers exposed to formaldehyde from the studies in the current meta-analysis presented as a Forest plot.

*L. Zhang et al. / Mutation Research 681 (2009) 150–168*



**Fig. 3.** Funnel plot comparing the logarithm of each study's relative risk and standard error for studies included in the meta-analysis of formaldehyde and leukemia. The funnel plot is a graphical presentation of each study's effect size (log RR) versus an estimate of its precision (the S.E. of the log RR). The funnel shape suggests a lack of publication bias arising from the meta-analysis.

leukemia" led to a decrease in the relative risk of leukemia from 1.54 to 1.24 (95% CI, 0.97–1.59, $p = 0.04$), while including the Hansen and Olsen study slightly decreased the "All leukemia" relative risk from 1.54 to 1.41 (1.10–1.79, $p = 0.003$). The summary relative risk (Table 6) was not clearly elevated in the Hodgkin (RR = 1.23; 95% CI, 0.67–2.29) and non-Hodgkin (RR = 1.08; 95% CI, 0.86–1.35) lymphoma studies, but was modestly increased in the nine studies of multiple myeloma (RR = 1.31; 95% CI, 1.02–1.67, $p = 0.02$).

Overall, the results of our meta-analysis suggest that formaldehyde causes leukemia, specifically myeloid leukemia. As discussed earlier, two other recent meta-analyses have produced mixed results [91,111]. A comparison of our meta-analysis with these two previous studies is shown in Table 5. In general we found evidence of a stronger association between formaldehyde and leukemia than these previous meta-analyses. The primary reason for this is the different results used from the studies by Hauptmann et al. [98], Stroup et al. [102] and Pinkerton et al. [82]. For these studies, we used relative risks for myeloid leukemia and/or for the highest exposure category in each study. In the two previous meta-analyses [91,111], relative risks for all exposure groups combined and all leukemia types combined were used. If we replace the results we used for these three studies with the results used in the previous meta-analyses the summary relative risk we identified for leukemia drops from 1.54 (95% CI, 1.18–2.00) to 1.10 (95% CI, 0.93–1.31). The previous meta-analyses also used several studies that we do not. These studies and the reasons for excluding them from the current analysis are described above and are listed in Table 5. Exclusion of these studies had only a relatively small impact on our summary relative risks for leukemia. If we add the five studies [80,118,141–143] used by the previous meta-analyses, but not used by us, the summary relative risk for leukemia falls slightly but remains statistically significant (RR = 1.38; 95% CI, 1.15–1.65; $p < 0.001$).

In summary, by applying our methodology of selecting data on the most highly exposed groups from each study when available, utilizing relative risks and examining myeloid leukemia separately (when data were available), our new meta-analysis provides evidence of an association between formaldehyde exposure and human leukemia, especially for myeloid leukemia.

## 4. Formaldehyde-induced hematotoxicity and genotoxicity

Most chemically induced human leukemias are acute myeloid leukemia (AML) and precursor myelodysplastic syndromes (MDS). Leukemia arises through damage to early stem or progenitor cells

in the bone marrow (detailed in next section). Such damage to the bone marrow often manifests itself as hematotoxicity and/or genotoxicity, both of which occur following exposure to chemicals that cause leukemia. Established chemical leukemogens, such as chemotherapeutic drugs (alkylating agents and topoisomerase II inhibitors) and benzene, are capable of inducing toxicity to the blood forming system (hematotoxicity) and damaging DNA and/or chromosomes (genotoxicity). For example, exposure to benzene (even at relatively low doses) induces lowered blood cell counts and increased chromosome alterations [94,144–149].

### 4.1. Formaldehyde-induced hematotoxicity

The published data on formaldehyde hematotoxicity are limited and inconsistent. Several previous studies showed that formaldehyde altered the counts of different types of blood cells. One study reported that exposure to formaldehyde in humans reduced white blood cell counts [150]. Another recent study concluded that formaldehyde increased B cells, but decreased total T cells (CD3) and T-helper cells (CD8) in the blood of exposed workers, while T-suppressor (CD4) cells remained unchanged [151]. However, a study of people environmentally exposed to formaldehyde during an accidental spill showed no difference in white blood cells, lymphocytes, or T-cells (CD4 and CD8) [76]. In male rats exposed to a high dose of formaldehyde, increased monocytes, red blood cells and hemoglobin were detected, but lymphocyte counts were decreased [152]. The inconsistencies and limitations in the published studies suggest that more comprehensive studies of the hematological effects of formaldehyde in exposed populations are needed.

### 4.2. Formaldehyde-induced genotoxicity

Formaldehyde is genotoxic and induces both DNA damage and chromosome changes, frequently expressed as DNA–protein crosslinks (DPCs), chromosomal aberrations (CA), sister chromatid exchanges (SCEs), and micronuclei (MN). A large number of studies have demonstrated that these alterations can be induced by formaldehyde in cell culture experiments and *in vivo* in humans and experimental animals at the sites of formaldehyde exposure [19,68]. Other studies have shown that these changes can occur in the lymphocytes of exposed people although the results of these studies are more variable, with increases in damage being reported in some studies and not in others [19,68]. In recent years and after the literature was compiled for the earlier reviews, there have been a number of studies reporting that formaldehyde can induce damage in circulating lymphocytes [151,153–155]. In light of these new reports and the fact that the focus of this review is on mechanisms that could contribute to formaldehyde-induced leukemia, we have chosen to highlight examples of positive studies with an emphasis on those that have detected damage in the cells of the blood or bone marrow of humans and experimental animals. While discrepant results are found in the literature, the number of studies reporting positive results indicates that formaldehyde is able to cause a range of genotoxic effects in the DNA and chromosomes of lymphocytes, and possibly other bone marrow-derived cells. Additional details and examples are provided in the following sections.

#### 4.2.1. DNA–protein crosslinks

Formaldehyde is thought to produce its genotoxic effects primarily through the induction of DPCs. The covalent crosslinking of proteins to DNA, defined as DPCs, is induced by a variety of endogenous and exogenous agents including metals and formaldehyde [156]. A schematic of the formaldehyde-induced cross-

L. Zhang et al./Mutation Research 681 (2009) 150–168

**Fig. 4.** A schematic mechanism (A) and a representative structure (B) of formaldehyde-induced DNA–protein crosslinks [156]. (A) Formaldehyde crosslinking mechanism depicting the steps in the reaction of formaldehyde with an amino group (of a protein side chain) to form a Schiff base (in step 1) which can then go on and react with another amino group (of a DNA base) to complete the crosslink. (B) Crosslink structure showing a formaldehyde-induced crosslink between cytosine and lysine.

linking mechanism and the resulting DPC structure are shown in Fig. 4. The induced DPCs have the following general structure: histone-containing lysine–NH–$CH_2$–NH–DNA (Fig. 4) and are the major mechanism for formaldehyde's induction of DNA lesions [157]. Formaldehyde-induced DPCs have been detected in the nasal mucosa of exposed animals [158–161] and in human lymphocytes [162–164] and V79 Chinese hamster lung cells exposed *in vitro* [165]. It was recently shown that cells lacking the FANC/BRCA DNA damage repair pathway are hypersensitive to formaldehyde and that this pathway is essential to counteract formaldehyde-induced DPCs [166]. Because DPCs are longer-lived than most DNA adducts, and are only slowly or partially repaired, the DPC level could serve as a biomarker of internal formaldehyde dose. The level of DPCs has been used as a biomarker of formaldehyde exposure in mammalian cells [159,167], and has also been correlated with formaldehyde-induced carcinogenesis in animals [96,164,168].

In the only human studies performed to date by Shaham et al. [164,168], elevated DPCs were detected in the peripheral mononuclear cells of formaldehyde-exposed workers. These findings have been questioned, however, because of the excessively high level of DPCs reported in the controls, which are an order of magnitude higher than those typically reported [169]. Therefore, Shaham et al.'s findings need to be replicated in other molecular epidemiology studies.

Formaldehyde induces DPCs in V79 Chinese hamster cells in a manner that correlates with increased cytotoxicity and clastogenicity [165]. They are expected to act as bulky helix-distorting adducts, and are likely to physically block DNA replication and transcription, and to eventually interrupt the DNA metabolic machinery by anchoring the chromatin and preventing its remodeling [156]. In addition, the biologically relevant proteins involved in formaldehyde-induced DPCs are major histones (H1, H2A, H2B, H3 and H4) [170] and vimentin [171]. Thus, formaldehyde-induced DPCs have the potential to cause (or correlate with) the increased levels of chromosomal damage in exposed individuals, but this needs to be further substantiated. In addition, the correlation between chemically induced DPCs and cancer risk is less clear. One case–control study showed that DPC frequencies detected in the blood lymphocytes of breast cancer patients was significantly higher than in control subjects, which may indicate an association of DPCs with increased breast cancer risk, but may also be simply a consequence of the disease [172]. Prospective studies are needed to further evaluate this association.

### 4.2.2. Cytogenetic alterations

Increased levels of cytogenetic alterations (CA, SCEs, MN) have been reported to occur in the bone marrow of exposed mice and rats [173,174] and in mammalian cells *in vitro* such as Syrian hamster embryo cells [175] following exposure to formaldehyde. Several studies have found increased CA in human peripheral blood lymphocytes from individuals occupationally exposed to formaldehyde as compared to their respective controls [176–178]. The effects were particularly strong for the relationship between formaldehyde exposure and structural aberrations, such as chromosome breaks [179,180], dicentrics and ring chromosomes [181]. However, these studies have a number of methodological weaknesses, including poor exposure assessment, non-current measurement of exposure and outcome, small sample size, etc. There is a need to replicate these findings in better-designed studies. Formaldehyde has also been reported to induce SCEs and MN in the circulating lymphocytes of exposed individuals [151,153–155,182,183]. Overall, these studies provide substantial evidence that formaldehyde can damage chromosomes.

Chromosomal aberrations (CA) [184,185], and more recently MN [186] (but not SCE), have been shown to be predictive of overall future cancer risk, especially for hematological malignancies [187]. It should be noted that these traditional cytogenetic assays (CA, SCEs and MN) are unable to detect leukemia-specific chromosomal aberrations (such as monosomy 7, trisomy 8, and translocations, etc.) known to be on the causal pathways to leukemia and therefore even better biomarkers of the disease [94,188]. Modern molecular cytogenetic assays such as fluorescence *in situ* hybridization (FISH) can be readily applied to the detection of these specific chromosomal changes. To date, however, formaldehyde has not been demonstrated to induce leukemia-specific chromosomal aberrations. Studies demonstrating the presence of these specific chromosomal changes in any cell type but particularly in hematopoietic progenitor cells, the target cells of importance in leukemia, would strengthen the biological plausibility.

## 5. Potential mechanisms of formaldehyde-induced leukemia

Leukemias and related disorders originate in pluripotent precursor cells located in the bone marrow that normally give rise to all blood cells [189,190]. Disruptions of the normal hierarchy of maturation result in hematological disorders characterized by either excesses or deficiencies of mature effector cells

*L. Zhang et al. / Mutation Research 681 (2009) 150–168*

[191,192]. The disorders of myeloid origin include acute myeloid leukemia (AML), myelodysplastic syndromes (MDS), and myelo-proliferative disorders such as chronic myeloid leukemia (CML). Hematological disorders of lymphoid origin include acute lymphocytic leukemia (ALL), chronic lymphocytic leukemias (CLL), lymphoma (HL and NHL) and multiple myeloma (MM), which arise from stem cells in the bone marrow (ALL) or from more mature cells outside of the bone marrow (CLL, lymphoma, and myeloma), possibly in the lymph nodes and/or germinal centers [193,194].

For a hematopoietic stem or progenitor cell to become malignant, it must acquire genetic mutations and develop genomic instability. There are a number of factors that predispose cells to this genomic instability [195,196]. These include error prone DNA repair, imbalance in the nucleotide precursor pool, generation of reactive oxygen species, and exposure to genotoxic xenobiotic agents (chemotherapeutic drugs and benzene) delivered to the bone marrow, which can cause AML and MDS. Of course, the majority of patients treated with these cancer drugs and workers exposed to benzene do not go on to develop AML/MDS, as there are a number of factors, which have evolved to prevent DNA instability, including maintenance of the primary DNA sequence by base selection, proof reading and mismatch correction. In addition, depending on the extent of the damage incurred, well defined DNA repair pathways can repair a range of damage at cell cycle checkpoints, or induce apoptosis [197–199]. However, mutagenic damage sustained by target cells with un-repaired damage that fail to undergo apoptosis may initiate leukemogenesis.

### 5.1. Overview of the mechanisms of formaldehyde-induced leukemia

As described above, leukemia originates in the pluripotent stem and progenitor cells that are mainly located in the bone marrow [200]. A portion of the bone marrow stem and progenitor cells circulate in the peripheral blood where they constitute up to 0.05% of circulating nucleated cells [189,201]. These cells return to the bone marrow, and, therefore, peripheral blood represents another possible target site of formaldehyde-induced leukemogenesis. It is commonly postulated that most inhaled airborne formaldehyde is detoxified upon contact with mucosal surfaces of the mouth and nose, and that little or no formaldehyde reaches the internal organs, such as bone marrow. However, it seems plausible that formaldehyde could produce damage to the target hematopoietic stem cells via the three possible mechanisms described below and illustrated in Fig. 5: (a) by damaging stem cells in the bone marrow directly, as most other leukemogens do; (b) by damaging hematopoietic stem/progenitor cells circulating in the peripheral blood; and (c) by damaging the primitive pluripotent stem cells present within the nasal turbinates and/or olfactory mucosa. In the latter two models, damaged stem/progenitor cells would then travel to the bone marrow and become initiated leukemic stem cells.

#### 5.1.1. Targeting bone marrow hematopoietic stem cells (traditional model)

Similar to other chemical leukemogens [202], formaldehyde could potentially damage stem cells in the bone marrow directly (Fig. 5a). In this traditional model, formaldehyde is absorbed during respiration, and travels through the blood to the bone marrow where it exerts its toxic and mutagenic effects. This model has been considered unlikely as formaldehyde is not thought to reach bone marrow in significant quantities and there has been a general lack of overt bone marrow toxicity in experimental animals [173,174]. However, the chemistry of formaldehyde is complex. It exists as a gas at room temperature but in the presence



**Fig. 5.** Potential models to illustrate how formaldehyde can damage stem cells. (a) Traditional model: targeting hematopoietic stem cells in bone marrow directly; (b) alternate model 1: targeting stem and progenitor cells in circulating peripheral blood; and (c) alternate model 2: targeting primitive pluripotent cells in nasal/oral passages.

of water it dissolves and converts mostly to its hydrate methandiol [$CH_2(OH)_2$], in which form it exists in equilibrium with formaldehyde ($CH_2O$) and thus could potentially reach the bone marrow [203,204]. Formaldehyde is however difficult to measure in the tissues and reacts rapidly with glutathione. Further, it is a substrate for one-carbon metabolism and can be rapidly incorporated into macromolecules throughout the body, making its toxicokinetic fate hard to study [203]. Thus, transport of reactive formaldehyde (as methandiol) to the marrow cannot be ruled out and is, in fact, entirely plausible; therefore one can hypothesize that formaldehyde may cause leukemia by directly inducing DNA damage and chromosome aberrations in hematopoietic stem or early progenitor cells in the bone marrow, promoting their development into leukemic stem cells.

We have postulated two alternate models (described below) based on a mechanism involving circulating stem cells, to explain how formaldehyde might induce leukemia if it were not able to reach bone marrow in sufficient qualities to damage stem cells directly.

### 5.1.2. Targeting blood stem cells and progenitors (alternate model 1)

The second model (Fig. 5b) by which formaldehyde might cause leukemia in humans proposes that after formaldehyde reaches the nasal/oral passages and lung, it crosses into the blood and induces mutations or pre-mutagenic lesions in circulating hematopoietic stem cells. The mechanism by which this could occur is uncertain, but we hypothesize that the critical DNA or macromolecular binding occurs in the blood. When the affected cells proliferate, un-repaired lesions could lead to leukemogenic mutations and cellular toxicity. The initiated stem cell would then be re-incorporated into the bone marrow, eventually leading to leukemia.

There are several lines of evidence that indicate that this mechanism is plausible. The detection of DNA–protein crosslinks and cytogenetic damage in the lymphocytes of exposed workers indicates that formaldehyde is able to reach cells of the peripheral blood in a reactive form and cause genetic lesions in DNA and chromosomes [68,176–178,182,205]. The same types of damage that occur in the peripheral lymphocytes would also be expected to occur in circulating hematopoietic stem cells. Upon their return and proliferation within the bone marrow, pre-mutagenic lesions within these altered stem cells would be converted to mutagenic lesions. Mutations affecting critical leukemia-related genes would represent a key initial step in the conversion of a hematopoietic stem cell into a leukemic stem cell [195,196].

### 5.1.3. Targeting pluripotent nasal/oral stem cells (alternate model 2)

The third model proposes that formaldehyde directly induces mutations or pre-mutagenic lesions in primitive pluripotent stem cells, which reside in the oral or nasal passages (Fig. 5c). Either through normal trafficking or trafficking enhanced by formaldehyde-induced cytotoxicity, the damaged stem cells are released from the nasal passages, circulate through the blood, and are eventually incorporated into the bone marrow where they could potentially induce leukemia. The plausibility of this model is bolstered by several lines of evidence. It has been well established that formaldehyde can induce toxicity and DNA–protein cross links in the nasal passages of laboratory animals including non-human primates (reviewed in [68]). Similar lesions could almost certainly occur in humans, and reports of increased micronuclei in the nasal and oral mucosa of exposed humans establish that damage can occur at sites of formaldehyde exposure (reviewed in [68]). During normal cell proliferation or more likely during proliferation that occurs secondary to formaldehyde cytotoxicity, DNA damage and lesions occurring in primitive pluripotent stem

cells located in the olfactory mucosa could be converted into mutations. These mutated stem cells would then migrate to the bone marrow either during normal trafficking or trafficking enhanced by cytotoxicity in the mucosa. Alternatively, pluripotent olfactory stem cells containing pre-mutagenic lesions could migrate to the bone marrow where, upon replication, the pre-mutagenic lesions would be converted into mutations. As indicated above, mutations occurring in key leukemia-related genes would represent an initial step in the conversion to a leukemic stem cell [195,196].

This postulated mechanism is supported by a recent study showing that olfactory epithelial cells obtained from rat nasal passages were capable of re-populating the hematopoietic tissues of irradiated rats and gave rise to hematopoietic stem/progenitor cells ($CD34^+$) of multiple lineages in vivo including myeloid and lymphoid cells [206]. The presence within the nasal passages of stem cells capable of generating multiple hematopoietic cell lineages provides a critical piece of evidence to support the plausibility of this third proposed model.

Given the likely dynamics of stem cell turnover between the nasal/oral passages, blood and bone marrow, particularly in the context of continuous high formaldehyde exposure (such as occupational exposure), one can imagine the targeting of sufficient stem cells through these two alternative models to induce leukemia, which would arise from a single mutated cell, be clonal in nature, and, have a protracted latency.

### 5.2. Detection of damage to hematopoietic stem and progenitor cells

We have hypothesized that formaldehyde could cause leukemia by directly inducing DNA damage and chromosome aberrations in hematopoietic stem or early progenitor cells in the bone marrow, or those circulating in the blood, thereby promoting their development into leukemic stem cells. It is possible to measure formaldehyde-induced damage in circulating myeloid progenitor cells because these cells can be harvested and cultured in colony-forming assays using growth factor-enriched semi-solid media [207]. During the 12–14 days of culture, the progenitor cells establish individual colonies while terminally differentiated cells such as lymphocytes and granulocytes die out. The individual colonies can then be classified microscopically according to the progenitor cell type. Colonies arising from the most primitive, early progenitor cells are called colony-forming-unit–granulocyte, erythroid, monocyte, macrophage, megakaryocyte (CFU-GEMM) because these progenitors can give rise to any of these cell types. Colonies derived from more committed progenitor cells that give rise to reticulocytes and erythrocytes are called burst-forming unit-erythroid (BFU-E), whereas those that give rise to granulocytes and macrophages are called colony-forming unit–granulocyte-macrophage (CFU-GM).

We recently applied these colony assays in a study of Chinese workers exposed to varying levels of benzene, a known myeloid leukemogen, and reported a dose-dependent decrease in the number of these colony formations [145]. We also found that benzene caused a greater proportional decrease in colony formation than in levels of mature granulocytes, suggesting that early myeloid progenitor cells are the targets for the hematotoxic effects of benzene in humans. No studies to date have examined the effects of formaldehyde on colony formation from hemato-poietic stem and/or progenitor cells, but could be performed in formaldehyde-exposed workers. Such studies could help to bridge the gap between the epidemiological evidence of leukemia, lymphomas, and myeloma due to formaldehyde exposure and our current understanding of possible mechanistic routes for the induction of these lymphohematopoietic malignancies.

*L. Zhang et al. / Mutation Research 681 (2009) 150–168*

## 6. Conclusions and future directions

In this review we have performed a comparative global survey of formaldehyde occupational and environmental exposure limits. We concluded that: (1) the U.S. OEL (0.75 ppm, 8h TWA, OSHA PEL) has remained at the same high level since 1992, in comparison to other countries who have lowered their OELs; (2) the U.S. has no regulation for non-occupational indoor formaldehyde exposure limits, while other developed and developing nations have established such standards, according to the recommendations from WHO (0.08 ppm); and (3) unlike the jurisdictions of Japan and California, the U.S. has not yet established a national reference exposure level for atmospheric formaldehyde.

Additionally, we describe the epidemiological and biological evidence that appears to support an association between formaldehyde and leukemia. In particular, a number of epidemiological studies document a significant association between occupational exposure to formaldehyde and excess mortality from leukemia. A new meta-analysis of these published studies provides evidence of an association with leukemia, particularly of the myeloid type. However, the question of biological plausibility remains and requires further investigation.

We note that formaldehyde causes chromosomal aberrations and DNA–protein crosslinks, both of which could potentially cause the mutations required for the development of leukemia if they occurred in the target cells for leukemogenesis. We hypothesize that formaldehyde may cause leukemia by directly inducing DNA damage and chromosome aberrations in hematopoietic stem or early progenitor cells in the bone marrow, promoting their development into leukemic stem cells. We also propose two alternate mechanisms by which formaldehyde might induce leukemogenesis by damaging the hematopoietic stem and progenitor cells circulating in the blood or the pluripotent stem cells located in the nasal passages.

In future studies, researchers could explore whether formaldehyde is able to cause leukemia-initiating events in the critical target cells for myeloid leukemogenesis. Specifically, it should be determined if formaldehyde can induce leukemia-specific chromosomal aberrations and DNA–protein crosslinks in myeloid progenitor cells, both *in vivo* in exposed workers and *in vitro* in cultured human cells. Such studies would compliment ongoing epidemiological studies further examining the association with leukemia, and would increase our understanding of the potential mechanisms by which formaldehyde may induce myeloid leukemia in humans.

## Conflict of interest statement

None.

## Acknowledgements

We are grateful to Dr. Cliona McHale, Jed Guevara, and Aisha Qamar for assistance in preparing the manuscript. Dr. Xiaojiang Tang and Anh Duong compiled the information regarding formaldehyde exposure limits and levels. We truly appreciate valuable discussions and insightful comments provided by Profs. Stephen Rappaport and Kirk Smith of UC Berkeley, and Dr. Martha Sandy of OEHHA, California EPA.

## References

[1] NTP, National Toxicology Program: Formaldehyde (Gas) CAS no. 50-00-0, 2005. http://ntp.niehs.nih.gov/ntp/roc/eleventh/profiles/s089form.pdf.

[2] Formaldehyde Council Inc., Formaldehyde: A Brief History and Its Contributions to Society and the U.S. and Canadian Economies, 2005. http://www.formaldehyde.org/pdfs/formaldehyde-econ-02-05.pdf.

[3] Z.H. Jiang, Chinese formaldehyde market should keep good trend, Shanghai Chem. Ind. 28 (2007) 51.

[4] METI, Ministry of Economy, Trade and Industry: The survey of manufacture and import of chemical substances in FY 2001, Japan, 2003. http://www.meti.go.jp/policy/chemical_management/kashinou/nekouhyouyouhyou_res.xls.

[5] M. Naya, J. Nakanishi, Risk assessment of formaldehyde for the general population in Japan, Regul. Toxicol. Pharmacol. 43 (2005) 232–248.

[6] OSHA, Occupational Safety and Health Administration: Occupational Exposure to Formaldehyde Fact Sheet, Department of Labor, 1995. http://www.medga-sexperts.com/docs/01-01-1995%20-%20Occupational%20Exposure%20to%20-Formaldehyde.htm.

[7] ILO, Chemical Exposure Limits, International Labour Organization, 2007. http://www.ilo.org/public/english/protection/safework/cis/products/explim.htm.

[8] NIOSH, The Registry of Toxic Effects of Chemical Substances: Formaldehyde, National Institute for Occupational Safety and Health, 2006. http://www.cdc.gov/niosh/rtecs/lp882f48.html.

[9] CCOHS, Canadian Centre for Occupational Health and Safety Answers: 4-Working Safely with Formaldehyde Solutions, 2006. http://www.ccohs.ca/oshanswers/chemicals/chem_profiles/formaldehyde/working_for.html.

[10] HSE, Health and Safety Executive: Formaldehyde, Foundries Industry Advisory Committee, 2007. http://www.hse.gov.uk/pubns/iac188.htm.

[11] JSOH, Japan Society for Occupational Health: Recommendation of occupational exposure limits (2007–2008), J. Occup. Health 49 (2007) 328–344.

[12] MHPRC, Occupational exposure limits for hazardous agents in the workplace (GBZ2.1-2007), Ministry of Health of the People's Republic of China, 2007. http://www.anquan.com.cn/law/ShowArticle.asp?ArticleID=70836.

[13] NPI, National Pollutant Inventory: Formaldehyde Fact Sheet, Department of the Environment and Water Resources, Australian Government, 2007. http://www.npi.gov.au/database/substance-info/profiles/pubs/formaldehyde.pdf.

[14] OSHA, Formaldehyde, Occupational Safety & Health Administration, US Department of Labor, 1992. http://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=STANDARDS&p_id=10075.

[15] SAIOH, DME OEL's, South Africa Institute of Occupational Hygiene, 2006. http://www.saioh.org/OELs/dmeoel_f-l.htm.

[16] SWEA, Occupational Exposure Limit Values and Measures Against Air Contaminants, Swedish Work Environment Authority, 2005. http://www.av.se/dokument/inenglish/legislations/eng0517.pdf.

[17] ACGIH, Formaldehyde: TLV Chemical Substances 7th Edition Documentation, American Conference of Governmental Industrial Hygienists, 2002. http://www.acgih.org/Store/ProductDetail.cfm?id=979.

[18] NIOSH, Pocket Guide to Chemical Hazards, National Institute for Occupational Safety and Health, 2005. http://www.cdc.gov/NIOSH/npg/npgd0293.html.

[19] ATSDR, Agency for Toxic Substances and Disease Registry: Toxicological Profile for Formaldehyde, 1999. http://www.atsdr.cdc.gov/toxprofiles/tp111.pdf.

[20] USDHHS, United States Department of Human Services: Hazardous Substances Databank (HSDB), National Toxicology Information Program, 1993. http://toxnet.nlm.nih.gov/.

[21] NICNAS, National Industrial Chemicals Notification and Assessment Scheme: Formaldehyde, Priority Existing Chemical Assessment Report no. 28, Department of Health and Ageing, Australian Government, 2006. http://www.nicnas.gov.au/Publications/CAR/PEC/PEC28/PEC_28_Full_Report_PDF.pdf.

[22] CAREX-Canada, Information System on Occupational Exposure to Carcinogens: Formaldehyde, School of Occupational and Environmental Hygiene, University of British Columbia, 2007. http://web.cher.ubc.ca/CAREX/formaldehyde.htm.

[23] R. Guicherit, F.L. Schulting, The occurrence of organic chemicals in the atmosphere of The Netherlands, Sci. Total Environ. 43 (1985) 193–219.

[24] L. Turrio-Baldassarri, C.L. Battistelli, L. Conti, R. Crebelli, B. De Berardis, A.L. Iamiceli, M. Gambino, S. Iannaccone, Emission comparison of urban bus engine fueled with diesel oil and 'biodiesel' blend, Sci. Total Environ. 327 (2004) 147–162.

[25] R.R. Baker, The generation of formaldehyde in cigarettes—overview and recent experiments, Food Chem. Toxicol. 44 (2006) 1799–1822.

[26] K.R. Smith, Biofuels, Air Pollution, and Health: A Global Review, Plenum Press, New York, 1987.

[27] J.D. Spengler, J.F. McCarthy, J.M. Samet, Indoor Air Quality Handbook, McGraw-Hill Professional, New York, 2000.

[28] J.B. Kandpal, R.C. Maheshwari, T.C. Kandpal, Comparison of CO, NO₂ and HCHO emissions from biomass combustion in traditional and improved cookstoves, Energy 19 (1994) 1151–1155.

[29] C.V. Raiyani, S.H. Shah, N.M. Desai, K. Kenkaiah, J.S. Patel, D.J. Parikh, S.K. Kashyap, Characterization and problems of indoor pollution due to cooking stove smoke, Atmos. Environ. 27A (1993) 1643–1655.

[30] J. Zhang, K. Smith, Emissions of carbonyl compounds from various cookstoves in China, Environ. Sci. Technol. 33 (1999) 2311–2320.

[31] IPCS, International Programme on Chemical Safety: Environmental Health Criteria 89, Formaldehyde, United Nations Environment Programme, International Labour Organization, World Health Organization, 1989. http://inchem.org/documents/ehc/ehc/ehc89.htm.

[32] USEPA, United States Environmental Protection Agency: Indoor Air Quality (IAQ), Environmental Protection Agency, 2007. http://www.epa.gov/iaq/formalde.html.

[33] CPSC, An Update On Formaldehyde, Consumer Product Safety Commission, 1997. http://www.cpsc.gov/CPSCPUB/PUBS/725.html.

L. Zhang et al. / Mutation Research 681 (2009) 150–168

165

[34] WHO-ROE, Regional Office of Europe: Development of WHO Guidelines for Indoor Air Quality World Health Organization, 2006. http://www.euro.who.int/Document/AIQ/IAQ_mtgrep_Bonn_Oct06.pdf.

[35] COMEAP, Guidance on the Effects of Health of Indoor Air Pollutants, Committee on the Medical Effects of Air Pollutants, 2004. http://www.advisorybodies.doh.gov.uk/comeap/PDFS/guidanceindoorairqualitydec04.pdf.

[36] MHLW, Committee on Sick House Syndrome: Indoor Air Pollution, Summary on the Discussions at the 6th and 7th Meetings, 2001. www.nihs.go.jp/mhlw/chemical/situnai/kentoukai/rep-eng1.pdf.

[37] SAC, Standardization Administration of China: Indoor Air Quality Standard, 2002. http://www.sac.gov.cn/templet/english/zmCountryBulletinByNoEnglish-do?countryBulletinNo=20021248.

[38] ANHMRC, Air toxics and indoor air quality in Australia, Australia's National Health and Medical Research Council, 2001. http://www.environment.gov.au/atmosphere/airquality/publications/sok/chapter6.html.

[39] UBA, Options for legal regulations concerning indoor pollution—Do we need a "TA Inneraum"?, Umwelt Bundes Amt (Federal Environmental Agency), 2005. http://www.umweltbundesamt.de/gesundheit-e/TA-Innenraum_en.pdf.

[40] Health-Canada, Residential Indoor Air Quality Guideline: Formaldehyde, Ministry of Health Canada, 2006. http://www.hc-sc.gc.ca/ewh-semt/alt_formats/hecs-sesc/pdf/pubs/air/formaldehyde-eng.pdf.

[41] SIEE, Guidelines for Good Indoor Air Quality in Office Premises, Singapore Institute of Environmental Epidemiology, 1st edn., October 1996, http://www.nea.gov.sg/cms/qed/guidelines.pdf.

[42] S. Hsu, Formaldehyde: A Range of Standards, The Washington Post, 2008.

[43] ARB, Remedies for Reducing Formaldehyde in Schools, Air Resource Board, California Environmental Protection Agency, 2002. http://www.arb.ca.gov/research/indoor/pcs/formald_remedies.pdf.

[44] ARB, Indoor Air Quality Guideline: Formaldehyde in the Home, Air Resource Board, California Environmental Protection Agency, 2004. http://www.arb.ca.gov/research/indoor/formaldGL08-04.pdf.

[45] B. Clarisse, A.M. Laurent, N. Seta, Y. Le Moullec, A. El Hasnaoui, I. Momas, Indoor aldehydes: measurement of contamination levels and identification of their determinants in Paris dwellings, Environ. Res. 92 (2003) 245–253.

[46] S. Fuselli, C. Zanetti, Formaldehyde in air of indoor and outdoor environments of urban area, relationships man's exposure, Ann. Ist Super Sanita 42 (2006) 365–368.

[47] N.L. Gilbert, D. Gauvin, M. Guay, M.E. Heroux, G. Dupuis, M. Legris, C.C. Chan, R.N. Dietz, B. Levesque, Housing characteristics and indoor concentrations of nitrogen dioxide and formaldehyde in Quebec City, Canada, Environ. Res. 102 (2006) 1–8.

[48] N.L. Gilbert, M. Guay, J. David Miller, S. Judek, C.C. Chan, R.E. Dales, Levels and determinants of formaldehyde, acetaldehyde, and acrolein in residential indoor air in Prince Edward Island, Canada, Environ. Res. 99 (2005) 11–17.

[49] P. Gustafson, L. Barregard, R. Lindahl, G. Sallsten, Formaldehyde levels in Sweden: personal exposure, indoor, and outdoor concentrations, J. Expos. Anal. Environ. Epidemiol. 15 (2005) 252–260.

[50] M.I. Khoder, A.A. Shakour, S.A. Farag, A.A. AbdelHameed, Indoor and outdoor formaldehyde concentrations in homes in residential areas in Greater Cairo, J. Environ. Monit. 2 (2000) 123–126.

[51] P.L. Kinney, S.N. Chillrud, S. Ramstrom, J. Ross, J.D. Spengler, Exposures to multiple air toxics in New York City, Environ. Health Perspect. 110 (Suppl. 4) (2002) 539–546.

[52] H.L. Liu, S.Q. Han, Z.M. Xue, T. Wang, Health damage of indoor air pollution by decoration on residents, Wei Sheng Yan Jiu 34 (2005) 521–523.

[53] T. Ohura, T. Amagai, Y. Senga, M. Fusaya, Organic air pollutants inside and outside residences in Shimizu, Japan: levels, sources and risks, Sci. Total Environ. 366 (2006) 485–499.

[54] K. Sakai, D. Norback, Y. Mi, E. Shibata, M. Kamijima, T. Yamada, Y. Takeuchi, A comparison of indoor air pollutants in Japan and Sweden: formaldehyde, nitrogen dioxide, and chlorinated volatile organic compounds, Environ. Res. 94 (2004) 75–85.

[55] S.N. Sax, D.H. Bennett, S.N. Chillrud, P.L. Kinney, J.D. Spengler, Differences in source emission rates of volatile organic compounds in inner-city residences of New York City and Los Angeles, J. Expos. Anal. Environ. Epidemiol. 14 (Suppl. 1) (2004) S95–S109.

[56] P.I. Serrano-Trespalacios, L. Ryan, J.D. Spengler, Ambient, indoor and personal exposure relationships of volatile organic compounds in Mexico City Metropolitan Area, J. Expos. Anal. Environ. Epidemiol. 14 (Suppl. 1) (2004) S118–S132.

[57] X. Yao, W. Wang, et al., Seasonal change of formaldehyde concentration in the air of newly decorated houses in some cities of China, J. Environ. Health 22 (2005) 353–355.

[58] J. Lavoue, C. Beaudry, N. Goyer, G. Perrault, M. Gerin, Investigation of determinants of past and current exposures to formaldehyde in the reconstituted wood panel industry in Quebec, Ann. Occup. Hyg. 49 (2005) 587–602.

[59] J. Chen, S. So, H. Lee, M.P. Fraser, R.F. Curl, T. Harman, F.K. Tittel, Atmospheric formaldehyde monitoring in the Greater Houston area in 2002, Appl. Spectrosc. 58 (2004) 243–247.

[60] A.P. Báez, R. Belmont, H. Padilla, Measurements of formaldehyde and acetaldehyde in the atmosphere of Mexico City, Environ. Pollut. 89 (1995) 163–167.

[61] A.P. Báez, H. Padilla, R. Garcia, C. Torres Mdel, I. Rosas, R. Belmont, Carbonyl levels in indoor and outdoor air in Mexico City and Xalapa, Mexico, Sci. Total Environ. 302 (2003) 211–226.

[62] IPCS, International Programme on Chemical Safety: Concise International Chemical Assessment Document 40 Formaldehyde, United Nations Environment Programme, International Labour Organization, World Health Organization, 2002. http://whqlibdoc.who.int/hq/2002/a73769.pdf.

[63] C.S. Christensen, H. Skov, T. Nielsen, C. Lohse, Temporal variation of carbonyl compound concentrations at a semi-rural site in Denmark, Atmos. Environ. 34 (2000) 287–296.

[64] OEHHA, Chronic Toxicity Summary: Formaldehyde, Office of Environmental Health Hazard Assessment, 2005. http://www.oehha.ca.gov/air/chronic_rels/pdf/50000.pdf.

[65] K. Kume, T. Ohura, T. Amagai, M. Fusaya, Field monitoring of volatile organic compounds using passive air samplers in an industrial city in Japan, Environ. Pollut. (2007).

[66] M. Casanova, H.D. Heck, J.I. Everitt, W.W.J. Harrington, J.A. Popp, Formaldehyde concentrations in the blood of rhesus monkeys after inhalation exposure, Food Chem. Toxicol. 26 (1988) 715–716.

[67] H.D. Heck, M. Casanova-Schmitz, P.B. Dodd, E.N. Schachter, T.J. Witek, T. Tosun, Formaldehyde ($CH_2O$) concentrations in the blood of humans and Fischer-344 rats exposed to $CH_2O$ under controlled conditions, Am. Ind. Hyg. Assoc. J. 46 (1985) 1–3.

[68] IARC, International Agency for Research on Cancer: Formaldehyde, 2-butoxyethanol, and 1-tert-butoxy-2propanol, 2006. http://www.who.int/bookorders/anglais/detart1.jsp?sesslan=1&codlan=1&codcol=72&codcch=88.

[69] E.J. Calabrese, E.M. Kenyon, Air Toxics and Risk Assessment, Lewis Publishers, Chelsea, MI, 1991.

[70] USDHHS, United States Department of Health and Human Services: Registry of Toxic Effects of Chemical Substances, National Toxicology Information Program, 1993.

[71] USEPA, United States Environmental Protection Agency: Health and Environmental Effects Profile for Formaldehyde, Environmental Criteria and Assessment Office, Office of Health and Environmental Assessment, Office of Research and Development, 1988. http://www.epa.gov/ttn/atw/hlthef/formalde.html.

[72] L. Eaton, FEMA Vows New Effort on Trailers Posing Risk, New York Times, New York, 2008.

[73] C. Babington, FEMA Slow to Text Toxicity of Trailers, Washington Post, Washington, 2007.

[74] CDC, Centers for Disease Control and Prevention: Results of Formaldehyde Level Tests, Department of Health and Human Services, 2008. http://www.cdc.gov/media/pressrel/2008/r080214b.htm?s_cid=mediarel_r080214b_x.

[75] FEMA, New FEMA Procurement Specifications Require Significantly Reduced Formaldehyde Levels In Mobile Homes And Park Models, Federal Emergency Management Agency, 2008. http://www.fema.gov/news/newsrelease.fema?id=43180.

[76] R.E. Madison, A. Broughton, J.D. Thrasher, Immunologic biomarkers associated with an acute exposure to exothermic byproducts of a ureaformaldehyde spill, Environ. Health Perspect. 94 (1991) 219–223.

[77] V.J. Cogliano, Y. Grosse, R.A. Baan, K. Straif, M.B. Secretan, F. El Ghissassi, Meeting report: summary of IARC monographs on formaldehyde, 2-butoxyethanol, and 1-tert-butoxy-2-propanol, Environ. Health Perspect. 113 (2005) 1205–1208.

[78] M. Hauptmann, J.H. Lubin, P.A. Stewart, R.B. Hayes, A. Blair, Mortality from solid cancers among workers in formaldehyde industries, Am. J. Epidemiol. 159 (2004) 1117–1130.

[79] R.B. Hayes, A. Blair, P.A. Stewart, R.F. Herrick, H. Mahar, Mortality of U.S. embalmers and funeral directors, Am. J. Ind. Med. 18 (1990) 641–652.

[80] J. Hansen, J.H. Olsen, Formaldehyde and cancer morbidity among male employees in Denmark, Cancer Causes Control 6 (1995) 354–360.

[81] D. Coggon, E.C. Harris, J. Poole, K.T. Palmer, Extended follow-up of a cohort of British chemical workers exposed to formaldehyde, J. Natl. Cancer Inst. 95 (2003) 1608–1615.

[82] L.E. Pinkerton, M.J. Hein, L.T. Stayner, Mortality among a cohort of garment workers exposed to formaldehyde: an update, Occup. Environ. Med. 61 (2004) 193–200.

[83] J. Walrath, J.F.J. Fraumeni, Mortality patterns among embalmers, Int. J. Cancer 31 (1983) 407–411.

[84] R.W. Armstrong, P.B. Imrey, M.S. Lye, M.J. Armstrong, M.C. Yu, S. Sani, Nasopharyngeal carcinoma in Malaysian Chinese: occupational exposures to particles, formaldehyde and heat, Int. J. Epidemiol. 29 (2000) 991–998.

[85] A. Hildesheim, M. Dosemeci, C.C. Chan, C.J. Chen, Y.J. Cheng, M.M. Hsu, I.H. Chen, B.F. Mittl, B. Sun, P.H. Levine, J.Y. Chen, L.A. Brinton, C.S. Yang, Occupational exposure to wood, formaldehyde, and solvents and risk of nasopharyngeal carcinoma, Cancer Epidemiol. Biomarkers Prev. 10 (2001) 1145–1153.

[86] J.H. Olsen, S.P. Jensen, M. Hink, K. Faurbo, N.O. Breum, O.M. Jensen, Occupational formaldehyde exposure and increased nasal cancer risk in man, Int. J. Cancer 34 (1984) 639–644.

[87] G.C. Roush, J. Walrath, L.T. Stayner, S.A. Kaplan, J.T. Flannery, A. Blair, Nasopharyngeal cancer, sinonasal cancer, and occupations related to formaldehyde: a case–control study, J. Natl. Cancer Inst. 79 (1987) 1221–1224.

[88] T.L. Vaughan, C. Strader, S. Davis, J.R. Daling, Formaldehyde and cancers of the pharynx, sinus and nasal cavity. I. Occupational exposures, Int. J. Cancer 38 (1986) 677–683.

[89] S. West, A. Hildesheim, M. Dosemeci, Non-viral risk factors for nasopharyngeal carcinoma in the Philippines: results from a case–control study, Int. J. Cancer 55 (1993) 722–727.

[90] T.L. Vaughan, P.A. Stewart, K. Teschke, C.F. Lynch, G.M. Swanson, J.L. Lyon, M. Berwick, Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma, Occup. Environ. Med. 57 (2000) 376–384.

[91] C. Bosetti, J.K. McLaughlin, R.E. Tarone, E. Pira, C. La Vecchia, Formaldehyde and cancer risk: a quantitative review of cohort studies through 2006, Ann. Oncol. 19 (2008) 29–43.

[92] G.M. Marsh, A.O. Youk, P. Morfeld, Mis-specified and non-robust mortality risk models for nasopharyngeal cancer in the National Cancer Institute formaldehyde worker cohort study, Regul. Toxicol. Pharmacol. 47 (2007) 59–67.

[93] G.A. Pilidis, S.P. Karakitsios, P.A. Kassomenos, E.A. Kazos, C.D. Stalikas, Measurements of benzene and formaldehyde in a medium sized urban environment. Indoor/outdoor health risk implications on special population groups, Environ. Monit. Assess. (2008).

[94] M.T. Smith, L. Zhang, Biomarkers of leukemia risk: benzene as a model, Environ. Health Perspect. 106 (Suppl. 4) (1998) 937–946.

[95] A.C. Lloyd, J.E. Denton, Air Toxics Hot Spots Program Risk Assessment Guidelines. Part II. Technical Support Document for Describing Available Cancer Potency Factors, Office of Environmental Health Hazard Assessment, 2005. http://www.oehha.org/air/hot_spots/pdf/May2005Hotspots.pdf.

[96] IRIS, Integrated Risk Information System: Formaldehyde (CASRN 50-00-0), United States Environmental Protection Agency, 1998. http://www.epa.gov/iris/subst/0419.htm.

[97] SEER, Surveillance Epidemiology and End Results: Cancer Statistics Review, 1975–2004: Overview, National Cancer Institute, 2006. http://seer.cancer.gov/csr/1975_2004/results_single/sect_01_table.04_2pgs.pdf.

[98] M. Hauptmann, J.H. Lubin, P.A. Stewart, R.B. Hayes, A. Blair, Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries, J. Natl. Cancer Inst. 95 (2003) 1615–1623.

[99] A. Hall, J.M. Harrington, T.C. Aw, Mortality study of British pathologists, Am. J. Ind. Med. 20 (1991) 83–89.

[100] R.J. Levine, D.A. Andjelkovich, L.K. Shaw, The mortality of Ontario undertakers and a review of formaldehyde-related mortality studies, J. Occup. Med. 26 (1984) 740–746.

[101] J.N. Logue, M.K. Barrick, G.L.J. Jessup, Mortality of radiologists and pathologists in the Radiation Registry of Physicians, J. Occup. Med. 28 (1986) 91–99.

[102] N.E. Stroup, A. Blair, G.E. Erikson, Brain cancer and other causes of death in anatomists, J. Natl. Cancer Inst. 77 (1986) 1217–1224.

[103] J. Walrath, J.F.J. Fraumeni, Cancer and other causes of death among embalmers, Cancer Res. 44 (1984) 4638–4641.

[104] P. Cole, C. Axten, Formaldehyde and leukemia: an improbable causal relationship, Regul. Toxicol. Pharmacol. 40 (2004) 107–112.

[105] J.J. Collins, Formaldehyde exposure and leukaemia, Occup. Environ. Med. 61 (2004) 875–876.

[106] R. Golden, D. Pyatt, P.G. Shields, Formaldehyde as a potential human leukemogen: an assessment of biological plausibility, Crit. Rev. Toxicol. 36 (2006) 135–153.

[107] H. Heck, M. Casanova, The implausibility of leukemia induction by formaldehyde: a critical review of the biological evidence on distant-site toxicity, Regul. Toxicol. Pharmacol. 40 (2004) 92–106.

[108] D. Pyatt, R. Natelson, R. Golden, Is inhalation exposure to formaldehyde a biologically plausible cause of lymphohematopoietic malignancies? Regul. Toxicol. Pharmacol. 51 (2008) 119–133.

[109] G.M. Marsh, A.O. Youk, Reevaluation of mortality risks from leukemia in the formaldehyde cohort study of the National Cancer Institute, Regul. Toxicol. Pharmacol. 40 (2004) 113–124.

[110] A. Blair, R. Saracci, P.A. Stewart, R.B. Hayes, C. Shy, Epidemiologic evidence on the relationship between formaldehyde exposure and cancer, Scand. J. Work Environ. Health 16 (1990) 381–393.

[111] J.J. Collins, G.A. Lineker, A review and meta-analysis of formaldehyde exposure and leukemia, Regul. Toxicol. Pharmacol. 40 (2004) 81–91.

[112] S. Greenland, Meta-analysis, in: K. Rothman, S. Greenland (Eds.), Modern Epidemiology, Lippincott Raven, Philadelphia, 1998, pp. 643–673.

[113] D.A. Andjelkovich, D.B. Janszen, M.H. Brown, R.B. Richardson, F.J. Miller, Mortality of iron foundry workers. IV. Analysis of a subcohort exposed to formaldehyde, J. Occup. Environ. Med. 37 (1995) 826–837.

[114] P.A. Bertazzi, A. Pesatori, S. Guercilena, D. Consonni, C. Zocchetti, Carcinogenic risk for resin producers exposed to formaldehyde: extension of follow-up, Med. Lav. 80 (1989) 111–122.

[115] A. Blair, A. Linos, P.A. Stewart, L.F. Burmeister, R. Gibson, G. Everett, L. Schuman, K.P. Cantor, Evaluation of risks for non-Hodgkin's lymphoma by occupation and industry exposures from a case–control study, Am. J. Ind. Med. 23 (1993) 301–312.

[116] P. Boffetta, S.D. Stellman, L. Garfinkel, A case–control study of multiple myeloma nested in the American Cancer Society prospective study, Int. J. Cancer 43 (1989) 554–559.

[117] L. Dell, M.J. Teta, Mortality among workers at a plastics manufacturing and research and development facility: 1946–1988, Am. J. Ind. Med. 28 (1995) 373–384.

[118] C. Edling, B. Jarvholm, L. Andersson, O. Axelson, Mortality and cancer incidence among workers in an abrasive manufacturing industry, Br. J. Ind. Med. 44 (1987) 57–59.

[119] J.M. Harrington, H.S. Shannon, Mortality study of pathologists and medical laboratory technicians, Br. Med. J. 4 (1975) 329–332.

[120] E.F. Heineman, J.H. Olsen, L.M. Pottern, M. Gomez, E. Raffn, A. Blair, Occupational risk factors for multiple myeloma among Danish men, Cancer Causes Control 3 (1992) 555–568.

[121] T. Liebling, K.D. Rosenman, H. Pastides, R.G. Griffith, S. Lemeshow, Cancer mortality among workers exposed to formaldehyde, Am. J. Ind. Med. 5 (1984) 423–428.

[122] G.M. Marsh, Proportional mortality patterns among chemical plant workers exposed to formaldehyde, Br. J. Ind. Med. 39 (1982) 313–322.

[123] G.M. Marsh, R.A. Stone, N.A. Esmen, V.L. Henderson, K.Y. Lee, Mortality among chemical workers in a factory where formaldehyde was used, Occup. Environ. Med. 53 (1996) 613–627.

[124] L.M. Pottern, E.F. Heineman, J.H. Olsen, E. Raffn, A. Blair, Multiple myeloma among Danish women: employment history and workplace exposures, Cancer Causes Control 3 (1992) 427–432.

[125] L. Stayner, A.B. Smith, G. Reeve, L. Blade, L. Elliott, R. Keenlyside, W. Halperin, Proportionate mortality study of workers in the garment industry exposed to formaldehyde, Am. J. Ind. Med. 7 (1985) 229–240.

[126] S.D. Stellman, P.A. Demers, D. Colin, P. Boffetta, Cancer mortality and wood dust exposure among participants in the American Cancer Society Cancer Prevention Study-II (CPS-II), Am. J. Ind. Med. 34 (1998) 229–237.

[127] F.B. Stern, J.J. Beaumont, W.E. Halperin, L.I. Murthy, B.W. Hills, J.M. Fajen, Mortality of chrome leather tannery workers and chemical exposures in tanneries, Scand. J. Work Environ. Health 13 (1987) 108–117.

[128] R.A. Stone, A.O. Youk, G.M. Marsh, J.M. Buchanich, T.J. Smith, Historical cohort study of U.S. man-made vitreous fiber production workers IX: summary of 1992 mortality follow up and analysis of respiratory system cancer among female workers, J. Occup. Environ. Med. 46 (2004) 55–67.

[129] O. Wong, An Epidemiologic Mortality Study of a Cohort of Chemical Workers Potentially Exposed to Formaldehyde, with a Discussion on SMR and PMR, Hemisphere Publishing, New York, 1983.

[130] R. DerSimonian, N. Laird, Meta-analysis in clinical trials, Control. Clin. Trials 7 (1986) 177–188.

[131] D. Pettiti, Meta-analysis, Decision analysis, and Cost Effectiveness Analysis, Oxford University Press, New York, 1994.

[132] C. Poole, S. Greenland, Random-effects meta-analyses are not always conservative, Am. J. Epidemiol. 150 (1999) 469–475.

[133] R.E. Shore, M.J. Gardner, B. Pannett, Ethylene oxide: an assessment of the epidemiological evidence on carcinogenicity, Br. J. Ind. Med. 50 (1993) 971–997.

[134] R. Bhatia, P. Lopipero, A.H. Smith, Diesel exhaust exposure and lung cancer, Epidemiology 9 (1998) 84–91.

[135] M.S. Setia, C. Steinmaus, C.S. Ho, G.W. Rutherford, The role of BCG in prevention of leprosy: a meta-analysis, Lancet Infect. Dis. 6 (2006) 162–170.

[136] C.M. Steinmaus, S. Nunez, A.H. Smith, Diet and bladder cancer: a meta-analysis of six dietary variables, Am. J. Epidemiol. 151 (2000) 693–702.

[137] H. Zhuo, A.H. Smith, C. Steinmaus, Selenium and lung cancer: a quantitative analysis of heterogeneity in the current epidemiological literature, Cancer Epidemiol. Biomarkers Prev. 13 (2004) 771–778.

[138] C.B. Begg, M. Mazumdar, Operating characteristics of a rank correlation test for publication bias, Biometrics 50 (1994) 1088–1101.

[139] M. Egger, G. Davey Smith, M. Schneider, C. Minder, Bias in meta-analysis detected by a simple, graphical test, BMJ 315 (1997) 629–634.

[140] P.R. Band, N.D. Le, R. Fang, W.J. Threlfall, G. Astrakianakis, J.T. Anderson, A. Keefe, D. Krewski, Cohort mortality study of pulp and paper mill workers in British Columbia, Canada, Am. J. Epidemiol. 146 (1997) 186–194.

[141] A. Linos, R.A. Kyle, W.M. O'Fallon, L.T. Kurland, A case–control study of occupational exposures and leukaemia, Int. J. Epidemiol. 9 (1980) 131–135.

[142] G.M. Matanoski, Risk of Pathologists Exposed to Formaldehyde, National Technical Information Service, Springfield, VA, 1991.

[143] M.G. Ott, M.J. Teta, H.L. Greenberg, Lymphatic and hematopoietic tissue cancer in a chemical manufacturing environment, Am. J. Ind. Med. 16 (1989) 631–643.

[144] N. Rothman, G.L. Li, M. Dosemeci, W.E. Bechtold, G.E. Marti, Y.Z. Wang, M. Linet, L.Q. Xi, W. Lu, M.T. Smith, N. Titenko-Holland, L. Zhang, W. Blot, S.N. Yin, R.B. Hayes, Hematotoxicity among Chinese workers heavily exposed to benzene, Am. J. Ind. Med. 29 (1996) 236–246.

[145] Q. Lan, L. Zhang, G. Li, R. Vermeulen, R.S. Weinberg, M. Dosemeci, S.M. Rappaport, M. Shen, B.P. Alter, Y. Wu, W. Kopp, S. Waidyanatha, C. Rabkin, W. Guo, S. Chanock, R.B. Hayes, M. Linet, S. Kim, S. Yin, N. Rothman, M.T. Smith, Hematotoxicity in workers exposed to low levels of benzene, Science 306 (2004) 1774–1776.

[146] L. Zhang, D.A. Eastmond, M.T. Smith, The nature of chromosomal aberrations detected in humans exposed to benzene, Crit. Rev. Toxicol. 32 (2002) 1–42.

[147] L. Zhang, N. Rothman, G. Li, W. Guo, W. Yang, A.E. Hubbard, R.B. Hayes, S. Yin, W. Lu, M.T. Smith, Aberrations in chromosomes associated with lymphoma and therapy-related leukemia in benzene-exposed workers, Environ. Mol. Mutagen. 48 (2007) 467–474.

[148] L. Zhang, N. Rothman, Y. Wang, R.B. Hayes, G. Li, M. Dosemeci, S. Yin, P. Kolachana, N. Titenko-Holland, M.T. Smith, Increased aneusomy and long arm deletion of chromosomes 5 and 7 in the lymphocytes of Chinese workers exposed to benzene, Carcinogenesis 19 (1998) 1955–1961.

[149] L. Zhang, N. Rothman, Y. Wang, R.B. Hayes, S. Yin, N. Titenko-Holland, M. Dosemeci, Y.Z. Wang, P. Kolachana, W. Lu, L. Xi, G.L. Li, M.T. Smith, Benzene increases aneuploidy in the lymphocytes of exposed workers: a comparison of data obtained by fluorescence in situ hybridization in interphase and metaphase cells, Environ. Mol. Mutagen. 34 (1999) 260–268.

[150] H. Kuo, G. Jian, C. Chen, C. Liu, J. Lai, White blood cell count as an indicator of formaldehyde exposure, Bull. Environ. Contam. Toxicol. 59 (1997) 261–267.

[151] X. Ye, W. Yan, H. Xie, M. Zhao, C. Ying, Cytogenetic analysis of nasal mucosa cells and lymphocytes from high-level long-term formaldehyde exposed workers and low-level short-term exposed waiters, Mutat. Res. 588 (2005) 22–27.

[152] M. Vargova, J. Wagnerova, A. Liskova, J. Jakubovsky, M. Gajdova, E. Stolcova, J. Kubova, J. Tulinska, R. Stenclova, Subacute immunotoxicity study of formaldehyde in male rats, Drug Chem. Toxicol. 16 (1993) 255–275.

[153] G. Iarmarcovai, S. Bonassi, I. Sari-Minodier, M. Baciuchka-Palmaro, A. Botta, T. Orsiere, Exposure to genotoxic agents, host factors, and lifestyle influence the number of centromeric signals in micronuclei: a pooled re-analysis, Mutat. Res. 615 (2007) 18–27.

*L. Zhang et al. / Mutation Research 681 (2009) 150–168*

[154] T. Orsiere, I. Sari-Minodier, G. Iarmarcovai, A. Botta, Genotoxic risk assessment of pathology and anatomy laboratory workers exposed to formaldehyde by use of personal air sampling and analysis of DNA damage in peripheral lymphocytes, Mutat. Res. 605 (2006) 30–41.

[155] L.Q. Yu, S.F. Jiang, S.G. Leng, F.S. He, Y.X. Zheng, Early genetic effects on workers occupationally exposed to formaldehyde, Zhonghua Yu Fang Yi Xue Za Zhi 39 (2005) 392–395.

[156] S. Barker, M. Weinfeld, D. Murray, DNA–protein crosslinks: their induction, repair, and biological consequences, Mutat. Res. 589 (2005) 111–135.

[157] G. Quievryn, A. Zhitkovich, Loss of DNA–protein crosslinks from formaldehyde-exposed cells occurs through spontaneous hydrolysis and an active repair process linked to proteosome function, Carcinogenesis 21 (2000) 1573–1580.

[158] M. Casanova, D.F. Deyo, H.D. Heck, Covalent binding of inhaled formaldehyde to DNA in the nasal mucosa of Fischer 344 rats: analysis of formaldehyde and DNA by high-performance liquid chromatography and provisional pharmacokinetic interpretation, Fundam. Appl. Toxicol. 12 (1989) 397–417.

[159] M. Casanova, K.T. Morgan, W.H. Steinhagen, J.I. Everitt, J.A. Popp, H.D. Heck, Covalent binding of inhaled formaldehyde to DNA in the respiratory tract of rhesus monkeys: pharmacokinetics, rat-to-monkey interspecies scaling, and extrapolation to man, Fundam. Appl. Toxicol. 17 (1991) 409–428.

[160] H. Heck, M. Casanova, Pharmacodynamics of formaldehyde: applications of a model for the arrest of DNA replication by DNA–protein cross-links, Toxicol. Appl. Pharmacol. 160 (1999) 86–100.

[161] E.A. Hubal, P.M. Schlosser, R.B. Conolly, J.S. Kimbell, Comparison of inhaled formaldehyde dosimetry predictions with DNA–protein cross-link measurements in the rat nasal passages, Toxicol. Appl. Pharmacol. 143 (1997) 47–55.

[162] Y. Liu, C.M. Li, Z. Lu, S. Ding, X. Yang, J. Mo, Studies on formation and repair of formaldehyde-damaged DNA by detection of DNA–protein crosslinks and DNA breaks, Front. Biosci. 11 (2006) 991–997.

[163] O. Schmid, G. Speit, Genotoxic effects induced by formaldehyde in human blood and implications for the interpretation of biomonitoring studies, Mutagenesis 22 (2007) 69–74.

[164] J. Shaham, Y. Bomstein, A. Meltzer, Z. Kaufman, E. Palma, J. Ribak, DNA–protein crosslinks, a biomarker of exposure to formaldehyde—in vitro and in vivo studies, Carcinogenesis 17 (1996) 121–125.

[165] O. Merk, G. Speit, Significance of formaldehyde-induced DNA–protein crosslinks for mutagenesis, Environ. Mol. Mutagen. 32 (1998) 260–268.

[166] J.R. Ridpath, A. Nakamura, K. Tano, A.M. Luke, E. Sonoda, H. Arakawa, J.M. Buerstedde, D.A. Gillespie, J.E. Sale, M. Yamazoe, D.K. Bishop, M. Takata, S. Takeda, M. Watanabe, J.A. Swenberg, J. Nakamura, Cells deficient in the FANC/BRCA pathway are hypersensitive to plasma levels of formaldehyde, Cancer Res. 67 (2007) 11117–11122.

[167] M. Casanova, K.T. Morgan, E.A. Gross, O.R. Moss, H.A. Heck, DNA–protein cross-links and cell replication at specific sites in the nose of F344 rats exposed subchronically to formaldehyde, Fundam. Appl. Toxicol. 23 (1994) 525–536.

[168] J. Shaham, Y. Bomstein, R. Gurvich, M. Rashkovsky, Z. Kaufman, DNA–protein crosslinks and p53 protein expression in relation to occupational exposure to formaldehyde, Occup. Environ. Med. 60 (2003) 403–409.

[169] M. Costa, A. Zhitkovich, P. Toniolo, DNA–protein cross-links in welders: molecular implications, Cancer Res. 53 (1993) 460–463.

[170] P.M. O'Connor, B.W. Fox, Isolation and characterization of proteins cross-linked to DNA by the antitumor agent methylene dimethanesulfonate and its hydrolytic product formaldehyde, J. Biol. Chem. 264 (1989) 6391–6397.

[171] G.V. Tolstonog, E. Mothes, R.L. Shoeman, P. Traub, Isolation of SDS-stable complexes of the intermediate filament protein vimentin with repetitive, mobile, nuclear matrix attachment region, and mitochondrial DNA sequence elements from cultured mouse and human fibroblasts, DNA Cell Biol. 20 (2001) 531–554.

[172] F.Y. Wu, Y.J. Lee, D.R. Chen, H.W. Kuo, Association of DNA–protein crosslinks and breast cancer, Mutat. Res. 501 (2002) 69–78.

[173] L.V. Kitaeva, E.M. Kitaev, M.N. Pimenova, The cytopathic and cytogenetic sequelae of chronic inhalational exposure to formaldehyde on female germ cells and bone marrow cells in rats, Tsitologiia 32 (1990) 1212–1216.

[174] X.Y. Tao, S.Y. Yu, L. Kang, H.X. Huang, A.Y. Wei, Study on the genetic damage in mice induced by the volatile organic compounds of decoration materials, Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi 22 (2004) 194–196.

[175] M. Hagiwara, E. Watanabe, J.C. Barrett, T. Tsutsui, Assessment of genotoxicity of 14 chemical agents used in dental practice: ability to induce chromosome aberrations in Syrian hamster embryo cells, Mutat. Res. 603 (2006) 111–120.

[176] L.V. Kitaeva, E.A. Mikheeva, L.F. Shelomova, P. Shvartsman, Genotoxic effect of formaldehyde in somatic human cells in vivo, Genetika 32 (1996) 1287–1290.

[177] J.R. Lazutka, R. Lekevicius, V. Dedonyte, L. Maciuleviciute-Gervers, J. Mierauskiene, S. Rudaitiene, G. Slapsyte, Chromosomal aberrations and sister-chromatid exchanges in Lithuanian populations: effects of occupational and environmental exposures, Mutat. Res. 445 (1999) 225–239.

[178] H. Vozenilkova, M. Tmejova, V. Srb, E. Kubzova, P. Rossner, H. Pohlova, Z. Zudova, J. Polak, V. Chylkova, M. Turkova, et al., Environmental monitoring and biological monitoring of young people exposed to nonoccupational levels of formaldehyde, toluene and other hydrocarbons, Sb Ved Pr Lek Fak Karlovy Univerzity Hradci Kralove (Suppl. 34) (1991) 407–476.

[179] A.N. Chebotarev, N.V. Titenko, T.G. Selezneva, V.N. Fomenko, L.M. Katosova, Comparison of chromosome aberrations, sister chromatid exchanges and unscheduled DNA synthesis in the evaluation of the mutagenicity of environmental factors, Tsitol. Genet. 20 (1986) 109–115.

[180] J.L. He, L.F. Jin, H.Y. Jin, Detection of cytogenetic effects in peripheral lymphocytes of students exposed to formaldehyde with cytokinesis-blocked micronucleus assay, Biomed. Environ. Sci. 11 (1998) 87–92.

[181] M. Bauchinger, E. Schmid, Cytogenetic effects in lymphocytes of formaldehyde workers of a paper factory, Mutat. Res. 158 (1985) 195–199.

[182] J. Shaham, R. Gurvich, Z. Kaufman, Sister chromatid exchange in pathology staff occupationally exposed to formaldehyde, Mutat. Res. 514 (2002) 115–123.

[183] A. Suruda, P. Schulte, M. Boeniger, R.B. Hayes, G.K. Livingston, K. Steenland, P. Stewart, R. Herrick, D. Douthit, M.A. Fingerhut, Cytogenetic effects of formaldehyde exposure in students of mortuary science, Cancer Epidemiol. Biomarkers Prev. 2 (1993) 453–460.

[184] S. Bonassi, L. Hagmar, U. Stromberg, A.H. Montagud, H. Tinnerberg, A. Forni, P. Heikkila, S. Wanders, P. Wilhardt, I.L. Hansteen, L.E. Knudsen, H. Norppa, Chromosomal aberrations in lymphocytes predict human cancer independently of exposure to carcinogens. European Study Group on Cytogenetic Biomarkers and Health, Cancer Res. 60 (2000) 1619–1625.

[185] L. Hagmar, S. Bonassi, U. Stromberg, A. Brogger, L.E. Knudsen, H. Norppa, C. Reuterwall, Chromosomal aberrations in lymphocytes predict human cancer: a report from the European Study Group on Cytogenetic Biomarkers and Health (ESCH), Cancer Res. 58 (1998) 4117–4121.

[186] S. Bonassi, A. Znaor, M. Ceppi, C. Lando, W.P. Chang, N. Holland, M. Kirsch-Volders, E. Zeiger, S. Ban, R. Barale, M.P. Bigatti, C. Bolognesi, A. Cebulska-Wasilewska, E. Fabianova, A. Fucic, L. Hagmar, G. Joksic, A. Martelli, L. Migliore, E. Mirkova, M.R. Scarfi, A. Zijno, H. Norppa, M. Fenech, An increased micronucleus frequency in peripheral blood lymphocytes predicts the risk of cancer in humans, Carcinogenesis 28 (2007) 625–631.

[187] S. Bonassi, A. Abbondandolo, L. Camurri, L. Dal Pra, M. De Ferrari, F. Degrassi, A. Forni, L. Lamberti, C. Lando, P. Padovani, et al., Are chromosome aberrations in circulating lymphocytes predictive of future cancer onset in humans? Preliminary results of an Italian cohort study, Cancer Genet. Cytogenet. 79 (1995) 133–135.

[188] L. Gunn, M. Forrest, L. Zhang, N.T. Holland, M.T. Smith, Biomarkers of early effect in the study of cancer risk, in: S. Wilson, W. Suk (Eds.), Biomarkers of Environmentally Associated Diseases, CRC Press, 2002, pp. 319–334.

[189] D. Barnett, G. Janossy, A. Lubenko, E. Matutes, A. Newland, J.T. Reilly, Guideline for the flow cytometric enumeration of CD34+ haematopoietic stem cells. Prepared by the CD34+ haematopoietic stem cell working party. General Haematology Task Force of the British Committee for Standards in Haematology, Clin. Lab. Haematol. 21 (1999) 301–308.

[190] E. Passegue, C.H. Jamieson, L.E. Ailles, I.L. Weissman, Normal and leukemic hematopoiesis: are leukemias a stem cell disorder or a reacquisition of stem cell characteristics? Proc. Natl. Acad. Sci. U.S.A. 100 (Suppl. 1) (2003) 11842–11849.

[191] G.R. Lee, Wintrobe's Clinical Hematology, Lippincott, Williams and Wilkins, Philadelphia, 1999, pp. 56–71, 2209–2373.

[192] M.T. Smith, C.F. Skibola, J.M. Allan, G.J. Morgan, Causal models of leukaemia and lymphoma, IARC Sci. Publ. (2004) 373–392.

[193] N.L. Harris, E.S. Jaffe, J. Diebold, G. Flandrin, H.K. Muller-Hermelink, J. Vardiman, T.A. Lister, C.D. Bloomfield, The World Health Organization classification of hematological malignancies report of the Clinical Advisory Committee Meeting, Airlie House, Virginia, November 1997, Mod. Pathol. 13 (2000) 193–207.

[194] E.S. Henderson, T. Andrew Lister, M.F. Greaves (Eds.), Leukemia, Saunders, Philadelphia, 2002.

[195] J. Pedersen-Bjergaard, D.H. Christiansen, F. Desta, M.K. Andersen, Alternative genetic pathways and cooperating genetic abnormalities in the pathogenesis of therapy-related myelodysplasia and acute myeloid leukemia, Leukemia 20 (2006) 1943–1949.

[196] J. Pedersen-Bjergaard, M.K. Andersen, M.T. Andersen, D.H. Christiansen, Genetics of therapy-related myelodysplasia and acute myeloid leukemia, Leukemia 22 (2008) 240–248.

[197] Z. Jagani, R. Khosravi-Far, Cancer stem cells and impaired apoptosis, Adv. Exp. Med. Biol. 615 (2008) 331–344.

[198] C.D. Jude, J.J. Gaudet, N.A. Speck, P. Ernst, Leukemia and hematopoietic stem cells: balancing proliferation and quiescence, Cell Cycle 7 (2008) 586–591.

[199] G.J. Morgan, C.L. Alvares, Benzene and the hemopoietic stem cell, Chem. Biol. Interact. 153/154 (2005) 217–222.

[200] C.A. Felix, C.P. Kolaris, N. Osheroff, Topoisomerase II and the etiology of chromosomal translocations, DNA Repair (Amst.) 5 (2006) 1093–1108.

[201] D. Bryder, D.J. Rossi, I.L. Weissman, Hematopoietic stem cells: the paradigmatic tissue-specific stem cell, Am. J. Pathol. 169 (2006) 338–346.

[202] D.A. Eastmond, Chemical and Radiation Leukemogenesis in Humans and Rodents and the Value of Rodent Models for Assessing Risks of Lymphohematopoietic Cancers, Environmental Protection Agency, EPA/600/R-97/090, Washington, DC, May 1997, available at: http://www.epa.gov/ncea/pdfs/lympho.pdf.

[203] C.H. Fox, F.B. Johnson, J. Whiting, P.P. Roller, Formaldehyde fixation, J. Histochem. Cytochem. 33 (1985) 845–853.

[204] F.J. Walker, Formaldehyde, Reinhold, New York, 1964.

[205] J. Shaham, Y. Bomstein, A. Melzer, J. Ribak, DNA–protein crosslinks and sister chromatid exchanges as biomarkers of exposure to formaldehyde, Int. J. Occup. Environ. Health 3 (1997) 95–104.

[206] W. Murrell, F. Feron, A. Wetzig, N. Cameron, K. Splatt, B. Bellette, J. Bianco, C. Perry, G. Lee, A. Mackay-Sim, Multipotent stem cells from adult olfactory mucosa, Dev. Dyn. 233 (2005) 496–515.

[207] A. Pessina, I. Malerba, L. Gribaldo, Hematotoxicity testing by cell clonogenic assay in drug development and preclinical trials, Curr. Pharm. Des. 11 (2005) 1055–1065.

*L. Zhang et al. / Mutation Research 681 (2009) 150–168*

[208] S.K. Brown, Volatile organic pollutants in new and established buildings in Melbourne, Australia, Indoor Air 12 (2002) 55–63.

[209] E.M. Martins, G. Arbilla, G.F. Bauerfeldt, M. de Paula, Atmospheric levels of aldehydes and BTEX and their relationship with vehicular fleet changes in Rio de Janeiro urban area, Chemosphere 67 (2007) 2096–2103.

[210] M.A. Rubio, N. Zamorano, E. Lissi, A. Rojas, L. Gutierrez, D. von Baer, Volatile carbonylic compounds in downtown Santiago, Chile, Chemosphere 62 (2006) 1011–1020.

[211] Z. Xu, X. Pang, Y. Mu, Measurement of carbonyl compounds in Beijing ambient air and rain, Acta Scientiae Circumstantiae 26 (2006) 1948–1954.

[212] K.F. Ho, S.C. Lee, W.Y. Tsai, Carbonyl compounds in the roadside environment of Hong Kong, J. Hazard. Mater. 133 (2006) 24–29.

[213] P.X. Lin, LH. Cheng, X.T. Zhou, Investigation of indoor air formaldehyde content of in the newly decorated houses, J. Environ. Health 22 (2005) 132–133.

[214] P.G. Tan, Y.B. Yu, H.W. Jiang, Z. Liu, Analysis and concentration variability of carbonyl compounds in Qingdao atmosphere, China Environ. Sci. 22 (2002) 445–451.

[215] E.L. Viskari, M. Vartiainen, P. Pasanen, Seasonal and diurnal variation in formaldehyde and acetaldehyde concentrations along a highway in Eastern Finland, Atmos. Environ. 34 (2000) 917–923.

[216] E.B. Bakeas, D.I. Argyris, P.A. Siskos, Carbonyl compounds in the urban environment of Athens, Greece, Chemosphere 52 (2003) 805–813.

[217] M. Possanzini, V. Di Palo, A. Cecinato, Sources and photodecomposition of formaldehyde and acetaldehyde in Rome ambient air, Atmos. Environ. 36 (2002) 3195–3201.

[218] R. Pal, K.H. Kim, Y.J. Hong, E.C. Jeon, The pollution status of atmospheric carbonyls in a highly industrialized area, J. Hazard. Mater. (2007).

[219] K.H. Kim, Y.J. Hong, R. Pal, E.C. Jeon, Y.S. Koo, Y. Sunwoo, Investigation of carbonyl compounds in air from various industrial emission sources, Chemosphere 70 (2008) 807–820.

[220] S.G. Moussaa, M. El-Fadelb, N.A. Saliba, Seasonal, diurnal and nocturnal behaviors of lower carbonyl compounds in the urban environment of Beirut, Lebanon, Atmos. Environ. 40 (2006) 2459–2468.

[221] M.A. Cerqueira, C.A. Pio, P.A. Gomes, J.S. Matos, T.V. Nunes, Volatile organic compounds in rural atmospheres of central Portugal, Sci. Total Environ. 313 (2003) 49–60.

[222] R. Seyfioglu, M. Odabasi, E. Cetin, Wet and dry deposition of formaldehyde in Izmir, Turkey, Sci. Total Environ. 366 (2006) 809–818.

[223] I.D. Williams, D.M. Revitt, R.S. Hamilton, A comparison of carbonyl compound concentrations at urban roadside and indoor sites, Sci. Total Environ. 189/190 (1996) 475–483.

[224] M.F. Mohammed, D. Kang, V.P. Aneja, Volatile organic compounds in some urban locations in United States, Chemosphere 47 (2002) 863–882.

[225] L.G. Anderson, J.A. Lanning, R. Barrell, J. Miyagishima, R.H. Jones, P. Wolfe, Sources and sinks of formaldehyde and acetaldehyde: An analysis of Denver's ambient concentration data, Atmos. Environ. 30 (1996) 2113–2123.

[226] J.M. Harrington, D. Oakes, Mortality study of British pathologists 1974–80, Br. J. Ind. Med. 41 (1984) 188–191.

# EXHIBIT 3

ORIGINAL ARTICLE

# Formaldehyde and Leukemia: An Updated Meta-Analysis and Evaluation of Bias

*Erika Schwilk, MD, MPH, Luoping Zhang, PhD, Martyn T. Smith, PhD, Allan H. Smith, MD, PhD, and Craig Steinmaus, MD, MPH*

**Objective:** Formaldehyde exposures are common, and data linking these exposures to leukemia have been mixed and controversial. The objective of this analysis is to review the current epidemiologic literature on formaldehyde and leukemia. **Methods:** We performed an updated meta-analysis focusing on high-exposure groups and myeloid leukemia and included two large recent studies: one involving >25,000 workers in US formaldehyde industries and the other involving a cohort of >13,000 funeral directors and embalmers. **Results:** Formaldehyde was associated with increased risks of leukemia (relative risk = 1.53; 95% confidence interval = 1.11 to 2.21; P = 0.005; 14 studies), specifically myeloid leukemia (relative risk = 2.47; 95% confidence interval = 1.42 to 4.27; P = 0.001; 4 studies). **Conclusion:** These findings provide evidence of increased myeloid leukemia risk with exposure to formaldehyde.

Millions of people in the United States and worldwide are exposed to formaldehyde in the workplace,[1] and environmental exposures may be even more common. In a recent study, 38% of Federal Emergency Management Agency supplied trailers used after Hurricane Katrina had formaldehyde levels >0.1 ppm,[2] a level over six times higher than the recommended exposure limit of 0.016 ppm.[3]

The International Agency for Research on Cancer has classified formaldehyde as a group 1 human carcinogen based on sufficient evidence in humans that formaldehyde causes both nasopharyngeal cancer and leukemia.[4] Nevertheless, these conclusions have been controversial. For example, some authors have noted that the human epidemiologic evidence on nasopharyngeal cancer is heavily reliant on a cluster of cases from a single US factory.[5,6] And, although a recent meta-analysis by our research group found evidence of an association between formaldehyde and leukemia,[7] other meta-analyses have not reported clear associations.[5,6,8]

There may be several reasons for these discrepant results for leukemia. One is that, in some studies, all subtypes of leukemia may be combined, despite the possibility that not all subtypes may be related to formaldehyde. The second reason is that, in some studies, all cohort members were combined into a single "exposed" group, despite the fact that some cohort members (eg, administrative or management staff) may have had very low or no formaldehyde

exposure. The third issue is the healthy worker effect.[9] This may occur in studies that compare workers with the general population, which contains many people who cannot work because of health conditions including cancer. If true associations exist, failure to account for each of these three factors could drive relative risk (RR) estimates toward 1.0 and could limit the ability of studies and meta-analyses to identify real effects.

This article presents an updated meta-analysis on formaldehyde and leukemia, which includes two large recently published studies not used in our previous meta-analyses. The first new study is a case-control investigation nested in a large cohort of >13,000 US funeral directors and embalmers, occupations with known high formaldehyde exposure.[10] The second is the National Cancer Institute's formaldehyde cohort study that involves >40 years of follow-up and includes >25,000 workers from 10 US formaldehyde-producing or formaldehyde-using plants.[11] Because of their large sizes, these new studies add substantially to the precision with which formaldehyde-leukemia associations can be assessed.

The major goals of this meta-analysis are to summarize the current epidemiologic literature and to explore the impacts of various factors that may affect the interpretation of these data. Several issues are evaluated including 1) the impact of combining workers with high and low exposure; 2) the effect of including subtypes of leukemia that may not be associated with formaldehyde; 3) the potential role of the healthy worker effect; and 4) the possible differences between industry workers and professional workers such as funeral directors and embalmers. This is the first meta-analysis to objectively explore all of these issues and the first to include both of the new large studies mentioned above. Other major tenets of causal inference are also assessed including biologic plausibility, the possibility that elevated RRs in professionals may be because of confounding, and an evaluation of possible dose-response relationships.

## METHODS

Multiple sources including PubMed were searched for all epidemiologic studies on leukemia and formaldehyde exposure or formaldehyde-using industries and occupations. Searches included the keywords formaldehyde, leukemia, lymphohematopoietic, cancer, myeloid, and others. Bibliographies of all articles included in the meta-analysis, all relevant review articles, and previous meta-analyses were also searched. Only data published in peer reviewed scientific journals or edited books were used in our primary analyses. Government reports were excluded but evaluated in sensitivity analyses in which these studies are included.[12,13] Other studies were excluded for the following reasons: 1) RRs or estimates of variance were not provided or could not be estimated[14,15]; 2) study subjects were the same as those used in an another included study[16–21]; 3) there was no clear formaldehyde-exposed group[22,23]; 4) RRs were reported only as standardized proportionate cancer incidence ratios, which can be biased if formaldehyde or a correlated exposure (eg, asbestos and silica) increases the risks of other cancer types.[24] Sensitivity analyses were done to evaluate the impact of these exclusions.

From the Division of Occupational and Environmental Medicine (Dr Schwilk, Dr Steinmaus), University of California, San Francisco, Calif; Division of Environmental Health Sciences (Dr Zhang, Dr Smith, Dr Smith, Dr Steinmaus), School of Public Health, University of California, Berkeley, Calif; and Office of Environmental Health Hazard Assessment (Dr Steinmaus), California Environmental Protection Agency, Oakland, Calif.

Supplemental digital content is available for this article. Direct URL citations appear in the printed text and are provided in the HTML and PDF versions of this article on the journal's Web site (www.joem.org).

Address correspondence to: Craig Steinmaus, MD, MPH, Office of Environmental Health Hazard Assessment, 1515 Clay Street, 16th Floor, Oakland, CA 94612; E-mail: craigs@berkeley.edu.

Copyright © 2010 by American College of Occupational and Environmental Medicine

DOI: 10.1097/JOM.0b013e3181ef7e31

Copyright © American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited.

JOEM • Volume 52, Number 9, September 2010
*Formaldehyde and Leukemia: An Updated Meta-Analysis*

Searches included both case-control and cohort studies, although only three case-control studies met our initial inclusion criteria.[10,25,26] The case-control study by Hauptmann et al[10] was included in the meta-analysis because it was nested in a large cohort of US embalmers. Another nested case-control study, Partanen et al,[26] was excluded because exposure was assessed much differently in cases (personal interviews and company records) than in controls (only company records). This left only the population-based case-control study by Blair et al,[25] which had only one myeloid leukemia case in the high-exposure group. This study was excluded from our main analyses because significant formaldehyde exposure is much less likely in population-based studies than in studies that take place in cohorts of highly exposed workers. Nevertheless, a sensitivity analysis was done to assess the impact of this exclusion.

Several publications reported results on the same cohort. In these instances, only the most recent publication was included, unless 1) only the less recent publication reported data specifically on myeloid leukemia or 2) only the less recent study reported data for a highly exposed group (defined later). We focused on myeloid leukemia because previous evidence suggests that associations with formaldehyde may be strongest for this subtype.[2] If data were given for myeloid leukemia, those data were used. Otherwise, RRs for all leukemia subtypes combined were used in the main analysis. If formaldehyde is associated with a particular subtype of leukemia (eg, myeloid), but not other subtypes, combining all subtypes together could bias summary RRs toward the null. Because of this, a separate analysis was done that only included data on myeloid leukemia. And, to evaluate the magnitude of the potential bias caused by including unrelated leukemia subtypes, the myeloid-only analysis was compared with a separate analysis that included only RRs in which all leukemia subtypes were combined.

The major goal of this meta-analysis was to evaluate whether formaldehyde is associated with leukemia and not to define exact dose-response relationships or to evaluate risks in people with low exposures. The simple type of cause and effect relationship we sought to evaluate is best assessed in groups with high exposures. This is because, if a true relationship exists, RRs are likely to be higher in groups with high exposure than in groups with low exposure. All else being equal, higher RRs have greater statistical power than lower RRs (ie, those just >1.0). In addition, higher RRs are less likely to be solely because of confounding or other bias.[27–29] Because of these factors, when studies provided RR estimates for different levels of exposure (eg, low, medium, and high), the RR for the highest level was used in the main meta-analysis. Nevertheless, in addition, a separate analysis was also done in which we evaluated each study for evidence of dose-response relationships.

Several studies did not specifically report data on highly exposed workers but only provided RRs for their entire cohort as a whole. Nevertheless, several of these cohorts included workers with high exposure (eg, >0.75 ppm, the permissible exposure limit [PEL]) and workers with low or no exposure. If a true association exists, including workers with very low or no exposure in the exposed group can dilute RR estimates toward 1.0. To evaluate this issue, we performed a subgroup meta-analysis that only included studies reporting RRs in highly exposed groups. For this analysis, high exposure was defined as an average or peak exposure above the PEL (0.75 ppm) or short-term exposure limit (STEL; 2 ppm), respectively; an exposure duration of ≥10 years; or work in a formaldehyde-producing facility before 1961. For comparison, we also performed an analysis that only included studies in which the exposed group included all cohort members, regardless of whether their exposures were high, low, or none.

In many of the studies included in this meta-analysis, different types of exposure metrics were used. For example, Hauptmann et al[10] reported separate RRs for peak exposure, average intensity, cumulative exposure, and duration. Other studies only gave data for one metric. In observational epidemiology, it is uncommon for all, or even most, studies on a given topic to report data using the exact same exposure metric. As a consequence, meta-analyses of epidemiologic data frequently combine RRs based on different metrics and different exposure categorizations. Our meta-analysis is no different. When RRs for different exposure metrics were given, we selected one in the following order: peak exposure, average intensity, cumulative exposure, exposure duration, and earlier date of hire. Peak exposure was chosen first *a priori* because metrics such as average intensity and cumulative exposure may be less accurate measures of true exposure if workers with very high exposure also have long intervening periods with little or no exposure.[30,31]

Microsoft Excel 2008 for Mac version 12.2.3 and STATA version 8.0 (College Station, TX) were used for all calculations. Summary RR estimates were calculated using both the fixed effects inverse variance weighting method[32] and the random effects method.[33] Heterogeneity was evaluated using the general variance-based method.[34] If heterogeneity is present, the random effects model incorporates between-study variation into the summary variance estimate and confidence intervals (CIs). Some authors have suggested that the random effects model may be more conservative.[34] Nevertheless, unlike the fixed effects model, where weights are directly proportional to study precision, the random effects model weights are based on a highly complex and nonintuitive mix of study precision, RR, and meta-analysis size (ie, the number of studies included).[33] As a consequence, this model assigns greater weight to smaller studies than the fixed effects model and, therefore, may actually be less conservative.[35] To avoid this problem, we used the method presented by Shore et al[36] and used in several subsequent meta-analyses.[37–41] In this method, the summary RR estimate is calculated by directly weighing individual studies by their precision, whereas between-study heterogeneity is only incorporated into the summary RR's variance (ie, the 95% CI).

Occupational studies reporting standardized mortality ratios (SMRs) can be biased by the healthy worker effect.[9] To objectively evaluate the impact of this, separate analyses were performed, in which SMRs were adjusted for this potential bias using the SMRs for all-cause mortality (or all-cancer mortality when all-cause data were not available) and the methods described by Miettinen and Wang[42] and Smith et al.[43] All-cancer mortality was not selected first because formaldehyde or some other possibly correlated exposure (eg, silica and asbestos) may increase the risks of some cancers and mask an otherwise true healthy worker effect.

In Hauptmann et al,[10] RRs were provided using two different comparison groups: those who conducted <500 embalmings and those who conducted no embalmings.[10] The former was chosen because the later included very few subjects and led to unstable RR estimates. This resulted in a more conservative estimate because the RR using the latter group was higher (RR = 2.9 vs 13.0). Funnel plots and Egger's and Begg's tests were used to evaluate publication bias.[44,45] Missing CIs in cohort studies were calculated using Byar's approximation.[46] All *P* values are one-sided (unless otherwise reported) given our clear *a priori* hypothesis that formaldehyde increases, not decreases, leukemia risk.

## RESULTS

Table 1 shows the results and weights of the studies used in this meta-analysis. In total, 13 cohort studies and 1 nested case-control study were included. Six studies were from professional groups, and eight studies were from industry groups. No study received >20% of the weight in the fixed effects model.

Table 2 summarizes the results of the meta-analysis. The summary RR for all studies combined was 1.53 (95% CI = 1.11 to 2.11; *P* = 0.005; Fig. 1). Summary RRs in industry workers and

© 2010 American College of Occupational and Environmental Medicine

Copyright © American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited.

*Schwilk et al*                                                JOEM • Volume 52, Number 9, September 2010

**TABLE 1.** Description of Studies in the Current Meta-Analysis

| Author | RR | 95% CI | %W | Type | N | Location | Outcome (ICD) | Exposure Category |
|---|---|---|---|---|---|---|---|---|
| Andjelkovich et al[51] | 0.43 | 0.05–1.57 | 2.2 | Coh/SMR | 2 | Iron foundry | Leukemia 204–7 | Exposed |
| Beane Freeman et al[11] | 1.78 | 0.87–3.64 | 12.8 | Coh/RR | 19 | 10 US formaldehyde industries | Myeloid 205 | Peak 4+ ppm |
| Coggon et al[49] | 0.71 | 0.31–1.39 | 11.7 | Coh/SMR | 8 | 6 United Kingdom chemical plants | Leukemia 204–8 | Average 2+ ppm |
| Dell and Teta[47] | 2.65 | 1.15–5.24 | 11.4 | Coh/SMR | 8 | Plastics manufacturing | Leukemia | R and D workers |
| Hall et al[69] | 1.52 | 0.41–3.89 | 5.2 | Coh/SMR | 4 | United Kingdom pathologists (1974–1987) | Leukemia | Total cohort |
| Harrington and Shannon[50] | 0.63 | 0.01–3.48 | 0.8 | Coh/SMR | 1 | United Kingdom pathologists/laboratory technicians (1955–1973) | Leukemia 204–7 | Pathologists |
| Harrington and Shannon[50] | 0.45 | 0.01–2.53 | 0.9 | Coh/SMR | 1 | United Kingdom pathologists/laboratory technicians (1955–1973) | Leukemia 204–7 | Laboratory technicians |
| Hauptmann et al[10] | 2.90 | 0.90–9.50 | 4.7 | NCC | 11 | US embalmers and funeral directors | Myeloid 205 | Peak 9.3+ ppm |
| Levine et al[70] | 1.60 | 0.43–4.10 | 5.2 | Coh/SMR | 4 | Ontario undertakers | Leukemia 204–7 | Total cohort |
| Pinkerton et al[71] | 2.19 | 0.94–4.32 | 11.3 | Coh/SMR | 8 | US garment facilities | Myeloid 205 | Duration 10+ yr |
| Stellman et al[52] | 0.96 | 0.54–1.71 | 19.7 | Coh/RR | 12 | ACS US population cohort | Leukemia | Exposed |
| Stern et al[72] | 1.70 | 0.63–3.73 | 8.3 | Coh/SMR | 6 | Tannery workers | Leukemia 204 | Duration 10+ yr |
| Stroup et al[48] | 8.80 | 1.80–25.50 | 3.7 | Coh/SMR | 3 | US anatomists | Myeloid* | Total cohort |
| Wong[73] | 1.35 | 0.15–4.87 | 2.2 | Coh/SMR | 2 | Formaldehyde chemical plant | Leukemia 204–7 | Employed before 1961 |

*Chronic myeloid leukemia only (data not given for acute myeloid leukemia) for year in which specific reference subtype data were available (1969–1979).

ACS, American Cancer Society Cancer Prevention Study II; Coh, cohort study; N, number of exposed cases; NCC, nested case-control study; R and D, research and development; %W, percent weight given in the fixed effects model.

**TABLE 2.** Results of Meta-Analysis of Formaldehyde and Leukemia

| | | | Fixed Effects | | Shore-Adjusted 95% CI | Random Effects | | Heterogeneity | |
|---|---|---|---|---|---|---|---|---|---|
| | Studies | Cases* | RR | 95% CI | | RR | 95% CI | $\chi^2$ | P |
| All studies | 14 | 89 | 1.53 | 1.18–1.98 | 1.11–2.11 | 1.58 | 1.12–2.24 | 20.66 | 0.08 |
| Leukemia type | | | | | | | | | |
| Myeloid only | 4 | 41 | 2.47 | 1.57–3.86 | 1.42–4.27 | 2.64 | 1.49–4.69 | 4.50 | 0.21 |
| All leukemias combined† | 16 | 193 | 1.42 | 1.21–1.67 | — | — | — | 11.42 | 0.72 |
| High exposure vs all exposed | | | | | | | | | |
| High exposure | 6 | 54 | 1.55 | 1.08–2.22 | 1.04–2.31 | 1.57 | 1.04–2.36 | 6.24 | 0.28 |
| All exposed‡ | 16 | 185 | 1.07 | 0.90–1.26 | 0.86–1.32 | 1.16 | 0.90–1.51 | 24.93 | 0.05 |
| Healthy worker effect adjusted | | | | | | | | | |
| All studies | 14 | 89 | 1.72 | 1.34–2.21 | 1.18–2.51 | 1.86 | 1.23–2.82 | 29.67 | 0.01 |
| Myeloid only | 4 | 41 | 2.77 | 1.79–4.30 | 1.39–5.52 | 3.21 | 1.55–6.67 | 7.41 | 0.06 |
| Sensitivity analyses | | | | | | | | | |
| Exclude Dell and Teta[47] | 13 | 81 | 1.42 | 1.08–1.87 | 1.02–1.99 | 1.49 | 1.03–2.14 | 18.38 | 0.10 |
| Add excluded studies§ | 18 | 124 | 1.45 | 1.18–1.78 | 1.15–1.83 | 1.41 | 1.08–1.84 | 21.87 | 0.19 |
| Add Blair et al[25] | 15 | 90 | 1.51 | 1.17–1.95 | 1.10–2.06 | 1.56 | 1.11–2.19 | 21.26 | 0.10 |
| Professional workers | 6 | 24 | 2.27 | 1.29–3.99 | 1.15–4.45 | 2.21 | 1.09–4.49 | 7.08 | 0.21 |
| Industry workers | 8 | 65 | 1.38 | 1.04–1.84 | 0.96–1.99 | 1.39 | 0.95–2.04 | 11.25 | 0.13 |
| Industry: high exposure | 5 | 43 | 1.45 | 1.00–2.12 | 0.95–2.22 | 1.45 | 0.94–2.24 | 5.05 | 0.28 |

*Number of exposed cases.

†Hauptmann et al[10] was replaced with Hayes et al,[19] Walrath and Fraumeni,[20] and Walrath and Fraumeni[21] in this analysis because Hauptmann et al did not provide data for all leukemias combined.

‡Includes RRs for all exposure categories combined for each study. Stern et al[72] provided separate data for two tanneries and Dell and Teta[47] provided separate data for salary vs hourly workers.

§Adds the four studies in Bachand et al[6] that were not included in our meta-analysis.

‖Unadjusted data for AML and CML combined were used because adjusted data for both combined were not provided.

$\chi^2$, $\chi^2$ test statistic.

professional workers were 1.38 (95% CI = 0.96 to 1.99; $P = 0.04$) and 2.27 (95% CI = 1.15 to 4.45; $P = 0.009$), respectively. The summary RR of the four studies on myeloid leukemia was 2.47 (95% CI = 1.42 to 4.27; $P = 0.001$). In contrast, in the analysis using only data in which all leukemia subtypes are combined, the

summary RR was lower (RR = 1.42; 95% CI = 1.21 to 1.67; $P < 0.001$). In analyses comparing myeloid and lymphatic subtypes using studies and exposure categories where data on both were provided, the summary RR was elevated for myeloid leukemia (RR = 1.55, $P < 0.001$) but not for lymphatic leukemia (RR =

© 2010 American College of Occupational and Environmental Medicine

Copyright © American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited.



FIGURE 1. Forrest plot of studies used in the meta-analysis of formaldehyde and leukemia.



FIGURE 2. Funnel plot of the log odds ratio (logor) versus the standard error (SE) of the log odds ratio of the studies used in the meta-analysis.

0.95, $P = 0.42$; data and methods provided in Supplemental Table 1, http://links.lww.com/JOM/A39).

The RR for the six studies that provided data on a high-exposure group was 1.55 (95% CI = 1.04 to 2.31; $P = 0.016$). In the analysis in which all cohort members are combined into one exposed group (regardless of whether their exposures are high, medium, or low), the summary RR is close to 1.0 (RR = 1.07; 95% CI = 0.86 to 1.32). Adjusting for the healthy worker effect increased the summary RR for all studies and for myeloid studies to 1.72 (95% CI = 1.18 to 2.51) and 2.77 (95% CI = 1.39 to 5.52), respectively.

Sensitivity analyses were conducted to determine the impacts of excluding certain studies. Excluding the Dell and Teta[47] data on research and development workers decreased the summary RR from 1.53 to 1.42 ($P = 0.02$). Excluding the study with the highest RR, Stroup et al,[48] lowered the summary RR slightly, from 1.53 to 1.43 (95% CI = 1.08 to 1.89; data not shown). Neither the Stroup et al nor Dell and Teta studies were included in the high-exposure or myeloid analyses. Including all four studies used in the recent meta-analysis by Bachand et al[6] but excluded here lowered the summary RR from 1.53 to 1.45 ($P = 0.001$).[12,13,25,26]

The funnel plot showed no evidence of asymmetry consistent with publication bias (Fig. 2). Egger's (Kendall's score = −7; $P = 0.74$) and Begg's (bias coefficient = 0.04; $P = 0.96$) tests also showed no evidence of publication bias.

Because dose-response relationships can be an important element of assessing causal inference, we evaluated whether these relationships were present in the individual studies included in this meta-analysis. Table 3 shows the RRs by exposure category for each study that presented dose-response data. In every study except for Coggon et al,[49] there is some evidence that RRs increase as the potential exposure increases. Wong et al had few leukemia cases, although evidence of dose response was seen for all lymphatic and hematopoietic cancers combined.

## DISCUSSION

The increased summary RRs of 1.53 ($P = 0.005$) and 2.47 ($P = 0.001$), respectively, provide evidence that formaldehyde is associated with leukemia, specifically myeloid leukemia. The low $P$ values show that these findings are unlikely due to chance. Given the major differences across studies in design, populations, leuke-

© 2010 American College of Occupational and Environmental Medicine

Copyright © American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited.

**TABLE 3.** Evaluation of Dose-Response Relationships in Studies of Leukemia and High Exposure to Formaldehyde

| Study | Results by Exposure Category | | | | P Trend* | Dose Response† |
|---|---|---|---|---|---|---|
| Coggon et al, 2003[49] | | | | | | |
|   Average exposure (ppm) | Total cohort | >2 ppm | | | | |
|   N | 31 | 8 | | | | |
|   SMR | 0.91 | 0.71 | | | | No |
|   95% CI | 0.62–1.29 | 0.31–1.39 | | | | |
| Beane Freeman et al, 2009[11] | | | | | | |
|   Peak exposure (ppm) | 0 | 0.1–1.9 | 2.0–3.9 | ≥4 | | |
|   N | 4 | 14 | 11 | 19 | | |
|   RR | 0.82 | 1.00 | 1.30 | 1.78 | 0.035 | Yes |
|   95% CI | 0.25–2.67 | Reference | 0.58–2.92 | 0.87–3.64 | | |
| Hauptmann et al, 2009[10] | | | | | | |
|   Peak exposure (ppm) | Reference | ≤7.0 | >7.0–9.3 | >9.3 | | |
|   N | 5 | 9 | 9 | 11 | | |
|   RR | 1.0 | 2.9 | 2.0 | 2.9 | 0.018 | Yes |
|   95% CI | Reference | 0.9–9.8 | 0.6–6.6 | 0.9–9.5 | | |
| Pinkerton et al, 2004[71] | | | | | | |
|   Duration exposed (yr) | <3 | 3–9 | ≥10 | | | |
|   N | 3 | 4 | 8 | | | |
|   SMR | 0.83 | 1.26 | 2.19 | | | Yes |
|   95% CI | 0.17–2.43 | 0.34–3.23 | 0.94–4.32 | | | |
| Stern et al, 1987[72] | | | | | | |
|   Duration employed (yr) | <1 | 1–9 | ≥10 | | | |
|   N | 2 | 2 | 6 | | | |
|   SMR | 0.45 | 1.00 | 1.70 | | | Yes |
|   95% CI | 0.05–1.68 | 0.11–3.61 | 0.63–3.73 | | | |
| Wong, 1983‡[73] | | | | | | |
|   Year of hire | After 1960 | Before 1961 | | | | |
|   N | 0 | 2 | | | | |
|   SMR | 0 | 1.35 | | | | —‡ |
|   95% CI | 0–NA | 0.15–4.87 | | | | |

*One-sided P values. P trends were only provided in these two studies.

†Classified as "Yes" if some evidence of a dose-response relationship was present.

‡In Wong,[73] there were no leukemia cases after 1960, although the expected number was low. SMRs for all lymphatic and hematopoietic cancers by length of employment (<5, 5–9, 10–14, 15–19, 20+ yr) were 0.77, 1.53, 1.64, 1.75, and 2.10, respectively (data by length of employment was not provided for leukemia alone).

N, number of exposed cases.

mia classifications, time periods, and exposure scenarios, some heterogeneity in results are expected. Nevertheless, the relatively low heterogeneity statistics (and the heterogeneity $P > 0.05$) highlight the overall consistency in these data. In the analysis of all studies combined, 9 of the 14 studies (64%) reported RRs >1.0. Three of the four studies with RRs <1.0 involved two or fewer exposed cases each and received little weight (<4%).[50,51] Interestingly, in one of the other remaining two studies, Stellman et al,[52] although formaldehyde exposure outside the wood industry was not associated with leukemia, the combination of work in the wood industry and formaldehyde exposure was associated (RR = 5.79; 95% CI = 1.44 to 23.2).[52] Five of the six studies (83%) reporting data on high-exposure groups had RRs of 1.7 or higher, and all four of the myeloid leukemia studies (100%) had RRs >1.0. Most of the high-exposure studies showed evidence of a dose-response relationship (Table 3).

Summary RRs were elevated in high-exposure studies (RR = 1.55, $P = 0.02$) but were ~1.0 when subjects with high and low exposure were combined into a single exposed group (RR = 1.07, $P = 0.28$). This difference shows the diluting effect that can occur when people with relatively low or no formaldehyde exposure

are included in exposed groups. The lower summary RR for lymphatic leukemia (RR = 0.95) when compared with myeloid leukemia (see Supplemental Table 1, http://links.lww.com/JOM/A39) highlights the additional diluting effect that can occur when related and unrelated leukemia subtypes are combined.

This meta-analysis included two recently published large studies. Beane Freeman et al[11] involved 25,619 workers in 10 US formaldehyde-producing or formaldehyde-using plants employed before 1966. Vital status (13,951 deaths) was assessed through 2004 using the National Death Index Plus and other sources, with a median follow-up of 42 years. Exposure for each job held by each worker was evaluated through 1980 using expert assessments involving job titles, tasks, and current and past formaldehyde measurements. For myeloid leukemia, a dose-response trend was seen with increasing peak exposure (Table 3). Similar trends were less clear or not present for average exposure and cumulative exposure, although long intervening periods of low or no exposure can the dilute effects of short-term high exposures when these metrics are used. Myeloid leukemia RRs decreased as the follow-up period increased, which could indicate a relatively short latency

Copyright © American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited.

JOEM • Volume 52, Number 9, September 2010

*Formaldehyde and Leukemia: An Updated Meta-Analysis*

period. The other new study, Hauptmann et al,[10] was a case-control study nested in a large cohort of US funeral workers. Workers were identified through industry associations and licensing boards, and all deaths from lymphohematopoietic malignancies (contributing or underlying) from 1960 to 1986 were collected based on death certificate information from state vital statistics offices. Control subjects (*n* = 265) were randomly selected from funeral workers who died of other causes and matched by sex, dates of birth and death, and data source. Structured interviews with next of kin and coworkers were used to collect information on job history, number of embalmings, and workplace ventilation. Exposure estimates were obtained by linking this information to monitoring data from a previous exposure-assessment study. Despite the small number of myeloid leukemia cases (*n* = 34), statistically significant trends were seen with increasing job duration, average exposure (one-sided *P* = 0.029), and peak exposure (Table 3). Trends were seen for cumulative exposure and number of embalmings, but these were not statistically significant. Increased risks were not seen for other cancer types, suggesting no diagnostic bias. According to the authors, exposure to benzene and radiation were likely to be low in this cohort, and adjustment for smoking had little effect on results. Although some exposure misclassification was likely in this study and in Beane Freeman et al, the misclassification was likely nondifferential with a resulting bias toward the null.[53] Overall, both this study and Beane Freeman et al provided new evidence that formaldehyde is associated with leukemia.

In this meta-analysis, as in almost all meta-analyses of observational epidemiologic data, studies using different exposure metrics (eg, peak exposure, average exposure, and duration) and different exposure categorizations were combined. Because exposure was assessed independently of disease in all studies used in this meta-analysis, misclassification of exposure is likely to be nondifferential, and bias from this is likely to be toward the null and not toward a false association.[53] Similarly, nondifferential misclassification of leukemia status or subtype (eg, misdiagnoses or use of different International Classification of Diseases codes) would also likely cause bias toward finding no effect.

Importantly, the priority order used to choose the exposure metric selected from each study was determined *a priori* and was not based on selecting the highest RR from each study. Combining different exposure metrics can impact RR estimates, but the likely direction of the impact would be to reduce the ability to determine true associations. This is because, if formaldehyde does cause leukemia, some exposure metrics are likely to be more strongly associated with leukemia risks than others.[30,31] In this meta-analysis, we may have included some metrics that are less strongly associated or unassociated with leukemia than others. Including less relevant metrics will dilute summary RR estimates toward 1.0. If every study in this meta-analysis had reported data on the same single metric that was most strongly associated with leukemia risk, it is possible that the true RRs in people with high formaldehyde exposure are even greater than the ones reported here.

The recent meta-analysis by Bachand et al[6] did not find evidence of an association between formaldehyde and leukemia (RR = 1.05 for all leukemia and 1.09 for myeloid leukemia). As seen in Table 4, the major difference with the meta-analysis reported here is our emphasis on high-exposure groups and myeloid leukemia. This resulted in our selecting higher RRs than Bachand et al for several studies. For example, for Beane Freeman et al,[11] we used a RR of 1.78 for myeloid leukemia and peak exposures ≥4

**TABLE 4.** Comparison of the Current Meta-analysis With the Meta-analysis of Bachand et al[6]

| Author | Cohort | Current Meta-analysis* | | | | Bachand et al | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Exposed group | Leukemia | RR | N | Exposed group | Leukemia | RR | N |
| Andjelkovich et al, 1995[51] | Iron foundry | Exposed | All | 0.43 | 2 | Same* | Same* | 0.43 | 2 |
| Hall et al, 1991[69] | Pathologists | Total cohort | All | 1.52 | 4 | Same* | Same* | 1.52 | 4 |
| Harrington and Shannon, 1975[50] | Pathologists | Total cohort | All | 0.63 | 1 | Same* | Same* | 0.63 | 1 |
| Harrington and Shannon, 1975[50] | Laboratory technicians | Total cohort | All | 0.45 | 1 | Same* | Same* | 0.45 | 1 |
| Levine et al, 1984[70] | Undertakers | Total cohort | All | 1.60 | 4 | Same* | Same* | 1.60 | 4 |
| Stellman et al, 1988[52] | US population | Exposed | All | 0.96 | 12 | Same* | Same* | 0.96 | 12 |
| Beane Freeman et al, 2009[11] | Formaldehyde industry | Peak 4+ ppm | Myeloid | 1.78 | 19 | All exposed | All | 1.02 | 116 |
| Coggon et al, 2003[49] | Chemical plants | Average 2+ ppm | All | 0.71 | 8 | Total cohort | Same* | 0.91 | 31 |
| Dell and Teta, 1995[47] | Plastics workers | R and D | All | 2.65 | 8 | Not used | | | |
| Hauptmann et al, 2009[10] | Embalmers | Peak 9.3+ ppm | Myeloid | 2.90 | 11 | Not used | | | |
| Pinkerton et al, 2004[71] | Garment workers | Duration 10+ yr | Myeloid | 2.19 | 8 | Total cohort | All | 1.09 | 24 |
| Stern et al, 1987[72] | Tannery workers | Duration 10+ yr | All | 1.70 | 6 | Total cohort | Same* | 0.75† | 10 |
| Stroup et al, 1986[48] | Anatomists | Total cohort | Myeloid‡ | 8.80 | 3 | Same* | All | 1.50 | 10 |
| Wong, 1983[73] | Chemical workers | Employed before 1961 | All | 1.35 | 2 | Total cohort | Same* | 1.18 | 2 |
| Blair et al, 2001§[25] | Iowa and Minnesota | High exposure | Myeloid | 0.68 | 1 | All exposed | All | 0.98 | 64 |
| Partanen et al, 1993[26] | Wood industry | Not used | | | | Same* | Same* | 1.40 | 2 |
| Marsh et al, 2004[17] | Ten US industries | Not used | | | | All exposed | All | 0.79 | 69 |
| Matanoski, 1991[12] | Pathologists | Not used | | | | Total cohort | All | 1.35 | 31 |
| Robinson et al, 1987[13] | Plywood mill | Not used | | | | Total cohort | All | 0.59 | 1 |

*Same data as used in the current meta-analysis.
†Two relative risks were used: 0.77 from Tannery A and 0.75 from Tannery B.
‡Includes only chronic myeloid leukemia (CML). Data for acute myeloid leukemia (AML) were not provided.
§Not used in the main analysis, but included in a sensitivity analysis. Unadjusted data for AML and CML combined were used because adjusted data for both combined were not provided.
*N*, number of exposed cases; R and D, research and development; RR, relative risk.

© 2010 American College of Occupational and Environmental Medicine

Copyright © American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited.

Schwilk et al
JOEM • Volume 52, Number 9, September 2010

ppm, whereas Bachand et al used a RR of 1.02 for all leukemias combined and any formaldehyde exposure. Importantly, this cohort includes some people who were not highly exposed (eg, not above the current PEL or STEL). In fact, average exposure in this study ranged from 0.01 to 4.3 ppm, cumulative exposure ranged from 0.0 to 107.4 ppm-years, and 71% did not have peak exposures >4 ppm. As discussed, combining people with high and low exposure into a single exposure group and including unrelated leukemia subtypes can both mask true associations.

Other data support the biologic plausibility of the findings linking formaldehyde to leukemia, and these are reviewed in greater detail elsewhere.[7] Briefly, several case-control studies and at least one cohort study have identified links between formaldehyde and nasopharyngeal cancer, providing evidence that formaldehyde is a human carcinogen.[54] A variety of animal studies have also shown increases in cancers, although findings are not consistent across all studies.[54] Cell culture experiments and in vivo studies in human cells and experimental animals have shown that formaldehyde is genotoxic and induces both DNA damage and chromosome changes. Some studies have shown that these effects occur in the lymphocytes of exposed people, although the results of these studies are variable.[55–60] Several mechanisms have been proposed for formaldehyde-caused cancer including direct damage to stem cells in the bone marrow, damage to hematopoietic stem/progenitor cells circulating in the peripheral blood, and damage to the primitive pluripotent stem cells in the nasal turbinates or olfactory mucosa.[7] In a recent study, formaldehyde-exposed workers had reduced white blood cell counts, including decreases in all major myeloid cell types, and increases in leukemia-specific chromosome changes in myeloid blood progenitor cells.[61]

In this meta-analysis, the summary RR was higher for professional workers than industry workers, although the findings for industry workers are not negative. That is, the summary RR in highly exposed industry workers is increased (RR = 1.45) and is unlikely due to chance ($P = 0.04$). In addition, as seen in Table 3, each of the industry studies with dose-response data and sufficient statistical power except for one[49] shows evidence of a dose-response relationship.

The lower summary RR in industry workers is mostly related to a single study, Coggon et al,[49] the only industry study with data on a high-exposure group that reported a RR <1.0. Without this study, the summary RR for high-exposure industry workers (RR = 1.85, 1.20 to 2.86, $P = 0.003$) was closer to that of professionals. The reason why the results of the study by Coggon et al differ is unknown. One factor could be this study's use of average intensity as the exposure metric. It is possible that this metric may be less strongly associated with leukemia risk than peak exposure. This would be true if high-intermittent peak exposures overwhelm detoxification mechanisms to a greater extent than more constant, but lower, average exposures. Indices of average exposure may also underestimate truly relevant exposure in workers with high peak exposures but long intervening periods of little or no exposure. High peak exposures (eg, >STEL of 2 ppm) seem to be more common in professionals than in industry workers.[10,62,63] For example, in Hauptmann et al,[10] estimated peak exposures exceeded 7 ppm in ~70% of the control embalmers and funeral directors. In

TABLE 5. Relative Risks for Other Lymphohematopoietic Cancers in Professionals*

| Study | Outcome | RR | 95% CI | N (E) |
|---|---|---|---|---|
| Harrington and Shannon, 1975[50] | Hodgkin lymphoma (laboratory technicians) | 0 | 0–NA | 0 (1.6) |
| Walrath and Fraumeni, 1984[21] | Lymphatic leukemia | 0 | 0–NA | 0 (2.2) |
| Walrath and Fraumeni, 1984[21] | Hodgkin lymphoma | 0 | 0–NA | 0 (2.5) |
| Stroup et al, 1986[48] | Hodgkin lymphoma | 0 | 0.0–2.0 | 0 (1.9) |
| Harrington and Oakes, 1984[16] | Other LHPM (women) | 0 | 0–18.7 | 0 (0.16) |
| Walrath and Fraumeni, 1983[20] | Monocytic leukemia | 0.33 | 0–1.85 | 1 |
| Logue et al, 1986[74] | Other LHPM | 0.48 | NA | NA |
| Harrington and Oakes, 1984[16] | Other LHPM (men) | 0.54 | 0.05–4.29 | 1 |
| Hauptmann et al, 2009[10] | LHPM-Lymphoid | 0.6 | 0.2–1.3 | 15 |
| Walrath and Fraumeni, 1983[20] | Non-specific leukemia | 0.67 | 0.01–3.71 | 1 |
| Stroup et al, 1986[48] | Lymphosarcoma† | 0.7 | 0.1–2.5 | 2 |
| Hayes et al, 1990[19] | Hodgkin lymphoma | 0.72 | 0.15–2.10 | 3 |
| Hayes et al, 1990[19] | Lymphatic leukemia | 0.74 | 0.29–1.53 | 7 |
| Walrath and Fraumeni, 1983[20] | Hodgkin lymphoma | 0.87 | 0.10–3.14 | 2 |
| Walrath and Fraumeni, 1984[21] | Lymphosarcoma† | 0.97 | 0.19–2.83 | 3 |
| Walrath and Fraumeni, 1983[20] | Lymphosarcoma† | 1.08 | 0.35–2.52 | 5 |
| Hall et al, 1991[69] | Hodgkin lymphoma | 1.21 | 0.03–6.71 | 1 |
| Walrath and Fraumeni, 1983[20] | Other lymphatic | 1.23 | 0.45–2.68 | 6 |
| Hayes et al, 1990[19] | Non-Hodgkin lymphoma | 1.26 | 0.87–1.76 | 34 |
| Walrath and Fraumeni, 1984[21] | Other lymphatic | 1.33 | 0.36–3.41 | 4 |
| Hayes et al, 1990[19] | Multiple myeloma | 1.37 | 0.84–2.12 | 20 |
| Harrington and Shannon, 1975[50] | Hodgkin lymphoma (pathologists) | 1.43 | 0.02–7.95 | 1 |
| Walrath and Fraumeni, 1983[20] | Lymphatic leukemia | 1.54 | 0.41–3.94 | 4 |
| Stroup et al, 1986[48] | Other lymphatic | 2.0 | 0.7–4.4 | 6 |
| Hayes et al, 1990[19] | Other leukemia | 2.28 | 1.39–3.52 | 20 |
| Walrath and Fraumeni, 1984[21] | Other leukemia | 2.86 | 0.77–7.32 | 4 |
| Walrath and Fraumeni, 1984[21] | Monocytic leukemia | 6.67 | 0.75–24.1 | 2 |

E, expected number of cases; LHPM, lymphohematopoietic malignancy; N, observed number of cases; NA, not available.
*Includes RRs for all reported types lymphohematopoietic cancers that do not include myeloid leukemia. Levine et al[70] did not report on other subtypes.
†Includes lymphosarcoma and reticulosarcoma (ICD-8 codes 200).

© 2010 American College of Occupational and Environmental Medicine

Copyright © American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited.

contrast, peak exposures exceeding 4 ppm were seen in only 24% of all subjects in the large National Cancer Institute cohort study of formaldehyde industries.[18] Given these data, the higher summary RR seen in professionals compared with industry workers is consistent with the hypothesis that peak exposure is an important metric in determining leukemia risk.

Another reason why the results of the study by Coggon et al are different from other studies may be because that they combined all leukemia subtypes, including leukemias of unspecified cell type (International Classification of Diseases-9 code 208). These unspecified leukemias can account for 25% of all leukemias and were not included in other studies used in our meta-analysis.[64] As discussed, the inclusion of unrelated leukemia subtypes can dilute summary RRs toward 1.0.

There are other possible reasons why summary RRs are lower in industry workers, but these seem unlikely. One possibility is confounding by some other agent (eg, benzene, radiation, or viruses) in professionals. Nevertheless, funeral directors, embalmers, and anatomists are not known to be exposed to benzene or radiation levels associated with >2-fold increased risks of myeloid leukemia.[65,66] In addition, a recent International Agency for Research on Cancer working group concluded that there was little evidence that professionals have more viral infections or that viruses cause myeloid leukemia.[54] Other factors including pesticides, chemotherapy agents, electromagnetic fields, or inherited disorders have also been linked to leukemia[67,68] but are unlikely to be prevalent enough or strongly enough related to formaldehyde exposure to cause substantial confounding.

Another reason why summary RRs are higher in professionals than in industry workers may be a diagnosis bias; that is, myeloid leukemia could be more likely to be diagnosed in professionals who may have higher quality medical care than industry workers.[6] If this were true, it would be expected that RRs for other lymphopoietic cancers would also be increased in professionals. Table 5 shows RRs for all lymphopoietic cancer types not including myeloid leukemia in all the studies of professionals reviewed for this meta-analysis. Most of these RRs are <1.0 (15 of 27) and only three (11%) are >2.0. This suggests that diagnostic bias is unlikely to have caused the summary RR of 2.27 identified for formaldehyde-exposed professionals in this meta-analysis.

In this meta-analysis, excess summary RRs increased by ~25% after adjusting for the healthy worker effect. Although the impact of this bias has been well described for all-cause mortality, its role in cancer mortality is less well documented. To evaluate this, all-cause and all-cancer SMRs were collected from all studies on formaldehyde and lymphohematopoietic cancer reviewed for this meta-analysis (see Supplemental Table 2, http://links.lww.com/JOM/A40). Twenty-nine of the 34 all-cause SMRs (85.3%; average SMR = 0.86) and 26 of 36 all-cancer SMRs (72.2%; average SMR = 0.89) were <1.0. All-cancer SMRs would probably be even lower if occupationally caused cancers, including some lung cancers and some leukemias, were excluded. Overall, the general trend for all-cancer SMRs being <1.0 provides some evidence that the healthy worker effect is affecting cancer rates in many of these studies.

## CONCLUSIONS

In summary, the findings of this meta-analysis suggest that formaldehyde exposure is associated with increased risks of leukemia, particularly myeloid leukemia. These findings also highlight the importance of focusing on high-exposure groups and myeloid leukemia when evaluating the human carcinogenicity of formaldehyde. Although confounding, publication bias, diagnostic bias, or substantial exposure or outcome misclassification cannot be completely ruled out, our evaluations suggest that these biases are unlikely causes of the associations identified. Despite the overall

evidence of an association, some inconsistencies remain, including the RR <1.0 reported in the large Coggon et al[49] study. Future research is needed to explain these inconsistencies and to elucidate the possible mechanisms of formaldehyde carcinogenicity, the role of short-term peak versus long-term average exposures, and the possible impacts of low environmental exposures.

## ACKNOWLEDGMENT

*We thank the support of the Center for Occupational and Environmental Health (COEH), University of California, Berkeley, CA.*

## REFERENCES

1. OSHA. Occupational Safety and Health Administration: Occupational Exposure to Formaldehyde Fact Sheet: US Department of Labor, 1995. Available at: http://www.medgasexperts.com/docs/01-01-1995%20-%20Occupational%20Exposure%20to%20Formaldehyde.htm. Accessed January 4, 2010.
2. Centers for Disease Control and Prevention (CDC). Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, July 2, 2008. Available at: www.cdc.gov/nceh/ehhe/trailer study/pdfs/FEMAFinalReport.pdf. Accessed February 15, 2010.
3. NIOSH. Pocket Guide to Chemical Hazards. Formaldehyde. National Institute for Occupational Safety and Health, 2005. Available at: http://cdc.gov/NIOSH/npg/npgd0293.html. Accessed February 15, 2010.
4. Baan R, Grosse Y, Straif K, et al; WHO International Agency for Research on Cancer Monograph Working Group. A review of human carcinogens—part F: chemical agents and related occupations. *Lancet Oncol.* 2009;10: 1143–1144.
5. Bosetti C, McLaughlin JK, Tarone RE, Pira E, La Vecchia C. Formaldehyde and cancer risk: a quantitative review of cohort studies through 2006. *Ann Oncol.* 2008;19:29–43.
6. Bachand A, Mundt K, Mundt D, Montgomery R. Epidemiological studies of formaldehyde exposure and risk of leukemia and nasopharyngeal cancer: a meta-analysis. *Crit Rev Toxicol.* 2010;40:85–100.
7. Zhang L, Steinmaus C, Eastmond DA, Xin XK, Smith MT. Formaldehyde exposure and leukemia: a new meta-analysis and potential mechanisms. *Mutat Res.* 2009;681:150–168.
8. Collins JJ, Lineker GA. A review and meta-analysis of formaldehyde exposure and leukemia. *Regul Toxicol Pharmacol.* 2004;81:91.
9. Rothman K. *Epidemiology. An Introduction.* New York, NY: Oxford University Press; 2002:97–98.
10. Hauptmann M, Stewart PA, Lubin JH, et al. Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. *J Natl Cancer Inst.* 2009;101:1696–1708.
11. Beane Freeman LE, Blair A, Lubin JH, et al. Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries: the National Cancer Institute Cohort. *J Natl Cancer Inst.* 2009;101:751–761.
12. Matanoski G. *Risk of Pathologists Exposed to Formaldehyde.* Springfield, VA: National Technical Information Service; 1991.
13. Robinson C, Fowler D, Brown D, Lemen R. *Plywood Mill Workers' Mortality Patterns 1945: National Toxicology Information Service.* Cincinnati, OH: National Institute of Occupational Health and Safety; 1977.
14. Edling C, Jarvholm B, Andersson L, Axelson O. Mortality and cancer incidence among workers in an abrasive manufacturing industry. *Br J Ind Med.* 1987;44:57–59.
15. Ott MG, Teta MJ, Greenberg HL. Lymphatic and hematopoietic tissue cancer in a chemical manufacturing environment. *Am J Ind Med.* 1989;16: 631–643.
16. Harrington JM, Oakes D. Mortality study of British pathologists 1974–80. *Br J Ind Med.* 1984;41:188–191.
17. Marsh GM, Youk AO. Reevaluation of mortality risks from leukemia in the formaldehyde cohort study of the National Cancer Institute. *Regul Toxicol Pharmacol.* 2004;40:113–124.
18. Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A. Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries. *J Natl Cancer Inst.* 2003;95:1615–1623.
19. Hayes RB, Blair A, Stewart PA, Herrick RF, Mahar H. Mortality of U.S. embalmers and funeral directors. *Am J Ind Med.* 1990;18:641–652.
20. Walrath J, Fraumeni JF Jr. Mortality patterns among embalmers. *Int J Cancer.* 1983;31:407–411.
21. Walrath J, Fraumeni JF Jr. Cancer and other causes of death among embalmers. *Cancer Res.* 1984;44:4638–4641.

Copyright © American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited.

*Schwilk et al*                                                                 *JOEM* • Volume 52, Number 9, September 2010

22. Linos A, Kyle RA, O'Fallon WM, Kurland LT. A case-control study of occupational exposures and leukaemia. *Int J Epidemiol*. 1980;9:131–135.
23. Band PR, Le ND, Fang R, et al. Cohort mortality study of pulp and paper mill workers in British Columbia, Canada. *Am J Epidemiol*. 1997;146:186–194.
24. Hansen J, Olsen JH. Formaldehyde and cancer morbidity among male employees in Denmark. *Cancer Causes Control*. 1995;6:354–360.
25. Blair A, Zheng T, Linos A, Stewart PA, Zhang YW, Cantor KP. Occupation and leukemia: a population-based case-control study in Iowa and Minnesota. *Am J Ind Med*. 2001;40:3–14.
26. Partanen T, Kauppinen T, Luukkonen R, Hakulinen T, Pukkala E. Malignant lymphomas and leukemias, and exposures in the wood industry: an industry-based case-referent study. *Int Arch Occup Environ Health*. 1993;64:593–596.
27. Greenland S. Causation and causal inference. In: Rothman K, Greenland S, eds. *Modern Epidemiology*. 2nd ed. Philadelphia, PA: Lippincott Raven; 1998:7–28.
28. Schlesselman J. Assessing effects of confounding variables. *Am J Epidemiol*. 1978;108:3–8.
29. Axelson O. Aspects on confounding in occupational health. *Scand J Work Environ Health*. 1978;4:85–89.
30. Lubin JH, Caporaso N, Wichmann HE, Schaffrath-Rosario A, Alavanja MC. Cigarette smoking and lung cancer: modeling effect modification of total exposure and intensity. *Epidemiology*. 2007;18:639–648.
31. Lubin JH, Moore LE, Fraumeni JF Jr, Cantor KP. Respiratory cancer and inhaled inorganic arsenic in copper smelters workers: a linear relationship with cumulative exposure that increases with concentration. *Environ Health Perspect*. 2008;116:1661–1665.
32. Greenland S. Meta-analysis. In: Rothman K, Greenland S, eds. *Modern Epidemiology*. 2nd ed. Philadelphia, PA: Lippincott Raven; 1998:643–673.
33. DerSimonian R, Laird N. Meta-analysis in clinical trials. *Control Clin Trials*. 1986;7:177–188.
34. Petitti D. Statistical Methods in Meta-analysis. In: *Meta-Analysis, Decision Analysis, and Cost-Effectiveness Analysis: Methods for Quantitative Synthesis in Medicine*. New York, NY: Oxford University Press, 1994:94–118.
35. Poole C, Greenland S. Random-effects meta-analyses are not always conservative. *Am J Epidemiol*. 1999;150:469–475.
36. Shore RE, Gardner MJ, Pannett B. Ethylene oxide: an assessment of the epidemiological evidence on carcinogenicity. *Br J Ind Med*. 1993;50:971–997.
37. Bhatia R, Lopipero P, Smith AH. Diesel exhaust exposure and lung cancer. *Epidemiology*. 1998;9:84–91.
38. Zhuo H, Smith AH, Steinmaus C. Selenium and lung cancer: a quantitative analysis of heterogeneity in the current epidemiological literature. *Cancer Epidemiol Biomarkers Prev*. 2004;13:771–778.
39. Steinmaus C, Smith AH, Jones RM, Smith MT. Meta-analysis of benzene exposure and non-Hodgkin lymphoma: biases could mask an important association. *Occup Environ Med*. 2008;65:371–378.
40. Steinmaus CM, Nunez S, Smith AH. Diet and bladder cancer: a meta-analysis of six dietary variables. *Am J Epidemiol*. 2000;151:693–702.
41. Setia MS, Steinmaus C, Ho CS, Rutherford GW. The role of BCG in prevention of leprosy: a meta-analysis. *Lancet Infect Dis*. 2006;6:162–170.
42. Miettinen OS, Wang JD. An alternative to the proportionate mortality ratio. *Am J Epidemiol*. 1981;114:144–148.
43. Smith MT, Jones RM, Smith AH. Benzene exposure and risk of non-Hodgkin lymphoma. *Cancer Epidemiol Biomarkers Prev*. 2007;16:385–391.
44. Begg CB, Mazumdar M. Operating characteristics of a rank correlation test for publication bias. *Biometrics*. 1994;50:1088–1101.
45. Egger M, Davey Smith G, Schneider M, Minder C. Bias in meta-analysis detected by a simple, graphical test. *BMJ*. 1997;315:629–634.
46. Breslow N, Day N. *Statistical Methods in Cancer Research Vol II: The Design and Analysis of Cohort Studies*. Lyon, France: International Agency for Research on Cancer; 1987.
47. Dell L, Teta MJ. Mortality among workers at a plastics manufacturing and research and development facility: 1946–1988. *Am J Ind Med*. 1995;28:373–384.
48. Stroup NE, Blair A, Erikson GE. Brain cancer and other causes of death in anatomists. *J Natl Cancer Inst*. 1986;77:1217–1224.
49. Coggon D, Harris EC, Poole J, Palmer KT. Extended follow-up of a cohort of British chemical workers exposed to formaldehyde. *J Natl Cancer Inst*. 2003;95:1608–1615.
50. Harrington JM, Shannon HS. Mortality study of pathologists and medical laboratory technicians. *BMJ*. 1975;4:329–332.
51. Andjelkovich DA, Janszen DB, Brown MH, Richardson RB, Miller FJ. Mortality of iron foundry workers: IV. Analysis of a subcohort exposed to formaldehyde. *J Occup Environ Med*. 1995;37:826–837.

52. Stellman SD, Demers PA, Colin D, Boffetta P. Cancer mortality and wood dust exposure among participants in the American Cancer Society Cancer Prevention Study-II (CPS-II). *Am J Ind Med*. 1998;34:229–237.
53. Greenland S. Basic methods of sensitivity analysis and external adjustment. In: Rothman K, Greenland S, eds. *Modern Epidemiology*. 2nd ed. Philadelphia, PA: Lippincott Raven; 1998:343–357.
54. Cogliano VJ, Grosse Y, Baan RA, Straif K, Secretan MB, El Ghissassi F. Meeting report: summary of IARC monographs on formaldehyde, 2-butoxyethanol, and 1-tert-butoxy-2-propanol. *Environ Health Perspect*. 2005;113:1205–1208.
55. ATSDR. Toxicological Profile for Formaldehyde. Agency for Toxic Substances and Disease Registry 1999. Available at: http://www.atsdr.cdc.gov/toxprofiles/tp111.pdf. Accessed April 23, 2010.
56. IARC. Formaldehyde, 2-butoxyethanol, and 1-tert-butoxy-2propanol. International Agency for Research on Cancer, 2006. Available at: http://www.who.int/bookorders/anglais/detart1.jsp?sesslan=1&codlan=1&codcol=72&codcch=88. Accessed February 15, 2010.
57. Ye X, Yan W, Xie H, Zhao M, Ying C. Cytogenetic analysis of nasal mucosa cells and lymphocytes from high-level long-term formaldehyde exposed workers and low-level short-term exposed waiters. *Mutat Res*. 2005;588:22–27.
58. Iarmarcovai G, Bonassi S, Sari-Minodier I, Baciuchka-Palmaro M, Botta A, Orsiere T. Exposure to genotoxic agents, host factors, and lifestyle influence the number of centromeric signals in micronuclei: a pooled re-analysis. *Mutat Res*. 2007;615:18–27.
59. Orsiere T, Sari-Minodier I, Iarmarcovai G, Botta A. Genotoxic risk assessment of pathology and anatomy laboratory workers exposed to formaldehyde by use of personal air sampling and analysis of DNA damage in peripheral lymphocytes. *Mutat Res*. 2006;605:30–41.
60. Yu LQ, Jiang SF, Leng SG, He FS, Zheng YX. [Early genetic effects on workers occupationally exposed to formaldehyde]. *Zhonghua Yu Fang Yi Xue Za Zhi*. 2005;39:392–395.
61. Zhang L, Tang X, Rothman N, et al. Occupational exposure to formaldehyde, hematotoxicity, and leukemia-specific chromosome changes in cultured myeloid progenitor cells. *Cancer Epidemiol Biomarkers Prev*. 2010;19:80–88.
62. Kerfoot EJ, Mooney TF. Formaldehyde and paraformaldehyde study in funeral homes. *Am Ind Hyg Assoc J*. 1975;36:533–537.
63. NIOSH. Formaldehyde. Evidence of Carcinogenicity. Current Intelligence Bulletin 34. National Institute of Occupational Safety and Health, 1981. Available at: http://www.cdc.gov/niosh/81111_34.html#Appendix%20II. Accessed January 12, 2010.
64. CDC. CDC Wonder. Compressed Mortality, 1979–1998 Results Centers for Disease Control and Prevention, 2010. Available at: http://wonder.cdc.gov/controller/datarequest/D16. Accessed March 16, 2010.
65. EPA. Integrated Risk Information System. Benzene. US Environmental Protection Agency, 2003. Available at: http://www.epa.gov/iris/subst/0276.htm. Accessed February 25, 2010.
66. Romanenko AY, Finch SC, Hatch M, et al. The Ukrainian-American study of leukemia and related disorders among Chornobyl cleanup workers from Ukraine: III. Radiation risks. *Radiat Res*. 2008;170:711–720.
67. Kheifets L, Monroe J, Vergara X, Mezei G, Afifi AA. Occupational electromagnetic fields and leukemia and brain cancer: an update to two meta-analyses. *J Occup Environ Med*. 2008;50:677–688.
68. Van Maele-Fabry G, Duhayon S, Mertens C, Lison D. Risk of leukaemia among pesticide manufacturing workers: a review and meta-analysis of cohort studies. *Environ Res*. 2008;106:121–137.
69. Hall A, Harrington JM, Aw TC. Mortality study of British pathologists. *Am J Ind Med*. 1991;20:83–89.
70. Levine RJ, Andjelkovich DA, Shaw LK. The mortality of Ontario undertakers and a review of formaldehyde-related mortality studies. *J Occup Med*. 1984;26:740–746.
71. Pinkerton LE, Hein MJ, Stayner LT. Mortality among a cohort of garment workers exposed to formaldehyde: an update. *Occup Environ Med*. 2004;61:193–200.
72. Stern FB, Beaumont JJ, Halperin WE, Murthy LI, Hills BW, Fajen JM. Mortality of chrome leather tannery workers and chemical exposures in tanneries. *Scand J Work Environ Health*. 1987;13:108–117.
73. Wong O. An epidemiologic mortality study of a cohort of chemical workers potentially exposed to formaldehyde, with a discussion on SMR and PMR. In: Gibson J, ed. *Formaldehyde Toxicity*. New York, NY: Hemisphere Publishing; 1983:256–272.
74. Logue JN, Barrick MK, Jessup GL Jr. Mortality of radiologists and pathologists in the Radiation Registry of Physicians. *J Occup Med*. 1986;28:91–99.

© 2010 American College of Occupational and Environmental Medicine

Copyright © American College of Occupational and Environmental Medicine. Unauthorized reproduction of this article is prohibited.

# EXHIBIT 4

Review

# Chromium VI and stomach cancer: a meta-analysis of the current epidemiological evidence

Roberta Welling,[1] James J Beaumont,[2] Scott J Petersen,[3] George V Alexeeff,[2] Craig Steinmaus[1]



► Additional material is published online only. To view please visit the journal online (http://dx.doi.org/10.1136/oemed-2014-102178).

[1]Office of Environmental Health Hazard Assessment, California Environmental Protection Agency, Oakland, California, USA
[2]Office of Environmental Health Hazard Assessment, California Environmental Protection Agency, Sacramento, California, USA
[3]Occupational Medicine, Kaiser Permanente, Oakland, California, USA

**Correspondence to**
Dr Craig Steinmaus, Office of Environmental Health Hazard Assessment, 1515 Clay Street, 16th Floor, Oakland, CA 94612 USA; craigs@berkeley.edu

Received 13 March 2014
Revised 3 September 2014
Accepted 9 September 2014
Published Online First 17 September 2014

## ABSTRACT

**Objectives** Chromium VI (hexavalent chromium, Cr(VI)) is an established cause of lung cancer, but its association with gastrointestinal cancer is less clear. The goal of this study was to examine whether the current human epidemiological research on occupationally inhaled Cr(VI) supports the hypothesis that Cr(VI) is associated with human stomach cancer.

**Methods** Following a thorough literature search and review of individual studies, we used meta-analysis to summarise the current epidemiological literature on inhaled Cr(VI) and stomach cancer, explore major sources of heterogeneity, and assess other elements of causal inference.

**Results** We identified 56 cohort and case–control studies and 74 individual relative risk (RR) estimates on stomach cancer and Cr(VI) exposure or work in an occupation associated with high Cr(VI) exposure including chromium production, chrome plating, leather work and work with Portland cement. The summary RR for all studies combined was 1.27 (95% CI 1.18 to 1.38). In analyses limited to only those studies identifying increased risks of lung cancer, the summary RR for stomach cancer was higher (RR=1.41, 95% CI 1.18 to 1.69).

**Conclusions** Overall, these results suggest that Cr(VI) is a stomach carcinogen in humans, which is consistent with the tumour results reported in rodent studies.

| What this paper adds |
| --- |
| ► Few studies have investigated the possible association between exposure to hexavalent chromium (Cr(VI)) and cancers other than respiratory cancers.<br>► This meta-analysis includes many more results than previous meta-analyses of Cr(VI) exposure and stomach cancer.<br>► Studies that were positive for lung cancer, which may indicate higher exposures, produced a higher summary relative risk for stomach cancer than the full meta-analysis.<br>► Possible mechanisms by which Cr(VI) might induce carcinogenesis are biologically plausible. |

regulatory standard for chromium of 100 µg/L. However, this standard is based on a health risk assessment over 20 years old and is for total chromium (Cr(VI) and Cr(III) combined), not the more toxic Cr(VI). Based at least partially on its possible carcinogenicity in the gastrointestinal tract, US EPA and others are in the process of evaluating the need for a new Cr(VI) drinking water standard. To date, however, the evidence linking Cr(VI) to gastrointestinal cancer comes primarily from animal studies and questions have been raised about their relevance to humans. Our goal was to evaluate whether evidence from human studies supports the hypothesis that Cr(VI) is a cause of gastrointestinal cancer.

We performed a meta-analysis of human studies of Cr(VI) and stomach cancer in order to provide a review of the current literature, evaluate causal inference, and assess potential sources of bias and heterogeneity. Although we examined several types of gastrointestinal cancer, including oesophageal, small intestine and colon cancer, initial analyses showed that the greatest number of studies and clearest associations were seen for stomach cancer; thus, stomach cancer is the focus of this meta-analysis.

## METHODS

Databases including Medline and EMBASE were searched by two authors independently (RW and CS) for all epidemiological studies on Cr(VI) and stomach cancer (ICD-9 code 151). Searches included combinations of the keywords or phrases: stomach, gastric, gastrointestinal, cancer, chromium, leather, tanning, stainless steel, cement,

## INTRODUCTION

Inhalation of hexavalent chromium (Cr(VI)) has occurred in a number of industries, including leather tanning, chrome plating, cement work and stainless steel welding and manufacturing. Numerous studies have identified associations between lung cancer and inhaled Cr(VI) in occupational settings, and the International Agency for Research on Cancer has classified Cr(VI) as a group I carcinogen, based primarily on studies of chromate production, chromate pigment production and chromium electroplating involving high exposures.[1] Given that the lung is directly exposed to inhaled Cr(VI), it is not surprising that this organ is a target site. However, several studies suggest that Cr(VI) may also have carcinogenic effects in other internal organs, including the gastrointestinal tract.

The issue of whether Cr(VI) causes gastrointestinal cancer has implications not only in exposed workers, but also in people who ingest Cr(VI) in drinking water. In a recent survey of 35 large US cities, Cr(VI) was detected in 89% of the water systems tested.[2] All levels were below the US Environmental Protection Agency's (US EPA)



**To cite:** Welling R, Beaumont JJ, Petersen SJ, et al. Occup Environ Med 2015;**72**:151–159.



Occup Environ Med: first published as 10.1136/oemed-2014-102178 on 17 September 2014. Downloaded from http://oem.bmj.com/ on May 2, 2024 at Optometry Library University of California. Protected by copyright.

Occup Environ Med: first published as 10.1136/oemed-2014-102178 on 17 September 2014. Downloaded from http://oem.bmj.com/ on May 2, 2024 at Optometry Library University of California. Protected by copyright.

concrete, welding and metal plating. We also searched bibliographies of all publications included in the meta-analysis and all relevant review articles.

The meta-analysis included studies that provided relative risk (RR) estimates either specifically for Cr(VI) exposure or for workers in occupations known to be associated with Cr(VI) exposure, including chromate or chromium production and plating; leather work and tanning; Portland cement work; and stainless steel production, welding, polishing and grinding. Very few human studies have examined Cr(VI) in drinking water. Owing to this, and in order to maintain consistency by route of exposure, we excluded drinking water studies from the meta-analysis and review them in the discussion.

Only data published in peer-reviewed scientific journals were used, and government or industry reports were excluded. Studies of general foundry work and construction were also excluded because exposure is most likely low in many of these workers. Studies of asbestos cement workers and studies of shoe manufacturing, welding and metal plating that did not specifically evaluate chromium, stainless steel or leather workers were also excluded. Studies that reported no cases of stomach cancer were also excluded because of the inability to calculate a variance estimate, although this exclusion was evaluated in sensitivity analyses. In a few instances, a single paper reported separate RR estimates for men and women, or separate RR estimates for workers in different job categories or at different worksites. In these instances, we included all relative risks meeting our inclusion criteria when no clear overlap was present. We used Byar's approximation to estimate CIs in cohort studies in which they were not provided.[3] Each study was reviewed, and RR estimates and other information were abstracted independently by two authors (RW and CS).

Some studies gave RR estimates for several different metrics of Cr(VI) exposure, such as average exposure, peak exposure or exposure duration. In observational epidemiology, it is uncommon for all, or even most, studies to report findings using the same exposure metric. As a consequence, meta-analyses frequently involve combining data on different metrics. This meta-analysis is no different. When studies included RR estimates for different exposure metrics, we selected a single one in the following order: average exposure intensity, cumulative exposure and exposure duration. We chose this order a priori since analyses of other carcinogens have shown that exposure intensity may have a greater impact on cancer risks than exposure duration.[4 5] Several studies also reported relative risks for different levels of exposure (eg, high, medium, low). Since our goal was to evaluate whether an association exists, rather than defining exact dose–response relationships or exact low exposure risks, we selected the RR for the highest exposure category. If a true association exists, higher exposures will usually be associated with higher relative risks, and higher relative risks, all else being equal, have greater statistical power and are less likely to be due to bias or confounding than relative risks near 1.0.[6 7] The selected studies reported incidence rate ratios, ORs, standardised incidence ratios (SIRs) standardised mortality ratios (SMRs) or proportionate mortality ratios (PMRs). Some studies reported RR estimates adjusted for variables such as smoking, and these were used when available. For studies reporting data on incidence and mortality, incidence data were selected. Some studies reported results for different latency periods (ie, the time from first exposure to cancer diagnosis or death). Since many environmental agents can take decades to lead to detectable cancers, we chose the result for the longest latency, up to a maximum of 30+ years. For many cohort studies, publication of initial results was followed by updates, usually extending the period of follow-up. In these, we used the most recent publication giving the selected exposure metric or the largest number of cases. In a few publications of cement and leather work, Cr (VI) exposure was not specifically mentioned by the authors. These were included if the work processes described were those known to involve Cr(VI) exposure (eg, tanning or Portland cement). Inclusion and exclusion criteria are summarised in box 1.

In order to explore heterogeneity, we performed subgroup analyses on specific occupations, study design, incidence versus mortality, gender and country. Since it is possible that Cr(VI)

---

**Box 1   Criteria for inclusion and exclusion of studies in the meta-analysis of Cr(VI) and stomach cancer**

Inclusion criteria
▶ Epidemiological studies of stomach cancer and Cr(VI) exposure or work in an occupation known to be associated with Cr(VI) exposure including chromate or chromium production and plating; leather work and tanning; Portland cement work; and stainless steel production, welding, polishing and grinding
▶ Studies providing a relative risk estimate (including incidence rate ratios, ORs, standardised incidence ratios, standardised mortality ratios or proportionate mortality ratios) and the relative risk estimate's variance (or the data to calculate or estimate it)
▶ Published in peer-reviewed scientific journals
▶ If relative risk estimates are provided for different exposure metrics in a given study population, one metric was selected in the following order: average intensity, cumulative exposure, exposure duration
▶ If relative risk estimates are provided for different exposure levels in a given study population, the relative risk estimate for the highest level was selected
▶ Relative risk estimates adjusted for age, sex, smoking, diet and/or socioeconomic status were selected over unadjusted results
▶ If relative risk estimates for both stomach cancer mortality and incidence are reported in a given study population, the result for incidence was selected
▶ If relative risk estimates for different latency periods are reported in a given study population, the result for the longest latency period up to a period of 30+ years was selected
▶ For studies or relative risk estimates with overlapping populations, the most recent relative risk estimate with the selected exposure metric (eg, exposure intensity vs cumulative exposure; high vs low exposure level) or largest number of cases was selected

Exclusion criteria
▶ Unpublished data including government or industry reports
▶ Occupations such as painting, general foundry work, construction and shoe (non-leather) manufacturing
▶ Welding or metal plating studies that did not evaluate stainless steel or chromium work
▶ Studies involving work with asbestos cement
▶ Studies of all gastrointestinal cancers combined
▶ Studies of Cr(VI) in drinking water
▶ Studies reporting no cases of stomach cancer

Welling R, et al. Occup Environ Med 2015;72:151–159. doi:10.1136/oemed-2014-102178

Occup Environ Med: first published as 10.1136/oemed-2014-102178 on 17 September 2014. Downloaded from http://oem.bmj.com/ on May 2, 2024 at Optometry Library University of California. Protected by copyright.

exposures were too low in some studies to identify a true associ-ation, we conducted separate analyses of Cr(VI) and stomach cancer that included only studies in which elevated relative risks were identified for lung cancer, a well-established effect of high Cr(VI) exposure. In this analysis, since statistical significance is highly dependent on sample size (not just the presence of a true effect), we included all studies in which the RR of lung cancer was ≥1.5 regardless of statistical significance. Several subgroup and other analyses were done to evaluate potential confounding (eg, from smoking) and to compare our meta-analysis to other recent meta-analyses on this topic.

We calculated summary RR estimates using the fixed and random effects models.[8] [9] We assessed heterogeneity among studies using the general variance-based method as described by Petitti.[10] Statistical heterogeneity was defined as present if the p value of the $\chi^2$ test statistic was below 0.05. Some authors have suggested that because the random effects model incorporates between-study heterogeneity, it is more conservative than the fixed effects model.[10] However, a potential problem with the random effects model is that, unlike the fixed effects model, study weighting is not directly proportional to study precision. As a consequence, the random effects model gives relatively greater weight to smaller, less precise studies than the fixed effects model. This can sometimes lead to summary results that are less conservative than those produced using the fixed effects model.[11] To avoid this problem, we used the method presented by Shore et al[12] for our main results. In this method, the summary RR estimate is calculated by directly weighting individual studies by their precision, and between-study variability is only incorporated into calculations of variance (ie, the 95% CI). We assessed publication bias using funnel plots and Egger's and Begg's tests.[13] [14] The funnel plot is a graphical presentation of each study's effect size versus an estimate of its precision. This plot can be asymmetric if smaller studies with results that are null or in the unexpected direction are not published. In Egger's test, asymmetry in the funnel plot is formally tested by performing a simple linear regression of the effect size divided by its SE on the inverse of the SE. In Begg's test, Kendall's rank order test is used to evaluate whether there is a correlation between the studies' effect sizes and their SEs. All calculations were performed using Microsoft Excel 2010 or STATA V.12 (College Station, Texas, USA) and all p values are two sided.

## RESULTS

In total, 74 RR estimates, from 56 separate publications, met our inclusion criteria and were included in the meta-analysis (see online supplementary table S1). Overall, 63 results (85%) were selected from cohort studies and 11 (15%) from case–control studies, and the meta-analysis involved studies that included 1399 cases of stomach cancer. Eighteen studies (24%) involved chromium production or plating, 23 (31%) involved cement workers, 17 (23%) involved leather work including tanning, four (5%) involved Cr(VI) or stainless steel welding, and 12 (16%) involved other occupations such as ferrochromium or other stainless steel work. Studies excluded from the meta-analysis and the reasons for their exclusion are shown in online supplementary table S2.

The summary relative risk for all studies combined was 1.27 (95% CI 1.18 to 1.38; p<0.001; table 1). A forest plot summarising the results and weights applied to each study is shown in figure 1. Seventy per cent of the individual RR estimates in the overall analysis were >1.0. No single RR estimate received more than 14% of the total weight showing that no single study dominated the assigned weights. Summary relative risks were

elevated for cement (1.29; 95% CI 1.17 to 1.42) and leather work (1.46; 95% CI 1.23 to 1.72) but not for welding (1.06; 95% CI 0.72 to 1.56). For studies of Cr(VI) production and plating, the summary RR was above 1.0 (1.25; 95% CI 0.97 to 1.60), but the 95% CI included 1.0. Summary relative risks were higher in case–control (1.55; 95% CI 1.16 to 2.07) than in cohort studies (1.26; 95% CI 1.16 to 1.37), males (1.30; 95% CI 1.20 to 1.41) than in females (1.08; 95% CI 0.65 to 1.81), and in studies of mortality (1.39; 95% CI 1.24 to 1.57) than in studies of incidence (1.17; 95% CI 1.07 to 1.29), but differences were only statistically significant when studies of incidence and mortality were compared (p=0.02). In the studies that identified Cr(VI)-associated lung cancer relative risks ≥1.5 (the proxy measure for probable higher exposure), the stomach cancer summary relative risk was 1.41 (95% CI 1.18 to 1.69; p<0.001) in all studies (figure 2) and 1.36 (95% CI 1.01 to 1.81; p=0.04) in Cr(VI) production and plating studies. The variables adjusted or stratified for in each study are shown in online supplementary table S1. Only nine studies adjusted for some indicator of smoking, diet or socioeconomic status (SES), and the RR for these studies was 1.31 (1.01 to 1.69). Results in almost all analyses were similar regardless of whether the random effects model or the fixed effects model with the correction for between-study variability was used. For example, in the meta-analysis of all studies combined, the results using these two models were 1.28 (95% CI 1.16 to 1.41) and 1.27 (95% CI 1.18 to 1.38), respectively.

We saw no evidence of asymmetry in the funnel plot of all studies combined (figure 3), or in the funnel plots of each subgroup analysis (not shown). Egger's and Begg's tests also showed no consistent evidence of publication bias. For example, in the all studies combined analysis, the bias coefficient for Egger's test was 0.16 (p=0.55). In the analysis of all studies with lung cancer relative risks ≥1.5, the Egger's bias coefficient was 0.22 (p=0.64).

## DISCUSSION

The overall summary relative risk of 1.27 (95% CI 1.18 to 1.38, p<0.001) provides evidence that Cr(VI) inhalation increases the risk of stomach cancer. The narrow CI, excluding 1.0, and the low p value provide evidence that this result is not due to chance. A major finding here is that the summary relative risk for stomach cancer was elevated in those studies in which Cr(VI)-associated lung cancer relative risks were also elevated, both in the analysis of all job categories combined (summary relative risk=1.41; 1.18 to 1.69; p<0.001) and in the analysis of chromium production and plating studies (summary relative risk=1.36; 1.01 to 1.81; p=0.04). Since Cr(VI) exposures, in general, are likely to be higher in those studies where increases in lung cancer were found, the presence of a positive lung cancer finding may be a valid surrogate for high Cr(VI) exposure. As such, these latter findings provide additional evidence that the positive findings seen in this meta-analysis are due to Cr(VI).

Statistically significant heterogeneity was seen in the meta-analysis of all studies combined ($\chi^2$=139.6, p<0.001), and the CIs of several studies did not include the summary relative risk. However, we did not see statistically significant heterogeneity in most other analyses performed, including the analyses of studies with elevated lung cancer risks ($\chi^2$=22.6, p=0.31). In observational epidemiology, study designs, populations, methods of assessing exposure and outcome, and statistical analyses are rarely, if ever, the same. As such, some variation across study results is expected. The fact that statistical heterogeneity

**Table 1** Results of the meta-analysis of Cr(VI) exposure and stomach cancer

| | No. of cases | No. of results* | Fixed effects model | | | Shore adjusted CI | | Random effects model | | | Heterogeneity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RRs | $CI_L$ | $CI_U$ | $CI_L$ | $CI_U$ | RRs | $CI_L$ | $CI_U$ | $\chi^2$ | p Value | $I^2$ (%) |
| All studies | 1399 | 74 | 1.27 | 1.20 | 1.35 | 1.18 | 1.38 | 1.28 | 1.16 | 1.41 | 139.6 | <0.001 | 47.7 |
| Job type | | | | | | | | | | | | | |
| Production or plating | 113 | 18 | 1.25 | 1.02 | 1.53 | 0.97 | 1.60 | 1.25 | 0.95 | 1.65 | 25.9 | 0.08 | 34.4 |
| Cement work | 903 | 23 | 1.29 | 1.20 | 1.38 | 1.17 | 1.42 | 1.37 | 1.21 | 1.54 | 42.7 | 0.005 | 48.4 |
| Leather work | 237 | 17 | 1.46 | 1.27 | 1.67 | 1.23 | 1.72 | 1.33 | 1.08 | 1.64 | 23.6 | 0.10 | 32.1 |
| Welding | 31 | 4 | 1.06 | 0.72 | 1.55 | 0.72 | 1.56 | 1.08 | 0.72 | 1.56 | 3.0 | 0.39 | 0.8 |
| All other | 115 | 12 | 0.96 | 0.79 | 1.17 | 0.69 | 1.33 | 1.12 | 0.78 | 1.60 | 31.7 | <0.001 | 65.3 |
| Study design | | | | | | | | | | | | | |
| Case–control | 130 | 11 | 1.55 | 1.16 | 2.07 | NA | NA | NA | NA | NA | 8.2 | 0.61 | NA |
| Cohort | 1269 | 63 | 1.26 | 1.19 | 1.34 | 1.16 | 1.37 | 1.25 | 1.13 | 1.39 | 129.6 | <0.001 | 52.2 |
| PMR studies | 353 | 10 | 1.60 | 1.43 | 1.78 | 1.43 | 1.78 | 1.60 | 1.43 | 1.79 | 9.3 | 0.41 | 2.9 |
| SMR studies | 293 | 32 | 1.14 | 1.00 | 1.29 | 0.95 | 1.36 | 1.17 | 0.96 | 1.43 | 61.5 | <0.001 | 49.6 |
| Other | 623 | 21 | 1.16 | 1.07 | 1.26 | 1.04 | 1.29 | 1.17 | 1.03 | 1.34 | 33.6 | 0.03 | 40.4 |
| Incidence vs mortality | | | | | | | | | | | | | |
| Incidence studies | 738 | 30 | 1.17 | 1.09 | 1.27 | 1.07 | 1.29 | 1.21 | 1.07 | 1.36 | 41.1 | 0.07 | 29.4 |
| Mortality studies | 661 | 44 | 1.39 | 1.28 | 1.51 | 1.24 | 1.57 | 1.32 | 1.14 | 1.53 | 89.8 | <0.001 | 52.1 |
| Gender | | | | | | | | | | | | | |
| Males only | 1258 | 59 | 1.30 | 1.22 | 1.38 | 1.20 | 1.41 | 1.33 | 1.19 | 1.47 | 112.8 | <0.001 | 48.6 |
| Females only | 23 | 6 | 1.08 | 0.72 | 1.63 | 0.65 | 1.81 | 1.14 | 0.61 | 2.11 | 8.0 | 0.16 | 37.4 |
| Lung cancer RR ≥1.5 | | | | | | | | | | | | | |
| All studies | 170 | 21 | 1.41 | 1.19 | 1.67 | 1.18 | 1.69 | 1.41 | 1.16 | 1.71 | 22.6 | 0.31 | 11.4 |
| Production or plating | 78 | 13 | 1.36 | 1.06 | 1.73 | 1.01 | 1.81 | 1.31 | 0.96 | 1.80 | 16.9 | 0.15 | 29.0 |
| Country, region | | | | | | | | | | | | | |
| Europe | 859 | 48 | 1.16 | 1.08 | 1.25 | 1.06 | 1.27 | 1.20 | 1.06 | 1.35 | 78.2 | 0.003 | 39.9 |
| North America | 419 | 16 | 1.50 | 1.36 | 1.66 | 1.31 | 1.72 | 1.47 | 1.24 | 1.75 | 27.9 | 0.02 | 46.3 |
| Asia | 121 | 10 | 1.34 | 1.10 | 1.62 | 1.03 | 1.74 | 1.31 | 0.94 | 1.81 | 16.7 | 0.05 | 46.1 |

*Some publications provided two or more results that met the inclusion criteria but did not involve overlapping populations (eg, separate results for males and females). $CI_L$, lower 95% CI; $CI_U$, upper 95% CI; $I^2$, the percentage of total variation across studies due to heterogeneity rather than chance; NA, not applicable (Shore adjusted CI (applied to the fixed effects RR) and the random effects model are only used when the $\chi^2$ heterogeneity statistic is greater than the number of individual study results minus one); PMR, proportionate mortality ratio; RR, relative risk estimate; RRs, summary relative risk; SMR, standardised mortality ratio; $\chi^2$, $\chi^2$ heterogeneity statistic.

was not present in most of the subgroup analyses we performed highlights the overall consistency in many of these results. This consistency is supported by the fact that the large majority of individual RR estimates are >1.0. For example, in the analysis of all studies combined, 52 of 74 RR estimates are >1.0. The probability that this would occur by chance alone is 0.0002.

In this meta-analysis, as in almost all meta-analyses of epidemiological data, studies using different exposure metrics (eg, average exposure, exposure duration) were combined. The use of different metrics can potentially affect summary relative risks, but the likely direction is towards the null, not towards a false positive result. The reason for this is that if Cr(VI) is truly associated with stomach cancer, some metrics are likely to be more strongly associated with stomach cancer than others, and including less relevant metrics would dilute summary relative risks towards 1.0. If every study had reported data on the same single metric that was most strongly associated with stomach cancer, it is likely that the true summary relative risks would be even higher than those reported here. A similar effect could have resulted from our including studies with different levels of Cr (VI) exposure or different forms of Cr(VI). That is, if a true association exists, the inclusion of studies in which Cr(VI) exposures were relatively low would most likely bias results towards a summary relative risk of 1.0, not towards a false association. Previous research suggests that the absorption fraction is higher for soluble chromium compounds than for insoluble forms.[15]

Few of the studies used in this meta-analysis provided details on Cr(VI) solubility. If less soluble forms are less carcinogenic, including studies involving these less soluble forms would dilute any associations due to soluble Cr(VI) to the null. It is most likely that all studies had at least some errors in assessing exposure. However, since they all assessed exposure using the same methods in people with and without cancer, this misclassification was most likely non-differential and also most likely biased findings towards the null.

Another factor that can potentially impact results is confounding. Most studies controlled for age and sex, but few adjusted for other factors (see online supplementary table S1). The known risk factors for stomach cancer include older age; male sex; chronic gastritis and polyps; *Helicobacter pylori* infection, certain genetic abnormalities; lifestyle factors such as smoking, alcohol and diet (low fruit and vegetable intake or high intake of salted, smoked or nitrate-preserved foods); and coal mining, nickel refining, rubber and timber processing, and possibly exposure to asbestos.[16] Importantly, confounding factors must typically be associated with both Cr(VI) and stomach cancer, and these associations must be fairly strong to cause important confounding.[17] Some factors are most likely too rare (eg, genetic disorders, family history) or not associated strongly enough with Cr(VI) exposure (eg, *Helicobacter pylori*, a major risk factor for stomach cancer) to cause important confounding. Some cement products contain asbestos.[18] Although

Occup Environ Med: first published as 10.1136/oemed-2014-102178 on 17 September 2014. Downloaded from http://oem.bmj.com/ on May 2, 2024 at Optometry Library University of California. Protected by copyright.

**Review**

Occup Environ Med: first published as 10.1136/oemed-2014-102178 on 17 September 2014. Downloaded from http://oem.bmj.com/ on May 2, 2024 at Optometry Library University of California. Protected by copyright.



**Figure 1**   Forest plot of studies included in the meta-analysis of Cr(VI) and stomach cancer: all studies combined.

this could have potentially confounded results in cement workers, we excluded studies specifically in asbestos cement workers. In addition, high asbestos exposures were not known to have occurred in the other occupational categories assessed

and summary relative risk estimates in cement workers were similar to those in several other job categories. A few studies adjusted for smoking, diet or SES, but the impacts of these adjustments are inconsistent, with an increase in relative risk



**Figure 2** Forest plot of studies included in the meta-analysis of Cr(VI) and stomach cancer: only studies with lung cancer relative risk estimates ≥1.5.

estimates in some studies but a decrease in others. Axelson has shown that confounding by smoking may cause relative risks as high as 1.5 for lung cancer in occupational studies.[17] However, smoking-associated relative risks for stomach cancer are much lower than those for lung cancer, so the impact of smoking as a confounder is likely to be much less in studies of stomach cancer than in studies of lung cancer. Using the Axelson methods, and data on smoking-stomach cancer relative risks

(about 1.5),[19] we estimated that confounding by smoking is unlikely to cause a relative risk >1.1 in occupational studies of stomach cancer.

The higher summary relative risks we identified for studies with positive lung cancer findings may indicate higher Cr(VI) exposure or it may indicate greater confounding by smoking. However, in a meta-analysis of those studies with lung cancer relative risk estimates ≥1.5 that provided data on non-malignant

**Figure 3** Funnel plot of studies included in the meta-analysis of Cr(VI) and stomach cancer: all studies combined.



Occup Environ Med: first published as 10.1136/oemed-2014-102178 on 17 September 2014. Downloaded from http://oem.bmj.com/ on May 2, 2024 at Optometry Library University of California. Protected by copyright.

respiratory disease (which is also caused by smoking), the summary RR for non-malignant respiratory disease was not elevated (RR=1.00; 95% CI 0.71 to 1.40; n=9; median relative risk estimate=0.91), providing evidence that smoking did not confound our results.

Other potential biases include the healthy worker effect and biases related to the inclusion of case-control studies (eg, recall bias or biased selection of controls). Although the summary relative risk for case-control studies was higher than that for cohort studies, the difference between these two was not statistically significant (p=0.18). The healthy worker effect would primarily affect studies comparing exposed workers to the general population (eg, SMRs) and this effect would most likely bias SMRs downwards. Although the extent of this bias here is unknown, evidence of the healthy worker effect has been reported for several different cancer types and in a number of different occupational settings.[20–22]

In this meta-analysis, neither visual inspection of the funnel plot nor Egger's or Begg's test showed evidence of publication bias, although the funnel plots are open to subjective interpretation, and Egger's and Begg's tests can be affected by factors other than this bias. Overall, while we did not see clear evidence of this bias, it is potentially an issue in any meta-analysis.

Two previous meta-analyses of Cr(VI) and stomach cancer have been published. In Gatto et al,[23] the summary relative risk involving 29 studies was 1.09 (95% CI 0.93 to 1.28). Similar to our meta-analysis, the Gatto et al meta-analysis included studies of chromium production, cement and leather workers (see online supplementary table S3), but the individual study results are presented only in figure form, making direct comparisons with our meta-analysis difficult. One clear difference is our inclusion of many more results (74 vs 29), particularly from cement and leather workers, but also from studies of stainless steel and chromium plating workers. The summary relative risk using the individual RR estimates we abstracted for the 29 studies used by Gallo et al was somewhat lower than our meta-analysis of all 74 studies (1.22; 95% CI 1.05 to 1.41 vs 1.27; 95% CI 1.18 to 1.38). Another difference may have been our use of RR estimates from subgroups that are more likely to be highly exposed (eg, exposure duration ≥10 years), although direct comparisons are difficult for the reason given above. We also excluded five studies used by Gatto et al because they were unpublished, involved painters or foundry workers with uncertain exposure,[24 25] or overlapped with the already included studies.[26 27] However, adding these five excluded studies to our meta-analysis of all studies caused little change (1.27; 95% CI 1.18 to 1.37) since most of these studies only received a small amount of the total weighting. In a meta-analysis by Cole and Rodu, the authors reported that the summary relative risk between Cr(VI) and stomach cancer was lower in studies that adjusted for SES than in studies that did not adjust for this variable (RR=0.82 95% CI 0.69 to 0.96 vs RR=1.37; 95% CI 1.23 to 1.53), and concluded that SES was responsible for any apparent association seen between chromium exposure and stomach cancer.[28] However, one of the authors' criteria for these analyses was that studies "that were negative or essentially negative with respect to chrome exposure were included with the papers that were controlled [for SES]." In our evaluation of the studies used by these authors in their SES-controlled analysis, we were unable to find any mention of adjustments for SES (or any related variable) in 13 of the 14 studies (93%) included. Thus, the subgroup analysis titled 'SES-controlled' appears to be a misnomer, and instead reflects their criterion of

studies that were 'negative or essentially negative with respect to chrome exposure.'

A variety of data support the biological plausibility of our results. Cr(VI) is a well-documented human lung carcinogen, and there is abundant evidence that airborne Cr(VI) is systemically absorbed. For example, studies in a variety of occupational settings have shown that Cr(VI) exposed workers have elevated blood or urine chromium levels compared to unexposed controls.[29 30] These data show that airborne Cr(VI) not only reaches the lungs, but that at least some of it is also internally absorbed and therefore most likely distributed to other organs. This systemic absorption may occur directly through the lungs, or particulates containing Cr(VI) that settle in the trachea and bronchi may be cleared by mucociliary action and then swallowed.[31] This swallowed Cr(VI) would come into direct contact with the stomach mucosa. Once in the stomach, ingested Cr(VI) is reduced by the acidic environment of the stomach to Cr(III), which is poorly absorbed. However, this reduction may not be complete, and most studies suggest that at least some ingested Cr(VI) escapes gastric reduction and is absorbed.[32] In studies in rodents, administration of Cr(VI) in drinking water has resulted in statistically significant increases in benign and malignant stomach tumours (combined),[31 33] papillomas or carcinomas (combined) of the oral cavity, and adenomas or carcinomas (combined) of the small intestine.[34] In humans, Beaumont et al[35] reported a RR of 1.82 (95% CI 1.11 to 2.91) for stomach cancer mortality in an area where Cr(VI) pollution from a ferrochromium factory caused widespread Cr(VI) contamination of nearby drinking water sources, although issues of dose–response and other potential biases have been debated.[36 37] In an ecological study in a province in Greece with Cr-contaminated water, SMRs were elevated for liver (SMR=11.0; 95% CI 4.05 to 24.0) and lung cancer (SMR=1.45; 95% CI 1.00 to 2.03).[38] The SMR for stomach cancer was above 1.0 but was not statistically significant (SMR=1.21; 95% CI 0.44 to 2.63).

The exact mechanisms by which Cr(VI) causes cancer are unknown, but evidence for several possible mechanisms exists. These include indirect and direct effects on DNA, epigenetic effects, gene regulation effects and direct cytotoxicity. Cr(VI) readily enters cells via active transport through anion channels and intracellular reduction follows, producing reactive intermediate Cr valences, Cr(V) and Cr(IV) and ultimately Cr(III), which is DNA-reactive. Reactive oxygen species, oxygen radicals and other reactive molecules generated during this reduction process are postulated to have genotoxic effects as well.[39–46] In vitro studies have revealed that Cr(VI)-induced mutations can be generated through different types of DNA damage such as interstrand crosslinks, DNA-protein crosslinks and DNA adducts, as well as single-strand and double-strand DNA breaks.[41 47 48] Studies of Cr(VI)-exposed tannery workers show evidence of genotoxic effects including chromosomal aberration, micronuclei formation, DNA breaks and higher levels of DNA damage in lymphocytes as determined by a comet assay.[49–52] In a study of chrome plating workers, chromium-induced DNA damage as measured by three comet assay components was significantly increased in exposed workers.[29] As a whole, these studies, along with the positive animal bioassays discussed above,[34] all provide biological plausibility for the findings of this meta-analysis.

## CONCLUSIONS
The results of this meta-analysis suggest that Cr(VI) exposure is associated with increased risks of stomach cancer. An important feature of this study is that summary relative risks were elevated

Occup Environ Med: first published as 10.1136/oemed-2014-102178 on 17 September 2014. Downloaded from http://oem.bmj.com/ on May 2, 2024 at Optometry Library University of California. Protected by copyright.

**Review**

Occup Environ Med: first published as 10.1136/oemed-2014-102178 on 17 September 2014. Downloaded from http://oem.bmj.com/ on May 2, 2024 at Optometry Library University of California. Protected by copyright.

in a number of different occupational settings and in the subgroup of studies in which lung cancer risks were also elevated. As with almost all meta-analyses, confounding and publication bias cannot be entirely ruled out. Few studies adjusted for some of the known risk factors of stomach cancer, including smoking, although an analysis of the potential magnitude of confounding from smoking suggests that this was unlikely to have caused the associations we observed. The exact relevance of our findings to Cr(VI) in drinking water is unknown. Differences in reduction and absorption patterns across the different routes of exposure could potentially impact toxicity. For example, the acidic environment of the stomach converts some ingested Cr(VI) to the poorly absorbed Cr(III), although several studies have shown that this process is not complete and some ingested Cr(VI) is absorbed.[53 54] Another difference is that drinking water exposures are generally much lower than occupational exposures, and this meta-analysis cannot be used to define exact dose–response relationships or low exposure risks. However, owing to the difficulties associated with studying lower exposures in human populations (a greater probability of bias, confounding and insufficient power),[6 37 55] chemical risk assessments and regulatory standards are frequently based on higher exposure occupational studies like the ones used here.[56] Another consideration is that drinking water exposures may cause greater toxicity because they can take place over the long term (eg, lifetime) and are more likely to occur at particularly susceptible life stages (eg, in fetuses, children and pregnant women) than exposures occurring at work. Thus, despite the different route and magnitude of exposure, our findings could have some relevance to efforts to regulate Cr(VI) in water in that they provide evidence that Cr(VI) is a cause of cancer in the human gastrointestinal tract and support the animal and limited human data linking ingested Cr(VI) to stomach cancer. US EPA and some states are considering regulating Cr(VI) in drinking water based on its potential carcinogenicity in the gastrointestinal tract, and California has recently established the first drinking water standard for Cr(VI) in the USA. The results of this study support such efforts.

**Contributors** CS, JJB, RW and GVA conceptualised the project and designed the overall study methods; CS and RW performed the literature searches and the statistical analyses; CS, JJB, RW, SJP and GVA assisted in the interpretation of results and writing.

**Disclaimer** The views expressed are those of the authors and do not necessarily represent those of the Office of Environmental Health Hazard Assessment, the California Environmental Protection Agency or the state of California.

**Competing interests** None.

**Provenance and peer review** Not commissioned; externally peer reviewed.

## REFERENCES

1  Straif K, Benbrahim-Tallaa L, Baan R, et al. A review of human carcinogens—part C: metals, arsenic, dusts, and fibres. Lancet Oncol 2009;10:453–4.
2  Sutton R. Chromium-6 in U.S. Tap Water. Washington, DC: Environmental Working Group, 2010. http://www.ewg.org/chromium6-in-tap-water (accessed 23 Jul 2012).
3  Breslow NE, Day NE. Statistical methods in cancer research. Vol. 2. The design and analysis of cohort studies. Lyon: International Agency for Research on Cancer, 1987.
4  Lubin JH, Caporaso N, Wichmann HE, et al. Cigarette smoking and lung cancer: modeling effect modification of total exposure and intensity. Epidemiology 2007;18:639–48.
5  Lubin JH, Moore LE, Fraumeni JF Jr, et al. Respiratory cancer and inhaled inorganic arsenic in copper smelters workers: a linear relationship with cumulative exposure that increases with concentration. Environ Health Perspect 2008;116:1661–5.
6  Hill AB. The environment and disease: association or causation? Proc R Soc Med 1965;58:295–300.
7  Rothman K, Greenland S. Causation and causal inference. In: Rothman K, Greenland S. eds. Modern epidemiology. 2nd edn. Philadelphia: Lippincott Raven, 1998:7–28.
8  DerSimonian R, Laird N. Meta-analysis in clinical trials. Control Clin Trials 1986;8:177–88.
9  Greenland S. Quantitative methods in the review of epidemiologic literature. Epidemiol Rev 1987;9:1–30.
10  Petitti D. Meta-analysis, decision analysis, and cost effective analysis: methods for quantitative synthesis in medicine. New York: Oxford University Press, 1994.
11  Poole C, Greenland S. Random-effects meta-analyses are not always conservative. Am J Epidemiol 1999;150:469–75.
12  Shore R, Gardner M, Pannett B. Ethylene oxide: an assessment of the epidemiological evidence on carcinogenicity. Br J Ind Med 1993;50:971–97.
13  Begg CB, Mazumdar M. Operating characteristics of a rank correlation test for publication bias. Biometrics 1994;50:1088–101.
14  Egger M, Davey Smith G, Schneider M, et al. Bias in meta-analysis detected by a simple, graphical test. BMJ 1997;315:629–34.
15  Agency for Toxic Substances and Disease Registry (ATSDR). Toxicological profile for Chromium. Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service, 2012.
16  Brenner H, Rothenbacher D, Arndt V. Epidemiology of stomach cancer. Methods Mol Biol 2009;472:467–77.
17  Axelson O. Aspects on confounding in occupational health epidemiology. Scand J Work Environ Health 1978;4:98–102.
18  Williams PR, Phelka AD, Paustenbach DJ. A review of historical exposures to asbestos among skilled craftsmen (1940–2006). J Toxicol Environ Health B Crit Rev 2007;10:319–77.
19  Ladeiras-Lopes R, Pereira AK, Nogueira A, et al. Smoking and gastric cancer: systematic review and meta-analysis of cohort studies. Cancer Causes Control 2008;19:689–701.
20  Kirkeleit J, Riise T, Bjorge T, et al. The healthy worker effect in cancer incidence studies. Am J Epidemiol 2013;177:1218–24.
21  Pukkala E, Martinsen JI, Lynge E, et al. Occupation and cancer—follow-up of 15 million people in five Nordic countries. Acta Oncol 2009;48:646–790.
22  Steinmaus C, Smith AH, Jones RM, et al. Meta-analysis of benzene exposure and non-Hodgkin lymphoma: biases could mask an important association. Occup Environ Med 2008;65:371–8.
23  Gatto NM, Kelsh MA, Mai DH, et al. Occupational exposure to hexavalent chromium and cancers of the gastrointestinal tract: a meta-analysis. Cancer Epidemiol 2010;34:388–99.
24  Guberan E, Usel M, Raymond L, et al. Disability, mortality, and incidence of cancer among Geneva painters and electricians: a historical prospective study. Br J Ind Med 1989;46:16–23.
25  Sorahan T, Faux AM, Cooke MA. Mortality among a cohort of United Kingdom steel foundry workers with special reference to cancers of the stomach and lung, 1946–90. Occup Environ Med 1994;51:316–22.
26  Costantini AS, Paci E, Miligi L, et al. Cancer mortality among workers in the Tuscan tanning industry. Br J Ind Med 1989;46:384–8.
27  Iaia TE, Bartoli D, Calzoni P, et al. A cohort mortality study of leather tanners in Tuscany, Italy. Am J Ind Med 2006;49:452–9.
28  Cole P, Rodu B. Epidemiologic studies of chrome and cancer mortality: a series of meta-analyses. Regul Toxicol Pharmacol 2005;43:225–31.
29  Danadevi K, Rozati R, Banu BS, et al. Genotoxic evaluation of welders occupationally exposed to chromium and nickel using the Comet and micronucleus assays. Mutagenesis 2004;19:35–41.
30  Gambelunghe A, Piccinini R, Ambrogi M, et al. Primary DNA damage in chrome-plating workers. Toxicology 2003;188:187–95.
31  Sedman RM, Beaumont J, McDonald TA, et al. Review of the evidence regarding the carcinogenicity of hexavalent chromium in drinking water. J Environ Sci Health C Environ Carcinog Ecotoxicol Rev 2006;24:155–82.
32  Donaldson RM Jr, Barreras RF. Intestinal absorption of trace quantities of chromium. J Lab Clin Med. 1966;68:484–93.
33  Borneff J, Engelhardt K, Griem W, et al. [Carcinogens in water and soil. XXII. Experiment with 3,4-benzopyrene and potassium chromate in mice drink]. Arch Hyg Bakteriol 1968;152:45–53.
34  NTP. Technical Report on the Toxicology and Carcinogenesis Studies of Sodium Dichromate Dihydrate in F344/N Rats and B6C3F1 Mice. NTP TR 546. NIH Publication No. 07-5887. Research Triangle Park, North Carolina: National Toxicology Program, 2008. http://ntp.niehs.nih.gov/ntp/htdocs/LT_rpts/tr546.pdf (accessed 10 Mar 2011).
35  Beaumont JJ, Sedman RM, Reynolds SD, et al. Cancer mortality in a Chinese population exposed to hexavalent chromium in drinking water. Epidemiology 2008;19:12–23.
36  Paustenbach DJ. On the chromium reanalysis. Epidemiology 2009;20:625–6; author reply 6–7.
37  Smith AH. Hexavalent chromium, yellow water, and cancer: a convoluted saga. Epidemiology 2008;19:24–6.
38  Linos A, Petralias A, Christophi CA, et al. Oral ingestion of hexavalent chromium through drinking water and cancer mortality in an industrial area of Greece—an ecological study. Environ Health 2011;10:50.
39  Benova D, Hadjidekova V, Hristova R, et al. Cytogenetic effects of hexavalent chromium in Bulgarian chromium platers. Mutat Res 2002;514:29–38.

40  Kasprzak KS. Possible role of oxidative damage in metal-induced carcinogenesis. *Cancer Invest* 1995;13:411–30.

41  O'Brien TJ, Ceryak S, Patierno SR. Complexities of chromium carcinogenesis: role of cellular response, repair and recovery mechanisms. *Mutat Res* 2003;533:3–36.

42  Shi X, Chiu A, Chen CT, *et al*. Reduction of chromium(VI) and its relationship to carcinogenesis. *J Toxicol Environ Health B Crit Rev* 1999;2:87–104.

43  Sugden KD, Burris RB, Rogers SJ. An oxygen dependence in chromium mutagenesis. *Mutat Res* 1990;244:239–44.

44  Sugiyama M. Role of physiological antioxidants in chromium(VI)-induced cellular injury. *Free Radic Biol Med* 1992;12:397–407.

45  Vaglenov A, Nosko M, Georgieva R, *et al*. Genotoxicity and radioresistance in electroplating workers exposed to chromium. *Mutat Res* 1999;446:23–34.

46  Witt KL, Stout MD, Herbert RA, *et al*. Mechanistic insights from the NTP studies of chromium. *Toxicol Pathol* 2013;41:326–42.

47  Jomova K, Valko M. Advances in metal-induced oxidative stress and human disease. *Toxicology* 2011;283:65–87.

48  McCarroll N, Keshava N, Chen J, *et al*. An evaluation of the mode of action framework for mutagenic carcinogens case study II: chromium (VI). *Environ Mol Mutagen* 2010;51:89–111.

49  Balachandar V, Arun M, Mohana Devi S, *et al*. Evaluation of the genetic alterations in direct and indirect exposures of hexavalent chromium [Cr(VI)] in leather tanning industry workers North Arcot District, South India. *Int Arch Occup Environ Health* 2010;83:791–801.

50  Medeiros MG, Rodrigues AS, Batoreu MC, *et al*. Elevated levels of DNA-protein crosslinks and micronuclei in peripheral lymphocytes of tannery workers exposed to trivalent chromium. *Mutagenesis* 2003;18:19–24.

51  Sbrana I, Caretto S, Lascialfari D, *et al*. Chromosomal monitoring of chromium-exposed workers. *Mutat Res* 1990;242:305–12.

52  Zhang M, Chen Z, Chen Q, *et al*. Investigating DNA damage in tannery workers occupationally exposed to trivalent chromium using comet assay. *Mutat Res* 2008;654:45–51.

53  Finley BL, Kerger BD, Katona MW, *et al*. Human ingestion of chromium (VI) in drinking water: pharmacokinetics following repeated exposure. *Toxicol Appl Pharmacol* 1997;142:151–9.

54  Kerger BD, Paustenbach DJ, Corbett GE, *et al*. Absorption and elimination of trivalent and hexavalent chromium in humans following ingestion of a bolus dose in drinking water. *Toxicol Appl Pharmacol* 1996;141:145–58.

55  Gibb H, Haver C, Gaylor D, *et al*. Utility of recent studies to assess the National Research Council 2001 estimates of cancer risk from ingested arsenic. *Environ Health Perspect* 2011;119:284–90.

56  U.S. Environmental Protection Agency. Integrated Risk Information System. 2013. http://www.epa.gov/IRIS/ (accessed 10 Jul 2013).

Occup Environ Med: first published as 10.1136/oemed-2014-102178 on 17 September 2014. Downloaded from http://oem.bmj.com/ on May 2, 2024 at Optometry Library University of California. Protected by copyright.

# EXHIBIT 5

Annals of Epidemiology 27 (2017) 281–289



Contents lists available at ScienceDirect

# Annals of Epidemiology

journal homepage: www.annalsofepidemiology.org



Review

# 2,4-dichlorophenoxyacetic acid (2,4-D) and risk of non-Hodgkin lymphoma: a meta-analysis accounting for exposure levels



Adam M. Smith MPH [a], Martyn T. Smith PhD [a], Michele A. La Merrill PhD [b], Jane Liaw MPH [c], Craig Steinmaus MD [c],*

[a] School of Public Health, University of California at Berkeley, Berkeley
[b] Department of Environmental Toxicology, Comprehensive Cancer Center, University of California at Davis, Davis
[c] Arsenic Health Effects Research Program, UC Berkeley School of Public Health, Berkeley, CA

A R T I C L E   I N F O

Article history:
Received 9 July 2016
Accepted 19 March 2017
Available online 31 March 2017

Keywords:
2,4-D
Lymphoma
Non-Hodgkin's
Meta-analysis
Occupational

A B S T R A C T

2,4-Dichlorophenoxyacetic acid (2,4-D) is one of the most commonly used selective herbicides in the world. A number of epidemiology studies have found an association between 2,4-D exposure and non-Hodgkin lymphoma (NHL) but these results are inconsistent and controversial. A previous meta-analysis found no clear association overall but did not specifically examine high-exposure groups. We conducted a systematic review and meta-analysis of the peer-reviewed epidemiologic studies of the associations between 2,4-D and NHL, with a particular focus on high-exposure groups, and evaluations of heterogeneity, dose-response, and bias. A total of 12 observational studies, 11 case-control studies, and one cohort study, were included. The summary relative risk for NHL using study results comparing subjects who were ever versus never exposed to 2,4-D was 1.38 (95% confidence interval (CI), 1.07–1.77). However, in analyses focusing on results from highly exposed groups, the summary relative risk for NHL was 1.73 (95% CI, 1.10–2.72). No clear bias based on study design, exposure assessment methodology, or outcome misclassification was seen. Overall, these findings provide new evidence for an association between NHL and exposure to the herbicide 2,4-D.

© 2017 Elsevier Inc. All rights reserved.

2,4-D was the first successful selective herbicide ever developed and its commercial release came in 1946 [1]. As an auxinic herbicide, its main mechanism of herbicidal action is the induction of cell growth and division in broad–leaf weeds to the point of abnormal growth that results in weed death [2]. It increased yields for various cereal crops such as wheat, maize, and rice, and its low manufacturing costs led to its continued use and global dissemination [3–5]. It is currently listed as an active ingredient in hundreds of commercially available products [6].

Non-Hodgkin lymphomas (NHLs) are a heterogeneous group of cancers arising from lymphocytes and their precursors in the immune system. In 2012, there were an estimated 217,643 new cases, and it was the eighth most commonly diagnosed cancer worldwide [7]. Descriptive epidemiology reveals that NHL incidence and mortality have been rising in the developed world faster than the vast majority of other cancer types for the last several decades [8].

NHL is usually more common after age 60 and in men. The causes of most cases are unknown but risk factors may include certain chemicals such as benzene or chemotherapy agents, immune deficiencies caused by immunosuppressant drugs, infection with human immunodeficiency virus, various autoimmune diseases such as Sjogrens syndrome and ionizing radiation [9].

In its most recent 2007 review, the US Environmental Protection Agency concluded that there was a lack of sufficient evidence to establish a link between 2,4-D exposure, and cancer [10]. In 2015, the World Health Organization's International Agency for Research on Cancer (IARC) confirmed its 1987 classification of 2,4-D as a group 2B, possible human carcinogen, after concluding that there was not sufficient human epidemiological evidence to list 2,4-D as a group 1 carcinogen in humans, although a substantial minority considered that the evidence was limited [11,12]. While IARC identified a number of human epidemiologic studies showing an elevated risk of NHL in groups exposed to 2,4-D, a number of other studies showed no association. A recent meta-analysis on 2,4-D exposure and NHL reported finding no association but focused their analyses on results comparing groups with any exposure to 2,4-D to groups with no known exposure to this agent [13].

* Corresponding author. Arsenic Health Effects Research Program, UC Berkeley School of Public Health, 2470 Telegraph Ave., Suite 301, Berkeley, CA 94704. Tel.: (510) 990-8354.
    E-mail address: craigs@berkeley.edu (C. Steinmaus).

http://dx.doi.org/10.1016/j.annepidem.2017.03.003
1047-2797/© 2017 Elsevier Inc. All rights reserved.

However, the potential risks in those groups who most likely had the highest exposures were not specifically evaluated. This is important since, if a true association does exist, higher exposures will usually result in higher relative risks (RRs), and higher RRs are generally less likely to be due to chance, bias, or confounding. As described in the first of the Bradford–Hill causal inference considerations and elsewhere, smaller increases in RR generally have lower statistical power (all else being equal) and can more likely be solely caused by minor bias and confounding than larger increases in RR [14–17]. Because the primary purpose of this work was to evaluate whether the current literature supports an association between 2,4-D and NHL, rather than attempt to define specific dose-response relationships, our focus here was on evaluating those groups with the highest 2,4-D exposure.

## Methods

PubMed, Scopus, and TOXLINE databases were searched for peer-reviewed observational epidemiology studies that evaluated exposure to 2,4-D and NHL. Key search words included "2,4-dichlorophenoxyacetic acid," "2,4-D," "herbicides" or "pesticides," and "neoplasms," "cancer," "carcinogenesis," "lymphoma," "non-Hodgkin lymphoma," or "NHL." Review articles and the bibliographies of all included articles were also searched for relevant studies. The results of our literature search are detailed in Supplement Figure 1 and include articles indexed up to April 25th, 2016.

This meta-analysis includes only case-control and cohort studies that provided RR estimates for exposure to 2,4-D specifically, and only data published in peer-reviewed scientific journals. Ecologic studies were excluded [18]. Studies that only reported RRs of NHL based on broader exposure categories such as herbicides or phenoxyacetic acids, or only reported RRs for combinations of chemicals or only by job type (e.g., farmers) were also excluded. Cross-sectional studies that measured 2,4-D exposure after cancer diagnosis were also excluded [19]. Studies that calculated RRs for either NHL incidence and mortality were included in the meta-analysis.

For each selected study, the following information was abstracted: authors, year of publication, year(s) of the study, study design (case-control vs. cohort), location of the study, number and sources of NHL cases and non-cases, ages ranges, gender distribution, exposure metrics used, and how exposures were assessed, participation rates, confounding variables assessed, exposure levels when available, and the RR estimates for each exposure metric, and exposure level assessed with their corresponding confidence intervals. Most studies we identified gave RRs for several different metrics of 2,4-D exposure, including cumulative exposure, exposure intensity, duration of exposure, exposure with and without personal protective equipment (PPE), and time since first exposure. When this occurred, we attempted to identify the metric with the most comprehensive evaluation of exposure and the metric most likely to capture the highest exposure group. As such, when RRs were given for multiple exposure metrics, we selected a single RR for the metric in the following order: cumulative exposure (intensity × duration), exposure intensity (usually expressed as the number of days used, mixed, or applied 2,4-D per year), the longest duration (expressed as number of years using, mixing, or applying 2,4-D per year), and ever exposed to 2,4-D versus never exposed to 2,4-D. This order was determined a priori. If separate RRs were provided for subjects using or not using PPE, the results for subjects not using PPE were selected. Several studies provided separate RRs for different levels of exposure (e.g., low, medium, and high cumulative exposure). When this occurred, because our focus was on groups with the highest exposure, we chose the RR for the highest exposure level. In some instances, multiple publications reported results from the same population or cohort. When this occurred,

one publication was selected based on the following criteria in the following order: the publication that presented results for the most likely highest exposure group (i.e., highest level of cumulative exposure, exposure intensity, or longest duration); the publication with the largest number of NHL cases; and the most recent publication. Summaries of our selection criteria are provided in Supplemental Tables 1 and 2. All age groups were included in this analysis, although the majority of studies included looked exclusively at adult populations.

Two measures of association were reported, odds ratios (ORs) for the case-control studies and a standardized incidence ratio for the cohort study. Since NHL is a relatively rare disease, odds ratios and standardized incidence ratios were considered equivalent for this meta-analysis [20]. Summary RRs were calculated using the fixed effects inverse variance weighting method [21] and the random effects method [22]. All results listed in this publication are for the random effects model, unless otherwise specified. Heterogeneity among studies was assessed using the general variance–based method developed by Petitti [23]. Heterogeneity was also quantified using the $I^2$ values presented by Higgins et al and was calculated using equation $I^2 = 100\% \times (X^2 - df)/X^2$, where df is the degrees of freedom (number of studies minus one) and $X^2$ is the chi-square heterogeneity statistic. The $I^2$ value describes the percentage of total variation across studies due to between study heterogeneity rather than chance. An $I^2$ percentage of 75 or higher was considered to be high heterogeneity and not attributable to chance [24].

Publication bias was assessed using funnel plots and Begg's and Egger's tests. Egger's test assesses the asymmetry in the funnel plot with a simple linear regression comparing each study's precision to its effect size divided by the standard error. The funnel plot is a graphical presentation of each study's effect size compared with an estimate of its precision and can exhibit asymmetry if publication bias is present [25]. Begg's test uses Kendall's rank order test to assess the correlation between the studies effect size's and their precision [26]. We assessed the quality of each study included in the quantitative analysis using the Newcastle–Ottawa assessment scales for cohort and case-control studies.

The impact of each study on summary RRs was evaluated by recalculating summary RRs after removing each study one at a time. As aforementioned, our focus was on assessing RRs in the highest exposure groups. To evaluate how this focus might have impacted our results, we performed a separate meta-analysis in which the RR for broadest exposure group or metric was selected. In general, this involved RRs for groups who were ever exposed to 2,4-D (despite their exposure level) to groups who were never known to be exposed to 2,4-D.

## Results

A total of 12 observational studies meeting our inclusion criteria were identified. This included 11 case-control studies [27–37], two of which were nested in cohorts [31,34], and one cohort study [38]. Table 1 shows a summary of the data extracted from each study, including author and publication year, location, study design, number of exposed cases, demographic characteristics of each study population, the exposure groups and categories, exposure metric used, as well as outcome assessed and sources of outcome data. Six of the 12 studies included were done in the United States [27,30,34,36–38], including the only cohort study [38] and one of the nested case-control studies [34]. Two studies were conducted in Europe [28,33], two in Sweden [29,35], one in Canada [32], and one was conducted using an international cohort from 10 countries [31]. Eleven of the studies reported RRs for NHL incidence [27–30,32–38], and one study included both incident and

**Table 1**
Studies used in the meta-analysis of 2,4-D and non-Hodgkin lymphoma

| Author (year) | Location | Study design | Cases [+] | Sex | Age | Exposure group | Exposure category [†] | RR (95% CI) | Outcome [*] | Source | Exposure assessment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Burns et al. [38] 2011 | Michigan | Cohort | 3 | Men | Unk | Production | Cumulative exposure years ≥ 5 unit-years | 2.16 (0.45–6.31) | Incident NHL | Cancer registry | Workplace history on jobs, and IH measurements at production facility |
| Cantor et al. [27] 1992 | Iowa/Minnesota | CC | 89 | Men | ≥30 | Farmers | Ever handled, no PPE | 1.2 (0.9–1.7) | Incident NHL [*] | Cancer registry, hospitals | Self-reported information on occupations and exposure to specific pesticides |
| Cocco et al. [28] 2013 | Europe | CC | 2 | Both | ≥17 | Various occupations | Cumulative exposure | 0.6 (0.1–3.5) | Incident B cell lymphoma [*] | Unk | Self-reported information on occupations and pesticides used, and expert evaluation |
| Hardell et al. [29] 1994 | Umea | CC | 3 | Men | 25–85 | Various Occupations | ≥1 week continuously or 1 month total exposed | 13 (1.2–360) | Incident NHL [*] | Hospital | Self-reported information on work history and exposures |
| Hoar et al. [30] 1986 | Kansas | CC | 5 | Men | ≥21 | Farmers | ≥21 days/year | 7.6 (1.8–32.3) | Incident NHL [*] | Cancer registry | Self-reported information on occupations and pesticides used |
| Kogevinas et al. [31] 1994 | Global | NCC | 2 | Both | Unk | Production or Spraying | Cumulative exposure score ≥ 10 | 0.69 (0.11–4.55) | NHL mortality and incidence | Cancer registry, death registry | Company exposure questionnaires and company records and expert evaluation |
| McDuffie et al. [32] 2001 | Canada | CC | 11 | Men | ≥19 | Any exposure | >7 days/year | 1.22 (0.60–2.49) | Incident NHL [*] | Cancer registry, Quebec hospitals | Self-reported information on occupations and pesticides used |
| Miligi et al. [33] 2006 | Italy | CC | 9 | Both | 20–74 | Various occupations | Probability > low, no PPE | 4.4 (1.1–29.1) | Incident NHL | Hospitals, varese Cancer registry | Self-reported information on agricultural work, crops, and pesticide use, and expert evaluation |
| Mills et al. [34] 2005 | California | NCC | 60[++] | Both | Unk | Farmers | "High" use | 3.80 (1.85–7.81) | Incident NHL | Cancer registry | Employee records and pesticide usage database |
| Nordstrom et al. [35] 1998 | Sweden | CC | 2 | Men | 28–86 | Any exposure | ≥8 hours | 1.6 (0.3–8.3) | Incident HCL | Cancer registry | Self-reported information on occupations and pesticides used at home or work |
| Woods [36] 1989 | Washington | CC | 576[++] | Men | 20–79 | Farmers | ≥1 or 2 days/year | 0.73 (0.4–1.3) | Incident NHL | Cancer registry | Self-reported information on occupations and specific chemicals used |
| Zahm et al. [37] 1990 | Nebraska | CC | 3 | Men | ≥21 | Farmers | ≥21 days/year | 3.3 (0.5–22.1) | Incident NHL [*] | Hospitals, study group | Self-reported information on agricultural practices and pesticides used |

CC = case-control; CI = confidence interval; HCL = hairy cell leukemia; IH = industrial hygiene; NCC = nested case control; NHL = non-Hodgkin's lymphoma; PPE = personal protective equipment; RR = relative risk; Unk = known or not stated.
+ Exposed cases.
++ Total number of cases.
* Studies with histologically confirmed cases.
† Category used in main analysis.

284
A.M. Smith et al. / Annals of Epidemiology 27 (2017) 281–289



**Fig. 1.** Forest plot of the random effects results from the main analysis involving higher exposure groups.

mortality cases [31]. Eight of the studies exclusively looked at male populations [27,29,30,32,35−38], whereas four studies included both genders [28,31,33,34]. Ten of the studies examined occupational exposures [27−31,33,34,36−38], whereas two studies included nonoccupational and leisure time exposures [32,35]. Farming occupations comprised the exposure group in five of the twelve studies [27,30,34,36,37], and two studies included 2,4 D production workers [31,38]. Nine of the twelve studies (75%) reported RR estimates >1.0 for 2,4-D and NHL [27,29,30,32−35,37,38]. In four of these (33%), the RR estimate was statistically significant (Fig. 1) [29,30,33,34]. Of the three studies with RR estimates less than 1.0, none of these results were statistically significant [28,31,36].

The summary RR estimate in our analysis selecting the highest exposure categories was 1.73 (95% CI 1.10−2.72; P-value = .02, n = 12 studies; Table 2, Fig. 1). The highest RR included was 13 and the lowest RR was 0.6. The X$^2$ value was 25.12 (P-value for heterogeneity was .009; I$^2$ = 56%). No individual study received more than 19% of the total weight assigned in the random effects model. In the meta-analysis where RRs were preferentially selected for the broadest exposure category from each study (e.g., ever vs. never exposed), the summary RR estimate was lower but still statistically significant (RR = 1.38; 95% CI 1.07−1.77; P = .01, n = 12 studies; I$^2$ = 50%; Table 2, Supplement Fig. 2).

To explore potential sources of heterogeneity, a variety of subgroup analyses were performed. In analyses confined to studies conducted in the United States, the summary RR estimate was 1.96 (95% CI 1.03−3.76, n = 6) and the X$^2$ value was 19.33 (P-value for heterogeneity was .002; I$^2$ = 74%). For studies that gave a RR estimate that assessed the relationship between 2,4-D and NHL in an

occupational cohort specified to be farmers, the summary RR was 1.97 (95% CI 0.95−4.08, n = 5). The X$^2$ value was 18.87 (P-value for heterogeneity = .001; I$^2$ = 79%).

To evaluate possible exposure misclassification, we conducted subgroup analyses based on the method used to classify subject's exposure. For studies in which the exposure classification was based on the subject's self-reported exposure to 2,4-D, where subjects were asked to recall past exposures, the summary RR was 1.47 (95% CI 0.89−2.44; P-value = .14, n = 7) with a X$^2$ value of 12.83; P-value for heterogeneity = .05, I$^2$ = 53%. In studies in which exposure was based on industrial hygienists or agronomists assessment of likelihood of exposure based job titles, company records, questionnaire, and industrial hygiene monitoring, the summary RR was 2.17 (95% CI 1.03−4.58; P-value = .04, n = 5) with a X$^2$ value of 6.07; P-value for heterogeneity = .19, I$^2$ = 34%. To assess outcome misclassification, a subgroup analysis was conducted for studies that had an independent pathology review to confirm the diagnosis of NHL. Here the summary RR was 1.73 (95% CI 0.92−3.25; P-value = .09, n = 6) with a X$^2$ value of 10.10; P-value for heterogeneity = .07, I$^2$ = 51%. The Newcastle Ottawa scores (highest possible score = 9) ranged from 6 to 9, with a median score of 7 (Supplement Table 3). The summary RR for the four studies with scores ≥8 was 2.86 (95% CI 0.99−8.23; I$^2$ = 65.9%) [27,30,33,37]. For those eight studies with a quality score of ≤7 [28,29,31,32,34−36,38], the summary RR was 1.48 (95% CI 0.80−2.73; I$^2$ = 57.1%).

Publication bias was assessed using the funnel plot, and Egger's and Begg's tests. The funnel plot was relatively symmetrical indicating little to no obvious publication bias (Fig. 2). The Egger's test yielded a bias coefficient of 1.086 with a P-value of .14 indicating no

A.M. Smith et al. / Annals of Epidemiology 27 (2017) 281–289

285

**Table 2**
Summary results of the meta-analysis on 2,4-D exposure and non-Hodgkin lymphoma

| Group | N | Fixed effects | | Random effects | | Heterogeneity | | |
|---|---|---|---|---|---|---|---|---|
| | | RR | 95% CI | RR | 95% CI | $X^2$ | P-value | $I^2$ |
| Exposure metric | | | | | | | | |
| Highest exposure [27–38] | 12 | 1.38 | 1.10–1.73 | 1.73 | 1.10–2.72 | 25.12 | .009 | 56% |
| Ever versus never [27–38] | 12 | 1.31 | 1.13–1.52 | 1.38 | 1.07–1.77 | 22.08 | .024 | 50% |
| Study design | | | | | | | | |
| Case-control [27–37] | 11 | 1.36 | 1.09–1.71 | 1.72 | 1.06–2.78 | 24.66 | .006 | 59% |
| Nested case-control [31,34] | 2 | 3.04 | 1.54–5.97 | 2.03 | 0.40–10.17 | 2.80 | .094 | 64% |
| Cohort [38] | 1 | 2.16 | 0.58–8.03 | — | — | — | — | — |
| Region | | | | | | | | |
| US [27,30,34,36–38] | 6 | 1.38 | 1.08–1.77 | 1.96 | 1.03–3.76 | 19.33 | .002 | 74% |
| Europe* [28,29,31,33,35] | 5 | 1.69 | 0.74–3.87 | 1.72 | 0.65–4.60 | 5.44 | .245 | 27% |
| Canada [32] | 1 | 1.22 | 0.60–2.47 | — | — | — | — | — |
| Exposure group/assessment | | | | | | | | |
| Occupational [27–31,33,34,36–38] | 10 | 1.40 | 1.10–1.78 | 1.91 | 1.09–3.34 | 24.96 | .003 | 64% |
| Farming cohort [27,30,34,36,37] | 5 | 1.36 | 1.05–1.74 | 1.97 | 0.95–4.08 | 18.87 | .001 | 79% |
| Production [31,38] | 2 | 1.48 | 0.51–4.32 | 1.48 | 0.51–4.32 | 0.96 | .326 | 0% |
| Self-reported [27,29,30,32,35–37] | 7 | 1.21 | 0.95–1.55 | 1.47 | 0.89–2.44 | 12.83 | .046 | 53% |
| Occupational records/hygienist assessed [28,31,33,34,38] | 5 | 2.57 | 1.50–4.41 | 2.17 | 1.03–4.58 | 6.07 | .194 | 34% |
| Outcome assessment | | | | | | | | |
| Incidence [27–30,32–38] | 11 | 1.40 | 1.11–1.75 | 1.82 | 1.14–2.92 | 24.57 | .006 | 59% |
| Mortality [31] | 1 | 0.69 | 0.11–4.44 | — | — | — | — | — |
| Population based [27,29,30,32,33,35–37] | 8 | 1.25 | 0.98–1.59 | 1.62 | 0.97–2.68 | 15.14 | .034 | 54% |
| Pathology review [27–30,32,37] | 6 | 1.32 | 1.00–1.73 | 1.73 | 0.92–3.25 | 10.10 | .073 | 51% |
| Other | | | | | | | | |
| Cantor et al. excluded [27] | 11 | 1.60 | 1.16–2.22 | 1.94 | 1.10–3.44 | 23.52 | .009 | 58% |
| Males only [27,29,30,32,35–38] | 8 | 1.24 | 0.97–1.58 | 1.50 | 0.94–2.39 | 13.55 | .06 | 48% |
| Newcastle–Ottawa scale | | | | | | | | |
| 8 or more [27,30,33,37] | 4 | 1.39 | 1.03–1.87 | 2.86† | 0.99–8.23 | 8.79 | .032 | 65.9% |
| 7 or less [28,29,31,32,34–36,38] | 8 | 1.37 | 0.97–1.94 | 1.48 | 0.80–2.73 | 16.32 | .022 | 57.1% |

CI = confidence interval; $I^2$ = Higgins heterogeneity statistic; N = number of studies; RR = risk ratio; $X^2$ = chi-squared value.
* Kogevinas et al. was included in the analysis despite having two cases from Australia.
† The difference between the fixed and random effects results was primarily due to the large study by Cantor et al. 1992 (OR = 1.2, 95% CI: 0.9–1.7) receiving 89.7% of the weight in the fixed effect model and 38.7% of the weight in the random effects model.

clear publication bias, and the Begg's test gave an adjusted Kendall score of 14 with a P-value of .34, also indicating no clear publication bias. The Cantor et al. study [27] was the most heavily weighted study (RR = 1.20, 95% CI, 0.9–1.7) receiving 18% of the weight in the random effects model, and its removal caused the summary RR to increase from 1.73 (95% CI 1.10–2.72) to 1.94 (95% CI 1.10–3.44; P-value = .02, n = 11) with a $X^2$ value of 23.52. P-value for heterogeneity = .009, $I^2$ = 58%. Removal of the only cohort study [38] in the analysis left the summary RR almost unchanged at 1.72



**Fig. 2.** Beggs funnel plot with pseudo 95% confidence intervals of the studies of 2,4 D and non-Hodgkin lymphoma. The x-axis is the natural log value of the relative risk included from each study and the y-axis is the standard errors of the natural log value for each relative risk.

(95% CI 1.06–2.78; P-value = .03, n = 11) with a $X^2$ value of 24.66; P-value for heterogeneity = .006, $I^2$ = 59%.

The presence of statistically significant modest heterogeneity according to the $I^2$ value [24] led us to speculate how many studies could be removed from the meta-analysis while still showing a statistically significant summary RR for the association between 2,4-D exposure and NHL. To assess this, we sequentially removed studies based on the amount of weight they contributed to the final estimate, in a stepwise and additional fashion (i.e., those given the largest weight were removed first; Table 3). In this analysis, the six studies receiving the largest weight needed to be removed for the summary RR to no longer be statistically significant.

## Discussion

Overall, in our analyses focused on the highest exposure group from each study, we identified a statistically significant association between 2,4-D exposure and increased RRs of NHL. Evidence of moderate heterogeneity was identified ($X^2$ = 25.12; P-heterogeneity = .009, $I^2$ = 56%). However, given the wide range in exposure scenarios, exposure assessment methods, outcome assessment methods, statistical methods, study populations, and other factors across studies at least some heterogeneity was expected. In addition, despite the presence of some heterogeneity, 75% of the studies included in our high-exposure analysis reported RR estimates >1.0. In addition, while four studies reported statistically significant positive associations, none of the studies included in our main meta-analysis reported statistically significant negative associations. Finally, the 95% confidence intervals of the large majority of individual study results included our summary RR. Overall, these findings suggest that despite the wide differences in many aspects of

*A.M. Smith et al. / Annals of Epidemiology 27 (2017) 281–289*

**Table 3**
Sensitivity analysis: removing one study at a time from the main meta-analysis beginning with the studies receiving the greatest weight

| Removed | N | Fixed effects | | | Random effects | | | Heterogeneity | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | RR | 95% CI | *P*-value | RR | 95% CI | *P*-value | $X^2$ | *P*-value | $I^2$ |
| Cantor [27] (1992) | 11 | 1.60 | 1.16–2.22 | .004 | 1.94 | 1.10–3.44 | .023 | 23.52 | .009 | 58% |
| Woods [36] (1989) | 10 | 2.25 | 1.53–3.32 | <.001 | 2.31 | 1.36–3.93 | .002 | 13.66 | .135 | 34% |
| McDuffie [32] (2001) | 9 | 2.93 | 1.85–4.65 | <.001 | 2.80 | 1.64–4.79 | <.001 | 9.51 | .301 | 16% |
| Mills [34] (2005) | 8 | 2.46 | 1.35–4.47 | .003 | 2.44 | 1.24–4.80 | .01 | 8.68 | .276 | 19% |
| Burns [38] (2011) | 7 | 2.54 | 1.30–4.98 | .007 | 2.50 | 1.10–5.67 | .028 | 8.64 | .195 | 31% |
| Hoar [30] (1986) | 6 | 1.88 | 0.88–4.02 | .104 | 1.90 | 0.83–4.34 | .129 | 5.84 | .322 | 14% |

CI = confidence interval; N = number of studies included; RR = relative risk.

study design across the different studies, the overall trend in study results was consistent with the positive summary RR we identified.

The findings of our meta-analysis differed from those of a previous meta-analysis on this same topic [13], which did not identify a clear association (summary RR = 0.97, 95% CI, 0.77–1.22). The differences between our meta-analysis and this previous meta-analysis are detailed in Table 4. The primary reason for the different findings was our focus on selecting RR estimates for those groups most likely to be highly exposed to 2,4-D from each study. This is in contrast to the previous meta-analysis, which generally selected RRs for groups with any 2,4-D exposure, regardless of whether these exposures were high or low. For example, the previous meta-analysis used the RR from the analysis of De Roos et al. [39] which pooled data from three of the studies used in our meta-analysis [27,30,37]. We used data from the original three studies since each provided a RR estimate for a high exposure group. This is in contrast to the RR from the De Roos et al. study used in the previous meta-analysis which was simply for "exposed" compared with "not exposed" groups. As mentioned previously, the reason we focused on higher exposure groups is that if true associations are present, higher exposures generally result in higher RRs, and all else being equal, higher RRs are typically associated with greater statistical power and are less likely to be solely caused by major bias or confounding than RRs closer to 1.0 [14]. This is in contrast to results for groups with any 2,4-D exposure, regardless of whether the exposure was high or low. When subjects with any 2,4-D exposure are considered as the exposed group, subjects with fairly low exposures can be included in the "exposed" group, and the overall average exposure in the group is likely to be lower than that in groups solely composed of highly exposed workers. Because the average exposures in these "any exposure" groups are lower, RR increases in these groups are also likely to be low (i.e., closer to 1.0) and thus more susceptible to issues relating to low power, bias, and confounding. Some evidence for this can be seen in our results where the summary RRs in our analyses of high-exposure groups resulted in an elevated and statistically significant summary RR of 1.73 (95% CI, 1.10–2.72), whereas our analyses of "ever-exposed" groups resulted in a summary RR that was lower (RR = 1.38, 95% CI, 1.07–1.77).

The metrics we used to define higher exposure groups varied across studies (e.g., cumulative exposure vs. duration vs. no PPE use). Although this could potentially introduce some heterogeneity, it would not necessarily cause false positive associations. The reason for this is that some of the metrics we used are likely better for identifying those who truly are highly exposed than others. Because all the studies included in our meta-analysis assessed exposure similarly in NHL cases and controls, most exposure misclassification was likely non-differential and using studies with these less accurate or less thorough assessments of exposure most likely biased results toward finding no association. In fact, all the studies included in our meta-analysis likely had at least some degree of non-differential exposure misclassification, which again, most likely biased results toward the null. Overall, because of these

issues, our meta-analysis results may underestimate the true effect size of the association between NHL and 2,4-D exposure.

Differential recall bias is a potential concern in cancer case-control studies because cancer cases may recall past exposures with greater or less accuracy than controls. However, there are several factors suggesting that this bias does not explain the results presented here. If this type of recall bias had played a role, then RR estimates derived from cohort studies [38], case-control studies that were nested within a cohort [31,34], or case-control studies where exposure was assessed by an agronomist or hygienist [28,33] (where recall bias is less likely to have had a major impact), should have been substantially lower than those found in our analyses of all studies combined. However, this was not the case: after removing case-control studies that assessed exposures based solely on subject's self-reports, where subjects were asked to recall past exposures, the RR estimate increased (from 1.47 to 2.17).

Another difference between the previous meta-analysis and ours was that the previous meta-analysis included the case-control study by Hartge et al. [19], which found no association between 2,4-D concentrations in home carpet dust and NHL (RR = 0.89, 95% CI, 0.49–1.59). However, these 2,4-D concentrations were measured after cancer diagnosis. Because the half-life of 2,4-D is relatively short (6.2 days) [41] and the latency between first exposure and cancer diagnosis is many years for most known environmental carcinogens, and because people's behaviors can change following cancer diagnosis, we did not include these types of cross-sectional studies in our meta-analysis. As previously mentioned, the objective of this study was to examine the risk of NHL in high exposure groups. Because of this, we used the results presented in McDuffie et al. [32] rather than those from Hohenadel et al. [40], which assessed the same study subjects and was used in the previous meta-analysis. Despite being published earlier, the McDuffie et al. [32] study provides RR estimates for four different 2,4-D exposure levels (from >0 to ≤2 days 2,4-D use/year to >7 days 2,4-D use/year). In contrast, the Hohenadel et al. [40] study only provides a RR estimate for exposed versus unexposed, and thus combines higher and lower exposure groups. Other differences are that we included the Nordstrom et al. study of hairy cell leukemia, a type of low grade NHL [35], and the Cocco et al. study of B cell lymphoma, the most common type of NHL [28]. Excluding these two studies had only a small impact on our summary RR (RR = 1.88; 95% CI, 1.14–3.09, *P*-value = .01), indicating their inclusion is not the reason for the statistically significant results we report.

An assessment of outcome misclassification was done by conducting a subgroup analysis on studies where NHL cases had been independently reviewed by pathologist(s) to confirm the diagnosis [27–30,32,37]. The magnitude of the summary RR in this subgroup analysis (RR = 1.73; 95% CI, 0.92–3.25) was the same as that in our analysis including all studies suggesting that outcome misclassification was minimal. In addition, it appears that in all studies included here, case status was determined independent of 2,4-D exposure. As such, most errors in assessing outcome status were

**Table 4**
Comparison of meta-analyses for 2,4-D and NHL

| Author (year) | Main analysis | | | | Ever versus never | | | | Goodman et al. [13] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Used | RR (95% CI) | Weight | Exposure group | Used | RR (95% CI) | Weight | Exposure group | Used | RR (95% CI) | Weight | Exposure group |
| Burns et al. [38] (2011) | Yes | 2.16 (0.45–6.31) | 7.40% | Cumulative exposure >5 unit-years | Yes | 1.36 (0.74–2.29) | 10.06% | Never versus ever (all workers) | Yes | 1.36 (0.74–2.29) | 11.90% | Never versus ever (all production workers) |
| Cantor et al. [27] (1992) | Yes | 1.2 (0.9–1.7) | 18.04% | Ever handled without PPE | Yes | 1.2 (0.9–1.6) | 16.16% | Ever handled | No | — | — | Substituted DeRoos et al. [39] |
| Cocco et al. [28] (2013) | Yes | 0.6 (0.1–3.5) | 4.85% | Cumulative exposure | Yes | 0.6 (0.1–3.5) | 1.81% | Cumulative exposure | No | — | — | — |
| DeRoos et al. [39] (2003) | No | — | — | — | No | — | — | — | Yes | 0.8 (0.60–1.10) | 24.38% | Pooled estimate [27,30,37] |
| Hardell et al. [29] (1994) | Yes | 13 (1.2–360) | 2.21% | 1 week or more continuously or 1 month total exposed | Yes | 13 (1.2–360) | 0.74% | ≥1 week continuously or 1 month total exposed | Yes | 13 (1.2–360) | 0.64% | 1 week or more continuously or 1 month total exposed |
| Hartge [19] (2005) | No | — | — | — | No | — | — | — | Yes | 0.89 (0.49–1.59) | 11.21% | 2,4-D ≥ 1000 ng/g |
| Hoar et al. [30] (1986) | Yes | 7.6 (1.8–32.3) | 6.51% | Days/year ≥ 21 | Yes | 2.6 (1.4–5.0) | 9.04% | All 2,4-D users (no 2,4,5-T use) | No | — | — | Substituted DeRoos et al. [39] |
| Hohenadel et al. [40] (2011) | No | — | — | — | No | — | — | — | Yes | 0.94 (0.67–1.33) | 21.79% | 10 hours or more of lifetime use |
| Kogevinas et al. [31] (1994) | Yes | 0.69 (0.11–4.55) | 4.54% | Cumulative exposure ≥ 10 | Yes | 1.11 (0.46–2.65) | 5.83% | Cumulative exposure ≥ 0.005 | Yes | 1.11 (0.46–2.65) | 5.92% | Cumulative exposure ≥ 0.005 |
| McDuffie et al. [32] (2001) | Yes | 1.22 (0.60–2.49) | 13.34% | Days/year ≥ 7 | Yes | 1.26 (0.97–1.64) | 17.10% | Ever exposed (10 hours or more of lifetime use) | No | — | — | Substituted Hohenadel [40] |
| Miligi et al. [33] (2006) | Yes | 4.4 (1.1–29.1) | 5.45% | > Low, no PPE | Yes | 0.9 (0.5–1.8) | 8.73% | > Low | Yes | 0.9 (0.5–1.8) | 9.87% | > Low |
| Mills et al. [34] (2005) | Yes | 3.80 (1.85–7.81) | 13.10% | Pounds applied (dichotomous) | Yes | 3.80 (1.85–7.81) | 7.60% | Pounds applied (dichotomous) | Yes | 3.58 (1.02–12.58) | 3.10% | Pounds applied (dichotomous, adjusted) |
| Nordstrom et al. [35] (1998) | Yes | 1.6 (0.3–8.3) | 5.36% | 8 hours or more of exposure | Yes | 1.6 (0.3–8.3) | 2.05% | ≥8 hours exposed | No | — | — | — |
| Woods [36] (1989) | Yes | 0.73 (0.4–1.3) | 14.81% | 1 or 2 days or more/ year | Yes | 0.73 (0.4–1.3) | 9.71% | 1 or 2 days or more/ year | Yes | 0.73 (0.4–1.3) | 11.19% | 1 or 2 days or more/ year |
| Zahm et al. [37] (1990) | Yes | 3.3 (0.5–22.1) | 4.39% | 21 days or more/year | Yes | 1.5 (0.9–2.5) | 11.19% | Ever handled | No | — | — | Substituted DeRoos et al. [39] |

2,4,5,-T = 2,4,5-trichlorophenoxyacetic acid; 2,4-D = 2,4-dichlorophenoxyacetic acid; CI = confidence interval; NHL = non-Hodgkin's lymphoma; PPE = personal protective equipment; RR = relative risk.

*A.M. Smith et al. / Annals of Epidemiology 27 (2017) 281–289*

most likely non-differential and thus most likely caused bias toward the null. NHL is a heterogeneous mixture of cancers, however, there were too few studies that provided results on 2,4-D exposure and specific subtypes of NHL to obtain meaningful estimates from subgroup analyses. Importantly though, if 2,4-D exposure is more strongly associated with some subtypes than others, our inclusion of studies examining all subtypes together (and therefore possibly including subtypes less strongly associated with 2,4-D) would have biased our meta-analysis results to the null, not toward the positive association we identified. Overall, misclassification of NHL status appears to be an unlikely cause of the association we identified.

Monotonic dose-response relationships are argued to be supportive of a causal relationship between exposures and outcomes [14], and their assessment has been well outlined in meta-analyses [42]. Because one of the aims of this study was causal inference, we examined dose-response relationships by several methods. First, as discussed above, we performed one meta-analysis preferentially selecting results from higher exposure groups and a separate meta-analysis preferentially selecting subjects with any exposure to 2,4-D ("ever" exposed). The observation that the summary RR increased as the likely average exposure in each group increased (from 1.38 for ever exposed to 1.73 for likely higher exposed) is consistent with a positive dose-response pattern. Second, we performed a subgroup analysis that only included occupational exposures to 2,4-D under the assumption that typical occupational exposures may generally be higher than typical residential exposures [27–31,33,34,36–38]. The higher summary risk estimate we identified in studies that only considered occupational exposures (RR = 1.91, 95% CI, 1.09–3.34) is further evidence that exposure to 2,4-D is associated with NHL in a dose-dependent fashion. Dose-response meta-regressions are another method for assessing dose-response relationships, but this was not possible here because of the heterogeneity in the different methods each study used to assess and categorize 2,4-D exposure.

The association of 2,4-D with NHL is further supported by considerations of biological plausibility based on mechanistic data. According to the IARC working group for Monograph 113, "mechanistic studies provided strong evidence that 2,4-D induces oxidative stress that can operate in humans and moderate evidence that 2,4-D causes immunosuppression, based on *in vivo* and *in vitro* studies" [11]. Both of these key characteristics of human carcinogens [43] may contribute mechanistically to the development of NHL. For example, immunosuppression is strongly associated with the development of NHL [44,45]. Furthermore, increased risk of NHL has been associated with common genetic variants in the oxidative stress pathway, including NADPH oxidase, which plays an important role in signaling for the proliferation of lymphocytes and tumor cells [46].

Some studies in rats and mice have shown immunosuppressive effects of 2,4-D, but others have found little or no effect. A well-designed study by Salazar et al. [47] using pure 2,4-D at non-toxic doses reported that 2,4-D caused significant immunosuppressive effects. The number of phosphorylcholine IgM and IgG antibody-secreting B cells (plasma cells) in bone marrow cells of C57BL/6 mice exposed to 2,4-D was decreased by 2- to 3-fold, indicating substantial immunosuppressive effects on humoral immunity. Human studies to demonstrate that this mechanism can operate in humans are lacking, however, and would be important to perform.

We have conducted a meta-analysis on 2,4-D exposure and NHL that focuses on higher exposure groups. In our analyses, we examined dose-response relationships, heterogeneity, and the role of several forms of bias. Evidence of a dose-response relationship was seen when comparing the results for higher exposure groups to ever versus never exposure groups, and no major exposure or outcome misclassifications, or publication bias were detected.

Overall, our review of the current epidemiologic literature suggests that 2,4-D exposure is associated with increased risks of NHL. Given the widespread use of this agent, these findings may have important public health implications.

## Acknowledgments

This research was supported by NIFA grant CA-D-ETX-2233-H.

## References

[1] Quastel JH. 2,4-Dichlorophenoxyacetic Acid (2,4-D) as a selective herbicide. Agricultural Control Chemicals. Advances in Chemistry. 1. Washington, D.C.: American Chemical Society; 1950. p. 244–9.

[2] Song Y. Insight into the mode of action of 2,4-dichlorophenoxyacetic acid (2,4-D) as an herbicide. J Integr Plant Biol 2014;56(2):106–13.

[3] Final review report for the active substance 2,4-D. SANCO/11961/2015 Rev 3 final Ed. European Commission Directorate General for Health and Food Safety, 2016. Standing Committee on Plants, Animals, Food and Feed.

[4] Health Canada. Information note; Health Canada Releases Final Re-Evaluation Decision on 2,4-D, REV2013–02. 2008. Available at: http://www.hc-sc.gc.ca/cps-spc/alt_formats/pdf/pubs/pest/decisions/rev2013-02/rev2013-02-eng.pdf [accessed 03.09.2016].

[5] US EPA. Pesticides industry sales and usage: 2006 and 2007 Market Estimates. Office of Chemical Safety and Pollution Prevention, EPA 733-R-11-001. 2011. Available at: https://www.epa.gov/sites/production/files/2015-10/documents/market_estimates2007.pdf [accessed 04.25.2016].

[6] Common list of pesticide products that contain 2,4-D, Carbaryl, Diazinon, Diuron, Malathion, Triclopyr Bee or Trifluralin. Cincinnati, Ohio: National Service Center for Environmental Publications; 2010. Available at: http://nepis.epa.gov/Exe/ZyPURL.cgi?Dockey=2000U3UD.txt [accessed 04.18.2016].

[7] Ferlay J, Soerjomataram I, Ervik M, Dikshit R, Eser S, Mathers C, et al. GLOBOCAN 2012 v1.0, Cancer Incidence and Mortality Worldwide: IARC CancerBase No. 11 [Internet]. Lyon, France: International Agency for Research on Cancer; 2013. Available at: http://globocan.iarc.fr [accessed 03.03.2016].

[8] Devesa SS, Fears T. Non-Hodgkin's lymphoma time trends: United States and international data. Cancer Res 1992;52(19 Suppl):5432s–40s.

[9] Hartge P, Smith MT. Environmental and behavioral factors and the risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev 2007;16(3):367–8.

[10] Gulliford JB. 2,4-D, 2,4-DP, and 2,4-DB; decision not to initiate special review. Fed Regist 2007;152:44510–1.

[11] Loomis D, Guyton K, Grosse Y, El Ghissasi F, Bouvard V, Benbrahim-Tallaa L, et al. Carcinogenicity of lindane, DDT, and 2,4-dichlorophenoxyacetic acid. Lancet Oncol 2015;16(8):891–2.

[12] Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. IARC Monogr Eval Carcinog Risks Hum Suppl 1987;7:1–440.

[13] Goodman JE, Loftus CT, Zu K. 2,4-Dichlorophenoxyacetic acid and non-Hodgkin's lymphoma, gastric cancer, and prostate cancer: meta-analyses of the published literature. Ann Epidemiol 2015;25(8):626–636.e4.

[14] Greenland S. In: Rothman K, Greenland S, editors. Modern epidemiology. 2nd ed. Philadelphia: Lippincott Raven; 1998. p. 7–28.

[15] Axelson O. Aspects on confounding in occupational health epidemiology. Scand J Work Environ Health 1978;4:85–9.

[16] Hill AB. The environment and disease: association or causation? Proc R Sci Med 1965;58(5):295–300.

[17] Schlesselman J. Assessing effects of confounding variables. Am J Epidemiol 1978;108:3–8.

[18] Mills PK. Correlation analysis of pesticide use data and cancer incidence rates in California counties. Arch Environ Health 1998;53(6):410–3.

[19] Hartge P, Colt JS, Severson RK, Cerhan JR, Cozen W, Camann D, et al. Residential herbicide use and risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev 2005;14(4):934–7.

[20] Rodrigues L, Kirkwood BR. Case-control designs in the study of common diseases: updates on the demise of the rare disease assumption and the choice of sampling scheme for controls. Int J Epidemiol 1990;19(1):205–13.

[21] Greenland S. Meta-analysis. In: Rothman K, Greenland S, editors. Modern epidemiology. 2nd ed. Philadelphia: Lippincott Raven; 1998. p. 643–73.

[22] DerSimonian R, Laird N. Meta-analysis in clinical trials. Control Clin Trials 1986;7(3):177–88.

[23] Petitti D. Meta-analysis. In: Rothman K, Greenland S, editors. Modern epidemiology. 2nd ed. Philadelphia: Lippincott Raven; 1998. p. 643–73.

[24] Higgins JP, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. BMJ 2003;327(7414):557–60.

[25] Egger M, Davey Smith G, Schneider M, Minder C. Bias in meta-analysis detected by a simple, graphical test. BMJ 1997;315(7109):629–34.

[26] Begg CB, Mazumdar M. Operating characteristics of a rank correlation test for publication bias. Biometrics 1994;50(4):1088–101.

[27] Cantor KP, Blair A, Everett G, Gibson R, Burmeister LF, Brown LM, et al. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. Cancer Res 1992;52(9):2447–55.

[28] Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M, et al. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. Occup Environ Med 2013;70(2):91–8.

[29] Hardell L, Eriksson M, Degerman A. Exposure to phenoxyacetic acids, chlorophenols, or organic solvents in relation to histopathology, stage, and anatomical localization of non-Hodgkin's lymphoma. Cancer Res 1994;54(9):2386–9.

[30] Hoar SK, Blair A, Holmes FF, Boysen CD, Robel RJ, Hoover R, et al. Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. JAMA 1986;256(9):1141–7.

[31] Kogevinas M, Kauppinen T, Winkelmann R, Becher H, Bertazzi PA, Bueno-de-Mesquita HB, et al. Soft tissue sarcoma and non-Hodgkin's lymphoma in workers exposed to phenoxy herbicides, chlorophenols, and dioxins: two nested case-control studies. Epidemiology 1995;6(4):396–402.

[32] McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, et al. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health. Cancer Epidemiol Biomarkers Prev 2001;10(11):1155–63.

[33] Miligi L, Costantini AS, Veraldi A, Benvenuti A, Vineis P. WILL. Cancer and pesticides: an overview and some results of the Italian multicenter case-control study on hematolymphopoietic malignancies. Ann N Y Acad Sci 2006;1076:366–77.

[34] Mills PK, Yang R, Riordan D. Lymphohematopoietic cancers in the United Farm Workers of America (UFW), 1988-2001. Cancer Causes Control 2005;16(7):823–30.

[35] Nordstrom M, Hardell L, Magnuson A, Hagberg H, Rask-Andersen A. Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in a case-control study. Br J Cancer 1998;77(11):2048–52.

[36] Woods JS, Polissar L. Non-Hodgkin's lymphoma among herbicide-exposed farm workers in western Washington state. Chemosphere 1989;18(1-6):401–6.

[37] Zahm SH, Weisenburger DD, Babbitt PA, Saal RC, Vaught JB, Cantor KP, et al. A case-control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) in eastern Nebraska. Epidemiology 1990;1(5):349–56.

[38] Burns C, Bodner K, Swaen G, Collins J, Beard K, Lee M. Cancer incidence of 2,4-D production workers. Int J Environ Res Public Health 2011;8(9):3579–90.

[39] De Roos AJ, Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF, et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 2003;60(9):E11.

[40] Hohenadel K, Harris SA, McLaughlin JR, Spinelli JJ, Pahwa P, Dosman JA, et al. Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces. Int J Environ Res Public Health 2011;8(6):2320–30.

[41] US EPA. Reregistration Eligibility Decision for 2,4-D. Office of Prevention, Pesticides, and Toxic Substances, EPA 738-R-05-002. 2005. p. 25. Available at: https://archive.epa.gov/pesticides/reregistration/web/pdf/24d_red.pdf [accessed 01.05.2017].

[42] Berlin JA, Longnecker MP, Greenland S. Meta-analysis of epidemiologic dose-response data. Epidemiology 1993;4(3):218–28.

[43] Smith MT, Guyton KZ, Gibbons CF, Fritz JM, Portier CJ, Rusyn I, et al. Key characteristics of carcinogens as a basis for organizing data on mechanisms of carcinogenesis. Environ Health Perspect 2016;126(6):713–21.

[44] Tran H, Nourse J, Hall S, Green M, Griffiths L, Gandhi MK. Immunodeficiency-associated lymphomas. Blood Rev 2008;22(5):261–81.

[45] Na R, Laaksonen MA, Grulich AE, Meagher NS, McCaughan GW, Keogh AM, et al. Iatrogenic immunosuppression and risk of non-Hodgkin lymphoma in solid organ transplantation: a population-based cohort study in Australia. Br J Haematol 2016;174:550–62.

[46] Lan Q, Zheng T, Shen M, Zhang Y, Wang SS, Zahm SH, et al. Genetic polymorphisms in the oxidative stress pathway and susceptibility to non-Hodgkin lymphoma. Hum Genet 2007;121(2):161–8.

[47] Salazar KD, de la Rosa P, Barnett JB, Schafer R. The polysaccharide antibody response after Streptococcus pneumoniae vaccination is differentially enhanced or suppressed by 3,4-dichloropropionanilide and 2,4-dichlorophenoxyacetic acid. Toxicol Sci 2005;87(1):123–33.

*A.M. Smith et al. / Annals of Epidemiology 27 (2017) 281–289*



**Supplement Fig. 1.** PRISMA diagram of literature search results for databases and review articles indexed up to April 25th, 2016.



**Supplement Fig. 2.** Forest plot of the random effects results from the "ever versus never" analysis.

**Supplement Table 1**
Exclusion and inclusion criteria for studies used in quantitative analysis

| Inclusion criteria | Exclusion criteria |
|---|---|
| • Epidemiologic study in a human population on 2,4 D exposure and NHL<br>• Case-control and cohort study design<br>• Studies of NHL incidence or mortality<br>• Assessed occupational or residential 2,4 D use or exposure<br>• Published in a peer-reviewed journal<br>• Provided a relative risk estimate and variance estimate for NHL incidence or the data to estimate them<br>• If relative risks are provided for multiple exposure levels (e.g., high, medium, and low) the relative risk for the highest exposure group was used in the main analysis<br>• For studies with overlapping populations, one result was selected based on the factors in Supplement Table 2<br>• Adjusted, matched, or otherwise controlled for age and gender, or no evidence of major differences between age and gender between the 2,4 D exposed and unexposed groups. | • Cross-sectional or ecologic study design<br>• Did not report relative risk or variance estimates or the data to calculate them<br>• Published only in a government or industry report or as an abstract<br>• Studies that only reported results for the use of multiple pesticides combined<br>• Studies only providing results for broad occupational categories (e.g., pesticide applicators). |

2,4 D = 2,4-dichlorophenoxyacetic acid; NHL = non-Hodgkin lymphoma.

**Supplement Table 2**
Relative risk selection criteria

| Main analysis: high exposures* | Ever versus never exposed analysis* |
|---|---|
| 1. Cumulative exposure<br>2. Exposure intensity<br>3. Duration of exposure<br>4. Any exposure<br>5. If two publications from the same cohort both gave the same exposure metric, the metric calculated with the most cases or the most recent study was included in the analysis. | 1. Any exposure<br>2. If two publications from the same cohort both gave the same exposure metric, the metric calculated with the most cases or the most recent study was included in the analysis. |

PPE = personal protective equipment; RR = relative risk.
  * If RR's are given for 2,4-D exposure with and without PPE, the RR for without PPE was used in this meta-analysis.

A.M. Smith et al. / Annals of Epidemiology 27 (2017) 281–289

**Supplement Table 3**
Newcastle–Ottawa quality assessment

Burns (2011)—cohort
Selection
1.) C → no stars
2.) B → no stars
3.) A → 1 star
4.) A → 1 star
Comparability
1.) 2 stars (standardized for age, restricted to males)
Outcome
1.) B → 1 star
2.) A → 1 star (20 years)
3.) A → 1 star
Total: 7/9

Cantor (1992)—case-controlSelection
1.) A → 1 star
2.) A → 1 star
3.) A → 1 star
4.) A → 1 star
Comparability
1.) 2 stars (matched on age, restricted to males)
Exposure
1.) C → no stars
2.) A → 1 star
3.) A → 1 star
Total: 8/9

Cocco (2013)—case-controlSelection
1.) A → 1 star (all cases histologically confirmed, 20% of cases independently
    validated by pathologists)
2.) A → 1 star
3.) B → no stars (a little over half of controls were from hospital controls, the
    rest were population controls)
4.) A → 1 star
Comparability
1.) 2 stars (matched on age and sex)
Exposure
1.) C → no stars
2.) A → 1 star
3.) C → no stars (response rates were 88% in cases, 81% in hospital controls, and
    52% in population controls)
Total: 6/9

Hardell (1994)—case-controlSelection
1.) A → 1 star
2.) A → 1 star
3.) A → 1 star
4.) A → 1 star
Comparability
1.) Two stars (matched on age and sex)
Exposure
1.) D → no stars
2.) A → 1 star
3.) C → 1 star
Total: 7/9

Hoar (1986)—case-controlSelection
1.) A → 1 star
2.) A → 1 star
3.) A → 1 star
4.) A → 1 star
Comparability
1.) Two stars (matched on age, restricted to males)
Exposure
1.) C → no stars
2.) A → 1 star
3.) A → 1 star (96% for cases and 94% for controls)
Total: 8/9

Kogevinas (1995)—nested case-controlSelection
1.) B → no stars (some cases identified by cause of death on death certificates)
2.) A → 1 star (all cases sought in death certificates and from registers where
    they existed)
3.) A → 1 star
4.) A → 1 star
Comparability
1.) 2 stars (matched on age and sex)

(continued)

**Supplement Table 3** (continued )

Exposure
1.) A → 1 star
2.) A → 1 star
3.) A → 1 star
Total: 7/9

McDuffie (2001)—case-controlSelection
1.) A → 1 star (pathological material reviewed and classified by reference
    pathologist)
2.) A → 1 star
3.) A → 1 star (random sample of controls from voter records, health in-
    surances, or telephone listings)
4.) A → 1 star
Comparability
1.) 2 stars → (matched on age, restricted to males)
Exposure
1.) D → no stars
2.) A → 1 star
3.) C → no stars (67% of cases and 48% of controls used in analysis)
Total: 7/9

Miligi (2006)—case-controlSelection
1.) A → 1 star
2.) A → 1 star
3.) A → 1 star
4.) A → 1 star
Comparability
1.) Two stars → (matched on age and sex)
Exposure
1.) B → 1 star (agronomists reviewed questionnaires and assessed exposure
    blindly)
2.) A → 1 star
3.) C → no stars (did not specify response rates)
Total: 8/9

Mills (2005)—Nested case-controlSelection
1.) B → no stars
2.) A → 1 star
3.) A → 1 star
4.) A → 1 star
Comparability
1.) Two stars (matched on age and sex)
Exposure
1.) E → no stars
2.) A → 1 star
3.) A → 1 star
Total: 7/9

Nordstrom (1998)—case-controlSelection
1.) B → no stars
2.) A → 1 star
3.) A → 1 star
4.) A → 1 star
Comparability
1.) Two stars (matched on age, restricted to males)
Exposure
1.) D → no stars (questionnaires mailed to participants)
2.) A → 1 star
3.) A → 1 star (91% of cases and 83% of controls)
Total: 7/9

Woods (1987)—Case-controlSelection
1.) B → no stars
2.) A → 1 star
3.) A → 1 star
4.) A → 1 star
Comparability
1.) Two stars → (matched on age, restricted to males)
Exposure
1.) C → no stars
2.) A → 1 star
3.) A → 1 star (both response rates >70% in the underlying study)
Total: 7/9

Zahm (1990)—Case-controlSelection
1.) A → 1 star
2.) A → 1 star
3.) A → 1 star
4.) A → 1 star

(continued on next page)

*A.M. Smith et al. / Annals of Epidemiology 27 (2017) 281–289*

**Supplement Table 3** (*continued*)

| |
|---|
| Comparability |
| 1.) Two stars → (matched on age, restricted to males) |
| Exposure |
| 1.) B → 1 star (telephone interviews, interviewers were blinded) |
| 2.) A → 1 star |
| 3.) A → 1 star (cases were 91% and controls were 87%) |
| Total: 9/9 |

# EXHIBIT 6

Neurotoxicity Research (2021) 39:924–948
https://doi.org/10.1007/s12640-020-00320-y

REVIEW ARTICLE



# Formaldehyde and Brain Disorders: A Meta-Analysis and Bioinformatics Approach

Iemaan Rana[1] · Linda Rieswijk[1,2] · Craig Steinmaus[3] · Luoping Zhang[1]

Received: 17 September 2020 / Revised: 30 November 2020 / Accepted: 1 December 2020 / Published online: 5 January 2021
© The Author(s), under exclusive licence to Springer Science+Business Media, LLC part of Springer Nature 2021

## Abstract

While there is significant investigation and investment in brain and neurodegenerative disease research, current understanding of the etiologies of illnesses like Alzheimer's disease (AD), Parkinson's disease (PD), amyotrophic lateral sclerosis (ALS), and brain cancer remains limited. Environmental exposure to the pollutant formaldehyde, an emerging neurotoxin widely used in industry, is suspected to play a critical role in mediating these disorders, although findings are limited and inconsistent. Focusing on highly exposed groups, we performed a meta-analysis of human epidemiological studies of formaldehyde and neurodegenerative disease ($N = 19$) or brain tumors ($N = 12$). To assess the biological plausibility of observed associations, we then conducted a bioinformatics analysis using WikiPathways and the Comparative Toxicogenomics Database and identified candidate genes and pathways that may be related to these interactions. We reported the meta-relative risk (meta-RR) of ALS following high exposures to formaldehyde was increased by 78% (meta-RR = 1.78, 95% confidence interval, CI 1.20–2.65). Similarly, the meta-RR for brain cancer was increased by 71% (meta-RR = 1.71; 95% CI 1.07–2.73) among highly exposed individuals. Multiple sensitivity analyses did not reveal sources of heterogeneity or bias. Our bioinformatics analysis revealed that the oxidative stress genes superoxide dismutase (*SOD1*, *SOD2*) and the pro-inflammatory marker tumor necrosis factor (*TNF*) were identified as the top relevant genes, and the *folate metabolism*, *vitamin B₁₂ metabolism*, and the *ALS* pathways were highly affected by formaldehyde and related to the most brain diseases of interest. Further inquiry revealed the two metabolic pathways are also intimately tied with the formaldehyde cycle. Overall, our bioinformatics analysis supports the link of formaldehyde exposure to ALS or brain tumor reported from our meta-analysis. This new multifactorial approach enabled us to both interrogate the robustness of the epidemiological data and identify genes and pathways that may be involved in these interactions, ultimately lending strong evidence and potential biological plausibility for the association between formaldehyde exposure and brain disease.

**Keywords** Neurodegenerative disease · Amyotrophic lateral sclerosis · Brain tumor · Human exposures · Comparative toxicogenomics database · WikiPathways

## Abbreviations
| | | | |
|---|---|---|---|
| 5MTHF | 5-Methyltetrahydrofolate | CNS | Central nervous system |
| AD | Alzheimer's disease | CNKI | Chinese National Knowledge Infrastructure |
| ALS | Amyotrophic lateral sclerosis | CQVIP | Chongqing VIP Information |
| ALS-PDC | ALS-parkinsonism-dementia complex | CTD | Comparative Toxicogenomics Database |
| BT | Brain tumor | CI | Confidence interval |
| | | CST3 | Cytostatin |

✉ Luoping Zhang
luoping@berkeley.edu

Iemaan Rana
iemaan@berkeley.edu

Linda Rieswijk
linda.rieswijk@maastrichtuniversity.nl

Craig Steinmaus
craigs@berkeley.edu

1 Division of Environmental Health Sciences, School of Public Health, University of California, Berkeley, CA, USA

2 Institute of Data Science, Maastricht University, Maastricht, Netherlands

3 Division of Epidemiology and Biostatistics, School of Public Health, University of California Berkeley, Berkeley, CA, USA

 Springer

| GSEA | Gene set enrichment analysis |
| GBC/GSC | Glioblastoma stem-like cells |
| IARC | International Agency for Research on Cancer |
| L-BMAA | Beta-aminomethyl-L-alanine |
| Meta-RR | Meta-relative risk |
| MAPT | Mictorubule associated protein tau |
| MS | Multiple sclerosis |
| NDD | Neurodegenerative disease |
| NOS | Newcastle-Ottawa Scale |
| OMP | Olfactory marker protein |
| OSM | Oncostatin M |
| oNDD | Other neurodegenerative disease |
| PD | Parkinson's disease |
| ppm | Parts per million |
| PNS | Peripheral nervous system |
| PRISMA | Preferred Reporting Items for Systematic Reviews and Meta-Analysis |
| RR | Relative risk |
| SOD2 | Superoxide dismutase 2 |
| SNAP25 | Synaptosomal-associated protein 25 |
| THF | Tetrahydrofolate |
| TNF | Tumor necrosis factor |

# Background and Significance

## Formaldehyde Exposure is Universal and Carcinogenic

Formaldehyde is ubiquitous in the environment and our bodies. In most organisms, including humans, formaldehyde is endogenously produced through amino acid and methanol metabolism, lipid peroxidation, demethylation of DNA, RNA, and histones (EFSA 2014; Swenberg et al. 2011) and is either consumed as an intermediate in the "one-carbon pool" (Neuberger 1981) or used for the biosynthesis of purines, thymidine, and some amino acids. It is reportedly kept at a concentration of approximately 80–100 µM in the blood (Casanova et al. 1988; Heck et al. 1985) with a delicate equilibrium maintained by endogenous metabolic pathways. Commercially, formaldehyde is indispensable for many products and processes that are important to the world's economy (Tang et al. 2009). From its use in embalming to hair relaxation to the manufacture of plastics and composite wood products, the global formaldehyde production is rapidly growing and is projected to reach 36.6 million tons in 2026 (Bhisey 2026). Thus, chronic exogenous exposure to formaldehyde, a major public health concern, is known to cause nasopharyngeal cancer and myeloid leukemia in humans (IARC 2012). However, potential links between the exposure and brain cancers and other neural disorders are less understood.

## Formaldehyde Has the Potential to Damage the Brain

Exposure to formaldehyde via inhalation is known to impair memory (Bach et al. 1990; Kilburn et al. 1987) and cognitive functions (Kilburn et al. 1985; Perna et al. 2001) in humans, to cause deficits in learning and memory (Qiang et al. 2014), neuronal damage (Sarsilmaz et al. 2007), and oxidative stress in the cerebellum (Songur et al. 2008) of experimental animals, and to induce misfolded neuronal tau and related proteins (Nie et al. 2007) in vitro. These formaldehyde-associated alterations and neurotoxicity have raised questions about its role in modulating diseases of the central nervous system (CNS), such as neurodegenerative disease (NDD) and brain tumor (BT).

Although the two are distinct pathological disorders, NDD and BT are suspected to share common mechanisms of genetic and molecular abnormalities (Du and Pertsemlidis 2011), indicating that the mechanisms of these seemingly dichotomous diseases may converge in the dysregulation of gene expression and at the post-translational level. For example, increased lipid peroxidation, a biomarker of oxidative stress, was found in animal models of Alzheimer's disease (AD) (Pratico et al. 2001) and Huntington's disease (Perez-De La Cruz et al. 2009), and in patients with Parkinson's disease (PD) (Dexter et al. 1989) and brain cancer (Popov et al. 2003).

## Formaldehyde Inhalation and Olfactory Function

A major route of exogenous exposure to formaldehyde in humans is via inhalation, where it could come in contact with and damage the olfactory bulb, an outgrowth of the forebrain specialized for the processing of signals that give rise to the sense of smell (Shepherd and Greer 1998). Repeated formaldehyde inhalation exposure impairs olfactory function in humans (Kilburn et al. 1985; Holmstrom and Wilhelmsson 1988; Hisamitsu et al. 2011; Edling et al. 1988), which has been linked to PD (Doty et al. 1988; Tissingh et al. 2001), amyotrophic lateral sclerosis (ALS) (Viguera et al. 2018), AD (McCaffrey et al. 2000; Morgan et al. 1995), and BT (Daniels et al. 2001). Given formaldehyde's ability to damage the olfactory system that appears to be intimately tied to both NDD and brain cancer, here, we will focus on the effect of inhalation to formaldehyde on the brain in this study.

## Formaldehyde Exposure and Brain Disorders

We previously reported the growing evidence that formaldehyde exposure may contribute to the risk of brain cancer (Zhang and Rana 2018a) and NDD (Zhang and Rana 2018b). A number of epidemiological studies conducted





with professional workers, such as anatomists, pathologists, embalmers, and funeral home workers, and in industrial workers have analyzed the association between formaldehyde exposure and brain cancer, although the findings remain limited and inconsistent. In 2012, the International Agency for Research on Cancer (IARC) noted that despite several studies identifying statistically significant positive associations between exposure to formaldehyde and brain cancer, the results are inconsistent (IARC 2012). To the best of our knowledge, no authoritative entities have evaluated formaldehyde's ability to cause NDD, though some studies have been suggestive.

Investigators in China have shown an association between mean endogenous levels of formaldehyde in normal, mild cognitive impairment, and AD patients (Tong et al. 2017). Other studies have reported the genesis of AD-like neuropathology in primates treated with methanol (Yang et al. 2014), a precursor of formaldehyde. The Western Pacific ALS-parkinsonism-dementia complex (ALS-PDC) disorder (Guam, Kii Peninsula, Honshu Island, Japan, and Papua, Indonesia on the island of New Guinea) is strongly associated with exposure to cycad seed genotoxins, namely methylazoxymethanol (the aglycone of cycasin) and beta-aminomethyl-L-alanine (L-BMAA), both of which are metabolized to formaldehyde (Spencer 2019; Spencer et al. 2012). Most recently, investigators in China reported that excess formaldehyde impaired memory in patients with mutations in formaldehyde metabolism enzyme ALDH2 and in the ALDH2 deficient mice (Ai et al. 2019).

To determine whether exogenous exposure to formaldehyde is associated with increased risk of NDD or brain cancer, we conducted a meta-analysis of all studies of formaldehyde-exposed workers. We then applied a bioinformatics analysis to identify candidate genes and pathways associated with both formaldehyde exposure and NDD/BT with the aim of investigating underlying mechanisms.

## Meta-Analysis Approach to Evaluate the Human Evidence

### Meta-analysis Objective

Given formaldehyde's documented neurotoxicity in vivo (Sarsilmaz et al. 2007; Lu et al. 2008; Aslan et al. 2006; Tulpule and Dringen 2011) and in vitro (Nie et al. 2007; Tulpule et al. 2012; Song et al. 2010; Tang et al. 2013), we hypothesized formaldehyde plays a role in NDD and possibly brain cancer. We investigated this process by carefully reviewing the epidemiological evidence and performing a meta-analysis to examine the association between human exposure to high levels of formaldehyde and NDD and

brain cancer. Meta-analysis provides a method for reviewing the current literature on a topic of interest, identifying heterogeneity in the literature and its possible sources, and evaluating major aspects of causal inference including the magnitude of the association, dose-response, and the possible presence and extent of bias and confounding.

Previously, two meta-analyses have reported mixed findings on formaldehyde exposure and brain cancer (Blair et al. 1990; Bosetti et al. 2008) and no meta-analysis has been conducted to date on formaldehyde-associated NDD. Our meta-analysis on brain tumors differs from previous reports by including a number of updated cohort studies (Beane Freeman et al. 2013; Coggon et al. 2014; Hauptmann et al. 2009; Meyers et al. 2013), multiple new analyses of heterogeneity and bias, and a focus on groups with higher formaldehyde exposure if available by employing an a priori hypothesis targeting exposure magnitude (A Priori Approach and Exposure Categories).

## Searching and Identifying Relevant Human Studies

The literature search was conducted according to the guidelines of the *Preferred Reporting Items for Systematic Reviews and Meta-Analysis* (PRISMA, Moher D, Liberati A, Tetzlaff J, Altman DG, Group P 2009). The screening process and results are shown in Fig. 1. We conducted a systematic electronic literature review using PubMed in July 2018, which was updated in May 2019. We performed electronic searches of online databases (PubMed, Web of Science Core Collection, Biosis Previews, Embase, Google Scholar, ToxNet, Chinese National Knowledge Infrastructure, CNKI, Wanfang Data, and Chongqing VIP Information, CQVIP) using the search terms, inclusion, and exclusion criteria outlined in Supplementary Section A1.

### Selection of NDD Studies

We identified 394 studies from PubMed, 32 studies from ToxNet, and 5 studies from scanning bibliographies. After 28 duplicates were removed, 403 studies were primarily screened. Of these studies, 371 were excluded because they were reviews, correspondence, animal, mechanistic or para-occupational studies, or did not include the relevant exposure or outcome of interest (Fig. 1). When the final 32 studies were identified, 13 studies were further excluded for lacking clear formaldehyde exposure data or relative risk (RR) estimates. Finally, 19 NDD studies were selected, among which there were nine (6 + 3, detailed in Exposure Assessment and Estimate) studies on ALS, six on PD, one on AD, and three on multiple sclerosis (MS).



Neurotoxicity Research (2021) 39:924–948



**Fig. 1** Study selection process for meta-analyses using PRISMA guidelines

**Exposure Assessment and Estimate**

The NDD studies selected for the meta-analysis are described in Table 1. Six of the ALS studies conducted an exposure assessment specific to formaldehyde, defined as having a structured interview (Fang et al. 2009), job exposure matrix (Peters et al. 2017; Roberts et al. 2016; Seals et al. 2017), standardized questionnaire (Weisskopf et al. 2009), or studying a cohort of workers with known formaldehyde exposure (Pinkerton et al. 2013). An additional three studies of ALS lacked a formaldehyde exposure assessment (Chiò

et al. 1991; Deapen and Henderson 1986; Gunnarsson et al. 1991), instead reporting only job title as "ever exposed" (Table 1).

Similarly, all epidemiological studies of PD, MS, and AD lacked a clear formaldehyde exposure assessment, relying on job titles, census data, hobbies, or occupational/residential exposure to activities with known formaldehyde exposure (Table 1). Given these individuals were likely exposed to formaldehyde and that the frequency and intensity of these exposures are unknown, we defined these groups as having "formaldehyde exposure by proxy." The analogous group



Neurotoxicity Research (2021) 39:924–948

**Table 1** Selected studies and their results used in our meta-analyses of neurodegenerative disease and brain tumors

| Study | Location | Population | Design | Type | RE | CL$_L$ | CL$_U$ | Cases | Exposure level | Weight[a] |
|---|---|---|---|---|---|---|---|---|---|---|
| **Amyotrophic lateral sclerosis (N = 9)** | | | | | | | | | | |
| Fang et al. (2009) | USA | NEMC and BWH | CC | OR | 3.0 | 0.7 | 12.9 | 4 | > 60,000 h weighted | 6.04 |
| Peters et al. (2017) | Sweden | National Patient Register | CC | OR | 1.22 | 0.95 | 1.57 | 123 | > 0.013 mg/m$^3$ | 19.22 |
| Pinkerton et al. (2013) | USA | Garment workers | Cohort | SMR | 0.94 | 0.19 | 2.75 | 3 | > 10-year duration | 6.94 |
| Roberts et al. (2016) | USA | National Longitudinal Mortality Study | Cohort | HR | 4.43 | 1.16 | 16.85 | 2 | High intensity/probability | 6.93 |
| Seals et al. (2017) | Denmark | Danish National Patient Register | CC | rr | 1.3 | 1.1 | 1.5 | 266 | > 0.28 ppm | 29.28 |
| Weisskopf et al. (2009) | USA | ACSCPSII | Cohort | rr | 4.1 | 2.2 | 7.1 | 13 | > 10-year duration | 31.58 |
| Chiò et al. (1991) b | Italy | Textile workers | CC | OR | 1.2 | 0.44c | 2.61c | 6 | Ever based on job title | N/A[b] |
| Deapen and Henderson (1986) b | USA | Plastics manufacturing | CC | OR | 3.7 | 1 | 20.5 | 11 | Ever based on job title | N/A[b] |
| Gunnarsson et al. (1991)[b] | Sweden | Male textile workers | CC | OR | 0.1 | 0.3 | 0.7 | 1 | Ever based on job title | N/A[b] |
| | | Male carpenter, woodworker | CC | OR | 1.0 | 0.6 | 1.5 | 55 | Ever based on job title | N/A[b] |
| | | Female textile workers | CC | OR | 0.4 | 0.1 | 1.6 | 3 | Ever based on job title | N/A[b] |
| **Parkinson's disease (N = 6)** | | | | | | | | | | |
| Chaturvedi et al. (1995) | Canada | Hobby exposure plastic resins | CC | OR | 8.79 | 2.43 | 25.89 | 9 | Ever based on hobby | 0.9 |
| Li et al. (2009) | Sweden | Male textile workers | Coh | SIR | 1.03 | 0.61 | 1.63 | 18 | Three censuses (job title)[c] | 5.1 |
| | | Male woodworkers | Coh | SIR | 1.29 | 1.08 | 1.54 | 126 | Three censuses (job title)[c] | 39.5 |
| | | Female textile workers | Coh | SIR | 1.03 | 0.87 | 1.21 | 146 | Ever based on job title | 45.7 |
| | | Female woodworkers | Coh | SIR | 0.66 | 0.30 | 1.26 | 9 | Ever based on job title | 2.4 |
| Nee et al. (1991) | USA | Plastic monomers, additives worker | CC | OR | 5.25 | 2.79[d] | 8.98[d] | 13 | Ever based on job title | 3.6 |
| Hertzman et al. (1990) | Canada | Planer mills workers | CC | OR | 4.11 | 0.91 | 18.5 | 8 | Ever based on job title | 0.5 |
| Vanacore et al. (2005) | Europe | Wood and furniture worker | CC | OR | 0.43 | 0.04 | 5.17 | 1 | Ever based on job title | 0.7 |
| | | Textile and clothing worker | CC | OR | 2.19 | 0.56 | 8.52 | 7 | Ever based on job title | N/A |
| Tanner (1989) | China | O/R textile manufacture | CC | OR | 1.90 | 0.79 | 4.67 | unk | Ever based on O/R | 1.6 |
| | | O/R lumber | CC | OR | 0.87 | 0.13 | 2.19 | unk | Ever based on O/R | N/A[b] |
| | | O/R plastic | CC | OR | 1.62 | 0.61 | 4.31 | unk | Ever based on O/R | N/A[b] |
| | | O/R paper mills | CC | OR | 1.08 | 0.17 | 6.76 | unk | Ever based on O/R | N/A[b] |
| **Multiple sclerosis (N = 3)** | | | | | | | | | | |
| Li et al. (2008) | Sweden | Male textile workers | Coh | SIR | 0.31 | 0.00 | 1.80 | 1 | Three censuses | 56.0 |
| | | Female textile workers | Coh | SIR | 1.34 | 0.75 | 2.21 | 15 | Three censuses | 16.6 |
| | | Male woodworkers | Coh | SIR | 0.88 | 0.51 | 1.41 | 17 | Three censuses | 18.7 |
| Dubrow and Gute (1988) | USA | Male textile workers | Coh | PMR | 1.83 | 0.67[c] | 3.98[c] | 6 | Ever based on job title | 6.1 |
| Zorzon et al. (2003) | Italy | O/R formalin | CC | OR | 0.5 | 0.1 | 1.5 | 4 | Ever based on job title | 2.6 |
| | | Woodworkers | CC | OR | 1.9 | 0.6 | 6.5 | 8 | Ever based on job title | N/A[b] |
| **Alzheimer's disease (N = 1)** | | | | | | | | | | |
| Tyas et al. (2001) | Canada | Liquid plastics and rubbers workers | Cohort | RR | 1.01 | 0.12 | 8.38 | 1 | Ever based on job title | N/A[b] |
| | | Glues, adhesives workers | Cohort | RR | 1.41 | 0.49 | 4.05 | 5 | Ever based on job title | N/A[b] |



**Table 1** (continued)

| Study | Location | Population | Design | Type | RE | CI_L | CI_U | Cases | Exposure level | Weight[a] |
|---|---|---|---|---|---|---|---|---|---|---|
| Brain tumor: professional workers (N = 5) | | | | | | | | | | |
| Hall et al. (1991) | UK | Pathologists | Cohort | SMR | 2.18 | 0.80 | 4.75 | 6 | Ever | 10.87 |
| Hauptmann et al. (2009) | USA | Embalmers | CC | OR | 1.7 | 0.5 | 5.3 | 12 | Peak ≥ 9.3 ppm | 8.38 |
| Levine et al. (1984) | Canada | Undertakers | Cohort | SMR | 1.15 | 0.24 | 3.51 | 3 | Ever | 7.25 |
| Stroup et al. (1986) | USA | Anatomists | Cohort | SMR | 3.9 | 1.0 | 9.9 | 9 | Gross anatomists | 8.64 |
| Wang et al. (1989) | China | Anatomists | Cohort | SMR | 8.27 | 1.00 | 29.86 | 2 | Ever | 5.34 |
| Brain tumor: industrial workers (N = 7) | | | | | | | | | | |
| Andjelkovich et al. (1995) | USA | Iron foundry workers | Cohort | SMR | 0.62 | 0.07 | 2.23 | 2 | Ever | 5.20 |
| Beane Freeman et al. (2013) | USA | Industrial plant workers | Cohort | SMR | 0.87 | 0.49 | 1.56 | 20 | Peak ≥ 4.0 ppm | 14.05 |
| Coggon et al. (2014) | UK | Chemical factory workers | CC | SMR | 0.56 | 0.24 | 1.11 | 8 | > 2.0 ppm | 12.10 |
| Fondelli et al. (2007) | Italy | Library restoration workers | Cohort | SMR | 10.03 | 1.22 | 36.24 | 2 | Ever | 5.35 |
| Jiang et al. (1990) | China | Resin factory workers | Cohort | SMR | 3.9 | 0.05 | 21.7 | 1 | Ever | 2.10 |
| Meyers et al. (2013) | USA | Garment plant workers | Cohort | SMR | 1.72 | 0.86 | 3.08 | 11 | Duration 10+ years | 13.43 |
| Wong and Gibson (1983) | USA | Formaldehyde plant workers | Cohort | SMR | 2.13 | 0.43 | 6.23 | 3 | Hired before 1961 | 7.28 |

*ACSCPH* American Cancer Society Cancer Prevention Study II, *BWH* Brigham and Women's Hospital, *CC* case-control, *CIL* lower 95% confidence interval, *CIU* upper 95% confidence interval, *CS* cross-sectional, *hr* hour, *N/A* not applicable, *NEMC* New England Medical Center, *OR* odds ratio, *OR* occupational or residential exposure, *RR* relative risk, *rr* rate ratio, *SIR* standardized incidence ratios, *SMR* standardized mortality ratio, *unk* unknown.

[a]Weight given to each study in the random effects model

[b]Evaluated in sensitivity analyses only

[c]Data for multiple censuses only reported for men

[d]Calculated by us

in studies with a formaldehyde exposure assessment would be "ever exposed," defined as individuals with any type of exposure to formaldehyde at any level.

Due to the limited number of studies on NDD, we chose to include studies with estimated exposure assessment (proxy exposures). The studies that assessed formaldehyde exposure by proxy were used in (1) the ALS sensitivity analysis; (2) the analysis of PD and NDD, as no other studies of these outcomes; and (3) in an extended meta-analysis of all NDDs involving workers in occupations known to have formaldehyde exposure, namely studies of individuals with exposure to plastics (Deapen and Henderson 1986; Chaturvedi et al. 1995; Nee et al. 1991; Tanner et al. 1989; Tyas et al. 2001), woodwork (Gunnarsson et al. 1991; Tanner et al. 1989; Li et al. 2008, 2009; Vanacore et al. 2005; Zorzon et al. 2003; Hertzman et al. 1990), and textiles (Chiò et al. 1991; Gunnarsson et al. 1991; Tanner et al. 1989; Li et al. 2008, 2009; Vanacore et al. 2005; Dubrow and Gute 1988).

### Regions of NDD Studies Selected

For ALS, five studies were conducted in the USA, two were conducted in Sweden, one was conducted in Italy, and one was conducted in Denmark. For PD, two studies were in Canada, one study was conducted in China, one was in Sweden, one was in the USA, and one was conducted across many countries in Europe. For MS, one study was in Sweden, one study was in the USA, and one study was in Italy. The only study of AD was in Canada.

### Selection of Brain Tumor Studies

Following thorough searches from multiple resources and excluding 44 duplicates, we screened a total of 1297 articles by title and abstract (Fig. 1). We excluded 1,252 articles that used animal or mechanistic study designs, lacked the exposure or outcome of interest, had para-occupational exposure, or were correspondence or a review, leaving 45 articles for full text review. Of these, 12 studies with 67,819 participants were eligible for inclusion in the meta-analysis. Table 1 also summarizes these selected brain cancer studies. Because brain cancer is a diverse cancer that may be defined differently among studies, the ICD codes from these studies have been reported in Supplementary Table 1.

There were five studies of professional workers and seven studies of industrial workers (Table 1). Two studies were case-control design (Coggon et al. 2014; Hauptmann et al. 2009), and ten were cohort studies. Six studies were conducted in the USA, one study was in Canada, two studies were in the UK, one study was in Italy, and two studies were in China.

### Study Quality Evaluation

The methodological quality of the cohort and case-control studies included in the meta-analyses was assessed using the Newcastle Ottawa Scale (NOS) (Wells et al. 2009). Cohort studies (Supplementary Table 2) were evaluated based on the representativeness of the cohort, selection of the controls, ascertainment of exposure, outcome diagnosis at start of study, comparability of cohort on the basis of controlling for age, assessment of disease outcome, sufficiency of follow-up length, and response rate. Case-control studies (Supplementary Table 3) were evaluated on the validation of cases, representativeness of cases, selection of controls, absence of disease in the controls, whether the study controlled for age, exposure assessment, concordance of method among cases and controls, and similarity of response rate among both groups. A total of twelve points were available, and full results of the quality analysis are reported in Supplementary Section A2.

### A Priori Approach and Exposure Categories

Our focus on groups with high formaldehyde exposure is based on the principle that, in general, if a true association exists, *higher* exposures are likely to yield *higher* relative risk estimates (Rom and Markowitz 2007). Including people with very low exposure in the exposed group can dilute relative risk estimates. All else being equal, higher relative risks are associated with greater statistical power and are less likely to be due to relatively minor biases or confounding (Hill 1965). Since our main goal is to evaluate the potential association of the exposure and risk of the disease outcomes and not to conduct a precise dose-response assessment or to evaluate risks in people with low exposures, our focus was on the groups with the highest available formaldehyde exposure. This a priori approach has been previously employed to estimate meta-risks for benzene (Steinmaus et al. 2008), formaldehyde (Zhang et al. 2009; Duong et al. 2011), and other agents (Welling et al. 2015; Zhang et al. 2019; Smith et al. 2017). Although the focus was on higher exposures (e.g., occupationally exposed cohorts), studies involving lower exposures (e.g., studies done in the general population) were also evaluated in sensitivity analyses.

Some studies reported multiple RRs or ORs for different exposure categories (high, "ever exposure," or proxy exposures; see Exposure Assessment and Estimate). Based on our a priori hypothesis, when multiple RRs or ORs were given, we selected estimates in the following order: (1) peak exposure, (2) average exposure intensity, (3) cumulative exposure, (4) exposure duration, (5) earliest year of hire, and (6) ever exposure. We prioritized *peak exposure* because metrics like average intensity and cumulative exposure may be less accurate



**Table 2**  Meta-analysis results of amyotrophic lateral sclerosis (ALS) and other neurodegenerative diseases (NDD)

| Analysis | N | Fixed effects model | | | Random effects model[a] | | | Heterogeneity | |
|---|---|---|---|---|---|---|---|---|---|
| | | Meta-RR | $CI_L$ | $CI_U$ | Meta-RR | $CI_L$ | $CI_U$ | $X^2$ | P |
| Amyotrophic lateral sclerosis (ALS) | | | | | | | | | |
| Main-highest peak exposure | 6 | 1.37 | 1.21 | 1.56 | 1.78 | 1.20 | 2.65 | 19.08 | < 0.01 |
| Ever exposure[b] | 6 | 1.25 | 1.17 | 1.33 | 1.17 | 0.93 | 1.47 | 20.59 | < 0.01 |
| Including studies with proxy exposure[c] | 11 | 1.10 | 0.98 | 1.23 | 1.18 | 0.65 | 2.17 | 158.33 | < 0.01 |
| Exclude one ALS study[d] | | | | | | | | | |
| Fang et al. (2009) | 5 | 1.36 | 1.20 | 1.55 | 1.73 | 1.14 | 2.60 | 17.96 | < 0.01 |
| Weisskopf et al. (2009) | 5 | 1.30 | 1.14 | 1.48 | 1.31 | 1.08 | 1.59 | 4.96 | 0.29 |
| Pinkerton et al. (2013) | 5 | 1.37 | 1.21 | 1.56 | 1.89 | 1.24 | 2.88 | 18.77 | < 0.01 |
| Roberts et al. (2016) | 5 | 1.36 | 1.19 | 1.54 | 1.65 | 1.12 | 2.45 | 16.10 | < 0.01 |
| Peters et al. (2017) | 5 | 1.43 | 1.23 | 1.65 | 2.24 | 1.09 | 4.61 | 17.98 | < 0.01 |
| Seals et al. (2017) | 5 | 1.52 | 1.22 | 1.90 | 2.21 | 1.05 | 4.66 | 17.75 | < 0.01 |
| Other NDD subtypes | | | | | | | | | |
| Parkinson's disease[b] | 9 | 1.23 | 1.10 | 1.38 | 1.70 | 1.17 | 2.48 | 46.49 | < 0.01 |
| Multiple sclerosis[b] | 5 | 0.54 | 0.43 | 0.68 | 0.80 | 0.37 | 1.73 | 35.33 | < 0.01 |
| Total NDD in EE studies | | | | | | | | | |
| Plastics | 5 | 4.06 | 2.63 | 6.25 | 3.64 | 1.84 | 7.19 | 7.44 | 0.11 |
| Wood workers[b] | 8 | 1.19 | 1.02 | 1.38 | 1.10 | 0.86 | 1.42 | 9.35 | 0.23 |
| Textile workers[b] | 12 | 0.73 | 0.65 | 0.83 | 0.77 | 0.44 | 1.34 | 158.22 | < 0.01 |

*CI* confidence interval, *EE* exposure estimated, *NDD* neurodegenerative disease, *N* number of studies, *meta-RR* meta-analysis relative risk

[a]Random effects model was used when $X^2$ heterogeneity statistic > degrees of freedom (number of studies minus 1)

[b]Not reported in Roberts et al. 2016 and was calculated by the authors

[c]Includes additional papers where formaldehyde exposure was not clearly defined but included professions with known exposure (plastics manufacturing, woodwork, and textile work)

[d]One study excluded at a time.

measures of true exposure if workers and/or professionals (such as embalmers) with periods of very high exposure also have intervening time periods with little or no exposure. We evaluated the impact of our a priori exposure selection criteria in sensitivity analyses. We conducted a separate meta-analysis of individuals with "ever exposure," to assess the magnitude of potential bias caused by adding subjects with low exposures in the current literature. We also compared "ever exposure" with our a priori hypothesis to assess whether a representative dose-response relationship might be identifiable. Table 1 reports the results and weights of the studies used in the NDD and brain tumor meta-analyses.

## Statistical Methods

We calculated overall summary estimates and weights of the studies using both the fixed effects inverse variance method (Greenland 1998) and the random effects method (DerSimonian and Laird 1986). Heterogeneity was evaluated using the general variance-based method (Petitti 1994). If heterogeneity was present, the random effects model was used. One benefit of the random effects model

is the ability to incorporate between study variance into the summary variance estimate and confidence intervals (CI), which may help prevent artificially narrow CIs resulting from use of the fixed effects model in the presence of between-study heterogeneity (Petitti 1994). We evaluated publication bias through funnel plots, Egger's test, and Begg's test (Begg and Mazumdar 1994; Egger et al. 1997). All meta-analysis and statistical analysis were conducted with Stata IC 15.1 (StataCorp 2017) and Microsoft Excel 2013 (Corporation 2013).

## Meta-analysis Findings

We first report our major findings for formaldehyde-associated ALS then the results of sensitivity analyses for ALS. Other subtypes of NDD, such as PD and MS, are also reported. Next, we report the findings of the meta-analysis on brain cancer with a detailed sensitivity analysis. A greater portion of this section is devoted to this discussion because we have identified more studies on brain tumor and there are previous meta-analyses present for comparison.



Neurotoxicity Research (2021) 39:924–948

**Table 3**  Major findings from brain cancer and formaldehyde exposure meta-analysis and sensitivity analysis

| Analysis | N | Fixed effects model | | | Random effects model[a] | | | Heterogeneity | |
|---|---|---|---|---|---|---|---|---|---|
| | | Meta-RR | $CI_L$ | $CI_U$ | Meta-RR | $CI_L$ | $CI_U$ | $X^2$ | P |
| Exposure | | | | | | | | | |
| Main-highest peak exposure | 12 | 1.43 | 1.07 | 1.91 | 1.71 | 1.07 | 2.73 | 23.73 | 0.01 |
| Highest average intensity | 12 | 1.51 | 1.13 | 2.03 | 1.77 | 1.11 | 2.83 | 23.36 | 0.02 |
| Highest cumulative exposure | 12 | 1.51 | 1.13 | 2.03 | 1.72 | 1.09 | 2.70 | 21.46 | 0.03 |
| Longest duration | 12 | 1.42 | 1.06 | 1.90 | 1.75 | 1.07 | 2.84 | 24.29 | 0.01 |
| Ever exposure | 12 | 1.22 | 1.04 | 1.44 | 1.82 | 1.20 | 2.75 | 41.77 | <0.01 |
| Professionals vs. industry | | | | | | | | | |
| Professional workers[b] | 5 | 2.41 | 1.43 | 4.08 | 2.42 | 1.41 | 4.17 | 4.46 | 0.37 |
| Industrial workers[c] | 7 | 1.14 | 0.81 | 1.61 | 1.32 | 0.72 | 2.44 | 14.01 | 0.03 |
| Add population-based exposure/SPIR studies | | | | | | | | | |
| Add Dell and Teta 1995[d] | 14 | 1.29 | 0.99 | 1.69 | 1.47 | 0.96 | 2.25 | 27.55 | 0.01 |
| Add Lacourt et al. 2013[e] | 13 | 1.32 | 1.04 | 1.69 | 1.56 | 1.05 | 2.33 | 24.68 | 0.02 |
| Add Hansen and Olsen 1995[f] | 13 | 1.39 | 1.10 | 1.75 | 1.59 | 1.08 | 2.34 | 23.87 | 0.02 |
| Add all three | 16 | 1.25 | 1.03 | 1.53 | 1.35 | 0.99 | 1.85 | 27.96 | 0.02 |
| Hall 1991 [98] | | | | | | | | | |
| Only male subjects from Hall 1991[g] | 12 | 1.45 | 1.08 | 1.93 | 1.73 | 1.08 | 2.78 | 24.16 | 0.01 |
| Study location | | | | | | | | | |
| North America | 7 | 1.38 | 0.97 | 1.95 | 1.43 | 0.95 | 2.16 | 7.47 | 0.28 |
| Europe/Asia | 5 | 1.56 | 0.93 | 2.61 | 2.75 | 0.83 | 9.14 | 16.10 | <0.01 |
| Study design | | | | | | | | | |
| Cohort | 10 | 1.67 | 1.21 | 2.30 | 2.00 | 1.21 | 3.29 | 17.01 | 0.05 |
| Case-control | 2 | 0.78 | 0.41 | 1.48 | 0.89 | 0.30 | 2.59 | 2.39 | 0.12 |

*CI* confidence interval, *N* number of studies, *meta-RR* meta-analysis relative risk, *SPIR* standardized proportionate incidence ratio, *USMR* US Mortality Rate.

[a]Random effects model was used when $X^2$ heterogeneity statistic > degrees of freedom (number of studies minus 1)

[b]Professionals are defined as anatomists, pathologists, embalmers, or funeral home directors

[c]Industrial workers are defined as laborers in factories or restorative projects

[d]Relative risk estimates presented in Dell and Teta 1995; since data are only reported for salaried workers and short-term workers separately, $N = 2$

[e]Relative risk estimates presented in Lacourt et al. 2013

[f]Relative risk estimates presented in Hansen and Olsen 1995

[g]Cohort narrowed down to only male pathologists

## Formaldehyde Exposure Increases Risk of NDD

### Major ALS Findings

The findings of our meta-analysis of NDD are presented in Table 2. As discussed above in Exposure Assessment and Estimate, only six of nine studies of ALS had formaldehyde exposure assessments (Fang et al. 2009; Peters et al. 2017; Roberts et al. 2016; Seals et al. 2017; Weisskopf et al. 2009; Pinkerton et al. 2013). When examining the most highly exposed groups, we found a meta-relative risk (meta-RR) of 1.78 with a 95% CI of 1.20 to 2.65 (Fig. 2a). While there was somewhat high heterogeneity, we note that large majority of studies (5 of 6) have RRs that are greater than 1.0.

The funnel plot revealed some evidence of asymmetry consistent with publication bias (Fig. 2b), although the number of studies is small and there was no evidence of bias in the in Egger's (p = 0.204) or Begg's tests (p = 0.188).

### ALS Sensitivity Analysis

Examining "ever exposure" revealed a lower meta-RR of 1.17 (95% CI 0.93–1.47), in comparison with our a priori "high exposures" (meta-RR = 1.78, 95% CI 1.20–2.65; Table 2). Therefore, there was a 61% increase in meta-RR, suggesting the presence of an exposure-response relationship (Fig. 3a).

 Springer



**Fig. 2** Forest plot of ALS meta-analysis using random effects model **a** and funnel plot of ALS studies **b**. Forest plot of brain tumor meta-analysis using random effects model **c** and funnel plot of brain tumor **d**

To determine the effects of adding the three ALS studies that assessed exposure by proxy, we included additional studies of individuals with known exposure to plastics, woodwork, and textiles (Chiò et al. 1991; Deapen and Henderson 1986; Gunnarsson et al. 1991) and found the risk of ALS was lower (meta-RR = 1.18, 95% CI 0.65–2.17; Table 2). When we excluded any one individual study included in our main analysis (meta-RR = 1.78), the meta-RRs of ALS in the sensitivity analysis fluctuated but did not change substantially (range 1.30 to 2.24).

**Parkinson's Disease and Alzheimer's Disease**

While the six ALS studies had adequate exposure assessments, all studies of PD and MS reported formaldehyde exposure by proxy (see Exposure Assessment and Estimate). PD appeared to be associated with jobs known to have

formaldehyde exposure (meta-RR = 1.70, 95% CI 1.17–2.48). Although the meta-RR of PD is quite similar to the one from ALS (1.78), due to the lack of the appropriate formaldehyde exposure assessment, it remains uncertain whether the observed risk was truly attributable to formaldehyde and not to other confounding factors. Thus, one needs to interpret the PD results with caution. We could not perform a meta-analysis for AD because we only identified one AD study.

**Multiple Sclerosis**

We found no association for MS. It should be noted that MS, a chronic inflammatory demyelination disease of the CNS, is primarily considered an autoimmune disorder that can progress into a neurodegenerative disease (Schaeffer et al. 2015). MS was included in NDD in the meta-analysis for completeness but excluded from NDD



**Fig. 3** Meta-relative risk of ALS mortality **a** and brain cancer mortality **b** by level of formaldehyde exposure using random effects model. The relative risks are indicated by the black lines in the middle, and the 95% confidence intervals are indicated by the upper and lower vertical black lines



in our mechanistic investigation with bioinformatics later (Integration of Gene-Association Data from the CTD).

**Plastics Workers Have Increased Risk of NDD**

When studies were stratified by type of industry, we observed a meta-RR for all NDD outcomes of interest (AD, ALS, MS, PD) of 3.64 (95% CI 1.84–7.19) for individuals exposed to plastics, a meta-RR of 1.10 (95% CI 0.86–1.42) for woodworkers, and no association for textile workers (Table 2). The lack of appropriate exposure assessments in these studies indicate these results must be interpreted with caution. Interestingly, these findings are consistent with formaldehyde exposure data in US industries, which reported average short-term formaldehyde exposures for miscellaneous plastic work, lumber, and textile industries to be 0.28, 0.27, and 0.20 mg/m³, respectively (Lavoue et al. 2008). Overall, they provide support for our hypothesis that higher formaldehyde exposure increases NDD risk.

**Increased Meta-relative Risk of Brain Cancer**

Next, we performed the meta-analysis and stratified sensitivity analyses on brain cancer; the results are reported in Table 3, and the forest plot is displayed in Fig. 2c. The meta-RR for all studies combined was 1.71 (95% CI 1.07–2.73). Figure 2 d shows the funnel plot for publication bias. Among all studies, there was no evidence of asymmetry consistent with obvious publication bias. Egger's ($p = 0.076$) and Begg's ($p = 0.337$) tests similarly did not show evidence of publication bias.

We conducted a series of sensitivity analyses below to evaluate the impact of including or excluding each individual study or other possible studies. In general, results were similar across all analyses, demonstrating the robustness of our findings.

**Alternative Exposure Criteria**

We evaluated the impact of our a priori selection of peak exposure. When the relative risk for the highest average intensity was prioritized, the meta-RR changed nominally (meta-RR = 1.77, 95% CI 1.11–2.83). Similarly, when the relative risk for the highest cumulative exposure was selected first, the meta-RR was 1.72 (95% CI 1.09–2.70). When longest duration was used, the meta-RR remained relatively constant at 1.75 (95% CI: 1.07–2.84). When "ever exposure" was used, the meta-RR was elevated to 1.82 (95% CI 1.20–2.75; Table 3).

**Professionals vs. Industrial Workers**

Many of the brain tumor studies distinguished their study subjects either from professional or industrial working settings. Formaldehyde was associated with increased risk of brain cancer in professional workers (meta-RR = 2.42; 95% CI 1.41–4.17). Elevated risks of brain cancer among industrial workers were detected (meta-RR = 1.32; 95% CI 0.72–2.44), though not statistically significant. Overall, professionals had a 110% greater meta-relative risk of developing brain cancer than industrial workers, among the most highly exposed groups (Fig. 3b).

Similar to what we found earlier in formaldehyde-associated leukemia (Zhang et al. 2009), higher risk of



brain cancer among professionals may be due to exposure level and pattern, as an embalmer or anatomist is more likely to experience high-probability, high-intensity exposure than an individual involved with garment work. Embalmers are exposed at 1.32–2.86 parts per million (ppm) (Hiipakka et al. 2001) and anatomists/pathologists are exposed at levels between 0.7–3.7 ppm (Dias-Teixeira et al. 2016). In addition to inhalation, professionals are more likely to absorb formaldehyde through their skin during embalming or specimen preparation, which may introduce another route of exposure (Boeniger and Stewart 1992).

Lower risks among industrial workers may be because these groups experience far lower exposures over longer periods of time; for example, garment workers are typically exposed between 0.09–0.20 ppm (Pinkerton et al. 2004). Further, industrial workers hold a wide variety of jobs which may result in a broader range of actual exposure levels, making it difficult to compare different cohorts of industry workers. The variance in exposure pattern and intensity may account for the differences in meta-relative risks.

Lastly, not only does our meta-analysis indicate that professionals are at the highest risk for brain tumor development, two previous meta-analyses (Blair et al. 1990; Bosetti et al. 2008) also consistently reported the similar findings (Table 4) that are detailed in Comparison with Previous Meta-analyses on Brain Tumors.

### Population-Based Exposure Studies and SPIR Studies Added

We analyzed studies with population-based exposure and studies that reported standardized proportionate incidence ratios (SPIR; Supplementary Section A1). As shown in Table 3, when population-based exposure studies (Dell and Teta 1995; Lacourt et al. 2013; Hansen and Olsen 1995) were added one at a time, the meta-RR decreased slightly.

When we added the study that reported SPIR (Hansen and Olsen 1995), the meta-RR decreased to 1.59 (95% CI 1.08–2.34). Adding all three studies decreased the meta-RR to 1.35 (95% CI 0.99–1.85).

### Study Exclusion

To ensure one study was not artificially inflating the risk estimate, we excluded all studies one at a time and found that they all nominally changed the meta-RR (Supplementary Fig. 1). Although Fondelli et al. (2007) had the highest RR, removal of this study did not significantly impact on the results (meta-RR = 1.51, 95% CI 0.98–2.34). Similarly, removal of any individual study included in our analysis (meta-RR = 1.71) of brain tumors did not significantly change our meta-RR (range 1.51 to 1.91).

### Study Subpopulation in Males Only

In our meta-analysis, we used the relative risk from the Hall et al. (1991) study that included both males and females. Since all of the brain cancer cases in Hall et al. (1991) were male, the article also presented a relative risk for just male subjects. When this relative risk for male subjects only was used, the meta-RR remained unchanged at 1.73 (95% CI 1.08–2.78).

### Study Location and Design

Studies from North America had a meta-RR of 1.43 (95% CI 0.95–2.16), whereas studies from Europe and Asia had a meta-RR of 2.75 (95% CI 0.83–9.14). This difference may have been driven by studies conducted in China before 1990, when the Chinese Ministry of Health's maximum allowable concentration for formaldehyde was very high (3 mg/m$^3$, MOH China).

Table 4  Comparison of current and previous meta-analyses on brain cancer

| Group | Blair et al. 1990 | | Bosetti et al. (2008) | | Current meta-analysis (2020) | |
|---|---|---|---|---|---|---|
| | N | Meta-RR (95% CI) | N | Meta-RR (95% CI) | N | Meta-RR (95% CI) |
| Professionals | 9 | 1.5 (1.2–2.0)[a,b] | 7 | 1.56 (1.24–1.96) | 5 | 2.42 (1.41–4.17) |
| Industry workers | 3 | 0.9 (0.7–1.1)[b] | 4 | 0.92 (0.75–1.13) | 7 | 1.32 (0.72–2.44) |
| Overall | 12 | 1.29 (0.95–1.76)[c] | 11 | 1.26 (1.01–1.59)[c,d] | 12 | 1.71 (1.07–2.73) |

*CI* confidence interval, *meta-RR* meta-analysis relative risk

[a]Reported white and nonwhite separately, so $N = 2$ Hayes et al. 1990

[b]Confidence interval calculated by us

[c]Meta-RR calculated by us using random-effects model because $X^2$ heterogeneity statistic > degrees of freedom (number of studies minus 1)

[d]Risk estimates used the numbers from Bosetti et al. 2008. When the numbers from original studies were used to calculate meta-RR, the result was slightly different as 1.24 (0.99–1.55)





## Comparison with Previous Meta-analyses on Brain Tumors

While there are no previous meta-analyses of formaldehyde and NDD for comparison, two meta-analyses of formaldehyde and brain cancer have been published to date (Blair et al. 1990; Bosetti et al. 2008). Both studies conducted separate analyses for professional groups and for industrial workers but did not perform a meta-analysis of all studies together. Table 4 compares our present findings with the two previously published meta-analyses. The earliest meta-analysis by Blair et al. (1990) evaluated ten studies on formaldehyde exposure and found an increased RR of 1.5 (95% CI 1.2–2.0) in professionals and no excess mortality in three studies of industrial workers (RR = 0.9, 95% CI 0.7–1.1; Blair et al. 1990). Note that 95% confidence intervals were not reported but were calculated by us using the fixed effects model.

Similarly, the more recent meta-analysis of brain cancer among professionals (n = 7) performed by Bosetti et al. (2008) reported an overall statistically significant increased meta-RR of 1.56 (95% CI 1.24–1.96) in professionals, but not in industrial workers (RR = 0.92, 95% CI 0.75–1.13, n = 4, Bosetti et al. 2008). Both Blair et al. (1990) and Bosetti et al. (2008) did not report an overall meta-RR including both groups, so we calculated it using the random effects model to be 1.29 (95% CI 0.95–1.76) and 1.26 (95% 1.01–1.59), respectively. A comparison of the individual studies and relative risks used in our meta-analysis with the two previous studies is presented in Supplementary Table 4.

Our new meta-analysis differs from the previous reports for two reasons: (1) we used four recently updated studies that were not available when the previous meta-analyses were conducted, and (2) we employed an a priori selection of the highest exposure groups. Consequently, we detected a 2.42 increased meta-relative risk among professional workers, and 1.32 increased meta-relative risk among industrial workers.

## Strengths and Limitations of Meta-Analyses

### Strengths of Meta-Analyses

The strengths of our meta-analyses are the inclusion of several updated cohort studies, use of multiple sensitivity analyses to evaluate heterogeneity and bias, and our novel a priori hypothesis. Selection of the highest exposure group in each study, when reported, appeared to improve our ability to detect the presence of an exposure-disease association particularly in the NDD analysis. Multiple sensitivity analyses conducted among occupational subgroups and high versus low exposure groups consistently revealed strong, positive associations, indicating formaldehyde may contribute to the risk of both brain tumor and ALS.

Another strength was the inclusion of multiple cohort studies, which are typically considered the gold standard in epidemiology (Rothman 2012; Rothman et al. 2008). The meta-RR of cohort studies (N = 10), was 2.00 (95% CI 1.21–3.29), which was notably higher than that of case–control studies (see Table 3).

### Bias and Differential Risk

One potential source of bias is exposure misclassification, as many studies did not have complete information regarding the specific levels and duration of exposure, length of employment, and concomitant exposures. This misclassification was likely non-differential among cohort studies (exposure status equally misclassified among cases and controls) which tends to attenuate the risk (Pearce et al. 2007), and differential in case-control studies due to recall bias (exposures may have been remembered differently by cases or their proxies than controls).

Our brain tumor analysis was more likely to suffer from biases resulting from non-differential misclassification, as ten of the 12 studies were cohort design. Furthermore, the ascertainment of the brain tumor diagnosis (primary vs. metastatic origin) may have been questionable. While many of the tumors may have been primary malignancies, some death certificates may reflect misdiagnoses, as the brain is a common site for metastases of other primary cancers (Thomas and Waxweiler 1986). This non-differential misclassification of disease status would also bias results toward the null, thus indicating that our main meta-RR could potentially underestimate the risk for brain tumors.

Despite these limitations, our results suggest an increased risk of ALS and brain tumors among individuals highly exposed to formaldehyde.

## Summary of Key Findings

Our meta-analyses have revealed for the first time that high exposure to formaldehyde increased ALS meta-relative risk by 78% (meta-RR = 1.78); individuals with higher exposures to formaldehyde had an increased meta-RR compared with those with low/"ever exposures" (Fig. 3a). This finding is also supported by elevated total NDD risk among plastics workers than other industrial workers (Table 2). Additionally, we reported high exposure to formaldehyde increased the relative risk of developing brain cancer (meta-RR = 1.71). Evidently, the increased risk was far greater among professionals (meta-RR = 2.42) compared with industrial workers (1.32) (Table 3 and Fig. 3b) likely due to their different exposure patterns and levels, which is comparable with and supported by previous meta-analyses (Table 4). In summary, inhaled formaldehyde can potentially damage the brain to cause ALS or tumors.



Neurotoxicity Research (2021) 39:924–948

937

a



b







◄**Fig. 4** Summary of bioinformatics analysis approach. **a**. Definitions of numbers are explained in "Bioinformatics Approach" in the text. Close-up of the integrative network depicted in Supplementary Fig. 2, which contains the genes and pathways that were overlapping between two or more NDDs of interest **b**. The color of the nodes depicts the respective combinations of the different disease types. The turquoise gene *SOD2* (in the middle) and the gray pathway Vitamin B$_{12}$ Metabolism (at the bottom), for example, are both observed to be affected in AD, ALS, brain tumor, PD, as well as in oNDD after formaldehyde exposure **b**

## Potential Mechanisms Investigated with Bioinformatics

To examine our findings from human studies further, we investigated the biological plausibility of how inhaled formaldehyde could exert its toxic effects in the brain. Given these associations have historically been neglected, there is a paucity of studies investigating mechanisms underlying formaldehyde-mediated brain cancer and neurodegeneration. To address this limitation, we employed a bioinformatics approach to identify candidate genes and pathways that may be responsible for mediating these interactions.

### Bioinformatics Approach

To deepen our understanding of the epidemiologic association between formaldehyde exposure and brain cancer and NDDs, we used gene-association data to identify (1) formaldehyde-associated genes, (2) the genes associated with the diseases of interest (ALS, AD, PD, MS, BT), (3) overlapped common genes from formaldehyde and NDD/BT, and (4) inferred formaldehyde–gene–NDD/BT associations and their associated pathways. Lastly, (5) we overlapped the genes and pathways identified from the inferred chemical–gene/pathway–disease associations to create an integrated network of candidate genes and pathways that could have played a role in mediating the associations observed in the human epidemiological studies (Fig. 4a).

### Integration of Gene-Association Data from the CTD

First, to investigate the relationship between formaldehyde exposure and NDD or BT, the Comparative Toxicogenomics Database (CTD) (Davis et al. 2017) was queried to obtain appropriate gene association data. Details on the CTD and how the curated FA-genes and NDD/BT-genes were selected may be found in Supplementary Section A3.1.

### Identifying Common Biomarker Genes

Second, to identify possible disease biomarkers following formaldehyde exposure, the obtained chemical–gene and gene–disease lists were compared using Venn Diagrams (Table 5). Details of how these resulting chemical-gene-disease associations were inferred may be found in Supplementary Section A3.2.

### Performing Gene Enrichment Analysis

Next, in order to gain more information into the biological processes that are enriched for the formaldehyde-induced disease genes, we performed gene set enrichment analysis (GSEA, detailed in Supplementary Section A3.3) using the Cytoscape (version 3.6.1), (Lotia et al. 2013) app ClueGO (version 2.5.2), (Bindea et al. 2009), a network visualization and analysis tool, in combination with the WikiPathways pathway repository containing 467 human pathways comprising 6235 human genes (version Oct 11, 2018) (Slenter et al. 2018).

### Integrating Formaldehyde-Associated NDD/BT Genes and Pathways

Lastly, to understand what genes and which specific pathways are involved in the formaldehyde-associated NDD/BT, we created an integrative network of genes and pathways using Cytoscape (major findings reported in Fig. 4b). The full network, which is depicted in Supplementary Fig. 2, allowed us to visualize similarities and differences between formaldehyde-related subtypes of NDD and brain tumors to further understand how these diseases are modulated.

## Results of Bioinformatics Approach

### Formaldehyde-Induced Brain Disorder Genes

When comparing gene lists for formaldehyde exposure versus the brain disorder of interest (Table 5), we identified the genes and pathways that overlapped the greatest number of diseases. The formaldehyde-associated genes that overlap three or more disease outcomes are reported in Table 5. Superoxide dismutase 2 (*SOD2*) was found for formaldehyde from 5 of 6 total brain-related disorders (other neurodegenerative disease [oNDD], AD, ALS, PD, and BT). Tumor necrosis factor (*TNF*) was found in formaldehyde from 4 NDDs (oNDD, AD, ALS, and PD).



**Table 5**  Chemical gene and pathway association data from the Comparative Toxicogenomics Database (CTD), related with formaldehyde exposure, were compared with curated gene-disease associations for AD, ALS, brain tumor, MS, PD, and oNDD

| Name | NDD | | | | MS | BT | Total |
|---|---|---|---|---|---|---|---|
| | oNDD | AD | ALS | PD | | | |
| **Genes** | | | | | | | |
| Superoxide dismutase 2 (SOD2) | ✓ | ✓ | ✓ | ✓ | | ✓ | 5 |
| Tumor necrosis factor (TNF) | ✓ | ✓ | ✓ | ✓ | | | 4 |
| Superoxide dismutase 1 (SOD1) | ✓ | | ✓ | ✓ | | | 3 |
| Heme Oxygenase 1 (HMOX1) | ✓ | ✓ | | ✓ | | | 3 |
| Insulin Like Growth Factor 1 Receptor (IGF1R) | ✓ | ✓ | | ✓ | | | 3 |
| Microtubule Associated Protein Tau (MAPT) | ✓ | ✓ | | ✓ | | | 3 |
| Interleukin 1 Beta (IL1B) | ✓ | ✓ | | | ✓ | | 3 |
| **Pathways** | | | | | | | |
| Folate Metabolism | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 6 |
| Photodynamic therapy-induced AP-1 survival signaling. | ✓ | ✓ | ✓ | ✓ | | ✓ | 5 |
| Vitamin B12 Metabolism | ✓ | ✓ | ✓ | ✓ | ✓ | | 5 |
| Photodynamic therapy-induced NF-kB survival signaling | ✓ | ✓ | | | ✓ | ✓ | 4 |
| Amyotrophic lateral sclerosis (ALS) | ✓ | ✓ | ✓ | ✓ | | | 4 |
| Selenium Micronutrient Network | ✓ | ✓ | ✓ | ✓ | | | 4 |
| Chromosomal and microsatellite instability in colorectal cancer | ✓ | ✓ | ✓ | | | ✓ | 4 |
| Oncostatin M Signaling Pathway | ✓ | | ✓ | | | ✓ | 3 |
| Copper homeostasis | ✓ | ✓ | | | | ✓ | 3 |
| Oxidative Stress | ✓ | | ✓ | ✓ | | | 3 |
| Viral Acute Myocarditis | ✓ | ✓ | | ✓ | | | 3 |
| Lung fibrosis | ✓ | ✓ | | ✓ | | | 3 |
| Overview of nanoparticle effects | ✓ | ✓ | | ✓ | | | 3 |
| Allograft Rejection | ✓ | ✓ | | | ✓ | | 3 |

The complete formaldehyde-gene list all overlapping brain disorders can be found in Supplementary Table 5. As stated above in Multiple Sclerosis and Integration of Gene-Association Data from the CTD, because MS is a chronic inflammatory demyelinating disease that may progress into a NDD, it was analyzed separately.



## Biological Pathways Affected in Formaldehyde-Induced Brain Disease

Using the respective formaldehyde-induced NDD gene lists, we conducted GSEA and identified significantly enriched pathways for formaldehyde and the NDD subgroups or brain tumor related genes (Supplementary Table 6). These unique pathways are affected by any of the NDD subgroups or brain cancer. The obtained lists of biological pathways were compared between individual NDD and with oNDD as a group. Fourteen pathways were found to be enriched by gene association data from three or more brain disorders (Table 5). The *folate metabolism* pathway was identified for all brain disorders of interest. Other pathways that were highly enriched included the *photodynamic therapy-induced AP-1 survival signaling* pathway, the *vitamin $B_{12}$ metabolism* pathway, the *ALS* pathway, and the *oxidative stress* pathway.

### An Integrative Network to Visualize Formaldehyde-Induced Effects on Brain Disorders

To summarize the results, an integrative network depicting the overlapping and unique genes and pathways was created in Cytoscape (Supplementary Fig. 2). The network is divided in two parts: (1) NDD and (2) brain tumors plus MS. The left panel of the figure depicts the unique genes and pathways that were found for PD, AD, ALS, and oNDDs (NDDs excluding AD, ALS, and PD). The upright panel of the network depicts the genes and pathways that were found for brain tumor and MS. The clusters of pathways and genes depicted next to each NDD are those overlapping with the oNDD group.

The most important results are depicted in Fig. 4b, which is the bottom right corner of Supplementary Fig. 2. This cluster of multicolor nodes represents the overlapping genes and pathways between two or more brain disorders (as were mentioned in Bioinformatics Approach and Results of Bioinformatics Approach). The genes presented in this network have been filtered because they could be involved in either of the enriched pathways (filtered list in comparison to Table 5). Figure 4b shows that the *folate metabolism* pathway overlapped all brain diseases of interest: PD, AD, ALS, MS, and brain tumors (5/5), as well as the oNDD group. Similarly, the *vitamin $B_{12}$ metabolism* is enriched for gene association data related with AD, ALS, MS, and PD (4/5) plus the oNDD group.

### Pathways Significantly Affected by Formaldehyde Exposure

The genes and pathways that were used to generate the network are reported in Supplementary Table 7. Using these data, we further analyzed the 14 pathways overlapping

3 + diseases to see which were significantly impacted by formaldehyde. To do so, we divided the number of genes affected by formaldehyde by the total number of genes involved in the pathway to calculate the percentage of the pathway affected (Supplementary Table 8). The *ALS* pathway had the greatest percent affected at 34%, lending support to our findings in the meta-analysis of human data. Other notable pathways included *overview of nanoparticle effects*, *NF-kB survival signaling*, *folate metabolism*, and *oxidative stress*, in which 32%, 31%, 23%, and 20% of genes were affected, respectively. A schematic of the formaldehyde genes affected in the *ALS* pathway is depicted in Supplementary Fig. 3. Another interesting pathway was the *oncostatin M* (OSM) *signaling* pathway, a homeostatic regulator in the central nervous system, in which 17% of genes were affected.

## Genes and Pathways Involved in Formaldehyde-Induced Brain Disorders

We analyzed the results of the bioinformatics screen to determine concordance with known mechanisms of NDD/BT, including oxidative stress, abnormal protein aggregation, and inflammation, and to identify novel pathways that may be dysregulated.

### Oxidative Stress and Lipid Peroxidation

One well-characterized feature of NDD and BT is oxidative stress. *SOD2*, depicted in the network to be affected within AD, ALS, brain tumor, and PD, plays a role in neutralizing oxidative stress. Additionally, some other genes listed in Table 5 and Supplementary Table 5, such as *HMOX1* and *GSTP1*, can also be encoded to antioxidant enzymes to detoxify oxidative stress. Formaldehyde has been reported to induce oxidative stress not only in the brain but also in other tissues such as the bone marrow, spleen, liver, and testes of exposed mice (Ye et al. 2013).

### Abnormal Protein Aggregation

Aggregation of proteins (such as amyloid-β and tau) and inclusion body formation is considered a hallmark of NDD (Ross and Poirier 2004). Cytostatin C (*CST3*), a formaldehyde-associated gene that was affected in ALS and AD, is a cysteine protease inhibitor that prevents amyloid-β deposition in mice (Mi et al. 2007). We also identified microtubule-associated protein tau (*MAPT*) in AD and PD; *MAPT* mutations can cause hyperphosphorylation and deposition of tau proteins into aggregates (Dujardin et al. 2018).





Neurotoxicity Research (2021) 39:924–948





◀**Fig. 5** Intersection of folate driven one-carbon pool, formaldehyde cycle, and vitamin $B_{12}$ pathway **a**. Potential mechanisms underlying formaldehyde-induced neurodegenerative disease and brain cancer **b**

### Mitochondrial Dysfunction and Vitamin $B_{12}$ Metabolism

Mitochondrial dysfunction is another common mechanism in NDD pathology, manifesting as decreased energy production, excitotoxicity, impaired calcium buffering, and increased mitochondrial membrane permeability (Beal 1998). Deficiency in *vitamin $B_{12}$*, a pathway overlapping ALS, AD, PD, and MS is known to cause mitochondrial toxicity as a result of citric acid cycle inhibition (Toyoshima et al. 1996) and predicts worsening mobility in PD patients (Christine et al. 2018).

Low *vitamin $B_{12}$* levels inhibit the enzyme *methionine synthase* that catalyzes formation of methionine from homocysteine, leading to increased homocysteine (Fig. 5a). Hyperhomocystemia can cause the dysfunction or death of cells in the nervous system by impairing DNA repair mechanisms and inducing oxidative stress (Kruman et al. 2000, 2002; Obeid and Herrmann 2006). This mechanism was demonstrated in PC12 cells as a model for neuronal secretion and differentiation (Wagner et al. 1993), where formaldehyde exposure induced oxidative stress and inhibited hydrogen sulfide production, contributing to neurotoxicity induced by homocysteine (Tang et al. 2013). In human epidemiological studies, hyperhomocystemia has been strongly linked to development of dementia, AD (Seshadri et al. 2002), and cognitive decline in PD patients.

### Folate Metabolism

The only pathway identified through our bioinformatics analysis that overlapped every brain disorder of interest (ALS, BT, AD, PD, and MS) was the *folate metabolism* pathway, also known as the one-carbon cycle (Fig. 5a). Interestingly, the *vitamin $B_{12}$*-dependent formation of methionine from homocysteine (discussed in detail in Mitochondrial Dysfunction and Vitamin B12 Metabolism) is also a major intersecting branch point in the one-carbon cycle, as it uses 5-methyltetrahydrofolate (5MTHF) from the *folate metabolism* pathway as a methyl donor.

The one-carbon metabolism is involved in many biochemical reactions such as the generation of DNA precursors, which may affect neuroprogenitor cell proliferation. Dysregulation of the one-carbon pool mediated by folate deficiency has been shown to inhibit adult hippocampal neuroprogenitor cell proliferation in vivo, a central function of neurogenesis in the olfactory bulb, subventricular zone of the lateral ventricle, and in the hippocampus (Kruman et al. 2005).

### Formaldehyde Cycle Links Both Vitamin $B_{12}$ and Folate Pathways

Metabolisms of vitamin $B_{12}$ and folate (discussed in Mitochondrial Dysfunction and Vitamin B12 Metabolism and Folate Metabolism, respectively) are intimately linked with each other and connected with the recently discovered endogenous formaldehyde cycle (Burgos-Barragan et al. 2017) (Fig. 5a). In the *folate metabolism* pathway, it was previously known that formaldehyde generated from the enzymatic cleavage of serine serves as an intermediate in the cycle, where it rapidly reacts with tetrahydrofolate (THF) to form 5,10-methylene-THF. Formaldehyde has also been identified as a product of the one-carbon pool (Burgos-Barragan et al. 2017). This endogenously produced formaldehyde can react with glutathione and ultimately be hydrolyzed into formate, which is free to re-enter the canonical one-carbon metabolic pathway. Any excessive formaldehyde that is not recycled may induce DNA damage. Interestingly, our most current study using a CRISPR screen reported that genes encoding components of DNA damage response/repair and the formaldehyde-involved one-carbon metabolism were also identified as top candidate genes whose disruption altered FA cytotoxicity and conferred increased sensitivity to formaldehyde (Zhao et al. 2020a).

### Peripheral and Neural Inflammation

Recent studies indicate peripheral inflammation in the body may be transmitted to the brain to induce neuroflammation (Cabrera-Pastor et al. 2019). We identified *TNF*, a gene overlapping AD, ALS, and PD, is a pro-inflammatory marker that has been shown to be increased significantly in mice after 15.5 mg/kg/day formaldehyde exposure (Liu et al. 2018). The *IL1β* gene encodes a cytokine protein that is an important mediator of the inflammatory response; increased production of *IL1β* causes a number of auto-inflammatory syndromes (Masters et al. 2009; Bensi et al. 1987). Additionally, we identified photodynamic therapy-induced NF-kB and AP-1 signaling pathways (Table 5 and Supplementary Table 8) that involve with many other pro-inflammatory or inflammatory genes and intimately associated with formaldehyde-related NDDs and BT.

We summarize the mechanisms described in this section in Fig. 5b; many of which are well-known, and the novel pathway with olfactory neuron inflammation is discussed next in Potential Mechanisms: Neural Damage via Olfactory Bulb. It should be noted that the pathways denoted in the figure are interconnected and sometimes bidirectional; for example, both inflammation and oxidative stress are known to promote microglial activation which can then cause lipid peroxidation.



# Potential Mechanisms: Neural Damage via Olfactory Bulb

As described above, we have established both an epidemiological association between formaldehyde exposure and brain cancer/NDD and described in detail the putative genes and pathways intersecting formaldehyde and multiple brain disorders of interest. Indeed, the question of how formaldehyde reaches these targets and modulates these different classes of disease remains; perhaps the common link is the nose, or more precisely, the olfactory bulb or olfactory neuron inflammation (Fig. 5b).

## Formaldehyde and Olfactory Impairment

Although it is commonly postulated that most inhaled airborne formaldehyde is detoxified upon contact with the mucosal surfaces of the mouth and nose, formaldehyde encounters and could damage the olfactory bulb (Formaldehyde Inhalation and Olfactory Function). Repeated formaldehyde inhalation exposure impairs olfactory function in humans (Kilburn et al. 1985; Holmstrom and Wilhelmsson 1988; Hisamitsu et al. 2011; Edling et al. 1988) and in rats. (Zhang et al. 2014) Our recently published study shows that formaldehyde inhalation inhibits the growth of hematopoietic stem and progenitor cells in the olfactory mucosa of exposed mice in vivo and ex vivo (Zhao et al. 2020b). Exposure to formaldehyde also decreased glutamate, GABA, and nitric oxide synthase expression (Li et al. 2010) and reduced expression of synaptosomal-associated protein 25 (SNAP25) in the olfactory bulb, as well as mature and immature olfactory sensory neuron markers, olfactory marker protein (OMP), and Tuj-1 in rats (Zhang et al. 2014). Decreases in SNAP25 are predictive of neuron loss and decreased synaptogenesis (Washbourne et al. 2002).

Olfactory impairment has been linked to PD (Doty et al. 1988, 1995; Tissingh et al. 2001), ALS (Viguera et al. 2018), and AD (McCaffrey et al. 2000; Morgan et al. 1995). In particular, AD specific neuropathology has been detected in the olfactory epithelium (Yamagishi et al. 1994; Lee et al. 1993; Arnold et al. 1998), with phosphorylated tau and neurofilament proteins present in the axons and dendrites of olfactory neurons (Talamo et al. 1989; Reyes et al. 1993). AD patients also have altered olfactory evoked response potentials (Warner et al. 1986). Reduced olfactory performance has also been reported in patients with brain tumors (Daniels et al. 2001).

Interestingly, the mammalian olfactory epithelium has a unique capacity to replace olfactory receptor neurons throughout life (Graziadei and Graziadei 1979; Schwob 2002) using olfactory ensheathing cells (OECs) that wrap olfactory axons and support their continued regeneration (Su

et al. 2013). When activated, these OECs have the ability to travel from the olfactory bulb in the peripheral nervous system (PNS) to primary tumor sites in the CNS and along the invasive tumor border where they can selectively target glioblastoma stem-like cells (GBC/GSC), which are thought to initiate glioblastomas (Carvalho et al. 2019).

## Formaldehyde-Induced Toxicity in Olfactory Neurons and/or OECs

We hypothesize that formaldehyde could damage these OECs, which may in turn promote brain tumor proliferation. Olfactory neuronal inflammation may also promote oxidative stress, lipid peroxidation, and DNA damage acting along the apoptotic pathway, promoting neurodegenerative disease (Fig. 5b).

As reported above in Pathways Significantly Affected by Formaldehyde Exposure, the *OSM signaling* pathway was both affected by formaldehyde (17% of genes affected; Supplementary Table 8) and overlapped formaldehyde and both ALS and brain cancer (Table 5), the disorders for which we uncovered the strongest human epidemiological evidence. The OSM is a member of the interleukin-6 cytokine family. It modulates the homeostasis of neural precursor cells, which are responsible for the production of new neural cells in the olfactory bulb, among other brain regions (Houben et al. 2019). OSM has also been demonstrated to exhibit neuroprotective and anti-tumorigenic effects (Beatus et al. 2011), though its full role in the CNS is not completely understood.

# Conclusion

In this systematic review and detailed meta-analysis, we describe the epidemiological evidence that appears to support an association between formaldehyde inhalation and the development of ALS and brain cancer. A similar association was also reported for PD, but the lack of rigorous exposure assessment in these studies indicates these results should be interpreted with caution. Indeed, the question of biological plausibility for the formaldehyde-associated brain damage (NDD and BT) remains.

Using multiple bioinformatics analyses, we reported that our new findings suggest formaldehyde may mediate these brain diseases through dysregulation of the *ALS* and *folate metabolism* pathways, among others. While cancer cells and neurons are distinct, as the former rapidly divide and the latter are non-replicating, there is evidence that supports common genetic mechanisms involved in brain cancer and NDD progression. Our findings highlight that formaldehyde exposure, particularly at high levels, may manifest in the initiation and



progression of different neural diseases by mis-regulating common genes or pathways. We recommend conducting an animal exposure study employing CRISPR technology to knockdown critical genes identified from our bioinformatics analysis to further understand potential mechanisms supported by empirical data.

**Supplementary Information** The online version contains supplementary material available at https://doi.org/10.1007/s12640-020-00320-y.

**Acknowledgments** We are grateful to Profs. Marc Weisskopf from Harvard University, Christopher Chang, and Martyn Smith at UC Berkeley for their helpful discussions. Special thanks to Yun Zhao for creating Supplementary Fig. 3 depicting formaldehyde-genes in the ALS pathway, and for procurement and careful translation of the Chinese papers.

**Authors' Contributions** IR conducted the literature search, analyzed, and interpreted the meta-analysis data in collaboration with CS and LZ. LR performed the bioinformatics analysis. LZ conceived and designed the study. IR and LZ contributed to most of the discussion. All authors read and approved the final manuscript.

**Funding** This project was partially supported by the UC Berkeley Superfund Research Program (SRP, P42ES004705) to LZ and CS, who are project leaders. IR and LR are SRP trainees at UC Berkeley.

**Data Availability** All data generated or analyzed during this study are included in this published article and its supplementary information files.

## Compliance with Ethical Standards

**Conflict of Interest** The authors declare that they have no competing interests.

## References

Ai L, Tan T, Tang Y, Yang J, Cui D, Wang R, Wang A, Fei X, Di Y, Wang X et al (2019) Endogenous formaldehyde is a memory-related molecule in mice and humans. Commun Biol 2:446

Andjelkovich DA, Janszen DB, Brown MH, Richardson RB, Miller FJ (1995) Mortality of iron foundry workers: IV. Analysis of a subcohort exposed to formaldehyde. J Occup Environ Med 37(7):826–837

Arnold SE, Smutzer GS, Trojanowski JQ, Moberg PJ (1998) Cellular and molecular neuropathology of the olfactory epithelium and central olfactory pathways in Alzheimer's disease and schizophrenia. Ann N Y Acad Sci 855:762–775

Aslan H, Songur A, Tunc AT, Ozen OA, Bas O, Yagmurca M, Turgut M, Sarsilmaz M, Kaplan S (2006) Effects of formaldehyde exposure on granule cell number and volume of dentate gyrus: a histopathological and stereological study. Brain Res 1122(1):191–200

Bach B, Pedersen OF, Molhave L (1990) Human-performance during experimental formaldehyde exposure. Environ Int 16(2):105–113

Beal MF (1998) Mitochondrial dysfunction in neurodegenerative diseases. Biochimica et Biophysica Acta (BBA)-Bioenergetics 1366(1–2):211–223

Beane Freeman LE, Blair A, Lubin JH, Stewart PA, Hayes RB, Hoover RN, Hauptmann M (2013) Mortality from solid tumors among workers in formaldehyde industries: an update of the NCI cohort. Am J Ind Med 56(9):1015–1026

Beatus P, Jhaveri DJ, Walker TL, Lucas PG, Rietze RL, Cooper HM, Morikawa Y, Bartlett PF (2011) Oncostatin M regulates neural precursor activity in the adult brain. Dev Neurobiol 71(7):619–633

Begg CB, Mazumdar M (1994) Operating characteristics of a rank correlation test for publication bias. Biometrics 50(4):1088–1101

Bensi G, Raugei G, Palla E, Carinci V, Buonamassa DT, Melli M (1987) Human interleukin-1 beta gene. Gene 52(1):95–101

Bhisey R (2018) Global formaldehyde market is expected to reach 36.6 million tons towards the end of 2026. In: Transparency Market Research. Albany, New York: GlobeNewswire

Bindea G, Mlecnik B, Hackl H, Charoentong P, Tosolini M, Kirilovsky A, Fridman WH, Pages F, Trajanoski Z, Galon J (2009) ClueGO: a Cytoscape plug-in to decipher functionally grouped gene ontology and pathway annotation networks. Bioinformatics 25(8):1091–1093

Blair A, Saracci R, Stewart PA, Hayes RB, Shy C (1990) Epidemiologic evidence on the relationship between formaldehyde exposure and cancer. Scand J Work Environ Health 16(6):381–393

Boeniger MF, Stewart P (1992) Biological markers for formaldehyde exposure in mortician students, Report II: Extent of exposure. Final Report, National Institute for Occupational Safety and Health Report Number IWSB

Bosetti C, McLaughlin JK, Tarone RE, Pira E, La Vecchia C (2008) Formaldehyde and cancer risk: a quantitative review of cohort studies through 2006. Annals of oncology : official journal of the European Society for Medical Oncology 19(1):29–43

Burgos-Barragan G, Wit N, Meiser J, Dingler FA, Pietzke M, Mulderrig L, Pontel LB, Rosado IV, Brewer TF, Cordell RL et al (2017) Mammals divert endogenous genotoxic formaldehyde into one-carbon metabolism. Nature 548(7669):549–554

Cabrera-Pastor A, Llansola M, Montoliu C, Malaguarnera M, Balzano T, Taoro-Gonzalez L, García-García R, Mangas-Losada A, Izquierdo-Altarejos P, Arenas YM (2019) Peripheral inflammation induces neuroinflammation that alters neurotransmission and cognitive and motor function in hepatic encephalopathy: Underlying mechanisms and therapeutic implications. Acta Physiol 226(2):e13270

Carvalho LA, Teng J, Fleming RL, Tabet EI, Zinter M, de Melo Reis RA, Tannous BA (2019) Olfactory ensheathing cells: a Trojan horse for glioma gene therapy. J Natl Cancer Inst 111(3):283–291

Casanova M, Heck HD, Everitt JI, Harrington WW Jr, Popp JA (1988) Formaldehyde concentrations in the blood of rhesus monkeys after inhalation exposure. Food Chem Toxicol 26(8):715–716

Chaturvedi S, Østbye T, Stoessl A, Merskey H, Hachinski V (1995) Environmental exposures in elderly Canadians with Parkinson's disease. Can J Neurol Sci 22(3):232–234

Chemical agents and related occupations: formaldehyde (2012) [http://monographs.iarc.fr/ENG/Monographs/vol100F/mono100F-29.pdf]

Chinese National Standard: Hygienic standards for the design of industrial enterprises (TJ36–79) (1979) [http://www.fm120.com/zt/law/laws/1/LDAQWSGL/LDAQWSGL1003.htm]

Chiò A, Meineri P, Tribolo A, Schiffer D (1991) Risk factors in motor neuron disease: a case-control study. Neuroepidemiology 10(4):174–184

Christine CW, Auinger P, Joslin A, Yelpaala Y, Green R, Investigators PSGD (2018) Vitamin B12 and homocysteine levels predict different outcomes in early Parkinson's disease. Mov Disord 33(5):762–770

Coggon D, Ntani G, Harris EC, Palmer KT (2014) Upper airway cancer, myeloid leukemia, and other cancers in a cohort of British chemical workers exposed to formaldehyde. Am J Epidemiol 179(11):1301–1311



Neurotoxicity Research (2021) 39:924–948

Corporation M (2013) Microsoft Excel Version 3. In. Redmond, Washington

Daniels C, Gottwald B, Pause BM, Sojka B, Mehdorn HM, Ferstl R (2001) Olfactory event-related potentials in patients with brain tumors. Clinical neurophysiology : official journal of the International Federation of Clinical Neurophysiology 112(8): 1523–1530

Davis AP, Grondin CJ, Johnson RJ, Sciaky D, King BL, McMorran R, Wiegers J, Wiegers TC, Mattingly CJ (2017) The comparative toxicogenomics database: update 2017. Nucleic Acids Res 45(D1):D972–D978

Deapen DM, Henderson BE (1986) A case-control study of amyotrophic lateral sclerosis. Am J Epidemiol 123(5):790–799

Dell L, Teta MJ (1995) Mortality among workers at a plastics manufacturing and research and development facility: 1946–1988. Am J Ind Med 28(3):373–384

DerSimonian R, Laird N (1986) Meta-analysis in clinical trials. Control Clin Trials 7(3):177–188

Dexter DT, Carter CJ, Wells FR, Javoy-Agid F, Agid Y, Lees A, Jenner P, Marsden CD (1989) Basal lipid peroxidation in substantia nigra is increased in Parkinson's disease. J Neurochem 52(2):381–389

Dias-Teixeira M, Domingues V, Dias-Teixeira A, Teles T, Delerue-Matos C (2016) Risk of exposure to formaldehyde in pathological anatomy laboratories. In: Advances in Safety Management and Human Factors: Proceedings of the AHFE 2016 International Conference on Safety Management and Human Factors , July 27–31, 2016, Walt Disney World®, Florida, USA. Edited by Arezes P. Cham: Springer International Publishing; 379–385

Doty RL, Deems DA, Stellar S (1988) Olfactory dysfunction in parkinsonism: a general deficit unrelated to neurologic signs, disease stage, or disease duration. Neurology 38(8):1237–1244

Doty RL, Bromley SM, Stern MB (1995) Olfactory testing as an aid in the diagnosis of Parkinson's disease: development of optimal discrimination criteria. Neurodegeneration : a journal for neurodegenerative disorders, neuroprotection, and neuroregeneration 4(1):93–97

Du L, Pertsemlidis A (2011) Cancer and neurodegenerative disorders: pathogenic convergence through microRNA regulation. J Mol Cell Biol 3(3):176–180

Dubrow R, Gute DM (1988) Cause-specific mortality among male textile workers in Rhode Island. Am J Ind Med 13(4):439–454

Dujardin S, Bégard S, Caillierez R, Lachaud C, Carrier S, Lieger S, Gonzalez JA, Deramecourt V, Déglon N, Maurage C-A (2018) Different tau species lead to heterogeneous tau pathology propagation and misfolding. Acta Neuropathol Commun 6(1):132

Duong A, Steinmaus C, McHale CM, Vaughan CP, Zhang L (2011) Reproductive and developmental toxicity of formaldehyde: a systematic review. Mutat Res 728(3):118–138

Edling C, Hellquist H, Odkvist L (1988) Occupational exposure to formaldehyde and histopathological changes in the nasal mucosa. Br J Ind Med 45(11):761–765

EFSA (2014) Endogenous formaldehyde turnover in humans compared with exogenous contribution from food sources. European Food Safety Authority Journal 12(2):3550

Egger M, Davey Smith G, Schneider M, Minder C (1997) Bias in meta-analysis detected by a simple, graphical test. BMJ 315(7109):629–634

Fang F, Quinlan P, Ye W, Barber MK, Umbach DM, Sandler DP, Kamel F (2009) Workplace exposures and the risk of amyotrophic lateral sclerosis. Environ Health Perspect 117(9):1387–1392

Fondelli MC, Costantini AS, Ercolanelli M, Pizzo AM, Maltoni SA, Quinn MM (2007) Exposure to carcinogens and mortality in a cohort of restoration workers of water-damaged library materials following the River Arno flooding in Florence, 4 November 1966. La Medicina del lavoro 98(5):422–431

Graziadei PP, Graziadei GA (1979) Neurogenesis and neuron regeneration in the olfactory system of mammals. I. Morphological aspects of differentiation and structural organization of the olfactory sensory neurons. J Neurocytol 8(1):1–18

Greenland S (1998) Meta-analysis. In: Modern Epidemiology. Edited by Rothman K, Greenland, S., Second edn. Philadelphia: Lippincott Raven; 643–673

Gunnarsson LG, Lindberg G, Söderfeldt B, Axelson O (1991) Amyotrophic lateral sclerosis in Sweden in relation to occupation. Acta Neurol Scand 83(6):394–398

Hall A, Harrington JM, Aw TC (1991) Mortality study of British pathologists. Am J Ind Med 20(1):83–89

Hansen J, Olsen JH (1995) Formaldehyde and cancer morbidity among male employees in Denmark. Cancer Causes Control 6(4):354–360

Hauptmann M, Stewart PA, Lubin JH, Beane Freeman LE, Hornung RW, Herrick RF, Hoover RN, Fraumeni JF Jr, Blair A, Hayes RB (2009) Mortality from lymphohematopoietic malignancies and brain cancer among embalmers exposed to formaldehyde. J Natl Cancer Inst 101(24):1696–1708

Hayes RB, Blair A, Stewart PA, Herrick RF, Mahar H (1990) Mortality of U.S. embalmers and funeral directors. Am J Ind Med 18(6):641–652

Heck HD, Casanova-Schmitz M, Dodd PB, Schachter EN, Witek TJ, Tosun T (1985) Formaldehyde (CH2O) concentrations in the blood of humans and Fischer-344 rats exposed to CH2O under controlled conditions. Am Ind Hyg Assoc J 46(1):1–3

Hertzman C, Wiens M, Bowering D, Snow B, Calne D (1990) Parkinson's disease: a case-control study of occupational and environmental risk factors. Am J Ind Med 17(3):349–355

Hiipakka DW, Dyrdahl KS, Garcia Cardenas M (2001) Successful reduction of morticians' exposure to formaldehyde during embalming procedures. AIHAJ 62(6):689–696

Hill AB (1965) The environment and disease: association or causation? In: Sage Publications

Hisamitsu M, Okamoto Y, Chazono H, Yonekura S, Sakurai D, Horiguchi S, Hanazawa T, Terada N, Konno A, Matsuno Y et al (2011) The influence of environmental exposure to formaldehyde in nasal mucosa of medical students during cadaver dissection. Allergology international : official journal of the Japanese Society of Allergology 60(3):373–379

Holmstrom M, Wilhelmsson B (1988) Respiratory symptoms and pathophysiological effects of occupational exposure to formaldehyde and wood dust. Scand J Work Environ Health 14(5):306–311

Houben E, Hellings N, Broux B (2019) Oncostatin M, an underestimated player in the central nervous system. Frontiers in immunology, 10

Jiang X, Zhang R, Wang Y, Lu P, Gu X (1990) Study on the tumor mortality of a retrospective cohort of formaldehyde exposed workers in chemical industry. Chin J Ind Hyg Occup Dis 8(5):261–264

Kilburn KH, Seidman BC, Warshaw R (1985) Neurobehavioral and respiratory symptoms of formaldehyde and xylene exposure in histology technicians. Arch Environ Health 40(4):229–233

Kilburn KH, Warshaw R, Thornton JC (1987) Formaldehyde impairs memory, equilibrium, and dexterity in histology technicians: effects which persist for days after exposure. Arch Environ Health 42(2):117–120

Kruman II, Culmsee C, Chan SL, Kruman Y, Guo Z, Penix L, Mattson MP (2000) Homocysteine elicits a DNA damage response in neurons that promotes apoptosis and hypersensitivity to excitotoxicity. J Neurosci 20(18):6920–6926

Kruman II, Kumaravel T, Lohani A, Pedersen WA, Cutler RG, Kruman Y, Haughey N, Lee J, Evans M, Mattson MP (2002) Folic acid deficiency and homocysteine impair DNA repair in hippocampal neurons and sensitize them to amyloid toxicity in experimental models of Alzheimer's disease. J Neurosci 22(5):1752–1762



Kruman II, Mouton PR, Emokpae R Jr, Cutler RG, Mattson MP (2005) Folate deficiency inhibits proliferation of adult hippocampal progenitors. NeuroReport 16(10):1055–1059

Lacourt A, Cardis E, Pintos J, Richardson L, Kincl L, Benke G, Fleming S, Hours M, Krewski D, McLean D et al (2013) INTEROCC case-control study: lack of association between glioma tumors and occupational exposure to selected combustion products, dusts and other chemical agents. BMC public health 13:340

Lavoue J, Vincent R, Gerin M (2008) Formaldehyde exposure in U.S. industries from OSHA air sampling data. J Occup Environ Hyg 5(9):575–587

Lee JH, Goedert M, Hill WD, Lee VM, Trojanowski JQ (1993) Tau proteins are abnormally expressed in olfactory epithelium of Alzheimer patients and developmentally regulated in human fetal spinal cord. Exp Neurol 121(1):93–105

Levine RJ, Andjelkovich DA, Shaw LK (1984) The mortality of Ontario undertakers and a review of formaldehyde-related mortality studies. J Occup Med 26(10):740–746

Li X, Hemminki K, Sundquist K (2008) Regional, socioeconomic and occupational groups and risk of hospital admission for multiple sclerosis: a cohort study in Sweden. Mult Scler J 14(4):522–529

Li X, Sundquist J, Sundquist K (2009) Socioeconomic and occupational groups and Parkinson's disease: a nationwide study based on hospitalizations in Sweden. Int Arch Occup Environ Health 82(2):235–241

Li YQ, Chen HH, Yin YF, Han F, Ye XS, Ling SC (2010) [Formaldehyde inhalation may damage olfactory bulb and hippocampus in rats]. Zhejiang da xue xue bao Yi xue ban = J Zhejiang Univ Med Sci 39(3):272–277

Liu X, Zhang Y, Wu R, Ye M, Zhao Y, Kang J, Ma P, Li J, Yang X (2018) Acute formaldehyde exposure induced early Alzheimer-like changes in mouse brain. Toxicol Mech Methods 28(2):95–104

Lotia S, Montojo J, Dong Y, Bader GD, Pico AR (2013) Cytoscape App store. Bioinformatics 29(10):1350–1351

Lu Z, Li CM, Qiao Y, Yan Y, Yang X (2008) Effect of inhaled formaldehyde on learning and memory of mice. Indoor Air 18(2):77–83

Masters SL, Simon A, Aksentijevich I, Kastner DL (2009) Horror autoinflammaticus: the molecular pathophysiology of autoinflammatory disease. Annu Rev Immunol 27:621–668

McCaffrey RJ, Duff K, Solomon GS (2000) Olfactory dysfunction discriminates probable Alzheimer's dementia from major depression: a cross-validation and extension. The Journal of neuropsychiatry and clinical neurosciences 12(1):29–33

Meyers AR, Pinkerton LE, Hein MJ (2013) Cohort mortality study of garment industry workers exposed to formaldehyde: update and internal comparisons. Am J Ind Med 56(9):1027–1039

Mi W, Pawlik M, Sastre M, Jung SS, Radvinsky DS, Klein AM, Sommer J, Schmidt SD, Nixon RA, Mathews PM (2007) Cystatin C inhibits amyloid-β deposition in Alzheimer's disease mouse models. Nat Genet 39(12):1440

Moher D, Liberati A, Tetzlaff J, Altman DG, Group P (2009) Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. PLoS medicine 6(7):e1000097

Morgan CD, Nordin S, Murphy C (1995) Odor identification as an early marker for Alzheimer's disease: impact of lexical functioning and detection sensitivity. J Clin Exp Neuropsychol 17(5):793–803

Nee LE, Gomez MR, Dambrosia J, Bale S, Eldridge R, Polinsky RJ (1991) Environmental—occupational risk factors and familial associations in multiple system atrophy: a preliminary investigation. Clin Auton Res 1(1):9–13

Neuberger A (1981) The metabolism of glycine and serine, vol 19a. Elsevier, Amsterdam

Nie CL, Wang XS, Liu Y, Perrett S, He RQ (2007) Amyloid-like aggregates of neuronal tau induced by formaldehyde promote apoptosis of neuronal cells. BMC Neurosci 8:9

Obeid R, Herrmann W (2006) Mechanisms of homocysteine neurotoxicity in neurodegenerative diseases with special reference to dementia. FEBS Lett 580(13):2994–3005

Pearce N, Checkoway H, Kriebel D (2007) Bias in occupational epidemiology studies. Occup Environ Med 64(8):562–568

Perez-De La Cruz V, Elinos-Calderon D, Robledo-Arratia Y, Medina-Campos ON, Pedraza-Chaverri J, Ali SF, Santamaria A (2009) Targeting oxidative/nitrergic stress ameliorates motor impairment, and attenuates synaptic mitochondrial dysfunction and lipid peroxidation in two models of Huntington's disease. Behav Brain Res 199(2):210–217

Perna RB, Bordini EJ, Deinzer-Lifrak M (2001) A case of claimed persistent neuropsychological sequelae of chronic formaldehyde exposure: clinical, psychometric, and functional findings. Arch Clin Neuropsychol 16(1):33–44

Peters TL, Kamel F, Lundholm C, Feychting M, Weibull CE, Sandler DP, Wiebert P, Sparen P, Ye W, Fang F (2017) Occupational exposures and the risk of amyotrophic lateral sclerosis. Occup Environ Med 74(2):87–92

Petitti D (1994) Statistical methods in meta-analysis. In: Meta-analysis, decision analysis, and cost-effectiveness analysis: methods for quantitative synthesis in medicine. New York, NY: Oxford University Press; 94–118

Pinkerton LE, Hein MJ, Stayner LT (2004) Mortality among a cohort of garment workers exposed to formaldehyde: an update. Occup Environ Med 61(3):193–200

Pinkerton LE, Hein MJ, Meyers A, Kamel F (2013) Assessment of ALS mortality in a cohort of formaldehyde-exposed garment workers. Amyotroph Lateral Scler Frontotemporal Degener 14(5–6):353–355

Popov B, Gadjeva V, Valkanov P, Popova S, Tolekova A (2003) Lipid peroxidation, superoxide dismutase and catalase activities in brain tumor tissues. Arch Physiol Biochem 111(5):455–459

Pratico D, Uryu K, Leight S, Trojanowski JQ, Lee VM (2001) Increased lipid peroxidation precedes amyloid plaque formation in an animal model of Alzheimer amyloidosis. The Journal of neuroscience: the official journal of the Society for Neuroscience 21(12):4183–4187

Qiang M, Xiao R, Su T, Wu BB, Tong ZQ, Liu Y, He RQ (2014) A novel mechanism for endogenous formaldehyde elevation in SAMP8 mouse. J Alzheimers Dis 40(4):1039–1053

Reyes PF, Deems DA, Suarez MG (1993) Olfactory-related changes in Alzheimer's disease: a quantitative neuropathologic study. Brain Res Bull 32(1):1–5

Roberts AL, Johnson NJ, Cudkowicz ME, Eum KD, Weisskopf MG (2016) Job-related formaldehyde exposure and ALS mortality in the USA. J Neurol Neurosurg Psychiatry 87(7):786–788

Rom WN, Markowitz S (2007) Environmental and occupational medicine, 4th edn. Wolters Kluwer/Lippincott Williams & Wilkins, Philadelphia

Ross CA, Poirier MA (2004) Protein aggregation and neurodegenerative disease. Nat Med 10(7s):S10

Rothman KJ (2012) Epidemiology: an introduction: Oxford university press

Rothman KJ, Greenland S, Lash TL (2008) Modern epidemiology, vol. 3: Wolters Kluwer Health/Lippincott Williams & Wilkins Philadelphia

Sarsilmaz M, Kaplan S, Songur A, Colakoglu S, Aslan H, Tunc AT, Ozen OA, Turgut M, Bas O (2007) Effects of postnatal formaldehyde exposure on pyramidal cell number, volume of cell layer in hippocampus and hemisphere in the rat: a stereological study. Brain Res 1145:157–167

Schaeffer J, Cossetti C, Mallucci G, Pluchino S (2015) Chapter 30 - Multiple sclerosis. In: Zigmond MJ, Rowland LP, Coyle JT (eds) Neurobiology of brain disorders. Academic Press, San Diego, pp 497–520



Schwob JE (2002) Neural regeneration and the peripheral olfactory system. The Anatomical record 269(1):33–49

Seals RM, Kioumourtzoglou MA, Gredal O, Hansen J, Weisskopf MG (2017) Occupational formaldehyde and amyotrophic lateral sclerosis. Eur J Epidemiol 32(10):893–899

Seshadri S, Beiser A, Selhub J, Jacques PF, Rosenberg IH, D'Agostino RB, Wilson PW, Wolf PA (2002) Plasma homocysteine as a risk factor for dementia and Alzheimer's disease. N Engl J Med 346(7):476–483

Shepherd GM, Greer CA (1998) Olfactory bulb. In: The synaptic organization of the brain, 4th ed. New York, NY, US: Oxford University Press; 159–203

Slenter DN, Kutmon M, Hanspers K, Riutta A, Windsor J, Nunes N, Melius J, Cirillo E, Coort SL, Digles D et al (2018) WikiPathways: a multifaceted pathway database bridging metabolomics to other omics research. Nucleic Acids Res 46(D1):D661–D667

Smith AM, Smith MT, La Merrill MA, Liaw J, Steinmaus C (2017) 2, 4-Dichlorophenoxyacetic acid (2, 4-D) and risk of non-Hodgkin lymphoma: a meta-analysis accounting for exposure levels. Ann Epidemiol 27(4):281–289. e284

Song MS, Baker GB, Dursun SM, Todd KG (2010) The antidepressant phenelzine protects neurons and astrocytes against formaldehyde-induced toxicity. J Neurochem 114(5):1405–1413

Songur A, Sarsilmaz M, Ozen O, Sahin S, Koken R, Zararsiz I, Ilhan N (2008) The effects of inhaled formaldehyde on oxidant and antioxidant parameters of rat cerebellum during the postnatal development process. Toxicol Mech Methods 18(7):569–574

Spencer PS (2019) Hypothesis: etiologic and molecular mechanistic leads for sporadic neurodegenerative diseases based on experience with Western Pacific ALS/PDC. Front Neurol 10:754

Spencer PS, Fry RC, Palmer VS, Kisby GE (2012) Western Pacific ALS-PDC: a prototypical neurodegenerative disorder linked to DNA damage and aberrant proteogenesis? Front Neurol 3:180

StataCorp L (2017) Stata Statistical Software: Release 15. In. College Station, TX

Steinmaus C, Smith AH, Jones RM, Smith MT (2008) Meta-analysis of benzene exposure and non-Hodgkin lymphoma: biases could mask an important association. Occup Environ Med 65(6):371–378

Stroup NE, Blair A, Erikson GE (1986) Brain cancer and other causes of death in anatomists. J Natl Cancer Inst 77(6):1217–1224

Su Z, Chen J, Qiu Y, Yuan Y, Zhu F, Zhu Y, Liu X, Pu Y, He C (2013) Olfactory ensheathing cells: the primary innate immunocytes in the olfactory pathway to engulf apoptotic olfactory nerve debris. Glia 61(4):490–503

Swenberg JA, Lu K, Moeller BC, Gao L, Upton PB, Nakamura J, Starr TB (2011) Endogenous versus exogenous DNA adducts: their role in carcinogenesis, epidemiology, and risk assessment. Toxicol Sci 120(Suppl 1):S130–145

Talamo BR, Rudel R, Kosik KS, Lee VM, Neff S, Adelman L, Kauer JS (1989) Pathological changes in olfactory neurons in patients with Alzheimer's disease. Nature 337(6209):736–739

Tang X, Bai Y, Duong A, Smith MT, Li L, Zhang L (2009) Formaldehyde in China: production, consumption, exposure levels, and health effects. Environ Int 35(8):1210–1224

Tang XQ, Fang HR, Zhou CF, Zhuang YY, Zhang P, Gu HF, Hu B (2013) A novel mechanism of formaldehyde neurotoxicity: inhibition of hydrogen sulfide generation by promoting overproduction of nitric oxide. PLoS ONE 8(1):e54829

Tanner C, Chen B, Wang W, Peng M, Liu Z, Liang X, Kao L, Gilley D, Goetz C, Schoenberg B (1989) Environmental factors and Parkinson's disease: a case-control study in China. Neurology 39(5):660–660

Thomas TL, Waxweiler RJ (1986) Brain-tumors and occupational risk-factors—a review. Scand J Work Environ Health 12(1):1–15

Tissingh G, Berendse HW, Bergmans P, DeWaard R, Drukarch B, Stoof JC, Wolters EC (2001) Loss of olfaction in de novo and treated Parkinson's disease: possible implications for early diagnosis. Movement disorders : official journal of the Movement Disorder Society 16(1):41–46

Tong Z, Wang W, Luo W, Lv J, Li H, Luo H, Jia J, He R (2017) Urine formaldehyde predicts cognitive impairment in post-stroke dementia and Alzheimer's disease. J Alzheimers Dis 55(3):1031–1038

Toyoshima S, Watanabe F, Saido H, Pezacka EH, Jacobsens DW, Miyatake K, Nakano Y (1996) Accumulation of methylmalonic acid caused by vitamin B 12-deficiency disrupts normal cellular metabolism in rat liver. Br J Nutr 75(6):929–938

Tulpule K, Dringen R (2011) Formaldehyde stimulates Mrp1-mediated glutathione deprivation of cultured astrocytes. J Neurochem 116(4):626–635

Tulpule K, Schmidt MM, Boecker K, Goldbaum O, Richter-Landsberg C, Dringen R (2012) Formaldehyde induces rapid glutathione export from viable oligodendroglial OLN-93 cells. Neurochem Int 61(8):1302–1313

Tyas SL, Manfreda J, Strain LA, Montgomery PR (2001) Risk factors for Alzheimer's disease: a population-based, longitudinal study in Manitoba, Canada. Int J Epidemiol 30(3):590–597

Vanacore N, Bonifati V, Fabbrini G, Colosimo C, De Michele G, Marconi R, Stocchi F, Nicholl D, Bonuccelli U, De Mari M (2005) Case–control study of multiple system atrophy. Movement disorders: official journal of the Movement Disorder Society 20(2):158–163

Viguera C, Wang J, Mosmiller E, Cerezo A, Maragakis NJ (2018) Olfactory dysfunction in amyotrophic lateral sclerosis. Ann Clin Transl Neurol 5(8):976–981

Wagner PD, Vu N-D, Wu YN (1993) PC12 cells as a model for neuronal secretion. In: Botulinum and tetanus neurotoxins: neurotransmission and biomedical aspects. Edited by DasGupta BR. Boston, MA: Springer US; 105–115

Wang Y, Zhang RW, Jiang XZ (1989) Investigation of tumor-induced death in anatomical operators. J Labour Med 4:11–13

Warner MD, Peabody CA, Flattery JJ, Tinklenberg JR (1986) Olfactory deficits and Alzheimer's disease. Biol Psychiat 21(1):116–118

Washbourne P, Thompson PM, Carta M, Costa ET, Mathews JR, Lopez-Benditó G, Molnár Z, Becher MW, Valenzuela CF, Partridge LD (2002) Genetic ablation of the t-SNARE SNAP-25 distinguishes mechanisms of neuroexocytosis. Nat Neurosci 5(1):19

Weisskopf MG, Morozova N, O'Reilly EJ, McCullough ML, Calle EE, Thun MJ, Ascherio A (2009) Prospective study of chemical exposures and amyotrophic lateral sclerosis. J Neurol Neurosurg Psychiatry 80(5):558–561

Welling R, Beaumont JJ, Petersen SJ, Alexeeff GV, Steinmaus C (2015) Chromium VI and stomach cancer: a meta-analysis of the current epidemiological evidence. Occup Environ Med 72(2):151–159

Wells G, Shea B, O'connell D, Peterson J, Welch V, Losos M, Tugwell P (2009) The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses. Ottawa (ON): Ottawa Hospital Research Institute. Available in March 2016

Wong O (1983) An epidemiological mortality study of a cohort of chemical workers potentially exposed to formaldehyde with a discussion on SMR and PMR. In: Gibson JE (ed) Formaldehyde toxicity. Hemisphere Pub. Corp, Washington, pp 256–272

Yamagishi M, Ishizuka Y, Seki K (1994) Pathology of olfactory mucosa in patients with Alzheimer's disease. Ann Otol Rhinol Laryngol 103(6):421–427

Yang M, Miao J, Rizal J, Zhai R, Wang Z, Huma T, Li T, Zheng N, Wu S, Zheng Y et al (2014) Alzheimer's disease and methanol toxicity (part 2): lessons from four rhesus macaques (Macaca mulatta) chronically fed methanol. J Alzheimers Dis 41(4):1131–1147

Ye X, Ji Z, Wei C, McHale CM, Ding S, Thomas R, Yang X, Zhang L (2013) Inhaled formaldehyde induces DNA-protein crosslinks



and oxidative stress in bone marrow and other distant organs of exposed mice. Environ Mol Mutagen 54(9):705–718

Zhao Y, Magana LC, Cui H, Huang J, McHale CM, Yang X, Looney MR, Li R, Zhang L (2020a) Formaldehyde-induced hematopoietic stem and progenitor cell toxicity in mouse lung and nose. Archives of toxicology

Zhao Y, Wei L, Tagmount A, Loguinov A, Sobh A, Hubbard A, McHale CM, Chang CJ, Vulpe CD, Zhang L (2020b) Applying genome-wide CRISPR to identify known and novel genes and pathways that modulate formaldehyde toxicity. Chemosphere, 128701

Zhang L, Rana I (2018a) Formaldehyde-associated brain tumors. In: Formaldehyde 192–210

Zhang L, Rana I (2018b) Formaldehyde-associated neurodegenerative diseases. In: Formaldehyde 211–240

Zhang L, Rana I, Taioli E, Shaffer RM, Sheppard L (2019) Exposure to glyphosate-based herbicides and risk for non-Hodgkin

lymphoma: a meta-analysis and supporting evidence. Mutation Research/Reviews in Mutation Research

Zhang L, Steinmaus C, Eastmond DA, Xin XK, Smith MT (2009) Formaldehyde exposure and leukemia: a new meta-analysis and potential mechanisms. Mutat Res 681(2–3):150–168

Zhang Q, Yan W, Bai Y, Zhu Y, Ma J (2014) Repeated formaldehyde inhalation impaired olfactory function and changed SNAP25 proteins in olfactory bulb. Int J Occup Environ Health 20(4):308–312

Zorzon M, Zivadinov R, Nasuelli D, Dolfini P, Bosco A, Bratina A, Tommasi M, Locatelli L, Cazzato G (2003) Risk factors of multiple sclerosis: a case-control study. Neurol Sci 24(4):242–247

**Publisher's Note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.



# EXHIBIT 7

# Articles



# Benzene exposure and non-Hodgkin lymphoma: a systematic review and meta-analysis of human studies

Iemaan Rana, Sarah Dahlberg, Craig Steinmaus, Luoping Zhang

## Summary

**Background** Non-Hodgkin lymphoma comprises a heterogeneous group of cancers with unresolved aetiology, although risk factors include environmental exposures to toxic chemicals. Although the ubiquitous pollutant benzene is an established leukemogen, its potential to cause non-Hodgkin lymphoma has been widely debated. We aimed to examine the potential link between benzene exposure and risk of non-Hodgkin lymphoma in humans by evaluating a wide array of cohort and case-control studies using electronic systematic review.

**Methods** We did a comprehensive systematic review and meta-analysis of all qualified human epidemiological studies that assessed the relationship between benzene exposure and non-Hodgkin lymphoma. We queried the PubMed and Embase databases for relevant articles published before June 5, 2019, and applied the SysRev platform for study selection. All peer-reviewed human cohort and case-control studies that reported non-Hodgkin lymphoma risk estimates specifically for benzene exposure were eligible for inclusion. Studies that calculated relative risks (RRs) for industries or job types without identifying those specifically exposed to benzene, that combined non-Hodgkin lymphoma with other cancer types, or that reported many different solvent exposures together were excluded. From each study, two investigators independently extracted information on the study design, location, years, sample size, participation rates, age, sex, sources of cases and controls, diagnosis, histological verification, exposure assessment, results, adjustment, and statistical analysis, and subsequently assessed study quality. We calculated the meta-analysis relative risk (meta-RR) and CIs using the fixed effect and random effect models, as well as assessing publication bias.

**Findings** Our search yielded 2481 articles. After screening and removal of duplicates, 20 case-control studies and eight cohort studies were included in our meta-analysis, which included a total of 9587 patients with non-Hodgkin lymphoma. We reported an increased meta-relative risk (meta-RR) of 33% in highly exposed groups, when data were available (meta-RR 1·33 [95% CI 1·13–1·57], n=28). The meta-RR rose to 1·51 (1·22–1·87, n=18) in the studies that provided results specifically for highly exposed individuals. In particular, we reported a doubling of this risk for diffuse large B-cell lymphoma, a major non-Hodgkin lymphoma subtype (1·67 [1·01–2·77]). We also detected increased risks for follicular lymphoma (1·47 [0·95–2·27]) and hairy cell leukaemia (1·77 [0·99–3·16]), though they were not statistically significant. Funnel plot, Egger's test (p=0·77) and Begg's test (p=0·98) did not show evidence of publication bias. We evaluated the major aspects of causal inference and found evidence to support all the Hill considerations for assigning causation.

**Interpretation** Our findings suggest a causal link between benzene exposure and non-Hodgkin lymphoma, especially for diffuse large B-cell lymphoma.

**Funding** National Institute of Environmental Health Sciences.

**Copyright** © 2021 The Author(s). Published by Elsevier Ltd. This is an Open Access article under the CC BY-NC-ND 4.0 license.

## Introduction

Non-Hodgkin lymphoma is a diverse and heterogeneous group of blood cancers originating in lymphoid tissue, comprising over 60 cell types, with unresolved disease causes for most. It is a challenging neoplasm to diagnose and classify, and even more difficult to assess epidemiologically. Known risk factors for non-Hodgkin lymphoma include genetics, viral infection (eg, HIV), immuno-deficiency disorders, sex, age, and occupational and environmental exposures. Given the diversity of non-Hodgkin lymphoma neoplasms, it is important to evaluate potential agents that could mediate development of non-Hodgkin lymphoma and its respective subtypes. Benzene

is classified as a Group 1 carcinogen by the International Agency for Research on Cancer (IARC) because it causes acute myeloid leukaemia and induces a variety of adverse health effects, including possible lymphomagenesis.

Benzene is the backbone of the chemical manufacturing industry. Given benzene's highly reactive metabolites and simple aromatic structure, it is indispensable in the production of many key chemicals used in the synthesis of plastics, resins, and other fibres.[1] Annual production of benzene by the petrochemical industry was estimated at nearly 2 billion tonnes in the USA alone in 2016, with demands expected to increase as dependence upon consumer goods continues to rise.[2]

*Lancet Planet Health* 2021

Published Online
August 24, 2021
https://doi.org/10.1016/
S2542-5196(21)00149-2

Division of Environmental
Health Sciences (I Rana MPH,
S Dahlberg MS,
Prof C Steinmaus MD,
Prof L Zhang PhD) **and Division
of Epidemiology**
(Prof C Steinmaus), School of
Public Health, University of
California Berkeley, Berkeley,
CA, USA

Correspondence to:
Prof Luoping Zhang, Division of
Environmental Health Sciences,
School of Public Health,
University of California Berkeley,
Berkeley, CA 94720-7360, USA
**luoping@berkeley.edu**

**Research in context**

**Evidence before this study**
The International Agency for Research on Cancer (IARC) classified benzene as a human carcinogen that causes leukaemia in 1979. In 2018, the agency determined there was "limited evidence that benzene causes... non-Hodgkin lymphoma". Their evaluation of mechanistic and experimental animal studies provided evidence for benzene-induced lymphoma, though epidemiological studies and previous meta-analyses of these studies examining the potential association between exposure to benzene and non-Hodgkin lymphoma have reported incongruent findings.

To resolve this ambiguity, we searched PubMed and Embase to do a blinded systematic review in which we identified and analysed all retrieved human epidemiological studies of benzene and non-Hodgkin lymphoma using meta-analysis. Numerous sensitivity and quality analyses were used to assess the validity of our findings.

**Added value of this study**
This study updates our understanding of the association between benzene exposure and non-Hodgkin lymphoma risk through use of meta-analysis. Our study complements IARC's more general analysis regarding non-Hodgkin lymphoma, which was limited to summarising the findings of epidemiological studies. Using our thorough search and more transparent screening methods via the next-generation online

review platform SysRev, we identified additional studies for evaluation that were neither included in IARC qualitative analysis, nor their singular meta-analysis of chronic lymphocytic leukaemia. Our extensive meta-analysis of all non-Hodgkin lymphoma outcomes with robust sensitivity analyses documented a strong significant association that was further punctuated by a dose-response relationship. Moreover, our investigation of cell-type specific outcomes was, to our knowledge, the first to uncover associations for the diffuse large B-cell lymphoma subtype, follicular lymphoma, and hairy cell leukaemia. Our new analysis of human studies, coupled with the totality of scientific and observed evidence in the literature, was found to satisfy each of Bradford Hill considerations for a causal relationship. Overall, our findings provide new evidence to support our understanding of benzene as a carcinogen.

**Implications of all the available evidence**
Our study provides evidence that benzene is not only a human leukemogen but is also linked to non-Hodgkin lymphoma. An important next step in comprehending the exposure-disease relationship is to investigate how benzene can modulate non-Hodgkin lymphoma disease progression using lymphoma-specific hallmarks, risk factors, and biomarkers, as well as key characteristics of carcinogens (ie, immuno-suppression and chronic inflammation).

Furthermore, the ubiquity of benzene in manufacturing makes exposure widespread, unavoidable, and has been consequently well studied in occupational settings. Environmental exposure in the general population typically occurs through automobile emissions, gasoline, and cigarette smoke; an estimated 50% of household benzene exposure in non-smokers comes from second-hand smoke.[1] Given its economic significance, exposure-disease relationships involving benzene are highly controversial.

In its 2018 Monograph, IARC determined that, based on available evidence, there was "limited evidence that benzene causes...non-Hodgkin lymphoma",[4] though the working group did not consider all published epidemiological studies. Further, other studies have reported evidence for benzene-induced lymphopro-liferative disorder in experimental animal models, and of a plausible and relevant mechanism of carcinogenicity in humans, as the stem cell known to be at risk for benzene-induced acute myeloid leukaemia is simultaneously responsible for lymphoproliferation.[5] Our meta-analysis aimed to resolve the seeming incongruence between epidemiological data and animal and mechanistic data by evaluating a wide array of cohort and case-control studies using the latest methods in systematic review to rigorously examine the potential link between benzene exposure and risk of non-Hodgkin lymphoma.

See **Online** for appendix

## Methods

### Search strategy and selection criteria
We followed the Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) guidelines for this study. Details about the search strategy are reported in the appendix (pp 3–4).

Briefly, we queried PubMed and Embase for all epidemiological studies of non-Hodgkin lymphoma and benzene exposure published before June 5, 2019. Our key search terms used included "benzene", "solvents", "refinery", "petroleum industry", "non-Hodgkin lymphoma", "lymphoma", "hematopoietic", "B-cell lymphoma", "T-cell lymphoma", "Mycosis fungoides", "Sezary syndrome", and "leukemia", among others (appendix p 3).

All peer-reviewed human cohort and case-control studies that reported non-Hodgkin lymphoma risk estimates specifically for benzene exposure were eligible for inclusion. Studies that reported relative risks (RRs) by job type or industry without identifying specific exposures to benzene were excluded. Further, studies that reported RR estimates for non-Hodgkin lymphoma combined with other cancer types, or for many different solvent exposures together, were also excluded.

As non-Hodgkin lymphoma is a diverse group of blood cancers with many different subtypes, we also did a cell-type specific analysis of the reported haematological

neoplasms from the articles included in the meta-analysis along with the sensitivity analysis.

We describe our a priori selection of the highest exposed category elsewhere.[6] Briefly, when multiple RRs or odds ratios (ORs) were presented in the original studies, we selected estimates in the following order: (1) highest average exposure intensity; (2) highest cumulative exposure; (3) longest exposure duration; and (4) ever exposure, defined as individuals with any type of exposure to benzene at any level. We defined high exposure as a group exposed at a level relatively greater than lower exposed counterparts. The effect of our a priori exposure selection criteria was evaluated in the sensitivity analyses.

For studies with overlapping cohorts, the most recent study that reported a high exposure group, as defined by our a priori hypothesis, was prioritised. Only peer-reviewed studies published in scientific journals were eligible for inclusion. From each study, two investigators (IR and SD) independently extracted information on the study design, location, years, sample size, participation rates, age, sex, sources of cases and controls, diagnosis, histological verification, exposure assessment, results (RR or OR), adjustment, and statistical analysis. Any conflicts were resolved by a third reviewer (CS or LZ).

### Data analysis

Our electronic systematic review was done and recorded using SysRev, a platform that limits bias by masking reviewers to each other's responses. Using the Newcastle-Ottawa Scale,[7] all studies were reviewed and assessed for methodological quality by two different reviewers (IR and SD) to ensure concordance among score assignments; senior investigators (CS or LZ) were consulted to resolve conflicts. Studies were evaluated on the basis of selection of study population, comparability, outcome (for cohort studies), and exposure (for case-control studies).

We calculated overall meta-analysis relative risk (meta-RR) estimates using both the fixed effect inverse variance method[8] and the random effect method.[9] If heterogeneity was present (evaluated using the summary variance method),[10] the random effect model was used.

The use of the random effect model allowed for the incorporation of between-study variance into the summary variance estimate and CIs, which helped to prevent artificially narrow CIs that can result from using the fixed effect model in the presence of between-study heterogeneity.[10] However, a drawback of the random effect model is that greater relative weight is given to smaller studies, which might make the summary results less conservative than the fixed effect model estimates.[11] To overcome the limitations presented by the random effect model, we also presented the method first published by Shore and colleagues in which the meta-RR is calculated using the fixed effect model, while between-study heterogeneity is incorporated into the 95% CIs.[12] Statistical significance was defined as a p value below 0·05.



**Figure 1: Study selection**
SysRev was used to help identify and screen potential studies for the meta-analysis. *Two of the case-control studies in our meta-analysis are from the same paper[17] because men and women were analysed separately. NHL=non-Hodgkin lymphoma. RR=relative risk.

For more on **SysRev** see https://sysrev.com/

Publication bias was evaluated using funnel plot, Egger's test, and Begg's test.[13,14] All statistical analyses were done using Stata (version 15.1)[15] and Microsoft Excel 2013.[16]

### Role of the funding source

The funder of the study had no role in study design, data collection, data analysis, data interpretation, or writing of the report.

## Results

The screening process and results are shown in figure 1. We queried PubMed and Embase databases and identified 2390 articles for screening by title and abstract, after duplicates were removed. Of these articles, 24 (1%) studies were assigned conflicting labels by

**Articles**

| | Cases of non-Hodgkin lymphoma (exposed/total) | RR or OR (95% CI) | Location | Self-report | Exposure category | Benzene exposure | Weight* |
|---|---|---|---|---|---|---|---|
| **Cohort (n=8)** | | | | | | | |
| Bassig et al (2015)[18] | 12/102 | 2·04 (1·08–3·86)† | Shanghai, China | No | High | Cumulative >102·4 mg/m3 per year (10 year lag) | 5·07 |
| Collins et al (2003)[19] | 3/25 | 1·80 (0·4–5·1)‡ | Illinois, USA | No | High | >100 ppm per day (>40 days exposed) | 1·54 |
| Collins et al (2015)[20] | 3/15 | 0·53 (0·12–1·69)‡ | Michigan, USA | No | High | Cumulative ≥25 ppm per year | 1·43 |
| Hayes et al (1996)[21] | 7/19 | 4·7 (1·2–18·1) | China | No | High | Average intensity ≥25 ppm per year | 1·37 |
| Rinsky et al (2002)[22] | 5/5 | 0·96 (0·31–2·25)‡ | Ohio, USA | No | All | Ever | 2·43 |
| Sorahan et al (2005)[23] | 24/24 | 1·0 (0·64–1·49)§ | UK | Yes | All | Ever | 8·88 |
| Stenehjem et al (2015)[24] | 20/85¶ | 1·55 (0·83–2·88)† | Norway | No | High | Average intensity ≥0·013–0·040 ppm | 5·25 |
| Wong (1987)[25] | 4/15 | 4·12 (1·11–10·55)‖ | USA | No | High | Cumulative ≥720 ppm (adjusted) | 1·93 |
| **Case-control (n=20)** | | | | | | | |
| Bernard et al (1984)[26] | Unknown/158 | 0·49 (0·21–2·00) | Yorkshire, UK | Yes | All | Ever | 1·93 |
| Blair et al (1993)[27] | 12/622 | 1·5 (0·7–3·1)** | Iowa, Minnesota, USA | Yes | High | High intensity | 3·96 |
| Cocco et al (2010)[28] | 55/1179 | 1·3 (0·98–1·69)**,‖ | Czech Republic, France, Germany, Ireland, Italy, and Spain | No | High | High cumulative | 13·55 |
| Dryver et al (2004)[29] | 15/859 | 1·95 (0·90–4·21)** | Sweden | Yes | High | High exposure (aromatic hydrocarbons) | 3·73 |
| Fabbro-Peray et al (2001)[30] | 8/445 | 5·7 (1·4–23·2)** | France | Yes | High | Cumulative >810 days | 1·28 |
| Franceschi et al (1989)[31] | 15/208 | 1·14 (0·57–2·28) | Pordenone, Italy | Yes | All | Benzene and solvents | 4·44 |
| Fritschi et al (2005)[32] | 2/694 | 0·31 (0·06–1·50)** | NSW or ACT, Australia | Yes | High | Substantial (>10% TLV >5 days for 5 years) | 0·99 |
| Gérin et al (1998)[33] | 9/215 | 0·8 (0·4–1·6)** | Montreal, Canada | Yes | High | Medium to high (probability, frequency, and concentration) | 4·44 |
| Glass et al (2003)[34] | 2/31 | 1·48 (0·30–7·16)**,‖ | Australia | No | High | Cumulative >16 ppm per year | 1·02 |
| Kato et al (2005)[35] | 7/376 | 1·52 (0·41–5·70)** | New York, USA | Yes | All | Ever | 1·45 |
| La Vecchia et al (1989)[36] | 4/153 | 0·86‖ (0·23–2·2)**,‖ | Milan, Italy | Yes | High | Duration >10 years (solvents and benzene) | 1·92 |
| Mao et al (2000)[a][1] | 36/764 | 1·2 (0·8–1·9)** | Canada | Yes | All | Ever | 8·63 |
| Mao et al (2000)[a][1] | 5/705 | 0·6 (0·2–1·8)** | Canada | Yes | All | Ever | 2·02 |
| Miligi et al (2006)[37] | 58/1428 | 1·6 (1·0–2·4)** | Italy | Yes | High | Medium to high intensity | 8·51 |
| Orsi et al (2010)[38] | 4/244 | 2·6 (0·6–11·2)** | France | No | High | High average intensity | 1·18 |
| Persson et al (1999)[39] | 3/199 | 0·8 (0·1–3·8)** | Sweden | Yes | All | Occupational 1 year, 5–45 years earlier | 0·78 |
| Scherr et al (1992)[40] | Unknown/303 | 1·2 (0·5–2·6) | Boston, USA | Yes | All | Ever | 3·34 |
| Schnatter et al (1996)[41] | 2/8 | 0·93 (0·08–7·19)** | Canada | No | High | Intensity=0·2–0·49 mean ppm (5 year lag) | 0·52 |
| Wang et al (2009)[42] | 30/601 | 1·4 (0·8–2·4)** | Connecticut, USA | No | High | Medium high intensity and probability | 6·31 |
| Xu et al (2003)[43] | 27/109 | 2·78 (1·68–14·32)** | Sichuan, China | No | All | Ever | 2·11 |

ACT=Australian Capital Territory. NSW=New South Wales. OR=odds ratio. ppm=parts per million. RR=relative risk. TLV=threshold limit value. *Weight given to each study in the random effect model. †This study reported a hazard ratio. ‡This study reported a standardised mortality ratio. §This study reported a standardised rate ratio. ¶Although the study had 85 patients with non-Hodgkin lymphoma overall, only the 81 B-cell non-Hodgkin lymphoma cases were analysed. ‖Not reported in original study. Value given is from our own calculation. **Study reported odds ratio. ††Men only. ‡‡Women only.

*Table 1:* Description and weight of studies selected for the current meta-analyses of exposures to benzene and risk of non-Hodgkin lymphoma

| | N | Fixed effect model meta-RR (95% CI) | Shore calculated 95% CI | Random effect model* meta-RR (95% CI) | Heterogeneity $\chi^2$ (p value) |
|---|---|---|---|---|---|
| **Exposure category** | | | | | |
| Main-highest average intensity | 28 | 1·32 (1·16–1·51) | 1·14–1·53 | 1·33 (1·13–1·57) | 33·34 (0·19) |
| Cumulative exposure | 28 | 1·28 (1·13–1·47) | 1·12–1·47 | 1·28 (1·12–1·48) | 28·12 (0·40) |
| Duration | 28 | 1·30 (1·14–1·48) | 1·13–1·50 | 1·31 (1·12–1·52) | 30·24 (0·30) |
| Ever exposure | 28 | 1·16 (1·07–1·26) | 1·04–1·29 | 1·17 (1·04–1·33) | 45·38 (0·01) |
| High exposure only | 18 | 1·46 (1·24–1·72) | 1·21–1·76 | 1·51 (1·22–1·87) | 22·29 (0·17) |
| High exposure without self-report† | 11 | 1·49 (1·22–1·82) | 1·21–1·83 | 1·53 (1·22–1·91) | 10·62 (0·39) |
| **Cell-type specific NHL outcomes** | | | | | |
| DLBCL | 6 | 1·62 (1·17–2·26) | 1·01–2·60 | 1·67 (1·01–2·77) | 10·26 (0·07) |
| FL | 6 | 1·47 (0·95–2·27) | .. | .. | 1·93 (0·86) |
| HCL | 3 | 1·77 (0·99–3·16) | .. | .. | 0·88 (0·65) |
| CLL | 10 | 1·22 (0·93–1·60) | 0·81–1·83 | 1·24 (0·79–1·94) | 20·55 (0·01) |
| **Study design** | | | | | |
| Case-control | 20 | 1·29 (1·11–1·51) | 1·11–1·52 | 1·29 (1·09–1·53) | 20·17 (0·38) |
| Cohort | 8 | 1·41 (1·08–1·84) | 0·98–2·02 | 1·55 (1·03–2·33) | 12·88 (0·08) |
| **Quality analysis** | | | | | |
| High quality studies | 8 | 1·42 (1·16–1·73) | .. | .. | 6·06 (0·53) |
| Low quality studies | 20 | 1·26 (1·05–1·50) | 1·02–1·55 | 1·27 (1·01–1·59) | 26·52 (0·12) |

CLL=chronic lymphocytic leukaemia. DLBCL=diffuse large B-cell lymphoma. FL=follicular lymphoma. HCL=hairy cell leukaemia. Meta-RR=meta-analysis relative risk. NHL=non-Hodgkin lymphoma. *Random effect model was used when $\chi^2$ heterogeneity statistic was greater than the degrees of freedom (calculated as the number of studies minus one). †Studies that used self-reported exposure to benzene were excluded.

*Table 2:* **Major findings from the meta-analysis of benzene exposure and NHL**

two independent reviewers, which were subsequently resolved by one of the principal investigators.

Following initial screening, 92 papers were reviewed in full and assessed for eligibility. Of these, a total of 28 studies (eight cohort and 20 case-control design, including 9582 patients with non-Hodgkin lymphoma) were eligible for inclusion in the meta-analysis and ten studies were evaluated in the sensitivity analysis. Of note, two of the case-control studies in our meta-analysis are from the same paper[17] because men and women were analysed separately. Hence, for clarity, the number of case-control studies has been listed as 20 throughout our manuscript. Three studies were done in China, eight studies were done in the USA, four studies were done in Canada, 11 studies were done in Europe, and two studies were done in Australia.

Table 1 summarises key aspects of the study design, exposure assessment, and results of all the studies evaluated in this meta-analysis. Additional characteristics of these studies are described in the appendix (pp 5–20). The subsets of data from each study corresponding to each disease analysed including all available types of non-Hodgkin lymphoma, such as diffuse large B-cell lymphoma, follicular lymphoma, chronic lymphocytic leukaemia, and hairy cell leukaemia, as well as other haematopoietic malignancies, such as Hodgkin lymphoma, multiple myeloma, and myeloid leukaemia, are reported in the appendix (p 21).

The results of the meta-analysis are reported in table 2. The meta-RR for all studies combined was 1·33 (95% CI 1·13–1·57, figure 2A). Among all studies, there was no evidence of asymmetry consistent with obvious publication bias (figure 2B). Egger's (p=0·77) and Begg's (p=0·98) tests similarly did not show evidence of publication bias.

We evaluated the effect of our a priori selection of highest average intensity of benzene exposure. When highest cumulative exposure was used, the meta-RR nominally decreased to 1·28 (95% CI 1·12–1·48). Similarly, when longest duration was used, the meta-RR remained almost the same at 1·31 (1·12–1·52).

Meta-analysis of ever exposure (any exposure) resulted in a meta-RR of 1·17 (95% CI 1·04–1·33; table 2). Among the 18 studies that provided risk estimates specifically for highly exposed workers beyond ever exposure, the meta-RR was increased to 1·51 (1·22–1·87). 11 of these high exposure studies did not rely on self-reported exposure information for benzene, raising the meta-RR to 1·53 (1·22–1·91). When comparing ever to high exposures, the meta-RR was markedly increased in a dose-dependent manner (figure 3).

We did a cell-type specific analysis and found high exposure to benzene was most associated with diffuse large B-cell lymphoma (meta-RR 1·67 [95% CI 1·01—2·77]; table 2). Increased associations were also detected for follicular lymphoma (1·47 [0·95–2·27]) and hairy cell leukaemia (1·77 [0·99–3·16]), which were close to being significant but were not statistically significant.

5

Articles



**A**

| | RR (95% CI) |
|---|---|
| Bassig et al (2015)[66] | 2·04 (1·08–3·86) |
| Bernard et al (1984)[70] | 0·49 (0·21–2·00) |
| Blair et al (1993)[30] | 1·50 (0·70–3·10) |
| Cocco et al (2010)[39] | 1·30 (0·98–1·69) |
| Collins et al (2003)[67] | 1·80 (0·40–5·10) |
| Collins et al (2015)[25] | 0·53 (0·12–1·69) |
| Dryver et al (2004)[58] | 1·95 (0·90–4·21) |
| Fabbro-Peray et al (2001)[71] | 5·70 (1·40–23·20) |
| Franceschi et al (1989)[59] | 1·14 (0·57–2·28) |
| Fritschi et al (2005)[72] | 0·31 (0·06–1·50) |
| Gérin et al (1998)[73] | 0·80 (0·40–1·60) |
| Glass et al (2003)[74] | 1·48 (0·30–7·16) |
| Hayes et al (1996)[68] | 4·70 (1·20–18·10) |
| Kato et al (2005)[35] | 1·52 (0·41–5·70) |
| La Vecchia et al (1989)[30] | 0·86 (0·23–2·20) |
| Mao et al (2000)[37]* | 1·20 (0·80–1·90) |
| Mao et al (2000)[37]† | 0·60 (0·20–1·80) |
| Miligi et al (2006)[32] | 1·60 (1·00–2·40) |
| Orsi et al (2010)[38] | 2·60 (0·60–11·20) |
| Persson et al (1999)[77] | 0·80 (0·10–3·80) |
| Rinsky et al (2002)[69] | 0·96 (0·31–2·25) |
| Scherr et al (1992)[74] | 1·20 (0·50–2·60) |
| Schnatter et al (1996)[75] | 0·93 (0·08–7·19) |
| Sorahan et al (2005)[18] | 1·00 (0·64–1·49) |
| Stenehjem et al (2015)[62] | 1·55 (0·83–2·88) |
| Wang et al (2009)[63] | 1·40 (0·80–2·40) |
| Wong et al (1987)[76] | 4·12 (1·11–10·55) |
| Xu et al (2003)[64] | 2·78 (1·68–14·32) |
| **Overall random-effects model: $I^2$=19·0%, p=0·19)** | **1·33 (1·13–1·57)** |

meta-RR (95% CI)

**B**

Figure 2: Forest plot of studies used in meta-analysis of benzene and non-Hodgkin lymphoma using the random effect model (A) and funnel plot of studies (B)

Meta-RR=meta-analysis relative risk. RR=relative risk. *Men only. †Women only.

Consistent with previously established links,[44,45] a statistically significant increased meta-RR was detected for myeloid leukaemia (meta-RR 1·59 [95% CI 1·28–1·99]; appendix p 21). There was no association between high exposures to benzene and Hodgkin lymphoma (1·00 [0·77–1·28]). We detected increased meta-RRs for chronic lymphocytic leukaemia (1·24 [0·79–1·94]) and acute lymphoblastic leukaemia (1·53 [0·70–3·32]), though the CIs overlapped the null. We found a non-statistically significant meta-RR for multiple myeloma (1·32 [0·89–1·97]). In our analysis by study design, the meta-RR for case-control studies (1·29 [1·09–1·53, n=20) was lower than that of cohort studies (1·55 [1·03–2·33], n=8; table 2).

We evaluated the methodological quality of each study using the Newcastle-Ottawa scale to determine the effect of including both high-quality and low-quality studies in our meta-analysis. According to our quality assessment (appendix pp 22–23), the highest quality studies in either design category were those done by Blair and colleagues,[27] Kato and colleagues,[35] Miligi and colleagues,[37] Orsi and colleagues,[38] and Scherr and colleagues,[40] which were all case-control studies. The two lowest quality studies were of cohort design.[20,25] Our analysis of high-quality studies produced a meta-RR of 1·42 (95% CI 1·16–1·73; table 2), whereas the meta-RR of low-quality studies was 1·27 (1·01–1·59). The high-quality studies showed an additional 15% (0·15) increased meta-RR compared with the low-quality studies, indicating that the true risk of developing non-Hodgkin lymphoma after exposure to benzene is possibly higher than our calculated meta-RR. Higher quality studies tended to control for other factors and were more likely to have adequate case definition. Factors that contributed to low-quality studies included shorter follow-up time, poor exposure assessment, and absence of histological verification, among other metrics that would be expected to attenuate the meta-RR, should a true association exist.

Other sensitivity analyses are reported in the appendix (p 24). When we analysed men only, we found the meta-RR remained the same (1·32 [95% CI 1·02–1·71]), whereas the meta-RR for women was increased, though not significantly (1·43 [0·93–2·19]).

On average, studies done in North America (meta-RR 1·21 [95% CI 0·96–1·53]) and Europe and Australia (1·29 [1·03–1·62]) had lower meta-RRs than those done in China (2·46 [1·48–4·08]). This difference might be attributable to more stringent occupational exposure limits of benzene in high-income countries (1 part per million [ppm] averaged over 8 h in the USA) versus China's extremely high limits of 12 ppm (1979–2002) and 2 ppm (2002–present).[46] The widened 95% CIs for the

www.thelancet.com/planetary-health   Published online August 24, 2021   https://doi.org/10.1016/S2542-5196(21)00149-2

studies done in China were possibly the result of a smaller number of studies (n=3).

Three studies included benzene in a mixture with other solvents, such as toluene and xylene.[29,31,36] We determined the effect of confounding from these co-exposures would be minimal, given neither toluene nor xylene are reported to be associated with non-Hodgkin lymphoma. We evaluated the effect of this decision by excluding all three studies and found almost no change in the meta-RR (1·34 [95% CI 1·12–1·60]; appendix p 24).

We excluded Vlaanderen and colleagues' study[47] because exposures were calculated using census information. When this study was included, the meta-RR decreased slightly to 1·28 (95% CI 1·09–1·52; appendix p 24). Further, we excluded Tranah and colleagues' study[48] because the study included a population with a high risk of AIDS.[49] When this study was included, the meta-RR decreased slightly to 1·28 (1·09–1·51). When both Vlaanderen and colleagues' study[47] and Tranah and colleagues' study[48] were included, the meta-RR decreased to 1·24 (1·06–1·43).

Although Linet and colleagues' study[50] done in 2015 reported the most updated follow-up of a large Chinese cohort, we used relative risks reported in Hayes and colleagues' study[51] because they stratified by high exposure. When Linet and colleagues' 2015 study[50] was used instead, the meta-RR increased nominally to 1·34 (95% CI 1·14–1·58). During the review of our paper, the Chinese cohort was updated once more with stratification by high exposure in Linet and colleagues' study done in 2020;[52] when this study was used, the results of our main meta-analysis remained almost unchanged (appendix p 25).

To assess the relative influence of each study on the meta-analysis, we removed each study one at a time (appendix p 26). Results remained almost unchanged after removal of each study, with the lowest meta-RR being 1·30 following removal of Bassig and colleagues' study[53] (95% CI 1·10–1·54) and Wong's study[25] (1·12–1·52). The meta-RR raised to 1·37 (1·16–1·63) following removal of Sorahan and colleagues' study.[23] Removing Cocco and colleagues' study,[28] the most highly weighted study, had almost no effect on our results (1·34 [1·11–1·61]). Overall, the robust sensitivity analyses indicate that our main findings are sound and rigorous.

## Discussion

The results of our meta-analysis provide new collective evidence to suggest that exposures to benzene can induce non-Hodgkin lymphoma in humans at high levels, as defined in our a priori hypothesis. The increases in meta-RRs were both statistically significant and consistent across numerous robust sensitivity analyses, suggesting epidemiological evidence of a true causal relationship.

Although a single study cannot establish causation, to our knowledge, this meta-analysis is the first to provide new data that collectively met the Hill considerations[54] to establish a causal relationship between benzene exposure



*Figure 3:* Comparison of meta-RR of non-Hodgkin lymphoma when using higher exposures to benzene versus all exposures
Meta-RR=meta-analysis relative risk.

and non-Hodgkin lymphoma. First, our meta-analysis of 257 173 participants and 9587 cases indicated a strong, statistically significant, positive association between high exposures to benzene and non-Hodgkin lymphoma (meta-RR 1·33 [95% CI 1·13–1·57]). Second, this association was consistent across cohort and case-control study designs, differential exposure metrics (table 2), sex, and geographical location (appendix p 24). Third, we qualitatively showed evidence of a dose-response relationship between benzene exposure and non-Hodgkin lymphoma. In our sensitivity analysis, we detected a 34% increased meta-RR of non-Hodgkin lymphoma when comparing ever exposure to studies that only reported high exposure groups (meta-RR increased from 1·17 to 1·51; figure 3) Fourth, these studies are well powered and sufficiently establish an appropriate temporal relationship between benzene exposure and onset of non-Hodgkin lymphoma. Fifth, the association detected was specific to non-Hodgkin lymphoma, and not to other haematological malignancies, such as Hodgkin lymphoma (appendix p 21). Sixth, experimental studies in rodent models have detected lymphomas in rats[55,56] and mice[57–59] following benzene exposure in a dose-dependent manner.

The final criterion of biological plausibility is satisfied given current knowledge regarding the causes and mechanisms of non-Hodgkin lymphoma. Key risk factors for non-Hodgkin lymphoma include immuno-suppression and pre-existing autoimmune disease.[60] There are several epidemiological and experimental studies that indicate that chronic benzene exposure through inhalation or oral consumption targets the immune system,[61] by decreasing number of circulating B-lymphocytes,[62] decreasing immunoglobulin levels,[63,64] decreasing T-cells,[63–66] and decreasing IL-2 production.[67] The suppression of crucial immunologic cells could contribute to the susceptibility of invading pathogens, such as *Helicobacter pylori*.[68] Indeed, the findings of our

| | Number of studies* | Study years† | Exposure category‡ | Meta-RR (95% CI) |
|---|---|---|---|---|
| Rana et al (2021) | 28 | 1984–2015 | A priori | 1·33 (1·13–1·57) |
| Vlaanderen et al (2011)[69] | 33 | 1983–2008 | Ever | 1·32 (0·97–1·80) |
| Kane and Newton (2010)[70] | 26 | 1979–2008 | Ever | 1·11 (0·94–1·30) |
| Alexander and Wagner (2010)[71] | 26 | 1984–2009 | A priori | 1·08 (0·93–1·24) |
| Steinmaus et al (2008)[6] | 22 | 1984–2007 | A priori | 1·22 (1·02–1·47) |

Meta-RR=meta relative-risk. *Number of studies was counted as number of separately reported cohorts in each meta-analysis forest plot, or number of studies reported, if no forest plot was presented. †Range of publication years of studies included in meta-analysis. ‡Benzene exposure category evaluated in determining meta-RR.

*Table 3:* Comparison of findings between current and previous meta-analyses

meta-analysis, coupled with the evidence from the literature, compellingly met Hill's considerations.[54]

To the best of our knowledge, our meta-analysis is the most comprehensive and updated analysis done to date. Compared with previously published meta-analyses[6,69–71] (table 3), our findings show a higher meta-RR that is statistically significant. This difference could be attributable to the addition of several new studies[38,36,53,28,24,42] and extended follow-up of a cohort study,[20] allowing malignancies with longer latency periods to be reported.

Our results complement several lines of evidence reported in the IARC Monograph.[4] IARC's analysis regarding non-Hodgkin lymphoma was very general, summarising the findings from several (but not all) epidemiological studies. Using our thorough search and more transparent screening methods via SysRev, we were able to identify additional studies for evaluation that were not included in the IARC analysis. Given individual epidemiological studies often vary and can appear to conflict, IARC noted the benefits of meta-analysis in consolidating results from multiple epidemiological studies so that an overall conclusion about the effects of the exposure can be drawn. However, IARC's meta-analysis analysed only chronic lymphocytic leukaemia and not non-Hodgkin lymphoma. By contrast, our extensive meta-analysis of all non-Hodgkin lymphoma outcomes with robust sensitivity analyses documented a strong statistically significant association that was punctuated by a dose-response relationship (figure 3). Further, our cell-type specific investigation was the first to uncover associations for the diffuse large B-cell lymphoma, follicular lymphoma, and hairy cell leukaemia subtypes, while also corroborating IARC's findings for chronic lymphocytic leukaemia. When evaluated against the Hill considerations for a causal relationship, these new levels of our analysis were found to satisfy each requirement.

Our novel approach used to do this meta-analysis contributed to its core strengths. First, our meta-analysis was the first to follow PRISMA guidelines, which allowed us to identify several new studies[36,53,28,43] that had not been evaluated in previous meta-analyses of benzene and

non-Hodgkin lymphoma. Second, the use of a blinded and securely recorded review system (SysRev) helped minimise any selection bias by independent reviewers in screening studies for inclusion. Third, application of our novel a priori hypothesis using the highest exposure groups maximised our ability to detect exposure-response relationships. Lastly, our strategy to review cell-type specific associations allowed us to detect whether exposure to benzene affects a particular subtype more strongly than others.

All meta-analyses inherently have limitations, given that they demand expertise in both clinical and statistical realms.[72] Limitations of our meta-analysis lie mainly within the individual studies that were included. Given the evolving pathophysiology of non-Hodgkin lymphoma and the wide spectrum of lymphomas that are included in its definition, a basic analysis of the findings of our meta-analysis might suggest that not all subtypes of non-Hodgkin lymphoma are statistically associated with benzene exposure. However, bias might have masked the strength of the associations detected. The studies included in our meta-analysis were published between 1984 and 2015. The WHO classification of lymphoid neoplasms changed during this time period in 2008 and, more recently, in 2016 to incorporate clinical findings, molecular genetics, and morphology to further elaborate on what constitutes a B-cell or T-cell neoplasm. These diagnostic changes of non-Hodgkin lymphoma possibly contributed to non-differential outcome misclassifications, which would usually bias the meta-RR towards the null.

More specifically, we identified a large statistically significant association between benzene and diffuse large B-cell lymphoma, increased associations between follicular lymphoma and hairy cell leukaemia, and an increased meta-RR for chronic lymphocytic leukaemia that was not statistically significant. Of note, the results for specific non-Hodgkin lymphoma subtypes were likely to be more uncertain both within and among studies due to sample size and potential differential classification across studies; hence, the significance levels were likely to decrease. Our finding of a high risk for diffuse large B-cell lymphoma is thus a stronger conclusion as it is imbued with more intrinsic uncertainty.

Further, given that clinical outcomes of chronic lymphocytic leukaemia are variable and that small lymphocytic leukaemia is a diagnostically equivalent neoplasm,[73] it is possible that studies underreported the total number of patients in this group, and hence underestimated the true risk. Other potential considerations could be that chronic lymphocytic leukaemia is considered to be more related to genetics than environmental exposures[74] as it is a very rare disease in Asian populations.[75,76] Among our studies, only one examined chronic lymphocytic leukaemia in benzene exposed Chinese individuals and reported too few patients (n=2) to compute a relative risk.[74]

Lastly, all case-control studies can be affected by recall bias, in which cases more vividly remember exposures than controls. The resulting differential exposure misclassification can bias the risk estimate towards or away from null. However, when analysed separately, the meta-RRs of case-control studies versus cohort studies were similar, indicating that study design was not a significant source of bias.

An important next step in comprehending how benzene can modulate non-Hodgkin lymphoma disease progression is to provide mechanistic context. There is strong evidence that benzene exhibits at least five of the ten key characteristics of carcinogens. Further inquiry into the mechanisms of benzene-related metabolic activation and electrophilicity, genotoxicity, altered DNA repair and genomic instability, immunosuppression, and modulation of receptor-mediated effects could strengthen evidence of biological plausibility and better elucidate the process of chemically initiated lymphomagenesis.

To conclude, our study examined whether benzene exposure is linked to increased non-Hodgkin lymphoma risk through a comprehensive systematic review and meta-analysis. Using our a priori hypothesis, we reported that exposure to benzene increased non-Hodgkin lymphoma risk in a dose-dependent manner, a finding that is both statistically robust and biologically plausible. Moreover, we reported a doubling of this risk for the diffuse large B-cell lymphoma subtype, and increased risks for follicular lymphoma and hairy cell leukaemia. Overall, the findings of our new meta-analysis combined with the totality of evidence in the literature satisfied the Hill considerations for causation, strongly indicating that benzene exposure not only causes myeloid leukaemia, but also non-Hodgkin lymphoma.

### Contributors
IR was involved in the literature search, figure creation, study design, data collection, data analysis, data interpretation, and writing of the manuscript. SD was involved in the literature search, figure creation, data collection, and writing of the manuscript. CS oversaw the meta-analysis design, execution, statistical analysis, and data interpretation. LZ was involved in all stages of the project, including conception, design, data analysis, data presentation, and interpretation. IR, SD, and CS accessed and verified the underlying data. All authors confirm that they had full access to all the data in the study and accept responsibility for submission for publication.

### Declaration of interests
We declare no competing interests.

### Data sharing
This manuscript makes use of publicly available data from published studies; therefore, no original data are available for sharing.

### Acknowledgments
This project originated from a University of California Berkeley Practical Toxicology course (PH270C); we thank all other students who were involved, including Allen Louie and Grace Sheeran. We would also like to thank Dr Yun Zhao for procurement and careful translation of Chinese studies. The two principal investigators (LZ and CS) were partially supported by the UC Berkeley Superfund Research Program (P42ES004705), which had no role in data collection, analysis, interpretation, writing of the manuscript, and the decision to submit.

### References
1   National Library of Medicine. Benzene. 2020. https://pubchem.ncbi.nlm.nih.gov/compound/Benzene (accessed Feb 20, 2020).
2   Argus Media Group. Argus benzene annual 2017. London, UK, 2017. https://www.argusmedia.com/-/media/Files/sample-reports/argus-benzene-annual-2017-brochure-full-toc.ashx?la=en&hash=DB24CCE59DC101302A210EA72193375SEFC57165 (accessed Aug 22, 2019).
3   Edwards RD, Jantunen M. Benzene exposure in Helsinki, Finland. Atmos Environ 2001; 35: 1411–20.
4   International Agency for Research on Cancer. Monograph 120. Lyon, France, 2018. https://www.iarc.who.int/news-events/iarc-monographs-volume-120-benzene/ (accessed Aug 23, 2019).
5   Goldstein B, Smith M. Benzene and haematological cancers. In: Baan R, Stewart B, Straif K, eds. Tumour site concordance and mechanisms of carcinogenesis. Lyon, France: International Agency for Research on Cancer, 2019: 65–69.
6   Steinmaus C, Smith AH, Jones RM, Smith MT. Meta-analysis of benzene exposure and non-Hodgkin lymphoma: biases could mask an important association. Occup Environ Med 2008; 65: 371–78.
7   Wells GSB, O'connell D, Peterson J, Welch V, Losos M. The Newcastle-Ottawa Scale (NOS) for assessing the quality of nonrandomized studies in meta-analyses. Ottawa Hospital Research Institute. 2009. http://www.ohri.ca/programs/clinical_epidemiology/oxford.asp (accessed Aug 14, 2019).
8   Greenland S. Meta-analysis. In: Rothman K, Greenland S, eds. Modern epidemiology, 2nd edn. Philadelphia: Lippincott Raven, 1998: 643–73.
9   DerSimonian R, Laird N. Meta-analysis in clinical trials. Control Clin Trials 1986; 7: 177–88.
10  Petitti D. Statistical methods in meta-analysis. Meta-analysis, decision analysis, and cost-effectiveness analysis: methods for quantitative synthesis in medicine. New York, NY: Oxford University Press, 1994: 94–118.
11  Poole C, Greenland S. Random-effects meta-analyses are not always conservative. Am J Epidemiol 1999; 150: 469–75.
12  Shore RE, Gardner MJ, Pannett B. Ethylene oxide: an assessment of the epidemiological evidence on carcinogenicity. Br J Ind Med 1993; 50: 971–97.
13  Begg CB, Mazumdar M. Operating characteristics of a rank correlation test for publication bias. Biometrics 1994; 50: 1088–101.
14  Egger M, Davey Smith G, Schneider M, Minder C. Bias in meta-analysis detected by a simple, graphical test. BMJ 1997; 315: 629–34.
15  StataCorp L. Stata Statistical Software. Release 15. College Station, TX: StataCorp, 2017.
16  Microsoft Corporation. Microsoft Excel Version 3. Redmond, Washington, 2013.
17  Mao Y, Hu J, Ugnat AM, White K. Non-Hodgkin's lymphoma and occupational exposure to chemicals in Canada. Ann Oncol 2000; 11 (suppl 1): 69–73.
18  Bassig B, Friesen M, Vermeulen R, et al. Occupational exposure to benzene and non-Hodgkin lymphoma in a population-based cohort: The Shanghai Women's Health Study. Environ Health Perspect 2015; 23: 971–77.
19  Collins JJ, Ireland B, Buckley CF, Shepperly D. Lymphohaematopoeitic cancer mortality among workers with benzene exposure. Occup Environ Med 2003; 60: 676–79.
20  Collins JJ, Anteau SE, Swaen GM, Bodnar KM, Bodnar CM. Lymphatic and hematopoietic cancers among benzene-exposed workers. J Occup Environ Med 2015; 57: 159–63.
21  Hayes R, Yin S, Dosemeci M, et al. Mortality among benzene-exposed workers in China. Environ Health Perspect 1996; 104: 1349–52.
22  Rinsky R, Hornung R, Silver S, Tseng C. Benzene exposure and hematopoietic mortality: a long-term epidemiologic risk assessment. Am J Ind Med 2002; 42: 474–80.
23  Sorahan T, Kinlen LJ, Doll R. Cancer risks in a historical UK cohort of benzene exposed workers. Occup Environ Med 2005; 62: 231–36.
24  Stenehjem JS, Kjærheim K, Bråtveit M, et al. Benzene exposure and risk of lymphohaematopoietic cancers in 25 000 offshore oil industry workers. Br J Cancer 2015; 112: 1603–12.
25  Wong O. An industry wide mortality study of chemical workers occupationally exposed to benzene. II. Dose response analyses. Br J Ind Med 1987; 44: 382–95.

26  Bernard SM, Cartwright RA, Bird CC, Richards ID, Lauder I, Roberts BE. Aetiologic factors in lymphoid malignancies: a case-control epidemiological study. *Leuk Res* 1984; **8:** 681–89.

27  Blair A, Linos A, Stewart PA, et al. Evaluation of risks for non-Hodgkin's lymphoma by occupation and industry exposures from a case-control study. *Am J Ind Med* 1993; **23:** 301–12.

28  Cocco P, t'Mannetje A, Fadda D, et al. Occupational exposure to solvents and risk of lymphoma subtypes: results from the Epilymph case-control study. *Occup Environ Med* 2010; **67:** 341–47.

29  Dryver E, Brandt L, Kauppinen T, Olsson H. Occupational exposures and non-Hodgkin's lymphoma in Southern Sweden. *Int J Occup Environ Health* 2004; **10:** 13–21.

30  Fabbro-Peray P, Daures JP, Rossi JF. Environmental risk factors for non-Hodgkin's lymphoma: a population-based case-control study in Languedoc-Roussillon, France. *Cancer Causes Control* 2001; **12:** 201–12.

31  Franceschi S, Serrano D, Bidoli E, et al. The epidemiology of non-Hodgkin's lymphoma in the north-east of Italy: a hospital-based case-control study. *Leuk Res* 1989; **13:** 465–72.

32  Fritschi L, Benke G, Hughes AM, et al. Risk of non-Hodgkin lymphoma associated with occupational exposure to solvents, metals, organic dusts and PCBs (Australia). *Cancer Causes Control* 2005; **16:** 599–607.

33  Gérin M, Siemiatycki J, Désy M, Krewski D. Associations between several sites of cancer and occupational exposure to benzene, toluene, xylene, and styrene: results of a case-control study in Montreal. *Am J Ind Med* 1998; **34:** 144–56.

34  Glass D, Gray C, Jolley D, et al. Leukemia risk associated with low-level benzene exposure. *Epidemiology* 2003; **14:** 569–77.

35  Kato I, Koenig KL, Watanabe-Meserve H, et al. Personal and occupational exposure to organic solvents and risk of non-Hodgkin's lymphoma (NHL) in women (United States). *Cancer Causes Control* 2005; **16:** 1215–24.

36  La Vecchia C, Negri E, D'Avanzo B, Franceschi S. Occupation and lymphoid neoplasms. *Br J Cancer* 1989; **60:** 385–88.

37  Miligi L, Costantini AS, Benvenuti A, et al. Occupational exposure to solvents and the risk of lymphomas. *Epidemiology* 2006; **17:** 552–61.

38  Orsi L, Monnereau A, Dananche B, et al. Occupational exposure to organic solvents and lymphoid neoplasms in men: results of a French case-control study. *Occup Environ Med* 2010; **67:** 664–72.

39  Persson B, Fredrikson M. Some risk factors for non-Hodgkin's lymphoma. *Int J Occup Med Environ Health* 1999; **12:** 135–42.

40  Scherr PA, Hutchison GB, Neiman RS. Non-Hodgkin's lymphoma and occupational exposure. *Cancer Res* 1992; **52** (suppl): 5503s–09.

41  Schnatter A, Armstrong T, Nicolich M, et al. Lymphohaematopoietic malignancies and quantitative estimates of exposure to benzene in Canadian petroleum distribution workers. *Occup Environ Med* 1996; **53:** 773–81.

42  Wang R, Zhang Y, Lan Q, et al. Occupational exposure to solvents and risk of non-Hodgkin lymphoma in Connecticut women. *Am J Epidemiol* 2009; **169:** 176–85.

43  Xu C, Zheng S, Huang J, Wu J. [A case-control study for assessing the relation between the incidence of malignant lymphomas and environmental factors in Sichuan province]. *Zhonghua Liu Xing Bing Xue Za Zhi* 2003; **24:** 875–78.

44  Schnatter AR, Glass DC, Tang G, Irons RD, Rushton L. Myelodysplastic syndrome and benzene exposure among petroleum workers: an international pooled analysis. *J Natl Cancer Inst* 2012; **104:** 1724–37.

45  Vlaanderen J, Lan Q, Kromhout H, Rothman N, Vermeulen R. Occupational benzene exposure and the risk of chronic myeloid leukemia: a meta-analysis of cohort studies incorporating study quality dimensions. *Am J Ind Med* 2012; **55:** 779–85.

46  Xing C, Marchetti F, Li G, et al. Benzene exposure near the U.S. permissible limit is associated with sperm aneuploidy. *Environ Health Perspect* 2010; **118:** 833–39.

47  Vlaanderen J, Straif K, Pukkala E, et al. Occupational exposure to trichloroethylene and perchloroethylene and the risk of lymphoma, liver, and kidney cancer in four Nordic countries. *Occup Environ Med* 2013; **70:** 393–401.

48  Tranah GJ, Holly EA, Bracci PM. Solvent exposure and non-Hodgkin lymphoma: no risk in a population-based study in the San Francisco Bay Area. *Cancer Epidemiol Biomarkers Prev* 2009; **18:** 3130–32.

49  Moss AR, Osmond D, Bacchetti P, Chermann JC, Barre-Sinoussi F, Carlson J. Risk factors for AIDS and HIV seropositivity in homosexual men. *Am J Epidemiol* 1987; **125:** 1035–47.

50  Linet MS, Yin SN, Gilbert ES, et al. A retrospective cohort study of cause-specific mortality and incidence of hematopoietic malignancies in Chinese benzene-exposed workers. *Int J Cancer* 2015; **137:** 2184–97.

51  Hayes RB, Yin SN, Dosemeci M, et al. Benzene and the dose-related incidence of hematologic neoplasms in China. Chinese Academy of Preventive Medicine—National Cancer Institute Benzene Study Group. *J Natl Cancer Inst* 1997; **89:** 1065–71.

52  Linet MS, Gilbert ES, Vermeulen R, et al. Benzene exposure-response and risk of lymphoid neoplasms in Chinese workers: a multicenter case-cohort study. *Am J Ind Med* 2020; **63:** 741–54.

53  Bassig BA, Friesen MC, Vermeulen R, et al. Occupational exposure to benzene and non-Hodgkin lymphoma in a population-based cohort: The Shanghai Women's Health Study. *Environ Health Perspect* 2015; **123:** 971–77.

54  Hill AB. The environment and disease: association or causation? 1965. *J R Soc Med* 2015; **108:** 32–37.

55  Maltoni C, Ciliberti A, Cotti G, Conti B, Belpoggi F. Benzene, an experimental multipotential carcinogen: results of the long-term bioassays performed at the Bologna Institute of Oncology. *Environ Health Perspect* 1989; **82:** 109–24.

56  Maltoni C, Conti B, Cotti G. Benzene: a multipotential carcinogen. Results of long-term bioassays performed at the Bologna Institute of Oncology. *Am J Ind Med* 1983; **4:** 589–630.

57  Farris GM, Everitt JI, Irons RD, Popp JA. Carcinogenicity of inhaled benzene in CBA mice. *Fundam Appl Toxicol* 1993; **20:** 503–07.

58  Kawasaki Y, Hirabayashi Y, Kaneko T, et al. Benzene-induced hematopoietic neoplasms including myeloid leukemia in Trp53-deficient C57BL/6 and C3H/He mice. *Toxicol Sci* 2009; **110:** 293–306.

59  Snyder CA, Sellakumar AR, James DJ, Albert RE. The carcinogenicity of discontinuous inhaled benzene exposures in CD-1 and C57BL/6 mice. *Arch Toxicol* 1988; **62:** 331–35.

60  Shiels MS, Engels EA, Linet MS, et al. The epidemic of non-Hodgkin lymphoma in the United States: disentangling the effect of HIV, 1992–2009. *Cancer Epidemiol Biomarkers Prev* 2013; **22:** 1069–78.

61  Guo H, Ahn S, Zhang L. Benzene-associated immunosuppression and chronic inflammation in humans: a systematic review. *Occup Environ Med* 2021; **78:** 377–84.

62  Bogadi-Sare A, Zavalic M, Trošić I, Turk R, Kontosić I, Jelcić I. Study of some immunological parameters in workers occupationally exposed to benzene. *Int Arch Occup Environ Health* 2000; **73:** 397–400.

63  Uzma N, Kumar BS, Hazari MA. Exposure to benzene induces oxidative stress, alters the immune response and expression of p53 in gasoline filling workers. *Am J Ind Med* 2010; **53:** 1264–70.

64  Kirkeleit J, Ulvestad E, Riise T, Bråtveit M, Moen BE. Acute suppression of serum IgM and IgA in tank workers exposed to benzene. *Scand J Immunol* 2006; **64:** 690–98.

65  Farris GM, Robinson SN, Wong BA, Wong VA, Hahn WP, Shah R. Effects of benzene on splenic, thymic, and femoral lymphocytes in mice. *Toxicology* 1997; **118:** 137–48.

66  Hsieh GC, Sharma RP, Parker RD. Subclinical effects of groundwater contaminants. IV. Effects of repeated oral exposure to combinations of benzene and toluene on regional brain monoamine metabolism in mice. *Arch Toxicol* 1990; **64:** 669–76.

67  Fan XH. Effect of exposure to benzene on natural killer (NK) cell activity and interleukin-2 (IL-2) production of C57BL/6 mice. *Nippon Ika Daigaku Zasshi* 1992; **59:** 393–99.

68  Schwabe RF, Jobin C. The microbiome and cancer. *Nat Rev Cancer* 2013; **13:** 800–12.

69  Vlaanderen J, Lan Q, Kromhout H, Rothman N, Vermeulen R. Occupational benzene exposure and the risk of lymphoma subtypes: a meta-analysis of cohort studies incorporating three study quality dimensions. *Environ Health Perspect* 2011; **119:** 159–67.

70  Kane EV, Newton R. Benzene and the risk of non-Hodgkin lymphoma: a review and meta-analysis of the literature. *Cancer Epidemiol* 2010; **34:** 7–12.

71  Alexander DD, Wagner ME. Benzene exposure and non-Hodgkin lymphoma: a meta-analysis of epidemiologic studies. *J Occup Environ Med* 2010; **52:** 169–89.

72   Bailar JC 3rd. The promise and problems of meta-analysis. *N Engl J Med* 1997; **337:** 559–61.

73   Fabbri G, Dalla-Favera R. The molecular pathogenesis of chronic lymphocytic leukaemia. *Nat Rev Cancer* 2016; **16:** 145–62.

74   Yang SM, Li JY, Gale RP, Huang XJ. The mystery of chronic lymphocytic leukemia (CLL): why is it absent in Asians and what does this tell us about etiology, pathogenesis and biology? *Blood Rev* 2015; **29:** 205–13.

75   Gale RP, Cozen W, Goodman MT, Wang FF, Bernstein L. Decreased chronic lymphocytic leukemia incidence in Asians in Los Angeles County. *Leuk Res* 2000; **24:** 665–69.

76   Redaelli A, Laskin BL, Stephens JM, Botteman MF, Pashos CL. The clinical and epidemiological burden of chronic lymphocytic leukaemia. *Eur J Cancer Care (Engl)* 2004; **13:** 279–87.

# EXHIBIT 8

Review

# Meta-analysis of benzene exposure and non-Hodgkin lymphoma: biases could mask an important association

C Steinmaus,[1,2] A H Smith,[1] R M Jones,[1] M T Smith[1]

[1] School of Public Health, University of California, Berkeley, California, USA; [2] Office of Environmental Health Hazard Assessment, California Environmental Protection Agency, Oakland, California, USA

Correspondence to:
Craig Steinmaus, 140 Warren Hall University of California Berkeley, California 94720-7360, USA; craigs@berkeley.edu

Accepted 18 January 2008
Published Online First
3 April 2008

## ABSTRACT

**Objectives:** Benzene is a widely recognised cause of leukaemia but its association with non-Hodgkin's lymphoma (NHL) is less well established. The goal of this project is to review the current published literature on this association.

**Methods:** We performed a meta-analysis of cohort and case-control studies of benzene exposure and NHL and a meta-analysis of NHL and refinery work, a potential source of benzene exposure.

**Results:** In 22 studies of benzene exposure, the summary relative risk for NHL was 1.22 (95% CI 1.02 to 1.47; one-sided p value = 0.01). When studies that likely included unexposed subjects in the "exposed" group were excluded, the summary relative risk increased to 1.49 (95% CI 1.12 to 1.97, n = 13), and when studies based solely on self-reported work history were excluded, the relative risk rose to 2.12 (95% CI 1.11 to 4.02, n = 6). In refinery workers, the summary relative risk for NHL in all 21 studies was 1.21 (95% CI 1.00 to 1.46; p = 0.02). When adjusted for the healthy worker effect, this relative risk estimate increased to 1.42 (95% CI 1.19 to 1.69).

**Conclusions:** The finding of elevated relative risks in studies of both benzene exposure and refinery work provides further evidence that benzene exposure causes NHL. In addition, the finding of increased relative risks after removing studies that included unexposed or lesser exposed workers in "exposed" cohorts, and increased relative risk estimates after adjusting for the healthy worker effect, suggest that effects of benzene on NHL might be missed in occupational studies if these biases are not accounted for.

Annual production of benzene in the USA is over 2 billion gallons and millions of people are exposed to benzene either occupationally through a variety of different industrial processes or environmentally from cigarette smoke, gasoline or automobile emissions. Benzene is a widely recognised cause of leukaemia, particularly acute non-lymphocytic leukaemia (ANLL), but its association with non-Hodgkin's lymphoma (NHL) is less well established.

Previous epidemiological studies on the association between benzene and NHL have produced mixed results. For example, in a cohort study of 74 828 benzene-exposed workers from multiple industries in China, Hayes et al reported a relative risk of 4.7 (95% CI 1.2 to 18.1) for NHL.[1] In contrast, Sorahan et al reported a relative risk of 1.00 (95% CI 0.64 to 1.49) for NHL in a cohort study of benzene-exposed workers in England and Wales.[2] The reasons for these discrepancies are not

entirely clear but could be related to differences in study populations, exposure levels and study designs. It could also be related to low statistical power or the presence of particular biases which may have limited the ability of some studies to identify real effects. In particular, biases resulting from the healthy worker effect, from inaccurate classification of exposure, and from inadequate study power can bias relative risk estimates towards the null and lead to true associations being missed.

In a previous publication, we assessed some of the evidence relating to benzene and NHL in a systematic review in which problems of bias due to the healthy worker effect were noted.[3] In this paper we present a formal meta-analysis of studies of NHL and occupational exposure to benzene in work settings other than refineries, and a formal meta-analysis of NHL and refinery work, a setting that has historically been associated with benzene exposure.[4] These were done separately since refinery work can be associated with many chemical exposures other than benzene. Two previous meta-analyses done on these topics did not find increased NHL risks with benzene exposure or refinery work.[5,6] However, our meta-analysis differs from these prior reports in that we objectively evaluate the impact of the healthy worker effect and exposure misclassification (in particular, the inclusion of unexposed or lesser exposed workers in "exposed" cohorts) and incorporate the results of these evaluations directly into our overall summary relative risk estimates. As we show in this report, the incorporation of these factors can have important implications in the evaluation of a causal link between benzene and NHL.

## METHODS

Databases including Medline were searched for all epidemiological studies on NHL and benzene exposure or refinery work. Searches included combinations of the keywords: NHL, lymphosarcoma, reticulosarcoma, cancer, benzene, solvents, refinery, and petroleum industry. The bibliographies of all relevant articles as well as relevant review articles were also searched. The results of these searches are reviewed in Smith et al.[3]

The meta-analysis of benzene exposure and NHL includes case-control and cohort studies that provided relative risk estimates specifically for benzene exposure. Only data published in scientific journals were used. Studies which reported relative risks only by job type (eg, shoe maker) or industry

Occup Environ Med: first published as 10.1136/oem.2007.036913 on 16 April 2008. Downloaded from http://oem.bmj.com/ on May 8, 2024 by guest. Protected by copyright.

(eg, rubber manufacturing) without specific identification of those exposed to benzene were not included in the benzene–NHL meta-analysis. Studies that reported relative risks for many different solvent exposures combined and studies reporting only relative risk estimates for NHL combined with other cancer types were also not included. Many studies, especially older ones, presented results only for lymphosarcoma and reticulosarcoma combined. These were included in the analysis since these cancers compromise a major sub-classification of NHL. A few studies presented separate results for both NHL and lymphosarcoma and reticulosarcoma. For these studies, the results for NHL were used.

In most studies, relative risks were given for several different metrics of benzene exposure including cumulative exposure, average exposure intensity, peak exposure, exposure duration, and time since first exposure. When this occurred we chose a single relative risk selected in the following order: average exposure intensity, cumulative exposure, and exposure duration. Table 1 shows the selection criteria used for this meta-analysis. Several studies also reported relative risks for different levels of exposure (ie, high, medium, low). Simple cause and effect associations are best initially evaluated in groups with high exposure since relative risks are likely to be further away from 1.0 when exposures are high than when they are low. Higher relative risks are less likely to be subject to type II bias (ie, inadequate study power) since all else being equal, study power is greater when relative risks are higher. Higher relative risks are also less likely to be due to confounding or some other undetected bias.[7] For these reasons, and because our focus was on evaluating causal inference rather than exact dose–response relationships, we selected the relative risk for the highest exposure category from each study.

The highest categories of exposure were defined differently from study to study. For example, in Hayes et al the highest exposure category included only those workers with estimated average exposures greater than 25 ppm,[1] while in Rinsky et al the highest exposure group was defined as those with exposures greater than 1 ppm-day.[8] If a true association exists, combining relative risks from studies of highly exposed workers with those of studies including lesser exposed workers can drive summary relative risk estimates towards 1.0. As such, we performed a separate subgroup analysis that only included studies providing relative risks for workers that were most likely to be highly exposed. A single definition of high exposure could not be identified since studies used different exposure metrics. Because of this, we performed one analysis (labelled "high exposure") in which we excluded all studies comparing a non-exposed group to a group with "any benzene exposure" and excluding the study by Rinsky et al (2002) which had a very low cut-off point for defining exposed workers (1 ppm-day). In an additional subgroup analysis (labelled "high exposure, no self reported data") we included only those "high exposure" studies where some industrial hygiene measurement data were used to assess

exposure. In this analysis, we excluded studies where benzene exposure was based solely on workers' self-reports.

In some instances, the highest exposure category for the selected exposure metric had no cases. In these instances, the next highest exposure category or highest exposure category for the next most relevant exposure metric was selected. This was done to remove studies with low study power. This criterion only involved two studies and had only small impacts on our results.[9 10] For example, removing these two studies or using the relative risks of zero for their selected exposure category changed the benzene–NHL summary relative risk estimate from 1.22 to 1.21 and 1.19, respectively.

We selected studies that reported either incidence rate ratios, odds ratios, or standardised mortality ratios (SMRs). Incidence rate ratios and odds ratios adjusted for age and gender were used. Several case-control studies and a few cohort studies also reported relative risks adjusted for other variables such as education, family history of cancer, ethnicity, income and smoking. Adjusted relative risks were used when available. In our meta-analysis of benzene and NHL, many studies reported data on NHL incidence and a few studies reported data on both incidence and mortality. Incidence relative risks were selected over mortality relative risks if both were reported. In the meta-analysis of refinery work and NHL, the Gun et al study was the only study that reported relative risks for both NHL incidence and mortality.[11] Few refinery studies reported data on NHL incidence. Because of this, we used the Gun et al results for mortality in the refinery–NHL meta-analysis.

Some studies reported results for different latency periods (the time from first exposure to cancer diagnosis). Increases in ANLL have been associated more strongly with more recent benzene exposures compared to more distant exposures but this does not appear to be the case for NHL.[1] Since many environmental agents can take decades to lead to detectable cancers, we chose the result for the longest latency period. These were generally about 10–20 years and never more than 40 years. For many specific benzene-exposed cohorts, publication of initial results was followed by one or more updates, usually extending the period of follow-up. In these instances the most recent publication giving the selected exposure metric was used in our analysis.

Occupational studies reporting SMRs can be biased by the healthy worker effect.[12] In order to objectively evaluate the impact of this bias, we performed separate analyses in which SMRs were adjusted for the healthy worker effect using the methods initially presented by Miettinen and Wang to analyse proportionate mortality studies as case-control studies.[13] This method involves computation of the mortality odds ratio for the cause of death of interest (NHL) and all other causes of death comparing the benzene-exposed group to the benzene-unexposed group. Justification and further details for this method are provided in Smith et al.[3] For those studies that did not provide sufficient data to do these calculations, the unadjusted relative risks were used.

Summary relative risk estimates were calculated using both the fixed effects inverse variance weighting method[14] and the random effects method.[15] Heterogeneity among studies was assessed using the general variance-based method as described by Petitti.[16] Some authors have suggested that because the random effects model incorporates between-study heterogeneity it is more conservative than the fixed effects model.[16] However, a potential problem with the random effects model is that, unlike the fixed effects model, study weighting is not directly proportional to study precision. As a consequence, the

**Table 1** Order of selection of relative risk estimates from the individual studies when more than one relative risk is given

| Benzene and NHL meta-analysis | Refinery work and NHL meta-analysis |
|---|---|
| 1. Exposure intensity | 1. Duration worked |
| 2. Cumulative exposure | 2. Years since first hire |
| 3. Duration of exposure | 3. Exposed job category |
| 4. Any benzene exposure | 4. Any refinery work |

NHL, non-Hodgkin's lymphoma.

Occup Environ Med: first published as 10.1136/oem.2007.036913 on 16 April 2008. Downloaded from http://oem.bmj.com/ on May 8, 2024 by guest. Protected by copyright.

Occup Environ Med: first published as 10.1136/oem.2007.036913 on 16 April 2008. Downloaded from http://oem.bmj.com/ on May 8, 2024 by guest. Protected by copyright.

random effects model gives relatively greater weight to smaller, less precise studies compared to larger, more precise studies than the fixed effects model. As shown by Poole and Greenland, this can actually lead to summary results that are less conservative than those produced using the fixed effects model.[17] To avoid the problems introduced by the random effects model, we used the method first presented by Shore et al[18] and used in several subsequent meta-analyses.[19–22] In this method the summary relative risk estimate is calculated by directly weighting individual studies by their precision in the fixed effects model. Between-study heterogeneity is not used to calculate the relative risk estimate, but is incorporated into calculations of its variance (ie, its 95% confidence interval).

Publication bias was assessed using funnel plots and Begg's and Egger's tests.[23 24] The funnel plot is a graphical presentation of each study's effect size versus an estimate of its precision and can be asymmetrical if smaller studies with null or unexpected results are not published. In Egger's test, asymmetry in the funnel plot can be formally tested by performing a simple linear regression of the effect size divided by its standard error (SE) on the inverse of the SE.[24] In Begg's test, Kendall's rank order test is used to assess the correlation between the studies' effect sizes and their SEs.[23]

All p values for the meta-analysis results are one-sided since we had a clear one-directional a priori hypothesis: that benzene or refinery work was associated with an increased (not decreased) NHL risk.

Although the focus of our study was on benzene exposure, we performed a supplementary meta-analysis of refinery work since this industry has historically been associated with exposures to benzene. Our meta-analysis of refinery work and NHL was done using similar methods to those described above,

except in this analysis only cohort studies were used and studies of refinery workers were used regardless of whether or not they provided specific information on benzene exposure. In these studies, exposure was commonly classified as the number of years worked at the refinery. The relative risk from each study associated with the greatest number of years worked was selected for the meta-analysis. When data on this metric weren't provided, relative risks for metrics in the following order were selected: greatest number of years since hire, highly exposed job category (ie, hourly worker versus salary worker) and any refinery work (Table 1).

## RESULTS

### Studies of benzene exposure and NHL risk

Tables 2 and 3 provide details of the case-control and cohort studies used in the meta-analysis of benzene exposure and NHL risk, respectively. A list of studies not used and reasons why they were not used can be found at http://socrates.berkeley.edu/~asrg/links.html. In total, the meta-analysis of benzene exposure and NHL included 16 case-control and six cohort studies. The overall summary relative risk for all 22 studies combined was 1.22 (95% CI 1.02 to 1.47; p = 0.01) (Table 4). In an analysis by study design, the summary relative risks for cohort studies (RR = 1.21, 95% CI 0.83 to 1.77; p = 0.15) were similar to that for the case-control studies (RR = 1.23; 95% CI 0.99 to 1.52; p = 0.03). In the 13 studies that provided results specifically for highly exposed workers the summary relative risk was 1.49 (95% CI 1.12 to 1.97) (Figure 1). In the six of these studies that did not rely on self-reported exposure information for exposure assessment, the summary estimate was 2.12 (95% CI 1.11 to 4.02). When three of the four cohort studies in this analysis were adjusted for the healthy worker effect, the relative

**Table 2** Case-control studies of benzene exposure and non-Hodgkin's lymphoma (NHL)

| Author, year (Reference) | RR | CI_low | CI_up | Type | N | Location | Exposure | Exposure category | Self-report | Outcome | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernard et al 1984[38] | 0.49 | 0.21 | 2.00 | cc | unk | Yorkshire | Benzene use | All | Yes | NHL incidence | Cancer registry/hospital controls |
| Blair et al 1993[39] | 1.5 | 0.7 | 3.1 | cc | 12 | Iowa/Minnesota | Higher intensity | High | Yes | NHL incidence | Cancer registry/RDD & HCFA |
| Dryver et al 2004[40] | 1.95 | 0.90 | 4.21 | cc | 15 | Sweden | High exposure aromatic HCs | High | Yes | NHL incidence | Cancer registry/Sweden ID no. |
| Fabbro-Peray et al 2001[41] | 5.7 | 1.4 | 23.2 | cc | 8 | France | Cumulative >810 days exposed | High | Yes | NHL incidence | Hospitals/electoral lists |
| Franceschi et al 1989[42] | 1.14 | 0.57 | 2.28 | cc | 15 | Italy | Benzene and solvents | All | Yes | NHL incidence | Hospitals/hospital controls |
| Fritschi et al 2005[43] | 0.31 | 0.06 | 1.50 | cc | 2 | Australia | Substantial (>10% TLV >5 days × 5 yrs) | High | Yes | NHL incidence | Cancer registry/electoral lists |
| Gerin et al 1998[29] | 0.8 | 0.4 | 1.6 | cc | 9 | Montreal | Medium/high | High | Yes | NHL incidence | Hospitals/electoral lists |
| Glass et al 2003[44] | 1.48 | 0.30 | 7.16 | ncc | 2 | Australia | Cumulative exposure >16 ppm-yrs | High | No | NHL incidence | Nested in cohort |
| Kato et al 2005[45] | 1.52 | 0.41 | 5.70 | cc | 7 | New York | Occupational exposure | All | Yes | NHL incidence | Cancer registry/DMV & HCFA |
| Mao et al 2000[46] men | 1.2 | 0.8 | 1.9 | cc | 36 | Canada | Occupational exposure | All | Yes | NHL incidence | Cancer registry/insurance & RDD |
| Mao et al 2000[46] women | 0.6 | 0.2 | 1.8 | cc | 5 | Canada | Occupational exposure | All | Yes | NHL incidence | Cancer registry/insurance & RDD |
| Miligi et al 2006[30] | 1.6 | 1.0 | 2.4 | cc | 58 | Italy | Medium/high intensity | High | Yes | NHL incidence | Hospital & cancer registry/population sample |
| Persson & Fredrikson 1999[47] | 0.8 | 0.1 | 3.8 | cc | 3 | Sweden | Occupational 1 year, 5–45 years earlier | All | Yes | NHL incidence | Hospitals/population registers |
| Scherr et al 1992[48] | 1.2 | 0.5 | 2.6 | cc | unk | Boston | Benzene | All | Yes | NHL incidence | Hospitals/town residency lists |
| Schnatter et al 1996[49] | 0.93 | 0.08 | 7.19 | ncc | 2 | Canada | Intensity (mean ppm) = 0.20–0.49 ppm | High | No | NHL mortality | Nested in cohort (petroleum workers) |
| Seidler et al 2007[50] | 1.0 | 0.4 | 2.3 | cc | 11 | Germany | Cumulative >130 ppm-yr | High | Yes | NHL incidence | Hospitals and physicians/population registry |

cc, case-control; CI_low, lower 95% CI; CI_up, upper 95% CI; DMV, Department of Motor Vehicles; exposure, the exposure category selected for this meta-analysis; exposure category, described as "High" if results for a high exposure category were used; HC, hydrocarbon; HCFA, Health Core Financing Administration; LR, lymphosarcoma and reticulosarcoma; N, number of cases in the selected exposure category; ncc, nested case control; RDD, random digit dialling; self-report, "Yes" means exposure history based primarily on self-reported work history; source, the source of cases and controls in case-control studies; TLV, threshold limit value; unk, unknown.

**Figure 1** Forest plot of high exposure studies in the meta-analysis of benzene and NHL.



Occup Environ Med: first published as 10.1136/oem.2007.036913 on 16 April 2008. Downloaded from http://oem.bmj.com/ on May 8, 2024 by guest. Protected by copyright.

risk rose slightly to 2.26 (95% CI 1.29 to 3.97) (An internal comparison group was used in the cohort study by Hayes *et al* so the healthy worker effect adjustment was not done.[1])

The cohort investigated in Collins *et al*[25] made up one of the seven plants included in the Wong study.[26] However, the Wong study had a small number of cases (probably because the follow-up period was relatively short) and therefore received only a small fraction of the total weight in any analysis. Removing this study had little effect on our results.

**Studies of refinery work and NHL risk**

Table 5 shows details of the studies included in the meta-analysis of refinery work and NHL. Lists of studies and relative risks not used for this analysis can be found at http://socrates. berkeley.edu/~asrg/links.html. The summary relative risk for all 21 studies in this analysis was 1.21 (95% CI 1.00 to 1.46); p = 0.02). When adjusted for the healthy worker effect, this rose to 1.42 (95% CI 1.19 to 1.69; p<0.001). The Tsai *et al* study[27] had a much higher relative risk than any other study in this analysis. Removing this study from this analysis caused a slight decrease in the summary estimate (RR = 1.37; 95% CI 1.18 to 1.58). Removing the Sorahan *et al* study,[28] which had a much larger sample size and was weighted more heavily than any other study, also had little impact on this analysis (RR = 1.44; 95% CI 1.15 to 1.80). When the analysis of refinery studies with the healthy worker effect adjustment was confined to those 14 studies that assessed a higher exposure category, the summary relative risk increased to 1.51 (95% CI 1.07 to 2.14) (This analysis included all studies in Table 5 that were not marked "Total cohort" for the exposure category.) The summary relative risk calculated using the random effects model was lower than this (RR = 1.37; 95% CI 0.94 to 2.01) because of the greater weight given to the smaller, less precise studies by this model.

No evidence of publication bias was evident in the funnel plots, Begg's test, or Egger's test in either the benzene or refinery analyses. For example, in the benzene–NHL meta-analysis

involving the 13 high exposure studies (not adjusted for the healthy worker effect), Begg's test Kendall's score was -2 (p = 0.90), Egger's test p value for bias was 0.81, and the funnel plot showed no evidence of asymmetry (Figure 2).

**DISCUSSION**

The elevated summary relative risk estimate we identified in studies that specifically examined high benzene exposure provides new evidence that benzene causes NHL. The increase in summary relative risks when analyses were confined to results in highly exposed workers and reports not based primarily on self-reported exposure provides an example of how exposure misclassification and the inclusion of low or unexposed workers in "exposed" cohorts can bias or dilute relative risk estimates towards the null. This highlights the importance of evaluating and incorporating information on exposure level when reviewing epidemiological literature on the health effects of benzene.

We also found evidence that increased risks of NHL are associated with work in petroleum refineries. Refinery work can be associated with exposure to many different chemical agents so this analysis by itself does not provide direct evidence that any single agent is responsible for the observed increase. However, benzene exposures have traditionally been seen in this industry and no other chemical commonly found at high levels in refinery work has been conclusively linked with NHL. Thus, while these results do not directly implicate benzene as a cause of NHL, they do support the findings of our analyses that looked directly at benzene exposure.

Our findings differ from a previous meta-analysis of benzene exposure and NHL which did not find evidence of an association.[5] There were several reasons for this including our use of a few studies that were published only after the previous meta-analysis was published and our exclusion of studies where exposure was based solely on death certificate information. The primary reason however was our selection of relative risks for highly exposed groups instead of those for all exposure groups

**Review**

**Table 3** Cohort studies of benzene exposure and non-Hodgkin's lymphoma (NHL)

| Author, year (Reference) | RR | CI_low | CI_up | N | Location/industry | Exposure | Exposure category | Self-report | Outcome | All cause SMR | Adj RR | Adj CI_low | Adj CI_up |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bloemen et al 2004[9] | 2.15 | 0.44 | 6.28 | 3 | Michigan/Chemical | Any exposure >10 yrs, 15 yr lag | High | No | NHL SMR | 0.90 | 2.39 | 0.45 | 5.87 |
| Collins et al 2003[25] | 1.80 | 0.40 | 5.10 | 3 | Illinois/Chemical | >40 days exposed >100 ppm | High | No | NHL SMR | 1.00 | 1.81 | 0.34 | 4.44 |
| Hayes et al 1997[1] | 4.70 | 1.20 | 18.10 | 7 | China/Multiple | Average exposure ≥25 ppm | High | No | NHL incidence | na* | na | na | na |
| Rinsky et al 2002[8] | 0.96 | 0.31 | 2.25 | 5 | Ohio/Rubber | ≥1 ppm-day | All | No | NHL SMR | 0.98 | 0.98 | 0.31 | 2.03 |
| Sorahan et al 2005[2] | 1.00 | 0.64 | 1.49 | 24 | UK/Multiple | Identified by companies as being exposed to benzene | All | Yes | NHL incidence | 1.07 | 0.93 | 0.60 | 1.34 |
| Wong 1987[28] | 1.51 | 0.02 | 8.40 | 1 | Multiple/Chemical | Continuous exposure, cumulative exposure >720 ppm-mo | High | No | LR SMR | 0.63 | 2.39 | 0.00 | 9.38 |

Adj, adjusted for the healthy worker effect; CI_low, lower 95% CI; CI_up, upper 95% CI; exposure, the exposure category selected for this meta-analysis; exposure category, described as "High" if results for a high exposure category were used in the meta-analysis; LR, lymphosarcoma and reticulosarcoma; N, number of cases in the selected exposure category; SMR, standardised mortality ratio; Self-report, "Yes" means exposure history based primarily on self-reported work history.
*Internal comparison group used in Hayes et al 1997 so the healthy worker effect adjustment was not done.

combined. In general, this resulted in us using higher relative risks for several studies than were used in the previous meta-analysis. For example, for the Bloemen et al and Collins et al studies we used the relative risks of 2.15 for >10 years of exposure group and 1.80 for >40 days of exposure to >100 ppm group, respectively. In the previous meta-analysis, relative risks for all exposed groups combined were used for both of these studies and these were markedly lower than the ones we used (1.06 and 0.89, respectively).

Our analysis of refinery studies provided some interesting results with regards to the healthy worker effect. In the analysis of all refinery studies combined, the relative risk rose from 1.21 (95% CI 1.00 to 1.46; p = 0.02) to 1.42 (95% CI 1.19 to 1.69; p<0.001) after adjustment for this bias. These results provide a good example of the potential importance of evaluating and adjusting for the healthy worker effect in occupational mortality studies.

Despite our analyses of the healthy worker effect and the dilution of exposed cohorts with lesser exposed workers, several other important biases could have affected our results. For example, our results may not represent an effect of benzene but could be due to some chemical or other exposure that is highly correlated with benzene exposure. Several studies have reported a high correlation between benzene exposure and certain other chemicals such as toluene and xylene.[29][30] However, several biological observations suggest that benzene is responsible for the elevated relative risks we found. First, benzene has been shown to have the ability to produce chromosomal and genetic changes important to NHL induction. Second, benzene is a known human carcinogen and a known bone marrow toxin.[4] None of the other agents closely correlated with high benzene exposure have shown similar effects. Third, benzene has been linked to lymphomas in several animal studies including the 1986 National Toxicology Program carcinogenicity bioassay of benzene.[31–34]

**Table 4** Summary results of the meta-analysis of benzene exposure and non-Hodgkins lymphoma (NHL) and meta-analysis of refinery work and NHL

| | Fixed effects | | | | Shore CI | | | Random effects | | | Heterogeneity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | RR | CI_low | CI_up | RR | CI_low | CI_up | RR | CI_low | CI_up | $\chi^2$ | p | I² (%) |
| **Benzene and NHL** | | | | | | | | | | | | | |
| All studies | 22 | 1.22 | 1.03 | 1.46 | 1.22 | 1.02 | 1.47 | 1.23 | 1.02 | 1.48 | 22.8 | 0.36 | 8 |
| Case-control studies | 16 | 1.23 | 1.00 | 1.50 | 1.23 | 0.99 | 1.52 | 1.21 | 0.97 | 1.51 | 16.8 | 0.33 | 12 |
| Cohort studies | 6 | 1.21 | 0.86 | 1.71 | 1.21 | 0.83 | 1.77 | 1.34 | 0.86 | 2.09 | 5.9 | 0.31 | 16 |
| High exposure studies | | | | | | | | | | | | | |
| All | 13 | 1.49 | 1.15 | 1.92 | 1.49 | 1.12 | 1.97 | 1.49 | 1.09 | 2.04 | 14.9 | 0.25 | 20 |
| No self-reported data | 6 | 2.12 | 1.11 | 4.02 | na* | na | na | na | na | na | 2.1 | 0.83 | 0 |
| Healthy worker effect adjusted | | | | | | | | | | | | | |
| Cohort studies | 6 | 1.22 | 0.89 | 1.67 | 1.22 | 0.80 | 1.85 | 1.54 | 0.92 | 2.59 | 8.6 | 0.13 | 42 |
| All studies (cohort and case control) | 22 | 1.22 | 1.03 | 1.45 | 1.22 | 1.02 | 1.48 | 1.24 | 1.01 | 1.51 | 25.4 | 0.23 | 17 |
| All high exposure studies | 13 | 1.53 | 1.19 | 1.96 | 1.53 | 1.15 | 2.03 | 1.55 | 1.14 | 2.12 | 15.8 | 0.20 | 24 |
| High exposure, no self-reported data | 6 | 2.26 | 1.29 | 3.97 | na* | na | na | na | na | na | 2.1 | 0.83 | 0 |
| **Refinery work and NHL** | | | | | | | | | | | | | |
| All studies (cohort only) | 21 | 1.21 | 1.06 | 1.38 | 1.21 | 1.00 | 1.46 | 1.21 | 0.97 | 1.53 | 40.0 | <0.01 | 50 |
| High exposure studies† | 14 | 1.30 | 1.04 | 1.62 | 1.30 | 0.90 | 1.83 | 1.18 | 0.79 | 1.77 | 35.3 | <0.01 | 63 |
| Healthy worker effect adjusted | | | | | | | | | | | | | |
| All studies | 21 | 1.42 | 1.25 | 1.62 | 1.42 | 1.19 | 1.69 | 1.44 | 1.16 | 1.78 | 37.6 | 0.01 | 47 |
| All high exposure studies† | 14 | 1.51 | 1.22 | 1.88 | 1.51 | 1.07 | 2.14 | 1.37 | 0.94 | 2.01 | 33.1 | 0.01 | 47 |

Abbreviations: CI_low, lower 95% CI; CI_up, upper 95% CI; p, p value for the heterogeneity statistic; RR, summary relative risk estimate; $\chi^2$, chi-square heterogeneity statistic.
*If heterogeneity is not present ($\chi^2 <$ the degrees of freedom) then the Shore or random effects models are the same as the fixed effects model. The degrees of freedom is the number of studies minus one.
†Includes all studies in Table 5 with exposure category not marked "Total cohort".

Occup Environ Med: first published as 10.1136/oem.2007.036913 on 16 April 2008. Downloaded from http://oem.bmj.com/ on May 8, 2024 by guest. Protected by copyright.

**Review**

Occup Environ Med: first published as 10.1136/oem.2007.036913 on 16 April 2008. Downloaded from http://oem.bmj.com/ on May 8, 2024 by guest. Protected by copyright.

**Table 5**  Cohort studies of refinery work and non-Hodgkin's lymphoma (NHL)

| Author, year (Reference) | RR | CI$_{low}$ | CI$_{up}$ | N | Location | Exposure | Outcome | All cause SMR | Adj RR | Adj CI$_{low}$ | Adj CI$_{up}$ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Collingwood et al 1996[51] | 0.71 | 0.09 | 2.57 | 2 | Paulsboro, New Jersey | Employed 30+ years | LR SMR | 0.93 | 0.76 | 0.07 | 2.19 |
| Consonni et al 1999[52] | 2.12 | 0.68 | 4.95 | 5 | Northern Italy | Total cohort | NHL SMR | 0.87 | 2.46 | 0.78 | 5.08 |
| Dagg et al 1992[53] | 0.55 | 0.01 | 3.05 | 1 | Chevron, El Segundo | Employed 30+ years | LR SMR | 0.73 | 0.75 | 0.00 | 2.94 |
| Dagg et al 1992[53] | 2.26 | 0.97 | 4.45 | 8 | Chevron, Richmond | Employed 30+ years | LR SMR | 0.86 | 2.71 | 1.16 | 4.90 |
| Divine et al 1999[54] | 0.3 | 0.1 | 0.7 | 5 | Texaco Mortality Study | Employed 30+ years | LR SMR | 0.79 | 0.38 | 0.12 | 0.78 |
| Gun et al 2006[11] | 0.99 | 0.62 | 1.50 | 22 | Health Watch | Total cohort (men) | NHL SMR | 0.72 | 1.38 | 0.87 | 2.02 |
| Honda et al 1995[55] | 0.96 | 0.51 | 1.64 | 13 | Illinois refinery | Hourly | LR SMR | 0.82 | 1.17 | 0.62 | 1.89 |
| Huebner et al 2004[56] | 1.46 | 0.86 | 2.3 | 18 | Exxon Mobile, Baton Rouge | Employed 30+ years | NHL SMR | 0.79 | 1.86 | 1.10 | 2.82 |
| Huebner et al 2004[56] | 0.66 | 0.27 | 1.36 | 7 | Exxon Mobile, Baytown | Employed 30+ years | NHL SMR | 0.79 | 0.83 | 0.33 | 1.57 |
| Kaplan 1986[57] | 0.9 | 0.51 | 1.46 | 16 | US refinery workers, TCA, API | Total cohort | LR SMR | 0.78 | 1.15 | 0.66 | 1.79 |
| Lewis et al 2000[58] | 1.09 | 0.68 | 1.65 | 22 | Canada, Exxon Mobile | Total cohort (men) | NHL SMR | 0.92 | 1.19 | 0.74 | 1.73 |
| Pukkala 1998[59] | 2.01 | 1.00 | 3.59 | 11 | Finland | Blue collar workers | NHL incidence | na* | na | na | na |
| Satin et al 1996[60] | 0.27 | 0.03 | 0.97 | 2 | Gulf/Chevron, Pt Arthur | Employed 30+ years | LR SMR | 0.88 | 0.31 | 0.03 | 0.87 |
| Sorahan et al 2002[28] | 1.22 | 0.97 | 1.51 | 84 | 8 British oil refineries | Total cohort (men) | LR SMR | 0.88 | 1.39 | 1.11 | 1.70 |
| Thomas et al 1982[61] | 1.57 | 0.75 | 2.89 | 10 | OCAW | Retired | NHL PMR | na* | na | na | na |
| Tsai et al 1993[62] | 1.21 | 0.15 | 4.37 | 2 | Shell, Martinez | Total cohort | LR SMR | 0.89 | 1.36 | 0.13 | 3.90 |
| Tsai et al 1996[27] | 6.75 | 2.48 | 14.69 | 6 | Shell, Deer Park | Employed 30+ years | LR SMR | 1.04 | 6.91 | 2.49 | 13.55 |
| Tsai et al 2003[63] | 2.32 | 0.48 | 6.79 | 3 | Norro, LA | Total cohort | LR SMR | 0.74 | 3.15 | 0.59 | 7.71 |
| Waxweiler et al 1983[64] | 0.68 | 0.18 | 1.74 | 4 | Texas City | Hourly | LR SMR | 0.8 | 0.85 | 0.22 | 1.89 |
| Wong et al 2001a[65] | 1.16 | 0.24 | 3.40 | 3 | Mobil, Beaumont | Employed 30+ years | NHL SMR | 0.94 | 1.24 | 0.23 | 3.04 |
| Wong et al 2001b[66] | 1.14 | 0.24 | 3.35 | 3 | Mobil, Torrance | Hired 40+ years ago | NHL SMR | 0.91 | 1.25 | 0.24 | 3.07 |

Adj, adjusted for the healthy worker effect; CI$_{low}$, lower 95% CI; CI$_{up}$, upper 95% CI; exposure, the exposure category selected for this meta-analysis; LR, lymphosarcoma and reticulosarcoma; N, number of cases in the selected exposure category; PMR, proportionate mortality ratio; SMR, standardised mortality ratio; self-report, "Yes" means exposure history based primarily on self-reported work history.

Many other agents have been linked to NHL in some studies, but for several reasons are not likely to be important confounding variables in our analysis. Confounding variables must be associated with both exposure and disease. For many of the factors linked to NHL (eg, some pesticides, certain dietary and lifestyle variables), positive associations have not or have not been consistent from study to study and a true causal link may not exist.[35] Other factors (eg, family history of NHL, autoimmune disorders, viral infections) are probably too rare to substantially impact our analyses. Still other factors may be associated with NHL, but are not strongly associated with benzene exposure or refinery work and therefore would not act as important

confounders. As a whole, while we cannot completely exclude the possibility that some other agent is causing the effects we identified, most evidence suggests the major causative agent is benzene.

Other potential biases could result from the inclusion of case-control studies in our analysis of benzene and NHL. Factors such as recall bias or bias in the selection of controls can affect case-control studies. However, in our analyses based on study design, the summary relative risks were similar when we assessed case-control and cohort studies separately. If substantial bias affected case-control studies more than cohort studies we would expect these estimates to be markedly different from each other. Also, in our analysis of high exposure studies excluding those based primarily on self-reported data (the analysis where we found our highest relative risks of 2.12 and 2.26), the two case-control studies in this analysis were nested in cohort studies. As such, many of the potential biases that can occur with un-nested studies would not likely have occurred in these studies.

Another issue that could impact the studies included in our meta-analysis is the varying definitions of NHL that were used from study to study. As explained above, we included studies of both NHL and studies of lymphosarcoma/reticulosarcoma. Various ICD or other coding classifications were used including the International Classification of Diseases (ICD), the Rappaport classification, the Revised European-American Lymphoma classification, and the National Cancer Institutes Working Formulation system. Most studies used ICD7–9 codes 200 and 202. The use of different classifications has added some complexity to the diagnosis of NHL. Wong and Raabe provide a thorough review of this issue.[6] Importantly, the inclusion of NHL subtypes unrelated to benzene would bias relative risk estimates towards the null, not towards the positive associations we identified. Other errors in diagnosing NHL may have



Begg's funnel plot with pseudo 95% confidence limits

**Figure 2**  Funnel plot of benzene and NHL high exposure studies (n = 13) (not adjusted for the healthy worker effect).

## Main messages

► Benzene may cause non-Hodgkin's lymphoma.
► Refinery work may be associated with an increased risk of non-Hodgkin's lymphoma.
► Biases from the healthy worker effect and exposure misclassification may have masked this effect in some studies.

## Policy implication

► Risk assessments for environmental and occupational standard setting for benzene should incorporate its possible effects on non-Hodgkin's lymphoma incidence.

also occurred; however, the diagnosis of cancer was done independently of benzene exposure. As such, any misclassification of disease would have likely been non-differential and therefore biased relative risk estimates towards the null, not towards the positive effects we identified. Similar effects would likely be seen with misclassification of benzene exposure or the use of exposure metrics that are not truly associated with NHL risk. In all studies benzene exposure was assessed independently of disease status; thus, bias from errors in misclassification would most likely be towards the null, not towards the positive associations we identified.

Another potential bias that can impact meta-analyses is publication bias, the tendency of journals or researchers to publish statistically significant effects.[36] In our analysis, no obvious asymmetry was identified in the funnel plots,[37] and no evidence of publication bias was seen in Egger's or Begg's tests. Further evidence that publication did not have a substantial impact on our analysis is the large number of results that were not statistically significant. Only four of the 43 studies (9%) we included in our analyses reported statistically significant positive effects (Tables 2, 3, 5). This small percentage suggests that for this particular topic, there was not a strong tendency to only publish statistically significant positive results. It should be noted that none of the methods we used to assess publication bias are completely reliable and publication bias may still be occurring despite their findings. However, as a whole, the results of these tests combined provide evidence that publication bias was not responsible for the positive associations we report.

Some heterogeneity was seen in some of the meta-analyses we performed, particularly in those of refinery studies. As discussed above, some of this may have been due to including very low exposed workers in exposed groups in some studies but not in others. Some of this may have also been due to the differences across studies in assessing exposure and classifying NHL discussed above. Other sources of heterogeneity include other differences in study methodology or differences across study populations.

In conclusion, the results of these analyses suggest that benzene causes NHL and failure to exclude unexposed workers from "exposed cohorts" and failure to incorporate information on the healthy worker effect could lead to important effects being missed. While our meta-analysis of refinery work does not directly implicate benzene as a cause of NHL, the benzene exposures that can occur in this industry, combined with the

lack of any other obvious or likely causative agent supports the hypothesis that benzene is the agent responsible for the effects we identified. Other human, animal, and laboratory data linking benzene to NHL and immunotoxicity provide further support and biological plausibility to our findings. Misclassification of both exposure and NHL could have biased the individual studies and our meta-analysis as a whole. However, these biases were most likely non-differential and thus not likely to cause the positive effects we identified. Publication bias may also impact meta-analyses such as this one, but the funnel plots and statistical tests we performed, and the very small number of statistically significant results used in these analyses, all combine to suggest that this bias was also not responsible for the positive associations reported here.

**Acknowledgements:** Northern California Center for Occupational and Environmental Health and NIH grants P42ES04705, R01ES06721, and R01CA104862 (MT Smith) and National Institute for Occupational Safety and Health Training Grant T42 OH008429 (RM Jones).
The views expressed are those of the authors and do not necessarily represent those of the Office of Environmental Health Hazard Assessment, the California Environmental Protection Agency, or the State of California.

**Funding:** MTS has received consulting and expert testimony fees from law firms representing both plaintiffs and defendants in cases involving exposure to benzene.

**Competing interests:** None declared.

## REFERENCES

1. **Hayes RB**, Yin SN, Dosemeci M, et al. Benzene and the dose-related incidence of hematologic neoplasms in China. Chinese Academy of Preventive Medicine--National Cancer Institute Benzene Study Group. J Natl Cancer Inst 1997;89:1065–71.
2. **Sorahan T**, Kinlen LJ, Doll R. Cancer risks in a historical UK cohort of benzene exposed workers. Occup Environ Med 2005;62:231–6.
3. **Smith MT**, Jones RM, Smith AH. Benzene exposure and risk of non-Hodgkin lymphoma. Cancer Epidemiol Biomarkers Prev 2007;16:385–91.
4. **International Agency for Research on Cancer**. IARC Monographs on the evaluation of carcinogenic risks to humans. Occupational exposures in petroleum refining: crude oil and major petroleum fuels. Lyon, France: World Health Organization, 1989.
5. **Lamm SH**, Engle A, Byrd DM. Non-Hodgkin's lymphoma and benzene exposure: A systematic literature review. Chem Biol Interact 2005;153–154:231–7.
6. **Wong O**, Raabe GK. Non-Hodgkin's lymphoma and exposure to benzene in a multinational cohort of more than 308,000 petroleum workers, 1937 to 1996. J Occup Environ Med 2000;42:554–68.
7. **Greenland S**. In: Rothman K, Greenland S, eds. Modern epidemiology, 2nd ed. Philadelphia: Lippincott Raven, 1998.
8. **Rinsky RA**, Hornung RW, Silver SR, et al. Benzene exposure and hematopoietic mortality: A long-term epidemiologic risk assessment. Am J Ind Med 2002;42:474–80.
9. **Bloemen LJ**, Youk A, Bradley TD, et al. Lymphohaematopoietic cancer risk among chemical workers exposed to benzene. Occup Environ Med 2004;61:270–4.
10. **Schnatter AR**, Theriault G, Katz AM, et al. A retrospective mortality study within operating segments of a petroleum company. Am J Ind Med 1992;22:209–29.
11. **Gun RT**, Pratt N, Ryan P, et al. Update of mortality and cancer incidence in the Australian petroleum industry cohort. Occup Environ Med 2006;63:476–81.
12. **Rothman K**. Epidemiology. An introduction. New York: Oxford University Press, 2002.
13. **Miettinen OS**, Wang JD. An alternative to the proportionate mortality ratio. Am J Epidemiol 1981;114:144–8.
14. **Greenland S**. Meta-analysis. In: Rothman K, Greenland S, eds. Modern epidemiology, 2nd ed. Philadelphia: Lippincott Raven, 1998:643–73.
15. **DerSimonian R**, Laird N. Meta-analysis in clinical trials. Control Clin Trials 1986;7:177–88.
16. **Petitti D**. Meta-analysis, decision analysis, and cost effectiveness analysis. New York: Oxford University Press, 1994.
17. **Poole C**, Greenland S. Random effects meta-analyses are not always conservative. Am J Epidemiol 1999;150:469–75.
18. **Shore RE**, Gardner MJ, Pannett B. Ethylene oxide: an assessment of the epidemiological evidence on carcinogenicity. Br J Ind Med 1993;50:971–97.
19. **Bhatia R**, Lopipero P, Smith AH. Diesel exhaust exposure and lung cancer. Epidemiology 1998;9:84–91.
20. **Setia MS**, Steinmaus C, Ho CS, et al. The role of BCG in prevention of leprosy: a meta-analysis. Lancet Infect Dis 2006;6:162–70.
21. **Steinmaus CM**, Nunez S, Smith AH. Diet and bladder cancer: a meta-analysis of six dietary variables. Am J Epidemiol 2000;151:693–702.
22. **Zhuo H**, Smith AH, Steinmaus C. Selenium and lung cancer: a quantitative analysis of heterogeneity in the current epidemiological literature. Cancer Epidemiol Biomarkers Prev 2004;13:771–8.

Occup Environ Med: first published as 10.1136/oem.2007.036913 on 16 April 2008. Downloaded from http://oem.bmj.com/ on May 8, 2024 by guest. Protected by copyright.

23. **Begg CB,** Mazumdar M. Operating characteristics of a rank correlation test for publication bias. *Biometrics* 1994;**50**:1088–101.

24. **Egger M,** Davey Smith G, Schneider M, *et al*. Bias in meta-analysis detected by a simple, graphical test. *BMJ* 1997;**315**:629–34.

25. **Collins JJ,** Ireland B, Buckley CF, *et al*. Lymphohaematopoietic cancer mortality among workers with benzene exposure. *Occup Environ Med* 2003;**60**: 676–9.

26. **Wong O.** An industry wide mortality study of chemical workers occupationally exposed to benzene. II. Dose response analyses. *Br J Ind Med* 1987;**44**:382–95.

27. **Tsai SP,** Gilstrap EL, Cowles SR, *et al*. Long-term follow-up mortality study of petroleum refinery and chemical plant employees. *Am J Ind Med* 1996;**29**:75–87.

28. **Sorahan T,** Nichols L, Harrington JM. Mortality of United Kingdom oil refinery and petroleum distribution workers, 1951–1998. *Occup Med (Lond)* 2002;**52**:333–9.

29. **Gerin M,** Siemiatycki J, Desy M, *et al*. Associations between several sites of cancer and occupational exposure to benzene, toluene, xylene, and styrene: Results of a case-control study in Montreal. *Am J Ind Med* 1998;**34**:144–56.

30. **Miligi L,** Costantini AS, Benvenuti A, *et al*. Occupational exposure to solvents and the risk of lymphomas. *Epidemiology* 2006;**17**:552–61.

31. **Cronkite EP,** Bullis J, Inoue T, *et al*. Benzene inhalation produces leukemia in mice. *Toxicol Appl Pharmacol* 1984;**75**:358–61.

32. **Maltoni C,** Ciliberti A, Cotti G, *et al*. Benzene, an experimental multipotential carcinogen: results of the long-term bioassays performed at the Bologna Institute of Oncology. *Environ Health Perspect* 1989;**82**:109–24.

33. **National Toxicology Program**. Toxicology and Carcinogenesis Studies of Benzene (CAS No. 71-43-2) in F344/N Rats and B6C3F1 Mice (Gavage Studies). U.S. Department of Health and Human Services, Public Health Service, National Institutes of Health, Research Triangle Park, NC. NIH Pub. No. 86-2545. 1986.

34. **Snyder CA,** Goldstein BD, Sellakumar AR, *et al*. The inhalation toxicology of benzene: Incidence of hematopoietic neoplasms and hematotoxicity in AKR/J and C57BL/6J mice. *Toxicol Appl Pharmacol* 1980;**54**:323–31.

35. **Alexander DD,** Mink PJ, Adami HO, *et al*. The non-Hodgkin lymphomas: a review of the epidemiological literature. *Int J Cancer* 2007;**120**(Suppl. 12):1–39.

36. **Sterne JA,** Gavaghan D, Egger M. Publication and related bias in meta-analysis: power of statistical tests and prevalence in the literature. *J Clin Epidemiol* 2000;**53**:1119–29.

37. **Light R,** Pillemar D. *Summing up: the science of reviewing research*. Cambridge, MA: Harvard University Press, 1984.

38. **Bernard SM,** Cartwright RA, Bird CC, *et al*. Aetiologic factors in lymphoid malignancies: a case-control epidemiological study. *Leuk Res* 1984;**8**:681–9.

39. **Blair A,** Linos A, Stewart PA, *et al*. Evaluation of risks for non-Hodgkin's lymphoma by occupation and industry exposures from a case-control study. *Am J Ind Med* 1993;**23**:301–12.

40. **Dryver E,** Brandt L, Kauppinen T, *et al*. Occupational exposures and non-Hodgkin's lymphoma in southern Sweden. *Int J Occup Environ Health* 2004;**10**:13–21.

41. **Fabbro-Peray P,** Daures JP, Rossi JF. Environmental risk factors for non-Hodgkin's lymphoma: a population-based case-control study in Languedoc-Roussillon, France. *Cancer Causes Control* 2001;**12**:201–12.

42. **Franceschi S,** Serraino D, Bidoli E, *et al*. The epidemiology of non-Hodgkin's lymphoma in the north-east of Italy: a hospital-based case-control study. *Leuk Res* 1989;**13**:465–72.

43. **Fritschi L,** Benke G, Hughes AM, *et al*. Risk of non-Hodgkin's lymphoma associated with occupational exposure to solvents, metals, organic dusts and PCBs (Australia). *Cancer Causes Control* 2005;**16**:599–607.

44. **Glass DC,** Gray CN, Jolley DJ, *et al*. Leukemia risk associated with low-level benzene exposure. *Epidemiology* 2003;**14**:569–77.

45. **Kato I,** Koenig KL, Watanabe-Meserve H, *et al*. Personal and occupational exposure to organic solvents and risk of non-Hodgkin's lymphoma (NHL) in women (United States). *Cancer Causes Control* 2005;**16**:1215–24.

46. **Mao Y,** Hu J, Ugnat AM, *et al*. Non-Hodgkin's lymphoma and occupational exposure to chemicals in Canada. Canadian Cancer Registries Epidemiology Research Group. *Ann Oncol* 2000;**11**(Suppl. 1):69–73.

47. **Persson B,** Fredrikson M. Some risk factors for non-Hodgkin's lymphoma. *Int J Occup Med Environ Health* 1999;**12**:135–42.

48. **Scherr PA,** Hutchison GB, Neiman RS. Non-Hodgkin's lymphoma and occupational exposure. *Cancer Res* 1992;**52**(19 Suppl.):5503s–9s.

49. **Schnatter AR,** Armstrong TW, Nicolich MJ, *et al*. Lymphohaematopoietic malignancies and quantitative estimates of exposure to benzene in Canadian petroleum distribution workers. *Occup Environ Med* 1996;**53**:773–81.

50. **Seidler A,** Mohner M, Berger J, *et al*. Solvent exposure and malignant lymphoma: a population-based case-control study in Germany. *J Occup Med Toxicol* 2007;**2**:2.

51. **Collingwood KW,** Raabe GK, Wong O. An updated cohort mortality study of workers at a northeastern United States petroleum refinery. *Int Arch Occup Environ Health* 1996;**68**:277–88.

52. **Consonni D,** Pesatori AC, Tironi A, *et al*. Mortality study in an Italian oil refinery: extension of the follow-up. *Am J Ind Med* 1999;**35**:287–94.

53. **Dagg TG,** Satin KP, Bailey WJ, *et al*. An updated cause specific mortality study of petroleum refinery workers. *Br J Ind Med* 1992;**49**:203–12.

54. **Divine BJ,** Hartman CM, Wendt JK. Update of the Texaco mortality study 1947–93: Part I. Analysis of overall patterns of mortality among refining, research, and petrochemical workers. *Occup Environ Med* 1999;**56**:167–73.

55. **Honda Y,** Delzell E, Cole P. An updated study of mortality among workers at a petroleum manufacturing plant. *J Occup Environ Med* 1995;**37**:194–200.

56. **Huebner WW,** Wojcik NC, Rosamilia K, *et al*. Mortality updates (1970–1997) of two refinery/petrochemical plant cohorts at Baton Rouge, Louisiana, and Baytown, Texas. *J Occup Environ Med* 2004;**46**:1229–45.

57. **Kaplan SD.** Update of a mortality study of workers in petroleum refineries. *J Occup Med* 1986;**28**:514–16.

58. **Lewis RJ,** Schnatter AR, Katz AM, *et al*. Updated mortality among diverse operating segments of a petroleum company. *Occup Environ Med* 2000;**57**:595–604.

59. **Pukkala E.** Cancer incidence among Finnish oil refinery workers, 1971–1994. *J Occup Environ Med* 1998;**40**:675–9.

60. **Satin KP,** Wong O, Yuan LA, *et al*. A 50-year mortality follow-up of a large cohort of oil refinery workers in Texas. *J Occup Environ Med* 1996;**38**:492–506.

61. **Thomas TL,** Waxweiler RJ, Moure-Eraso R, *et al*. Mortality patterns among workers in three Texas oil refineries. *J Occup Med* 1982;**24**:135–41.

62. **Tsai SP,** Gilstrap EL, Cowles SR, *et al*. A cohort mortality study of two California refinery and petrochemical plants. *J Occup Med* 1993;**35**:415–21.

63. **Tsai SP,** Wendt JK, Cardarelli KM, *et al*. A mortality and morbidity study of refinery and petrochemical employees in Louisiana. *Occup Environ Med* 2003;**60**:627–33.

64. **Waxweiler RJ,** Alexander V, Leffingwell SS, *et al*. Mortality from brain tumor and other causes in a cohort of petrochemical workers. *J Natl Cancer Inst* 1983;**70**:75–81.

65. **Wong O,** Harris F, Rosamilia K, *et al*. An updated mortality study of workers at a petroleum refinery in Beaumont, Texas, 1945 to 1996. *J Occup Environ Med* 2001a;**43**:384–401.

66. **Wong O,** Harris F, Rosamilia K, *et al*. Updated mortality study of workers at a petroleum refinery in Torrance, California, 1959 to 1997. *J Occup Environ Med* 2001b;**43**:1089–102.

Occup Environ Med: first published as 10.1136/oem.2007.036913 on 16 April 2008. Downloaded from http://oem.bmj.com/ on May 8, 2024 by guest. Protected by copyright.