# EXHIBIT B

**From:** VC CRD <VCCRD@cand.uscourts.gov>
**Sent:** Wednesday, April 24, 2024 9:42:59 AM
**To:** jrutkoski@kassellaw.com <jrutkoski@kassellaw.com>; jkassel@kassellaw.com <jkassel@kassellaw.com>; tmcvey@kassellaw.com <tmcvey@kassellaw.com>; Erin Wood <ewood@ntrial.com>; John Raggio <jraggio@ntrial.com>; jed.white@bclplaw.com <jed.white@bclplaw.com>; rwray@gwblawfirm.com <rwray@gwblawfirm.com>; heather.fields@nelsonmullins.com <heather.fields@nelsonmullins.com>; john.ackley@nelsonmullins.com <john.ackley@nelsonmullins.com>; linda.hsu@bclplaw.com <linda.hsu@bclplaw.com>; Calhoun, Martin <MCalhoun@Hollingsworthllp.com>; rwray@gwblawfirm.com <rwray@gwblawfirm.com>; ldevoto@rossettidevoto.com <ldevoto@rossettidevoto.com>
**Subject:** 3:20-cv-01915-VC & 3:20-cv-03719-VC

This message originated from outside your organization

Hello,

Please see below message from Judge Chhabria:

"Counsel, I apologize, but I have the flu and so today's Daubert hearings will need to be over zoom rather than in the courtroom. In addition, I wanted to provide some guidance for how the hearings will go. For Braunstein, I expect the hearing to be very short. Direct examination should be limited to two issues: his handling of jet fuel and obesity. Cross examination should focus on those issues as well, but if Monsanto wishes to raise anything else briefly, it may do so. For Zhang, there is no need for any direct examination. I read the paper when it was published just before the Hardeman trial, and I've read it again now, along with the EPA memo. I will begin with a few questions for Zhang, and then we will go straight to cross examination."

I will need two things from counsel:

1. Electronic copies of exhibits emailed to me
2. One email of a list of attorneys who will be appearing for the hearing

Thank you and apologies for any inconvenience,

**Bhavna Sharma**
Courtroom Deputy To The
Honorable Vince Chhabria
United States District Court
Northern District of California