## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL No.  2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Glenn and Darcie Kanaga  vs. Monsanto Co.*<br><br>Case No.: 3:23-CV-05563 | | |

## MOTION FOR SUGGESTION OF REMAND TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

Pursuant to 28 U.S.C. § 1407 and Rule 10.1(b) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff, Glenn Kanaga, et al ("Kanaga"), by and through his undersigned counsel, hereby moves this Court for an order suggesting remand of this action to the transferor Court, the United States District Court for the Northern District of Ohio.

1.  Plaintiff, Glenn Kanaga, et al, commenced this lawsuit in the United States District of Ohio Court for the Northern District of Ohio on September 27th, 2023 *Kanaga, et al vs. Monsanto, et al, Northern District of Ohio*, 1: 23-CV-01882-JG.  The Complaint sought damages caused by exposure to Defendant, Monsanto Company's (Monsanto") glyphosate-based herbicides and referenced Plaintiffs medical diagnosis as Hodgkin's Lymphoma.

2.  On October 16th, 2023, Defendant filed their Notice of Potential Tag-Along Action in accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on

Multidistrict Litigation ("JPML") and 28 U.S.C. § 1407.

3. On October 27th, 2023, the JPML issued a Conditional Transfer Order 426 transferring this action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

4. The JPML concluded that the actions alleged in this matter involve questions of fact that are "common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria" (the "Roundup MDL"). *See also In re: Roundup Products Liab. Litig.,* 214 F. Supp. 3d 1346 (U.S. Jud. Pan. Mult. Lit. 2016).

5. In *In re: Roundup Products Liab. Litig.,* the Panel found that "actions [that] allege that Roundup, a widely used glyphosate-based herbicide manufactured by Monsanto Company can cause Non-Hodgkin's Lymphoma and that Monsanto failed to warn consumers and regulators about the alleged risks of Roundup," warranted the transfer to the Multidistrict Litigation forum, pursuant to 28 U.S.C. § 1407. [Emphasis added] *Id.* at 1347. Further, the JPML found that "all the actions entail an overarching query-whether glyphosate causes Non-Hodgkin's Lymphoma in persons exposed to it while using Roundup." *Id.*

6. On November 2, 2023, it came to the attention of undersigned counsel that a letter from Kenneth Feinberg, the Independent Settlement Master appointed to the Roundup MDL, stated that his office had concluded that a Plaintiff's claim was **ineligible** for the Settlement program because that Plaintiff was diagnosed with "Hodgkin's Disease" instead of the eligible subtype of Non-Hodgkin's Lymphoma. A copy of this correspondence is attached hereto as **Exhibit A.** The differential diagnosis between Hodgkins and Non-Hodgkin's Lymphoma is technical in nature and may be accurately described as a spectrum. Kanaga's Lymphoma can be described as Hodgkins, rather than Non-Hodgkin's Lymphoma.

7. Kanaga does not intend to dismiss this case with or without prejudice. Consequently, this motion for suggestion of remand of this action to the United States District Court for the Northern District of Ohio is mandated, because it is clear that neither party benefits from his inclusion in the Roundup MDL.

8. The JPML places "great weight on the transferee judge's determination that remand of a particular action at a particular time was proper." *In re IBM Peripheral EDP Devices Antitrust Litig.,* 407 F. Supp. 254, 256 (U.S. Jud. Pan. Mult. Lit. 1976). This is "because the transferee judge…supervises the day-to-day pretrial proceedings." *In re Holiday Magic Sec. & Antitrust Litig.,* 433 F. Supp. 1125, 1126 (J.P.M.L. 1977). "In determining whether to issue a suggestion for remand to the MDL Panel, "district courts are "guided by the standards for remand employed by the MDL Panel." *In re Portfolio Recovery Assocs., LLC. Tel. Consumer Prot. Act. Litig.,* 2012 WL 1899798, at *1 (S.D. Cal. May 24, 2012). "[W]hether remand is appropriate is left to the court's discretion and generally turns on the question of <u>whether the case will benefit from further coordinated proceedings as part of the MDL.</u>" [Emphasis added} *Id.* (citations omitted).

9. The common question of fact in the Roundup MDL is 'whether glyphosate causes <u>Non-Hodgkin's lymphoma</u> in persons exposed to it while using Roundup." *In re: Roundup Products Liab. Litig.,* 214 F. Supp. 3d at 1347. In the matter at hand, Kanaga was diagnosed with Hodgkin's Lymphoma, which Defendants and the Independent Settlement Master claim is factually different from the common diagnosis found in the Roundup MDL of Non-Hodgkin's Lymphoma. As a result, this matter differs from the thousands of other cases in the Roundup MDL and does not benefit from the "just and efficient conduct" of the MDL forum. *See* 28 U.S.C. § 1407.

10. Given the difference between the technical diagnosis of Hodgkin's Lymphoma in the case at hand and the diagnosis of Non-Hodgkin's Lymphoma in the cases transferred to the MDL, remand is appropriate.

11. Finally, since this matter should not have been included in the Roundup MDL, Kanaga requests that this Court deny the entitlement of the common benefit hold back (Pretrial Order No. 236).

For the foregoing reasons, this Court should grant this motion requesting a suggestion of remand of this action to the United States District Court for the Northern District of Ohio and deny the entitlement of the common benefit hold back.

Respectfully submitted,

*/s/ William A. Carlin*
WILLIAM A. CARLIN (0009144)
29325 Chagrin Blvd., Suite 305
Pepper Pike, Ohio 44122
Tel: 216/831-4935; Fax: 216/831-9526
wcarlinesq@aol.com
&
William P. Smith (0084956)
William P. Smith Legal Services LLC
1863 Oakmount Road
South Euclid, Ohio 44121
Phone (216) 789-1978; Fax (216) 831-9526
Email: attorneywilliamSmith@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 19th, 2024, a copy of said Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ William A. Carlin*
WILLIAM A. CARLIN (0009144)