Andrea E. Watters, Esq.
andrea@watterslaw.com
D: (520) 605-2102
State Bar No.: 015583
Caitlin Day Watters, Esq.
caitlin@watterslaw.com
D: (520) 317-3954
State Bar No.: 034733
Charlotte Watters Toepke, Esq.
charlotte@watterslaw.com
State Bar No.: 038853
D: (520) 605-2106
WATTERS LAW, PLLC
4729 E. Sunrise Drive, #458
Tucson, Arizona 85718
T: (520) 323-5910
F: (520) 220-5595
www.watterslaw.com

*Attorney for Plaintiff Richard Straub*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Richard Straub v. Monsanto Co. et al.,<br>Case No. 3:22-cv-03829-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII (B)** |

COMES NOW, Plaintiff Richard Straub without opposition from Defendant Monsanto Company respectfully requests the Court move his case from Wave VII (F) to Wave VIII (B):

1.  Richard Straub case is part of Wave VII.

2. On May 20, 2023 Richard Straub passed away.

3. Plaintiff's family is in the process of obtaining probate to continue this case.

4. Counsel for the Richard Straub met and conferred with counsel for Monsanto. Plaintiff believes the best course of action would be to move this case to a later Wave and Monsanto does not oppose this request.

Therefore, Plaintiff Richard Straub, and the soon to be created Estate of, without opposition from Defendant Monsanto Company, respectfully request the Court move their case from Wave VII (F) to Wave VIII (B).

DATED: May 10, 2024                  Respectfully submitted,

/s/ *Andrea Elisabeth Watters*
Andrea Elisabeth Watters
Watters Law, PLLC
4729 E Sunrise Dr., Ste. 458
Tucson, AZ 85718
Tel: (520) 323-5910
Email: andrea@watterslaw.com

*Attorney for Plaintiff*

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

I certify that on February 17, 2023, I electronically transmitted the foregoing **UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII (B)** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/ *Andrea Elisabeth Watters*
Andrea Elisabeth Watters
Watters Law, PLLC

*Attorney for Plaintiff*