**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
*john@getgomez.com*
Joshua R. Harris (FL Bar No. 124124)
*josh@getgomez.com*
Cristina Murillo (Bar No. 345769)
*cristina@getgomez.com*
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| This Document Relates to: | Case No.: 3:16-md-02741-VC |
| *Sorrell et al v. Monsanto Company* Case No.: 3:22-cv-05287-VC | Honorable Vince Chhabria |
|  | **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** |

Pursuant to the Court's August 30, 2023, Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule and Fed. R. Civ. P. 26(a)(2), Plaintiff, Chad Sorrell ("Plaintiff"), in Wave 7F has served Plaintiffs' general causation and specific causation disclosures on counsel for Defendant Monsanto company. Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3, 4, 5, 6, 7, and 8 and reserves the right to call the author of any such report as an expert witness at trial.

///

///

///

PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE

Dated: May 10, 2024

Respectfully submitted,


By: _/s/ Joshua Harris_____
John H. Gomez, Esq.
Joshua R. Harris, Esq.
Cristina Murillo, Esq.
**GOMEZ TRIAL ATTORNEYS**
**Attorneys for Plaintiff**
john@getgomez.com
josh@getgomez.com
cristina@getgomez.com

PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on 10th day of May 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Joshua Harris*
Joshua Harris, Esq.

PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE