**Honorable Vince Chhabria**

Marshall Casey, WSBA #42552
Sweetser Law Office, PLLC
1020 N. Washington
Spokane, WA 99201
Tele: 509-328-0678
Fax: 509-326-2932
mcasey@sweetserlawoffice.com

AND

Chris Hogue, WSBA # 48041
Hogue Law Firm
905 W. Riverside Ave., Ste. 402
Spokane, WA 99201
509-934-1998
chris@spokaneadvocate.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUND UP PRODUCTS LIABILITY LITIGATION.<br><br>This document relates to:<br>*Jason Gannon v. Monsanto Company*<br>Case No. 3:19-CV-08064-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** |

Pursuant to the Court's Pre-trial Orders and Order 17234 granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule and the Fed. R. Civ. P. 26(a)(2), Plaintiff Jason Gannon ("Plaintiff"), who is in

Wave 7F, has served Plaintiff's general causation and specific causation disclosures on counsel for Defendant Monsanto Company. Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3, 4, 5, 6, 7, and 8 and reserves the right to call the author of any such report as an expert witness at trial.

DATED this 10th day of May 2024.

SWEETSER LAW OFFICE, PLLC

By: s/ Marshall Casey_____
MARSHALL CASEY, WSBA #42552
Attorneys for Plaintiff
mcasey@sweetserlawoffice.com

**PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE  - Page  2**

SWEETSER LAW OFFICE, PLLC
1020 N. Washington
Spokane, WA 99201
509-328-0678

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2024, I filed a true copy of the above document VIA CM/ECF Electronic Filing System in the United States District Court, Northern District of California under MDL Case No. 3:16-md-02741-VC and Case No. 3:19-CV-08064-VC and concurrently caused the above-entitled document to be sent to the recipients listed in the database for Case No. 3:16-md-02741-VC and Case No. 3:19-CV-08064-VC. This will constitute service of the above document.

*Kizzie B. Johnson*
Kizzie B. Johnson-Paralegal
Sweetser Law Office, PLLC