**CERTIFICATE OF SERVICE**

    I, Anthony M. Juliano, hereby certifies that on May 13, 2024, I electronically filed Motion to substitute party and amend plaintiff's complaint with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notifications to counsel of records including:

    Anthony R. Martinez, Esq.
    SHOOK, HARDY & BACON LLP
    255 Grand Blvd., Kansas City MO 64108

DATED:  May 13, 2024                                    Respectfully submitted,

                                                               *s/ Anthony M. Juliano*_____
                                                               Anthony M. Juliano, Esq.
                                                               (ajuliano@bracheichler.com)
                                                               BRACH EICHLER LLC
                                                               101 Eisenhower Parkway
                                                               Roseland, New Jersey 07068
                                                               Telephone:  (973) 228-5700
                                                               Facsimile:  (973) 618-5554
                                                               *Attorneys for Plaintiff*
                                                               *James Collins*