**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No.: 2741<br>**Master Case No. 3:16-md-02741-VC** |
| This document relates to<br>*James Collins v. Monsanto Company*<br>**Case No. 3:20-cv-01419-VC** | **[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT** |

The motion is granted. James M. Collins, Executor of the Estate of James Collins, shall be substituted as plaintiff for James Collins, and he may file the proposed amended complaint on the docket.

IT IS SO ORDERED.

Dated:_____                    _____
                                                                     HONORABLE VINCE CHHABRIA
                                                                     UNITED STATES DISTRICT JUDGE