# EXHIBIT 2

## STATE OF NEW JERSEY

# CERTIFICATE OF DEATH

**STATE FILE NUMBER**
20240019979

**DECEASED NAME**
*JAMES J COLLINS*

**DATE OF BIRTH**
*08/22/1941*

**SEX**
*MALE*

**DATE OF DEATH**
*03/31/2024*

**PLACE OF DEATH**
*NEW BRUNSWICK CITY*

**COUNTY OF DEATH**
*MIDDLESEX*

**RESIDENCE ADDRESS**
*607 STATE ROUTE 28*

**SOCIAL SECURITY NUMBER**
*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*

**MUNICIPALITY OF RESIDENCE**
*RARITAN BOROUGH*

**COUNTY OF RESIDENCE**
*SOMERSET*

**DOMESTIC STATUS**
*DIVORCED*

**MANNER OF DEATH:** *NATURAL*

**CAUSE OF DEATH:**
*ANEMIA*
*NON HODGKIN'S LYMPHOMA*

**DATE ISSUED:** *APRIL 5, 2024*

**DATE FILED WITH REGISTRAR:**   *04/05/2024*

**AMENDED DATE:**

**ISSUED BY:**
*Somerville Borough*

*Claudia C Bayait, Local Registrar*

This is to certify that the above is correctly copied from a record on file in my office.

Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

REG-42A
JUL 23





Tiffany Drennon
State Registrar
Office of Vital Statistics and Registry

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED