# EXHIBIT 3

# State of New Jersey

## Somerset County Surrogate's Court

In the Matter of the Estate of
James J. Collins, Deceased

EXECUTOR
CERTIFICATE
Docket No.: 24-00664

I, Bernice Martina Jalloh, Surrogate of the County of Somerset, in the State of New Jersey, Do Hereby Certify that on the **11th day of April, 2024**, the last Will and Testament of **James J. Collins**, late of the County of **Somerset**, was duly admitted to probate and Letters Testamentary thereon were issued to **James M. Collins**, therein named, who is(are) duly authorized to administer the estate of the decedent agreeably to said Will.

**I Further Certify** that said Letters Testamentary stand unrevoked and in full force and effect.

WITNESS my hand and seal of office, on
April 11th, 2024.

Hon. Bernice Martina Jalloh
Surrogate

Executor Certificate