UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Jason Laurianti v. Monsanto Company*<br><br>Case No.: 3:19-cv-02587-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned case (including all claims asserted by Plaintiff), with each party to bear their own attorneys' fees and costs.

Counsel for Plaintiff has read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for Plaintiff further certifies that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion.

DATED: May 13, 2024

Respectfully submitted,

*/s/ Fred Catfish Abbott*
Fred Catfish Abbott
Abbott Law Group, P.A.
2929 Plummer Cove Rd
Jacksonville, Florida 32223
904-292-1111
Fax: 904-292-1220
Email: fabbott@abbottlawpa.com

Roopal P. Luhana
CHAFFIN LUHANA LLP
600 3rd Avenue, 12th Floor
New York, New York 10016
(888) 480-1123 telephone
(888) 499-1123 facsimile
luhana@chaffinluhana.com

*Counsel for Plaintiff*
JASON LAURIANTI


*/s/ Anthony R. Martinez*
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant*
MONSANTO COMPANY

STIPULATION OF DISMISSAL WITH PREJUDICE
3:16-md-02741-VC & 3:19-cv-02587-VC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*