Aimee H. Wagstaff #70821
Tara K. King #69171
Emily T. Acosta #66686
**WAGSTAFF LAW FIRM**
940 North Lincoln Street
Denver, CO 80203
Tel: (303) 376-6360
Fax: (888) 875-2889
awagstaff@wagstafflawfirm.com
tking@wagstafflawfirm.com
eacosta@wagstafflawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| *Sally Vander Groef v. Monsanto Co., et al.* Case No.: 3:19-cv-07858-VC | **PLAINTFF'S MOTION TO MOVE CASE FROM WAVE 7D TO WAVE 7G (UNOPPOSED)** |

1    Plaintiff Vander Groef ("Plaintiff") without opposition from Defendant Monsanto
2 Company ("Monsanto"), respectfully requests the Court move this case from Wave 7D to Wave
3 7G. In support of this motion, Plaintiff respectfully states as follows:

4    1.   This case was originally assigned to Wave 6 and was later transferred by the Court
5 to Wave 7D. (Dkt #16488.)

6    2.   Mindful of the deadlines pertaining to Wave 7D cases, the parties have diligently
7 pursued discovery and are currently conducting expert discovery. Plaintiff and Monsanto timely
8 submitted expert reports by their respective deadlines. The current deadline to complete expert
9 discovery, including the deposition of each party's experts, is May 22, 2024.

10   3.   Plaintiff has only designated a single, case-specific expert, Dr. Weisenburger.
11 However, due to preexisting commitments to patients and patient care, Dr. Weisenburger has
12 limited availability to complete a deposition in May and, in fact, is already sitting for a
13 deposition in another Roundup case in the month of May.

14   4.   Because Dr. Weisenburger's next availability is not until after the expert discovery
15 deadline for Wave 7D (May 22, 2024), Plaintiff respectfully requests that the case be moved to
16 Wave 7G, which has an expert discovery deadline of August 7, 2024.

17   5.   Monsanto does not oppose Plaintiff's request to move the case to Wave 7G.

19 Dated: May 13, 2024                                  Respectfully submitted,

                                                       **/s/ Tara K. King**
                                                       Aimee H. Wagstaff #70821
                                                       Tara K. King #69171
                                                       Emily T. Acosta #66686
                                                       **WAGSTAFF LAW FIRM**
                                                       940 North Lincoln Street
                                                       Denver, CO 80203
                                                       Tel: (303) 376-6360
                                                       Fax: (888) 875-2889
                                                       awagstaff@wagstafflawfirm.com
                                                       tking@wagstafflawfirm.com
                                                       eacosta@wagstafflawfirm.com