IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |

**This Document relates to:**

*Ray Shedd, Jr. v. Monsanto Co.,*
Case No. 3:20-cv-03833-VC

## UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII (B)

COMES NOW, Plaintiff James Shedd, through the undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VII (G) to Wave VIII (B):

1. The case of James Shedd is part of Wave VII (G).

2. The deposition of the Plaintiff has been taken.

3. The Plaintiff has served a Plaintiff Fact Sheet, medical records, and authorizations to obtain medical records.

4. Despite their efforts, the parties have not been able to complete the discovery in this case.

5. The parties agree the best course of action is to move this case to Wave VIII (B) in order to complete the outstanding discovery.

6. This case has not previously moved Waves.

7. The undersigned attorney has conferred with counsel for Defendant Monsanto, Co.

8. Counsel for Defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agree to move this case to Wave VIII (B).

WHEREFORE, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VIII (B).

This the 13th day of May, 2024.

                                              RAY SHEDD, JR. – PLAINTIFF

                                      By: */s/ John F. Hawkins*
                                               John F. Hawkins

OF COUNSEL:

John F. Hawkins, Esquire (MSB# 9556)
HAWKINS LAW PC
308 East Pearl Street, Suite 102
Post Office Box 24627
Jackson, MS 39225-4627
Telephone: (601) 969-9692
Facsimile: (601) 914-3580
john@hgattorneys.com

## **CERTIFICATE OF SERVICE**

      I, John F. Hawkins, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to all counsel of record.

      This the 13th day of May, 2024.

                                                */s/ John F. Hawkins*
                                                John F. Hawkins, Esquire