**SIMON GREENSTONE PANATIER, PC**
Shreedhar R. Patel (CA SBN #347278)
Charles E. Soechting, Jr. (TX SBN #24044333)
901 Main Street, Suite 5900
Dallas, TX  75202
Tel: (214) 276-7680
Fax: (214) 276-7699
spatel@sgptrial.com
csoechting@sgptrial.com

**WARD BLACK LAW**
Janet Ward Black (SC SBN#12869)
208 West Wendover Avenue
Greensboro, NC  27401
Tel: (336) 333-2244
jwblack@wardblacklaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Tony Howell v. Monsanto Co.*, Case No.: 3:20-cv-07322-VC | **SUGGESTION OF DEATH AND MOTION TO SUBSTITUE PARTY** |

COMES NOW, Alice S. Ford, on behalf of the Estate of Tony Howell, files this Suggestion of Death and Motion to Substitute Party pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and respectfully submits as follows:

1. This is a personal injury action brought by Plaintiff Tony Howell ("Plaintiff"). Plaintiff alleged that he was diagnosed with non-Hodgkin's Lymphoma as a result of his exposure to Roundup, which is manufactured and designed by Defendant.

SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTY - 1

2. On September 24, 2020, Plaintiff filed his Original Complaint and Jury Demand in the United States District Court for the Western District of North Carolina. This case was transferred to MDL 2741 in the United States District Court for the Northern District of California by the United States Judicial Panel on Multidistrict Litigation pursuant to Conditional Transfer Order (CTO-238) on October 18, 2020.

3. Subsequently, Plaintiff's Counsel learned of Mr. Howell's passing. His Death Certificate is attached as Exhibit A.

4. Alice S. Ford is the surviving spouse of Plaintiff and has been appointed Executor of the Estate of Tony Howell as evidenced by the Letters Testamentary attached as Exhibit B.

5. Rule 25(a)(1) of the Federal Rules of Civil Procedure provides that "the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.". Here, Alice S. Ford was duly appointed as the Executor of Plaintiff's Estate and as his surviving spouse, has adequate knowledge and standing to proceed forward in his place. Thus, Alice S. Ford is a proper party to substitute in place of Plaintiff.

For all the foregoing reasons, Alice S. Ford respectfully requests this Honorable Court substitute Alice S. Ford, Executor of the Estate of Tony Howell, as Plaintiff in this case and for such other relief as to which he may be justly entitled.

Dated: May 16, 2024

Respectfully submitted,

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel (CA SBN #347278)
Charles E. Soechting, Jr. (TX SBN #24044333)
SIMON GREENSTONE PANATIER, PC
901 Main Street, Suite 5900

SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTY - 2

Dallas, TX  75202
Tel:  (214) 276-7680
Fax:  (214) 276-7699
spatel@sgptrial.com
csoechting@sgptrial.com

SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PARTY - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, and thereby sending notice to all parties and counsel of record.

                                                /s/ Shreedhar R. Patel
                                                Shreedhar R. Patel