# EXHIBIT A

# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD

### CATAWBA COUNTY REGISTER OF DEEDS

**BK:2022 PG:1049**

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

STATE FILE NO. _____

RCVD: 6/20/2022 3:53 PM

TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK

**DECEDENT'S LEGAL NAME**
- 1a. First: Tony
- 1b. Middle: Lee
- 1c. Last: Howell
- 1d. Suffix: —
- 1e. Last Name Prior to First Marriage: —

- 2. Sex: Male
- 3a. Age-Last Birthday (Yrs): 78
- 3b. Under 1 Year: —
- 3c. Under 1 Day: —
- 4. Date of Birth: MAR 06, 1944
- 5. Birthplace: Lamar, AL
- 6. Date of Death: June 18, 2022

- 7a. Place of Death: Hospice Facility
- 7b. Facility Name: Carolina Caring

- 7c. County of Death: Catawba
- 8. Marital Status: Currently Married
- 9. Surviving Spouse: Alice Stern

- 10a. Decedent's Usual Occupation: Real Estate Broker
- 10b. Kind of Business/Industry: Real Estate
- 11. Decedent's Social Security Number: 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

- 12a. Residence-State: North Carolina
- 12b. Residence-County: Catawba
- 12c. Residence-City or Town: Hickory
- 12d. Residence-Street and Number: 6805 Jacob Drive
- 12e. Inside City Limits: No
- 12f. Zip Code: 28602
- 12g. Was Decedent Ever in U.S. Armed Forces: Yes

- 14. Decedent's Education: Associate degree
- 15. Decedent of Hispanic Origin: Not Spanish/Hispanic/Latino
- 16. Decedent's Race: White

- 17. Father/Parent Name: Leburn Howell
- 18. Mother/Parent Name: Eulene Taylor

- 19a. Informant's Name: Alice Ford
- 19b. Relationship to Decedent: Spouse
- 19c. Mailing Address: 6805 Jacob Drive, Hickory, NC 28602

- 20a. Method of Disposition: Cremation
- 20b. Place of Disposition: Willis-Reynolds Crematory
- 20c. Location: Newton, North Carolina

- 21a. Signature of Funeral Director: Billie Howe (Signature Authenticated)
- 21b. License No.: FS2681
- 21c. Name of Embalmer: —
- 21d. License No.: —

- 22. Name and Address of Funeral Home: Catawba Memorial Park Funerals & Cremations, 3060 Hwy 70 SE, Hickory, NC 28602

**23. Part I.** Enter the chain of events (diseases, injuries or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology on lines b, c and/or d. Enter only one cause on a line. DO NOT ABBREVIATE.

- Immediate Cause (Final disease or condition resulting in death): a. myelodysplastic syndrome
- Approximate Interval: Onset to death for Immediate Cause: unknown
- b. Due to (or as a consequence of): —
- c. Due to (or as a consequence of): —
- d. Due to (or as a consequence of): —

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I: anemia in neoplastic disease, abnormal weight loss, personal history of COVID-19

- 24a. Was an Autopsy Performed?: No
- 24b. Were Autopsy Findings Available to Complete the Cause of Death?: —

- 25. Manner of Death: Natural
- 26. Was Case Referred to Medical Examiner?: No
- 27. Time of Death (Approximate): 1415
- 28. Did Tobacco Use Contribute to Death?: No
- 29. Pregnancy Status, if Applies: Not Applicable

**MEDICAL EXAMINER ONLY**
- 30. Date Pronounced: —
- 31a. Date of Injury: —
- 31b. Time of Injury: —
- 31c. Injury at Work?: —
- 31d. Place of Injury: —
- 31e. If Transportation Injury Specify: —
- 31f. Describe How Injury Occurred: —
- 31g. Location of Injury: —

**32. Certifier**
I certify that, to the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

- 33a. Signature and Title of Certifier: Laura Louise Walker, MD (Signature Authenticated)
- 33b. License No.: 2017-01999
- 33c. Date Signed: 06/20/2022
- 33d. Name and Address of Certifier: Laura Louise Walker, 3975 Robinson Road, Newton, NC 28658
- 34. Case ID Number: 8261243

- 35. Signature of Local Registrar: Leslie Campbell (Signature Authenticated)
- 36. Local Filed Date: 06/20/2022
- 37. Date Registered by State: 06/20/2022

DHHS 1673 (REVISED 03/04/2019) N.C. VITAL RECORDS

---

This is to certify that this is a true and correct reproduction of the official record filed in Catawba Co.
**WITNESS MY HAND AND OFFICIAL SEAL**
June 21, 2022

Book 2022   Page 1049

DONNA HICKS SPENCER, REGISTER OF DEEDS
BY: *Donna Hicks Spencer* REGISTER OF DEEDS

CATAWBA COUNTY 1842

CSG Vital Records Security Paper

THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE