UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | \| MDL No. 2741 <br> \| <br> \| Case No. 3:16-md-02741-VC <br> \| |
| This document relates to: | \| <br> \| **[PROPOSED] ORDER GRANTING** |
| *Tony Howell v. Monsanto Co.*, Case No.: 3:20-cv-07322-VC | \| **PLAINTIFF'S MOTION TO SUBSTITUTE** <br> \| **PARTY** |

Pursuant to Plaintiff's Suggestion of Death and Motion to Substitute Party, and for good cause shown, the Court hereby enters the following Order:

IT IS HEREBY ORDERED:

Alice S. Ford, Executor of the Estate of Tony Howell, is substituted in place of Plaintiff Tony Howell.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                            Honorable Vince G. Chhabria
                                                                            United States District Court Judge

[PROPOSED] ORDER ON MOTION TO SUBSTITUTE PARTY - 1