UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. ROBERTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. | Case No. 24-cv-02055-JSW <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the Court HEREBY REFERS this matter to Judge Vince Chhabria to determine whether this case is related to *In re Roundup Products Liability Litigation*, No. 16-md-02741-VC.

**IT IS SO ORDERED.**

Dated: May 16, 2024

_____
JEFFREY S. WHITE
United States District Judge