**WAGSTAFF LAW FIRM**
Madeleine Brumley Clavier, Esq.
940 N. Lincoln St.
Denver, CO 80203
Tel: (303) 376-6360
Mclavier@wagstafflawfirm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> *El-Hakam, et al. v. Monsanto Company, Inc., et al.* <br> Case No. 3:21-cv-09937-VC | **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Madeleine Brumley Clavier of Wagstaff Law Firm hereby enters her appearance in the above-captioned matter as counsel for plaintiffs Bakri El-Hakam and Mary El-Hakam, and respectfully requests that all pleadings, notices, order, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

DATE: May 16, 2024        By:    <u>/s/ Madeleine Brumley Clavier</u>
                                                 Madeleine Brumley Clavier, Esq.
                                                 **WAGSTAFF LAW FIRM**
                                                 940 N. Lincoln St.
                                                 Denver, CO 80203
                                                 Telephone: (303) 376-6360
                                                 mclavier@wagstafflawfirm.com

                                                       *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Madeleine Brumley Clavier*