David Bricker, Esq.   (Cal. Bar No. 158896)
THORNTON LAW FIRM LLP
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676
dbricker@tenlaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | **SUGGESTION OF DEATH UPON THE RECORD AND MOTION TO SUBSTITUTE CHERYL QUAST IN PLACE OF RICHARD CANNING** |
| *Richard Canning and Shirley Canning v. Monsanto Co*., Case No.: 3:19-cv-04230-VC | |

Counsel for Plaintiff in the above-referenced action respectfully moves this Court to substitute Cheryl Quast, as personal representative of the estate of Richard Canning, deceased, pursuant to Rule 25 of the Federal Rules of Civil Procedure.

1. On June 24, 2019, Plaintiffs Richard Canning and Shirley Canning filed the present products liability lawsuit in the United States District Court of Massachusetts and it was later transferred to the United States District Court for the Northern District of California, Case No. 3:19-cv-04230.

2. Cheryl Quast is the daughter of Richard Canning, the injured party.

3. Plaintiff Richard Canning passed away on January 22, 2024. *See* **Exhibit A**.

4. On May 3, 2024, Cheryl Quast was appointed personal representative by the Barnstable Probate and Family Court of Massachusetts. *See* **Exhibit B**.

5. As the daughter of Richard Canning and personal representative of his estate, Cheryl Quast is the proper party to make this suggestion and has a right to pursue a wrongful death action against Defendants.

6. Cheryl Quast moves to be substituted as the Plaintiff in the present action, individually and on behalf of the wrongful death beneficiaries of Richard Canning.

7. No party will be prejudiced by this amendment, and it serves the needs of justice.

8. Therefore, Plaintiff requests that this Court enter an Order substituting Cheryl Quast in place of Richard Canning.  The case caption is requested to be amended as follows: "Shirley Canning, and Cheryl Quast, individually and as personal representative of the Estate of Richard Canning, and on behalf of the wrongful death beneficiaries of Richard Canning."

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that CHERYL QUAST, personal representative of the Estate of Richard Canning, be substituted as Plaintiff in place of the deceased, so that claims may survive and the action on the estate's behalf may proceed.

DATED:  May 21, 2024                                    Respectfully submitted,

*/s/ David Bricker*
David Bricker, Esq.   (Cal. Bar No. 158896)
**THORNTON LAW FIRM LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676
dbricker@tenlaw.com

**CERTIFICATE OF SERVICE**

I, David Bricker, Esq., hereby certify that on this day I electronically served, via email, the foregoing on all defendants' counsel of record in the above-captioned matter.

DATED:  May 21, 2024

/s/David Bricker
David Bricker, Esq.   (Cal. Bar No. 158896)
**THORNTON LAW FIRM LLP**
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
(310) 282-8676
dbricker@tenlaw.com