# EXHIBIT A

 

**Commonwealth of Massachusetts**
*Registry of Vital Records and Statistics*
**CERTIFICATE OF DEATH**

| State File # | 2024 003980 |
|---|---|
| Registered # | 73 |

Form R-301 07012019

| | | |
|---|---|---|
| Place of Death | THE PAVILLION, BARNSTABLE, MA | |
| Date of Death | JANUARY 22, 2024 | Age 81 YRS    Sex MALE |
| Current Name | CANNING JR, RICHARD EDWARD | |
| Surname at Birth or Adoption | CANNING | SSN 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 |
| AKA | --- | |

**DECEDENT**

| | |
|---|---|
| Date of Birth | SEPTEMBER 03, 1942    Birthplace    NORFOLK, MASSACHUSETTS |
| Residence | 876 FALMOUTH ROAD, BARNSTABLE, MASSACHUSETTS 02601 |
| Race | WHITE |
| Education | BACHELOR'S DEGREE |
| Marital Status | WIDOWED |
| Occupation/Industry | OWNER/AGRICULTURE |
| Last Spouse – Last, First, Middle (Surname at Birth or Adoption) | CANNING, SHIRLEY (HOWLAND) |
| Decedent: U.S. Veteran (Most Recent) | NO |
| Parent Name – Last, First Middle (Surname at Birth or Adoption) | CAHOON, FLORENCE (LORING) |
| Birthplace | MASSACHUSETTS |
| Parent Name – Last, First Middle (Surname at Birth or Adoption) | CANNING SR, RICHARD E (CANNING) |
| Birthplace | MASSACHUSETTS |

**MEDICAL CERTIFIER**

Part I. Cause of Death – Sequentially list immediate cause then antecedent causes then underlying cause

Interval between onset and death

a. Immediate Cause (Final condition resulting in death)
**CARDIOPULMONARY ARREST** — MIN.

b. Due to or as a consequence of:
**DEMENTIA** — YRS.

c. Due to or as a consequence of:
---

d. Due to or as a consequence of:
---

Part II. Other significant conditions contributing to death but not resulting in underlying cause
---

| | |
|---|---|
| Manner of Death: | NATURAL |
| Time of Death: | 11:45 PM |
| Result of Injury: | NO |

Certifier  CARRIE AMES, NP    Lic # 2302936
Addr.  45 DAN ROAD, CANTON, MASSACHUSETTS 02021

**DISPOSITION**

| | |
|---|---|
| Funeral Licensee/Designee | CHRISTOPHER G. LUCIANO    Lic # 50264 |
| Facility/Addr. | NICKERSON BOURNE FUNERAL HOME - SANDWICH, SANDWICH, MASSACHUSETTS |
| Immediate Disposition | CREMATION |
| Date of Immediate Disposition | JANUARY 30, 2024 |
| Place/Address | NEW ENGLAND CREMATION SERVICES, 25 STARLINE WAY, CRANSTON, RHODE ISLAND 02921 |
| Date of Record | JANUARY 30, 2024 |
| Date of Amendment | --- |

CLERK, CITY OF BARNSTABLE

I, the undersigned, hereby certify that I am the Town Clerk for the Town of Barnstable that, as such, I have custody of the records of births, marriages and deaths, required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records.
WITNESS: My hand and the SEAL OF THE TOWN OF BARNSTABLE
A TRUE COPY ATTEST: at Barnstable, Massachusetts

Ann M. Quirk, Town Clerk, Barnstable

(If the Seal is not raised, this document has been illegally copied – do not accept it.)

# EXHIBIT B

| LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | Docket No. BA24P0721EA | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|
| **Estate of:** Richard Edward Canning, Jr. **Also known as:** Richard Canning  **Date of Death:** 01/22/2024 | | Barnstable Probate and Family Court 3195 Main Street PO Box 346 Barnstable, MA 02630 (508)375-6710 |

To:

**Cheryl Quast**

**611 Cedar Street**

**West Barnstable, MA 02668**

You have been appointed and qualified as Personal Representative in ☐ Supervised  ☒ Unsupervised administration of this estate on _____ May 03, 2024 _____ .
(date)

These letters are proof of your authority to act pursuant to G. L. c. 190B, except for the following restrictions if any:

☐ Pursuant to G. L. c. 190B, § 3-108(4), the Personal Representative shall have no right to possess estate assets as provided in § 3-709 beyond that necessary to confirm title thereto in the successors to the estate and claims, other than expenses of administration, if any, shall not be paid.

