Robert W. Sink, Esq.
Law Offices of Robert W. Sink
1417 Crosby Dr.
Fort Washington, PA 19034
215-995-1000
rsink@sinklawoffices.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Dkt. No. 16-md-02741-VC |
| This document relates to: *Holmen v. Monsanto Co.,* Case No. 3:19-CV-05040 | |

**THE PARTIES' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' UNCONTESTED MOTION FOR APPROVAL OF THE SETTLEMENT OF THE WRONGFUL DEATH AND SURVIVAL ACTIONS**

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, as well as Fed. R. Civ. P. 5.2, it is requested that confidential portions of the Uncontested Motion For Approval of the Settlement of the Wrongful Death and Survival Actions (the "Motion") and Exhibit B supporting that Motion, (attached as Ex. 1) as described in the accompanying Declaration of Robert W. Sink, be filed under seal to protect the confidentiality requirement of the

settlement and Defendant's privacy interests.

Pursuant to the Amended Protective Order, the Motion and the three exhibits attached thereto, have conditionally been filed under seal. Plaintiffs are the "Designating Party" for such information under Local Rule 79-5(e), though, Plaintiffs and Defendants are in agreement.

Because this Petition is dispositive and goes to the merits of the case, the Court will apply the "compelling reasons" standard to Plaintiffs' Administrative Motion to File Under Seal the Uncontested Motion to Approve the Settlement of the Wrongful Death and Survival Actions. A court may seal records when it finds "a compelling reason and articulate[s] the actual basis for its ruling." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096–97 (9th Cir. 2016) (internal quotation marks omitted). What constitutes a compelling reason is "best left to the sound discretion of the trial court." Id. (internal quotation marks omitted).

Here, a compelling reason exists to maintain the confidentiality of the Petition which contains confidential settlement information between Plaintiffs and Defendant. Disclosing the monetary amounts of the confidential settlement agreement in the Petition would discourage future settlement. *See Lauris v. Novartis AG*, 2018 U.S. Dist. LEXIS 184155 at *7 (E.D. Cal., Oct. 26, 2018) (apply compelling interest standard and finding "the monetary amounts of settlement are often confidential and disclosing the amount would discourage future settlement.")

The sealing of the Motion and related documents is the only means of

protecting the overriding interests in the privacy of the parties and protecting the parties' confidential agreement. There is simply no less restrictive means to protect to preserve the parties' agreement.

All of these redactions are indicated by black boxes. In support of this request, attached hereto is a Declaration from Robert W. Sink specifically describing the proposed redactions and a Proposed Order granting Plaintiffs' Motion.

## CONCLUSION

The parties respectfully request the Court to grant the Administrative Motion to File Under Seal Portions of their Uncontested Motion for Approval of the Settlement of the Wrongful Death and Survival Actions.

Respectfully submitted,

/s/Robert Sink
Robert Sink
Law Offices of Robert W. Sink
1417 Crosby Dr.
Fort Washington, PA 19034
215-995-1000
rsink@sinklawoffices.com

Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21 day of May, 2024 this was filed electronically filed through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/Robert Sink
Robert Sink