Robert W. Sink, Esq.
Law Offices of Robert W. Sink
1417 Crosby Dr.
Fort Washington, PA 19034
215-995-1000
rsink@sinklawoffices.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Holmen v. Monsanto Co.,* Case No. 3:19-CV-05040 | Master Dkt. No. 16-md-02741-VC |

**DECLARATION OF ROBERT W. SINK IN SUPPORT OF THE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' UNCONTESTED MOTION FOR APPROVAL OF THE SETTLEMENT OF THE WRONGFUL DEATH AND SURVIVAL ACTIONS**

I, Robert W. Sink, declare as follows:

1. I am the principal of the Law Offices of Robert W. Sink and counsel for the Plaintiffs in this case.

2. The Parties' Joint Motion to File Under Seal Portions of the Motion for Approval of the Wrongful Death and Survival Actions seeks to maintain the confidentiality of the settlement agreement between the parties.

3. The compelling overriding interest here that overcomes the right to public

1

access and supports the sealing of the motion is the preservation of the agreement of the parties to keep the settlement agreement confidential, which is routinely done.

4. The sealing of the motion is the only means to protect preserve the parties' agreement.

5. All confidential settlement agreement information has been redacted, pursuant to the Amended Protective Order. This information has been jointly agreed to as "Confidential" by the parties (MDL. Doc. #519; Pre-Trial Order No. 30).

6. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Plaintiffs have prepared proposed redactions of the following documents:

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| | Uncontested Motion for Approval of Settlement of W.D./Survival | Ex. 1 to this Motion | Page 1, Dollar amount in #4 | Plaintiffs | Confidential Settlement Amounts under the Settlement Agreement |

2

| | | | | | |
|---|---|---|---|---|---|
| | Actions | | | | |
| | Uncontested Motion for Approval of Settlement of W.D./Survival Actions | Ex. 1 to this Motion | Page 1, Dollar amount in #8 | Plaintiffs | Confidential Settlement Amounts under the Settlement Agreement |
| | Uncontested Motion for Approval of Settlement of W.D./Survival Actions | Ex. 1 to this Motion | Page 2, Dollar amount in #11 | Plaintiffs | Confidential Settlement Amounts under the Settlement Agreement |
| | Uncontested Motion for Approval of Settlement of W.D./Survival Actions | Ex. 1 to this Motion | Page 2, Dollar amount in #13 | Plaintiffs | Confidential Settlement Amounts under the Settlement Agreement |
| | Ex. B to the Uncontested Motion for Approval of Settlement of W.D./Survival Actions | Ex. 2 to this Motion | Dollar amount of the settlement in line three of the first paragraph | Plaintiffs | Confidential Settlement Amounts under the Settlement Agreement |

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/Robert Sink
Robert Sink
Law Offices of Robert W. Sink
1417 Crosby Dr.
Fort Washington, PA 19034
215-995-1000
rsink@sinklawoffices.com

Attorney for Plaintiffs

3