## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2024 the foregoing was filed electronically filed through the CM/ECF system which sent notice of the filing to all appearing parties of record.

<u>/s/Robert Sink</u>
Robert Sink
