**WAGSTAFF LAW FIRM**
Madison Donaldson, Esq.
940 N. Lincoln St.
Denver, CO 80203
Tel: (303) 376-6360
mdonaldson@wagstafflawfirm.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:20-cv-08518-VC |
| This document relates to: | **NOTICE OF APPEARANCE** |
| *Renee Theresa Daulton. Individually and as Trustee for the Heirs and next of kin of Patrick Daulton, deceased V. Monsanto Company* Case No. 3:20-cv-08518-VC | |

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Madison Donaldson, of Wagstaff Law Firm hereby enters her appearance in the above-captioned matter as counsel for plaintiff Renee Theresa Daulton, and respectfully requests that all pleadings, notices, order, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

DATE: May 21, 2024         By:   */s/ Madison Donaldson*
                                 Madison Donaldson, Esq.
                                 **WAGSTAFF LAW FIRM**
                                 940 N. Lincoln St.
                                 Denver, CO 80203
                                 Telephone: (303) 376-6360
                                 mdonaldson@wagstafflawfirm.com
                                 *Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Madison Donaldson*

NOTICE OF APPEARANCE OF MADISON DONALDSON