# EXHIBIT A

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 9590 9266 9904 2165 8620 57 | A. Signature X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Sami Khal   C. Date of Delivery: 5/9/24<br>D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Sami Khal<br>1157 Via Casa Palermo<br>Henderson, NV 89011 | 3. Service Type:<br>☒ Certified Mail<br>☐ Certified Mail Restricted Delivery<br>Reference Information<br>31943.390418– *Khal v. Monsanto Co.* –<br>5-1-24 Order Granting Motion to Withdraw<br>as Attorney<br>(Lakshmi Achari) |
| 2. Certified Mail (Form 3800) Article Number<br>9414 7266 9904 2165 8620 54 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |