# EXHIBIT A

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ×

# 9414726699042165862047

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
Reminder to Schedule Redelivery of your item
May 11, 2024

**Notice Left (No Authorized Recipient Available)**
LAS VEGAS, NV 89149
May 6, 2024, 11:41 am

**Arrived at USPS Regional Facility**
LAS VEGAS NV DISTRIBUTION CENTER
May 5, 2024, 10:44 am

**In Transit to Next Facility**
May 4, 2024

**Arrived at USPS Regional Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER
May 2, 2024, 7:21 pm

Hide Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs