UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jason Laurianti v. Monsanto Company*<br>Case No.: 3:19-cv-02587-VC | [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal with Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal with Prejudice as to the above referenced captioned matter.

**IT IS SO ORDERED.**

Dated: May 21, 2024



Vince Chhabria
United States District Judge

JOINT STIPULATION OF DISMISSAL with PREJUDICE OF *LAURIANTI* LAWSUIT,
3:16-md-02741-VC & 3:19-cv-02587-VC