UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER ENFORCING PRETRIAL ORDER NO. 240** |
| See Appendices 1 and 2 | |

The plaintiffs are reminded of their obligations under Pretrial Order No. 240, which requires every current and future plaintiff in this MDL to participate in Special Master Ken Feinberg's settlement program. *See* Appendix 3 (Pretrial Order No. 240, Dkt. No. 13323). The Special Master recently informed the Court that the plaintiffs in the attached list have not complied with PTO No. 240. See Appendix 1, Appendix 2. These plaintiffs are ordered to comply and submit the information requested by the special master within 28 days—failure to do so will result in the case being dismissed with prejudice under Federal Rule of Civil Procedure 41(b), and there will not be another warning. If the plaintiff requires more time to complete the submission, then counsel may request it from the Special Master.

Lead plaintiffs' counsel are directed to notify counsel for each of the plaintiffs listed in the appendices to this order that they are not in compliance with Pretrial Order No. 240. Lead plaintiffs' counsel are further directed to remind *all* plaintiffs' counsel in this MDL of their obligation to participate in the settlement program. Within 7 days, lead plaintiffs' counsel shall file a notice on the MDL docket explaining how they have complied with this order.

**IT IS SO ORDERED.**

Dated: May 21, 2024

_____

VINCE CHHABRIA
United States District Judge

**Appendix 1**

**Claimants Unresponsive to Determination Offer**

|  | Law Firm | Plaintiff Name | Case Number |
|---|---|---|---|
| 1 | Allan Berger & Associates, PLC | Harris, Pamela | 3:23-cv-02564-VC |
| 2 | Allan Berger & Associates, PLC | Latham, Walter | 3: 22-cv-06391-VC |
| 3 | Allan Berger & Associates, PLC | Romano, Frank | 3:21-cv-01214-VC |
| 4 | Allan Berger & Associates, PLC | Taylor, Marilyn | 3:22-cv-04400-VC |
| 5 | Anderson & Vaughn, PLLC | Hammons, Robert | 3:22-cv-05286-VC |
| 6 | Belluck & Fox, LLP | Menarchem, Mitchell | 3:20-cv-06502-VC |
| 7 | Ben Martin Law Group | Wood, Johnny | 3:22-cv-03818-VC |
| 8 | Bernheim Kelley Battista | Cromack, Wayne | 3:23-cv-00565-VC |
| 9 | Bernheim Kelley Battista | Jacobs, Billie June | 3:22-cv-02969-VC |
| 10 | Bernheim Kelley Battista, LLC | Sullivan, Patrick | 3:22-cv-00092-VC |
| 11 | Bernheim Kelley Battista, LLC | Brookner, Mendel | 3:23-cv-04840-VC |
| 12 | Bisnar Chase LLP | Austin, Robert | 3:22-cv-07589-VC |
| 13 | Chappell, Smith & Arden, P.A. | Putzrath, Mario | 3:19-cv-03786-VC |
| 14 | Christina Pendleton & Associates, P.C. | Sheppard, Christine | 3:16-cv-05650-VC |
| 15 | Corrie Yackulic Law Firm, PLLC | Axelson, Kathleen | 3:19-cv-06400-VC |
| 16 | Corrie Yackulic Law Firm, PLLC | Eilmes Jr., Kenneth | 3:19-cv-05345-VC |
| 17 | Corrie Yackulic Law Firm, PLLC | Hendrickson, Michael | 3:22-cv-09090-VC |
| 18 | Corrie Yackulic Law Firm, PLLC | Huntley, Carol | 3:19-cv-06407-VC |
| 19 | Corrie Yackulic Law Firm, PLLC | Tierney, Patrick | 3:19-cv-01937-VC |
| 20 | Daniels, Hines, Kalkhoff, Cook & Swanson | Beckfield, Brett | 3:21-cv-05322-VC |
| 21 | Domina Law Group | Graves, Brent | 3:21-cv-09832-VC |
| 22 | Drost, Gilbert, Andrew & Apicella, LLC | Goranson, Gordon | 3:21-cv-06832-VC |
| 23 | Ifediba Law Group, LLC | Jenkins, Nancy | 3:23-cv-03507-VC |
| 24 | Ifediba Law Group, LLC | Robertson, Darlene | 3:23-cv-03515-VC |

