UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Vander Groef v. Monsanto Co. et al.*, Case No. 19-cv-07858-VC<br><br>*Shedd v. Monsanto Co.*, Case No. 20-cv-03833-VC | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES AND SUB-WAVES**<br><br>Re: Dkt. Nos. 18359, 18360 |

The above-listed motions are granted. The *Vander Groef* case is moved to Wave 7G. The *Shedd* case is moved to Wave 8B.

**IT IS SO ORDERED.**

Dated: May 21, 2024

_____

VINCE CHHABRIA
United States District Judge