# EXHIBIT A

Robert W. Sink, Esq.
Law Offices of Robert W. Sink
1417 Crosby Dr.
Fort Washington, PA 19034
215-995-1000
rsink@sinklawoffices.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Master Dkt. No. 16-md-02741-VC |
| This document relates to: *Holmen v. Monsanto Co.*, Case No. 3:19-CV-05040 | |

**DECLARATION OF ROBERT W. SINK IN SUPPORT OF THE UNCONTESTED MOTION FOR APPROVAL OF THE SETTLEMENT OF THE WRONGFUL DEATH AND SURVIVAL ACTIONS**

I, Robert W. Sink, declare as follows:

1. I am the principal of the Law Offices of Robert W. Sink and counsel for the Plaintiffs in this case.

2. I incurred $854.88 of expenses in prosecuting this case. See attached itemization.

3. I am not charging any attorneys' fees.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is

1

1  true and correct.

2

3

4                                              /s/Robert Sink
                                               Robert Sink
5                                              Law Offices of Robert W. Sink
                                               1417 Crosby Dr.
6                                              Fort Washington, PA 19034
                                               215-995-1000
7                                              rsink@sinklawoffices.com

8
                                                Attorney for Plaintiffs
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Holmen Costs**

| | |
|---|---|
| Filing Fee | $ 400.00 |
| Parking | $     9.00 |
| Service of Complaint | $   71.75 |
| Records- Penn | $   23.45 |
| Records Doylestown | $ 151.42 |
| Outsourced copies- Reliable | $ 199.26 |
| **Total** | **$ 854.88** |