# REDACTED VERSION OF EXHIBIT B TO

# PLAINTIFFS' UNCONTESTED MOTION TO APPROVE SETTLEMENT OF WRONGFUL DEATH AND SURVIVAL ACTIONS

| | |
|---|---|
| From: | Stevenson, Louise (OGC) |
| To: | Robert Sink |
| Subject: | 642-H-20230530-5711/GCL #528152/Holmen - Roundup |
| Date: | Tuesday, February 20, 2024 10:15:38 AM |

Good morning, Mr. Sink,

This e-mail confirms VA will accept ▇▇▇▇ as payment in full of VA's current claim of $▇▇▇▇ in Phillip Holmen's 5/1/2005 case. This agreement is based on your representation that $▇▇▇▇ is available from all sources for settlement; and an attorney fee waiver.

Should the amount of the final settlement change, VA reserves the right to renegotiate this compromised claim amount. The VA reserves its right of recovery in the event any additional insurance coverage from any source or any other liable party is discovered (if other settlement proceeds exist: i.e., med pay, PIP, UM, UIM - then this offer is VOID).

**Submit payment by check, payable to the <span style="color:red">Department of Veterans Affairs</span>, and mail to:**

**North East CPAC**
**Attn: Cash Management**
**1700 South Lincoln Ave. Building 2**
**Lebanon, PA 17042**

**\*\*Check must state <span style="color:red">642-H-20230530-5711</span> IN MEMO SECTION to ensure proper processing.**

<span style="color:red">**Please confirm receipt of this agreement and provide an estimate on when VA can expect payment.**</span>

Thank you.

*Louise M. Stevenson*

Louise M. Stevenson
Paralegal Specialist