# EXHIBIT C





*COPY*
For Information Only

1 of 2 R:2315

March 6, 2024



2315 1 MB 0.571
***AUTOMIXED AADC 720 R:2315 T:12 P:12 PC:2 F:2405401
LAW OFFICES OF ROBERT W SINK
1417 CROSBY DR
FORT WASHINGTON, PA 19034-2809

---

March 6, 2024

2315 1 MB 0.571
***AUTOMIXED AADC 720 R:2315 T:12 P:12 PC:2 F:2405401
ESTATE OF PHILIP C HOLMEN
1 PINE VALLEY RD
DOYLESTOWN, PA 18901-2113

Beneficiary Name:        HOLMEN, PHILIP C
Medicare ID:             *****6104A
Case Identification Number: 20231 45090 01563
Date of Incident:        May 01, 1974

Dear ESTATE OF PHILIP C HOLMEN:

The Centers for Medicare & Medicaid Services (CMS) has been notified that you have received a settlement, judgment, award, or other payment related to your case for the Date of Incident (DOI) listed above.

A review of Medicare's records indicates Medicare has not paid any Part A or B Fee-for-Service claims related to this case and, accordingly we have closed our file. Any payment received has been applied to the case. If a refund is due, a check will be sent under separate cover.

---

**NGHP • PO BOX 138832 • OKLAHOMA CITY, OK 73113**

SGLB34NGHP
Page 1 of 3

Did you know you can upload case documentation through the Medicare Secondary Payer Recovery Portal located at https://www.cob.cms.hhs.gov/MSPRP (beneficiaries can access the portal thru medicare.gov).



Although the file is closed, please understand that Medicare has no responsibility to pay for any claims related to the above referenced case that were incurred from the DOI until the day after the case was finalized (settled). Medicare has no responsibility for these claims as they should be paid out of any settlement, judgment, or award proceeds.

If you have any questions concerning this matter, please contact the BCRC by phone at 1-855-798-2627 (TTY/TDD: 1-855-797-2627 for hearing/speech impaired), in writing at the address below, or by fax to 405-869-3309. When sending correspondence, please include the Beneficiary Name, Medicare ID, Case Identification Number (shown above), and a page of this letter.

Sincerely,

BCRC

CC: LAW OFFICES OF ROBERT W SINK

Enclosure: Payment Summary Form

1 of 2 R:2315

Did you know you can upload case documentation through the Medicare Secondary Payer Recovery Portal located at https://www.cob.cms.hhs.gov/MSPRP (beneficiaries can access the portal thru medicare.gov).





## Payment Summary Form

| | | |
|---|---|---|
| | | Date:: 03/06/2024 |
| | | Time: 06:15:24 |
| | | Page 3 of 3 |

Report Number: RMCAN - 5-5
Contractor: NGHP

Beneficiary Name: HOLMEN, PHILIP C
Beneficiary Medicare ID: *****6104A

Case ID: 20231 45090 01563
Case Type: L – Liability
Date of Incident: 05/01/1974

Reported Diagnosis Codes: C8200

| TOS | ICN | Line # | Processing Contractor | Provider Name/NPI# | ICD Ind | ***DX Codes | **HCPCS / CPT/DRG | From Date | To Date | Total Charges | Reimbursed Amount | Conditional Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**H - HCPCS Code, D - DRG Code
CPT only copyright 2024 American Medical Association. All rights reserved. CPT is a registered trademark of the American Medical Association.
Applicable FARS\DFARS Restrictions Apply to Government Use.
***Part-A Claim Primary Diagnosis Code is denoted in bold font

Sum of Total Charges $0.00
Total Reimbursed Amount $0.00
Total Conditional Payments $0.00



