# EXHIBIT D



**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA  17128-2005

| | |
|---|---|
| Date Issued | 02/28/2024 |
| Letter ID | L0023746866 |
| Case Number | 0-006-759-451 |

LAW OFFICES OF ROBERT W SINK
ROBERT SINK, ESQUIRE
1417 CROSBY DR
FORT WASHINGTON PA  19034-2809

## Wrongful Death Survival Action Allocation

The Pennsylvania Department of Revenue received the Petition for Approval of Settlement Claim to be filed on behalf of the below-referenced estate in regard to a Wrongful Death and Survival Action. It was forwarded for the approval of allocated proceeds paid to settle the actions.

According to the petition, the decedent died as a result of Non-Hodgkin's Lymphoma. The decedent is survived by his spouse. The decedent was 81 years old.

**Account Information**
Estate of: HOLMEN, PHILIP C                    File Number: 0919-1596

**Why you are receiving this notice**
If you have any questions regarding this matter, please direct them using the contact information listed below.

Susan Cruz
(717) 787-8327

Pursuant to the Petition, the decedent died as a result of exposure to Roundup. Roundup (non-Hodgkin lymphoma) ligation falls into the category of a personal injury case and therefore would be an asset of the decedent and taxable in his estate.
Please be advised that based upon these facts and case law, the Department disagrees to the proposed allocation of a 100/0 split between wrongful death and survival action. However, for inheritance tax purpose only, this Department would not object to the allocation of the gross proceeds of this action, 50% to the wrongful death claim and 50% to the survival claim. This would be a 50/50 split.
Proceeds of a survival action are an asset included in the decedent's estate and are subject to the imposition of Pennsylvania inheritance tax. 42 Pa.C.S.A. §8302; 72 P.S. §9106, 9107. Costs and fees must be deducted in the same percentages as the proceeds are allocated. In re Estate of Merryman, 669 A.2d 1059 (Pa. Cmwlth. 1995). Also, please note that this allocation is approved for this settlement only. This allocation is not binding on any additional settlements.

**Departmental determination**

I trust that this letter is a sufficient representation of the Department's position on this matter. Please contact me if you or the Court has any questions or requires anything additional from this Bureau.