## DECLARATION OF ALEXIS LILLY

I, ALEXIS LILLY, hereby declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and am an attorney at Motley Rice LLC. This firm is the attorney of record for Plaintiff Ronald Bailey in this action. The facts set forth in this Declaration are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. This firm brings the instant Motion to withdraw as counsel of record for Plaintiff Ronald Bailey on the following grounds: 1) There has been a substantial and irreconcilable breakdown of the attorney-client relationship between Motley Rice LLC and Plaintiff Ronald Bailey and 2) Plaintiff Ronald Bailey has not been responsive to Counsel's repeated attempted to contact him.

3. Plaintiff has consistently ignored communications from my office over the course of the past several months.

4. On March 39, 2024 our office sent via email to the last known email address paperwork regarding the independent settlement program. Our office also attempted a phone call with the Plaintiff and left a message. He did not return our call.

5. On April 1, 2024 our office sent via U.S. mail to the last known address paperwork regarding the independent settlement program.

6. On April 1, 2024, our office again attempted a phone call with the Plaintiff. Plaintiff hung up before our office could engage in meaningful conversation regarding the settlement program. Our office followed up the call with a text message requesting Plaintiff get in contact with us.

7. On April 2, 2024, I attempted a phone call with the Plaintiff and left a message. He did not return our call.

8. On that same day, our office attempted a call with Plaintiff's wife and emergency contact and left a message. She did not respond.

9. On April 3, 2024, our office attempted to reach Plaintiff via email. He did not respond.

10. On April 8, 2024, our office hired a third-party investigator to make contact with Plaintiff.

11. The third-party investigator made attempts to reach Plaintiff on April 8, 2024. Plaintiff hung up on the investigator.

12. On April 9, 2024, the investigator attempted a call, left a message and sent a text. Plaintiff did not respond.

13. On April 12, 2024, the investigator attempted a call, left a message and sent a text. Plaintiff did not respond.

14. On April 12, 2024, Counsel requested an extension for the deadline of the submission of the independent settlement program. The extension was granted and postponed the deadline to May 15, 2024.

15. On May 1, 2024, the investigator attempted a call, left a message and sent a text. Plaintiff did not respond.

16. On May 1, 2024, Counsel sent a letter via email informing Plaintiff of Counsel's intent to file a motion to withdraw as counsel. The letter requested Plaintiff get in contact by May 10, 2024 otherwise Counsel would move to withdraw from the case. Counsel followed up the letter request with a text message to Plaintiff. Plaintiff did not reach out or respond to any communications.

17. This letter was also sent via certified mail on May 2, 2024 to Plaintiff's last known address.

18. On May 2, 2024, the investigator attempted a call, left a message and sent a text. Plaintiff did not respond.

19. On May 6, 2024, the investigator attempted a call, left a message and sent a text. Plaintiff did not respond.

20. On May 8, 2024, the investigator attempted a call, left a message and sent a text. Plaintiff did not respond.

21. On May 9, 2024, the investigator attempted a call, left a message and sent a text. Plaintiff did not respond.

22. On May 10, 2024, in a final attempt to contact Plaintiff, Counsel called Plaintiff. Plaintiff answered the phone and told Counsel he was at work and hung up.

23. Later that afternoon, around 5 p.m. Counsel called Plaintiff. Plaintiff again hung up on Counsel.

24. Counsel again attempted to call Plaintiff about 30 minutes later and was able to speak with Plaintiff. During this conversation, Counsel verified both Plaintiff's email and mailing address that previous communications had been sent to. Plaintiff confirmed that the addresses Counsel had on file were accurate. Counsel explained the imminent deadline and informed Plaintiff that if Counsel had not received the completed paperwork by Monday, May 13, 2024, Counsel would move to withdraw from the case. Plaintiff did not return any paperwork or attempt to contact Counsel.

I declare under penalty of perjury under the laws of the United States that he foregoing is true and correct. This declaration is executed on this 14th day of May 2024, in Charleston, South Carolina.

Date: May 14, 2024                                By: /s/ Alexis Lilly
                                                     Alexis Lilly
                                                     *Attorney for Plaintiff*