1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Ronald Bailey v. Monsanto Company,*<br>*Case No. 3:24-cv-01595-VC* | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION BY PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL** |

Having reviewed said request, and finding good cause, the Court GRANTS the Plaintiff's

Motion by Plaintiff's Counsel to Withdraw as Counsel as to the above referenced captioned matter.

**IT IS SO ORDERED.**

Dated: _____

_____
Vince Chhabria
United States District Judge