1 **SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
2 600 Travis Street, Suite 3400
Houston, TX 77002-2026
3 Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508
4 Email:        jstubbs@shb.com

5 *Attorneys for Defendant*
*MONSANTO COMPANY*

6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

| 8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|----|---|---|
| 9  |  | Case No. 3:16-md-02741-VC |
| 10 | This document relates to: |  |
| 11 | *Michael Harootunian v. Monsanto Company,* Case No. 3:24-cv-02864-VC |  |
| 12 |  |  |

13

14            **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16 ("Monsanto") makes the following disclosures:

17        1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18        2.    Bayer AG is a publicly held corporation.

DATED:  May 22, 2024                    Respectfully submitted,

                                        SHOOK, HARDY & BACON L.L.P.

                                        BY: */s/ Jennise W. Stubbs*
                                            Jennise W. Stubbs
                                            600 Travis Street, Suite 3400
                                            Houston, TX 77002-2926
                                            Telephone:  (713) 227-8008
                                            Facsimile:   (713) 227-9508
                                            Email:        jstubbs@shb.com

                                        *Attorneys for Defendant*
                                        *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of May, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                        */s/Jennise W. Stubbs*
                                        Jennise W. Stubbs