UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:

*Tony Howell v. Monsanto Co.*,
Case No.: 3:20-cv-07322-VC

| MDL No. 2741

Case No. 3:16-md-02741-VC

~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Pursuant to Plaintiff's Suggestion of Death and Motion to Substitute Party, and for good cause shown, the Court hereby enters the following Order:

IT IS HEREBY ORDERED:

Alice S. Ford, Executor of the Estate of Tony Howell, is substituted in place of Plaintiff Tony Howell.

**IT IS SO ORDERED.**

Dated: May 22, 2024



APPROVED
Judge Vince Chhabria

~~[PROPOSED]~~ ORDER ON MOTION TO SUBSTITUTE PARTY - 1