Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| **This Document Relates to:** | Case No.: 3:16-md-02741-VC |
| *Carol Ann Huntley v. Monsanto Company,* 3:19-cv-06407-VC | Honorable Vince Chhabria |
| *Kenneth Noel Eilmes, Jr. and Kelleen Patrice Eilmes v. Monsanto Company,* 3:19-cv-05345-VC | CERTAIN PLAINTIFFS' RESPONSE TO ORDER ENFORCING PRETRIAL ORDER NO. 240 |
| *Patrick Leonard Tierney v. Monsanto Company,* 3:19-cv-01937-VC | |
| *Maynard Russell Axelson and the Estate of Kathleen Ann Axelson v. Monsanto Company,* 3:19-cv-06400-VC | |
| *Michael Hendrickson et al. v. Monsanto Company,* 3:22-cv-09090-VC | |

Responding to the Court's Order of May 21, 2024, Dkt. 18389, Plaintiffs listed above notify the Court that they are in compliance with PTO 240, having timely submitted the information requested by Special Master Feinberg as follows:

CERTAIN PLAINTIFFS' RESPONSE TO
ORDER ENFORCING PRETRIAL ORDER NO. 240
PAGE 1

**Corrie Yackulic Law Firm PLLC**
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

| Plaintiff(s) Name | Case No. | Date Information Submitted | Date Offer Declined |
|---|---|---|---|
| Carol Ann Huntley | 3:19-cv-06407-VC | 05/18/2023 | 04/04/2024 |
| Kenneth Noel Eilmes, Jr. and Kelleen Patrice Eilmes | 3:19-cv-05345-VC | 05/18/2023 | 04/04/2024 |
| Patrick Leonard Tierney | 3:19-cv-01937-VC | 05/18/2023 | 04/04/2024 |
| Maynard Russell Axelson and the Estate of Kathleen Ann Axelson | 3:19-cv-06400-VC | 05/18/2023 | 04/04/2024 |
| Michael Hendrickson | 3:22-cv-09090-VC | 05/18/2023 | 04/04/2024 |

According to Mr. Feinberg, Plaintiffs who did not affirmatively accept the offers by April 4, 2024, were deemed to have rejected the offers. *See* Attached. All the above Plaintiffs' information was timely submitted to the Special Master and each Plaintiff rejected the offers, and so are in compliance with PTO 240. If this is incorrect, Plaintiffs and their counsel, the undersigned, will do whatever is necessary to ensure Plaintiffs are in compliance.

Respectfully submitted this 22nd day of May, 2024.

CORRIE YACKULIC LAW FIRM, PLLC

_____
CORRIE J. YACKULIC, WSBA # 16063
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Tel. 206-787-1915
*Attorney for Plaintiffs Eilmes, Huntley, Tierney, Axelson, and Hendrickson*

CERTAIN PLAINTIFFS' RESPONSE TO ORDER ENFORCING PRETRIAL ORDER NO. 240
PAGE 2

Corrie Yackulic Law Firm PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

# ATTACHMENTS

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Mr. Maynard Axelson
o/b/o the Estate of Kathleen Axelson
c/o Corrie J. Yackulic, Esq.
Corrie Yackulic Law Firm, PLLC
110 Prefontaine Place South, Suite 304
Seattle, WA 98104

Re:  Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)
**Independent Roundup Settlement Program**

Dear Mr. Axelson:

We issued a settlement offer to you through the Roundup Independent Settlement Program on October 2, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

Sincerely,

*Kenneth R. Feinberg*

Kenneth R. Feinberg
Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Mr. Kenneth Eilmes, Jr.
c/o Corrie J. Yackulic, Esq.
Corrie Yackulic Law Firm, PLLC
110 Prefontaine Place South, Suite 304
Seattle, WA 98104

    **Re:  Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
    **Independent Roundup Settlement Program**

Dear Mr. Eilmes:

We issued a settlement offer to you through the Roundup Independent Settlement Program on July 6, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

Sincerely,

Kenneth R. Feinberg
Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Mr. Michael Hendrickson
c/o Corrie J. Yackulic, Esq.
Corrie Yackulic Law Firm, PLLC
110 Prefontaine Place South, Suite 304
Seattle, WA 98104

    **Re:  Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
    **Independent Roundup Settlement Program**

Dear Mr. Hendrickson:

We issued a settlement offer to you through the Roundup Independent Settlement Program on October 2, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

    Sincerely,

    Kenneth R. Feinberg
    Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Ms. Carol Huntley
c/o Corrie J. Yackulic, Esq.
Corrie Yackulic Law Firm, PLLC
110 Prefontaine Place South, Suite 304
Seattle, WA 98104

    **Re:  Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
    **Independent Roundup Settlement Program**

Dear Ms. Huntley:

We issued a settlement offer to you through the Roundup Independent Settlement Program on July 6, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

                                                  Sincerely,

                                                Kenneth R. Feinberg
                                                Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Mr. Patrick Tierney
c/o Corrie J. Yackulic, Esq.
Corrie Yackulic Law Firm, PLLC
110 Prefontaine Place South, Suite 304
Seattle, WA 98104

    **Re:  Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
    **Independent Roundup Settlement Program**

Dear Mr. Tierney:

We issued a settlement offer to you through the Roundup Independent Settlement Program on August 3, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

Sincerely,

Kenneth R. Feinberg
Independent Settlement Master