# EXHIBIT A

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9414726699042165862030**

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/?_gl=1*118ik9y*_gcl_au*MTg5MjI0OTEzMi4xNzE1MjY4OTY2*_ga*NjQxOTgyNTQ4LjE2OTQ1MjM1Nzk.*_ga_3NXP3C8S9V*MTcxNjMyNDY3My4zNi4xLjE3MTYzMjQ3MDI

---

**Latest Update**

This is a reminder to pick up your item before May 20, 2024 or your item will be returned on May 21, 2024. Please pick up the item at the HOUSTON, TX 77245 Post Office.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
Reminder to pick up your item before May 20, 2024
HOUSTON, TX 77245
May 11, 2024

**Available for Pickup**
ALMEDA
3030 W FUQUA ST
HOUSTON TX 77045-9998
M-F 0830-1700; SAT 0730-1100
May 6, 2024, 2:01 pm

**In Transit to Next Facility**
May 5, 2024

**Arrived at USPS Regional Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER
May 2, 2024, 7:22 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

**Track Another Package**

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs