C. Edward Amos, II
THE SEGAL LAW FIRM
810 Kanawha Boulevard, East
Charleston, WV 25301
(304) 344-9100
edward.amos@segal-law.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF
# CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** ,<br><br>This document relates to:<br><br>*Roger Dean O'Dell v. Monsanto Company,*<br>Case No. 3:21-cv-03756-VC | Case No. 3:16-md-02741-VC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, attorney C. Edward Amos, II requests to be withdrawn as counsel for Roger Dean O'Dell in this case, because Case No. 3:21-cv-03756-VC is no longer active pursuant to the Order Granting Joint Stipulation of Dismissal With Prejudice entered May 21, 2024. Further, attorney C. Edward Amos, II requests that he be removed from the electronic service list for MDL No. 2741.

/s/C. Edward Amos, II
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
edward.amos@segal-law.com

Dated:  May 22, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, a copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

>*/s/C. Edward Amos, II*
>C. Edward Amos, II, Esq. (WV Bar# 12362)
>The Segal Law Firm
>810 Kanawha Blvd., East
>Charleston, WV 25301
>(304) 344-9100
>(304) 344-9105 (fax)
>edward.amos@segal-law.com