Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
**MOORE LAW GROUP, PLLC**
1473 South 4th Street
Louisville, KY  40208
Tel: (502) 717-4080
Fax: (502) 717-4086

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )  ) Case No. 3:16-md-02741-VC ) |
| This document relates to: | ) ) |
| *Dylan Sampsel v. Monsanto Co.,* | ) ) |
| Case No. 3:19-cv-07197-VC | ) ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs and fees.

Executed this 23rd day of May 2024.

| | |
|---|---|
| */s/ Jennifer A. Moore*_____ | */s/ Anthony Martinez*_____ |
| Jennifer A. Moore (SBN 206779) | Anthony Martinez |
| MOORE LAW GROUP, PLLC | SHOOK, HARDY & BACON LLP |
| 1473 South 4th Street | 2555 Grand Blvd. |
| Louisville, KY 40208 | Kansas City, MO 64108 |
| T: (502) 717-4080 | T: (816) 474-6550 |
| F: (502) 717-4086 | amartinez@shb.com |
| jennifer@moorelawgroup.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2024, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Northern District of California, using the CM/ECF system, which will send notification of such filing to all parties.

                                                 */s/ Jennifer A. Moore*  
                                                 Jennifer A. Moore  
                                                 *Counsel for Plaintiff*