UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

Case No. 16-md-02741-VC

_____/

This Document Relates to:

*William Danowski v. Monsanto Co.*
Case No. 3:23-cv-00722

*Faith Gibson v. Monsanto Co.*
Case No. 3:22-cv-04399

*Kathleen Hirvela v. Monsanto Co.*
Case No. 3:23-cv-00718

*Jeanne Hueckel v. Monsanto Co.*
Case No. 3:22-cv-09088

*Sheldon Jones v. Monsanto Co.*
Case No. 3:22-cv-04265

*Laurie Lampert v. Monsanto Co.*
Case No. 3:22-cv-05044

*Sally Levy v. Monsanto Co.*
Case No. 3:23-cv-00761

*William Mellon v. Monsanto Co.*
Case No. 3:22-cv-01951

*John Morrissey v. Monsanto Co.*
Case No. 3:22-cv-05731

*Chris Munday v. Monsanto Co.*
Case No. 3:23-cv-00720

*Albert Roman v. Monsanto Co.*
Case No. 3:22-cv-03855

*Michael Somach v. Monsanto Co.*
Case No. 3:19-cv-06048

_____/

# PLAINTIFFS' RESPONSE TO ORDER ENFORCING PRETRIAL ORDER NO. 240 [DKT. NO. 18389]

COMES NOW, the above listed Plaintiffs by and through undersigned counsel and files this Response to Order Enforcing Pretrial Order No. 240 [Dkt. No. 18389] and states as follows:

1. Plaintiffs have all submitted a claims package to Special Master Ken Feinberg and Plaintiffs have all received an offer from Special Master Ken Feinberg. See attached Exhibit A. The dates Plaintiffs submitted a claims package and received an offer are as follows:

| Plaintiff | Case No. | Date Claims Package Submitted | Date Offer Issued |
|---|---|---|---|
| *William Danowski* | 3:23-cv-00722 | 9/20/2023 | 12/5/2023 |
| *Faith Gibson* | 3:22-cv-04399 | 1/27/2023 | 2/14/2023 |
| *Kathleen Hirvela* | 3:23-cv-00718 | 2/28/2023 | 3/23/2023 |
| *Jeanne Hueckel* | 3:22-cv-09088 | 9/20/2023 | 11/13/2023 |
| *Sheldon Jones* | 3:22-cv-04265 | 4/27/2023 | 5/23/2023 |
| *Laurie Lampert* | 3:22-cv-05044 | 2/21/2023 | 3/7/2023 |
| *Sally Levy* | 3:23-cv-00761 | 3/23/2023 | 4/6/2023 |
| *William Mellon* | 3:22-cv-01951 | 8/25/2022 | 11/15/2022 |
| *John Morrissey* | 3:22-cv-05731 | 10/27/2022 | 12/20/2022 |
| *Chris Munday* | 3:23-cv-00720 | 8/3/2023 | 8/22/2023 |
| *Albert Roman* | 3:22-cv-03855 | 1/27/2023 | 4/17/2023 |
| *Michael Somach* | 3:19-cv-06048 | 2/8/2022 | 5/25/2022 |

2. Upon receiving the Court's Order Enforcing Pretrial Order No. 240, Plaintiffs' counsel reached out to Special Master Ken Feinberg to inquire further since claims packages were all submitted and offers were given for all the listed plaintiffs. Special Master Ken Feinberg informed Plaintiffs' counsel that Special Master Ken Feinberg wanted a written acceptance or rejection of the offer despite the offers being expired, deemed rejected, and null and void.

Plaintiffs' counsel subsequently was told by Special Master Ken Feinberg that despite the offers being expired, deemed rejected, and null and void, that the offers are still available to be accepted.

3. Plaintiffs have all complied with this Court's Pretrial Order No. 240 by timely submitting the requested documentation to Special Master Ken Feinberg and participating in the settlement program. Plaintiff's counsel has further informed Special Master Ken Feinberg that counsel will provide the requested written rejections.

WHEREFORE, plaintiffs request that this Honorable Court find that they are in compliance with Pretrial Order 240 and do not dismiss their cases with prejudice.

Respectfully submitted this 23rd day of May, 2024.

