| | |
|---|---|
| **WILKINSON STEKLOFF LLP** <br> Brian L. Stekloff (*pro hac vice*) <br> (bstekloff@wilkinsonstekloff.com) <br> Rakesh Kilaru (*pro hac vice*) <br> (rkilaru@wilkinsonstekloff.com) <br> 2001 M St. NW <br> 10th Floor <br> Washington, DC 20036 <br> Tel: 202-847-4030 <br> Fax: 202-847-4005 <br><br> **HOLLINGSWORTH LLP** <br> Eric G. Lasker (*pro hac vice*) <br> (elasker@hollingsworthllp.com) <br> 1350 I St. NW <br> Washington, DC 20005 <br> Tel: 202-898-5843 <br> Fax: 202-682-1639 | **COVINGTON & BURLING LLP** <br> Michael X. Imbroscio (*pro hac vice*) <br> (mimbroscio@cov.com) <br> One City Center <br> 850 10th St. NW <br> Washington, DC 20001 <br> Tel: 202-662-6000 <br><br> **BRYAN CAVE LEIGHTON PAISNER LLP** <br> K. Lee Marshall (CA Bar No. 277092) <br> (klmarshall@bclplaw.com) <br> Three Embarcadero Center, 7th Floor <br> San Francisco, CA 94111 <br> Tel: 415-675-3400 \| Fax: 415-675-3434 <br><br> Jed P. White (CA Bar No. 232339) <br> (jed.white@bclplaw.com) <br> Linda C. Hsu (CA Bar No. 239880) <br> (linda.hsu@bclplaw.com) <br> 120 Broadway, Suite 300 <br> Santa Monica, CA 90401 <br> Tel:  310-576-2100 \| Fax: 310 -576-2200 |

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | MDL No. 2741 <br><br> Case No.: 3:16-md-02741-VC <br><br> **DEFENDANT MONSANTO COMPANY'S UNOPPOSED MOTION FOR REVISED WAVE 8 SCHEDULE** <br><br> [*Filed concurrently with [Proposed] Order*] |

Defendant Monsanto Company ("**Monsanto**") hereby requests that the Court enter the Proposed Order Granting Unopposed Motion for Revised Wave 8 Schedule ("Proposed Order"), filed concurrently herewith, which breaks Wave 8 into six sub-Waves, Wave 8A-8F. This motion is unopposed. In support of this motion, Monsanto respectfully states as follows:

1. On August 30, 2023, the Court entered an Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule ("August 30, 2023 CMO"). (MDL Dkt. 17234).

2. At the time of the August 30, 2023 CMO, Wave 7 contained a total of 451 cases and was broken into seven sub-Waves, Waves 7A-7G. Also at the time of the August 30, 2023 CMO, Wave 8 contained a total of 206 cases and was broken into three sub-Waves, Waves 8A-8C.

3. Since the Court's entry of the August 30, 2023 CMO, the total number of cases in Wave 8 has grown from 206 to 351 total cases. Of these 351 cases in Wave 8, 111 cases are originally from Wave 8, 148 cases are new to the MDL, and 92 cases are transfers from previous Waves.

4. Despite the large increases in cases in Wave 8, it still has only three sub-Waves. Thus, due to the increased number of cases in Wave 8, Monsanto respectfully requests that the Court enter the Proposed Order, filed concurrently herewith, which breaks Wave 8 into six sub-Waves, Wave 8A-8F.

5. Under the Proposed Order, the deadlines in Waves 8A-8C for close of discovery and submission of expert reports are unaltered from the August 30, 2023 CMO. The Proposed order simply adds three additional sub-Waves and breaks the total number of cases into six sub-Waves so that they are more manageable.

6. A scheduling order may be modified "upon a showing of good cause and by leave of the district judge." Fed. R. Civ. Proc. 16(b)(4).

7. Good cause exists to break Wave 8 into six sub-Waves because the total number of cases in Wave 8 has grown from 206 to 351 total cases since the Court's entry of the August 30, 2023 CMO. This motion is unopposed.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 23, 2024 | Respectfully submitted, |
| 3 | | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| 4 | | |
| 5 | | */s/ Jed P. White*<br>Jed P. White |
| 6 | | Attorneys for Defendant Monsanto Company |