**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR REVISED SCHEDULE FOR WAVE 8 SCHEDULE** |
| ALL ACTIONS | |

THIS MATTER came before the Court based on Defendant Monsanto Company's Unopposed Motion for Revised Wave 8 Schedule ("Unopposed Motion"). Having reviewed the Unopposed Motion, the proposed schedule below, and finding good cause shown, the Court GRANTS the Unopposed Motion, adding three additional sub-waves to Wave 8.  Cases that were assigned in previous Waves 1-7, and already moved to a later Wave on at least one occasion, will not be permitted to transfer to later Waves absent extraordinary circumstances.

**Wave 8 Schedule:**

| Event | Date |
|---|---|
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 8 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 4/15/2025 |

**Wave 8A Schedule**

| Event | Date |
|-------|------|
| Close of Wave 8A fact discovery | 9/6/2024 |
| Plaintiffs' expert reports due. | 9/9/2024 |
| Monsanto's expert reports due. | 10/9/2024 |
| Close of expert discovery. | 11/8/2024 |

**Wave 8B Schedule**

| Event | Date |
|-------|------|
| Close of Wave 8B fact discovery | 10/9/2024 |
| Plaintiffs' expert reports due. | 10/12/2024 |
| Monsanto's expert reports due. | 11/13/2024 |
| Close of expert discovery. | 12/13/2024 |

**Wave 8C Schedule**

| Event | Date |
|-------|------|
| Close of Wave 8C fact discovery | 11/11/2024 |
| Plaintiffs' expert reports due. | 11/15/2024 |
| Monsanto's expert reports due. | 12/16/2024 |
| Close of expert discovery. | 1/15/2025 |

**Wave 8D Schedule**

| Event | Date |
|---|---|
| Close of Wave 8D fact discovery | 12/9/2024 |
| Plaintiffs' expert reports due. | 12/13/2024 |
| Monsanto's expert reports due. | 1/13/2025 |
| Close of expert discovery. | 2/13/2025 |

**Wave 8E Schedule**

| Event | Date |
|---|---|
| Close of Wave 8E fact discovery | 1/9/2025 |
| Plaintiffs' expert reports due. | 1/13/2025 |
| Monsanto's expert reports due. | 2/13/2025 |
| Close of expert discovery. | 3/14/2025 |

**Wave 8F Schedule**

| Event | Date |
|---|---|
| Close of Wave 8C fact discovery | 2/9/2025 |
| Plaintiffs' expert reports due. | 2/13/2025 |
| Monsanto's expert reports due. | 3/14/2025 |
| Close of expert discovery. | 4/15/2025 |

**Wave 8 Briefing Schedule**

| Event | Date |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 4/25/2025 |
| Plaintiffs' *Daubert* motions due | 4/25/2025 |
| Oppositions re: *Daubert* and summary judgment due. | 5/9/2025 |
| Replies re: *Daubert* and summary judgment due. | 5/23/2025 |
| *Daubert* hearing (if necessary). | TBD |

**Wave 8 Case Assignments**

The below cases are assigned to Wave 8 and are assigned the below sub-waves for expert and discovery purposes as follows:

