**Aimee H. Wagstaff, Esq.**
*Licensed in Colorado, California, & Missouri*
AWagstaff@WagstaffLawFirm.com

940 North Lincoln Street
Denver, Colorado 80203
(303) 376-6360
www.WagstaffLawFirm.com

May 23, 2024

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court,
Northern District of California

RE: Case No: 3:16-md-02741-VC, *In re Roundup Products Liability Litigation*

To the Honorable Vince Chhabria:

I write in response to "Order Enforcing Pretrial Order No. 240," ECF Doc. No. 18389 ("Enforcement Order"). My paralegal, Kevin Rowe, gathered and provided to me the contact information for counsel identified on Appendix 1 and Appendix 2 of the Enforcement Order. On May 23, 2024, I e-mailed those counsel to notify them that they are not in compliance with PTO 240. I attached a copy of the Enforcement Order in the e-mail and included Special Master Feinberg so he could answer any follow up questions. Next, I e-mailed the PTO 280 listserv that my office created and reminded all MDL 2741 counsel of their duty to comply with PTO 240. I included a copy of PTO 240 on that reminder e-mail.

Sincerely,

*/s/ Aimee Wagstaff*

Aimee Wagstaff , Esq.