**BRUSTER PLLC**
Anthony K. Bruster
New Mexico Bar No. 20283
John C. Hull
Texas Bar No. 24050791
680 N. Carroll Ave., Suite 110
Southlake, Texas 76092
Telephone: (817) 601-9564
Facsimile: (817) 796-2929
Email: akbruster@brusterpllc.com
         jhull@brusterpllc.com

*Attorneys for Plaintiff*
*Marita Renteria*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Marita Renteria v. Monsanto Company, et al.,*<br>Case No. 3:22-cv-00877-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**STIPULAITON AND NOTICE OF DISMISSAL WITH PREJUDICE** |

### STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs and fees.

Counsel for the parties have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this plaintiff.

Dated: May 23, 2024                     Respectfully submitted,


 /s/ Anthony K. Bruster
Anthony K. Bruster
New Mexico Bar No. 20283
John C. Hull
Texas Bar. No. 24050791
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, Texas 76092
Telephone: (817) 601-9564
Facsimile: (817) 796-2929
Email: akbruster@brusterpllc.com
            jhull@brusterpllc.com


**NACHAWATI LAW GROUP**
Gibbs Henderson
Texas No. 24041084
5489 Blair Road
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
Email: ghenderson@fnlawfirm.com

*Attorneys for Plaintiff Marita Renteria*


/s/ Anthony Martinez
Anthony Martinez
**SHOOK, HARDY & BACON LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Email: amartinez@shb.com

*Attorneys for Defendant Monsanto Co.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Anthony K. Bruster, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*/s/ Anthony K. Bruster*
Anthony K. Bruster
**BRUSTER PLLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2024, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system, which sent notice of the filing to all appearing parties of records.

*/s/ Anthony K. Bruster*
Anthony K. Bruster
**BRUSTER PLLC**