1  Matthew B. Abney
   NELSON MULLINS RILEY & SCARBOROUGH LLP
2  1320 Main Street, Meridian 17th Floor
   Columbia, SC 29201
3  Telephone: (803) 799-2000
   Facsimile: (803) 256-7500
4  matthew.abney@nelsonmullins.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6
                    **UNITED STATES DISTRICT COURT**
7                   **NORTHERN DISTRICT OF CALIFORNIA**

8  IN RE: ROUNDUP PRODUCTS LIABILITY         MDL No. 2741
   LITIGATION
9

10 Case No. MDL No. 3:16-md-2741-VC
                                              **NOTICE OF APPEARANCE OF**
11                                            **MATTHEW B. ABNEY ON BEHALF OF**
                                              **MONSANTO COMPANY**
12

13 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

14         PLEASE TAKE NOTICE that, pursuant to Pretrial Order Nos. 1 and 7, Matthew B. Abney

15 of the firm Nelson Mullins Riley & Scarborough LLP hereby enters an appearance as counsel for

16 Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that

17 all pleadings, notices, orders, correspondence, and other papers in connection with this action be

18 served on and directed to the undersigned counsel.

19

20 May 24, 2024                                Respectfully Submitted,

21

22                                             By:  */s/ Matthew B. Abney*
                                                   Matthew B. Abney
23                                                 NELSON MULLINS RILEY &
                                                   SCARBOROUGH LLP
24                                                 1320 Main Street, Meridian 17th Floor
                                                   Columbia, SC 29201
25                                                 Telephone: (803) 799-2000
                                                   Facsimile: (803) 256-7500
26                                                 matthew.abney@nelsonmullins.com

27                                                 *Attorney for Defendant*
                                                   *MONSANTO COMPANY*
28

## CERTIFICATE OF SERVICE

I, Matthew B. Abney, Attorney at Nelson Mullins Riley & Scarborough LLP, hereby certify that on May 24, 2024 I electronically filed the foregoing NOTICE OF APPEARANCE OF MATTHEW B. ABNEY ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Respectfully submitted,

 /s/Matthew B. Abney
Matthew B. Abney
Attorney
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, Meridian 17th Floor
Columbia, SC 29201
Telephone: (803) 255-5502
Facsimile: (803) 256-7500
matthew.abney@nelsonmullins.com

*Attorney for Defendant*
*MONSANTO COMPANY*