Jennifer Scullion, CA Bar 183476
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
jscullion@seegerweiss.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGIATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This Document Relates To: | **PLAINTIFF'S UNOPPOSED MOTION TO MOVE CASE TO WAVE 8C** |
| *Robert Kirby v. Monsanto Co.*, Case 3:21-cv-08447-VC | [*Filed concurrently with [Proposed] Order*] |

Plaintiff Robert Kirby ("Plaintiff"), without opposition from Defendant Monsanto Company ("Monsanto"), respectfully requests that the Court move this case from Wave 7G to Wave 8C. In support of this Motion, Plaintiff respectfully states as follows:

1.  On August 30, 2023, Plaintiff's case was assigned to Wave 7G.

2.  Plaintiff's case has never been moved to a later wave.

3.  Mindful of the deadlines pertaining to Wave 7G cases, the parties have diligently pursued discovery in this matter. Plaintiff has served a Plaintiff Fact Sheet and authorizations to obtain medical records. Plaintiff's counsel has conferred with counsel for Monsanto regarding the scheduling of Plaintiff's deposition at a mutually agreed date.

4.  Plaintiff believes the best course of action is to move his case to Wave 8C in order to complete outstanding fact discovery prior to producing an expert report.

 5. Plaintiff's counsel has conferred with counsel for Monsanto and confirmed that Monsanto does not oppose Plaintiff's request to move this case from Wave 7G to Wave 8C.

Dated: May 24, 2024

Respectfully submitted,

/s/ Jennifer Scullion
Jennifer Scullion, CA Bar 183476
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
jscullion@seegerweiss.com

Attorneys for Plaintiff