1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jennifer Scullion, CA Bar 183476
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
jscullion@seegerweiss.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGIATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This Document Relates To:<br><br>*Robert Kirby v. Monsanto Co.*,<br>Case 3:21-cv-08447-VC | **[PROPOSED] ORDER GRANTING MOTION TO MOVE CASE TO WAVE 8C** |

Plaintiff's Unopposed Motion to Move Case from Wave 7G to Wave 8C is hereby granted.

**IT IS SO ORDERED.**

Dated: _____

_____
VINCE CHHABRIA
United States District Judge