## CERTIFICATE OF SERVICE

I certify that on the 24th day of May, 2024, I electronically transmitted the foregoing UNOPPOSED MOTION TO MOVE CASE TO WAVE 8C to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

/s/Jennifer Scullion
Jennifer Scullion, CA Bar 183476
SEEGER WEISS LLP
Attorney for Plaintiff