UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |

_____/

This Document Relates to:

*Kathleen Jackson as Personal Representative of the Estate of Eddie Jackson v. Monsanto Co.*
3:23-cv-01572-VC

*Kevin Mee v. Monsanto Co.*
3:20-cv-01237-VC

*Charles Fredric Reid v. Monsanto Co.*
3:22-cv-04080-VC

**PLAINTIFFS' RESPONSE TO ORDER ENFORCING
PRETRIAL ORDER NO. 240 [DKT. NO. 18389]**

COMES NOW, the above listed Plaintiffs by and through undersigned counsel, files this Response to Order Enforcing Pretrial Order No. 240 [Dkt. No. 18389] and states as follows:

1. Upon receiving the Court's Order Enforcing Pretrial Order No. 240, Plaintiffs' counsel reached out to Special Master Ken Feinberg via roundupprogram@feinberglawoffices.com and communicated that the above listed Plaintiffs are not accepting their settlement offers despite the offers being expired, deemed rejected, and null and void.

2. Plaintiffs' counsel received a response from Feinberg Law Offices confirming receipt and stating the above communication will suffice for purposes of complying with Pretrial Order No. 240. A copy of that correspondence is enclosed to this Response as "*Exhibit A*."

3.      Therefore, Plaintiffs have complied with this Court's Pretrial Order No. 240 by timely communicating in writing the rejection of the settlement offers for the above listed Plaintiffs.

WHEREFORE, Plaintiffs request that this Honorable Court find that they are in compliance with Pretrial Order 240 and do not dismiss their cases with prejudice.

Respectfully submitted this 24th day of May, 2024.

By: **OSBORNE & FRANCIS LAW FIRM PLLC**

*/s/ Joseph A. Osborne*
Joseph A. Osborne, Esq. (FL Bar No: 880043)
josborne@realtoughlawyers.com
J. Robert Bell III, Esq. (FL Bar No: 115918)
rbell@realtoughlawyers.com
**OSBORNE & FRANCIS LAW FIRM PLLC**
925 S. Federal Highway, Suite 175
Boca Raton, FL 33432
(561) 293-2600 / (561) 923-8100 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2024, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

*/s/ Joseph A. Osborne*