**Robby Bell**

**From:** Roundup Program <rounduppprogram@feinberglawoffices.com>
**Sent:** Thursday, May 23, 2024 5:17 PM
**To:** Robby Bell
**Cc:** Joseph Osborne
**Subject:** RE: Osborne & Francis - Order Enforcing Pretrial Order No. 240

<mark>EXTERNAL EMAIL:</mark>
Dear Counsel,

Thank you for letting us know the Claimants are rejecting the offers. This information will suffice.

Thank you,
Feinberg Law Offices

**From:** Robby Bell <rbell@realtoughlawyers.com>
**Sent:** Thursday, May 23, 2024 3:53 PM
**To:** Roundup Program <rounduppprogram@feinberglawyers.com>
**Cc:** Joseph Osborne <josborne@realtoughlawyers.com>
**Subject:** Osborne & Francis - Order Enforcing Pretrial Order No. 240

**Caution:** This is an external email. Please take care when clicking links or opening attachments. Do not open attachments from unknown senders.

Good afternoon, regarding the three below cases identified in the attached order, the clients will not be accepting their settlement offers.

| 39 | Osborne & Francis Law Firm, PLLC | Jackson, Eddie | 3:23-cv-01572-VC |
| 40 | Osborne & Francis Law Firm, PLLC | Mee, Kevin | 3:20-cv-01237-VC |
| 41 | Osborne & Francis Law Firm, PLLC | Reid, Charles | 3:22-cv-04080-VC |

1

Please confirm receipt and advise if this suffices/complies with the requirement identified in the attached order.

Thank you,
Robby Bell

**J. Robert Bell III, Esquire**
*Partner and Attorney at Law*
Osborne & Francis Law Firm, PLLC
925 South Federal Highway, Suite 175
Boca Raton, FL 33432
(561) 293-2600; Fax: (561) 923-8100
Email: rbell@realtoughlawyers.com



***CONFIDENTIALITY WARNING:*** This e-mail is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it and notify us immediately by e-mail at the above e-mail address or via telephone at (561) 293-2600 AND DELETE THE ORIGINAL MESSAGE.

***REPLIES FILTERED:*** Any incoming reply to this communication to us will be electronically filtered for "spam" and/or "viruses," which may result in your reply being quarantined and potentially delayed or not received at all. For that reason, we cannot guarantee that we will receive your reply or receive it in a timely manner. Accordingly, you should consider sending communications to us which are particularly important or time-sensitive by means other than e-mail or, at a minimum, follow up with us to ensure that it was received. Although this e-mail is believed to be free of any virus or other defect that might affect any computer system in which it is received, it is the responsibility of the recipient to ensure that it is virus free. Osborne & Francis Law Firm accepts no responsibility for any loss or damage arising in any way from its use.

2