UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |

*This document relates to:*

*Estate of Robert Hammons v Monsanto Co,*
Case No. 3:22-CV-5286

### PLAINTIFF'S RESPONSE TO ORDER ENFORCING PRETRIAL ORDER NO. 40 [DKT. NO. 18389]

Comes the Plaintiff, by and through counsel, and files Plaintiff's Response to Order Enforcing Pre-Trial Order No. 240 [Dkt. No. 18389] and states as follows:

1.Plaintiff submitted a claims package to Special Master Ken Feinberg on June 1, 2023. Plaintiff received a settlement offer from Special Master Ken Feinberg on January 18, 2024. (See attached Exhibit A)

2.Upon reviewing the Court's Order Enforcing Pretrial Order No. 240, realized that Special Master Ken Feinberg wanted a written acceptance or rejection of the offer despite the offer being expired, deemed rejected, and null and void per the March 15, 2024, correspondence.

3.Plaintiff has complied with this Court's Pre-Trial Order No. 240 by timely submitting the requested documentation to Special Master Ken Feinberg and participating in the settlement program. On May 24, 2024, Plaintiff's counsel sent correspondence to Special Master Ken Feinberg rejecting the settlement offer. (See Exhibit B)

**WHEREFORE,** Plaintiff does hereby request that this Honorable Court find that Plaintiff is in compliance with Pretrial Order 240 and do not dismiss Plaintiff's case with prejudice.

Respectfully submitted this 24th day of May 2024.

Respectfully Submitted,

ANDERSON & VAUGHN, PLLC

 */s/ Liddell Vaughn*
**Liddell Vaughn, KBA 86829**
PO Box 517
Louisville, Kentucky 40203
(502) 637-3335 Telephone
E: lv@avaattorneys.com
*Counsel for Plaintiff*