# EXHIBIT B

# ANDERSON & VAUGHN, PLLC

PO Box 517
Louisville, Kentucky 40201-0517
502)637-3335 Telephone
(502)637-2774 Facsimile
[www.AVInjury.com](www.AVInjury.com)

**Bruce Garrett Anderson**　　　　　　　　　　　　　　　　　　　　　　　　　　**E. Liddell Vaughn**

May 24, 2024

Email: [Rounndupprogram@feinberglawoffices.com](mailto:Rounndupprogram@feinberglawoffices.com)
Kenneth Feinberg
1455 Pennsylvania Ave., N.W., Ste. 300
Washington, D.C.

　　　RE:　*Estate of Robert Hammons*
　　　　　　MDL No. 2741 (N.D.Cal.) Roundup Independent Settlement Program

Dear Mr. Feinberg:

　　　We received your letter dated March 15, 2024, in response to the settlement offer of January 18, 2024. Please be advised that our client rejects your settlement offer.

　　　Should you have any questions, please let me know.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Liddell Vaughn*

　　　　　　　　　　　　　　　　　　　　　Liddell Vaughn

LV/akm