**United States District Court**
**Northern District of California**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | MDL Case No. 3:16-md-02741-VC |
| **THIS DOCUMENT RELATES TO**: | Honorable Vince Chhabria |
| *Brent L. Graves et al v. Monsanto Co.*, No. 3:21-cv-09832-VC | **Plaintiffs' Response to Order Enforcing Pretrial Order No. 240** |

    1.    Plaintiffs, Brent L. Graves and Barbara Graves respond to the Court's Order (Dkt 18389) of May 21, 2024.

    2.    Plaintiffs submitted the necessary documents to Feinberg Law Offices on May 6, 2023. Additional information was requested from Feinberg Law Offices on October 6, 2023. Plaintiffs forwarded the requested necessary information on November 21, 2023.

    3.    An offer of settlement dated December 27, 2023 was received on December 28, 2023. Thereafter settlement negotiations began with Mr. Donald Zimmer, Jr. and are ongoing.

May 24, 2024

                                              Brent L. and Barbara Graves, Plaintiffs,

                                              By: /s/ *David A. Domina*
                                              David A. Domina 11043NE
                                              Domina Law Group pc llo
                                              2425 South 144th St.
                                              Omaha NE 68144-3267
                                              402 493 4100
                                              ddomina@dominalaw.com
                                              Plaintiffs' Lawyers

### Certificate of Service

    I certify that on January 30, 2024, I Served the foregoing by filing with the Court using the CM/ECF system which sent notice to counsel of record when accepted and filed.

                                              *David A. Domina*

11K2735