

May 24, 2024

Jed White
Partner
Direct: +1 310 576 2114
Fax: +1 310 260 4114
jed.white@bclplaw.com

Hon. Vince Chhabria
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Via ECF**

**Re:**   **In re Roundup Products Liability Litigation, Case No. 3:16-md-02741-VC**
     *Rolish v. Monsanto Co.*, **Case No. 20-cv-01421-VC**

Dear Judge Chhabria:

This letter is jointly submitted on behalf of both Plaintiff Lois Rolish and Defendant Monsanto Company.

On May 17, 2024, Your Honor issued an order in relation to three matters subject to this multidistrict litigation—*Beavers*, Case No. 20-cv-08799-VC, *Gonzalez*, Case No. 20-cv-06198-VC, and *Rolish*, Case No. 20-cv-01421-VC —excluding each Plaintiff's specific causation expert.  Dkt. 18367.  Your Honor's decision ended with the direction that "it appears that summary judgment should be granted given the absence of any expert testimony on specific causation. The parties should file a letter within seven days of this ruling which states whether, in light of this ruling, the Court should file a suggestion of remand or enter summary judgment for Monsanto based on the absence of expert testimony on specific causation."  Dkt. 18367 at 6.  Monsanto has filed a separate letter in the *Beavers* and *Gonzalez* cases asking that the Court enter summary judgment for Monsanto.

In the *Rolish* case, the parties have reached a resolution.  Therefore, there is no need for the Court to decide summary judgment in the *Rolish* case.  Plaintiff intends to dismiss the case with prejudice once the resolution paperwork is finalized.

USA.615173562.1/J5I

Hon. Vince Chhabria
United States District Court, Northern District of California
May 24, 2024
Page 2



Sincerely,

 /s/ Steven Williams
Steven Williams
Counsel for Plaintiff Lois Rolish

 /s/ Jed P. White
Jed P. White
Counsel for Defendant Monsanto Co.