**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Deborah Cooper-Heimann v. Monsanto Co.*,<br>Case No. 3:24-cv-00509-VC | |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2.    Bayer AG is a publicly held corporation.

DATED:  May 28, 2024    Respectfully submitted,

           SHOOK, HARDY & BACON L.L.P.

           BY: */s/ Jennise W. Stubbs*
             Jennise W. Stubbs
             600 Travis Street, Suite 3400
             Houston, TX 77002-2926
             Telephone:   (713) 227-8008
             Facsimile:    (713) 227-9508
             Email:  jstubbs@shb.com

           *Attorneys for Defendant*
           *MONSANTO COMPANY*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 28th day of May, 2024, I electronically transmitted the foregoing MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

           */s/Jennise W. Stubbs*
           Jennise W. Stubbs