## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Pamela Chirico,

Plaintiff(s)

v.

Monsanto Company,

Defendant(s)

CASE NUMBER 3:20-cv-00009-VC

CASE NUMBER MDL NO. 3:16-md-02741-VC

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☐ The Court hereby orders that the request of:

_____  ☐ Plaintiff  ☐ Defendant  ☐ Other  _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____
*Street Address*

_____          _____
*City, State, Zip*                *E-Mail Address*

_____     _____     _____
*Telephone Number*              *Fax Number*              *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

**is hereby** ☐ GRANTED   ☐ DENIED

☒ The Court hereby orders that the request of Brian T. Guthrie
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for Monsanto Company
**is hereby** ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**