UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Canning et al. v. Monsanto Co.*, Case No. 19-cv-04230-VC | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY** |
| | Re: Dkt. No. 18379 |

    The motion is granted. Cheryl Quast, individually and as personal representative of the Estate of Richard Canning, is substituted for Richard Canning as a plaintiff in the above-captioned case.

**IT IS SO ORDERED.**

Dated: May 29, 2024

VINCE CHHABRIA
United States District Judge