1 **SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
2 600 Travis Street, Suite 3400
Houston, TX 77002-2026
3 Telephone:  (713) 227-8008
Facsimile:  (713) 227-9508
4 Email:  jstubbs@shb.com

5 *Attorneys for Defendant*
MONSANTO COMPANY

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8 IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| 9 | Case No. 3:16-md-02741-VC |
| 10 This document relates to: | |
| 11 *Velna Petinga v. Monsanto Co.*, Case No. 3:24-cv-00694-VC | |
| 12 | |

13

14 **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15 Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16 ("Monsanto") makes the following disclosures:

17   1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18   2.   Bayer AG is a publicly held corporation.

19

20

21

22

23

24

25

26

27

28

DATED:  May 30, 2024                    Respectfully submitted,

                                                            SHOOK, HARDY & BACON L.L.P.

                                                            BY: */s/ Jennise W. Stubbs*
                                                                 Jennise W. Stubbs
                                                                 600 Travis Street, Suite 3400
                                                                 Houston, TX 77002-2926
                                                                 Telephone:   (713) 227-8008
                                                                 Facsimile:    (713) 227-9508
                                                                 Email:          jstubbs@shb.com

                                                          *Attorneys for Defendant*
                                                          *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

     I certify that on the 30th day of May, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                                          */s/Jennise W. Stubbs*
                                                          Jennise W. Stubbs