Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| **This Document Relates to:** | Case No.: 3:16-md-02741-VC |
| *Peter Anthony Mazzeo v. Monsanto Company,* 3:19-cv-02315-VC | Honorable Vince Chhabria |
| *Lance Dylan Mercer v. Monsanto Company,* 3:19-cv-06403-VC | OBJECTION TO DEFENDANT MONSANTO COMPANY'S "UNOPPOSED" MOTION FOR REVISED WAVE 8 SCHEDULE |
| *Joan Elizabeth Toyer and Ronald Victor Toyer v. Monsanto Company,* 3:19-cv-06405-VC | |
| *Margaret Rae Piesik and the Estate of Gary Herbert Piesik v. Monsanto Company,* 3:19-cv-05660-VC | |
| *Patrick Leonard Tierney v. Monsanto Company,* 3:19-cv-01937-VC | |
| *The Estate of Verna Pearson v. Monsanto Company,* 3:19-cv-07525-VC | |

OBJECTION TO DEFENDANT MONSANTO
COMPANY'S "UNOPPOSED" MOTION FOR
REVISED WAVE 8 SCHEDULE
PAGE 1

1

2   *Frances Storlie and the Estate of John Storlie*
    *v. Monsanto Company,*
3   3:19-cv-03785-VC

4   *Thomas Lake Sanders and Nicole M. Sanders*
    *v. Monsanto Company,*
5   3:19-cv-07401-VC

6   *Kenneth J. Parsons v. Monsanto Company,*
    3:19-cv-02577-VC
7

8   *Maynard Russell Axelson and the Estate of*
    *Kathleen Ann Axelson v. Monsanto Company,*
9   3:19-cv-06400-VC

10  *Thomas Jay Benzel and Tracy Ann Benzel v.*
    *Monsanto Company,*
11  3:19-cv-03462-VC

12  *Barbara Zellers Culler v. Monsanto Company,*
    3:19-cv-06401-VC
13

14  *John Edward Coe and Heather Nicole Coe v.*
    *Monsanto Company,*
15  3:22-cv-01949-VC

16  *Laurent Delsuc and Carol Leann Delsuc v.*
    *Monsanto Company,*
17  3:19-cv-02079-VC

18
    *John Michael Golling and Sandra Lee Golling*
19  *v. Monsanto Co.*, 3:23-cv-02960-VC

20
    *Michael Hendrickson and Lela Depaolo v.*
21  *Monsanto Company,* 3:22-cv-09090-VC

22

23

24      Plaintiffs listed in the table below, all of whom are Washington residents in Wave 8, submit

25  this opposition to Monsanto Company's "Unopposed Motion for Revised Wave 8 Schedule,"

26  OBJECTION TO DEFENDANT MONSANTO
    COMPANY'S "UNOPPOSED" MOTION FOR
27  REVISED WAVE 8 SCHEDULE
    PAGE 2

        **Corrie Yackulic Law Firm PLLC**
        110 PREFONTAINE PLACE SOUTH, SUITE 304
        SEATTLE, WASHINGTON 98104
        TEL. 206.787.1915
        FAX. 206.299.9725

Dkt.3 18409 (May 23, 2024).  The effect of Monsanto's motion would be to build in another three months' delay of these Plaintiffs' cases.  Under the existing schedule, *Daubert* briefing on these Plaintiffs' claims will not conclude until **February 26, 2025.**  Monsanto proposes to push that deadline out even further, to May 23, 2025.   Almost all of these 15 Plaintiffs have been waiting for their "day in court" since filing their complaints in 2019.  Monsanto deposed all (including spouses) but two in January and February (Monsanto has not requested deposition dates of Mr. Golling and Mr. Hendrickson).

Delay almost always burdens plaintiffs and benefits corporate defendants, and that is true here.  Plaintiffs suggest that rather than create new sub-Waves to Wave 8, the Court move those additional cases to Wave 9, so that the current schedule for Wave 8 cases is not further attenuated.

| Case Name | Case No. |
|---|---|
| Peter Anthony Mazzeo | 3:19-cv-02315-VC |
| Lance Dylan Mercer | 3:19-cv-06403-VC |
| Joan Elizabeth Toyer and Ronald Victor Toyer | 3:19-cv-06405-VC |
| Patrick Leonard Tierney | 3:19-cv-01937-VC |
| Margaret Rae Piesik and the Estate of Gary Herbert Piesik | 3:19-cv-05660-VC |
| The Estate of Verna Pearson | 3:19-cv-07525-VC |
| Frances Storlie and the Estate of John Storlie | 3:19-cv-03785-VC |
| Thomas Lake Sanders and Nicole M. Sanders | 3:19-cv-07401-VC |
| Kenneth J. Parsons | 3:19-cv-02577-VC |
| Barbara Zellers Culler | 3:19-cv-06401-VC |
| Maynard Russell Axelson and the Estate of Kathleen Ann Axelson | 3:19-cv-06400-VC |
| Laurent Delsuc and Carol Leann Delsuc | 3:19-cv-02079-VC |
| John Edward Coe and Heather Nicole Coe | 3:22-cv-01949-VC |
| Thomas Jay Benzel and Tracy Ann Benzel | 3:19-cv-03462-VC |

OBJECTION TO DEFENDANT MONSANTO
COMPANY'S "UNOPPOSED" MOTION FOR
REVISED WAVE 8 SCHEDULE
PAGE 3

**Corrie Yackulic Law Firm PLLC**
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

| John Michael Golling and Sandra Lee Golling | 3:23-cv-02960-VC |
| Michael Hendrickson and Lela Depaolo | 3:22-cv-09090-VC |

Respectfully submitted this 30th day of May, 2024.

CORRIE YACKULIC LAW FIRM, PLLC


_/s/ Corrie J. Yackulic_
CORRIE J. YACKULIC, WSBA # 16063
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Tel. 206-787-1915
Fax. 206-299-9725

*Attorney for Plaintiffs*

OBJECTION TO DEFENDANT MONSANTO
COMPANY'S "UNOPPOSED" MOTION FOR
REVISED WAVE 8 SCHEDULE
PAGE 4