**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Gary R. Kerchner v. Monsanto Co.*, Case No. 3:24-cv-00517-VC | |

## **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  May 31, 2024                         Respectfully submitted,

                                                           SHOOK, HARDY & BACON L.L.P.

                                                           BY: */s/ Jennise W. Stubbs*
                                                                  Jennise W. Stubbs
                                                                  600 Travis Street, Suite 3400
                                                                  Houston, TX 77002-2926
                                                                  Telephone:   (713) 227-8008
                                                                  Facsimile:    (713) 227-9508
                                                                  Email:          jstubbs@shb.com

                                                          *Attorneys for Defendant*
                                                          *MONSANTO COMPANY*

## **CERTIFICATE OF SERVICE**

I certify that on the 31st day of May, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                                                 */s/Jennise W. Stubbs*
                                                                 Jennise W. Stubbs