**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorney for Defendant Monsanto Company*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *David E. Roberts et al. v. Monsanto Company*, Case No. 3:24-cv-02055-VC | |

### MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183 RE NON-COMPLIANT LAWSUIT DIRECTLY FILED IN THIS DISTRICT

Pursuant to Pretrial Order No. 183, defendant Monsanto Company hereby submits this report regarding a lawsuit that: (a) was directly filed in this district last month (April 4, 2024); and (b) apparently fails to comply with the venue requirements: *David E. Roberts and Joyce Roberts v. Monsanto Company*. Plaintiffs allege that they "are and at all relevant times were residents and citizens of San Diego County, California" and, while referring to "this district," the Complaint's venue allegations lack factual content. There are no factual allegations indicating that venue is proper in the Northern District of California rather than the Southern District of California, where the Plaintiffs allege they live and have at all times lived. Compl., ¶¶ 7–8. Plaintiffs were provided with a copy of Pretrial Order No. 183 but have not agreed to voluntarily dismiss and refile in the proper court.

- 1 -

MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO
NO. 183 RE NON-COMPLIANT LAWSUIT DIRECTLY FILED IN THIS DISTRICT
3:16-md-02741-VC & 3:24-cv-02055-VC

1 | DATED: May 31, 2024

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone: (713) 227-8008
    Facsimile: (713) 227-9508
    Email: jstubbs@shb.com

*Attorney for Defendant Monsanto Company*

## **CERTIFICATE OF SERVICE**

I certify that on the 31st day of May 2024, I electronically transmitted the foregoing document to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs

- 3 -

MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO
NO. 183 RE NON-COMPLIANT LAWSUIT DIRECTLY FILED IN THIS DISTRICT
3:16-md-02741-VC & 3:24-cv-02055-VC