**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Kenneth Bull v. Monsanto Co.,*<br>Case No. 3:22-cv-03380-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO PROSECUTE** |

The motion to dismiss for failure to prosecute is granted. Plaintiff's claims against Defendant Monsanto Company are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____            _____
                                                              VINCE CHHABRIA
                                                              United States District Judge