**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, MO  64108
Telephone: (816) 474-6550
Facsimile: (816) 521-5547
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Kenneth Ritcheson v. Monsanto Co.*,<br>Case No. 3:23-cv-02170-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF ANTHONY R. MARTINEZ PURSUANT TO THIS COURT'S ORDER [DKT 13 & 18368]** |

Counsel submits this Declaration pursuant to this Honorable Court's Order Granting Motion to Withdraw as Attorney [Dkt 13 & 18368] entered May 17, 2024 (the "Order").

I, Anthony R. Martinez, hereby declare as follows:

1. I am an attorney at the law firm of Shook, Hardy & Bacon L.L.P., counsel for Monsanto Company ("Monsanto"). I make this declaration pursuant to the Court's May 17, 2024 Order. This declaration is based on my personal knowledge, and, if called to testify, I would and could testify on these matters.

2. On May 17, 2024, this Court ordered counsel for Defendant to "provide a copy of this order to the plaintiff, and file a declaration with 7 days of this ruling explaining how they did so."

3. After an inadvertent delay, on June 3, 2024, Lakshmi Achari of Shook, Hardy & Bacon L.L.P. forwarded this Court's May 17, 2024 Order by certified mail, return receipt requested and electronic mail, addressed to Kenneth Ritcheson, 188 Arbor Hill Way, Cedar Creek, Texas 78612 and kennethritcheson245@gmail.com.

I declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 4th day of June, 2024 in Kansas City, Missouri.

*/s/ Anthony R. Martinez*
Anthony R. Martinez

**CERTIFICATE OF SERVICE**

    I certify that on the 4th day of June, 2024, I electronically transmitted the foregoing Declaration of Anthony R. Martinez Pursuant to This Court's Order [Dkt 13 & 18368] to the Clerk of the court using the ECF system for filing which sent notice of the filing to all appearing parties of record.

*/s/Anthony R. Martinez*
Anthony R. Martinez