**NACHAWATI LAW GROUP, PLLC**
John Raggio (California Bar No. 338261)
jraggio@ntrial.com
Erin M. Wood (Texas Bar No. 24073064)
ewood@ntrial.com
Michael Collins (Texas Bar No. 00785493)
mcollins@ntrial.com
5489 Blair Road
Dallas, Texas 75231
T: (214) 890-0711
F: (214) 890-0712
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to: | |
| *Patricia Godsey v. Monsanto Company* | **NOTICE OF APPEARANCE OF MICHAEL COLLINS** |
| Case No. 3:19-cv-00923-VC | |

**TO THE CLERK OF THIS COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1 (5), Michael Collins of Nachawati Law Group, admitted to practice in the United States District Court for the Northern District of Texas, hereby enters an appearance as counsel for Plaintiff Patricia Godsey in the above-captioned matter. The email address for Michael Colins for the purposes of receipt of Notices of Electronic Filing is mcollins@ntrial.com.

Dated: June 4, 2024.                                     NACHAWATI LAW GROUP, PLLC

                                                    By: */s/ Erin M. Wood*
                                                         Erin M. Wood

## CERTIFICATE OF SERVICE

I, Erin M. Wood, hereby certify that on June 4, 2024, I electronically filed the foregoing NOTICE OF APPEARANCE OF MICHAEL COLLINS with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Erin M. Wood*
Erin M. Wood