NACHAWATI LAW GROUP
Erin M. Wood *(pro hac vice)*
5489 Blair Road
Dallas, Texas 75231
Tel: (214) 890-0711
ewood@ntrial.com

*Attorney for Plaintiff*

SHOOK HARDY & BACON L.L.P.
Anthony Martinez
2555 Grand Boulevard
Kansas City, MO 64108
Tel: (816) 559-2683
amartinez@shb.com

*Attorney for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: *Thomas M. King, on behalf of the estate of Barbara J. King, deceased v. Monsanto Co.* Case No. 3:19-cv-04531 | Case No. 3:16-md-02741-VC  **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii). Plaintiff Thomas M. King, on behalf of the Estate of Barbara J. King, deceased ("Plaintiff"), and Defendant Monsanto Company hereby give notice that all claims of Plaintiff be dismissed without prejudice. As a term of this stipulation, if Plaintiff wishes to re-file this case, it must be re-filed in the MDL action, and not in any other jurisdiction.  Counsel for Plaintiff and Defendant Monsanto Company have reviewed Pretrial

Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this unsettled Plaintiff.

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendant Monsanto Company that the claims of Plaintiff in the above captioned Complaint are hereby dismissed without prejudice, each party to bear his own costs.

Dated: June 5, 2024

    */s/ Erin M. Wood*
    Erin M. Wood *(pro hac vice)*
    NACHAWATI LAW GROUP
    5489 Blair Road
    Dallas, Texas 75231
    Tel: (214) 890-0711
    Email: ewood@ntrial.com
    *Attorney for Plaintiff*

    */s/ Anthony R. Martinez*
    Anthony R. Martinez
    (amartinez@shb.com)
    SHOOK, HARDY & BACON, LLP
    2555 Grand Blvd
    Kansas City, MO 64108
    Tel: (816) 474-6550 ext. 2001
    *Attorney for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 5, 2024, a true and correct copy of the Joint Stipulation of Dismissal without Prejudice was served on all counsel of record via email.

    By: */s/ Erin M. Wood*
    Erin M. Wood