1

**PEREZ LAW GROUP, PLLC**
Cristina Perez Hesano (#02723)
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: 602.730.7100
Fax: 623.235.6173
cperez@perezlawgroup.com
Attorney for Plaintiff Sebastian William Manera

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re Roundup Products Liability Litigation, | **MDL No. 2741** |
|---|---|
| Sebastian William Manera, Plaintiff | **Case No.: 3:16-md-02741-VC** (District of Arizona case no. CV-20-1125-PHX-JAT transferred to the Northern District of California on June 30, 2020) |
| v. | |
| Monsanto Company, Inc. Defendant. | **NOTICE OF REQUEST BY COUNSEL TO TERMINATE ELECTRONIC NOTIFICATIONS** |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Notice is hereby given of the request by Cristina Perez Hesano, Esq. and the law firm of Perez Law Group, PLLC, as counsel for Plaintiff Sebastian William Manera in the above referenced matter, to terminate the electronic notifications in this case. Plaintiff Sebastian William Manera originally filed his action in the United States District Court District of Arizona on June 8, 2020. This action was transferred to the Northern District of California on June 30, 2020. Plaintiff Sebastian William Manera's claims have since been resolved in this action and no further action is required on his behalf. Plaintiff Sebastian William Manera is no longer associated with this case. Therefore, counsel Cristina Perez Hesano and the firm of Perez Law Group, PLLC no longer need to receive notice of the multiple court filings in the remaining action and seek to be removed

from this action and it's the mailing list and be terminated from the ECF Notifications for this

case.

Dated:  June 6, 2024

By:      */s/ Cristina Perez Hesano*
Christina Perez Hesano, Esq.
**Perez Law Group, PLLC**
7508 North 59th Avenue
Glendale, Arizona 85301
Tel: (602) 730-7100
cperez@perezlawgroup.com

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on June 6, 2024, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the email

4   addresses denoted on the Electronic Mail notice list.

5

6

7                                         */s/ Cristina Perez Hesano*_____
                                          Cristina Perez Hesano

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24