UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This document relates to: | |
| *Joslyn Ethel Kooi, individually and as personal representative of Douglas Kooi, v. Monsanto Co.* Case No.: 3:20-cv-06656-VC | |

## Unopposed Motion to Move Case to Wave VIII - A

**COMES NOW,** Plaintiff Joslyn Ethel Kooi, individually and as personal representative of Douglas Kooi, (hereinafter "Plaintiff"), through the undersigned attorney and without opposition from Defendant Monsanto Company, respectfully requests this Honorable Court to move his case from Wave VII to Wave VIII - A:

1. The case of Joslyn Ethel Kooi is part of Wave VII.

2. The depositions of Plaintiff and several witnesses have been taken.

3. Plaintiff has retained two expert witnesses: William R. Sawyer, Ph.D., a Forensic Toxicologist, and D. Barry Boyd, MD, an oncologist. Dr. Sawyer has completed his expert report. Unfortunately, counsel for Plaintiff have been informed that Dr. Boyd was recently hospitalized and diagnosed with Atrial Fibrillation. He has been advised to lower his workload and level of stress generally, and for these reasons, has been unable to complete his report prior to the coming deadline. Counsel for Plaintiff anticipate that Dr. Boyd will be able to complete his report within the next 30 days.

4. Plaintiff believes the best course of action is to move this case to Wave VIII-A in order to complete the expert disclosures and discovery while accommodating Dr. Boyd's medical condition.

5. The undersigned attorney has conferred with counsel for defendant Monsanto, Co.

6. Counsel for defendant Monsanto, Co., has expressed that there is no opposition to this course of action and agrees to move this case to Wave VIII-A.

**WHEREFORE**, Plaintiff respectfully requests, without opposition of Monsanto, Co., that this case be moved to Wave VIII-A.

Dated: June 6, 2024

                                                Respectfully submitted,

                                                RASTEGAR LAW GROUP, APC

By:   *s/ Douglas W. Perlman*

       Farzad Rastegar, Cal. Bar No. 155555
       Douglas W. Perlman, Cal. Bar No. 167203
       RASTEGAR LAW GROUP, APC
       22760 Hawthorne Blvd., Suite 200
       Torrance, California 90505
       Telephone: (310) 961-9600
       Facsimile: (310) 961-9094
       *farzad@rastegarlawgroup.com*
       *douglas@rastegarlawgroup.com*

       Daniel F. Johnson, WSBA #27848
       BRESKIN JOHNSON & TOWNSEND, PLLC
       1000 Second Avenue, Suite 3670
       Seattle, WA 98104
       Tel: (206) 652-8660
       Fax: (206) 652-8290
       *djohnson@bjtlegal.com*

       *Attorneys for Plaintiff*