UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTION TO MOVE CASE TO WAVE VIII-A** |
| *Joslyn Ethel Kooi, individually and as personal representative of Douglas Kooi, v. Monsanto Co.* Case No.: 3:20-cv-06656-VC | |

Plaintiff's motion to move the case from Wave VII to Wave VIII-A is granted.

**IT IS SO ORDERED.**

Dated:

_____
Hon. Vince Chhabria,
UNITED STATES DISTRICT JUDGE