**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Sami Khal v. Monsanto Co.*,<br>Case No. 3:20-cv-09292-VC | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO PROSECUTE** |

The motion to dismiss for failure to prosecute is granted. Plaintiff's claims against Defendant Monsanto Company are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                        VINCE CHHABRIA
                                                        United States District Judge