**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Levy et al. v. Monsanto Company*<br>Case No. 3:21-cv-07643 | MDL No. 2741<br><br>Case No.  MDL No. 3:16-md-02741-VC<br><br>**UNOPPOSED MOTION TO MOVE CASE TO WAVE VIII, SUB-WAVE A** |

Plaintiffs, Robert Levy and Susan Levy—without opposition from Defendant Monsanto Company—respectfully requests the Court move their case from Wave VII G to Wave VIII A:

1. Plaintiffs' case is part of Wave VII G.

2. The deposition of the Plaintiff and Consortium Plaintiff has been taken.

3. The deposition of the Plaintiff's treating provider has been taken.

4. The Plaintiff has served a Plaintiff Fact Sheet, medical records and authorizations to obtain records on Defendants.

5. Plaintiffs' expert reports are due June 7, 2024.

6. Good cause exists to grant Plaintiffs' request to move their case from Wave VII G to Wave VIII. Regrettably, Plaintiff Robert Levy recently suffered a stroke and has been unable to confer with Plaintiffs' experts on matters critical to their expert disclosures in this matter. Plaintiffs seek to move this matter to a later wave so that they may prioritize Mr. Levy's health and recovery, without waiving their ability to produce adequate expert opinions. Moreover, over the past several months, Plaintiffs' counsel has been involved in numerous expert witness depositions, extensive briefing, and preparing for trial in a complex product liability case involving a defective electrosurgical instrument—*Moore v. Intuitive Surgical, Inc.*, No. 1:15-cv-00056 (M.D. Ga.). The *Moore* case is specially set for a three (3) week trial commencing on June 3, 2024. In addition, the undersigned has had numerous pretrial motions and upcoming pretrial deadlines in another

complex product liability metal-on-metal hip case—*King, et al v. DePuy Orthopaedics, Inc., et al*, No. 2:23-cv-00196 (D. Ariz.). The *King* case is also specially set for a two (2) week trial beginning on July 9, 2024.

7. The undersigned certifies that counsel for Plaintiffs has conferred with counsel for Defendant, and that counsel for Defendant does not oppose this request.

In light of the foregoing, Plaintiffs, Robert Levy and Susan Levy, without opposition from Defendant, Monsanto Company, respectfully request that the Court move their case from Wave VII to Wave VIIIA.

DATED:  June 7, 2024                                  Respectfully submitted,

/s/ Jeffrey L. Haberman
Jeffrey L. Haberman, Esq. (FL 98522)
Sarah J. Schultz, Esq.
SCHLESINGER LAW OFFICES, P.A.
1212 SE 3rd Avenue
Fort Lauderdale, FL 33316
Tel (954) 467-8800
Fax (954) 320-9509
JHaberman@schlesingerlaw.com
*Attorneys for Plaintiffs*

/s/ Anthony Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Blvd
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: /s/ Jeffrey L. Haberman
Jeffrey L. Haberman