**DIAMOND LAW, PLLC**
**David J. Diamond, Esq. (AZ: #010842)**
**1700 E. River Road, #65237**
**Tucson, Arizona 85718**
**Telephone: (800) 966-5535**
**Facsimile: (520) 527-1074**
ddiamond@diamondlawusa.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Earl Sessions, | Case No. 3:17-cv-4548 |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD WITH CONSENT** |
| v. | |
| Monsanto Company, | |
| Defendant. | |

David J. Diamond, Esq., counsel of record for Plaintiff, moves this Court for an order allowing him and his law firm, Diamond Law, PLLC, to withdraw as counsel of record, and hereby affirms the following:

1. I am an attorney at law, a member of Diamond Law, PLLC, and am familiar with the facts and circumstances surrounding this motion.

2. On January 6, 2023, the Plaintiff informed my assistant, Kathy Hampton, that he did not sign the DocuSign forms stating that he wished to settle his Roundup case within my firm's

(formerly Goldberg & Osborne's) Roundup settlement program. In subsequent communications, the Plaintiff said he believed his brother is the one who signed his name to the settlement forms via DocuSign, which opted him into the settlement program against his wishes.

3. The Plaintiff's name, address, telephone number; and email address follow: Earl Sessions; 7836 W. Kristal Way, Glendale, AZ 85308; (602) 291-8890; (602) 272-7227; crome0027@gmail.com.

4. Plaintiff has informed Diamond Law, PLLC that he has another attorney that he wishes to continue this case with, though, Plaintiff did not wish to provide new counsel's name.

5. There are no motions pending in the case; no trial date has been set; and no evidentiary hearing has been set.

6. Diamond Law, PLLC has taken all steps reasonably practical to avoid foreseeable prejudice to the rights of the Plaintiff.

7. Plaintiff has been copied with this pleading at the address and email address listed in paragraph 3, above.

8. Pursuant to Local Rule 11-5.(a) it is requested that this Court enter an Order permitting me and my firm, Diamond Law, PLLC, to withdraw as counsel for the Plaintiff in the above referenced action.

9. Plaintiff's signature below affirms that he consents to this Motion to Withdraw.

_____
Earl Sessions

10. A proposed order is attached hereto.

Dated: June 7, 2024

Respectfully submitted,

*/s/ David J. Diamond*
David J. Diamond, Esq.
DIAMOND LAW, PLLC
1700 E. River Road, #65237
Tucson, Arizona 85718
Telephone: (800) 966-5535
Facsimile: (520) 527-1074
ddiamond@diamondlawusa.com

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on June 7, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond