*[Handwritten at top:] I Earl Sessions would authorize this firm Diamond Law, PLLC with out prejudice.*

*[Signature:] Earl R Sessions*

1. Plaintiff said he believed his brother is the one who signed his name to the settlement forms via DocuSign, which opted him into the settlement program against his wishes.

3. The Plaintiff's name, address, telephone number; and email address follow: Earl Sessions; 7836 W. Kristal Way, Glendale, AZ 85308; (602) 291-8890; (602) 272-7227; crome0027@gmail.com.

4. Plaintiff has informed Diamond Law, PLLC that he has another attorney that he wishes to continue this case with, though, Plaintiff did not wish to provide new counsel's name.

5. There are no motions pending in the case; no trial date has been set; and no evidentiary hearing has been set.

6. Diamond Law, PLLC has taken all steps reasonably practical to avoid foreseeable prejudice to the rights of the Plaintiff.

7. Plaintiff has been copied with this pleading at the address and email address listed in paragraph 3, above.

8. Pursuant to Local Rule 11-5.(a) it is requested that this Court enter an Order permitting me and my firm, Diamond Law, PLLC, to withdraw as counsel for the Plaintiff in the above referenced action.

9. Plaintiff's signature below affirms that he consents to this Motion to Withdraw.

*[Signature:] Earl Sessions*   *[Notary signature] 2/4/2026*

*[Notary seal: SANDRA SOTO, NOTARY PUBLIC, GREAT SEAL OF THE STATE OF ARIZONA, MARICOPA COUNTY, 621190 EXPIRES 2-4-2026]*

10. A proposed order is attached hereto.

Dated: May ___, 2024.   *[Handwritten:] June 3rd 2024*

Respectfully submitted,

/s/ David J. Diamond
David J. Diamond, Esq.

MOTION TO WITHDRAW AS COUNSEL OF RECORD – 3:17-cv-4548
2