**DIAMOND LAW, PLLC**
David J. Diamond, Esq. (AZ: #010842)
1700 E. River Road, #65237
Tucson, Arizona 85718
Telephone: (800) 966-5535
Facsimile: (520) 527-1074
ddiamond@diamondlawusa.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Earl Sessions, | Case No. 3:17-cv-4548 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| v. | |
| Monsanto Company, | |
| Defendant. | |

Having considered the Motion by Plaintiff's Counsel with Plaintiff's consent and finding good cause therefore, **IT IS HEREBY ORDERED** that the Motion by Plaintiff's Counsel to Withdraw as Counsel is **GRANTED**.

Dated: _____        _____
                                                                  Honorable Vince Chhabria
                                                                  United States District Court Judge