Natalie M. Hein, IA Bar No. AT-12790
WELCH LAW FIRM, P.C.
1299 Farnam Street, Suite 1220
Omaha, NE 68102
Phone: (402) 341-1200
Natalie@welchlawfirm.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*David Seieroe v. Monsanto Company*<br>Case No. 5:21-cv-04043 | ***UNOPPOSED* MOTION TO MOVE CASE TO WAVE 8** |

Plaintiff David Seieroe, without opposition from Defendant Monsanto Company, respectfully requests the Court move his case from Wave 7E to Wave 8A. In support thereof, Plaintiff states as follows:

1. On August 30, 2023, Plaintiff's case was assigned to Wave 7E.

2. This case has not been moved to another Wave previously.

3. Mindful of the deadlines pertaining to Wave 7, the Parties have been working collaboratively to pursue and allow discovery. Plaintiff has served a Plaintiff Fact Sheet and several authorizations to obtain medical records. Depositions of Plaintiff and Plaintiff's spouse have been taken, but depositions of Plaintiff's experts have not yet been scheduled.

4. Counsel for Plaintiff conferred with counsel for Monsanto, and Monsanto's counsel confirmed that Monsanto does not oppose Plaintiff's request to move this case from Wave7 to Wave 8.

PLAINTIFF'S UNOPPOSED MOTION TO ASSIGN CASE TO WAVE 8

WHEREFORE, Plaintiff David Seieroe respectfully requests the Court move his case from Wave 7E to Wave 8A.

DATED this 7th day of June, 2024.

Respectfully submitted,

By: /s/ Natalie Hein
NATALIE HEIN, #AT0012790
DAMIEN J. WRIGHT, #AT0012088
WELCH LAW FIRM, P.C.
1299 FARNAM ST., SUITE 1220
OMAHA, NE  68102
(402) 341-1200
(402) 341-1515 (FAX)
Natalie@WelchLawFirm.com

*Attorneys for Plaintiff David Seieroe*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2024, a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

/s/ Natalie M. Hein

PLAINTIFF'S UNOPPOSED MOTION TO ASSIGN CASE TO WAVE 8