UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| --- | --- |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: *David Seieroe v. Monsanto Company* Case No. 5:21-cv-04043 | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MOVE TO WAVE 8A |

Plaintiff's unopposed motion to assign his case to Wave 8A is GRANTED.

**IT IS SO ORDERED.**

DATED this ___ day of _____, 2024.

_____
Hon. Judge Vince Chhabria