**WAGSTAFF LAW FIRM**
Aimee H. Wagstaff (SBN 278480)
Emily Acosta (Ill Bar No. 6312216)
Kathryn Forgie (SBN 110404)
940 N. Lincoln Street
Denver, Colorado 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
awagstaff@wagstafflawfirm.com
eacosta@wagstafflawfirm.com
kforgie@wagstafflawfirm.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) Member Case No. 3:16-cv-05786-VC ) |
| This document relates to: *Douglas Harris V. Monsanto Co.* | ) ) **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** ) ) ) ) |

Pursuant to the Court's August 30, 2023 Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule and Fed. R. Civ. P. 26(a)(2), Plaintiff, Douglas Harris ("Plaintiff"), in Wave 7G has served Plaintiffs' general causation and specific causation disclosures on counsel for Defendant Monsanto company. Plaintiff further incorporates by reference the general causation and other experts' reports served by lead counsel in connection with Wave 1, 2, 3. 4, 5, 6, 7 and 8 and reserves the right to call the author of any such report as an expert witness at trial.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATE: June 7, 2024 | /s/ Emily Acosta |
| 3 | | Emily Acosta (Ill Bar No. 6312216) |
| | | Aimee H. Wagstaff (SBN 278480) |
| 4 | | Kathryn Forgie (SBN 110404) |
| | | **WAGSTAFF LAW FIRM** |
| 5 | | 940 N. Lincoln Street |
| | | Denver, Colorado 80203 |
| 6 | | Tel: (303) 376-6360 |
| | | Fax: (303) 376-6361 |
| 7 | | eacosta@wagstafflawfirm.com |
| | | awagstaff@wagstafflawfirm.com |
| 8 | | kforgie@wagstafflawfirm.com |
| 9 | | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I filed a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

DATED: June 7, 2024                                        /s/ Kevin Rowe