1  **RUEB STOLLER DANIEL, LLP**
   Behram V. Parekh (SBN 180361)
2  *behram.parekh@lawrsd.com*
   515 S. Figueroa St. Ste 1550
3  Los Angeles, CA 90071
   Telephone: (619) 821-2305
4

5  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This Document Relates to: | Honorable Vince Chhabria |
| *Paula Pinheiro v. Monsanto Company*<br>Case No.: 3:20-cv-08173-VC | **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE** |

Pursuant to the Court's August 30, 2023, Order Granting Joint Request for Revised Schedule for Wave 6-7 Cases and Adding Wave 8 Schedule and Fed. R. Civ. P. 26(a)(2), Plaintiff, Paula Pinheiro ("Plaintiff"), in Wave 7G has served Plaintiff's individual general causation and specific causation disclosures on counsel for Defendant Monsanto Company. Plaintiff further incorporates by reference the general causation disclosures and experts reports served by MDL leadership and other counsel in connection with Waves 1, 2, 3. 4, 5, 6, 7 and 8 and reserves the right to call the author of any such report as an expert witness at trial.

///

///

///

///

///

-1-

PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE

1  ///

2  Dated: June 7, 2024                    Respectfully submitted,

4                                          By: */s/ Behram V. Parekh*
                                           Behram V. Parekh, Esq.
5                                          **RUEB STOLLER DANIEL, LLP**
                                           **Attorneys for Plaintiff**
6                                          behram.parekh@lawrsd.com

PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE

**CERTIFICATE OF SERVICE**

I hereby certify that on 7th day of June 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Behram V. Parekh*
Behram V. Parekh, Esq.

PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURE