# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Monsanto Company et al Roundup Products Liability Litigation | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| | Member Case No. 3:22-cv-00358-VC |
| *This Document Also Relates To:* | |
| | Honorable Vince Chhabria |
| Peter Ginkel | |
| Plaintiff, | |
| | **PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES** |
| v. | |
| Monsanto Company | |
| Defendant. | |

PLEASE TAKE NOTICE that, pursuant to the Court's Order (CM/ECF Doc. No. 17234), Plaintiff Peter Ginkel has served Plaintiff's expert disclosures on counsel for Defendant Monsanto Company. Service was made by sending expert reports and associated disclosures via email to Jennise Stubbs at jstubbs@shb.com on June 7, 2024.

Plaintiff further incorporates by reference the general causation and other expert reports served by lead counsel in connection with Waves 1, 2, 3, 4, 5, 6, and 7 and reserves the right to call the author of any such report as an expert witness at trial.

DATED: June 10, 2024

                                                Respectfully submitted,

/s/ Alexis Lilly

Alexis Lilly
Motley Rice, LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
Telephone: (843) 216-9018
alilly@motleyrice.com

*Counsel for Plaintiff Peter Ginkel*