NACHAWATI LAW GROUP, PLLC
Gibbs C. Henderson (Texas Bar No. 24041084)
ghenderson@ntrial.com
Erin M. Wood (Texas Bar No. 24073064)
ewood@ntrial.com
5489 Blair Road
Dallas, Texas 75231
T: (214) 890-0711
F: (214) 890-0712
*Attorneys for Plaintiff Patricia Godsey*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **PLAINTIFF'S UNOPPOSED FIRST MOTION TO MOVE CASE TO WAVE VIII** |
| *Patricia Godsey v. Monsanto Company,* *Case No. 3:19-cv-00923-VC* | Filed Concurrently with [Proposed] Order |

Plaintiff Patricia Godsey—without opposition from Defendant Monsanto Company—respectfully requests the Court move her case from Wave VII (E) to Wave VIII:

1. This case is presently situated in Wave VII (E).

2. This case has never previously been moved to a later wave.

3. Mindful of the deadlines pertaining to Wave VII (E), the parties to this action have been diligently conducting discovery. Plaintiff's deposition has been taken, as has that of Plaintiff's husband. Plaintiff has produced all documents responsive to Defendant's request including a Plaintiff Fact Sheet, medical records, and authorizations.

4. Despite the parties' best efforts, the Wave VII (E) deadlines present compliance challenges to Plaintiff and her counsel.

5. The undersigned certifies that counsel for Plaintiff has conferred with counsel for Defendant,

and that counsel for Defendant does not oppose this request.

In light of the foregoing, Plaintiff Patricia Godsey, without opposition from Defendant, Monsanto Company, respectfully requests that the Court move her case from Wave VII(E) to Wave VIII.

Dated: June 10, 2024                                                      Respectfully submitted,

*/s/ Erin M. Wood*
Erin M. Wood

Plaintiff's Unopposed First Motion to Move Case to Wave VIII                                        2
Case No. 3:16-md-02741-VC and 3:19-cv-00923-VC

NACHAWATI LAW GROUP
5489 BLAIR ROAD
DALLAS, TX 75231

**CERTIFICATE OF SERVICE**

I, Erin M. Wood, hereby certify that on June 10, 2024, I electronically filed the foregoing UNOPPOSED FIRST MOTION TO MOVE CASE TO WAVE VIII with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Erin M. Wood*
Erin M. Wood