# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED FIRST MOTION TO MOVE CASE TO WAVE VIII** |
| *Patricia Godsey v. Monsanto Co.,* Case No. 3:19-cv-00923-VC | |

Pursuant to Plaintiff Patricia Godsey's Unopposed First Motion to Move Case to Wave VIII, and for good cause shown, the Court hereby enters the following Order:

**IT IS HEREBY ORDERED AND ADJUDGED**:

Plaintiff's Unopposed First Motion to Move Case to Wave VIII is **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE VINCE G. CHHABRIA
United States District Judge