**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 521-5547
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Earl Sessions v. Monsanto Co.,* Case No. 3:17-cv-04548-VC | |

**NOTICE OF NON-OPPOSITION TO COUNSEL'S
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Defendant Monsanto Company hereby provides notice that it does not oppose counsel's Motion to Withdraw as Counsel for Plaintiff.

DATED: June 11, 2024                    Respectfully submitted,

                                        SHOOK, HARDY & BACON L.L.P.

                                        By: */s/ Anthony R. Martinez*
                                            Anthony R. Martinez
                                            SHOOK, HARDY & BACON, LLP
                                            2555 Grand Boulevard
                                            Kansas City, MO 64108-2613
                                            Telephone: (816) 474-6550
                                            Email: amartinez@shb.com

                                        *Attorney for Defendant Monsanto Company*

-1-

NOTICE OF NON-OPPOSITION TO COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF
3:16-md-02741-VC & 3:17-cv-04548-VC

## CERTIFICATE OF SERVICE

I certify that on the 11th day of June 2024, I electronically transmitted the foregoing **NOTICE OF NON-OPPOSITION TO COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by FED. R. CIV. P. 5.

*/s/Anthony R. Martinez*
Anthony R. Martinez