**ADLER LAW GROUP, APLC**

Ellen N. Adler
402 W. Broadway, Ste. 860
San Diego, CA 92101
Tel: 619-531-8700
Fax: 619-342-9600

*Attorneys for Plaintiffs*

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:    (713) 227-8008
Facsimile:    (713) 227-9508
Email: jstubbs@shb.com

*Attorneys for Defendants Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*William Schroeder et al. v. Monsanto Co. et al.*, Case No. 3:20-cv-00526-VC | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned case (including all claims asserted by Plaintiffs), with each party to bear their own attorneys' fees and costs.

Counsel for the parties have reviewed Pretrial Order Nos 236 (ECF 13192) and 282 (ECF 15991), and hereby certify that no common benefit hold back is required for this plaintiff.Respectfully submitted this 11th day of June, 2024.

**ADLER LAW GROUP, APLC**

<u>/s/Ellen N. Adler</u>

Ellen N. Adler
402 W. Broadway, Ste. 860
San Diego, CA 92101
Tel: 619-531-8700
Fax: 619-342-9600
*Attorneys for Plaintiffs*

**SHOOK, HARDY & BACON L.L.P.**

<u>/s/Jennise W. Stubbs</u>
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
Email:          jstubbs@shb.com

*Attorneys for Defendant*
*Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Ellen N. Adler, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*/s/Ellen N. Adler*
Ellen N. Adler