**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 521-5547
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Ronald Bailey v. Monsanto Co.*,<br>Case No. 3:24-cv-01595-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF ANTHONY R. MARTINEZ PURSUANT TO THIS COURT'S ORDER [DKT 12 & 18482]** |

  Counsel submits this Declaration pursuant to this Honorable Court's Order Granting Motion to Withdraw as Attorney [Dkt 12 & 18482] entered June 5, 2024 (the "Order").

  I, Anthony R. Martinez, hereby declare as follows:

  1. I am an attorney at the law firm of Shook, Hardy & Bacon L.L.P., counsel for Monsanto Company ("Monsanto"). I make this declaration pursuant to the Court's June 5, 2024 Order. This declaration is based on my personal knowledge, and, if called to testify, I would and could testify on these matters.

  2. On June 5, 2024, this Court ordered counsel for Defendant to "provide a copy of this order to the plaintiff, and file a declaration with 7 days of this ruling explaining how they did so."

  3. On June 6, 2024, Lakshmi Achari of Shook, Hardy & Bacon L.L.P. forwarded this Court's June 5, 2024 Order by certified mail, return receipt requested and electronic mail, addressed to Ronald Bailey, 18 Mettle Lane, Wharton, New Jersey 07885 and bailey4555@aol.com.

I declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 12th day of June 2024 in Kansas City, Missouri.

*/s/ Anthony R. Martinez*
Anthony R. Martinez

### CERTIFICATE OF SERVICE

I certify that on the 12th day of June 2024, I electronically transmitted the foregoing **Declaration of Anthony R. Martinez Pursuant to This Court's Order [Dkt 12 & 18482]** to the Clerk of the court using the ECF system for filing which sent notice of the filing to all appearing parties of record.

*/s/Anthony R. Martinez*
Anthony R. Martinez