1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
2   600 Travis Street, Suite 3400
Houston, TX 77002-2026
3   Telephone:   (713) 227-8008
Facsimile:    (713) 227-9508
4   Email:        jstubbs@shb.com

5   *Attorneys for Defendant*
*MONSANTO COMPANY*

6                      UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8   | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
LIABILITY LITIGATION

9                                            Case No. 3:16-md-02741-VC

10  This document relates to:

11  *Kathy Michel v. Monsanto Co.*,
Case No. 3:24-cv-00876-VC

12

13

14          <u>**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**</u>

15          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16  ("Monsanto") makes the following disclosures:

17          1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18          2.      Bayer AG is a publicly held corporation.

19

20

21

22

23

24

25

26

27

28

DATED:  June 12, 2024

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
  Jennise W. Stubbs
  600 Travis Street, Suite 3400
  Houston, TX 77002-2926
  Telephone: (713) 227-8008
  Facsimile: (713) 227-9508
  Email:  jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 12th day of June, 2024, I electronically transmitted the foregoing MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs