AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| All Actions Listed - Exhibit A | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:16-md-02741-VC |
| Monsanto Company | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All actions listed on the attached Exhibit A.                                                                                       .

Date: _____

/s/ Christopher L. Johnson
*Attorney's signature*

Christopher L. Johnson 24063939
*Printed name and bar number*

3141 Hood Street, Ste. 700
Dallas, TX 75219

*Address*

cjohnson@waterskraus.com
*E-mail address*

(214) 357-6244
*Telephone number*

(214) 357-7252
*FAX number*

# **EXHIBIT A**

| Case Name | Cause Number |
|---|---|
| Kathleen Axelson | 3:19-cv-06400-VC |
| Thomas Benzel | 3:19-cv-03462-VC |
| John Coe | 3:22-cv-01949-VC |
| Barbara Culler | 3:19-cv-06401-VC |
| Laurent Delsuc | 3:19-cv-02079-VC |
| Kenneth Eilmes | 3:19-cv-05345-VC |
| John Golling | 3:23-cv-02960-VC |
| Caryl Haase | 3:19-cv-05957-VC |
| Neal Hayden | 3:19-cv-05600 VC |
| Michael Hendrickson | 3:22-cv-09090-VC |
| Carol Huntley | 3:19-cv-06407-VC |
| Peter Anthony (Tony) Mazzeo | 03:19-cv-02315-VC |
| Lance Mercer | 3:19-cv-06403-VC |
| Kenneth Parsons | 3:19-cv-02577-VC |
| Verna Pearson | 3:19-cv-07525-VC |
| Gary Piesik | 3:19-cv-05660-VC |
| Thomas Sanders | 3:19-cv-07401-VC |
| John Storlie | 3:19-cv-03785-VC |
| Patrick Leonard Tierney | 3:19-cv-01937-VC |
| Joan Toyer | 3:19-cv-06405-VC |