**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:  (713) 227-8008
Facsimile:   (713) 227-9508
Email:        jstubbs@shb.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Wanda Sapp v. Monsanto Co.*, Case No. 3:24-cv-01150-VC | Case No. 3:16-md-02741-VC |

### MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED: June 14, 2024                    Respectfully submitted,

                                                    SHOOK, HARDY & BACON L.L.P.

                                                    BY: */s/ Jennise W. Stubbs*
                                                            Jennise W. Stubbs
                                                           600 Travis Street, Suite 3400
                                                           Houston, TX 77002-2926
                                                           Telephone:  (713) 227-8008
                                                           Facsimile:   (713) 227-9508
                                                           Email:         jstubbs@shb.com

                                                *Attorneys for Defendant*
                                                *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 14th day of June, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

                                                */s/Jennise W. Stubbs*
                                                Jennise W. Stubbs