**WAGSTAFF LAW FIRM**
Emily Acosta, Esq.
940 N. Lincoln St.
Denver, CO 80203
Tel: (303) 376-6360
Eacosta@wagstafflawfirm.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Robin and Patrick Hayes v. Monsanto Company, et al.* Case No. 3:21-cv-05398-VC | **NOTICE OF APPEARANCE OF EMILY ACOSTA** |

PLEASE TAKE NOTICE that Emily Acosta of Wagstaff Law Firm hereby enters an appearance as counsel for Robin and Patrick Hayes. Ms. Acosta is registered with the Court's CM/ECF system and may be served notice through that system. Ms. Acosta's contact information is as follows:

    Emily Acosta, Esq.
    Wagstaff Law Firm
    940 N. Lincoln St.
    Denver, CO 80203
    Telephone: (303) 376-6360
    Fax: (888) 875-2889
    Eacosta@wagstafflawfirm.com

DATE: June 14, 2024

By: */s/ Emily Acosta*
Emily Acosta, Esq.
**WAGSTAFF LAW FIRM**
940 N. Lincoln St.
Denver, CO 80203
Telephone: (303) 376-6360
Eacosta@wagstafflawfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on 14th day of June 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

By: */s/ Emily Acosta*
Emily Acosta, Esq.
**WAGSTAFF LAW FIRM**
940 N. Lincoln St.
Denver, CO 80203
Telephone: (303) 376-6360
Eacosta@wagstafflawfirm.com

*Counsel for Plaintiffs*

NOTICE OF APPEARANCE OF EMILY ACOSTA