**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Kenzie Bryant v. Monsanto Co.*<br>Case No. 3:23-cv-04959-VC | **MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE** |

**MONSANTO COMPANY'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE**

Defendant Monsanto Company ("Monsanto") files this motion to dismiss for failure to prosecute or, in the alternative, for an order to show cause. On April 4, 2024 counsel for Plaintiff filed a Motion to Withdraw as Attorney. (Dkt Nos. 11 & 18152.) This Court granted the motion on April 9, 2024, and directed the Plaintiff to file a notice indicating whether she intends to pursue this action with new counsel or representing herself within 28 days of the entry of the order (Dkt Nos. 15 & 18184. (the "Order").) The Order further required that, Counsel for Monsanto provide a copy of the order to the plaintiff, and file a declaration within seven days of the ruling explaining how they did so. (*Id.*)

On May 22, 2024, Anthony Martinez of Shook, Hardy & Bacon LLP filed a declaration stating that Monsanto mailed the Order to Plaintiff Bryant at P. O. Box 450224, Houston, Texas 77245 via Certified Return Receipt Requested and Regular U.S. Mail on May 1, 2024. (Dkt Nos. 16 & 18404.) The P.O. box address is the only address that Monsanto has for Plaintiff Bryant.

Per the April 9, 2024 Order, Plaintiff was required to notify the court by May 7, 2024 indicating whether he intends to pursue the action with new counsel or represent herself otherwise the Court will dismiss this action without prejudice.  Due to Monsanto's inadvertent delay in mailing the Order to Plaintiff, Monsanto waited another 28 days after attempting to send the Order to Plaintiff before filing the present motion.  However, as of June 17, 2024, Plaintiff still has not notified the court whether she intends to pursue the action with new counsel or represent herself.

A court may dismiss a case for failure to prosecute pursuant to Rule 41(b), which provides:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Dismissal is authorized by Rule 41(b) and warranted under the Order because Plaintiff has failed to prosecute his case.

If the Court is not presently inclined to dismiss this case, Monsanto requests, in the alternative, an order requiring Plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute. Monsanto further requests that the Court indicate that the case will be dismissed pursuant to Fed. R. Civ. P. 41(b) if no response is filed within 21 days of the order's entry.  In the event the Court issues an order to show cause Monsanto will, within seven days of its issuance, transmit said order to Plaintiff Bryant at P. O. Box 450224, Houston, Texas 77245.

Therefore, Monsanto requests that the Court dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41(b).

**Conclusion**

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case without prejudice for failure to prosecute or, in the alternative, for an order to show cause.

DATED:  June 17, 2024

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

*/s/ Anthony R. Martinez*
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendant Monsanto Company*

DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:23-cv-04959-VC

**CERTIFICATE OF SERVICE**

I, Anthony Martinez, hereby certify that on June 17, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Anthony Martinez*
Anthony Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*