**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to: | **[PROPOSED] ORDER GRANTING MOTION TO SHOW CAUSE** |
| *Kenzie Bryant v. Monsanto Co.*<br>Case No. 3:23-cv-04959-VC | |

The motion for order to show cause is granted. Within 21 days of this Order, the plaintiff must show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. If no response is filed, this case will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____          _____

                                                             VINCE CHHABRIA
                                                             United States District Judge