Robert P. Alpert – GA Bar #013635
rpa@mmmlaw.com
Jeffrey K. Douglass – GA Bar #227523
jkd@mmmlaw.com
Patrick L. Lowther – GA Bar # 151509
plowther@mmmlaw.com
Caroline W. Suydam – GA Bar #312378
csuydam@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Zachary Tolson – State Bar # 242824
ztolson@gnhllp.com
GOODMAN NEUMAN HAMILTON, LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
Home Depot Product Authority, LLC

Jackalyn Olinger Rochelle – Stat Bar #254825
jrochelle@baileyglasser.com
BAILEY & GLASSER, LLP
P.O. Box 993
Maryville, Illinois 62062

1999 Harrison Street; Suite 660
Oakland, CA 94612
Telephone: (618) 693-2474
Facsimile: (304) 342-1110

Attorney for Plaintiff
Michael Burton

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Michael Burton v. Monsanto Company et al*<br>Case No. 3:24-cv-03223-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

## <u>STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT</u>

Pursuant to Civil L.R. 6-1(a), Plaintiff and Defendant Home Depot Product Authority, LLC incorrectly sued as New Home Depot Product Authority, LLC ("Home Depot")[1] hereby stipulate to extend the time for Home Depot to answer or otherwise respond to the complaint until July 17, 2024. Home Depot reserves all rights, defenses, and objections, including as to jurisdiction.

**SO STIPULATED.**

Dated: June 14, 2024                    Respectfully submitted,


By: */s/ Zachary S. Tolson*
   Robert P. Alpert (rpa@mmmlaw.com)
   Jeffrey K. Douglass (jkd@mmmlaw.com)
   Patrick L. Lowther (plowther@mmmlaw.com)
   Caroline W. Suydam (csuydam@mmmlaw.com)
   MORRIS, MANNING & MARTIN, LLP
   1600 Atlanta Financial Center,
   3343 Peachtree Road NE
   Atlanta, GA 30326
   Telephone: (404) 233-7000
   Facsimile: (404) 365-9532

   Joshua S. Goodman
   Zachary Tolson
   GOODMAN NEUMAN HAMILTON LLP
   100 Bush Street, Suite 1800
   San Francisco, CA 94104
   Telephone: (415) 705-0400
   Facsimile: (415) 705-0411

   *Attorneys for Home Depot Product Authority, LLC*

---

[1] New Home Product Authority, LLC changed its name to Home Depot Product Authority, LLC on December 22, 2021.

DATED:  June 17, 2024

By: _/s/ Jackalyn Olinger Rochelle_

Jackalyn Olinger Rochelle (SBN 254825)
BAILEY & GLASSER, LLP
P.O. Box 993
Maryville, Illinois 62062

1999 Harrison Street; Suite 660
Oakland, CA 94612
Telephone: (618) 693-2474
Facsimile: (304) 342-1110

*Attorney for Plaintiff*