Robert P. Alpert – GA Bar #013635
rpa@mmmlaw.com
Jeffrey K. Douglass – GA Bar #227523
jkd@mmmlaw.com
Patrick L. Lowther – GA Bar # 151509
plowther@mmmlaw.com
Caroline W. Suydam – GA Bar #312378
csuydam@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Zachary Tolson – State Bar # 242824
ztolson@gnhllp.com
GOODMAN NEUMAN HAMILTON, LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
Home Depot Product Authority, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Michael Burton v. Monsanto Company et al*<br>Case No. 3:24-cv-03223-VC | Case No. MDL No. 2741<br><br>Case No. 3:24-cv-03223-VC |

CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:24-cv-03223-VC

## HOME DEPOT PRODUCT AUTHORITY, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Home Depot Product Authority, LLC incorrectly sued as New Home Depot Product Authority, LLC ("Home Depot")[1] makes the following disclosures:

1. Home Depot Product Authority, LLC is a wholly owned subsidiary of The Home Depot, Inc.

2. Based on a review of filings made with the Securities and Exchange Commission, no publicly held corporation owns 10% or more of the capital stock of The Home Depot, Inc.

DATED:  June 17, 2024

By: */s/ Zachary S. Tolson*
Robert P. Alpert (rpa@mmmlaw.com)
Jeffrey K. Douglass (jkd@mmmlaw.com)
Patrick L. Lowther (plowther@mmmlaw.com)
Caroline W. Suydam (csuydam@mmmlaw.com)
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center,
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Joshua S. Goodman
Zachary Tolson
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

*Attorneys for Home Depot Product Authority, LLC*

---

[1] New Home Product Authority, LLC changed its name to Home Depot Product Authority, LLC on December 22, 2021.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2024, I electronically filed the foregoing document entitled HOME DEPOT PRODUCT AUTHORITY, LLC'S CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF System, which will send a notice of electronic filing to all Counsel of record in this action.

*/s/ Jeffrey Trayner*