Robert P. Alpert – GA Bar #013635
rpa@mmmlaw.com
Jeffrey K. Douglass – GA Bar #227523
jkd@mmmlaw.com
Patrick L. Lowther – GA Bar # 151509
plowther@mmmlaw.com
Caroline W. Suydam – GA Bar #312378
csuydam@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Joshua S. Goodman – State Bar #116576
jgoodman@gnhllp.com
Zachary Tolson – State Bar # 242824
ztolson@gnhllp.com
GOODMAN NEUMAN HAMILTON, LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
Home Depot Product Authority, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE : ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Michael Burton v. Monsanto Company et al*<br>Case No. 3:24-cv-03223-VC | Case No. MDL No. 2741<br><br>Case No. 3:24-cv-03223-VC |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:24-cv-03223-VC

## **HOME DEPOT PRODUCT AUTHORITY, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

a. Home Depot Product Authority, LLC incorrectly sued as New Home Depot Product Authority, LLC[1]

b. The Home Depot, Inc.

Respectfully submitted this 17th day of June, 2024.

By: */s/ Zachary S. Tolson*
Robert P. Alpert (rpa@mmmlaw.com)
Jeffrey K. Douglass (jkd@mmmlaw.com)
Patrick L. Lowther (plowther@mmmlaw.com)
Caroline W. Suydam (csuydam@mmmlaw.com)
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center,
3343 Peachtree Road NE
Atlanta, GA 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Joshua S. Goodman
Zachary Tolson
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
*Attorneys for Home Depot Product Authority, LLC*

---

[1] New Home Product Authority, LLC changed its name to Home Depot Product Authority, LLC on December 22, 2021.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2024, I electronically filed the foregoing document

entitled HOME DEPOT PRODUCT AUTHORITY, LLC'S CERTIFICATION OF INTERESTED

ENTITIES OR PERSONS with the Clerk of Court using the CM/ECF System, which will send a

notice of electronic filing to all Counsel of record in this action.


*/s/ Jeffrey Trayner*