David Bricker, Esq. (Cal. Bar No. 158896)
**THORNTON LAW FIRM, LLP**
2121 Avenue of the Stars, Suite 800
Los Angeles, California 900678
T: (310) 282-8676
F: (310) 388-5316
dbricker@tenlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br>Hon. Vince G. Chhabria, Judge |
| This document relates to:<br><br>*Canning v. Monsanto Co.*<br>USDC N.D.Cal. Case No. 3:19-cv-04230-VC<br>USDC MA Case No. 1:19-cv-11397 | **STATEMENT OF NON-OPPOSITION TO CONDITIONAL REMAND ORDER** |

**TO THIS HONORABLE COURT, THE JPML AND TO ALL PARTIES:**

   **PLEASE TAKE NOTICE** that Plaintiffs in the above-entitled matter have no opposition to the CONDITIONAL REMAND ORDER (Master Docket No. 3496) filed by the JPML on June 13, 2024.

DATED: June 18, 2024                                                  **THORNTON LAW FIRM, LLP**

                                                                                        By: _____
                                                                                              David Bricker
                                                                                              Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action; I am employed by Thornton Law Firm, LLP, in the County of Los Angeles at 2121 Avenue of the Stars, Suite 800, Los Angeles, California 90067.

On June 18, 2024, I served the foregoing document(s) described as: **STATEMENT OF NON-OPPOSITION TO CONDITIONAL REMAND ORDER** on interested parties in this action by:

[X] By CM/ECF: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

[X] (Federal) I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the above is true and correct.

Executed on June 18, 2024, at Los Angeles, California.

By: _____
David Bricker