**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: Monsanto Company et al | 3:16-md-02741-VC |
| Roundup Products Liability Litigation | Honorable Vince Chhabria |
| _____ | |
| *This Document Also Relates To:* | |
| | **Civil Action No. 3:22-cv-00358-VC** |
| Peter Ginkel | |
| Plaintiff, | **SUGGESTION OF DEATH UPON THE RECORD AND MOTION TO SUBSTITUTE ANNE GINKEL IN PLACE OF PETER GINKEL** |
| v. | |
| Monsanto Company | |
| Defendant. | |

Counsel for Plaintiff in the above-referenced action respectfully moves this Court to substitute Anne Ginkel, as personal representative oof the estate of Peter Ginkel, deceased, pursuant to Rule 25 of the Federal Rules of Civil Procedure.

1. On December 27, 2021, Plaintiff Peter Ginkel filed the present products liability lawsuit in the United States District Court for the District of New Jersey and it was later

transferred to the United States District Court for the Northern District of California, Case No. 3:22-cv-00358.

2.  Anne Ginkel is the spouse of Peter Ginkel, the injured party.

3.  Plaintiff Peter Ginkel passed away on July 31, 2022. *See* **Exhibit A.**

4.  On November 25, 2022, Anne Ginkel was appointed personal representative by the Surrogate's Court of the State of New York. *See* **Exhibit B.**

5.  As the spouse of Peter Ginkel and the personal representative of his estate, Anne Ginkel is the proper party to make this suggestion and has a right to pursue a wrongful death action against Defendant.

6.  Anne Ginkel moves to be substituted as the Plaintiff in the present action, individually and on behalf of the wrongful death beneficiaries of Peter Ginkel.

7.  No party will be prejudiced by this amendment, and it serves the needs of justice.

8.  Therefore, Plaintiff requests that this Court enter an Order substituting Anne Ginkel in place of Peter Ginkel. The case caption is requested to be amended as follows: "Anne Ginkel, individually and as personal representative of the estate of Peter Ginkel, and on behalf of the wrongful death beneficiaries of Peter Ginkel."

Therefore, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, it is hereby requested that ANNE GINKEL, personal representative of the Estate of Peter Ginkel, be substituted as Plaintiff in place of the deceased, so that claims may survive and the action on the estate's behalf may proceed.

Dated: June 18, 2024                                                Respectfully Submitted,

                                                                    **/s/ Alexis Lilly**
                                                                    Alexis Lilly
                                                                    **Motley Rice LLC**

28 Bridgeside Blvd
Mt. Pleasant, SC 29464
(843) 216-9483
alilly@motleyrice.com

## CERTIFICATE OF SERVICE

I, Alexis Lilly, Esq., hereby certify that on June 18, 2024 I electronically

served, via ECF on defendants' counsel of record in the above-captioned matter.

Dated: June 18, 2024

**/s/ Alexis Lilly**
Alexis Lilly
Motley Rice LLC
28 Bridgeside Blvd
Mt. Pleasant, SC 29464
(843) 216-9483
alilly@motleyrice.com