# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

**DATE FILED** — THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

### CERTIFICATE OF DEATH

Certificate No. **156-22-035852**

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
Aug 04, 2022 04:43 PM

**1. DECEDENT'S LEGAL NAME:** PETER GINKEL (First, Middle, Last, Suffix)

**2a. New York City** — **2b. Borough:** Manhattan
**2c. Type of Place:** 1 ☒ Hospital Inpatient
**2d. Any Hospice care in last 30 days:** 2 ☒ No
**2e. Name of hospital or other facility:** Memorial Sloan-Kettering Cancer Center

**3a. Date of Death:** July 31, 2022
**3b. Time:** 7:50 PM
**4. Sex:** Male
**5. Date last attended by a Physician:** 07/31/2022

**6. Certifier:** I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See Instructions on reverse of certificate.

**Name of Medical Certifier:** MARIANINE ADE
**Signature:** Marianine Ade (Signature Electronically Authenticated) — ☒ MD
**Address:** 1275 York Ave New York, NY 10065
**License No.:** 252095
**Date:** JUL-31-2022

**7a. Usual Residence State:** New York
**7b. County:** Orange
**7c. City or Town:** Warwick
**7d. Street and Number:** 15 Cropsey St
**Apt. No.:** Apt 2C
**ZIP Code:** 10990
**7e. Inside City Limits?:** 2 ☒ No

**8. Date of Birth:** December 12, 1943
**9. Age at last birthday:** 78 years
**10. Social Security No.:** 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

**11a. Usual Occupation:** Engineer
**11b. Kind of business or industry:** Engineering
**12. Aliases or AKAs:** *** ***

**13. Birthplace:** New York, New York
**14. Education:** 7 ☒ Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA)

**15. Ever in U.S. Armed Forces?:** 2 ☒ No
**16. Marital/Partnership Status at time of death:** 1 ☒ Married
**17. Surviving Spouse's/Partner's Name:** Anne Noberini

**18. Father/Parent Name:** Paul Ginkel
**19. Mother/Parent Name:** Hilda Nesper

**20a. Informant's Name:** Laura M Ginkel
**20b. Relationship to Decedent:** Daughter
**20c. Address:** 166 N Mountain Ave, Montclair, NJ 07042

**21a. Method of Disposition:** 2 ☒ Cremation
**21b. Place of Disposition:** Poughkeepsie Rural Cemetery
**21c. Location of Disposition:** Poughkeepsie, New York
**21d. Date of Disposition:** 08/04/2022

**22a. Funeral Establishment:** Bergen Funeral Service Inc.
**22b. Address:** 11430 Rockaway Blvd South Ozone Park, NY 11420

No Correction History.***

VR 15 (Rev. 01/20)

EVT202208378362

August 4, 2022


Gretchen Van Wye, PhD, City Registrar



1400001152003

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE
**CONFIDENTIAL MEDICAL REPORT**

To be filled in by **FUNERAL DIRECTOR** or, in case of City Burial, by Physician

Certificate No. 156-22-035852

**23. Ancestry** (Check one box and specify)
- ☐ Hispanic (Mexican, Puerto Rican, Cuban, Dominican, etc.)
  Specify _____
- ☒ NOT Hispanic (Italian, African American, Haitian, Pakistani, Ukrainian, Nigerian, Taiwanese, etc.)
  Specify American

**24. Race** as defined by the U.S. Census (Check one or more to indicate what the decedent considered himself or herself to be)
- 01 ☒ White
- 02 ☐ Black or African American
- 03 ☐ American Indian or Alaska Native (Name of enrolled or principal tribe) _____
- 04 ☐ Asian Indian
- 05 ☐ Chinese
- 06 ☐ Filipino
- 07 ☐ Japanese
- 08 ☐ Korean
- 09 ☐ Vietnamese
- 10 ☐ Other Asian–Specify _____
- 11 ☐ Native Hawaiian
- 12 ☐ Guamanian or Chamorro
- 13 ☐ Samoan
- 14 ☐ Other Pacific Islander–Specify _____
- 15 ☐ Other–Specify _____

**DECEDENT'S LEGAL NAME** (Type or Print): PETER GINKEL

**25. CAUSE OF DEATH** – List only one cause on each line. DO NOT ABBREVIATE.

**PART I**

| | | APPROXIMATE INTERVAL: ONSET TO DEATH |
|---|---|---|
| a. IMMEDIATE CAUSE | Respiratory Arrest | Unknown |
| b. DUE TO OR AS A CONSEQUENCE OF | Primary Cns Lymphoma | Unknown |
| c. DUE TO OR AS A CONSEQUENCE OF | | *** |
| d. DUE TO OR AS A CONSEQUENCE OF | | *** |

**PART II** OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH but not resulting in the underlying cause given in Part I. Include operation information.
***

**26a.** Was an autopsy performed? 1 ☐ Yes 2 ☒ No
**26b.** Were autopsy findings available to complete the cause of death? 1 ☐ Yes 2 ☐ No

**27a.** If Female
1 ☐ Not pregnant within 1 year of death
2 ☐ Pregnant at time of death
3 ☐ Not pregnant at death, but pregnant within 42 days of death
4 ☐ Not pregnant at death, but pregnant 43 days to 1 year before death
5 ☐ Unknown if pregnant within 1 year of death

**27b.** If pregnant within one year of death, outcome of pregnancy
1 ☐ Live Birth
2 ☐ Spontaneous Termination/Ectopic Pregnancy
3 ☐ Induced Termination  4 ☐ None

**27c.** Date of Outcome  mm *** dd *** ***

**28.** Was this case referred to OCME? 1 ☐ Yes 2 ☐ No

**29.** Did tobacco use contribute to death? 1 ☐ Yes 2 ☐ No 3 ☐ Probably 4 ☒ Unknown

**30.** For infant under one year: Name and address of hospital or other place of birth ***

I am submitting herewith a confidential report of the cause of death.
SIGNATURE: *Marianine Ade*, D.O. M.D. (Signature Electronically Authenticated)
ADDRESS: 1275 York Ave New York, NY 10065-6007
LICENSE NO. 252095