Certificate# 52384

# Surrogate's Court of the State of New York
# Orange County

File#: 2022-778/A

## Certificate of Appointment of Executor

IT IS HEREBY CERTIFIED that Letters for the Estate of the Decedent named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

**Name of Decedent:** Peter Ginkel

Date of Death: July 31, 2022

Domicile: Village Of Warwick

Fiduciary Appointed: **Anne Marie Ginkel**
15 Cropsey Street Apt 2C
Warwick NY 10990

Letters Issued: LETTERS TESTAMENTARY

Letters Issued On: November 22, 2022

**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

Dated: November 25, 2022
Goshen, New York

IN TESTIMONY WHEREOF, the seal of the Orange County Surrogate's Court has been affixed.

WITNESS, Honorable Timothy P. McElduff, Jr., Judge of the Orange County Surrogate's Court.

*Amy J. Miller*

**Amy J. Miller, Chief Clerk**
**Orange County Surrogate's Court**

*This Certificate is Not Valid Without the Raised Seal of the Orange County Surrogate's Court*