UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Holden v. Monsanto Co.*, Case No. 19-cv-05085-VC | **ORDER RE: WITHDRAWAL OF COUNSEL** |
| | Re: Dkt. No. 18313 |

The Court has granted the plaintiff's counsel's motion to withdraw. Within 28 days of this order, the plaintiff shall file a notice indicating whether he intends to pursue the action with new counsel or representing himself. If the plaintiff does not file that notice, the Court will dismiss this case without prejudice (meaning the plaintiff might be able to refile his case later if he wishes).

Counsel for Monsanto shall provide a copy of this order to the plaintiff, and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: June 18, 2024

_____
VINCE CHHABRIA
United States District Judge