Robert W. Sink, Esq.
Law Offices of Robert W. Sink
1417 Crosby Dr.
Fort Washington, PA 19034
215-995-1000
rsink@sinklawoffices.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Dkt. No. 16-md-02741-VC |
| This document relates to:<br><br>*Holmen v. Monsanto Co.,*<br>Case No. 3:19-CV-05040 | |

### ~~[PROPOSED]~~ ORDER

Before the Court is the Joint Administrative Motion to File Under Seal Portions of Plaintiffs' Uncontested Motion to Approval the Wrongful Death and Survival Actions and Portions of the Supporting Exhibits. Having considered the papers, and for compelling reasons shown, the Court hereby grants the motion and orders that the following documents until further order of the Court, with the publicly filed versions redacted as follows:

1

| Document Date | Document Name | Exhibit | Location of Designated Confidential Information in Document | Designating Party | Specific Basis of Claimed Confidentiality |
|---|---|---|---|---|---|
| | Uncontested Motion for Approval of Settlement of W.D./Survival Actions | Ex. 1 to the Motion | Page 1, Dollar amount in #4 | Plaintiffs | Confidential Settlement Amounts under the Settlement Agreement |
| | Uncontested Motion for Approval of Settlement of W.D./Survival Actions | Ex. 1 to the Motion | Page 1, Dollar amount in #8 | Plaintiffs | Confidential Settlement Amounts under the Settlement Agreement |
| | Uncontested Motion for Approval of Settlement of W.D./Survival Actions | Ex. 1 to the Motion | Page 2, Dollar amount in #11 | Plaintiffs | Confidential Settlement Amounts under the Settlement Agreement |
| | Uncontested Motion for Approval of Settlement of W.D./Survival Actions | Ex. 1 to the Motion | Page 2, Dollar amount in #13 | Plaintiffs | Confidential Settlement Amounts under the Settlement Agreement |
| | Ex. B to Uncontested Motion for Approval of Settlement of | Ex. 2 to the Motion | Page 1, Dollar amounts in the first paragraph | Plaintiffs | Confidential Settlement Amounts under the Settlement Agreement |

| | W.D./Survival Actions | | | | |
|---|---|---|---|---|---|

Date: June 18, 2024

APPROVED
Judge Vince Chhabria

3