UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Holmen et al. v. Monsanto Co.*, Case No. 19-cv-05040-VC | **ORDER APPROVING SETTLEMENT OF WRONGFUL DEATH AND SURVIVAL ACTIONS**<br>Re: Dkt. Nos. 18380, 18391 |

    The motion for approval of the settlement of the *Holmen* plaintiffs' wrongful death and survival actions is granted. The Court approves the terms of the settlement set out in the motion papers and exhibits. *See* 20 Pa. Stat. and Consol. Stat. § 3323; *Moore v. Gates*, 580 A.2d 1138, 1141 (Pa. Super. 1990) (en banc), *appeal denied*, 590 A.2d 758 (Pa. 1991).

**IT IS SO ORDERED.**

Dated: June 18, 2024

_____

VINCE CHHABRIA
United States District Judge