**PODHURST ORSECK, P.A.**
Matthew P. Weinshall
One SE Third Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382
Email: mweinshall@podhurst.com

*Attorneys for Plaintiff Allen Boatright*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> Boatright v. Monsanto Company, Case No.: 3:21-cv-00675 | MDL No. 2741 <br><br> Case Number: MDL No. 3:16-md-02741-VC |

**PLAINTIFF, ALLEN BOATRIGHT'S**
<u>**RESPONSE TO ORDER ENFORCING PRETRIAL ORDER NO. 240**</u>

Plaintiff, Allen Boatright, by and through his undersigned counsel and pursuant to the Court's May 21, 2024, D.E. 18389 Order Enforcing Pretrial Order No. 240, notifies the Court that he is in compliance with PTO 240, having submitted the information requested by Special Master Feinberg.

Respectfully submitted this 18th day of June, 2024.

        **PODHURST ORSECK, P.A.**
        *Attorney for the Plaintiff*

        One SE Third Avenue, Suite 2300
        Miami, FL 33131
        Telephone: (305) 358-2800
        Fax: (305) 358-2382

        By:   /s/ *Matthew Weinshall*

Plaintiff, Allen Boatright's Response to Order Enforcing Pretrial Order No. 240
3:16-md-02741-VC & 3:21-cv-00675-VC
P a g e | 1

Matthew P. Weinshall
Florida Bar No. 84783

Email: mweinshall@podhurst.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern Division of California via the Court's CM/ECF Filing System, which shall send electronic notification to counsel of record.

*/s/ Matthew Weinshall*
Matthew Weinshall

Plaintiff, Allen Boatright's Response to Order Enforcing Pretrial Order No. 240
3:16-md-02741-VC & 3:21-cv-00675-VC
P a g e | 2