UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **ORDER DENYING MOTION FOR REVISED WAVE 8 SCHEDULE AND SETTING CMC**<br>Re: Dkt. No. 18409 |

Monsanto's motion for a revised Wave 8 schedule is denied. It continues to be important to keep the MDL cases moving forward so that plaintiffs, if they want it, can have their days in court. Monsanto can hire more lawyers if necessary.

A case management conference is set for July 11 at 2 P.M. The parties should be prepared to discuss a Wave 9 schedule.

**IT IS SO ORDERED.**

Dated: June 20, 2024

VINCE CHHABRIA
United States District Judge