Paul Mankin (SBN 264038)
LAW OFFICE OF PAUL MANKIN, APC
1010 Turquoise St., Ste. 320
San Diego, CA 92109
Phone: (800)-219-3577
Facsimile: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Clarice Jackson<br>         vs.<br>Monsanto Company<br>*Case No.: 3:22-cv-06599* | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD, AND DECLARATION OF PAUL MANKIN**<br><br>***Filed concurrently herewith:***<br>**Proposed Order**<br><br>**Hearing Date: August 15, 2024**<br>**Time: 10:00 A.M.**<br>**Place:  San Francisco Courthouse**<br>**         450 Golden Gate Avenue**<br>**         17th Floor, Courtroom 4**<br>**         San Francisco, CA 94102** |

**TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE** that on August 15, 2024, at 10:00 a.m., or as soon thereafter as this matter may be heard in the United States District Court for the Northern District of California, San Francisco Courthouse located at 450 Golden Gate Avenue, 17th Floor, Courtroom 4, San Francisco, CA 94102, this Firm, The Law Office of Paul Mankin, APC and Paul Mankin, pursuant to LR 11-5, will move the Court for an Order allowing Counsel to withdraw as attorney of record for

Plaintiff Clarice Jackson. In support of this motion Counsel for Plaintiff states as follows:

This firm brings this Motion on the following grounds:

1. Counsel has made numerous attempts to communicate with the Plaintiff through telephone, mail, email, and text messages, with no response. We also skipped trace Plaintiff and sent letters to all known addresses with no response and letters being returned to Counsel.

2. Plaintiff has not complied with the attorney-client agreement by failing to remain in contact with Counsel.

The Hearing on this Motion will occur on August 15, 2024, at 10:00 am.

This Motion is based upon the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Civil L.R. 11-5, California Rules of Professional Conduct rule 3-700, the Declaration of Paul Mankin filed concurrently herewith and upon all the papers, records, and documents on file herein, and upon evidence, oral and documentary, to be presented at the hearing of the motion.

Dated: 6/20/2024

/s/Paul Mankin
PAUL MANKIN

## MEMORANDUM OF POINTS AND AUTHORITIES

### 1. INTRODUCTION

Paul Mankin (hereinafter, collectively, "Counsel") was retained as counsel by Plaintiff Clarice Jackson ("Plaintiff") in the above-entitled matter. There has now been an irreconcilable breakdown in the attorney-client relationship that has necessitated this Motion to Withdraw as Counsel of Record.

The breakdown of the attorney-client relationship and Plaintiff's failure to respond to contact attempts and comply with the attorney-client agreement has rendered representation by this law firm impossible. Accordingly, this Motion is brought pursuant to Civil L.R. 11-5 and California Rules of Professional Conduct Rule 3-700. Notice of this Motion has been given to Plaintiff and all parties.

### II. LEGAL ANALYSIS

### A. Counsel Brings this Motion Pursuant to Civil L.R. 11-5 and California Rules of Professional Conduct Rule 3-700.

Civil L.R. 11-5 states, "Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to client and all other parties who have appeared in the case."

Pursuant to California Rules of Professional Conduct Rule 3-700 (C)(d), counsel may move to withdraw as counsel of record if the client "by other conduct renders it unreasonably difficult for the member to carry out the employment effectively." Rule 3-700 (C)(f) also permits counsel to withdraw if the client "breaches an agreement or obligation to the member as to expenses or fees."

As attested to in the Declaration of Paul Mankin filed concurrently herewith, there has been a substantial and irreconcilable breakdown of the attorney-client relationship between counsel and Plaintiff. Specifically, Counsel has not been able to make contact with Plaintiff. Counsel has called Plaintiff, emailed Plaintiff, sent letters to Plaintiff, skipped traced Plaintiff's location, and sent letters and made calls to all known addresses and phone numbers of Plaintiff's. This breakdown and

1   Plaintiff's failure to respond and comply with the attorney-client agreement has
2   rendered representation of Plaintiff impossible.

### III. CONCLUSION

4        Based on the foregoing, The Law Office of Paul Mankin respectfully requests
5   that the Court grant this Motion for leave to withdraw as counsel of record for
6   Plaintiff Clarice Jackson in the instant matter.

9   Dated: 6/20/2024

11                   /s/ Paul Mankin
                 Paul Mankin
12                    Attorney for Plaintiff Clarice Jackson

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this <u>20th</u> day of <u>June</u> 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.


<u>/s/ Paul Mankin</u>
Paul Mankin