Paul Mankin (SBN 264038)
LAW OFFICE OF PAUL MANKIN, APC
1010 Turquoise St., Ste. 320
San Diego, CA 92109
Phone: (800)-219-3577
Facsimile: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>Clarice Jackson<br>   vs.<br>Monsanto Company<br>*Case No.: 3:22-cv-06599* | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF CLARICE JACKSON**<br><br>Date:  August 15, 2024<br>Time: 10:00 A.M.<br>Place: San Francisco Courthouse<br>          450 Golden Gate Avenue<br>          17th Floor, Courtroom 4<br>          San Francisco, CA 94102 |

## ORDER

The Court, having considered the moving papers and oral argument, and counsel having shown sufficient reasons to be relieved as counsel pursuant to motion under Civil L.R. 11-5 and California Rules of Professional Conduct 3-700 and good cause appearing therefor, issues the following order:

**IT IS HEREBY ORDERED** that:

1  Paul Mankin and the Law Office of Paul Mankin, APC are relieved as
2  counsel of record for Plaintiff Clarice Jackson as of the date of this Order.
3  Plaintiff's last known address is: 734 Lucy Circle, Magnolia, AR 71753.
4  Plaintiff's last known email address is: claricejackson735@gmail.com
5  Plaintiff's last known telephone number is: 214-240-3893

**IT IS SO ORDERED.**

Dated:

_____
Hon. VINCE CHHABRIA
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL