**DECLARATION OF PAUL MANKIN**

I, PAUL MANKIN, hereby declare as follows:

1. I am an attorney at law duly admitted to practice before all courts of the state of California and I am the managing attorney of the Law Office of Paul Mankin, APC in San Diego, California. This firm is the attorney of record for Plaintiff, Clarice Jackson in this action. The facts set forth in this Declaration are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. This firm brings the instant Motion to withdraw as counsel of record for Plaintiff Clarice Jackson on the following grounds: 1) There has been a substantial and irreconcilable breakdown of the attorney-client relationship between The Law Office of Paul Mankin and 2) Clarice Jackson has not complied with the attorney-client agreement.

3. Members of my or firm or I have attempted to call Plaintiff on all phone numbers provided to us, emailed Plaintiff, sent text messages to Plaintiff, and sent letters to Plaintiff to all mailing addresses provided to us. Plaintiff has not responded to any of our communication attempts for well over 9 months. We also hired a skip trace service to obtain additional addresses and phone numbers associated with the Plaintiff. We called and mailed letters to addresses found from the skip trace of Plaintiff as well. Unfortunately, Plaintiff did not return any of our attempted communications to those phone number(s) or address(es) either.

4. As attested to in the proof of service filed concurrently with this Declaration, this firm served Plaintiff Clarice Jackson with the Notice of Motion to Withdraw as Counsel via mail at the client's last known mailing address.

5. I have taken steps to avoid any reasonably foreseeable prejudice to the rights of Plaintiff. Multiple attempts to contact Plaintiff have been carried out by Counsel.

1 | I declare under penalty of perjury and under the laws of the State of
2 | California that the following is true and correct. Executed on June 20, 2024, at San
3 | Diego, CA.

<pre>
                        /s/ Paul Mankin
                        Paul Mankin
</pre>