Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| **This Document Relates to:** | Case No.: 3:16-md-02741-VC |
| *Kenneth Noel Eilmes, Jr. and Kelleen Patricie Eilmes v. Monsanto Co.*<br>Member Case No. 3:19-cv-05345-VC | **DECLARATION OF CORRIE J. YACKULIC IN SUPPORT OF PLAINTIFFS' MOTION TO LIMIT EXPERT DEPOSITION TIME** |
| *Caryl Ann Haase (deceased) and Clyde Edward Haase v. Monsanto Co.*<br>Member Case No. 3:19-cv-05957-VC | |
| *Neal Allen Hayden and Robin D. Hayden v. Monsanto Co.*<br>Member Case No.: 3:19-cv-05600-VC | |
| *Carol Ann Huntley v. Monsanto Co.*<br>Member Case No. 3:19-cv-06407-VC | |

**CORRIE J. YACKULIC HEREBY DECLARES AS FOLLOWS:**

1. I am counsel of record for the Plaintiffs, above-referenced, in this Court. I make the following statements in that capacity and on the basis of personal knowledge.

**DECLARATION OF CORRIE J. YACKULIC IN SUPPORT OF PLAINTIFFS' MOTION TO LIMIT EXPERT DEPOSITION TIME**
PAGE 1

Corrie Yackulic Law Firm PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

2. I represent nineteen Washington residents or their surviving family members in this MDL. My office is in Seattle, Washington, and I represent only these 19 Washington plaintiffs in the MDL. My clients include Wave 7G Plaintiffs Clyde Haase, Kenny and Kelleen Eilmes, Neal and Robin Hayden, and Carol Huntley. My other cases are in Wave 8.

3. In January and February 2024, Monsanto deposed all but two of my 19 MDL clients in depositions that frequently lasted *six hours or more*. The depositions often had long lines of questions with marginal, if any, purpose. For example, plaintiff Kenny Eilmes, a 51-year old high school teacher and coach, was questioned about his "typical breakfast, lunch, and dinner" (A: cereal with blueberries, sandwich, varied dinners), how often he and his wife prepare dinner vs. buy take-out or eat out (A: 60/20/20), how often he eats red meat (A: once, maybe two times a week), whether he or his wife prepares the dinners he likes (A: both); whether he ever purchased Roundup on sale (A: doesn't remember) or planned his purchases for when it was on sale, and how much of a "discount" he got (A: doesn't remember); the specific number of times he got Roundup "spray or spill" on his neck, arms, hands (A: doesn't remember but "a lot"), the quantity of product that got on his skin (A: no way to estimate), what cloth he used to wipe it off with (A: whatever was handy), what it felt like on his skin (A: damp), whether he was "sweating" when Roundup spilled on his hands, arms, neck, or legs (A: possibly).

4. All my clients have cooperated with Monsanto's discovery efforts and have produced their medical records and, where requested, their employment and other records. All completed and provided Plaintiff Fact Sheets. All participated in the mandatory Feinberg mediation process.

**DECLARATION OF CORRIE J. YACKULIC
IN SUPPORT OF PLAINTIFFS' MOTION TO
LIMIT EXPERT DEPOSITION TIME
PAGE 2**

Corrie Yackulic Law Firm PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

5. After Monsanto received Dr. Knopf's reports in these four cases, its attorney asked that Dr. Knopf make himself available for 14 hours of depositions in these four cases, by August 7. I proposed, instead, a total of six hours, to be divided among the four plaintiffs as Monsanto wishes. Monsanto refused to budge from its insistence that he block out 3.5 hours/plaintiff,

6. Monsanto previously agreed to a 90-minute limit per plaintiff for previously-deposed specific causation experts in an Illinois state court case with five plaintiffs. I expect that Monsanto will say it agreed to that limit, because it was an enlargement of the time allowed under Illinois state court rules. But that begs the point that the parties were able to complete the specific causation depositions in 1.5 hours/plaintiff in other RoundUp cases where the specific causation experts had already been subjected to hours and hours of depositions in similar cases.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of June, 2024, in Seattle, Washington.

CORRIE J. YACKULIC
WSBA #16063

DECLARATION OF CORRIE J. YACKULIC
IN SUPPORT OF PLAINTIFFS' MOTION TO
LIMIT EXPERT DEPOSITION TIME
PAGE 3

Corrie Yackulic Law Firm PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725