```
1  Corrie J. Yackulic
2  CORRIE YACKULIC LAW FIRM PLLC
   110 Prefontaine Place South, Suite 304
3  Seattle, Washington 98104
   Tel. 206.787.1915
4  Fax. 206.299.9725
   Corrie@cjylaw.com
5
6  Counsel for Plaintiffs
7
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| **This Document Relates to:** | Case No.: 3:16-md-02741-VC |
| *Kenneth Noel Eilmes, Jr. and Kelleen Patricie Eilmes v. Monsanto Co.*<br>Member Case No. 3:19-cv-05345-VC | DECLARATION OF KEVIN KNOPF, MD, MPH |
| *Caryl Ann Haase (deceased) and Clyde Edward Haase v. Monsanto Co.*<br>Member Case No. 3:19-cv-05957-VC | |
| *Neal Allen Hayden and Robin D. Hayden v. Monsanto Co.*<br>Member Case No.: 3:19-cv-05600-VC | |
| *Carol Ann Huntley v. Monsanto Co.*<br>Member Case No. 3:19-cv-05600-VC | |

I, Kevin Knopf, MD, MPH, hereby declare as follows:

1.  I am a Board-certified Oncologist licensed to practice medicine in the State of California. Attorneys for Plaintiffs Kenny Eilmes, Neal Hayden, Carol Huntley, and Clyde Haase

---

DECLARATION OF KEVIN KNOPF, MD, MPH
PAGE 1

have retained me to address specific causation in these cases. I make the following statements on the basis of personal knowledge.

2. I practice medicine at Highland Hospital in Oakland, California. Highland Hospital is the safety-net public hospital in Oakland. I care for cancer patients there in a busy practice.

3. Monsanto has taken my deposition 10 times, including 7 times this year, in Roundup cancer cases. The most recent depositions were on Wednesday, June 19, 2024. I have spent dozens of hours in these depositions.

4. My methodology in these cases has been consistent and my general opinions about non-Hodgkins lymphoma and glyphosates have not changed.

5. Monsanto requires that I set aside 3.5 hours for each deposition. This means that I have to block out an entire day for two depositions. Yet, some of the most recent depositions have taken under two hours. My absence from the clinic creates scheduling issues for my clinic and my colleagues. Worse, it makes me less available for my patients, who rely on me to treat them for various cancers. I want to fulfill my responsibilities to the plaintiffs in this litigation. At the same time, I would like to avoid deposition scheduling that wastes time or keeps me away from my practice more than is necessary.

I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of June, 2024, in Oakland, CA.

*Kevin B Knopf MD MPH*
Kevin B Knopf MD MPH (Jun 20, 2024 16:15 PDT)

Kevin B. Knopf, MD, MPH

DECLARATION OF KEVIN KNOPF, MD, MPH
PAGE 2

**Corrie Yackulic Law Firm PLLC**
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TEL. 206.787.1915
FAX. 206.299.9725

# 2024.06.20 Declaration of Kevin Knopf

Final Audit Report                                                              2024-06-20

| | |
|---|---|
| Created: | 2024-06-20 |
| By: | Corrie Yackulic (administrator@cjylaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAd4NJ6rtVir4cy7nBRrvFuqdQujyQakGt |

## "2024.06.20 Declaration of Kevin Knopf" History

- Document created by Corrie Yackulic (administrator@cjylaw.com)
  2024-06-20 - 11:12:47 PM GMT- IP address: 65.144.40.194

- Document emailed to kevinbknopf@gmail.com for signature
  2024-06-20 - 11:13:05 PM GMT

- Email viewed by kevinbknopf@gmail.com
  2024-06-20 - 11:14:28 PM GMT- IP address: 66.249.84.71

- Signer kevinbknopf@gmail.com entered name at signing as Kevin B Knopf MD MPH
  2024-06-20 - 11:15:02 PM GMT- IP address: 50.206.57.50

- Document e-signed by Kevin B Knopf MD MPH (kevinbknopf@gmail.com)
  Signature Date: 2024-06-20 - 11:15:04 PM GMT - Time Source: server- IP address: 50.206.57.50

- Agreement completed.
  2024-06-20 - 11:15:04 PM GMT

Adobe Acrobat Sign