Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

Christopher L. Johnson
WATERS KRAUS PAUL & SIEGEL
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. 214-357-6244
Fax. 214-357-7252
cjohnson@waterskraus.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| **This Document Relates to:** | Case No.: 3:16-md-02741-VC |
| *Kenneth Noel Eilmes, Jr. and Kelleen Patricie Eilmes v. Monsanto Co.*<br>Member Case No. 3:19-cv-05345-VC<br><br>*Caryl Ann Haase (deceased) and Clyde Edward Haase v. Monsanto Co.*<br>Member Case No. 3:19-cv-05957-VC<br><br>*Neal Allen Hayden and Robin D. Hayden v. Monsanto Co.*<br>Member Case No.: 3:19-cv-05600-VC<br><br>*Carol Ann Huntley v. Monsanto Co.*<br>Member Case No. 3:19-cv-06407-VC | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIMIT FOUR RELATED SPECIFIC CAUSATION EXPERT DEPOSITIONS TO SIX (6) HOURS TOTAL** |

The Motion of the above-referenced Plaintiffs to limit the depositions of specific-causation expert Kevin Knopf, MD, MPH, to a total of six (6) hours is GRANTED.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIMIT FOUR RELATED SPECIFIC CAUSATION EXPERT DEPOSITIONS TO SIX (6) HOURS TOTAL**

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

                                                        _____
Honorable Vince Chhabria
United States District Court

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIMIT FOUR RELATED SPECIFIC CAUSATION EXPERT DEPOSITIONS TO SIX (6) HOURS TOTAL**