**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Kenneth Bull v. Monsanto Co.*<br>Case No. 3:22-cv-03380-VC | **REPLY ISO MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE** |

## MONSANTO COMPANY'S REPLY ISO MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE

Defendant ("Monsanto") files this Reply in Support of Its Motion to Dismiss for failure to prosecute or, in the alternative, for an order to show cause. On May 31, 2024, Monsanto filed a motion to dismiss for failure to prosecute or, in the alternative, for an order to show cause pursuant to this Court's order granting Plaintiff's Counsel's motion to withdraw as attorney. (Dkt. Nos. 18462 and 15; 18316 and 13.) Plaintiff's deadline to file a response to Monsanto's motion to dismiss was June 14, 2024. As of June 21, 2024, Plaintiff has still not filed a response to Monsanto's motion to dismiss, rendering it unopposed. (Exhibit A).

Thus, Monsanto's Motion to Dismiss is ripe for ruling by the Court and Monsanto respectfully requests that this lawsuit be dismissed without prejudice.

## CONCLUSION

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case without prejudice for failure to prosecute or, in the alternative, for an order to show cause.

1  DATED: June 21, 2024

Respectfully submitted,

*/s/ Anthony R. Martinez*
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

**SHOOK, HARDY & BACON L.L.P.**

*Attorneys for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

I, Anthony Martinez, hereby certify that on June 21, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

>*/s/ Anthony Martinez*
>Anthony Martinez
>SHOOK, HARDY & BACON LLP
>
>*Attorney for Defendant Monsanto Company*

3

DEFENDANT'S REPLY ISO MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:22-cv-03380-VC