**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
Joshua R. Harris (FL Bar No. 124124)
Cristina Murillo (SBN 345769)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Email: josh@getgomez.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation<br><br>This Document Relates to:<br><br>*All Actions Listed on Exhibit A* | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>Honorable Vince Chhabria |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF CRISTINA MURILLO ON BEHALF OF PLAINTIFFS

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Cristina Murillo of Gomez Trial Attorneys hereby enters a withdrawal of appearance as counsel for all Plaintiffs listed on Exhibit A. Please serve said counsel with all pleadings and notices in these actions. John Gomez and Joshua Harris continue to represent all Plaintiffs in this matter.

Dated: June 23, 2024                    Respectfully submitted,

By: */s/ Cristina Murillo*
Cristina Murillo, Esq.
John H. Gomez, Esq.
Joshua R. Harris, Esq.
**GOMEZ TRIAL ATTORNEYS**
755 Front Street
San Diego, California 92101
cristina@getgomez.com
*Attorneys for Plaintiff*

-1-

NOTICE OF WITHDRAWAL OF APPEARANCE OF CRISTINA MURILLO ON BEHALF OF PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on 23rd day of June, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                                                 */s/ Cristina Murillo*
                                                                Cristina Murillo, Esq.

-2-

NOTICE OF WITHDRAWAL OF APPEARANCE OF CRISTINA MURILLO ON BEHALF OF PLAINTIFFS

# EXHIBIT A

| Case Name | Case Number |
|---|---|
| Allen v. Monsanto Company | 3:23-cv-05239-VC |
| Bartley v. Monsanto Company | 3:24-cv-00734-VC |
| Deckman v. Monsanto Company | 3:24-cv-03429-VC |
| Greenwood v. Monsanto Co. | 3:22-cv-04830 |
| Harms et al v. Monsanto Company | 3:23-cv-03876-VC |
| Holbrook v. Monsanto Company | 3:23-cv-00956 |
| King et al v. Monsanto Company | 3:24-cv-02018-VC |
| Levine v. Monsanto Company | 3:16-md-02741-VC |
| Pridgen et al v. Monsanto Company | 3:22-cv-08859-VC |
| Sorrell et al v. Monsanto Company | 3:23-cv-03025-VC |
| Sparkman et al. v. Monsanto | 3:22-cv-05287 |
| Wasson v. Monsanto Company | 3:21-cv-06497-VC |

NOTICE OF WITHDRAWAL OF APPEARANCE OF CRISTINA MURILLO ON BEHALF OF PLAINTIFFS