**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 521-5547
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Clarice Jackson v. Monsanto Co.,* Case No. 3:22-cv-06599-VC | |

**NOTICE OF NON-OPPOSITION TO COUNSEL'S**
**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Defendant Monsanto Company hereby provides notice that it does not oppose counsel's Motion to Withdraw as Counsel for Plaintiff.

DATED:  June 24, 2024          Respectfully submitted,

                               SHOOK, HARDY & BACON L.L.P.

                               By: */s/ Anthony R. Martinez*
                                   Anthony R. Martinez
                                   SHOOK, HARDY & BACON, LLP
                                   2555 Grand Boulevard
                                   Kansas City, MO 64108-2613
                                   Telephone: (816) 474-6550
                                   Email: amartinez@shb.com

                               *Attorney for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

I certify that on the 24th day of June 2024, I electronically transmitted the foregoing **Notice of Non-Opposition to Counsel's Motion To Withdraw as Counsel For Plaintiff** to the Clerk of the court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by Fed. R. Civ. P. 5.

                                                */s/Anthony R. Martinez*
                                                Anthony R. Martinez