UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Kirby v. Monsanto Co.*, Case No. 21-cv-08447-VC<br><br>*Godsey v. Monsanto Co.*, Case No. 19-cv-00923-VC | **ORDER GRANTING MOTIONS TO MOVE CASES TO LATER WAVES**<br><br>Re: Dkt. Nos. 18413, 18550 |

The motions to move the above-captioned cases to later waves are granted.

**IT IS SO ORDERED.**

Dated: June 24, 2024

VINCE CHHABRIA
United States District Judge