1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, MO  64108
Telephone: (816) 474-6550
Facsimile: (816) 521-5547
Email: amartinez@shb.com

*Attorney for Defendant Monsanto Company*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **DECLARATION OF ANTHONY R. MARTINEZ PURSUANT TO THIS COURT'S ORDER [DKT NOS. 15 & 18649]** |
| *Walter Holden v. Monsanto Company*, Case No. 3:19-cv-05085-VC | |

Counsel submits this Declaration pursuant to this Honorable Court's Order Granting Motion to Withdraw as Attorney [Dkt Nos. 15 & 18649] entered June 18, 2024 (the "Order").

I, Anthony R. Martinez, hereby declare as follows:

1.    I am an attorney at the law firm of Shook, Hardy & Bacon L.L.P., counsel for Monsanto Company ("Monsanto").  I make this declaration pursuant to the Court's June 18, 2024 Order.  This declaration is based on my personal knowledge, and, if called to testify, I would and could testify on these matters.

2.    On June 18, 2024, this Court ordered counsel for Defendant to "provide a copy of this order to the plaintiff, and file a declaration with 7 days of this ruling explaining how they did so."

3.    On June 18, 2024, Lakshmi Achari of Shook, Hardy & Bacon L.L.P. forwarded this Court's June 18, 2024 Order by certified mail, return receipt requested and regular U.S. Mail, addressed to Walter Holden, 184 Williams Road, Spring Hope, NC 27882.

4.     According to the United States Postal Service tracking site, the Order was delivered to Walter Holden, 184 Williams Road, Spring Hope, NC 27882 on June 21, 2024 at 3:06 p.m. (Exhibit A).

I declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 25th day of June, 2024 in Kansas City, Missouri.

*/s/ Anthony R. Martinez*
Anthony R. Martinez

## CERTIFICATE OF SERVICE

 I certify that on the 25th day of June 2024, I electronically transmitted the foregoing ***Declaration of Anthony R. Martinez Pursuant to This Court's Order [Dkt Nos. 15 & 18649]*** to the Clerk of the court using the ECF system for filing which sent notice of the filing to all appearing parties of record.

*/s/Anthony R. Martinez*
Anthony R. Martinez

**DECLARATION OF ANTHONY R. MARTINEZ**
3:16-md-02741-VC & 3:19-cv-05085-VC