# Exhibit A

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9414726699042165863037

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 3:06 pm on June 21, 2024 in SPRING HOPE, NC 27882.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
SPRING HOPE, NC 27882
June 21, 2024, 3:06 pm

**Departed USPS Regional Facility**
ROCKY MOUNT NC DISTRIBUTION CENTER
June 21, 2024, 4:14 am

**Arrived at USPS Regional Facility**
ROCKY MOUNT NC DISTRIBUTION CENTER
June 20, 2024, 9:07 pm

**Departed USPS Regional Facility**
RALEIGH NC DISTRIBUTION CENTER
June 20, 2024, 5:52 pm

**Arrived at USPS Regional Facility**
RALEIGH NC DISTRIBUTION CENTER
June 20, 2024, 12:13 pm

**Arrived at USPS Regional Facility**

Feedback

- NORTH HOUSTON TX DISTRIBUTION CENTER
  June 18, 2024, 11:18 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs