Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

Christopher L. Johnson
WATERS KRAUS PAUL & SIEGEL
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. 214-357-6244
Fax. 214-357-7252
cjohnson@waterskraus.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| **This Document Relates to:** | Case No.: 3:16-md-02741-VC |
| *Kenneth Noel Eilmes, Jr. and Kelleen Patricie Eilmes v. Monsanto Co.*<br>Member Case No. 3:19-cv-05345-VC | **NOTICE RE DOCKET NO. 18667** |
| *Caryl Ann Haase (deceased) and Clyde Edward Haase v. Monsanto Co.*<br>Member Case No. 3:19-cv-05957-VC | |
| *Neal Allen Hayden and Robin D. Hayden v. Monsanto Co.*<br>Member Case No.: 3:19-cv-05600-VC | |
| *Carol Ann Huntley v. Monsanto Co.*<br>Member Case No. 3:19-cv-06407-VC | |

**NOTICE RE DOCKET NO. 18667**
PAGE 1

**Waters Kraus Paul & Siegel**
3141 HOOD STREET, WUITE 700
DALLAS, TEXAS 75219
TEL. 214-357-6244
FAX. 214-357-7252

The parties are submitting the dispute raised in Plaintiffs' Motion to Limit Four Related Specific Causation Expert Depositions to Six (6) Hours Total (Dkt. #18667) to Judge Tse pursuant to the Court's Order related to discovery issues (PTO 278).

Dated this 25th day of June, 2024.　　Respectfully submitted,

**CORRIE YACKULIC LAW FIRM, PLLC**

　/s/ *Corrie J. Yackulic*　　　　
Corrie J. Yackulic
(corrie@cjylaw.com)
110 Prefontaine Pl. S. Ste. 304
Seattle, WA  98104
Tel:  (206) 787-1915
Fax:  (206) 299-9725
*Counsel for the Plaintiffs*

**WATERS KRAUS PAUL & SIEGEL**

/s/ *Chris Johnson*　　　　　
Chris Johnson
(cjohnson@waterskraus.com)
3141 Hood Street Ste. 700
Dallas, TX  75219
Tel:     (214) 357-6244
*Counsel for the Plaintiffs*

**NOTICE RE DOCKET NO. 18667**
PAGE 2

**Waters Kraus Paul & Siegel**
3141 HOOD STREET, WUITE 700
DALLAS, TEXAS 75219
TEL. 214-357-6244
FAX. 214-357-7252