UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741
Case No: 3:16-md-02741-VC

This document relates to:

*ALAN M. PICKERT and LINDA PICKERT, his wife, v. MONSANTO CO.,*
Case No. 3:20-cv-06248-VC
_____/

## STIPULATION OF DISMISSAL

## PURSUANT TO FRCP 41A AND ORDER OF DISMISSAL

    Plaintiffs, Alan Pickert and Linda Pickert, and Defendant, Monsanto Company, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: June 26, 2024

                              Respectfully submitted,

                              /s/ Christopher Shakib, Esq.
                              **Christopher Shakib, Esquire**
                              **TERRELL HOGAN YEGELWEL, P.A.**
                              233 East Bay Street, 8th Floor
                              Jacksonville, Florida  32202
                              Telephone:     (904) 632-2424
                              Facsimile:       (904) 758-5365
                              Primary Email: shakibteam@terrellhogan.com
                              Secondary Email: jhall@terrellhogan.com
                              Florida Bar No.: 0947865
                              Attorney for the Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of June 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Christopher N. Shakib