UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ramey et al. v. Monsanto Co.*, Case No. 17-cv-05878-VC | **ORDER VACATING JUDGMENT AND REOPENING CASE**<br><br>Re: Dkt. No. 18284 |

Monsanto has not filed any objections to the Court's June 18 order. *See Ramey et al. v. Monsanto Co.*, Case No. 17-cv-05878-VC, Dkt. No. 20. For the reasons stated in that order, the judgment in this case and the order of dismissal are vacated. The Clerk is directed to reopen this case.

Plaintiffs' lead counsel are directed to contact the Rameys, provide them with a copy of this order and the June 18 order, and offer assistance in locating new counsel. The Rameys' contact information can be found in their March 24 letter. *See id.*, Dkt. No. 19. Lead counsel should file a status update about this case by August 1, 2024.

**IT IS SO ORDERED.**

Dated: June 26, 2024

VINCE CHHABRIA
United States District Judge