UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | |
| This Documents Relates to: | MDL No. 2741 |
| *Helen and Charles Bourgeois v. Monsanto Co., et al*<br>*Docket No: 3:19-cv-03325-VC* | Case No: 3:16-md-02741-VC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the above captioned matter has been resolved and can be dismissed with prejudice.

DATED: June 27, 2024

RESPECTFULLY SUBMITTED:

**FAYARD & HONEYCUTT**

By: */s/ D. Blayne Honeycutt*
D. BLAYNE HONEYCUTT (#18264)
519 Florida Avenue SW
Denham Springs, LA 70726
Telephone: 225-664-0304
Fax: 225-664-2010
dbhoneycutt@fayardlaw.com
hannah@fayardlaw.com
*Counsel for Plaintiff, Marilyn Woolfolk,*

**SHOOK, HARDY & BACON LLP**

By: */s/ Anthony Martinez*
ANTHONY MARTINEZ
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-559-2683
amartinez@shb.com
*Counsel for Defendant, Monsanto Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ D. Blayne Honeycutt*
D. BLAYNE HONEYCUTT