| | |
|---|---|
| 1 | **GOMEZ TRIAL ATTORNEYS** |
| 2 | John H. Gomez (SBN 171485)<br>Joshua R. Harris (FL Bar No. 124124) |
| 3 | 755 Front Street<br>San Diego, California 92101 |
| 4 | Telephone: (619) 237-3490 |
| 5 | Email: josh@getgomez.com<br>*Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | ) MDL No. 2741<br>)<br>) Case No.: 3:16-md-02741-VC<br>) |
| This Document Relates to: | ) Honorable Vince Chhabria<br>) |
| *Deckman v. Monsanto Company*<br>Case No. 3:24-cv-03429-VC | ) **NOTICE OF APPEARANCE OF JOSHUA R.**<br>) **HARRIS ON BEHALF OF PLAINTIFF**<br>) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

   PLEASE TAKE NOTICE that Joshua R. Harris of Gomez Trial Attorneys hereby enters an appearance as counsel for Plaintiff Todd Deckman. Please serve said counsel with all pleadings. and notices in this action.

Dated: June 27, 2024                          Respectfully submitted,

                                              By: */s/ Joshua R. Harris*
                                              John H. Gomez, Esq.
                                              Joshua R. Harris, Esq.
                                              **GOMEZ TRIAL ATTORNEYS**
                                              755 Front Street
                                              San Diego, California 92101
                                              josh@getgomez.com
                                              *Attorneys for Plaintiff*

-1-

NOTICE OF APPEARANCE OF JOSHUA R. HARRIS ON BEHALF OF PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on 27th day of June, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                                */s/ Joshua R. Harris*
                                                Joshua R. Harris, Esq.