**GOMEZ TRIAL ATTORNEYS**
John H. Gomez (SBN 171485)
Joshua R. Harris (FL Bar No. 124124)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Email: josh@getgomez.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This Document Relates to: | Honorable Vince Chhabria |
| *King et al v. Monsanto Company* Case No. 3:24-cv-02018-VC | **NOTICE OF APPEARANCE OF JOSHUA R. HARRIS ON BEHALF OF PLAINTIFFS** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Joshua R. Harris of Gomez Trial Attorneys hereby enters an appearance as counsel for Plaintiffs Michael King and Betty Billings. Please serve said counsel with all pleadings and notices in this action.

Dated: June 27, 2024

Respectfully submitted,

By: */s/ Joshua R. Harris*
John H. Gomez, Esq.
Joshua R. Harris, Esq.
**GOMEZ TRIAL ATTORNEYS**
755 Front Street
San Diego, California 92101
josh@getgomez.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on 27th day of June, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Joshua R. Harris*
Joshua R. Harris, Esq.

NOTICE OF APPEARANCE OF JOSHUA R. HARRIS ON BEHALF OF PLAINTIFFS