**SHOOK, HARDY & BACON, LLP**
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Sami Khal v. Monsanto Co.*<br>Case No. 3:20-cv-09292-VC | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**REPLY ISO MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE** |

## MONSANTO COMPANY'S REPLY ISO MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE

Defendant ("Monsanto") files this Reply in Support of Its Motion to Dismiss for failure to prosecute or, in the alternative, for an order to show cause. On June 7, 2024, Monsanto filed a motion to dismiss for failure to prosecute or, in the alternative, for an order to show cause pursuant to this Court's order granting Plaintiff's Counsel's motion to withdraw as attorney. (Dkt. Nos. 18504 and 21; 18185 and 19.) Plaintiff's deadline to file a response to Monsanto's motion to dismiss was June 21, 2024. As of June 28, 2024, Plaintiff has still not filed a response to Monsanto's motion to dismiss, rendering it unopposed. (Exhibit A).

Thus, Monsanto's Motion to Dismiss is ripe for ruling by the Court and Monsanto respectfully requests that this lawsuit be dismissed without prejudice.

## CONCLUSION

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case without prejudice for failure to prosecute or, in the alternative, for an order to show cause.

DATED:  June 28, 2024                          Respectfully submitted,

/s/ Anthony R. Martinez
Anthony R. Martinez
amartinez@shb.com
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

**SHOOK, HARDY & BACON L.L.P.**

*Attorney for Defendant Monsanto Company*

2

DEFENDANT'S REPLY ISO MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:20-cv-09292-VC

## CERTIFICATE OF SERVICE

I, Anthony Martinez, hereby certify that on June 28, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Anthony Martinez*
Anthony Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*

3

DEFENDANT'S REPLY ISO MOTION TO DISMISS FOR FAILURE TO PROSECUTE OR, IN THE ALTERNATIVE, FOR AN ORDER TO SHOW CAUSE
3:16-md-02741-VC & 3:20-cv-09292-VC