Corrie J. Yackulic
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

Christopher L. Johnson
WATERS KRAUS PAUL & SIEGEL
3141 Hood Street, Suite 700
Dallas, Texas 75219
Tel. 214-357-6244
Fax. 214-357-7252
cjohnson@waterskraus.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| **This Document Relates to:** | Case No.: 3:16-md-02741-VC |
| *Kenneth Noel Eilmes, Jr. and Kelleen Patricie Eilmes v. Monsanto Co.*<br>Member Case No. 3:19-cv-05345-VC<br><br>*Caryl Ann Haase (deceased) and Clyde Edward Haase v. Monsanto Co.*<br>Member Case No. 3:19-cv-05957-VC<br><br>*Neal Allen Hayden and Robin D. Hayden v. Monsanto Co.*<br>Member Case No.: 3:19-cv-05600-VC<br><br>*Carol Ann Huntley v. Monsanto Co.*<br>Member Case No. 3:19-cv-06407-VC | **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR ONE EXPERT DEPOSITION BY THREE DAYS** |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR ONE EXPERT DEPOSITION BY THREE DAYS**
PAGE 1

**Waters Kraus Paul & Siegel**
3141 HOOD STREET, WUITE 700
DALLAS, TEXAS 75219
TEL. 214-357-6244
FAX. 214-357-7252

1  COME NOW Plaintiffs in the above-referenced Wave 7G cases and ask the Court for permission to schedule the depositions of Plaintiffs' expert Kevin Knopf, MD, MPH, for August 10, 2024, which is three days after the deadline for completing Wave 7 expert discovery under the Court's case scheduling order, Dkt. 17234.

Dr. Knopf is a practicing oncologist who sees patients at the Oncology/Hematology Clinic at Highland Hospital in Oakland.  His availability before August 7, 2024, for the four depositions in this case is limited by his obligations at the Clinic, the scheduling of other depositions in this litigation, and a family commitment.   He is available Saturday, August 10, 2024, for the depositions.

Plaintiffs ask that the Court allow this modest extension of the August 7, 2024 deadline for completing expert discovery in these cases.

Monsanto does not oppose this motion.

DATED:  June 28, 2024                              Respectfully submitted,


**CORRIE YACKULIC LAW FIRM, PLLC**     **WATERS KRAUS PAUL & SIEGEL**

 /s/ *Corrie J. Yackulic*                            /s/ *Chris Johnson*
Corrie J. Yackulic                                   Chris Johnson
(corrie@cjylaw.com)                                  (cjohnson@waterskraus.com)
110 Prefontaine Pl. S. Ste. 304                      3141 Hood Street Ste. 700
Seattle, WA  98104                                   Dallas, TX  75219
Tel:  (206) 787-1915                                 Tel:     (214) 357-6244
Fax:  (206) 299-9725

*Counsel for the Plaintiffs*                         *Counsel for the Plaintiffs*

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR ONE EXPERT DEPOSITION BY THREE DAYS**
PAGE 2

**Waters Kraus Paul & Siegel**
3141 HOOD STREET, WUITE 700
DALLAS, TEXAS 75219
TEL. 214-357-6244
FAX. 214-357-7252

# CERTIFICATE OF SERVICE

I, Corrie Yackulic, hereby certify that on June 28, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

**CORRIE YACKULIC LAW FIRM, PLLC**

/s/ *Corrie J. Yackulic*
Corrie J. Yackulic
(corrie@cjylaw.com)
110 Prefontaine Pl. S. Ste. 304
Seattle, WA 98104
Tel: (206) 787-1915
Fax: (206) 299-9725
*Counsel for the Plaintiffs*

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR ONE EXPERT DEPOSITION BY THREE DAYS**
PAGE 3

**Waters Kraus Paul & Siegel**
3141 HOOD STREET, WUITE 700
DALLAS, TEXAS 75219
TEL. 214-357-6244
FAX. 214-357-7252