1

**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs

2   600 Travis Street, Suite 3400
Houston, TX 77002-2026

3   Telephone:   (713) 227-8008
Facsimile:   (713) 227-9508

4   Email:        jstubbs@shb.com

5   *Attorneys for Defendant*
*MONSANTO COMPANY*

6
                    UNITED STATES DISTRICT COURT

7
                  NORTHERN DISTRICT OF CALIFORNIA

8

IN RE: ROUNDUP PRODUCTS              MDL No. 2741

9   LIABILITY LITIGATION                 Case No. 3:16-md-02741-VC

10

11   This document relates to:

12   *Jay Kassabian v. Monsanto Company,*
Case No. 3:24-cv-03622-VC

13

14                    **MONSANTO COMPANY'S**
         **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

15

16          Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

17   associations of persons, firms, partnerships, corporations (including parent corporations) or

18   other entities (i) have a financial interest in the subject matter in controversy or in a party to

19   the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that

20   could be substantially affected by the outcome of this proceeding:

21          Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

22          Bayer AG has a financial interest in a party to the proceeding.

23

24

25

26

27

28                                          1

DATED:  July 1, 2024

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone:   (713) 227-8008
    Facsimile:   (713) 227-9508
    Email:       jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 1st day of July, 2024, I electronically transmitted the foregoing MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs