Areg Allen Sarkissian
Sarkissian Law Group
Encino Office Park I
6345 Balboa Blvd., Suite 114
Encino, CA 91316
Phone: (818) 827-5199
Fax: (818) 827-5198
areg@sarkissianlawgroup.com

*Attorney for Plaintiff*

Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to:<br><br>*Vigen J. Sarkissian v. Monsanto Company*<br>Case No. 3:22-cv-00309-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned case (including all claims asserted by Plaintiff), with each party to bear their own attorneys' fees and costs.

Counsel for Plaintiff has read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed

pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for Plaintiff further certifies that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion. Judge Chhabria has ruled that common-benefit fees should not be taken from Plaintiffs' recovery. Because no attorney fees were taken in this case, a common-benefit fee cannot be assessed without it being taken from Plaintiff's recovery and thus is not appropriate in this case.

DATED: July 1, 2024                    Respectfully submitted,

*/s/ Areg Allen Sarkissian*
Areg Allen Sarkissian
Sarkissian Law Group
Encino Office Park I
6345 Balboa Blvd., Suite 114
Encino, CA 91316
Phone: (818) 827-5199
Fax: (818) 827-5198
Email: areg@sarkissianlawgroup.com

*Attorney for Plaintiff*

*/s/ Anthony R. Martinez*
Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*