1  **SHOOK, HARDY & BACON L.L.P.**
   Jennise W. Stubbs
2  600 Travis Street, Suite 3400
   Houston, TX 77002-2026
3  Telephone:   (713) 227-8008
   Facsimile:   (713) 227-9508
4  Email:       jstubbs@shb.com

5  *Attorneys for Defendant*
   *MONSANTO COMPANY*

6                            UNITED STATES DISTRICT COURT

7                           NORTHERN DISTRICT OF CALIFORNIA

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
9
   | This document relates to: | |
10 | | |
   | *Mark Korytko and Ia Dac Korytko v. Monsanto Co. and John Does 1-50* | |
11 | Case No. 3:24-cv-03052-VC | |
12
13

14         **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

15      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

16  ("Monsanto") makes the following disclosures:

17      1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

18      2.   Bayer AG is a publicly held corporation.

DATED: July 2, 2024

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone:  (713) 227-8008
    Facsimile:   (713) 227-9508
    Email:         jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I certify that on the 2nd of July, 2024, I electronically transmitted the foregoing **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT** to the Clerk of the court using the ECF system for filing and transmittal, and a true and correct copy of the foregoing document was served electronically as authorized by FED. R. CIV. P. 5.

*/s/Jennise W. Stubbs*
Jennise W. Stubbs