JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100

JEFF WILKERSON
Winston & Strawn LLP
jwilkerson@winston.com
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202
Tel: (704) 350-7714
Fax: (704) 350-7800

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS PEREZ-HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | MDL No. 2741 <br> Case No. 3:24-CV-01736-VC <br><br> **STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT, PLAINTIFF'S VOLUNTARY DISMISSAL OF BAYER AG AND BAYER CORPORATION, AND BRIEFING SCHEDULE ON MOTION TO DISMISS ANY AMENDED COMPLAINT** <br><br> Judge:   Hon. Vince G. Chhabria |

In accordance with Local Rule 7-12 and the Court's Standing Order, the Parties, as represented by undersigned counsel, stipulate and agree as follows:

Defendants will not oppose Plaintiffs' Motion for Leave to Amend the Class Action Complaint (ECF No. 57).  Should the Court grant leave to amend, Defendants reserve all rights to move to dismiss the Amended Complaint.

Plaintiffs hereby dismiss without prejudice all claims against Defendants Bayer Aktiengesellschaft ("Bayer AG") and Bayer Corporation.  If Plaintiffs seek at a later date to reassert claims against Defendants Bayer AG or Bayer Corporation, Bayer AG and Bayer

Corporation will not oppose amendment to add them as parties on the ground that such amendment is untimely, provided that the amendment complies with any case management order entered in this case.

This stipulation shall not constitute a waiver of any defense by Bayer AG or Bayer Corporation in the event Plaintiffs later amend the complaint to reassert claims against those parties, including lack of personal jurisdiction or lack of proper service of process.

The Parties agree to the following briefing scheduling governing Monsanto Company's anticipated motion to dismiss the Amended Complaint:

- Monsanto may file a motion to dismiss by September 13, 2024;
- Plaintiffs may respond to the motion to dismiss by November 12, 2024;
- Monsanto may reply in support of its motion by December 12, 2024.

IT IS SO HEREBY STIPULATED AND AGREED.

Dated: July 3, 2024

By:    */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Christopher K. L. Young (SBN 318371)
David W. Lerch (State Bar No. 229411)
Itak K. Moradi (SBN 310537)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
          jsaveri@saverilawfirm.com
          cyoung@saverilawfirm.com
          dlerch@saverilawfirm.com
          imoradi@saverilawfirm.com

Robert L. Lieff (SBN 37568)
P.O. Box A Rutherford, CA 94573
rlieff@lieff.com

*Attorneys for Plaintiffs*

Respectfully Submitted,

By:    */s/ John J. Rosenthal*

JOHN J. ROSENTHAL
Winston & Strawn LLP
jrosenthal@winston.com
1901 L Street NW
Washington, DC 20036

JEFF WILKERSON
Winston & Strawn LLP
jwilkerson@winston.com
300 S. Tryon Street, 16th Floor
Charlotte, NC 28202

*Attorneys for Defendants*

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July ___, 2024

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

## ATTESTATION

According to Local Rule 5-1(i)(3), I attest that all other signatories listed, and one whose behalf the filing is submitted, concur in the filing of this stipulated request and have authorized the filing of this stipulated request.

Dated: July 3, 2024                                     Respectfully Submitted,

                                                                                              By:     */s/ John J. Rosenthal*
                                                                                                            John J. Rosenthal