**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400
Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel: 310-576-2100
Fax: 310-576-2200

*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *David E. Roberts, an individual, and Joyce Roberts*, an individual v. Monsanto Company<br>3:24-cv-02055-VC | **DECLARATION OF RYAN KILLIAN IN SUPPORT OF MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO TRANSFER VENUE IN THE INTEREST OF JUSTICE, OR IN THE ALTERNATIVE FOR IMPROPER VENUE**<br><br>August 15, 2024<br>Time:    10:00 a.m.<br>Place:   San Francisco Courthouse,<br>             Courtroom 4 – 17th Floor |

## DECLARATION OF RYAN KILLIAN

I, Ryan Killian, declare as follows:

1.      I am an attorney at law admitted to practice before all of the courts in the state of California. I am a partner with the law firm Shook, Hardy & Bacon L.L.P., counsel of record for Defendant Monsanto Company ("Monsanto") in the above-referenced action. I am over eighteen years of age and am fully competent to make this Declaration in support of Monsanto's Opposition to Plaintiffs' Motion to Transfer Venue. Except where otherwise stated, I have personal knowledge of the following, and if called upon to testify as a witness, I could and would competently testify to the matters stated herein.

2.      The complaint in this action was filed on April 4, 2024 in the Northern District of California.

3.      In accordance with Pre-Trial Order No. 183, I screened the complaint for venue and personal jurisdiction because it was filed directly in this Court.  Plaintiffs allege that they "are and at all relevant times were residents and citizens of San Diego County, California" and, while referring to "this district," the complaint's venue allegations lack factual content. There are no factual allegations indicating that venue is proper in the Northern District of California rather than the Southern District of California, where the Plaintiffs allege they live and have at all times lived. Compl., ¶¶ 7–8

4.      On May 15, 2024, I sent an email to Plaintiffs' counsel informing them that the complaint was improperly filed in the Northern District of California.  Plaintiffs' counsel did not respond.

5.      Therefore, on May 31, 2025, Monsanto filed its "Monthly Report In Response To PTO No. 183 Re Non-Compliant Lawsuit Directly Filed In This District" and advised the Court that Plaintiffs' complaint was improperly filed in this Court because there are no factual allegations indicating that venue is proper in the Northern District of California.

6.      After Monsanto filed its monthly report with the Court, on June 5, 2024, Plaintiff's counsel finally responded to my May 15, 2024 email. Attached as **Exhibit A** is a true and correct copy of the above-referenced communications.

7.　　　On June 12, 2024, I responded to Plaintiffs' counsel regarding their draft stipulation. Attached as **Exhibit B** is a true and copy of this June 12, 2024 communication.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 5, 2024, in Houston, Texas.

_/s/ Ryan Killian_
Ryan Killian

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July, 2024, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

_/s/ Jed P. White_
Attorney for Defendant Monsanto Company

# EXHIBIT A

| | |
|---|---|
| **From:** | Courtney Vasquez <courtney@ertriallawyers.com> |
| **Sent:** | Wednesday, June 12, 2024 9:32 AM |
| **To:** | Killian, Ryan S. (SHB); Tobin Ellis; Santo Riccobono |
| **Cc:** | Fields, Jeff (SHB); Stubbs, Jennise (SHB) |
| **Subject:** | RE: Roberts v. Monsanto - Notice of Non-Compliance with PTO 183 (Roundup) |
| **Attachments:** | 20240605 Stip and Proposed Order to Transfer.docx |

**EXTERNAL**

Good morning – we are following up on our below correspondence and proposed Stipulation to Transfer regarding the matter Roberts, et al. v. Monsanto (3:24-cv-02055-VC).

Thanks,

**Courtney Vasquez**
**Ellis Riccobono, LLP**
2625 Townsgate Road, Suite 260
Westlake Village, CA 91361
Phone:  (424) 901-1202
Facsimile: (310) 861-8540
Website: www.ertriallawyers.com
Email:    courtney@ertriallawyers.com

---

**From:** Courtney Vasquez
**Sent:** Wednesday, June 5, 2024 7:50 AM
**To:** Killian, Ryan S. (SHB) <RKILLIAN@shb.com>; Tobin Ellis <tobin@ertriallawyers.com>; Santo Riccobono <santo@ertriallawyers.com>
**Cc:** Fields, Jeff (SHB) <JFIELDS@shb.com>; jstubbs@shb.com
**Subject:** RE: Roberts v. Monsanto - Notice of Non-Compliance with PTO 183 (Roundup)

Hi Ryan,

This email responds to your correspondence below and ECF No. 18461 (MDL) and ECF No. 17 (3:24-cv-02055-VC).

We understand that PTO No. 183 involved multi-out-of-state plaintiff complaints where there was no basis for personal jurisdiction or venue whatsoever.  That is not the case, here.  You have not contested (nor could you) that the Court has personal jurisdiction over Plaintiffs, California residents.  Furthermore, we believe that Defendant's contacts within the district deem it a resident of the district to establish proper venue (*see* 28 USC § 1391(b)(1), (c)(2), (d)), which is again unlike the matters before the Court discussed under PTO No. 183.

Nevertheless, in the interest of judicial efficiency and the spirit of the meet and confer process, we are willing to seek a transfer of the matter to the Southern District of California to avoid unnecessary dispute on this issue.  To that end, we have prepared the attached Stipulation and [Proposed] Order to Transfer the action to the Southern District of California after which Plaintiffs will move to transfer the case back to this District pursuant to 28 USC § 1407(c) if not initiated sua sponte by the panel.  In the meantime, we intend to file a response to your notice to the Court to inform the Court of our meet and confer efforts and intention to seek a transfer.

Happy to set a call to discuss further as needed,
Courtney


**Courtney Vasquez**
**Ellis Riccobono, LLP**
2625 Townsgate Road, Suite 260
Westlake Village, CA 91361
Phone:  (424) 901-1202
Facsimile: (310) 861-8540
Website: www.ertriallawyers.com
Email:    courtney@ertriallawyers.com

---

**From:** Killian, Ryan S. (SHB) <RKILLIAN@shb.com>
**Sent:** Thursday, May 16, 2024 11:33 AM
**To:** Tobin Ellis <tobin@ertriallawyers.com>; Santo Riccobono <santo@ertriallawyers.com>; Courtney Vasquez <courtney@ertriallawyers.com>
**Cc:** Fields, Jeff (SHB) <JFIELDS@shb.com>
**Subject:** RE: Roberts v. Monsanto - Notice of Non-Compliance with PTO 183 (Roundup)

Counsel:

I'm following up on the email below. If you need more time to assess whether dismissal is required under PTO 183, could you at least agree to the requested extension?

Also, the attached order just came across. This is a bit strange as the file-stamp and the docket as it appears on ECF shows that the case has already been associated with the MDL but also that it is still assigned to Judge White. This aberration is another consequence of the direct filing in the Northern District of California.


**Ryan S. Killian**
*Partner*
Shook, Hardy & Bacon L.L.P.

713-546-5696 | rkillian@shb.com



---

**From:** Killian, Ryan S. (SHB)
**Sent:** Wednesday, May 15, 2024 11:42 AM
**To:** tobin@ertriallawyers.com; santo@ertriallawyers.com; courtney@ertriallawyers.com
**Cc:** Fields, Jeff (SHB) <JFIELDS@shb.com>
**Subject:** Roberts v. Monsanto - Notice of Non-Compliance with PTO 183 (Roundup)
**Importance:** High

Dear Counsel:

I write with regard to the *David E. Roberts* case your firm recently filed in the Northern District of California.

Roundup-related lawsuits against Monsanto Company cannot be directly filed in the Northern District of California simply because the Roundup MDL is located in that court. Rather, they must be filed in the court where venue lies. Based on the allegation in the complaint, it appears this case should have been commenced in the Southern District of California.

Because venue is absent, this case must be dismissed, as more fully set forth in the attached PTO 183. If you do not dismiss the case voluntarily, Monsanto will be required to report it as a non-compliant case under that order.

Please confirm that you will voluntarily dismiss this case and refile it in the proper court. Once the case is filed in the proper venue, Monsanto will re-tag it for transfer to the MDL.

Also, to allow for this case to be dismissed and re-filed (and to avoid unnecessary motion practice), Monsanto requests your agreement that it need not file a responsive pleading to the current pending complaint.

Thank you,


**Ryan S. Killian**
*Partner*
Shook, Hardy & Bacon L.L.P.

713-546-5696 | rkillian@shb.com




**Ryan S. Killian**
*Partner*
Shook, Hardy & Bacon L.L.P.

713-546-5696 | rkillian@shb.com




CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

1    TOBIN ELLIS (Bar No. 203110)
     tobin@ertriallawyers.com
2    SANTO RICCOBONO (Bar No. 251242)
     santo@ertriallawyers.com
3    COURTNEY VASQUEZ (Bar No. 267081)
     courtney@ertriallawyers.com
4    **ELLIS RICCOBONO, LLP**
     317 Rosecrans Ave., Suite 100
5    Manhattan Beach, CA 90266
     Tel: (424) 901-1202
6    Fax: (310) 861-8540

7    *Attorneys for Plaintiffs*
     *David E. Roberts and Joyce Roberts*
8

9    **SHOOK, HARDY & BACON L.L.P.**
     Jennise W. Stubbs
10   600 Travis Street, Suite 3400
     Houston, TX 77002-2026
11   Telephone: (713) 227-8008
     Facsimile: (713) 227-9508
12   Email: jstubbs@shb.com

13

14   *Attorneys for Defendant*
     *MONSANTO COMPANY*

15

16             **IN THE UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA**

18

19   IN RE: ROUNDUP PRODUCTS      MDL No. 2741
     LIABILITY LITIGATION           Case No. 3:16-md-02741-VC
20
                              **STIPULATION AND [PROPOSED]**
21   This document relates to:       **ORDER TO TRANSFER PURSUANT TO**
                              **28 USC § 1406(a)**
22   *David E. Roberts, an individual, and Joyce*
     *Roberts, and individual, v. Monsanto Com-*
23   *pany, Case No. 3:24-cv-02055*      Judge: Hon. Vince Chhabria
                              Dept.: Ctrm 4 – 17th Floor
24

25

26

27

28

1         Pursuant to Civil L.R. 7-12, Plaintiffs David E. Roberts and Joyce Roberts ("Plaintiffs")

2    and Defendant Monsanto Company ("Defendant"), by and through their undersigned counsel, re-

3    spectfully submit this Stipulation pursuant to 28 USC § 1406(a) to transfer the case to the Southern

4    District of California, which jurisdiction the case could have been brought, to the extent that the

5    Court finds that venue in this District is improper and such transfer is in the interest of justice.

6         In support of this Stipulation, the Parties state as follows:

7         WHEREAS, Plaintiffs are residents of San Diego County and filed the present action in the

8    Northern District of California on April 4, 2024.  (ECF No. 1.);

9         WHEREAS, Plaintiffs alleged that jurisdiction is proper pursuant to 28 U.S.C. § 1332 be-

10   cause Plaintiffs are California residents and Defendants are incorporated and have their principal

11   place of business outside of California.  (ECF No. 1, ¶¶ 4-5.)  Plaintiffs also alleged supplemental

12   jurisdiction pursuant to 28 U.S.C. § 1367;

13        WHEREAS, Plaintiffs alleged that Defendant's contacts within the District deem it a resi-

14   dent of the district to establish proper venue in this District pursuant to 28 USC § 1391(b)(1), (c)(2),

15   (d).  (ECF No. 1, ¶ 6);

16        WHEREAS, Defendant filed its answer and alleged that the case "was improperly filed

17   directly into the Northern District of California despite the absence of proper venue in this court, a

18   violation of PTO 183 (ECF. No. 7196, Oct. 28, 2019)." Defendant's Answer did not challenge

19   personal jurisdiction (ECF No. 12);

20        WHEREAS, on May 31, 2024, Defendants filed its Monthly Case Report Re Non-Compli-

21   ant Lawsuit Directly Filed in This District (ECF No. 17) again arguing that Plaintiffs' complaint

22   violates PTO 183;

23        WHEREAS, thereafter, counsel for Plaintiffs sought to meet and confer with counsel for

24   Defendant regarding venue.  Plaintiffs understand that PTO No. 183 involved multi-out-of-state

25   plaintiff complaints where there was no basis for personal jurisdiction or venue whatsoever, which

26   is not the case, here.

27        WHEREAS, Plaintiffs maintain that jurisdiction and venue are appropriate in this district,

28   but in the interest of justice and judicial efficiency and to avoid unnecessary and prolonged dispute,

-1-

1   Plaintiffs agree to seek a transfer of this action pursuant to 28 USC § 1406(a), after which Plaintiffs

2   will move to transfer the case back to this District pursuant to 28 USC § 1407(c) if not initiated sua

3   sponte by the panel.

4          WHEREFORE, should the Court find that venue is improper and/or that the case should be

5   transferred in the interest of justice, the Parties hereby request that the case be transferred to the

6   Southern District of California.

7                                              Respectfully submitted,

8   Date: _____, 2024              **ELLIS RICCOBONO, LLP**

9

10                                      s/_____
                                        TOBIN D. ELLIS
11                                      SANTO RICCOBONO
                                        COURTNEY VASQUEZ
12                                      *Attorneys for Plaintiffs*
                                        *David E. Roberts and Joyce Roberts*
13

14  Date: _____, 2024             **SHOOK, HARDY & BACON L.L.P.**

15

16                                      *s/*_____
                                        JENNISE W. STUBBS
17
                                        *Attorneys for Defendant*
18                                      *MONSANTO COMPANY*

19                                      <u>**CERTIFICATION**</u>

20

21          I hereby certify that the content of this document is acceptable to Jennise W. Stubbs, coun-

22  sel for Defendant, and that I have obtained her authorization to affix her signature to this document.

23  Date: _____, 2024             **ELLIS RICCOBONO, LLP**

24
                                        s/_____
25                                      COURTNEY VASQUEZ
                                        *Attorneys for Plaintiffs*
26                                      *David E. Roberts and Joyce Roberts*

27

28

                                    -2-

1

## **ORDER**

Having considered the Parties' Stipulation pursuant to 28 USC § 1406(a) to transfer the case to another district in which the case could have been brought, and for good cause appearing therefor, the Court hereby orders that the case be transferred to the Southern District of California.

IT IS SO ORDERED.

Dated: _____, 2024

_____
HON. VINCE CHHABRIA
United States District Court Judge

-3-

# EXHIBIT B

| | |
|---|---|
| **From:** | Killian, Ryan S. (SHB) <RKILLIAN@shb.com> |
| **Sent:** | Wednesday, June 12, 2024 10:53 AM |
| **To:** | Courtney Vasquez; Tobin Ellis; Santo Riccobono |
| **Cc:** | Fields, Jeff (SHB); Stubbs, Jennise (SHB) |
| **Subject:** | RE: Roberts v. Monsanto - Notice of Non-Compliance with PTO 183 (Roundup) |

Thanks, Courtney.

We have reviewed the stipulation and considered your proposal. While personal jurisdiction is not an issue here, venue is. Monsanto's obligation is "to review complaints filed directly in this district for compliance with the requirements of personal jurisdiction **and venue**." PTO 183 at 2 (emphasis added). We have thus followed the procedure set forth in PTO 183 and do not think we should deviate from the court's firm direction. To prevent an unnecessary dispute, the regular procedure would be to dismiss and refile in the proper court (here, the Southern District of California). If you are not willing to do that, whether because you believe venue is proper in the Northern District of California or for any other reason, then the issue should be resolved in accordance with PTO 183.

**Ryan S. Killian**
*Partner*
Shook, Hardy & Bacon L.L.P.

713-546-5696 | rkillian@shb.com



---

**From:** Courtney Vasquez <courtney@ertriallawyers.com>
**Sent:** Wednesday, June 12, 2024 11:32 AM
**To:** Killian, Ryan S. (SHB) <RKILLIAN@shb.com>; Tobin Ellis <tobin@ertriallawyers.com>; Santo Riccobono <santo@ertriallawyers.com>
**Cc:** Fields, Jeff (SHB) <JFIELDS@shb.com>; Stubbs, Jennise (SHB) <jstubbs@shb.com>
**Subject:** RE: Roberts v. Monsanto - Notice of Non-Compliance with PTO 183 (Roundup)

**EXTERNAL**

Good morning – we are following up on our below correspondence and proposed Stipulation to Transfer regarding the matter Roberts, et al. v. Monsanto (3:24-cv-02055-VC).

Thanks,

**Courtney Vasquez**
**Ellis Riccobono, LLP**
2625 Townsgate Road, Suite 260
Westlake Village, CA 91361
Phone:  (424) 901-1202
Facsimile: (310) 861-8540

Website: www.ertriallawyers.com
Email:     courtney@ertriallawyers.com

---

**From:** Courtney Vasquez
**Sent:** Wednesday, June 5, 2024 7:50 AM
**To:** Killian, Ryan S. (SHB) <RKILLIAN@shb.com>; Tobin Ellis <tobin@ertriallawyers.com>; Santo Riccobono <santo@ertriallawyers.com>
**Cc:** Fields, Jeff (SHB) <JFIELDS@shb.com>; jstubbs@shb.com
**Subject:** RE: Roberts v. Monsanto - Notice of Non-Compliance with PTO 183 (Roundup)

Hi Ryan,

This email responds to your correspondence below and ECF No. 18461 (MDL) and ECF No. 17 (3:24-cv-02055-VC).

We understand that PTO No. 183 involved multi-out-of-state plaintiff complaints where there was no basis for personal jurisdiction or venue whatsoever.  That is not the case, here.  You have not contested (nor could you) that the Court has personal jurisdiction over Plaintiffs, California residents.  Furthermore, we believe that Defendant's contacts within the district deem it a resident of the district to establish proper venue (*see* 28 USC § 1391(b)(1), (c)(2), (d)), which is again unlike the matters before the Court discussed under PTO No. 183.

Nevertheless, in the interest of judicial efficiency and the spirit of the meet and confer process, we are willing to seek a transfer of the matter to the Southern District of California to avoid unnecessary dispute on this issue.  To that end, we have prepared the attached Stipulation and [Proposed] Order to Transfer the action to the Southern District of California after which Plaintiffs will move to transfer the case back to this District pursuant to 28 USC § 1407(c) if not initiated sua sponte by the panel.  In the meantime, we intend to file a response to your notice to the Court to inform the Court of our meet and confer efforts and intention to seek a transfer.

Happy to set a call to discuss further as needed,
Courtney

**Courtney Vasquez**
**Ellis Riccobono, LLP**
2625 Townsgate Road, Suite 260
Westlake Village, CA 91361
Phone:  (424) 901-1202
Facsimile: (310) 861-8540
Website: www.ertriallawyers.com
Email:     courtney@ertriallawyers.com

---

**From:** Killian, Ryan S. (SHB) <RKILLIAN@shb.com>
**Sent:** Thursday, May 16, 2024 11:33 AM
**To:** Tobin Ellis <tobin@ertriallawyers.com>; Santo Riccobono <santo@ertriallawyers.com>; Courtney Vasquez <courtney@ertriallawyers.com>
**Cc:** Fields, Jeff (SHB) <JFIELDS@shb.com>
**Subject:** RE: Roberts v. Monsanto - Notice of Non-Compliance with PTO 183 (Roundup)

Counsel:

I'm following up on the email below. If you need more time to assess whether dismissal is required under PTO 183, could you at least agree to the requested extension?

Also, the attached order just came across. This is a bit strange as the file-stamp and the docket as it appears on ECF shows that the case has already been associated with the MDL but also that it is still assigned to Judge White. This aberration is another consequence of the direct filing in the Northern District of California.

**Ryan S. Killian**
*Partner*
Shook, Hardy & Bacon L.L.P.

713-546-5676 | rkillian@shb.com



---

**From:** Killian, Ryan S. (SHB)
**Sent:** Wednesday, May 15, 2024 11:42 AM
**To:** tobin@ertriallawyers.com; santo@ertriallawyers.com; courtney@ertriallawyers.com
**Cc:** Fields, Jeff (SHB) <JFIELDS@shb.com>
**Subject:** Roberts v. Monsanto - Notice of Non-Compliance with PTO 183 (Roundup)
**Importance:** High

Dear Counsel:

I write with regard to the *David E. Roberts* case your firm recently filed in the Northern District of California.

Roundup-related lawsuits against Monsanto Company cannot be directly filed in the Northern District of California simply because the Roundup MDL is located in that court. Rather, they must be filed in the court where venue lies. Based on the allegation in the complaint, it appears this case should have been commenced in the Southern District of California.

Because venue is absent, this case must be dismissed, as more fully set forth in the attached PTO 183. If you do not dismiss the case voluntarily, Monsanto will be required to report it as a non-compliant case under that order.

Please confirm that you will voluntarily dismiss this case and refile it in the proper court. Once the case is filed in the proper venue, Monsanto will re-tag it for transfer to the MDL.

Also, to allow for this case to be dismissed and re-filed (and to avoid unnecessary motion practice), Monsanto requests your agreement that it need not file a responsive pleading to the current pending complaint.

Thank you,

**Ryan S. Killian**
*Partner*
Shook, Hardy & Bacon L.L.P.

713-546-5676 | rkillian@shb.com