UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Beavers v. Monsanto Co.*, Case No. 20-cv-08799-VC | **ORDER GRANTING SUMMARY JUDGMENT TO MONSANTO** |
| | Re: Dkt. No. 18417 |

On May 17, 2024, the Court granted Monsanto's motion to exclude the only specific causation experts in *Beavers*. *See* Pretrial Order No. 292 (Dkt. No. 18367). The parties were directed to file a letter within seven days stating whether summary judgment should be granted, given the absence of admissible expert testimony on specific causation. Monsanto filed a letter arguing for summary judgment. Dkt. No. 18417. Beavers did not file a response to the Court's order.

Given Beavers' failure to timely respond, and given the absence of admissible specific causation evidence in the case, summary judgment is granted to Monsanto.

**IT IS SO ORDERED.**

Dated: July 8, 2024

_____
VINCE CHHABRIA
United States District Judge