# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 |
| | ) |
| | ) Case No. 3:16-md-02741-VC |
| This document relates to: | ) |
| | ) **[PROPOSED] ORDER GRANTING** |
| ALL ACTIONS | ) **JOINT MOTION TO ADD WAVE 9** |
| | ) **SCHEDULE AND WIND DOWN THE** |
| | ) **MDL** |
| | ) |

THIS MATTER came before the Court based on the Parties Joint Motion to Add Wave 9 and Close MDL. Having reviewed the Joint Motion, the proposed schedule below, and finding good cause shown, the Court GRANTS the Joint Motion, adding Wave 9 and Wind Down the MDL.  Any cases added to the MDL or moved from the inactive docket from the date of this Order until October 4, 2024 will be automatically placed in MDL Wave 9E.  No cases will be permitted to join the MDL after October 4, 2024.  Cases that were assigned in previous Waves 1-8, and already moved to a later Wave on at least one occasion, will not be permitted to transfer to Wave 9 absent extraordinary circumstances.

**Wave 8 Schedule:**

**No changes from Order Granted on August 30, 2023.**

**Wave 8 Schedule:**

| Event | Date |
|---|---|
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 8 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 11/11/2024 |

**Wave 8A Schedule**

| Event | Date |
|---|---|
| Close of Wave 8A fact discovery | 9/6/2024 |
| Plaintiffs' expert reports due. | 9/9/2024 |
| Monsanto's expert reports due. | 10/9/2024 |
| Close of expert discovery. | 11/8/2024 |

**Wave 8B Schedule**

| Event | Date |
|---|---|
| Close of Wave 8B fact discovery | 10/9/2024 |
| Plaintiffs' expert reports due. | 10/12/2024 |
| Monsanto's expert reports due. | 11/13/2024 |
| Close of expert discovery. | 12/13/2024 |

**Wave 8C Schedule**

| Event | Date |
|---|---|
| Close of Wave 8C fact discovery | 11/11/2024 |
| Plaintiffs' expert reports due. | 11/15/2024 |
| Monsanto's expert reports due. | 12/16/2024 |
| Close of expert discovery. | 1/15/2025 |

**Wave 8 Briefing Schedule**

| Event | Date |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 1/22/2025 |
| Plaintiffs' *Daubert* motions due | 1/22/2025 |
| Oppositions re: *Daubert* and summary judgment due. | 2/12/2025 |
| Replies re: *Daubert* and summary judgment due. | 2/26/2025 |
| *Daubert* hearing (if necessary). | TBD |

**Wave 8 Case Assignments**

The below cases are assigned to Wave 8 and are assigned the below sub-waves for expert and discovery purposes as follows:

**Wave 8A**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Altomari, Ann Marie | 3:23-cv-01746 | US District Court of MN |
| Anderson, Jacklyn Lee | 3:20-cv-00848 | US District Court Middle District of FL |
| Anderson, Michael | 3:19-cv-06092 | US District Court Middle District of FL |
| Bailey, Darrell | 3:23-cv-01926 | US District Court Middle District of FL |
| Baker, Brenda | 3:19-cv-05873 | US District Court Eastern District of MO |
| Batts, Stanley | 3:20-cv-05939 | US District Court Eastern District of MO |
| Besse, Nikki | 3:23-cv-03187 | US District Court Eastern District of MO |
| Billigen Sr., Thomas J. | 3:22-cv-08892 | US District Court of MN |
| Birdstraw, Allison | 3:23-cv-02167 | US District Court Eastern District of MO |
| Briggs, Michael | 3:23-cv-03156 | US District Court Eastern District of MO |
| Callahan, Tana | 3:22-cv-05663 | US District Court Eastern District of LA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Danowski, William | 3:23-cv-00722 | US District Court Middle District of FL |
| Ditoro, Charles | 3:23-cv-01960 | US District Court Southern District of FL |
| Faulkner, Carl | 3:23-cv-03158 | US District Court Eastern District of MO |
| Foster, Davis | 3:23-cv-01059 | US District Court Eastern District of MO |
| Goddard, Thomas | 3:23-cv-00955 | US District Court Eastern District of MO |
| Goranson, Gordon | 3:21-cv-06832 | US District Court Northern District of IN |
| Gottstein, Ross | 3:23-cv-02961 | US District Court Middle District of FL |
| Gunn, Raymond | 3:23-cv-03161 | US District Court Eastern District of MO |
| Hammons, Robert Wayne | 3:22-cv-05286 | US District Court Eastern District of KY |
| Hinkson, Thomas | 3:23-cv-03506 | US District Court Eastern District of MO |
| Hirvela, Kathleen | 3:23-cv-00718 | US District Court Northern District of FL |
| Howard, Walter | 3:22-cv-05315 | US District Court Eastern District of MO |
| Hueckel, Jeanne | 3:22-cv-09088 | US District Court Middle District of FL |
| Jackson, Clarice | 3:22-cv-06599 | US District Court Eastern District of MO |
| King, Genevieve | 3:23-cv-02169 | US District Court Eastern District of MO |
| Kooi, Douglas | 3:20-cv-06656 | US District Court Western District of WA |
| Lampert, Laurie | 3:22-cv-05044 | US District Court Middle District of FL |
| Levy, Robert | 3:21-cv-07643 | US District Court Southern District of FL |
| Levy, Sally | 3:23-cv-00761 | US District Court Southern District of FL |
| Mazzeo, Peter Anthony | 3:19-cv-02315 | US District Court Western District of WA |
| Mellon, William | 3:22-cv-01951 | US District Court Middle District of FL |
| Mercer, Lance | 3:19-cv-06403 | US District Court Western District of WA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Moreland Jr., Emory | 3:20-cv-03069 | US District Court Southern District of GA |
| Occhipinti, Connie | 3:22-cv-00470 | US District Court Middle District of FL |
| Peterson, Berry Chase | 3:22-cv-03830 | US District Court Southern District of TX |
| Piesik, Margaret Rae | 3:19-cv-05660 | US District Court Western District of WA |
| Shaffer, Steven A. | 3:23-cv-01084 | US District Court Northern District of IL |
| Tierney, Patrick | 3:19-cv-01937 | US District Court Western District of WA |
| Toyer, Joan Elizabeth | 3:19-cv-06405 | US District Court Western District of WA |
| Zarate, Juan Delgado | 3:23-cv-03877 | US District Court Eastern District of CA |

**Wave 8B**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Austin, Robert | 3:22-cv-07589 | US District Court Central District of CA |
| Banet, John | 3:20-cv-07883 | US District Court Southern District of IN |
| Buchanan, Mark | 3:20-cv-03718 | US District Court Middle District of FL |
| Chapman, Dick | 3:19-cv-06723 | US District Court Middle District of FL |
| Collier, Timothy | 3:23-cv-03947 | US District Court Middle District of FL |
| Cromack, Wayne | 3:23-cv-00565 | US District Court of MA |
| Dennis, Alzonia | 3:22-cv-03225 | US District Court of NJ |
| Doherty, Sean | 3:23-cv-01676 | US District Court Western District of NY |
| Ellis, Timothy | 3:19-cv-06091 | US District Court Middle District of FL |
| Fazal, Faiz | 3:22-cv-06071 | US District Court Eastern District of NC |
| Ferrington, Charles | 3:21-cv-06113 | US District Court Western District of LA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Frueh, William | 3:23-cv-01817 | US District Court Western District of NY |
| Godsey, Patricia | 3:19-cv-00923 | US District Court Southern District of TX |
| Grubb, Shawn | 3:20-cv-09293 | US District Court Western District of OK |
| Harms, Nathan M. | 3:23-cv-03876 | US District Court Middle District of NC |
| Helmich, Gerald | 3:20-cv-05941 | US District Court Western District of NY |
| Hernandez, Edwin | 3:19-cv-05872 | US District Court Eastern District of MO |
| Howell, Tony Lee | 3:20-cv-07322 | US District Court Western District of NC |
| Jenkins, Nancy | 3:23-cv-03507 | US District Court Eastern District of MO |
| Jizhak, Eugene | 3:20-cv-04646 | US District Court Southern District of CA |
| Jolin, Jeffrey | 3:23-cv-02001 | US District Court Eastern District of MO |
| Katz, Bernice | 3:20-cv-01825 | US District Court Eastern District of MI |
| Kimble, Nacole | 3:21-cv-01334 | US District Court of NV |
| Laury, Romeil | 3:23-cv-01361 | US District Court Eastern District of MO |
| Luby Jr., John | 3:22-cv-03830 | US District Court Southern District of TX |
| Luther, Darlene | 3:23-cv-03508 | US District Court Eastern District of MO |
| Means, Ira | 3:23-cv-03509 | US District Court Eastern District of MO |
| Montgomery, Steven | 3:20-cv-07397 | US District Court Western District of LA |
| Morehart, Daniel | 3:22-cv-06392 | US District Court of MN |
| Morrissey, John | 3:22-cv-05731 | US District Court Middle District of FL |
| Munday, Chris | 3:23-cv-00720 | US District Court Middle District of GA |
| Nelson, Rebecca | 3:23-cv-03511 | US District Court Eastern District of MO |
| Pagliaro, Lisa | 3:23-cv-02246 | US District Court Eastern District of MO |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Parry, William | 3:22-cv-03226 | US District Court Southern District of TX |
| Parsons, Kenneth J. | 3:19-cv-02577 | US District Court Western District of WA |
| Pearson, Verna | 3:19-cv-07525 | US District Court Western District of WA |
| Pease, Marc | 3:21-cv-10049 | US District Court Middle District of FL |
| Pellerin Sr., Gilbert | 3:21-cv-04634 | US District Court Western District of LA |
| Phelps, James | 3:23-cv-03512 | US District Court Eastern District of MO |
| Plank, Wilson | 3:20-cv-03450 | US District Court Middle District of FL |
| Plummer, Robert | 3:23-cv-01269 | US District Court Middle District of FL |
| Powell, Pat | 3:23-cv-03513 | US District Court Eastern District of MO |
| Pratt, Christopher | 3:23-cv-00052 | US District Court Middle District of FL |
| Reid, Charles | 3:22-cv-04080 | US District Court Middle District of NC |
| Rhoades, Cherie | 3:23-cv-03535 | US District Court Eastern District of MO |
| Ricke, Anne | 3:19-cv-06090 | US District Court Middle District of FL |
| Ritcheson, Kenneth | 3:23-cv-02170 | US District Court Eastern District of MO |
| Roesky, Kathleen | 3:23-cv-03570 | US District Court Eastern District of MO |
| Rogers, Loy | 3:23-cv-02572 | US District Court of MN |
| Roman, Albert | 3:22-cv-03855 | US District Court Middle District of FL |
| Ruiz, Irene C. | 3:22-cv-04716 | US District Court Western District of TX |
| Sammons, Douglas Victor | 3:23-cv-00050 | US District Court Northern District of NY |
| Sanders, Thomas Lake | 3:19-cv-07401 | US District Court Eastern District of WA |
| Scheh, Donald | 3:20-cv-02427 | US District Court Eastern District of TX |
| Seieroe, David | 3:21-cv-09840 | US District Court Northern District of IA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Shedd Jr., Ray | 3:20-cv-03833 | US District Court Southern District of MS |
| Stewart, Mark D. | 3:20-cv-01835 | US District Court Western District of OK |
| Storlie, John | 3:19-cv-03785 | US District Court Eastern District of WA |
| Straub, Richard | 3:22-cv-03829 | US District Court of AZ |
| Sutton, Jackson | 3:23-cv-00221 | US District Court of MN |
| Von Staden, Richard | 3:23-cv-01182 | US District Court Middle District of FL |
| Walker, Tracy Dean | 3:23-cv-02002 | US District Court Eastern District of MO |
| Webb, Dan W. | 3:20-cv-00493 | US District Court Northern District of MS |
| Westbrook, Norton | 3:23-cv-02985 | US District Court Middle District of FL |
| Wilson, Robert S. | 3:22-cv-07528 | US District Court of MN |
| Wood, Johnny | 3:22-cv-03818 | US District Court Northern District of TX |
| Yeargain, Betty | 3:22-cv-05976 | US District Court of MN |

**Wave 8C**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adams, Leland | 3:22-cv-07590 | US District Court Central District of CA |
| Albrecht, Michael David | 3:20-cv-01636 | US District Court Eastern District of MO |
| Aulakh, Amirk | 3:23-cv-00603 | US District Court Eastern District of CA |
| Axelson, Kathleen Ann | 3:19-cv-06400 | US District Court Western District of WA |
| Bartholomew, Michael | 3:23-cv-01914 | US District Court Northern District of IA |
| Benzel, Thomas Jay | 3:19-cv-03462 | US District Court Eastern District of WA |
| Besser, Matthew | 3:22-cv-05733 | US District Court Southern District of IA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Bischoff, David | 3:20-cv-05937 | US District Court Eastern District of MO |
| Bowe, William | 3:22-cv-01229 | US District Court Northern District of OH |
| Bray, Beverly | 3:19-cv-05060 | US District Court Northern District of CA |
| Bricker, Ricky | 3:23-cv-00960 | US District Court Southern District of IA |
| Buntz, Robert | 3:23-cv-03658 | US District Court Western District of WI |
| Carmiel, Bilha | 3:22-cv-03389 | US District Court of NJ |
| Christy, Whitney Joseph | 3:19-cv-03969 | US District Court Eastern District of LA |
| Cilli, Gregory A. | 3:23-cv-00147 | US District Court Southern District of CA |
| Coe, John Edward | 3:22-cv-01949 | US District Court Western District of WA |
| Crutchfield III, Charles E. | 3:22-cv-08860 | US District Court of MN |
| Culler, Barbara Zellers | 3:19-cv-06401 | US District Court Western District of WA |
| Curtin, Maria | 3:23-cv-00471 | US District Court Western District of PA |
| Daniels, Jerry | 3:19-cv-05870 | US District Court Eastern District of MO |
| Delaney, Todd | 3:22-cv-05646 | US District Court Northern District of CA |
| Delsuc, Laurent | 3:19-cv-02079 | US District Court Western District of WA |
| Demarmels, Michael | 3:22-cv-04406 | US District Court Southern District of NY |
| Faschingbauer, Larry J. | 3:17-cv-03202 | US District Court Western District of WI |
| Finneman, Connie | 3:18-cv-07021 | US District Court Eastern District of MO |
| Gebo, Ronald | 3:17-cv-00168 | US District Court Middle District of FL |
| Gibson, Faith | 3:22-cv-04399 | US District Court Middle District of FL |
| Golling, John Michael | 3:23-cv-02960 | US District Court Western District of WA |
| Graves, Brent L. | 3:21-cv-09832 | US District Court of SD |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Greenwood, Elizabeth | 3:22-cv-04830 | US District Court Eastern District of PA |
| Harris Sr., Braxton B. | 3:23-cv-02566 | US District Court Northern District of AL |
| Hayes, Michael Randy | 3:21-cv-00965 | US District Court Northern District of AL |
| Hendrickson, Michael | 3:22-cv-09090 | US District Court Western District of WA |
| Heuberger, James A. | 3:23-cv-00717 | US District Court Northern District of IA |
| Hogue, Christopher | 3:19-cv-04117 | US District Court Western District of NC |
| Holbrook, Vetril | 3:23-cv-00956 | US District Court Western District of NC |
| Holden, Walter | 3:19-cv-05085 | US District Court Northern District of CA |
| Hueschen, Lee A. | 3:21-cv-04937 | US District Court of NE |
| Jackson, Eddie Ray | 3:23-cv-01572 | US District Court Middle District of FL |
| Jacobs, Billie June | 3:22-cv-02969 | US District Court Middle District of NC |
| Jansen, Jeffrey | 3:22-cv-08891 | US District Court of MN |
| Jilnicki, Robert | 3:19-cv-06047 | US District Court Middle District of FL |
| Jobman, Jeffrey T. | 3:22-cv-00093 | US District Court of NE |
| Jones, Sheldon | 3:22-cv-04265 | US District Court Middle District of GA |
| King Jr., Arthur J. | 3:21-cv-09294 | US District Court Northern District of GA |
| King, Richard Douglas | 3:22-cv-08859 | US District Court Southern District of CA |
| Kirby, Robert | 3:21-cv-08447 | US District Court Eastern District of CA |
| Lafrance, Adam J. | 3:22-cv-05977 | US District Court Eastern District of MI |
| Lamar, Derrick | 3:22-cv-06389 | US District Court Middle District of FL |
| Locsin, Douglas | 3:23-cv-02571 | US District Court Eastern District of CA |
| Lubischer, David | 3:23-cv-02962 | US District Court Western District of PA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Mee, Kevin | 3:20-cv-01237 | US District Court of ID |
| Mistich, Raymond Anthony | 3:23-cv-04015 | US District Court Eastern District of LA |
| Moreno, Estela | 3:23-cv-02681 | US District Court Central District of CA |
| Myers, Philip | 3:19-cv-04411 | US District Court Eastern District of MO |
| Nederhoff, David | 3:22-cv-07287 | US District Court of MN |
| Oehlmann, Michael | 3:20-cv-03067 | US District Court of NJ |
| Orsborne, Mark P. | 3:22-cv-09041 | US District Court of MA |
| Pineda, Lesbia M. | 3:20-cv-02634 | US District Court Middle District of AL |
| Pridgen, Jerry | 3:23-cv-03025 | US District Court Eastern District of NC |
| Prieto-Rodriguez, Miguel A. | 3:22-cv-04833 | US District Court of PR |
| Rotella, Thomas Phillip | 3:21-cv-10050 | US District Court Western District of NY |
| Rowland, Dan | 3:22-cv-06660 | US District Court Central District of CA |
| Schrag, Paul | 3:22-cv-08888 | US District Court Southern District of FL |
| Seaman, Charles | 3:21-cv-02546 | US District Court Middle District of FL |
| Sheppard, Christine | 3:16-cv-05650 | US District Court of HI |
| Somach, Michael | 3:19-cv-06048 | US District Court Middle District of FL |
| Southerland, Willie | 3:19-cv-06049 | US District Court Middle District of FL |
| Sparkman, George | 3:21-cv-06497 | US District Court Southern District of CA |
| Stevens, Robert | 3:22-cv-03859 | US District Court Middle District of FL |
| Stormes, Lacy | 3:19-cv-06026 | US District Court Central District of CA |
| Strickland, Silas | 3:23-cv-02509 | US District Court Southern District of GA |
| Teague, JaRon Shawn La'vickta | 3:23-cv-04605 | US District Court Western District of KY |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Thuss, Robert W. | 3:19-cv-07533 | US District Court Northern District of GA |
| Tyler, William | 3:22-cv-09089 | US District Court Eastern District of MO |
| Vanlandingham, Clifford | 3:23-cv-03549 | US District Court Eastern District of MO |
| Vincent, Roger | 3:23-cv-00648 | US District Court of ID |
| Wasson, William | 3:22-cv-05412 | US District Court Central District of CA |
| Weaver, Douglas | 3:23-cv-00352 | US District Court Eastern District of MI |
| White, James | 3:23-cv-03550 | US District Court Eastern District of MO |
| Wood, James | 3:23-cv-03608 | US District Court Eastern District of MO |
| Wright, Winston | 3:23-cv-03609 | US District Court Eastern District of MO |
| Yoder, Howard H. | 3:22-cv-03140 | US District Court Southern District of OH |
| Zeig, Rosemary | 3:22-cv-05047 | US District Court of MN |
| Zenz, Leo L. | 3:23-cv-02148 | US District Court Northern District of OH |

**Wave 9 Schedule:**

| Event | Date |
|---|---|
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 8 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 8/30/2025 |

**Wave 9A Schedule**

| Event | Date |
|---|---|
| Close of Wave 9A fact discovery | 2/10/2025 |
| Plaintiffs' expert reports due. | 2/14/2025 |
| Monsanto's expert reports due. | 3/17/2025 |
| Close of expert discovery. | 4/17/2025 |

**Wave 9B Schedule**

| Event | Date |
|---|---|
| Close of Wave 9B fact discovery | 3/12/2025 |
| Plaintiffs' expert reports due. | 4/11/2025 |
| Monsanto's expert reports due. | 5/12/2025 |
| Close of expert discovery. | 6/12/2025 |

**Wave 9C Schedule**

| Event | Date |
|---|---|
| Close of Wave 9C fact discovery | 4/11/2025 |
| Plaintiffs' expert reports due. | 5/13/2025 |
| Monsanto's expert reports due. | 6/13/2025 |
| Close of expert discovery. | 7/14/2025 |

**Wave 9D Schedule**

| Event | Date |
|---|---|
| Close of Wave 9D fact discovery | 5/12/2025 |
| Plaintiffs' expert reports due. | 6/13/2025 |
| Monsanto's expert reports due. | 7/14/2025 |
| Close of expert discovery. | 8/14/2025 |

**Wave 9E Schedule**

| Event | Date |
|---|---|
| Close of Wave 9E fact discovery | 6/13/2025 |
| Plaintiffs' expert reports due. | 7/14/2025 |
| Monsanto's expert reports due. | 8/14/2025 |
| Close of expert discovery. | 9/15/2025 |

**Wave 9 Briefing Schedule**

| Event | Date |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 9/22/2025 |
| Plaintiffs' *Daubert* motions due | 9/22/2025 |
| Oppositions re: *Daubert* and summary judgment due. | 10/13/2025 |
| Replies re: *Daubert* and summary judgment due. | 10/27/2025 |
| *Daubert* hearing (if necessary). | TBD |

**Wave 9 Case Assignments**

The below cases are assigned to Wave 9 and are assigned the below sub-waves for expert and discovery purposes as follows.

**Wave 9A**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Anderes, Fred | 3:24-cv-01114 | US District Court Eastern District of NY |
| Angers, John Matthew | 3:24-cv-01594 | US District Court Western District of LA |
| Bailey, Ronald | 3:24-cv-01595 | US District Court of NJ |
| Baker, Patty K. | 3:24-cv-01112 | US District Court Eastern District of MO |
| Bartley, Sharon | 3:24-cv-00734 | US District Court Eastern District of NC |
| Bickel, Augustine | 3:24-cv-03126 | US District Court Northern District of IA |
| Billingsley, Sue | 3:18-cv-05309 | US District Court Northern District of MS |
| Black, Sharon J. | 3:24-cv-01111 | US District Court Eastern District of WI |
| Bonilla, Eleanore | 3:24-cv-03971 | US District Court Eastern District of LA |
| Bowman, Rory | 3:24-cv-00760 | US District Court Eastern District of NY |
| Box, Robert | 3:24-cv-01233 | US District Court Eastern District of MO |
| Bozeman Sr., Danny | 3:24-cv-03827 | US District Court Middle District of LA |
| Breeden, Franklin | 3:24-cv-01125 | US District Court Southern District of TX |
| Brettin, Richard | 3:24-cv-01110 | US District Court Northern District of IN |
| Bridges, Kelly | 3:24-cv-01617 | US District Court Northern District of GA |
| Brooks, Lucinda | 3:24-cv-01153 | US District Court Eastern District of MO |
| Brown, Carolyn | 3:23-cv-05240 | US District Court Western District of PA |
| Caliste, Kenneth | 3:24-cv-03884 | US District Court Eastern District of LA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Cano, Maria | 3:24-cv-01241 | US District Court Eastern District of MO |
| Caprera, Anthony | 3:24-cv-02860 | US District Court Eastern District of LA |
| Carpenter, Elaine | 3:24-cv-00938 | US District Court Southern District of FL |
| Carptenter, Chad | 3:24-cv-01127 | US District Court Northern District of IL |
| Chambers, James O. | 3:24-cv-00510 | US District Court Eastern District of MO |
| Chappell, Harold | 3:24-cv-02019 | US District Court Northern District of GA |
| Charles Jr., Peter | 3:24-cv-00735 | US District Court Eastern District of MO |
| Coffee, Raymond | 3:24-cv-01212 | US District Court of CO |
| Cole, Linda | 3:24-cv-01231 | US District Court Eastern District of MO |
| Cooper-Heimann, Deborah | 3:24-cv-00509 | US District Court Eastern District of MO |
| Creecy, Alana | 3:24-cv-01396 | US District Court Eastern District of LA |
| Danner, Donald | 3:24-cv-02858 | US District Court Eastern District of LA |
| Darbonne, Rayford | 3:24-cv-03944 | US District Court Western District of LA |
| Davenport, Lasonta | 3:24-cv-03829 | US District Court Middle District of LA |
| Dawson, Joseph | 3:24-cv-00505 | US District Court Eastern District of MO |
| Deckman, Todd Charles | 3:24-cv-03429 | US District Court Southern District of CA |
| Delicino, Patricia | 3:24-cv-01106 | US District Court Eastern District of MO |
| Dent, George | 3:24-cv-01397 | US District Court Eastern District of LA |
| DeRobbio, Michael | 3:20-cv-06776 | US District Court Eastern District of MO |
| Draten, Linda | 3:24-cv-01398 | US District Court Middle District of LA |
| Dube, Rosalie | 3:24-cv-01618 | US District Court Middle District of FL |
| Ellis, Henry | 3:24-cv-03430 | US District Court Middle District of LA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Evans, Garry | 3:24-cv-01619 | US District Court Eastern District of MO |
| Faulkner, Randall | 3:24-cv-02855 | US District Court of MD |
| Gaunichaux, Kendra | 3:24-cv-01399 | US District Court Eastern District of LA |
| Gin, Kimberly | 3:24-cv-02010 | US District Court Eastern District of MO |
| Gomez, Richard | 3:24-cv-03495 | US District Court Southern District of FL |
| Green, Cody | 3:24-cv-03165 | US District Court Western District of LA |
| Gros, Brad | 3:24-cv-03885 | US District Court Eastern District of LA |

**Wave 9B**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Bergeret, Dennis | 3:23-cv-04960 | US District Court Eastern District of MO |
| Brookner, Mendel | 3:23-cv-04840 | US District Court Southern District of FL |
| Burton, Michael J. | 3:24-cv-03223 | US District Court Central District of CA |
| Coombs, James | 3:24-cv-01253 | US District Court Eastern District of MO |
| Cottrell, Billy | 3:24-cv-01115 | US District Court Western District of AR |
| Delgado, Patricia | 3:24-cv-01264 | US District Court Eastern District of MO |
| Dimock, Gene | 3:24-cv-01128 | US District Court Northern District of TX |
| Hammer, DeVon | 3:24-cv-02003 | US District Court Eastern District of MO |
| Harrison, Joe D. | 3:21-cv-03602 | US District Court Eastern District of OK |
| Harrison, Larry | 3:24-cv-00737 | US District Court Eastern District of MO |
| Hartman, Carlton | 3:24-cv-01894 | US District Court of CO |
| Henrich, Jack | 3:20-cv-03728 | US District Court Northern District of IA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Jashinsky, Robert | 3:24-cv-00528 | US District Court Central District of CA |
| Juehring, Lee | 3:24-cv-01400 | US District Court Southern District of IL |
| Kassabian, Jay | 3:24-cv-03622 | US District Court of MA |
| Kaufmann, Sue | 3:24-cv-00738 | US District Court Eastern District of MO |
| Khadavi, Arash Alex | 3:24-cv-03125 | US District Court Central District of CA |
| Kincade, Charles | 3:24-cv-01254 | US District Court Eastern District of MO |
| King, Michael A. | 3:24-cv-02018 | US District Court Southern District of CA |
| Kocur, Carol Mae | 3:24-cv-01445 | US District Court of MN |
| Linszky, Peter | 3:24-cv-00513 | US District Court of NJ |
| Loeb, Steven | 3:24-cv-03830 | US District Court Middle District of LA |
| Maalik, Dhafir | 3:24-cv-00792 | US District Court Northern District of IL |
| Maynard, Thomas | 3:24-cv-03432 | US District Court Eastern District of MO |
| McAlister, James | 3:24-cv-00684 | US District Court Western District of PA |
| McKemie, William M. | 3:20-cv-07324 | US District Court Western District of TX |
| Meisner, Jon | 3:24-cv-00941 | US District Court of MN |
| Merrion, James L. | 3:24-cv-00503 | US District Court Middle District of PA |
| Michaelson, Edward | 3:24-cv-00686 | US District Court Western District of PA |
| Pawlowski, John | 3:24-cv-01401 | US District Court of NJ |
| Petinga, Velna | 3:24-cv-00694 | US District Court Eastern District of WI |
| Pintar, Patricia A. | 3:24-cv-00516 | US District Court Southern District of IN |
| Queeno, Donald | 3:24-cv-00688 | US District Court Western District of NY |
| Rieffel, Carolyn | 3:24-cv-02859 | US District Court Eastern District of LA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Rufty, Maureen A. | 3:24-cv-02856 | US District Court Northern District of OH |
| Sanford, Charles E. | 3:24-cv-03946 | US District Court Middle District of LA |
| Sheffield, Steve D. | 3:24-cv-01877 | US District Court Northern District of AL |
| Siciliano, Robert | 3:24-cv-00842 | US District Court Southern District of FL |
| Smith, Thomas E. | 3:24-cv-03832 | US District Court Southern District of MS |
| Stratton, Richard | 3:23-cv-05877 | US District Court Eastern District of MO |
| Villalobos, Addon Urra | 3:24-cv-01407 | US District Court Middle District of FL |
| Vopelak, Derek | 3:24-cv-01688 | US District Court Northern District of IA |
| Williams, Leon | 3:24-cv-01155 | US District Court Northern District of IA |
| Young, John Gordon | 3:18-cv-03514 | US District Court of SC |

**Wave 9C**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Durand, Louis | 3:24-cv-02861 | US District Court Eastern District of LA |
| Gallagher, Edward | 3:24-cv-01154 | US District Court Northern District of IL |
| Gray, Nancy Huerstel | 3:24-cv-01733 | US District Court Eastern District of LA |
| Grey, William R. | 3:24-cv-01611 | US District Court Northern District of IA |
| Hunt, Harold | 3:24-cv-01620 | US District Court Northern District of OH |
| Johnson, Deborah | 3:19-cv-04017 | US District Court of MN |
| Keene Williams, Mary Kathryn | 3:19-cv-04783 | US District Court Northern District of CA |
| Kennedy, Thomas | 3:24-cv-01622 | US District Court Eastern District of MO |
| Kerchner, Gary R. | 3:24-cv-00517 | US District Court Eastern District of MO |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Kirkland, Roger | 3:24-cv-03620 | US District Court of SC |
| Kline, Judith | 3:24-cv-03030 | US District Court of MN |
| Korytko, Mark | 3:24-cv-03052 | US District Court Western District of NY |
| Larrabee, Tony | 3:24-cv-00740 | US District Court Eastern District of MO |
| Linn, James | 3:24-cv-00741 | US District Court Western District of AR |
| Marrone, Stephanie | 3:23-cv-05070 | US District Court of NJ |
| Martin, Thomas | 3:23-cv-05241 | US District Court of NJ |
| Matlock, Claude Mark | 3:24-cv-03005 | US District Court Middle District of TN |
| McCurry, Michael | 3:24-cv-01623 | US District Court Southern District of TX |
| McJunkins, Steven | 3:24-cv-00875 | US District Court Eastern District of MO |
| McMichael, Betty Anne | 3:24-cv-02857 | US District Court Eastern District of LA |
| McMullen, Donna | 3:24-cv-00742 | US District Court Eastern District of MO |
| Meglio, Gail | 3:24-cv-03431 | US District Court Eastern District of MO |
| Michel, Kathy | 3:24-cv-00876 | US District Court Western District of MO |
| Moon, Thomas | 3:24-cv-00744 | US District Court Eastern District of MO |
| Niescierowicz, Mariola | 3:21-cv-05319 | US District Court Central District of CA |
| Nix, Troy | 3:24-cv-00745 | US District Court Eastern District of MO |
| Novich, Robert | 3:24-cv-00756 | US District Court Eastern District of MO |
| Petinga, Charles | 3:24-cv-00685 | US District Court Eastern District of WI |
| Pollack, Celeste | 3:24-cv-00687 | US District Court Central District of IL |
| Popp, Thomas | 3:24-cv-01613 | US District Court Western District of WI |
| Radcliffe, William | 3:24-cv-00690 | US District Court of NJ |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Rodriguez, Wendi | 3:24-cv-03490 | US District Court Eastern District of MO |
| Rush, Larry | 3:24-cv-00515 | US District Court of NJ |
| Sapp, Wanda | 3:24-cv-01150 | US District Court Middle District of FL |
| Settembrini, Angelo | 3:24-cv-01151 | US District Court Middle District of FL |
| Sieve, Darcy | 3:23-cv-06160 | US District Court of MN |
| Simas, Elvira | 3:24-cv-03560 | US District Court Eastern District of MO |
| Stains, Charles | 3:24-cv-01403 | US District Court Eastern District of LA |
| Stewart, Donna | 3:24-cv-00691 | US District Court Southern District of IL |
| Stiegelmeyer, Kurt | 3:24-cv-00940 | US District Court of MN |
| Sweeney, Kevin | 3:24-cv-00692 | US District Court Southern District of NY |
| Swindle, Gayle | 3:24-cv-03492 | US District Court Eastern District of MO |
| Talley, Seth | 3:24-cv-01876 | US District Court Eastern District of NC |
| Taylor, James H. | 3:24-cv-00759 | US District Court Eastern District of MO |
| Taylor, Jeanette | 3:24-cv-00880 | US District Court Eastern District of KY |
| Taylor, Marion | 3:24-cv-00761 | US District Court Southern District of TX |

**Wave 9D**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Allen, Dorothy Elizabeth | 3:23-cv-05239 | US District Court Southern District of CA |
| Blanchard, Wayne J. | 3:24-cv-02489 | US District Court Western District of LA |
| Bryant, Kenzie | 3:23-cv-04959 | US District Court Southern District of TX |
| Decker, Brian | 3:23-cv-04499 | US District Court Northern District of IA |

- 21 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| DiBlasio, Joanne | 3:23-cv-06434 | US District Court Middle District of FL |
| Donofrio, Edmund | 3:24-cv-01229 | US District Court Eastern District of MO |
| George, Dalton | 3:24-cv-01225 | US District Court Southern District of IN |
| Green, Brian Leroy | 3:23-cv-05878 | US District Court Northern District of GA |
| Gutmann, Roland Wayne | 3:24-cv-01105 | US District Court Northern District of NY |
| Hardman, Melissa | 3:23-cv-03759 | US District Court Western District of WI |
| Harootunian, Michael | 3:24-cv-02864 | US District Court of MA |
| Herrold, Frank | 3:24-cv-01237 | US District Court Eastern District of MO |
| Homa, Richard | 3:24-cv-01103 | US District Court Eastern District of PA |
| Ingram, Margaret | 3:24-cv-01244 | US District Court Eastern District of MO |
| Jones, Albert | 3:24-cv-01395 | US District Court of MA |
| Krystofik, Eric | 3:24-cv-00939 | US District Court Western District of NY |
| Labor, Charles | 3:24-cv-01238 | US District Court Eastern District of MO |
| Mesimer, Norma | 3:24-cv-01625 | US District Court Eastern District of MO |
| Murphy, Lawrence E. | 3:23-cv-04937 | US District Court Northern District of MS |
| Parker, Danny | 3:24-cv-00757 | US District Court Eastern District of MO |
| Pixley, Roger | 3:24-cv-01149 | US District Court Western District of MI |
| Polsley, Darin | 3:20-cv-07107 | US District Court Northern District of CA |
| Powell, Richard | 3:21-cv-02123 | US District Court Eastern District of AR |
| Ramey, Lenvil | 3:17-cv-05878 | US District Court Western District of KY |
| Reed, Samuel | 3:24-cv-00877 | US District Court Eastern District of MO |
| Repine, Michael | 3:23-cv-06435 | US District Court Western District of PA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Roberts, David E. | 3:24-cv-02055 | US District Court Northern District of CA |
| Sanders, Jake | 3:23-cv-04694 | US District Court of MT |
| Shapiro, Robert | 3:24-cv-00882 | US District Court Eastern District of MO |
| Siqueiros, Thelma | 3:24-cv-02957 | US District Court Northern District of CA |
| Smith, Jonathan | 3:24-cv-01626 | US District Court Eastern District of MO |
| Stein, Audrey | 3:24-cv-01102 | US District Court Western District of WI |
| Sterling, Danielle | 3:24-cv-00881 | US District Court Eastern District of MO |
| Stone, John | 3:19-cv-04492 | US District Court Eastern District of MO |
| Thibodeaux, Tobby | 3:24-cv-01404 | US District Court Eastern District of LA |
| Thompson, Nancy | 3:24-cv-00762 | US District Court Northern District of NY |
| Van Der Zandan, Scott | 3:19-cv-08268 | US District Court of OR |
| Wainer, Bruce | 3:23-cv-04606 | US District Court Eastern District of LA |
| Ward, Marcia | 3:24-cv-03494 | US District Court Eastern District of MO |
| Ware, Connie | 3:24-cv-00914 | US District Court Northern District of OH |
| Wassell, Jeffrey | 3:24-cv-00763 | US District Court Eastern District of PA |
| Whatley, Samuel | 3:24-cv-02004 | US District Court Eastern District of MO |
| Wicklund, David | 3:24-cv-01152 | US District Court Middle District of FL |
| Williams, Kenneth | 3:24-cv-00767 | US District Court Eastern District of MO |
| Wilson, Carl | 3:24-cv-00878 | US District Court Eastern District of MO |
| Wright, Winston | 3:24-cv-02862 | US District Court of MA |

**<u>Wave 9E</u>**

Any cases added to the MDL or moved from the inactive docket from the date of this Order until October 4, 2024 will be automatically placed in MDL Wave 9E. No cases will be permitted to join the MDL after October 4, 2024.

Date: July ___, 2024

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT