UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> *Eilmes v. Monsanto*, <br> Case No. 19-cv-05345-VC <br><br> *Haase v. Monsanto*, <br> Case No. 19-cv-05957-VC <br><br> *Hayden v. Monsanto*, <br> Case No. 19-cv-05600-VC <br><br> *Huntley v. Monsanto*, <br> Case No. 19-cv-06407-VC | **DISCOVERY ORDER** <br><br> Re: Dkt. Nos. 18667, 18675 |

If the parties still disagree about how long Dr. Knopf's deposition should be, they must brief the dispute in a joint statement, of not more than five pages, to be filed by July 25, 2024. If the parties have resolved their dispute, they must notify the Court by the same date.

**IT IS SO ORDERED.**

Dated: July 17, 2024

ALEX G. TSE
United States Magistrate Judge