**SHOOK, HARDY & BACON L.L.P.**
Anthony R. Martinez
2555 Grand Boulevard
Kansas City, MO  64108
Telephone:    (816) 474-6550
Facsimile:    (816) 521-5547
Email:  amartinez@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Holden v. Monsanto Co.*, Case No. 3:19-cv-05085-VC | **DECLARATION OF ANTHONY R. MARTINEZ RE: THIS COURT'S ORDER [DKT 15]** |

Counsel submits this Declaration regarding this Honorable Court's Order Granting Motion to Withdraw as Attorney [Dkt No. 15] entered June 18, 2024 (the "Order").

I, Anthony R. Martinez, hereby declare as follows:

1. I am an attorney at the law firm of Shook, Hardy & Bacon L.L.P., counsel for Monsanto Company ("Monsanto").  I make this declaration with respect to the Court's June 18, 2024 Order.  This declaration is based on my personal knowledge, and, if called to testify, I would and could testify on these matters.

2. On June 18, 2024, this Court ordered counsel for Defendant to "provide a copy of this order to the plaintiff, and file a declaration with 7 days of this ruling explaining how they did so." Defendant complied with this Order on June 25, 2024. *See* Dkt. No. 16.

3. The Court's June 18, 2024 Order required Plaintiff Walter Holden to "file a notice indicating whether he intends to pursue the action with new counsel or representing himself" within 28 days.

4. Plaintiff has not filed the required notice. However, it is my understanding that Plaintiff intends to pursue this case. Specifically, I received a phone call on July 8, 2024 from a caller who represented that she is the Plaintiff's wife. During that call, the Plaintiff's wife indicated that Plaintiff received this Court's June 18, 2024 order and that Plaintiff is seeking new counsel.

5. I believe that the Court may deem it premature to dismiss this case in light of the foregoing facts and am providing this information accordingly.

I declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 18th day of July, 2024 in Kansas City, Missouri.

*/s/ Anthony R. Martinez*
Anthony R. Martinez

## CERTIFICATE OF SERVICE

I certify that on the 18th day of July, 2024, I electronically transmitted the foregoing Declaration of Anthony R. Martinez Re: This Court's Order [Dkt 15] to the Clerk of the court using the ECF system for filing which sent notice of the filing to all appearing parties of record.

<u>/s/Anthony R. Martinez</u>
Anthony R. Martinez