UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Perez-Hernandez et al. v. Monsanto Co.,* Case No. 3:24-cv-01736-VC | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE CLASS ACTION COMPLAINT** |
| | Re: Dkt. No. 18669 |

Before this Court is Plaintiffs Jonas Perez-Hernandez and Isabel Paz-Hernandez's unopposed motion for leave to amend the class action complaint. Having considered the parties' arguments, the motion and accompanying filings filed herein, and good cause appearing, the Court hereby **GRANTS** the motion.

**IT IS SO ORDERED.**

Dated: July 19, 2024

_____
VINCE CHHABRIA
United States District Judge