1   Corrie J. Yackulic
2   CORRIE YACKULIC LAW FIRM PLLC
    110 Prefontaine Place South, Suite 304
3   Seattle, Washington 98104
    Tel. 206.787.1915
4   Fax. 206.299.9725
5   Corrie@cjylaw.com

6   Christopher L. Johnson
    WATERS KRAUS PAUL & SIEGEL
7   3141 Hood Street, Suite 700
    Dallas, Texas 75219
8   Tel. 214-357-6244
    Fax. 214-357-7252
9   cjohnson@waterskraus.com

10
    *Counsel for Plaintiffs*
11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| **This Document Relates to:** | Case No.: 3:16-md-02741-VC |
| *Kenneth Noel Eilmes, Jr. and Kelleen Patricie Eilmes v. Monsanto Co.*<br>Member Case No. 3:19-cv-05345-VC | **NOTICE RE DOCKET 18667** |
| *Caryl Ann Haase (deceased) and Clyde Edward Haase v. Monsanto Co.*<br>Member Case No. 3:19-cv-05957-VC | |
| *Neal Allen Hayden and Robin D. Hayden v. Monsanto Co.*<br>Member Case No.: 3:19-cv-05600-VC | |
| *Carol Ann Huntley v. Monsanto Co.*<br>Member Case No. 3:19-cv-06407-VC | |

The parties have resolved the issue of the length of Dr. Knopf's depositions. There is no need for the Court to rule on Plaintiffs Motion to Limit Four Related Specific Causation Expert depositions to Six (6) Hours total (Dkt. 18667).

DATED: July 19, 2024

Respectfully submitted,

| **CORRIE YACKULIC LAW FIRM, PLLC** | **WATERS KRAUS PAUL & SIEGEL** |
|---|---|
| /s/ *Corrie J. Yackulic* | /s/ *Chris Johnson* |
| Corrie J. Yackulic | Chris Johnson |
| (corrie@cjylaw.com) | (cjohnson@waterskraus.com) |
| 110 Prefontaine Pl. S. Ste. 304 | 3141 Hood Street Ste. 700 |
| Seattle, WA 98104 | Dallas, TX 75219 |
| Tel: (206) 787-1915 | Tel: (214) 357-6244 |
| Fax: (206) 299-9725 | |
| *Counsel for the Plaintiffs* | *Counsel for the Plaintiffs* |

**NOTICE RE DOCKET 18667**

## CERTIFICATE OF SERVICE

I, Corrie Yackulic, hereby certify that on July 19, 2024, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

**CORRIE YACKULIC LAW FIRM, PLLC**

/s/ *Corrie J. Yackulic*
Corrie J. Yackulic
(corrie@cjylaw.com)
110 Prefontaine Pl. S. Ste. 304
Seattle, WA 98104
Tel: (206) 787-1915
Fax: (206) 299-9725
*Counsel for the Plaintiffs*

**NOTICE RE DOCKET 18667**

PAGE 3