

August 1, 2024

**<u>VIA ELECTRONIC AND PRIORITY MAIL</u>**
Hon. Vincent Chhabria, U.S.D.J.
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom 4
17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Trufolo v. Monsanto, et al.
              Docket No.:   3:19-cv-06713-VC
                             3:16-md-2741-VC
              PTO No. 287

Your Honor:

      Our firm represented the Estate of JoAnn Trufolo (and her husband, Dr. Santo Trufolo) in the matter entitled Trufolo v. Monsanto, et al., Docket No.: 3:19-cv-06713-VC. I write with respect to a letter I filed on this court's docket on or about March 30, 2024, referencing PTO No. 287 (the "Letter").

      With absolute respect, I wish to and hereby do withdraw the Letter and all assertions made therein. Please kindly remove the Letter from the court's docket and otherwise disregard it.

      If you have any questions, or if I may provide anything further, please do not hesitate to ask.

                                                    Respectfully yours,

                                                    Derek Fanciullo
                                                    Matsikoudis & Fanciullo, LLC
                                                    *Attorneys for Santo and JoAnn Trufolo*

Matsikoudis & Fanciullo, LLC
128 Monticello Avenue, STR 1 | Jersey City, NJ 07304
116 West 23d Street, Suite 5, Box 473 | New York, NY 10011
(t) (201) 915-0407 | (f) (201) 536-2026