**WAGSTAFF LAW FIRM**
Aimee H. Wagstaff (SBN 278480)
940 N. Lincoln St.
Denver, CO 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
Awagstaff@wagstafflawfirm.com

*Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Bray v. Monsanto Co.*, Case No. 19-cv-05060-VC | **LEAD COUNSEL'S UPDATE ON BRAY V. MONSANTO CO., CASE NO. 19-cv-05060-VC** |

    I write regarding member case, *Bray v. Monsanto Co.*, Case No. 19-cv-05060-VC. On Monday, August 5, 2024, I e-mailed a copy of "Order Granting Motions to Withdraw as Attorney" to Ms. Beverly Bray. In the e-mail, I offered to assist Ms. Bray in finding a new attorney and provided the names of seven (7) law firms that I know are still actively litigating Roundup cases. Ms. Bray responded with appreciation, and I have been exchanging follow up e-mails with her all week.

DATED: August 9, 2024                    Respectfully Submitted,

                                              By: */s/ Aimee Wagstaff*
                                              Aimee Wagstaff, Esq. (SBN 278480)
                                              **WAGSTAFF LAW FIRM**
                                              940 N. Lincoln St.
                                              Denver, CO 80203
                                              Phone: 303-376-6360
                                              Email: Awagstaff@wagstafflawfirm.com

                                              *Co-Lead Counsel for Plaintiffs*