# EXHIBIT 2

UNITED STATES DISTRICT COURT

IN RE: Roundup Products Liability
Litigation, No. 3:16-md-02741-VC

(Linda Kay and Todd Kay v. Monsanto Co.,
No. 3:21-cv-00175-VC)

This document relates to:

## DECLARATION OF MARTYN T. SMITH, PH.D.

I, Dr. Martyn T. Smith, declare as follows:

1.      My name is Martyn Thomas Smith.

2.      I have personal knowledge of the following matters and, if called to testify, I would competently testify to what follows.

## QUALIFICATIONS

3.      I am a Distinguished Emeritus Professor of Toxicology and Professor of the Graduate School in the School of Public Health, University of California at Berkeley. I retired and took on Emeritus status in June 2022, but I have been recalled by the University to continue my research and mentoring of graduate students and fellows. I became a Full Professor in 1992, after being employed as an Assistant Professor (1982-1987) and then an Associate Professor with tenure (1987-1992) at UC Berkeley. Since 2016 I have held the Kenneth and Marjorie Kaiser Chair of Cancer Epidemiology and continue to do so. Between 1993 and 2003 and 2007-2010, I served in

- 1 -

the rotating positions of Head and Deputy-Head of the Division of Environmental Health Sciences. From 2003-2005 I served as Chair of the Faculty in the School of Public Health. From 2012 to 2014, I served as Director of the Berkeley Institute of the Environment. I am also continuing as Director of the Superfund Research Center at UC Berkeley, a position I have held continuously since 1987.

4.          A true copy of my curriculum vitae is attached as Exhibit A and contains a list of all my publications and a list of cases for which I have testified at trial and/or deposition in the past four years. My hourly rate for my work on this litigation is $750, except for live testimony at deposition or trial for which I charge $1,500 per hour.

5.          I received my Bachelor of Science Degree in Biology from Queen Elizabeth College, University of London (1977) and my Ph.D. in Biochemistry from the Medical College of St. Bartholomew's Hospital, London, England (1980). My Ph.D. research involved studies of oxidative drug metabolism using quantitative cytochemical and biochemical methods. I performed post-doctoral research in the Department of Toxicology at the Karolinska Institute, Stockholm, Sweden (1980-1981) under the supervision of perhaps the world's leading toxicologist at the time, Professor Sten Orrenius, returning to the University of London in 1981 to help teach the first combined Bachelor of Science degree course in toxicology and pharmacology offered in the United Kingdom. In the past 40 years I have taught classes in Toxicology, Cancer and Health Risk Assessment and Environmental Justice to literally thousands of Berkeley students. I have served as Head Graduate Adviser to the graduate group in Environmental Health Sciences and Molecular Toxicology and have chaired or served on the thesis committees of dozens of doctoral and masters students.

6.          I have received several major awards. For example, in 1994, I was elected as a Fellow of the American Association for the Advancement of Science for my outstanding

MARTYN SMITH EXPERT REPORT

contributions to the field of environmental toxicology.  In 2012, I was elected to the Collegium Ramazzini, an independent international academy comprised of 180 internationally renowned experts in the fields of occupational and environmental health. In 2014 I received the Alexander Hollaender Award from the Environmental Mutagenesis and Genomics Society (EMGS) for my contributions to the field of environmental toxicology. This award recognizes outstanding contributions in the application of the principles and techniques of environmental mutagenesis and genomics to the protection of human health.

7.      From 2000 to 2003 I served on the "National Advisory Environmental Health Sciences Council" which advises the National Institute of Environmental Health Sciences (NIEHS) of NIH on all decisions and future directions. I have been a full member of the Society of Toxicology for over 35 years and belong to numerous other professional societies that I am active in.  For the past 36 years I have supervised a Superfund research and training program, referred to as the NIEHS Superfund Basic Research Program, which is a large study of the chemicals found at hazardous waste sites.

8.      I am a member of the editorial board of the journals *Cancer Epidemiology, Biomarkers and Prevention* and *Cell Biochemistry and Function* and have previously served on the board of other peer-reviewed journals, including *Environmental Health Perspectives*, *Mutation Research Reviews*, *Biomarkers, Molecular Toxicology, International Journal of Toxicology, Advances in Pharmacology,* and *Free Radical Research*. I have also served as a reviewer for numerous peer-reviewed journals and continue to do so.

9.      I served as the U.S. representative on the Scientific Council of the International Agency for Research on Cancer (IARC), the leading authoritative body on the carcinogenicity of chemicals to humans and a branch of the World Health Organization, from 2010-2014.  I also served as an expert on the IARC committee that evaluated the carcinogenicity of various chemicals

MARTYN SMITH EXPERT REPORT

for the 100th volume of the IARC monographs, and more recently served on the IARC Working Group for Volume 113. This working group evaluated the carcinogenicity of various pesticides, including lindane, 2,4-D and DDT. I have also worked by IARC staff and others from US EPA, the National Toxicology Program and academia to develop the Key Characteristics approach to hazard identification that arose out of IARC meetings in Lyon in 2012 and is now widely used by regulatory agencies and authoritative bodies (Smith, Guyton et al. 2016, Guyton, Rieswijk et al. 2018, Guyton, Rusyn et al. 2018).

10.        From the early 2000s I was extensively involved in Interlymph, an international consortium of researchers studying the causes of lymphoma. In 2007 I received their Certificate for Outstanding Service to the Consortium.  During this time my research into the causes of non-Hodgkin lymphoma (NHL) was funded by the National Cancer Institute.

11.        Since 1979, I have authored or co-authored almost 400 articles in peer reviewed journals in the field of toxicology and molecular epidemiology, an edited book on Molecular Epidemiology and over 40 book chapters, as well as several technical reports for the United States Environmental Protection Agency and the California EPA.  A large number of these articles are related to studies of the causes of blood and bone marrow diseases, including over 35 that specifically relate to NHL.

12.        I am in the top 2% of scientists worldwide in terms of citations to my publications and am one of the most cited toxicologists in the world.

13.        I am the author of the Chapter on Toxic Responses of the Blood  in Cassarett and Doull's Toxicology: The Basic Science of Poisons (Ninth Edition), which is the leading text book in the field of toxicology.

14.        Since my research career began in 1975 I have conducted or participated in hundreds of mechanistic studies aimed at understanding how chemicals adversely impact human health. In

the early part of my career, I studied how chemicals damage the liver (e.g. (Smith, Thor et al. 1981, Thor, Smith et al. 1982, Smith, Thor et al. 1984)) and the involvement of oxidative stress and lipid peroxidation in this toxicity, two mechanisms commonly implicated in glyphosate toxicity and carcinogenesis. Upon moving to Berkeley in 1982, I began working with Bruce Ames, inventor of the Ames mutagenicity test. In 1983, we published a paper together on the mutagenicity of a class of chemicals called quinones which damage the DNA by causing oxidative stress (Chesis, Levin et al. 1984). I have performed mechanistic studies on the herbicides paraquat, diquat, 2,4-dichlorophenoxy acetic acid (2,4-D) (Sandy, Di Monte et al. 1988, Holland, Duramad et al. 2002) and in 1985 on the Monsanto herbicide metribuzin with John Casida (Bleeke, Smith et al. 1985). I have studied the mechanisms of toxicity of the pesticide malathion (Titenko-Holland, Windham et al. 1997) and many other chemicals including benzene, arsenic, formaldehyde, trichloroethylene, gossypol, MPTP, griseofulvin and hydroquinone (see C.V.). I have also examined pesticides as a cause of NHL and childhood leukemia (Ma, Buffler et al. 2002, Smith, Smith et al. 2017). Many of these studies have involved examining the genotoxicity of the chemicals in question using the micronucleus assay and other tests (Yager, Eastmond et al. 1990, Titenko-Holland, Windham et al. 1997, Holland, Duramad et al. 2002). I have also led the development of the key characteristics approach to evaluating mechanistic studies for the purposes of hazard identification and risk assessment (Smith, Guyton et al. 2016, Guyton, Rieswijk et al. 2018, Smith 2019, La Merrill, Vandenberg et al. 2020, Smith, Guyton et al. 2020, Rider, McHale et al. 2021, Rusyn, Arzuaga et al. 2021). I describe this approach using the key characteristics in detail later in this report.

15.     In preparing this declaration I have relied upon my knowledge and experience in the field of toxicology and molecular epidemiology, especially with regard to the causes of lymphoma, and my familiarity with the peer-reviewed literature on NHL. In developing my opinions, I used the same methodology that I use in my academic work. This methodology consists of reviewing

- 5 -

the relevant scientific evidence and assessing the strengths and weaknesses of the various lines of evidence, then making a determination based on the weight of the evidence.

## ASSIGNMENT AND SUMMARY OF OPINIONS

16.        I was asked to review the epidemiology, toxicology, and laboratory mechanistic data available on glyphosate-based formulations (GBF), and specifically Roundup and its active ingredient glyphosate, and to form an opinion as to their ability to cause non-Hodgkin lymphoma (NHL).

17.        NHL is a cancer of the body's lymphatic system. In lymphoma, one type of white blood cell called the lymphocyte is altered so that it grows and multiplies uncontrollably and can form a tumor, usually in a lymph node.

18.        Lymphocytes include natural killer cells, T-cells, and B-cells. The majority of NHLs arise in B-cells.

19.        When reviewing the available studies relating to the carcinogenic hazard posed by a particular chemical, three types or "modalities" of evidence or data-streams relating to the effects of the chemical are usually considered in a weight-of-the-evidence analysis. These are human epidemiology studies (including case reports, meta-analyses and clinical trials); studies of effects of the chemical on experimental animals; and, data from a wide variety of mechanistic studies.

20.        The goal of mechanistic studies is to determine the biological mechanisms through which the chemical or mixture of chemicals can or may cause cancer, building confidence in our understanding of carcinogenic hazard posed by the chemical by providing biological plausibility.

21.        Mechanistic studies may include laboratory studies in experimental animals, micro-organisms like bacteria and yeast, cell cultures including cultures of human cells, sub-cellular

MARTYN SMITH EXPERT REPORT

fractions and purified enzymes and studies using biological markers (biomarkers) of exposure and injury in humans.

22.        Substances that cause cancer, called carcinogens, have properties that cause the hallmarks of cancer to develop in a set of cells which become a malignant tumor.

23.        These properties have been organized into a set of 10 key characteristics that are the known properties of established human carcinogens.

24.        By determining whether the level of evidence is "strong", "limited" or "inadequate" that a chemical or substance exhibits one or more of the 10 key characteristics it is possible to systematically evaluate the available mechanistic studies.

25.        Strong evidence for the chemical or substance possessing several key characteristics increases confidence that the chemical is carcinogenic to humans. This evaluation of the mechanistic studies also allows for a mechanistic model to be developed describing how the carcinogen may induce a specific form of cancer or other disease.

26.        I have independently reviewed the studies pertaining to glyphosate and GBFs in the peer-reviewed literature and those sponsored by Monsanto and other corporations listed in my Materials in regard to the current level of evidence for each of the 10 key characteristics. I conclude that there is strong evidence that glyphosate and GBFs possess FIVE key characteristics of carcinogens, namely KCs 2, 4, 5, 6, and 8. Glyphosate and GBFs are genotoxic (KC2), induce epigenetic alterations (KC4), oxidative stress (KC5) and chronic inflammation (KC6) and modulate receptor-mediated effects (KC8). There is also limited evidence they are electrophilic (KC1) and are able to alter DNA repair causing genomic instability (KC3), specifically by inducing an enzyme called activation-induced cytidine deaminase (AID).

27.        All known risk factors for NHL induce the AID enzyme which normally acts in lymphocyte development and maturation by deliberately inducing mutations in the DNA and

specifically in the immunoglobulin genes in B-lymphocytes. Induction of AID at higher levels than normal or at an inappropriate time will increase the number of mutations and epigenetic changes in the developing lymphocytes.

28.     Oxidative stress and chronic inflammation induce expression of the AID leading to genotoxic effects and epigenetic changes in cells.

29.     The fact that glyphosate and GBFs exhibit multiple key characteristics of human carcinogens indicates that they are both probable human carcinogens. The assembled information also allows for a probable mechanism to be developed that describes how exposure to glyphosate or GBFs leads to NHL in humans, building confidence in the conclusion that glyphosate and GBFs are causes of this disease by providing biological plausibility.

30.      I conclude that the mechanistic studies on glyphosate and GBFs provide the necessary biological plausibility and mechanistic basis for the conclusion that use of or exposure to glyphosate and/or GBFs such as Roundup Herbicide can cause NHL.

31.     Further, by using a standard weight-of-the-evidence analysis incorporating all three modalities of evidence (epidemiological, animal and mechanistic) I conclude to a reasonable degree of scientific certainty that glyphosate is a human carcinogen and is a cause or significant contributing factor towards the development of NHL.

32.     I further conclude to a reasonable degree of scientific certainty that GBFs, including Roundup, are human carcinogens and are a cause or significant contributing factor towards the development of NHL.

33.     I also conclude that Professor James Parry, an expert in genetic toxicology, provided information to Monsanto that in his assessment glyphosate and GBFs were probably genotoxic and produced oxidative stress in 1999. Further, information and data were available to Monsanto in the

1970s that exposure of humans or animals to glyphosate was bound to affect micro-organisms present in their intestines producing harmful effects on their health.

## COMMONLY USED ABBREVIATIONS AND TERMS

34.      **AID**: Activation-induced cytidine deaminase, a protein that causes mutations in DNA. In B cells in the lymph nodes, AID causes mutations that produce antibody diversity, but the same mutation process can lead to lymphoma with persistent AID expression linked to lymphomagenesis.

**Assay**: A method to measure something of interest.

**Bias**: Any systematic error in an epidemiological study that results in an incorrect estimate of the true effect of an exposure on the outcome of interest.

**Cell**: a mass of cytoplasm that is bound externally by a cell membrane. Usually microscopic in size, cells are the smallest structural units of living matter and compose all living things. Most cells have one or more nuclei and other organelles that carry out a variety of tasks.

**Chromosome**: an organized package of DNA found in the nucleus of the cell. Humans have 46 chromosomes typically, with 22 being pairs of chromosomes of maternal and paternal origin and the other two being the X and Y sex chromosomes.

**Chromosome translocation**: a type of *chromosomal* abnormality in which a *chromosome* breaks and a portion of it reattaches to a different *chromosome*. This causes a rearrangement of the sequence of the genome which can cause cancer. May arise from aberrant DNA repair.

**Comet assay:** The comet assay (single-cell gel electrophoresis) is a simple method for measuring deoxyribonucleic acid (DNA) strand breaks in eukaryotic cells.

**Confidence Interval (CI)**: This is the range of values we are fairly sure our true value lies in. For a 95% CI, we are 95% sure the true value lies in the range shown.

MARTYN SMITH EXPERT REPORT

**Confounder**: Any factor that might have an effect on the risk of disease under study.

**CSR,** class-switch recombination, a biological mechanism that changes a B- lymphocytes production of immunoglobulin from one type to another**.**

**Cytogenetics**: is the branch of genetics that studies the structure of DNA within the cell nucleus. A cytogenetic analysis looks for changes in chromosomes, including broken, missing, rearranged, or extra chromosomes. It can detect chromosome translocations.

**Cytotoxicity**: A process that results in damage to the cell or cell death.

**DNA**: Deoxyribonucleic acid – The molecule inside cells that carries genetic information and passes it from one generation to the next. It consists of two strands made up of four purine and pyrimidine bases called adenine, guanine, thymine and cytosine designated A, G, T and C.

**DNA repair***:* a collection of processes by which a cell identifies and corrects damage to the DNA molecules that encode its genome. These processes involve multiple **enzymes**, which are specialized **proteins** that catalyze biochemical reactions in the **cell.**

**EFSA**: European Food Safety Authority

**Electrophilic** substances: Can bind to DNA directly and cause DNA damage or can bind to the active sites of proteins thereby blocking key biochemical reactions, such as DNA repair.

**GBF**: glyphosate-based formulation such as Roundup Herbicide, which typically include glyphosate, a surfactant, water, and impurities.

**Genome**: the complete set of genetic material in an organism, that is mostly DNA. This genetic material is transcribed into RNA (ribonucleic acid) and the sequences that form the genes become transcribed into the messages which allow the cell to make proteins. Genomics is the study of the genome.

MARTYN SMITH EXPERT REPORT

**Genotoxicity**: Substances that are genotoxic may bind directly to DNA or act indirectly leading to DNA damage by affecting enzymes involved in DNA replication, thereby causing mutations which may or may not lead to cancer or birth defects.

**Hazard ratio**: An estimate of the ratio of the hazard rate in the exposed versus the control group.

**IARC**: The International Agency for Research on Cancer, a branch of the World Health Organization based in Lyon, France.

**JMPR**: Joint FAO/WHO Meeting on Pesticide Residues. An international expert scientific group administered jointly by the Food and Agriculture Organization of the United Nations (FAO) and World Health Organization (WHO).

**KC:** Key characteristic

**Lymphomagenesis**: The growth and development of lymphoma.

**Meta-analysis**: A statistical procedure for combining data from multiple studies. It is used to increase power (over individual studies), improve estimates of the size of the effect and/or to resolve uncertainty when reports disagree.

**Micronucleus**: the small nucleus that forms outside of the main nucleus whenever a chromosome or a fragment of a chromosome is not incorporated into one of the daughter nuclei during cell division. It is a sign of genotoxic events and chromosomal instability.

**Mitotic recombination**: During cell division and replication into two daughter cells, a process known as mitosis, recombination serves to repair double-stranded breaks or single- stranded gaps in the chromosomes. Hence it is called mitotic recombination.

**Nucleus**: a membrane-bound organelle that contains the cell's chromosomes.

**MOA**, mode of action

**NHL**, non-Hodgkin lymphoma

**NTP**, National Toxicology Program

MARTYN SMITH EXPERT REPORT

**Odds ratio (OR):** A measure of association between an exposure and an outcome. The OR represents the odds that an outcome will occur given a particular exposure, compared to the odds of the outcome occurring in the absence of that exposure (Szumilas 2010). OR=1 Exposure does not affect odds of outcome; OR>1 Exposure associated with higher odds of outcome; OR<1 Exposure associated with lower odds of outcome. An OR of 2.0 means there is a 100% increase in the effect of the exposure. The 95% confidence interval (CI) is used to estimate the precision of the OR (Szumilas 2010).

**p-value** = probability value: This is the probability of obtaining test results at least as extreme as the results actually observed during the test, assuming that the null hypothesis is correct. In other words, the lower the p-value, the more surprising the evidence is and the more ridiculous our null hypothesis looks.

**SCE**, sister chromatid exchange, a measure of damage to chromosomes.

**SHM**, somatic hypermutation, a mechanism by which B-lymphocytes adapt to new threats, but if mistargeted can lead to B-cell lymphomas.

## SCIENTIFIC METHODOLOGY USED

35.        When reviewing the available literature relating to the human health risks associated with exposure to a particular chemical, most experts, myself included, apply a weight of the evidence ("WOE") approach. We keep in mind the list of considerations developed by Sir Austin Bradford Hill for inferring general causation (the so-called "Hill considerations") (Hill 1965). Such an approach requires review of several types or "modalities" of evidence or data-streams relating to the effects of exposure. These various types of evidence include human epidemiology studies, case reports, reviews or meta-analyses describing a group of epidemiological studies, studies of effects of the exposure on animals, and a wide variety of laboratory (mechanistic) data – often

conducted on both animals and on human and animal cells *in vitro* -- showing the biological mechanisms through which the chemical can or may create disease, along with the metabolic pathways of the chemical in animals and humans. A weight of the evidence approach typically also includes review of any available information regarding structure of the chemical at issue, and the similarity of its structure to chemicals already known to cause certain health effects in humans (Krimsky 2005). As Dr. Krimsky describes, "Each type of study may provide some evidence, but each has its limitations." "If a chemical were known to be one of the causal agents responsible for a human disease then we would expect a series of evidentiary pathways to converge on that conclusion. … But not all of the evidence may be consistent with the result" (Krimsky 2005).

36.         The Hill considerations, mentioned above, set out a broad framework to help evaluate the various modalities of evidence relevant to the general causation question (Hill 1965). These factors include consideration of: the strength of an association between the exposure and a particular disease, specificity of the association, consistency of the association, dose-responsiveness of the chemical, biological plausibility of the causal connection, coherence of the association, temporality, and any relevant laboratory data. Given Professor Hill's background as an epidemiologist, it is not surprising that several of the factors he lists focus on consideration of epidemiological evidence. Nonetheless, epidemiological evidence provides only one prong among the several modalities of evidence that should be considered in assessing causation. "The term WOE has come to mean not only a determination of the statistical and explanatory power of any individual study (or the combined power of all the studies) but the extent to which different types of studies converge on the hypothesis" (Krimsky 2005). In assessing whether exposure to glyphosate and GBF may cause NHL, I have applied the Hill considerations. Nonetheless, application of those considerations to a particular causal hypothesis, and the relative weight to assign each of them, is both context-dependent and subject to the independent judgment of the

MARTYN SMITH EXPERT REPORT

scientist reviewing the available body of data. "For example, some WOE approaches give higher weight to mechanistic information over epidemiological data" (Krimsky 2005).

37.     Experts may reasonably rely on mechanistic evidence of causation to reach a causation determination even in the absence of human epidemiology studies confirming the mechanistic evidence. As described above, the consensus methodological approach to analyzing general causation issues requires examination of the weight of the evidence from all available modalities or types of studies. Epidemiology studies provide an important piece of the puzzle, but the absence of epidemiology confirming strong mechanistic evidence does not preclude a determination of causation. In addition, consideration of epidemiology in isolation, without concurrent exploration of mechanistic evidence, simply conflicts with mainstream scientific practice.

38.     A compelling line of mechanistic evidence demonstrating that exposure to a certain chemical leads to cancer effects would lead "most but not all scientists [to] conclude that such data provides indisputable evidence of human cancer risk despite a lack of epidemiological results specific to that agent" (Melnick 2005). "National and international agencies that provide evaluations of human health risks do not rely solely on associations observed in epidemiological studies. Most often, no adequate studies have been performed, especially on newly introduced chemicals. Rather, expert multidisciplinary panels use all of the available and relevant scientific evidence in reaching their overall conclusions"(Melnick 2005). For example, with respect to TCDD, the most potent form of dioxin and dioxin-like compounds, both the International Agency for Research on Cancer (IARC) and the National Toxicology Program (NTP) have concluded that TCDD is a known human carcinogen, based on compelling mechanistic evidence supported by more limited evidence from epidemiology (Melnick 2005).

MARTYN SMITH EXPERT REPORT

39.        I have used all three modalities of evidence in reaching my opinions in this case and have applied a weight of the evidence approach. In this well-established approach, a combination of information from several independent sources is used to give sufficient evidence to fulfill an information requirement. This approach is beneficial when,

i) the information from a single piece of evidence alone is not sufficient to fulfill an information requirement. This could be, for example, due to clear deficiencies in one of the existing studies.

ii) individual studies provide different or conflicting conclusions.

This is the situation with glyphosate and glyphosate-based formulations like Roundup, where confounding and bias cannot be completely ruled out in the epidemiological studies to date and there are multiple toxicological and mechanistic studies to evaluate.

40.        I have applied a weight of the evidence approach in multiple prior assessments of general causation. Indeed, my conclusion that occupational benzene exposure was a cause of acute promyelocytic leukemia was the subject of an opinion by the U.S. Court of Appeals for the 1st Circuit, which concluded that my opinion was adequately supported by epidemiologic studies and mechanistic data and that the "weight of evidence" methodology I used to form my opinion was valid. *Milward v. Acuity Specialty Prods. Group, Inc.,* 639 F.3d 11 (1st Cir. 2011).

41.        I have also included all available studies in my assessment. In assessing uncertainty associated with statistical associations, statisticians and epidemiologists have set an arbitrary threshold of the likelihood that a particular finding in a study is due to chance alone, and that threshold is known as "statistical significance." In the context of epidemiology, a study shows a statistically significant elevation of disease only if there is at least a 95 percent probability that the excess incidence of disease in the exposed population is not due to chance. By definition then, the statistical significance test will be failed by any study that shows a 60 percent, 90 percent, or 94 percent probability that the finding of an elevated incidence of disease among the exposed people

MARTYN SMITH EXPERT REPORT

was due to chance alone. Assuming all other elements of two studies are equal, we would conclude from this that statistically significant results should be assigned greater weight in a causation analysis than results that fail to meet that 95 percent threshold. Armhein et al strongly disagree (Amrhein, Greenland et al. 2019). They state in their recent <u>Nature</u> article that over 800 scientists were signatories to, that "we should never conclude there is 'no difference' or 'no association' just because a $P$ value is larger than a threshold such as 0.05 or, equivalently, because a confidence interval includes zero. Neither should we conclude that two studies conflict because one had a statistically significant result and the other did not." They go on to state that "like the 0.05 threshold from which it came, the default 95% used to compute intervals is itself an arbitrary convention. It is based on the false idea that there is a 95% chance that the computed interval itself contains the true value, coupled with the vague feeling that this is a basis for a confident decision. A different level can be justified, depending on the application" (Amrhein, Greenland et al. 2019), and so we should not exclude studies which do not reach so-called 95% statistical significance. In other words, any study that shows an elevated incidence of disease in an exposed population should definitely <u>not</u> be completely ignored.

42.     The likelihood that any given study will generate statistically significant results depends largely upon the size of the exposed population and the relative frequency of the disease. The more rare the disease and the smaller the exposed population, the less likely that a particular study will find a statistically significant elevation, even under circumstances in which a true causal connection exists. Because most specific cell-types of cancer occur fairly infrequently, many epidemiological studies lack the statistical power to detect causal associations between chemical exposures and those specific forms of cancer. We should therefore be especially careful of over-interpreting results which are null for subtypes of NHL in relation to an association with GBF exposure, as the studies may not have had sufficient power to see a statistically significant

MARTYN SMITH EXPERT REPORT

difference. Hence, even a non-significant elevation of disease in an exposed group provides *some* evidence that a scientist investigating causation should assess in weighing the overall available evidence.

## THE CHEMICAL AGENT OF INTEREST – GLYPHOSATE AND GLYPHOSATE-BASED FORMULATIONS (GBF), INCLUDING ROUNDUP

43. According to Benbrook (Benbrook 2016) "A Swiss chemist working for a pharmaceutical company, Dr. Henri Martin, discovered glyphosate [N-(phosphonomethyl) glycine] in 1950. Because no pharmaceutical applications were identified, the molecule was sold to a series of other companies and samples were tested for a number of possible end uses. Although there is some debate about glyphosate's early uses, there seems to be widespread agreement that it is a chelating agent and binds to minerals (Mertens, Hoss et al. 2018). Later, according to Benbrook (Benbrook 2016) a Monsanto chemist, Dr. John Franz, identified the herbicidal activity of glyphosate in 1970, and a formulated end-use product called Roundup was first sold commercially by Monsanto in 1974. Since 1974 in the U.S., over 1.6 billion kilograms of glyphosate active ingredient have been applied, or 19 % of estimated global use of glyphosate (8.6 billion kilograms). Globally, glyphosate use has risen almost 15-fold since so-called "Roundup Ready," genetically engineered glyphosate-tolerant crops were introduced in 1996. Two-thirds of the total volume of glyphosate applied in the U.S. from 1974 to 2014 has been sprayed in just the last 10 years. Genetically engineered herbicide-tolerant crops now account for about 56 % of global glyphosate use. In the U.S., no pesticide has come remotely close to such intensive and widespread use." Hence, exposure to GBF, and glyphosate specifically, has risen dramatically in the past 20 years.

## THE DISEASE OF INTEREST – NON-HODGKIN LYMPHOMA

MARTYN SMITH EXPERT REPORT

44.          Cancers of the blood, lymph and bone marrow are divided in myeloid and lymphoid neoplasms. Lymphoid neoplasms arise from genetic and epigenetic changes to pluripotent hematopoietic stem cells (HSCs) or common lymphoid progenitors (CLP) either in the bone marrow or lymph nodes and hence are the result of a malignant transformation of a cell destined to be a lymphocyte (Campo, Swerdlow et al. 2011). Lymphocytes are white blood cells that are one of the body's main types of immune cells and protect the body from infection. Lymphocytes include natural killer cells, T-cells, and B-cells. Lymphoid neoplasms include Hodgkin lymphoma, non-Hodgkin lymphoma (NHL), acute lymphoblastic leukemia (ALL), chronic lymphoblastic leukemia (CLL), and multiple myeloma (Swerdlow, Campo et al. 2016). Myeloid neoplasms include acute myeloid leukemia (AML), chronic myeloid leukemia, myeloproliferative neoplasms and myelodysplastic syndromes (Arber, Orazi et al. 2016).

45.          Lymphoid neoplasms are categorized into numerous subtypes according to morphologic, cytogenetic, immunophenotypic, and more recently, molecular characteristics, according to the World Health Organization (WHO) classification system (Swerdlow, Campo et al. 2016). NHL is divided into more than 30 subtypes, based mainly on the type of lymphocyte involved: B lymphocytes (B-cells) or T lymphocytes (T-cells). NHL is further classified by other factors, including whether it is aggressive (fast-growing) or indolent (slow-growing).

46.          Nearly 90 percent of NHL sub-types develop in B-cell precursors. Common forms of B-cell NHL include: Diffuse large B-cell lymphoma (DLBCL; The most common type of non-Hodgkin lymphoma in the United States, accounting for about 30 percent of all cases); Follicular lymphoma (FL; the most common type of indolent lymphoma, which accounts for about 20 percent of all lymphoma cases in the United States); Marginal zone lymphomas (a slow-growing lymphoma forms in mature B cells circulating in the spleen) accounting for up to 10 percent of all lymphomas; and, Mantle cell lymphoma (MCL), which accounts for approximately 5 percent of all lymphoma

MARTYN SMITH EXPERT REPORT

diagnoses (MCL is more commonly diagnosed in older men). Burkitt Lymphoma is another B-cell NHL, but is rarer than the others listed above.

47.　　　　T-cell NHL accounts for about 10 percent of all cases and is categorized by various cutaneous T-cell lymphoma types, including mycosis fungoides, and other peripheral T-cell lymphomas. Natural killer cell lymphoma, or NK cell lymphoma, is diagnosed in less than 1 percent of cases, but may be extremely aggressive.

48.　　　　According to the National Cancer Institute's Surveillance, Epidemiology and End Results Program (SEER), an estimated 80,470 cases of NHL will be diagnosed in 2022, accounting for 4.2% of all cancers, and 20,250 people will die of the disease in the United States (https://seer.cancer.gov/statfacts/html/nhl.html).

49.　　　　The number of new cases of NHL actually diagnosed in the United States has been relatively stable in the past 25 years at around 19-20 cases per 100,000. Since the use of GBF increased dramatically in 1996 wouldn't we expect this number of cases to rise if GBF caused NHL? The short answer is no, at least not during this time period and not in the short-term, because the time between date of first chemical exposure and diagnosis of NHL (the latency) is typically more than 20 years in most cases and only a very small percentage of the U.S. population is exposed to high levels of GBF, even though almost everyone is exposed to low levels of glyphosate in food, water and house dust (Gillezeau, van Gerwen et al. 2019, Zhang, Rana et al. 2019).

**EPIDEMIOLOGICAL STUDIES OF THE ASSOCIATION BETWEEN GBF/GLYPHOSATE EXPOSURE AND NHL**

50.　　　　The strongest form of evidence for an association between a chemical exposure and a human disease are studies in humans themselves. However, it is unethical to perform an experiment where one deliberately exposes humans to a chemical with no known health benefit

- 19 -

simply for the purpose of determining if it will induce cancer later in life. Human studies are therefore observational in nature and because of this they are subject to bias and confounding.

51.       Bias may be defined as any systematic error in an epidemiological study that results in an incorrect estimate of the true effect of an exposure on the outcome of interest. There are essentially two main forms of bias. Selection bias and Information bias (Pearce, Checkoway et al. 2007). Selection bias occurs when there is a systematic difference between either: a) Those who participate in the study and those who do not; *or b)* Those in the exposed arm of a study and those in the control group (affecting comparability between groups). Information bias results from systematic differences in the way data on exposure or outcome are obtained from the various study groups. This may mean that individuals are assigned to the wrong outcome category (misclassification), leading to an incorrect estimate of the association between exposure and outcome.

52.       Confounding is a situation in which the effect or association between an exposure and outcome is distorted by the presence of another variable.  In other words, confounding provides an alternative explanation for an association between an exposure and an outcome and implies that the association is not real.  A potential confounder is any factor that might have an effect on the risk of disease under study.   In order for a variable to be considered as a confounder: a) The variable must be independently associated with the outcome (i.e. be a risk factor); b) The variable must also be associated with the exposure under study in the source population; c) The variable should not lie on the causal pathway between exposure and disease.

53.       Confounding factors, if not controlled for, cause bias in the estimate of the impact of the exposure being studied. The effects of confounding may result in: a) An observed association when no real association exists; b) No observed association when a true association does exist; c)

MARTYN SMITH EXPERT REPORT

An underestimate of the association (*negative confounding*); d) An overestimate of the association (*positive* confounding).

54.         Bias and confounding can be especially problematic in studies of the relationship between agricultural chemical exposures and a cancer such as NHL. This is because the exposed humans being studied are typically farmers, pesticide applicators and other users of multiple pesticides and herbicides. They are therefore exposed to many different chemicals (so that studies are subject to confounding by exposures which may also cause NHL as well as the chemical of interest). Bias may also be introduced as it may be difficult to match the exposed population with a similar control group and levels the different groups are exposed to may be misclassified. The situation is further complicated by the fact that the classifications and diagnosis of NHL has changed considerably over the years, as has the use of different agricultural chemicals, notably glyphosate and GBFs.

55.         Despite the possible issues arising from bias and confounding, multiple epidemiological studies have found an association between GBF exposure and risk of NHL (Zhang, Rana et al. 2019). However, it is also true that others have not (Zhang, Rana et al. 2019).

56.         A number of epidemiological studies have examined the association between GBF exposure and NHL. Two of the larger studies were updated in 2018 and 2019: The North American Pooled Project (NAPP) Study (Pahwa, Beane Freeman et al. 2019) and the Agricultural Health Study (Andreotti, Koutros et al. 2018) and several meta-analysis has been published (Chang and Delzell 2016, Zhang, Rana et al. 2019, Donato, Pira et al. 2020, Boffetta, Ciocan et al. 2021, Kabat, Price et al. 2021).

**Case-Control Studies**

57.　　　　　During the 1980s the National Cancer Institute conducted three case-control studies of NHL in the mid-west (Hoar, Blair et al. 1986, Zahm, Weisenburger et al. 1990, Cantor, Blair et al. 1992). De Roos et al. pooled the data from these studies to conduct an analysis of exposure to multiple pesticides in farming as risk factors for NHL among men (De Roos, Zahm et al. 2003). 5.5% of the cases had been exposed to glyphosate compared to 3.2% of the controls. For any glyphosate exposure, there was an increased risk of NHL with an odds ratio (OR) (95% confidence interval) of 2.1 (1.1-4.0) in a logistic regression analysis after controlling for other reported pesticide exposures, age and study site. The unadjusted OR was 1.8 (1.18-2.74), as reported in (Zhang, Rana et al. 2019).

58.　　　　　Nordstrom et al. conducted a population-based case-control study of hairy cell leukemia, a subtype of B-cell NHL, in Sweden that included 121 male patients and 484 controls matched for age and sex (Nordstrom, Hardell et al. 1998). The study reported an OR for glyphosate exposure and hairy cell leukemia of 3.1 (0.8-12). Even though the OR is elevated it lacks statistical significance, perhaps because the study was limited in power because only four cases and five controls were exposed to glyphosate.

59.　　　　　Hardell and Eriksson performed a population-based case-control study in Sweden encompassing 442 NHL cases and twice as many controls.　Exposure to herbicides, including phenoxyacetic acids, during the decades before NHL diagnosis resulted in an increased risk for NHL. Only 4 cases and 3 controls had exposure to glyphosate that also gave an elevated OR of 2.3 (95%CI 0.4-13) (Hardell and Eriksson 1999).

60.　　　　　Hardell, Eriksson and Nordstrom pooled their NHL and hairy cell leukemia studies described above to produce a combined 515 cases and 1141 controls (Hardell, Eriksson et al. 2002). Increased risks were found for subjects exposed to herbicides (OR 1.75. Cl 95% 1.26-2.42) and among these, a significant association was found for glyphosate (OR 3.04, Cl 95% 1.08-8.52).

MARTYN SMITH EXPERT REPORT

61.  McDuffie et al conducted a multicenter population-based incident, case (n = 517)-control (n = 1506) study among men in a diversity of occupations in six Provinces of Canada (McDuffie, Pahwa et al. 2001). Of the 516 cases, 9.9% of them were exposed to glyphosate whereas 8.8% of the 1506 controls were, yielding an elevated OR of 1.26 (0.87-1.8). When the exposed subjects were divided into those with more than 2 days/year of exposure and those with less than or equal to 2 days/year, a significant dose-response was observed. The OR for those with $\leq 2$ days/year was 1.0, but for those with >2 days it was 2.12 (1.20-3.73). Dose-response is an important Hill consideration.

62.  Eriksson et al. followed up their earlier Hardell and Eriksson (1999) study by examining the causes of NHL in male and female subjects aged 18–74 years living in Sweden who were diagnosed between December 1, 1999 and April 30, 2002 (Eriksson, Hardell et al. 2008). In this 2008 paper, Eriksson et al. stated in their Discussion: "Glyphosate was associated with a statistically significant increased OR for lymphoma in our study, and the result was strengthened by a tendency to dose-response effect as shown in Table II. [N.B Their Table II shows that more than 10 days of glyphosate exposure results in an OR of 2.36, 1.04–5.37 adjusted for age, sex and year]. In our former (1999) study very few subjects were exposed to glyphosate, but a nonsignificant OR of 2.3 was found. Furthermore, a meta-analysis combining that study with an investigation on hairy-cell leukemia, a rare NHL variant, showed an OR for glyphosate of 3.04 (95% CI 1.08–8.52). Recent findings from other groups also associate glyphosate with different B-cell malignancies such as lymphomas and myeloma [citing to (McDuffie, Pahwa et al. 2001, De Roos, Zahm et al. 2003, De Roos, Blair et al. 2005)]." Hence, the peer-reviewed literature in 2008 already contained several studies which showed an elevated risk of NHL with increasing levels of glyphosate exposure that were statistically significant in studies in the U.S., Canada, and Sweden,

MARTYN SMITH EXPERT REPORT

yet I am not aware that the public was warned about this potential danger by the manufacturers of GBFs.

63.	In 2009, Orsi et al. described findings from a hospital-based case-control study conducted in six centers in France between 2000 and 2004 (Orsi, Delabre et al. 2009). The cases were incident cases with a diagnosis of lymphoid neoplasm aged 18 to 75 years. Four hundred and ninety-one cases (244 cases of NHL, 87 of Hodgkin's lymphoma (HL), 104 of lymphoproliferative syndromes (LPS) and 56 of multiple myeloma (MM) cases) and 456 controls were included in the analyses. The ORs (95% CI) for these different lymphoid neoplasms in relation to glyphosate exposure were 1.0 [0.5-2.2] for NHL; 1.7 [0.6-5.0] for HL; 0.6 [0.2-2.1] for LPS and 2.4 [0.8-7.3] for MM, respectively. The study has a poor design and lacks power and so the null results are unsurprising.

64.	Cocco et al. studied 2348 incident lymphoma cases and 2462 controls recruited to the EPILYMPH case-control study in six European countries between 1998 and 2003 (Cocco, Satta et al. 2013). Glyphosate was included in the organophosphate class of pesticides in this study, which as a class showed an elevated risk for chronic lymphocytic leukemia (CLL) with exposure, but it is hard to understand why glyphosate was included as its mechanism of action is so different to the insecticides in this class. There were only four B cell lymphoma cases known to be exposed to glyphosate in the study and only 2 controls were exposed. This generated an elevated OR of 3.1 (0.6-17.1), but the confidence intervals are wide.

65.	The North American Pooled Project (NAPP) Study updated their findings (Pahwa, Beane Freeman et al. 2019) on the association between glyphosate use and NHL incidence in a pooled analysis of case-control studies in the U.S. and Canada. The analysis included 1690 NHL cases [647 diffuse large B-cell lymphoma (DLBCL), 468 follicular lymphoma (FL), 171 small lymphocytic lymphoma (SLL), and 404 other sub-types] and 5131 controls. They found that

MARTYN SMITH EXPERT REPORT

subjects who ever used glyphosate had an excess of NHL overall (Odds Ratio, OR 1.43, 95% CI 1.11-1.83). After adjustment for other pesticides, the OR for NHL overall with "ever use" was 1.13 (95% CI 0.84-1.51), with a statistically significant association for handling glyphosate >2 days/year (OR 1.73, 95% CI 1.02-2.94, P-trend=0.2). Handling glyphosate >2 days/year was specifically associated with an excess of the sub-type DLBCL (OR 2.14, 95% CI 1.07-4.28; P-trend=0.2).

66.　　　　　Meloni and co-workers studied the association between occupational exposure to glyphosate and risk of lymphoma subtypes in a multicenter case-control study conducted in Italy (Meloni, Satta et al. 2021). Overall, 867 incident lymphoma cases and 774 controls participated in the study in six locations. Very few study subjects (2.2%) were classified as ever exposed to glyphosate. Risk of follicular lymphoma (FL) was elevated 7-fold in subjects classified as ever exposed to glyphosate with medium-high confidence, 4.5-fold in association with medium-high cumulative exposure level, 12-fold with medium-high exposure intensity, and 6-fold with exposure for 10 days or more per year. Significant upward trends were detected with all the exposure metrics, but duration. The overall p-value for an upward trend with four independent metrics was $1.88 \times 10^{-4}$. There was no association with risk of lymphoma (any subtype), NHL, B-cell lymphoma, or the major lymphoma subtypes other than FL. The low number of participants ever exposed to glyphosate in the study lowers confidence in both the positive and negative findings in this study.

67.　　　　　De Roos and co-workers recently pooled data from 10 case-control studies participating in the International Lymphoma Epidemiology Consortium, including 9229 cases and 9626 controls from North America, the European Union and Australia (De Roos, Fritschi et al. 2022). Herbicide use was coded from self-report or by expert assessment in the individual studies, for herbicide groups (e.g., phenoxy herbicides) and active ingredients (e.g., 2,4-dichlorophenoxyacetic acid (2,4-D), glyphosate). They found no substantial association of all NHL risk with ever-use of any herbicide (OR=1.10, 95% CI: 0.94 to 1.29), nor with herbicide groups or

- 25 -

active ingredients. However, an association between glyphosate and follicular lymphoma (lagged 10 years: OR=1.48, 95% CI: 0.98 to 2.25) was found and was fairly consistent across analyses (De Roos, Fritschi et al. 2022).

68.        Recently, Hardell and co-workers analyzed the association between pesticide exposure and non-Hodgkin lymphoma (NHL) including hairy cell leukemia (HCL) in a pooled study of three of their groups' case-control studies in Sweden (Hardell, Carlberg et al. 2023). Results on exposure to pesticides were based on 1,425 cases and 2,157 controls participating in the studies. Exposures were assessed by self-administered questionnaires completed as needed by phone. In the pooled univariate analyses adjusted by age, gender and year of diagnosis, exposure to herbicides of the phenoxyacetic acid type yielded statistically significant increased risk with odds ratio (OR) = 1.9, 95% confidence interval CI) = 1.4-2.5 and glyphosate exposure had an OR = 2.2, 95% CI = 1.3-3.8. A somewhat higher OR was obtained in the glyphosate-exposed group with >13 days cumulative exposure yielding an OR=2.4, 95% CI=1.2– 5.0. In the three latency groups, the highest risk was obtained for >20 years with an OR=2.6, 95%, CI=1.3–5.1. The authors concluded that "This analysis confirmed an association between NHL including HCL and exposure to certain herbicides," including glyphosate (Hardell, Carlberg et al. 2023).

**Cohort Studies**

69.        The Agricultural Health Study (AHS) recently updated the earlier findings in their cohort, first published by De Roos et al. (De Roos, Blair et al. 2005), to the status through 2013 in Iowa and 2012 in North Carolina (Andreotti, Koutros et al. 2018). This 2018 AHS update adds 11– 12 years of follow-up with over 5 times as many NHL cases (N=575 compared to N=92 in the original study (De Roos, Blair et al. 2005)).  In this update, the authors reported that no association was apparent between glyphosate and any solid tumors or lymphoid malignancies overall, including

MARTYN SMITH EXPERT REPORT

NHL and its subtypes (Andreotti, Koutros et al. 2018). As this is a large prospective cohort study, some may argue that it should be given more weight than case-control studies described above. However, as the one of the world's leading epidemiologists Ken Rothman has pointed out "Properly designed case–control studies will produce the same results as properly designed cohort studies" and that no study design has precedence over another (Rothman 2014). Indeed, the efficiency gained in case-control studies may actually allow for a better study to be performed than in a cohort study because there are "more resources for exposure assessment or case validation in case–control studies, resulting in less bias than in corresponding cohort studies of the same relation" (Rothman 2014). This certainly seems to be true of the AHS 2018 study which has several major flaws, as extensively documented in the recent review by Zhang et al. (Zhang, Rana et al. 2019).

70.      There is non-differential exposure misclassification from several sources that impact the AHS 2018 findings.  Misclassification refers to the classification of an individual, a value or an attribute into a category other than that to which it should be assigned. This is also known as information bias. The misclassification of exposure or disease status can be considered as either differential or non-differential. Non-differential (random) misclassification occurs when classifications of disease status or exposure occurs equally in all study groups being compared. That is, the probability of exposure being misclassified is independent of disease status and the probability of disease status being misclassified is independent of exposure status. Importantly, non-differential misclassification increases the similarity between the exposed and non-exposed groups and may result in an underestimate (dilution) of the true strength of an association between exposure and disease. Hence, the non-differential misclassification in the AHS 2018 study biased it towards the null and lack of findings.

71.      For example, 37% of the exposures to glyphosate in AHS 2018 were imputed, that is predicted rather than measured. This was because only 63% of participants completed the

MARTYN SMITH EXPERT REPORT

questionnaire and were almost certainly prone to non-differential misclassification. Those that did complete the questionnaire were asked to recall exposures to 22 pesticides going back decades and so simple recall error of past pesticide use would introduce non-differential classification into the study. These exposure misclassification issues were further compounded in the AHS 2018 study because right in the middle of the enrollment period there was a dramatic increase in glyphosate use as GMO-resistant plants were introduced in farming. These compounded errors strongly reduced the study's ability to detect associations between NHL and glyphosate exposure and biased it to the null.

72.     The AGRICOH consortium published a pooled analysis of data from three large agricultural worker cohorts that included the AHS from the U.S. and studies from France (AGRICAN) and Norway (CNAP) (Leon, Schinasi et al. 2019). In the French and Norwegian studies pesticide use was derived from self-reported history of crops cultivated combined with crop-exposure matrices, which as the authors admit will have "resulted in a lower specificity than when pesticide use is self-reported. Within these studies Leon et al. investigated the relationship of ever use of 14 selected pesticide chemical groups and 33 individual active chemical ingredients with NHL and its major subtypes (Leon, Schinasi et al. 2019). Cox proportional hazards models were used to estimate minimally and fully adjusted hazard ratios (HRs) and meta-HRs (mHR) with 95% confidence intervals (CIs) of incident NHL for ever use of the active ingredient or chemical group.

73.     While no overall association with NHL was observed, there was an elevated mHR for DLBCL with ever use of glyphosate (mHR.1.36, 95% CI: 1.00–1.85), with no evidence of heterogeneity of effects among cohorts. The cohort-specific HRs for 'ever use' of glyphosate and DLBCL were HR.1.06 (95% CI: 0.51–2.19) in AGRICAN, HR.1.67 (95% CI: 1.05–2.65) in CNAP and HR.1.20 (95% CI: 0.72–1.98) in AHS, based on 28, 100 and 93 exposed cases, respectively. Glyphosate was used by 36%, 38% and 83% of the farmers and agricultural  workers in AGRICAN,

- 28 -

CNAP and AHS, respectively. Although the AGRICOH study suffers from "Non-differential exposure misclassification [which] was an important limitation", it is interesting that both this pooled study and the pooled NAPP study both found the highest risk for developing DLBCL in association with glyphosate exposure compared to other subtypes of NHL.  However, this may simply be due to the fact that DLBCL is the largest subtype of NHL with many more cases than the other subtypes and so has the most power to detect an effect of glyphosate exposure.

**Meta-Analyses**

74.        When multiple scientific studies addressing the same question produce data that are not fully consistent and each individual study reports measurements that are expected to have some degree of error, scientists use meta-analysis to combine the results of the multiple studies. The aim is to derive a pooled estimate closest to the unknown common truth.

75.        Zhang and co-workers published a meta-analysis of all the studies to date on the association between GBF and NHL, including the Andreotti et al. (2018) AHS negative findings (Zhang, Rana et al. 2019). Prior to this publication 3 meta-analyses were conducted on the association between GBF and NHL without the AHS 2018 update. Schinasi and Leon (2014) performed a meta-analysis that included 2928 cases from 6 studies and reported increases in NHL risk with glyphosate exposure (meta-RR: 1.45, 95% CI 1.08–1.95), similar to the findings of the NAPP study (Schinasi and Leon 2014). The IARC Working Group also conducted their own meta-analysis using solely the most highly adjusted estimates from the same studies and reported a meta-risk ratio of 1.3 (95% CI, 1.03–1.65), with consistent findings across studies (Guyton, Loomis et al. 2015) (IARC 2015). Exponent consultants Chang and Delzell (2016), with funding from industry, also performed a meta-analysis and reported a meta-RR of 1.27 (95% CI: 1.01–1.59) in their primary analysis (model one) (Chang and Delzell 2016). For each included study, the authors

MARTYN SMITH EXPERT REPORT

selected the most fully adjusted RR from the publication with the most recent and complete study population with the largest number of exposed cases (Chang and Delzell 2016). (In their publication, the meta-RR was rounded to one digit to the right of the decimal point, so that the 95% C.I. included 1.0 and would not be significant; N.B. According to the _Los Angeles Times_, "Exponent's research has come under fire from critics, including engineers, attorneys and academics who say the company tends to deliver to clients the reports they need to mount a public defense."

76.    Zhang et al. also investigated whether there was an association between high cumulative exposures to GBF and increased risk of NHL (Zhang, Rana et al. 2019). They included the most recent update of the Agricultural Health Study (AHS) cohort published in 2018 along with five case-control studies. Using the highest exposure groups when available in each study, they found the overall meta-relative risk (meta-RR) of NHL in GBF-exposed individuals was 1.41 (CI: 1.13–1.75). For comparison, they also performed a secondary meta-analysis using high-exposure groups with the earlier De Roos et al (2005) study (De Roos, Blair et al. 2005), and calculated a meta-RR for NHL of 1.45 (95% CI: 1.11–1.91), which was higher than the meta-RRs reported previously (Zhang, Rana et al. 2019). Multiple sensitivity tests conducted to assess the validity of their findings did not reveal meaningful differences from our primary estimated meta-RR. Overall, this meta-analysis is remarkably consistent with those of Schinasi and Leon (2014) and IARC (2015), and even Chang and Delzell (2016), in showing that exposure to GBFs caused a modest, but statistically significant increase in risk of NHL in human studies.

77.    Since the Zhang et al. 2019 study was published, several other meta-analyses have been published. Donato and co-workers performed a random-effects meta-analyses for ever-exposure to glyphosate, dose-response, and risk of specific NHL subtypes (Donato, Pira et al. 2020). They found few clear associations in the ever vs. never exposure analysis, but with the

MARTYN SMITH EXPERT REPORT

highest level of glyphosate exposure they did find an association with NHL as well as for DLBCL, consistent with the findings of Zhang et al (2019). However, the ever vs. never results of Donato et al. could not be replicated by Rana and co-workers (Rana, Taioli et al. 2020), who were also highly critical of the approach used by Donato and her co-authors, which included Paolo Boffetta, a consultant to Monsanto. Boffetta et al. (2021) responded to the criticisms of Rana et al. by publishing an updated meta-analysis (Boffetta, Ciocan et al. 2021). They claimed that this updated meta-analysis reinforced their previous conclusion of a lack of an association between exposure to glyphosate and risk of NHL overall, although they noted an association with DLBCL could not be ruled out (Boffetta, Ciocan et al. 2021). The known critics of IARC, Drs. Kabat, Price and Tarone also published a meta-analysis in 2021 (Kabat, Price et al. 2021). They reported that summary estimates of risk varied considerably depending on both the assumptions about exposure level and latency. Using the highest reported exposure levels, they found evidence of an association between glyphosate and NHL was strongest when estimates from analyses in the cohort study with a 20-year lag [RR = 1.41 (95% CI 1.13-1.76)] and a 15-year lag [RR = 1.25 (95% CI 1.01-1.25)] were included. In their meta-analysis of ever-exposure with no lag period, the summary relative risk with updated estimates was 1.05 (95% CI 0.87-1.28). Hence, the meta-analysis performed to date often find an increased risk of NHL, and especially the sub-type DLBCL, with increasing glyphosate/GBF exposure, but inconsistencies arise from different assumptions made in performing these meta-analyses.

78.     I conclude that overall the epidemiological evidence supports an association between glyphosate/GBF exposure and an increased risk of NHL, as elevated ORs and HRs are found in many studies and most meta-analyses published to date all report some form of increased risk. However, the evidence is not entirely consistent, as there are a limited number of studies and there are methodological issues in many of the studies. The possibility of recall bias within a

MARTYN SMITH EXPERT REPORT

number of the studies has also been proposed as a confounding issue (Crump 2020). In this case, where the epidemiological evidence is positive but limited in nature and not convincing on its own, a weight of the evidence analysis, which incorporates other streams of evidence, is the best approach to reaching a general causation opinion and identifying a carcinogenic hazard. I therefore examined the evidence from toxicological studies in animal models and the mechanistic data from multiple experiments in forming my opinions.

## TOXICOLOGICAL STUDIES IN ANIMALS

79.         There is a surprisingly rich database from studies of relatively-pure glyphosate exposure and the incidence of cancer in experimental animals, mostly rats and mice, despite the fact that only a few of the studies have appeared in the published literature. Twelve studies of glyphosate carcinogenicity in rats were initially identified from the IARC Monograph 112 review (IARC 2015), the EPA (EPA 2017), JMPR (JMPR 2017) and EFSA (EFSA 2016) reports and the article by Greim and others (Greim, Saltmiras et al. 2015), along with 2 studies of GBFs. Five of the identified studies had significant deficiencies, e.g. no data reported (Takahashi), used only very low doses and glyphosate salts of low purity, or serious concerns expressed about the studies quality. This left seven studies in rats that are sufficiently well reported for inclusion in my analysis. These 7 are listed below in chronological order.

**Carcinogenicity Studies in Rats**

80.         Lankas (1981) - A Lifetime Study of Glyphosate in Rats. Monsanto: Report No. 77-2062 prepared by Bio Dynamics, Inc. (Lankas 1981). This study sponsored by Monsanto exposed groups of 50 male and 50 female rats to 98.7% pure glyphosate in their diet at 3 different doses for 26 months along with an unexposed control group. In the high dose group 6 male rats developed interstitial cell tumors of the testis, whereas there were none in the control group. This difference

MARTYN SMITH EXPERT REPORT

was statistically significant and an increasing effect was seen with increasing doses, showing a significant dose trend. In the high dose group 6 female rats developed thyroid C-cell carcinomas, two had this tumor in the mid-dose group, but only 1 rat in the control group developed this tumor. The dose-response was again positive with the dose trend being statistically significant. This study also had a statistically significant increase in pancreatic islet cell tumors at the lowest dose in males, but not at any of the other doses. Lymphocytic hyperplasia was also observed in the lymph nodes and thymus.

81.    In a second study sponsored by Monsanto, Stout and Ruecker (1990) exposed groups of 60 male and 60 female rats to glyphosate (98.7% purity) in their diet at 3 doses, as well as unexposed controls for 24 months according to OECD guidelines (Stout 1990). 10 rats from each group were sacrificed after 1 year, which is insufficient time for most tumors to develop. Pancreatic islet cell tumors were increased in all dose groups relative to the controls in male rats and the incidence was statistically significantly increased in the lowest and highest dose groups, even including the animals sacrificed after only one year. There was a statistically significant trend after removal of interim-sacrificed animals for hepatocellular adenomas and a significant increase for adenomas and carcinomas combined in male rats, but not in female rats. Thyroid tumors were again elevated in the female rats.

82.    Atkinson et al. (1993) at Inveresk Research conducted a 24 month feeding study of glyphosate that was 98.9% pure and used 4 different doses over 3 orders of magnitude with 50 male and 50 female rats in each group (Atkinson, Martin et al. 1993). A fifth unexposed control group was included. This study is also referred to as the Cheminova study in some reports, as it was submitted by them to WHO. The authors reported no significant effects, but according to Greim et al there may be a trend effect on thyroid tumor incidence (Greim, Saltmiras et al. 2015). The study

MARTYN SMITH EXPERT REPORT

has several design issues, especially regarding lack of detailed analysis of the low- and mid-dose groups.

83.        Suresh (1996) exposed Wistar rats to glyphosate (96.8% pure) in their diet at doses up to 886 mg/kg/day (Suresh 1996), but no significant changes in tumor were observed according to EPA and EFSA. Greim et al. (Greim, Saltmiras et al. 2015) provided data from this study on hepatocellular adenomas and carcinomas in both sexes but none of these showed significant differences in trend or pairwise tests. However, it should be noted that the maximum tolerated dose (MTD) was probably not used and only limited pathology was performed.

84.        Enemoto (1997) in Japan exposed Sprague-Dawley rats to glyphosate (95.7% pure) (Enemoto 1997). Greim et al (Greim, Saltmiras et al. 2015) reported the findings as no significant effects, except for a significant increase in the incidence of kidney adenomas in male rats at the high dose of 1127 mg/kg/day. Four male rats developed kidney tumors in the high dose group, whereas there were no kidney tumors observed in any of the rats in the control or lower dose groups.

85.        Brammer (2001) for Syngenta conducted a two-year carcinogenicity study in rats exposed to glyphosate (97.6% pure) at doses up to 1214 mg/kg/day in males and 1498 mg/kg/day in females (Brammer 2001). According to Greim et al. a statistically significant trend of hepatocellular (liver) adenomas was observed in male rats with the highest dose also being statistically significant from the control (Greim, Saltmiras et al. 2015). Five male rats developed liver adenomas in the high dose group whereas there were none in the control group.

86.        Wood et al. (2009) at Harlan Labs exposed groups of 51 male and female Wistar rats to glyphosate (94.7% to 97.6% pure) at doses up to 1077 mg/kg/day in males and 1382 mg/kg/day in females (Wood, Dunster et al. 2009). There was an increase in mammary gland tumors in the female rats. Eight female rats in the high dose group had either a mammary adenoma or adenocarcinoma whereas only 2 females had an adenocarcinoma in the control group – a

MARTYN SMITH EXPERT REPORT

statistically significant difference both as a pairwise comparison and dose trend (Wood, Dunster et al. 2009). Greim et al (2015) also noted an increase in skin keratoacanthoma tumors in males in this study (Greim, Saltmiras et al. 2015).

87.     Overall, the seven long-term carcinogenicity bioassay studies in rats that were suitable for review showed significant increases in pancreatic tumors, interstitial cell tumors in the testes, hepatocellular adenomas, kidney adenomas, thyroid follicular cell tumors, mammary gland tumors, and skin keratoacanthomas. Differences in strain, doses and time/location probably explain the different findings in the multiple studies. From these studies I conclude that relatively pure glyphosate exposure produces tumors at multiple sites in rats and note that a significant increase in pancreatic tumors was observed in two separate studies.

88.     The IARC Working Group for Monograph 112 (IARC 2015) reviewed data from Stout and Ruecker (1990) using the EPA 1990 report (EPA 1990). The IARC Vol. 112 monograph states: "In males at the lowest dose, there was a statistically significant increase in the incidence of pancreatic islet cell adenoma compared with controls: 8/57 (14%) versus 1/58 (2%), P ≤ 0.05 (Fisher exact test). Additional analyses by the EPA (1991,a) (using the Cochran–Armitage trend test and Fisher exact test, and excluding rats that died or were killed before week 55) revealed a statistically significant higher incidence of pancreatic islet cell adenoma in males at the lowest and highest doses compared with controls: lowest dose, 8/45 (18%; P = 0.018; pairwise test); intermediate dose, 5/49 (10%); highest dose, 7/48 (15%; P = 0.042; pairwise test) versus controls, 1/43 (2%). The range for historical controls for pancreatic islet cell adenoma reported in males at this laboratory was 1.8–8.5%... There was also a statistically significant positive trend in the incidence of hepatocellular adenoma in males (P = 0.016) and of thyroid follicular cell adenoma in females (P = 0.031)" (IARC 2015).

89.        The IARC working group also gleaned the data for Lankas et al (1981) from the 1991 EPA report (EPA 1991). The IARC monograph states "An increase in the incidence of pancreatic islet cell adenoma was reported in males at the lowest dose: controls, 0/50 (0%); lowest dose, 5/49 (10%) [$P < 0.05$; Fisher exact test]; intermediate dose, 2/50 (4%); highest dose, 2/50 (4%)." Hence, in agreement with my assessment, the IARC Working Group concluded that pancreatic islet cell tumors were significantly elevated in two studies in rats and therefore concluded that relatively pure glyphosate was a carcinogen in rats.

90.        There are now three chronic studies in rats of formulations as opposed to pure glyphosate. Serralini et al. exposed groups of 10 male and 10 female rats to Roundup in drinking water for two years in four exposure groups at doses of 0, 0.00005, 400 and 2,250 mg/L (Seralini, Clair et al. 2014). The authors reported an increase in the incidence of mammary gland tumors (mainly fibroadenomas and adenocarcinomas) in female rats with incidences of 5/10 for control and 9/10, 10/10, 9/10 in the low-, mid- and high-doses groups respectively. The effect in the mid-dose group was statistically significant. It is somewhat surprising that doses differing by 8 orders of magnitude appear to have the same effect.

91.        Chruscielska et al. (2000) exposed Wistar rats to glyphosate as a 13.8% solution (purity not given) in drinking water for two years (Chruscielska 2000). According to Greim et al. (2015) this appears to be the glyphosate formulation Perzocyd (Greim, Saltmiras et al. 2015). Greim et al. (2015) estimated the intake of glyphosate in this study to be 0, 1.9, 5.7 and 17 mg/kg/day for females and 0, 2.2, 6.5, and 19 mg/kg/day in males. Hence, the dose of glyphosate from the formulation in drinking water was very low (being far below the MTD) and it is not surprising that no significant effects were observed. The IARC Working Group also noted many deficiencies in the study (IARC 2015).

MARTYN SMITH EXPERT REPORT

92.         Most recently, investigators at the Ramazzini Institute and their collaborators chronically administered glyphosate and two GBFs, Roundup Bioflow (MON 52276) used in the European Union (EU) and RangerPro (EPA 524-517) used in the U.S., to Sprague-Dawley (SD) rats beginning in prenatal life until 104 weeks of age via drinking water at doses of 0.5, 5, and 50 mg/kg body weight/day (Panzacchi, Tibaldi et al. 2023). This dose range encompasses both the EU Acceptable Daily Intake (ADI) and the EU No Observed Adverse Effect Level (NOAEL) for glyphosate. Each experimental group was composed of 51 males and 51 females, the total number animals were 1020 (510 males and 510 females).

93.         In the animals exposed to glyphosate, a significantly increased trend in incidence of lymphoblastic leukemia was observed in males (Panzacchi, Tibaldi et al. 2023).

94.         In the Roundup Bioflow-treated animals, significantly increased trends were observed in incidence of lymphoblastic leukemia (males and females), monocytic leukemia (males), total myeloid leukemia (males), and all leukemias combined (males and females) (Panzacchi, Tibaldi et al. 2023).

95.         In the RangerPro-treated animals, significantly increased trends were observed in incidence of lymphoblastic leukemia (males and females), monocytic leukemia (males) and all leukemias combined (males). 43% of leukemia deaths in the glyphosate and GBHs treated groups occurred before the first year of age (52 weeks) (Panzacchi, Tibaldi et al. 2023).

96.         The authors concluded that glyphosate and GBFs at exposure levels corresponding to the EU ADI and the EU NOAEL caused significant, dose-related increased trends in incidence of leukemia, a very rare malignancy, in SD rats (Panzacchi, Tibaldi et al. 2023). Notably, about half of the leukemia deaths seen in the glyphosate and GBF groups occurred at less than one year of age, comparable to less than 35-40 years of age in humans. By contrast, no cases of leukemia were observed in the first year of age in more than 1600 Sprague-Dawley historical controls in

carcinogenicity studies conducted by either the Ramazzini Institute or the US National Toxicology Program. The authors therefore concluded that these results were highly significant in assessing the carcinogenicity of glyphosate and GBFs and produced a publicly available video to highlight their findings (https://vimeo.com/882140696/632db01f90?share=copy).

97.     I conclude that glyphosate is a carcinogen in rats and that the recent studies of formulations in rats by the Ramazzini investigators indicate that formulations of glyphosate with surfactants are more carcinogenic than glyphosate alone. This in agreement with the fact that GBFs are considerably more toxic (EFSA 2015, Langrand, Blanc-Brisset et al. 2020).[1]

**Carcinogenicity Studies in Mice**

98.     Eight studies of glyphosate carcinogenicity in mice were initially identified from the IARC Monograph 112 review and EPA, JMPR and EFSA reports and the article by Greim et al. (2015). Two early studies contained insufficient detail, used very low doses and/or had too few (only 10) mice in each dose group to be useful. The other six studies in mice were sufficiently well reported for inclusion in my analysis. Five of these were in CD-1 mice, but one only reported data for females (Takahashi in JMPR). The other (Kumar) used Swiss mice. The results observed in mice are generally more consistent between studies than in rats probably because 5 of the studies are in a single inbred strain. The 6 studies are listed below in chronological order.

99.     Knezevich and Hogan (1983) in a study sponsored by Monsanto exposed CD-1 mice to glyphosate (99.8% pure) in their diet for two years at 3 different doses, along with an unexposed control group (Knezevich and Hogan 1983). There were 50 male and 50 female mice in each dose

---

[1] Apart from the inclusion of surfactants, which themselves may include industrial solvents like 1,4-dioxane and known carcinogens like ethylene oxide, GBFs often contain additional impurities such as n-Nitrosoglyphosate ("NNG"), formaldehyde, and arsenic. The amounts of these impurities vary by formulation and can vary considerably (in the case of NNG) based on storage and atmospheric conditions (MONGLY00666980). As I explained in my September 2022 and January 2024 depositions, the presence of any of these contaminants may enhance the overall toxicity of GBFs.

MARTYN SMITH EXPERT REPORT

group. A significant increase in kidney tubular cell adenomas in male mice was observed, which is a very rare tumor in mice. In the original report 3 of the male mice in the high dose group had kidney adenomas whereas there were none in the control group. There was also a dose related trend. Kidney carcinomas were also observed. The IARC Working Group analyzed the Knezevich study thoroughly (IARC 2015). They reported that the incidence of adenoma or carcinoma (combined) of the renal tubule was 1/49 (2%), 0/49, 1/50 (2%), 3/50 (6%) "[P = 0.034, trend test for combined] in a second pathology evaluation requested by EPA. The Working Group considered that this second evaluation indicated a significant increase in the incidence of rare tumours, with a dose-related trend, which could be attributed to glyphosate".

100.    Atkinson, et al (1993) for Cheminova exposed CD-1 mice to glyphosate (>97% purity) in their diet for two years (Atkinson, Martin et al. 1993). Fifty male and fifty female mice were tested in four exposure groups with one being an unexposed control group. Hemangiosarcomas (cancers of the blood vessel walls) were the only tumors showing a significantly increased trend in this study. Four of the 50 mice had hemangiosarcomas in the high dose group, whereas none were observed in the controls. Both the IARC Working Group and the California EPA concluded these hemangiosarcomas were related to the glyphosate treatment.

101.    Sugimoto (1997) exposed CD-1 mice to glyphosate (94.61-95.67% pure) in their diet for two years. Fifty male and fifty female mice were tested in four exposure groups with one being an unexposed control group (Sugimoto 1997). Kidney adenomas, malignant lymphomas, and hemangiosarcomas all showed dose-dependent increases in male mice and there was a significant trend in hemangiomas (a rare tumor of the blood vessels) in female mice with increasing dose. Five female mice out of 50 had hemangiomas in the high dose group, whereas none were observed in the controls. This difference was statistically significant in a Fishers exact test.

102.	A study by Takahashi (1999) from the Nippon Experimental Medical Research Institute Co. (Takahashi 1999) is described on p.154 of the JMPR (JMPR 2017). CD-1 mice were exposed to glyphosate (purity 97.5%) at dietary concentrations of 0, 500, 5000 and 50,000 ppm (equal to 0, 67.6, 685 and 7470 mg/kg/day for males and 0, 93.2, 909 and 8690 mg/kg/day for females) for 78 weeks. Incidences of lymphomas in female mice were 3/50, 1/50, 4/50 and 6/50 in the control, 500, 5000 and 50 000 ppm dose group, respectively. The increased incidences of malignant lymphoma at high doses were statistically significant in the trend test, but not in a pairwise comparison. Only data for the female mice were reported by JMPR (JMPR 2017).

103.	Kumar (2001) for Feinchemie Schwebda exposed Swiss Albino mice to glyphosate (>95% purity) in their diet for two years (Kumar 2001). Fifty male and fifty female mice were tested in four exposure groups with one being an unexposed control group. In data reported in Greim et al (2015) there was an increase in malignant lymphomas and kidney adenomas as a function of dose in the male Swiss Albino mice and an increase in hemangiomas in the female mice (Greim, Saltmiras et al. 2015). At one point, it was suggested that the increase in lymphoma in this study was related to a virus being present in the mice but no evidence for such a virus was ever demonstrated.

104.	Wood et al (2009) at Harlan Labs exposed CD-1 mice to glyphosate (95.7% pure) in their diet for 80 weeks (Wood, Dunster et al. 2009). Fifty-one male and fifty-one female mice were tested in four exposure groups with one being an unexposed control group. A significant, monotonic increase in malignant lymphomas and lung adenocarcinomas was observed in the male mice. In the high dose group 5 of 51 mice had malignant lymphomas whereas there were none in the unexposed control group of 51 male mice. This difference in malignant lymphoma was highly significant and clearly treatment related.

MARTYN SMITH EXPERT REPORT

105.    Scientists keep track of the incidence of tumors in the tissues of different strains of animals so they can compare the results of their current experiment, in say a particular mouse strain, with those that have occurred in the past with that same strain. These data are called "historical controls". Kidney tumors in mice are extremely rare. For example, the mean historical tumor response for kidney adenoma tumors in control CD-1 mice is only 0.27%. Chandra & Frith reported that only 1 out of 725 [0.14%] CD-1 male mice in their historical database had developed renal cell tumors (one carcinoma) (Chandra and Frith 1994).

106.    It is therefore highly noteworthy that in 3 of the 5 studies in mice that reported data for kidney tumors that the incidence was 4-6% in the high dose group of male mice. Only the Atkinson study from Inveresk International reported any in the controls.

| Knezevich | Kidney Adenoma | 0/49 0/49 1/50 3/50 |
|---|---|---|
| Atkinson | Kidney Adenoma and Carcinoma | 2/50 2/50 0/50 0/50 |
| Sugimoto | Kidney Adenoma | 0/50 0/50 0/50 2/50 |
| Wood | Kidney Adenoma | 0/51 0/51 0/51 0/51 |
| Kumar | Kidney Adenoma | 0/50 0/26 1/22 2/50 |

107.    It seems highly improbable that a very rare tumor in mice would be seen three times in three separate studies simply due to chance and is much more likely to have been caused by the glyphosate treatment.

108.    Overall, the six long-term carcinogenicity bioassay studies in mice that had sufficient information in their reports and were well-designed showed significant increases in the rate of kidney tumors, hemangiosarcomas, malignant lymphoma, adenocarcinomas of the lung, and hemangiomas. From these studies I conclude that relatively pure glyphosate exposure produces tumors at multiple sites in mice.

109.	Elevated tumor incidence at multiple sites usually reflects the effect of a genotoxic carcinogen (Gold, Slone et al. 1993) and the increased prevalence of rare tumors at one site in multiple studies is taken as strong evidence of carcinogenicity in animals. There is not always concordance between the site of the tumors in animals and the site in humans or between animal species. For example, well-established bladder carcinogens produce liver tumors in rodents, largely because of anatomical and biochemical differences. Further, there is an overall concordance (the percentage positive in both species plus the percentage negative in both) between rats and mice of 76% (Gold, Bernstein et al. 1989), but this drops to around 50% for specific sites (Gold, Slone et al. 1991) and so one would not expect to necessarily see the same tumors in rats and mice following exposure to a carcinogen.

110.	The most relevant tumors observed in the animal studies in relation to human NHL are the malignant lymphomas in mice. Malignant lymphoma in mice commonly has strong histologic similarities to the human NHL subsets including precursor B- and T-cell lymphoblastic, small lymphocytic, splenic marginal zone, and DLBCL (Hori, Xiang et al. 2001). Other mouse lymphomas such as sIg+ lymphoblastic B-cell lymphoma have no histologic equivalent in human NHL but they share molecular similarities in the deregulation of BCL6 found in human DLBCL. Burkitt lymphoma does not occur naturally in mice, but can be induced with appropriately engineered transgenes (Hori, Xiang et al. 2001) .

111.	Zhang et al. (2019) presented the data from all six studies of malignant lymphoma prevalence in mice available in the public domain in Table 9 of their paper (shown below) (Zhang, Rana et al. 2019). As described above, and discussed by Zhang et al., some of these studies showed significantly positive trends or significant effects at the higher doses. Specifically, Zhang et al. summarized the EFSA (European Food Safety Authority) and JMPR (Joint FAO/WHO Meeting on Pesticide Residues) reports as follows: "EFSA noted that Sugimoto and Wood et al. showed

MARTYN SMITH EXPERT REPORT

statistically significant dose-response in males according to the Cochran-Armitage test for linear trend, whereas Kumar showed a statistically significant Z-test for both males and females. In agreement, JMPR noted that Sugimoto and Wood et al. showed a statistically significant trend in males and that Kumar reported statistically significant increases in malignant lymphoma in high dose groups of both males and females. JMPR further reported Takahashi had a statistically significant increased incidence in lymphoma among females by their trend test. The remaining two studies did not report evidence of a statistically significant dose-response effect." Given the disparate nature of the findings among the different studies, it is difficult to get an overall picture of the nature of the relationship between glyphosate exposure and lymphoma incidence in mice without an appropriate statistical analysis.

Table 9 from Zhang et al (2019):

L. Zhang, et al.

Mutation Research-Reviews in Mutation Research 781 (2019) 186–206

**Table 9**
Data from publicly available studies of malignant lymphomas in mice exposed to glyphosate.[a]

| Study | Strains | Study Duration | Concentration in Diet (ppm) | Dose (mg/kg/day) EFSA [71] | JMPR [22][c] | Incidence[b] (%) Male | Female |
|---|---|---|---|---|---|---|---|
| Wood et al. [74] | CD-1 | 1.52 years (79 weeks) | 0 | 0 | 0, 0 | 0/51 (0) | 11/51 (22) |
| | | | 500 | 71 | 71.4, 97.9 | 1/51 (2) | 8/51 (16) |
| | | | 1500 | 234 | 234.2, 299.5 | 2/51 (4) | 10/51 (20) |
| | | | 5000 | 810 | 810, 1081.2 | 5/51(10)* | 11/51 (22) |
| Kumar [76] | Swiss Albino | 1.5 years | 0 | 0 | 0, 0 | 10/50 (20) | 18/50 (36) |
| | | | 100 | 15 | 14.5, 15.0 | 15/50 (30) | 20/50 (40) |
| | | | 1000 | 151 | 149.7, 151.2 | 16/50 (32) | 19/50 (38) |
| | | | 10000 | 1460 | 1453, 1466.8 | 19/50 (38)* | 25/50 (50)* |
| Sugimoto [73] | CD-1 | 1.5 years | 0 | 0 | 0, 0 | 2/50 (4) | 6/50 (12) |
| | | | 1600 | 153 | 165, 153.2 | 2/50 (4) | 4/50 (8) |
| | | | 8000 | 787 | 838.1, 786.8 | 0/50 (0) | 8/50 (16) |
| | | | 40000 | 4116 | 4348, 4116 | 6/50 (12)* | 7/50 (14) |
| Atkinson et al. [75] | CD-1 | 2 years | N/A | 0 | 0 | 4/50 (8) | 14/50 (28) |
| | | | N/A | 100 | 100 | 2/50 (4) | 12/50 (24) |
| | | | N/A | 300 | 300 | 1/50 (2) | 9/50 (18) |
| | | | N/A | 1000 | 1000 | 6/50 (12) | 13/50 (26) |
| Knezevich and Hogan [72] | CD-1 | 2 years | 0 | 0 | 0, 0 | 2/48 (4) | 6[d]/50 (12) |
| | | | 1000 | 157 | 157, 190 | 5[d]/49 (10) | 6/48 (13) |
| | | | 5000 | 814 | 814, 955 | 4/50 (8) | 7[d]/49 (14) |
| | | | 30000 | 4841 | 4841, 5874 | 2/49 (4) | 11[d]/49 (22) |
| Takahashi [77] | CD-1 | 1.5 years | 0 | | 0, 0 | N/A | 3/50 (6) |
| | | | 500 | N/A | 67.6, 93.2 | | 1/50 (2) |
| | | | 5000 | | 685, 909 | | 4/50 (8) |
| | | | 50000 | | 7470, 8690 | | 6/50 (12)* |

Abbreviations: EFSA, European Food Safety Authority; JMPR, Joint Meeting on Pesticide Residues; N/A, not available.
  a Data sources: EFSA [71] and JMPR [22] for both males and females.
  b Number of lymphomas / total mice in group.
  c Data for male, female mice.
  d Reported slightly differently in JMPR [22] (N ± 1).
  * $p_{trend}$ < 0.05 reported by at least one test for trend in EFSA [71] or JMPR [22].

- 43 -

112.        I have analyzed the data from Table 9 of Zhang et al. (2019) to determine if the six studies in combination show a significant effect of glyphosate on malignant lymphoma incidence in mice. To do this I used a linear regression model that accounted for mixed effects (N.B. mixed effects means that it accounts for a mixture of fixed and random effects). This is the standard model used to analyze data from different studies with variable outcomes, as it allows for both inter- and intra-variability in the studies to be taken into account; that is it can account for variables such as the time and place of the study and differences in the animals strain and sex. (For example, using a human household as an analogy for a single mouse study, linear regression could be used to analyze the effects of using Roundup on multiple households, but within each household highly variable individuals reside, so a mixed effects model is used to account for the fact that each household has varied individuals within them. Hence by using a linear mixed effects model we can determine the effects of using Roundup on multiple households even though the members of each household are very different). I began by entering the JMPR dose data from Table 9 into a program called ggplot that allows for the data to be analyzed with R, a universal statistical language. I chose the JMPR doses listed in Table 9 as these are scaled for the different sexes.

113.        The plotted dose-response curves for all the doses in all six studies (A) and for doses <1500 mg/kg/day in all six studies (B) is shown below in Figure 1:

**Figure 1A – Effect of increasing doses of glyphosate in the diet on malignant lymphoma incidence in mice in six different long-term studies**

MARTYN SMITH EXPERT REPORT



**Figure 1B - Effect of increasing doses of glyphosate in the diet up to 1500 mg/kg/day on malignant lymphoma incidence in mice in six different long-term studies**



114.     The plots in Figure 1 show a general upward trend in lymphoma incidence with increasing dose of glyphosate in the different studies. This data was then analyzed with fixed effects

and random effects models using the Atkinson study as the referent baseline study (simply because it began with the letter A).

115.        The results of this analysis with a fixed effects model shown in Table 1 reveal a significant association (p=0.0136) between lymphoma prevalence in mice and increasing doses of glyphosate (line 2, dose_jmpr). With a random effects model the p-value for this association was essentially the same at 0.0163 and remained significant. If only animals that survived in the Sugimoto study were included in the analysis then the p-value became more significant at 0.0037.

Table 1:  Combined analysis of mouse lymphoma studies using a fixed effects model.

| term | estimate | std_error | statistic | p_value | lower_ci | upper_ci |
|---|---|---|---|---|---|---|
| intercept | 20.7338 | 1.7887 | 11.5913 | 0.0000 | 17.0946 | 24.3731 |
| dose_jmpr | 0.0015 | 0.0006 | 2.6074 | 0.0136 | 0.0003 | 0.0026 |
| SexM | -11.9828 | 1.4506 | -8.2606 | 0.0000 | -14.9340 | -9.0315 |
| StudyKnezvich | -6.1074 | 2.3966 | -2.5484 | 0.0157 | -10.9833 | -1.2315 |
| StudyKumar | 20.1684 | 2.2931 | 8.7953 | 0.0000 | 15.5031 | 24.8337 |
| StudySugimoto | -7.8789 | 2.3531 | -3.3483 | 0.0020 | -12.6663 | -3.0915 |
| StudyTakahashi | -21.3355 | 6.7478 | -3.1618 | 0.0034 | -35.0640 | -7.6070 |
| StudyWood | -3.4480 | 2.2929 | -1.5037 | 0.1422 | -8.1130 | 1.2170 |
| StrainCrj:CD-5 | 6.6016 | 8.0881 | 0.8162 | 0.4202 | -9.8537 | 23.0570 |
| StrainCrj:CD-6 | 2.4665 | 8.0572 | 0.3061 | 0.7614 | -13.9261 | 18.8590 |
| StrainCrj:CD-7 | 7.2835 | 7.7965 | 0.9342 | 0.3570 | -8.5787 | 23.1457 |

116.        The above combined statistical analysis of 6 studies where mice were treated with glyphosate on a daily basis over their lifespan clearly shows a dose-dependent statistically significant increase in lymphoma prevalence in the treated animals.  **Glyphosate is clearly a lymphomagen in mice, supporting human studies that also show an association with increased lymphoma risk**.

**The Initiation-Promotion Study in Mice by George et al. (2010)**

MARTYN SMITH EXPERT REPORT

117.	In the only study of a glyphosate-containing formulation in mice, George et al. exposed groups of 20 male Swiss mice to a glyphosate-based formulation (glyphosate, 41%; polyethoxylated tallowamine, ~15%) (referred to as glyphosate in the article) that was dissolved in 50% ethanol and applied onto the shaved back skin (George, Prasad et al. 2010). Treatment groups were: I – untreated control; II – glyphosate only (25 mg/kg bw), applied topically three times per week for 32 weeks; III – single topical application of dimethylbenz[a]anthracene (DMBA; in ethanol; 52 μg/mouse), followed 1 week later by 12-O-tetradecanoylphorbol-13-acetate (TPA; in acetone; 5 μg/mouse), applied topically three times per week for 32 weeks; IV – single topical application of glyphosate (25 mg/kg bw) followed 1 week later by TPA (in acetone; 5 μg/mouse), applied topically three times per week for 32 weeks; V – glyphosate (25 mg/kg bw) applied topically three times per week for 3 weeks (total of nine applications), followed 1 week later by TPA (in acetone; 5 μg/mouse), applied topically three times per week for 32 weeks; VI – single topical application of DMBA (in ethanol; 52 μg/mouse); VII –TPA (in acetone; 5 μg/mouse), applied topically three times per week for 32 weeks; VIII –single topical application of DMBA (in ethanol; 52 μg/mouse), followed one week later by glyphosate (25 mg/kg bw), applied topically three times per week for 32 weeks.

118.	All mice were killed at 32 weeks. Skin tumors were observed only in group III (the positive control, DMBA + TPA, 20/20) and group VIII (DMBA + glyphosate, 8/20; $P < 0.05$ versus group VI [DMBA only, 0/20]) (George, Prasad et al. 2010). This study of standard initiation-promotion shows that the glyphosate formulation is a strong tumor promoter on the mouse skin, increasing the number of tumors produced by another genotoxic carcinogen DMBA. Since we are all exposed to mutagens like DMBA in our everyday lives, an agent that is especially strong as a tumor promoter may enhance the incidence of cancer generally in the population. This is a concern with regard to GBF given the findings in this study.

**Conclusion from the Long-term Toxicological Studies in Animals**

**119.** Studies in which rats and mice were exposed chronically over a long period of time show that glyphosate produces an increased incidence of malignant and/or a combination of malignant and benign tumors, in multiple species (rats and mice), at multiple tissue sites, from multiple studies, and to an unusual degree with regard to incidence, site, or type of tumor. I conclude that **there is clearly sufficient evidence of carcinogenicity of glyphosate in experimental animals.** I further conclude that an analysis of all six mouse studies shows that glyphosate increases the incidence of malignant lymphoma, which is essentially the equivalent of NHL in humans. The recent findings from the Ramazzini institute showing early development of lymphoid neoplasms in rats adds weight to this conclusion. Hence, **studies in animal models clearly support the epidemiological findings of an association between GBF exposure and NHL in humans.**

**MECHANISTIC EVIDENCE FROM LABORATORY AND HUMAN BIOMARKER STUDIES**

120. Mechanistic evidence plays an important role in causation analysis as it provides 'biological plausibility', an important Hill consideration (Hill 1965). However, we do not need to know the precise mechanism by which a chemical or agent produces a disease in order to assign causation. For example, we do not know exactly how cigarette smoking produces lung cancer, how benzene causes leukemia or how lead lowers IQ, even though many well-designed studies show that they do so. In fact, it is very difficult to determine the precise mechanism by which a chemical causes cancer as many known carcinogens produce multiple effects that together lead to cancer induction. One of these effects is DNA damage (also called 'genotoxicity') that can lead to inheritable mutations, but there are many others, such as suppressing the body's immune defenses

against metastasizing cancer cells or causing inflammation which promotes cancer development. This understanding led me and my colleagues to develop a set of key characteristics that are the known properties of established carcinogens (Smith, Guyton et al. 2016). These 10 key characteristics of carcinogens were introduced by IARC in 2014 to provide a common basis for assembling and evaluating mechanistic evidence to support cancer hazard identification. They are as follows:

| Key characteristic: |
| --- |
| 1. Is Electrophilic or can be metabolically activated |
| 2. Is Genotoxic |
| 3. Alters DNA repair or causes genomic instability |
| 4. Induces Epigenetic Alterations |
| 5. Induces Oxidative Stress |
| 6. Induces chronic inflammation |
| 7. Is Immunosuppressive |
| 8. Modulates receptor-mediated effects |
| 9. Causes Immortalization |
| 10. Alters cell proliferation, cell death, or nutrient supply |

121.     The key characteristics of carcinogens are becoming increasingly used by multiple authoritative bodies, including IARC, NTP as well as various regulatory agencies such as EPA and

MARTYN SMITH EXPERT REPORT

California EPA (Guyton, Rieswijk et al. 2018, Guyton, Rusyn et al. 2018) and were used by IARC in their evaluations of glyphosate. One important aspect of using the key characteristics to assemble data relevant to carcinogenic mechanisms is that an *a priori* hypothesis about the mechanism of action is not required. Instead, the key characteristics are based on the common properties of known carcinogens, and avoid "a narrow focus on specific pathways and hypotheses" and instead "provides for a broad, holistic consideration of the mechanistic evidence" (National Academies of Sciences and Medicine 2017). However, knowledge of a chemical's properties in regard to the 10 key characteristics can help scientists to develop a mechanistic model by which the carcinogen may induce a specific form of cancer or other disease.

122.     The IARC Working Group for Monograph 112 evaluated the evidence for glyphosate to induce the 10 key characteristics when they met in March 2015 (Guyton, Loomis et al. 2015, IARC 2015). The Working Group concluded at p.398 of the Monograph that "Overall the mechanistic data provide strong evidence for genotoxicity and oxidative stress" and that "there is evidence that these effects can operate in humans." The Working Group found only limited or inadequate evidence for other key characteristics of carcinogens.

**123.     I have examined the current level of evidence in 2023 for each of the 10 key characteristics in regard to glyphosate and GBFs and describe my conclusions in detail below.** My conclusions are supported by our recent peer-reviewed publication in the journal Chemosphere, which showed through systematic review that there is strong evidence that glyphosate and GBFs possess several key characteristics of carcinogens (Figure 2). They have the ability to cause genotoxicity, epigenetic alterations, oxidative stress, chronic inflammation, and endocrine disruption, as well as to perturb the gut microbiota. Together these properties provide several pathways for the generation of NHL.

**Figure 2: Graphical Abstract from Rana et al. (2023) Showing the Strength of the Evidence for Each of the Key Characteristics of Carcinogens**



The evidence for each of the key characteristics is as follows:

124. **Key characteristic 1 (KC1)**: *Is electrophilic or can be metabolically activated to an electrophile.* Electrophiles are chemicals that bind strongly to DNA and proteins and many classic carcinogens are either electrophiles themselves or are metabolized to electrophilic metabolites. Glyphosate can act as a strong electrophile at acidic pHs (< 5) when the phosphonate group becomes protonated (Herath, Kumarathilaka et al. 2016). Additionally, at high doses glyphosate is metabolized into glyoxylate, a potent electrophile that reacts with nucleophilic amino acids on target proteins, such as cysteine, lysine, and arginine (Ford, Bateman et al. 2017). Note that these 2016 and 2017 papers were not available to the IARC Working Group in 2015. An earlier report

published in 1998 showed that Roundup was able to induce a dose-dependent formation of DNA adducts in the kidneys and liver of mice (Peluso, Munnia et al. 1998). The Roundup DNA adducts were not related to the active ingredient, the isopropylammonium salt of glyphosate, but to another, unknown component of the herbicide mixture. This suggests that there are electrophilic components in GBFs that are independent of glyphosate. However, there are no studies which have examined whether glyphosate or GBFs can act as electrophiles in humans or human cells. I therefore consider the evidence for KC1 to be '*Limited*' for both GBFs and glyphosate alone.

125.        **Key characteristic 2 (KC2):** _Is genotoxic._ As described above, all forms of DNA damage are collectively called genotoxicity and many different methods exist that measure this form of toxicity to the genome. Usually, several methods are used in genetic toxicology studies that fall into two categories: 1) those measuring direct, irreversible damage to the DNA that is transmissible to the next cell generation, (*i.e.* mutagenicity); and 2) those measuring early, potentially reversible effects to DNA or on mechanisms involved in the preservation of the integrity of the genome (genotoxicity). Mutagenicity is a component of genotoxicity that is defined as alterations to the DNA and/or chromosomal structure that can be passed to subsequent generations of cells. Thus, mutations include the following: (1) changes in a single bases, partial, single or multiple genes, or chromosomes; (2) breaks in chromosomes that result in the stable (transmissible) deletion, duplication or rearrangement of chromosome segments; (3) a change (gain or loss) in chromosome number (*i.e.* aneuploidy); and, (4) mitotic recombination. Genotoxicity is a broader term. It includes mutagenicity (described above), and also includes DNA damage, which may or may not result in permanent alterations in the structure or information content in a cell or its progeny. Thus, tests for genotoxicity also include those tests that evaluate induced damage to DNA (but not direct evidence of mutation) via effects such as DNA strand breaks and DNA adduct formation.

MARTYN SMITH EXPERT REPORT

126.        Differences between genotoxicity, mutagenicity, and the assays used to measure them have been standardized in the Genetic Toxicology Test Guidelines (TGs) created by the Organization for Economic Cooperation and Development (OECD 2017). The OECD has also categorized the quality of genotoxicity assays into three categories (highest, good and poor quality). Measures of chromosomal aberrations and micronuclei are considered high quality endpoints, whereas the comet assay, DNA strand breaks and H2AX are considered of good quality. Sister chromatid exchanges (SCEs) are now considered to be poor quality assays, but were performed extensively in the past because of the simplicity of the assay. The latest research suggests that an increase in the rate of SCE is an indicator of elevated recombination activity and of genome instability, which is a hallmark of cancer (Claussin, Porubsky et al. 2017). Hence, SCEs may be better characterized as providing evidence for KC3 rather than KC2 and may still be an important endpoint for consideration.

127.        Glyphosate and GBFs have been the subject of dozens of genetic toxicology studies. Studies available prior to 2015 were summarized by the IARC Working Group and are summarized elsewhere in a variety of publications. At the time there was clearly disagreement in the scientific community as to what these studies show and a wide discrepancy in the findings of the same test in different laboratories. For example, there are more than a dozen micronucleus assays (a measure of chromosome damage) performed in mice exposed to glyphosate, approximately half of which are positive and half negative. The US EPA has also stated "there is no convincing evidence that glyphosate induces mutations *in vivo* via the oral route" based on data from animal models (EPA 2017). Further, the United Nations Joint Meeting on Pesticide Residues (JMPR) also concluded that the genotoxic risk from glyphosate residues in the diet was very low (JMPR 2017), but this does not pertain to the occupational or homeowner use of GBFs.

MARTYN SMITH EXPERT REPORT

128.	I have independently reviewed the studies pertaining to glyphosate and GBFs genotoxicity in the peer-reviewed literature and those sponsored by Monsanto and other corporations listed in my Materials Considered. I have concluded that there is now strong evidence that they are both genotoxic. My reasons for reaching this conclusion are described in the following paragraphs. I evaluated the mechanistic evidence in order of significance and relevance to humans. I first evaluated studies in humans, followed by those in human blood cells, human cell lines, experimental animals and finally micro-organisms such as bacteria and yeast.

129.	*Studies in humans in vivo.* There are three studies in South America of people living or working in areas sprayed with GBFs:

130.	Paz-y-Mino and co-workers analyzed the consequences of aerial spraying with glyphosate added to a surfactant solution in the northern part of Ecuador (Paz-y-Mino, Sanchez et al. 2007). A total of 24 exposed and 21 unexposed control individuals were investigated using the comet assay, a rapid and sensitive method for the detection of DNA damage induced in blood cells. The results showed a significantly higher degree of DNA damage in the exposed group (comet length = 35.5 μm) compared to the control group (comet length = 25.94 μm) ($P < .001$). The authors concluded that "these results suggest that in the formulation used during aerial spraying glyphosate had a genotoxic effect on the exposed individuals." They further concluded that "the significant increase in DNA damage levels observed seem to reflect a general response to the formulation used during aerial spraying, since none of the individuals in the exposed group smoked tobacco or drank alcohol or had been exposed to other pesticides when the samples were taken." The spraying of GBFs on the Ecuadoran population was suspended in 2007 when this study was published.

131.	Paz-y-Mino and colleagues sampled 92 women from this same population again in 2009, two years after the spraying had stopped and found that level of chromosome aberrations

MARTYN SMITH EXPERT REPORT

were normal (Paz-y-Mino, Munoz et al. 2011). This suggests that the end to the spraying had stopped the genotoxic effects of GBFs that occurred prior to 2007.

132.     Bolognesi and co-workers conducted a cytogenetic biomonitoring study in subjects from five Colombian regions, characterized by different exposure to glyphosate and other pesticides (Bolognesi, Carrasquilla et al. 2009). Women of reproductive age (137 persons 15-49 yr old) and their spouses (137 persons) were interviewed to obtain data on current health status, history, lifestyle, including past and current occupational exposure to pesticides, and factors including those known to be associated with increased frequency of micronuclei. In regions where glyphosate was being sprayed, blood samples were taken prior to spraying (indicative of baseline exposure), 5 days after spraying, and 4 months after spraying. Lymphocytes were cultured and a cytokinesis-block micronucleus cytome assay was applied to evaluate chromosomal damage and cytotoxicity. Compared with Santa Marta, where organic coffee is grown without pesticides, the baseline frequency of binucleated cells with micronuclei (BNMN) was significantly greater in subjects from the other four regions. Region, gender, and older age (> or =35 yr) were the only variables associated with the frequency of BNMN measured before spraying. A significant increase in frequency of BNMN between first and second sampling was observed in Narino, Putumayo, and Valle immediately (<5 d) after spraying. In the post-spray sample, those who reported direct contact with the eradication spray showed a higher quantitative frequency of BNMN compared to those without glyphosate exposure. However, the increase in frequency of BNMN observed immediately after the glyphosate spraying was not consistent with the rates of application used in the regions and there was no association between self-reported direct contact with eradication sprays and frequency of BNMN.

133.     The findings from this study by Bolognesi and co-workers are therefore somewhat conflicting, but combined with the Paz-y-Mino et al. finding from 2007, they suggest, in my view,

- 55 -

that GBFs pose a genotoxic risk to exposed humans. However, like all studies in human populations, these studies do have some limitations. For example, the Roundup Ultra formulation sprayed in Ecuador on the exposed population studied by Paz-y-Mino et al. is different to that used in the USA as it contained glyphosate, POEA surfactant and Cosmoflux 411F. The latter is widely used in Central and South America but not in the USA to my knowledge. The active components of Cosmo-Flux 411F are polyol fatty acid esters and polyexothylated derivatives, which are seventeen percent of the product. The remaining 83 percent is made up of inert liquid isoparaffins. These chemicals are relatively inert and are very unlikely to be responsible for DNA damage observed in the Paz-y-Mino study. Hence, even though the formulation is different the observed genotoxicity is probably the result of the glyphosate, and perhaps POEA, in the sprayed Roundup GBF.

134.    Another potential limitation of the Paz-y-Mino study is the variable time that elapsed between the aerial spraying of the GBF and the collection of blood samples which ranged from 2 weeks to two months. In theory, other exposures within the 2 week to 2 month timeframe could account for the increased DNA damage observed. However, the subjects "neither used herbicides, pesticides nor similar substances" and none of them "smoked tobacco, drank alcohol, took non-prescription drugs or had been exposed to pesticides" other than the sprayed Roundup. Importantly, the 2 week to 2 month timeframe also provides time for the DNA damage to be repaired. However, it has been shown the glyphosate induced DNA damage is not completely repaired and so this may explain the elevated level in the exposed persons and suggests it could have been higher in the days immediately following the spraying.

135.    The above studies were included in the 2015 IARC evaluation, but since then further studies in humans have been published. For example, Balderrama-Carmona et al. studied agricultural workers exposed to glyphosate, aminomethylphosphonic acid (AMPA), and picloram

MARTYN SMITH EXPERT REPORT

in the Valle del Mayo in North-West Mexico. Biomonitoring was performed through the quantification of herbicides in urine using HPLC (high-performance liquid chromatography) to then evaluate the cellular damage in exposed people by means of an evaluation of micronuclei and cellular proliferation in lymphocyte cultures. They found that 53% of the workers showed cellular damage, and the nuclear division index test reported that there was a significant difference (P < 0.05) between the exposed and the control population, which the authors stated indicates that "the exposure time to pesticides in the people of Valle del Mayo can induce alterations which can cause chronic damage" (Balderrama-Carmona, Valenzuela-Rincón et al. 2020).

136.        Recently, oxidative DNA damage has been examined in the AHS study of farmers exposed to glyphosate (Chang, Andreotti et al. 2023). The study reported that urinary glyphosate concentrations were found to be positively associated with the widely used DNA oxidative-damage marker 8-hydroxy-deoxyguanosine (8-OHdG).  The U.S. National Cancer Institute investigators studied 268 male farmers selected based on self-reported recent and lifetime occupational glyphosate use along with 100 age- and geography-matched male nonfarmers. Concentrations of glyphosate and the oxidative stress biomarkers (8-OHdG, 8-iso-prostaglandin-F2α, and malondialdehyde [MDA]) were quantified in first-morning-void urine. The investigators performed multivariable linear regression to evaluate associations of urinary glyphosate and self-reported glyphosate use with each oxidative stress biomarker. They found that urinary glyphosate concentrations were positively associated with levels of 8-OHdG (highest vs lowest glyphosate quartile; geometric mean ratio = 1.15, 95% confidence interval = 1.03 to 1.28; Ptrend = .02) and MDA (geometric mean ratio = 1.20, 95% confidence interval = 1.03 to 1.40; Ptrend = .06) overall. Among farmers reporting recent glyphosate use (last 7 days), use in the previous day was also associated with statistically significantly increased 8-OHdG and MDA levels. Compared with nonfarmers, they observed elevated 8-iso-prostaglandin-F2α levels among farmers with recent,

MARTYN SMITH EXPERT REPORT

high past 12-month, or high lifetime glyphosate use. The investigators concluded that their "findings contribute to the weight of evidence supporting an association between glyphosate exposure and oxidative stress in humans and may inform evaluations of the carcinogenic potential of this herbicide" (Chang, Andreotti et al. 2023).

137.     This report by Chang, Andreotti and co-investigators shows that glyphosate exposure induces oxidative stress in humans that results in damage to the DNA, i.e. genotoxicity. Even Brusick and co-authors in their article on the genotoxicity of glyphosate sponsored by Monsanto, agree that 8-OHdG is a useful biomarker of genotoxicity resulting from oxidative stress (Brusick, Aardema et al. 2016). On p.70 of their article they state: "A more meaningful endpoint for identification of oxidative damage, particularly as it pertains to identification of a possible genotoxic mechanism of cancer, would be the identification and application of a biomarker relevant to oxidative stress-induced damage to DNA. While a number of biochemical and physiological changes in cells can be produced during oxidative stress, the most extensively studied oxidative DNA lesion produced is 8-OHdG. This adduct has been widely used as a biomarker of oxidative DNA damage, and determination of 8-OHdG levels may be useful in defining a chemical's MoA" (where MoA = mode of action) (Brusick, Aardema et al. 2016).

138.     The above peer-reviewed paper by Chang, Andreotti and others within the AHS is therefore highly significant in my view, as it is in U.S farmers using Roundup or similar commercial GBFs and moreover probably explains many of the positive genotoxicity findings observed following glyphosate exposure in humans and human cells as it suggests they are the result of oxidative stress.

139.     Once again, however, being a study in humans, the Chang, Andreotti et al. study does have its strengths and certain limitations. Several strengths and limitations of the study are extensively described in the Discussion of the paper and will not be repeated here. With regard to

MARTYN SMITH EXPERT REPORT

genotoxicity specifically, however, one of the drawbacks to the study is that the 8-OHdG is only measured in the urine, and not specifically in the blood. However, it has recently been shown that the cell free DNA present in the urine comes mostly from white blood cells (Mattox, Douville et al. 2023), including lymphocytes, and so urinary 8-OHdG probably reflects oxidative damage to these blood cells rather than to other tissues in the body.

140.    Very recently, Chang and coworkers at the US National Cancer Institute and NIEHS have published a new study which directly shows that glyphosate exposure produces genotoxicity in blood cells in the AHS study participants (Chang, Zhou et al. 2023). This new study by Chang, Zhou et al. quantified associations between lifetime occupational use of glyphosate and mosaic loss of chromosome Y (mLOY) as a marker of genotoxicity. mLOY is a structural chromosomal alteration that is commonly detected in the blood cells of adult male humans and has been associated with increased risk of hematopoietic malignancies. The study subjects were part of the BEEA study, which is a molecular epidemiologic study nested within the AHS, and included licensed pesticide applicators in Iowa and North Carolina. Greater lifetime glyphosate use (reported as number of days) was associated with a higher prevalence of expanded mLOY, or mLOY affecting ≥10% of cells. Associations were strongest among applicators who were ≥70 years of age, those who were never smokers, and those who were not obese (Chang, Zhou et al. 2023).

141.    As Schinasi and De Roos noted in their accompanying invited perspective (Schinasi and De Roos 2023), the particularly compelling finding in the Chang, Zhou et al. study was that "the authors observed a dose–response relationship, with incrementally higher odds of mLOY as total lifetime days of glyphosate use increased (ptrend = 0:03)." Schinasi and De Roos concluded that "This work provides important mechanistic support for genotoxicity of glyphosate in an observational, population-based context. Strengths of the study are avoidance of exposure recall issues by its prospective design, as well as consideration of multiple pesticides as potential

MARTYN SMITH EXPERT REPORT

confounders. It is also the largest human study of its kind, with 1,606 participants, of whom 343 had mLOY" (Schinasi and De Roos 2023).

142.        The earlier human studies of glyphosate genotoxicity described above, including Chang, Andreotti et al., relied on residential proximity-based exposure assessment or urinary markers that are only indicative of recent exposures, whereas the latest study by Chang, Zhou et al. "used detailed, longitudinally reported information from multiple questionnaires over time to assess cumulative lifetime use of glyphosate." Moreover, Chang, Zhou et al. themselves suggest "unlike previous studies focusing on relatively short-term biomarkers of genotoxicity or other end points, our findings for mLOY, a presumably more stable indicator for long-term health, may be more relevant to the potential long-lasting effects of glyphosate on the development of cancer or other aging-related chronic diseases" (Chang, Zhou et al. 2023). Chang and others go on to state that "our study contributes new evidence that high lifetime use of glyphosate among older male farmers may be positively associated with mLOY, particularly mLOY affecting a larger fraction of cells, suggesting that glyphosate may confer genotoxic or selective effects relevant for clonal expansion. Given the current understanding about mLOY as a potential indicator of genotoxicity and genomic instability, our findings provide biologic plausibility and shed light on possible underlying mechanisms for previously observed associations between glyphosate use and certain hematologic cancers," which includes NHL.

143.        *Studies of the effects of GBFs and glyphosate on human cells grown in culture especially the effect on freshly isolated lymphocytes or mononuclear cells from human blood as these represent the target cell for NHL development*

144.        Table 1 provides a listing of all studies of glyphosate and GBF effects on freshly isolated lymphocytes in the peer- reviewed literature prior to 2015 and relied upon by IARC.

MARTYN SMITH EXPERT REPORT

**TABLE 1 – Peer reviewed findings in the scientific literature prior to 2015 on the genotoxicity of glyphosate and GBFs in lymphocytes ex vivo**

| Study | Year | Specimen | Chemical or Formulation | Finding |
|---|---|---|---|---|
| Vigfusson and Vyse | 1980 | Human Lymphocytes | Roundup | Statistically significant increase in rate of sister chromatid exchange in cells from 2 donors |
| Bolognesi | 1997 | Human Lymphocytes | Roundup and Glyphosate (GLY) | Significant increase in sister chromatid exchanges with both Roundup and GLY. |
| Lioi | 1998a | Human peripheral lymphocytes | Glyphosate | Significant dose-dependent increases in chromosome aberrations and sister chromatid exchanges using 3 donors |
| Lioi | 1998b | Bovine Blood Lymphocyte | Glyphosate | Significant dose-dependent increases in chromosome aberrations and sister chromatid exchanges |
| Mladnic | 2009 | Human Lymphocytes | Glyphosate | Significant increases in "tail length" and "tail intensity" in comet assay showing DNA damage |
| Manas | 2009a | Human Lymphocytes and Hep-2 cells | Glyphosate | Genotoxic in Hep-2 cells. No chromosome abnormalities in lymphocytes treated with GLY. |
| Manas | 2009b | Human Lymphocytes and Hep-2 cells | AMPA (metabolite) | Statistically significant clastogenic effect on chromosomes of human lymphocytes and genotoxic in Hep-2 using comet assay |
| Alvarez-Moya | 2014 | Human lymphocytes from 8 young donors | Roundup | Significant dose-dependent increase in tail length in the comet assay |

MARTYN SMITH EXPERT REPORT

145.      The first peer-reviewed paper describing the genotoxicity of Roundup in human lymphocytes was published in 1980 (Vigfusson and Vyse 1980) and five subsequent papers reported positive findings in human and bovine lymphocytes following exposure to glyphosate, its metabolite AMPA or Roundup formulation prior to 2015 (Bolognesi, Bonatti et al. 1997, Lioi, Scarfi et al. 1998, Lioi, Scarfi et al. 1998, Mladinic, Berend et al. 2009, Alvarez-Moya, Silva et al. 2014) and only one paper reported negative findings with glyphosate alone (Mañas, Peralta et al. 2009), but the same authors reported positive findings with its metabolite AMPA (Mañas, Peralta et al. 2009).

146.      Subsequent to the IARC evaluation in 2015 additional studies in human lymphocytes have been published. These are listed in Table 2 below.

**TABLE 2: – Peer reviewed findings in the scientific literature post 2015 on the genotoxicity of glyphosate and GBFs in lymphocytes isolated from peripheral blood and cultured ex vivo**

| Study | Year | Specimen | Chemical or Formulation | Finding |
|---|---|---|---|---|
| Kwiatkowska | 2017 | Human Peripheral Blood Cells | Glyphosate (GLY) | GLY induced DNA damage that was not completely repaired measured using comet assay |
| Suarez-Larios | 2017 | Human Lymphocytes | Glyphosate | GLY can induce double strand breaks and increased p-Ku80 protein at low concentration |
| Santovito | 2018 | Human Lymphocytes | Glyphosate | Chromosomal aberrations and micronuclei formation increased in dose-dependent manner |
| Wozniak | 2018 | Human Blood Mononuclear Cells | Roundup, Glyphosate and AMPA | Roundup, GLY and AMPA all induced DNA single and double strand DNA breaks |

MARTYN SMITH EXPERT REPORT

| | | | | |
|---|---|---|---|---|
| Nagy | 2021 | Human Peripheral Blood Cells from healthy male donors | Glyphosate and 3 formulations | GLY and formulations significantly induced micronuclei with formulations being more effective than GLY alone |
| Alvarez-Moya and Reynoso-Silva | 2023 | Human Peripheral Blood Cells from 40 individuals with 8 donors per group | Glyphosate and 3 formulations | GLY and formulations gave positive results in the Comet assay for DNA damage |
| Montero-Montoya | 2023 | Human lymphocytes | Glyphosate | Micronuclei, chromatin buds, nucleoplasmic bridges, and extranuclear fragments were induced by GLY treatment |

147.    Kwiatkowska and colleagues assessed DNA damage (single and double strand-breaks by the comet assay) in human peripheral blood mononuclear cells (PBMCs), mostly lymphocytes, exposed to glyphosate (Kwiatkowska, Reszka et al. 2017). PBMCs were incubated with glyphosate at concentrations ranging from 0.1 to 10 mM for 24 h. Glyphosate induced DNA lesions as detected by the comet assay, which were only partially repaired.

148.    Suarez-Larios and co-workers studied whether eight selected pesticides would induce double strand breaks (DSB) in lymphocyte cultures and whether this damage would induce greater levels of proteins Rad51 participating in homologous recombination or of p-Ku80 participating in nonhomologous end joining (Suárez-Larios, Salazar-Martínez et al. 2017). Only five pesticides were found to induce DSB of which only glyphosate and paraoxon induced a significant increase of p-Ku80 protein, indicating that nonhomologous end joining recombinational DNA repair system was activated.

149.        Santovito and co-workers studied the effects of glyphosate on human lymphocytes at five different concentrations: 0.500, 0.100, 0.050, 0.025, and 0.0125 mug/mL (= 2.96 to 0.074 micromolar) (Santovito, Ruberto et al. 2018). They found that chromosomal aberration and micronucleus frequencies were significantly increased at all tested concentrations, with the exception of the lowest dose of 0.0125 mug/mL. The cytokinesis-block proliferation index and the mitotic index were not significantly reduced, indicating that glyphosate did not produce significant cytotoxicity or effects on the proliferation of the cells at the tested concentrations. Glyphosate therefore produced significant chromosome damage, a form of genotoxicity and mutagenicity, in the human lymphocytes in the absence of cytotoxic effects.

150.        Wozniak and coworkers also assessed the effect of glyphosate, its formulation (Roundup 360 PLUS) and its main metabolite (aminomethylphosphonic acid, AMPA) in the concentration range from 1 to 1000 μM on DNA damage in human peripheral blood mononuclear cells (PBMCs) (Woźniak, Sicińska et al. 2018). The cells were incubated for 24 hours. The compounds studied and formulation induced DNA single and double strand-breaks and caused purine and pyrimidine oxidation.  Roundup 360 PLUS caused damage to DNA even at 5 μM, while glyphosate and AMPA induced DNA lesions only at higher concentrations of 250 μM and 500 μM, respectively. These data show that the GBFs are more genotoxic to human blood cells than glyphosate alone or its metabolite AMPA. The authors concluded that the observed changes were not likely associated with the direct interaction of herbicide components studied with DNA, but most probably occurred through effects related to the induction of oxidative stress.

151.        In 2021, Nagy and workers compared the cytogenetic effects of the active ingredient glyphosate and three marketed GBFs (Roundup Mega, Fozat 480, and Glyfos) using the cytokinesis block micronucleus assay in isolated human mononuclear white blood cells (Nagy, Argaw Tessema et al. 2021). Micronucleus (MN) formation was induced by glyphosate and its formulations at sub-

MARTYN SMITH EXPERT REPORT

cytotoxic concentrations (0-100 muM) and exhibited a diverse pattern. Glyphosate caused a statistically significant increase of MN frequency at the highest concentration (100 muM) after 20-h exposure. Roundup Mega exerted a significant genotoxic effect at 100 muM both after 4- and 20-h exposures showing a stronger and more rapid effect than glyphosate alone. Moreover, Glyfos and Fozat 480 also resulted in a statistically significant increase of MN frequency from the lower concentration of 10 muM after 4-h and 20-h treatment, respectively. The authors concluded that the differences observed between the active principle (glyphosate) and formulations "confirm the previous concept that the presence of co-formulants in the formulations or the interaction of them with the active ingredient is responsible for the increased toxicity of herbicide products, and draw attention to the fact that GBFs are still currently in use, the toxicity of which rivals that of POEA-containing formulations (e.g., Glyfos) already banned in Europe. Hence, it is advisable to subject them to further comprehensive toxicological screening to assess the true health risks of exposed individuals, and to reconsider their free availability to any users."

152.        This year, Alvarez-Moya and Reynoso-Silva studied the effect of various concentrations of glyphosate and three commercial GBFs on human lymphocytes (Alvarez-Moya and Reynoso-Silva 2023). Human blood cells obtained from 40 donors were exposed to glyphosate at 0.1, 1, 10 and 50 mM as well as to equivalent concentrations of glyphosate as commercial formulations. Genetic damage was assessed using the comet assay and was significantly increased at all concentrations of glyphosate and also with FAENA and TACKLE formulations. These two commercial formulations showed genotoxicity that was concentration-dependent but in a higher proportion compared to pure glyphosate only. This shows that pure glyphosate and commercial GBFs give signals of genotoxicity in human blood samples in the comet assay. The genotoxicity increased in the formulations, indicating genotoxic activity also in the added adjuvants present in these products (Alvarez-Moya and Reynoso-Silva 2023).

MARTYN SMITH EXPERT REPORT

153.        Most recently, Montero-Montoya et al. (Montero-Montoya, Suárez-Larios et al. 2023) tested the hypothesis that whether glyphosate caused DNA double strand breaks (DSB) by poisoning the enzyme Type II topoisomerase (topo II). Peripheral lymphocytes in G0 phase, treated with glyphosate, plus or minus ICRF-187, an inhibitor of topo II, were stimulated to proliferate; induced cytogenetic damage was measured. Micronuclei, chromatin buds, nucleoplasmic bridges, and extranuclear fragments were induced by glyphosate, irrespective of the pre-treatment with ICRF-187 (Montero-Montoya, Suárez-Larios et al. 2023). According to the authors, these results indicate that glyphosate does not act as a topo II poison. The induction of DSB occurs by other mechanisms, such as effects on other proteins involved in recombination repair, which is consistent with other reports.

154.        Hence, since the 2015 IARC Monograph **at least 7 positive, peer-reviewed studies have been published showing various forms of genotoxicity caused by glyphosate and GBF in human lymphocytes**, which are the predominant cell type in the mononuclear cell fraction of human blood, and are the normal cell of origin for NHL in humans (Swerdlow, Campo et al. 2016). Based on my experience **this is very strong evidence of genotoxicity to the target cell for NHL development**.

155.        _Studies of the effects of glyphosate and GBFs in human cell lines_. Townsend and coworkers showed that glyphosate produced DNA damage measured using the comet assay in human Raji cells (a B cell lymphoma cell line) (Townsend, Peck et al. 2017). De Almeida and co-workers studied the short-term cytotoxic and genotoxic effects of pure glyphosate and two glyphosate formulations (Roundup((R) and Wipeout((R)) at concentrations relevant to human exposure using whole blood (cytotoxicity) and various cancer cell lines (cytotoxicity and genotoxicity) (De Almeida, Pletschke et al. 2018). In their study, genotoxicity assessment (test concentration 500 microgram/ml) demonstrated DNA damage in the HEC1A and MDA-MB-231

MARTYN SMITH EXPERT REPORT

cells. Further, Kasuba et al reported genotoxic effects in Human HepG2 liver cells as micronuclei induction after glyphosate exposure (Kasuba, Milic et al. 2017). Multiple positive peer-reviewed studies have therefore shown the genotoxic effects of glyphosate and GBFs in human cell lines.

156.        However, a recent study led by the U.S. National Toxicology Program (NTP) tested glyphosate, glyphosate isopropylamine (IPA), and AMPA, 9 high-use agricultural GBFs, 4 residential-use GBFs, and additional herbicides (metolachlor, mesotrione, and diquat dibromide) present in some of the GBFs in bacterial mutagenicity tests, and in human TK6 cells using a micronucleus assay and a multiplexed DNA damage assay (Smith-Roe, Swartz et al. 2023). Their results showed no genotoxicity or notable cytotoxicity for glyphosate or AMPA at concentrations up to 10 mM, while all GBFs and herbicides other than glyphosate were cytotoxic, and some showed genotoxic activity. However, the experimental systems used have little relevance to human NHL induction and the cell line used, i.e. TK6 cells, is a lymphoblast cell line from a 5 year old that was transformed into an immortal cell line by a virus that is very different to freshly isolated human lymphocytes.

157.        *Studies of the genotoxicity of glyphosate and GBFs in vivo in experimental animals.* As mentioned previously, there are more than a dozen micronucleus assays performed in mice exposed to glyphosate, approximately half of which are positive and half negative. For example, some studies reported a significant increase in micronuclei in mice (Bolognesi, Bonatti et al. 1997, Prasad, Srivastava et al. 2009), whereas others reported no significant association (Rank, Jensen et al. 1993, Grisolia 2002, Dimitrov, Gadeva et al. 2006). A June 2021 pre-print by Serra, Parizi et al. reports that Roundup increases micronuclei in the mouse bone marrow. This confirms the earlier study of Prasad and co-workers who showed that Roundup increased frequencies of chromosomal aberrations and micronucleated polychromatic erythrocytes (MNPCEs) in the mouse bone marrow in a dose-dependent manner (Prasad, Srivastava et al. 2009).

MARTYN SMITH EXPERT REPORT

158.      Milic and co-workers performed a 28-day genotoxicity study in rats (Milic, Zunec et al. 2018). They administered glyphosate by gavage daily at 4 different doses. DNA damage in leukocytes and liver tissue was estimated using the alkaline comet assay. Treatment with glyphosate resulted in significantly higher primary DNA damage in both the liver cells and leukocytes (Milic, Zunec et al. 2018).

159.      Ghisi and co-workers performed a systematic meta-analytical review of laboratory studies on the relationship between exposure to glyphosate and GBFs with the formation of micronuclei that included 81 experiments (Ghisi Nde, de Oliveira et al. 2016). There was an overall positive association between glyphosate exposure and its formulations and micronucleus formation. Pure glyphosate caused fewer effects than commercial GBFs, but both increased the frequency of micronucleus formation, a biomarker of chromosome damage and genotoxicity.

160.      *Studies examining the mutagenicity of glyphosate and GBFs in bacteria*. In the published literature these tests are largely negative except one. For example, Moriya et al. found that glyphosate was negative in multiple Ames test strains (Moriya, Ohta et al. 1983), whereas Rank and co-workers (Rank, Jensen et al. 1993) found that Roundup "showed a weak mutagenic effect for the concentrations 360 micrograms/plate in TA98 (without S9) and 720 micrograms/plate in TA100 (with S9)." Hence, there may be some components of GBFs that are mutagenic in bacteria, but it seems likely that glyphosate is negative in this type of test. Recent studies from the U.S. NTP confirm this (Smith-Roe, Swartz et al. 2023) as do the multiple bacterial mutagenicity tests performed by Monsanto or by organizations on behalf of Monsanto. Since glyphosate does not bind directly to DNA and probably acts as an indirect mutagen through oxidative stress and inflammation, the negative findings in bacteria, which do not possess multiple chromosomes as human cells do, are to be expected and provide little if any useful information.

MARTYN SMITH EXPERT REPORT

161.     _Studies on the genotoxicity of glyphosate and GBFs sponsored by Monsanto or other_ _corporations_: The U.S. EPA is responsible for herbicide registration. It requires companies to submit the results of a basic in vitro genotoxicity test battery consisting of a bacterial mutation assay (Ames test, reverse mutation test) and an in vitro chromosome damage assay (Booth, Rawlinson et al. 2017). According to the paper by Booth and coworkers, if either of the in vitro assays are positive then two additional in vivo assays are required. Either a cytogenicity assay (e.g., erythrocyte micronucleus assay) or a non-cytogenic endpoint test, e.g., in vivo UDS or 32P-postlabelling performed in a suspected or known target tissue (Booth, Rawlinson et al. 2017).

162.     Monsanto submitted the results from such studies to the U.S.EPA to register Roundup and other GBFs. A large number of such studies exist and from my review of these studies, I conclude they are largely negative. However, a recent report from the Institute of Cancer Research in Vienna, Austria, reviewed 54 of the studies that were submitted to the European Food Safety Authority (EFSA) for the registration of GBFs in the EU and found only 2 of them to be acceptable by current standards casting doubt on the value of remaining 52 studies in assessing the genotoxicity of glyphosate and GBFs.

163.     The 54 studies were evaluated by S. Knasmueller and A. Nersesyan in regard to their scientific quality and compliance with the current OECD and other guidelines (e.g. from the United Kingdom Environmental Mutagen Society). Prof. Knasmueller is currently head of the Environmental Toxicology Group of the Institute of Cancer Research, Medical University of Vienna and Editor-in-Chief of the journal "Mutation Research - Genetic Toxicology and Environmental Mutagenesis", which focuses on studies concerning the genotoxic effects of chemicals. He is also co-editor of the journal "Food and Chemical Toxicology", one of the most cited toxicological journals worldwide.

MARTYN SMITH EXPERT REPORT

164.	The studies evaluated presented the results of 24 bacterial tests (Ames test), 2 studies with the bacterial Rec-A test, 3 studies of the Hprt assay in mammalian cells, one DNA repair test in rat primary hepatocytes, 5 investigations with chromosomal aberration analyses in mammalian cells, 2 concerned dominant lethal mutations tests with mice, 17 in vivo experiments with rodents (15 were micronucleus assays and 2 chromosomal aberrations analyses in bone marrow cells of mice (N.B. one of these aberration analyses was actually in rats and not mice)).

165.	For the studies using the Ames test, the evaluation showed that 12 of the 24 studies had severe shortcomings, making the results of these investigations unreliable. Further, the studies using the RecA test in bacteria were found to be of no value. Gene mutation tests in mammalian cells and DNA repair tests were also found to have serious shortcomings. I have also reviewed the bacterial mutagenicity test results sponsored by Monsanto or other corporations in the Materials Considered List and agree that they are negative, in contrast to the positive findings of Rank and co-workers published in the literature (Rank, Jensen et al. 1993). However, independent of the shortcomings of some of the tests sponsored by Monsanto or other corporations, as discussed above, I find the negative test results in bacteria to be of little importance compared to positive study findings in humans, human cells and experimental animals. One of my reasons for stating this is that the Ames test is poor predictor of human carcinogenicity. While mutagens in the Ames test tend to be carcinogens, established human carcinogens are often negative in the Ames test. For example, the well-known human carcinogens arsenic and benzene are negative in the Ames test in bacteria, but are genotoxic human carcinogens (Smith 1996, Roy, Chatterjee et al. 2018).

166.	Knasmueller and Nersesyan reviewed 5 studies of chromosome aberrations in mammalian cells. According to these authors two of the 5 studies did not score sufficient cells and 3 presented no historical controls. The studies Knasmueller and Nersesyan reviewed were as follows: 1) a 1998 study in the UK of 96% pure glyphosate in human lymphocytes; 2) a '1996'

MARTYN SMITH EXPERT REPORT

study in the Netherlands of 96% pure glyphosate in human lymphocytes 3) a 1995 study from Japan of 96% pure glyphosate in Chinese hamster lung cells; 4) a 1996 study in the UK of 95% technical glyphosate in Chinese hamster lung cells; and, 5) a 1992 study in Germany of the surfactant Dodigen 4022 in V79 Chinese hamster ovary cells with no exposure to glyphosate.

167.     The first study reviewed was performed in the United Kingdom in 1998 and cultured whole blood from 2 donors (one male and one female) in the presence of a stimulator of lymphocyte growth for up to 92 hours. OECD and other guidelines in operation at the time (Scott, Danford et al. 1990, OECD 1997) were followed and included treatment with 3 doses of 95.6% glyphosate (100, 750 and 1250 ug/ml). However, only 100 cells were scored, rather than the 300 recommended in current OECD guidelines (OECD 2016). Under these conditions no increase in chromosome aberrations excluding gaps was observed.

168.     The second study using human cells was performed in the Netherlands in 1995, reported as 1996 by Knasmueller and Nersesyan. Whole blood was cultured in duplicate from a male donor in the presence of a stimulator of lymphocyte growth for 24 or 48 hours. Blood from a 35-year-old male was used for pilot studies and the experiments performed on blood from a 28-year-old male. Three concentrations of glyphosate were used between 33 and 562 ug/ml for metaphase scoring and 100 cells scored for chromosome aberrations in each duplicate culture such that 200 cells were scored at each dose. This is less than the 300 currently recommended by the OECD (OECD 2016). No significant increase in chromosome aberrations with or without gaps was observed, whereas the positive control produced the expected effect.

169.     The above 2 studies are the only ones in human blood cultures of lymphocytes sponsored by Monsanto or other corporations on glyphosate. They both use high doses of relatively pure glyphosate and one or two donors. The negative findings may be caused by insensitivity of

MARTYN SMITH EXPERT REPORT

the donors to glyphosate, lack of sensitivity of the assay itself, the fact that only 100-200 cells were scored and/or that the cells were only exposed for 3 hours followed by washing, as I explain below.

170.        The negative findings in the above 2 studies are in stark contrast to the published positive chromosome aberration test findings of Santovito and co-workers (Santovito, Ruberto et al. 2018)  and other positive findings in human lymphocytes using more sensitive markers of genotoxicity, such as the micronucleus test, as described above. There are several important and significant differences between the study of Santovito and co-workers and the unpublished industry studies which make the former much more reliable. Santovito et al. used **six** healthy donors (2 males and 4 females) and scored 200 cells per donor such that **1200 cells** were scored for each dose rather than only 100 or 200 making the study much more powerful (Santovito, Ruberto et al. 2018). Santovito et al. also used much lower doses of glyphosate than the industry studies ranging from 0.0125 to 0.5 ug/ml, so they were more relevant to likely levels of human exposure. A total of 5 doses was used rather than just 3. Importantly, the glyphosate was added to the cultures at 24 hours, the same as the industry studies above, but it was not washed off so it remained in the cultures exposing the cells until they were harvested 28 hours later (Santovito, Ruberto et al. 2018). In the industry studies the glyphosate was washed off after only 3 hours and the washing procedure can remove damaged cells which may contain broken chromosomes. The Santovito et al. study showed a clear dose response for the induction of multiple different types of chromosome aberrations which were all reported individually (Santovito, Ruberto et al. 2018). Further, Santovito et al. also performed the micronucleus assay on the same cultures and found corroborating positive results with a similar dose-response (Santovito, Ruberto et al. 2018). For all these reasons the Santovito et al. study in the peer-reviewed literature with positive findings for the induction of chromosome aberrations by glyphosate is far more reliable, in my opinion, than the unpublished industry studies showing negative findings.

MARTYN SMITH EXPERT REPORT

171.     I did not perform a detailed review of the other 3 studies in mammalian cells, as they were in non-human, Chinese hamster cell lines and only 2 studied glyphosate. They are therefore of little significance compared to studies in human cells and experimental animals in vivo.

172.     In 2016, Bioreliance Corp. conducted assays using the micronucleus test in human lymphocytes exposed to six different GBFs at the request of Monsanto. To the best of my knowledge, Knasmueller and Nersesyan did not include these studies in their review. I have also reviewed these 6 studies. Respectively, these 6 studies examine micronucleus induction by the GBFs MON52276 (30.3% glyphosate), MON76610 (0.69% glyphosate), MON76886 (6.74% glyphosate), MON79346 (0.72% glyphosate), MON79351 (35.2% glyphosate) and MON76952 (37.9% glyphosate). All of the studies were considered to be negative with none of the GBFs inducing a significant change in micronucleus levels. The studies appear to conform with current guidelines as replicate studies were performed scoring 2000 cells and 3 doses were used. It is of interest, however, that all of the studies used a different donor to provide the blood for the assay procedure. MON52276 was tested in blood from a male aged 32, MON76610 in a male aged 23, MON76886 in a female aged 25, MON79346 in a female aged 22, MON79351 in a female aged 28 and MON76952 in a male aged 33. All of these donors were young, healthy and were selected for having a low background of chromosome damage. This introduces a selection bias into the industry-sponsored studies as the donors are not representative of the population as a whole. From my own experience with this assay, I know that the nature of the donor can make a considerable difference. Hence, it would have been much better if 2 or more subjects were used for each GBF rather than just one and that pure glyphosate was tested along with the GBFs in the same donors. I further note that the results do not agree with those of Santovito et al. who performed the micronucleus assay on cultures from 6 donors and showed a dose-dependent increase in micronuclei with increasing doses of glyphosate (Santovito, Ruberto et al. 2018).

MARTYN SMITH EXPERT REPORT

173.     The negative findings from the Monsanto sponsored studies also conflict with those of Nagy and workers described above who compared the cytogenetic effects of glyphosate and three marketed GBFs (Roundup Mega, Fozat 480, and Glyfos) using the same cytokinesis block micronucleus assay in isolated human mononuclear white blood cells (Nagy, Argaw Tessema et al. 2021). In their study Nagy et al. found that all 4 substances induced micronuclei in 3 healthy donors with the GBFs being more potent than glyphosate alone.

174.     Close examination of the data from the Nagy et al. study further reveals different effects in the 3 donors used, all of whom were healthy young males who did not smoke and had not been exposed to pesticides (Nagy, Argaw Tessema et al. 2021). Figure 3 shows the effects of glyphosate and the different GBFs on micronucleus frequency at 4 hours (Fig. 3A) and 20 hours (Fig 3B). One can see from the figure that all 3 donors have a fairly consistent frequency of micronuclei without any exposure (0 concentration), but that even a low 0.1 micromolar exposure to Roundup produces a 3-fold increase in micronucleus frequency in one donor and lesser increases in the other two, with one showing practically no effect. This, along with other data in the same figure, highlights the fact that certain human donors are sensitive to the effects of glyphosate and Roundup whereas others are not. Using multiple donors is therefore key and is a severe limitation of the Monsanto-sponsored studies. Studies which use more than 1 or 2 donors, such as Santovito etal. and Nagy et al. clearly shows that genotoxic effects are observed a relatively low doses relevant to human exposure levels when multiple blood donors are used. **This more likely than not explains why the studies in the peer-reviewed literature listed in Tables 1 and 2 above do not concur with the unpublished studies sponsored by Monsanto.**

175.     Monsanto scientists conducted a study of chromosome aberrations in the bone marrow of rats at their St. Louis facility in 1983. Only one high dose of 1000 mg/kg was used. No increase in chromosome aberrations was observed. I agree with the criticisms of Knasmueller and

MARTYN SMITH EXPERT REPORT

Nersesyan regarding this study, in that too few cells were scored and the use of only one dose was not justified. Only 50 cells per animal were scored instead of the 100 recommended in the 1997 OECD guideline (OECD 1997) and 200 in the updated 2016 guideline (OECD 2016).

176.     Indian scientists conducted a study of chromosome aberrations in the bone marrow of mice treated with glyphosate sponsored by a German company. Three doses were used and 50 metaphases scored per animal. An increase in gaps was observed in the highest dose female group but the authors concluded that the results were negative overall. I agree with the criticisms of Knasmueller and Nersesyan regarding this study, in that too few cells were scored. Only 50 cells per animal were scored instead of the 100 recommended in the 1997 OECD guideline (OECD 1997) and 200 in the updated 2016 guideline (OECD 2016).

177.     I conclude that the two industry-sponsored studies of chromosome aberrations in rodents did not score enough cells and had other shortcomings and are of little value in assessing the genotoxicity of glyphosate and of no value for GBFs.

178.     Only two of the 15 studies using the mouse bone marrow micronucleus assay were found to be partly in agreement with the OECD guidelines according to Knasmueller and Nersesyan and 13 of them were considered completely inconclusive. The dominant lethal assays were also flawed and are not relevant to carcinogenesis. I did not perform a detailed review of all of these studies, but noted previously in this report that "there are more than a dozen micronucleus assays performed in mice exposed to glyphosate, approximately half of which are positive and half negative" indicating that the multiple studies have generated somewhat conflicting results. There can be many reasons for this including the use of different animal strains, different routes of administration, different doses used, different test substance purity etc. When studies give contradictory results it is appropriate to perform a meta-analysis of the studies and, as noted previously in this report, such an analysis showed an overall positive association between

MARTYN SMITH EXPERT REPORT

glyphosate exposure and its formulations and micronucleus formation in experimental systems (Nagy, Argaw Tessema et al. 2021).

179.        With regard to micronucleus induction in experimental animals by glyphosate, I note that Knasmueller and Nersesyan conclude their report with the following statement "A recent study by the authors of this document showed that GLY [glyphosate] does not induce micronuclei and DNA damage (in SCGE experiments) in bone marrow cells but indicated that it causes DNA damage in the liver, kidneys, testes and colon. The study was realized in strict agreement with the current OECD guideline. To exclude acute toxicity which may lead to false-positive results, additional histopathological analyses were conducted which yielded consistently negative results." This may explain some of the negative findings in bone marrow tests, but the positive findings in other tissues raises further concern and, although the study is yet to be published, it adds further weight to the conclusion that glyphosate and glyphosate-containing herbicides are genotoxic.

180.        To summarize, the negative results of genotoxicity studies sponsored by Monsanto or other corporations often have flaws which make them unreliable or partly reliable. Their negative findings also often conflict with a multitude of positive findings in the peer-reviewed open literature.

181.        Overall, the findings in humans in vivo and in human blood lymphocytes cultured ex vivo provide "***strong***" evidence for KC2 and I conclude that glyphosate and its formulations are genotoxic. This was the IARC working group's original conclusion in 2015 and the scientific evidence has only become much stronger since that time with the recent 2023 NCI-NIEHS studies in the AHS providing essentially conclusive evidence for glyphosate genotoxicity in humans.

182.        **Key characteristic 3 (KC3):** _Alters DNA repair or causes genomic instability_. The genetic changes observed in NHL that are pathogenic are usually very specific and result from an aberration of the normal biology of lymphocytes, the target cells in NHL. As part of their ability to

become effective immune cells, developing and maturing lymphocytes deliberately mutate their DNA. As will be discussed later in more detail the enzyme that is central to this process is a cytidine deaminase known as *activation-induced deaminase* (AID).

183.        Under normal conditions, AID is expressed normally in activated B-cells and is a key molecule for generating immune diversity in immunoglobulin genes (Fig. 3A). Under inflammatory conditions (or following exposure to glyphosate or dioxin, *see below*), AID is aberrantly expressed (Fig. 3B). Aberrant AID expression can induce somatic mutations and chromosomal aberrations in tumor-related genes, contributing to malignant transformation. Figure 3 is reproduced from (Shimizu, Marusawa et al. 2012).

**Figure 3: Aberrant activation-induced deaminase (AID) expression leading to malignancy**



184.        In one of the few studies to actually measure AID expression in exposed humans, Agopian and co-workers studied agricultural pesticide exposure and its molecular connection to

MARTYN SMITH EXPERT REPORT

lymphomagenesis (Agopian, Navarro et al. 2009). They found that pesticide exposure, including exposure to glyphosate, was related to higher levels of a NHL-associated translocation between chromosomes 14 and 18 and that those individuals with higher frequencies of the translocation had a higher expression of AID in their lymphocytes. Sustained AID expression therefore made people more susceptible to NHL development.

185.     Wang and co-workers have shown that both sub-acute and chronic glyphosate exposure causes the induction of AID in the bone marrow, spleen and lymph nodes of mice (Wang, Deng et al. 2019). This is a significant paper on the mechanism of NHL production by glyphosate exposure because their Figure 5 in the Wang et al. paper shows that both dioxin (positive control) and glyphosate enhance the expression of AID, suggesting that glyphosate causes lymphoma by the same mechanism as dioxin.

186.     The Wang et al. study also shows that glyphosate will cause the progression of monoclonal gammopathy of undetermined significance (MGUS) to the equivalent of multiple myeloma in a mouse model of this disease (Wang, Deng et al. 2019). Approximately 3% of people over 50 have MGUS, which is usually quite benign, but 1% of these MGUS cases develop into full blown myeloma, a cancer of antibody-producing B-cells called plasma cells.

187.     The fact that glyphosate causes the progression of MGUS to myeloma in the Vk*Myc transgenic mouse model used by Wang et al. clearly shows that AID is induced by glyphosate exposure because the progression to myeloma cannot occur in the absence of AID (Chesi, Robbiani et al. 2008). Further, glyphosate exposure caused the production of monoclonal gammopathy in the control BL6 mice (Wang, Deng et al. 2019), which again cannot occur without the induction of AID (Chesi, Robbiani et al. 2008).

188.     The production of DNA strand breaks by AID in CSR engage the non-homologous end-joining repair pathway. In a supporting finding, Suárez-Larios and colleagues exposed whole

MARTYN SMITH EXPERT REPORT

blood taken from healthy young men to glyphosate and found a statistically significant increase in double DNA strand breaks and phosphorylated Ku80 (p-Ku80), a critical protein downstream of AID required for the repair of the ends of CSR DNA strand breaks (Suárez-Larios, Salazar-Martínez et al. 2017). A number of studies now indicate that glyphosate activates the non-homologous end-joining repair pathway of DNA repair and this is one of its most probable mechanisms of inducing mutations and sister chromatid exchanges which are now considered markers of genomic instability.

189.     Kwiatkowska and colleagues reported that exposure to glyphosate in peripheral blood mononuclear cells (PBMCs) collected from healthy volunteers provoked DNA damage that did not fully repair after 120 minutes—a finding that was statistically significant in the lowest dose group (0.5mM) (Kwiatkowska, Jarosiewicz et al. 2016). When human PBMCs were exposed to a 50-fold lower concentration of GBF (0.01mM), similar findings were reported ($p < 0.05$) (Woźniak, Sicińska et al. 2018). These studies also suggest that glyphosate may alter DNA repair, but neither of them directly measures DNA repair.

190.     Indeed, none of the above studies directly measures DNA repair nor do they measure the level of genomic instability. Gene expression analyses in human *in vitro* breast cancer cells revealed that exposure to Roundup altered pathways related to DNA damage repair, nucleotide excision repair and mismatch repair, and particularly base excision repair, where all affected genes were downregulated (Stur, Aristizabal-Pachon et al. 2019), but again this is not a direct measure of DNA repair itself.

191.     The induction of AID leads to point mutations, double strand breaks, aberrant DNA repair and genomic instability. The induction of AID by glyphosate has been observed in mice and provides important evidence that glyphosate and GBFs possess key characteristic 3. However, direct proof that GBFs and glyphosate alter DNA repair and produce genomic instability in humans

MARTYN SMITH EXPERT REPORT

is lacking but the data in human cells ex vivo and cell lines in vitro is suggestive. The evidence for KC3 is therefore currently '***Limited***' and further studies are needed to build on the promising findings described above for this KC and I expect the evidence to strengthen over time.

192.        **Key characteristic 4 (KC4):** <u>*Induces epigenetic alterations*</u>. Epigenetic alterations are reversible mechanisms linked to tissue-specific silencing of gene expression, genomic imprinting, and tumor growth. Epigenetic modifications include DNA methylation, post-translational modifications of histones, and differential expression of non-coding RNAs, such as microRNAs. Rossetti and co-workers recently reviewed the studies through 2021 which assessed the ability of GBFs, glyphosate itself, and its main metabolite, aminomethylphosphonic acid (AMPA) to induce epigenetic alterations in humans and rodents (Rossetti, Canesini et al. 2021). The reviewed studies, including those by Wozniak and co-workers (Woźniak, Reszka et al. 2020, Woźniak, Reszka et al. 2021, Woźniak, Reszka et al. 2021) clearly show that in human lymphocytes and blood mononuclear cells, glyphosate, and at much lower concentrations its metabolite AMPA, alter the DNA methylation status and hence the expression of key cancer genes p16, p53, and p21 . These genes encode proteins with important functions in the DNA-damage repair pathways that are among the most frequently compromised pathways in pathological conditions such as tumor growth. According to Rossetti et al., GBFs have also been shown to induce aberrant DNA methylation and histone acetylation/methylation of the estrogen receptor alpha gene in rats (Rossetti, Canesini et al. 2021). This receptor is the main protein which signals the effects of estrogens to the nucleus of cells and plays an important role in many biological processes in the body, including lymphoma development (Wei and Huang 2019). Glyphosate and GBFs also induce other epigenetic changes, such as altered global DNA methylation (Rossetti, Canesini et al. 2021).

193.        We also recently summarized these findings on KC4 in Table 3 of our systematic review (Rana, Nguyen et al. 2023) as have Bukowska, Wozniak and others in a recent review

MARTYN SMITH EXPERT REPORT

entitled "Glyphosate disturbs various epigenetic processes in vitro and in vivo - A mini review" (Bukowska, Wozniak et al. 2022). According to Bukowska et al. "glyphosate in concentrations corresponding to environmental or occupational exposure has been shown to induce epigenetic changes potentially involved in carcinogenesis. This substance (1) changes the global methylation in various cell types and organisms and is responsible for the methylation of different promoters of individual genes, such as TP53 and P21 in human PBMCs, (2) decreases H3K27me3 methylation and H3 acetylation and increases H3K9 methylation and H4 acetylation in rats, (3) increases the expression of P16, P21, CCND1 in human PBMCs, and the expression of EGR1, JUN, FOS, and MYC in HEK293 cells, but decreases TP53 expression in human PBMCs, (4) changes the expression of genes DNMT1, HDAC3, TET1, TET2, TET3 involved in chromatin architecture, e.g. in fish Japanese medaka, (5) alters the expression of various small, single-stranded, non-coding RNA molecules engaged in post-transcriptional regulation of gene expression, such as miRNA 182-5p in MCF10A cells, miR-30 and miR-10 in mammalian stem cells, as well as several dozen of murine miRNAs." (Bukowska, Wozniak et al. 2022) They further describe how epigenetic changes caused by glyphosate can persist over time and can be passed on to the offspring in the next generation (Bukowska, Wozniak et al. 2022).

194.     While evidence from in vivo animal and in vitro human and mammalian cells is useful, the best evidence comes from studies of exposed humans. It is therefore important that Lucia and co-workers recently identified altered DNA methylation loci associated with urinary glyphosate and AMPA levels in an epidemiological study of postmenopausal women living in Southern California (Lucia, Huang et al. 2022). They reported greater dysregulated methylation status of DNA repair genes *MSH4* and *ERCC8* among individuals with higher urinary glyphosate concentrations (Lucia, Huang et al. 2022). Urinary AMPA concentrations were also associated with hypomethylation of the estrogen receptor alpha (*ESR1*) promoter (Lucia, Huang et al. 2022). This

- 81 -

MARTYN SMITH EXPERT REPORT

study provides evidence that glyphosate and its metabolite AMPA cause epigenetic changes in exposed people, providing additional strong evidence for KC4, and to some extent KC3, in humans.

195.	Given the studies described above, the evidence that glyphosate and GBFs induce epigenetic alterations and possess key characteristic 4 is therefore '**Strong**'.

196.	**Key characteristic 5 (KC5)**: _Induces Oxidative Stress_. The induction of oxidative stress is a key characteristic of many carcinogens, including radiation and asbestos (IARC 2012). These carcinogens alter the redox balance within target tissues, leading to an imbalance favoring formation of toxic reactive oxygen and nitrogen species (ROS/RNS) and the lowering of antioxidant defenses. Oxidative stress can lead to oxidative damage to DNA, including base modification, DNA-protein crosslinks, and other lesions (Klaunig and Wang 2019). For instance, 8-hydroxydeoxyguanosine (8-OHdG) is a base modification that is an important biomarker for carcinogens that cause oxidative stress (Brusick, Aardema et al. 2016). Other cell components, including proteins and lipids, are also subject to oxidative damage with one consequence being lipid peroxidation.

197.	There are now several studies of humans exposed to glyphosate and other herbicides in which biomarkers of oxidative stress were measured.

198.	Intayoung and co-workers measured the level of malondialdehyde (MDA) in the urine, a marker of lipid peroxidation, and glutathione levels (Brusick, Aardema et al. 2016) in male and female farmers in Northern Thailand who used mixtures of glyphosate, paraquat and/or 2,4-D. Unfortunately, this combination of pesticides makes it difficult to tease out effects of the individual herbicides. The only significant finding was that the post-work urinary MDA levels in participants using a combination of glyphosate and paraquat were significantly higher than those who work with only glyphosate. However, there were no significant differences of the urinary MDA levels between the pre-work and post-work sample among farmers using glyphosate or paraquat. The

MARTYN SMITH EXPERT REPORT

authors considered that the increase in MDA from the combination of glyphosate and paraquat was the result of both herbicides glyphosate and paraquat exerting a joint effect to induce MDA (Intayoung, Wunnapuk et al. 2021). Hence this study provides some support for the induction of oxidative stress by glyphosate in humans.

199.	Sidthilaw and coworkers studied 180 maize farmers in Thailand (Sidthilaw, Sapbamrer et al. 2022). Information from questionnaires, urine and blood samples, and lung function were collected a day before and a day after glyphosate application in the morning. The urine samples were analyzed using liquid chromatography-tandem mass spectrometry to detect glyphosate levels. After glyphosate application, it was found that increased urinary glyphosate levels contributed to increased serum MDA ($\beta$ = 0.024, 95% CI = 0.000, 0.0047) and decreased serum glutathione (GSH) ($\beta$ = -0.022, 95% CI = -0.037, -0.007). Hence, glyphosate exposure significantly increased oxidative stress in these farmers (Sidthilaw, Sapbamrer et al. 2022).

200.	Also in 2022, Makris and co-workers described a study of 10-11 year old children in which they measured urinary glyphosate and AMPA levels and correlated them with markers of oxidative stress, including 8-OHdG (Makris, Efthymiou et al. 2022). The DNA oxidative damage marker 8-OHdG was positively associated with AMPA after adjusting for age, sex, BMI, parental education level, physical activity and creatinine (beta = 0.17; 95% CI: 0.02, 0.31, p = 0.03 cr2, and beta = 0.12; 95% CI: 0.0,0.24, p = 0.06, cr1). However, no significant association was observed between glyphosate and 8-OHdG (p > 0.05) in this linear regression model, even though glyphosate levels showed the strongest correlation with 8-OHdG of any of the pesticides studied in their Figure 1 (Makris, Efthymiou et al. 2022).

201.	The effects of glyphosate and its metabolite AMPA on urinary biomarkers of oxidative stress, comprising 8-isoprostane-prostaglandin-F2$\alpha$ (8-iso-PGF2$\alpha$), its metabolite 2,3-dinor-5,6-dihydro-15-$F_{2t}$-isoprostane (8-isoprostane metabolite) and prostaglandin-F2$\alpha$ (PGF2$\alpha$),

MARTYN SMITH EXPERT REPORT

have been studied in the PROTECT birth cohort, which is comprised of pregnant women residing in Puerto Rico between 2012 and 2017 (Eaton, Cathey et al. 2022). Glyphosate and AMPA were measured in 347 urine samples collected between 16 and 20 weeks gestation and 24-28 weeks gestation. Linear mixed effect models were used to assess the association between exposures and oxidative stress adjusting for maternal age, smoking status, alcohol consumption, household income and specific gravity. Potential nonlinear trends were also assessed using tertiles of glyphosate and AMPA exposure levels. The investigators found an interquartile range (IQR) increase in AMPA was associated with 9.5% (95% CI: 0.5-19.3%) higher 8-iso-PGF2α metabolite concentrations (Eaton, Cathey et al. 2022). Significant linear trends were also identified when examining tertiles of exposure variables. Compared to the lowest exposure group, the second and third tertiles of AMPA were significantly associated with 12.8% (0.6-26.5%) and 15.2% (1.8-30.3%) higher 8-isoprostane metabolite levels, respectively. An IQR increase in glyphosate was suggestively associated with 4.7% (-0.9 to 10.7%) higher 8-iso-PGF2α. The authors concluded that urinary concentrations of the main environmental degradate of glyphosate, AMPA, were associated with higher levels of certain oxidative stress biomarkers. Associations with glyphosate reflected similar trends, although findings were not as strong (Eaton, Cathey et al. 2022).

202. As discussed earlier, the recent report by Chang, Andreotti and co-investigators shows that glyphosate exposure induces oxidative stress in humans that results in damage to the DNA in the form of 8-OHdG (Chang, Andreotti et al. 2023). In farmers participating in the U.S. Agricultural Health Study, urinary glyphosate concentrations were positively associated with levels of 8-OHdG (highest vs lowest glyphosate quartile; geometric mean ratio = 1.15, 95% confidence interval = 1.03 to 1.28; Ptrend = .02) and MDA (geometric mean ratio = 1.20, 95% confidence interval = 1.03 to 1.40; Ptrend = .06) overall. Among farmers reporting recent glyphosate use (last

MARTYN SMITH EXPERT REPORT

7 days), use in the previous day was also associated with statistically significantly increased 8-OHdG and MDA levels (Chang, Andreotti et al. 2023).

203.　　　　Hence, since the 2015 IARC Monograph, there have been 5 reports in the peer-reviewed literature finding associations between glyphosate and/or its metabolite AMPA with biomarkers of oxidative stress in exposed humans. Studies in exposed humans are the best form of mechanistic evidence and these studies add weight to and indeed confirm IARC's earlier conclusion that glyphosate and GBFs possess KC5 as they induce oxidative stress in humans, human cells and experimental animals.

204.　　　　There are more than 10 *in vitro* studies in human cells that have reported oxidative stress from glyphosate and/or GBF resulting in increased ROS formation, e.g. (Heu, Elie-Caille et al. 2012, George and Shukla 2013, Chaufan, Coalova et al. 2014, Coalova, Rios de Molina Mdel et al. 2014, Luo, Wang et al. 2017, Gao, Chen et al. 2019, Martínez, Rodríguez et al. 2020), decreased antioxidant activity (Gehin, Guillaume et al. 2005, Coalova, Rios de Molina Mdel et al. 2014, Kasuba, Milic et al. 2017, Gao, Chen et al. 2019), decreased oxidative detoxification (Gehin, Guillaume et al. 2005, Gasnier, Dumont et al. 2009), increased oxidative DNA damage (Gasnier, Dumont et al. 2009), and increased lipid peroxidation (Martínez, Rodríguez et al. 2020). When cells are exposed to glyphosate or GBFs, increased ROS formation causes oxidative stress and the reregulation of cell signaling associated with apoptosis or necrosis. Reduced antioxidant activity also reduces the defensive ability against the inflammation response in cells.

205.　　　　Numerous studies have shown that glyphosate and GBFs induce oxidative stress in experimental animals (Astiz, de Alaniz et al. 2009, El-Shenawy 2009, George and Shukla 2013, Cattani, de Liz Oliveira Cavalli et al. 2014, Heritier, Duval et al. 2017, Tang, Hu et al. 2017, Milic, Zunec et al. 2018, Turkmen, Birdane et al. 2019, Turkmen, Birdane et al. 2019). Biomarkers of oxidative stress have been reported in various tissues in rats and mice, including liver, skin, kidney,

brain, and plasma. In a study of male rats, levels of hepatic reduced glutathione which is a biomarker of oxidative stress were significantly decreased in glyphosate-exposed animals (1.98 mmol/g) compared to controls (2.64 mmol/g) (El-Shenawy 2009). In another rat study, Astiz and co-workers reported increased levels of lipid peroxidation, another indicator of oxidative stress, across all tissues studied and RNS in the brain and plasma (Astiz, de Alaniz et al. 2009).

206.　　　Multiple studies show that glyphosate and GBFs induce oxidative stress in exposed humans, human cells and experimental animals. Hence, I conclude that there is '***Strong***' evidence that glyphosate and GBFs possess key characteristic 5 and induce oxidative stress.

207.　　　**Key characteristic 6 (KC6):** _Induces chronic inflammation_. Chronic inflammation contributes to multiple aspects of cancer development and progression and is an enabling hallmark of cancer (Hanahan and Weinberg 2011). It has also been linked to the spread of cancer to other parts of the body. A good example is rheumatoid arthritis, which is a chronic inflammatory condition that considerably increases the risk of lymphoma (Klein, Polliack et al. 2018).

208.　　　In acutely exposed humans, Roundup causes increased C-reactive protein (CRP) (Mariager, Madsen et al. 2013), leukocytosis (Mariager, Madsen et al. 2013, Kawagashira, Koike et al. 2017), lymphocytosis (Kawagashira, Koike et al. 2017), eosinophilia (Kawagashira, Koike et al. 2017), and thrombocythemia (Mariager, Madsen et al. 2013), per multiple case reports. In one individual, repeated exposures to glyphosate were found to trigger allergic cutaneous vasculitis, a rare disease characterized by inflammation of the blood vessels (Zhang, Liu et al. 2021).

209.　　　In the aforementioned study by Sidthilaw and co-workers in Thailand, they also reported that CRP levels increased post-spraying among farmers with higher exposures to glyphosate when compared to their CRP levels prior to exposure (Sidthilaw, Sapbamrer et al. 2022), showing that occupational as well as acute exposures to glyphosate also increase this biomarker of inflammation in people.

210.     In human cell lines, glyphosate exposure significantly increased interleukin (IL)-6 and tumor necrosis factor-α (TNF-α) mRNA expression in SH-SY5Y neuroblastoma cells (Martinez, Rodriguez et al. 2020). In another *in vitro* study, Barbasz, Kreczmer et al. (2020) reported a statistically significant increase in nitric oxide (NO) secretion in the U-937 monocyte cell line, and HL60, a promyelocyte cell line.

211.     Histopathological analysis, the best measure of chronic inflammation, was conducted in several subacute and subchronic studies where rats were exposed between 50 to 560 mg/kg of glyphosate or Roundup (Cağlar and Kolankaya 2008, Soudani, Chaâbane et al. 2019, Djaber, Ounaceur et al. 2020, de Maria Serra, Parizi et al. 2021, Kale, Vongdip et al. 2021). Following exposure, the rats developed critical signs of inflammation, ranging from infiltration of mononuclear and mast cells, focal necrosis and lymphocytic inflammation in the liver, tongue, intestines, kidney, and pancreas. Of note, inflammation developed in these rats regardless of route of administration (i.e. oral, inhalation, intraperitoneal injection) and in several target organs, potentially indicating systemic toxicity.

212.     Similarly, mice that were intranasally and orally exposed to higher doses of glyphosate developed accumulation of inflammatory cells in the lung and kidneys, renal tubule swelling, and proliferation of interstitial fibroblasts in the kidneys (Kumar, Khodoun et al. 2014, Pandher, Kirychuk et al. 2021, Zhang, Ding et al. 2021). These effects were seen regardless of route of administration in acute, subacute, and subchronic exposure studies.

213.     Pandey et al. exposed rats to various doses of Roundup (0, 5, 10, 25, 50, 100 and 250 mg/kg bodyweight [bw] glyphosate) orally, every day for 14 days (Pandey, Dhabade et al. 2019). On day 15, liver and adipose tissues from dosed rats were analyzed for inflammation markers. C-reactive protein in liver, cytokines IL-1β, TNF-α, IL-6, and inflammatory response marker, and prostaglandin- endoperoxide synthase were upregulated in liver and adipose of rats

MARTYN SMITH EXPERT REPORT

exposed to higher (100 and 250 mg/kg bw/d) doses of Roundup. These data show that short-term GBFs exposure induces inflammation in the liver and adipose tissue (Pandey, Dhabade et al. 2019). Kumar et al. showed that inhalation of glyphosate-rich air samples and glyphosate induced airway inflammation in mice (Kumar, Khodoun et al. 2014).

214.         Most recently, Zhang and co-workers published a paper delving into the effects of glyphosate and its effect on the mitochondrial ROS (mtROS)-Txnip-Nlrp3 or the inflammasome pathway(Zhang, Ding et al. 2021). This study of male mice exposed to glyphosate reported that expression of inflammasome pathway proteins (Txnip, Nlrp3, c-caspase-1, GSDMD, c-GSDMD) and related cytokines (c-IL-1b and c-IL-18) were significantly increased in renal tissue in both the glyphosate and glyphosate with hard water groups, with a synergistic effect seen in the co-exposure group (Zhang, Ding et al. 2021). This study points to the idea that glyphosate may be acting on this mtROS-Txnip-Nlrp3 pathway by first generating ROS in the target tissue to induce the formation of the NLRP3 inflammasome for the release of pro-inflammatory cytokines.

215.         Several studies reported that the inflammatory response in glyphosate-exposed animals particularly affected the gut. A study by Qiu and co-workers reported that piglets exposed to glyphosate at any of the doses had elevated IL-6 mRNA expression in the jejunum, and at the two highest doses, in the duodenum as well (Qiu, Fu et al. 2020). Other cytokines that were slightly elevated include IL-1β, IL-8, TNF-α and NFκB, albeit not statistically significant. In another study that examined the effects of glyphosate exposure on the intestines, rats were orally exposed to glyphosate (0, 5, 50, 500 mg/kg) for 35 days and the mRNA of specific cytokines and intracellular markers were measured (Tang, Tang et al. 2020). IL-1β, IL-6, TNF-α, MAPK3, NFκB, and caspase-3 were detected in the duodenum, jejunum, and ileum, although each section of the intestines had varying degrees of elevated biomarkers: the duodenum had significantly elevated levels of TNF-α, MAPK3, NFκB, and caspase-3, the jejunum had increased IL-1β, TNF-α,

MARTYN SMITH EXPERT REPORT

MAPK3, NFκB, and caspase-3, and the ileum had elevated NFκB, and caspase-3 (Tang, Tang et al. 2020).

216.        For a full summary of the major chronic inflammation outcomes from *in vivo* and *in vitro* human and non-human studies of glyphosate or GBF exposure please see Table 5 of our recent systematic review (Rana, Nguyen et al. 2023).

217.        Recently another way in which GBFs and glyphosate may induce systemic chronic inflammation has been discovered that may be especially important for the induction of lymphoma (Yamamoto, Maier et al. 2013). This mechanism relates to the finding from multiple laboratories that glyphosate and GBFs, including Roundup, alter the make-up of the gut microbiome in several species which in turn causes extensive inflammation (Kruger, Shehata et al. 2013, Shehata, Schrodl et al. 2013, Lozano, Defarge et al. 2017, Aitbali, Ba-M'hamed et al. 2018, Davoren and Schiestl 2018, Kittle, McDermid et al. 2018, Mao, Manservisi et al. 2018, Motta, Raymann et al. 2018, Tang, Tang et al. 2020, Mesnage, Teixeira et al. 2021, Mesnage, Bowyer et al. 2022, Mesnage, Panzacchi et al. 2022, Lehman, Cady et al. 2023).

218.        Living inside every person are trillions of microorganisms — bacteria, viruses, fungi and other life forms that are collectively known as the microbiome. Various organs have distinct microbial inhabitants, but the group that has attracted the most attention is the gut microbiome. The vast majority of gut microbiome is made up of bacteria that reside in the colon, consistent with the most prominent site of isolated lymphoid follicles induced by certain gut flora, which are key players in the equilibrium between the gut flora and the immune system. During the past decade, accumulating evidence has demonstrated that the gut microbiota has a close association with various human diseases, including cancer, and especially hematological malignancies (Yamamoto, Maier et al. 2013, D'Angelo, Sudakaran et al. 2021). Orchestrated interactions between the myriad harmless microorganisms in the gut and the gastrointestinal mucosa establish a defensive barrier

MARTYN SMITH EXPERT REPORT

against pathogenic microorganisms, such as *Helicobacter pylori* which causes stomach ulcers and gastric mucosa-associated lymphoid tissue (MALT) lymphoma.

219.     There is accumulating evidence that the breakdown of this defensive barrier in the gut leads to the leakage of bacteria and other microorganisms into the body. These microbes and the resulting inflammation and oxidative stress that they cause can transform circulating lymphocytes and/or promote cancers throughout the body. Indeed, as recently reviewed by Shi and Zhang, alterations in the structural composition and/or function of the gut microbiome have been increasingly revealed to be associated with the genesis of a subgroup of lymphoid neoplasms(Shi and Zhang 2021). Disturbances to the gut microbiome can damage the defensive barrier to pathogenic microorganisms like *H. pylori*, allowing them to induce the changes that lead to lymphoma. In addition, the microbiota can confer both pro-inflammatory and anti-inflammatory responses, but the pro-inflammatory response is typically the default immunological condition in defects of microbiome regulation. In this manner an altered microbiome can cause both local and systemic chronic inflammation and, as a result, produce systemic oxidative stress and genotoxicity (Yamamoto, Maier et al. 2013). This, in turn can promote lymphomagenesis (the growth and development of lymphoma).

220.     As stated above multiple studies show that GBFs and glyphosate can alter the gut microbiome of many different species. This is not surprising and could have been predicted. The primary mechanism by which glyphosate acts as a herbicide is by inhibiting the enzyme 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS) of the shikimate pathway, which is responsible for aromatic amino acid biosynthesis. Recently, Mesnage et al. used a combination of shotgun-metagenomics and metabolomics to investigate the gut microbiome of rats exposed to increasing doses of glyphosate and the GBF, MON 52276 (Mesnage, Teixeira et al. 2021). They demonstrated that glyphosate treatment resulted in higher levels of intermediates of the shikimate

MARTYN SMITH EXPERT REPORT

pathway in the ceca, suggesting inhibition of EPSPS in the cecum microbiome. This mechanism also leads to increases in shikimic acid in soil microorganisms following application of GBFs. Serum metabolomics suggested that MON 52276 had a greater impact than glyphosate on the serum metabolome, indicating additional systemic toxic effects. Hence, the purported safety of glyphosate and GBFs, based on the fact that mammals including humans lack the shikimate pathway, therefore ignores the presence of this pathway in micro-organisms which play a central role in the well-being of many species from honey-bees to humans. A recent report, however, describes how more than one-half of the human microbiome are intrinsically sensitive to glyphosate because they have active EPSPS (Puigbo, Leino et al. 2022), which is concerning given the impact of glyphosate on other species microbiomes and the fact that glyphosate specifically targets EPSPS.

221.    Of significance with regard to the production of chronic inflammation as a result of glyphosate altering the microbiome is a very recent 2023 study by Lehman and co-workers from the University of Iowa (Lehman, Cady et al. 2023). These researchers used shotgun metagenomic sequencing of fecal samples from C57BL/6 J mice to show that glyphosate exposure at doses approximating the U.S. Acceptable Daily Intake significantly impacted gut microbiota composition. Further, they showed these gut microbial alterations were associated with effects on gut homeostasis characterized by increased proinflammatory CD4(+)IL17A(+) T cells and Lipocalin-2, a known marker of intestinal inflammation (Lehman, Cady et al. 2023). This study confirms the link between gut dysbiosis caused by glyphosate exposure and systemic inflammation as circulating CD4(+)IL17A(+) T cells have been implicated in the progression of various cancers through their pro-inflammatory properties, including multiple myeloma (Calcinotto, Brevi et al. 2018), a lymphoid neoplasm closely related to NHL.

222.    In light of all the findings described above, the evidence that glyphosate and GBFs produce chronic inflammation, key characteristic 6, is considered to be '***Strong***.'

223.        **Key characteristic 7 (KC7).** _Is immunosuppressive_. As indicated above, the primary effect of glyphosate and GBFs on the immune system seems to be activation rather than suppression. One study in Japan showed that very high levels of glyphosate slightly inhibited cytokine production by human peripheral blood mononuclear cells (Nakashima, Yoshimura et al. 2002). It is possible that immunosuppression may occur due to impaired hematopoiesis, an outcome which has been linked to glyphosate exposure. We therefore summarized hematotoxicity outcomes related to glyphosate exposure in Table 7 of our systematic review (Rana, Nguyen et al. 2023). However, it is unclear whether the hematotoxic effects observed may reflect general toxicity rather than immunosuppression. Hence the evidence for Key characteristic 7 is considered '**_Inadequate._**'

224.        **Key characteristic 8 (KC8)**. _Modulates receptor-mediated effects_. Chemical carcinogens may act directly on specific cell receptors or modulate synthesis, transport, distribution, biotransformation, and clearance of the natural ligand, such as a hormone, and can indirectly modulate receptor-mediated effects. Classic examples are carcinogens which modulate the synthesis or actions of hormones and disrupt the endocrine system, such as diethylstilbestrol and other estrogenic compounds. Glyphosate may act as an endocrine disrupting chemical (EDC) that can interfere with the synthesis, transport, metabolism, and elimination of hormones (Mnif, Hassine et al. 2011). Recently, it has been proposed that glyphosate exhibits many of the key characteristics of EDCs (Munoz, Bleak et al. 2021). For example, as detailed below, it has been found to alter sex hormone production and signaling, especially in relation to the production of estrogen, and response to this hormone. This is important because epidemiological studies show that estrogen is protective against the development of lymphoma (Prescott, Lu et al. 2009, Kane, Bernstein et al. 2013) and estrogenic chemicals decrease lymphoma growth (Yakimchuk, Bangalore Revanna et al. 2018). Alterations in the sex hormone axis that lower estrogen levels may

MARTYN SMITH EXPERT REPORT

therefore play a role in lymphomagenesis (Hosgood, Gunter et al. 2018) and be an additional mechanism contributing to lymphoma induction by glyphosate and GBFs.

225.     Indeed, newly available data from the National Health and Nutrition Examination Survey (NHANES) revealed that urinary glyphosate levels were inversely correlated with serum total estradiol ($p < 0.05$) among a representative sample of the general US population (n=2310, 81.6% with detectable glyphosate) (Geier and Geier 2023). I would note, however, that the urinary glyphosate levels were not corrected for creatinine in this study and the credentials of the authors may be questionable. Hence, while the findings are what would be expected, I would like to see this study replicated with creatinine-adjusted urinary glyphosate levels.

226.     The mechanism by which glyphosate and GBFs lower estrogen is probably through their ability to bind to cytochrome P450 aromatase, a mammalian enzyme critical for the synthesis of estrogen (Richard, Moslemi et al. 2005). These same authors showed that exposing human placental tissue and human JEG3 cells to Roundup for 18 hours decreased the activity and expression of human aromatase (Richard, Moslemi et al. 2005). Other studies also show that GBFs and glyphosate alone disrupt aromatase activity in human cells in vitro (Gasnier, Dumont et al. 2009, Defarge, Takacs et al. 2016, Zhang, Schilirò et al. 2020). Further, exposure of ovarian granulosa cells *in vitro* to glyphosate, and especially to Roundup, resulted in decreased cell proliferation and estradiol production (Perego, Schutz et al. 2017, Perego, Caloni et al. 2017). A sub-chronic 60 day study in female rats also reported that GBFs exposure decreased estrogen secretion and impaired folliculogenesis (Hamdaoui, Naifar et al. 2018). Further, another study in male rats showed a dose-dependent decrease in the level of sex hormones including estradiol (Dai, Hu et al. 2016). Glyphosate and GBFs therefore interfere with the synthesis of estrogen, lowering circulating levels and potentially promoting the development of NHL.

MARTYN SMITH EXPERT REPORT

227.	Glyphosate and GBFs clearly impact the synthesis of estrogen in human cells and experimental animals and in this manner act to modulate receptor-mediated effects. Hence, the evidence for Key characteristic 8 is '***Strong***.'

228.	**Key characteristic 9 (KC9).** <u>*Causes immortalization*</u>. No studies showing that glyphosate or GBFs produce immortalization or effects on telomeres were located. The evidence for KC9 is '***Inadequate'***.

229.	**Key characteristic 10 (KC10).** <u>*Alters cell proliferation, cell death, or nutrient supply*</u>. A large number of published studies show that in a variety of human cell lines, glyphosate and GBF produce apoptotic and necrotic cell death rather than inhibiting them and so do not show evidence for this KC. A few show that, at low concentrations, glyphosate and GBFs induce cell proliferation (George and Shukla 2013, Sritana, Suriyo et al. 2018), mainly through estrogen receptor signaling pathways (Thongprakaisang, Thiantanawat et al. 2013, Sritana, Suriyo et al. 2018). The latter provides further evidence for KC8, as well as providing some evidence for KC10 in human cells. Overall, the evidence for KC10 is considered to be '***Inadequate***.'

## CONCLUSIONS FROM THE ANALYSIS OF THE KEY CHARACTERISTICS

230.	The above analysis shows that there is strong evidence that glyphosate and GBF possess FIVE key characteristics of carcinogens, namely KCs 2, 4, 5, 6, and 8. In 2015, the IARC Working Group found strong evidence for KCs 2 and 5, but since that time a large number of studies have been published which provide strong evidence for KCs 4, 6 and 8 and additional evidence for KCs 2 and 5. There is also now limited evidence for KCs 1 and 3, with KC3 bordering on being 'Strong' in my view. The evidence for KCs 7, 9 and 10 is considered inadequate. Overall, the mechanistic evidence for glyphosate and GBFs possessing multiple key characteristics of

MARTYN SMITH EXPERT REPORT

carcinogens has become stronger since 2015 and it implicates several pathways to lymphoma induction in humans.

**THE PROBABLE MECHANISM BY WHICH GLYPHOSATE AND GBFS INDUCE NHL**

231.     Using the above knowledge of the 5 KCs with strong evidence and the finding of AID pathway induction in mice and human cells, a probable mechanism by which glyphosate and/or GBFs induce lymphoma development can be described.

232.     Cancers arise as the result of mutations in the DNA conferring growth advantage to a set of mutated cells that outgrow the cells around them. Hence chemicals that cause mutations through genotoxic effects tend to be carcinogenic. However, for mutated cells to progress into a malignant tumor many other factors come into play as they must survive and avoid normal processes which would cause them to die through a self-destruct mechanism called apoptosis. Hence, the promotion and progression from a small group of mutated cells to a visible tumor can involve additional genetic and epigenetic changes, altered hormone signaling and inflammatory processes that stimulate the growth of the cells and prevent them from undergoing apoptosis.

233.     My analysis of the mechanistic evidence using the key characteristics shows that glyphosate and GBFs possess the necessary properties to initiate, promote and make cancers progress from mutated cells into malignant tumors. In producing NHL they mutate the lymphocytes and convert them into tumor cells which outgrow their surrounding cells and progress to a full blown lymphoma as the result of genetic and epigenetic changes, altered hormone levels and the stimulation of inflammatory processes.

234.     Lymphoma originates in the developing B- and T-lymphocytes residing in the lymphoid tissues. It does not arise from stem cells as leukemias do. Parts of any foreign cell that enters the body (e.g. a bacterium or virus) are taken to the lymphoid tissues, usually the lymph

MARTYN SMITH EXPERT REPORT

nodes, and the B-lymphocytes (B-cells) undergo a complex process of restructuring their genetic material to then be able to recognize the foreign cells at the time of infection, and also into the future (if the foreign cells enter the body again).

235.     Developing lymphocytes are able to restructure their genetic material by deliberately mutating it at certain locations in their DNA. This is a process that occurs only in lymphocytes as they mature and begins in the bone marrow and continues after they migrate to the lymphoid tissues. It can involve large-scale alterations of the DNA, such as chromosome translocations and deletions, as well as point mutations and results in the highly diverse repertoire of antibodies (immunoglobulins, [Igs]) and T-cell receptors that are found on the surface of B-cells and T-cells, respectively. The technical name for the first step in this process is V(D)J recombination and involves double-stranded DNA breaks by recombination activating gene 1 (RAG1) and recombination activating gene 2 (RAG2), which are resolved by non-homologous end-joining repair processes. If the developing lymphocytes do not undergo this process they will undergo apoptosis and die. The process is, however, not error-free and oncogenic chromosome translocations may arise, usually by the highly expressed IgH gene being co-located with a cancer-causing gene (proto-oncogene). Translocations such as t(14;18) and t(3;14) may arise as a result of this process and contribute to the development of follicular and diffuse large B-cell lymphoma, respectively.

236.     After V(D)J recombination has occurred each B-cell will have a unique antibody on its cell surface in the form of a B-cell receptor (BCR) that consists of an immunoglobulin (Ig) and CD79A and B signaling molecules. Once the BCR is expressed on the surface of the cells, the B cells leave the bone marrow and migrate typically to the lymph nodes and spleen. The BCR recognizes antigens (usually strands of amino acids on a foreign cell) and this activates the B-cell. Once activated the B-cells migrate into the T-cell zones of secondary lymphatic organs (i.e. lymph

MARTYN SMITH EXPERT REPORT

nodes, Peyer's patches etc.). Their interaction with activated T helper cells provides further stimulation to the B lymphocytes and induces proliferation, leading to the formation of primary foci. A fraction of the proliferating B-cells differentiate into short-lived plasma cells that secrete antibodies to begin to fight the invading foreign cells.

237.     The remaining B-cells migrate together with helper T-cells into B-cell follicles and initiate a germinal center (GC). The highly proliferative GC B-cells then mutate their antibody genes further with aim of improving affinity of the antibody for the antigen in question and thereby building a better immune response. As they do this, the GC B cells cycle through the two distinct zones of the germinal center: the light zone and the dark zone and undergo rapid and mutative cellular division in the dark zone.

238.     Within the dark zone, the GC B-cells introduce mutations into their immunoglobulin genes via two distinct DNA modifications called somatic hypermutation (SHM) and class switch recombination (CSR). Both SHM and CSR depend on the expression of the activation-induced deaminase (AID) gene that encodes a cytidine deaminase. Deamination of cytidine converts it to uracil.  As uracil is not a normal component of DNA and U does not pair with G as C does, these sites are targeted by error-prone DNA repair mechanisms. This results in the generation of DNA nicks and strand breaks in switch sequences and in sequences subject to SHM, leading to recombination or mutation (Schlissel, Kaffer et al. 2006). Over- or aberrant expression of AID therefore leads to an excessive or inappropriate mutation frequency and potential for the lymphocytes to become cancerous.

239.     All established causes of NHL induce AID expression (Figure 4). Sequencing of the DNA and other analyses of lymphoma cases also shows that the majority of the mutations and epigenetic changes occurring in the cancerous cells arise from the inappropriate activity of AID (Teater, Dominguez et al. 2018, Bal, Kumar et al. 2022, Cakan and Gunaydin 2022) and that a

MARTYN SMITH EXPERT REPORT

distinct molecular signature is produced (Pettersen, Galashevskaya et al. 2015). This signature is clearly present in many of the genes and associated super-enhancer sequences mutated in NHL cases (Alexandrov, Kim et al. 2020, Bal, Kumar et al. 2022). Further, according to Alexandrov et al. two distinct signatures probably related to AID activity are found only in B-cell NHL showing that the mutational profile of this cancer is quite different to other neoplasms (Alexandrov, Kim et al. 2020). The latest research therefore shows that AID plays a central role in the development of lymphoma and agents that alter or cause its inappropriate expression are probable causes of this disease.

**Figure 4: Established NHL Risk Factors Induce AID**



240.         Inflammation is also a well-established cause of AID induction and probably plays an important role in lymphoma pathogenesis (Shimizu, Marusawa et al. 2012). Indeed, inflammatory conditions, such as rheumatoid arthritis and systemic lupus erythematosus, are strongly associated with increased NHL risk. Inflamed tissue releases pro-inflammatory cytokines,

such as TNFa, IFN, IL-1, or IL-6 (Hernández-Camarero, López-Ruiz et al. 2022). These factors trigger the activation of the pro-inflammatory pathways in the target cells, with NFKß signaling being a representative example. Such a pro-inflammatory response can lead to increased DNA- and RNA-based editing by enhanced activity of deaminases such as AID (Figure 5 = their Figure 1 from (Hernández-Camarero, López-Ruiz et al. 2022)).

**Figure 5: Inflammation leads to deaminase activation including AID**



**Figure 1.** Chronic inflammation background. Inflamed tissue releases pro-inflammatory cytokines, such as TNFα, IFN, IL1, or IL6. These factors may trigger the activation of the pro-inflammatory pathways in the target cells, with NFKβ signalling being a representative example. Such a pro-inflammatory response may lead to increased DNA- and RNA-based editing by enhanced activity of deaminases, such as AID, APOBECs, and ADARs. Moreover, deaminases exhibit opposite regulatory feedbacks in the context of inflammation. To note, APOBEC activity may sustain chronic inflammation in a positive feedback loop whereas ADAR activity may be prone to inducing an anti-inflammatory response, thus exerting negative control feedback.

**Figure 6: Glyphosate inhibition of the enzyme EPSPS alters the gut microbiome leading to dysbiosis, barrier failure and inflammation (Figure adapted from (Schwabe and Jobin 2013))**



Glyphosate inhibition of EPSPS

Quantitative changes:
bacterial overgrowth
(in some locations only)

Qualitative and metagenomic changes:
• ↓symbionts (health promoting)
• ↑invasive and inflammation-inducing bacteria
• ↑genotoxic bacteria
• ↑cancer-promoting metabolites (e.g. DCA)

**Specific pathogens**
(e.g. *Helicobacter pylori*)

**Dysbiosis**

**Microbially driven carcinogenesis**

Microbiota  Cancer

**Barrier failure**  **Inflammation**

Antibacterial peptides
IgA
Low pH
Mucous layer
Tight junctions
GALT

MAMP or PRR signalling

NF-κB   $T_H$17 cytokines

IL-6  TNF  EREG

Survival   Proliferation

**Nature Reviews | Cancer**

241.　　　As described in the seminal article on the microbiome and cancer by (Schwabe and Jobin 2013), dysbiosis (i.e. disruption of the normal gut microbiome) can lead to barrier failure and the entrance of microbes into the bloodstream and lymph where they will migrate to the lymph nodes leading to inflammation and the activation of the NF-kß signaling pathway and the generation of various cytokines (Figure 6). As described under KC6 multiple studies now show that glyphosate can disrupt the normal microbiome as a result of it targeting EPSPS and can cause chronic inflammation as a result.

242.　　　Reactive oxygen species (ROS) arising from oxidative stress or inflammation can also activate the NF-kß signaling pathway (Morgan and Liu 2011). This in turn will induce the activity of deaminases including AID. As discussed above for KC5 there is strong evidence that glyphosate induces oxidative stress, including in exposed humans.

MARTYN SMITH EXPERT REPORT

243.     The fact that ROS are mechanistically linked to NHL is further supported by increased risks with polymorphisms in oxidative-stress genes (Wang, Davis et al. 2006, Lan, Zheng et al. 2007) and type 2 diabetes mellitus (Castillo, Mull et al. 2012), and by reduced risks with intake of dietary antioxidants (Kelemen, Cerhan et al. 2006, Holtan, O'Connor et al. 2012). Further, sequencing data taken from B-Cell NHLs demonstrated that 90% of the sequenced cancers contained signatures related to ROS from oxidative stress (Alexandrov, Kim et al. 2020).

244.     Moreover, a recent study by Grigoryan and co-workers examined levels of adducts formed by ROS and other byproducts on human serum albumin (HSA) in archived human serum samples taken from cases 10-20 years prior to the development of NHL and matched controls (Grigoryan, Imani et al. 2023). Because ROS cannot be measured in archived blood, investigators have studied their stable adducts with nucleophilic loci of blood proteins, particularly Cys34 of HSA. Adduct clusters dominated by Cys34 oxidation products on HSA were elevated in the NHL cases which implicates ROS and oxidative stress in the etiology of NHL. Intriguingly, a disulfide of methanethiol from enteric microbial metabolism was more abundant on the HSA of male NHL cases, thereby implicating microbial translocation also as a potential contributor to NHL in males.

245.     From the above it is clear that inflammation and oxidative stress can produce molecular and biochemical effects that can lead to NHL, mainly through activating the NF-kß signaling pathway thereby causing the inappropriate expression of AID. This allows me to propose a probable mechanism by which glyphosate can induce NHL (Figure 7).

**Figure 7: The probable mechanism by which glyphosate induces NHL**

MARTYN SMITH EXPERT REPORT

246.        In Figure 7 the probable mechanism for NHL development from glyphosate exposure is shown. To summarize this figure - glyphosate causes inflammation both directly and indirectly through its harmful effects on the gut microbiome leading to cytokine release and the generation of ROS which activates the NF-kB pathway. Glyphosate also produces oxidative stress and the ROS from that will also activate NF-kB and bind to the DNA generating 8-OHdG. The 8-OHdG itself is mutagenic but the activation of NF-kB causes the induction of AID which will also mutate the DNA, creating genomic instability and causing epigenetic changes in the developing and maturing lymphocytes. In some lymphocytes this will cause them to proliferate excessively and escape the normal controls which cause them to die over time. Clones of malignant lymphoid cells will develop. Over time certain clones will survive which others die out. Lower levels of estrogen will allow more clones to survive and proliferate and as more mutations and epigenetic changes are acquired from the effects of aberrantly expressed AID and 8-OHdG, a malignant lymphoma will develop in some exposed people.

MARTYN SMITH EXPERT REPORT

247.     The cumulative evidence for the proposed mechanism is strong as 8-OHdG, chromosomal mutations (including mosaic loss of chromosome Y in males), epigenetic changes and lowered estrogen levels have all been detected in humans exposed to glyphosate; inflammatory cytokines are produced in human blood cells and over 50% of the human gut microbiome is sensitive to glyphosate toxicity; and, AID has been shown to be induced in mice exposed to glyphosate and also in people exposed occupationally to pesticides including glyphosate. The mechanistic evidence for the association between glyphosate and NHL is therefore very strong.

## PROFESSOR JAMES PARRY WARNED MONSANTO IN 1999 THAT HE THOUGHT GLYPHOSATE AND GBFS WERE GENOTOXIC PROBABLY THROUGH THEIR ABILITY TO INDUCE OXIDATIVE STRESS

248.     Information on the potential genotoxicity of glyphosate was available in the 1990s and perhaps earlier. Monsanto scientists commissioned reports on this topic from Professor James Parry of the University of Swansea in Wales. Professor Parry was a well-known expert in genetic toxicology and founding editor of the journal 'Mutagenesis.' He died in 2010.

249.     Professor Parry reviewed both internal Monsanto and contract lab studies as well as external peer-reviewed papers on glyphosate genotoxicity in 1999 at the request of Monsanto employees. He was initially asked to review 4 studies (Rank, Jensen et al. 1993, Bolognesi, Bonatti et al. 1997, Lioi, Scarfi et al. 1998, Peluso, Munnia et al. 1998). From his review of these studies he concluded that "The overall data provided by the four publications provide evidence to support a model that Glyphosate is capable of producing genotoxicity both in vivo and in vitro by a mechanism based upon the production of oxidative damage" (MONGLY013120093). I also reviewed each of these studies and cited them in my analysis of the evidence for KC2 above. I agree with Professor Parry's assessment of the 4 studies and note that his conclusions are in line with IARC's conclusion and

MARTYN SMITH EXPERT REPORT

mine that glyphosate and GBFs are genotoxic (KC2) and produce oxidative stress (KC5) leading to oxidative DNA damage. He also concluded from these studies that glyphosate and Roundup were positive in the mouse micronucleus test, for DNA strand breaks and for SCE in human lymphocytes in vitro, with Roundup being more potent than glyphosate in the latter because it produced SCEs at lower concentrations.

250.     Monsanto scientists then asked Professor Parry to review a larger set of studies including those performed in house and by contract labs. Professor Parry reviewed this larger set of studies and wrote a second undated report describing his conclusions. I reviewed his report and the studies contained therein and note that his conclusions remained largely the same as before. In his updated report he concluded that "glyphosate is a potential clastogenic in vitro". This means that he concluded that glyphosate has the potential to break the chromosomes of human lymphocytes, since the term clastogenic means a substance has the ability to cause chromosome breakage. He went on to suggest that "this clastogenic activity (of glyphosate) may be reproduced in vivo in somatic cells" and that the "genotoxicity observed may be derived from the generation of oxidative damage in the presence of glyphosate". Hence, his updated conclusions made in or around 2000 continued to be essentially the same as IARC's conclusion and my own that glyphosate is genotoxic (KC2) and produces oxidative stress (KC5) leading to oxidative DNA damage and I fully agree with his assessment (MONGLY01314233).

251.     I conclude that Professor Parry interpreted the studies available in 1999 to mean that glyphosate and GBFs were genotoxic and produced oxidative stress and made this information available to Monsanto scientists. Further, as documented in this report the evidence has only become stronger since that time, but my opinion is that even in 1999 there was sufficient information to conclude glyphosate and GBFs were genotoxic as Professor Parry concluded in his assessment.

MARTYN SMITH EXPERT REPORT

**THE EFFECTS OF GLYPHOSATE ON THE MICROBIOME WERE PREDICTABLE**

252.　　　　The Monsanto chemist, Dr. John Franz, identified the herbicidal activity of glyphosate in 1970, and a formulated end-use product called Roundup was first sold commercially by Monsanto in 1974. Glyphosate works as a herbicide by inhibiting an enzyme in the shikimate pathway called 5-enolpyruvylshikimate-3-phosphate synthase (EPSPS).

253.　　　　The shikimate pathway is a 7-step metabolic pathway used by bacteria, fungi, archaea, algae, some protozoans and plants to synthesize the aromatic amino acids, tryptophan, phenylalanine and tyrosine (Herrmann 1995). It is catalyzed by 7 enzymes of which EPSPS is the 6th one. It was discovered as the primary route by which bacteria make these amino acids for protein synthesis by Bernhard Davis, David Sprinson and collaborators in the 1950s, who studied the bacteria *Escherichia coli* (Herrmann 1995). It was found to exist only in microorganisms and plants and not in animal cells, since animals obtain the amino acids from their diets or synthesize them in a different process.

254.　　　　In the 1970s, the shikimate pathway was well-described. This pathway is inhibited by glyphosate in plants and would have been expected to do so in bacteria and other microorganisms as well. Therefore, as of the 1970s toxicologists had information available to them to predict that exposure of humans or animals to glyphosate would affect micro-organisms present in the intestines of animals and humans, as has recently been shown to be the case.

255.　　　　The gut microflora were discovered in the 1840s and by the two last decades of the 19th and the early 20th century, the study, characterization, and even therapeutic use of "protective" microbes was well established (Farré-Maduell and Casals-Pascual 2019). The terms microbiota and microbiome can be traced back to 1927 and 1949, respectively. Following the initial observations of intestinal microorganisms, German paediatrician Theodor Escherich, discovered and described

MARTYN SMITH EXPERT REPORT

the common gut bacterium *Escherichia coli* and consolidated the study of human gut flora. His work was continued by Henry Tissier in Paris, who administered probiotic bacteria to children and adults to improve gastrointestinal conditions. Immunologist Ilya Metchnikov popularised the consumption of fermented milk to delay the effects of aging. During WWI, medical microbiologist Alfred Nissle discovered and patented gelatine capsules of *E. coli* Nissle 1917 to antagonize the effects of harmful intestinal bacteria (Farré-Maduell and Casals-Pascual 2019). Hence, by the early 20th century the medical importance of the gut microbiome was well recognized and glyphosate would be predicted to profoundly affect this microbiome through its inhibition of EPSPS.

## SUMMARY AND CONCLUSIONS

256.          I have a used a classical weight of the evidence approach to assessing whether or not glyphosate and/or glyphosate-based formulations can cause non-Hodgkin lymphoma, keeping in mind the "Hill considerations" (Hill 1965). I have carefully reviewed the various types of evidence include human epidemiology studies, meta-analyses describing a group of epidemiological studies, studies of effects of the exposure on animals (toxicological data), and a wide variety of laboratory (mechanistic) data showing the biological mechanisms through which the chemical can or may create disease. The epidemiological evidence shows an association between GBF exposure and an increased risk of NHL, but the evidence is not entirely consistent, as there are a limited number of studies and there are methodological issues in many of the studies. The evidence from toxicological studies in animal models is compelling as glyphosate is carcinogenic in both rats and mice and a statistical analysis of all six mouse studies showed a significant increase in the prevalence of malignant lymphoma with increasing doses of glyphosate. The mechanistic data is also compelling as there is a clear mechanism for the induction of NHL by glyphosate involving the aberrant expression of an enzyme AID that controls chromosome stability

MARTYN SMITH EXPERT REPORT

in lymphocytes and evidence that glyphosate has five of the key characteristics of human carcinogens. Taken together, the weight of the evidence from the three modalities of epidemiology, toxicology and mechanism strongly supports the conclusion that glyphosate and GBFs are causes of NHL.

257.     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 10, 2024, at Davis, California.

Martyn T. Smith, Ph.D.

## LITERATURE CITED

Agopian, J., J. M. Navarro, A. C. Gac, Y. Lecluse, M. Briand, P. Grenot, P. Gauduchon, P. Ruminy, P. Lebailly, B. Nadel and S. Roulland (2009). "Agricultural pesticide exposure and the molecular connection to lymphomagenesis." J Exp Med **206**(7): 1473-1483.

Aitbali, Y., S. Ba-M'hamed, N. Elhidar, A. Nafis, N. Soraa and M. Bennis (2018). "Glyphosate based- herbicide exposure affects gut microbiota, anxiety and depression-like behaviors in mice." Neurotoxicol Teratol **67**: 44-49.

Alexandrov, L. B., J. Kim, N. J. Haradhvala, M. N. Huang, A. W. Tian Ng, Y. Wu, A. Boot, K. R. Covington, D. A. Gordenin, E. N. Bergstrom, S. M. A. Islam, N. Lopez-Bigas, L. J. Klimczak, J. R. McPherson, S. Morganella, R. Sabarinathan, D. A. Wheeler, V. Mustonen, P. M. S. W. Group, G. Getz, S. G. Rozen, M. R. Stratton and P. Consortium (2020). "The repertoire of mutational signatures in human cancer." Nature **578**(7793): 94-101.

Alvarez-Moya, C. and M. Reynoso-Silva (2023). "Assessment of Genetic Damage Induced via Glyphosate and Three Commercial Formulations with Adjuvants in Human Blood Cells." International Journal of Molecular Sciences **24**(5): 4560.

MARTYN SMITH EXPERT REPORT