**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-02741-VC |
| This document relates to:<br>*Richard Gomez, et al. v Monsanto Company, et al.*<br>Case No. 0:24-60355 | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Richard Gomez and Maritza Cosano-Gomez, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, hereby file this Notice of Voluntary Dismissal Without Prejudice and voluntarily dismiss this action as to all Defendants.

DATED: August 13, 2024

THE FERRARO LAW FIRM, P.A.

*Attorneys for Plaintiffs*
600 Brickell Avenue, Suite 3800
Miami, Florida 33131
Telephone (305) 375-0111
Facsimile (305) 379-6222

By:  */s/ Daniel J. Di Matteo*
DANIEL J. DI MATTEO, ESQ.
Florida Bar No.: 114914
ddimatteo@ferrarolaw.com
lfuentes@ferrarolaw.com

**PROOF OF SERVICE**

I am employed in the County of Miami-Dade, State of Florida. I am over the age of 18 and not a party to the within action. My business address is 600 Brickell Avenue, Suite 3800, Miami, Florida 33131.

On August 13, 2024, I served on the interested parties in said action the within:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☐ (EMAIL) I caused such document(s) to be served via electronic mail on the interested parties at their email addresses listed on the attached service list on this date from email address _____. There was no error, "bounce-back" or notification of inability to deliver the email to the intended recipient.

☐ (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed on the attached service list on this date from fax machine telephone number. The facsimile numbers used complied with California Rules of Court rule 2.300 et seq. and 2.306 and no error was reported by the machine. Pursuant to California Rules of Court rule 2.306, I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☐ (MAIL) By placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (HAND DELIVERY) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered by hand to the addressee(s) designated.

☒ (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed on August 13, 2024, at Miami, Florida.

   Daniel J. Di Matteo          /s/ *Daniel J. Di Matteo*
   (Type or print name)            (Signature)