**SHOOK, HARDY & BACON L.L.P.**
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorney for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Richard Gomez et al. v. Monsanto Co. et al.*,<br>Case No. 3:24-cv-03495-VC | |

## MONSANTO COMPANY'S OBJECTION TO PLAINTIFFS' PURPORTED "NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE"

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendant Monsanto Company ("Monsanto"), by and through its counsel, objects to Plaintiffs Richard Gomez and Maritza Cosano-Gomez's purported "Notice of Voluntary Dismissal Without Prejudice." Dkt. No. 19034, Case No. 3:16-md-02741-VC (Aug. 13, 2024). In violation of Pre-Trial Order No. 1, the referenced "Notice" was not "filed in the individual case[] to which the document pertains." Dkt. No. 2 at 2, Case No. 3:16-md-02741-VC (Oct. 6, 2016).

Under Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Monsanto has not stipulated to the dismissal of this action, meaning dismissal is proper only if Rule 41(a)(1)(A)(i) applies. ***Rule 41(a)(1)(A)(i) does not apply***, however, because Monsanto has already filed an answer in this case. *See* Dk. No. 1-2 at 35, Case No. 3:24-cv-03495-VC (originally filed Feb. 26, 2024).

- 1 -
MONSANTO COMPANY'S OBJECTION
3:16-md-02741-VC & 3:24-cv-03495-VC

- 2 -

Starting when they filed this case, Plaintiffs have repeatedly resorted to improper measures to keep it out of federal court generally and out of this Court specifically. As explained in Monsanto's Notice of Removal, they fraudulently joined a non-diverse defendant in an attempt to prevent removal. *See generally* Dkt. No. 1, Case No. 3:24-cv-03495-VC (filed Mar. 1, 2024). They then filed a meritless objection to this case's transfer to this Court, delaying transfer until the Judicial Panel on Multidistrict Litigation denied their motion to vacate the applicable conditional transfer order. *See generally* Dkt. No. 18527, Case No. 3:16-md-02741-VC (June 7, 2024). Now, rather than seeking a ruling on their fully briefed—but entirely meritless—motion to remand this case to state court, they seek to achieve the same result by unilaterally dismissing this case.

The Court shoulder ignore the ineffective Notice. And should the Court choose to construe the Notice "as a request for an order of dismissal under Rule 41(a)(2)," Monsanto asks the Court to set a briefing schedule, to consider any such request in light of the Plaintiffs' pending motion to remand the case to state court, and to otherwise subject the request to elevated scrutiny in light of Plaintiffs' blatant attempt to avoid federal jurisdiction. *Cf. Bonner v. Fuji Photo Film*, 461 F. Supp. 2d 1112, 1120 (N.D. Cal. 2006) (denying a motion to amend a complaint that would have destroyed diversity jurisdiction based on, among other things, the "suspicious timing" of the motion).[1]

---

[1] Monsanto would not object to the dismissal of this case **with prejudice**.

DATED:  August 13, 2024

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone: (713) 227-8008
    Facsimile: (713) 227-9508
    Email: jstubbs@shb.com

*Attorney for Defendant Monsanto Company*