UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Berrios-Sampler v. Monsanto Co.*, Case No. 3:22-cv-02310-VC<br><br>*Norman v. Monsanto Co.*, Case No.: 3:21-cv-06495-VC<br><br>*Plaza-Gonzalez v. Monsanto Co.*, Case No.: 3:22-cv-02303-VC | **ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 18799, 18921, 18922 |

In each of the above-captioned cases, Monsanto has filed a motion for summary judgment on the grounds that the plaintiffs have failed to disclose a specific causation expert. None of the plaintiffs has filed an opposition. Accordingly, the motions are granted.

**IT IS SO ORDERED.**

Dated: August 27, 2024

VINCE CHHABRIA
United States District Judge