UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Bray v. Monsanto Co.*, Case No.: 3:19-cv-05060-VC | **ORDER RE COMMUNICATION FROM PLAINTIFF** |

The Court is in receipt of Ms. Bray's recent communication, which is attached to this order. The Court is not in a position to assist Ms. Bray any further. Within 28 days of this order, Ms. Bray must file a statement indicating whether she wishes to: (i) proceed in this case with an attorney; (ii) proceed in this case representing herself; or (iii) dismiss her case. Those are the only three choices, and Ms. Bray must pick one. In the event Ms. Bray chooses one of the first two options, her case will be placed in Wave 9E.

**IT IS SO ORDERED.**

Dated: August 28, 2024

_____
VINCE CHHABRIA
United States District Judge

**From:** Beverly Bray <beverly.bray47@gmail.com>
**Sent:** Wednesday, August 21, 2024 8:04 AM
**To:** VC CRD
**Subject:** Me vs Monsanto

**CAUTION - EXTERNAL:**

I still have not been able to find a law firm to take up my case. I have contacted dozens of firms to no avail. Aimee Wagstaff gave me a short list of firms but so far no luck with them. She doesn't respond to my emails. The last I heard from her more than 2 weeks ago she accused me of telling firms I contacted that she was my attorney which is not true. I would not do that because it isn't true.

I don't know where to turn or what my options are. Could you please advise.

Thank you,
Beverly Bray

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.