Eric S. Rossman, ISB #4573
erossman@rossmanlaw.com
Erica S. Phillips, ISB #6009
ephillips@rossmanlaw.com
ROSSMAN LAW GROUP, PLLC
350 9th Street, Suite 500
Boise, Idaho 83702
Telephone: (208) 331-2030
Facsimile:   (208) 947-2424

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SINCLAIR, | **MDL No. 2741** |
| Plaintiff, | **N. D. Cal. Case No. 3:16-md-02741-VC** |
| -vs- | |
| MONSANTO COMPANY, | **MOTION TO OPEN CASE** |
| Defendant. | |

COMES NOW the Plaintiff, Paula Sinclair, by and through her counsel Rossman Law Group, PLLC, and hereby moves the court to open a case in her name in MDL No. 2741 against Defendant Monsanto Company ("Monsanto").

Ms. Sinclair timely filed a complaint, with all applicable filing fees paid, against Monsanto in the United States District Court for the District of Idaho on June 16, 2021. (*See* Dist. of Idaho Case No. 1:21-cv-00258, Dkt. 1.) Ms. Sinclair was one of three plaintiffs on that complaint,

**MOTION TO OPEN CASE - 1**

along with Alvin Holt and Ben Kos. (*Id.*) On July 27, 2021, the case in District of Idaho Case No. 1:21-cv-00258, including Mr. Holt, Mr. Kos, and Ms. Sinclair, was transferred to MDL No. 2741 in the Northern District of California. (*See See* MDL No. 2741, Dkt. 2396.)

On September 13, 2021, Ms. Sinclair (as well as Mr. Kos) stipulated with Monsanto counsel for the voluntary dismissal of her original claim, without prejudice, with the direction to file a separate short-form complaint in the MDL. (*See* Case No. 3:21-cv-05795-VC, Dkt. 9.) The stipulation, filed by Monsanto counsel, explicitly stated "[i]t is each plaintiff's intent to continue to pursue his or her claims against Monsanto company in the newly filed case." (*Id.*)

On September 29, 2021, Ms. Sinclair filed a Short Form Complaint in the MDL, consistent with the stipulation for voluntary dismissal without prejudice agreed with Monsanto counsel. (*See* MDL No. 2741, Case No. 3:16-md-02741-VC, Dkt. 138698.) Ms. Sinclair's counsel received no "bounce-back" notice, fee request, or any indication the filing was somehow improper.

In August of 2024, counsel for Monsanto for the first time indicated that Ms. Sinclair's short-form complaint filed on September 29, 2021, was filed improperly and without a second, further filing fee in addition to the fee Ms. Sinclair paid when she first filed her complaint in the United States District Court for the District of Idaho.

By this Motion, Ms. Sinclair requests a case be opened in her name against Monsanto in the MDL, in accordance with both (1) her timely filed complaint in the United States District Court for the District of Idaho, and (2) timely filed Short Form Complaint in the MDL filed pursuant to and in accordance with the September 13, 2021 stipulation for voluntary dismissal without prejudice agreed with Monsanto counsel.

**MOTION TO OPEN CASE - 2**

in accordance with the September 13, 2021 stipulation for voluntary dismissal without prejudice agreed with Monsanto counsel.

DATED this 3rd day of September, 2024.

ROSSMAN LAW GROUP, PLLC

By /s/ Eric S. Rossman
Eric S. Rossman (ISBN #4573)
Attorneys for Plaintiff
350 N. 9th Street, Suite 500
Boise, ID  83702
Tel: 208.331.2030
Fax: 208.947.2424
erossman@rossmanlaw.com

**MOTION TO OPEN CASE - 3**

## PROOF OF SERVICE

I certify that on the 4th day of September, 2024, a true and correct copy of the attached Motion to Reopen Case was served upon the following parties pursuant to Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE as follows:

SEE ATTACHED MAILING LIST

[ x ]  **EMAIL:** I caused such document(s) to be served via electronic mail on the interested parties at their email addresses listed on the attached service list on this date from email address _____. There was no error, "bounce-back" or notification of inability to deliver the email to the intended recipient.

[  ]  **FAX:** I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed on the attached service list on this date from fax machine telephone number _____. The facsimile numbers used complied with California Rules of Court rule 2.300 et seq. and 2.306 and no error was reported by the machine. Pursuant to California Rules of Court rule 2.306, I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

[  ]  **MAIL:** I enclosed said document(s) in a sealed envelope or package to each addressee. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, with postage fully prepaid.

[  ]  **HAND DELIVERY:** By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered by hand to the addressee(s) designated.

[  ]  **ELECTRONIC FILING:** I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Northern District of California.

/s/ Eric S. Rossman
Eric S. Rossman

**MOTION TO OPEN CASE - 4**

## SERVICE LIST

*Paula Sinclair vs. Monsanto Company*
*MDL No. 2741, Case No. 3:16-md-02741-VC*

Ryan S. Killian                                             Attorneys for Defendant
SHOOK, HARDY & BACON, L.L.P.
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX  77002
Tel:  (713) 227-8008; Fax:  (713) 227-9508
Email:  rkillian@shb.com; rboren@shb.com

Ryan S. Killian                                             Attorneys for Defendant
SHOOK, HARDY & BACON, L.L.P.
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Tel:  (424) 285-8330; Fax:  (424) 204-9093
Email:  rkillian@shb.com; rboren@shb.com

Z:\Work\S\Sinclair, Paula\Pleadings\Motion to Open Case.doc

**MOTION TO OPEN CASE - 5**