KATHRYN PODSIADLO (No. 299438)
Kathryn.Podsiadlo@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

DAVID KERSCHNER (admitted *pro hac vice*)
David.Kerschner@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689

LINDSAY STRONG (admitted *pro hac vice*)
Lindsay.Strong@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison, Suite 4200
Chicago, IL 60602-4231
Telephone: 312.583.2300
Facsimile: 312.583.2360

*Attorneys for Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br>This document relates to: <br><br>PETER ENGILIS, JR., et al. <br><br>Member Case No.: 3:19-cv-07859-VC | MDL No. 3:16-md-02741-VC <br><br>**DEFENDANT MONSANTO COMPANY'S ADMITTED EXHIBITS DAUBERT HEARING RE KEVIN B. KNOPF, MD** <br><br>Date: September 6, 2024 <br>Time: 1:00 p.m. <br>Place: Courtroom 4, 17th Floor <br><br>Judge: Honorable Vince Chhabria |

| Exhibit Number | DESCRIPTION |
|---|---|
| 101 | 10/25/22 Deposition Transcript of Kevin B. Knopf (Beckfield) |
| 102 | 08/05/22 Deposition Transcript of Kevin B. Knopf (Salas) |
| 103 | 10/10/22 Deposition Transcript of Kevin B. Knopf (Griswold) |
| 125 | 08/22/22 Kevin B. Knopf M.D. M.P.H. Expert Report |
| 153 | EPA Consumer Factsheet on: ALACHLOR |

Respectfully submitted,

DATED: September 6, 2024         **ARNOLD & PORTER KAYE SCHOLER LLP**

By:  */s/ Kathryn Podsiadlo*

KATHRYN PODSIADLO

*Attorneys for*
MONSANTO COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing DEFENDANT MONSANTO COMPANY'S ADMITTED EXHIBITS DAUBERT HEARING RE KEVIN B. KNOPF, MD via the Court's ECF system on September 6, 2024.

DATED: September 6, 2024

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Kathryn Podsiadlo

KATHRYN PODSIADLO

*Attorneys for*
MONSANTO COMPANY