```
 1   KATHRYN PODSIADLO (No. 299438)
     Kathryn.Podsiadlo@arnoldporter.com
 2   ARNOLD & PORTER KAYE SCHOLER LLP
     777 South Figueroa Street, 44th Floor
 3   Los Angeles, CA 90017-5844
     Telephone: 213.243.4000
 4   Facsimile: 213.243.4199
 5
     DAVID KERSCHNER (admitted pro hac vice)
 6   David.Kerschner@arnoldporter.com
     ARNOLD & PORTER KAYE SCHOLER LLP
 7   250 West 55th Street
     New York, NY 10019-9710
 8   Telephone: 212.836.8000
     Facsimile: 212.836.8689
 9
     LINDSAY STRONG (admitted pro hac vice)
10   Lindsay.Strong@arnoldporter.com
     ARNOLD & PORTER KAYE SCHOLER LLP
11   70 West Madison, Suite 4200
     Chicago, IL 60602-4231
12   Telephone: 312.583.2300
     Facsimile: 312.583.2360
13
14   Attorneys for Monsanto Company
15
16
17                           UNITED STATES DISTRICT COURT
18                          NORTHERN DISTRICT OF CALIFORNIA
19                               SAN FRANCISCO DIVISION
20
21   IN RE: ROUNDUP PRODUCTS            MDL No. 3:16-md-02741-VC
     LIABILITY LITIGATION,
22                                      DEFENDANT MONSANTO
     This document relates to:          COMPANY'S AMENDED ADMITTED
23                                      EXHIBITS DAUBERT HEARING RE
     BRETT BECKFIELD v. MONSANTO        KEVIN B. KNOPF, MD
24   COMPANY
                                        Date: September 6, 2024
25   Member Case No.: 3:21-cv-05322-VC  Time: 1:00 p.m.
                                        Place: Courtroom 4, 17th Floor
26
                                        Judge: Honorable Vince Chhabria
27
28
```

174627982v2

| Exhibit Number | DESCRIPTION |
|---|---|
| 101 | 10/25/22 Deposition Transcript of Kevin B. Knopf (Beckfield) |
| 102 | 08/05/22 Deposition Transcript of Kevin B. Knopf (Salas) |
| 103 | 10/10/22 Deposition Transcript of Kevin B. Knopf (Griswold) |
| 125 | 08/22/22 Kevin B. Knopf M.D. M.P.H. Expert Report |
| 153 | EPA Consumer Factsheet on: ALACHLOR |

Respectfully submitted,

DATED: September 10, 2024         **ARNOLD & PORTER KAYE SCHOLER LLP**

By: */s/ Kathryn Podsiadlo*

KATHRYN PODSIADLO

*Attorneys for*
MONSANTO COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing DEFENDANT MONSANTO COMPANY'S AMENDED ADMITTED EXHIBITS DAUBERT HEARING RE KEVIN B. KNOPF, MD via the Court's ECF system on September 10, 2024.

DATED: September 10, 2024              **ARNOLD & PORTER KAYE SCHOLER LLP**

                                       By:  */s/ Kathryn Podsiadlo*

                                            KATHRYN PODSIADLO

                                            *Attorneys for*
                                            MONSANTO COMPANY