UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **ORDER RE OMNIBUS *DAUBERT* MOTION** |
| | Re: Dkt. No. 18987 |

The Court's prior *Daubert* rulings do not warrant reconsideration in light of the amendments to Rule 702. Those rulings will continue to serve as the guideposts for decision in future motions to exclude general causation or specific causation experts. To the extent either side wishes to preserve arguments against future experts that the Court has rejected with respect to previous experts, they may do so in a brief filing.

The parties are directed to confer to determine which motions to exclude remain "live" in the wake of this order and the Court's August 21 order. By September 19, the parties must submit a joint filing that identifies the motions that remain live, identifies the motions (or portions of motions) that are withdrawn (understanding that any arguments contained in those motions remain preserved), and sets a briefing schedule that ensures all live Wave 7 motions are fully briefed by no later than October 14. To the extent the Court determines that *Daubert* hearings are necessary for any of the motions, they will be scheduled for the months of November and December.

**IT IS SO ORDERED.**

Dated: September 11, 2024

_____
VINCE CHHABRIA
United States District Judge