1  | **GOMEZ TRIAL ATTORNEYS**
   | John H. Gomez
2  | Lindsay R. Stevens
   | 755 Front Street
3  | San Diego, California 92101
   | Telephone: (619) 237-3490
4  | Facsimile: (619) 237-3496
   | Email: lindsay@getgomez.com
5  |
   | *Attorneys for Plaintiff*
6  |
7  | **SHOOK, HARDY & BACON L.L.P.**
   | Jennise W. Stubbs
8  | 600 Travis Street, Suite 3400
   | Houston, TX 77002-2026
9  | Telephone: (713) 227-8008
   | Facsimile: (713) 227-9508
10 | Email: jstubbs@shb.com
11 | *Attorney for Defendant Monsanto Company*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *John Luporini v. Monsanto Company*, Case No. 5:24-cv-03619-EJD | |

**JOINT NOTICE OF UNCONSOLIDATED TAG-ALONG ACTION**

This case involves allegations that exposure to glyphosate-based, Roundup®-branded herbicides caused the plaintiff personal injuries, including the development of non-Hodgkin's lymphoma. The case is thus a "tag-along" action within the meaning of Pretrial Order No. 1,

- 1 -

entered by Judge Chhabria in *In re: Roundup Products Liability Litigation*, Case No. 16-md-02741-VC, MDL No. 2741, Dkt. No. 2 ("PTO 1"). Under PTO 1, "[a]ny tag-along action transferred to this Court or filed in this District will be automatically consolidated with this action without the need for future motions or orders." *Id.* at 1. This action was directly filed in this district but has not been automatically consolidated in accordance with PTO 1. Accordingly, the Parties hereby give notice that this case is a tag-along action that should be consolidated for pretrial proceedings as part of MDL No. 2741 and re-assigned to Judge Chhabria.

Respectfully submitted this 18th day of September, 2024.

**GOMEZ TRIAL ATTORNEYS**

*/s/Lindsay R. Stevens*
John H. Gomez
Lindsay R. Stevens
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
Email: lindsay@getgomez.com

*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**

*/s/Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorney for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Jennise Stubbs, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

*/s/Jennise Stubbs*
Jennise Stubbs
**SHOOK, HARDY & BACON L.L.P.**