**WAGSTAFF LAW FIRM**
Aimee Wagstaff
Aimee.wagstaff@wagstafflawfirm.com
940 N. Lincoln Street
Denver, CO, 80203

**WEITZ & LUXENBERG**
Robin Greenwald
RGreenwald@weitzlux.com
700 Broadway
New York, NY 10003

**THE MILLER FIRM LLC**
David Dickens
ddickens@millerfirmllc.com
108 Railroad Ave.
Orange, VA 22960

*Co-lead counsel for Plaintiffs in MDL No. 2741*

**SHOOK HARDY & BACON LLP**
Anthony R. Martinez (pro hac vice)
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547

*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br><br>*WAVE 7 CASES* | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**JOINT SUBMISSION REGARDING STATUS OF MONSANTO'S MOTIONS TO EXCLUDE PLAINTIFFS' WAVE 7 EXPERTS AND PROPOSED BRIEFING SCHEDULE** |

      Pursuant to this Court's Order re Omnibus *Daubert* Motion dated September 11, 2014, the parties have conferred to determine which of Monsanto's motions to exclude Plaintiffs' Wave 7 experts remain "live" and which are "withdrawn (understanding that any arguments contained in those motions remain preserved)." (Dkt. No. 19225.) The parties identify the following pending motions and their status:

| No. | Docket Nos. | Plaintiffs' Expert | Case Nos. | Case Names | Status of Motion to Exclude |
|---|---|---|---|---|---|
| 1 | 18964 | Allen, Irving | 19-cv-05345<br>19-cv-05957<br>19-cv-05600<br>19-cv-06407 | Eilmes, Kenneth<br>Haase, Caryl Ann<br>Hayden, Neal<br>Huntley, Carol | **Withdrawn** – Plaintiffs withdrew this expert on August 30, 2024. (Dkt. No. 19103.) |
| 2 | 18995<br>18987 | Aronson, Kristan | 20-cv-03433<br>20-cv-08167<br>19-cv-05345<br>20-cv-08847<br>19-cv-08064<br>19-cv-06423<br>19-cv-05957<br>19-cv-05600<br>19-cv-06407<br>20-cv-07219<br>20-cv-08801<br>21-cv-00041<br>20-cv-08173<br>20-cv-05870<br>20-cv-08053<br>22-cv-00092<br>20-cv-05871 | Aldoupolis, George<br>Drons, Robert<br>Eilmes, Kenneth<br>Fox, Susan<br>Gannon, Jason<br>Gordon, Garfield<br>Haase, Caryl Ann<br>Hayden, Neal<br>Huntley, Carol<br>McDermott, Michael<br>Penalver, Jorge<br>Pinheiro, Eduino<br>Pinheiro, Paula<br>Rubin, Joel<br>Skonicki, Barbara<br>Sullivan, Patrick<br>Tudal, Steven | **See Parties' positions below.** |
| 3 | 19062 | Ashraf, Khaleel | 21-cv-07124<br>22-cv-00358<br>21-cv-03297 | Abel, Sandra<br>Ginkel, Peter<br>Rodgers, Roy | **Live** |
| 4 | 18950 | Benbrook, Charles | 21-cv-05971<br>19-cv-08064<br>21-cv-05398 | Fleischhauer, Dieter<br>Gannon, Jason<br>Hayes, Robin | **Preserve** – For re-filing and decision by trial judge, pursuant to PTO 202 (Dkt. No. 9143). |
| 5 | 18994 | Bobst, Sol | 21-cv-07124<br>20-cv-04654<br>20-cv-03720<br>17-cv-05084<br>21-cv-02705<br>20-cv-02650<br>19-cv-03014<br>21-cv-02550<br>21-cv-05621<br>19-cv-03786<br>19-cv-05598<br>21-cv-03297<br>19-cv-05310<br>17-cv-03448<br>21-cv-02908<br>20-cv-04758 | Abel, Sandra<br>Booth, David<br>Coressel, Denise<br>Cryan, Catherine<br>Dominique, Floyd<br>Doran, Jr., Richard<br>Holliday, Michael L.<br>Perillo, Antonio<br>Perry, Catherine A.<br>Putzrath, Mario<br>Rhuland, Jason<br>Rodgers, Roy<br>Rowland, Dean<br>Setzer, William<br>Stackhouse, Mark<br>Williams, Charles | **Live** |

| No. | Docket Nos. | Plaintiffs' Expert | Case Nos. | Case Names | Status of Motion to Exclude |
|---|---|---|---|---|---|
| 6 | 18984 | Boyd, Barry | 20-cv-04758 | Adams, III, Jesse R. | **Preserve** – Monsanto preserves its motion arguments. |
| 7 | 18962 | Conry, Robert | 21-cv-00675<br>20-cv-01419<br>20-cv-04834<br>20-cv-08167<br>20-cv-08847<br>21-cv-04928<br>19-cv-04606<br>19-cv-03539<br>20-cv-07219<br>20-cv-08801<br>20-cv-05870<br>22-cv-00092<br>20-cv-05871 | Boatright, Allen<br>Collins, James<br>Colton, Andrew<br>Drons, Robert<br>Fox, Susan<br>Fritscher, Bryan<br>Hoge, Merril<br>McCaskill, Matthew<br>McDermott, Michael<br>Penalver, Jorge<br>Rubin, Joel<br>Sullivan, Patrick<br>Tudal, Steven | **Preserve** – Monsanto preserves its motion arguments. |
| 8 | 19047 | Dorjee, Kunchok | 21-cv-02550 | Perillo, Antonio | **Live** |
| 9 | 18969 | Freidenfelds, Lara | 20-cv-00621<br>18-cv-01428<br>22-cv-00358<br>20-cv-00024<br>20-cv-03363<br>20-cv-02404<br>21-cv-00175<br>21-cv-00172<br>20-cv-08851 | Belfleur, Jean<br>Berenfeld, Sharon<br>Ginkel, Peter<br>Glassman, Phillip<br>Holmes, Christopher<br>Iona, Deborah<br>Kay, Linda<br>Proctor, Mark<br>Thompson, Matthew | **Live** – To the extent the Court determines this motion is subject to PTO 202 (Dkt. No. 9143), Monsanto preserves its motion arguments for re-filing and decision by the trial judge. |
| 10 | 18955 | Gandhi, Chintan | 20-cv-00248 | Fallon, Thomas I. | **Live** |
| 11 | 18956 | Goldberg, Jack | 20-cv-08053 | Skonicki, Barbara | **Live** |
| 12 | 19051 | Hamburg, Solomon | 20-cv-00621<br>18-cv-01428<br>20-cv-00024<br>20-cv-03363<br>20-cv-02404<br>21-cv-00172<br>20-cv-08851 | Belfleur, Jean<br>Berenfeld, Sharon<br>Glassman, Phillip<br>Holmes, Christopher<br>Iona, Deborah<br>Proctor, Mark<br>Thompson, Matthew | **Live** |
| 13 | 18954 | Haugh, Todd | 20-cv-00621<br>18-cv-01428<br>22-cv-00358<br>20-cv-00024<br>20-cv-03363<br>20-cv-02404<br>21-cv-00175<br>21-cv-00172<br>20-cv-08851 | Belfleur, Jean<br>Berenfeld, Sharon<br>Ginkel, Peter<br>Glassman, Phillip<br>Holmes, Christopher<br>Iona, Deborah<br>Kay, Linda<br>Proctor, Mark<br>Thompson, Matthew | **Live** – To the extent the Court determines this motion is subject to PTO 202 (Dkt. No. 9143), Monsanto preserves its motion arguments for re-filing and decision by the trial judge. |

JOINT SUBMISSION REGARDING STATUS OF MONSANTO'S MOTIONS TO EXCLUDE AND PROPOSED BRIEFING SCHEDULE

| No. | Docket Nos. | Plaintiffs' Expert | Case Nos. | Case Names | Status of Motion to Exclude |
|---|---|---|---|---|---|
| 14 | 18987 | Jameson, Charles Portier, Christopher Ritz, Beate | 16-md-02741 | All Actions (Omnibus Motion) | **Preserve** – Monsanto preserves its motion arguments. |
| 15 | 18960 | Lustig, Sara | 20-cv-02650 | Doran, Richard A. | **Live** – To the extent the Court determines this motion is subject to PTO 202 (Dkt. No. 9143), Monsanto preserves its motion arguments for re-filing and decision by the trial judge. |
| 16 | 18993 19048 19240 | Knopf, Kevin | 20-cv-03433 20-cv-04654 19-cv-05238 20-cv-03720 17-cv-05084 21-cv-02705 20-cv-02650 19-cv-05345 19-cv-06423 19-cv-05957 19-cv-05600 19-cv-03014 19-cv-06407 21-cv-00041 20-cv-08173 19-cv-03786 19-cv-05598 19-cv-05310 17-cv-03448 22-cv-05287 21-cv-02908 20-cv-04758 20-cv-00027 | Aldoupolis, George Booth, David Casale, Patricia Coressel, Denise Cryan, Catherine Dominique, Floyd Doran, Richard A. Eilmes, Jr., Kenneth Gordon, Garfield Haase, Caryl Ann Hayden, Neal Holliday, Michael L. Huntley, Carol Pinheiro, Eduino Pinheiro, Paula Putzrath, Mario Rhuland, Jason Rowland, Dean Setzer, William Sorrell, Chad Stackhouse, Mark Williams, Charles Wistinghausen, Robert | **Live** |
| 17 | 18951 | Kothari, Shalin | 21-cv-06562 | Agosta, Carl | **Live** |
| 18 | 18974 | Levin, Mark | 20-cv-00056 20-cv-00057 20-cv-02419 21-cv-05971 21-cv-05398 | Beisner, Eric Bodie, John Finnell, Patrick Fleischhauer, Dieter Hayes, Robin | **Live** – As to Fleischhauer and Hayes cases; withdrawn as to Beisner, Bodie, and Finnell cases. |
| 19 | 19041 | LoVecchio, Frank | 20-cv-00621 18-cv-01428 20-cv-00024 | Belfleur, Jean Berenfeld, Sharon Glassman, Phillip | **Live** |

| No. | Docket Nos. | Plaintiffs' Expert | Case Nos. | Case Names | Status of Motion to Exclude |
|---|---|---|---|---|---|
| | | | 20-cv-03363<br>20-cv-02404<br>21-cv-00172<br>20-cv-08851 | Holmes, Christopher<br>Iona, Deborah<br>Proctor, Mark<br>Thompson, Matthew | |
| 20 | 18991 | MacLean, Jason | 20-cv-00621<br>18-cv-01428<br>19-cv-05345<br>22-cv-00358<br>20-cv-00024<br>19-cv-05957<br>19-cv-05600<br>20-cv-03363<br>19-cv-06407<br>20-cv-02404<br>21-cv-00175<br>21-cv-00172<br>20-cv-08851 | Belfleur, Jean<br>Berenfeld, Sharon<br>Eilmes, Jr., Kenneth<br>Ginkel, Peter<br>Glassman, Phillip<br>Haase, Caryl Ann<br>Hayden, Neal<br>Holmes, Christopher<br>Huntley, Carol<br>Iona, Deborah<br>Kay, Linda<br>Proctor, Mark<br>Thompson, Matthew | **Live** – To the extent the Court determines this motion is subject to PTO 202 (Dkt. No. 9143), Monsanto preserves its motion arguments for re-filing and decision by the trial judge. |
| 21 | 19043 | Mehta, Amit R. | 21-cv-02550 | Perillo, Antonio | **Live** |
| 22 | 18963 | Miller, Thomas | 20-cv-00621<br>18-cv-01428<br>20-cv-01419<br>20-cv-00024<br>20-cv-03363<br>20-cv-02404<br>21-cv-00175<br>21-cv-00172<br>20-cv-08851 | Belfleur, Jean<br>Berenfeld, Sharon<br>Collins, James<br>Glassman, Phillip<br>Holmes, Christopher<br>Iona, Deborah<br>Kay, Linda<br>Proctor, Mark<br>Thompson, Matthew | **Live** – as to Sections IV.A (qualifications); Monsanto preserves its remaining motion arguments. |
| 23 | 18992 | Nabhan, Chadi | 20-cv-00621<br>18-cv-01428<br>20-cv-08518<br>21-cv-09937<br>16-cv-05786<br>20-cv-03363<br>20-cv-02404<br>20-cv-06194<br>20-cv-08851 | Belfleur, Jean<br>Berenfeld, Sharon<br>Daulton, Renee T.<br>El-Hakam, Bakri<br>Harris, Douglas<br>Holmes, Christopher<br>Iona, Deborah<br>Romano, Nathan P.<br>Thompson, Matthew | **Live** |
| 24 | 18968 | Petty, Stephen | 19-cv-04606 | Hoge, Merril | **Preserve** – For re-filing and decision by trial judge, pursuant to PTO 202 (Dkt. No. 9143). |
| 25 | 18949 | Sawyer, William R. | 20-cv-04746<br>21-cv-00675<br>20-cv-04834<br>21-cv-05971<br>19-cv-08064 | Adams, III, Jesse R.<br>Boatright, Allen<br>Colton, Andrew<br>Fleischhauer, Dieter<br>Gannon, Jason | **Preserve** – Monsanto preserves its motion arguments. |

JOINT SUBMISSION REGARDING STATUS OF MONSANTO'S MOTIONS TO EXCLUDE AND PROPOSED BRIEFING SCHEDULE

| No. | Docket Nos. | Plaintiffs' Expert | Case Nos. | Case Names | Status of Motion to Exclude |
|---|---|---|---|---|---|
|  |  |  | 21-cv-05398<br>20-cv-08053 | Hayes, Robin<br>Skonicki, Barbara |  |
| 26 | 18982 | Schiff, Ron | 20-cv-00621<br>18-cv-01428<br>20-cv-03363<br>20-cv-02404<br>21-cv-00175<br>20-cv-08851 | Belfleur, Jean<br>Berenfeld, Sharon<br>Holmes, Christopher<br>Iona, Deborah<br>Kay, Linda<br>Thompson, Matthew | **Live** – as to Section IV.A (general causation); Monsanto preserves its remaining motion arguments. |
| 27 | 18989 | Schneider, Andrew | 21-cv-08920<br>21-cv-06764 | Denenberg, Doug<br>Fisher, Marylnn | **Withdrawn** – pending dismissal. |
| 28 | 18957 | Smith, Clayton | 20-cv-03444<br>20-cv-05888 | Hutchison, Leslie<br>Lopez, Jose De Jesus Gonzalez | **Live** – as to Section II (specific causation); Monsanto preserves its remaining motion arguments. |
| 29 | 18985<br>18987 | Smith, Martyn | 20-cv-00621<br>18-cv-01428<br>20-cv-08518<br>21-cv-09937<br>22-cv-00358<br>20-cv-00024<br>16-cv-05786<br>20-cv-03363<br>20-cv-02404<br>21-cv-00175<br>21-cv-00172<br>20-cv-06194<br>20-cv-08851<br>19-cv-07858 | Belfleur, Jean<br>Berenfeld, Sharon<br>Daulton, Renee T.<br>El-Hakam, Bakri<br>Ginkel, Peter<br>Glassman, Phillip<br>Harris, Douglas<br>Holmes, Christopher<br>Iona, Deborah<br>Kay, Linda<br>Proctor, Mark<br>Romano, Nathan P.<br>Thompson, Matthew<br>Vander Groef, Chris | **See Parties' positions below.** |
| 30 | 18952 | Stewart, Dwight | 20-cv-02650 | Doran, Richard A. | **Live** |
| 31 | 18953 | Swiger, John A. | 20-cv-04834 | Colton, Andrew | **Live** – For re-filing and decision by trial judge, pursuant to PTO 202 (Dkt. No. 9143).[1] |
| 32 | 18986 | Weisenburger, Dennis | 20-cv-08518<br>21-cv-09937<br>16-cv-05786<br>20-cv-06194<br>19-cv-07858 | Daulton, Renee T.<br>El-Hakam, Bakri<br>Harris, Douglas<br>Romano, Nathan P.<br>Vander Groef, Chris | **Preserve** – Monsanto preserves its motion arguments. |
| 33 | 19046 | Wojciechowski, Brian | 19-cv-08064 | Gannon, Jason | **Live** |

---

[1] This is a new expert to the MDL. If the Court wishes to consider this motion, the parties will submit further briefing.

| No. | Docket Nos. | Plaintiffs' Expert | Case Nos. | Case Names | Status of Motion to Exclude |
|---|---|---|---|---|---|
| 34 | 18961 | Zhang, Luoping | 21-cv-05971<br>21-cv-05398 | Fleischhauer, Dieter<br>Hayes, Robin | **Live** |

**Areas of Disagreement**

1. <u>Kristan Aronson and Martyn Smith</u>

**Plaintiffs' Position:**

Often, Monsanto challenges experts twice – in the omnibus motion and then again in a stand-alone motion. This "double challenge" unfairly, and without justification, provides Monsanto an end around to exceed the *Daubert* page limits. When Monsanto files a stand-alone *Daubert* challenge, the portions of the omnibus brief related to that expert should not be considered "live" and no response should be required.

**Monsanto's Position:**

**Live** – These experts are new to the MDL. Where an expert's opinions were challenged in both the omnibus motion and a separate individual Daubert motion, the separate Daubert motion did not include the expert-specific arguments made in the omnibus motion. Thus, because the arguments in the omnibus and individual expert motions do not overlap, the portions of the omnibus motion pertaining to these new experts—never before considered by this Court—remain live. The individual motions to exclude these experts and the portions of the Omnibus Motion addressing these experts should be considered. Monsanto identifies the following sections in the omnibus motion pertaining to Kristan Aronson and Martyn Smith:

1. 9:9-10:5
2. 10:6-12
3. 10:13-18
4. 12:3-11
5. 12:21-28
6. 13:1-5
7. 13:27-14:14

| | 8. | 14:22-15:8 |
|---|---|---|
| | 9. | 16:11-24 |
| | 10. | 17:10-27 |
| | 11. | 18:1-21 |
| | 12. | 18:24-19:13 |
| | 13. | 19:20-20:2 |
| | 14. | 20:3-7 |
| | 15. | 21:24-23:5 |
| | 16. | 23:18-25:7 |
| | 17. | 25:10-28:10 |
| | 18. | 28:13-30:4 |
| | 19. | 30:27-35:18 |
| | 20. | 35:21-36:20. |

2.  Proposed Briefing Schedule

**Plaintiffs' Position:**

Although the briefing schedule has been stayed, Plaintiffs did not know what portions of the briefs would be "live" (and thus require a response), until recently. Further, extreme coordination is required for plaintiffs' counsel as often dozens of lawyers from several different law firms are editing a response brief. Plaintiffs propose the following briefing schedule in compliance with the Court's Order requiring all live Wave 7 motions be fully briefed by no later than October 14, 2024:

| Event | Date |
|---|---|
| *Daubert* Oppositions | October 1, 2024 |
| *Daubert* Replies | October 14, 2024 |

**Monsanto's Position:**

Pursuant to the Court's Order dated August 29, 2024, the deadlines for Plaintiffs to file any oppositions to Monsanto's motions were stayed. (Dkt. No. 19093.) Plaintiffs have had more than a month to prepare oppositions to Monsanto's motions. Monsanto proposes the following briefing schedule in compliance with the Court's Order requiring all live Wave 7 motions (identified above) be fully briefed by no later than October 14, 2024.

| Event | Date |
| --- | --- |
| Plaintiffs' Oppositions | September 23, 2024 |
| Monsanto's Replies | October 14, 2024 |

Dated: September 19, 2024    Respectfully submitted,

/s/ Aimee H. Wagstaff
**Wagstaff Law Firm**
Aimee Wagstaff
*Aimee.wagstaff@wagstafflawfirm.com*
940 N. Lincoln Street
Denver, CO, 80203

**Weitz & Luxenberg**
Robin Greenwald
*RGreenwald@weitzlux.com*
700 Broadway
New York, NY 10003

**The Miller Firm LLC**
David Dickens
*ddickens@millerfirmllc.com*
108 Railroad Ave.
Orange, VA 22960

*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

/s/ Anthony R. Martinez
**SHOOK HARDY & BACON LLP**
Anthony R. Martinez (*pro hac vice*)
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547

*Attorneys for Defendant Monsanto Company*

- 9 -
JOINT SUBMISSION REGARDING STATUS OF MONSANTO'S MOTIONS TO EXCLUDE AND PROPOSED BRIEFING SCHEDULE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of September 2024, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Aimee Wagstaff*