UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL WAVE 7 ACTIONS | **ORDER RE WAVE 7 *DAUBERT* MOTIONS** |

In accordance with the parties' joint submission at Dkt. No. 19272, the motions listed below are denied as moot in light of this Court's prior causation rulings. Any arguments contained in these motions are preserved for appeal.

| Dkt. No(s). | Expert Name | Case No(s). | Plaintiff Name |
|---|---|---|---|
| 18964 | Allen, Irving | 19-cv-05345<br>19-cv-05957<br>19-cv-05600<br>19-cv-06407 | Eilmes, Kenneth<br>Haase, Caryl Ann<br>Hayden, Neal<br>Huntley, Carol |
| 18950 | Benbrook, Charles | 21-cv-05971<br>19-cv-08064<br>21-cv-05398 | Fleischhauer, Dieter<br>Gannon, Jason<br>Hayes, Robin |
| 18984 | Boyd, Barry | 20-cv-04746 | Adams, III, Jesse R. |
| 18962 | Conry, Robert | 21-cv-00675<br>20-cv-01419<br>20-cv-04834<br>20-cv-08167<br>20-cv-08847<br>21-cv-04928<br>19-cv-04606<br>19-cv-03539 | Boatright, Allen<br>Collins, James<br>Colton, Andrew<br>Drons, Robert<br>Fox, Susan<br>Fritscher, Bryan<br>Hoge, Merril<br>McCaskill, Matthew |

| | | 20-cv-07219 | McDermott, Michael |
| | | 20-cv-08801 | Penalver, Jorge |
| | | 20-cv-05870 | Rubin, Joel |
| | | 22-cv-00092 | Sullivan, Patrick |
| | | 20-cv-05871 | Tudal, Steven |
| 18987 | Jameson, Charles Portier, Christopher Ritz, Beate | 16-md- 02741 | All Actions (Omnibus Motion) |
| 18968 | Petty, Stephen | 19-cv-04606 | Hoge, Merril |
| 18949 | Sawyer, William R. | 20-cv-04746 | Adams, III, Jesse R. |
| | | 21-cv-00675 | Boatright, Allen |
| | | 20-cv-04834 | Colton, Andrew |
| | | 21-cv-05971 | Fleischhauer, Dieter |
| | | 19-cv-08064 | Gannon, Jason |
| | | 21-cv-05398 | Hayes, Robin |
| | | 20-cv-08053 | Skonicki, Barbara |
| 18989 | Schneider, Andrew | 21-cv-08920 | Denenberg, Doug |
| | | 21-cv-06764 | Fisher, Marylnn |
| 18986 | Weisenburger, Dennis | 20-cv-08518 | Daulton, Renee T. |
| | | 21-cv-09937 | El-Hakam, Bakri |
| | | 16-cv-05786 | Harris, Douglas |
| | | 20-cv-06194 | Romano, Nathan P. |
| | | 19-cv-07858 | Vander Groef, Chris |

The plaintiffs shall file their oppositions to the remaining *Daubert* motions by September 30, 2024. Monsanto shall file replies by October 14, 2024. The replies are not optional, and each reply shall begin by listing each ground for exclusion asserted in the original motion, with citation to the relevant part of the motion. To the extent Monsanto seeks to rely on any arguments in its Omnibus brief to challenge Dr. Kristan Aronson or Dr. Martyn Smith, it shall attach the relevant pages of that brief to its replies. Evidentiary hearings on all Wave 7 *Daubert* motions will begin on November 1, 2024, at 10:00 a.m., with additional hearing dates to be announced as needed. The Court will identify for the parties which (if any) experts should be prepared to testify on November 1.

**IT IS SO ORDERED.**

Dated: September 23, 2024

_____
VINCE CHHABRIA
United States District Judge