UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Hakam v. Monsanto Co.,*<br>Case No.: 3:21-cv-09937-VC<br><br>*Groef v. Monsanto Co.,*<br>Case No.: 3:19-cv-07858-VC<br><br>*Romano v. Monsanto Co.,*<br>Case No.: 3:20-cv-06194-VC<br><br>*Harris v. Monsanto Co.,*<br>Case No.: 3:16-cv-05786-VC<br><br>*Gannon v. Monsanto Co.,*<br>Case No.: 3:19-cv-08064-VC | **ORDER ON PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 18978, 18979, 18980, 18981, 19050 |

The above-captioned motions for partial summary judgment on Monsanto's statute of limitations and statute of repose affirmative defenses are denied as moot because Monsanto has withdrawn the defenses. *See* Dkt. Nos. 19110, 19113, 19114, 19115, 19116.

**IT IS SO ORDERED.**

Dated: September 25, 2024

_____
VINCE CHHABRIA
United States District Judge