Jeffrey L. Haberman (FL Bar 98522) (*pro hac vice*)
jhaberman@schlesingerlaw.com
**SCHLESINGER LAW OFFICES, P.A.**
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Tel: (954) 467-8800
Fax: (954) 320-9509

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| *Philip Glassman v. Monsanto Company*, 3:20-cv-00024-VC | Case No. 3:16-md-02741-VC |
| *Deborah Iona v. Monsanto Company*, 3:20-cv-02404-VC | **NOTICE OF WITHDRAWAL OF CERTAIN GENERAL CAUSATION EXPERTS** |
| *Sharon Berenfeld v. Monsanto Company*, 3:18-cv-01428-VC | |
| *Mark Proctor v. Monsanto Company*, 3:21-cv-00172-VC | |
| *Jean Belfleur v. Monsanto Company*, 3:20-cv-00621-VC | |
| *Matthew Thompson v. Monsanto Company*, 3:20-cv-08851-VC | |
| *Christopher Holmes v. Monsanto Company*, 3:20-cv-03363-VC | |

**PLEASE TAKE NOTICE** that Plaintiffs in the above-captioned matters hereby withdraw the following general causation experts: Dr. Ron Schiff (Doc. No. 18982), Dr. Chadi Nabhan (Doc. No. 18992), and Dr. Thomas Miller (Doc. No. 18963). Accordingly,

the corresponding motions should be denied as moot.

Dated: September 27, 2024                Respectfully submitted,

/s/*Jeffrey L. Haberman*
Jeffrey L. Haberman
SCHLESINGER LAW OFFICES, P.A.
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Tel: (954) 467-8800
Fax: (954) 320-9509
jhaberman@schlesingerlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

*Jeffrey L. Haberman*
Jeffrey L. Haberman