UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Parry v. Monsanto Co.*,<br>Case No. 3:22-cv-03226-VC<br><br>*Dennis v. Monsanto Co.*,<br>Case No. 3:22-cv-03225-VC | **ORDER DENYING MOTIONS TO MOVE CASES TO LATER WAVES**<br><br>Re: Dkt. Nos. 19215, 19216 |

The motions to move the above-captioned cases to later waves are denied. As the Court has previously said, cases that have been moved from one wave to a later wave at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234. Although neither motion acknowledges that the cases have already been moved, a review of the dockets shows that they have. Despite that, neither motion describes any extraordinary circumstances—they only say that the plaintiffs would like additional time to complete discovery.

**IT IS SO ORDERED.**

Dated: October 8, 2024

_____
VINCE CHHABRIA
United States District Judge