UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Fallon v. Monsanto Co.*,<br>Case No. 3:20-cv-00248-VC | **ORDER DENYING MOTION TO MOVE CASE TO LATER WAVE**<br>Re: Dkt. No. 19356 |

The failure to understand the significance of Pretrial Order 288 is entirely the fault of plaintiff's counsel, and there is no excuse for it. Accordingly, the only circumstance in which the Court could justifiably alter the case schedule to permit the plaintiff to identify a new expert is if plaintiff's counsel agrees to pay the costs and attorneys' fees incurred by Monsanto in taking the deposition of the plaintiff's expert and filing the motion to exclude that expert. Plaintiff's counsel may not pass the cost of their malpractice on to their client. Within 7 days of this order, plaintiff's counsel must file a declaration stating either: (i) that they will pay all reasonable costs and attorneys' fees incurred by Monsanto in taking the deposition of the plaintiff's expert and filing the motion to exclude that expert, without passing the cost on to their client; or (ii) that they will not pay those costs and fees. If they agree to pay the costs and fees, the motion to move the case to a later wave will be granted. If they don't, the motion to move the case to a later wave will be denied, and plaintiff's counsel can deal with the repercussions of their malpractice.

**IT IS SO ORDERED.**

Dated: October 25, 2024

_____

VINCE CHHABRIA  
United States District Judge