UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*SEE APPENDIX* | **PRETRIAL ORDER NO 296: ORDER DENYING MOTIONS TO EXCLUDE EXPERTS STEWART, SWIGER, HAUGH, LUSTIG, WELCH-DUJARDIN, AND MACLEAN**<br><br>Re: Dkt. Nos. 18952, 18953, 18954, 18960, 18983, 18991 |

Monsanto has moved to exclude the testimony of five non-causation experts: Stewart, who opines on land valuation and appraisal; Swiger, who opines on economic loss; Haugh, who opines on business law and ethics; Lustig, who opines on the future costs of medical care; and Maclean, who opines on regulatory capture. The plaintiffs have also moved to exclude the testimony of expert Welch-Dujardin, whose opinions relate to EPA regulations and do not touch on causation. These motions are denied without prejudice. The Court has previously ruled that that the admissibility of non-causation expert testimony should be decided by the transferor court after remand. *See* Pretrial Order No. 202 (Dkt. No. 9143). For the sake of clarity, none of these experts may opine directly or indirectly about causation.

**IT IS SO ORDERED.**

Dated: October 30, 2024

_____
VINCE CHHABRIA
United States District Judge

## APPENDIX

| | |
|---|---|
| *Doran v. Monsanto Co.* | Case No. 3:20-cv-02650-VC |
| *Colton v. Monsanto Co.* | Case No. 3:20-cv-04834-VC |
| *Kay v. Monsanto Co.* | Case No. 3:21-cv-00175-VC |
| *Glassman v. Monsanto Co.* | Case No. 3:20-cv-00024-VC |
| *Iona v. Monsanto Co.* | Case No. 3:20-cv-02404-VC |
| *Berenfield v. Monsanto Co.* | Case No. 3:18-cv-01428-VC |
| *Proctor v. Monsanto Co.* | Case No. 3:21-cv-00172-VC |
| *Belfleur v. Monsanto Co.* | Case No. 3:20-cv-00621-VC |
| *Thompson v. Monsanto Co.* | Case No. 3:20-cv-08851-VC |
| *Holmes v. Monsanto Co.* | Case No. 3:20-cv-03363-VC |
| *Ginkel v. Monsanto Co.* | Case No. 3:22-cv-00358-VC |
| *Gordon v Monsanto Co.* | Case No. 3:19-cv-06423-VC |
| *Pinheiro v Monsanto Co.* | Case No. 3:21-cv-00041-VC |
| *Pinheiro v Monsanto Co.* | Case No. 3:20-cv-08173-VC |
| *Eilmes v. Monsanto Co.* | Case No. 3:19-cv-05345-VC |
| *Haase v. Monsanto Co.* | Case No. 3:19-cv-05957-VC |
| *Hayden v. Monsanto Co.* | Case No. 3:19-cv-05600-VC |
| *Huntley v. Monsanto Co.* | Case No. 3:19-cv-06407-VC |