UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO 298: ORDER DENYING MOTION TO EXCLUDE EXPERT FREIDENFELDS** |
| *Kay v. Monsanto Co.*, Case No. 3:21-cv-00175-VC | |
| | Re: Dkt. No. 18969 |
| *Iona v. Monsanto Co.*, Case No. 3:20-cv-02404-VC | |
| *Glassman v. Monsanto Co.*, Case No. 3:20-cv-00024-VC | |
| *Berenfeld v. Monsanto Co.*, Case No. 3:18-cv-01428-VC | |
| *Proctor v. Monsanto Co.*, Case No. 3:21-cv-00172-VC | |
| *Belfleur v. Monsanto Co.*, Case No. 3:20-cv-00621-VC | |
| *Thompson v. Monsanto Co.*, Case No. 3:20-cv-08851-VC | |
| *Holmes v. Monsanto Co.*, Case No. 3:20-cv-03363-VC | |
| *Ginkel v. Monsanto Co.*, Case No. 3:22-cv-00358-VC | |

2

     Monsanto's motion to exclude the testimony of Lara Freidenfelds is denied without prejudice. Freidenfelds' testimony relates to corporate conduct by Monsanto and not causation. As previously (and repeatedly) explained, the admissibility of non-causation expert testimony should be decided by the transferor court after remand. *See* Pretrial Order No. 202 (Dkt. No. 9143). For the sake of clarity, Freidenfelds may not opine directly or indirectly about causation.

     **IT IS SO ORDERED.**

Dated: December 3, 2024

_____
VINCE CHHABRIA
United States District Judge