UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Fleischhauer v. Monsanto Co.*, Case No. 3:21-cv-05971-VC  *Hayes v. Monsanto Co.*, Case No. 3:21-cv-05398-VC | **PRETRIAL ORDER NO. 300: ORDER GRANTING MOTION TO EXCLUDE EXPERT ZHANG**  Re: Dkt. No. 18961 |

Monsanto filed a motion to exclude the expert testimony of Dr. Luoping Zhang. In response, the plaintiffs filed notices withdrawing Dr. Zhang as an expert. Therefore, Monsanto's unopposed motion is granted.

**IT IS SO ORDERED.**

Dated: December 3, 2024

VINCE CHHABRIA
United States District Judge