UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Graves v. Monsanto Co.*,<br>Case No. 3:21-cv-09832-VC<br><br>*Jobman v. Monsanto Co.*,<br>Case No. 3:22-cv-00093-VC<br><br>*Oehlmann v. Monsanto Co.*,<br>Case No. 3:20-cv-03067-VC<br><br>*Carmiel v. Monsanto Co.*,<br>Case No. 3:22-cv-03389-VC<br><br>*Strickland v. Monsanto Co.*,<br>Case No. 3:23-cv-02509-VC<br><br>*Thuss v. Monsanto Co.*,<br>Case No. 3:19-cv-07533-VC | **ORDER DENYING MOTIONS TO MOVE WAVES**<br><br>Re: Dkt. No. 19305, 19306, 19571, 19583 |

      The motions to move the above-captioned cases to later waves are denied. As the Court has previously said, cases that have been moved from one wave to a later wave at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234. All of the above-captioned cases have been moved before and yet none of them make a showing of extraordinary circumstances. The motions in *Graves* and *Jobman* make no mention of the prior moves and provide no explanation of the circumstances other than that they have

been unable to complete discovery. The motion in *Oehlmann* and *Carmiel* says the cases have not been moved before, but the docket shows they have, and the motion does not explain the circumstances other than that they have been unable to complete discovery. Finally, Plaintiffs Strickland and Thuss only offer the excuse that issues with responsiveness and scheduling beyond their control have delayed discovery. Scheduling issues with third parties could potentially create exceptional circumstances, but these plaintiffs have not explained how they do here.

**IT IS SO ORDERED.**

Dated: December 3, 2024

_____
VINCE CHHABRIA
United States District Judge