UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Kos v. Monsanto Co.*,<br>Case No.: 3:21-cv-05795-VC<br><br>*Sinclair v. Monsanto Co.*,<br>Case No.: 3:21-cv-05795-VC | **ORDER GRANTING MOTIONS TO OPEN CASE**<br><br>Re: Dkt. Nos. 19152, 19153 |

The motions to open a case filed in the above-captioned cases are granted. Pursuant to PTO No. 155, the plaintiffs must e-file new individual cases with a Short Form Complaint with this Order attached as an exhibit and pay the applicable filing fees. The Short Form Complaint for each member case will relate back to the date on which the original complaint was filed. The member cases will be placed in MDL Wave 9E.

**IT IS SO ORDERED.**

Dated: December 5, 2024

_____
VINCE CHHABRIA
United States District Judge