UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT** |
| *James Phelps v. Monsanto Co.*, Case No.: 3:23-cv-03512-VC | Re: Dkt. Nos. 19696, 19697 |
| *Darlene Luther v. Monsanto Co.*, Case No.: 3:23-cv-03508-VC | |

In both of the above-captioned cases, Monsanto filed a motion for summary judgment on the grounds that the plaintiffs failed to disclose a specific causation expert. Neither of the plaintiffs have filed an opposition. Accordingly, the motions are granted.

**IT IS SO ORDERED.**

Dated: December 16, 2024

_____

VINCE CHHABRIA
United States District Judge