UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Dennis Adrion v. Monsanto Co.*,<br>Case No. 3:24-cv-01124-VC | **ORDER GRANTING MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS**<br>Re: Dkt. No. 19688 |

Monsanto filed a motion to dismiss for insufficient service of process in the above-captioned case. The plaintiff has not filed an opposition. Accordingly, the motion is granted.

**IT IS SO ORDERED.**

Dated: December 16, 2024

VINCE CHHABRIA
United States District Judge