KATHRYN PODSIADLO (No. 299438)
Kathryn.Podsiadlo@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br><br>DEBORAH IONA et al,<br><br>     Plaintiffs,<br><br> v.<br><br>MONSANTO COMPANY,<br><br>     Defendants.<br><br>Member Case No. 3:20-cv-02404-VC | MDL No. 3:16-md-02741-VC<br><br>**DEFENDANT MONSANTO COMPANY'S ADMITTED EXHIBIT EVIDENTIARY HEARING RE BRUCE WODA, MD**<br><br>Date: December 16, 2024<br>Time: 2:00 p.m.<br>Place: By Zoom<br><br>Judge: Honorable Vince Chhabria |

| Exhibit Number | DESCRIPTION |
|---|---|
| 1 | Bruce A. Woda, MD Expert Report in *Iona v. Monsanto Co.* |

                                  Respectfully submitted,

DATED: December 18, 2024        **ARNOLD & PORTER KAYE SCHOLER LLP**

                            By:  */s/ Kathryn Podsiadlo*

                                KATHRYN PODSIADLO

                                *Attorneys for Monsanto Company*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served a copy of the foregoing DEFENDANT MONSANTO COMPANY'S ADMITTED EXHIBIT EVIDENTIARY HEARING RE BRUCE WODA, MD via the Court's ECF system on December 18, 2024.

DATED: December 18, 2024                    **ARNOLD & PORTER KAYE SCHOLER LLP**

By:  /s/ Kathryn Podsiadlo

KATHRYN PODSIADLO

*Attorneys for Monsanto Company*