UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Iona v. Monsanto Co.*,<br>Case No. 3:20-cv-02404-VC | **PRETRIAL ORDER NO. 303: ORDER DENYING PLAINTIFF'S MOTION TO EXCLUDE EXPERT WODA**<br><br>Re: Dkt. No. 19049 |

      The above-captioned motion regarding Dr. Bruce Woda is denied. This ruling assumes the reader's familiarity with the facts, the applicable legal standard, the prior *Daubert* rulings in this MDL, and the arguments made by the parties. *See generally In re Roundup Products Liability Litigation*, 390 F. Supp. 3d 1102 (N.D. Cal. 2018) (Pretrial Order No. 45, Dkt. No. 1596); *In re Roundup Products Liability Litigation*, 358 F. Supp. 3d 956 (N.D. Cal. 2019) (Pretrial Order No. 85, Dkt. No. 2799); *Hardeman v. Monsanto Company*, 997 F.3d 941 (9th Cir. 2021).

      Plaintiff Iona challenges both Dr. Woda's qualifications and the substance of his opinions. With respect to his qualifications, although at the hearing Dr. Woda appeared to exaggerate the extent to which he engages with epidemiology in his own day-to-day practice, the Court cannot conclude—considering his overall training and experience—that he is unqualified to provide an opinion on the epidemiological studies related to glyphosate. With respect to substance, the mere fact that Dr. Woda began his literature search using the Google search engine does not render his opinion or his methodology unreliable.

2

**IT IS SO ORDERED.**

Dated: December 20, 2024

_____
VINCE CHHABRIA
United States District Judge