UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Anderson v. Monsanto Co.*,<br>Case No. 3:19-cv-08034-VC<br><br>*Mank v. Monsanto Co.*,<br>Case No. 3:19-cv-08035-VC | **ORDER REGARDING INCORRECTLY FILED MOTIONS**<br><br>Re: Dkt. Nos. 19075, 19076 |

Pursuant to Pretrial Order No. 1 of *In re Roundup Products Liability Litigation*, 16-md-2741-VC, all documents filed in MDL member cases must be filed on both the master docket and the docket of the member case.

The motions filed at the above docket numbers are being terminated. If the documents are refiled in accordance with Pretrial Order No. 1, the Court will consider the filings.

**IT IS SO ORDERED.**

Dated: December 27, 2024

_____
VINCE CHHABRIA
United States District Judge