UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Hueschen v. Monsanto Co.*, Case No. 3:21-cv-04937-VC<br>*Schroeder v. Monsanto Co.*, Case No. 3:20-cv-01275-VC | **ORDER REGARDING PLAINTIFFS' MOTIONS TO DISMISS**<br>Re: Dkt. No. 19058, 19069 |

The Court understands that the plaintiffs' counsel in the above-captioned cases have had a breakdown in communications with their clients, which led the plaintiff's counsel to file these motions to dismiss. That was the wrong motion to file. The plaintiff's counsel should have filed motions to withdraw and given their clients an opportunity to find new counsel or tell the Court that they would represent themselves. The Court will give the plaintiffs one more opportunity to do that.

Within 28 days, the plaintiffs shall file a notice indicating whether they intend to pursue the action with new counsel or representing themselves. If the plaintiffs do not file that notice, the Court will dismiss their cases without prejudice (meaning the plaintiff might be able to refile the case later if they wish). If the plaintiffs do file that notice, the Court will move their cases to the wave 9.

Counsel for Monsanto shall provide copies of this order to the plaintiffs, and file declarations within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: January 2, 2025

_____
VINCE CHHABRIA
United States District Judge