UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Straub v. Monsanto Co.*,<br>Case No. 3:22-cv-03829-VC | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 19698 |

The plaintiff's motion for leave to file a second amended complaint is granted.

**IT IS SO ORDERED.**

Dated: January 13, 2025

VINCE CHHABRIA
United States District Judge