UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *ALL WAVE 8 CASES* | **ORDER RE WAVE 8 *DAUBERT* MOTIONS** |

As the parties prepare their *Daubert* motions in Wave 8, they should carefully review the Court's recent Wave 7 orders. If a party is considering filing a motion that covers an issue addressed in a previous order, they should clearly note in their motion that the issue is being raised for preservation purposes only.

**IT IS SO ORDERED.**

Dated: January 14, 2025

_____
VINCE CHHABRIA
United States District Judge