**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonstekloff.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030 | Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843 | Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

**BRYAN CAVE LEIGHTON PAISNER LLP**
K. Lee Marshall (CA Bar No. 277092)
(klmarshall@bclplaw.com)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: 415-675-3400 | Fax: 415-675-3434

Jed P. White (CA Bar No. 232339)
(jed.white@bclplaw.com)
Linda C. Hsu (CA Bar No. 239880)
(linda.hsu@bclplaw.com)
120 Broadway, Suite 300
Santa Monica, CA 90401
Tel:  310-576-2100 | Fax: 310 -576-2200

*Attorneys for Defendant Monsanto Company*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, | MDL No. 2741 |
|---|---|
| | Case No.: 3:16-md-02741-VC |
| *Johnetta Scheh, et al. v. Monsanto Company*, Case No.: 3:20-cv-02427-VC | **DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF JOEL J. GAGNIER AND FOR SUMMARY JUDGMENT** |
| | Hearing: |
| | Date:   TBD (if necessary) |
| | Time:   TBD |
| | Place:   San Francisco Courthouse, Courtroom 4 – 17th Floor |

DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF JOEL J. GAGNIER AND FOR SUMMARY JUDGMENT

## DECLARATION OF LINDA C. HSU

I, Linda C. Hsu, declare as follows:

1.    I am an attorney duly admitted to practice before all state and federal courts in the State of California. I am a partner with Bryan Cave Leighton Paisner LLP, counsel of record for Defendant Monsanto Company ("Monsanto"). I have personal knowledge of the information set forth in this declaration and, if called upon to do so, could and would testify truthfully and competently with respect thereto.

2.    Attached as **Exhibit A** is a true and correct copy of Joel J. Gagnier's expert report, dated October 14, 2024, issued in *Scheh v. Monsanto Company*, U.S.D.C. N.D. Cal. Case No. 3:20-cv-02427-VC.

3.    Attached as **Exhibit B** are true and correct copies of excerpts from the Videotaped Deposition of Joel J. Gagnier taken in *Scheh v. Monsanto Company*, U.S.D.C. N.D. Cal. Case No. 3:20-cv-02427-VC, dated January 14, 2025.

4.    Attached as **Exhibit C** are true and correct copies of excerpts from the Videotaped Deposition of Joel J. Gagnier taken in *Alesi v. Monsanto Company*, Cir. Ct. of St. Louis Cty., Case No. 19SL-CC03617, dated March 28, 2022.

5.    Attached as **Exhibit D** is a true and correct copy plaintiff expert Joel J. Gagnier's curriculum vitae.

6.    Attached as **Exhibit E** is a true and correct copy of McDuffie, et al., Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health, 10 Cancer Epidemiology, Biomarkers & Prevention 1155, 1156 (2001).

7.    Attached as **Exhibit F** are true and correct copies of excerpts from the Videotaped Deposition of Joel J. Gagnier taken in *Ferro v. Monsanto Company*, Cir. Ct. of St. Louis Cty., Case No. 20SL-CC03678, dated June 1, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 21st day of January 2025, in Santa Monica, California.

_____
Linda C. Hsu

- 1 -

DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF JOEL J. GAGNIER AND FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of January, 2025, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Linda C. Hsu
Linda C. Hsu

DECLARATION OF LINDA C. HSU IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF JOEL J. GAGNIER AND FOR SUMMARY JUDGMENT