# EXHIBIT A

**I. EXPERT BACKGROUND**

**A. Qualifications**

1. I am Dr. Joel Gagnier ND, MSc, PhD. I am a Naturopathic Doctor (trained in primary care medicine), Clinical Epidemiologist and scientific researcher. I had a private primary care practice for 10 years and have been doing clinical research and biostatistics for 25 years.

2. I received my B.A. degree in Honors Psychology (with thesis and high distinction) from the University of Windsor, Windsor, Ontario, Canada, in 1996. I then received my ND degree in 2001 from the Canadian College of Naturopathic Medicine. Then I completed an MSc in Clinical Epidemiology and Health Care Research in 2005 and a PhD in Medical Sciences with a focus in Clinical Epidemiology and Biostatistics in 2009, both from the University of Toronto, Toronto, Ontario, Canada. I then completed postdoctoral training in Epidemiologic Methods in the Department of Epidemiology in 2009-2010, School of Public health, University of Michigan, Ann Arbor, Michigan, USA. For my graduate degrees and post-doctoral fellowship I was awarded three separate, highly competitive, research fellowships from the Canadian Institutes of Health Research.

3. I have had eminent graduate supervisors and mentors such as Drs Claire Bombardier MD, Hal Morgenstern PhD, Douglas Altman DSc, Joseph Beyene PhD, Dan Clauw MD, David Moher PhD, and Paula Rochon MD, MPH. They have trained me very well over the years.

4. I am an Associate Professor with tenure in the Department of Epidemiology and Biostatistics and the Department of Surgery, Schulich School of Medicine and Dentistry, Western University, London, Ontario, Canada.

5. In my academic career I am a Clinical Epidemiologist who directs a clinical and methodologic research program. My research expertise and program fit broadly into two inter-related areas: 1. Clinical research for improving outcomes and safety of health-care interventions for musculoskeletal (MSK) and pain conditions (e.g., shoulder pathologies, ligamental and cartilaginous conditions of the knee and hip, MSK injuries) and the role of comorbidities (e.g., dyslipidemias, smoking, diabetes, exercise) in predicting outcomes, and; 2. Methodologic research aimed at improving the design, biostatistical analyses and reporting of clinical research (e.g., psychometric properties of patient reported outcome measures, biostatistical methods in clinical research, research reporting recommendations, core outcome sets, systematic reviews and meta-analyses). I have published over 170 peer-reviewed scientific papers and I have also published several book chapters in these areas. I have been an investigator on many clinical studies and have received over 15 million dollars in extramural and intramural funding to do so. I have recognized expertise across these areas.

6. I have been an editor and editorial board member for many academic journals. I am Editor in Chief of a SAGE journal Research Methods in Medicine & Health Sciences (2018 to present). I have been an associate editor for BioMed Central (BMC) Trials (2018 to 2020), BMC Medical Research Methodology (2016 to 2020), BMC Musculoskeletal Disorders (2016 to 2020), Public Library of Science (PLOS) – One (2006 to 2020). I am an editorial board member of Translational Sports Medicine (2017

to present), Sports Medicine - Open (2014 to present), Clinical Trials (2012 to present), World Journal Of Orthopaedics (2010 to present), and International Journal of Applied Research in Natural Products (2006 to present). I have been an invited peer-reviewer for many peer-reviewed journals including: BMJ Case Reports (2018-present), Value in Health (2017 to present); Quality of Life Research (2017 to present); Journal of Orthopaedic Trauma (2017 to present); Cancer Epidemiology (2017 to present); BMJ-Open (2017 to present); Journal of the American Medical Association – Oncology (2016 to present), Journal of the American Medical Association (2012 to present), BMC Complementary and Alternative Medicine (2016 to present), British Journal of Rheumatology (2016 to present), The Journal of Rheumatology (2014 to present), Journal of Orthopaedic Research (2014 to present), American Journal of Sports Medicine (2014 to present), Clinical Trials (2013-present), Annals of Surgery (2012 to present), Cochrane Collaboration Musculoskeletal Group (2012 to present), British Medical Journal (2010 to present), Journal of Bone and Joint Surgery (2011 to present), BMC Medicine (2011 to present), QJM: An international Journal of Medicine (2008 to present), European Heart Journal (2005 to present), Trials (2009 to present), Current Medical Research and Opinion (2008 to present), Headache (2003 to present), BMC Medical Research Methodology (2004 to present), Anemia guidelines for family practice, 2nd edition (2007), Journal of Clinical Epidemiology (2004 to present), Cochrane Collaboration Back Review Group (2003 to present), Annals of Internal Medicine (2006 to present), Canadian Medical Association Journal (2005 to present), Clinical Nutrition (2002 to present), Cephalalgia (2001 to present), British Journal of Clinical Pharmacology (2006 to present). I have also been invited to be a peer-reviewer

for many granting agencies and foundations including: the Wellcome Trust (2018 to present), Arthritis Research UK (2018 to present), Tryg Foundation, Denmark (2016 to present), Orthopaedic Research and Education Foundation (OREF) Rockwood Clinical Research in Shoulder Care (2016 – present), National Institutes of Health – Early Career Reviewer Program (2013 to present), Agency for Health Research and Quality (2012 to present), Food and Health Bureau, The People's Republic of China (2009 to present); Canadian Institutes of Health Research, Randomized Controlled Trials Unit (2004 to present), The Hospital for Sick Children Foundation, National Grants Program (2004 to present); Natural Health Products Directorate, Health Canada (2003 to present).

## B. Curriculum Vitae and Publications

7. My complete up to date curriculum vitae is provided with this report.

## C. Compensation

8. I am receiving compensation in this case of $500.00 per hour. My compensation is not contingent on my opinions and does not depend on the outcome of this matter.

## II. ASSIGNMENT, SUMMARY OF OPINIONS AND MATERIALS RELIED UPON

## a. Summary of Opinions

9. I have collected, reviewed, assessed and provided a scientific opinion on the human clinical epidemiologic research evidence regarding the relationship between exposure to glyphosate-based herbicides and the risk of non-Hodgkin lymphoma (NHL) including its various sub-types.

10. *Approach to my assessment*. I will proceed as follows in this report: 1. Describe the most recent systematic reviews and meta-analyses on this topic, noting their findings as

4

well as strengths and weaknesses in a formal critique using the AMSTAR-2 guidance [53] , 2. Describe methods of the new up to date systematic review and meta-analysis I performed including recent studies not included in prior reviews, 3. Describe the results of the extensive literature search performed, 4. Describe the included studies acquired, 5. Perform a formal critical appraisal (risk of bias assessment) of each included article, 6. Describe the meta-analytic findings, 7. Describe explorations of heterogeneity of effect across the studies, 8. Describe the results of my exploration of publication bias, 9. Describe the G.R.A.D.E. assessment across the acquired evidence, 10. Provide a discussion of the evidence, 11. Provide my overall summary opinion of the evidence.

11. **Critical Review of Systematic reviews**

I searched Medline up to September 2022 for systematic reviews and meta-analyses and found 5 relevant studies as well as 1 IARC report. I chose to search Medline only since systematic reviews are not my primary resource, but an important section of the literature to discuss and frame the overall evidence. Furthermore, the results of these systematic reviews can be compared and contrasted with my new and updated systematic review findings. Therefore, this "critical review of systematic reviews" should not be considered a systematic review of systematic reviews. But I do provide a formal critical appraisal of these systematic reviews using the well accepted and adopted AMSTAR-2 tool, a measurement tool for the assessment of multiple systematic reviews, the results of which are reported in table 1 below. This assessment was done in duplicate by two trained reviewers who met and easily resolved any disagreements. AMSTAR-2 defines 16 criteria to assess systematic reviews on and offers guidance on rating the overall confidence in the results of the review (see Box 1 and 2 in reference

5

53). All included systematic reviews were critically low in overall confidence in the results for varying reasons. I discuss each systematic review below.

Table 1: Assessment of systematic reviews using AMSTAR-2 Criteria

| ASMTAR-2 Criteria | Study | | | | | |
|---|---|---|---|---|---|---|
| | Schinasi, 2014 | Chang & Delzell, 2016 | Zhang, 2019 | Donato, 2020 | Kabat, 2021 | Bofetta, 2021 |
| 1.Did the research questions and inclusion criteria for the review include the components of PICO? | Y | Y | Y | Y | N | Y |
| 2. Did the report of the review contain an explicit statement that the review methods were established prior to the conduct of the review and did the report justify any significant deviations from the protocol? | N | N | N | Y | N | N |
| 3. Did the review authors explain their selection of the study designs for inclusion in the review? | Y | Y | Y | Y | Y | Y |
| 4. Did the review authors use a comprehensive literature search strategy? | N | PY | N | Y | N | Y |
| 5. Did the review authors perform study selection in duplicate? | N | Y | N | Y | N | Y |
| 6. Did the review authors perform data extraction in duplicate? | N | N | N | N | N | N |
| 7. Did the review authors provide a list of excluded studies and justify the exclusions? | Y | N | Y | N | N | N |
| 8. Did the review authors describe the included studies in adequate detail? | Y | Y | Y | Y | N | Y |
| 9. Did the review authors use a satisfactory technique for assessing the risk of bias (RoB) in individual studies that were included in the review? | N | PY | Y | N | N | N |
| 10. Did the review authors report on the sources of funding for the studies included in the review? | N | Y | N | N | N | N |
| 11. If meta-analysis was performed, did the review authors use appropriate methods for statistical combination of results? | Y | Y | Y | N | Y | N |
| 12. If meta-analysis was performed, did the review authors assess the potential impact of RoB in individual studies on the results of the meta-analysis or other evidence synthesis? | N | N | N | N | N | N |
| 13. Did the review authors account for RoB in primary studies when interpreting/discussing the results of the review? | N | Y | N | N | N | N |
| 14. Did the review authors provide a satisfactory explanation for, and discussion of, any heterogeneity observed in the results of the review? | Y | Y | Y | Y | Y | Y |
| 15. If they performed quantitative synthesis did the review authors carry out an adequate investigation of publication bias (small study bias) and discuss its likely impact on the results of the review? | N | Y | Y | Y | N | Y |
| 16. Did the review authors report any potential sources of conflict of interest, including any funding they received for conducting the review? | Y | Y | Y | Y | Y | Y |
| Overall Confidence in the results of the review | Critically Low | Critically Low | Critically Low | Critically Low | Critically Low | Critically Low |

6

First, Schinasi and Leon (2014)[1] searched the literature (PubMed and Web of Science) from 1980 to June 31st 2013, and performed meta-analyses using a random effects model and they used the effect estimates from individual studies that were the most adjusted (i.e., the individual study effect estimated that was most adjusted for statistically for potential confounders such as age, location etc). They also performed sensitivity analyses for study design, gender, geographic area, decade of cancer diagnosis, and source of controls in the case-control studies. They included a total of 6 studies (case-control of cohort studies)[2-7] looking at the association of glyphosate exposure or not with NHL and reported a meta risk ratio (RR) of 1.5 (95% confidence interval (CI): 1.1-2.0) and an $I^2$ = 32.7%. This means on average, that individuals exposed to glyphosates had an increased risk of 50% of developing NHL, and that the smallest possible increase in risk was 10% and the largest possible increase in risk was 100%, relative to the non-glyphosate exposed individuals. Also, the $I^2$ value which is a measure of the magnitude of statistical heterogeneity was 32.7% in this meta-analysis, meaning that the statistical heterogeneity was low across these trials, meaning that the results were relatively homogeneous across included studies. They also performed a meta-analysis across two studies [4,8] of glyphosate exposure or not and B cell lymphoma and report a RR of 2.0 (95% CI: 1.1-3.6) and an $I^2$ value of 0.0%, meaning the risk of B cell lymphoma in the glyphosate exposure group was on average 100% that of the non-glyphosate exposed group. Also, at the very least the risk of B cell lymphoma in the glyphosate exposed group is 10% and at most 300% the risk in the non-exposed groups. The $I^2$ of 0% indicates that the findings were homogeneous with

7

no statistical variation across the individual study effect estimates. They did not see any variations in effect in their sensitivity analyses, showing a robustness of treatment effect (meta RR) for the association of glyphosates and NHL. This meta-analysis has the following strengths: Comprehensive meta-analytic methods, sensitivity analyses, using most adjusted estimates and only including case control and cohort studies. But it has the following drawbacks: Searching only PubMed and web of science, only including English language studies, not performing risk of bias assessments of the included studies and not examining the risk of publication bias. From my analysis in table 1, you will see that the overall confidence in the results of this review is critically low. A critically low rating means that there is more than one critical flaw with or without non-critical weaknesses. Therefore, since this review has more than one critical flaw it should not be relied on to provide an accurate and comprehensive summary of the available studies [53].

The next published systematic review is by Chang and Delzell (2016)[9] who searched Pubmed, web of science, and google scholar, up to June 23rd, 2015. They supplemented the electronic searches with reviewing the bibliographies of recent review articles. They also examined the methodological quality of the included studies, used the most fully adjusted estimates where available from each study, estimated both fixed and random effects meta-analysis models, explored between study heterogeneity, examined publication bias, performed a variety of sensitivity analyses (for study design, source of controls, gender, geographic region, and time period of diagnosis), and finally used the Bradford Hill viewpoints to assess the evidence for a causal relationship between glyphosate exposure and lymphohematopoietic cancers. They included 7

independent studies [2-7,10] examining the association of glyphosate with NHL (5 other studies overlapped with these seven and were not considered further). A total of 6 of these studies overlapped with those included in Schinasi (2014) discussed above [1].  In a meta-analysis of the same 6 studies from Schinasi, they report a meta RR of 1.3 (95% CI: 1.0-1.6), with the results being identical in the random and fixed effects models, with an $I^2$ of 0% and a Cochran's Q p value = 0.84, indicating no statistical heterogeneity, and a consistency of effects across the studies. The test for publication bias and funnel plot asymmetry was also non-significant (p=0.20) and therefore, the lack of publication of small studies (either positive or negative for the association) do not appear to be uniformly missing in the literature they included. But, they were somewhat underpowered to explore publication bias, as at least 10 studies are recommended to perform such investigations of small study effects. In two additional analyses, one using a different RR from the DeRoos et al study [2] (the RR from hierarchical regression as opposed to the RR from logistic regression) and another using the data from Hohenadel et al [10] (which eliminated 4 cases of misclassified NHL) instead of the data from McDuffie et al [6] (which included these 4 cases) the meta RR remained very similar. A final analysis used the hierarchical regression RR from DeRoos and the RR from Hohenadel et al and found a slightly increased meta RR of 1.4 (95% CI: 1.0-1.8; with no evidence of heterogeneity). They also performed meta-analyses for NHL subtypes. For B-cell lymphoma the meta-analytic results across two studies [4,8], and report a RR of 2.0 (95% CI: 1.1-3.6) and an $I^2$ value of 0.0%, with both random and fixed effects analyses, the same result as reported in Schinasi et al [1]. They also report results for a variety of additional NHP subtypes in Tables 2 and 3 of their paper. The authors

performed several sensitivity analyses (or subgroup analyses; see table 4) and found no appreciable differences for study type, gender, geographic region, though they do report a slight decrease in the meta-RR across studies that ascertained cases in the 1980s compared to those conducted in the 1990s and in the 2000s. The authors of this systematic review then go on to evaluate bias by discussing selection bias, exposure misclassification, confounding and other issues that could possibly exist in these studies. They finally use the nine Bradford Hill criteria for assessing the possibility of a causal relationship. Across these latter sections of the article the authors go to great lengths to describe a variety of possibilities of how the papers are "possibly" biased and may not meet the Bradford Hill criteria for causation. In the end such arguments and gesturing are only inferences that have no verifiable basis. They conclude that they found a positive relationship between glyphosate exposure and NHL, but that given the methodological weaknesses, and lack of fulfillment, in their view, of the Bradford Hill criteria that there is no causal relationship between glyphosate exposure and risk of NHL. Note, this study was sponsored by Monsanto. This study has several strengths and drawbacks. The strengths include: They used the most fully adjusted estimates where available from each study, estimated both fixed and random effects meta-analysis models, explored between study heterogeneity, examined publication bias, and performed a variety of sensitivity analyses. Weaknesses include: The electronic search strategy not being comprehensive as they did not search several key databases (e.g., EMBASE, Cochrane), the methods used to examine methodological quality of the included studies was very questionable and does not follow recommendations by respected groups such as Cochrane and the Center for Evidence-Based Medicine at

Oxford University. Finally, their conclusions do not follow from the strong, statistically significant relationship they found across the 6 studies, namely a meta RR of 1.3 (95% CI: 1.0-1.6), with the results being identical in the random and fixed effects models, with an $I^2$ of 0% and a Cochran's Q p value of 0.84, indicating no statistical heterogeneity, and a consistency of effects across the studies. These results state on average a 30% increased risk of NHP in those exposed to glyphosate compared relative to not exposed to glyphosate, an effect estimate identical to a prior systematic review on the same topic [1]. From my analysis in table 1, you will see that the overall confidence in the results of this review is critically low. A critically low rating means that there is more than one critical flaw with or without non-critical weaknesses. Therefore, since this review has more than one critical flaw it should not be relied on to provide an accurate and comprehensive summary of the available studies [53].

The next systematic review by Zhang et al (2019)[11] searched PubMed up to March of 2018 and also reviewed the reference lists from the IARC report [12]. A US EPA review [13] and the WHO JMPR report [14]. They included a total of 6 studies [2,4,5,7,6,15]. Instead of including DeRoos 2005 from the AHS study[3], they included the updated data from the more recent AHS publication [15], but they did not include the Cocco study [8] since it did not differentiate the types of Lymphomas, nor did it actually look at glyphosate exposure. The authors did an evaluation if the risk of bias of the included studies, using acceptable methods [16], used from data from each study representing the most highly exposed category, they performed several sensitivity analyses (e.g., for exposure selection), a separate meta-analysis for ever exposed (using data from the earlier AHS publication [3]), used both fixed and random effects

11

models, estimated between study heterogeneity, and evaluated publication bias. Overall, they found in the fixed effect model a meta-RR of 1.41 (95% CI: 1.13–1.75), which indicates a statistically significant 41% increased risk of NHL following glyphosate exposure. They also report an $I^2$ of 39.4% and a p-value for the Cochran's Q test of 0.14, indicating that the studies were not heterogenous. In the random effects model, they report a meta-RR of 1.56 (95% CI: 1.12–2.16). The funnel plots and tests of asymmetry in their exploration of publication bias revealed no publication bias, and in the sensitivity analyses the meta-RR were similar. Therefore, their findings appeared to be robust, and using the updated AHS data, they appeared to suggest and even greater risk of NHL following glyphosate exposure than earlier meta-analyses [1,9]. They performed a variety of additional analyses, all showing a similar RR increase for NHL (including subtypes) for those with glyphosate exposure. They go on to discuss potential benefits and drawbacks of the cohort and case-control studies included and finally discuss animal studies and possible mechanisms. Overall, the evidence they discuss support a strong causal link between glyphosate-based herbicide exposure and NHL. This paper has several strengths including: meta-analysis methods, sensitivity analyses, assessment of each studies risk of bias (though they did nothing with it), an assessment of publication bias and assessment of causation. Drawback included: Lack of searching additional databases, lack of consideration of role of bias for individual studies. From my analysis in table 1, you will see that the overall confidence in the results of this review is critically low. A critically low rating means that there is more than one critical flaw with or without non-critical weaknesses. Therefore, since this review has more than one critical

12

flaw it should not be relied on to provide an accurate and comprehensive summary of the available studies [53].

The next meta-analysis is by Donato et al (2020)[17] who searched PubMed, Scopus, and EMBASE up to May 15, 2019, as well as searched reference lists of key studies and reviews. They considered papers from multiple languages and eventually included seven non-overlapping articles for NHL [8,2,4,5,18,6,7] and three for MM (the latter of which I will not discuss here). They state they conducted a meta-analysis using a random effects model for NHL, using the most adjusted estimates from each study, evaluated heterogeneity and conducted sensitivity analyses by removing one study at a time from the meta-analysis and performed a cumulative meta-analysis. They also performed a meta-analysis according to duration of exposure and for NHL subtypes and they explored the risk of publication bias with funnel plots and the Egger test. The meta-analysis for NHL, based on these 7 studies results in a meta-RR of 1.03 (95%CI: 0.86-1.21), with a non-significant p-value for the Cochran's Q test for heterogeneity and an $I^2$ of 0%. In the sensitivity analyses, removing most studies did not change the meta-RR found, but removing the Leon study increased the RR to 1.27 (95% CI: 0.92-1.61), and the tests for publication bias (using a standard funnel plot and the Egger test) revealed that small studies showing no relationship between NHL and glyphosate appeared to be missing in the literature. They performed several other analyses on subsets of studies which I will not discuss here since they are not relevant. Overall, this study had several strengths: a comprehensive search, the use of sensitivity analyses, and the exploration of publication bias. But, this study had several important and fatal flaws: first, while they explored publication bias with a standard funnel plot and Egger test, they did not

13

perform a contour-enhanced funnel plot, which delineates small study effects due to true publication bias arising from varying levels of statistical significance, which I perform below and will explain. Secondly, this meta-analysis included the study by Cocco [8] which did not delineate B-cell lymphomas in their study, and thus mixed two cases of NHL with one MM and one unspecified B-cell lymphoma. Furthermore, their weighting of the Leon 2019 [18] was very high, much higher than it should have been, according to our calculation and those of Rana et al [19]. Furthermore, we could not replicate any of the findings, except for the funnel plot, that Donato report. Finally, the authors had a conflict of interest with the major manufacturer of glyphosate herbicides. Overall, and for these reasons, the results of this meta-analysis should be questioned and not relied upon for reasoning regarding the relationship between NHL and glyphosate exposure. From my analysis in table 1, you will see that the overall confidence in the results of this review is critically low. A critically low rating means that there is more than one critical flaw with or without non-critical weaknesses. Therefore, since this review has more than one critical flaw it should not be relied on to provide an accurate and comprehensive summary of the available studies [53].

The next systematic review and meta-analysis was published in January of 2021 [20] by Kabat et al. This review specifically was performed to further examine the risk estimates included in the Zhang systematic review [11] described above. They specially sought to explore in sensitivity analyses how the substitution of various risk estimates would affect the meta-estimate. Therefore, this is not an updated systematic review with a new search and article inclusion, but instead a reanalysis of the studies included in Zhang [11]. They chose to consider exposure estimated not for the highest category of

14

exposure (as Zhang did), but for ever exposure, but they could not get an ever exposure estimate from the AHS study [15] and instead chose the unlagged RR from Q4 from that study as an approximation for ever exposure. This decision is problematic in my view, since it clearly is an unjustifiable assumption. They go on to report several analyses by choosing different estimates from the included studies, and they use the updated data from the NAPP study reported by Pahwa (2019)[21]. All estimates they report in the sensitivity analyses are non-statistically significant (p=0.05) with confidence intervals that cross the line of no effect (i.e., RR = 1.0). Overall, when choosing estimates from these papers assuming a long latency the strength of the evidence (size of the meta-RR) for an association between glyphosate and NHL is stronger, than when choosing ever exposure data and when using the updated NAPP data (i.e., also referred to as the updated AHS data). The authors then go on the discuss the strengths and drawbacks of systematic reviews and meta-analyses, but appear to lack requisite knowledge in meta-analytic methods. For example, they note that meta-analyses were originally developed to synthesize the results of randomized clinical trials and that because of this methodologic development is needed for the conduct of meta-analyses of for observational studies (e.g., case-control and cohort studies). First of all, meta-analyses were not developed for combining randomized trials, the methods were developed in other fields to help quantify variations in observations in astronomy and geodesy. Secondly, methodologic guidance does exist, and has existed for some time for using meta-analytic methods for performing and reporting systematic reviews of observational studies [22,23,24]. This paper has one strength, including the updated data reported in Pahwa. But, it has significant drawbacks. The most glaring drawback in this study were

the decisions for which estimate to include from individual studies not being justified a priori with related hypotheses. Additional drawbacks include: lack of assessment if risk of bias of the included studies, lack of exploration of publication bias, lack of exploration of variations in treatment effect estimates due to heterogeneity of effect. Overall, the results of this meta-analysis are questionable, add little to literature in the area, and therefore is of low quality. From my analysis in table 1, you will see that the overall confidence in the results of this review is critically low. A critically low rating means that there is more than one critical flaw with or without non-critical weaknesses. Therefore, since this review has more than one critical flaw it should not be relied on to provide an accurate and comprehensive summary of the available studies [53].

The final, and most recent meta-analysis published by Bonffetta et al (2021)[25] is an updated analysis of a prior meta-analysis by the same group [17], but included more recent data reported in the Pahwa et al [21] study. In this briefly reported meta-analysis, without a comprehensive methods section, they include a total of 6 studies [5,4,7,8,18,21]. They report in their main analysis that the random-effects meta-analyses for ever-exposure to glyphosate and risk of NHL meta-RR was 1.05 (95% CI: 0.90-1.24; $I^2$ = 0%; n=6 studies). The standard funnel plot and Egger's test revealed the possibility of publication bias, or more accurately, a small study effect, though they did not examine publication bias with the use of contour-enhanced funnel plots, as described above. The meta-RR for the highest category of exposure was 1.15 (95% CI: 0.72-1.83); the meta-RR for diffuse large B-cell lymphoma (DLBCL) was 1.29 (95% CI: 1.02-1.63); the meta-RR for follicular lymphoma was 0.84 (95% CI: 0.61-1.17). The meta-RR for chronic lymphocytic leukemia/ small lymphocytic lymphoma was 1.33 (95%

CI: 0.65-2.70). Overall, their findings show a clear increased risk for DLBCL. Also, while they understate it, they show a trend toward an increased risk in in all other analyses (95% confidence intervals are mostly to the right of the line of no effect, i.e., a meta-RR=1.0), though all of these confidence intervals crossed the line of no effect slightly, and therefore the meta-RR was statistically non-significant. Finally, in the analysis for follicular lymphoma they report a trend toward a decreased risk for those ever exposed to glyphosate, but again the 95% CI crossed the line of no effect, and therefore is not statistically significant. This study has some strengths including: Using the updated data from Pahwa, performing sensitivity analyses and performing subgroup analyses, and examining publication bias for the main analysis. But it also had several key drawbacks: an incomplete description of the analytic methods used, a lack of power for the abundant analyses performed, and the lack of use of contour-enhanced funnel plots. From my analysis in table 1, you will see that the overall confidence in the results of this review is critically low. A critically low rating means that there is more than one critical flaw with or without non-critical weaknesses. Therefore, since this review has more than one critical flaw it should not be relied on to provide an accurate and comprehensive summary of the available studies [53].

Overall, all included meta-analyses to date have significant flaws as noted above in the text and in table 1. In addition to these flaws, the meta-analyses frequently chose to include effect estimates from the individual studies that were adjusted for a large number of variables, frequently choosing the effect estimate (e.g., OR) that was "the most" adjusted, meaning including the largest number of variables. But, the authors of these reviews did not consider the lack of power and therefore the high risk of spurious

17

(chance) findings in those regression models, adjusted models. Below, in section "Effect estimate choices from each included study" I explain how to avoid choosing overfitted (overadjusted) effect estimates and the empirical evidence of how overfitting causes false findings. Therefore, in addition to the other methodologic flaws in these papers they also had analytic flaws that result in the findings being invalid and not trustworthy. Given these drawbacks in all the included meta-analyses to date, the fact that recent papers have been published that are not included in these prior meta-analyses, there was strong and convincing rationale for carrying out an up to date rigorous systematic review and meta-analysis of the literature in this area.

**12. Updated meta-analysis.**

**12.1. Methods:**

*Protocol registration:* We prepared a protocol prior to completing this review but it was not registered in PROSPERO due to the existence of several other similar reviews underway, though not as specific as this review. Our a-prior protocol is available upon request.

*Research questions: 1.* Does exposure to glyphosate-based herbicides, at any level, in adults result in an increased risk of developing NHL of any type, compared to not being exposed or being exposed to a lower level than the highest exposure group?
2. Does exposure to glyphosate-based herbicides, at any level, in adults result in an increased risk of developing a subtype of NHL, compared to not being exposed or being exposed to a lower level than the highest exposure group?
*Inclusion criteria:* Observational study design (cohort, case-control, cross-sectional, population based studies, pooled analyses), includes estimates of risk, or data to

calculate those estimates, for NHL and any type of exposure to glyphosate-based herbicides, participants of any age, studies in any language.

*Search methods:* I performed a literature search in Medline (PubMed version) from 1970 to February 1st, 2022, reviewed reference lists from relevant reviews and from included studies. The search terms used were as follows: PubMed example search terms: (glyphosat* OR pesticide [MeSH] or herbicides [MeSH]) AND (lymphoma, non-Hodgkin [MeSH] OR lymphoma [tiab] OR non–Hodgkin [tiab] OR non–hodgkins [tiab] OR lymphoma[tiab] OR lymphomas[tiab] OR NHL OR cancer OR cancers) AND ("occupational exposure"[MeSH] OR occupational exposure[ tiab] OR occupational exposures[tiab] OR farmers [MeSH] OR farmer OR applicators OR applicator OR agricultural workers OR agricultural worker or workers or worker). I also performed a literature search in EMBASE from its inception to February 4th, 2022 using the following search strategy: ('glyphosate'/exp OR glyphosate OR 'pesticide'/exp OR pesticide OR 'herbicides'/exp OR herbicides) AND ('lymphoma, non-hodgkin'/exp OR 'lymphoma, non-hodgkin' OR (('lymphoma,'/exp OR lymphoma,) AND 'non hodgkin') OR non–hodgkin OR non–hodgkins OR 'lymphoma'/exp OR lymphoma OR 'lymphomas'/exp OR lymphomas OR nhl OR 'cancer'/exp OR cancer OR 'cancers'/exp OR cancers) AND ('occupational exposure'/exp OR 'occupational exposure' OR 'occupational exposur' OR (('occupational'/exp OR occupational) AND exposur) OR 'occupational exposures' OR (('occupational'/exp OR occupational) AND exposures) OR 'farmers'/exp OR farmers OR 'farmer'/exp OR farmer OR 'applicators'/exp OR applicators OR 'applicator'/exp OR applicator OR 'agricultural workers'/exp OR 'agricultural workers' OR (agricultural AND workers) OR 'agricultural worker'/exp OR 'agricultural worker' OR (agricultural AND

('worker'/exp OR worker)) OR workers OR 'worker'/exp OR worker) AND (cohort OR 'case control'). I performed an updated search in September of 2022 using the same strategies as above.

*Data collection and extraction:* One individual performed inclusion and exclusion separately and independently with a sample of citations cross-checked for inclusion by a second individual. All included studies were abstracted, reviewed and summarized.

*Study risk of bias assessment:* The risk of bias (ROB) of the included studies (case-control and cohort studies) was evaluated using the using the Newcastle Ottawa Scale (NOS) [25]. For pooled analyses of epidemiologic studies there is no existing risk of bias tools or accepted guidance, therefore I used other related recommendations to guide my assessment of these studies [e.g., 46,47]. I used a cutoff of 70% or greater of the items fulfilled as low risk of bias, of between 40% and 69% as moderately high risk of bias, and of between 0 and 39% as very high risk of bias. These categories were predetermined and were used in a follow-up subgroup analyses and actual study ROB score used in meta-regression analyses to explore the influence of study quality on meta-analytic risk ratios. All risk of bias assessments for all included studies were done in duplicate, separately and independently, by two trained individuals and disagreements were resolved by consensus.

*Measures of treatment effect:* Study results were analyzed using primarily STATA/MP 14.2. Effect estimates for dichotomous outcome events will be expressed as ratios of risks, rates or odds and/or differences of risk or rates, depending on the type of analysis. Peto "odds ratios" may be used when the estimated intervention effect is

20

weak, outcome events are rare, and there are similar numbers of intervention and comparison subjects in the study [26].

*Statistical methods:* Summary estimates of the intervention effect were combined across studies of similar interventions and outcomes, using standard methods of meta-analysis [27], provided the data and reported findings are suitable for that purpose. Separate meta-analyses will be used for different exposure classification, outcomes, study designs, or study population characteristics (e.g., women vs. men) where possible. Meta-analyses, fixed and random effects models, where appropriate, were used to obtain an overall estimate of the intervention effect using inverse-variance weighting.

*Exploration of heterogeneity:* Heterogeneity was assessed using three methods: 1) graphical displays of study-specific and overall effect estimates (forest plots); 2) The Cochran's chi-squared test for the presence of statistical heterogeneity, e.g., where $p < 0.10$ indicates significant heterogeneity); 3) the $I^2$ statistic, where $I^2 > 0.50$ may indicate substantial heterogeneity [28]. Meta-regression analysis was used to predict study-specific effect estimates as a function of study-specific indicators of population characteristics (e.g., age, sex, exposure length, exposure intensity / route, concomitant exposures, and comorbidities), study design, and methodologic features (ROB scores) as noted above where possible. The goal is to account for variation in the estimated effect across studies. When the amount of residual heterogeneity not explained by the predictors is judged to be small, fixed-effects models will be fitted to the summary data, which assume the true effect, conditional on covariates, is the same in all studies. When the amount of residual heterogeneity is judged to be substantial, unexplained variation across studies will be treated as random effects in the model. To assess the robustness

of our results, sensitivity analyses were done for varying reported effect estimates from the individual studies or overlapping studies, as described below.

*Evaluation of publication bias:* Funnel plots, both standard and contour-enhanced, were used to detect signs of publication bias, the phenomenon whereby positive findings are more likely than negative findings to be published [29] and other small study effects [30].

*Grading of the evidence:* The GRADE criteria were used to provide an overall grading of the quality of the evidence for each outcome across studies [31]. A GRADE table was also produced. The GRADE assessment was performed separately and independently by two trained individuals.

*Sensitivity analyses:* Several analyses include the data from Leon 2019 as well as Poh 2022, which only reported hazards ratios, which can be considered equivalent to ORs since there were a low number of events and the HR was close to 1.0. Therefore these studies were included in sensitivity analyses to determine the robustness of my decision to include the, Also, As well the Andreotti data were partly overlapping with Leon. To clarify, the Leon paper include the AHS data up to December 31, 2011 for Iowa and December 31st 2010 for North Carolina, whereas, the Andreotti paper included AHS data up to 2013 for Iowa and December 31st 2012 for North Carolina and was the most up to date data from AHS. The analyses with Andreotti and removing Leon and Poh were therefore considered to be the definitive data set.

**12.2 Results**

*Literature search:* From the Pubmed search I found 1,014 citations and from the EMBASE search 952 citations. After reviewing reference lists, deleting duplicates and

22

applying the inclusion and exclusion criteria I was left with 17 unique papers, though with several being updated analyses and overlapping cohorts associated with prior papers. I will explain the overlap below. There were no disagreements on the inclusion of papers between the two reviewers.

*Included papers:* Here I will briefly describe each included paper in chronologic order of publication date. The methodologic quality / risk of bias, of these studies will be discussed in the proceeding section.

*Description of included peer-reviewed publications:*

The first published paper included was by Cantor et al. (1992)[32] who conducted a case-control study of newly diagnosed non-Hodgkin lymphoma (NHL) in 622 white men (cases) compared to 1245 randomly sample, matched controls, who were also white men, in the USA, specifically Iowa and Minnesota. The study measured the risk of NHL associated with farming occupation and specific agricultural exposures to pesticides. Men who ever farmed had a relative increased risk of NHL than non-farmers (OR=1.2, 95% CI: 1.0-1.5) independent of crop or animal types. Men who ever handled glyphosate also showed a slight increased risk of NHL, but the association was not statistically significant (OR=1.1, 95% CI: 0.7- 1.9) when adjusted for vital status, age, state, cigarette smoking status, family history of lymphohaemotapoietic cancer, high-risk occupations and high-risk exposures. The corresponding relative risk that I calculated from the data in table 6 was 1.091 (95% CI: 0.69 to 1.72; p=0.7055), and an absolute risk difference (in this case increase) of 0.8% (case risk = 0.098 (9.8%) minus control risk= 0.090 (9%)) and a number needed to harm (NNH) of 122.48. Therefore, with each 123 people exposed to glyphosate, 1 individual would get NHL. This study had several

strengths including: that it used a large population-based sample in a farming community, used adjusted analyses, had matched cases and controls, and verified NHL cases. However, the main limitation of this study was that there was low power to assess the risk of NHL with glyphosate with only 26 cases of NHL.

The next published paper is by McDuffie et al. (2001)[6] who conducted a case-control study in six Canadian provinces. The study investigated the associations between exposure to a variety of herbicides and NHL in 517 male cases and 1506 controls. In table 2 they report that the odds of NHL was OR=1.26 (95% CI:0.87-1.81; adjusted for age and province of residence) and an OR=1.20 (95% CI: 0.83-1.74; adjusted for age, province of residence, and various medical variables (see table 2, p1158 [6]) for any exposure to glyphosates (10 hours or more per year). In a separate analysis of exposure days per year to glyphosate for risk of NHL, when compared to the unexposed group, the men with >0 and </= 2 days of exposure had an OR=1.00 (95% CI: 0.63-1.57); and for those with > 2 days of exposure per year had an increased risk of NHL with an OR=2.12 (95% CI: 1.20-3.73) with all analyses being adjusted for age and province of residence. This study had several strengths including: a large multisite sample, confirmation of NHL cases using strong methods, matched controls by age, use of a pilot to refine exposure definitions, verification of pesticide use information in a validation pilot, building on a questionnaire used in prior studies, use of an operational manual and trainings for all sites, adjusted statistical analyses, analyses for any use and a dose response model. Drawbacks include a moderately small number of overall cases.

The next study was by Hardell et al. (2002)[5] who conducted a pooled analysis of two case-control studies in Sweden one of NHL (originally reported in 33) and another on hairy cell leukemia (HCL), (originally reported in 34). The pooled analysis of NHL and HCL was based on 515 cases and 1141 controls, matched for age and country. In the univariate analysis, any exposure to glyphosate increased the risk of NHL and HCL (OR=3.04; 95% CI: 1.08-8.52; 8 exposed cases and 8 controls). After adjusting for study, study area and vital status in the multivariate analysis, the odds of NHL and HCL due to any exposure to glyphosate was OR=1.85 (95% CI: 0.55-6.20). Drawbacks included: small number of NHL cases, lack of data on high and low exposures specifically for glyphosate (in their dose-response analysis they grouped glyphosates with other herbicides and did show increased risk of NHL with increased exposure days, see table 2 [5]). Strengths include the large sample, adjusted analyses and inclusion of deceased individuals so as to not have missing data on exposure (family members were asked about exposures in those that were deceased).

The next study was by, De Roos et al. (2003)[2], which used pooled data from three case-control studies on NHL conducted in the 1980s in Nebraska [35], Kansas [36], and Iowa and Minnesota [32] to examine pesticide exposure in farming as a risk factor for NHL among men. The three pooled studies all had slightly different methods of study recruitment. The pooled sample population included 870 cases and 2,569 controls – the majority of cases (n=650) and controls (n=1933) were included for the analysis of 47 pesticides controlling for potential confounding by other pesticides, those pesticides for which at least 20 persons were exposed. Logistic regression and hierarchical regression models (adjusting estimates based on prior evidence that the 47

25

pesticides may cause any type of cancer) were used and all models were adjusted for age, study site, and all other pesticides. In the logistic regression model based on 36 cases the odds ratios for association between any exposure to glyphosate and NHL were 2.1 (95% CI: 1.1-4.0) and in hierarchical regression model the OR=1.6 (95% CI: 0.9-2.8).  Of note, the hierarchical regression method (a type of Bayesian analytic technique) has questionable merit here since the adjustments were based on prior evidence of factors that may cause any cancer and not specifically NHL, and the prior evidence used for the adjustments (the priors) was quite dated. This study did have several drawbacks: there was missing data on approximately 25% of the original sample (who answered did not know to exposure on one or more of the 47 pesticides), and who were excluded from the analysis, they did not perform a sensitivity analysis for these participants, but the remaining groups still appeared to be relatively similar. The major strength of this study is the pooled nature of the analysis and the control for other pesticide use in their models.

The next study was by Lee et al. (2004) [37] evaluated whether asthma acts as an effect modifier of the association between pesticide exposure and NHL. The study was conducted using a pooled analysis of population-based case-control studies [35,32] in Iowa, Minnesota and Nebraska, also used in the pooled analysis of De Roos discussed above [2]. The sample included both men and women; 872 cases with NHL from 1980 to 1986 and 2,381 frequency-matched controls. A total of 177 subjects (45 cases, 132 controls) reported having been told by a clinician that they had asthma. The risk of NHL was elevated in both non-asthmatics (OR=1.4, 95% CI: 0.98-2.1) and asthmatics (OR=1.2, 95% CI: 0.4-3.3), though neither OR was statistically significant.

26

This study is redundant with the De Roos study [2] and therefore will not be considered further and is not included in the meta-analyses below.

The next study, by Eriksson et al (2008) [4] reported the results of a case-control study of exposure to pesticides as a risk factor for NHL, with the sample drawn from Sweden. After controlling for age, sex, and year of diagnosis (for cases) or year of enrollment (for controls), which they did in all analyses, the odds of NHL for exposure to glyphosate was 2.02 (95% CI: 1.10-3.71). In their latency analysis, for 1-10 years of exposure the OR for NHL was 1.11 (95% CI: 0.24-5.08) and for >10 years the OR for NHL was 2.26 (95% CI: 1.16-4.40). When considering exposure for more than 10 days per year, the OR was 2.36 (95% CI: 1.04-5.37) and for </= 10 days the OR=1.69 (95% CI: 0.70-4.70). Exposure to glyphosate was associated with increased odds for lymphoma subtypes and elevated odds of B-cell lymphoma (OR=1.87, 95% CI: 0.998-3.51) and the subcategory of small lymphocytic lymphoma/chronic lymphocytic leukemia (OR=3.35, 95% CI: 1.42-7.89). This study has several strengths including: confirmation of cases by independent pathologists, randomly sampled matched controls (for age and sex), blinded interviewers, dose response analyses, latency analyses, and a large sample size. Drawbacks included: 253 cases (over 20% of the original cases) being excluded for various reasons. Overall, this case-control study was well done.

The next study, by Orsi et al. (2009)[7] was a case-control study conducted across six hospitals in France between 2000 and 2004. The study sample included men and women aged 20-75 years and controls that were matched of the same age and sex as the cases were recruited in the same hospital, though only men were included in their analyses. All cases were diagnostically confirmed by a panel of pathologists and

27

hematologists; in-person interviews and expert review of cases were used to evaluate pesticide exposure, with 168 cases being re-interviewed because of insufficient information. They fitted unconditional logistic models, stratifying for age and center, also performed tests for trend of duration and examined the robustness of results using conditional logistic regression restricted to the pair-matched case-control samples. Further, a sensitivity analysis was performed by excluding the subjects in each center and the controls sharing the same broad reason for admission, in turn.  The analysis included 491 cases (244 cases of NHL) and 456 controls. For the association between any Glyphosate exposure and NHL, they report an OR=1.0 (95% CI: 0.5-2.2). They also performed an analysis for NHL subtypes, diffuse large cell lymphoma and follicular lymphoma, also finding non-statistically significant ORs (see table 4).  The main drawback of this study was the small sample of participants reporting exposure to glyphosate. The main strengths included: Cases recruited within 3 months of diagnoses, matched controls, adjusting for age and center in all analyses, sensitivity analyses, small number of dropouts, blinding of patients and interviewers.

Cocco et al. (2013)[38] reported on a pooled analysis of case-control studies conducted in six countries between 1998-2004 (EPILYMPH, Czech Republic, France, Germany, Ireland, Italy, and Spain) investigating the role of occupational exposure to specific groups of chemicals in the etiology of lymphoma overall, B-cell lymphoma, and several subtypes; they included 2,348 cases and 2,462 controls. The controls for samples from Germany and Italy were randomly selected from the general population and matched on gender, 5-year age-group and residence area; with other countries used matched hospital controls. Participation rate was 88% for the cases, 81% for

28

hospital controls and 52% of population controls participated. In-person interviews, by trained interviewers, were conducted to collect detailed information on occupational history on farm-specific work related to type of crop, farm size, pest being treated, type of schedule of pesticide use. Experts and an agronomist at each study center assessed exposure metrics and a cumulative exposure score was calculated. Unconditional logistic regression models were used (adjusted for age, sex, education, and study center) to estimate the risk of B-cell lymphoma, DLBCL, and CLL associated with ever exposure. The OR for ever-exposure to glyphosate for B-cell lymphoma was 3.1 (95% CI: 0.6-17.1), with 4 exposed cases and 2 exposed controls. Overall, this study had very good methods, as described above, but had a very small number of cases and controls with B-cell lymphoma exposed to glyphosate (2 and 4 respectively). Therefore, the power in this study to detect the association is relatively low, as reflected in the very wide confidence intervals.

The next published study was by Andreotti (2018) [15], an update of the prospective cohort study reported by De Roos (2005)[3], from the study called the Agricultural Health Study (AHS) which includes licensed pesticide applicators from North Carolina and Iowa. Between 1993 and 1997 57,310 individuals were enrolled, with 63% completing follow-up phone interviews 5 years after enrollment (1999-2005). Cancer diagnoses were done via registry linkage, classified according to the ICD, 3rd revision, and vital status was determined through state death registries and the National Death Index. A questionnaire was used to determine glyphosate and other pesticide exposure, both at enrollment and at each follow-up (e.g., number of days each pesticide was used) and several lifetime exposure metrics were created including ever/never use,

29

lifetime days of use, and intensity-weighted lifetime days (intensity days x intensity score. The intensity score was determined from literature-based measurements and information provided by the applicator. Multiple imputation was used to impute missing data. After exclusions, 54,251 applicators were enrolled but only 63% completed follow-up phone interviews 5 years later. Poisson regression was used to estimate incidence rate ratios and 95% confidence intervals; cumulative lifetime days and intensity-weighted lifetime days were separated into quartiles, tertiles, or medians; risk estimates were adjusted for age, cigarette smoking, alcoholic drinks, family history of cancer, state, and the 5 pesticides most highly correlated with glyphosate. They also evaluated potential confounding factors (e.g. BMI and pack-years of cigarette smoking) and adjusted for solvents linked to cancer risk. Finally, they conducted sensitivity analyses using additional exposure information. The authors report, in their primary analysis, that for the unlagged intensity-weighted lifetime days of glyphosate exposure, there were no statistically significant associations between glyphosate and NHL or any NHL subtypes. They report for NHL and the top exposure quartile a RR =0.87 (95%CI: 0.64-1.20, p=0.95), which did not change when MM was excluded. The findings were unchanged in the sensitivity analyses including further adjustment for confounders. In the supplementary data which report the cancer incidence for lifetime days of glyphosate exposure they also showed no significant relative risk trends across quartiles of exposure for NHL (p=0.44) though they did not do any analyses on the any lifetime exposure. Furthermore, the lagged exposure data in table 2 of the supplementary material show no associations for glyphosate exposure and NHL at 10 or 15 years, for trends across quartiles, but again no any lifetime use analyses were shown. This study

30

has several strengths including: its prospective design, large sample size and event rate, controlling for confounds and sensitivity analyses. But this study had several major drawbacks including: a 37% loss to follow-up, questionable method of imputation [39] and the lack of any lifetime use analyses.

The next study was my Leon et al (2019)[18] which was a pooled analysis of 3 large agricultural worker cohorts, the Agricultural and Cancer (AGRICAN) cohort from France [40], the Cancer in the Norwegian Agricultural population (CNAP) cohort [41], and the AHS cohort [42] from the USA, the latter as reported in Andreotti above. This study was done within the AGRICOH consortium [43] and looked at the risk of NHL and major subtypes in 316,270 farmers and farm workers. The cohorts were included that met certain conditions including periodic data linkage to cancer incidence registries, availability of data on pesticides and or crop cultivation to estimate exposure and sample sizes that were large enough to study NMH subtypes. The harmonizing of pesticide exposure data across the cohorts was published elsewhere [44]. They looked at fourteen chemical groups. They developed crop-exposure matrices (CEMs) for each cohort, described assignment of potential exposure, and the main endpoint was first incident NHL during follow-up, with follow-up time being calculated as number of days between start of follow-up and first date of incident cancer, loss to follow-up or migration out of the area, death or end of follow-up. Statistical analyses included imputation for missing data, cox proportional hazards models, with all covariates being time dependent, and all models used age at date of censoring as the time scale and were first adjusted for sex and animal production, and other covariates included. Fully adjusted models were built for each cohort separately. Models were run for each cohort

31

individually and combined using a random effects meta-analysis (though they do not state what exact model) and $I^2$ was calculated to express the magnitude of statistical heterogeneity across cohorts. They report a HR of having NHL in those ever exposed to glyphosate as (95% CI: 0.77-1.18) with an $I^2$=57% and p=0.10, for CLL/small lymphocytic lymphoma a HR of 0.92 (95% CI: 0.69-1.24), $I^2$=0%, p=0.38, for DLBCL a HR=1.36 (95% CI: 1.00-1.85), $I^2$=0%, p=0.48, for follicular lymphoma HR=0.79 (95%CI: 0.52-1.21), I2=0% p=0.56, and for MM a HR=0.86 (95% CI: 0.66, 1.15), $I^2$=0%, p=0.95. This pooled analysis, an individual patient data meta-analysis, has several strengths including: Its large size and the use of data from prospective cohort studies. The drawbacks in this study include: the lack of details of the meta-analytic procedures, the lack of assessment of publication bias, a questionable imputation method for AGRICAN and AHS data [52], and potential for exposure misclassification.

The next study is by Pahwa (2019)[21] was a pooled analysis of case-control studies in the US and Canada [6,32,35,36], with Cantor [32] and McDuffie [6] being described above. This pooled analysis used the original histology codes to classify NHL cases using the ICD-0-1 scheme, they estimated several exposure metrics, used simple (and questionable) imputation method for missing data, used unconditional logistic regression for NHL overall and several NHL subtypes controlling for age, state/province, sex, lymphatic or hematopoietic cancer in a first relative, response by a proxy and use of personal protective equipment (PPE) as well as farming and medical factors, the latter two of which was not retained in the final model due to lack of impact on the OR. They also looked at the possibility of confounding by pesticide use. They investigated trends for the duration, frequency and lifetime days of glyphosate use and NHL and

32

sensitivity analyses were done excluding proxy respondents from the main analysis. The study included 1690 NHL cases and 5131 controls, with all being included in the ever/never analysis, and smaller sample sizes being included in the duration of use and frequency and lifetime days analyses. The authors report a significant association between ever use of glyphosate and NHL overall in the first adjusted model (adjusted for age, state/province, sex, lymphatic or hematopoietic cancer in a first relative, response by a proxy and use of personal protective equipment (PPE)) without controlling for other pesticide use with an OR = 1.43 (95% CI: 1.11-1.83), but the relationship decreased after additionally adjusting for 2 pesticides, resulting in an OR of 1.13 (95%CI: 0.84-1.51). Also, the OR for the DLBCL was initially statistically significant in the first adjusted model but not in the other pesticide adjusted model, the same results being found for other NHL subtypes. In the analysis for number of days per year exposed to glyphosate, individuals who handled glyphosate for >2 days per year had an OR of 2.42 (95% CI 1.48-3.96) for NHL overall in the first adjusted model (double the OR compared to no exposure or >0 to </= 2 days per year) and this statistically significant relationship persisted after controlling for the use of 2,4-D, dicamba and malathion (or=1.73, 95% CI: 1.02-2.94), with similar results for DLBCL but not for other subtypes (see table 4 in Pahwa). They also report a statistically significant trend in overall NHL risk for lifetime days of use of glyphosate (p=0.05) with ORs going from 1.0 to 1.20 to 1.55 in the first adjusted model but not in the other pesticide additionally adjusted model. The sensitivity analyses had no impact on the overall findings and there did not appear to be any between study heterogeneity. Overall, this study was very well done with strengths including: pooled analyses, sensitivity assessments, dose and

33

exposure responses assessments, a large sample size, adjustment for other pesticide use.

The next included study, published in April of 2021 by Meloni et al [45] was a multi-centered case-control study conducted in Italy, between 2011 and 2017, across six centers including 867 lymphoma cases and 774 controls, the latter being hospital-based cancer free from surgery wards, eye care departments, hematology outpatients or patients suffering from traumatic injuries, gastrointestinal disorders, cardiovascular disorders. At recruitment 7.4% of cases and 38.4% of controls refused to participate. The investigators used a detailed questionnaire given by trained interviewers, and occupational physicians and industrial hygienists, with expertise in the retrospective assessment of agricultural exposures, and assessed exposure to glyphosate classified by duration, confidence, frequency, and intensity of exposure to glyphosate for each study subject. They classified lymphoma according to the 2008 update of the WHO classification of lymphoma, which relies on morphology, immunophenotype, molecular biology, genetics, and clinical presentation and course of the disease, and it includes all the lymphoma subtypes originating from B-lymphocytes, including CLL and MM, among the group of B-cell lymphoma (BCL). T-cell lymphomas, and Hodgkin lymphoma (HL) were separately classified. They then used unconditional regression analysis, and modelled risk of major lymphoma subtypes associated with exposure to glyphosate and adjusted for age, gender, education, and study center. They report an OR of 1.4 (95% CI: 0.62-2.94) for NHL and ever glyphosate exposure and an OR of 1.2 (95%CI: 0.35-4.21) for those ever exposed with medium-high confidence. They also report for B-cell lymphoma (B-CL) and OR of 1.6 (95% CI: 0.73-3.66), for DLBCL an OR=0.80 (95%CI:

0.10-6.62), for Follicular lymphoma (FL) an OR=3.7 (95%CI: 1.06-12.8) and for Chronic Lymphocytic Leukemia (CLL) an OR=0.6 (95% CI: 0.11-3.48) in those ever exposed. For those ever exposed with medium-high confidence the former 2 ORs for B-CL and DLBCL remained similar but for FL the OR went up to 7.1 (95% CI=1.57-31.9). In their analysis in relation to exposure metrics, they reported several statistically significant associations for duration, intensity, frequency and cumulative exposure (see table 4 in Meloni et al [45]). This study had several strengths including: a decently large sample, multicentered design, careful exposure determination, adjusted analyses. But this study also had several drawbacks; small number of cases (lack of power to detect small associations), no sensitivity analyses, lack of control for other pesticides, lack of known reasons for refusal for involvement at recruitment, and lack of details of Lyphoma diagnostic methods or confirmation.

The next study was by Poh et al [55] which was a population-based study conducted using the California cancer registry. They identified patients with a first primary diagnosis of NHL from 2010 to 2016 and linked these patients with CalEnviroScreen 3.0 to obtain production agriculture pesticide exposure to 70 chemicals from the state-mandated Pesticide Use Reporting (PUR) by census tract from 2012 to 2014. In addition, they took data from PUR and integrated it into a geographic information system that employs land-use data to estimate cumulative exposure to specific pesticides previously associated with NHL (glyphosate, organophosphorus, carbamate, phenoxyherbicide, and 2,4-dimethylamine salt) between 10 years prior up to 1 year after NHL diagnosis. They used Multivariable Cox proportional hazards regression models to evaluate the association between total pesticide exposure from

35

CalEnviroScreen 3.0 and individual pesticide exposure from geographic land use data and lymphoma-specific and overall survival. Models included variables such as: gender, race/ethnicity, age and stage at diagnosis, modality of initial therapy, health insurance status, neighborhood SES and rural or urban MSSA. They included 35,808 NHL patients with 44.2% being exposed to a pesticide in their census tract of residence. Glyphosate exposure was observed in 34.1%, of NHL patients. They report a HR of 1.01 (95% CI 0.96-1.06) for lymphoma-specific or overall survival in NHL patients exposed to Glyphosate. They also separated total exposure into low, mid and high exposures reporting HR of 1.02 (95% CI: 0.96-1.09), 1.04 (95% CI: 0.98-1.11) and 1.02 (95% CI: 0.95-1.08). Furthermore they report HRs for NHL histologic subtypes in their table 3.

The next and most recent study by De Roos et al (2022) [56] was a pooled analysis of 10 separate data sets, two of which were Cocco 2013 and Orsi 2009, described above. This study pooled data from 10 case-control studies participating in the International Lymphoma Epidemiology Consortium, including 9229 cases and 9626 controls from North America, the European Union and Australia. Herbicide use was coded from self-report or by expert assessment in the individual studies, for herbicide groups (eg, phenoxy herbicides) and active ingredients (eg, 2,4-dichlorophenoxyacetic acid (2,4-D), glyphosate). The authors assessed the association between each herbicide and NHL risk was estimated using logistic regression with adjustment for sociodemographic factors, farming and other pesticides. A total of 8 of these studies assessed the glyphosate exposure and NHL relationship. The authors report an association between glyphosate and follicular lymphoma (lagged 10 years:

36

OR=1.48, 95% CI: 0.98 to 2.25). The authors include multiple myeloma (MM) in their definition of NHL, which is not consistent with current classification systems. When MM is taking out of the OR calculation from table 2, this results in an OR=1.13 (95% CI: 0.97-1.33, p=0.108) for risk of any type of NHL in those ever exposed to glyphosate. This study is difficult to properly assess methodologically because the details of the methods of all data sets from the 8 included studies are not reported and not available elsewhere.

*Risk of Bias Assessment:*

To be most accurate, when assessing an article for its validity, one should apply sets of rigorously developed criteria to do so. Validity, specifically, internal validity, is the degree to which the study findings are true for the sample of patients included. Internal validity hinges upon the methodological characteristics of the study. To assess internal validity, I apply risk of bias criteria. Essentially, these are a set of discrete criteria that are directed at specific methodologic aspects that protect against biased findings. The risk of bias assessment using the Newcastle Ottawa Scale is listed in table 1 below. The risk of bias assessment were done in duplicate, separately and independently and disagreements on assessments of individual items were resolved by consensus. Overall, there were 15 disagreements between assessors, out of a total of 71 total assessments, all of which were resolved easily by discussion and review of the articles.

*Meta-analytic Findings:*

Effect estimate choices from each included study:

The studies included in the meta-analyses below frequently reported varying effect estimates for example for varying statistical adjustments or not (e.g.,4,21). Each

analysis below, and in particular for the sensitivity analyses, I note which effect estimates I used from particular studies, and they are reported in the figures. In all cases, where available, I used the reported adjusted analyses from each study, unless those adjusted analyses were under powered, at a high risk of type 1 errors. Regression analyses that include a large number of variables in their adjustments relative to the number of events (e.g., NHL) in the groups being compared (for example exposed vs non-exposed groups) run the risk of being subject to spurious results, they are overfitted. For example, in logistic regression empirical evidence shows that having less than 10 events (e.g. NHL events) per variable in the regression model increases the type 1 error rate [48-50] and more recent evidence shows that even at 20 events per variable, power is very low [51]. Therefore, when the adjusted model was underpowered, for example in Eriksson [4], I used the unadjusted value. Another example of an underpowered adjusted value was from Pahwa [21], in table 2 they report two adjusted analyses for NHL overall for ever glyphosate use. They have an ever-exposed sample of 113 for NHL overall, which is the number of events. In model A they include 6 variables and in model B they include 8 variables. Model A, even at 20 events per variable is underpowered and model B is underpowered to a greater extent, therefore I used the estimate from model A to lesson the risk of spurious findings, though not eliminate them.

Ever Exposure:

*Main analyses:*

The first meta-analysis I ran was a fixed effects inverse variance model using the natural log of the OR and CIs for all included papers, except for Cantor 1992 [32],

38

McDuffie 2001, DeRoos 2003, Lee 2004, since they were all included in the recent follow-up pooled analyses by Pahwa 2019. I also excluded Cocco 2013 and Orsi 2009 since there were included in the recent pooled analyses by DeRoos 2022 [36]. Therefore, I included 9 published papers that represented 20 unique studies.

In the fixed effects model the overall meta-analytic OR was 1.033 (CI: 0.988-1.080) with a p= 0.152 but also with a significant test for statistical heterogeneity p=0.028, and an $I^2$ value of 53.4%, which represents the existence of heterogeneity. Given the significant test for statistical heterogeneity, and that fact that I could not determine variables to explain this heterogeneity, I also ran an inverse variance random effects model which incorporates the heterogeneity into the model which resulted in vary similar findings (see figure 1). In the random effects model the OR=1.114 (0.981-1.273; p=0.141; Figures 1 and 2).

Figure 1: Random Effects Meta-Analysis Results Table for ever exposure

39

```
. metan LogOR LogLCI LogUCI,  eform lcols (Study) randomi


              Study     |     ES     [95% Conf. Interval]     % Weight
---------------------+-------------------------------------------------------
McDuffie 2001        |    1.200       0.830      1.740           8.38
Hardell 2002         |    1.850       0.550      6.200           1.06
Eriksson 2008        |    2.020       1.100      3.710           3.80
Andreotti 2018       |    0.870       0.640      1.200          10.45
Leon 2019            |    0.920       0.690      1.180          12.63
Pahwa 2019           |    1.430       1.110      1.830          13.64
Meloni 2021          |    1.400       0.620      2.940           2.45
DeRoos 2022          |    1.130       0.970      1.330          19.97
Poh 2022             |    1.010       0.960      1.060          27.61
---------------------+-------------------------------------------------------
D+L pooled ES        |    1.114       0.981      1.265         100.00
---------------------+-------------------------------------------------------
```

 Heterogeneity calculated by formula
  $Q = \text{SIGMA\_i}\{ (1/\text{variance\_i})*(\text{effect\_i} - \text{effect\_pooled})^2 \}$
where $\text{variance\_i} = ((\text{upper limit} - \text{lower limit})/(2*z))^2$

  Heterogeneity chi-squared =  **17.18** (d.f. = 8) p = **0.028**
  I-squared (variation in ES attributable to heterogeneity) =  **53.4%**
  Estimate of between-study variance Tau-squared =  **0.0146**

  Test of ES=1 : z=   **1.66** p = **0.097**


## Figure 2: Forest plot for ever exposure across all included studies using random effects model.



I ran another analysis removing Leon and Poh, using a fixed effects model resulting a statistically significant OR=1.185 (95%CI: 1.053-1.334; p=0.001), with an acceptable level of statistically heterogeneity (49.4%; p=0.079). While the amount of heterogeneity was low the p value for the cutoff of statistically significant heterogeneity exceeded the standard accepted p=0.10 for Cochran's Q test. Therefore, I ran a random effects model that resulted in very similar findings, OR=1.234 (95%CI: 0.996-1.528; p=0.054), with one of the wider confidence intervals. *These latter two models are the most reliable models, including the largest number of studies (n=18) excluding HR estimates (Poh and Leon) and including the most recent AHS data Andreotti (see figures 3 and 4).* These analyses also resulted in little heterogeneity using the fixed effects model, though not negligible heterogeneity, with a random effects model yielding very similar results. The results from these analyses suggest an increased odds of risk of NHL (18.5%-24%) in those exposed to Glyphosate at any point in their life compared to those who were not. Next, I will focus on the risk in those in higher exposure categories.

Figure 3: Ever exposure data removing Leon and Poh: Fixed Effects Forest Plot

41



Figure 4: Ever exposure data removing Leon and Poh: Random Effects Forest Plot



<u>Highest Reported Level of Exposure:</u>

First, I performed an inverse variance fixed effects model across all studies and found a meta-analytic estimate OR=1.030 (CI: 0.96-1.105), p=0.405 and a statistically significant test for heterogeneity p=0.013 and a moderately high magnitude of statistical

heterogeneity $I^2$=60.7%. Given the significant test for statistical heterogeneity, and that

fact that I could not determine variables to explain this heterogeneity, I also ran an

inverse variance random effects model which incorporates the heterogeneity into the

model which resulted in a statistically significant overall effect with a meta-analytic

OR=1.381 (95% CI=1.004-1.898), p=0.047(see figures 5 and 6).

Figure 5: Random Effects Meta-Analysis Results Table for Highest Exposure Category

```
. metan LogOR LogLCI LogUCI, eform lcols (Study) randomi

            Study       |    ES     [95% Conf. Interval]    % Weight
--------------------+------------------------------------------------------
Hardell 2002        |   1.850      0.550     6.200            2.43
Eriksson 2008       |   2.360      1.040     5.370            4.80
Andreotti 2018      |   1.120      0.830     1.510           17.26
Leon 2019           |   0.950      0.770     1.180           21.44
Pahwa 2019          |   2.420      1.480     3.960           10.29
Meloni 2021         |   1.100      0.350     3.510            2.65
Poh 2022            |   1.000      0.920     1.080           27.35
DeRoos 2022         |   1.075      0.733     1.576           13.78
--------------------+------------------------------------------------------
D+L pooled ES       |   1.183      0.971     1.441          100.00
--------------------+------------------------------------------------------
 Heterogeneity calculated by formula
  Q = SIGMA_i{ (1/variance_i)*(effect_i - effect_pooled)^2 }
where variance_i = ((upper limit - lower limit)/(2*z))^2

  Heterogeneity chi-squared =  17.83 (d.f. = 7) p = 0.013
  I-squared (variation in ES attributable to heterogeneity) =  60.7%
  Estimate of between-study variance Tau-squared =  0.0353

  Test of ES=1 : z=   1.67 p = 0.095
```

Figure 6: Forest Plot Random Effects Meta-Analysis for highest exposure category



I then did another analysis removing Leon and Poh, given that they included HRs only. This resulted in a pooled effect estimate of OR=1.332 (95%CI: 1.090-1.626) p=0.005 with significant heterogeneity at $I^2$=52%, p=0.064. Therefore, I ran a random effects model to incorporating the statistical heterogeneity which resulted in meta-analytic OR=1.465 (95%CI=1.043-2.057), p=0.027 (see figures 7 and 8).

Figure 7: Random Effects Meta-Analysis Results Table for Highest Exposure Category

44

```
. metan LogOR LogLCI LogUCI, eform lcols (Study) randomi

                Study      |    ES     [95% Conf. Interval]      % Weight
---------------------------+--------------------------------------------------
Hardell 2002               |   1.850       0.550       6.200           6.48
Eriksson 2008              |   2.360       1.040       5.370          11.70
Andreotti 2018             |   1.120       0.830       1.510          28.77
Pahwa 2019                 |   2.420       1.480       3.960          20.83
Meloni 2021                |   1.100       0.350       3.510           7.03
DeRoos 2022                |   1.075       0.733       1.576          25.19
---------------------------+--------------------------------------------------
D+L pooled ES              |   1.465       1.043       2.057         100.00
---------------------------+--------------------------------------------------
 Heterogeneity calculated by formula
  Q = SIGMA_i{ (1/variance_i)*(effect_i — effect_pooled)^2 }
where variance_i = ((upper limit — lower limit)/(2*z))^2

  Heterogeneity chi—squared =   10.41 (d.f. = 5) p = 0.064
  I—squared (variation in ES attributable to heterogeneity) =   52.0%
  Estimate of between—study variance Tau—squared =   0.0809

  Test of ES=1 : z=    2.21 p = 0.027
```

<u>Figure 8</u>: Forest Plot Random Effects Meta-Analysis for highest exposure category



I then ran a sensitivity analysis for my choice of effect estimate from DeRoos 2022. In the highest exposure analysis above (Figure 7 & 8) I used the highest category of exposure from Table 3 in DeRoos (>15.5 years), removing those with multiple myeloma, which is not considered a type of NHL, which resulted in the OR I calculated of 1.075 (CI: 0.733-1.576). I then did a sensitivity analysis and combined the latter two

45

categories in that table, to get an estimate of all those with NHL with >8 years exposure, in which case the OR went up, to 1.117 (CI: 0.866-1.441). I then performed a fixed effects meta-analysis resulting in meta-analytic estimate of 1.28 (CI: 1.08-1.53), p=0.005, with moderately high heterogeneity (p=0.054) thus I ran a random effects meta-analysis resulting in a OR=1.45 (CI: 1.056-1.98), p=0.021. Next, I used the cumulative exposure data from Meloni [45] instead of the frequency of exposure data and the cumulative data from Pahwa, excluding Leon and Poh. This resulted in meta-analytic estimate of OR=1.327 (CI: 1.037-1.697), p=0.024, with a statistically non-significant test for heterogeneity p=0.498 and an $I^2$ of 0% (figures 9 and 10). Therefore, across all sensitivity analyses, the results remained relatively consistent and statistically significant.

Figure 9: Fixed Effects Meta-Analysis Results Table for Highest Exposure Category with Cumulative Exposure from Meloni and Pahwa

```
. metan LogOR LogLCI LogUCI, eform lcols (Study)

                Study    |    ES    [95% Conf. Interval]    % Weight
---------------------+---------------------------------------------------------
Hardell 2002         |   1.850      0.550     6.200           4.13
Eriksson 2008        |   2.360      1.040     5.370           9.00
Orsi 2009            |   1.010      0.500     2.200          11.04
Meloni 2021          |   1.500      0.490     4.810           4.65
DeRoos 2022          |   1.075      0.733     1.576          41.39
Pahwa 2019           |   1.550      0.990     2.440          29.79
---------------------+---------------------------------------------------------
I-V pooled ES        |   1.327      1.037     1.697         100.00
---------------------+---------------------------------------------------------
 Heterogeneity calculated by formula
  Q = SIGMA_i{ (1/variance_i)*(effect_i - effect_pooled)^2 }
where variance_i = ((upper limit - lower limit)/(2*z))^2

   Heterogeneity chi-squared =   4.37 (d.f. = 5) p = 0.498
   I-squared (variation in ES attributable to heterogeneity) =   0.0%

   Test of ES=1 : z=   2.25 p = 0.024
```

<u>Figure 10: Forest Plot Fixed Effects Meta-Analysis for highest exposure category with</u>

<u>Cumulative Exposure from Meloni and Pahwa</u>



47

I performed two additional sensitivity analyses for ever-exposure and maximum exposure to glyphosate by removing Hardell study [5] since this study included hairy cell leukemia (HCL), though this is sometimes considered a form of NHL, and found similar results for all estimates (not presented here).

Overall, these results from our main analyses suggest an increased risk of NHL in those exposed to Glyphosate at various levels of exposure definitions used in the individual studies.

*Investigation of Publication Bias:*

Ever Exposure

The standard funnel plot for the main analysis for the relationship of ever exposure to NHL is shown in figure 13, with the Egger regression line. On visual inspection and using the Egger test for funnel plot asymmetry it appears that there was no publication bias, or other small/imprecise study effect, (Egger test p=0.423) indicating no publication bias. But, the Egger test and funnel plot is underpowered, and potentially misleading when you have less than 10 studies. Therefore, this statistical test should be viewed with caution.

Figure 13: Standard funnel plot for ever exposure data for all non-duplicate included studies.



To confirm the role of p-values, true publication bias, I also ran contour-enhanced funnel

lots, which can determine if lack of publication of imprecise studies due to p-value

cutoffs (see figure 14). This funnel plot shows that it is possible that imprecise negative

studies are missing to the left of the lower bunch of studies on the plot, but it also

appears that the more precise (larger) studies show some negative results (which in this

case include the pooled studies of several smaller studies), making the risk of true

publication bias due to missing small studies unlikely. Therefore, it is possible that the

small study effects I see in the standard funnel plot are actually due to methodologic

strengths in these imprecise (smaller individual) studies. Overall, this analysis is

inconclusive for the presence of true publication bias due to the small number of studies

included.

Figure 14: Contour-enhanced plot for ever exposure data for all non-duplicate included studies.



Next, I performed the same funnel plots for the highest level of exposure, using the cumulative exposure values where available. Figure 15 shows the standard funnel plot with the Egger regression line, that was non-statistically significant for funnel plot asymmetry (p=0.108).

Figure 15: Standard funnel plot for highest level of exposure data for all non-duplicate included studies.

50



The contour-enhanced funnel plot is shown in figure 16, which has a very different interpretation as for the standard funnel plot, in this case the risk of true publication bias appears to even lower and instead the asymmetry is likely due to robust small study effect, true effects and not true publication bias (the missing of small imprecise studies). Though, for both sets of funnel plots the power is still low so the interpretation of these plots should be made with caution.

Figure 16: Contour-enhanced funnel plot for highest level of exposure data for all non-duplicate included studies.

51



### Risk of Bias Assessment:

The risk of bias of the included studies is reported in tables 1, 2 and 3. Table 1 includes risk of bias assessments for case-control studies, table 2 for cohort studies and table 3 for pooled analyses. While I included 17 separate studies from our review of the peer-reviewed literature, several of these overlapped either partially or fully with other studies that pooled multiple individual studies [18,21,56], the latter of which are pooled analyses to be assessed for risk of bias separately. Therefore, I assess 10 studies here for risk of bias. Five studies were considered at low risk of bias (>70% of items fulfilled), four studies of moderate risk of bias (between 40 and 69% of items fulfilled) and one study at a high risk of bias (under 40% of items fulfilled).

Table 1: Risk of Bias Assessment of Case-Control Studies

| | Study [citation] | |
|---|---|---|

| Risk of Bias Item | Hardell 2002 [5] | Eriksson 2008 [4] | Orsi 2009 [7] | Cocco 2013 [8] | Meloni 2021 [45] | Poh [55]^ |
|---|---|---|---|---|---|---|
| Adequate Case Definition | 1 | 1 | 1 | 1 | 0 | 1 |
| Representativeness of Cases | 1 | 1 | 1 | 1 | 0 | 1 |
| Control Selection | 1 | 1 | 0 | 0 | 0 | 0 |
| Definition of Controls | 0 | 0 | 1 | 1 | 0 | 0 |
| Controls for Other Pesticides | 1 | 1 | 0 | 0 | 0 | 0 |
| Controls for Age | 1 | 1 | 1 | 1 | 1 | 1 |
| Exposure Assessment | 1 | 1 | 1 | 0 | 0 | 1 |
| Method Consistency | 1 | 1 | 1 | 1 | 1 | 1 |
| Non-Response Rate | 1 | 1 | 1 | 0 | 0 | 1 |
| Total score | 8/9 (88.9%) | 8/9 (88.9%) | 7/9 (77.8%) | 5/9 (55.9%) | 2/9 (22.2%) | 6/9(66.6%) |

Poh [55] was a population based study.

## Table 2: Risk of bias assessment of cohort

| Risk of Bias Item | Study (citation) |
|---|---|
| | Andreotti 2018 [15] |
| Representativeness of exposed cohort | 1 |
| Selection of non-exposed cohort | 1 |
| Ascertainment of exposure | 0 |
| Demonstration that outcome of interest was not present at start of the study | 1 |
| Comparability of the cohorts | 1 |
| Assessment of outcome | 1 |
| Was follow-up long enough for outcomes to occur | 1 |
| Adequacy of follow-up | 0 |
| Total score | 6/8 (75%) |

## Table 3: Risk of bias assessment of pooled analyses

| Risk of Bias Item | Study (citation) | | |
|---|---|---|---|
| | Leon 2019 [43] | Pahwa 2019 [21] | DeRoos [56] |
| Locating studies for pooling | 0 | 0 | 0 |
| Selecting studies for pooling | 1 | 1 | 1 |
| Risk of bias assessment of included studies | 0 | 0 | 0 |
| Merging data for pooled analysis | 1 | 1 | 0 |
| Estimating study specific effects | 1 | 1 | 1 |
| Examining heterogeneity of effects | 1 | 1 | 1 |
| Estimating pooled effects | 1 | 1 | 0 |
| Explaining any heterogeneity between studies | 0 | 1 | 1 |
| Sensitivity analyses | 0 | 1 | 1 |
| Total score (%) | 5/9 (55.5%) | 7/9 (77.8%) | 5/9(55.5%) |

I then performed meta-regression analyses for the influence of study quality on the estimated of treatment effect of the two main analyses including all non-overlapping studies, for ever-exposed and for the highest level of exposure, excluding Poh and Leon due to their use of hazards ratios. Results are shown in figures 17 and 18.

Figure 17: Meta-regression exploring variation in ever-exposed meta-analytic estimate by risk of bias

```
Meta-regression                                     Number of obs   =        6
REML estimate of between-study variance             tau2            =   .06813
% residual variation due to heterogeneity           I-squared_res   =   51.33%
Proportion of between-study variance explained      Adj R-squared   =  -52.95%
With Knapp-Hartung modification
```

| OR | Coef. | Std. Err. | t | P>\|t\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| ROB | .0026606 | .0102318 | 0.26 | 0.808 | -.0257475 | .0310687 |
| _cons | 1.022292 | .7019804 | 1.46 | 0.219 | -.9267177 | 2.971302 |

Figure 18: Meta-regression exploring variation in highest exposure meta-analytic estimate by risk of bias

```
Meta-regression                                     Number of obs   =        6
REML estimate of between-study variance             tau2            =    .1077
% residual variation due to heterogeneity           I-squared_res   =   18.38%
Proportion of between-study variance explained      Adj R-squared   =       .%
With Knapp-Hartung modification
```

| OR | Coef. | Std. Err. | t | P>\|t\| | [95% Conf. Interval] | |
|---|---|---|---|---|---|---|
| ROB_01 | .0137842 | .0145249 | 0.95 | 0.396 | -.0265434 | .0541118 |
| _cons | .4098573 | .9792562 | 0.42 | 0.697 | -2.308994 | 3.128708 |

The meta-regression analyses both revealed that the meta-analytic treatment effect estimates for the relationship of glyphosate exposure with NHL did not change across varying levels of risk of bias of the included studies. Furthermore, I performed several

additional meta-regression analyses grouping low and moderate risk of bias and comparing this to high risk of bias studies, and again, for low risk of comparing this to moderate combined with high risk of bias finding no significant effects. Therefore, the meta-analytic effect estimates presented above are robust to varying risk of bias of the included studies.

*Grade Assessment:*

The GRADE table is shown in table 4. The two assessors agreed on the GRADE assessment. Across all analyses, the overall evidence, using the grade approach, is moderate. Systematic reviews of observational studies start as low evidence and can go down or up. In this case I did not rate the evidence down for any of the certainty assessments described by the GRADE working group [31] and instead increased the GRADE of evidence to moderate due to the dose-response relationship shown across the included studies and as evidenced by the increased ORs when going from ever-exposure to the highest level of exposure in days to cumulative exposure metrics. Therefore, the overall the GRADE of evidence is moderate. In the GRADE approach high GRADE evidence is typically limited to systematic reviews and meta-analyses of randomized trials only.

Table 4: G.R.A.D.E. summary table

| Certainty Assessment | | | | | | | Overall GRADE | No. of Patients |
|---|---|---|---|---|---|---|---|---|
| *Outcome Measure* | *Study Design* | *Risk of Bias* | *Inconsistency* | *Indirectness* | *Imprecision* | Publication Bias | | |
| **NHL** | All observational | Some but not critical | none | none | Some but not critical | None or unlikely | moderate | 436,545 |

**12.3** Statistical significance, p-values and confidence intervals

In this section I discuss the interpretation of p-values, what statistical significance means, and why confidence intervals are necessary when interpreting findings.

Using p-value cutoffs (e.g., p<0.05) to justify the scientific importance of a finding leads to faulty decision-making. For example, making a decision to recommend an association is present when the p-value is 0.04, but not when it is 0.06, is misguided and not founded on any empirical or scientific evidence. There are many other factors involved in the process of making a causal inference. Those other factors include the statistical model and its assumptions (are they appropriate), the study design, and methods (e.g., was blinding of outcome assessment appropriate, was the outcome measure used valid and reliable), other related research, the size of the observed association (e.g, was the odds ratio magnitude clinically important), etc. The assessment of the clinical relevance of study findings has been the focus of many textbooks and peer-reviewed papers exploring the details of evidence-based medicine. A p-value that surpasses some threshold does not inform us as to the clinical importance of some result; establishing clinical relevance requires careful consideration [81].

As stated above, a smaller p-value does not indicate a larger effect. P-values tell us nothing about the magnitude of the association. A very small absolute risk reduction of surgical site infection, when comparing interventions, may yield a small p-value (e.g., <0.05) but not be clinically meaningful at all. That is, a study with a large sample size or high precision of measurement (e.g., a small standard deviation, or standard error and a narrow confidence interval) can produce small p-values in the presence of weak associations, especially in the era of "big data." The converse is true as well; a strong

association in studies with small sample sizes or low precision may produce large p-values. In the latter case the effect estimate may be clinically meaningful even in the presence of a large p-value. But be careful: relying on a single study's result to guide clinical decision-making is fraught with problems, which is why we perform mate-analyses, and in this case including 20 separate data sets.

The main issue here is the confusion of statistical significance with clinical significance relative to research findings. Statistical significance refers to the p-value for testing the null hypothesis being below or above a designated value (typically 0.05), corresponding to the accepted probability of a type I error (falsely rejecting the null hypothesis). The p-value depends on both the magnitude of the association and the sample size. Clinical significance conveys how important a finding is for a given association and its relevance to the patient, public or clinician [82-83]. This importance hinges, not only on the magnitude and direction of the association, but also on estimation precision (confidence-interval width), the type, severity, and prognostic implication of the outcome (e.g., NHL is a serious disease with dire consequences), social context, age and other relevant characteristics.

A p-value, on its own, is weak evidence for or against a hypothesis for several reasons. First, a p-value at or near a predetermined cutoff (e.g., 0.05) is weak evidence against the null hypothesis. That is, there can be numerous reasons why a certain p-value was arrived at (e.g., inadequate statistical model, lack of power, p-hacking, etc). On the other hand, a large p-value does not mean that there is no association or no effect, i.e., "the absence of evidence [for an effect] is not evidence of the absence [of that effect]'" [84]. Furthermore, simple modification to the study design, implementation

57

and analysis might result in different findings. We know that statistical methods used in many studies are inadequate [85-86] and that there are substantial methodological drawbacks in much of the orthopaedic clinical research [e.g., 87-88]. Studies with methodological flaws can mislead readers who do not read publications critically and who are not rigorously trained in clinical research methods.

**12.4** Odds Ratios: Magnitude and Severity of Disease

In this section I discuss the interpretation of odds ratios in terms of magnitude with relevance to the type of event/outcome encompassed in the effect estimate.

An odds ratio (OR) expresses the odds of disease given an exposure in one group relative to the odds of disease given an exposure in another group. There are no standard or universal rules for the interpretation of the magnitude of an OR on its own without reference to the associated outcome or event of interest. That is, one must be certain to consider the type of event (e.g., disease or condition) when interpreting the clinical significance, or importance, of a particular OR. That is, the risk that a particular disease or condition poses to an individual or group of individuals is paramount when interpreting any effect estimate (OR, relative risk, mean difference etc). For instance, a disease that is relatively mild, self-limiting or easy to treat (for example, the common cold as caused by a rhinovirus) on average would require a much larger OR when comparing exposures (e.g., a daycare centre or no daycare centre) to be considered important in magnitude on a population level. That is, a 15% increased odds (OR=1.15) of getting a common cold across a large sample of patients (N=1000 or more for example) in multiple clinical studies is quite small, even if statistically significant, since the increased risk of the common cold to the population is marginal, with minor non-

58

severe symptoms (such as a runny nose, sore throat, fatigue etc) temporary and short term lost work hours, minimal increased medical expenses and the cost of over the counter medications for about 15% more people than would have got the disease if they had not been exposed to a daycare. So, if 100 people of the 100 got a common cold without being exposed to a daycare then with an OR=1.15, about 115 people (that is not the exact number for this explanation that is what we can assume) exposed to daycares got the common cold. Furthermore, the risk of severe disease outcomes (e.g., the need for major medical interventions or death) is very very low. But if the OR was say 5.0, or a 400% increase in the odds of getting a common cold, then 100 people get the common cold not exposed to daycares and 400 people get the common cold when exposed to daycare. While this risk on an individual level (at least at first) would not be extreme or important, this increased risk on the population level associated with a OR=5.0 is obviously very important. This means that almost ½ of the entire population would suffer from the common cold, and the associated loss of work etc that comes with it would be substantial. If this were the case daycares and children at daycare would pose a major risk to our population and society. Of course, this is not the case at all for this association.

But now let's consider a severe disease where we must look at the population level and the individual level. We can characterize a severe disease here as one that has substantial impact on the individual or on the population level. On the individual level a severe disease will present with symptoms that are substantially debilitating to the patient either in the short term or long term such as impacts on the physical or psychological function, their finances, social life, and other related health or wellness

59

characteristics. That is, a severe disease can either have major impact on any one of these categories or wellness/health or varying degrees of impact across multiple categories. Either way, the impact is substantial enough to have a major impact in their life and ability to live well. The ultimate and worst-case scenario and impact would be death and at the opposite end of the spectrum for a serious disease would be a loss to quality of life and increased suffering generally. In both cases an increase in risk, or an increase in the odds of disease related to an exposure, at any level (1%, 5%, 15%, 50% etc) are all clinically important. That is, the bar is set much lower for serious diseases, since the potential impact on the person is dire. In the case of NHL, no matter the subtype, any increase in risk for this serious potentially deadly disease is important and cannot be ignored.

**12.5 Interpretation and conclusions**

To sum up: 1. The results from our main analyses suggest an increased risk of 18% to 24%, from the analyses without Leon and Poh, the most valid analyses, for NHL in those ever exposed to Glyphosate at any point in their life. 2. The results from our main analyses suggest an increased risk of 33% to 47% for NHL, again from the analyses without Leon and Poh, the most valid analyses, in those exposed to Glyphosate at the various highest levels of exposure definitions used in the individual studies. These findings were robust in the face of sensitivity analyses, do not appear to be influenced by publication bias and do not vary by individual study quality. Overall, there is a moderate GRADE of evidence that exposure to glyphosate increased the odds of NHL in humans in those ever exposed or most highly exposed across a very

large sample of patients, in various study designs, geographic regions and by varying research teams. This evidence is very convincing.

Here I have completed the most up to date, largest and rigorous systematic review and meta-analysis ever completed on the question, "Does exposure to glyphosate increase the risk or not for NHL?". Overall, most meta-analyses and sensitivity analyses performed yield the same answer, which is yes. The evidence is very good, and consistent across 20 separate data sets published in 9 studies, that glyphosate increases the risk of NHL in those ever exposed and even a greater risk in those with the highest measured exposures. Also, while some of the included studies had methodologic flaws, the risk of bias of the included studies did not have any influence on these findings, whether treated continuously or categorically. The risk of publication bias is not likely for the reasons described above, and in fact the small study effects seen may have been due to reasons other than true publication bias. As noted, the power of the test for publication bias is low due to the small number of included studies used (n=6). Overall, I have high confidence in the results presented above. Future research on this question could explore the varying risk for subtypes of NHL and the role of additional effect modifiers in carefully powered analyses.

My conclusions here, to reasonable degree of scientific certainty, are that the scientific evidence available from published human subjects epidemiologic research points clearly to an increased risk of NHL in those ever exposed to and for high levels of exposure to glyphosate. I have high confidence that any follow-up research on this question will yield similar findings, strengthening the evidence of a cause-and-effect relationship as evidenced by the recent publications as early as 2022.

61

**13. Bradford Hill Causality Assessment**

In the evaluation of general causation, that is whether a specific exposure (e.g.,glyphosate) is a cause of a specific disease (e.g., NHL), there are a set of criteria that are recommended to consider, particularly when referring to observational studies. These criteria allow one to increase or decrease their conviction for a cause-effect relationship. These criteria are termed the Bradford-Hill criteria and were set forth by Sir Austin Bradford Hill [57]. I list each criterion and my assessment together with citations.

**Strength**

Overall, the stronger the association, in this case the larger the OR, the more likely the association is causal. That is, strong association, for example ORs above 4 in a single study are much less likely to be explained away by unmeasured variables. Whereas an OR between 1 and 1.5 in a single study is not terribly convincing since unmeasured variable could easily explain it away. But, having only a weak association (OR between 1 and 1.5) does not at all rule out a causal association [61-62]. We found here ORs between about 1.2 and 1.5, but across 20 separate data sets, and in analyses that were nearly all adjusted for confounders. Therefore, while the ORs we found are not large, they are still convincing due to the remarkable consistency (see the next criterion "Consistency") and lack of alternative explanations (See the final section "Alternative Explanations").

**Consistency**

This refers to the repeated observation of an association in different population under different circumstances. In this case across 20 separate data sets, various study

62

designs, geographic regions and by varying research teams, the evidence is consistent. When meta-analyzed the evidence is consistent and convincing.

**Specificity**

This criterion states that a cause leads to a single effect, not multiple effects. But since the original conception of this criterion even Bradford-Hill had reservations about it. And now it is regularly accepted that this criterion is not useful and is misleading since we now know much more about the effects of varying toxic exposures that could impact various tissues, organs and biologic/physiologic pathways (e.g., smoking, alcohol, glyphosate) [58-61].

**Temporality**

The idea of a temporal relationship is that if an exposure causes a disease, the exposure must occur before the disease develops. Therefore, the research/studies must provide evidence of that lack of disease prior to exposure. All studies cited and discussed above do look for NHL diagnoses before pesticide exposure in a variety of ways. Therefore, this criterion is met by the epidemiologic studies cited in this report.

**Biologic Gradient**

This criterion refers to the presence of a dose responses relationship, or any shape or type (Linear, monotonic). Put another way, higher exposures should increase the risk and frequency of disease. We performed two separate classes of analyses. One for ever exposure (the lower exposure estimate) and one for varying estimates of the highest lifetime exposure (the higher exposure estimate). We found statistically significant effects for both, with the association being larger for the higher exposure.

Therefore, we have demonstrated across all known human subjects studies (n=20) that biologic gradient is evident for increasing exposures to glyphosate and NHL.

**Plausibility**

This criterion refers to the scientific plausibility of an association. That is, the association of an exposure with a particular disease should be consistent with existing scientific knowledge, for example, of mechanisms of action. NHL in humans arises from alterations in human lymphocytes due to underlying genetic abnormalities. Glyphosate has been consistently shown to be genotoxic in human exposures [63-64]. Furthermore, the basic science literature supports the role of glyphosate as being genotoxic [65-69]. Furthermore, there are an array of basic and animal studies that show glyphosate causes oxidative stress in a number of tissues [70-75] and research has shown that a novel biological mechanism, upregulation of the B-cell mutator enzyme AID by glyphosate, underlies the specific mechanism of glyphosate in causing NHL [76]. Finally, there is evidence that Glyphosate in the concentrations corresponding to environmental or occupational exposure has been shown to induce epigenetic changes potentially involved in carcinogenesis that can be passed to offspring [77].

**Coherence**

This criterion refers to the fact that any proposed association should not conflict with the known biology and mechanisms of disease. In this case, as described above, the proven mechanism of action is perfectly coherent with how NHL develops. Furthermore, there is clear coherence between the epidemiological evidence and the basic science (laboratory) findings in animals and tissue cultures.

**Experimental Evidence**

This criterion refers to the idea that evidence should, if possible, should show that reducing or eliminating the potentially harmful exposure should result subsequently in a decreased frequency of disease. This is a very difficult criterion to fulfill as removing glyphosate exposure from a sample of individuals does not eliminate its impact, given that genetic damage has already been done, initiating disease, and further the half-life of glyphosate is now known to be much longer than initially thought (e.g., up to 249 days in soil) [78].

**Analogy**

This criterion refers to the idea that if there are similarly observed associations, in this case, for tother exposures then by analogy the association of glyphosate and NHL is more likely causal. There are of course many examples of environmental exposures causing various cancers (e.g., smoking, other pesticides [79-80]).

**Overall assessment of the strength of the cause-effect association**

We found consistent fulfillment of the Bradford Hill criteria as described above. Therefore, there is strong evidence available to support conviction in a cause-effect association of glyphosate and NHL.

**14. References**

1. Schinasi L, Leon ME. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527. doi: 10.3390/ijerph110404449. PMID: 24762670; PMCID: PMC4025008.

2. De Roos, A.J.; Zahm, S.H.; Cantor, K.P.; Weisenburger, D.D.; Holmes, F.F.; Burmeister, L.F.; Blair, A. Integrative assessment of multiple pesticides as risk

factors for non-Hodgkin's lymphoma among men. Occup. Environ. Med. 2003, 60, doi:10.1136/oem.60.9.e11.

3.  De Roos, A.J.; Blair, A.; Rusiecki, J.A.; Hoppin, J.A.; Svec, M.; Dosemeci, M.; Sandler, D.P.;Alavanja, M.C. Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. Environ. Health Perspect. 2005, 113, 49–54.

4.  Eriksson, M.; Hardell, L.; Carlberg, M.; Akerman, M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int. J. Cancer 2008, 123,1657–1663.

5.  Hardell, L.; Eriksson, M.; Nordstrom, M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: Pooled analysis of two Swedish case-control studies. Leuk. Lymphoma 2002, 43, 1043–1049.

6.  McDuffie, H.H.; Pahwa, P.; McLaughlin, J.R.; Spinelli, J.J.; Fincham, S.; Dosman, J.A.; Robson, D.; Skinnider, L.F.; Choi, N.W. Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticides and health. Cancer Epidemiol. Biomark. Prev. 2001, 10, 1155–1163.

7.  Orsi, L.; Delabre, L.; Monnereau, A.; Delval, P.; Berthou, C.; Fenaux, P.; Marit, G.; Soubeyran, P.; Huguet, F.; Milpied, N.; et al. Occupational exposure to pesticides and lymphoid neoplasms among men: Results of a French case-control study. Occup. Environ. Med. 2009, 66, 291–298.

8.  Cocco, P.; Satta, G.; D'Andrea, I.; Nonne, T.; Udas, G.; Zucca, M.; Mannetje, A.; Becker, N.; Sanjose, S.; Foretova, L.; et al. Lymphoma risk in livestock farmers: Results of the Epilymph study. Int. J. Cancer 2013, 132, 2613–2618.

9.  Chang ET, Delzell E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B. 2016;51(6):402-34. doi: 10.1080/03601234.2016.1142748. Epub 2016 Mar 25. PMID: 27015139; PMCID: PMC4866614.

10. Hohenadel K., Harris S.A., McLaughlin J.R., Spinelli J.J., Pahwa P., Dosman J.A., Demers P.A., Blair A. Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces. Int. J. Environ. Res. Public Health. 2011:2320–2330.

11. Zhang L, Rana I, Shaffer RM, Taioli E, Sheppard L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res Rev Mutat Res. 2019 Jul-Sep;781:186-206. doi: 10.1016/j.mrrev.2019.02.001. Epub 2019 Feb 10. PMID: 31342895; PMCID: PMC6706269.

12. IARC, Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, IARC Monographs on the Evaluation of Carcinogenic Risks to Humans vol. 112, International Agency for Research on Cancer (IARC), Lyon, France, 2015.

13. EPA, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, EPA's Office of Pesticide Programs, United States Environmental Protection Agency, 2017, https://cfpub.epa.gov/si/si_public_file_download.cfm?p_download_id= 534487.

14. JMPR, World Health Organization: Pesticide Residues in Food-2016: Toxicological Evaluations. Joint Meeting of the FAO Panel of Experts on

Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues, Geneva, Switzerland, 9-13 May 2016 World Health Organization, 2017.

15. Andreotti, S. Koutros, J.N. Hofmann, D.P. Sandler, J.H. Lubin, C.F. Lynch, C.C. Lerro, A.J. De Roos, C.G. Parks, M.C. Alavanja, D.T. Silverman, L.E. Beane Freeman, Glyphosate use and cancer incidence in the agricultural health study, J. Natl. Cancer Inst. 110 (2018) 509–516.

16. Wells, B. Shea, D. O'connell, J. Peterson, V. Welch, M. Losos, P. Tugwell, The Newcastle-Ottawa Scale (NOS) for Assessing the Quality of Nonrandomised Studies in Meta-Analyses, Ottawa Hospital Research Institute, Ottawa (ON, 2009 Available in March, (2016).
http://www.ohri.ca/programs/clinical_epidemiology/oxford.asp

17. Donato F, Pira E, Ciocan C, Boffetta P. Exposure to glyphosate and risk of non-Hodgkin lymphoma and multiple myeloma: an updated meta-analysis. Med Lav. 2020 Feb 24;111(1):63-73. doi: 10.23749/mdl.v111i1.8967. PMID: 32096774; PMCID: PMC7809965.

18. Leon ME, Schinasi LH, Lebailly P, et al: Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol 2019; 48: 1519-35.

19. Rana I, Taioli E, Zhang L. Weeding out inaccurate information on glyphosate-based herbicides and risk of non-Hodgkin lymphoma. Environ Res. 2020

Dec;191:110140. doi: 10.1016/j.envres.2020.110140. Epub 2020 Aug 29. PMID: 32871148; PMCID: PMC7889289.

20. Kabat GC, Price WJ, Tarone RE. On recent meta-analyses of exposure to glyphosate and risk of non-Hodgkin's lymphoma in humans. Cancer Causes Control. 2021 Apr;32(4):409-414. doi: 10.1007/s10552-020-01387-w. Epub 2021 Jan 15. PMID: 33447891.

21. Pahwa M, Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Punam Pahwa PP, Dosman JA, Demers PA, Harris SA. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health. 2019 Nov 1;45(6):600-609. doi: 10.5271/sjweh.3830. Epub 2019 Jun 27. PMID: 31246262.

22. Higgins JPT, Green S. (editors). Cochrane handbook for systematic review od interventions. Version 5.1.0 [updated March 2011]. The Cochrane collaboration, 2011. https://handbook-5-1.cochrane.org/

23. Stroup DF, Berlin JA, Morton SC, Olkin I, Williamson GD, Rennie D, Moher D, Becker BJ, Sipe TA, Thacker SB. Meta-analysis of observational studies in epidemiology: a proposal for reporting. Meta-analysis Of Observational Studies in Epidemiology (MOOSE) group. JAMA. 2000 Apr 19;283(15):2008-12. doi: 10.1001/jama.283.15.2008. PMID: 10789670.

24. Brooke BS, Schwartz TA, Pawlik TM. MOOSE Reporting Guidelines for Meta-analyses of Observational Studies. *JAMA Surg.* 2021;156(8):787–788. doi:10.1001/jamasurg.2021.0522

69

25. Wells, B. Shea, D. O'connell, J. Peterson, V. Welch, M. Losos, P. Tugwell, The Newcastle-Ottawa Scale (NOS) for Assessing the Quality of Nonrandomised Studies in Meta-Analyses, Ottawa Hospital Research Institute, Ottawa (ON, 2009). Available in March, (2016).

26. Yusuf S, Peto R, Lewis J, Colins R, Sleight P. Beta blockade during and after myocardial infarction:an overview of randomized trials. *Progress in Cardiovascular Disease.* 1985; 27:335-371.

27. Borenstein M, Hedges LV, Higgins JPT, Rothstein HR. *Introduction to Meta-Analysis.* NewJersey: John Wiley and Sons, 2009.

28. Higgins JPT, Thompson SG. Quantifying heterogeneity in a meta-analysis. *Statist Med.* 2002;21:1539-1558.

29. Light RJ, Pillemer DB. *Summing Up: The Science of Reviewing Research.* Cambridge, MA: HarvardUniversity Press, 1984.

30. Peters JL, Sutton AJ, Jones DR, Abrams KR, Rushton L. Contour-enhanced meta-analysis funnel plots help distinguish publication bias from other causes of asymmetry. J Clin Epidemiol. 2008 Oct;61(10):991-6. doi: 10.1016/j.jclinepi.2007.11.010. Epub 2008 Jun 6. PMID: 18538991.

31. Gordon Guyatt: Users' Guide to the Medical Literature: A Manual for Evidence-Based Clinical Practice, 3rd ed. ISBN-13: 978-0071790710, 860 pages.

32. Cantor KP, Blair A, Everett G, Gibson R, Burmeister LF, Brown LM, Schuman L, Dick FR. Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota. Cancer Res. 1992 May 1;52(9):2447-55. PMID: 1568215.

33. Hardell, L., & Eriksson, M. (1999). A case-control study of non-Hodgkin lymphoma and exposure topesticides. *Cancer, 85*(6), 1353-1360.

34. Nordstrom, M., Hardell, L., Magnuson, A., Hagberg, H., & Rask-Andersen, A. (1998). Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in acase-control study. *Br J Cancer, 77*(11), 2048-2052.

35. Zahm, S. H., Weisenburger, D. D., Babbitt, P. A., Saal, R. C., Vaught, J. B., Cantor, K. P., & Blair, A.(1990). A case-control study of non-Hodgkin's lymphoma and the herbicide 2, 4- dichlorophenoxyacetic acid (2, 4-D) in eastern Nebraska. *Epidemiology*, 349-356.

36. Hoar, S. K., Blair, A., Holmes, F. F., Boysen, C. D., Robel, R. J., Hoover, R., & Fraumeni, J. F. (1986).Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma. *JAMA, 256*(9), 1141- 1147.

37. Lee, W. J., Cantor, K. P., Berzofsky, J. A., Zahm, S. H., & Blair, A. (2004). Non-Hodgkin's lymphomaamong asthmatics exposed to pesticides. *Int J Cancer, 111*(2), 298-302. doi:10.1002/ijc.20273

38. Cocco P, Satta G, Dubois S, Pili C, Pilleri M, Zucca M, 't Mannetje AM, Becker N, Benavente Y, de Sanjosé S, Foretova L, Staines A, Maynadié M, Nieters A, Brennan P, Miligi L, Ennas MG, Boffetta P. Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. Occup Environ Med. 2013 Feb;70(2):91-8. doi: 10.1136/oemed-2012-100845. Epub 2012 Nov 1. PMID: 23117219.

39. Sheppard L, Shaffer RM. Re: Glyphosate use and cancer incidence in the agricultural health study. J Natl Cancer Inst. 209;111(2).

40. Leveque-Morlais N, Tual S, Clin B, Adjemian A, Baldi I, Lebailly P. The AGRIculture and CANcer (AGRICAN) cohort study: enrollment and causes of death for the 2005–2009 period. Int Arch Occup Environ Health 2015;88:61–73.

41. Kristensen P, Andersen A, Irgens LM, Laake P, Bye AS. Incidence and risk factors of cancer among men and women in Norwegian agriculture. Scand J Work Environ Health 1996;22:14–26.

42. Alavanja MC, Sandler DP, McMaster SB et al. The agricultural health study. Environ Health Perspect 1996;104:362–69.

43. Leon ME, Beane Freeman LE, Douwes J et al. AGRICOH: a consortium of agricultural cohorts. Int J Environ Res Public Health 2011;8:1341–57.

44. Brouwer M, Schinasi L, Beane Freeman LE et al. Assessment of occupational exposure to pesticides in a pooled analysis of agricultural cohorts within the AGRICOH consortium. Occup Environ Med 2016;73:359–67.

45. Meloni F, Satta G, Padoan M, Montagna A, Pilia I, Argiolas A, Piro S, Magnani C, Gambelunghe A, Muzi G, Ferri GM, Vimercati L, Zanotti R, Scarpa A, Zucca M, De Matteis S, Campagna M, Miligi L, Cocco P. Occupational exposure to glyphosate and risk of lymphoma:results of an Italian multicenter case-control study. Environ Health. 2021 Apr 28;20(1):49. doi: 10.1186/s12940-021-00729-8. PMID: 33910586; PMCID: PMC8082925.

46. Shea BJ, Reeves BC, Wells G, Thuku M, Hamel C, Moran J, Moher D, Tugwell P, Welch V, Kristjansson E, Henry DA. AMSTAR 2: a critical appraisal tool for

72

systematic reviews that include randomised or non-randomised studies of healthcare interventions, or both. BMJ. 2017 Sep 21;358:j4008. doi: 10.1136/bmj.j4008. PMID: 28935701; PMCID: PMC5833365.

47. Friedenreich CM. Methods for pooled analyses of epidemiologic studies. Epidemiology. 1993 Jul;4(4):295-302. doi: 10.1097/00001648-199307000-00004. PMID: 8347739.

48. Harrell F, Lee KL, Matchar DB, Reichert TA. Regression models for prognostic prediction: advantages, problems and suggested solutions. Cancer Treat Rep 1985;69:1071e7.

49. Harrell FE Jr, Lee KL, Mark DB. Multivariable prognostic models: issues in developing models, evaluating assumptions and adequacy, and measuring and reducing errors. Stat Med 1996;15:361e87.

50. Peduzzi P, Concato J, Kemper E, Holford TR, Feinstein AR. A simulation study of the number of events per variable in logistic regression analysis. J Clin Epidemiol 1996;49:1373e9.

51. Courvoisier DS, Combescure C, Agoritsas T, Gayet-Ageron A, Perneger TV. Performance of logistic regression modeling: beyond the number of events per variable, the role of data structure. J Clin Epidemiol. 2011 Sep;64(9):993-1000. doi: 10.1016/j.jclinepi.2010.11.012. Epub 2011 Mar 16. PMID: 21411281.

52. Sheppard L, Shaffer RM. Re: Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst. 2019 Feb 1;111(2):214-215. doi: 10.1093/jnci/djy200. PMID: 30597026; PMCID: PMC6376901.

53. Shea BJ, Reeves BC, Wells G, Thuku M, Hamel C, Moran J, Moher D, Tugwell P, Welch V, Kristjansson E, Henry DA. AMSTAR 2: a critical appraisal tool for systematic reviews that include randomised or non-randomised studies of healthcare interventions, or both. BMJ. 2017 Sep 21;358:j4008. doi: 10.1136/bmj.j4008. PMID: 28935701; PMCID: PMC5833365.

54. Schandelmaier S, Briel M, Varadhan R, Schmid CH, Devasenapathy N, Hayward RA, Gagnier J, Borenstein M, van der Heijden GJMG, Dahabreh IJ, Sun X, Sauerbrei W, Walsh M, Ioannidis JPA, Thabane L, Guyatt GH. Development of the Instrument to assess the Credibility of Effect Modification Analyses (ICEMAN) in randomized controlled trials and meta-analyses. CMAJ. 2020 Aug 10;192(32):E901-E906. doi: 10.1503/cmaj.200077. PMID: 32778601; PMCID: PMC7829020.

55. Poh C, McPherson JD, Tuscano J, Li Q, Parikh-Patel A, Vogel CFA, Cockburn M, Keegan T. Environmental pesticide exposure and non-Hodgkin lymphoma survival: a population-based study. BMC Med. 2022 Apr 26;20(1):165.

56. De Roos AJ, Fritschi L, Ward MH, Monnereau A, Hofmann J, Bernstein L, Bhatti P, Benavente Moreno Y, Benke G, Casabonne D, Clavel J, Cocco P, Huynh T, 't Mannetje A, Miligi L, Piro S, Rothman N, Schinasi LH, Vajdic CM, Wang SS, Zhang Y, Slager SL, Cerhan JR. Herbicide use in farming and other jobs in relation to non-Hodgkin's lymphoma (NHL) risk. Occup Environ Med. 2022 Dec;79(12):795-806.

57. Bradford Hill A. The environment and disease: association or causation? Proc R Soc Med. 1965;58:295–300 .

74

58. Rothman, K.J. & Greenland, S. (1997). Modern Epidemiology, 2nd Ed. Lippincott: Philadelphia.

59. Sartwell P. (1960). On the methodology of investigations of etiologic factors in chronic diseases – further comments, Journal of Chronic Diseases 11, 61–63.

60. Encyclopedia of Biostatistics in 2005 by John Wiley & Sons, Ltd. DOI: 10.1002/0470011815.b2a03072.

61. Rothman KJ, Greenland S, Lash TL. Modern Epidemiology. 3rd Edition. 2008. Lippincott: Philadelphia.

62. Rothman KJ, Poole C. A strengthening program for weak associations. In J Epidemiol. 1988;17(supple):955-959.

63. Paz-y-Miño C , Sánchez ME , Arévalo M , et al. Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate. Genet Mol Biol . 2007;30:456–460

64. Bolognesi C , Carrasquilla G , Volpi S , Solomon KR , Marshall EJ . Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate. J Toxicol Environ Health A . 2009;72:986–997.

65. C. Bolognesi, S. Bonatti, P. Degan, E. Gallerani, M. Peluso, R. Rabboni, P. Roggieri, A. Abbondandolo, Genotoxic activity of glyphosate and its technical formulation roundup, J. Agric. Food Chem. 45 (1997) 1957-1962.

66. E. Wozniak, P. Sicinska, J. Michalowicz, K. Wozniak, E. Reszka, B. Huras, J. Zakrzewski, B. Bukowska, The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood

mononuclear cells - genotoxic risk assessement, Food Chem. Toxicol. Int. J. Publ. For. Br. Ind. Biol. Res. Assoc. (2018).

67. K. Suarez-Larios, A.M. Salazar-Martinez, R. Montero-Montoya, Screening of pesticides with the potential of inducing DSB and successive recombinational repair, J. Toxicol. 2017 (2017) 3574840.

68. C. Paz-y-Mino, M.E. Sanchez, M. Arevalo, M.J. Munoz, T. Witte, G.O. De-La-Carrera, P.E. Leone, Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate, Genet. Mol. Biol. 30 (2007) 456-460.

69. M. Milic, S. Zunec, V. Micek, V. Kasuba, A. Mikolic, B.T. Lovakovic, T.Z. Semren, Pavicic, A.M.M. Cermak, A. Pizent, A.L. Vrdoljak, R. Valencia-Quintana, J. Sanchez-Alarcon, D. Zeljezic, Oxidative stress, cholinesterase activity, and DNA damage in the liver, whole blood, and plasma of Wistar rats following a 28-day exposure to glyphosate, Arhiv za higijenu rada i toksikologiju 69 (2018) 154-168.

70. M. Astiz, M.J. de Alaniz, C.A. Marra, Antioxidant defense system in rats simultaneously intoxicated with agrochemicals, Environ. Toxicol. Pharmacol. 28 (2009) 465–473.

71. C. Elie-Caille, C. Heu, C. Guyon, L. Nicod, Morphological damages of a glyphosate treated human keratinocyte cell line revealed by a micro- to nanoscale microscopic investigation, Cell Biol. Toxicol. 26 (2010) 331–339.

72. A. Gehin, Y.C. Guillaume, J. Millet, C. Guyon, L. Nicod, Vitamins C and E reverse effect of herbicide-induced toxicity on human epidermal cells HaCaT: a biochemometric approach, Int. J. Pharm. 288 (2005) 219–226.

76

73. J. George, Y. Shukla, Emptying of intracellular calcium Pool and oxidative stress imbalance are associated with the glyphosate-induced proliferation in human skin keratinocytes HaCaT cells, ISRN Dermatol. (2013) 825180.

74. Qi L, Dong YM, Chao H, Zhao P, Ma SL, Li G. Glyphosate based-herbicide disrupts energy metabolism and activates inflammatory response through oxidative stress in mice liver. Chemosphere. 2023 Feb;315:137751. doi: 10.1016/j.chemosphere.2023.137751. Epub 2023 Jan 3. PMID: 36608876.

75. Marino M, Mele E, Viggiano A, Nori SL, Meccariello R, Santoro A. Pleiotropic Outcomes of Glyphosate Exposure: From Organ Damage to Effects on Inflammation, Cancer, Reproduction and Development. Int J Mol Sci. 2021 Nov 22;22(22):12606

76. J. George, S. Prasad, Z. Mahmood, Y. Shukla, Studies on glyphosate-induced carcinogenicity in mouse skin: a proteomic approach, J. Proteomics 73 (2010) 951–964.

77. Bukowska B, Woźniak E, Sicińska P, Mokra K, Michałowicz J. Glyphosate disturbs various epigenetic processes in vitro and in vivo - A mini review. Sci Total Environ. 2022 Dec 10;851(Pt 2):158259.

78. USDA, Forest Service Pacific Northwest. Glyphosate herbicide information profile. 1997.

79. Alavanja MC , Bonner MR . Occupational pesticide exposures and cancer risk: a review. J Toxicol Environ Health B Crit Rev . 2012;15:238–263 .

80. Guyton KZ , Loomis D , Grosse Y , et al. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncol . 2015;16:490–491.

81. Sierevelt IN, van Oldenrijk J, Poolam RW. Is statistical significance clinically important? A guide to judge the clinical relevance of study findings. J Long-Term Effects Med Implants. 2007;17(2):173-9.

82. Oltean H, Gagnier JJ: Use of clustering analysis in randomized controlled trials in orthopaedic surgery. BMC Med Res Methodol. 2015;15:17.

83. Jevsevar DS, Sanders J, Bozic KJ et al. An introduction to clinical significance in orthopaedic outcomes research. JBJS Reviews. 2015;3(5):e2.

84. Altman DG, and Bland J, Absence of evidence is not evidence of absence. British Medical Journal 1995;311:485.

85. Parsons NR, Price CL, Kiskins R et al. An evaluation of the quality of statistical design and analysis of published medical research: results from a systematic survery of general orthopaedic journals. BMC. Med Res Methodol. 2012;12:60.

86. Oltean H, Gagnier JJ: Use of clustering analysis in randomized controlled trials in orthopaedic surgery. BMC Med Res Methodol. 2015;15:17.

87. Sexton SA, Ferguson N, Pearce C, et al. The misuse of 'no significant difference' in British orthopaedic literature.

88. Chess LE, Gagnier JJ. Risk of bias of randomized controlled trials published in orthopaedic journals. BMC Med Res Methodol. 2013;13:76.

Joel J Gagnier ND, MSc, PhD