# EXHIBIT B

Page 1

          IN THE UNITED STATES DISTRICT COURT

        FOR THE NORTHERN DISTRICT OF CALIFORNIA

_____
                                |
IN RE:  ROUNDUP PRODUCTS         | MDL No. 2741
LIABILITY LITIGATION             | Case No.
                                | 3:16-md-02741-VC

_____|
                                |
This document relates to:       |
                                |
Johnetta Scheh, Individually    |
and as Representative of the    |
Estate of Donald Scheh,         |
Deceased, and Troy Scheh v.     |
Monsanto Company                |
Case No. 3:20-cv-02472-VC       |

_____|


              Tuesday, January 14, 2025


        Remote videoconference deposition of
JOEL J. GAGNIER, BA, ND, MSc, Ph.D., commencing at
10:03 a.m., on the above date, before Carol A. Kirk,
Registered Merit Public, Certified Shorthand Reporter,
and Notary Public.








  Job No. MDLG7087197

Page 2

R E M O T E   A P P E A R A N C E S

- - -

On behalf of the Plaintiff:

     STANLEY LAW

     BY:  SHAWN STAPLES, ESQUIRE

         wsstaples@stanleylaw.com

     230 Westcott Street, Suite 120

     Houston, Texas  77007

     713-980-4381

On behalf of the Defendant:

     NELSON MULLINS

     BY:  RAYMOND J. PRINCE, ESQUIRE

         raymond.prince@nelsonmullins.com

     1320 Main Street

     Columbia, South Carolina  29201

     803-255-9357

ALSO PRESENT:

     Laura Brackin, Stanley Law

     Chris Clee, Videographer

- - -

                        INDEX TO EXAMINATION

  WITNESS                                                      PAGE

  JOEL J. GAGNIER, BA, ND, MSc, Ph.D.

        CROSS-EXAMINATION BY MR. PRINCE                          6

Page 4

INDEX TO EXHIBITS

| GAGNIER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Plaintiff's Expert Disclosure | 11 |
| Exhibit 2 | Notice of Deposition | 14 |
| Exhibit 3 | Curriculum Vitae of Dr. Gagnier | 18 |
| Exhibit 4 | Testimony List for Dr. Gagnier | 27 |
| Exhibit 12 | Invoice, August 12, 2024 | 56 |
| Exhibit 13 | Report of Dr. Gagnier | 67 |
| Exhibit 14 | Health Canada Report | 83 |

Page 5

                              - - -

              P R O C E E D I N G S

                              - - -

THE VIDEOGRAPHER:  Good morning. We are now on the record.  My name is Chris Clee.  I'm a videographer for Golkow, a Veritext division.

Today's date is January 14, 2025, and the time is 10:03 a.m. Eastern Standard Time.

This video deposition is being held in the matter of Roundup, Johnetta Scheh versus Monsanto Company. The deponent is Joel J. Gagnier, who has a BA, ND, MSc, Ph.D.

Will counsel please introduce themselves.

MR. STAPLES:  My name is Shawn Staples.  I am counsel for the plaintiff, and I am here presenting Dr. Gagnier.

MR. PRINCE:  Good morning, everyone.  Raymond Prince on behalf of Defendant Monsanto Company.

Page 12

your expected testimony?

A.    Yes.  I mean, generally what I understand is that I'm testifying to general causation here.

Q.    Okay.  Well, you just foreshadowed my next question.

I just want to make it clear for the record that you are not planning to provide any specific causation opinions in this case?

A.    Correct.

Q.    And just one follow-up on that.  If you're not planning to provide any specific causation opinions, is there any reason that you reviewed plaintiff's medical records and deposition testimony and discovery responses?

A.    I have not reviewed those, so there wouldn't be a reason to necessarily, no.

Q.    All right.  And then if we go -- sticking here, if we go to the next sentence, it says, "He may also testify regarding other relevant issues that are within the area of his expertise."

What are the relevant issues that are being referred to here?

Page 41

Do you have any additional courses that you need to add to the didactic course section?

A.    No.    That 2025 lecture -- lectures, those ones are coming up, actually.

Q.    Right, right.    Okay.

All right.    Now, I want to go back down to page 28 and ask you to briefly describe this Enhancing Pragmatic Trial Methods grant.

Could you briefly tell me what that is.

A.    Oh, yes.    Yeah, that's a small internal grant from Western University to support work that I do in the space of pragmatic trials. So it's really a training grant for my master's and Ph.D. students who are involved in projects that deal with pragmatic trials.    So pragmatic trials, simply speaking, are trials that reflect real world settings and situations.

Q.    All right.    I'm going to go down to page 35 now and look at the Publications section. So I counted 29 new peer-reviewed publications when you compare this CV to the CV that you produced in the Brown case where you were deposed

Page 42

last July.

And I looked at those peer-reviewed publications, the first 29 that are listed here, and I did not see any that related to glyphosate, Roundup, or non-Hodgkin's lymphoma.

Is that a fair statement?

A.   Yeah, yeah, that's correct.  Yeah, I haven't -- I haven't submitted the report or publication yet.

Q.   Well, you're doing a good job of foreshadowing my questions, Dr. Gagnier, so my next question was, you've previously testified that you withdrew your meta-analysis on glyphosate literature and the association of glyphosate exposure and NHL from JAMA Oncology; is that correct?

A.   Yes, I did.  Yeah.

Q.   Okay.  And have you made any additional efforts to get the meta-analysis published?

A.   No, I had to redo some analyses by adding some literature to it.  So I haven't had a chance to resubmit it just yet.  It's just being a busy academic, I guess.

I apologize for that.

Q.    Oh, no, no.  No problem.  I just wanted to make sure I was -- and then it looks like you co-wrote three -- or no -- two of these; is that correct?

A.    Yes.

Q.    And do you know the authors who wrote the other ones?  I thought I saw one was maybe listed as a mentor in your report, but I might be missing --

A.    Yes, yes, yes.  I knew Doug Altman.  He's since passed away.  But, yeah, I knew Dr. Altman.  And do I know anybody else on those lists?

Kevin Bozich or Bozich, reference number 83, I know him.  We haven't published any papers together, but he's been -- I think he was a guest speaker in one of -- a session of one of the conferences that I was chairing.

And who else do I know?  I think that's -- that's it that I know or, like, have had contact with professionally.

Q.    Okay.  And if your answers are slightly similar, then I don't want to make you go

Page 94

CERTIFICATION

I, Carol A. Kirk, Registered Merit Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, JOEL J. GAGNIER, BA, ND, MSc, Ph.D.was duly remotely sworn by me to testify to the truth, the whole truth, and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by me at the time, place, and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor an employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

_____

Carol A. Kirk, RMR, CSR-9139

Notary Public

Dated:  January 16, 2025