# EXHIBIT C

IN THE CIRCUIT COURT FOR THE COUNTY OF ST. LOUIS

STATE OF MISSOURI

CARL ALESI, et al.,

   Plaintiffs,

 -vs-     Case No. 19SL-CC03617

MONSANTO COMPANY,

   Defendant.

_____/

Pages 1 - 244

THE VIDEOTAPED DEPOSITION OF JOEL J. GAGNIER, ND, MSc, PhD

  Taken via Zoom

  Commencing at 9:07 a.m.

  Monday, March 28, 2022

  Before Trisha Cameron, RDR, RMR, CRR, RPR, CSR

APPEARANCES:

MR. GIBBS HENDERSON

Fears Nachawati

5489 Blair Road

Dallas, Texas  75231

(214) 890-0711

ghenderson@fnlawfirm.com

    Appearing on behalf of the plaintiffs.

MR. JOSEPH D. PIORKOWSKI, JR.

The Piorkowski Law Firm, P.C.

1800 K Street, NW, Suite 1000

Washington, DC  20006

(202) 223-5535

jpiorkowski@lawdoc1.com

    Appearing on behalf of the defendant.

ALSO PRESENT:  Anne Hovis - Piorkowski Law Firm

                Nathan Arndt - videographer

Joel J. Gagnier, ND, MSc, PhD

INDEX TO EXAMINATIONS

WITNESS                                                    PAGE

JOEL J. GAGNIER, Ph.D.,

 EXAMINATION BY MR. PIORKOWSKI                               7

Joel J. Gagnier, ND, MSc, PhD

Q. And can you briefly explain what naturopathic medicine is?

A. Yeah. Absolutely. Naturopathic doctors are trained as primary care physicians. So all of the standard diagnostic physical exam procedures, laboratory procedures, pharmacology that is covered in your standard contemporary M.D. undergraduate program. So a four-year M.D. program. The naturopathic accredited schools are based off of those programs. In addition to getting all the standard conventional training in pharmaceuticals, lifestyle, counseling, etcetera, naturopathic doctors are also trained in things like clinical nutrition, botanical medicine, acupuncture. And primarily it is -- they're four-year programs with optional two to four-year residencies. And most go out and enter into private practice, and some work for companies. But primarily it's private practice, which I did for ten years.

Q. Are there -- are licensed naturopathic doctors permitted to prescribe prescription medications in Canada?

A. In Ontario they are. It depends on the jurisdiction. But yes, in Ontario they are, as well as in British Columbia, several states in the US as well.

did take pathology, as all people who practice in
primary care do.

Q. Okay.  Now, in looking at your CV, in your capacity
as an epidemiologist, you've published quite a bit on
orthopedic subjects; is that right?

A. Yes, that's correct.

Q. Okay.  And I see you're an associate professor of
both orthopedics and epidemiology; is that correct?

A. Yes, it is.

Q. Okay.  Now, when you are an associate professor of
orthopedics, are you credentialed to perform any
therapeutic orthopedic procedures on patients?

A. No.  No.  It's a -- the appointment is with the
department of orthopedic surgery.  So there are --
there are many people who do basic science research
who are PhDs in basic science.  I happen to do
clinical research.

Q. So your work with the department of orthopedics is
basically doing research; is that correct?

A. Yeah.  I have a 90 percent research appointment.
Yes.

Q. Okay.  And what is the remaining 10 percent of your
time?

A. Administrative and supervision.

Q. Okay. And you've published probably ten or twenty peer-reviewed papers on different aspects of evaluating different types of care in orthopedic patients, correct?

A. Interventions, is that what the question is? Associated with interventions, treatments?

Q. Sure. Yeah. That's a better --

A. More than that. I don't recall the exact number. I could look it over, but it's getting probably closer to about 75 papers. Yes.

Q. Okay. All right. Have you -- have you ever designed or conducted a case-control study looking at patients with non-Hodgkin's lymphoma?

A. No, not for non-Hodgkin's lymphoma. For other interventions.

Q. Have you ever published a case-control study looking at patients with non-Hodgkin's lymphoma?

A. No.

Q. Have you ever designed or conducted a cohort study in which the health outcome was non-Hodgkin's lymphoma?

A. No.

Q. Have you ever published a cohort study in which the outcome was non-Hodgkin's lymphoma?

A. No.

Joel J. Gagnier, ND, MSc, PhD

Q. To broaden it a little bit, have you ever designed, conducted, or published a case-control study looking at patients with any type of cancer?

A. No.

Q. Okay.  And have you ever designed, conducted or published a cohort study looking at any type of cancer?

A. We did subgroup analyses within observational studies to look at various types of osteosarcomas.  So bone cancers.  Yes.

Q. Those were prospective studies?

A. Well, they're -- it's a little bit of a nuanced answer, but it's a cohort study for which data has already been collected.  So like a registry, for example.  So the data is already collected.  You look back in time and do a secondary analysis of registry data.  It's called a retrospective cohort study.  It seems like an oxymoron, but that's usually what they're called.

Q. Yep.  I understand.  Have you ever -- let me ask it this way.  Have you ever designed, conducted, or published a cohort study in which the primary health outcome was any type of cancer?

A. No.

Joel J. Gagnier, ND, MSc, PhD

Q.   Okay.  Have you ever published a meta-analysis or systematic review of literature looking at the association between any type of exposure and non-Hodgkin's lymphoma?

A.   No.

Q.   Have you ever published a meta-analysis or systematic review of the literature looking at the association between any type of exposure and any type of cancer?

A.   No.

Q.   Outside of the context of being hired as an expert in litigation, do you have any experience designing or conducting a meta-analysis or systematic review of literature regarding exposure to a chemical, any chemical and non-Hodgkin lymphoma?

A.   I'm going to have to ask for a clarification on that question.

Q.   Sure.

A.   Because you're asking about a methodologic approach versus an exposure outcome relationship.

Q.   Okay.  Well, let's -- let's -- let me ask -- let me try to rephrase it to make it more clear.  Have you ever designed or conducted a meta-analysis evaluating the relationship between an exposure to any chemical and non-Hodgkin's lymphoma?

A.   No.

Q.   Okay.  Have you authored any article in the peer-reviewed medical literature on the subject of the diagnosis or treatment of non-Hodgkin lymphoma?

A.   No.

Q.   Have you authored any article in the peer-reviewed medical literature about risk factors or causes of non-Hodgkin lymphoma?

A.   No.

Q.   All right.  Not having given a deposition before, let me just explain a couple things.  One of the things that we're -- that I need to try to find out today, I'm going to be asking you some things about your opinions, but I'm also trying to identify some areas in which you're not going to be giving opinions, just so I'm clear on what areas you are and what areas you aren't.  Do you understand that?

A.   I do, yes.

Q.   Okay.  So let me -- let me first of all clarify some areas in which I think you're not giving opinions based on your designation and your report.  You're not here to discuss any particular Plaintiff's non-Hodgkin lymphoma; is that correct?

A.   I'm sorry.  Did you say any particular --

Q. Roundup case, did you have any experience, education, or expertise in the carcinogenicity of glyphosate or Roundup?

A. Education, yes. In epidemiology we have a -- the epidemiology of cancer or epidemiology oncology where we cover carcinogenicity of various types of substances, though not specifically glyphosate.

Q. Okay. Yeah. That's my -- my question is before you were first contacted about being an expert, not necessarily by Mr. Gibbs but by anybody in relation to the case, did you have any expertise in the relationship between glyphosate and non-Hodgkin's lymphoma risk?

A. No.

Q. Okay. And so everything that you know about the relationship between glyphosate-based herbicides and non-Hodgkin lymphoma you learned as a part of your work as an expert in litigation; is that fair?

A. Everything I know about the -- everything I know about the scientific literature, the clinical research in the area, yes, during the litigation. Yes. Or whatever -- after I was asked to. Yep.

Q. Okay. Before you were first asked to look at the literature as an expert, had you ever read any

A. They're never always up to date. There was a couple other publications that I had accepted last week. So I could -- no. I don't have an assistant. So it's up to me to keep this thing up to date, and it's a giant document. So it's at least as good as the beginning of March.

Q. On your CV you indicate that you had a -- you have a license, a naturopathic license; is that right?

A. Yes. Had. Yeah.

Q. I think your CV still has it listed as a license, right?

A. No. I got it in -- well, I guess I could clarify that. I got it -- yeah. I achieved that license in 2001, in October of 2001, and I didn't list the end date. But there is an end date. Yeah.

Q. On the website for the licensing, for the licensing authority, it indicates that your license was revoked in 2018. Is that correct?

A. Yes.

Q. And for what reason was your license revoked?

A. Because I didn't want to keep paying the fees.

Q. So was that the sole reason, it was just nonpayment of fees?

A. Yeah. It was just -- it was purposeful. I knew it

Joel U. Gagnier, ND, MSc, PhD

                      CERTIFICATE OF NOTARY PUBLIC

STATE OF MICHIGAN )

COUNTY OF LENAWEE )

          I, Trisha Cameron, Certified Shorthand Reporter

and Notary Public in and for the State of Michigan, do

hereby certify that the witness whose attached

deposition was taken before me in the above cause was

first duly sworn or affirmed to testify to the truth,

the whole truth, and nothing but the truth; that the

testimony contained herein was by me reduced to writing

in the presence of the witness by means of Stenography;

afterwards transcribed by means of computer-aided

transcription; and that the deposition is a true and

complete transcript of the testimony given by the

witness to the best of my ability.  I further certify I

am not connected by blood or marriage with any of the

parties, their attorneys or agents; that I am not an

employee of either of them; and that I am not

interested directly, indirectly, or financially in the

matter of controversy.

          _____

          Trisha Cameron, RDR, RMR, CRR, RPR, CSR

          Notary Public, Lenawee County, Michigan

          My Commission Expires 5-24-24