# EXHIBIT D

# Joel J. Gagnier BA, ND, MSc, PhD

Associate Professor, Department of Epidemiology & Biostatistics, Department of Surgery
Schulich School of Medicine & Dentistry, Western University
Updated 2 December 2023

## A. CONTACT INFORMATION

Western Centre for Public Health and Family Medicine
Western University, 3rd Floor
1465 Richmond Street, London ON, N6G 2M1
Home: <span>███████████████████████████</span>
Phone: <span>████  ███████████████████</span>
Email: <span>██████████████████████</span>

## B. EDUCATION

| | |
|---|---|
| 2009 – 2010 | **Post-Doctoral Fellow in Epidemiology** (Post-Doc), University of Michigan, School of Public Health, Department of Epidemiology<br>Supervisor: Hal Morgenstern (PhD) |
| 2005 – 2009 | **Doctorate of Philosophy in Clinical Epidemiology & Biostatistics** (PhD), University of Toronto, Institute of Medical Science, Faculty of Medicine<br>Supervisor: Claire Bombardier (MD) |
| 2001 – 2005 | **Master of Science in Clinical Epidemiology & Health-Care Research** (MSc), University of Toronto, Institute of Medical Science, Faculty of Medicine<br>Supervisor: Claire Bombardier (MD) |
| 1997 – 2001 | **Doctor of Naturopathic Medicine** (ND), Canadian College of Naturopathic Medicine (CCNM) |
| 1993 – 1997 | **Bachelor of Arts, Religion & Philosophy** (BA), University of Windsor<br>Concentration: Religious Studies and Philosophy (Eastern Religions, Philosophy of Science, Mind, and 20th Century German Philosophy) |
| 1992 – 1996 | **Bachelor of Arts, Clinical Psychology** (BA Honors), University of Windsor<br>Supervisor: Neil Holland (PhD) |

## C. EMPLOYMENT HISTORY

| 2022 | **Field Leader**, Clinical Epidemiology and Research Management, Advanced Health-Care Practice, Department of Health Sciences, Western University, London, ON, CAN |
|---|---|
| 2022 | **Associate Professor with Tenure**, Epidemiology and Biostatistics, Western University |
| 2022 | **Associate Professor with Tenure**, Surgery, Schulich School of Medicine & Dentistry, Western University |
| 2018 – 2022 | **Affiliated Faculty Member**, Education and Mentoring Group, Michigan Institute for Clinical & Health Research (MICHR), University of Michigan, Ann Arbor, USA |
| 2017 – 2022 | **Associate Professor with Tenure**, Orthopaedic Surgery, University of Michigan, Ann Arbor, USA |
| 2017 – 2022 | **Associate Professor**, Epidemiology, School of Public Health, University of Michigan, Ann Arbor, USA |
| 2015 – 2019 | **Research Fellow**, Center for Devices and Radiological Health, Food & Drug Administration, Silver Spring, MD |
| 2015 – 2017 | **ORISE Research Fellow**, Center for Devices and Radiologic Health, Food & Drug Administration, Silver Spring, MD |
| 2013 – 2022 | **Director**, Laboratory for Clinical Epidemiology in Orthopaedic Surgery (CEOS), University of Michigan, Ann Arbor, USA |
| 2013 – 2022 | **Faculty Member/Expert**, Institute for Healthcare Policy and Innovation, University of Michigan, Ann Arbor, USA |
| 2010 – 2017 | **Assistant Professor**, Epidemiology, School of Public Health, University of Michigan, Ann Arbor, USA |
| 2010 – 2017 | **Assistant Professor**, Orthopaedic Surgery, University of Michigan, Ann Arbor, USA |
| 2010 | **Faculty Member**, Graduate Summer Session in Epidemiology, University of Michigan, School of Public Health, Ann Arbor, USA |
| 2009 – 2010 | **Naturopathic Doctor**, Private Practice, Absolute Chiropractic and Wellness Centre, Windsor, Canada |
| 2009 | **Research Associate**, Institute of Clinical and Evaluative Sciences, |

|  | Clinical Epidemiology, Sunnybrook & Health Sciences Centre, Toronto, Canada |
|---|---|
| 2006 – 2009 | **Naturopathic Doctor**, Private Practice, Nguyen Chiropractic and Rehabilitation Centre, Windsor, Canada |
| 2004 – 2006 | **Naturopathic Doctor**, Private Practice, Ottawa Street Medical Centre, Windsor, Canada |
| 2001 – 2004 | **Naturopathic Doctor**, Private Practice, Provincial Medical Centre, Windsor, Canada |
| 2001 – 2004 | **Assistant Professor**, Canadian College of Naturopathic Medicine, Toronto, Canada |
| 2001 – 2022 | **Research Scholar**, Canadian College of Naturopathic Medicine, Toronto, Canada |
| 1998 – 2001 | **Clinical Internship**, Canadian College of Naturopathic Medicine, Robert Schad Naturopathic Clinic |
| 1994 – 1997 | **Research Assistant**, University of Windsor, Psychology, Windsor, Ontario, Canada |

## D.  HONOURS AND AWARDS

| 2022 | Best Paper for "COSMIN Reporting Guideline for Studies on Measurement Properties of Patient-Reported Outcome Measures", Quality of Life Research (ISOQOL) |
|---|---|
| 2021 | Best Senior Resident Paper for "Do Perioperative Corticosteroids Reduce Severity of Dysphagia Following Anterior Cervical Spinal Fusion? A Meta-Analysis of Randomized Controlled Trials", Senior Resident Thesis Day, Department of Orthopaedic Surgery, University of Michigan |
| 2018 | Clinical Research Award for "Prophylactic Tamsulosin Does Not Reduce the Risk of Urinary Retention Following Lower Extremity Arthroplasty: A Double-Blind Randomized Controlled Trial", AAHKS |
| 2018 | Best Fellow Poster for "The OMERACT Core Set Working Group: A Systematic Review of the Measurement Properties of Instruments Used to Measure Pain in Trials of Shoulder Disorders", Outcome Measures in Rheumatology (OMERACT 2018), Terrigal, Australia |
| 2017 | PhRMA Foundation, Value Assessment Challenge Award Program – 3rd |

| | |
|---|---|
| | Place for "Integration of Patient Reported Outcome Measures to Aid in the Assessment of Value in Health Care" |
| 2017 | Caspari Award, 2nd Place for "Does Concomitant Biceps Surgery Affect the Outcome of Rotator Cuff Repair?", Podium Presentation, International Society of Arthroscopy, Knee Surgery and Orthopaedic Sports Medicine (ISAKOS) |
| 2016 | Clinical Practice Award for "Direct Anterior Approach Does Not Reduce Dislocation Risk", OREF/CCJR |
| 2016 | Best Senior Resident Paper for "Postoperative Urinary Retention After Lower Extremity Arthroplasty and the Role of Selective Alpha-1 Adrenergic Blocking Agents: A Propensity Matched Retrospective Cohort Study", Senior Resident Thesis Day, Department of Orthopaedic Surgery, University of Michigan |
| 2016 | Best AAOS Shoulder Section Poster for "Is There an Association Between the 'Critical Shoulder Angle' and Clinical Outcome After Rotator Cuff Repair?", American Association of Orthopaedic Surgeons Annual Meeting, Orlando, Florida |
| 2015 | Caspari Award (Best Upper Extremity Paper), 2nd place, International Society of Arthroscopy, Knee Surgery and Orthopaedic Sports Medicine (ISAKOS), Value: $1500.00 |
| 2011 | Post-Doctoral Fellowship, Clinical Research Priority, Value: $180,000.00 |
| 2009 | Canadian Institute of Health Research |
| 2008 | Open Fellowship, University of Toronto, Value: $3000.00 |
| 2005 – 2008 | Postgraduate Fellowship, Canadian Institute of Health Research and the Natural Health Product Directorate, Value: $165,000.00 |
| 2001 – 2005 | Postgraduate Fellowship, Canadian Institute of Health Research and the Office of Natural Health Products, Value: $162,667.00 |
| 2001 | Heel Inc. Bursary, First Place, Value: $700.00 |
| 1999 – 2000 | Millennium Scholarship, Canadian National Government, Value: $400.00 |
| 1999 | Potential in Research Scholarship, EHN Inc, Value: $2500.00 |
| 1999 | Excellence in Research, CCNM Bursary, Value: $1500.00 |

| 1996 – 1998 | Academic Bursary, Essex County Real-Estate Board, Value: $1000.00/annum |

### E.  CERTIFICATION AND LICENSURE

| 2000 | Clinical Training in Mind Body Medicine Certificate, Harvard University |
| 2001 – 2018 | Naturopathic Doctor, College of Naturopaths, Ontario, Canada, License and Registration #: 1003 |
| 2001 | Core Clinical Science Examination and Elective Examinations (Part II), NPLEX, Ontario, Canada |
| 1999 | Biomedical Sciences (Part I), Naturopathic Physician Licensing Examination (NPLEX), Ontario, Canada |

### F.  SCHOLARLY AND PROFESSIONAL ACTIVITIES

Roles on Review Boards of Journals

**Editorial Boards**

| 2018 – Present | Editor in Chief, Sage Research Methods in Medicine |
| 2019 – Present | Editorial Board Member, Current Nutraceuticals |
| 2014 – present | Editorial Board Member, Sports Medicine – Open |
| 2018 – 2019 | Associate Editor, BMC Trials |
| 2017 – 2021 | Editorial Board Member, Translational Sports Medicine |
| 2016 – 2019 | Associate Editor, BMC Musculoskeletal Disorders |
| 2016 – 2019 | Associate Editor, BMC Medical Research Methodology |
| 2012 – 2021 | Editorial Board Member, Clinical Trials |
| 2012 – 2021 | Editorial Board Member, Global Advances in Health and Medicine |
| 2010 – 2018 | Editorial Board Member, World Journal of Orthopaedics |
| 2010 – 2018 | Editorial Board Member, Evidence-Based Complementary Medicine |

| | |
|---|---|
| 2006 – 2018 | Editorial Board Member, International Journal of Applied Research in Natural Products |
| 2004 – 2018 | Associate Editor, Explore: The Journal of Science and Healing |
| 2004 – 2018 | Editorial Board Member, Alternative Therapies in Health and Medicine |

**Peer-Reviewer**

| | |
|---|---|
| 2021 – Present | Journal of Psychosomatic Medicine |
| 2021 – Present | PLOS Computational Biology |
| 2021 – Present | Journal of Patient Reported Outcomes |
| 2021 – Present | PLOS Computational Biology |
| 2021 – Present | Journal of Patient Reported Outcomes |
| 2019 – Present | International Journal of Methods in Psychiatric Research |
| 2018 – Present | BMJ Case Reports |
| 2017 – Present | Value in Health |
| 2017 – Present | Quality of Life Research |
| 2017 – Present | Journal of Orthopaedic Trauma |
| 2017 – Present | Cancer Epidemiology |
| 2017 – Present | BMJ Open |
| 2016 – Present | Journal of the American Medical Association – Oncology |
| 2016 – Present | BMC Complementary and Alternative Medicine |
| 2016 – Present | British Journal of Rheumatology |
| 2014 – Present | The Journal of Rheumatology |
| 2014 – Present | Journal of Orthopaedic Research |

| | |
|---|---|
| 2014 – Present | American Journal of Sports Medicine |
| 2013 – Present | Clinical Trials |
| 2012 – Present | Annals of Surgery |
| 2012 – Present | Cochrane Collaboration Musculoskeletal Group |
| 2012 – Present | Journal of the American Medical Association |
| 2012 – 2017 | Methodology Editor, Global Advances in Health and Medicine |
| 2011 – Present | Journal of Bone and Joint Surgery |
| 2011 – Present | BMC Medicine |
| 2010 – Present | British Medical Journal |
| 2009 – Present | Trials |
| 2008 – Present | QJM: An International Journal of Medicine |
| 2008 – Present | Current Medical Research and Opinion |
| 2008 | Clinical Editor, British Medical Journal: Clinical Evidence |
| 2007 | Anemia Guidelines for Family Practice (2nd.ed.) |
| 2006 – Present | Annals of Internal Medicine |
| 2006 – Present | British Journal of Clinical Pharmacology |
| 2006 – 2019 | Academic Editor, Public Library of Science (PLOS) – One |
| 2005 – Present | European Heart Journal |
| 2005 – Present | Canadian Medical Association Journal |
| 2004 – Present | BMC Medical Research Methodology |
| 2004 – Present | Journal of Clinical Epidemiology |

| | |
|---|---|
| 2003 – Present | Headache |
| 2003 – Present | Cochrane Collaboration Back Review Group |
| 2002 – Present | Clinical Nutrition |
| 2001 – Present | Cephalalgia |

## Peer-Review for Granting Agencies

| | |
|---|---|
| 2024 – Present | HDRN Pragmatic Trials Training Platform |
| 2023 – Present | Canadian Institutes of Health Research, Clinical Trials |
| 2023 – Present | CTF- Canadian Institutes of Health Research |
| 2018 – Present | Welcome Trust |
| 2018 – Present | Arthritis Research UK |
| 2018 – Present | Tryg Foundation |
| 2016 – Present | Denmark |
| 2016 – Present | Orthopaedic Research and Education Foundation (OREF), Rockwood Clinical Research in Shoulder Care |
| 2013 – Present | National Institutes of Health, Early Career Reviewer Program |
| 2012 – Present | Agency for Health Research and Quality |
| 2009 – Present | Food and Health Bureau, The People's Republic of China |
| 2004 – 2018 | Canadian Institutes of Health Research, Randomized Controlled Trials Unit |
| 2004 – Present | The Hospital for Sick Children Foundation, National Grants Program |
| 2003 – Present | Natural Health Products Directorate, Health Canada |

## Peer-Review for Funded Research Reports

| | |
|---|---|
| 2018 – Present | PCORI |

## Peer-Review for Abstract Submissions

| | |
|---|---|
| 2018 – Present | International Society for Quality of Life Research |
| 2016 – Present | Orthopaedic Research Society |
| 2007 – Present | Cochrane Collaboration Colloquium |
| 2008 – Present | Canadian Cochrane Collaboration Annual Meeting |
| 2007 – Present | Peer Review Congress on Biomedical Publications |

**Other Editing/Peer-Reviewing**

| | |
|---|---|
| 2004 – 2017 | McMaster Online Rating of Evidence |

### G.  COMMITTEE AND WORKING GROUP MEMBERSHIPS

<u>Faculty</u>

**Schulich School of Medicine & Dentistry**

| | |
|---|---|
| 2023 – Present | **Member**, Schulich Graduate Programs Committee, Western University |
| 2021 – Present | **Member**, Pragmatic Trials Committee, Western University |

<u>Departmental</u>

**Epidemiology & Biostatistics**

| | |
|---|---|
| 2023 – Present | **Member,** Research Day Committee, Department of Epidemiology & Biostatistics, Western University |
| 2023 – Present | **Co-Chair**, Symposium Development and Program Committee, Inaugural Epidemiology & Biostatistics and Surgery Joint Clinical Research Symposium, Western University |
| 2023 – Present | **Member**, Appointments Committee, Epidemiology & Biostatistics, Western University |
| 2023 – Present | **Member**, P&T Committee, Epidemiology & Biostatistics, Western University |
| 2023 – Present | **Member**, Admissions Committee, Epidemiology & Biostatistics, Western University |

<u>External</u>

9

**National**

| | |
|---|---|
| 2020 – Present | **Member**, Expert Advisory Working Group, ICHOM - COVID-19 Standard Set |
| 2016 – Present | **Member**, Curriculum Committee, National University of Health Sciences |
| 2015 – Present | **Member**, Patient Reported Outcome, Methods Group, Cochrane Collaboration |
| 2008 – Present | **Member**, Cochrane Methods Bias Group |
| 2002 – Present | **Member**, Cochrane Back Review Group |
| 2001 – 2004 | **Member**, Curriculum Committee, Canadian College of Naturopathic Medicine |
| 1998 – 2001 | **Student Representative**, CCNM Research Committee, Canadian College of Naturopathic Medicine |
| 1997 – 2017 | **Member**, Canadian Association of Naturopathic Doctors |
| 1997 – 2017 | **Member**, Ontario Association of Naturopathic Doctors |
| 1997 – 2001 | **Founder & Student Representative**, Student Research Committee, Canadian College of Naturopathic Medicine |
| 1995 – 1996 | **Representative**, Undergraduate Studies Committee, Psychology Department, University of Windsor |

**International**

| | |
|---|---|
| 2023 – Present | **Member**, Working Group on Quantitative Assessment of Clinical Case Report, Nursing University Center, Spain |
| 2023 – Present | **Member**, World Health Organization, Research Priority Setting for Traditional, Complementary and Integrative Medicine |
| 2020 – Present | **Chair**, Orthopaedic Research Society, Strategies in Clinical Research Section |
| 2020 | **Chair**, Orthopaedic Research Society, Clinical Studies Topic Committee |
| 2020 – Present | **Member**, Orthopaedic Research Society, Program Committee |

| | |
|---|---|
| 2020 – 2022 | **Member**, Advisory Committee, KL2 and TL1 Training Programs, Michigan Institute for Clinical and Health Research, University of Michigan |
| 2020 – 2022 | **Chair**, Orthopaedic Research Society, Clinical Research Forum Task Force |
| 2019 – 2022 | **Clinical Research Representative**, Orthopaedic Research Society, Research Council |
| 2019 – Present | **Member**, Orthopaedic Research Society, Learn ORS Committee |
| 2019 – 2022 | **Member**, Learn ORS, Clinical Research Representative, Orthopaedic Research Society |
| 2019 – 2022 | **Member**, Translational/Clinical Science Task Force, Orthopaedic Research Society |
| 2019 – 2022 | **Co-Founder & Member**, Musculoskeletal Health Services & Clinical Research Group, University of Michigan |
| 2019 – 2022 | **Member**, Education and Training Workgroup, Institute for Healthcare Policy and Innovation, University of Michigan |
| 2019 – 2021 | **Forum Committee Chair**, Clinical Research Committee, Orthopaedic Research Society |
| 2018 – Present | **Member**, PROMIS Health Organization, Standards Committee |
| 2018 – Present | **Member**, PROMIS Health Organization, Clinical Applications Committee |
| 2018 – 2021 | **Member**, Applied Biostatistical Sciences Network, University of Michigan |
| 2018 – 2022 | **Affiliated Faculty Member**, Education and Mentoring, Michigan Institute for Clinical and Health Research, University of Michigan |
| 2018 – 2021 | **Chair**, Orthopaedic Research Society, Clinical Research Committee |
| 2018 – 2020 | **Member**, 2020 Conference Program Committee, Orthopaedic Research Society |
| 2018 – 2019 | **Chair**, Clinical Research Committee, Orthopaedic Research Society |

| | |
|---|---|
| 2017 – 2022 | **Member**, Research Advisory Committee, Department of Orthopaedic Surgery, University of Michigan |
| 2017 – 2021 | **Member**, Optimizing Patient Care Curriculum Committee, University of Michigan |
| 2017 – 2021 | **Member**, Evidence-Based Medicine Working Group, University of Michigan |
| 2017 – 2021 | **Member**, Scientific Advisory Board, Clinical Trial Support Unit: Behaviour, Function, and Pain |
| 2017 – 2019 | **Member**, Orthopaedic Research Society, 2019 Program Committee |
| 2016 – 2022 | **Co-Chair**, Orthopaedic Research Society, Clinical Research Education Sub-Committee |
| 2016 – Present | **Co-Chair**, OMERACT, Shoulder Pain, Working Group |
| 2016 – Present | **Member**, Wu Shen Temple Kung Fu Association |
| 2015 – 2021 | **Member**, PROMIS Health Organization |
| 2015 – 2021 | **Member**, Orthopaedic Research Society, Clinical Research Committee |
| 2015 – 2021 | **Member**, American Society of Professionals in Patient Safety |
| 2015 – 2021 | **Member and Co-Chair of Educational Subcommittee**, Clinical Research Committee, Orthopaedic Research Society |
| 2011 – Present | **Member**, Board of Complementary Medicine, Cochrane Collaboration |
| 2010 – 2021 | **Member**, American Academy of Orthopaedic Surgeons |
| 2010 – 2021 | **Member**, American Orthopaedic Society for Sports Medicine |
| 2010 – Present | **Member**, Orthopaedic Research Society |
| 2003 – Present | **Member**, CONSORT (Consolidated Standards of Reporting Trials) Group |
| 2003 – 2006 | **Member**, ESCORT (Evidence Surrounding CONSORT on Reporting of Trials) |
| 2002 – Present | **Member**, World Association of Medical Editors (WAME) |

## H.  GRADUATE STUDENT AND RESEARCH TRAINEE SUPERVISION

<u>Student Supervision</u>

**Undergraduate Students**

| 2022 | Nicole Nguyen, Undergraduate, Western University |
| 2021 | John O'Connor, Undergraduate, University of Michigan |
| 2020 | Sophie Vince, Undergraduate, University of Michigan |
| 2016 – 2017 | Jaemin Park, Alyssa Holmes, & Katelyn Gebhart, UROP Students, University of Michigan |

**Medical Students / Graduate Students / Resident Primary Supervision**

2023  Andrew Firth, PhD, Postdoctoral Orthopedic Fellow, Western University
**Primary Supervisor**

Edith Otilake, PhD Student, Western University
**Primary Supervisor**

Shristi Sharma, PhD Student, Western University
**Primary Supervisor**

Sarah Abdunabi, PhD Student, Western University
**Primary Supervisor**

Chizaram Eje, MPH Student, Western University
**Primary Supervisor**

Hiba Elhassa, MPH Student, Western University
**Primary Supervisor**

Farjana Akhtar, MPH student, Western University
**Primary Supervisor**

2022  Andrew Firth, PhD, Postdoctoral Orthopedic Fellow, Western University
**Primary Supervisor**

Chizaram Eje, MPH Student, Western University
**Primary Supervisor**

Edith Otalike, PhD Student, Western University

13

**Primary Supervisor**

2021 – 2022          Daniel Sjoquist, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Ryan Juncker MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Stefano Muscatelli, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Alexandra Offereman, NP, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Bilal Butt, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Jenna Wilson, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Erin Droy, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Nathanial Schaffer, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Stefan Garcia, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Joshua Piche, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Stephen Lidgard, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Bridger Rodoni, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Eric Olsen, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Viktor Tollemar, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

Sameer Oak, MD, Orthopedic Fellow, University of Michigan

14

**Primary Supervisor**

Evangeline (Fumina) Kobayashi, MD, Orthopedic Resident, University of Michigan
**Primary Supervisor**

2019 – 2020    Anna Salomonsson, MPH, University of Michigan
**Primary Supervisor**

Jace Bullard, MD, University of Michigan
**Primary Supervisor**

Jordan Howard Green, MD, University of Michigan
**Primary Supervisor**

Jack Weick, MD, University of Michigan
**Primary Supervisor**

Michael McHugh, MD, University of Michigan
**Primary Supervisor**

Stefano Muscatelli, MD, University of Michigan
**Primary Supervisor**

Erin Droy, MD, University of Michigan
**Primary Supervisor**

Tyler Spiering, MD, University of Michigan
**Primary Supervisor**

Ryan Juncker, MD, University of Michigan
**Primary Supervisor**

Temitope Elutilo-Ayoola, MD, University of Michigan
**Primary Supervisor**

2019    Anna Salomonsson, MPH, University of Michigan
**Primary Supervisor**

Nicole Honey, Medical Student, University of Michigan
**Primary Supervisor**

Grace Carey, Medical Student, University of Michigan
**Primary Supervisor**

Allan Metz, Medical Student, University of Michigan
**Primary Supervisor**

2018 – 2019    George Cibulas, MD, University of Michigan
**Primary Supervisor**

Nicholas Wallace, MD, University of Michigan
**Primary Supervisor**

Austin Ramme, MD, Fellow, University of Michigan
**Primary Supervisor**

Yuanxi Jia, PhD, University of Michigan
**Primary Supervisor**

2017 – 2019    Manuel Schubert, MD, University of Michigan
**Primary Supervisor**

2017    Deborah Trimble, MDc, University of Michigan
**Primary Supervisor**

Madhuri Natarajan, MPH, University of Michigan
**Primary Supervisor**

Moin Khan, MD, University of Michigan
**Primary Supervisor**

2016 – 2019    Lingjie Zhou, MPH, University of Michigan
**Primary Supervisor**

Jianyu Lai, MPH, University of Michigan
**Primary Supervisor**

2016 – 2017    Jared Thomas, MD, University of Michigan
**Primary Supervisor**

2015 – 2016    Ying Shen, MPH, University of Michigan
**Primary Supervisor**

Wenqin Qiang, MPH, University of Michigan
**Primary Supervisor**

Scott Wilson, MD, University of Michigan
**Primary Supervisor**

16

Marc Zughaib, MPH, University of Michigan
**Primary Supervisor**

Jacob Kirsch, MD, University of Michigan
**Primary Supervisor**

Eric Lee, MD, University of Michigan
**Primary Supervisor**

2015            Mark Morris, MD, University of Michigan
**Primary Supervisor**

Jacob Yashar, BSc(c.), University of Michigan
**Primary Supervisor**

2014            Kurtis Vandenberg, MD, University of Michigan
**Primary Supervisor**

Joe Godlew, MSc, University of Michigan
**Primary Supervisor**

2013 – 2014     Jacob Williams, MPH, University of Michigan
**Primary Supervisor**

Megan Mullins, MPH, University of Michigan
**Primary Supervisor**

Chris Kweon, MD, University of Michigan
**Primary Supervisor**

2013            James Cowan, MD, University of Michigan
**Primary Supervisor**

Ryan Mlynarek, MD, University of Michigan
**Primary Supervisor**

2012            Jeffery Wilde, MD, University of Michigan
**Primary Supervisor**

2010 – 2012     John Grant, MD, University of Michigan
**Primary Supervisor**

2011            Laurence Briski, MDc, University of Michigan
**Primary Supervisor**

Mark Seeley, MD, University of Michigan
**Primary Supervisor**

Ramesh Srinivasan, MD, University of Michigan
**Primary Supervisor**

2010 – 2011    Mustafa Gomberawalla, MD, University of Michigan
**Primary Supervisor**

Graduate Student Advisory Committees

2023-    Yvana Sawaya, PhD Candidate

2022-2023    Natalie Zitoun, MPH Candidate, Thesis Committee, Western University

2022-2023    Mariela Leda, MPH Candidate, Thesis Committee, Western University

2023    Tavleen Dhinsa, PhD Candidate, Western University

2023    Yuan Yao, MSc Candidate, Neuroscience, Western University

2023    Curtis Jeffrey, MD-MSc Candidate, Epidemiology, Western University

Graduate Student Exam Advisory Committees

2023    **Member**, Yvana Sawaya, PhD Candidate, Western University

2023    **Chair**, Fatemeh Adhmadi, PhD Candidate, Western University

Graduate Student Defence Examiner

2024    Olivia Morassuti, MSc Candidate, Western University

2024    Hana Mamura, PhD, Western University

2024    Yasaman Hajiesmaeili, MSc Candidate, Western University

2023    Yasaman Kamalabadi, MSc Candidate, Western University

2022    Andrew Firth, PhD, Western University

Resident / Fellow Co-Supervision

18

University of Michigan:

| 2022 | Erin Droy, MD |
|---|---|
| | Ankur Khannaa, MD |

2021 
Erin Droy, MD
Daniel Sjoquist, MD
Alexander Akoto, MD
Ryan Juncker
Stefano Muscatelli, MD
Alexandra Offereman, NP
Tyler Spiering, MD
Michael McHugh, MD
Stefan Garcia, MD
Joshua Piche, MD
Rajbar Hundal, MD
Stephen Lidgard, MD
Bridger Rodoni, MD
Eric Olsen, MD
Viktor Tollemar, MD

2020
Daniel Sjoquist, MD
Alexander Akoto, MD
Ryan Juncker
Stefano Muscatelli, MD
Alexandra Offereman, NP
Tyler Spiering, MD
Michael McHugh, MD
Daniel Sjoquist, MD
Max Davis, MD
Christopher Bush, MD (Fellow)
Jace Bullard, MD
Marcus Graetens, MD
Joseph Nelson, MD
Bilal Butt, MD
Jenna Wilson, MD
Erin Droy, MD
Nathanial Schaffer, MD
Stefan Garcia, MD
Joshua Piche, MD
Rajbar Hundal, MD
Stephen Lidgard, MD
Bridger Rodoni, MD
Eric Olsen, MD
Viktor Tollemar, MD

| 2019 | Stefano Muscatelli, MD |
| | Tyler Spiering, MD |
| | Michael McHugh, MD |
| | Daniel Sjoquist, MD |
| | Max Davis, MD |
| | Christopher Bush, MD (Fellow) |
| | Jace Bullard, MD |
| | Marcus Graetens, MD |
| | Joseph Nelson, MD |
| | Bilal Butt, MD |
| | |
| 2018 | Jace Bullard, MD |
| | Marcus Graetens, MD |
| | Joseph Nelson, MD |
| | Eric Lee, MD |
| | Jacob Kirsch, MD |
| | Benjamin Snider, MD |
| | |
| 2017 | Jace Bullard, MD |
| | Mark Morris, MD |
| | Eric Lee, MD |
| | Jacob Kirsch, MD |
| | Benjamin Snider, MD |
| | Brandon Hood, MD |
| | Marcus Graetens, MD |
| | Michael Yee, MD |
| | Joseph Nelson, MD |
| | |
| 2016 | James Cowan, MD |
| | Eric Lee, MD |
| | Jacob Kirsch, MD |
| | Jared Thomas, MD |
| | Benjamin Snider, MD |
| | Brandon Hood, MD |
| | Marcus Graetens, MD |
| | Michael Yee, MD |
| | |
| 2015 | Chris Kweon, MD |
| | Alex Weber, MD |
| | James Cowan, MD |
| | Mark Morris, MD |
| | Eric Lee, MD |
| | Ryan Mlynarek, MD |
| | Jacob Kirsch, MD |

| | |
|---|---|
| | Jared Thomas, MD |
| | Benjamin Snider, MD |
| | Nick Schroeder, MD |
| | Brandon Hood, MD |
| | Linnea Welton, MD |
| 2014 | Chris Kweon, MD |
| | Alex Weber, MD |
| | James Cowan, MD |
| | Linnea Welton, MD |
| | Mark Morris, MD |
| | Ryan Mlynarek, MD |
| | Jacob Kirsch, MD |
| | Jared Thomas, MD |
| | Benjamin Snider, MD |
| | Nick Schroeder, MD |
| 2013 | Chris Kweon, MD |
| | Micheal Knesek, MD |
| | Jermanual Landfair, MD |
| | Mark Seeley, MD |
| | Alex Weber, MD |
| | Joseph Ward, MD |
| 2012 | Michael Knesek, MD |
| | Joseph Maratt, MD |
| 2011 | David Ruta, MD |
| | Joseph Maratt, MD |
| | Osamu Yanifuji, MD |
| | Mark Seeley, MD |
| | Benjamin Snider, MD |
| | Joshua Murphy, MD |
| | Ashley Bower, MD |
| | Chris Walsh, MD |
| | Ramesh Srinivasan, MD |
| 2010 | Mark Seeley, MD |
| | Benjamin Snider |
| | Joshua Murphy, MD |
| | Ashley Bower |
| | Chris Walsh, MD |
| | Selina Silva, MD |

## I.  CONTRIBUTIONS TO TEACHING AND EDUCATION

Didactic Courses

2024 – Present          **Randomized Trials,** Department of Epidemiology and Biostatistics, Schulich School of Medicine and Dentistry, Western University

2024 – Present          **Grant Writing & Peer Review**, Advanced Health-Care Practice, Clinical Epidemiology & Research Management, Master's Program, Faculty of Health Sciences, Western University

2024 – Present          **Research Team Leadership and Infrastructure Management**, Advanced Health-Care Practice, Clinical Epidemiology & Research Management, Master's Program, Faculty of Health Sciences, Western University

2023 – Present          **Data Analysis in Clinical Research**, Advanced Health-Care Practice, Clinical Epidemiology & Research Management, Master's Program, Faculty of Health Sciences, Western University

2023                    **Systematic Reviews and Meta-Analyses**, Department of Epidemiology and Biostatistics, Schulich School of Medicine and Dentistry, Western University

2023                    **Grant Writing**, Department of Epidemiology and Biostatistics, Schulich School of Medicine and Dentistry, Western University

2022                    **Clinical Epidemiology**, Department of Epidemiology and Biostatistics, Schulich School of Medicine and Dentistry, Western University

2021 – 2022             **Systematic Reviews and Meta-Analyses** (EPID626), Department of Epidemiology, School of Public Health, University of Michigan

2020 – 2022             **Cochrane Systematic Review Workshop**, School of Public Health, Tufts University

2019 – 2021             **Heterogeneity in Systematic Reviews**, National University of Naturopathic Medicine

2017 – 2019             **Cochrane Systematic Review Workshop**, School of Public Health, Central Michigan University

2016 – 2022             **Measurement in Clinical Research**, Department of Epidemiology, School of Public Health, University of Michigan

2016 – 2022             **Introduction to Translational Research** (PHARM640), Master's of

Science in Clinical Research Program, University of Michigan

| | |
|---|---|
| 2016 – 2021 | **Patient Hand-Offs**, Patient Safety, Quality and Leadership (PASQUAL) Leadership Scholars Program, Department of Learning Health Sciences, University of Michigan |
| 2016, 2017 | **Critical Appraisal of the Literature**, M4 Ortho Medical Student Lecture |
| 2014 | **Systematic Reviews and Meta-Analyses**, Clinical Epidemiology Program, School of Public Health, King Saud University |
| 2013 – 2018 | **Clinical Research & Biostatistics I and II** (Research 101), Department of Orthopaedic Surgery, University of Michigan |
| 2013 – 2015 | **Principles of Research**, Naturopathic Doctor Bridge Program, Canadian College of Naturopathic Medicine |
| 2013 | **Advanced Systematic Reviews and Meta-Analyses** (EPID 759), Graduate Summer Session in Epidemiology, Department of Epidemiology, School of Public Health, University of Michigan |
| 2011 – 2022 | **Clinical Research Design**, Department of Orthopaedic Surgery, University of Michigan |
| 2011 – 2022 | **Statistical Methods for Clinical Research**, Department of Orthopaedic Surgery, University of Michigan |
| 2011 – 2022 | **Critical Appraisal of Biomedical Literature**, Department of Orthopaedic Surgery, University of Michigan |
| 2009 – 2022 | **Introduction to Systematic Reviews and Meta-Analyses** (EPID 757), Department of Epidemiology, School of Public Health, University of Michigan |
| 2010 – 2015 | **Introduction to Systematic Reviews and Meta-Analyses** (EPID 626), Epidemiology, Health Services and Policy, Department of Epidemiology, School of Public Health, University of Michigan |
| 2008 – 2017 | **An Introduction to Traditional Chinese Medicine**, Department of English, St. Clair College |
| 2007 – 2013 | **Pharmacology & Toxicology of Naturally Sourced Medicines**, Department of Pharmacology, University of Western |
| 2003 – 2005 | **Introduction to Clinical Epidemiology: Critical Appraisal and** |

23

|  | **Biostatistics**, Naturopathic Doctor Program, Canadian College of Naturopathic Medicine |
|---|---|
| 2003 – 2005 | **Physical and Clinical Diagnosis**, Naturopathic Doctor Program, Canadian College of Naturopathic Medicine |
| 2002 – 2005 | **Pharmacology**, Naturopathic Doctor Program, Canadian College of Naturopathic Medicine |
| 2002 – 2004 | **History, Philosophy and Principles of Medicine**, Naturopathic Doctor Program, Canadian College of Naturopathic Medicine |
| 2002 – 2003 | **Issues in Counseling**, Naturopathic Doctor Program, Canadian College of Naturopathic Medicine |

Intramural Lectures

| 2024 | **Cluster Randomized Studies**, Workshop, Advanced Health-Care Practice, Clinical Epidemiology & Research Management, Master's Program, Faculty of Health Sciences, Western University |
|---|---|
| 2024 | **Factorial Study Designs**, Workshop, Advanced Health-Care Practice, Clinical Epidemiology & Research Management, Master's Program, Faculty of Health Sciences, Western University |
| 2023 | **Psilocybin for Chronic Pain**, Western Bone & Joint Institute, RCT Showcase Event, University of Western |
| 2023 | **Clinical Epidemiology**, Schulich New Faculty Lecture Series, University of Western |
| 2022 | **Neurology Lecture**, Systematic Reviews and Meta-Analyses, University of Western |
| 2022 | **MedSci 1000y: Introduction to Epidemiology and Biostatistics**, University of Western |
| 2021 | **Choosing Patient Reported Outcome Measures for Improving Patient Monitoring and Outcome Assessment**, Institute for Health Policy and Innovation, University of Michigan |
| 2019 | **Clinical Epidemiology Research Program in Orthopaedics**, Chronic Pain and Fatigue Research Center, University of Michigan |
| 2017 | **Patient Reported Outcome Measures in Orthopaedics**, MedSport, |

24

Clinical Staff - In Service Rounds

| | |
|---|---|
| 2015 | **Clinical Research Methods** (Physiology 601), Molecular and Integrative Physiology Master's Program |
| 2014 | **Development, Implementation and Evaluation of a Patient Handoff Tool in Orthopaedics**, Clinical Research Series in Musculoskeletal Medicine |
| 2014 | **Surgical versus Nonsurgical Interventions for Rotator Cuff Tears: A Cohort Study**, MedSport Grand Rounds. |
| 2014 | **Psychometric Properties of Patient Reported Outcome Measures for Rotator Cuff Disease**, Clinical Research Series in Musculoskeletal Medicine |
| 2012, 2014 | **Surgical versus Nonsurgical Interventions for Rotator Cuff Tears: A Cohort Study**, Clinical Research Series in Musculoskeletal Medicine |
| 2012 | **A Chart Review of Adverse Events Following Orthopaedic Procedures**, Grand Rounds, Department of Orthopaedic Surgery, University of Michigan |
| 2012 | **A Chart Review of Adverse Events Following Orthopaedic Procedures**, Lunch Seminar, Orthopaedic Research Laboratories, Department of Orthopaedic Surgery, University of Michigan |
| 2012 | **Systematic Reviews and Meta-Analyses** (SI 653 / HMP 670), Evidence Based Health Information, School of Information, University of Michigan |
| 2010 | **Systematic Reviews and Meta-Analyses**, Epidemiology, Health Services and Policy, Department of Epidemiology, School of Public Health, University of Michigan |
| 2010 | **An Introduction to Systematic Reviews and Meta-Analyses**, Emerging Scholars Interdisciplinary Network, Summer Fellowship Program in Applied Multi-Ethnic Research at the Inter-University Consortium for Political & Social Research, University of Michigan |
| 2010 | **A Systematic Review and Meta-Analysis of Interventions for the Prevention of Anterior Cruciate Ligament Injuries**, Research Rounds, Department of Orthopaedic Surgery, University of Michigan |

Extramural Teaching

25

2008 –2018          **Guest Lecturer**, St. Clair College, Windsor, Canada

2007 – 2016         **Guest Lecturer**, University of Western, Department of Physiology, Pharmacology and Toxicology, London, Canada

2004 – 2014         **Guest Lecturer**, Canadian College of Naturopathic Medicine, Toronto, Canada

## J.  RESEARCH FOCUS

Clinical epidemiology, musculoskeletal conditions, mental health, clinical research methods (experimental and observational), consensus-based methods, evidence-based medicine, systematic reviews and meta-analyses, measurement/psychometrics/clinimetrics, patient reported outcomes, patient safety, registry studies, nutrition, environmental exposures and cancer causation.

## K.  RESEARCH FUNDING

Active Grants

| Sponsor | Principle Investigator(s) | Role | Grant Title | Total Amount |
|---|---|---|---|---|
| Canadian Institutes of Health Research: Catalyst Grant: SPOR Innovative Clinical Trials (iCT) | **PI:** Mehta S, Loh E **Co-PI:** Miller WC, Wolfe D, Holmes J, Unger J, Mohammadi S, Chan B, Zou G, Gagnier J, Sequeira K, Teasell R. | Co-primary investigator | Optimizing a Wellbeing program for care-partners of those with SCI: A Multiphase Optimization Strategy Trial (MOST) | $174,570 |
| NIH, NIAMS, U01 | Chad Brummett, Kevin Boehnke, **Joel Gagnier** | Principle Investigator | Cannabidiol for postoperative Opioid Reduction in primary total Knee arthroplasty – a randomized, 2x2 factorial, double-blind, placebo-controlled clinical trial (The CORK trial) | $6,088,829 (USD) |
| Foundation for Orthopaedic Trauma | Jaimo Ahn & Andrea Alford | Co-Investigator | Prospective Analysis of Progenitor Cell Phenotype: A Pilot Study in Patients with Long Bone Fractures | $20,000 (USD) |

26

| CIHR – CIHR Training Grant: Clinical Trials Training Platforms | Amit Garg | Co-Investigator | A Training Platform in Pragmatic Registry-Based Trials: Connecting Canada's Health, Data, and Biomanufacturing Sectors | $3,479,319.00 |
|---|---|---|---|---|
| NIH, NHLBI | **Joel Gagnier** & David Hanauer | Principle Investigator | RECOVER EHR/Real World Data Initiative | $165,000.00 (USD) |
| NIH, NIAMS, R34 | Kevin Boehnke & **Joel Gagnier** | Principle Investigator | Planning Grant for a Clinical Trial Of Cannabidiol For Postoperative Opioid Reduction in Primary Total Knee Arthroplasty | $312,000.00 (USD) |
| CIHR, Knowledge Translation Research | Martin Offringa & Nancy Butcher | Co-Investigator | Development, validation, and implementation of a knowledge synthesis | $392,010.00 |
| NIH | Borges, F.K., Slobogen, G., & Feibel, R. | Co-Investigator | HIP fracture Accelerated surgical TreaTment and Care tracK 2 (HIP ATTACK-2) Trial | $1,004,029 |
| CIHR | Emil Schemitsch | Co-Investigator | WHERE: Waiting for Hip or Knee Replacement: A Prospective Cohort. | $982,000.00 |

Pending Grants

| Sponsor | Principle Investigator(s) | Grant Title | Total Amount |
|---|---|---|---|
| CIHR | **Joel Gagnier** | A Randomized Trial of Human Growth Hormone to Improve Outcomes in Patients Undergoing Anterior Cruciate Ligament Reconstruction | $1,430,000.00 |

Previous Grants

| Sponsor | Principle Investigator(s) | Role | Grant Title | Total Amount |
|---|---|---|---|---|

| NIH, CTSA award, TL1TR002242 | G. Mashour | Co-Investigator | Michigan Institute of Health Services and Clinical Research | $6,088,829 (USD) |
|---|---|---|---|---|
| Ideas Lab, Biosciences Initiative | M. Tewari | Co-Investigator | Enhancing Mechanisms of Human Resilience for Student Success and Well-Being | $885,000 |
| NIAMS, R21 | M. Freehill | Co-Investigator | SVF cells for nonoperative treatment of small rotator cuff tears. | $624,000 |
| NIAMS, NIH, K08 | Aidin Eslam Pour | Mentor | Personal Surgical Planning to Avoid Hip Dislocation after Total Hip Arthroplasty: Concept of Functional Safe Zone | $827,495.00 |
| M-Cubed, University of Michigan | **Joel Gagnier** | PI | Multimodal nutritional formula for improving recovery from total joint arthroplasty: A pilot randomized controlled trial | $44,974.40 |
| University of Michigan Office of Research | **Joel Gagnier** | PI | Multimodal nutritional formula for improving recovery from total joint arthroplasty: A pilot randomized controlled trial | $15,000.00 |
| Department of Orthopaedic Surgery, University of Michigan | **Joel Gagnier** | PI | Predicting Surgical Need Following Physical Therapy Treatment in Patients with Rotator Cuff Tears: A registry based cohort study | $24,960.00 |
| Food and Drug Administration, Center for Devices and Radiologic Health | Carolina Alvarez-Garriga | Co-Investigator | Patient Engagement Interaction for Safety Evaluation in Patients with | $79,000.00 (USD) |

28

| | | | Temporomandibular Joint Replacement (TMJ). | |
|---|---|---|---|---|
| Patient Centered Outcomes Research Institute (2017 – 2019) | **Joel Gagnier** | PI | Development of reporting guidelines for psychometric research on patient reported outcome measures | $348,190.00 (USD) |
| Anonymous Philanthropic Contribution | **Joel Gagnier** and Bruce Miller | PI | The Michigan Shoulder Registry Initiative | $150,000.00 (USD) |
| Mark Cuban Foundation (2015 – 2017) | Chris Medias | Co-Investigator | Evaluation of Recombinant Growth Hormone Therapy to Prevent Muscle Atrophy in Patients with Anterior Cruciate Ligament Tears | $796,994.00 (USD) |
| CIHR, Operating Grant | Gerard Slobogean | Site PI | A Multi-Centre 2x2 Factorial Randomized Trial Comparing Sliding Hip Screws versus Cancellous Screws AND Vitamin D versus Placebo on Patient Important Complications and Quality of Life in the Treatment of Young Adult (Ages 18-60) Femoral Neck Fractures (FAITH-2) | 1st year $133,004.00 |
| Food and Drug Administration, Center for Devices and Radiologic Health (2016 – 2017) | Manuel Bayona. **Joel Gagnier** | PI | Psychometric properties of patient reported outcomes for urinary insufficiency: A systematic review | $52,500.00 (USD) |
| Food and Drug Administration, Center for Devices and Radiologic Health (2015 – 2016) | Manuel Bayona, **Joel Gagnier** | PI | Psychometric properties of patient reported outcomes for total hip or total | $80,500.00 (USD) |

| | | | knee replacement: A systematic review | |
|---|---|---|---|---|
| Patient Centered Outcomes Research Institute (2015 – 2017) | **Joel Gagnier** | PI | Development of a core outcome set for clinical trials in shoulder disorders | $230,826.00 (USD) |
| Department of Orthopaedic Surgery, University of Michigan (2015 –2017) | **Joel Gagnier** | PI | Minimally important difference for the PROMIS Physical Function CAT instrument in patients with rotator cuff disease | $15,000.00 (USD) |
| The National Institutes of Health | Karl Jepsen | Co-Investigator | Bone Robustness as a Biomarker of Skeletal Aging and Fragility | $2,056,841.00 (USD) |
| Department of Orthopaedic Surgery, University of Michigan (2014 – Present) | **Joel Gagnier** | PI | Minimally important differences for the WORC and ASES in shoulder patients | $25,000.00 (USD) |
| The PhRMA Foundation (2015 –2016) | **Joel Gagnier** | PI | Establishing a minimal important difference for the PROMIS Physical Function CAT instrument in patients with rotator cuff disease | $100,000.00 (USD) |
| Department of Orthopaedic Surgery, University of Michigan (2012 – Present) | Karl Jepsen | Co-Investigator | A predictive model for skeletal fractures | $15,000.00 (USD) |
| Mr. Kenneth Eisenberg (2012 –2015) | **Joel Gagnier &** Bruce Miller | PI | Clinical Research in Rotator Cuff Disease | $150,000.00 (USD) |
| American Orthopaedic Society for Sports Medicine (2012 – 2014) | Asheesh Bedi | Co-Investigator | Changes in Biomarkers of Cartilage Degeneration and Inflammation Following Arthroscopic Decompression of Femoacetabular Impingement | $50,000.00 (USD) |

| | | | | |
|---|---|---|---|---|
| Blue Cross Blue Shield Michigan Foundation (2012 – 2015) | **Joel Gagnier** | PI | Development and implementation of a safety checklist for patient hand-offs | $80,500.00 (USD) |
| M-Cubed, University of Michigan | **Joel Gagnier** | PI | Core outcome measures for rotator cuff disorders | Amount: $60,000.00 (USD) |
| Department of Orthopaedic Surgery, University of Michigan (2011 – Present) | **Joel Gagnier** | PI | A Chart Review of Adverse Events in Orthopaedic Surgery Patients | $15,000.00 (USD) |
| Office of the Vice-President Research, University of Michigan (2012 –2013) | **Joel Gagnier** | PI | Development of case-report guidelines: The C.A.R.E. initiative. | $2,500.00 (USD) |
| Department of Orthopaedic Surgery, University of Michigan (2012 –2013) | **Joel Gagnier** | PI | Consensus based development of case reporting guidelines | $15,000.00 (USD) |
| Department of Orthopaedic Surgery, University of Michigan (2011 – 2013) | **Joel Gagnier** | PI | Scoping reviews in orthopaedic surgery: Randomized controlled trials (RCT) in Knee, hip and shoulder conditions and methodological studies | $50,000.00 (USD) |
| National Institutes of Health (2010 –2012) | **Joel Gagnier** | PI | Development of guidelines for investigating heterogeneity in systematic reviews | $424,875.00 (USD) |
| Ontario Research Fund's Research Excellence program (2008-2012) | Ed Lui | Co-Investigator | New Technologies for Ginseng Agriculture and Product Development | $6,927,640.00 (CAD) |
| The Bone & Joint Injury Prevention & Rehabilitation Centre, University of Michigan (2009-2010) | Hal Morgenstern | Co-Investigator | A systematic review of interventions designed to prevent anterior cruciate ligament (ACL) injuries in adolescents and adults | $35,000.00 (USD) |

| Agency for Health-Care Research and Quality (AHRQ; 2009-2010) | David Moher | Co-Investigator | Complementary and Alternative Therapies for Back Pain II | $249,905.10 (USD) |
|---|---|---|---|---|
| Agency for Health-Care Research and Quality (AHRQ; 2008) | Lina Santaguida | Co-Investigator | Complementary and Alternative Medicine in Back Pain Utilization: Report I | $195,690.00 (USD) |
| Clinical Research Division, Canadian Institutes of Health Research (2003-2004) | **Joel Gagnier**, Claire Bombardier | PI | Focused Consultation: Development of reporting guidelines for randomized controlled trials of botanical medicines | $57,315.00 (CAD) |
| Institute of health services and policy research, Canadian Institutes of Health Research (2003) | **Joel Gagnier**, Claire Bombardier | PI | Focused Consultation: Development of reporting guidelines for randomized controlled trials of botanical medicines | $5000.00 |
| Ontario Chiropractic Association (2002) | Kim Humphreys | Co-Investigator | Randomized Placebo-controlled clinical trial of chiropractic treatment and White Willow bark: A natural product treatment of low back pain in adults | $90,298.00 (CAD) |
| ESSIAC Corporation Canada (2002) | Edward J. Mills | Co-Investigator | Attitudes and experiences of Canadians taking Essiac for the treatment of cancer | $139,201.00 (CAD) |
| Ontario HIV treatment Network (2002) | Edward J. Mills | Co-Investigator | Determining if ingestion of Silybum Marianum (Milk Thistle) influences the metabolization of indinavir in Healthy subjects: A randomized controlled Phase I study | $100,000.00 |

## L.  PUBLICATIONS

**Total N= 190**
**n=91 First or senior author**
**H index: 44**
**Ranked in the top 2% of researchers worldwide:**
**https://elsevier.digitalcommonsdata.com/datasets/btchxktzyw/6**

Peer-Reviewed Publications

1.  Leda, M, Puka, K, Bax, K, Gagnier, J, Tassiopoulos, K, Speechley, K. Establishing the Minimum Clinically Important Difference of the Quality of Life in Childhood Questionnaire. Epilepsia. 2024 (Accepted).

2.  Mousoulis C, Marson A, Firth A, Gagnier JJ. Psychometric Properties of Patient-Reported Outcome Measures Assessing Recovery from Hand Fractures: A Systematic Review. QOL Research. 2024 (accepted).

3.  Schubert MF, Awan TM, Sciascia AD, Figueroa EG, DeMink JM, Selak DM, Snyder CM, Gagnier JJ, Freehill MT. Youth Pitcher Fatigue: Medial Elbow Laxity, Ultrasonographic Assessment of Flexor-Pronator Mass Energy Depletion, and Association With Pitch Count. Orthop J Sports Med. 2024 Jun 18;12(6):23259671241256294. doi: 10.1177/23259671241256294. PMID: 38895136; PMCID: PMC11184999.

4.  Vinson AJ, Schissel M, Anzalone AJ, Dai R, French ET, Olex AL, Lee SB, Ison M, Mannon RB; National COVID Cohort Collaborative. The Prevalence of Post-Acute Sequelae of COVID-19 in Solid Organ Transplant Recipients: Evaluation of Risk in the National COVID Cohort Collaborative (N3C). Am J Transplant. 2024 Jun 8:S1600-6135(24)00370-8. doi: 10.1016/j.ajt.2024.06.001. Epub ahead of print. PMID: 38857785.

5.  Elsman EBM, Mokkink LB, Terwee CB, Beaton D, Gagnier JJ, Tricco AC, Baba A, Butcher NJ, Smith M, Hofstetter C, Lee Aiyegbusi O, Berardi A, Farmer J, Haywood KL, Krause

KR, Markham S, Mayo-Wilson E, Mehdipour A, Ricketts J, Szatmari P, Touma Z, Moher D, Offringa M. Guideline for reporting systematic reviews of outcome measurement instruments (OMIs): PRISMA-COSMIN for OMIs 2024. J Clin Epidemiol. 2024 Jun 5:111422. doi: 10.1016/j.jclinepi.2024.111422. Epub ahead of print. PMID: 38849061.

6. SenthilKumar G, Verhagen NB, Nimmer K, Yang X, Figueroa Castro CE, Szabo A, Taylor BW, Wainaina N, Gould JC, Kothari AN; N3C Consortium. Risk of Early Postoperative Cardiovascular and Cerebrovascular Complication in Patients with Preoperative COVID-19 Undergoing Cancer Surgery. J Am Coll Surg. 2024 Jun 1;238(6):1085-1097. doi: 10.1097/XCS.0000000000001039. Epub 2024 Feb 13. PMID: 38348959.

7. Kunz M, Rott KW, Hurwitz E, Kunisaki K, Sun J, Wilkins KJ, Islam JY, Patel R, Safo SE; National Covid Cohort Collaborative (N3C) Consortium. The Intersections of COVID-19, HIV, and Race/Ethnicity: Machine Learning Methods to Identify and Model Risk Factors for Severe COVID-19 in a Large U.S. National Dataset. AIDS Behav. 2024 Feb 7. doi: 10.1007/s10461-024-04266-6. Epub ahead of print. PMID: 38326668.

8. Spiering TJ, Firth AD, Mousoulis C, Hallstrom BR, Gagnier JJ. Establishing the Minimally Important Difference for the KOOS-Joint Replacement and PROMIS Global-10 in Patients After Total Knee Arthroplasty. Orthop J Sports Med. 2024 Feb 2;12(2):23259671231218260. doi: 10.1177/23259671231218260. PMID: 38313752; PMCID: PMC10838042.

9. Li XR, Shaik T, Canales B, Yang X, Szabo A, Lauer K, Gould J, Kothari AN, Verhagen NB; National COVID Cohort Collaborative (N3C) Consortium. Characterizing the impact of SARS-CoV-2 reinfection on surgical outcomes. Br J Surg. 2024 Jan 3;111(1):znad436. doi: 10.1093/bjs/znad436. PMID: 38215236.

10. Grimsley EA, Torikashvili JV, Janjua HM, Read MD, Kothari AN, Verhagen NB, Pietrobon R, Kuo PC, Rogers MP; N3C Consortium. Nonelective coronary artery bypass graft outcomes are adversely impacted by Coronavirus disease 2019 infection, but not altered processes of care: A National COVID Cohort Collaborative and National Surgery Quality Improvement Program analysis. JTCVS Open. 2023 Sep 22;16:342-352. doi: 10.1016/j.xjon.2023.09.020. PMID: 38204718; PMCID: PMC10775046.

11. Meremikwu R, Khanna A, Kobayashi J, Honey N, Muzaurieta A, Brummett CM, **Gagnier JJ**, Hallstrom BR, Schoenfeld AJ. Evaluation of the Stopping Opioids after Surgery (SOS) Score in Total Joint Arthroplasty Patients. 2024 (under review).

12. **Gagnier JJ**, Otilake E. A Systematic Review and Meta-Analysis of CBD for Reducing Opioids and Relieving Pain. 2023 (in progress).

13. Nguyen N, **Gagnier JJ**. Psilocybin as an Alternative Treatment for Headache: A Systematic Review and Meta-Analysis 2023 (under review).

14. Firth A, Bedi A, Brummett C, **Gagnier JJ**. Risk and Risk Factors of New Persistent Opioid Use After Rotator Cuff Tear Repair Surgery. 2023 (under review).

15. Firth A, **Gagnier JJ**.  Longitudinal Analysis of Demographic and Injury Characteristics Effects on PROMIS Physical Function Upper Extremity Computer Adaptive Test Score for Rotator Cuff Tear Patients after Non-surgical Treatments. 2023. OJSM (Accepted).

16. Patel B, Chapman SA, Neumann JT, Visaria A, Ogungbe O, Wen S, Khodaverdi M, Makwana P, Singh JA, Sokos G; N3C Consortium. Outcomes Of Patients With Active Cancers And Pre-Existing Cardiovascular Diseases Infected With SARS-Cov-2. Cardiooncology. 2023 Oct 6;9(1):36. doi: 10.1186/s40959-023-00187-w. PMID: 37803479; PMCID: PMC10557272.

17. Jones SE, Bradwell KR, Chan LE, McMurry JA, Olson-Chen C, Tarleton J, Wilkins KJ, Ly V, Ljazouli S, Qin Q, Faherty EG, Lau YK, Xie C, Kao YH, Liebman MN, Mariona F, Challa AP, Li L, Ratcliffe SJ, Haendel MA, Patel RC, Hill EL; N3C Consortium. Who Is Pregnant? Defining Real-World Data-Based Pregnancy Episodes In The National COVID Cohort Collaborative (N3C). JAMIA Open. 2023 Aug 16;6(3):ooad067. doi: 10.1093/jamiaopen/ooad067. PMID: 37600074; PMCID: PMC10432357.

18. Xiao X, Mehta HB, Curran J, Garibaldi BT, Alexander GC; National Covid Cohort Collaborative (N3C) Consortium. Potential Drug-Drug Interactions Among U.S. Adults Treated With Nirmatrelvir/Ritonavir: A Cross-Sectional Study Of The National Covid Cohort Collaborative (N3C). Pharmacotherapy. 2023 Aug 4. doi: 10.1002/phar.2860. Epub ahead of print. PMID: 37539477.

19. Pincavitch JD, Pisquiy JJ, Wen S, Bryan N, Ammons J, Makwana P, Dietz MJ; on behalf of the National COVID Cohort Collaborative (N3C) Consortium. Thirty-Day Mortality and Complication Rates in Total Joint Arthroplasty After a Recent COVID-19 Diagnosis: A Retrospective Cohort in the National COVID Cohort Collaborative (N3C). J Bone Joint Surg Am. 2023 Sep 6;105(17):1362-1372. doi: 10.2106/JBJS.22.01317. Epub 2023 Jun 23. PMID: 37352338.

20. Lee E, Bates B, Kuhrt N, Andersen KM, Visaria A, Patel R, Setoguchi S; N3C Consortium. National Trends in Anticoagulation Therapy for COVID-19 Hospitalized Adults in the United States: Analyses of the National COVID Cohort Collaborative. J Infect Dis. 2023 Oct 3;228(7):895-906. doi: 10.1093/infdis/jiad194. PMID: 37265224; PMCID: PMC10547450.

21. Sharathkumar A, Wendt L, Ortman C, Srinivasan R, Chute CG, Chrischilles E, Takemoto CM; National COVID Cohort Collaborative Consortium. COVID-19 Outcomes In Persons

With Hemophilia: Results From A US-Based National COVID-19 Surveillance Registry. J Thromb Haemost. 2023 May 12:S1538-7836(23)00401-4. doi: 10.1016/j.jtha.2023.04.040. Epub ahead of print. PMID: 37182697; PMCID: PMC10181864.

22. Oak SR, Kobayashi E, **Gagnier J**, Denard PJ, Sears BW, Gobezie R, Lederman E, Werner BC, Bedi A, Miller BS. Patient Reported Outcomes And Ranges Of Motion After Reverse Total Shoulder Arthroplasty With And Without Subscapularis Repair. JSES Int. 2022 Aug 10;6(6):923-928. doi: 10.1016/j.jseint.2022.07.009. PMID: 36353412; PMCID: PMC9637760.

23. Sabet TS, Anderson DB, Stubbs PW, Buchbinder R, Terwee CB, Chiarotto A, **Gagnier J**, Verhagen AP. Identifying Common Core Outcome Domains From Core Outcome Sets Of Musculoskeletal Conditions: Protocol For A Systematic Review. Syst Rev. 2022 Nov 19;11(1):248. doi: 10.1186/s13643-022-02120-1. PMID: 36403060; PMCID: PMC9675955.

24. Verhagen NB, Koerber NK, Szabo A, Taylor B, Wainaina JN, Evans DB, Kothari AN; N3C Consortium. Vaccination Against SARS-Cov-2 Decreases Risk Of Adverse Events In Patients Who Develop COVID-19 Following Cancer Surgery. Ann Surg Oncol. 2023 Mar;30(3):1305-1308. doi: 10.1245/s10434-022-12916-z. Epub 2022 Dec 7. PMID: 36479662; PMCID: PMC9734328.

25. **Gagnier JJ**, Bergmans RS, Clauw DJ. Musculoskeletal Components of Post-Acute Sequelae of SARS-CoV-2 Infections. JBJS Rev. 2022 Nov 28;10(11). doi: 10.2106/JBJS.RVW.22.00088. PMID: 36524670.

26. Lyu T, Liang C, Liu J, Hung P, Zhang J, Campbell B, Ghumman N, Olatosi B, Hikmet N, Zhang M, Yi H, Li X; of the National COVID Cohort Collaborative Consortium. Risk For Stillbirth Among Pregnant Individuals With SARS-Cov-2 Infection Varied By Gestational

Age. Am J Obstet Gynecol. 2023 Feb 28:S0002-9378(23)00132-1. doi: 10.1016/j.ajog.2023.02.022. Epub ahead of print. PMID: 36858096; PMCID: PMC9970919.

27. Piche JD, Rodoni B, Muralidharan A, Yang D, **Gagnier J**, Patel R, Aleem I. Investigating the Association of Patient Body Mass Index With Posterior Subcutaneous Fat Thickness in the Cervical Spine: A Retrospective Radiographic Study. Cureus. 2023 Feb 7;15(2):e34739. doi: 10.7759/cureus.34739. PMID: 36909100; PMCID: PMC9997731.

28. Junqueira DR, Zorzela L, Golder S, Loke Y, **Gagnier JJ**, Julious SA, Li T, Mayo-Wilson E, Pham B, Phillips R, Santaguida P, Scherer RW, Gøtzsche PC, Moher D, Ioannidis JPA, Vohra S; CONSORT Harms Group. CONSORT Harms 2022 Statement, Explanation, And Elaboration: Updated Guideline For The Reporting Of Harms In Randomised Trials. BMJ. 2023 Apr 24;381:e073725. doi: 10.1136/bmj-2022-073725. PMID: 37094878.

29. Yadaw AS, Sahner DK, Sidky H, Afzali B, Hotaling N, Pfaff ER, Mathé EA; N3C consortium. Pre-Existing Autoimmunity Is Associated With Increased Severity Of COVID-19: A Retrospective Cohort Study Using Data From The National COVID Cohort Collaborative (N3C). Clin Infect Dis. 2023 May 19:ciad294. doi: 10.1093/cid/ciad294. Epub ahead of print. PMID: 37207367.

30. Vinson AJ, Anzalone A, Schissel M, Dai R, French ET, Olex AL, Mannon RB; National COVID Cohort Collaborative. Hormone Replacement Therapy And COVID-19 Outcomes In Solid Organ Transplant Recipients Compared With The General Population. Am J Transplant. 2023 Jul;23(7):1035-1047. doi: 10.1016/j.ajt.2023.04.020. Epub 2023 Apr 26. PMID: 37105315; PMCID: PMC10129906.

31. Junqueira DR, Zorzela L, Golder S, Loke Y, **Gagnier JJ**, Julious SA, Li T, Mayo-Wilson E, Pham B, Phillips R, Santaguida P, Scherer RW, Gøtzsche PC, Moher D, Ioannidis JPA,

Vohra S; CONSORT Harms Group. CONSORT Harms 2022 Statement, Explanation, And Elaboration: Updated Guideline For The Reporting Of Harms In Randomized Trials. J Clin Epidemiol. 2023 Jun;158:149-165. doi: 10.1016/j.jclinepi.2023.04.005. Epub 2023 Apr 24. PMID: 37100738.

32. Tollemar VC, Olsen E, McHugh M, Muscatelli SR, **Gagnier JJ**, Tarnacki L, Hallstrom BR. Nutritionist Referral Modestly Improves Weight Loss and Increases Surgery Rate in Obese Patients Seeking Total Joint Arthroplasty. Arthroplast Today. 2022 Aug 19;17:74-79. doi: 10.1016/j.artd.2022.07.018. PMID: 36042939; PMCID: PMC9420426.

33. O'Connor JP, Holden P, **Gagnier JJ**. Systematic Review: Preoperative Psychological Factors And Total Hip Arthroplasty Outcomes. J Orthop Surg Res. 2022 Oct 17;17(1):457. doi: 10.1186/s13018-022-03355-3. PMID: 36253795; PMCID: PMC9575292.

34. Oak SR, Kobayashi E, **Gagnier J**, Denard PJ, Sears BW, Gobezie R, Lederman E, Werner BC, Bedi A, Miller BS. Patient Reported Outcomes And Ranges Of Motion After Reverse Total Shoulder Arthroplasty With And Without Subscapularis Repair. JSES Int. 2022 Aug 10;6(6):923-928. doi: 10.1016/j.jseint.2022.07.009. PMID: 36353412; PMCID: PMC9637760.

35. Elsman EBM, Butcher NJ, Mokkink LB, Terwee CB, Tricco A, **Gagnier JJ**, Aiyegbusi OL, Barnett C, Smith M, Moher D, Offringa M. Study Protocol For Developing, Piloting And Disseminating The PRISMA-COSMIN Guideline: A New Reporting Guideline For Systematic Reviews Of Outcome Measurement Instruments. Syst Rev. 2022 Jun 13;11(1):121. doi: 10.1186/s13643-022-01994-5. PMID: 35698213; PMCID: PMC9195229.

36. Juncker RB, **Gagnier JJ**, Mirza FM. Neurostimulation as an Efficacious Nonpharmacologic Analgesic following Arthroscopic Rotator Cuff Repair. Case Rep Anesthesiol. 2022 Apr 15;2022:2133998. doi: 10.1155/2022/2133998. PMID: 35464189; PMCID: PMC9033313.

37. Li Y, Swallow J, **Gagnier J,** Smith JT, Murphy RF, Sponseller PD, Cahill PJ; Pediatric Spine Study Group. Pelvic Fixation Is Not Always Necessary In Children With Cerebral Palsy Scoliosis Treated With Growth-Friendly Instrumentation. Spine Deform. 2022 Jul;10(4):925-932. doi: 10.1007/s43390-022-00474-z. Epub 2022 Jan 23. PMID: 35066795.

38. Butt BB, Kagan D, **Gagnier J**, Wasserman R, Nassr A, Patel R, Aleem I. Do Patients Accurately Recall Their Pain Levels Following Epidural Steroid Injection? A Cohort Study of Recall Bias in Patient-Reported Outcomes. Pain Physician. 2022 Jan;25(1):59-66. PMID: 35051145.

39. Gilley K, Baroudi L, Yu M, Gainsburg I, Reddy N, Bradley C, Cislo C, Rozwadowski ML, Clingan CA, DeMoss MS, Churay T, Birditt K, Colabianchi N, Chowdhury M, Forger D, **Gagnier J**, Zernicke RF, Cunningham JL, Cain SM, Tewari M, Choi SW. Risk Factors for COVID-19 in College Students Identified by Physical, Mental, and Social Health Reported During the Fall 2020 Semester: An Observational Study Using the Roadmap app and Fitbit Wearable Sensors. JMIR Mental Health. 06/01/2022:34645 (forthcoming/in press). PMID: 34992051

40. Juncker RB, Mirza FM, **Gagnier JJ**. Reduction In Opioid Use With Perioperative Non-Pharmacologic Analgesia In Total Knee Arthroplasty And ACL Reconstruction: A Systematic Review. SICOT J. 2021;7:63. doi: 10.1051/sicotj/2021063. Epub 2021 Dec 17. PMID: 34928208.

41. Seligman WH, Fialho L, Sillett N, Nielsen C, Baloch FM, Collis P, Demedts IKM, Fleck MP, Floriani MA, Gabriel LEK, **Gagnier JJ**, Keetharuth A, Londral A, Ludwig IIL, Lumbreras C, Moscoso Daza A, Muhammad N, Nader Bastos GA, Owen CW, Powers JH, Russell AM, Smith MK, Wang TY, Wong EK, Woodhouse DC, Zimlichman E, Brinkman K. Which Outcomes Are Most Important To Measure In Patients With COVID-19 And How And When Should These Be Measured? Development Of An International Standard Set Of Outcomes Measures For Clinical Use In Patients With COVID-19: A Report Of The International Consortium For Health Outcomes Measurement (ICHOM) COVID-19 Working Group. BMJ Open. 2021 Nov 15;11(11):e051065. doi: 10.1136/bmjopen-2021-051065. PMID: 34782342.

42. COVIDSurg Collaborative; GlobalSurg Collaborative. SARS-Cov-2 Infection And Venous Thromboembolism After Surgery: An International Prospective Cohort Study. Anaesthesia. 2021 Aug 24. doi: 10.1111/anae.15563. Epub ahead of print. PMID: 34428858.

43. COVIDSurg Collaborative; GlobalSurg Collaborative. Effects Of Pre-Operative Isolation On Postoperative Pulmonary Complications After Elective Surgery: An International Prospective Cohort Study. Anaesthesia. 2021 Nov;76(11):1454-1464. doi: 10.1111/anae.15560. Epub 2021 Aug 9. PMID: 34371522.

44. Bennett TD, Moffitt RA, Hajagos JG, Amor B, Anand A, Bissell MM, Bradwell KR, Bremer C, Byrd JB, Denham A, DeWitt PE, Gabriel D, Garibaldi BT, Girvin AT, Guinney J, Hill EL, Hong SS, Jimenez H, Kavuluru R, Kostka K, Lehmann HP, Levitt E, Mallipattu SK, Manna A, McMurry JA, Morris M, Muschelli J, Neumann AJ, Palchuk MB, Pfaff ER, Qian Z, Qureshi N, Russell S, Spratt H, Walden A, Williams AE, Wooldridge JT, Yoo YJ, Zhang XT, Zhu RL, Austin CP, Saltz JH, Gersing KR, Haendel MA, Chute CG; National COVID

Cohort Collaborative (N3C) Consortium. Clinical Characterization and Prediction of Clinical Severity of SARS-CoV-2 Infection Among US Adults Using Data From the US National COVID Cohort Collaborative. JAMA Netw Open. 2021 Jul 1;4(7):e2116901. doi: 10.1001/jamanetworkopen.2021.16901. PMID: 34255046; PMCID: PMC8278272.

45. Boehnke KF, **Gagnier JJ**, Matallana L, Williams DA. Cannabidiol Product Dosing and Decision-Making in a National Survey of Individuals with Fibromyalgia. J Pain. 2021 Jun 30:S1526-5900(21)00252-2. doi: 10.1016/j.jpain.2021.06.007. Epub ahead of print. PMID: 34214700.

46. Metz AK, Riederer M, **Gagnier J**, Crawford EA. Incidence of Subsequent Surgical Intervention at Short-term Follow-up in Previously Healing and Stable Juvenile Osteochondritis Dissecans of the Knee. J Pediatr Orthop. 2022 Jan 10. doi: 10.1097/BPO.0000000000002041. Epub ahead of print. PMID: 34999630.

47. Lopyan AH, **Gagnier JJ**, Gagnet P, Wallace N, Stepanovich M, Farley F, Li Y. Humeral Head Ossification Growth Prediction: Can This Method Be Reproduced? J Pediatr Orthop. 2021 Apr 23. doi: 10.1097/BPO.0000000000001782. Epub ahead of print. PMID: 33900220.

48. Skalak TJ, **Gagnier J**, Caird MS, Farley FA, Li Y. Higher Pedicle Screw Density Does Not Improve Curve Correction In Lenke 2 Adolescent Idiopathic Scoliosis. J Orthop Surg Res. 2021 Apr 21;16(1):276. doi: 10.1186/s13018-021-02415-4. PMID: 33882975; PMCID: PMC8061215.

49. **Gagnier JJ**, Lai J, Mokkink LB, Terwee CB. COSMIN Reporting Guideline For Studies On Measurement Properties Of Patient-Reported Outcome Measures. Qual Life Res. 2021 Apr 5. doi: 10.1007/s11136-021-02822-4. Epub ahead of print. PMID: 33818733.

50. Deer RR, Rock MA, Vasilevsky N, Carmody L, Rando H, Anzalone AJ, Basson MD, Bennett TD, Bergquist T, Boudreau EA, Bramante CT, Byrd JB, Callahan TJ, Chan LE, Chu H, Chute CG, Coleman BD, Davis HE, **Gagnier J**, Greene CS, Hillegass WB, Kavuluru R, Kimble WD, Koraishy FM, Köhler S, Liang C, Liu F, Liu H, Madhira V, Madlock-Brown CR, Matentzoglu N, Mazzotti DR, McMurry JA, McNair DS, Moffitt RA, Monteith TS, Parker AM, Perry MA, Pfaff E, Reese JT, Saltz J, Schuff RA, Solomonides AE, Solway J, Spratt H, Stein GS, Sule AA, Topaloglu U, Vavougios GD, Wang L, Haendel MA, Robinson PN. Characterizing Long COVID: Deep Phenotype of a Complex Condition. EBioMedicine. 2021 Dec;74:103722. doi: 10.1016/j.ebiom.2021.103722. Epub 2021 Nov 25. PMID: 34839263; PMCID: PMC8613500.

51. Rando HM, Bennett TD, Byrd JB, Bramante C, Callahan TJ, Chute CG, Davis HE, Deer R, **Gagnier J**, Koraishy FM, Liu F, McMurry JA, Moffitt RA, Pfaff ER, Reese JT, Relevo R, Robinson PN, Saltz JH, Solomonides A, Sule A, Topaloglu U, Haendel MA. Challenges In Defining Long COVID: Striking Differences Across Literature, Electronic Health Records, And Patient-Reported Information. medRxiv [Preprint]. 2021 Mar 26:2021.03.20.21253896. doi: 10.1101/2021.03.20.21253896. PMID: 33791733; PMCID: PMC8010765.

52. COVIDSurg Collaborative, GlobalSurg Collaborative. SARS-Cov-2 Vaccination Modelling For Safe Surgery To Save Lives: Data From An International Prospective Cohort Study. Br J Surg. 2021 Mar 24:znab101. doi: 10.1093/bjs/znab101. Epub ahead of print. PMID: 33761533; PMCID: PMC7995808.

53. Slobogean GP, Sprague S, Bzovsky S, Scott T, Thabane L, Heels-Ansdell D, O'Toole RV, Howe A, Gaski GE, Hill LC, Brown KM, Viskontas D, Zomar M, Della Rocca GJ, O'Hara NN, Bhandari M; FAITH-2 Investigators. Fixation using Alternative Implants for the

Treatment of Hip Fractures (FAITH-2): The Exploratory Health-Related Quality of Life and Patient-Reported Functional Outcomes of a Multi-Centre 2 × 2 Factorial Randomized Controlled Pilot Trial in Young Femoral Neck Fracture Patients. Injury. 2021 Feb 14:S0020-1383(21)00133-9. doi: 10.1016/j.injury.2021.02.030. Epub ahead of print. PMID: 33618847.

54. Garcia S, Schaffer NE, Wallace N, Butt BB, **Gagnier J**, Aleem IS. Perioperative Corticosteroids Reduce Dysphagia Severity Following Anterior Cervical Spinal Fusion: A Meta-Analysis of Randomized Controlled Trials. J Bone Joint Surg Am. 2021 May 5;103(9):821-828. doi: 10.2106/JBJS.20.01756. PMID: 33617164.

55. Li Y, Swallow J, **Gagnier J**, Cahill PJ, Sponseller PD, Garg S, Thompson GH, Ramo BA; Pediatric Spine Study Group. Growth-Friendly Surgery Results In More Growth But A Higher Complication Rate And Unplanned Returns To The Operating Room Compared To Single Fusion In Neuromuscular Early-Onset Scoliosis: A Multicenter Retrospective Cohort Study. Spine Deform. 2021 May;9(3):851-858. doi: 10.1007/s43390-020-00270-7. Epub 2021 Feb 8. PMID: 33555599.

56. Jia Y, Huang D, Wen J, Liang J, Qureshi R, Wang Y, Rosman L, Chen Q, Robinson KA, **Gagnier JJ**, Celentano DD, Ehrhardt S. Association Between Switching Of Primary Outcomes And Reported Trial Findings Among Randomized Drug Trials From China. J Clin Epidemiol. 2021 Apr;132:10-17. doi: 10.1016/j.jclinepi.2020.11.023. Epub 2020 Dec 9. PMID: 33309887.

57. Orr M, Kika A, Bhandari M, **Gagnier J**, Piuzzi N. A Call for a Standardized Approach to Reporting Patient Reported Outcome Measures: Clinical Relevance Ratio. JBJS. 2021 (accepted).

58. Boehnke, K, **Gagnier JJ**, Matallana JK, Williams D. Substituting Cannabidiol for Opioids

and Pain Medications Among Individuals with Fibromyalgia: A Large Online Survey. Journal of Pain, 2021 (accepted).

59. Bush CJ, **Gagnier JJ**, Carpenter JE, Bedi A, Miller BS. Predictors Of Clinical Outcomes After Non-Operative Management Of Symptomatic Full-Thickness Rotator Cuff Tears. World Journal of Orthopaedics. 2021.

60. COVIDSurg Collaborative; GlobalSurg Collaborative (**Gagnier JJ** is a member of the Collaborative). Timing Of Surgery Following SARS-Cov-2 Infection: An International Prospective Cohort Study. Anaesthesia. 2021 Mar 9. doi: 10.1111/anae.15458. Epub ahead of print. PMID: 33690889.

61. Schaffer N, Butt B, **Gagnier JJ**, Aleem I. Do Perioperative Corticosteroids Reduce Dysphagia Severity Following Anterior Cervical Spinal Fusion? A Meta-analysis of Randomized Controlled Trials. JBJS. 2021 (accepted).

62. **Gagnier JJ**. Editorial. Res Methods Med and Health Sci. 2021;1(2).

63. **Gagnier JJ**. Editorial. Res Methods Med and Health Sci. 2020;1(1).

64. Jia Y, Huang D, Wen J, Qureshi R, Wang Y, Rosman L, Chen Q, Robinson KA, **Gagnier JJ**, Ehrhardt S, Celentano DD Assessment of Duplicate Publication of Chinese-Sponsored Randomized Clinical Trials. JAMA Netw Open. 2020 Dec 1;3(12):e2027104

65. Leggett H, Scantlebury A, Sharma H, Hewitt C, Harden M, McDaid C; PROLLIT study collaborators; PROLLIT study. Quality Of Life Following A Lower Limb Reconstructive Procedure: A Protocol For The Development Of A Conceptual Framework. BMJ Open. 2020 Dec 10;10(12):e040378.

66. Li, Y, **Gagnier JJ**. A Report of Two Conservative Approaches to Early Onset Scoliosis: Serial Casting and Bracing. Spine Deformity. 2020 (Accepted).

67. Boehnke, K, **Gagnier JJ**, Matallana JK, Williams D. Cannabidiol Use for Fibromyalgia and Chronic Pain: Prevalence of Use and Perceptions of Effectiveness in a National Survey. 2020 (under review).

68. **Gagnier JJ**, Bedi A, Carpenter JE, Robbins C, Miller BS. A Five-Year Follow-Up of Patients Treated for Rotator Cuff Tears: A Registry Study. 2021. Open Journal of Sports Medicine (Accepted).

69. **Gagnier JJ**, Mokkink L, Terwee C. COSMIN Reporting Recommendations for Investigations of Measurement Properties Of Patient Reported Outcomes Measures. Quality of Life Research. 2021.

70. Schandelmaier S, **Gagnier JJ**, Guyatt G. Development of A New Instrument to Assess the Credibility Of Effect Modification: ICEMAN. CMAJ (Accepted). 2020.

71. Weick J, Bullard J, Green JH, **Gagnier JJ**. Measures of Hip Function and Symptoms: Harris Hip Score (HHS), Hip Disability and Osteoarthritis Outcome Score (HOOS), Oxford Hip Score (OHS), Lequesne Index of Severity for Osteoarthritis of the Hip (LISOH), and American Academy of Orthopedic Surgeons (AAOS) Hip and Knee Questionnaire. Arthritis Care & Res. 2020 (accepted).

72.  McHugh M, Droy E, Muscatelli S, **Gagnier JJ**. Measures of adult knee function: International Knee Documentation Committee (IKDC) Subjective Knee Evaluation Form, Knee Injury and Osteoarthritis Outcome Score (KOOS), Knee Injury and Osteoarthritis Outcome Score Physical Function Short Form (KOOS-PS), Knee Outcome Survey Activities of Daily Living Scale (KOS-ADL), Lysholm Knee Scoring Scale, Oxford Knee Score (OKS), Western Ontario and McMaster Universities Osteoarthritis Index (WOMAC), Activity Rating Scale (ARS), and Tegner Activity Score (TAS), Patient Reported Outcome

Measurement Information Systems-Physical Function (PROMIS-PF). Arthritis Care & Res. 2020 (accepted).

73. Buchbinder R, Whittle S, Ramiro S, Huang H, Jia Y, **Gagnier J**. Measures Of Adult Shoulder Function: Shoulder Pain And Disability Index (SPADI), American Shoulder and Elbow Surgeons (ASES) Society Standardized Shoulder Assessment Form, Constant (Murley) Score (CS), Simple Shoulder Test (SST), Oxford Shoulder Score (OSS), Shoulder, Disabilities of the Arm, Shoulder, and Hand Questionnaire (DASH) and Its Short Version (QuickDASH), University of California–Los Angeles (UCLA) Shoulder Rating Scale, Western Ontario Rotator Cuff (WORC) Index, Patient-Reported Outcomes Measurement Information System (PROMIS) Physical Function Upper Extremity Computerized Adaptive Test (CAT). Arthritis Care & Res. 2020 (accepted).

74. Jia Y, Huang D, Wen J, et al. Assessment of Language and Indexing Biases Among Chinese-Sponsored Randomized Clinical Trials. *JAMA Netw Open*. 2020;3(5):e205894. Published 2020 May 1. doi:10.1001/jamanetworkopen.2020.5894

75. Mendias C, Carpenter JE, Awan T, Jacobsen J, **Gagnier J**, Bedi A. The Use Of Recombinant Human Growth Hormone To Protect Against Muscle Weakness In Patients Undergoing Anterior Cruciate Ligament Reconstruction: A Pilot, Randomized, Placebo Controlled Trial. AJSM. 2020;48(8):1916-28.

76. Roe Y, Buchbinder R, Grotle M, Whittle S, Ramiro S, Huang H, **Gagnier JJ**, Verhagen A, Ostensjo S. What Do The OMERACT Shoulder Core Set Candidate Instruments Measure? An Analysis Using The Refined ICF Linking Rules. J Rheumatol. 2020. Feb15.

77. Schubert MF, Thomas JR, Yashar J, Lee JJ, Urquhart AG, **Gagnier JJ**, Pour AE. Post-Operative Urinary Retention After Lower Extremity Arthroplasty And The Peri-Operative

47

Role Of Selective Alpha-1 Adrenergic Blocking Agents In Adult Make Patients: A Propensity-Matched Retrospective Cohort. Int Ortho. 2020;44(1):39-44.

78. Woolen S, Shankar P, **Gagnier JJ**, MacEachern M, Singer L, Davenport M. Risk Of Nephrogenic Systemic Fibrosis In Patients With Stage 4 Or 5 Chronic Kidney Disease Receiving A Group II Gadolinium-Based Contrast Agent: A Systematic Review And Meta-Analysis. JAMA Int Med. 2019; Dec 9.

79. Ramme AJ, Robbins CB, Patel KA, Carpenter JE, Bedi A, **Gagnier JJ**, Miller BS. Surgical Versus Nonsurgical Management Of Rotator Cuff Tears: A Matched-Pair Analysis. J Bone Joint Surg Am. 2019;1010(19):1775-82.

80. **Gagnier JJ**, Johnston BC. Empirical Evidence Of Bias Arising From Patient Reported Outcome Measures. J Clin Epidemiol. 2019;116:36-8.

81. FAITH-2 Investigators, Slobogean GP, Sprague S, Bzovsky S, Heels-Ansdell D, Thabane L, Scott T, Bhandari M. Fixation Using Alternative Implants For The Treatment Of Hip Fractures (FAITH-2): Design And Rationale For A Pilot Multi-Centre $2 \times 2$ Factorial Randomized Controlled Trial In Young Femoral Neck Fracture Patients. Pilot Feasibility Stud. 2019;5:70.

82. Li Y, Burke MC, **Gagnier J**, Caird MS, Farley FA. Comparison Of EOSQ-24 And SRS-22 Scores In Congenital Scoliosis: A Preliminary Study. J Pediatr Orthop. 2019;May 29 (epub)

83. Schubert M, Urquhart A, **Gagnier JJ**, Eslam-Pour A. Prophylactic Tamsulosin Does Not Reduce the Risk of Urinary Retention Following Lower Extremity Arthroplasty: A Double-Blinded Randomized Placebo Controlled Trial. Journal of Arthroplasty. 2019;34(7S);S17-S23.

84. Ekhtiari S, Khan M, Burrus T, Madden K, **Gagnier JJ**, Rogowski JP, Maerz T, Bedi A. Hip And Groin Injuries In Professional Basketball Players: Impact On Playing Career And Quality Of Life After Retirement. Sport Health. 2019;11(3):218-22.

85. **Gagnier JJ**, Lai J. Bias Associated With Patient Reported Outcome Measures In Meta-Analyses Of Interventions For Rotator Cuff Disease. 2020 (in progress).

86. Page MJ, O'Connor DA, Malek M, Haas R, Beaton D, Huang H, Ramiro S, Richards P, Voshaar MJH, Shea B, Verhagen AP, Whittle SL, van der Windt DA, **Gagnier JJ**, Buchbinder R, for the OMERACT Shoulder Core Set Working Group. Patients' Experience Of Shoulder Disorders: A Systematic Review Of Qualitative Studies For The OMERACT Shoulder Core Domain Set. Rheumatology (Oxford) 2019. DOI: 10.1093/rheumatology/kez046.

87. Romiro S, Page M, Huang W, Whittle S, **Gagnier JJ**\*, Buchbinder R\* (\*co-senior authors). A report from the Shoulder Core Set Workshop: OMERACT 2018. Rheumatology (Accepted).

88. Watson S, Allen B, Robbins CB, **Gagnier JJ**, Miller BS. Does Rotator Cuff Tear Pattern Influence Clinical Outcome After Surgical Repair. Orthop J Sports Med. 2018;6(3).

89. **Gagnier JJ**, Robbins C, Bedi A, Carpenter JE, Miller BS. Minimally Important Difference For The ASES And WORC. ASES. 2018 (Accepted).

90. **Gagnier JJ**, Shen Y, Huang W. Patient Reported Outcome Questionnaires For Anterior Cruciate Ligament Injuries: A Systematic Review Of Psychometric Properties And Methodological Quality.  JBJS Reviews. 2018;6(4):e5.

91. **Gagnier JJ**, Mullins M, Huang W, Marinac-Daboc D, Ghambaryan A, Eloff B, Mirza F, Bayona M. Patient Reported Outcome Questionnaires For Total Hip Arthroplasty: A

Systematic Review Of Psychometric Properties And Methodological Quality.  2018. J Bone Joint Surg REv;6(1):e2.

92. Lai J, Robbins CB, Miller BS, **Gagnier JJ**. The Effect Of Lipid Levels On Patient Reported Outcome In Patients With Rotator Cuff Tears. JSES Open Access. 2017;1(3).

93. Robbins CB, **Gagnier JJ**, Bedi A, Carpenter JE, Miller BS. Factors Related To Improved Quality Of Life In Operative And Non-Operative Patients With Full-Thickness Rotator Cuff Repairs. 2018 (Accepted).

94. Lai J, **Gagnier JJ**. Dyslipidemias And Rotator Cuff Tears: A Systematic Review And Meta-Analysis. 2018. JBJS Reviews. (Accepted).

95. Zhou L, Natagaran M, Miller BS, **Gagnier JJ**. Minimally Important Difference For The SANE And VR-12. Orthopaedic Journal of Sports Medicine. 2018;66(7).

96. Naimark M, Robbins C, **Gagnier JJ**, Miller BS. Impact Of Smoking On Patient Outcome After Arthroscopic Rotator Cuff Repair. BMJ Open Sport & Exercise Medicine. 2018;4(1):e000416.

97. **Gagnier JJ**, Terwee CB, Mokkink W. Reporting Recommendations For Psychometric Investigations Of Patient Reported Outcomes Measures: A Protocol. (Under review)

98. Lee E, Hood B, Maratt JD*, **Gagnier JJ*** (*co-senior authors).  The PROMIS Global Health Instrument In Total Hip And Knee Arthroplasty Patients: Norms And Concurrent Validity. (Under Review).

99. Morris M, Marcusa DP, **Gagnier JJ**, Perdue AM, Hake ME, Goulet JA. Effect of Surgical Versus Non-Surgical Hospital Unit on the Outcome of Hip Fracture: A Retrospective Cohort Study. (Under Review).

100.     Zhou L, Miller BS, **Gagnier JJ**. Anchor and distribution based minimally important difference of the PROMIS physical function computerized adaptive test. 2017. (Under Review)

101.   Taylor AL, Robbins CB, Carpenter JE, Bedi A, **Gagnier JJ**, Miller BS. Do Statin Medications Affect Clinical Outcomes in Patients Treated Surgically for Rotator Cuff Tears? (Accepted).

102.   **Gagnier JJ**. Patient Reported Outcomes in Orthopaedics: Invited paper. Journal of Orthopaedic Research. 2017;35(10):218-235.

103.   Watson S, Robbins C, Bedi A, **Gagnier JJ**, Miller BS. Comparison of outcomes 1 year after rotator cuff repair with and without concomitant biceps surgery. Arthroscopy. 2017;33(11);1928-1936.

104.     Kessler K, Robbins C, Bedi A, **Gagnier JJ**, BS Miller. Does Increased BMI Influence Outcomes Following Rotator Cuff Repair? Arthroscopy. 2018;34(3):754-61.

105.   Riley DD, Barber MS, Kinele GS, Aronson J, von Schoen-Angerer T, Tugwell O, Kiene H, Helfnad M, Altman DG, Sox H, Werthmann PG, Moher D, Rison RA, Koch CA, Sun GH, Shanseer L, Hanaway P, Sudak NK, Kaszkin-Bettag M, **Gagnier JJ**. CARE guidelines for case reports: explanation and elaboration document. J Clin Epidemiology. 2017;89:218-235.

106.   Kirsch J, Nathani A, Robbins CB, Bedi A, **Gagnier JJ**, Miller BS. Is there an association between the "critical shoulder angle" and clinical outcome after rotator cuff repair. Orthop J Sports Med. 2017;5(4).

107.   **Gagnier JJ**, Morgenstern H. Misconceptions of P-Values and Significance Testing. JBJS. 2017;99(18):1598-1603.

108.    Zughaib M, **Gagnier JJ**. Modeling the Functional Comorbidity Index as a Predictor of Health-Related Quality of Life in Glenoid Labrum Patients. BMJ Sports Medicine and Exercise. 2017;2(1).

109.    **Gagnier JJ**, Mullins M, Huang W, Marinac-Daboc D, Ghambaryan A, Eloff B, Mirza F, Bayona M. Patient Reported outcome questionnaires for total knee arthroplasty: A systematic review of psychometric properties and methodological quality. J Arthroplasty. 2017;32(5):1688-1697.

110.    Li X, Veltre D, Yi P, Sing D, **Gagnier JJ**, Eichinger J, Jawa A, Bedi A. Insurance status affects postoperative morbidity and complication rate after shoulder arthroplasty. J Shoulder Elbow Surg. 2017;26(8):1423-1431.

111.    Buchbinder R, Page M, Huang H, Verhagen A, Beaton D, Kopkow C, Lenza M, Nitin B Jain NB, Richards B, Richards P, Voshaar M, van der Windt D**, Gagnier JJ**, for the Shoulder Core Outcome Set Special Interest Group. A preliminary core domain set for clinical trials of shoulder disorders: A report from the OMERACT 2016 Shoulder Core Outcome Set Special Interest Group. J of Rheumatology. 2017; Jan 15th (Epub).

112.    Page M, Huang H, Verhagen A, Buchbinder R, **Gagnier JJ**. Domains for a core outcome set for clinical trials of shoulder pain: Results of an international Delphi process. RMD Open. 2016; 2(2).

113.    Page MJ, Huang H, Verhagen AP, **Gagnier JJ**, Buchbinder R. Outcome reporting in randomized trials for shoulder disorders: Literature review to inform the development of a core outcome set. Arthritis Care & Research 2017 April 7. DOI: 10.1002/acr.23254.

114.    **Gagnier JJ**, Allen B, Watson S, Robbins C, Bedi A, Carpenter JE, Miller Bs. Do medical comorbidities affect outcomes in patients with rotator cuff tears? Orthop J Sports Med. 2017; 5(8).

115.    Jia Y, Huang H, **Gagnier JJ**. A Systematic Review of Measurement Properties of Patient-Reported Outcome Measures for Use in Patients with Foot or Ankle Diseases. Qual Life Res. 2017;26(8):1969-2010.

116.    Zughaib M, Robbins C, **Gagnier JJ**. Outcomes in patients with glenoid labral lesions: A cohort study. BMJ Sports Medicine and Exercise. 2017;2(1).

117.    **Gagnier JJ**, Derosier J, Maratt J, Hake M, Bagian J. Development, implementation and evaluation of a patient handoff tool to improve safety in orthopaedic surgery. International Journal for Quality in Health Care. 2016.

118.    **Gagnier JJ**, Page M, Huang H, Verhagen A, Buchbinder R. Creation of a core outcome set for clinical trials of shoulder pain: A study protocol. Trials. 2017;18(1):336.

119.    **Gagnier JJ**, Morgenstern, Kellam P. A retrospective cohort study of adverse events in patients undergoing orthopaedic surgery. Patient Safety in Surg. 2017;11:15.

120.    Maratt J, **Gagnier JJ**, Butler P, Urquhart A, Hallstrom B. Direct Anterior Approach Does Not Reduce Dislocation Risk. Journal of Arthroplasty. 2016:31(9 Suppl):127-30.

121.    Chess L, **Gagnier JJ**. Applicable or non-applicable: Investigations of clinical heterogeneity in systematic reviews. BMC Med Res Methodol. 2016;16:19.

122.    Cowan JB, Bedi A, Carpenter JE, Robbins CB, **Gagnier JJ**, Miller BS. Evaluation of AAOS Appropriate Use Criteria for the Management of Full-Thickness Rotator Cuff Tears. 2015. JSES;25(7).

123.    **Gagnier JJ**, Oltean, H, Robbins C, VanTulder MW, Berman B, Bombardier C. Herbal medicine for low back pain: A Cochrane review. Spine. 2015 [Epub ahead of print].

124.    Ross JR, Bedi A, Clohisy JC, **Gagnier JJ**; ANCHOR Study Group, Larson CM. Surgeon willingness to participate in randomized controlled trials for femoraacetabular impingment. Arthroscopy. 2015. (Sept 19) [Epub ahead of print].

125.    Knesek M, Brunfeld A, Jepsen K, Robbins C, **Gagnier JJ**, Bedi A.  Patterns of Strain and the Determination of the Safe Arc of Motion after Subscapularis Repair—A Biomechanical Study. J of Orthop Res. 2015 (Sept 3) [Epub ahead of print].

126.    Welton KL, **Gagnier JJ**, Urquhart A. Proportion of obese patients presenting to orthopedic total joint arthroplasty clinics. Orthopedics. 2015;39(1):e127-33.

127.    Li Y, **Gagnier JJ**. Prevalence of Femoroacetabular Impingment Morphology in Asymptomatic Adolescents. JPO. 2015 [Epub ahead of print].

128.    Marratt JD, **Gagnier JJ**, Gombera MM, Reske SE, Hallstrom BR, Urquhart AG. Patients' perceptions of the costs of total hip and knee arthroplasty. Am J Orthop. 2015;44(5):E135-41.

129.    Kweon C, **Gagnier JJ**, Robbins C, Bedi A, Carpenter J, Miller B. Surgical versus non-surgical management of rotator cuff tears: Demographics more predictive than patient-reported pain and disability. AJSM. 2015;43(10):2368-72.

130.    Cowan J, Mlynarek R, Pijls B, **Gagnier JJ**. Evaluation of quality of lower limb arthroplasty observational studies using AQUILA checklist. Journal of Arthroplasty. 2015 2015 Mar 31. pii: S0883-5403(15)00218-1.

131.    Oltean, H, Robbins C, VanTulder MW, Berman B, Bombardier C, **Gagnier JJ**. Herbal medicine for low back pain. Cochrane Database Syst Rev. 2014 Dec 23;12:CD004504.

132.    Oltean H, **Gagnier JJ**. Use of clustering analysis in randomized controlled trials in orthopaedic surgery. BMC Med Res Methodol. 2015;15:17.

133.    Huang S, Grant J, Miller B, Mirza FM, **Gagnier JJ**. A systematic review of psychometric properties of patient reported outcome instruments for use in patients with rotator cuff disease. AJSM. 2015; Jan 26: PMID: 25622986.

134.    Grant JA, Bedi A, Kurz J, Bancroft R, **Gagnier JJ**, Miller B. Ability of Pre-Season Body Composition and Physical Fitness to Predict the Risk of Injury in Male Collegiate Hockey Players. 2014. Sports Health: A multidisciplinary Approach. 2014, June 23: doi: 10.1177/1941738114540445. [Epub ahead of print].

135.    Welton K, **Gagnier JJ**, Gomberwalla M, Graziano G, Patel R. Patient impressions of reimbursement for otheropedic spine surgeons.  Spine J. 2014 Feb 7. pii: S1529-9430(14)00138-7. doi: 10.1016/j.spinee.2014.01.060. [Epub ahead of print].

136.    **Gagnier JJ**, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Headache. 2013 Nov;53(10):1541-7. doi: 10.1111/head.12246.

137.    **Gagnier JJ**, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Deutsche Ärzteblatt. Sep;110(37):603-8. doi: 10.3238/arztebl.2013.0603. Epub 2013 Sep 13.

138.    **Gagnier JJ**, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Global Advances in Health and Medicine.

139.    **Gagnier JJ**, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Journal

of Clinical Epidemiology. 2014 Jan;67(1):46-51. doi: 10.1016/j.jclinepi.2013.08.003. Epub 2013 Sep 12.

140.    **Gagnier JJ**, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Journal of Dietary Supplements. 2013 Dec;10(4):381-90. doi: 10.3109/19390211.2013.830679.

141.    **Gagnier JJ**, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Journal of Medical Case Reports. 2013 Sep 10;7(1):223. doi: 10.1186/1752-1947-7-223.

142.    **Gagnier JJ**, Kienle G, Altman DG, Moher D, Sox H, Riley D, & the CARE Group. The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. BMJ Case Reports. 2013 Oct 23;2013. doi:pii: bcr2013201554. 10.1136/bcr-2013-201554.

143.    Seeley M, **Gagnier JJ**, Caird M. Obesity and its effects on pediatric supracondylar humerus fractures. JBJS. 2014 Feb 5;96(3):e18. doi: 10.2106/JBJS.L.01643.

144.    Chess L, **Gagnier JJ**. Risk of bias of randomized controlled trials published in orthopaedic journals. 2013. BMC Med Res Method. 2013 Jun 9;13:76. doi: 10.1186/1471-2288-13-76.

145.    **Gagnier JJ**, Morgenstern H, Moher D. Consensus-based recommendations for investigating clinical heterogeneity in systematic reviews and meta-analyses. 2013. BMC Med Res Method. Aug 30;13:106. doi: 10.1186/1471-2288-13-106.

146.    Riley D, **Gagnier JJ**. "Nothing about me without me": New perspectives on case reports. Global Advances in Health and Medicine. 2012;1(5):12-13.

147.    Jepsen KJ, Evans R, Negus CH, **Gagnier JJ**, Centi A, Arbel Y, Hadid A, Yanovich R, Moran DS. Variation in tibial functionality and fracture susceptibility among healthy, young

adults arises from the acquisition of biologically distinct sets of traits. J Bone Miner Res. 2013 Jun;28(6):1290-300. doi: 10.1002/jbmr.1879.

148.    Li Y, Heyworth BE, Glotzbecker M, Seeley M, Suppan CA, **Gagnier JJ**, VanderHave KL, Caird MS, Farley FA, Hedequist D. Comparison of titanium elastic nail and plate fixation of pediatric subtrochanteric femur fractures J Pediatr Orthop. 2013 Apr-May;33(3):232-8. doi: 10.1097/BPO.0b013e318288b496. PMID: 23482257

149.    **Gagnier JJ**, Kellam P. Reporting and methodological quality of systematic reviews in orthopaedic surgery. 2012. JBJS. 2013 Jun 5;95(11):e771-7. doi: 10.2106/JBJS.L.00597.

150.    Gomberawalla M, Miller BS, Coale RM, Bedi A, **Gagnier JJ**. A Meta-analysis of Joint Preservation Versus Arthroplasty for the Treatment of Displaced 3- and 4-part Fractures of the Proximal Humerus. 2013 Nov;44(11):1532-9. doi: 10.1016/j.injury.2013.03.030. Epub 2013 May 9.

151.    **Gagnier JJ**,  Beyene J, Moher D, Boon H, Bombardier C. Methods of assessing clinical heterogeneity in systematic reviews: A methodologic review. BMC Medical Res Methodology. 2012. PMID: 22846171.

152.    **Gagnier JJ**, Morgenstern H, Chess L. Meta-analysis of neuromuscular interventions for prevention of anterior cruciate ligament injuries. AJSM. 2012. PMID: 22972854.

153.    **Gagnier JJ**, Bombardier C, Boon H, Moher D, Beyene J. An empirical study using permutation-based resampling in meta-regression. Systematic Reviews. 2012, 1:18. PMID: 2258781.

154.    Furlan AD, Yazdi F, Tsertsvadze A, Gross A, Van Tulder MW, Santaguida PL, **Gagnier JJ**, Ammendolia C, Dryden T, Doucette S, Skidmore B, Daniel R, Tsouros S and Ostermann T. A Systematic Review and Meta-Analysis of Efficacy, Cost-Effectiveness, and Safety of

selected complementary and alternative medicine for neck and low-back pain. Evidence Based Complem Altern Med. 2012: 953139. Epub 2011 Nov 24. PMID: 22203884.

155.    Cameron M, **Gagnier JJ**, Chrubasik S. Herbal therapy for treating rheumatoid arthritis. Cochrane Database Syst Rev. 2011;16(2): CD002948. PMID: 21328257.

156.    **Gagnier JJ**, Moher D, Boon H, Beyene J, Bombardier C. Randomized controlled trials of herbal intervention underreport important details of the intervention. J Clin Epidemiol. 2011; 64(7): 760-9.

157.    MacPherson H, Altman DG, Hammerschlag R, Youping L, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. J Evid Based Med. 2010;Aug;3(3):140-55.

158.    MacPherson H, Altman DG, Hammerschlag R, Li Y, Wu T, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. J Altern Complement Med. 2010; Oct;16(10):ST1-14

159.    MacPherson H, Altman DG, Hammerschlag R, Li Y, Wu T, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. Acupunct Med. 2010;28(2):83-93.

160.    MacPherson H, Altman DG, Hammerschlag R, Li Y, Wu T, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. PLoS Med. 2010;7(6):e1000261.

161.    MacPherson H, Altman DG, Hammerschlag R, Li Y, Wu T, White A, Moher D; STRICTA Revision Group. Revised Standards Reporting Intervention in Clinical Trials of Acupuncture (STRICTA): extending the CONSORT statement. Zhong Xi Yi Jie He Xue Bao. 2010 Sep;8(9):804-18. Chinese.

162.    Furlan A, Yazdi F, Tsertsvadze A, Gross A, Van Tulder, M, Santaguida L, Cherkin D, **Gagnier JJ**, Ammendolia C, Ansari M, Ostermann T, Dryden T, Doucette S, Skidmore B, Daniel R, Tsouros S, Weeks L, Galipeau J. Complementary and Alternative Therapies for Back Pain II. Evidence Report/Technology Assessment No. 194. (Prepared by the University of Ottawa Evidence-based Practice Center under Contract No. 290-2007-10059-I (EPCIII). AHRQ Publication No. 10(11)E007. Rockville, MD: Agency for Healthcare Research and Quality. October 2010.

163.    **Gagnier, J.J**.  Evidence based review of natural health products for non-specific low back pain .The Open Pain Journal. 2010;3: 52-9.

164.    Cameron M, **Gagnier JJ**, Little CV, Parsons T, Blumle A, Chrubasik S. Evidence of Effectiveness of Herbal Medicinal Products in the Treatment of Arthritis .Part 2: Rhuematoid Arthritis. Phytotherapy Research. 2009;23(12): 1647-62.

165.    Cameron M, **Gagnier JJ**, Little CV, Parsons T, Blumle A, Chrubasik S. Evidence of Effectiveness of Herbal Medicinal Products in the Treatment of Arthritis .Part 1: Osteoarthritis. Phytotherapy Research. 2009;23(11): 1497-515.

166.    Oxman, A, Lumbard, C, Treweek, S, **Gagnier, JJ**, Maclure, M. A pragmatic resolution. Journal of Clinical Epidemiology. 2009; 65(5): 495-8.

167.     Santaguida PL, Gross A, Busse J, **Gagnier JJ**, Walker K, Bhandari M, Raina P.

Evidence Report on Complementary and Alternative Medicine in Back Pain Utilization

Report. Evidence Report/Technology Assessment. 2009, No. 177.

168.     Zwarenstein, M, Treweek, S, Altman, DG, **Gagnier, JJ**, Tunis, S, Haynes, RB, Oxman,

AD, Moher, D. Improving the reporting of pragmatic trials: an extension of the

CONSORT Statement. The British Medical Journal. 2008, 337.

169.     Oxman, A, Lumbard, C, Treweek, S, **Gagnier, JJ**, Maclure, M. Why we will remain

pragmatists: four problems with the impractical mechanistic framework and a better

solution. Journal of Clinical Epidemiology. 2009; 65(5): 485-8.

170.     **Gagnier, J.J**.  Evidence-informed management of chronic low back pain with natural

health products. The Spine Journal. 2008:8;70-9.

171.     **Gagnier, J.J**. Commentary: Methods to increase response rates to postal questionnaires.

International Journal of Epidemiology. Sept 13th, 2007.

172.     **Gagnier, J.J**., Rochon, P.A., Boon, H., Barnes, J., Moher, D., Bombardier, C., for the

CONSORT Group. Improving the reporting of randomized controlled trials of herbal

medicine interventions: Explanation and elaboration. Journal of Clinical Epidemiology.

2006:59;1134-49.

173.     **Gagnier, J.J**., VanTulder, M.W., Berman, B., Bombardier, C. Herbal medicine for low

back pain: A Cochrane Review. Spine. 2007;32(1):82-92.

174.     **Gagnier, J.J**., VanTulder, M.W., Berman, B., Bombardier, C. Herbal medicine for low

back pain. Cochrane Library, 2006; Issue 1.

175. **Gagnier, J.J.** , DeMelo, J., Boon, H., Rochon, P, Bombardier, C. Reporting quality of controlled intervention trials of herbal medicine. American Journal Of Medicine. 2006:119(9).

176. **Gagnier, J.J.**, Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the quality of reporting randomized controlled trials evaluating herbal medicine interventions: Implementing the CONSORT statement. HerbalGram. 2006;71:50-6.

177. **Gagnier J.J.**, Moher D. Commentary: Helping consumers of healthcare knowledge: improving the quality of reports of randomized controlled trials. Explore: The Journal of Science and Healing. 2006; 2:2.

178. **Gagnier, J.J.**, Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Annals of Internal Medicine. 2006:144:364-7.

179. **Gagnier, J.J.**, Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Explore: The Journal of Science and Healing. 2006;2:2.

180. Mills, E., Wu, P., **Gagnier, J.J.**, Montori, V. Quality of reporting since revised CONSORT statement. Contemp Clin Trials. 2005;26(4):480-7.

181. VanTulder M, Furlan A, **Gagnier JJ**. Guest Editorial: Complementary and alternative therapies for low back pain. Best Pract Res Clin Rheumatol. 2005 Aug;19(4):639-54.

182. Ioannidis JPA, Evans SJW, Gotzsche PC, O'Neill RT, Altman DG, Schulz K, Moher D, for the CONSORT Group (writing committee includes J. Gagnier). Better reporting of harms in randomized trials: An extension of the CONSORT statement. Annals of Internal Medicine. 2004;141:781-88.

183. Mills EJ, Wu P, **Gagnier JJ**, Heels-Ansdell D, Montori VM. An analysis of general medical and specialist journals that endorse CONSORT found that reporting was not enforced consistently. Journal of Clinical Epidemiology. 2005 Jul;58(7):662-7. PMID: 15939216

184. Mills EJ, Wu P, **Gagnier JJ**, Montori VM, Ebbert J. Acupuncture for cocaine dependence: A systematic review. Harms Journal 2005;2:4.

185. **Gagnier, J.J.**, Chrubasik, S., Manheimer, E. . Harpagophytum procumbens for osteoarthritis and low back pain: A systematic review. BMC Complementary and Alternative Medicine. 2004;4(1):13

186. Campbell, M.K., Elbourne, D.R., Altman, D.G. for the CONSORT Group (writing committee includes **J. J. Gagnier**). CONSORT statement: extension to cluster randomised trials. British Medical Journal. 2004; 328; 301-8.

187. **Gagnier, J.J.** Letter to the Editor, A clarification of critical appraisal, evidence and education.  Medscape General Medicine. 2004;April.

188. Mills, E., Prousky, J., **Gagnier, J. J.,** Raskin, G., Rachlis, B., Juurlink, D. The safety of over the counter niacin: a randomized placebo-controlled trial. BMC Clinical Pharmacology 2003; 3(1):4.

189. **Gagnier, J.J**. The therapeutic Potential of Melatonin in Migraines and other Headache Types. Alternative Medicine Review 2001:6(4);383-389.

62

190.  McDonald, D., **Gagnier, J.J.**, Friedman, H. The Self-Expansiveness Level Form: Examination of its Validity and Relation to the NEO Personality Inventory Revised. Psychological Reports 2000:86;707-726

Editorials

1.  Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2024;2(1).

2.  Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2024;2(2).

3.  Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2024;2(3).

4.  Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2024;2(4).

5.  Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2023;2(1).

6.  Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2023;2(2).

7.  Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2023;2(3).

8.  Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2023;2(4).

9.  Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2022;2(1).

10. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2022;2(2).

11. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2022;2(2).

12. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2022;2(4).

13. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2021;2(1).

14. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2021;2(2).

15. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2021;2(2).

16. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2021;2(4).

17. Gagnier JJ. Editorial. Res Methods Med and Health Sci. 2020;1(1).

Book Chapters

1. **Gagnier JJ**, Kobayashi E, Piuzzi N. Chapter: Outcomes for clinical research on orthobiologics. In; Orthobiologics, AAOS, 2022.

2. Johnston BC, Patrick DL, Devji T, Maxwell LJ, Bingham III CO, Beaton D, Boers M, Briel M, Busse JW, Carrasco-Labra A, Christensen R, da Costa BR, Ecceleston C, El Dib R, Lyddiatt A, Ostelo RW, Shea B, Singh J, Terwee CB, Williamson P, **Gagnier J**, Tugwell P, Guyatt GH. Chapter 18: Patient-reported outcomes. Draft version (2 November 2018) for inclusion in: Higgins JPT, Thomas J, Chandler J, Cumpston MS, Li T, Page MJ, Welch V (editors). *Cochrane Handbook for Systematic Reviews of Interventions*. London: Cochrane.

3. **Gagnier JJ.**  Orthopaedic Basic Science. Principles of Clinical Studies and Clinical Information. Writing Team Lead. 2021. AAOS.

4. Natural Products in Clinical Trials. Atta-Ur-Rahman, Iqbal Choudhary, Hesham El-Seedi, Editors. **Gagnier JJ**. Herbal Medicine for Low Back Pain (2015).

5. Network meta-analysis: Evidence synthesis with mixed treatment comparison. Giuseppe Biondi-Zoccai Editor. Chapter: Appraising between-study heterogeneity (2014).

6. Evidence-based management of low back pain. S Dagenais & S Haldeman, Editors. **Gagnier JJ.** Chapter: Evidence-informed management of chronic low back pain with natural health products (2010).

7. Comprehensive Bioactive Natural Products. Volume 2: Efficacy, Safety & Clinical Evaluation 1. VJ Gupta, Editor. **Gagnier, J.J**., Rochon, P.A., Boon, H., Barnes, J., Moher, D., Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement (2010).

8. Guide to Pain Management in Low Resource Settings. N. Patel & A. Kopf, Editors. **Gagnier, J.J.** Herbal and other supplements (2010).

Published Abstracts (Incomplete)

1.  **Gagnier J.J.**, Moher, D., Beyene, J., Boon, H., Bombardier C. Quality of reporting of randomized controlled trials of herbal interventions: Assessment with the CONSORT for herbal medicines. Pharmaceutical Biology. 2009;47(suppl) :21.

2.  **Gagnier J.J.**, Moher, D., Beyene, J., Boon, H., Bombardier C. An empirical investigation of permutation based resampling techniques in systematic reviews. German Journal for Evidence and Quality in Health Care. 2008;102(Supp. 4).

3.  **Gagnier, J.J.**, Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Planta Medica 2008;74:318.

4.  **Gagnier, J.J.**, Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. Drug Safety 2006;29(10):958.

5.  **Gagnier, J.J.**, Loke, Y., Sackett DL. Evidence surrounding the consolidated standards on the reporting of trials: ESCORT. Clinical Trials, 2006:3(3).

6.  **Gagnier, J.J.**, Rochon, P.A., Boon, H., Barnes, J., Moher, D.,  Bombardier, C., for the CONSORT Group. Improving the reporting of randomized controlled trials of herbal medicine interventions: An application of the CONSORT statement. FACT: An evidence-based approach 2006.

7. **Gagnier, J**., Boon, H., Rochon, P., Barnes, J., Moher, D., Bombardier B., for the CONSORT Group. Improving the quality of reporting for randomized clinical trials evaluating herbal interventions: An extension of the CONSORT statement. Clinical Trials, 2005:2(1);S43.

8. **Gagnier, J.,** Bombardier, C, DeMelo, J (2004). Reporting quality of controlled intervention trials of botanical medicines. Canadian Journal of Clinical Pharmacology, 2004

9. **Gagnier, J.,** Chrubasik, S., Manheimer, E. Harpagophytum for osteoarthritis and low back pain: A systematic review. Journal of Herbal Pharamacotherapy, 2004:4(1)

10. **Gagnier, J.,** Mills, E. Development and reliability of a methodological quality scale for controlled trials of acupuncture. Journal of Herbal Pharamacotherapy, 2004:4(1)

11. **Gagnier, J.**, Chrubasik, S., Manheimer, E. Harpagophytum for osteoarthritis and low back pain: A systematic review. FACT: An evidence-based approach 2003:8(4), 498.

12. **Gagnier, J.,** Mills, E. Development and reliability of a methodological quality scale for controlled trials of acupuncture. FACT: An evidence-based approach 2003:8(4), 497

13. Mills, E.J., Prousky, J., **Gagnier, J**., Raskin, G., Rachlis, B., Montori, V.M., Juurlink, D. Tolerability and adverse reactions following oral administration of over-the-counter niacin 500 mg in healthy subjects: a randomized double-blind placebo controlled trial. FACT: An evidence-based approach 2003:8(4), 522.

14. **Gagnier, J**. Botanical Medicine for Low Back Pain: A systematic review. FACT: An evidence-based approach 2003:8(1).

15. **Gagnier, J**. Botanical Medicine for Low Back Pain: A systematic review. Journal of Herbal Pharamacotherapy 2003:3(1)

## M.  INVITED PRESENTATIONS

<u>Invited Lectureships / Visiting Professorships</u>

1. Invited Speaker – Tufts University, Cochrane Reviewer Workshop. 06/2022.
2. Invited Speaker – Tufts University, Cochrane Reviewer Workshop. 03/2021.
3. Invited Speaker – Tufts University, Cochrane Reviewer Workshop. 03/2020.
4. Invited Speaker – Cleveland Clinic, Musculoskeletal Research Center. 01/2020.
5. Invited Speaker – Central Michigan University, School of Health Sciences, Cochrane Reviewer Workshop. 03/2019.
6. Invited Speaker – Central Michigan University, School of Health Sciences, Cochrane Reviewer Workshop. 04/2018.
7. Invited Speaker – Central Michigan University, School of Health Sciences, Cochrane Reviewer Workshop. 03/2017.
8. Invited Speaker – Meta-Research Innovation Center at Stanford: Investigating Heterogeneity in Systematic Reviews. Stanford University. 10/2016.
9. Invited Speaker – Health Policy, Management and Evaluation: Investigating Heterogeneity in Systematic Reviews. University of Toronto. 05/2016.
10. Invited Speaker – Department of Orthopaedic Surgery: Patient Reported Outcome Measures in Orthopaedics., McMaster University. 05/2016.

<u>Seminars, Extramural Invited Presentations, Workshops and Consensus Meetings</u>

1. Poster Presentation - Canadian Orthopaedic Association, Poor Quality patient-reported outcome measures are associated with increased variance in treatment effects, Halifax NS, 06/2024
2. Poster Presentation - Canadian Orthopaedic Association, Recombinant Human Growth Hormone (rHGH) for Early Patellofemoral Osteoarthritis: Protocol for a Pilot, Randomized Placebo-controlled trial, Halifax NS, 06/2024
3. ORS 2024: Impact of PROMs Quality on ACL Reconstruction Effect Estimates – Oral presentation 30th November 2023, Edith Otalike and Joel Gagnier
4. Cannabidiol in Musculoskeletal Pain: A Systematic Review and Meta-analysis – Poster presentation. Edith Otalike and Joel Gagnier
5. Cannabidiol in Musculoskeletal Pain: A Systematic Review and Meta-analysis – Oral presentation 9th April 2024, Edith Otalike and Joel Gagnier, Epidemiology and Biostatistics Research Day
6. Development, validation and exemplification of a critical appraisal checklist for Individual Participants Data Meta-analysis: Thesis Proposal – Poster presentation. 7th May 2024, Edith Otalike, Joel Gagnier, Ngianga-Bakwin Kandala, and Mike Clarke London Health Research Day
7. Chair – Orthopaedic Research Society Annual Scientific Meeting, Long-Beach, California. Strategies in Clinical Research Section Meeting, Gagnier JJ. 02/2024.

8. Poster Presentation – Orthopaedic Research Society Annual Scientific Meeting: Psilocybin as an Alternative Treatment for Chronic Pain: A Systematic Review and Meta-Analysis. Long-Beach, California. 02/2024.

9. Poster Presentation – Orthopaedic Research Society Annual Scientific Meeting: Risk Factors of Opioid Consumption Following Anterior Cruciate Ligament Reconstruction. Long-Beach, California. 02/2024.

10. Poster Presentation – Orthopaedic Research Society Annual Scientific Meeting: A Systematic Review and Meta-Analysis of Cannabidiol for Pain. Long-Beach, California. 02/2024.

11. Poster Presentation – Psychometric Properties Of Patient-reported Outcome Measures Assessing Recovery From Hand Fractures: A Systematic Review. Long-Beach, California. 02/2024.

12. Co-Chair – Inaugural Epidemiology & Biostatistics and Surgery Joint Clinical Research Symposium. 11/2023.

13. Podium Presentation – Inaugural Epidemiology & Biostatistics and Surgery Joint Clinical Research Symposium: Patient Reported Outcome Measure Bias in Clinical Trials Of Total Knee Arthroplasty. 11/2023.

14. Chair – Inaugural Epidemiology & Biostatistics and Surgery Joint Clinical Research Symposium: Planned, Ongoing & Completed Research Oral Session. 11/2023.

15. Co-Chair – Inaugural Epidemiology & Biostatistics and Surgery Joint Clinical Research Symposium: Round-Table Discussion. 11/2023.

16. Oral Presentation – Inaugural Epidemiology & Biostatistics and Surgery Joint Clinical Research Symposium: Refinement and Elaboration of The COSMIN Reporting Guideline For Studies On Measurement Properties Of Patient-Reported Outcome Measures. 10/2023.

17. Oral Presentation – Development of the PRISMA-COSMIN Guidance For Systematic Reviews Of Outcome Measurement Instruments. ISOQOL. 10/2023.

18. Chair – Update of the PRISMA recommendation for reporting outcome measurement instruments, Consensus meeting. ISOQOL. 10/2023.

19. Oral Presentation – Western Pain Research Meeting: Psychedelics and Nociplastic Pain. 06/2023.

20. Invited Speaker – PRISMA-COSMIN Final Consensus Meeting. Steering Committee. 06/2023

21. Poster Presentation – Orthopaedic Research Society Annual Scientific Meeting: Minimal Change In The PROMIS And KOOS In Patients Undergoing TKA. Dallas, TX, USA. 02/2023.

22. Invited Speaker – New Faculty Lecture Series: Why Do Methodologic Research When We Can Do Clinical Research? Schulich School of Medicine, Western University. 01/2023.

68

23. Invited Speaker – Epidemiology Seminar Series: Patient Reported Outcome in Research and Healthcare, Epidemiology and Biostatistics. Western University. 01/2023.

24. Invited Speaker – PRISMA-COSMIN Checklist Consensus Meeting. Steering Committee. 10/2022.

25. Poster Presentation – International Congress on Peer-Review and Scientific Publication: Bias Associated With Poor Quality Patients Reported Outcome In Systematic Reviews. Chicago, IL. 10/2022

26. Podium Presentation – ICORS 2022 Annual Meeting: A Systematic Review Of Psychosocial Determinants Of Outcomes In Patients Undergoing Orthopaedic Procedures. Edinburgh, UK. 09/2022.

27. ICRS 2022 Annual Meeting: A Systematic Review Of Cannabidiol For Opioid Sparing In Patients With Pain And Musculoskeletal Conditions. UK. 06/2022.

28. Invited Speaker – POSNA Annual Meeting: When is Pelvic Fixation Necessary in Children with Hypotonic Neuromuscular Scoliosis Treated with Growth-Friendly Instrumentation? Vancouver, BC. 05/2022.

29. Poster Presentation – Orthopaedic Research Society Annual Conference: Evaluation Of The Stopping Opioids After Surgery Score (SOS) In Anterior Cruciate Ligament (ACL) Surgery Patients. 02/2022.

30. Invited Speaker – Early Onset Scoliosis and the Growing Spine: When Is Pelvic Fixation Necessary In Children With Hypotonic Neuromuscular Scoliosis Treated With Growing Instrumentation? 15th International Conference, Salt Lake City. 05/2021.

31. Podium Presentation – Scoliosis Research Society: When is Pelvic Fixation Necessary in Children With Hypotonic Neuromuscular Scoliosis (NMS) Treated With Growing Instrumentation? 56th Annual Meeting, St Louis, USA. 09/2021.

32. Podium Presentation – AOSSM-AANA Annual Scientific Meeting: Adolescent Pitcher Fatigue: Ulnar Collateral Ligament Stress, Flexor-Pronator Mass Energy Depletion, and Correlation to Pitch Count. Nashville, USA. 7/2021.

33. Invited Speaker – Resident Research Symposium: Do patients accurately recall their pain levels following epidural steroid injection? A Cohort Study of Recall Bias in Patient-Reported Outcomes. Orthopaedic Surgery, Michigan Medicine. 05/2021.

34. Invited Speaker – Resident Research Symposium: Do Perioperative Corticosteroids Reduce Severity of Dysphagia Following Anterior Cervical Spinal Fusion? A Meta-analysis of Randomized Controlled Trials. Orthopaedic Surgery, Michigan Medicine. 05/2021.

35. Invited Speaker – Resident Research Symposium: Preoperative Comorbidities Associated With Early Mortality in Hip Fracture Patients: A Multicenter Study. Orthopaedic Surgery, Michigan Medicine. 05/2021.

36. Virtual Invited Speaker – OREF Midwest Resident Research Symposium: Preoperative Comorbidities Associated With Early Mortality in Hip Fracture Patients: A Multicenter Study. 04/2021

37. Invited Speaker – OREF Midwest Resident Research Symposium: Effect of Nutritionist Referral on Weight Loss in Obese Patients Seeking Total Joint Arthroplasty. University of Michigan. 04/2021

38. Invited Speaker – OREF Midwest Resident Research Symposium: Do Perioperative Corticosteroids Reduce Severity of Dysphagia Following Anterior Cervical Spinal Fusion? A Meta-analysis of Randomized Controlled Trials. University of Michigan. 04/2021.

39. ePoster/Remote Virtual Presentation – 20th New England Science Symposium: Prognostic Predictors Of Survival And Outcomes Of Pleomorphic Leiomyosarcoma. 04/2021.

40.  Virtual Podium Presentation – Orthopaedic Research Society Annual Meeting: Prognostic Predictors Of Survival And Outcomes Of Pleomorphic Leiomyosarcoma. 02/2021.

41. Moderator & Chair – Orthopaedic Research Society Annual Meeting: Clinical Research Forum. Session 1 and Session 2. 02/2021.

42. Podium Presentation – Cervical Spine Research Society: Patient Body Mass Index Associated with Posterior Subcutaneous Fat Thickness in the Cervical Spine? A Retrospective Radiographic Study. Annual Meeting, Virtual Meeting. 12/2020.

43. Oral Presentation -- International Congress on Early Onset Scoliosis: When is pelvic fixation necessary in children with CP scoliosis treated with growing rods? Virtual Meeting. 11/2020.

44. Oral Presentation -- Society for Clinical Trials: Bias In Meta-Analyses of Clinical Research Due To Poor Quality Patient-Reported Outcome Measures. Virtual Meeting. 05/2020.

45. Podium Presentation – Pediatric Orthopaedic Society of North America: Pediatric Spine Study Group. What's it Worth? Growth-Friendly Surgery Results in More Growth but a Higher Complication Rate and Unplanned Returns to the Operating Room Compared to Single Fusion in Juvenile Neuromuscular Scoliosis. San Diego, CA, USA. 5/2020.

46. Poster Presentation – Orthopaedic Research Society Annual Meeting: A Systematic Review Of Propensity Score Methods Used In Orthopaedic Research. Austin, TX, USA. 02/2020.

47. Poster Presentation – Orthopaedic Research Society Annual Meeting: Mobile Device Physical Activity Data And Patient Reported Outcomes In Total Joint Arthroplasty. Austin, TX, USA. 02/2020.

48. Moderator & Chair – Orthopaedic Research Society Annual Meeting. Austin, TX, USA. 02/2020.

49. Co-Moderator – Orthopaedic Research Society Annual Meeting. Translational and Clinical Science Forum – Randomized Control Trials. Austin, TX, USA. 02/2020.

50. Chair – Orthopaedic Research Society Annual Meeting. Clinical Research Forum Working Group. Austin, TX, USA. 02/2020.

51.  Member – Orthopaedic Research Society Annual Meeting. Research Advisory Committee. Austin, TX, USA. 02/2020.

52. Invited Speaker – 13th International Congress on Early Onset Scoliosis: Comparison of Single Posterior Spinal Fusion (PSF) vs Growth-Friendly (GF) Surgery in Older Neuromuscular EOS Patients. Atlanta, Georgia. 11/2019.

53. Oral Presentation – International Society for Quality of Life Research: Reporting recommendations for investigations of measurement properties of patient reported outcome measures. Annual Meeting, San Diego, CA. 10/2019.

54. Invited Speaker – CONSORT Harms Update. Edmonton, AB, CAN. 09/2019.

55. Consensus Participant – CONSORT Harms Update. 09/2019.

56. Poster Presentation – Michigan Orthopaedic Society Annual Scientific Conference: A systematic review of propensity score analyses in orthopaedic clinical research. Traverse City, MI. 06/2019.

57. Poster Presentation – Michigan Orthopaedic Society Annual Scientific Conference: Minimal important difference of the PROMIS Physical Function score following treatment of rotator cuff tears. Traverse City, MI. 06/2019.

58. Oral Presentation – Michigan Orthopaedic Society Annual Scientific Conference: Bias in meta-analyses of orthopedic clinical trials due to poor quality patient reported outcome measures. Traverse City, MI. 06/2019.

59.  Oral Presentation – Michigan Orthopaedic Society Annual Scientific Conference: Longitudinal analysis of the PROMIS score for rotator cuff tear patients after non-surgical treatment. Traverse City, MI. 06/2019.

60.  Oral Presentation – Michigan Orthopaedic Society Annual Scientific Conference: Review and critical appraisal of studies published in orthopaedic surgery using large administrative databases. Traverse City, MI. 06/2019.

61. Podium Presentation – 40th Annual Meeting of the Society for Clinical Trials: Bias associated with patient reported outcome measures in orthopaedic clinical trials. New Orleans, LA. 05/2019.

62. Oral Presentation – 40th Annual Meeting of the Society for Clinical Trials: Duplicate Patterns and Duplicate Publication Bias among Chinese-sponsored Drug-related Randomized Controlled Trials. New Orleans, LA. 05/2019.

63. Poster Presentation – 40th Annual Meeting of the Society for Clinical Trials: Language bias among Chinese-sponsored drug-related randomize controlled trials. New Orleans, LA. 05/2019.

64. Poster Presentation – American Academy of Orthopaedic Research: Prophylactic Tamsulosin Does Not Reduce the Risk of Urinary Retention Following Lower Extremity Arthroplasty: A Double-Blind Randomized Controlled Trial. 02/2019.

65.  Poster Presentation – American Academy of Orthopaedic Research: Review and critical appraisal of studies published in orthopaedic surgery using large administrative databases. 02/2019.

66. Oral Presentation – Orthopaedic Research Society Annual Meeting: Propensity Score Analyses in Clinical Research. Austin, TX, USA. 02/2019.

67. Panelist – Orthopaedic Research Society Annual Meeting. Clinical Research Forum. Panel Discussion. Austin, TX, USA. 02/2019.

68. Poster Presentation – Orthopaedic Research Society Annual Meeting: Bias in Meta-Analysis in Orthopedics Due to Poor Quality Patient Reported Outcome Measures. Austin, TX, USA. 02/2019.

69.  Poster Presentation – Orthopaedic Research Society Annual Meeting: Longitudinal analysis of the PROMIS score for rotator cuff tear patients after non-surgical treatment. Austin, TX, USA. 02/2019.

70.  Poster Presentation – Orthopaedic Research Society Annual Meeting: Minimal important difference of the PROMIS Physical Function score following treatment of rotator cuff tears. Austin, TX, USA. 02/2019.

71. Poster Presentation – Orthopaedic Research Society Annual Meeting: Review and critical appraisal of studies published in orthopaedic surgery using large administrative databases. Austin, TX, USA. 02/2019.

72. Leader – Orthopaedic Research Society Annual Meeting. Poster Walking Tour, Clinical Research. Austin, TX, USA. 02/2019.

73. Scorer – Orthopaedic Research Society Annual Meeting. Sponsored Best Poster for Clinical Research, Clinical Research Committee. Austin, TX, USA. 02/2019.

74. Invited Speaker & Mentor – Orthopaedic Research Society Annual Meeting. Clinical Research Meet the Mentor Luncheon. Organization. Austin, TX, USA. 02/2019.

75. Chair – Orthopaedic Research Society Annual Meeting. Clinical Research Committee. Austin, TX, USA. 02/2019.

76. Invited Speaker – Orthopaedic Research Society Annual Meeting. Program Committee. Austin, TX, USA. 02/2019.

77.  Poster Presentation – Institute for Health Policy and Innovation: Criterion Validity of the PROMIS Physical Function Upper Extremity Computerized Adaptive Test in Patients with Rotator Cuff Tears. Summer Internship Presentations. Ann Arbor, MI. 01/2019.

78. Oral Presentation – American Academy of Hip and Knee Surgery: Prophylactic Tamsulosin Does Not Reduce the Risk of Urinary Retention Following Lower Extremity Arthroplasty: A Double-Blind Randomized Controlled Trial. Dallas, USA. 11/2018.

79. Poster Presentation – American Academy of Hip and Knee Surgery: Review and critical appraisal of studies published in orthopaedic surgery using large administrative databases. Dallas, USA. 11/2018.

80. Invited Speaker – Beaumont Hospital: Clinical Research Methods. Integrated Medicine Program. 10/2018

81. Invited Speaker – Cochrane Colloquium: Investigating Clinical Heterogeneity in Systematic Reviews. Workshop. Edinburgh, Scotland. 09/2018

82. Podium Presentation – Cochrane Colloquium: Bias Methods Group: Bias associated with patient reported outcome measures in orthopaedic clinical trials. Edinburgh, Scotland. 09/2018

83. Podium Presentation – Cochrane Colloquium: Bias associated with patient reported outcome measures in orthopaedic clinical trials. Edinburgh, Scotland. 09/2018

84. Podium Presentation – Cochrane Colloquium: Development of a new instrument to assess the credibility of effect modification. Edinburgh, Scotland. 09/2018

85. Poster Presentation – ORS Great Lakes / Midwest Regional Symposium: The effect of lipid levels on patient-reported outcomes in patients with rotator cuff tears. 08/2018

86. Invited Speaker – Michigan Orthopaedic Society: Comparison of EOSQ-24 and SRS-22 Scores in Congenital Scoliosis. 2018 Annual Scientific Meeting, Mackinac Island. 06/2018.

87. Invited Speaker – Michigan Orthopaedic Society: Patient satisfaction as a predictor of outcomes in patients undergoing total hip arthroplasty. 2018 Annual Scientific Meeting, Mackinac Island. 06/2018.

88. Poster Presentation – POSNA Meeting: Comparison of EOSQ-24 and SRS-22 Scores in Congenital Scoliosis. Austin, TX. 05/2018.

89. Co-Chair & Podium Presentation – Outcome Measures in Rheumatology (OMERACT 2018): The Shoulder Core Set. Workshop & Breakout Groups. Terrigal, Australia. 05/2018.

90. Co-Chair & Podium Presentation – Outcome Measures in Rheumatology (OMERACT 2018): The Shoulder Core Set: Knowledge Translation. Terrigal, Australia. 05/2018.

91. Co-Chair & Podium Presentation – Outcome Measures in Rheumatology (OMERACT 2018), The Shoulder Core Set: Final Core Domains. Terrigal, Australia. 05/2018.

92. Poster Presentation – Outcome Measures in Rheumatology (OMERACT) Core Set Working Group: A systematic review of the measurement properties of instruments used to measure pain in trials of shoulder disorders. Terrigal, Australia. 05/2018.

93. Poster Presentation – Outcome Measures in Rheumatology (OMERACT) Core Set Working Group: Instruments measuring global assessment of treatment success in shoulder disorders: A systematic literature review informing the OMERACT shoulder core set working group. Terrigal, Australia. 05/2018.

94. Invited Spotlight Speaker – Orthopaedic Research Society: Patient Reported Outcome Measures in Orthopaedic Clinical Research and Clinical Practice. Annual Scientific Meeting, New Orleans, MA, USA. 03/2018.

95. Moderator – Orthopaedic Research Society: Cohort studies: When observational studies trump randomized trials. Orthopaedic Clinical Research Forum. Annual Scientific Meeting, New Orleans, MA, USA. 03/2018.

96. Podium Presentation – Orthopaedic Research Society: Selection bias and outcome measure bias Randomized Controlled Trials in Orthopedics. Annual Scientific Meeting, New Orleans, MA, USA. 03/2018.

97. Poster Presentation – Orthopaedic Research Society: A systematic review of the psychometric properties of patient reported outcome measures for use in patients with anterior cruciate ligament injuries. Annual Scientific Meeting, New Orleans, MA, USA. 03/2018.

98. Poster Presentation – Orthopaedic Research Society: The Effect of Lipid Disorders on The Occurrence of Rotator Cuff Diseases: A Systematic Review and Meta-analysis. Annual Scientific Meeting, New Orleans, MA, USA. 03/2018.

99. Poster Presentation – Orthopaedic Research Society: The effect of lipid levels on patient reported outcomes in patients with rotator cuff tears. Annual Scientific Meeting, New Orleans, MA, USA. 03/2018.

100. Poster Presentation – Orthopaedic Research Society: PROMIS Global Health 10 Scale in patients undergoing total joint arthroplasty: Norms and concurrent validity. Annual Scientific Meeting, New Orleans, MA, USA. 03/2018.

101. Poster Presentation – Orthopaedic Research Society: Establishing Minimal Important Differences For The VR-12 And SANE Scores In Patients Following Treatments For Rotator Cuff Tears. Annual Scientific Meeting, New Orleans, MA, USA. 03/2018.

102. Poster Presentation – Orthopaedic Research Society: A 5-year follow-up of patients treated for full thickness rotator cuff tears: A registry study. Annual Scientific Meeting, New Orleans, MA, USA. 03/2018.

103. Poster Presentation – Orthopaedic Research Society: Bias associated with patient reported outcome measures in orthopaedic clinical trials. Annual Scientific Meeting, New Orleans, MA, USA. 03/2018.

104. Poster Presentation – IHPI Annual Member Forum: Establishing Minimal Important Differences For The VR-12 And SANE Scores In Patients Following Treatments For Rotator Cuff Tears. University of Michigan, Ann Arbor, MI, USA. 01/2018

105. Oral Presentation – 11th International Congress on Early Onset Scoliosis: Comparison of EOSQ-24 and SRS-22 scores in Congenital Scoliosis. San Diego, California. 11/2017

106. Oral Presentation – Food & Drug Administration: Patient reported outcome measures: Evidence, use and interpretation. Epidemiology Grand Rounds. Silver Spring, MD, USA. 11/2017.

107. Invited Speaker – M-Cubed Symposium: Motion at Michigan Medicine. University of Michigan, Ann Arbor, MI, USA. 11/2017.

108. Oral Presentation – MDEpiNet Annual Conference: Patient reported outcome measures for CRNs. Food & Drug Administration, Silver Spring, MD, USA. 10/2017.

109. Poster Presentation – PHO Conference: PROMIS Global Health Scale in Patients Undergoing Total Joint Arthroplasty. PROMIS in action. Philedelphia, PA. 10/2017.

74

110. Poster Presentation – ISOQOL 24th Annual Conference: Bias arising from the use of patient reported outcome measures. Philedelphia, PA. 10/2017.

111. Poster Presentation – ISOQOL 24th Annual Conference: A systematic review of the psychometric properties of patient-reported outcome measures for use in patients with anterior cruciate ligament injuries. Philedelphia, PA. 10/2017.

112. Oral Presentation – PhRMA Foundation Challenge Award Presentations: Patient Reported Outcomes to Improve Value In Health-Care. Morning Consult. Washington, DC. 09/2017.

113. Poster Presentation – International Peer-Review Congress: Bias arising from the use of patient reported outcome measures. Chicago, IL, USA. 09/2017.

114. Poster Presentation – FDA Science Forum 2017: Patient Reported outcome questionnaires for total knee arthroplasty: A systematic review of psychometric properties and methodological quality. 06/2017.

115. Poster Presentation – FDA Science Forum 2017: Patient Reported outcome questionnaires for total hip arthroplasty: A systematic review of psychometric properties and methodological quality. 06/2017.

116. Poster Presentation – FDA Science Forum 2017: Patient Reported outcome questionnaires for urinary incontinence: A systematic review of psychometric properties and methodological quality. 06/2017.

117. Podium Presentation – 11th Biennial ISAKOS Congress: Does Obesity affect functional outcomes after rotator cuff repair? Shanghai, China. 06/2017.

118. Podium Presentation – 11th Biennial ISAKOS Congress: Does concomitant biceps surgery affect the outcome of rotator cuff repair? Shanghai, China. 06/2017.

119. ePoster Presentation – 11th Biennial ISAKOS Congress: Does age affect functional outcome aster rotator cuff repair? Shanghai, China. 06/2017.

120. Podium Presentation – Michigan Orthopaedic Society Annual Scientific Meeting: Accuracy of electronic medical record documentation: Comparing patient encounter with subsequent progress note documentation. Mackinac Island, MI. 06/2017.

121. Poster Presentation – Michigan Orthopaedic Society Annual Scientific Meeting: Accuracy of electronic medical record documentation: Does smoking affect treatment allocation and outcome in patients with rotator cuff tears? Mackinac Island, MI. 06/2017.

122. Poster Presentation – Michigan Orthopaedic Society Annual Scientific Meeting: Accuracy of electronic medical record documentation: Is a home exercise program a viable alternative for older adults with symptomatic rotator cuff pathology? Mackinac Island, MI. 06/2017.

123. Poster Presentation – American Academy of Health Behavior: Is a home exercise program a viable alternative for older adults with symptomatic rotator cuff pathology. Tuscon, AZ, USA. 03/2017.

124.      Poster Presentation – American Academy of Health Behavior: Does smoking affect treatment allocation and outcomes in patients with rotator cuff tears. Tuscon, AZ, USA. 03/2017.

125.      Podium Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Does rotator cuff tear pattern influence clinical outcome after surgical repair? San Diego, CA, USA. 03/2017.

126.      Podium Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Effect of choice of hospital unit on the outcome of hip fractures: A retrospective cohort study. San Diego, CA, USA. 03/2017.

127.      Poster & Walking Tour Podium Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Urinary retention is decreased after joint arthroplasty with preoperative use of selective alpha-1 blocking agents. San Diego, CA, USA. 03/2017.

128.      Podium Presentation – Orthopaedic Research Society: Measurement in Medicine. Orthopaedic Clinical Research Forum. San Diego, CA, USA. 03/2017.

129.      Podium Presentation – Western Orthopaedic Association (WOA) Annual Meeting: Insurance status affects postoperative morbidity and complication rate after shoulder arthroplasty. Indian Wells, CA. 09/2016.

130.      Podium Presentation – American Association of Orthopaedic Sports Surgeons: Minimally Important Differences in The WORC and ASES In Patients Treated Surgically Or Non-surgically For Full Thickness Rotator Cuff Tears. Annual Meeting. Colorado Springs, CO, 2016. 07/2016.

131.      Podium Presentation – American Association of Orthopaedic Sports Surgeons: Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? Annual Meeting. Colorado Springs, CO, 2016. 07/2016.

132.      Oral Presentation – Michigan Orthopaedic Society Conference Annual Scientific Meeting: Does rotator cuff tear pattern influence outcomes after surgical repair? 06/2016.

133.      Oral Presentation – Michigan Orthopaedic Society Conference Annual Scientific Meeting: Orthopaedic Total joint arthroplasty clinics see larger proportion of obese patients. 06/2016.

134.      Oral Presentation – Michigan Orthopaedic Society Conference Annual Scientific Meeting: Effect of surgical versus nonsurgical hospital unit on the outcome of hip fracture: A retrospective cohort study. 06/2016.

135.      Poster Presentation – Michigan Orthopaedic Society Conference Annual Scientific Meeting: Do medical comorbidities affect outcomes in patients with rotator cuff tears. 06/2016.

136.      Podium Presentation – OREF/ORS Midwest Resident Research Symposium: Evaluation of American Academy of Orthopaedic Surgeons Appropriate Use Criteria for the Management of Full-Thickness Rotator Cuff Tears. Loyola University, Maywood, IL. 05/2016.

137.    Invited Speaker – OMERACT 13, International Consensus Conference on Outcome Measures in Rhuematology: Core Outcome Measurement Set for Clinical Trials Of Shoulder Pain. Special Interest Group. Whistler, British Columbia, Canada. 05/2016.

138.    Invited Speaker – OMERACT 13, International Consensus Conference on Outcome Measures in Rhuematology: Core Outcome Measurement Set for Clinical Trials Of Shoulder Pain. Pre-OMERACT Consensus Meeting. Whistler, British Columbia, Canada. 05/2016.

139.    Oral Presentation – Research Day: Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? St. Joseph Mercy, Ann Arbor, MI, USA. 04/2016.

140.    Oral Presentation – Research Day: Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? St. Joseph Mercy, Ann Arbor, MI, USA. 04/2016.

141.    Moderator (Session III) – Challenges fundamental to Clinical Research. 2016 Clinical Research Forum: Clinical Trials from Early Stage to Large Datasets and Fundamental Challenges. Orthopaedic Research Society, Annual Meeting. Orlando, FL. 03/2016.

142.    Podium Presentation – Clinical Research Forum: Sample size calculations. 03/2016.

143.    Poster Presentation – Clinical Research Forum: A comparison of rehabilitation strategies in the non-operative management of symptomatic rotator cuff tears. 03/2016.

144.    Poster Presentation – Clinical Research Forum: Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? Special Poster Presentation (Best AAOS Shoulder Section Poster). 03/2016.

145.    Podium Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Do Statin Medications Affect Clinical Outcomes in Patients with Rotator Cuff Tears? Orlando, Florida. 03/2016.

146.    Podium Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Insurance status affects postoperative morbidity and complication rate after shoulder arthroplasty. Orlando, Florida. 03/2016.

147.    Podium Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Direct anterior approach does not reduce dislocation risk. Orlando, Florida. 03/2016.

148.    Poster Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? Best AAOS Shoulder Section Poster. Orlando, Florida. 03/2016.

149.    Oral Presentation – American Association of Hip and Knee Surgeons: Direct anterior approach does not reduce dislocation risk. Dallas, TX. 11/2015.

150. Oral Presentation – Food and Drug Administration, Center for Devices and Radiological Health: Patient reported outcome measures for rotator cuff disease, total knee and total hip arthroplasty: An evaluation of measurement properties. Office of the Center Director. Silver Spring, MD. 11/2015.

151. Oral Presentation – Cochrane Collaboration 23rd Annual Colloquium: The state of patient reported outcome measures in orthopaedics. Patient Reported Outcomes Methods Group meeting. Vienna, Austria. 10/2015.

152. Poster Presentation – Cochrane Collaboration 23rd Annual Colloquium: A network meta-analysis of randomized controlled trials of interventions for the treatment of rotator cuff tears. Vienna, Austria. 10/2015.

153. Poster Presentation – Cochrane Collaboration 23rd Annual Colloquium: Patient Reported outcome questionnaires for total knee arthroplasty: A systematic review of psychometric properties and methodological quality. Vienna, Austria. 10/2015.

154. Poster Presentation – Cochrane Collaboration 23rd Annual Colloquium: Patient Reported outcome questionnaires for total knee arthroplasty: A systematic review of psychometric properties and methodological quality. Vienna, Austria. 10/2015.

155. Oral Presentation – 54th Annual Meeting: Outcomes in rotator cuff disease. Carl E. Badgley Lectureship. Ann Arbor, Michigan. 09/2015.

156. Poster Presentation – 54th Annual Meeting: Factors related to improved quality of life in operative and non-operative RCT patients. Carl E. Badgley Lectureship. Ann Arbor, Michigan. 09/2015.

157. Poster Presentation – 54th Annual Meeting: Is there an association between the "Critical Shoulder Angle" and clinical outcome after Rotator Cuff Repair? Carl E. Badgley Lectureship. Ann Arbor, Michigan. 09/2015.

158. Poster Presentation – 54th Annual Meeting: An assessment of serum biomarkers, strength, and dynamic stability after arthroscopic surgery for symptomatic femoroacetabular impingement. Carl E. Badgley Lectureship. Ann Arbor, Michigan. 09/2015.

159. Poster Presentation – American Orthopaedic Society of Sports Medicine: Factors related to improved quality of life for patients with operative and non-operative rotator cuff tears. Annual Scientific Meeting. Orlando, FL. 07/2015.

160. Oral Presentation – Michigan Orthopaedic Society Annual Scientific Meeting: Development, Implementation and Evaluation of a Handoff Tool for Use in Orthopaedics. Mackinac Island. 06/2015.

161. Oral Presentation – International Society of Arthroscopy: Does smoking affect treatment allocation and outcomes in patients with rotator cuff tears? Knee Surgery and Orthopaedic Sports Medicine. Lyon, France. 06/2015.

162. Poster Presentation – International Society of Arthroscopy: Minimally Important Differences In The WORC and ASES In Patients Treated Surgically Or Non-surgically

For Full Thickness Rotator Cuff Tears. Knee Surgery and Orthopaedic Sports Medicine. Lyon, France. 06/2015.

163.	Poster Presentation – International Society of Arthroscopy: Factors related to improved quality of life for patients with operative and non-operative rotator cuff tears. Knee Surgery and Orthopaedic Sports Medicine. Lyon, France. 06/2015.

164.	Poster Presentation – American Academy of Health Behavior Meeting: Clinical and psychological factors that influence resilience among older disabled Vietnam war veterans. San Antonio, TX. 03/2015.

165.	Invited Oral Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Patient reported outcome measures for rotator cuff disease, total knee and total hip arthroplasty: An evaluation of measurement properties. Las Vegas, NV. 03/2015.

166.	Poster Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Orthopaedic Surgery Arthroplasty Clinics See Larger Proportion of Obese Patients. Las Vegas, NV. 03/2015.

167.	Oral Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Patterns of Strain and the Determination of the Safe Arc of Motion after Subscapularis Repair. Las Vegas, NV. 03/2015.

168.	Oral Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Does Smoking Affect Treatment Allocation and Outcomes in Patients with Rotator Cuff Tears? Las Vegas, NV. 03/2015.

169.	Poster Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Minimally Important Differences In The WORC and ASES In Patients Treated Surgically Or Non-surgically For Full Thickness Rotator Cuff Tears. Las Vegas, NV. 03/2015.

170.	Poster Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Evaluation of lower limb arthroplasty observational studies using the AQUILA checklist. Las Vegas, NV. 03/2015.

171.	Oral Presentation – American Association of Orthopaedic Surgeons Annual Meeting: Femoroacetabular Impingement in Asymptomatic Adolescents: At What Age Do CAM and Pincer Deformities First Appear? Las Vegas, NV. 03/2015.

172.	Invited Oral Presentation – Orthopaedic Research Society: Patient reported outcome measures for rotator cuff disease, total knee and total hip arthroplasty: An evaluation of measurement properties. Annual Meeting, Las Vegas, NV. 03/2015.

173.	Poster Presentation – Orthopaedic Research Society: Factors related to quality of life in operative and non-operative rotator cuff patients. Annual Meeting, Las Vegas, NV. 03/2015.

174.	Oral Presentation – Orthopaedic Research Society: Minimally Important Differences In The WORC and ASES In Patients Treated Surgically Or Non-surgically For Full Thickness Rotator Cuff Tears. Annual Meeting, Las Vegas, NV. 03/2015.

175.	Poster Presentation – Orthopaedic Research Society: Patient Reported outcome questionnaires for total knee arthroplasty: A systematic review of psychometric properties and methodological quality. Annual Meeting, Las Vegas, NV. 03/2015.

176.	Poster Presentation – Orthopaedic Research Society: Patient Reported outcome questionnaires for total hip arthroplasty: A systematic review of psychometric properties and methodological quality. Annual Meeting, Las Vegas, NV. 03/2015.

177.	Poster Presentation – 2014 Epid Internship Poster Session: Patient Reported Outcome Questionnaires for Total Knee Arthroplasty: A Systematic Review of Psychometric Properties and Methodological Quality. Department of Epidemiology, School of Public Health. University of Michigan, Ann Arbor, MI. 10/2014.

178.	Poster Presentation – Innovation Cubed, Successes, Insights and New Directions: Core outcomes for patients with rotator cuff disease. Ann Arbor, Michigan. 10/2014.

179.	Poster Presentation – 53rd Annual Meeting: Patient Reported Outcome Questionnaires for Total Knee Arthroplasty: A Systematic Review of Psychometric Properties and Methodological Quality. Carl E. Badgley Lectureship: Management of Upper Extremity Injuries and Conditions. Ann Arbor, Michigan. 09/2014.

180.	Poster Presentation – 53rd Annual Meeting: Patient Reported Outcome Questionnaires for Total Knee Arthroplasty: Patient Reported Outcome Questionnaires for Total Hip Arthroplasty: A Systematic Review of Psychometric Properties and Methodological Quality. Carl E. Badgley Lectureship: Management of Upper Extremity Injuries and Conditions. Ann Arbor, Michigan. 09/2014.

181.	Oral Presentation – American Orthopaedic Society of Sports Medicine: Rotator cuff disease: A prospective cohort study of patients treated surgically and non-surgically. Seattle, WA. 07/2014.

182.	Oral Presentation – American Orthopaedic Society of Sports Medicine: Surgical versus non-surgical management of Rotator Cuff Tears: Predictor of treatment allocation. Seattle, WA. 07/2014.

183.	Oral Presentation – Michigan Orthopaedic Society: Evaluation of lower limb arthroplasty observational studies using the AQUILA checklist. Annual Scientific Conference. Makinac Island, Michigan. 06/2014.

184.	Oral Presentation – Canadian Cochrane Symposium: Recommendations for investigating clinical heterogeneity in systematic reviews. Ottawa, Ontario, Canada. 04/2014.

185.	Oral Presentation – Canadian Cochrane Symposium: Methods of investigating clinical heterogeneity in Cochrane and non-Cochrane systematic reviews. Ottawa, Ontario, Canada. 04/2014.

186.	Oral Presentation – American Academy of Orthopaedic Surgeons: Rotator cuff disease: A prospective follow-up of patients treated surgically and non-surgically. Annual Meeting. New Orleans, USA. 03/2014.

187. Poster Presentation – Orthopaedic Research Society: Demographic factors related to WORC scores in surgical vs. non-surgical patients. Annual Meeting. New Orleans, USA. 03/2014.

188. Poster Presentation – Orthopaedic Research Society: Assessing the Quality of Reporting of Observational Studies in Orthopaedic Literature Using the Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) Statement. Annual Meeting. New Orleans, USA. 03/2014.

189. Moderator – ORS Clinical Research Forum, Session II: Registries, Cohorts & RCTs: Advantages and Disadvantages. Annual Meeting. New Orleans, USA. 03/2014.

190. Invited Speaker – Department of Epidemiology Seminar Series: Methods of investigating heterogeneity in systematic reviews. School of Public Health, University of Michigan. Ann Arbor, MI. 11/2013.

191. Oral Presentation – 52nd Annual Meeting: Improving surgical safety in orthopaedics. Carl E. Badgley Lectureship, Management of Lower Extremity Injuries and Conditions. 10/2013.

192. Poster Presentation – 52nd Annual Meeting: A psychometric evaluation of rotator cuff outcome measures: A systematic review. Carl E. Badgley Lectureship, Management of Lower Extremity Injuries and Conditions. 10/2013.

193. Poster Presentation – 52nd Annual Meeting: Incidence and nature of adverse events in patients following orthopaedic surgery. Carl E. Badgley Lectureship, Management of Lower Extremity Injuries and Conditions. 10/2013.

194. Poster Presentation – 52nd Annual Meeting: Use of clustering in randomized controlled trials in orthopaedic surgery. Carl E. Badgley Lectureship, Management of Lower Extremity Injuries and Conditions. 10/2013.

195. Oral Presentation – 21st Annual Cochrane Colloquium: Recommendations for investigating clinical heterogeneity in systematic reviews. Quebec City, QE, CAN. 09/2013.

196. Poster Presentation – 21st Annual Cochrane Colloquium: Permutation based resampling for deriving p-values for pooled effect estimates in meta-analyses. Quebec City, QE, CAN. 09/2013.

197. Oral Presentation – International Congress On Peer-Review and Biomedical publications: The CARE Guidelines - Consensus-Based Clinical Case Report Guideline Development. Chicago, IL, USA. 09/2013.

198. Poster Presentation – International Congress On Peer-Review and Biomedical publications: Use of clustering in randomized controlled trials in orthopaedic surgery. Chicago, IL, USA. 09/2013.

199. Oral Presentation – International Congress On Peer-Review and Biomedical publications: Recommendations for investigating clinical heterogeneity in systematic reviews. Chicago, IL, USA. 09/2013.

200.	Poster Presentation – American Orthopaedic Society of Sports Medicine: Rotator cuff disease: A prospective follow-up of patients treated surgically and non-surgically. Seattle, WA. 07/2013.

201.	Oral Presentation – Michigan Orthopaedic Society Annual Scientific Conference: Rotator cuff disease: A prospective follow-up of patients treated surgically and non-surgically. 06/2013.

202.	Oral Presentation – American Academy of Orthopaedic Surgeons, Annual Meeting: Patient Perceptions of the cost of total hip and knee arthroplasty. Chicago, IL. 03/2013.

203.	Oral Presentation – American Academy of Orthopaedic Surgeons, Annual Meeting: Meta-analysis of joint preservation verses arthroplast for the treatment of displaced 3- and 4-part fractures of the proximal humerus. Chicago, IL. 03/2013.

204.	Oral Presentation – American Academy of Orthopaedic Surgeons, Annual Meeting: Comparison of titanium elastic nail and plate fixation of pediatric subtrochanteric femur fractures. Chicago, IL. 03/2013.

205.	Invited Speaker – Clinical Research Seminar Series in Musculoskeletal Medicine: Prospective follow-up of patients treated surgically or non-surgically for full-thickness rotator cuff tears. University of Michigan. 01/2013.

206.	Workshop Leader – Orthopaedic Research Society: Advanced Design, implementation and analysis of clinical trials in orthopaedic surgery: A how to for clinical trialists. Annual Meeting. San Antonio, TX. 01/2013.

207.	Poster Presentation – Orthopaedic Research Society: A psychometric evaluation of rotator cuff outcome measures: A systematic review. Annual Meeting. San Antonio, TX. 01/2013.

208.	Poster Presentation – Orthopaedic Research Society: Incidence and nature of adverse events in patients following orthopaedic surgery. Annual Meeting. San Antonio, TX. 01/2013.

209.	Poster Presentation – Orthopaedic Research Society: Use of clustering in randomized controlled trials in orthopaedic surgery. Annual Meeting. San Antonio, TX. 01/2013.

210.	Poster Presentation – Badgley Lectureship: Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. University of Michigan. Ann Arbor, MI. 10/2012.

211.	Poster Presentation – Badgley Lectureship: Methodological quality of randomized controlled trials in the recent orthopaedic literature. University of Michigan. Ann Arbor, MI. 10/2012.

212.	Poster Presentation – The Equator Network Annual Meeting: Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Frieburg, Germany. 10/2012.

213.     Poster Presentation – The Equator Network Annual Meeting: Methodological quality of randomized controlled trials in the recent orthopaedic literature. Frieburg, Germany. 10/2012.

214.     Oral Presentation – Cochrane Colloquium Annual Meeting: Recommendations for investigating clinical heterogeneity in systematic reviews. Auckland, New Zealand. 10/2012.

215.     Workshop Leader – Cochrane Colloquium Annual Meeting: Investigating clinical heterogeneity in systematic reviews. Auckland, New Zealand. 10/2012.

216.     Poster Presentation – Cochrane Colloquium Annual Meeting: Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Auckland, New Zealand. 10/2012.

217.     Poster Presentation – Cochrane Colloquium Annual Meeting: Methodological quality of randomized controlled trials in the recent orthopaedic literature. Auckland, New Zealand. 10/2012.

218.     Oral Presentation – Clinical Research Seminar Series in Musculoskeletal Medicine: A psychometric evaluation of rotator cuff outcome measures: A systematic review. University of Michigan. 10/2012.

219.     Oral Presentation – Michigan Orthopaedic Society: Meta-analysis of joint preservation verses arthroplast for the treatment of displaced 3- and 4-part fractures of the proximal humerus. Annual Scientific Meeting. Makinac Island, MI. 06/2012.

220.     Oral Presentation – Michigan Orthopaedic Society: A psychometric evaluation of rotator cuff outcome measures: A systematic review. Annual Scientific Meeting. Makinac Island, MI. 06/2012.

221.     Oral Presentation – Michigan Orthopaedic Society: A systematic review of interventions designed to prevent anterior cruciate ligament injuries in adolescents and adults. Annual Scientific Meeting. Makinac Island, MI. 06/2012.

222.     Oral Presentation – Michigan Orthopaedic Society: Comparing the efficacy of different post-operative interventions following rotator cuff repair: A systematic review and meta-analysis. Annual Scientific Meeting. Makinac Island, MI. 06/2012.

223.     Oral Presentation – Michigan Orthopaedic Society: Incidence and nature of adverse events in patients following orthopaedic surgery. Annual Scientific Meeting. Makinac Island, MI. 06/2012.

224.     Poster Presentation – Michigan Orthopaedic Society: Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Annual Scientific Meeting. Makinac Island, MI. 06/2012.

225.     Poster Presentation – Michigan Orthopaedic Society: Methodological quality of randomized controlled trials in the recent orthopaedic literature. Annual Scientific Meeting. Makinac Island, MI. 06/2012.

226.     Oral Presentation – Canadian Cochrane Symposium: Recommendations for investigating clinical heterogeneity in systematic reviews. Winnipeg, Canada. 05/2012.

227. Workshop Leader – Canadian Cochrane Symposium: Investigating clinical heterogeneity in systematic reviews. Winnipeg, Canada. 05/2012.

228. Invited Speaker – St. Clair College: An Introduction to Traditional Chinese Medicine. Windsor, ON. 03/2012.

229. Workshop Leader – Orthopaedic Research Society: Design, implementation and analysis of clinical trials in orthopaedic surgery: A how to for clinical trialists. Annual Meeting. San Francisco, CA. 02/2012.

230. Poster Presentation – Orthopaedic Research Society: Methodological and reporting quality of systematic reviews in the recent orthopaedic literature. Annual Meeting. San Francisco, CA. 02/2012.

231. Poster Presentation – Orthopaedic Research Society: Methodological quality of randomized controlled trials in the recent orthopaedic literature. Annual Meeting. San Francisco, CA. 02/2012.

232. Oral Presentation – Clinical Research Seminar Series in Musculoskeletal Medicine: An introduction to systematic reviews and meta-analyses. University of Michigan. 11/2011.

233. Oral Presentation – Clinical Research Seminar Series in Musculoskeletal Medicine: Comparing post-operative interventions following rotator cuff repair: A systematic review and meta-analysis. University of Michigan. 11/2011.

234. Poster Presentation – Student Biomedical Research Program Day: Comparing post-operative interventions following rotator cuff repair: A systematic review and meta-analysis. Faculty of Medicine, University of Michigan. 11/2011.

235. Oral Presentation – Cochrane Colloquium: Recommendations for investigating clinical heterogeneity in systematic reviews. Madrid, Spain. 10/2011.

236. Workshop Leader – Cochrane Colloquium: Investigating clinical heterogeneity in systematic reviews. Madrid, Spain. 10/2011.

237. Oral Presentation – Clinical Research Seminar Series in Musculoskeletal Medicine: Quality of Clinical Trials in Orthopaedic Surgery. 10/2011.

238. Poster Presentation – International Epidemiology Congress: An empirical study using permutation based resampling techniques in meta-analyses. McGill University. Montreal, QC, CAN. 06/2011.

239. Organizer & Chair – Recommendations for investigating clinical heterogeneity in systematic reviews. University of Michigan. Ann Arbor, MI, USA. 06/2011.

240. Oral Presentation – Larry S. Mathews Day: Surgical safety checklists: Research and initiatives at the University of Michigan. Adult Lower Extremity Joint Reconstruction Lectureship. University Of Michigan. Ann Arbor, MI, USA. 05/2011.

241. Invited Speaker – Combining forces to improve systematic reviews: Dealing with heterogeneity in systematic reviews. Gender, Equity & Bias. University of Ottawa. Ottawa, ON, CAN. 05/2011.

242.	Oral Presentation – Canadian Cochrane Symposium: An empirical study using permutation based resampling techniques in meta-analyses. Vancouver, BC, CAN. 02/2011.

243.	Workshop Leader – Canadian Cochrane Symposium: Dealing with heterogeneity. Vancouver, BC, CAN. 02/2011.

244.	Oral Presentation – Cochrane and Campbell Colloquium: Methods of assessing clinical heterogeneity in systematic reviews: A methodologic review. Keystone, CO, USA. 10/2010.

245.	Poster Presentation – Badgley Day: An empirical study using permutation based resampling techniques in meta-analyses. University of Michigan, Ann Arbor, MI, USA. 10/2010.

246.	Invited Speaker – Orthopaedic Research Labs, Lunch Seminar: Meta-analysis of neuromuscular interventions for prevention of anterior cruciate ligament injuries. University of Michigan, Ann Arbor, MI, USA. 10/2010.

247.	Invited Speaker – Grand Rounds: Meta-analysis of neuromuscular interventions for prevention of anterior cruciate ligament injuries. Department of Orthopaedic Surgery. 05/2010.

248.	Workshop Leader – Canadian Cochrane Symposium: Assessing Risk of Bias in Systematic Reviews. Ottawa, ON, CAN. 05/2010.

249.	Oral Presentation – Canadian Cochrane Symposium: Methods of assessing clinical heterogeneity in systematic reviews: A methodologic review. Ottawa, ON, CAN. 05/2010.

250.	Workshop Leader – Evidence Based Medicine Workshop: A Primer for Health-Care Professionals, BCIT, Vancouver, BC, CAN. 03/2010.

251.	Invited Speaker – Women's Hospital College: Reporting and heterogeneity in controlled trials and systematic reviews. Research Rounds. Toronto, ON, CAN. 01/2010.

252.	Invited Speaker – Institute for Clinical and Evaluative Sciences: Reporting and heterogeneity in controlled trials and systematic reviews. Clinical Epidemiology Rounds. Sunnybrook Health Sciences Centre. Toronto, ON, CAN. 11/2009.

253.	Invited Speaker – Faculty of Pharmacy: Reporting and heterogeneity in controlled trials and systematic reviews. University of Toronto, ON, CAN. 05/2009.

254.	Workshop Leader – 7th Annual Canadian Cochrane Symposium: Bias in systematic reviews and meta-analyses. Halifax, NS, CAN. 03/2009.

255.	Invited Speaker – Natural Health Products Research Society: Reporting quality of randomized controlled trials of herbal interventions. Vancouver, BC, CAN. 02/2009.

256.	Invited Speaker – Refine Health & Fitness Workshop Series: Cardiovascular health: Nutrition, supplementation, exercise, sleep, relaxation. Windsor, ON, CAN. 02/2009.

257.	Invited Speaker – Refine Health & Fitness Workshop Series: Effective Weight Loss: Nutrition, supplementation, exercise. Windsor, ON, CAN. 01/2009.

258.     Invited Speaker – Joint annual conference of the Canadian Institute of Chinese Medicinal Research and the Ontario Ginseng Innovation and Research Centre: Natural Health Product Regulations in Canada: What you should know! London, ON, CAN. 10/2008.

259.     Invited Speaker – North American Spine Society: Comparing the evidence supporting herbal vs. vitamin vs. homeopathic supplements. Pre-course on Evidence Informed Management of CLBP. Toronto, ON, CAN. 10/2008.

260.     Workshop Leader – Cochrane Colloquium: Assessing risk of bias in included studies: the recommended tool for Cochrane reviews. Freiburg, GE. 09/2008.

261.     Poster Presentation – Cochrane Colloquium: An empirical study using permutation based resampling techniques in meta-analyses. Freiburg, GE. 09/2008.

262.     Workshop Leader – Standards for reporting in controlled trials of acupuncture (STRICTA) workshop: A workshop to bring STRICTA guidelines into the CONSORT family of reporting standards. Freiburg, GE. 09/2008.

263.     Invited Speaker – 44th Drug Information Association Annual Meeting: Natural health product development: Concept development, evidence and finished goods. MA, USA. 06/2008.

264.     Invited Speaker – 7th Annual Oxford International Conference on the Science of Botanicals and the American Society of Pharmacognosy 4th Interim Meeting: Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement. Oxford, MI, USA. 04/2008.

265.     Workshop Leader – Workshop on Pragmatic Controlled Trials. Toronto, ON, CAN. 04/2008.

266.     Panelist – Natural Health Products Research Society Annual Conference: Integrating Natural Health Products into Clinical Practice. "Science Across Borders: Global Natural Health Products." Toronto, Ontario. 03/2008.

267.     Workshop Leader – Evidence Based Medicine Workshop: A Primer for Health-Care Professionals. BCIT. Vancouver, BC, CAN. 02/2008.

268.     Invited Speaker – Pharmacology & Toxicology of Naturally Sourced Medicines (443b/543b): Efficacy Assessment: Standards of Evidence. Department of Pharmacology. University of Western Ontario. London, ON. 01/2008.

269.     Invited Speaker – Pharmacology & Toxicology of Naturally Sourced Medicines (443b/543b): Jamieson Laboratories Ltd and NHP Industry. Department of Pharmacology. University of Western Ontario. London, ON. 01/2008.

270.     Invited Speaker – Public Health Science Rounds: Methodological Quality and Reporting of controlled trials of herbal Interventions. Hospital for Sick Children. Toronto, ON, CAN. 06/2007.

271.     Invited Speaker – First Collaborative Meeting on Phytomedicine: Methodological Quality and Reporting of controlled trials of herbal interventions. Ascona, Switzerland. 05/2007.

272.     Invited Speaker – Interactive workshop on risk-based combination products. British Columbia Institute of Technology. Toronto, ON, CAN. 03/2007.

273.     Invited Speaker – Cochrane Colloquium: Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement. Dublin, Ireland. 10/2006.

274.     Workshop Leader – Cochrane Colloquium: Methodological Challenges of preparing systematic reviews for complementary and alternative medicine. Dublin, Ireland. 10/2006.

275.     Invited Speaker – 6th Annual Meeting of ISoP: Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement. Liège, Belgium. 10/2006.

276.     Invited Speaker – Cadbury Adams: An evidence-based review of natural health products for weight loss. Weight Loss Symposium. Toronto, ON, CAN. 06/2006.

277.     Invited Speaker – Society for Clinical Trials: Evidence surrounding the consolidated standards on the reporting of trials: ESCORT. Clinical Trials, 2006:3(3). Orlando, Florida, USA. 05/2006.

278.     Invited Speaker – Primary Care Series: Gastroenterology Update. OAND. Toronto, ON, CAN. 03/2006.

279.     Invited Speaker – Canadian Arthritis Network, Pain and Arthritis Research Workshop. Calgary, Alberta, CAN. 02/2006.

280.     Invited Speaker – Clinical Epidemiology Rounds: Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement. University Health Network. Toronto, ON, CAN. 01/2005.

281.     Invited Speaker – 12th International Symposium on Complementary Health Care: Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement. Exeter, UK. 11/2005.

282.     Invited Speaker – International Peer-Review Congress: Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement. Chicago, Illinois, USA. 09/2005.

283.     Invited Speaker – Society for Clinical Trials: Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement. Portland, Oregon, USA. 05/2005.

284.     Invited Speaker – Evidence-Based Complementary and Alternative Medicine Update Seminar Series: Current high impact medical research. Toronto, ON, Canada. 04/2005.

285.     Invited Speaker – Evidence-Based Complementary and Alternative Medicine Update Seminar Series: Rheumatology Update. Toronto, ON, Canada. 04/2005.

286.     Invited Speaker – Second Natural Health Product Research Conference: Improving the reporting of randomized controlled trials of herbal medicine interventions: An implementation of the CONSORT Statement. Vancouver, BC, CAN. 02/2005.

287.	Invited Speaker – Freedom 55 Financial: Staying healthy through the winter months and through life. Windsor Yacht Club. Windsor, ON, CAN. 11/2004.

288.	Invited Speaker – Hospital for Sick Children: Reporting quality of controlled trials of CAM interventions. Population Health Science Rounds. Toronto, ON, CAN. 11/2004.

289.	Poster Presentation – XII Annual Cochrane Colloquium: Reporting quality of controlled trials of botanical medicine. Ottawa, ON, CAN. 10/2004.

290.	Oral Presentation – XII Annual Cochrane Colloquium: Methodology quality of randomized controlled trials of spinal disorders. Ottawa, ON, CAN. 10/2004.

291.	Workshop Leader – XII Annual Cochrane Colloquium: Methodological Challenges of preparing systematic reviews for complementary and alternative medicine. Ottawa, ON, CAN. 10/2004.

292.	Poster Presentation – HPME Research Day: Reporting quality of controlled trials of botanical medicine. Faculty of Medicine, University of Toronto, ON, CAN. 05/2004.

293.	Poster Presentation – HPME Research Day: Methodology quality of randomized controlled trials of spinal disorders. Faculty of Medicine, University of Toronto, ON, CAN. 05/2004.

294.	Poster Presentation – HPME Research Day: Development of a methodological quality checklist for controlled trials of acupuncture. Faculty of Medicine, University of Toronto, ON, CAN. 05/2004.

295.	Poster Presentation – HPME Research Day: Systematic review of *Harpagophytum procumbens* for low back pain and osteoarthritis. Faculty of Medicine, University of Toronto, ON, CAN. 05/2004.

296.	Invited Speaker – Child Care Services: An overview of Naturopathic Medicine. St. Clair College. Windsor, ON, CAN. 05/2004.

297.	Oral Presentation – Natural Health Products Research Conference: Reporting quality of controlled intervention trials of botanical medicines. Montreal, Quebec. 02/2004.

298.	Invited Speaker – 10th International Symposium on Complementary Health Care: Harpagophytum for osteoarthritis and low back pain: A systematic review. FACT: An evidence-based approach, 8(4), p.498. London, UK. 11/2003.

299.	Invited Speaker – 10th International Symposium on Complementary Health Care: Development and reliability of a methodological quality scale for controlled trials of acupuncture. FACT: An evidence-based approach, 8(4), p.497.

300.	Invited Speaker – 10th International Symposium on Complementary Health Care: Tolerability and adverse reactions following oral administration of over-the-counter niacin 500 mg in healthy subjects: a randomized double-blind placebo-controlled trial. FACT: An evidence-based approach, 8(4), p.522.

301. Workshop Leader – XI Annual Cochrane Colloquium: Methodological Challenges of preparing systematic reviews for complementary and alternative medicine. Barcelona, Spain. 10/2003.

302. Poster Presentation – HPME Research Day: Botanical Medicine for Low Back Pain. Faculty of Medicine. University of Toronto, ON, CAN. 05/2003.

303. Oral Presentation – 9th Annual Conference on Complementary Care: Botanical Medicine For Low Back Pain: A systematic review. Exeter, UK. 12/2002.

304. Invited Speaker – Scouts Canada, 460th Cub Pack: Prevention of the common cold. North York, ON, CAN. 11/2003.

305. Invited Speaker – Integrated Clinical Skills (4th year): Cochrane Collaboration and Cochrane Library / Research and Naturopathic Medicine. CCNM. Toronto, ON, CAN. 09/2002.

306. Invited Speaker – Institute for Work & Health: Cochrane Collaboration and Systematic Reviews/Quality of Trials Review. Toronto, ON, CAN. 09/2002.

307. Poster Presentation – AHMA conference: Melatonin and Feverfew for Migraine Headaches. Toronto, ON, CAN. 05/2002.

308. Invited Speaker – Evidence-Based Medicine Series: EBM: Why? and How? CCNM. Toronto, ON, CAN. 01/2002.

309. Invited Speaker – Healthy Choices: Principles of Healthy Eating. Windsor, ON, CAN. 11/2001.

310. Invited Speaker – Integrated Clinical Skills (4th year): Psychosocial Interventions and Cancer. CCNM. Toronto, ON, CAN. 09/2001.

311. Invited Speaker – Integrated Clinical Skills (4th year): Psychosocial Interventions and Cancer. CCNM. Toronto, ON, CAN. 03/2001.

312. Invited Speaker – Chapters: A Functional/Biochemical Approach to healthy aging. Bayview Village, Toronto, ON, CAN. 11/2000

313. Invited Speaker – Public Lecture Series: A review of current research on Vitamin D and Vitamin E. CCNM. Toronto, ON, CAN. 10/2000.

314. Invited Speaker – Public Lecture Series: A review of Medical Literature on Prolonging Organ Reserve in the Elderly. CCNM. Toronto, ON, CAN. 10/2000.

315. Invited Speaker – Public Lecture Series: Sports Supplementation: A review of the literature. CCNM. Toronto, ON, CAN. 10/2000.

316. Invited Speaker – Student Information Day: An Overview of the Naturopathic Medicine as a Profession. Ryerson Polytechnic University. Toronto, ON, CAN. 05/2000.

317. Invited Speaker – Seniors Day: Drug-Nutrient Interactions and Depletions. CCNM. Toronto, ON, CAN. 05/2000.

318. Invited Speaker – Second Mile Senior's Organization: An Introduction to Naturopathic Medicine. Toronto, ON, CAN. 04/2000.

319. Invited Speaker – Children's Day: Infant Nutrition. CCNM. Toronto, ON, CAN. 03/2000.

320.    Invited Speaker – St. Michael's Church and Community Center, Women's Group: Infant Nutrition. Toronto, ON, CAN. 02/2000.

321.    Oral Presentation – Undergraduate Thesis Conference: Transpersonal self-concept and the five-factor model of personality. McMaster University. Hamilton, ON, CAN. 05/1996.

Joel Gagnier ND, MSc, PhD
Associate Professor
Department of Epidemiology & Biostatistics
Department of Surgery
Western University
Chair, Strategies in Clinical Research Section, Orthopaedic Research Society
Editor in Chief, Research Methods in Medicine & Health Sciences
Tel: █████████