Corrie Yackulic (WSBA No. 16063)
corrie@cjylaw.com
CORRIE YACKULIC LAW FIRM, PLLC
110 Prefontaine Place S. Ste. 304
Seattle, WA 98104
Tel. (206) 787-1915
Fax. (206) 299-9725

Christopher L. Johnson
WATERS KRAUS PAUL & SIEGEL
3141 Hood Street, Suite 700
Dallas, TX 75219
Tel. (214) 357-6244
Fax. (214) 357-7252
cjohnson@waterskraus.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to all cases. | CORRIE YACKULIC LAW FIRM, PLLC'S OBJECTION TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DISTRIBUTION OF COMMON BENEFIT FUNDS |

The Corrie Yackulic Law Firm, PLLC, counsel for 16 Plaintiffs in Waves 7, 8, and 9,[1]

submits this memorandum in support of the Liaison Counsel Andrus Anderson LLP's request for

---

[1] *Thoams Jay Benzel and Tracy Ann Benzel v. Monsanto Company*, Case No. 3:19-cv-03462-VC; *John Edward Coe and Heather Nicole Coe v. Monsanto Company*, Case No. 3:22-cv-01949-VC; *Laurent Delsuc and Carol Leann Delsuc v. Monsanto Company*, Case No. 3:19-cv-02079-VC; *Kenneth Noel Eilmes and Kelleen Patricie Eilmes v.*

a fee award equal to the firm's lodestar for the hours spent on matters benefitting all plaintiffs and the Court in this MDL. *See* Dkt. #20154.

As a small Seattle firm that takes on only a small number of carefully vetted cases on behalf of Washington State plaintiffs, we have regularly reached out to and relied on Lori Andrus of Andrus Anderson to provide accurate and up-to-date reports on developments in the MDL. Ms. Andrus has consistently responded to our inquiries within 24 hours, if not much more quickly, and has helped us keep abreast of applicable deadlines, key orders of the Court, and procedural requirements specific to this MDL. Her responsiveness and basic good judgment have given us confidence that our clients are well served in this litigation, as they deserve.

Liaison Counsel Andrus Anderson needs to be compensated for its service in this MDL. Otherwise, diligent lawyers like them will choose to not seek appointment as Liaison Counsel in other MDLs. As a result, law firms like ours, without the interest or infrastructure to represent hundreds or thousands of clients but who provide highly individualized and personal legal representation to their clients, will be handicapped in their ability to bring meritorious cases in MDLs. This is an outcome the Court should seek to avoid.

---

*Monsanto Company*, Case No. 3:19-cv-05345-VC; *John Michael Golling and Sandra Lee Golling v. Monsanto Company*, Case No. 3:19-cv-02960-VC; *Caryl Ann Haase (deseased) and Clyde Edward Haase v. Monsanto Company*, Case No. 3:19-cv-05957-VC; *Neal Allen Hayden and Robin D. Hayden v. Monsanto Company*, Case No. 3:19-cv-05600-VC; *Michael Hendrickson and Lela Depaolo v. Monsanto Company*, Case No. 3:22-cv-09090-VC; *Carol Ann Huntley v. Monsanto Company*, Case No. 3:19-cv-06407-VC; *Lance Dylan Mercer v. Monsanto Company*, Case No. 3:19-cv-06403-VC;  *Kenneth Parsons v. Monsanto Company*, Case No. 3:19-cv-02577-VC; *The Estate of Verna Pearson v. Monsanto Company*, Case No. 3:19-cv-07525-VC; *Margaret Rae Piesik and the Estate of Gary Herbert Piesik v. Monsanto Company*, Case No. 3:19-cv-05660-VC; *Thomas Lake Sanders and Nicole M. Sanders v. Monsanto Company*, 3:19-cv-07401-VC; *Frances Storlie and The Estate of John Storlie v. Monsanto Company*, Case No. 3:19-cv-03785-VC.

We wish to add, finally, that this submission was not solicited. When we saw the Special Master's Report and Recommendation, we decided it was important to "weigh in" so the Court might hear from a law firm that has relied on and benefitted from the time and effort of Andrus Anderson.

Respectfully submitted, this 4th day of February, 2025.

| CORRIE YACKULIC LAW FIRM, PLLC | ALLEN STEWART, PC |
|---|---|
| */s/ Corrie J. Yackulic* | */s/ Allen Stewart* |
| Corrie J. Yackulic | Allen Stewart |
| corrie@cjylaw.com | astewart@allenstewart.com |
| 110 Prefontaine Place S. Ste. 304 | Scott R. Frieling |
| Seattle, WA 98104 | sfrieling@allenstewart.com |
| Tel. (206) 787-1915 | 1700 Pacific Ave. Ste. 2750 |
| Fax. (206) 299-9725 | Dallas, TX 75201 |
|  | Tel. (214) 965-8700 |
|  | Fax. (214) 965-8701 |

WATERS KRAUS PAUL & SIEGEL

*/s/ Christopher L. Johnson*
Christopher L. Johnson
cjohnson@waterskraus.com
Susannah B. Chester-Schindler
schester@waterskraus.com
Matt Bufford
mbufford@waterskraus.com
3141 Hood Street, Suite 700
Dallas, TX 75219
Tel. (214) 357-6244
Fax. (214) 357-7252