**NIX PATTERSON, LLP**
Cody L. Hill (*pro hac vice*)
8701 Bee Cave Road
Building 1, Suite 500
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5332
codyhill@nixlaw.com

*Counsel for Plaintiffs Shawn Grubb and Rachelle Grubb*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Shawn Grubb and Rachelle Grubb v. Monsanto Co.*, Case No. 3:20-cv-09293-VC | MDL No. 2741<br>Master Docket Case No. 3:16-md-02741-VC<br><br>**PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF DR. KRISTAN ARONSON**<br><br>Hearing:<br>    Date:   TBD (if necessary)<br>    Time:  TBD<br>    Place:  San Francisco Courthouse,<br>                 Courtroom 4 – 17th Floor |

Plaintiffs Shawn Grubb and Rachelle Grubb (collectively, "Plaintiffs") respectfully file this Opposition to Defendant Monsanto Company's ("Monsanto") Motion to Exclude Dr. Testimony of Dr. Kristan Aronson (Dkt. No. 20; MDL Dkt. No. 20069; the "Motion") and show as follows:

Plaintiffs have designated Dr. Kristan J. Aronson as a general causation expert witness who will provide scientific opinion testimony on the carcinogenic potential of glyphosate and glyphosate-based formulations (GBFs) for causing non-Hodgkin lymphoma in humans.

On January 14, 2025, the Court ordered that parties considering filing a *Daubert* motion covering issues addressed in prior orders should "clearly note in their motion that the issue is being raised for preservation purposes only." Order Re: Wave 8 *Daubert* Motions (MDL Dkt. No. 20025).

On January 21, 2025, Monsanto filed its Motion seeking to exclude Dr. Aronson's testimony based upon prior pleadings that Monsanto incorporated into its Motion.

In an Order dated February 10, 2025, the Court denied Monsanto's Motion. *See* Order Denying Certain Wave 8 Motions to Exclude (MDL Dkt. No. 20219) (Feb. 10, 2025) (denying, among other motions, Monsanto's Motion to Exclude Dr. Aronson (MDL Dkt. No. 20069)).

Out of an abundance of caution and in order to complete the record and fully preserve the appellate record, Plaintiffs file this Opposition to the Motion and expressly incorporate the following pleading that previously was filed on the MDL docket:

- Plaintiffs' Opposition to Monsanto Company's Amended Motion to Exclude the Expert Testimony of Dr. Kristan Aronson and Relevant Portions of Monsanto Company's Omnibus Motion to Exclude Plaintiffs' Wave VII General Causation Experts and Corresponding Motion for Summary Judgment (MDL Dkt. No. 19415) (Sept. 30, 2024).

Further, out of an abundance of caution and in order to complete the record and fully preserve the appellate record, Plaintiffs submit herewith as attachments to the contemporaneously filed Declaration of Cody Hill: (1) Exhibit 1, the General Causation Expert Report of Dr. K.J. Aronson and Dr. Aronson, dated April 12, 2024; and (2) Exhibit 2, Dr. Aronson's *curriculum vitae*.

| | |
|---|---|
| DATED: February 12, 2025. | Respectfully submitted, |
| | **NIX PATTERSON, LLP** |
| | */s/ Cody L. Hill* |
| | Jeffrey J. Angelovich |
| | Bradley E. Beckworth |
| | Cody L. Hill |
| | 8701 Bee Cave Road |
| | Building 1, Suite 500 |
| | Austin, TX 78746 |
| | Tel: (512) 328-5333 |
| | Fax: (512) 328-5332 |
| | jangelovich@nixlaw.com |
| | bbeckworth@nixlaw.com |
| | codyhill@nixlaw.com |
| | |
| | **WHITTEN BURRAGE** |
| | Michael Burrage |
| | Reggie Whitten |
| | 512 N. Broadway Ave., Suite 300 |
| | Oklahoma City, OK 73102 |
| | Tel: (405) 516-7800 |
| | Fax: (405) 516-7859 |
| | mburrage@whittenburragelaw.com |
| | rwhitten@whittenburragelaw.com |
| | |
| | **ERIC GROVES & ASSOCIATES** |
| | Eric J. Groves |
| | 119 N. Robinson Ave., Suite 777 |
| | Oklahoma City, OK 73102 |
| | Tel: (405) 236-5309 |
| | Fax: (405) 236-5309 |
| | ejg777@aol.com |
| | |
| | ***ATTORNEYS FOR PLAINTIFFS SHAWN GRUBB AND RACHELLE GRUBB*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2025, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Cody L. Hill
Cody L. Hill