**WAGSTAFF LAW FIRM**
Aimee H. Wagstaff (SBN 278480)
Emily Acosta (Ill Bar No. 6312216)
Kathryn Forgie (SBN 110404)
940 N. Lincoln Street
Denver, Colorado 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
awagstaff@wagstafflawfirm.com
eacosta@wagstafflawfirm.com
kforgie@wagstafflawfirm.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br>Member Case No. 3:16-cv-05786-VC |
| This document relates to:<br><br>*Douglas Harris V. Monsanto Co.* | **PLAINTIFF'S MOTION FOR SUGGESTION OF REMAND** |

Plaintiff Douglas Harris, hereby moves this Court, pursuant to 28 U.S.C. § 1407 for an Order for a suggestion of remand of this case to the United States District Court for the Southern District of Illinois. In support of his motion, Plaintiff states as follows:

***Procedural History***

1. Douglas "Doug" Harris was one of the first people to file a Roundup case in the country. *See* Complaint of Doug Harris, filed July 20, 2016. Indeed, his case was one of the first transferred by the JPML when it created the Roundup MDL. [ECF No. 1].

2. The procedural history of Mr. Harris's case is set forth in more detail in ECF No. 17984.

***Fact & Expert Workup & Motions***

3. Mr. Harris's case was assigned to Wave 7 and discovery in his case complete; he has been deposed (twice), as has his treating physician, and experts for both sides.

4. Dispositive motions for partial summary judgment were filed by Plaintiff based on affirmative defenses alleged by Monsanto [ECF No. 2347]. Shortly after the motion was filed, Monsanto withdrew the affirmative defenses at issue. [ECF No. 19113]. Subsequently, the Court denied the motion as moot on September 25, 2024 [ECF No. 19293]. Plaintiff also filed *Daubert* motions, which were decided on November 18, 2024 [ECF No. 19764].

5. Monsanto did not move for summary judgment, but did file *Daubert* motions, which were decided on September 23, 2024 and January 14, 2025, respectfully [ECF Nos. 19284; 20021]. The only motion that remains outstanding relates to Plaintiff's expert, Martyn Smith.[1]

6. Mr. Harris has waited longer than any other Plaintiff in this litigation for resolution. Plaintiff respectfully requests that his case be remanded and set for trial as quickly as possible.

DATE: February 18, 2025

/s/ Emily Acosta
Emily Acosta (IL Bar No. 6312216)
Aimee H. Wagstaff (SBN 278480)
Kathryn Forgie (SBN 110404)
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, Colorado 80203
Tel: (303) 376-6360
Fax: (303) 376-6361

---

[1] Because the motion pertaining to Dr. Smith is pending, Monsanto opposes this motion.

eacosta@wagstafflawfirm.com
awagstaff@wagstafflawfirm.com
kforgie@wagstafflawfirm.com

*Counsel for Plaintiff*

PLAINTIFF'S MOTION FOR SUGGESTION OF REMAND

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2025, I filed a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

DATED: February 18, 2025                                    */s/ Kevin Rowe*