UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Gannon v. Monsanto Co.*,<br>Case No. 3:19-cv-08064-VC | **PRETRIAL ORDER NO. 309: ORDER GRANTING MONSANTO'S MOTION TO EXCLUDE EXPERT WOJCIECHOWSKI**<br><br>Re: Dkt. No. 19046 |

  Monsanto's motion to exclude the testimony of Dr. Brian Wojciechowski is granted. This ruling assumes the reader's familiarity with the facts, the applicable legal standard, the prior *Daubert* rulings in this MDL, and the arguments made by the parties. *See generally In re Roundup Products Liability Litigation*, 390 F. Supp. 3d 1102 (N.D. Cal. 2018) (Pretrial Order No. 45, Dkt. No. 1596); *In re Roundup Products Liability Litigation*, 358 F. Supp. 3d 956 (N.D. Cal. 2019) (Pretrial Order No. 85, Dkt. No. 2799); *Hardeman v. Monsanto Company*, 997 F.3d 941 (9th Cir. 2021).

  In his opposition, Gannon says "Dr. Wojciechowski is not proffered as a general causation expert in this matter." Gannon Opp. (Dkt. No. 19436) at 10. Accordingly, Monsanto's motion is granted as to general causation testimony.

  Wojciechowski's handling of Gannon's exposure to other pesticides requires the exclusion of his specific causation testimony as well. In a prior order, the Court allowed a plaintiff's expert to testify even though he did not consider that plaintiff's non-Roundup pesticide exposure because Monsanto had not presented any evidence those other pesticides had

an association with NHL. *See* PTO No. 295 (Dkt. No. 19614). In this case, Wojciechowski admitted that there is literature linking at least one of the pesticides Gannon used with NHL. *See* Wojciechowski Dep. (Dkt. No. 19046-4) at 267:2–11. Wojciechowski claims he did a literature review about the pesticide (diazinon), but it's not referenced in his report, and he wasn't able to answer basic questions about that literature. *See id.* at 267:19–268:4. And his explanation that he didn't rule in diazinon exposure because Gannon "only used it six times" isn't sensible without an explanation of why any carcinogenic effects of diazinon would fall on the same dose-response curve as the alleged carcinogenic effects of glyphosate. *See id.* at 267:12–18. In other words, Wojciechowski's reasoning is unscientific, and his opinion must be excluded.

    **IT IS SO ORDERED.**

Dated: February 19, 2025

_____
VINCE CHHABRIA
United States District Judge