UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC (AGT) |
| This document relates to: | **DISCOVERY ORDER** |
| *Wave 8 Cases* | Re: Dkt. No. 20281 |

During Dr. Knopf's latest series of depositions, Monsanto asked Dr. Knopf reasonable questions about his compensation. Dr. Knopf didn't know how much money he'd been paid in total as an expert in the MDL, and Monsanto asked him questions intended to "establish [a] foundation for asking about his total compensation." Dkt. 20281 at 4–5.

Within 30 days, Dr. Knopf must sit for 3.5 more hours of deposition. Monsanto has asked for seven more hours, not 3.5, but hasn't articulated why it needs seven hours to complete its compensation questioning. Nor has Monsanto identified any other topic on which it wasn't able to fully examine Dr. Knopf during his recent depositions.

The Court reminds counsel that their deposition objections "must be stated concisely in a nonargumentative and nonsuggestive manner." Fed. R. Civ. P. 30(c)(2). "Speaking objections are prohibited." AGT Civil Standing Order § VII.F.

1

Each side shall bear its own costs for the follow-on deposition. Plaintiffs' counsel's conduct during the recent depositions doesn't warrant sanctions.

**IT IS SO ORDERED.**

Dated:  February 27, 2025

ALEX G. TSE
United States Magistrate Judge