**WAGSTAFF LAW FIRM**
Aimee H. Wagstaff (SBN 278480)
Emily Acosta (Ill Bar No. 6312216)
Kathryn Forgie (SBN 110404)
940 N. Lincoln Street
Denver, Colorado 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
awagstaff@wagstafflawfirm.com
eacosta@wagstafflawfirm.com
kforgie@wagstafflawfirm.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) Member Case No. 3:16-cv-05786-VC ) |
| This document relates to: *Douglas Harris V. Monsanto Co.* | ) ) **PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR SUGGESTION OF REMAND** ) ) |

Plaintiff Douglas Harris hereby replies in support of his Motion for Suggestion of Remand and further states as follows:

1. Based on Monsanto's response [Dkt. No. 20321] filed on March 6, 2025,[1] there is no dispute that Mr. Harris' case was one of the first filed in the country, and that he is still awaiting resolution of his Roundup claim.

---

[1] Given that Monsanto's papers were filed two days after the applicable deadline, Plaintiff contends they should not be considered at all.

2. The only issue before the Court is the question of whether remand is appropriate, here.

3. Because Mr. Harris' other general causation experts (Ritz & Weisenburger) have already passed *Daubert* [Dkt. No. 19284] as have Dr. Weisenburger's specific causation opinions in this case, there can be no serious claim that Mr. Harris' case will not proceed to trial,[2] regardless of how the Smith Motion [Dkt. No. 18985] is decided.[3]

4. To the extent that the Court is persuaded that Monsanto's Motion regarding Dr. Smith should be decided before Mr. Harris' case is remanded, Plaintiff respectfully requests such motion should be decided as soon as practicable, so that Mr. Harris' case can be remanded.

DATE: March 11, 2025

/s/ Emily Acosta
Emily Acosta (IL Bar No. 6312216)
Aimee H. Wagstaff (SBN 278480)
Kathryn Forgie (SBN 110404)
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, Colorado 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
eacosta@wagstafflawfirm.com
awagstaff@wagstafflawfirm.com
kforgie@wagstafflawfirm.com

*Counsel for Plaintiff*

---

[2] Notably, Monsanto did not move for summary judgment in this case.
[3] Of course, for the reasons set forth in the Plaintiffs' briefing [Dkt. No. 20264], Mr. Harris contends the Smith Motion should be denied in its entirety.

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, I filed a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

DATED: March 11, 2025                    */s/ Kevin Rowe*