UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Fallon v. Monsanto Co.*,<br>Case No. 3:20-cv-00248-VC | **ORDER DEEMING MOOT MONSANTO'S MOTION TO EXCLUDE EXPERT CHINTAN C. GANDHI AND MOTION FOR SUMMARY JUDGMENT**<br>Re: Dkt. No. 18955 |

Monsanto's motion to exclude the plaintiff's expert Dr. Chintan C. Gandhi is deemed moot since the case was moved to Wave 9 after the plaintiff's counsel agreed to pay Monsanto's costs for taking the expert's deposition and filing the motion. *See* Order Denying Motion to Move Case to Later Wave (Dkt. No. 19645); *see also* Dkt. No. 19670, 19692.

**IT IS SO ORDERED.**

Dated: March 25, 2025

VINCE CHHABRIA
United States District Judge