UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Grubb v. Monsanto Co.*, Case No. 3:20-cv-09293-VC | **ORDER DEEMING MOOT PLAINTIFF'S MOTION TO EXCLUDE EXPERT SCHIFFER** |
| | Re: Dkt. No. 20084 |

The plaintiff filed a motion to exclude the expert testimony of Dr. Charles A. Schiffer. In response, Monsanto filed a notice withdrawing Dr. Schiffer as an expert. *See* Dkt. No. 20229. Therefore, the motion is deemed moot.

**IT IS SO ORDERED.**

Dated: March 25, 2025

VINCE CHHABRIA
United States District Judge