UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Moreland v. Monsanto Co.*,<br>Case No. 3:20-cv-03069-VC | **ORDER TO SHOW CAUSE RE PRETRIAL ORDER NO. 240** |

Special Master Ken Feinberg recently informed the Court that the plaintiff in the above captioned case has failed to comply with Pretrial Order No. 240. *See* Dkt. No. 13323. The plaintiff is ordered to show cause why the case should not be dismissed for failure to comply with Pretrial Order No. 240. A written response to the order to show cause is due Friday, March 28, 2025 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: March 26, 2025

_____
VINCE CHHABRIA
United States District Judge