Robin Greenwald
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
rgreenwald@weitzlux.com

Gregory Stamatopoulos
**WEITZ & LUXENBERG, PC**
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Telephone: (313) 800-4170
gstamatopoulos@weitzlux.com

Paul Scott
**BROWN, READDICK, BUMGARTNER,**
**CARTER, STRICKLAND & WATKINS, LLP**
5 Glynn Avenue
Brunswick, GA 31520
Telephone: (912) 264-8544
pscott@brbcsw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | |
| *Emory Moreland, Jr. v Monsanto Company* Case No. 3:20-cv-03069-VC | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: PTO #240** |

Plaintiff Emory Moreland responds to the Order to Show Cause issued by the Court on March 26, 2025, ECF Nos. 25 & 20389 as follows:

1. Mr. Moreland's case was subject to a prior aggregate settlement agreement between counsel for Mr. Moreland and Monsanto in 2020, which included an opt-out provision. Mr. Moreland exercised his right to opt out of the settlement.

2. Under the settlement agreement, Mr. Moreland is subject to a mediation process set forth in the agreement and not the MDL settlement Program [Pretrial Order No. 240].

3. After receiving the Order to Show Cause, undersigned counsel contacted Mr. Feinberg and Ms. Biros to notify them that Mr. Moreland is subject to the settlement agreement. They agree that settlement discussions between Mr. Moreland and Monsanto are governed by the settlement agreement and are outside of MDL Program, PTO 240.

DATED: March 27, 2025                    Respectfully submitted,

                                              **WEITZ & LUXENBERG, P.C.**

                          By:    */s/ Robin L. Greenwald*
                                   Robin Greenwald
                                   **WEITZ & LUXENBERG, PC**
                                   700 Broadway
                                   New York, NY 10003
                                   Telephone: (212) 558-5500
                                   rgreenwald@weitzlux.com

Gregory Stamatopoulos
**WEITZ & LUXENBERG, PC**
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Telephone: (313) 800-4170
gstamatopoulos@weitzlux.com

Paul Scott
**BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS, LLP**
5 Glynn Avenue
Brunswick, GA 31520
Telephone: (912) 264-8544
pscott@brbcsw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2025, a copy of the foregoing was filed with the

Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing

parties of record.

*/s/ Robin Greenwald*