UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ginkel v. Monsanto Co.*,<br>Case No. 3:22-cv-00358-VC | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 20381 |

The motion for leave to file motion for reconsideration is denied.

**IT IS SO ORDERED.**

Dated: March 28, 2025

VINCE CHHABRIA
United States District Judge