UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Agosta v. Monsanto Co.*, Case No. 3:21-cv-06562-VC | **ORDER DENYING MONSANTO'S RENEWED MOTION FOR SUMMARY JUDGMENT** |
| | Re: Dkt. No. 20322, 20363 |

In light of Pretrial Order No. 321, the plaintiff will be able to call Dr. Kothari to opine on specific causation. *See* Dkt. No. 20393. Accordingly, Monsanto's renewed motion for summary judgment is denied, and the parties' stipulation staying briefing is deemed moot.

**IT IS SO ORDERED.**

Dated: April 1, 2025

VINCE CHHABRIA
United States District Judge