UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL CASES | **ORDER REGARDING OBJECTIONS TO PRETRIAL ORDER NO. 312** |

The Court has reviewed the objections to PTO 312 and finds that they do not provide a basis for deviating from the allocation set forth in that order.

**IT IS SO ORDERED.**

Dated: April 1, 2025

VINCE CHHABRIA
United States District Judge