UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC (AGT) |
| This document relates to: | **DISCOVERY ORDER** |
| *Hayes v. Monsanto Co.*, 21-cv-00965-VC | Re: MDL Dkt. Nos. 20382, 20388 |
| | Related Case Dkt. Nos. 30, 33 |

The Court grants defendants' requests for a protective order. At least until the Court resolves Monsanto's motion to drop the Sheffield defendants as fraudulently joined, *see* MDL Dkt. 20257; *Hayes*, Dkt. 26, Sheffield Utilities need not sit for a second 30(b)(6) deposition nor allow plaintiffs to enter its premises or Sheffield City Hall to inspect records.

After the Court resolves Monsanto's motion to drop, plaintiffs may renew their requests for more discovery from the Sheffield defendants if warranted.

**IT IS SO ORDERED.**

Dated: April 14, 2025

ALEX G. TSE
United States Magistrate Judge

1