UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Breeden v. Monsanto Co.*,<br>Case No. 3:24-cv-01125-VC<br><br>*Cano v. Monsanto Co.*,<br>Case No: 3:24-cv-01241-VC<br><br>*Wright v. Monsanto Co.*,<br>Case No: 3:23-cv-03609-VC | **ORDER ON MOTIONS FOR SUMMARY JUDGEMENT; FINAL JUDGEMENT**<br>Re: Dkt. Nos. 20404, 20422, 20426 |

Monsanto has filed motions for summary judgment in the above cases because the plaintiffs have failed to produce an expert for specific causation. The plaintiffs have not submitted a response, and the opposition deadline has passed. Accordingly, the motions are granted.

Judgment is entered in Monsanto's favor.

**IT IS SO ORDERED.**

Dated: May 8, 2025

VINCE CHHABRIA
United States District Judge