UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER DENYING MOTIONS FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| *Bowe v. Monsanto Co.*, Case No. 3:22-cv-01229-VC | |
| *Coressel v. Monsanto Co.*, Case No. 3:20-cv-03720-VC | Re: Dkt. Nos. 20448, 20458, 20472, 20482, 20488, 20492, 20519 |
| *Doran v. Monsanto Co.*, Case No. 3:20-cv-02650-VC | |
| *Elimes et al. v. Monsanto Co.*, Case No. 3:19-cv-05345-VC | |
| *Hayden et al. v. Monsanto Co.*, Case No. 3:19-cv-05600-VC | |
| *Lopez v. Monsanto Company*, Case No. 3:20-cv-05888-VC | |
| *Rodgers v. Monsanto Co.*, Case No. 3:21-cv-03297-VC | |
| *Rowland v. Monsanto Co.*, Case No. 3:19-cv-05310-VC | |
| *Setzer et al. v. Monsanto Co.*, Case No. 3:17-cv-03448-VC | |
| *Sorrell et al. v. Monsanto Company*, Case No. 3:22-cv-05287-VC | |

*Thompson et al. v. Monsanto Company*,
Case No. 3:20-cv-08851-VC

*Yoder v. Monsanto Co.*,
Case No. 3:22-cv-03140-VC

The motions for leave to file motion for reconsideration in the above member cases are denied.

**IT IS SO ORDERED.**

Dated: May 16, 2025

_____
VINCE CHHABRIA
United States District Judge