UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Williams v. Monsanto Co.*,<br>Case No. 3:20-cv-04758-VC | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br>Re: Dkt. No. 20523 |

The motion for leave to file a motion for reconsideration in the above captioned case is denied. Regardless of whether Dr. Knopf's failure to adequately consider Williams's family history of solid tumors is sufficient on its own to exclude the opinion, the totality of the flaws in the opinion clearly renders it excludable.

**IT IS SO ORDERED.**

Dated: May 19, 2025

_____
VINCE CHHABRIA
United States District Judge