UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Holliday v. Monsanto Co.*,<br>Case No. 3:19-cv-03014-VC | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 20506 |

The motion for leave to file a motion for reconsideration is denied. The combination of Dr. Knopf's failure to adequately consider family history of cancer, his failure to adequately consider diabetes, his failure to adequately consider skin cancer, and the overall sloppiness of his opinion is more than enough to warrant exclusion.

   **IT IS SO ORDERED.**

Dated: May 19, 2025

_____

VINCE CHHABRIA
United States District Judge