UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Iona v. Monsanto Co.*,<br>Case No. 3:20-cv-02404-VC | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 20488 |

    The motion for leave to file a motion for reconsideration in the above captioned case is denied. The failure to identify Iona's family history of leukemia, much less analyze that risk factor in any meaningful way, was enough on its own to exclude Dr. LoVecchio's opinion. Even if that were not enough on its own, the Court would have excluded the opinion based on the combination of that issue and the failure to adequately address smoking history.

    **IT IS SO ORDERED.**

Dated: May 19, 2025

_____

VINCE CHHABRIA
United States District Judge