UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Eduino N. Pinheiro v Monsanto Co.*, Case No. 3:21-cv-00041-VC | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| | Re: Dkt. No. 20449 |

The motion for leave to file a motion for reconsideration in the above captioned case is denied. Dr. Knopf's failure to adequately consider Pinheiro's exposure to other glyphosate-based herbicides was sufficient to render the opinion excludable. Even if that were not enough on its own, the Court would have excluded the opinion based on the combination of that issue and Dr. Knopf's failure to adequately consider obesity, as well as the overall sloppiness of the opinion.

**IT IS SO ORDERED.**

Dated: May 22, 2025

VINCE CHHABRIA
United States District Judge