UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Aldoupolis et al. v. Monsanto Co.*, Case No. 3:20-cv-03433 | **ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| | Re: Dkt. No. 20468 |

The request for leave to file a motion for reconsideration of the Court's Pretrial Order No. 324 in the above captioned matter is granted. The brief filed by Aldoupolis in support of that request is deemed the motion for reconsideration. Monsanto is ordered to file a response to plaintiffs' motion for reconsideration within 7 days. Aldoupolis may file a reply 7 days thereafter.

While the Court is tentatively inclined to think that the copy-and-paste issue regarding Aldoupolis's social history information is not enough on its own to exclude Dr. Knopf's opinion, the Court is highly skeptical that the opinion will ultimately be admissible. With many of the experts excluded in Wave 7 cases, the Court did not discuss every flaw in each expert's opinion. Therefore, in its response, Monsanto should discuss any serious issues it believes exist with Knopf's opinion, such as whether he adequately considered Aldoupolis's history of smoking, obesity, and his brother's multiple myeloma diagnosis.

**IT IS SO ORDERED.**

Dated: May 22, 2025

_____

VINCE CHHABRIA
United States District Judge