UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC (AGT) |
| This document relates to: | **DISCOVERY ORDER** |
| *Hayes v. Monsanto Co.*, 21-cv-00965-VC | Re: MDL Dkt. Nos. 20667, 20668 |
| | Related Case Dkt. Nos. 48, 49 |

Today, defendants filed two unilateral discovery letter briefs in which they stated that, twelve days ago, they notified plaintiffs of a dispute regarding several noticed depositions, that they asked to meet and confer about the dispute, and that plaintiffs never responded.

Plaintiffs must meet and confer with defendants about the dispute by May 30, 2025. If plaintiffs fail to do so, the Court may impose discovery sanctions under Rule 37.

**IT IS SO ORDERED.**

Dated: May 27, 2025

ALEX G. TSE
United States Magistrate Judge

1