UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Ginkel v. Monsanto Co.*, Case No. 3:22-cv-00358-VC | **ORDER DENYING MOTION FOR LEAVE TO FILE RENEWED MOTION FOR RECONSIDERATION** |
| | Re: Dkt. No. 20662 |

The motion for leave to file a renewed motion for reconsideration in the above captioned matter is denied. There has been no material change of fact or law justifying a reevaluation of the Court's order denying Ginkel's first motion for leave to file a motion for reconsideration. *See* Dkt. No. 20408. Ginkel misunderstands the import of the Court's tentative ruling in *Abel* (Case No. 3:21-cv-7124-VC). Abel was merely classified as overweight, not obese. *See* Dkt. No. 20472 at 7. The evidence of a link between obesity and NHL is much stronger, and the failure to meaningfully consider this issue will always, on its own, be a basis for excluding an expert opinion.

**IT IS SO ORDERED.**

Dated: May 28, 2025

VINCE CHHABRIA
United States District Judge