UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC (AGT) |
| This document relates to: | **DISCOVERY ORDER** |
| *Hayes v. Monsanto Co.*, 21-cv-00965-VC | Re: MDL Dkt. No. 20697 |
| | Related Case Dkt. No. 52 |

1. Red River withdrew its general objections to plaintiffs' first set of interrogatories and requests for production. *See* Dkt. 52 at 3. Plaintiffs' challenge to those general objections is thus moot. If Red River hasn't done so already, by June 11, 2025, it must amend its responses to remove the withdrawn objections.

2. Red River insists that it doesn't have documents responsive to plaintiffs' requests for production. *See* Dkt. 52 at 3. Red River's Director of Finance, Jessica Sandifer, "personally participated in the collection of material and information in response to [the] discovery requests," and provided plaintiffs with a declaration addressing the scope and results of the search. Dkt. 52-3, Sandifer Decl. ¶ 4. On the current record, the Court has no reason to doubt Red River's representations and cannot compel a production of documents that don't exist.

3. During discovery, Red River created and provided plaintiffs with a PDF list of "all of [Red River's] sales to Sheffield Utilities from 2000 to present." Dkt. 52 at 4. Plaintiffs later

1

asked Red River to produce the list in its original electronic format. Red River refused.

The Court orders Red River to produce the list in its original electronic form by June 11, 2025. Red River edited the original version of the list before sharing it with plaintiffs. *See* Sandifer Decl. ¶ 6. Red River maintains that it edited the list only to remove irrelevant data, but the Court will allow plaintiffs to confirm.

**IT IS SO ORDERED.**

Dated: June 6, 2025

ALEX G. TSE
United States Magistrate Judge