UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*McCurry v. Monsanto Co.*,<br>Case No. 3:24-cv-01623-VC | **ORDER GRANTING MOTION FOR SUMMARY JUDGEMENT**<br>Re: Dkt. No. 20706 |

    Monsanto has filed a motion for summary judgment in the above case because McCurry has failed to produce an expert for specific causation. McCurry has not submitted a response, and the opposition deadline has passed. Accordingly, the motion is granted.

    Judgment is entered in Monsanto's favor.

    **IT IS SO ORDERED.**

Dated: July 9, 2025

_____
VINCE CHHABRIA
United States District Judge