UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Hayes et al. v. Monsanto Co.*,<br>Case No. 3:21-cv-00965-vc | **ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br>Re: Dkt. No. 20785 |

The request for leave to file a motion for reconsideration of the Court's order granting summary judgement to Defendant Red River is granted. The brief filed by plaintiffs in support of that request is deemed the motion for reconsideration. Red River shall file a response to the motion for reconsideration within 14 days of this order. Plaintiffs may not file anything further absent a request from the Court.

**IT IS SO ORDERED.**

Dated: July 29, 2025

_____
VINCE CHHABRIA
United States District Judge