UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Hayes et al. v. Monsanto Co.*,<br>Case No. 3:21-cv-00965-vc | **ORDER DENYING MOTION TO TRANSFER CASE TO WAVE 10**<br>Re: Dkt. No. 20836 |

The motion to transfer the above-captioned case to Wave 10 is denied. Cases that have already been moved from one wave to another at the request of the parties may only be moved again upon a showing of extraordinary circumstances. Dkt. No. 17234. Plaintiffs do not identify any such circumstances in their motion. In addition, parties seeking to move a case to a later wave are required to indicate whether the case has previously been moved. Dkt. No. 17323. It appears that the above-captioned case has been moved twice before, from Wave 7 to Wave 8 and from Wave 8 to Wave 9, but the motion does not note this.

**IT IS SO ORDERED.**

Dated: July 31, 2025

_____
VINCE CHHABRIA
United States District Judge