SHOOK
HARDY & BACON

July 31, 2025

Anthony R. Martinez

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**dd** 816.559.2683
**f** 816.421.5547
amartinez@shb.com

VIA ELECTRONIC MAIL

Judge Vince Chhabria
San Francisco Courthouse, Courtroom 4 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   In re: Roundup Products Liability Litigation – MDL No. 2741 –
      Submission of Monsanto Company pursuant to Pretrial Order 331

Dear Judge Chhabria,

Through its undersigned counsel, and pursuant to Pretrial Order 331, Monsanto Company ("Monsanto") respectfully submits this list of firms that have failed to comply with the Court's holdback requirements for the Roundup Common Benefit Trust Account ("the Fund").

Background:

This Court's previous Pretrial Orders in the Roundup MDL required all attorneys representing plaintiffs in the Roundup MDL to deposit 8% of the gross amount of any recovery, through settlement or judgment, into the Fund.  *See* Pretrial Order No. 236, Dkt. No. 13192; Pretrial Order No. 287, Dkt. No. 17366.  The 8% amount must come from the attorneys' fees portion of the recovery, not the client's portion.  *See* Pretrial Order No. 287.

The Court entered Pretrial Order 331 on June 9, 2025, which gave plaintiffs' counsel who have not yet complied with the 8% holdback requirement a deadline of 21 days, or until June 30, 2025, to deposit the required amount into the Fund. *See* Pretrial Order No. 331, Dkt. No. 20729.  Pretrial Order 331 also states that, following plaintiffs' counsel's deadline of June 30, 2025, Monsanto shall have an additional 21 days to identify which plaintiffs' firms have deposited the 8% holdback into the Fund and which have not yet complied.  Pursuant to PTO 331, Monsanto has followed up with non-compliant firms regarding their failure to pay the holdback and has included Robin Greenwald and David Dickens of the Plaintiffs' Steering Committee on all such communications.

**SHOOK**
HARDY & BACON

July 31, 2025
Page 2

Monsanto's Findings:

As required by Pretrial Order 331, Monsanto hereby identifies the plaintiffs'
firms that have failed to comply with their holdback deposit requirements.

Non-responsive firms: The following firms did not respond to three separate e-
mail communications from Monsanto counsel which sought information about
their payment of the 8% holdback amounts for their settled MDL cases and
warned them of inclusion on Monsanto's list to the Court on July 21, 2025:

| | |
|---|---|
| 1 | Anderson & Associates, PC |
| 2 | Bailey Law Firm, PLLC |
| 3 | Bone, McAllester & Norton, PLLC |
| 4 | Cellino & Barnes, P.C. |
| 5 | Circelli, Walter & Young, PLLC |
| 6 | Cory Watson, P.C. |
| 7 | Dailey Law Firm, P.C. |
| 8 | F. Gerald Maples Law Firm |
| 9 | Fadel & Beyer, LLC |
| 10 | Law Offices of Fred Tromberg |
| 11 | The Jacob D. Fuchsberg Law Firm, LLP |
| 12 | Gainsburgh, Benjamin, David, Meuneir & Warshauer, L.L.C. |
| 13 | The Harrison Law Firm |
| 14 | HMS Law |

SHOOK
HARDY & BACON

July 31, 2025
Page 3

| 15 | Hogue & Belong |
| 16 | Jinks, Crow & Dickson, PC |
| 17 | Johnson, Kramer, Mulholland, Cochrane & Cochrane, P.L.C. |
| 18 | Joseph H. Mattingly III, PLLC |
| 19 | Knight Nicastro MacKay, LLC |
| 20 | Kujawski & Kujawski, ESQS |
| 21 | Larry Helvey Law Firm |
| 22 | Law Office of Manuel D. Gomez |
| 23 | MetroLaw |
| 24 | Morris, Haynes, LLC |
| 25 | Nielsen, Peterson & Nielsen LLP |
| 26 | Powers & Santola, LLP |
| 27 | Raipher, P.C. |
| 28 | Law Offices of Richard L. Fewell, Jr. |
| 29 | Russo Law Offices, LLC |
| 30 | Smith & Alspaugh, P.C. |
| 31 | Spurling Law Firm, LLC |
| 32 | Law Offices of Steven Robert Lehr, PC |
| 33 | Stoltze & Stoltze, PLC |
| 34 | Villarreal Law Firm, LLC |



Firms with objections: The following firms have not paid the 8% holdback amounts based on their objections to the applicability of the Court's Pretrial Orders to their cases. Because Monsanto lacks authority to adjudicate the validity of such objections, these firms are included subject to their objections, which either have been or will be presented to the Special Master:

July 31, 2025
Page 4

| 1 | Bailey Cowan Heckaman PLLC |
|---|---|
| 2 | Bernstein Liebhard, LLP |
| 3 | The Burchett Law Firm, PC |
| 4 | Burris & Thomas, LLC |
| 5 | Murray Law Firm |
| 6 | LaVelle & LaVelle, PLC |
| 7 | Motherway & Napleton, LLP |
| 8 | Rieders, Travis, Humphrey, Waters & Dohrmann |
| 9 | Simien & Simien, LLC |
| 10 | Watts Guerra LLC |
| 11 | Zayed Law Offices |

Firms which have not paid yet but intend to do so: The following firms have represented that they have not yet paid all of their 8% holdback amounts but intend to do so as soon as possible:

| 1 | Abbott Law Group, PA |
|---|---|
| 2 | Carazo-Quetglas Law Offices |
| 3 | Chaffin Luhana, LLP |

SHOOK
HARDY & BACON

| 4 | Law Office of Darren Wolf, P.C. |
|---|---|
| 5 | The Driscoll Firm, P.C. |
| 6 | Houssiere, Durant & Houssiere, LLP |
| 7 | Ifediba Law Group, P.C. |
| 8 | Keller Keller & Dalton, PC |
| 9 | Kelly H. Macfarlane, PLLC |
| 10 | Law Offices of Kertch Conze, P.A. |
| 11 | Leger & Shaw |
| 12 | Mussin & Scanland, PLLC |
| 13 | Napoli Shkolnik PLLC |
| 14 | Newlands & Clark |
| 15 | Points Law PLLC |
| 16 | Pulaski Law Firm |
| 17 | Rogers & Hurst |
| 18 | Stanley Law Firm, P.A. |
| 19 | Welch Law Firm PC |
| 20 | Welsh & Welsh, PC |

Firms undertaking additional investigation: The following firms are still investigating the details of any previously paid 8% holdback amounts and/or the status of any unpaid holdback amounts:

| 1 | The DiLorenzo Law Firm, LLC |
|---|---|
| 2 | Hare, Wynn, Newell & Newton LLP |



July 31, 2025
Page 6

| 3 | Jonathan W. Johnson, LLC |
|---|---|
| 4 | Peter M. Iascone & Associates, Ltd. |
| 5 | Pope McGlamry, P.C. |
| 6 | Solberg Stewart Miller |

Firms that could not be contacted: Monsanto received bounceback responses when sending e-mail correspondence to the attorneys of record on the MDL docket:

| 1 | Law Offices of Perrin F. Disner |
|---|---|
| 2 | Ross Law Offices, P.C. |
| 3 | The Killian Firm, P.C. |

Please let us know if you have any questions.

Best Regards,



Anthony Martinez
Partner