UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*ALL CASES* | **PRETRIAL ORDER NO. 332: ORDER REGARDING NONCOMPLIANCE WITH COMMON BENEFIT FUND**<br>Re: Dkt. No. 20729, 20906 |

Having considered Monsanto's letter regarding compliance with the Common Benefit Fund by counsel for all plaintiffs, *see* Dkt. No. 20906, the Court orders Monsanto to call the heads of each of the 34 firms listed as having failed to respond to its emails, as well as the three firms listed as delivering bounce-back responses. Monsanto should inform them that the Court plans to initiate sanctions proceedings for any firm that fails to pay their holdback amounts promptly pursuant to PTO No. 331. Monsanto shall file a follow-up letter within 21 days of this order updating the Court on its efforts to communicate with these firms.

**IT IS SO ORDERED.**

Dated: August 1, 2025

_____
VINCE CHHABRIA
United States District Judge