UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Harris v. Monsanto Co.*,<br>Case No. 3:16-cv-05786-VC | **ORDER DENYING MOTION TO REMAND**<br>Re: Dkt. No. 20822 |

Harris's Motion to Remand in the above-captioned case is denied without prejudice as premature pending the Court's order on Monsanto's Motion for Reconsideration. *See* Dkt. No. 20450.

**IT IS SO ORDERED.**

Dated: August 14, 2025

_____
VINCE CHHABRIA
United States District Judge