UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 16-md-02741-VC |
| This document relates to: *Boyette et al. v. Monsanto Co. et al.*, Case No. 3:25-cv-04401 | **ORDER GRANTING MOTION TO REMAND TO STATE COURT**<br><br>Re: Dkt. No. 20710, 20721 |

Plaintiffs' Motion to Remand to State Court in the above-captioned case is granted.

Accordingly, Monsanto's request of severance is denied as moot.

**IT IS SO ORDERED.**

Dated: August 14, 2025

VINCE CHHABRIA
United States District Judge