UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Kelly-Leppert v. Monsanto Co.*,<br>Case No. 3:21-cv-02910-VC | **ORDER SEVERING CASE FROM MDL AND SUGGESTION OF REMAND TO TRANSFEROR COURT** |

Having reviewed Kelly-Leppert's response to the Order to Show Cause as to why the above-captioned case should not be severed from this MDL and transferred back to the Eastern District of Missouri, *see* Member Dkt. No. 23, the Court concludes that severance and transfer is in fact appropriate given the distinct factual underpinnings of Kelly-Leppert's claims.

Kelly-Leppert alleges that her deceased husband was diagnosed with colorectal cancer rather than NHL; this non-NHL diagnosis means that there is little to be gained from adjudicating this case in this MDL. *See In re: Roundup Prod. Liab. Litig.*, 214 F. Supp. 3d 1346, 1347 (U.S. Jud. Pan. Mult. Lit. 2016) ("All the actions entail an overarching query—whether glyphosate causes non-Hodgkin's lymphoma in persons exposed to it while using Roundup."); *see also* Order Vacating Conditional Transfer Orders, *In re: Roundup Prods. Liab. Litig.*, MDL No. 2741, Dkt. No. 3301 (U.S. Jud. Pan. Mult. Lit. Dec. 7, 2023) (vacating conditional transfer order regarding cases that would "would inject unique factual and legal issues into the MDL at a late hour").

Ordinarily, when the Court issues suggestions of remand for a given case, it is because the case has been worked up and is ready for trial. The Court will typically provide a summary of

what has taken place in the MDL and in the individual case to aid the trial judge. However, in Kelly-Leppert's case, little of substance has taken place. The case was only reinstated to the MDL as of May 2025 after two years of dormancy. *See* Member Dkt. No. 12. If the judge who receives this case is interested in what has taken place in this MDL, one of the Court's other recent suggestions of remand can provide background information.[1] *See, e.g.*, Dkt. No. 20833. But because the relevant diagnosis is for colorectal cancer rather than NHL, this Court's prior rulings may be less useful upon remand.

    The Clerk of Court is directed to provide a copy of this suggestion of remand to the Clerk of the United States Judicial Panel on Multidistrict Litigation and the Clerk of the Eastern District of Missouri.

    **IT IS SO ORDERED.**

Dated: August 20, 2025

_____
VINCE CHHABRIA
United States District Judge

---

[1] The Court also maintains a webpage dedicated to the Roundup MDL that includes each of the Court's significant pretrial orders. Please see: https://www.cand.uscourts.gov/judges/chhabria-vince-vc/in-re-roundup-products-liability-litigation-mdl-no-2741/