**UNITED STATUS DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2741 |
| _____ | ) ) | Case No. 3:16-md-02741-VC |
| This document relates to: | ) ) ) | |
| James T. Conley and Margaret Conley v. Monsanto Company | ) ) ) ) | |
| Case No. 3:18-cv-01804 _____ | ) ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed with prejudice, each party to bear its own costs.

    Counsel for Plaintiffs has read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiffs hereby certify that the 8% hold back of the gross recovery for Plaintiffs dismissed pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for Plaintiffs further certifies that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion.

Executed this 26th day of August 2025.

Respectfully submitted,

By: /s/Seth S. Webb
Seth Sharrock Webb, # 51236
**BROWN & CROUPPEN, P.C.**
4900 Daggett Avenue
St. Louis, MO 63110
sethw@getbc.com
Attorney for Plaintiffs

By: /s/ Anthony R. Martinez
Anthony R. Martinez
**SHOOK, HARDY & BACON LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2683
amartinez@shb.com
Attorneys for Defendant Monsanto Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 26th, 2025, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Seth S. Webb
Seth S. Webb