UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Ramey et al. v. Monsanto Co.*, Case No. 3:17-cv-05878-VC<br><br>*Gutmann v. Monsanto Co.*, Case No. 3:24-cv-01105-VC | **ORDER GRANTING MOTIONS FOR SUMMARY JUDGEMENT**<br><br>Re: Dkt. Nos. 20912, 20913 |

Monsanto has filed motions for summary judgement in the above-captioned cases because plaintiffs have failed to produce an expert for specific causation. Plaintiffs have not submitted a response, and the opposition deadline has passed. Accordingly, the motions are granted.

**IT IS SO ORDERED.**

Dated: August 27, 2025

_____

VINCE CHHABRIA
United States District Judge