UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Kim v. Monsanto Co.*,<br>Case No 3:24-cv-03739-VC<br><br>*Stephen Ross v. Monsanto Co.*,<br>Case No 3:24-cv-05490-VC<br><br>*Tamara Ross v. Monsanto Co.*,<br>Case No 3:24-cv-05485-VC<br><br>*Locsin v. Monsanto Co.*,<br>Case No 3:23-cv-02571-VC<br><br>*Sammons et al. v. Monsanto Co.*,<br>Case No 3:23-cv-00050-VC | **ORDER GRANTING MOTIONS TO ADJOURN RESPONSES**<br><br>Re: Dkt. Nos. 21162, 21163, 21165, 21166, 21167 |

The Motions to Adjourn Responses to Monsanto's Motions for Summary Judgement in the above-captioned cases are granted. Plaintiffs' responses are now due September 12. Monsanto's replies are due September 19.

**IT IS SO ORDERED.**

Dated: September 5, 2025

_____
VINCE CHHABRIA
United States District Judge