CORRIE YACKULIC LAW FIRM
110 Prefontaine Place S. Ste. 304
Seattle, WA 98104
Tel. 206-787-1915
corrie@cjylaw.com

ALLEN STEWART, PC
Allen M. Stewart, SBN 262594
Scott R. Frieling (PHV)
1700 Pacific Avenue, Suite 2750
Dallas, Texas 75201
Tel. 214-965-8700
astewart@allenstewart.com
sfrieling@allenstewart.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL No. 2741 |
| **This Document Relates to:** | Case No.: 3:16-md-02741-VC |
| *Thomas Lake Sanders & Nicole M. Sanders v. Monsanto Co.,*<br>*Case No. 3:19-cv-07401-VC* | Hon. Vince Chhabria |
| | **ORDER GRANTING PLAINTIFFS' MOTION FOR SUGGESTION OF REMAND** |
| | Hearing Date: TBD (*if necessary*)<br>Hearing Time: TBD<br>Place: San Francisco Courthouse,<br>Courtroom 4 – 17th Floor |

Plaintiff's motion for suggestion of remand is granted.

IT IS SO ORDERED.

Dated: _____        _____
                               Hon. Vince Chhabria,
                               UNITED STATES DISTRICT
                               JUDGE