1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEIL W PRESCOTT,

          Plaintiff,

   v.

BAYER AG CORP., et al.,

          Defendants.

Case No.  25-cv-07081-JD

**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

The Court requests that the Honorable Vince Chhabria determine whether this case is related to *In re Roundup Products Liability Litigation*, 16-md-02741-VC.  *See* Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated:  October 31, 2025

_____
JAMES DONATO
United States District Judge