**WAGSTAFF LAW FIRM**
Aimee H. Wagstaff (SBN 278480)
Emily Acosta (Ill Bar No. 6312216)
Kathryn Forgie (SBN 110404)
940 N. Lincoln Street
Denver, Colorado 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
awagstaff@wagstafflawfirm.com
eacosta@wagstafflawfirm.com
kforgie@wagstafflawfirm.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br>Member Case No. 3:19-cv-07858-VC |
| This document relates to:<br><br>*Sally Vander Groef, as Executor of the Estate of Chris Vander Groef, deceased, and Sally Vander Groef, individually, v. Monsanto Company* | **PLAINTIFF'S UNOPPOSED MOTION FOR SUGGESTION OF REMAND** |

Plaintiff Sally Vander Groef Individually and as Executor of the Estate of Chris Vander Groef, deceased ("Plaintiff") hereby moves this Court, pursuant to 28 U.S.C. § 1407 for an Order for a suggestion of remand of this case to the United States District Court for the District of New Jersey. In support of her motion, Plaintiff states as follows:

1.  Plaintiff's case was filed on October 21, 2019. *See* Complaint. [Member Dkt. No. 1].

2. A Suggestion of Death upon the Record as to Chris Vander Groef was filed on May 26, 2021, and a Motion to Substitute Party and Permission to File an Amended Complaint wait filed on June 23, 2021 [Member Dkt. Nos 10, 11]; the Court Granted the Motion to Substitute on August 2, 2021 [Member Dkt. No. 12] and Plaintiff's Amended Complaint was filed August 4, 2021 [Member Dkt. No. 13].

3. Plaintiff's case was assigned to Wave 7 and discovery in her case is complete; Plaintiff has been deposed, as has Mr. Vander Groef's treating physician, and experts for both sides.

4. Dispositive motions for partial summary judgment were filed by Plaintiff based on affirmative defenses alleged by Monsanto [Member Dkt. No. 23]. Shortly after the motion was filed, Monsanto withdrew the affirmative defenses at issue. [Member Dkt. No. 27]. Subsequently, the Court denied the motion as moot on September 25, 2024 [Member Dkt. No. 31]. Plaintiff also filed a *Daubert* motion, which was decided on November 18, 2024 [Member Dkt. No. 39].

5. Monsanto did not move for summary judgment, but did file *Daubert* motions, which were decided on September 23, 2024 [Member Dkt. No. 28]. On September 30, 2025, this Court entered Pretrial Order No. 333 regarding Monsanto's Motion for Reconsideration of Pretrial Order Nos. 313, 317, 319, 324, and 326 [MDL Dkt. No. 21305].

6. Counsel for Defendant Monsanto Company indicates they have no objection to Plaintiff's Motion.

7. Accordingly, Plaintiff respectfully requests that her case be remanded to ensure it is set for trial as quickly as possible.

DATE: November 24, 2025

By: */s/ Emily Acosta*
Emily Acosta (IL Bar No. 6312216)
Aimee H. Wagstaff (SBN 278480)
Kathryn Forgie (SBN 110404)
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street

Denver, Colorado 80203
Tel: (303) 376-6360
Fax: (303) 376-6361
eacosta@wagstafflawfirm.com
awagstaff@wagstafflawfirm.com
kforgie@wagstafflawfirm.com

*Counsel for Plaintiff*

PLAINTIFF'S UNOPPOSED MOTION FOR SUGGESTION OF REMAND

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, I filed a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

DATED: November 24, 2025                                   <u>/s/ Kevin Rowe</u>