UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> *John Edward Coe v. Monsanto Co.*, Case No. 3:22-cv-01949-VC <br><br> *Laurent Delsuc v. Monsanto Co.*, Case No. 3:19-cv-02079-VC <br><br> *Lance Dylan Mercer v. Monsanto Co.*, Case No. 3:19-cv-06403-VC <br><br> *Kenneth J. Parsons v. Monsanto Co.*, Case No. 3:19-cv-02577-VC <br><br> *Verna Pearson v. Monsanto Co.*, Case No. 3:19-cv-07525-VC <br><br> *Joan Thomas Lake Sanders v. Monsanto Co.*, Case No. 3:19-cv-07401-VC <br><br> *Frances Storlie and the Estate of John Storlie v. Monsanto Co.*, Case No. 3:19-cv-03785-VC <br><br> *Elizabeth Toyer v. Monsanto Co.*, Case No. 3:19-cv-06405-VC | **ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** <br><br> Re: Dkt. No. 21593 |

Monsanto's Motion for Leave to File a Motion for Reconsideration in the above-captioned cases is denied.

**IT IS SO ORDERED.**

Dated: December 26, 2025

VINCE CHHABRIA
United States District Judge