OHLIGER INJURY LAW, LLC
Jason R. Ohliger, Esq.
410 Broad Street
Milford, PA 18337
(570) 296-7300
Ohliger@tristatetrial.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : |
| This document relates to : | : |
| MARY METZ SHAFFER, individually, and as the Administratrix of the Estate of Robert H. Shaffer, | : : : : |
| Plaintiff, | : MDL No. 2741 : : Docket No.: 3:16-MD-02741-VC |
| vs. | : : |
| MONSANTO COMPANY, and John Does 1-5, | : : : |
| Defendants. | : : |
| Case No. 3:22-CV-04404-VC | : |

ORDER APPROVING MARY METZ SHAFFER'S PETITION FOR APPROVAL
OF SURVIVAL AND WRONGFUL DEATH SETTLEMENT

  AND NOW, this __26th__ day of __December__, 2025, upon review and consideration of the Petition for Approval of Settlement, Compromise and Discontinuance, it is hereby ORDERED that the Petition, with 50% being allocated to the Wrongful Death claim and 50% being allocated to the Survival claim, is GRANTED.

  It is further ORDERED that the Clerk is directed to file this Petition and Order under Seal.

Page 2

By the Court,

_____

J.