UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*All Cases* | **PRETRIAL ORDER NO. 334: ORDER REGARDING PROPOSED SCHEDULE FOR WAVE 10** |

Within seven days, Monsanto and lead plaintiffs' counsel should submit a proposed schedule for Wave 10 that includes all cases in the MDL that have not yet been assigned a wave.

**IT IS SO ORDERED.**

Dated: January 28, 2026

_____
VINCE CHHABRIA
United States District Judge