UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *All Cases* | **PRETRIAL ORDER NO. 335: ORDER REGARDING CONTINUED PARTICIPATION IN SETTLEMENT PROGRAM** |

All parties are reminded that Pretrial Order 240, requiring participation in Special Master Kenneth Feinberg's settlement program, remains in effect. *See* Dkt. No. 13323. Participation in the program will not delay adjudication of any case, but failure to participate in it will result in dismissal.

Moreover, in light of the Supreme Court's decision to take up the issue of whether state law failure to warn claims are preempted by federal law, plaintiffs who previously declined settlement offers received through Special Master Feinberg's program may wish to reconsider. To be clear, no plaintiff who previously participated in the settlement program is required to do so again, but the program remains open to them if they are now interested.

All attorneys for all plaintiffs in this MDL must provide a copy of this order to each of their clients.

**IT IS SO ORDERED.**

Dated: January 28, 2026

VINCE CHHABRIA
United States District Judge