|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JAN 29 2026 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

DIETER FLEISCHHAUER and ROBIN HAYES,

        Plaintiffs - Appellants,

 v.

MONSANTO COMPANY,

        Defendant - Appellee.

No. 25-7192

D.C. Nos.
3:16-md-02741-VC
3:21-cv-05398-VC
3:21-cv-05971-VC

Northern District of California, San Francisco

ORDER

Before: SILVERMAN, PAEZ, and H.A. THOMAS, Circuit Judges.

The court has received the response to the November 24, 2025 order. The court lacks jurisdiction over this appeal, because a district court order is not appealable "unless it disposes of all claims as to all parties." *Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC*, 548 F.3d 738, 747 (9th Cir. 2008); *see also* 28 U.S.C. § 1291; *Van Dusen v. Swift Transportation Co. Inc.*, 830 F.3d 893, 896 (9th Cir. 2016) ("A ruling is final for purposes of § 1291 if it (1) is a full adjudication of the issues, and (2) clearly evidences the judge's intention that it be the court's final act in the matter." (quoting *Nat'l Distrib. Agency v. Nationwide Mut. Ins. Co.*, 117 F.3d 432, 433 (9th Cir. 1997))).

**DISMISSED.**