**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED]** **ORDER ADOPTING JOINT WAVE 10 SCHEDULE** |

THIS MATTER came before the Court based on PTO No. 334. Having reviewed the proposed schedule below, the Court ADOPTS the proposed scheduled below, adding Wave 10. Cases that were assigned in previous Waves 1-9, and already moved to a later Wave on at least one occasion, will not be permitted to transfer to Waves absent leave of Court.

**Wave 10 Schedule:**

| Event | Date |
|---|---|
| The parties should file a letter brief identifying any disputes over the applicable state law for the Wave 10 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | 3/5/2027 |

**Wave 10A Schedule**

| Event | Date |
|---|---|
| Close of Wave 10A fact discovery | 8/7/2026 |
| Plaintiffs' expert reports due. | 8/10/2026 |
| Monsanto's expert reports due. | 9/10/2026 |
| Close of expert discovery. | 10/12/2026 |

**Wave 10B Schedule**

| Event | Date |
|---|---|
| Close of Wave 10B fact discovery | 9/7/2026 |
| Plaintiffs' expert reports due. | 9/11/2026 |
| Monsanto's expert reports due. | 10/12/2026 |
| Close of expert discovery. | 11/12/2026 |

**Wave 10C Schedule**

| Event | Date |
|---|---|
| Close of Wave 10C fact discovery | 10/7/2026 |
| Plaintiffs' expert reports due. | 10/12/2026 |
| Monsanto's expert reports due. | 11/12/2026 |
| Close of expert discovery. | 12/14/2026 |

**Wave 10D Schedule**

| Event | Date |
|---|---|
| Close of Wave 10D fact discovery | 11/9/2026 |
| Plaintiffs' expert reports due. | 11/13/2026 |
| Monsanto's expert reports due. | 12/14/2026 |
| Close of expert discovery. | 1/14/2027 |

### Wave 10E Schedule

| Event | Date |
|---|---|
| Close of Wave 10E fact discovery | 12/9/2026 |
| Plaintiffs' expert reports due. | 12/14/2026 |
| Monsanto's expert reports due. | 1/14/2027 |
| Close of expert discovery. | 2/15/2027 |

### Wave 10 Briefing Schedule

| Event | Date |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | 3/12/2027 |
| Plaintiffs' *Daubert* motions due | 3/12/2027 |
| Oppositions re: *Daubert* and summary judgment due. | 4/2/2027 |
| Replies re: *Daubert* and summary judgment due. | 4/16/2027 |
| *Daubert* hearing (if necessary). | TBD |

### Wave 10 Case Assignments

The below cases are assigned to Wave 10 and are assigned the below sub-waves for expert and discovery purposes as follows:

### Wave 10A

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Baker III, John William | 3:25-cv-04980 | US District Court Eastern District of MO |
| Baxter, Keanu | 3:25-cv-07902 | US District Court Eastern District of MO |
| Brennan, Audrey | 3:25-cv-06991 | US District Court Eastern District of MO |
| Burton, Michael J. | 3:24-cv-03223 | US District Court Central District of CA |
| Campbell, Krisztina | 3:25-cv-02937 | US District Court of MN |

3

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Catalfio, Maria | 3:25-cv-04976 | US District Court Eastern District of MO |
| Chorney, Victor | 3:25-cv-06993 | US District Court Eastern District of MO |
| Damm, Christopher | 3:25-cv-07904 | US District Court Eastern District of MO |
| Diruscio, Joseph | 3:25-cv-07273 | US District Court Eastern District of MO |
| Dischner, John | 3:25-cv-04923 | US District Court Eastern District of TN |
| Faschingbauer, Larry J. | 3:17-cv-03202 | US District Court Western District of WI |
| Goepfert, Garret | 3:25-cv-06994 | US District Court Eastern District of MO |
| Guarino, Gina | 3:25-cv-07951 | US District Court Eastern District of LA |
| Hoyle, Keith | 3:25-cv-07276 | US District Court Eastern District of MO |
| Inkster, Alex | 3:25-cv-06998 | US District Court Eastern District of MO |
| Jackson, Barbara Ann | 3:25-cv-03358 | US District Court Eastern District of LA |
| Ledet Jr., Eugene A. | 3:24-cv-07158 | US District Court Western District of LA |
| Loureiro, Edwin | 3:25-cv-02024 | US District Court Eastern District of VA |
| Marsh, Brian | 3:25-cv-04982 | US District Court Eastern District of MO |
| Mathis, Thomas | 3:25-cv-03766 | US District Court of MN |
| Miller, Steven A. | 3:25-cv-02638 | US District Court Northern District of FL |
| Nelson, Ray | 3:25-cv-06999 | US District Court Eastern District of MO |
| Paranay, Bruce | 3:25-cv-07007 | US District Court Eastern District of MO |
| Roberts, David E. | 3:24-cv-06131 | US District Court Southern District of CA |
| Rufty, Gregory A. | 3:24-cv-02856 | US District Court Northern District of OH |
| Sanders, Deborah | 3:23-cv-04694 | US District Court of MT |
| Schar, Rod | 3:25-cv-04975 | US District Court Eastern District of MO |
| Taylor, Thomas | 3:25-cv-07013 | US District Court Eastern District of MO |

4

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Vadnais, Dale | 3:25-cv-07264 | US District Court Eastern District of MO |
| Veloro, Percival | 3:19-cv-05187 | US District Court Northern District of CA |
| Weil, Christine | 3:25-cv-00762 | US District Court Northern District of IL |
| Wright, Jeanna | 3:25-cv-04432 | US District Court Eastern District of TN |
| Wright, Michial | 3:25-cv-07263 | US District Court Eastern District of MO |
| Young, John Gordon | 3:18-cv-03514 | US District Court of SC |
| Zenz, Berniece | 3:23-cv-02148 | US District Court Northern District of OH |

**Wave 10B**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Adeeb, Danielle | 3:25-cv-05967 | US District Court Eastern District of MO |
| Brister, Larry | 3:25-cv-02023 | US District Court Western District of LA |
| Chabot, Brian | 3:25-cv-08650 | US District Court Eastern District of MO |
| Cramer, Debra | 3:25-cv-08651 | US District Court Eastern District of MO |
| DeSiIva, Ronald | 3:24-cv-09177 | US District Court Southern District of NY |
| Desporte, Carolyn | 3:25-cv-08876 | US District Court Eastern District of LA |
| Eaves-Herrera, Maryuth | 3:25-cv-08652 | US District Court Eastern District of MO |
| Ewell, David | 3:25-cv-08308 | US District Court Eastern District of MO |
| Finn, Ashley | 3:25-cv-08309 | US District Court Eastern District of MO |
| Ford, Jean | 3:25-cv-07906 | US District Court Eastern District of MO |
| Freeman, Sandra | 3:25-cv-08653 | US District Court Eastern District of MO |
| Grant, Gabrielle | 3:25-cv-08310 | US District Court Eastern District of MO |
| Hagemeier, Curt | 3:25-cv-08312 | US District Court Eastern District of MO |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Harper, Christine | 3:25-cv-05968 | US District Court Eastern District of MO |
| Hinton, Rachel | 3:24-cv-08767 | US District Court Western District of LA |
| Johnson, Yolanda M. | 3:25-cv-03792 | US District Court Northern District of FL |
| Joyal Sr., James | 3:25-cv-08313 | US District Court Eastern District of MO |
| Karl, Erik A. | 3:24-cv-08189 | US District Court of MD |
| Ledet, Marcel | 3:24-cv-08668 | US District Court Eastern District of LA |
| Lewis, Vickie | 3:25-cv-07903 | US District Court Eastern District of MO |
| Lipker, Allen | 3:25-cv-08315 | US District Court Eastern District of MO |
| Lloyd, Amy | 3:25-cv-04492 | US District Court of MN |
| Messner, David | 3:25-cv-07953 | US District Court Eastern District of MO |
| Mula, Francis | 3:25-cv-09663 | US District Court Eastern District of LA |
| Northey, Craig | 3:24-cv-09540 | US District Court Western District of NY |
| Raphael, Gerald | 3:24-cv-07371 | US District Court Central District of CA |
| Richmond, Jeffery | 3:25-cv-05270 | US District Court Western District of TN |
| Savage, Rodmond | 3:25-cv-02025 | US District Court Northern District of IL |
| Schmalzbauer, Donald | 3:25-cv-04921 | US District Court of MN |
| Sievers, Steven | 3:25-cv-05756 | US District Court Eastern District of MO |
| Verret, Keith | 3:25-cv-05757 | US District Court Eastern District of MO |
| Vinbaytel, Shimen | 3:25-cv-00766 | US District Court Eastern District of NY |
| Wickham, Jeffrey | 3:25-cv-07265 | US District Court Eastern District of MO |
| Wood, James | 3:25-cv-05758 | US District Court Eastern District of MO |

**Wave 10C**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Azuero, Marianita | 3:25-cv-02380 | US District Court Southern District of FL |
| Brauser, Brent | 3:25-cv-06718 | US District Court Eastern District of MO |
| Cashen, Candice | 3:25-cv-04922 | US District Court Eastern District of TX |
| Chisholm, Frank | 3:25-cv-02457 | US District Court Northern District of TX |
| Clements, Johnny | 3:25-cv-09363 | US District Court Eastern District of LA |
| Cotton, Robert D | 3:25-cv-04093 | US District Court Southern District of MS |
| Crank, James | 3:25-cv-08038 | US District Court Eastern District of MO |
| Dahl, Richard and Tammy Dahl | 3:25-cv-05761 | US District Court of MN |
| Engel, Gary | 3:25-cv-05268 | US District Court Eastern District of MI |
| Fowler, John | 3:25-cv-06716 | US District Court Eastern District of MO |
| Guiliano, Anna | 3:25-cv-08654 | US District Court Eastern District of MO |
| Hairston, John | 3:25-cv-08951 | US District Court Western District of TX |
| Hamblin, Kevin | 3:25-cv-06515 | US District Court Eastern District of MO |
| Hatch, Joan | 3:25-cv-08655 | US District Court Eastern District of MO |
| Heims, Connie | 3:25-cv-08656 | US District Court Eastern District of MO |
| Jenkins, Brandi | 3:25-cv-03359 | US District Court Western District of TN |
| Larmon, Jennifer | 3:25-cv-03024 | US District Court Middle District of FL |
| Liberatore, Joseph | 3:25-cv-08659 | US District Court Eastern District of MO |
| Luna, Charaline | 3:25-cv-08660 | US District Court Eastern District of MO |
| Lunde, Garrett | 3:25-cv-06719 | US District Court Eastern District of MO |
| McCaskill, Gary | 3:25-cv-08661 | US District Court Eastern District of MO |
| Moreno, Darlene Rene | 3:25-cv-05566 | US District Court Central District of CA |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Mumma, Diana | 3:25-cv-08662 | US District Court Eastern District of MO |
| Newton, DeeAnn | 3:25-cv-08663 | US District Court Eastern District of MO |
| Pitts, Ernest | 3:25-cv-08664 | US District Court Eastern District of MO |
| Poffenberger, Jack | 3:25-cv-08669 | US District Court Eastern District of MO |
| Potenti, Anthony | 3:25-cv-06430 | US District Court Eastern District of MO |
| Renninger, Paula | 3:25-cv-08671 | US District Court Eastern District of MO |
| Reul, Lynne | 3:25-cv-05269 | US District Court of MN |
| Ristau, Rhonda | 3:25-cv-07954 | US District Court Eastern District of MO |
| Roberson, Nancy | 3:25-cv-07955 | US District Court Eastern District of MO |
| Schannette, Regina | 3:25-cv-09366 | US District Court Western District of LA |
| Shaver, Denise | 3:25-cv-06431 | US District Court Eastern District of MO |
| Teitelbaum, Howard | 3:25-cv-04061 | US District Court of NJ |

**Wave 10D**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Brown, Donna | 3:25-cv-07278 | US District Court Eastern District of MO |
| Crable, Greg | 3:25-cv-07271 | US District Court Eastern District of MO |
| Delcambre, Carroll | 3:25-cv-07270 | US District Court Eastern District of MO |
| Dodd, Johnathan | 3:25-cv-07262 | US District Court Eastern District of MO |
| Dougherty, Douglas D. and Sara Dougherty | 3:25-cv-05645 | US District Court Western District of OK |
| Emery, Briann | 3:25-cv-05335 | US District Court Middle District of FL |
| Foust, Benton | 3:25-cv-07266 | US District Court Eastern District of MO |
| Franzen, Bruce | 3:25-cv-07269 | US District Court Eastern District of MO |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Hasbrouck, Dennis | 3:25-cv-07272 | US District Court of MN |
| Herron, Gregory | 3:25-cv-08792 | US District Court of MT |
| Hoffman, Toba A. | 3:25-cv-08039 | US District Court Eastern District of MO |
| Johnson, Jeffrey | 3:25-cv-11100 | US District Court Northern District of FL |
| Keep, Larry | 3:25-cv-06516 | US District Court of MN |
| Koeritz, Edward | 3:25-cv-08952 | US District Court Eastern District of MO |
| Kopelman, Jay | 3:25-cv-08954 | US District Court Eastern District of MO |
| Kos, Ben | 3:25-cv-06258 | US District Court Northern District of CA |
| Labbe, Lucien | 3:25-cv-05966 | US District Court of NM |
| Matthews, Christian | 3:25-cv-06717 | US District Court Eastern District of MO |
| O'Neal, Freddie | 3:25-cv-09707 | US District Court Middle District of LA |
| Ramiro, Aida | 3:25-cv-08670 | US District Court Eastern District of MO |
| Rivera, Jesus | 3:25-cv-08042 | US District Court Eastern District of MO |
| Sampson, Leonard | 3:25-cv-08672 | US District Court Eastern District of MO |
| Sinclair, Paula | 3:25-cv-06409 | US District Court Northern District of CA |
| Sutek, Steve | 3:25-cv-08793 | US District Court Eastern District of MO |
| Svoboda, Cheryl | 3:25-cv-08794 | US District Court Eastern District of MO |
| Tanner, Ruth | 3:25-cv-09367 | US District Court Southern District of MS |
| Tenedorio, Cathy | 3:25-cv-08795 | US District Court Eastern District of MO |
| Theroux, John | 3:25-cv-08796 | US District Court Eastern District of MO |
| Thevis, Rosie | 3:25-cv-08797 | US District Court Eastern District of MO |
| Tozer, Tonya | 3:25-cv-08798 | US District Court Eastern District of MO |
| Vera, Justin | 3:25-cv-08673 | US District Court Eastern District of MO |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Vermett, Paula | 3:25-cv-09073 | US District Court Northern District of IL |
| Wade, Ronald | 3:25-cv-08043 | US District Court Eastern District of MO |
| Watson, Thomas | 3:25-cv-08121 | US District Court of MA |

**Wave 10E**

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Biles, Jeffrey | 3:25-cv-10458 | US District Court Eastern District of MO |
| Bridges, Alvaro | 3:25-cv-09661 | US District Court Middle District of FL |
| Chubb, David Thomas | 3:25-cv-07275 | US District Court Eastern District of MO |
| Dressel, Phillip | 3:25-cv-10883 | US District Court Southern District of FL |
| Ford, Deborah | 3:25-cv-10463 | US District Court Eastern District of LA |
| Gyure, Joanne | 3:25-cv-10459 | US District Court Eastern District of MO |
| Hoeft, Walter | 3:25-cv-10023 | US District Court Eastern District of MO |
| Hoffmann, John | 3:25-cv-09665 | US District Court Eastern District of VA |
| Hoogendyk, Otto | 3:25-cv-07274 | US District Court of MT |
| Johnson, Mary | 3:25-cv-10464 | US District Court Eastern District of LA |
| Johnson, Roland | 3:25-cv-07267 | US District Court Eastern District of MO |
| Lennard, Dennis | 3:25-cv-10024 | US District Court Eastern District of MO |
| Leung, Olivia | 3:25-cv-09365 | US District Court Eastern District of MO |
| Martin, Thomas | 3:25-cv-07268 | US District Court Eastern District of MO |
| Melo-Brown, Albert | 3:25-cv-08955 | US District Court Eastern District of MO |
| Morgan Jr., William | 3:25-cv-08957 | US District Court Eastern District of MO |
| Parenti, Robert | 3:26-cv-00008 | US District Court Middle District of FL |

| Case Name | MDL Case No. | Transferor Court |
|---|---|---|
| Phelps, Rebecca B. | 3:25-cv-10025 | US District Court Western District of WA |
| Prescott, Neil W. | 3:25-cv-07081 | US District Court Northern District of CA |
| Ragsdale, Steven H. | 3:25-cv-10026 | US District Court Northern District of GA |
| Ricci, Richard | 3:25-cv-08958 | US District Court Eastern District of MO |
| Shawly, Nabila | 3:25-cv-09074 | US District Court Eastern District of MO |
| Simpson, Patricia | 3:25-cv-09075 | US District Court Eastern District of MO |
| Skrzypczak, Johanna | 3:25-cv-09076 | US District Court Eastern District of MO |
| Smith, Edmond | 3:25-cv-10461 | US District Court Eastern District of MO |
| Snipes, Sherry | 3:25-cv-08877 | US District Court Middle District of FL |
| Spicer, Dolores | 3:25-cv-09077 | US District Court Eastern District of MO |
| Stone, Barbara | 3:25-cv-09078 | US District Court Eastern District of MO |
| Teare, William Henry | 3:25-cv-11099 | US District Court of MA |
| Trunnell, James Alexander | 3:25-cv-09662 | US District Court Northern District of IA |
| Warren, William | 3:25-cv-07277 | US District Court Eastern District of MO |
| White, Loren | 3:25-cv-10462 | US District Court Eastern District of LA |
| Winkler, Robert | 3:25-cv-10457 | US District Court Eastern District of LA |
| Zurn, Frederick | 3:25-cv-09079 | US District Court Eastern District of MO |

**IT IS SO ORDERED.**

Dated: February 5, 2026

Vince Chhabria
United States District Judge