UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741
Case No.: 3:16-md-02741—VC

This document relates to:

*Lynn Johnson v. Monsanto Company,*
Case No. 3:25-cv-02999-VC

_____/

**~~PROPOSED~~ ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on the Stipulation of Dismissal with Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Stipulation of Dismissal with Prejudice as to the above referenced captioned matter.

**IT IS SO ORDERED.**

Dated: February 11, 2026



IT IS SO ORDERED

Judge Vince Chhabria