UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTIONS TO WITHDRAW AS ATTORNEY** |
| *Brown v. Monsanto Co.*, Case No. 3:23-cv-05240-VC | Re: Dkt. Nos. 21715, 21716, 21717, 21718 |
| *Lubischer et al. v. Monsanto Co.*, Case No. 3:23-cv-02962-VC | |
| *McAlister et al. v. Monsanto Co.*, Case No. 3:24-cv-00684-VC | |
| *Repine v. Monsanto Co.*, Case No. 3:23-cv-06435-VC | |

The Motions to Withdraw as Attorney in the above-captioned cases are granted. Within 28 days of this order, the plaintiffs shall file a notice indicating whether they intend to pursue their action with new counsel or representing themselves. If the plaintiffs do not file that notice, the Court will dismiss this case without prejudice (meaning the plaintiffs might be able to refile the case later if they wish).

Counsel for Monsanto shall provide a copy of this order to the plaintiffs, and file a declaration within 7 days of this ruling explaining how they did so.

**IT IS SO ORDERED.**

Dated: February 11, 2026

_____

VINCE CHHABRIA
United States District Judge