UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Kay et al. v. Monsanto Co.*,<br>Case No.: 3:21-cv-00175-VC<br><br>*Jacobs v. Monsanto Co.*,<br>Case No.: 3:22-cv-02969-VC | **ORDER GRANTING MOTION TO AMEND SUGGESTIONS OF REMAND**<br><br>Re: Dkt. No. 21801 |

The Motion to Amend the February 11, 2026, Suggestions of Remand is granted. These filings have been amended accordingly.

**IT IS SO ORDERED.**

Dated: February 18, 2026

_____
VINCE CHHABRIA
United States District Judge