UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Dressel v. Monsanto Co. et al.*,<br>Case No. 3:25-cv-10883-VC | **ORDER REGARDING MOTION TO REMAND AND FOR ATTORNEYS' FEES AND COSTS**<br>Re: Dkt. No. 21692, 21781 |

The Motion to Remand in the above-captioned case is granted. The Court cannot definitively conclude, based on the current record, that Dressel has no claim against Madden. Dressel's accompanying fee request is denied; Monsanto had a reasonable basis for its initial removal of the case to federal court based on the apparent contradictions in Dressel's deposition testimony regarding his purchase of Roundup from a store operated by Madden. Accordingly, Dressel's Administrative Motion is denied as moot.

This case is hereby remanded to the Seventeenth Judicial Circuit in Broward County, Florida.

**IT IS SO ORDERED.**

Dated: February 24, 2026

VINCE CHHABRIA
United States District Judge