UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Jackson v. Monsanto Co.*,<br>Case No. 3:25-cv-03358-VC<br><br>*Cashen v. Monsanto Co.*,<br>Case No. 3:25-cv-04922-VC<br><br>*Dougherty et al. v. Monsanto Co. et al.*,<br>Case No. 3:25-cv-05645-VC | **ORDER TO SHOW CAUSE REGARDING PARTICIPATION IN SETTLEMENT PROGRAM** |

The plaintiffs in the above-captioned cases are ordered to show cause why their case should not be dismissed for failure to participate in Special Master Feinberg's settlement program. Written responses to the order to show cause are due within 14 days of this order.

**IT IS SO ORDERED.**

Dated: March 10, 2026

_____

VINCE CHHABRIA
United States District Judge