UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Surette v. Monsanto Co., et al.*,<br>Case No. 3:26-cv-01298-VC | **ORDER REGARDING MOTION FOR REMAND AND FOR ATTORNEYS' FEES AND COSTS**<br><br>Re: Dkt. No. 21864 |

The Motion to Remand in the above-captioned case is granted. The Court cannot definitively conclude, based on the current record, that Surette has no claim against Wilbur-Ellis. Surette's accompanying fee request is denied; Monsanto had a reasonable basis for its initial removal of the case to federal court based on Surette's answers on her Plaintiff Fact Sheet regarding her "residential" Roundup use on the commercial farm where she apparently lived and worked.

This case is hereby remanded to the Sacramento County Superior Court.

**IT IS SO ORDERED.**

Dated: April 3, 2026

VINCE CHHABRIA
United States District Judge