UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*ALL CASES* | **ORDER REGARDING COMPLIANCE WITH PTO NO. 332**<br><br>Re: Dkt. No. 20908, 20976 |

Monsanto and Lead Plaintiffs' Counsel should work together to provide an update on compliance with the common benefit fund requirement and a recommendation on which firms, if any, subject to Pretrial Order No. 332 (Dkt. No. 20908) that the Court should initiate sanctions proceedings against. This filing is due 14 days from this order.

**IT IS SO ORDERED.**

Dated: April 3, 2026

_____
VINCE CHHABRIA
United States District Judge