# Exhibit E

April 8, 2025

BY E-MAIL

Mr. Perry Weitz
Weitz & Luxenberg
700 Broadway
New York, NY  10003

Re:     *King et al.* v. *Monsanto Company*, No. 2622-CC00325

Dear Perry,

We write jointly, as proposed Class Counsel and counsel to Monsanto Company, regarding your March 26, 2026 "Notice Regarding Deficiencies And/Or Ambiguities In Class Action Settlement Definitions" that you filed in *King et al.* v. *Monsanto Company*, No. 2622-CC00325.  In that filing, you asked certain questions about whether or not certain plaintiffs were or were not members of the proposed Settlement Class.  The Settlement Agreement and Preliminary Approval Order provide clear answers.  As specified in both documents, the Settlement Class excludes "any Person who, as of the Settlement Date, has a claim pending in *In re Roundup Products Liability Litigation*, MDL No. 2741 (N.D. Cal.)" unless such Person affirmatively requests to be included.  Settlement Agreement § 2.1(b)(iv); Preliminary Approval Order ¶ 6(d).  The Preliminary Approval Order adopts the defined terms used in the Settlement Agreement.  Preliminary Approval Order at 1.  The Settlement Agreement defines the Settlement Date as February 17, 2026.  Settlement Agreement at 1; *id.* at § 1(120).  Additionally, the Settlement Class Notice informs plaintiffs and others of these provisions stating:  "You are NOT included in the settlement if . . . You have a claim pending in the federal MDL in California (*In re Roundup Products Liability Litigation*, MDL No. 2741) as of February 17, 2026."  Settlement Class Notice at 7.

The Settlement Class thus excludes those plaintiffs who had claims pending in the MDL on February 17, 2026.  The Settlement Class includes:  (i) those plaintiffs whose cases were transferred out of the MDL prior to February 17, 2026, and (ii) those plaintiffs (if any) whose cases were transferred into or first filed in the MDL after February 17, 2026.  In both instances, the individual does not have a "claim pending in *In re Roundup*

*Products Liability Litigation*, MDL No. 2741 (N.D. Cal.)" as of February 17, 2026.

Any individual who would otherwise be a Settlement Class Member who wishes to exclude themselves from the Settlement Class may Opt Out in accordance with the court-approved procedures.

Sincerely,

*/s/ Christopher A. Seeger*
Christopher A. Seeger
Seeger Weiss LLP

*/s/ Eric D. Holland*
Eric D. Holland
Holland Law Firm

*/s/ Elaine P. Golin*
Elaine P. Golin
Wachtell Lipton Rosen & Katz