Robin L. Greenwald (*pro hac vice*)
Robert J. Quigley (CA Bar No. 302879)
Chantal Khalil Levy (*pro hac vice*)
Emma Dietz (*pro hac vice*)
Alicia Butler (*pro hac vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
rquigley@weitzlux.com
ckhalil@weitzlux.com
edietz@weitzlux.com
abutler@weitzlux.com

David J. Dickens (*pro hac vice*)
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Telephone: 540-672-4224
ddickens@millerfirmllc.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON MDL CO-LEAD COUNSEL AND WAVE 10 PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF OR, IN THE ALTERNATIVE, DECLARATORY RELIEF RELATED TO PROPOSED NATIONAL ROUNDUP SETTLEMENT** |
| *Jones v. Monsanto Co.,* 3:26-cv-01455 | |
| *Schramm v. Monsanto Co.*, 3:26-cv-01461 | |

Pursuant to Civil L. R. 6-1 and 6-3, MDL Co-Lead Counsel and Wave 10 Plaintiffs Jones and Schramm (collectively, "Plaintiffs") hereby respectfully move for an Order expediting the briefing and hearing schedule for Plaintiffs' contemporaneously filed Motion for Injunctive or, in the Alternative, Declaratory Relief Related to Proposed National Roundup Settlement (Motion) and for an expedited briefing schedule.

Plaintiffs' underlying Motion seeks preliminary injunctive relief or, in the alternative, declaratory relief, to preserve the status quo and protect the rights of litigants in this MDL (including cases recently transferred into the MDL and remanded from the MDL). As explained at length in Plaintiffs' accompanying Motion, Plaintiffs respectfully ask the Court for relief from a proposed nationwide Roundup class action settlement that was filed in Missouri state court on February 17 and preliminarily approved on March 4, which purports to classify certain federal Roundup plaintiffs as class members and to impose oppressive and unconstitutional obstacles on their right to opt out of that settlement. *King v. Monsanto Co.*, No. 2622-CC00325 (Cir. Ct. City of St. Louis, Mo.). The deadline to opt out of the *King* proposed settlement is June 4, 2026.

If relief is not granted before the opt out deadline, there is a significant risk of prejudice and confusion as to the rights and obligations of federal Roundup plaintiffs. As explained in the Motion, Monsanto has taken the position that plaintiffs whose rights are affected, and who reasonably would not expect to be treated as class members, include those who have filed lawsuits remanded from this Court to federal transferor courts prior to February 17, many of whom have spent tens of thousands of dollars to litigate their cases past the specific causation phase. Monsanto has also taken the position that federal plaintiffs who have filed cases before February 17 in other fora whose cases were or will be transferred to and/or consolidated into the MDL are nevertheless swept into the *King* proposed class. The risk of harm is compounded by oppressive opt-out

procedures which permit Monsanto and class counsel to "challenge" opt-outs, with no apparent way for the would-be opt-out to respond to that challenge, nor any timetable to resolve any alleged deficiency. Plaintiffs seek an order clarifying which federal Roundup plaintiffs are in or out of the class; request that the ambiguous categories not be deemed class members; and seek relief from certain oppressive features of the opt-out procedures.

Accordingly, Plaintiffs request an expedited briefing and hearing schedule. Plaintiffs request that Monsanto's opposition be due no later than **April 17, 2026**, Plaintiffs' optional reply be due no later than **April 24, 2026**, and the hearing on the Motion be scheduled for **April 30, 2026**, or at a date and time designated by the Court that would permit its decision, and any post-decision proceedings, with sufficient time before June 4, 2026.

"This Court may grant a motion to shorten time where the moving party identifies 'the substantial harm or prejudice that would occur if the Court did not change the time.'" *Noble v. Kiewit Pac. Co.*, No. C 08-00666 SI, 2008 WL 413754, at *1 (N.D. Cal. Feb. 13, 2008) (quoting Civ. L. R. 6-3(a)(3)). These requirements are met here because of the impending opt-out deadline, and the significant potential impact on federal Roundup litigants' rights and obligations if they are deemed members of the proposed state class action.

As detailed in the attached supporting declaration of Plaintiffs' counsel Robin Greenwald, pursuant to Civil L.R. 6-3(a)(2), on April 8, 2026 at 1:49 p.m. Pacific time, Plaintiffs' counsel contacted Monsanto's MDL counsel, Anthony Martinez and Brian Stekloff, by e-mail to request their position on the instant motion to shorten time, no later than 5:00 p.m. Pacific time. Monsanto's counsel have not responded to this request, although other counsel for Monsanto sent correspondence materially relevant to the Motion on behalf of Monsanto and Class Counsel, filed

therewith as Exhibit E, less than an hour after Plaintiffs' counsel requested Monsanto's position on the request to shorten time.

This is Plaintiffs' first request for a time modification as to the instant controversy in this action. Plaintiffs' requested time modification will not affect the schedule in this action.

This motion is based on the accompanying Declaration of Robin Greenwald submitted in support thereof, Plaintiffs' concurrently-filed Motion for Injunctive, or in the Alternative, Declaratory Relief Related to Proposed National Roundup Settlement, and its attendant filings, the pleadings and papers on file in this action, and such other matters as the Court may properly consider.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their motion to expedite the briefing and hearing schedule on Plaintiffs' pending Motion.

DATED: April 8, 2026

Respectfully Submitted,

/s/ *Robin L. Greenwald*
Robin L. Greenwald (*pro hac vice*)
Robert J. Quigley (CA No. 302879)
Chantal Khalil Levy (*pro hac vice*)
Emma Dietz (*pro hac vice*)
Alicia Butler (*pro hac vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
rquigley@weitzlux.com
ckhalil@weitzlux.com
edietz@weitzlux.com
abutler@weitzlux.com

*Attorneys for Plaintiffs*

-3-