Robin L. Greenwald (*pro hac vice*)
Robert J. Quigley (CA Bar No. 302879)
Chantal Khalil Levy (*pro hac vice*)
Emma Dietz (*pro hac vice*)
Alicia Butler (*pro hac vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
rquigley@weitzlux.com
ckhalil@weitzlux.com
edietz@weitzlux.com
abutler@weitzlux.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF ADMINISTRATIVE MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON MDL CO-LEAD COUNSEL AND WAVE 10 PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF OR, IN THE ALTERNATIVE, DECLARATORY RELIEF RELATED TO PROPOSED NATIONAL ROUNDUP SETTLEMENT** |
| *Jones v. Monsanto Co.,* 3:26-cv-01455 | |
| *Schramm v. Monsanto Co.,* 3:26-cv-01461 | |

## <u>DECLARATION OF ROBIN L. GREENWALD</u>

**I, Robin L. Greenwald, declare and state:**

     1.    I am an attorney at Weitz & Luxenberg, P.C. I serve as co-lead counsel in Multi-

District Litigation No. 2741, *In re: Roundup Products Liability Litigation*, Case No. 16-md-02741-

VC (N.D. Cal.) (the "Roundup MDL"), alongside The Miller Firm. I also serve as counsel of record to hundreds of individuals who have pending Roundup litigation in state court, and I have represented thousands more plaintiffs in Roundup cases that have settled.

2.    I submit this declaration in support of the administrative motion to shorten time pursuant to Civil Local Rule 6-3 of MDL Co-Lead Counsel and Wave 10 Plaintiffs Joseph Jones and Glenn Schramm (collectively, "Plaintiffs"). I submit this declaration based on my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

3.    Pursuant to Civil Local Rule 6-3, Plaintiffs respectfully request that the Court shorten the briefing and hearing schedule for Plaintiffs' concurrently filed Motion for Injunctive or, in the Alternative, Declaratory Relief Related to Proposed National Roundup Settlement. As set forth in that Motion, Plaintiffs respectfully ask the Court for relief from a proposed nationwide Roundup class action settlement that was filed in Missouri state court on February 17 and preliminarily approved on March 4, which purports to classify certain federal Roundup plaintiffs as class members and to impose oppressive and unconstitutional obstacles on their right to opt out of that settlement. *King v. Monsanto Co.*, No. 2622-CC00325 (Cir. Ct. City of St. Louis, Mo.). The deadline to opt out of the *King* proposed settlement is June 4, 2026.

4.    If relief is not granted prior to June 4, 2026, with sufficient time for any post-relief proceedings, there is a significant risk of prejudice and confusion to federal Roundup plaintiffs. By operation of the proposed class action settlement, these plaintiffs would risk being deemed members of the proposed class and forfeiting their rights to proceed with their lawsuits in federal court. The risk of harm is compounded by oppressive opt-out procedures which permit Monsanto and class counsel to "challenge" opt-outs, with no apparent way for the would-be opt-out to respond to that challenge, nor any timetable to resolve any alleged deficiency.

5.    As explained in the Motion, plaintiffs whose rights are affected, and who reasonably would not expect to be treated as class members, may include those who have have

-2-

filed lawsuits remanded from this Court to federal transferor courts prior to February 17, many of whom have spent tens of thousands of dollars to litigate their cases past the specific causation phase, as well as plaintiffs who have filed cases before February 17 in other fora whose cases were or will be transferred to and/or consolidated into the MDL. Monsanto took the position that these plaintiffs are, in fact, class members just today, April 8, after I notified them that Plaintiffs intended to proceed with filing this Motion and requested their position on the request to shorten time.

6.      Plaintiffs respectfully request that Monsanto's opposition be due no later than **April 17, 2026**, Plaintiffs' optional reply be due no later than **April 24, 2026**, and the hearing on the Motion be scheduled for **April 30, 2026,** or at a date and time designated by the Court that would permit its decision, and any post-decision proceedings, with sufficient time before June 4, 2026.

7.       On April 8, 2026 at 1:49 p.m. Pacific time, I contacted Monsanto's MDL counsel, Anthony Martinez and Brian Stekloff, by e-mail to request their position on the instant motion to shorten time, and requested their response no later than 5:00 p.m. Pacific time. Monsanto's counsel have not responded to this request, although other counsel for Monsanto sent correspondence materially relevant to the Motion on behalf of Monsanto and Class Counsel, filed therewith as Exhibit E, less than an hour after I requested Monsanto's position on the request to shorten time.

8.      This is Plaintiffs' first request for a time modification as to the instant controversy in this action. Plaintiffs' requested time modification will not affect the schedule in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2026                    Respectfully Submitted,

                                        /s/ *Robin Greenwald*

                                        Robin Greenwald, Esq.

DECL. OF ROBIN GREENWALD I/S/O ADMIN. MOT. TO SHORTEN TIME
*IN RE ROUNDUP PRODS. LIAB. LITIG.*, CASE NO: 3:16-MD-02741-VC