**PODHURST ORSECK, P.A.**
Steven C. Marks
(smarks@podhurst.com)
Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
2525 Ponce De Leon, Suite 700
Coral Gables, Florida 33134
Tel: (305) 358-2800
Fax: (305) 358-2382
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Paul Schrag v. Monsanto Company*<br>Case No. 3:22-cv-08888-VC | |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUGGESTION OF REMAND**

Monsanto's Opposition does not dispute that all Wave 9A proceedings have been completed, that all deadlines have passed, or that all motions are fully briefed. *See* Opp., MDL Dkt. No. 21949 at 1–2. Its sole basis for opposing remand is that the pending Daubert motions have not yet been decided. *Id.* Plaintiff does not dispute that those motions remain pending and that it is within this Court's sound discretion to rule on them. If the Court wishes to rule on those pending Daubert motions prior to remand, Plaintiff of course has no objection. But Plaintiff respectfully requests that this case promptly be remanded back to the transferor court—

whether before or after rulings on the pending Daubert motions—given that all other pre-trial activity has been completed.

Given that Monsanto's Opposition suggests that there remain unresolved issues of causation in this case, Plaintiff also wishes to clarify the record. In this case—unlike in many other cases that have been part of this MDL—Monsanto elected not to file a motion for summary judgment. *See* Pl.'s Mot., MDL Dkt. No. 21905 at 2. Accordingly, there is no dispute about causation squarely before this Court, and no argument squarely raised by Monsanto that this case should not proceed to trial. Typically, summary judgment on individual causation represents the final common-issue proceeding before remand. That is not the case here, which is a particular circumstance weighing in favor of Plaintiff's request for a suggestion of remand.

Of course, it is within this Court's discretion to determine when to rule on pending motions and when a suggestion of remand is appropriate. But Plaintiff respectfully submits that this case is ripe for remand, or at minimum, ripe for the Court to resolve the pending Daubert motions so that remand may promptly follow.

For the foregoing reasons, Plaintiff Paul Schrag respectfully requests that this Court enter a suggestion of remand, or in the alternative, rule on the pending Daubert motions and enter a suggestion of remand thereafter.

Dated: April 9, 2026

Respectfully submitted,

**PODHURST ORSECK, P.A.**

*<u>/s/ Pablo Rojas</u>*
Steven C. Marks
(smarks@podhurst.com)

Kristina M. Infante
(kinfante@podhurst.com)
Pablo Rojas
(projas@podhurst.com)
PODHURST ORSECK, P.A.
2525 Ponce De Leon, Suite 700
Coral Gables, Florida 33134
Tel: (305) 358-2800
Fax: (305) 358-2382
*Counsel for Plaintiff Paul Schrag*

**CERTIFICATE OF SERVICE**

I certify that on April 9, 2026, I electronically filed the foregoing document with the Clerk for the Unites States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

By: _/s/ Pablo Rojas_______________
PABLO ROJAS
*Counsel for Plaintiff Paul Schrag*