UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | **ORDER GRANTING MOTION TO SHORTEN TIME** |
| ALL ACTIONS | Re: Dkt. No. 21963 |
| *Jones v. Monsanto Co.*, 3:26-cv-01455 | |
| *Schramm v. Monsanto Co.*, 3:26-cv-01461 | |

The motion to shorten time is granted. An in-person hearing will take place Thursday, April 30 at 10 am. Any amicus briefs in support of the motion for an injunction and/or declaratory relief must be filed by April 16. No permission is necessary to file an amicus brief. Monsanto's opposition, and any amicus brief in opposition, is due by April 21. If the plaintiffs wish to file a reply, it is due April 24.

**IT IS SO ORDERED.**

Dated: April 10, 2026

VINCE CHHABRIA
United States District Judge