UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to: | Hon. Vince Chhabria |
| ALL ACTIONS | **JOINT SUBMISSION OF MONSANTO COMPANY AND LEAD PLAINTIFFS' COUNSEL UPDATE PURSUANT TO ORDER REGARDING COMPLIANCE WITH PTO NO. 332** |

Pursuant to the Order issued by the Court on April 3, 2026, Monsanto Company ("Monsanto"), through its undersigned counsel, and Lead Plaintiffs' Counsel, Robin Greenwald and David Dickens of the Plaintiffs' Steering Committee, respectfully submit this update on plaintiffs' firms' compliance with the Court's holdback requirements for the Roundup Common Benefit Trust Account ("the Fund").

**<u>Background</u>**:

This Court's previous Pretrial Orders in the Roundup MDL required all attorneys representing plaintiffs in the Roundup MDL to deposit 8% of the gross amount of any recovery, through settlement or judgment, into the Fund. *See* Pretrial Order No. 236, Dkt. No. 13192; Pretrial Order No. 287, Dkt. No. 17366. The 8% amount must come from the attorneys' fees portion of the recovery, not the client's portion. *See* Pretrial Order No. 287.

The Court entered Pretrial Order 331 on June 9, 2025, which gave plaintiffs' counsel who had not yet complied with the 8% holdback requirement a deadline of 21 days, or until June 30, 2025, to deposit the required amount into the Fund. *See* Pretrial Order No. 331, Dkt. No. 20729. On July 21, 2025, as required by Pretrial Order 331, Monsanto submitted its findings regarding plaintiffs' firms' compliance with the Court's requirement to deposit the 8% common benefit assessment into the Fund. Monsanto supplemented its findings on July 31, 2025. Monsanto's

MONSANTO COMPANY AND LEAD PLAINTIFFS' COUNSEL UPDATE PURSUANT TO
ORDER REGARDING COMPLIANCE WITH PTO NO. 332

1

submission included a list of 34 firms that failed to respond to Monsanto's e-mails, as well as a list of three firms that delivered bounce-back responses to Monsanto's e-mails.

The Court entered Pretrial Order 332 on August 1, 2025, which ordered Monsanto to call the heads of each of the 37 firms listed on Monsanto's July 31st submission. *See* Pretrial Order No. 332, Dkt. No. 20908. On August 22, 2025, Monsanto filed its findings, including its efforts to call all 37 firms, as well as a summary of the status of each firm's compliance with the Court's holdback requirements for the Fund.

The Court entered an Order Regarding Compliance with PTO No. 332 on April 3, 2026, which ordered Monsanto and Lead Plaintiffs' Counsel to provide an update on compliance with the common benefit fund requirement and a recommendation on which firms, if any, subject to Pretrial Order No. 332 (Dkt. No. 20908) that the Court should initiate sanctions proceedings against. *See* Order, Dkt. No. 21958.

**<u>Monsanto's and Lead Plaintiffs' Counsel's Findings</u>**:

As required by the Order Regarding Compliance with PTO No. 332, Monsanto and Lead Plaintiffs' Counsel hereby identify the plaintiffs' firms that have not yet complied with their holdback deposit requirements.

***<u>Non-responsive firms</u>***: The following firms did not respond to three separate e-mail communications from Monsanto counsel in April 2026, which sought information about their payment of the 8% holdback amounts for their settled MDL cases and warned them of inclusion on Monsanto's and Lead Plaintiffs' Counsel's list to the Court on April 17, 2026:

| | |
|---|---|
| 1 | Abbott Law Group, PA |
| 2 | F. Gerald Maples Law Firm |
| 3 | Hare, Wynn, Newell & Newton LLP |
| 4 | Law Offices of Kertch Conze, P.A. |
| 5 | Law Offices of Richard L. Fewell, Jr. |
| 6 | Leger & Shaw |
| 7 | Pulaski Law Firm |
| 8 | Stanley Law Firm, P.A. |

***Firms with objections***: The following firms have not paid the 8% holdback amounts based on their objections to the applicability of the Court's Pretrial Orders to their cases. Because Monsanto and Plaintiffs' Lead Counsel lack authority to adjudicate the validity of such objections, these firms are included subject to their objections, which either have been or will be presented to the Special Master:

| | |
|---|---|
| 1 | Jonathan W. Johnson, LLC |
| 2 | Law Offices of Steven Robert Lehr, PC |
| 3 | Pope McGlamry, P.C. |
| 4 | Raipher, P.C. |
| 5 | The DiLorenzo Law Firm, LLC |
| 6 | The Killian Firm, P.C. |

***Firms which have not paid yet but intend to do so***: The following firms have represented that they have not yet paid all of their 8% holdback amounts but intend to do so as soon as possible:

| | |
|---|---|
| 1 | Carazo-Quetglas Law Offices |
| 2 | Cory Watson, P.C. |
| 3 | Fadel & Beyer, LLC |
| 4 | Ifediba Law Group, P.C. |
| 5 | Law Office of Darren Wolf, P.C. |
| 6 | Mussin & Scanland, PLLC |
| 7 | Stoltze Law Group, PLC |
| 8 | Welsh & Welsh, PC |

***Firms that could not be contacted***: Monsanto received bounce-back responses when sending e-mail correspondence to the attorneys of record on the MDL docket:

| | |
|---|---|
| 1 | Smith & Alspaugh, P.C. |
| 2 | Ross Law Offices, P.C. |

MONSANTO COMPANY AND LEAD PLAINTIFFS' COUNSEL UPDATE PURSUANT TO ORDER REGARDING COMPLIANCE WITH PTO NO. 332

3

***Firms which have not yet responded substantively but intend to do so***: The following firms have represented that they will provide a response regarding their payment of the 8% holdback amounts for their settled MDL cases as soon as possible:

| | |
|---|---|
| 1 | Houssiere, Durant & Houssiere, LLP |
| 2 | Johnson, Kramer, Mulholland, Cochrane & Cochrane, P.L.C. |

**Monsanto's and Lead Plaintiffs' Counsel's Recommendations Regarding Sanctions**:

The Order Regarding Compliance with PTO No. 332 also required Monsanto and Lead Plaintiffs' Counsel to provide a recommendation on which firms, if any, subject to Pretrial Order No. 332 (Dkt. No. 20908), that the Court should initiate sanctions proceedings against.  Monsanto and Lead Plaintiffs' Counsel respectfully suggest that the Court wait a period of 30 days to allow for firms which have not yet paid but intend to do so to comply and for firms with objections to be heard.  After the 30-day period, Monsanto and Lead Plaintiffs' Counsel respectfully suggest that the Court consider issuing an Order to Show Cause against the firms that have not complied with Pretrial Order Nos. 236 and 287 prior to initiating sanctions proceedings.

DATED:  April 17, 2026

Respectfully submitted.
By: /s/ *Robin Greenwald*
Robin Greenwald
rgreenwald@weitzlux.com
WEITZ & LUXENBERG, P.C.
700 Broadway
New York NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

*/s/ David Dickens*
David Dickens
ddickens@millerfirmllc.com
THE MILLER FIRM, LLC
108 Railroad Ave
Orange VA 22960
Telephone: (540) 672 4224
Facsimile: (540) 672-3055

*Attorneys for Plaintiffs*
*/s/ Anthony R. Martinez*

MONSANTO COMPANY AND LEAD PLAINTIFFS' COUNSEL UPDATE PURSUANT TO ORDER REGARDING COMPLIANCE WITH PTO NO. 332

4

Anthony R. Martinez
amartinez@shb.com
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*/s/ Brian L. Stekloff*
Brian L. Stekloff
bstekloff@wilkinsonstekloff.com
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
2001 M St. NW 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

*Attorneys for Defendant Monsanto Company*

MONSANTO COMPANY AND LEAD PLAINTIFFS' COUNSEL UPDATE PURSUANT TO ORDER REGARDING COMPLIANCE WITH PTO NO. 332

5

**CERTIFICATE OF SERVICE**

I, Anthony R. Martinez, hereby certify that on April 17, 2026, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Anthony R. Martinez*
Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*