Eric D. Holland
**HOLLAND LAW FIRM LLC**
211 N. Broadway, Suite 2625
St. Louis, MO 63102
314-241-8111
eholland@hollandtriallawyers.com

*Lead Counsel for the Putative Missouri Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **NOTICE OF SPECIAL APPEARANCE** |
| *Jones* v. *Monsanto Co.*, 3:26-cv-01455 | |
| *Schramm* v. *Monsanto Co.*, 3:26-cv-01461 | |
| [As to ECF No. 21962 Argument Part III] | |

Please take notice that Eric D. Holland of Holland Law Firm hereby enters his special appearance in the above-captioned matter for the limited purpose of responding to the Joint Motion of MDL Co-Lead Counsel and Wave 10 Plaintiffs Jones and Schramm for Injunctive Relief or, in the Alternative, Declaratory Relief Related to Proposed National Roundup Settlement [ECF No. 21962], which seeks an injunction against Holland Law Firm LLC in its capacity as Class Counsel in *King v. Monsanto Co.*, No. 2622-CC00325 (Mo. 22nd Jud. Cir.). This appearance is limited in scope and shall not constitute a general appearance or submission to the jurisdiction of this Court for any other purpose.

Respectfully submitted,

Dated: April 22, 2026

*s/ Eric D. Holland*
Eric D. Holland
HOLLAND LAW FIRM LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102
314-241-8111
eholland@hollandtriallawyers.com

*Lead Counsel for the Putative Missouri Class*

**CERTIFICATE OF SERVICE**

I, Eric D. Holland, hereby certify that on April 22, 2026, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*s/ Eric D. Holland*
Eric D. Holland
HOLLAND LAW FIRM LLC
211 N. Broadway, Suite 2625
St. Louis, MO 63102
314-241-8111
eholland@hollandtriallawyers.com

*Lead Counsel for the Putative Missouri Class*