Corrie J. Yackulic
Corrie Yackulic Law Firm PLLC
110 Prefontaine Place South, Ste. 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Maynard Russell Axelson, individually and as the Personal Representative of The Estate of Kathleen Ann Axelson, Deceased v. Monsanto Co.*<br>Case No. 3:19-cv-06400-VC<br><br>*Barbara Zellers Culler and Timony Alan Culler, v. Monsanto Co.*<br>Case No. 3:19-cv-06401-VC<br><br>*Peter Anthony Mazzeo v. Monsanto Co.*<br>Case No. 3:19-cv-02315-VC<br><br>*Patrick Leonard Tierney and Christy Anna Tierney v. Monsanto Co.*<br>Case No. 3:19-cv-01937-VC | **MDL NO. 2741**<br><br>**Case No. 3:16-md-02741-VC**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs named above, by and through their undersigned counsel, hereby notify the Court of the voluntary dismissal, with prejudice, of the above-captioned matter (including all claims asserted by all Plaintiffs), with each party to bear their own attorneys' fees and costs.

//

//

Dated this 23rd day of April, 2026.

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic, WSBA No. 16063
110 Prefontaine Place South, Ste. 304
Seattle, WA 98104
Tel. 206.787.1915
corrie@cjylaw.com

*Attorney for Plaintiffs*

**HOLD BACK CERTIFICATION**

Counsel for Plaintiff has read Pretrial Order No 236, ECF 13192, and hereby certifies she has complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiff hereby certifies that the 8% hold back of the gross recovery has been sent to the Common Benefit Fund. Counsel for Plaintiff further certifies that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their client's portion.

Dated this 23rd day of April, 2026.

CORRIE YACKULIC LAW FIRM, PLLC

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic, WSBA No. 16063
110 Prefontaine Place South, Ste. 304
Seattle, WA 98104
Tel. 206.787.1915
corrie@cjylaw.com

*Attorney for Plaintiffs*



CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725