UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

**TRANSCRIPT ORDER**
**Please use one form per court reporter.**
***CJA counsel please use Form CJA24***
*Please read instructions on next page.*

COURT USE ONLY
**DUE DATE:**

1a. CONTACT PERSON FOR THIS ORDER: Hanna Novak

2a. CONTACT PHONE NUMBER: (313) 489-3064

3. CONTACT EMAIL ADDRESS: hnovak@weitzlux.com

1b. ATTORNEY NAME (if different): Robin Greenwald

2b. ATTORNEY PHONE NUMBER: (212) 558-5802

3. ATTORNEY EMAIL ADDRESS: rgreenwald@weitzlux.com

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003

5. CASE NAME: In Re: Roundup Products Liability Litigation

6. CASE NUMBER: 3:16-md-2741

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR
Kendra Steppler

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL ☑ CIVIL CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/2026 | VC | Motion | Full Hearing | ● | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE /s/ Robin Greenwald

12. DATE 05/01/2026

Clear Form

Save as new PDF