UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No.  16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS<br><br>*Jones v. Monsanto Co.*, 3:26-cv-01455<br><br>*Schramm v. Monsanto Co*., 3:26-cv-01461 | **ORDER DENYING MOTION FOR INJUNCTIVE OR DECLARATORY RELIEF**<br><br>Re: Dkt. No. 21962 |

As discussed at the April 30, 2026, hearing, the settlement agreement in Missouri state court raises many substantive and procedural concerns. But those concerns alone do not give this Court authority to enjoin the state court proceedings or to issue declaratory relief. The agreement, even if it were to receive final approval from the state trial court and then somehow survive appellate review, would not prevent this Court from exercising its authority over the cases in this federal MDL. At that point, current or future plaintiffs in this MDL will be free to contend that the settlement does not bind them. Accordingly, the motion for an injunction relating to the state court proceedings or for a declaration regarding their validity is denied.

**IT IS SO ORDERED.**

Dated: May 6, 2026

_____

VINCE CHHABRIA
United States District Judge