UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Dressel v. Monsanto Co.*,<br>Case No. 3:25-cv-10883-VC | **ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 21917 |

The Motion for Reconsideration of the plaintiff's Application for Attorneys' Fees and Costs in the above-captioned case is denied.

**IT IS SO ORDERED.**

Dated: May 14, 2026

_____

VINCE CHHABRIA
United States District Judge