UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA FOR DOCUMENTS TO SHEET METAL WORKER,<br><br>Petitioner. | Case No.  26-mc-80155-SK<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Vince Chhabria to determine whether it is related to *In re: Roundup Products Liability Litigation*, Case No. 3:16-md-02741.

**IT IS SO ORDERED**.

Dated: May 18, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California