**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case Nos.: 3:16-md-02741-VC |
| ALL ACTIONS | **PLAINTIFFS' CO-LEAD COUNSEL STATUS REPORT** |

Plaintiffs' Co-Lead Counsel respectfully submits the following update to the Court:

On May 22, 2026, Objector Defendants of the proposed King class settlement filed a Notice of Removal from the Circuit Court of the City of St. Louis, Missouri, to the United States District Court for the Eastern District of Missouri.  Counsel for the Objector Defendants also filed a notice of tag-along action with the Judicial Panel on Multidistrict Litigation.  A copy of the Notice of Removal is attached hereto as Ex. 1.

Dated: May 22, 2026

Respectfully submitted,

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003

/s/ David Dickens
David Dickens
ddickens@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave
Orange, VA 22960

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May 2026, a copy of the foregoing was filed with the Clerk of the Court through CM/ ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin Greenwald*