**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**


**RELATED CASE ORDER**


A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to case

16-md-02741-VC
In re Roundup Products Liability Litigation

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.

| Case | Title | Related | Not Related |
|------|-------|---------|-------------|
| 26-mc-80155-SK | In Re Subpoena For Documents To Sheet Metal Workers' National Pension Fund | VC | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. A supplemental brief in opposition to the motion to quash, not to exceed 10 pages, is due 14 days from this order. A supplemental brief in support of the motion to quash, also not to exceed 10 pages, is due 21 days from this order. A zoom hearing on the motion to quash will take place Thursday, July 9 at 2pm.


Dated: June 4, 2026                    By: _____

                                          Vince Chhabria
                                          United States District Judge