**SHOOK, HARDY & BACON L.L.P.**
Ryan S. Killian
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:     (713) 227-8008
Facsimile:     (713) 227-9508
Email: rkillian@shb.com

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Molly Waldrop v. Monsanto Co.*,<br>Case No. *3:20-cv-08798-VC*. | **MONSANTO COMPANY'S MOTION TO DISMISS FOR CONTINUED FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 240** |

Defendant Monsanto Company ("Monsanto") moves for an order dismissing Plaintiff Molly Waldrop's claims with prejudice based on her continued failure to comply with Pretrial Order No. 240 ("PTO 240").

## PROCEDURAL HISTORY

Plaintiff filed this case in state court on August 25, 2020. (*See* Dkt. No. 1-5.) Monsanto removed the case to federal court, and it was transferred into this MDL proceeding on December 11, 2020. (*See* Dkt. Nos. 1, 5). On July 23, 2021, this Court entered PTO 240, which "requires every plaintiff in this MDL to participate in Special Master Ken Feinberg's settlement program." (*See* Dkt. No. 6 (Order Dismissing Cases with Prejudice for Failure to Comply with Pretrial Order No. 240); *see also* Case No. 3:16-md-02741-VC, Dkt. No. 13323 (PTO 240).)

Plaintiff did not comply with PTO 240. On October 2, 2023, this Court warned various plaintiffs, including Plaintiff here, of impending dismissal for failure to comply with PTO 240. (*See*

DEFENDANT'S MOTION TO DISMISS FOR CONTINUED FAILURE TO COMPLY WITH
PRETRIAL ORDER NO. 240
*3:20-cv-08798-VC*

Case No. 3:16-md-02741-VC, Dkt. No. 17336). Plaintiff took no action. On November 6, 2023, the Court dismissed this case with prejudice for failure to comply with PTO 240. (*See* Case No. 3:16-md-02741-VC, Dkt. No. 17469).

More than five months later, on April 23, 2024, Plaintiff moved for an order setting aside the dismissal, claiming mistake, inadvertence, or excusable neglect. (Dkt. No. 7). Monsanto opposed the motion. (Dkt. No. 8.) The Court granted Plaintiff's motion on May 24, 2024, reinstating this case and stating it would "allow the moving plaintiff ***one last chance to*** comply with the Court's orders." (Dkt. No. 9 (emphasis added).)

More than two years have passed since then, and Monsanto is informed and believes that Plaintiff has *still* not complied with PTO 240.

**ARGUMENT**

Dismissal with prejudice is warranted under Rule 41(b), PTO 240, and this Court's October 2, 2023; November 6, 2023; and May 24, 2024 orders. Monsanto will not belabor the point. The Court has already recognized and exercised its authority to dismiss cases with prejudice based on non-compliance with PTO 240. It exercised that authority in this very case. (*See* Dkt. No. 6.) And when reinstating this case, the Court told Plaintiff it was giving her "***one last chance*** to comply with the Court's orders." (Dkt. No. 9 at 1 (emphasis added).) That was well over two years ago. And yet Plaintiff has persisted in the same non-compliance of PTO 240 that led to the original dismissal. The Court should again dismiss this case with prejudice.

The Court's November 6, 2023 dismissal order cited Rule 41(b) as the basis for dismissal. That Rule indeed applies:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits.

Fed. R. Civ. P. 41(b).

Dismissal is authorized by Rule 41(b) because Plaintiff has persisted in violating PTO 240.

2

## CONCLUSION

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above-captioned case with prejudice.

DATED:  June 23, 2026

Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**
*/s/ Ryan S. Killian*
SHOOK, HARDY & BACON L.L.P.
Ryan S. Killian
600 Travis Street, Suite 3400
Houston, TX 77002-2026
Telephone:(713) 227-8008
Facsimile: (713) 227-9508
Email:      rkillian@shb.com

*Attorney for Defendant*
*Monsanto Company*

3

DEFENDANT'S MOTION TO DISMISS FOR CONTINUED FAILURE TO COMPLY WITH
PRETRIAL ORDER NO. 240
*3:20-cv-08798-VC*

## CERTIFICATE OF SERVICE

I, Ryan S. Killian, hereby certify that on June 23, 2026, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Ryan S. Killian

Ryan S. Killian

SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*

DEFENDANT'S MOTION TO DISMISS FOR CONTINUED FAILURE TO COMPLY WITH
PRETRIAL ORDER NO. 240
*3:20-cv-08798-VC*