Michael G. Stag, Esq.
Merritt Cunningham, Esq.
STAG LIUZZA, LLC
365 Canal Street, #2850
New Orleans, LA 70130
P: (504) 593-9600
F: (504) 383-9346

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-md-02741-VC |
| Nancy Bihm On Behalf of Minor Guidry 1 and Minor Guidry 2, Individually, and on behalf of Courtney Guidry, deceased v. Monsanto Co., | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY** |
| Case No. 3:19-cv-05292-VC | |

The Motion to Substitute Party Gavin Paul Guidry as Plaintiff in Proper Person having come before this Court, and good cause appearing:

**IT IS HEREBY ORDERED** that Gavin Paul Guidry is substituted as the Plaintiff "Minor Guidry 1" in this action. The appointment of Nancy Bihm as Guardian ad Litem for Minor Guidry 1 is hereby terminated. The clerk of the Court is directed to amend the official caption of this case to reflect Gavin Paul Guidry as the Plaintiff for "Minor Guidry 1." Nancy Bihm shall continue as Guardian ad Litem for Minor Guidry 2.

Dated: June 29, 2026

UNITED STATES DISTRICT JUDGE