UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.  16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **ORDER ON JOINT CASE MANAGEMENT STATEMENT**<br><br>Re: Dkt. No. 22226 |

The case management statement submitted by the parties is unsatisfying. The parties are ordered to submit a supplemental case management statement that addresses (at least) the following questions:

- Going by wave, which of the pending cases purport to assert claims for anything other than failure to warn, and which do not? For this exercise, the case should be listed as asserting a claim for something other than failure to warn even if Monsanto takes the view that the claim is really a failure to warn claim in disguise.

- Regarding Monsanto's suggestion that the MDL be closed, the Court will of course defer to the JPML. But in the meantime, the parties should be prepared to plow ahead. It appears that the next step will involve determining whether any state law claims may be pursued in the wake of *Durnell*. What process do the parties propose using to make that determination?

- Is it possible that the answer to the above question will vary depending on the law of a particular state? *See*, *e.g.*, PTO 159 (discussing the "amoeba-like quality" of design defect claims under California law). If so, how should the process for deciding whether any state law claims may go forward account for differences in state law?

- What should the Court do with the pending *Daubert* motions or motions for summary judgment on causation grounds? Should they be denied without prejudice to re-raising them, if necessary, after sorting out whether any cases can proceed in the wake of *Durnell*?

The supplemental case management statement is due Wednesday, July 8. The case management conference is continued to Thursday, July 9 at 2 pm, to coincide with the hearing on the motion to quash the subpoena.

**IT IS SO ORDERED.**

Dated: July 6, 2026

_____
VINCE CHHABRIA
United States District Judge