☐ The Personal Representative was appointed before March 31, 2012 as Executor or Administrator of the estate.

⬇⬇ (Do Not Write Below This Line-For Court Use Only) ⬇⬇

## CERTIFICATION

I certify that it appears by the records of this Court that said appointment remains in full force and effect. IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said Court.

Date _____ **May 3, 2024** _____

*Anastasia Welsh Perrino*

Anastasia W Perrino, Register of Probate

MPC 751 (4/15/16)

| ORDER OF INFORMAL PROBATE OF WILL AND/OR APPOINTMENT OF PERSONAL REPRESENTATIVE | Docket No: BA24P0721EA | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|

**Estate of:**
Richard (First Name)  Edward (Middle Name)  Canning, Jr. (Last Name)

**Also Known As:** Richard Canning

**Date of Death:** January 22, 2024

**Barnstable** Division

1. A Petition has been filed requesting:

   ☒ The appointment of a Personal Representative.

   ☒ Informal probate of the will dated ___June 7, 2023___ and codicils _____
   of the above named Decedent.         (date)                                  (dates)

2. Upon consideration of the Petition, I determine based upon the Petition that all of the following are true:

   a. The Petitioner is an interested person and has filed a complete and verified Petition.
   b. Venue is proper.
   c. The Petition was filed within the time period permitted by law.
   d. Any required notices have been given or waived.
   e. A death certificate issued by a public officer is in the Court's possession.
   f. The spouse, heirs at law and any devisees are not incapacitated or protected persons or minors; or if they are, they are represented by a conservator or a guardian who is not the Petitioner.

**INFORMAL PROBATE OF WILL**

3. ☒ The original, properly executed and apparently unrevoked will is in the court's possession.
   The will dated ___June 7, 2023___ and any codicils dated _____
                        (date)                                          (dates)
   are referred to as the will. There are no known prior wills which have not been expressly revoked by a later instrument. The will is admitted to informal probate.

   ☐ An authenticated copy of the will and any codicil and documents establishing probate in the State of _____ are in the court's possession and are offered for informal probate. The will is admitted to informal probate.

   ☐ A duly authenticated copy of the will and a duly authenticated certificate of its legal custodian that the copy filed is a true copy and that the will has become operative under the law of _____ is offered for informal probate. The will is admitted to informal probate.

**APPOINTMENT OF PERSONAL REPRESENTATIVE**

4. ☒ The person whose appointment is sought has priority for appointment, with or without appropriate nomination and/or renunciation. Any will to which the requested appointment relates has been formally or informally probated.

A TRUE COPY
ATTEST
*[signature]*
REGISTER

MPC 750 (4/15/16)                                                                                              page 1 of 2

| Estate of: | Richard | Edward | Canning, Jr. | Docket No. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

The following person is appointed Personal Representative:

| Cheryl | | Quast |
|---|---|---|
| First Name | M.I. | Last Name |

| 611 Cedar Street | |
|---|---|
| (Address) | (Apt, Unit, No. etc.) |

| Barnstable | MA | 02668 |
|---|---|---|
| (City/Town) | (State) | (Zip) |

**Primary Phone #:** (508) 789-6435

5. The Personal Representative shall serve in an unsupervised administration:

   ☒ without surety on the bond.

   ☐ with ☐ personal ☐ corporate sureties on the bond in the penal sum amount of _____

6. Letters of Authority shall issue.

The Personal Representative(s) shall comply with all relevant requirements under the law and the appointment is subject to termination as provided in G. L. c. 190B, §§ 3-608-612.

Date May 3, 2024          _____
                           ☐ Justice     ☒ Magistrate

---

**The Petition is DENIED/DECLINED because:**

☐ This or another will of the Decedent has been the subject of a previous probate Order.

☐ Persons with prior or equal priority have not renounced or nominated the Petitioner or his or her nominee.

☐ Notice requirements have not been met.

☐ Other:

Date _____          _____
                                         ☐ Justice     ☐ Magistrate

NOTE: The denial of a Petition for Informal Probate cannot be appealed. A timely formal proceeding may be initiated pursuant to G. L. c. 190B, § 3-401.

If this Petition is allowed the Petitioner must publish an Informal Publication Notice (MPC 551) once in a newspaper designated by the Register. The Publication shall not be more than thirty (30) days after informal probate or appointment pursuant to G. L. c. 190B, § 3-306(b).

A TRUE COPY
ATTEST
_____
REGISTER

MPC 750 (4/15/16)                                                                 page 2 of 2