| 25 | Ifediba Law Group, LLC | Shock, John | 3:23-cv-03548-VC |
|----|---|---|---|
| 26 | Johnson Eiesland Law Offices, PC | Smith, Thomas | 3:20-cv-08517-VC |
| 27 | Law Office of Paul Mankin, APC | Ritcheson, Kenneth | 3:23-cv-02170-VC |
| 28 | Law Offices of Charles H. Johnson, PA | Billigen, Sr., Thomas | 3:22-cv-08892-VC |
| 29 | Law Offices of Charles H. Johnson, PA | Gell, William | 3:23-cv-01921-VC |
| 30 | Law Offices of Charles H. Johnson, PA | Yeargain, Betty | 3:22-cv-05976-VC |
| 31 | Law Offices of Denise M. Hevicon; Michael J. Green & Associates | Kimura, Karl | 3:20-cv-00190-VC |
| 32 | Luff Law Firm, PLLC | Dennis, Alzonia | 3:22-cv-03225-VC |
| 33 | Luff Law Firm, PLLC | Parry, William | 3:22-cv-03226-VC |
| 34 | Meshbesher & Spence, Ltd. | Crutchfield III, Charles | 3:22-cv-08860-VC |
| 35 | Meshbesher & Spence, Ltd. | Jansen, Jeffrey | 3:22-cv-08891-VC |
| 36 | Meshbesher & Spence, Ltd. | Nederhoff, David | 3:22-cv-07287-VC |
| 37 | Nachawati Law Group | Delaney, Todd | 3:22-cv-05646-VC |
| 38 | Nix Patterson, LLP | Stewart, Mark | 3:20-cv-01835-VC |
| 39 | Osborne & Francis Law Firm, PLLC | Jackson, Eddie | 3:23-cv-01572-VC |
| 40 | Osborne & Francis Law Firm, PLLC | Mee, Kevin | 3:20-cv-01237-VC |
| 41 | Osborne & Francis Law Firm, PLLC | Reid, Charles | 3:22-cv-04080-VC |
| 42 | Podhurst Orseck, P.A. | Boatright, Allen | 3:21-cv-00675-VC |
| 43 | Seeger Weiss LLP | Kirby, Robert | 3:21-cv-08447-VC |
| 44 | Seidman Margulis & Fairman, LLP | Denenberg, Doug | 3:21-cv-08920-VC |
| 45 | Seidman Margulis & Fairman, LLP | Kane, Mary | 3:23-cv-02682-VC |
| 46 | The Law Offices of Charles L. Meyer | Beavers Jr., Ricky | 3:20-cv-08799-VC |
| 47 | The Malbrough Firm LLC | Headen, Mel | 3:20-cv-07885-VC |
| 48 | The Maughan Law Firm | Matherne, Michael | 3:22-cv-01948-VC |
| 49 | The Ruth Law Team | Danowski, William | 3:23-cv-00722-VC |
| 50 | The Ruth Law Team | Gibson, Faith | 3:22-cv-04399-VC |
| 51 | The Ruth Law Team | Hirvela, Kathleen | 3:23-cv-00718-VC |
| 52 | The Ruth Law Team | Hueckel, Jeanne | 3:22-cv-09088-VC |
| 53 | The Ruth Law Team | Jones, Sheldon | 3:22-cv-04265-VC |

| 54 | The Ruth Law Team | Lampert, Laurie | 3:22-cv-05044-VC |
|---|---|---|---|
| 55 | The Ruth Law Team | Levy, Sally | 3:23-cv-00761-VC |
| 56 | The Ruth Law Team | Mellon, William | 3:22-cv-01951-VC |
| 57 | The Ruth Law Team | Morrissey, John | 3:22-cv-05731-VC |
| 58 | The Ruth Law Team | Munday, Chris | 3:23-cv-00720-VC |
| 59 | The Ruth Law Team | Roman, Albert | 3:22-cv-03855-VC |
| 60 | The Ruth Law Team | Somach, Michael | 3:19-cv-06048-VC |
| 61 | Welch Law Firm, P.C | Seieroe, David | 3:21-cv-09840-VC |
| 62 | The Whitehead Law Firm, LLC | Banet, John | 3:20-cv-07883-VC |
| 63 | The Whitehead Law Firm, LLC | Kaup, Junella | 3:20-cv-05534-VC |
| 64 | The Whitehead Law Firm, LLC | Kealiinohomoku, Joseph | 3:21-cv-06110-VC |
| 65 | The Whitehead Law Firm, LLC | Niescierowicz , Mariola | 3:21-cv-05319-VC |
| 66 | The Whitehead Law Firm, LLC | Orellana, Jennifer | 3:21-cv-05625-VC |
| 67 | The Whitehead Law Firm, LLC | Williams, Bernice | 3:21-cv-05973-VC |

## Appendix 2

**Unfiled Eligible Claimant Unresponsive to Claim Filing Deadline**

|   | Law Firm | Plaintiff Name | Case Number |
|---|---|---|---|
| 1 | Forester Haynie PLLC | DeRobbio, Michael | 3:20-cv-06776-VC |

**Appendix 3**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO. 240: ORDER REQUIRING PARTICIPATION IN SPECIAL MASTER PROGRAM** |
| *ALL CASES* | |

     Court-appointed Special Master Ken Feinberg has established a program to allow plaintiffs in this MDL to receive an offer of a payment to settle their cases. Every current and future plaintiff in this MDL who has not already reached a settlement with Monsanto is ordered to participate in the program.

     Pursuant to the program, counsel for individual plaintiffs (or the plaintiffs themselves, if they are unrepresented) will receive a letter from the Special Master requesting certain information (and supporting documentation) regarding their claims. Every plaintiff is ordered to submit the information requested by the Special Master by the deadline he establishes. Failure to do so will be deemed a violation of this order.

     Once the Special Master has received the information from the plaintiff, Monsanto will be given an opportunity to submit its own information regarding the plaintiff's claims. Pursuant to Monsanto's consent, the Special Master will then consider all the information submitted regarding the plaintiff's claims and make a written settlement offer to the plaintiff, based on his independent analysis of the claims. Once the Special Master has made this offer, it is binding on

Monsanto—the company is required to pay it if the plaintiff accepts. The plaintiff may either accept or reject the offer, but there will be no further negotiation once the Special Master has conducted his analysis and made his offer.

There is no penalty for refusal of an offer, and there will be no delay in the litigation process while a plaintiff timely participates in the Special Master's program. However, if a plaintiff fails to participate in the program in accordance with the deadlines set by the Special Master, that could result in a delay of the litigation, and it will be deemed a violation of this order, which could result in sanctions.

The Special Master will contact each plaintiff; plaintiffs do not need to reach out to him.

**IT IS SO ORDERED.**

Dated: July 23, 2021

VINCE CHHABRIA
United States District Judge