*Austin Grinder*

Austin J. Grinder, Esquire
Fla. Bar No.: 54029
agrinder@getjustice.com
Eric Roslansky, Equire
Fla. Bar No.: 0042067
eroslansky@getjustice.com
roundup-service@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL  33733-6847
(727) 327-3222
Attorneys for Plaintiffs

# EXHIBIT A

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Mr. William Danowski
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

    Re:   **Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
           **Independent Roundup Settlement Program**

Dear Mr. Danowski:

We issued a settlement offer to you through the Roundup Independent Settlement Program on December 5, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above. Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you. If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void. I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

Sincerely,

Kenneth R. Feinberg
Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Ms. Faith Gibson
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

    Re:   **Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
           **Independent Roundup Settlement Program**

Dear Ms. Gibson:

We issued a settlement offer to you through the Roundup Independent Settlement Program on February 14, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above. Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you. If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void. I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

                                              Sincerely,

                                              Kenneth R. Feinberg
                                              Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Ms. Kathleen Hirvela
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

      **Re:   Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
      **Independent Roundup Settlement Program**

Dear Ms. Hirvela:

We issued a settlement offer to you through the Roundup Independent Settlement Program on March 23, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to
**RoundupProgram@FeinbergLawOffices.com**.

Sincerely,

Kenneth R. Feinberg
Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Ms. Jeanne Hueckel
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

      **Re:  Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)
      Independent Roundup Settlement Program**

Dear Ms. Hueckel:

We issued a settlement offer to you through the Roundup Independent Settlement Program on November 13, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

                                              Sincerely,

                                              Kenneth R. Feinberg
                                              Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Mr. Sheldon Jones
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

      **Re:   Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)
      Independent Roundup Settlement Program**

Dear Mr. Jones:

We issued a settlement offer to you through the Roundup Independent Settlement Program on May 22, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

                                                      Sincerely,

                                                      Kenneth R. Feinberg
                                                      Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Ms. Laurie Lampert
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

      **Re:   Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
      **Independent Roundup Settlement Program**

Dear Ms. Lampert:

We issued a settlement offer to you through the Roundup Independent Settlement Program on March 7, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

                                                    Sincerely,

                                                    Kenneth R. Feinberg
                                                    Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Ms. Sally Levy
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

      **Re:  Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
      **Independent Roundup Settlement Program**

Dear Ms. Levy:

We issued a settlement offer to you through the Roundup Independent Settlement Program on April 6, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

                                          Sincerely,

                                          Kenneth R. Feinberg
                                          Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Mr. William Mellon
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

      **Re:  Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
      **Independent Roundup Settlement Program**

Dear Mr. Mellon:

We issued a settlement offer to you through the Roundup Independent Settlement Program on November 15, 2022.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

Sincerely,

Kenneth R. Feinberg
Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Mr. John Morrissey
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

      **Re:  Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)
      Independent Roundup Settlement Program**

Dear Mr. Morrissey:

We issued a settlement offer to you through the Roundup Independent Settlement Program on December 20, 2022.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

Sincerely,

Kenneth R. Feinberg
Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Mr. Chris Munday
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

    **Re:  Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
          **Independent Roundup Settlement Program**

Dear Mr. Munday:

We issued a settlement offer to you through the Roundup Independent Settlement Program on August 22, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

                                                              Sincerely,

                                                              Kenneth R. Feinberg
                                                              Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Mr. Albert Roman
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

      Re:  **Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
            **Independent Roundup Settlement Program**

Dear Mr. Roman:

We issued a settlement offer to you through the Roundup Independent Settlement Program on April 17, 2023.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to
**RoundupProgram@FeinbergLawOffices.com**.

                                            Sincerely,

                                            Kenneth R. Feinberg
                                            Independent Settlement Master

# THE LAW OFFICES OF
# KENNETH R. FEINBERG PC

THE WILLARD OFFICE BUILDING
1455 PENNSYLVANIA AVENUE, N.W.
SUITE 390
WASHINGTON, D.C. 20004-1008
(202) 371-1110 (TELEPHONE)

March 5, 2024

**BY EMAIL**

Mr. Michael Somach
c/o Austin Grinder, Esq.
The Ruth Law Team
P.O. Box 16847
St. Petersburg, FL 33733

    Re:  **Roundup Products Liability Litigation, MDL. No. 2741 (N.D. Cal.)**
          **Independent Roundup Settlement Program**

Dear Mr. Somach:

We issued a settlement offer to you through the Roundup Independent Settlement Program on May 25, 2022.

Pursuant to the terms of the Determination Letter, your offer expired 30 days after the date of the letter.

This letter is a reminder that you must respond with either an acceptance or rejection of the settlement offer noted in the Determination Letter referenced above.  Please respond no later than April 4, 2024, which will be your final opportunity to accept the settlement amount offered to you.  If we do not receive your response by April 4, 2024, we will treat the settlement offer as rejected and the offer will become null and void.  I hope that you and your client will carefully consider this opportunity to resolve your case.

Please send your response to the Determination Letter to us via email to **RoundupProgram@FeinbergLawOffices.com**.

Sincerely,

Kenneth R. Feinberg
Independent Settlement Master