**Wave 8A**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adams, Leland | 3:22-cv-07590 | CA - C.D. |
| Albrecht, Michael David | 3:20-cv-01636 | MO - E.D. |
| Anderson, Jacklyn Lee | 3:20-cv-00848 | FL - M.D. |
| Bailey, Darrell | 3:23-cv-01926 | FL - M.D. |
| Baker, Brenda | 3:19-cv-05873 | MO - E.D. |
| Batts, Stanley | 3:20-cv-05939 | MO - E.D. |
| Bentley, Randall | 3:22-cv-05050 | LA - W.D. |
| Bischoff, David | 3:20-cv-05937 | MO - E.D. |
| Bray, Beverly | 3:19-cv-05060 | CA - N.D. |
| Buchanan, Mark | 3:20-cv-03718 | FL - M.D. |
| Chapman, Dick | 3:19-cv-06723 | FL - M.D. |
| Collier, Timothy | 3:23-cv-03947 | FL - M.D. |
| Daniels, Jerry | 3:19-cv-05870 | MO - E.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Danowski, William | 3:23-cv-00722 | FL - M.D. |
| Dennis, Alzonia | 3:22-cv-03225 | NJ - District of NJ |
| Ellis, Timothy | 3:19-cv-06091 | FL - M.D. |
| Faschingbauer, Larry J. | 3:17-cv-03202 | WI - W.D. |
| Fattakhov, Albert | 3:21-cv-09293 | NY - E.D. |
| Gibson, Faith | 3:22-cv-04399 | FL - M.D. |
| Goranson, Gordon | 3:21-cv-06832 | IL - Cook County |
| Gottstein, Ross | 3:23-cv-02961 | FL - M.D. |
| Grubb, Shawn | 3:20-cv-09293 | OK - W.D. |
| Hayes, Michael Randy | 3:21-cv-00965 | AL - Colbert County |
| Hernandez, Edwin | 3:19-cv-05872 | MO - E.D. |
| Hirvela, Kathleen | 3:23-cv-00718 | FL - N.D. |
| Howell, Tony | 3:20-cv-07322 | NC - W.D. |
| Hueckel, Jeanne | 3:22-cv-09088 | FL - M.D. |
| Jacobs, Billie June | 3:22-cv-02969 | NC - M.D. |
| Jilnicki, Robert | 3:19-cv-06047 | FL - M.D. |
| Jizhak, Eugene | 3:20-cv-04646 | CA - S.D. |
| Jones, Sheldon | 3:22-cv-04265 | GA - M.D. |
| Khal, Sami | 3:20-cv-09292 | NV - District of NV |
| Kimble, Nacole | 3:21-cv-01334 | NV - Clark County |
| Latham, Walter B. | 3:22-cv-06391 | LA - E.D. |
| Levy, Sally | 3:23-cv-00761 | FL - S.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Mazzeo, Peter A. | 3:19-cv-02315 | WA - W.D. |
| Mercer, Lance Dylan | 3:19-cv-06403 | WA - W.D. |
| Miller, Eric | 3:19-cv-07399 | SC - District of SC |
| Montgomery, Steven R. | 3:20-cv-07397 | LA - W.D. |
| Moreland, Jr., Emory | 3:20-cv-03069 | GA - S.D. |
| Morrissey, John | 3:22-cv-05731 | FL - M.D. |
| Parry, Diane | 3:22-cv-03226 | TX - S.D. |
| Pease, Marc | 3:21-cv-10049 | FL - M.D. |
| Pellerin, Sr., Gilbert P. | 3:21-cv-04634 | LA - W.D. |
| Piesik, Margaret Rae (Estate of Gary Piesik) | 3:19-cv-05660 | WA - W.D. |
| Ricke, Anne | 3:19-cv-06090 | FL - M.D. |
| Romano, Frank | 3:21-cv-01214 | LA - E.D. |
| Scheh, Johnetta | 3:20-cv-02427 | TX-E.D. |
| Seaman, Charles | 3:21-cv-02546 | FL - M.D. |
| Shelton, Norma Jean | 3:22-cv-08890 | LA - W.D. |
| Southerland, Willie | 3:19-cv-06049 | FL - M.D. |
| Stevens, Vickie Hall | 3:22-cv-03859 | FL - M.D. |
| Stewart, Mark D. | 3:20-cv-01835 | OK - Cleveland County |
| Taylor, Marilyn | 3:22-cv-04400 | LA - E.D. |
| Tierney, Patrick | 3:19-cv-01937 | WA - W.D. |
| Toyer, Joan Elizabeth | 3:19-cv-06405 | WA - W.D. |
| Webb, Dan W. | 3:20-cv-00493 | MS - N.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Zeig, Rosemary | 3:22-cv-05047 | MN - District of MN |

**Wave 8B**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Altomari, Marie | 3:23-cv-01746 | MN - District of MN |
| Barnett, Mark A. | 3:22-cv-07289 | MN - District of MN |
| Besse, Nikki | 3:23-cv-03187 | MO - E.D. |
| Billigen, Sr., Thomas J. | 3:22-cv-08892 | MN - District of MN |
| Birdstraw, Allison | 3:23-cv-02167 | MO - E.D. |
| Bostic, Peggy | 3:23-cv-02569 | MO - E.D. |
| Boucher, Daniel | 3:23-cv-03155 | MO - E.D. |
| Bourgeois, Andrea | 3:23-cv-04498 | LA - W.D. |
| Bowe, William P. | 3:22-cv-01229 | OH - Sandusky County |
| Briggs, Michael | 3:23-cv-03156 | MO - E.D. |
| Brown, Carolyn | 3:23-cv-05240 | PA - W.D. |
| Butts, Carol | 3:23-cv-03123 | MO - E.D. |
| Callahan, Tana | 3:22-cv-05663 | LA - E.D. |
| Canaday, Carolyn | 3:23-cv-04289 | MO - E.D. |
| Cromack, Wayne | 3:23-cv-00565 | MA - District of MA |
| Demarmels, Michael | 3:22-cv-04406 | NY - S.D. |
| DeRobbio, Michael | 3:20-cv-06776 | MO - E.D. |
| Doherty, Eric | 3:23-cv-01676 | NY - W.D. |
| Edward Shunk (Estate of Pearson, Verna) | 3:19-cv-07525 | WA - W.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Faulkner, Carl | 3:23-cv-03158 | MO - E.D. |
| Fazal, Faiz | 3:22-cv-06071 | NC - E.D. |
| Foster, Davis Lee | 3:23-cv-01059 | MO - E.D. |
| Frueh, William | 3:23-cv-01817 | NY - W.D. |
| Garrison, Sheri Mabile | 3:22-cv-05664 | LA - E.D. |
| Gell, William | 3:23-cv-01921 | MN - District of MN |
| Gilbert, Garry | 3:23-cv-03124 | MO - E.D. |
| Goddard, Thomas | 3:23-cv-00955 | MO - E.D. |
| Griffith, David | 3:23-cv-03268 | MO - E.D. |
| Gunn, Betty | 3:23-cv-03161 | MO - E.D. |
| Hammons, Robert E. | 3:22-cv-05286 | KY - Knox County |
| Harms, Nathan M. | 3:23-cv-03876 | NC - M.D. |
| Harris, Pamela | 3:23-cv-02564 | LA - E.D. |
| Hinkson, Thomas | 3:23-cv-03506 | MO - E.D. |
| Holden, Walter | 3:19-cv-05085 | CA - N.D. |
| Howard, Virginia | 3:22-cv-05315 | MO - E.D. |
| Jackson, Clarice | 3:22-cv-06599 | MO - E.D. |
| Jenkins, Nancy | 3:23-cv-03507 | MO - E.D. |
| Jolin, Jeffrey | 3:23-cv-02001 | MO - E.D. |
| Kane, Mary | 3:23-cv-02682 | MO - E.D. |
| King, Genevieve | 3:23-cv-02169 | MO - E.D. |
| Laury, Romeil | 3:23-cv-01361 | MO - E.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Luby, Jr., John, et al. | 3:22-cv-03830 | TX - Nueces County |
| Morehart, Daniel | 3:22-cv-06392 | MN - District of MN |
| Munday, Chris | 3:23-cv-00720 | GA - M.D. |
| Parsons, Kenneth J. | 3:19-cv-02577 | WA - W.D. |
| Pratt, Christopher | 3:23-cv-00052 | FL - M.D. |
| Ruiz, Irene C. | 3:22-cv-04716 | TX - W.D. |
| Sanchez, Maria | 3:20-cv-02634 | AL - M.D. |
| Sanders, Thomas Lake | 3:19-cv-07401 | WA - E.D. |
| Shaffer, Steven A. | 3:23-cv-01084 | IL - Cook County |
| Somach, Michael | 3:19-cv-06048 | FL - M.D. |
| Storlie, Frances (Estate of John Frances) | 3:19-cv-03785 | WA - E.D. |
| Sutton, Jackson | 3:23-cv-00221 | MN - District of MN |
| Thuss, Robert W. | 3:19-cv-07533 | GA - N.D. |
| Wilson, Robert S. | 3:22-cv-07528 | MN - District of MN |
| Yeargain, Betty | 3:22-cv-05976 | MN - District of MN |
| Yoder, Howard H. | 3:22-cv-03140 | OH - Madison County |
| Zarate, Juan Delgado | 3:23-cv-03877 | CA - E.D. |

**Wave 8C**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Aulakh, Amirk | 3:23-cv-00603 | CA - Merced County |
| Axelson, Maynard Russell (Estate of Kathleen Axelson) | 3:19-cv-06400 | WA - W.D. |
| Banet, John | 3:20-cv-07883 | IN - S.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Bartholomew, Michael | 3:23-cv-01914 | IA - Buena Vista County |
| Benzel, Thomas Jay | 3:19-cv-03462 | WA - E.D. |
| Bergeret, Jerrad | 3:23-cv-04960 | MO - E.D. |
| Besser, Matthew | 3:22-cv-05733 | IA - S.D. |
| Bricker, Ricky | 3:23-cv-00960 | IA - S.D. |
| Brookner, Mendel | 3:23-cv-04840 | FL - S.D. |
| Buntz, Robert | 3:23-cv-03658 | WI - W.D. |
| Carmiel, Bilha | 3:22-cv-03389 | NJ - District of NJ |
| Christy, Monique | 3:19-cv-03969 | LA - E.D. |
| Cilli, Gregory S. | 3:23-cv-00147 | CA - San Diego County |
| Coe, John Edward | 3:22-cv-01949 | WA - W.D. |
| Crutchfield, III, Charles E. | 3:22-cv-08860 | MN - District of MN |
| Culler, Barbara Zellers | 3:19-cv-06401 | WA - W.D. |
| Curtin, Maria P. | 3:23-cv-00471 | PA - W.D. |
| Delaney, Todd | 3:22-cv-05646 | CA - Alameda County |
| Delsuc, Laurent | 3:19-cv-02079 | WA - W.D. |
| Finneman, Connie | 3:18-cv-07021 | MO - E.D. |
| Gebo, Ron | 3:17-cv-00168 | FL - M.D. |
| Golling, John Michael | 3:23-cv-02960 | WA - W.D. |
| Graves, Brent L. | 3:21-cv-09832 | SD - District of SD |
| Greenwood, Elizabeth | 3:22-cv-04830 | PA - E.D. |
| Harris, Sarah M. | 3:23-cv-02566 | AL - N.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Hendrickson, Michael | 3:22-cv-09090 | WA - W.D. |
| Heuberger, James A. | 3:23-cv-00717 | IA - N.D. |
| Hogue, Christopher Michael | 3:19-cv-04117 | NC - W.D. |
| Hueschen, Lee A. | 3:21-cv-04937 | NE - Platte County |
| Jobman, Jeffrey T. | 3:22-cv-00093 | NE - Dawson County |
| Jolley, Steven R. | 3:23-cv-05537 | UT - District of UT |
| King, Jr., Arthur J. | 3:21-cv-09294 | GA - N.D. |
| King, Robert T. | 3:19-cv-04531 | CA - N.D. |
| Lee, Kevin | 3:23-cv-00957 | MO - E.D. |
| Luther, Darlene | 3:23-cv-03508 | MO - E.D. |
| Marrone, Stephanie | 3:23-cv-05070 | NJ - District of NJ |
| Martin, Thomas | 3:23-cv-05241 | NJ - District of NJ |
| Means, Ira | 3:23-cv-03509 | MO - E.D. |
| Myers, Philip | 3:19-cv-04411 | MO - E.D. |
| Nelson, Rebecca | 3:23-cv-03511 | MO - E.D. |
| Oehlmann, Michael | 3:20-cv-03067 | NJ - District of NJ |
| Pagliaro, Lisa | 3:23-cv-02246 | MO - E.D. |
| Phelps, James | 3:23-cv-03512 | MO - E.D. |
| Powell, Suzanna | 3:23-cv-03513 | MO - E.D. |
| Proctor, Irene | 3:23-cv-01818 | NY - W.D. |
| Reid, Charles Fredric | 3:22-cv-04080 | NC - M.D. |
| Rhoades, Cherie | 3:23-cv-03535 | MO - E.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Ritcheson, Kenneth | 3:23-cv-02170 | MO - E.D. |
| Robertson, Darlene | 3:23-cv-03515 | MO - E.D. |
| Roesky, Kathleen | 3:23-cv-03570 | MO - E.D. |
| Rogers, Loy | 3:23-cv-02572 | MN - District of MN |
| Rotella, Thomas P. | 3:21-cv-10050 | NY - W.D. |
| Shock, John | 3:23-cv-03548 | MO - E.D. |
| Smith, Gregory | 3:23-cv-03760 | MO - E.D. |
| Smith, Lanny | 3:23-cv-01087 | MO - E.D. |
| Sparkman, Gisela | 3:21-cv-06497 | CA - S.D. |
| Stormes, Lacy | 3:19-cv-06026 | CA - C.D. |
| Walker, Tracy Dean | 3:23-cv-02002 | MO - E.D. |

**Wave 8D**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Allen, Dorothy Elizabeth | 3:23-cv-05239 | CA - S.D. |
| Anderson, Michael | 3:19-cv-06092 | FL - M.D. |
| Billingsley, Sue, et al. | 3:18-cv-05309 | MS - N.D. |
| Brettin, Lisa | 3:24-cv-01110 | IN - N.D. |
| Bryant, Kenzie | 3:23-cv-04959 | TX - S.D. |
| Davis, Barbara C. | 3:20-cv-08169 | IN - S.D. |
| Decker, Brian | 3:23-cv-04499 | IA - N.D. |
| Ferrington, Charles | 3:21-cv-06113 | LA - W.D. |
| Grey, William R. | 3:24-cv-01611 | IA - N.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Hardman, Melissa | 3:23-cv-03759 | WI - W.D. |
| Helmich, Gerald | 3:20-cv-05941 | NY - W.D. |
| Henrich, Jack | 3:20-cv-03728 | IA - N.D. |
| Holbrook, Vetril | 3:23-cv-00956 | NC - W.D. |
| Jackson, Kathleen | 3:23-cv-01572 | FL - M.D. |
| Jansen, Jeffrey | 3:22-cv-08891 | MN - District of MN |
| Johnson, Deborah | 3:19-cv-04017 | MN - District of MN |
| Katz, Bernice | 3:20-cv-01825 | MI - E.D. |
| Kaup, Junella | 3:20-cv-05534 | TX - S.D. |
| Keene Williams, Mary Kathyrn | 3:19-cv-04783 | CA - N.D. |
| Lafrance, Adam J. | 3:22-cv-05977 | MI - E.D. |
| Lamar, Shanda | 3:22-cv-06389 | FL - M.D. |
| Lampert, Laurie | 3:22-cv-05044 | FL - M.D. |
| Levine, Susan | 3:22-cv-08859 | CA - S.D. |
| Lopez, Ariana | 3:23-cv-02681 | CA - C.D. |
| Lubischer, David | 3:23-cv-02962 | PA - W.D. |
| McKemie, William M. | 3:20-cv-07324 | TX - W.D. |
| Mee, Kevin | 3:20-cv-01237 | ID - District of ID |
| Mellon, William | 3:22-cv-01951 | FL - M.D. |
| Mistich, Raymond | 3:23-cv-04015 | LA - Orleans Parish |
| Montgomery, Steven R. | 3:20-cv-07397 | LA - W.D. |
| Murphy, Lawrence E. | 3:23-cv-04937 | MS - N.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Nederhoff, David | 3:22-cv-07287 | MN - District of MN |
| Occhipinti, Connie | 3:22-cv-00470 | FL - M.D. |
| Orsborne, Mark P. | 3:22-cv-09041 | MA - District of MA |
| Plank, Wilson | 3:20-cv-03450 | FL - M.D. |
| Pridgen, Jerry | 3:23-cv-03025 | NC - E.D. |
| Prieto-Rodriguez, Miguel A. | 3:22-cv-04833 | PR - Carolina Region |
| Roman, Albert | 3:22-cv-03855 | FL - M.D. |
| Rowland, Dan | 3:22-cv-06660 | CA - San Bernardino |
| Sanders, Deborah | 3:23-cv-04694 | MT - District of MT |
| Schrag, Paul | 3:22-cv-08888 | FL - Miami Dade County |
| Sheppard, Christine | 3:16-cv-05650 | HI - District of Hawaii |
| Stone, John | 3:19-cv-04492 | MO - E.D. |
| Strickland, Silas | 3:23-cv-02509 | GA - S.D. |
| Teague, JaRon Shawn La'vickta | 3:23-cv-04605 | KY - W.D. |
| Tyler, William | 3:22-cv-09089 | MO - E.D. |
| Van Der Zandan, Scott | 3:19-cv-08268 | OR - District of OR |
| Vanlandingham, Clifford | 3:23-cv-03549 | MO - E.D. |
| Vincent, Roger | 3:23-cv-00648 | ID - District of ID |
| Von Staden, Richard | 3:23-cv-01182 | FL - M.D. |
| Wainer, Bruce | 3:23-cv-04606 | LA - E.D. |
| Wasson, William | 3:22-cv-05412 | CA - C.D. |
| Weaver, Douglas | 3:23-cv-00352 | MI - E.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| White, James | 3:23-cv-03550 | MO - E.D. |
| Wollfarth, Mark | 3:19-cv-03599 | LA - E.D. |
| Wood, Gloria | 3:23-cv-03608 | MO - E.D. |
| Wood, Johnny | 3:22-cv-03818 | TX - N.D. |
| Wright, Winston | 3:23-cv-03609 | MO - E.D. |
| Young, John Gordon | 3:18-cv-03514 | SC - District of SC |
| Zenz, Berniece | 3:23-cv-02148 | OH - Henry County |

**Wave 8E**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Austin, Robert | 3:22-cv-07589 | CA - C.D. |
| Baker, Patty K. | 3:24-cv-01112 | MO - E.D. |
| Bartley, Sharon | 3:24-cv-00734 | NC - E.D. |
| Black, Sharon J. | 3:24-cv-01111 | WI - E.D. |
| Bowman, Rory | 3:24-cv-00760 | NY - E.D. |
| Brantley, Melanie | 3:20-cv-07885 | AL - N.D. |
| Carpenter, Elaine | 3:24-cv-00938 | FL - S.D. |
| Chambers, James O. | 3:24-cv-00510 | MO - E.D. |
| Charles, Jr., Peter | 3:24-cv-00735 | MO - E.D. |
| Cooper-Heimann, Deborah | 3:24-cv-00509 | MO - E.D. |
| Dawson, Joseph | 3:24-cv-00505 | MO - E.D. |
| Delicino, Patricia | 3:24-cv-01106 | MO - E.D. |
| DiBlasio, Joanne | 3:23-cv-06434 | FL - M.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Ditoro, Charles | 3:23-cv-01960 | FL - S.D. |
| Engel, Karen | 3:24-cv-00518 | WI - W.D. |
| French, Leon | 3:24-cv-01392 | MA - District of MA |
| George, Dalton | 3:24-cv-01225 | IN - S.D. |
| Goranson, Gordon | 3:21-cv-06832 | IN - N.D. |
| Green, Kari Dagny Louise | 3:23-cv-05878 | GA - N.D. |
| Gutmann, Roland Wayne | 3:24-cv-01105 | NY - N.D. |
| Harrison, Joe D. | 3:21-cv-03602 | OK - E.D. |
| Jashinsky, Robert | 3:24-cv-00528 | CA - C.D. |
| Kaufmann, Sue | 3:24-cv-00738 | MO - E.D. |
| Kealiinohomoku, Joseph | 3:21-cv-06110 | NV - District of NV |
| Kerchner, Gary R. | 3:24-cv-00517 | MO - E.D. |
| Linszky, Patricia | 3:24-cv-00513 | NJ - District of NJ |
| Locsin, Douglas | 3:23-cv-02571 | CA - E.D. |
| Luby, Jr., John, et al. | 3:22-cv-03830 | TX - S.D. |
| Maalik, Dhafir | 3:24-cv-00792 | IL - N.D. |
| McAlister, James | 3:24-cv-00684 | PA - W.D. |
| McGranahan, Dustin | 3:23-cv-06712 | MO - E.D. |
| Merrion, James L. | 3:24-cv-00503 | PA - M.D. |
| Michaelson, Ruth | 3:24-cv-00686 | PA - W.D. |
| Niescierowicz, Mariola | 3:21-cv-05319 | CA - C.D. |
| Orellana, Jennifer | 3:21-cv-05625 | CA - E.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Pellerin, Sr., Gilbert P. | 3:21-cv-04634 | LA - W.D. |
| Peterson, Mattie T. | 3:24-cv-00759 | MO - E.D. |
| Petinga, Charles | 3:24-cv-00685 | WI - E.D. |
| Petinga, Velna | 3:24-cv-00694 | WI - E.D. |
| Pintar, Patricia A. | 3:24-cv-00516 | IN - S.D. |
| Plummer, Robert | 3:23-cv-01269 | FL - M.D. |
| Pollack, Celeste | 3:24-cv-00687 | IL - C.D. |
| Powell, Richard | 3:21-cv-02123 | AR - E.D. |
| Queeno, Donald | 3:24-cv-00688 | NY - W.D. |
| Radcliffe, Dean | 3:24-cv-00690 | NJ - District of NJ |
| Repine, Michael | 3:23-cv-06435 | PA - W.D. |
| Rose, Betty | 3:24-cv-00714 | IN - S.D. |
| Rush, Larry | 3:24-cv-00515 | NJ - District of NJ |
| Sammons, Amy | 3:23-cv-00050 | NY - N.D. |
| Siciliano, Robert | 3:24-cv-00842 | FL - S.D. |
| Sieve, Darcy | 3:23-cv-06160 | MN - District of MN |
| Stewart, Donna | 3:24-cv-00691 | IL - S.D. |
| Stratton, Richard | 3:23-cv-05877 | MO - E.D. |
| Sweeney, Kevin | 3:24-cv-00692 | NY - S.D. |
| Taylor, Marion | 3:24-cv-00761 | TX - S.D. |
| Thompson, Nancy | 3:24-cv-00762 | NY - N.D. |
| Wassell, Jeffrey | 3:24-cv-00763 | PA - E.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Westbrook, Norton | 3:23-cv-02985 | FL - M.D. |
| Williams, Bernice | 3:21-cv-05973 | TN - E.D. |
| Williams, Debby | 3:24-cv-00767 | MO - E.D. |
| Williams, Leon | 3:24-cv-01155 | IA - N.D. |

**Wave 8F**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Anderes, Fred | 3:24-cv-01114 | NY - E.D. |
| Angers, John Matthew | 3:24-cv-01594 | LA - W.D. |
| Bailey, Ronald | 3:24-cv-01595 | NJ - District of NJ |
| Blanchard, Wayne J. | 3:24-cv-02489 | LA - W.D. |
| Breeden, Franklin | 3:24-cv-01125 | TX - S.D. |
| Brooks, Gabriel T. | 3:24-cv-01153 | MO - E.D. |
| Brouillette, Charles | 3:24-cv-01731 | LA - E.D. |
| Carpenter, Chad | 3:24-cv-01127 | IL - N.D. |
| Coffee, Raymond | 3:24-cv-01212 | CO - District of CO |
| Comeaux, Shirley | 3:24-cv-01116 | MO - Cole County |
| Cottrell, Billy | 3:24-cv-01115 | AR - W.D. |
| Creecy, Alana | 3:24-cv-01396 | LA - E.D. |
| Dent, George | 3:24-cv-01397 | LA - E.D. |
| Dimock, Gene | 3:24-cv-01128 | TX - N.D. |
| Draten, Linda | 3:24-cv-01398 | LA - M.D. |
| Gallagher, Edward | 3:24-cv-01154 | IL - N.D. |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Gaunichaux, Kendra | 3:24-cv-01399 | LA - E.D. |
| Gray, Nancy Huerstel | 3:24-cv-01733 | LA - E.D. |
| Harrison, Marty | 3:24-cv-00737 | MO - E.D. |
| Hoard, Rhonda | 3:24-cv-01149 | MI - W.D. |
| Homa, Richard | 3:24-cv-01103 | PA - E.D. |
| Jones, Albert | 3:24-cv-01395 | MA - District of MA |
| Juehring, Lee | 3:24-cv-01400 | IL - S.D. |
| King, Michael A. | 3:24-cv-02018 | CA - S.D. |
| Kocur, Paul E. | 3:24-cv-01445 | MN - District of MN |
| Krystofik, Eric | 3:24-cv-00939 | NY - W.D. |
| Larrabee, Tony | 3:24-cv-00740 | MO - E.D. |
| Linn, James | 3:24-cv-00741 | AR - W.D. |
| Matthews, Beverly | 3:24-cv-01612 | LA - W.D. |
| McJunkins, Steven | 3:24-cv-00875 | MO - E.D. |
| McMullen, Donna | 3:24-cv-00742 | MO - E.D. |
| Meisner, Jon | 3:24-cv-00941 | MN - District of MN |
| Michel, Kathy | 3:24-cv-00876 | MO - W.D. |
| Moon, Thomas | 3:24-cv-00744 | MO - E.D. |
| Nix, Troy | 3:24-cv-00745 | MO - Cole County |
| Novich, Robert | 3:24-cv-00756 | MO - E.D. |
| Parker, Danny | 3:24-cv-00757 | MO - E.D. |
| Pawlowski, John | 3:24-cv-01401 | NJ - District of NJ |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Phillips, Blaine | 3:24-cv-00942 | MN - District of MN |
| Popp, Thomas | 3:24-cv-01613 | WI - W.D. |
| Reed, Samuel | 3:24-cv-00877 | MO - E.D. |
| Sapp, Wanda | 3:24-cv-01150 | FL - M.D. |
| Sclafani, Frank | 3:24-cv-01402 | LA - E.D. |
| Settembrini, Anne | 3:24-cv-01151 | FL - M.D. |
| Shapiro, Robert | 3:24-cv-00882 | MO - E.D. |
| Sheffield, Steve D. | 3:24-cv-01877 | AL - N.D. |
| Sliva, Rosemary | 3:24-cv-01615 | MO - E.D. |
| Stains, Charles | 3:24-cv-01403 | LA - E.D. |
| Stein, Audrey | 3:24-cv-01102 | WI - W.D. |
| Stephens, Danny | 3:24-cv-02058 | TN - M.D. |
| Sterling, Danielle | 3:24-cv-00881 | MO - E.D. |
| Stiegelmeyer, Kurt | 3:24-cv-00940 | MN - District of MN |
| Talley, Seth | 3:24-cv-01876 | NC - E.D. |
| Taylor, Jeanette | 3:24-cv-00880 | KY - E.D. |
| Thibodeaux, Tobby | 3:24-cv-01404 | MO - Cole County |
| Villalobos, Addon Urra | 3:24-cv-01407 | FL - M.D. |
| Vopelak, Derek | 3:24-cv-01688 | IA - N.D. |
| Ware, Connie | 3:24-cv-00914 | OH - N.D. |
| Wicklund, David | 3:24-cv-01152 | FL - M.D. |
| Wilson, Carl | 3:24-cv-00878 | MO - E.D. |

Date: _____, 2024

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT