# EXHIBIT 1

| Case name | Case number | State of Residence | Design defect | Negligence | Express warranty | Implied warranty | Other |
|---|---|---|---|---|---|---|---|
| Reid v. Monsanto | 1:22-cv-462 (MD NC) | NC | X | X | X | X | |
| Gebo v. Monsanto | No. 16-860 (MD Fl.) | FL | X | X | | | |
| Godsey v. Monsanto | No. 18-266 (SD Tx) | TX | X | X | X | X | |
| Green v. Monsanto | No. 23-C-06864-S6 (Ga.) | GA | X | X | | X | |
| Roberts v. Monsanto | 3:24-CV-02055 (ND CA) | CA | X | | | | |
| Rodgers v. Monsanto | SX-2021-CV-00065 (Sup. Ct. Virgin Islands) | VI (Virgin Islands) | X | X | | X | |
| Grubb v. Monsanto | 20-1173 (WD OK) | OK | X | X | | X | Gross Negligence |
| Rowland v. Monsanto | 3:19-cv-1025 (ND OH) | OH | X | X | | X | Ohio Consumer Sales Practices Act |
| Kos v. Monsanto | 3:16-md-02741-VC (N.D. Cal) | ID | X | X | X | X | Fraud/Misrepresentation &Suppression; Loss of Consortium; Wrongful Death |
| Sinclair v. Monsanto | 3:16-md-02741-VC (N.D. Cal) | ID | X | X | X | X | Fraud/Misrepresentation &Suppression; Loss of Consortium; Wrongful Death |
| Anndrzejczak v. Monsanto | 3:20-cv-03013 (D. NJ) | NJ | X | X | | X | New Jersey Products Liability Act |
| Rufty v. Monsanto | 2024CV0111 (Wood Cty. Ohio) | OH | X | X | | X | Ohio Consumer Sales Practices Act |
| Hendrickson v. Monsanto | 22-5932 (WD Wa.) | WA | | | | X | Washington Protect Liability Act; Washington Consumer Protection Act |
| Ruiz v. Monsanto | 1:22-cv-00771 (WD TX) | TX | X | X | | X | |
| Grillo v. Monsanto | 2:20-cv-02712 (E.D. NY) | NY | X | X | | X | |
| Sanders v. Monsanto, et al. | DV-41-2021-0000348 (Ravalli Cty. Mont.) | MT | X | X | | | Negligent Misrepresentation;  Consumer Protection Act |
| Dimaggio v. Monsanto | 3:20-cv-07725 (D. NJ) | NJ | X | X | | X | New Jersey Products Liability Act |
| Savage v. Monsanto | 1:25-cv-00728 (ND IL) | IL | X | X | X | X | Illinois Consumer Fraud Act |
| Beyer v. Monsanto | 2:20-cv-07729 (D. NJ) | NJ | X | X | | X |  New Jersey Products Liability Act |
| Howell v. Monsanto | 20-270 (WD NC) | NC | X | X | | | |
| Schmalzbauer v. Monsanto | 0:25-cv-02178 (D. Minn.) | MN | X | X | X | X | Negligent Misrepresentation and/or Fraud, Minnesota Consumer Fraud & Deceptive Trade Practices Law, Minnesota False Statements in Advertising Act |
| Loring v. Monsanto | 3:20-cv-07722 (D. NJ) | NJ | X | X | | X | New Jersey Products Liability Act |

| Case | Court | State | | | | | Claims |
|---|---|---|---|---|---|---|---|
| Shrag v. Monsanto, et al. | 160930148 (Miami-Dade Cty. Fla.) | FL | X | X | | | Fraudulent Misrepresentation; Negligent Misrepresentation |
| Eilmes v. Monsanto | 19-271 (ED Wa.) | WA | | | | x | Washington Protect Liability Act; Washington Consumer Protection Act |
| Faschingbauer v. Monsanto | 17-3202 (WD Wis.) | WI | X | X | X | X | |
| Finneman v. Monsanto | 18-7021 (ED Mo.) | SD | X | X | X | X | |
| Gibson v. Monsanto | 4:20-cv-00261-RP-SBJ (S.D. Iowa) | IA | X | X | | X | |
| Stroh v. Monsanto | 6:20-cv-02066 (N.D. Iowa) | IA | X | X | | X | |
| Glassman v. Monsanto | 19-62607 (SD Fl.) | FL | X | X | | | Fraud, Misrepresentation, and Suppression |
| Golling v. Monsanto | 23-5464 (WD Wa.) | WA | | | | X | Washington Protect Liability Act; Washington Consumer Protection Act |
| Gomez v. Monsanto | CACE-23-1481 (Broward Cnty, Fl) | FL | X | | | | Negligent Design; Negligent Failure to Warn; Loss of Consortium |
| Roberts v. Monsanto | (STL County) | IN | X | X | X | X | Defective Manufacture;  Missouri Merchandizing Practice Act |
| Sawyer v. Monsanto | 4:20-cv-00342-RGE-HCA (S.D. Iowa) | IA | X | X | | X | |
| Setzer v. Monsanto | 3:17-cv-03448 (ND OH) | OH | X | X | X | X | |
| Harrison v. Monsanto | 21-109 (ED OK) | OK | X | X | | X | Gross Negligence |
| Hayden v. Monsanto | 19-5739 (WD Wa.) | WA | | | | X | Washington Protect Liability Act; Washington Consumer Protection Act |
| Holliday v. Monsanto | 19-891 (ND Oh.) | OH | X | X | X | X | Fraudulent / Negligent Misrepresentation |
| Iona v. Monsanto | 20-60313 (SD Fl.) | FL | X | X | | | Fraud, Misrepresentation, and Suppression |
| Ginkel v. Monsanto | 21-20718 (DNJ) | NJ | X | X | | X | New Jersey Products Liability Act |
| Shedd v. Monsanto | 3:20-cv-311 (SD MISS) | MS | X | X | X | X | |
| Gordon v. Monsanto | 19-5200 (Maricopa Cnty, AZ) | AZ | X | X | | | |
| Smith, Christopher v. Monsanto | 1:24-cv-1050 (WD TX) | TX | X | X | | X | |
| Hinton v. Monsanto | 24-1510 (WD La.) | LA | | X | X | X | Louisiana Products Liability Act; Fraud; Louisiana Unfair Trade Practices Act |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Holmes v. Monsanto | 20-60596 (SD Fla.) | FL | X | X | | | Fraud, Misrepresentation, and Suppression |
| Garrett v. Monsanto | 4:20-cv-00344-CRW-SBJ (S.D. Iowa) | IA | X | X | | X | |
| Smith, Thomas | 4:20-cv-4170 (D SD) | SD | X | X | X | X | |
| Waldrop v. Monsanto | 452nd Judicial Cir. for Menard County Texas | TX | X | X | X | X | |
| Elkins v. Monsanto | 26-471 (ED Mo.) | AL | X | X | X | X | |
| Bernice Justice, individually and on behalf of The Estate of Randolph Justice v. Monsanto | 25PL07-0294 (Knox County Court of Common Pleas) | OH | X | X | | X | Ohio Consumer Sales Practices Act |
| Antoinetta Delviscovo v. Monsanto | 1:26-cv-11059-WGY (MA USDC) | MA | X | X | | | |
| Gerald Hietala v. Monsanto | 4:26-cv-310 (ED of MO) | CO | X | X | X | X | |
| William Duncan v. Monsanto | 4:26-cv-00351 (ED of MO) | PA | X | X | X | X | |
| Monty Harper V. Monsanto | 4:26-cv-00353 (ED of MO) | AK | X | X | X | X | |
| Dietrick Willis v. Monsanto | 5:26-cv-00783 (WD of LA) | LA | X | X | X | | Louisiana Products Liability Act; Unfair Trade Practices and Consumer Protection Law |
| Thomas Freeman, JR. v. Monsanto | 2:26-cv-00534-GGG-MBN (ED of LA) | LA | X | X | X | | Louisiana Products Liabilty Act; Unfair Trade Practices and Consumer Protection Law |
| Joyce Perrone, Individually and on behalf of Robert Perrone v. Monsanto | 2:26-cv-00531 (ED of LA) | LA | X | X | X | | Louisiana Products Liabilty Act; Unfair Trade Practices and Consumer Protection Law |
| Judy Morris v. Monsanto | 2:26-cv-00532 (ED of LA) | LA | X | X | X | | Louisiana Products Liabilty Act; Unfair Trade Practices and Consumer Protection Law |
| Terry Cora v. Monsanto | 4:26-cv-00362 (ED of MO) | IN | X | X | X | X | Louisiana Products Liabilty Act; Unfair Trade Practices and Consumer Protection Law |
| Amy Waller v. Monsanto | 2:26-cv-00544 (ED of LA) | LA | X | X | X | | Louisiana Products Liabilty Act; Unfair Trade Practices and Consumer Protection Law |
| Gail Jemison v. Monsanto | 2:26-cv-00540 (ED of LA) | LA | X | X | X | | Louisiana Products Liabilty Act; Unfair Trade Practices and Consumer Protection Law |

| Case | Case No. | State | | | | | Claims |
|---|---|---|---|---|---|---|---|
| Michael Sullivan v. Monsanto | 3:26-cv-00259-SDD-SDJ (MD of LA) | LA | X | X | X | | Louisiana Products Liabilty Act; Unfair Trade Practices and Consumer Protection Law |
| Octavio Montalva v. Monsanto | 4:26-cv-00390 (ED of MO) | FL | X | X | X | X | |
| Cheryl Dunn v. Monsanto | 0:26-cv-01962-JWB-LIB (USDC of MN) | MN | X | X | X | X | Minnesota Consumer Fraud & Deceptive Trade Practice Act; Minnesota False Statements in Advertising Act |
| Randy Hagenberg v. Monsanto | 4:26-cv-00395 (ED of MO) | RI | X | X | X | X | |
| Herbert Krieger v. Monsanto | 0:26-cv-01960 (USDC of MN) | MN | X | X | X | X | Minnesota Consumer Fraud & Deceptive Trade Practice Act;  Minnesota False Statements in Advertising Act |
| Linda Nelson v. Monsanto | 0:26-cv-01958-KMM-LIB (USDC of MN) | MN | X | X | X | X | Minnesota Consumer Fraud & Deceptive Trade Practice Act; Minnesota False Statements in Advertising Act |
| Jerome Pivec v. Monsanto | 0:26-cv-01956-NEB-JFD (USDC of MN) | MN | X | X | X | X | Violation of Minnesota Consumer Fraud & Deceptive Trade Practice Laws, 8 COA-Violation of MN False Statements in Advertising Act |
| Erik Rusley v. Monsanto | 0:26-cv-01955-NEB-JFD (USDC of MN) | MN | X | X | X | X | Violation of Minnesota Consumer Fraud & Deceptive Trade Practice Laws, 8 COA-Violation of MN False Statements in Advertising Act |
| Richard Greene v. Monsanto | 4:26-cv-00644 (USDC ED of MO) | AL | X | X | X | X | |
| Harold Bagley v. Monsanto | 3:26-cv-00465-EWD-SDJ (USDC, MD of LA) | LA | X | X | X | | Louisiana Products Liabilty Act; Unfair Trade Practices and Consumer Protection Act |
| Joshua Sharlin v. Monsanto | 1:26-cv-01713-GLR (USDC-D of MD) | MD | X | X | | X | Maryland Consumer Sales Practices Act |
| Sorrell v. Monsanto | 5:22-cv-00168 (ED NC) | NC | X | X | X | X | Negligent Misrepresentation and/or Fraud, Unfair and Deceptive Trade Practices |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Block v. Monsanto | 26-2120 (D. Minn.) | MN | X | X | X | X | Negligent Misrepresentation and/or Fraud; Minnesota Consumer Fraud & Deceptive Trade Practices Laws; Minnesota False Statements in Advertising Act |
| Darlene Rene Moreno, Individually, and as Anticipated Personal Representative of Estate of Robert Jacob Ochoa v. Monsanto Company, et al | CIVSB2424116 (CA, San Bernardino County) | CA | X | X | X | X | |
| Shery Snipes, as personal Representative of the Estate of George Snipes vs. Monsanto Company, Bayer Corporation, Orlando Ace Hardware | N/A Filing Number: 208508216 E-Filed 10/08/2024, Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida | FL | X | X | | | |
| Frederick Sacco v. Monsanto Company | 4:24-cv-01356 (ED of MO, Eastern Division) | DE | X | X | X | X | |
| Brandi Jernkins v. Monsanto Company | 2:25-cv-02131 (DC for the Western District of TN) | TN | X | X | | | |
| Frank Chisholm v. Monsanto Company | 3:25-cv-00486-K (ND of TX, Dallas Division) | TX | X | X | X | X | |
| Gary Engel v. Monsanto | 2:25-cv-10922 (ED of MI) | MI | X (combined with Negligence) | X (combined with design defect) | X | X | |
| Howard Teitelbaum v. Monsanto Company | 3:25-cv-02826-GC-RLS (DC of NJ) | NJ | X | X | X | X | |
| Donna Brown v. Monsanto Company | 4:25-cv-00601 (ED of MO, Eastern Division) | MI | X | X | X | X | |
| Candice Cashen v. Monsanto Company | 4:25-cv-00515 (ED of TX) | TX | X | X | X | X | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Briann Emery, as a Personal Representative of the Estate of Robert Rae, III v. Monsanto Company | 25-CA-149 (Circuit Court of the 4th Judicial Circuit in and for Nassau County, Florida) | FL | X | X | | | |
| Kevin Hamblin v. Monsanto Company | 4:25-cv-00779 (ED of MO) | CO | X | X | X | X | |
| Lynne Reul v. Monsanto Company | 0:25-cv-02280 (DC of MI) | MN | X | X | X | X | Minnesota Consumer Fraud and Deceptive Trade Practices Act; Minnesota False Statements in Advsertising Act |
| Douglas D. Dougherty and Sara Dougherty vs. Monsanto Company, Bayer Corporation, Bayer US LLC and Bayer Crop Science LP | CJ-2025-3802 (OK, Oklahoma County) | OK | X | X | | | |
| Kym Hough vs. Monsanto Company, Wilbur-Ellis Company LLC, Wilbur-Ellis Nitrition, LLC, and DOES 1-100 | 25CV001196 (CA, Napa County) | CA | X | X | | | |
| Richard Dahl and Tammy Dahl v. Monsanto Company | 0:25-cv-02565 (DC of MI) | MN | X | X | X | X | Minnesota Consumer Fraud and Deceptive Trade Practices Act; Minnesota False Statements in Advsertising Act |
| Larry A. Keep, trustee for the heirs and next-of-kin of Mary Keep, v. Monsanto Company | 0:25-cv-02928 (DC of MI) | MN | X | X | | | |
| David Thomas Chubb v. Monsanto Company | 4:25-cv-1139 (ED of MO) | SC | X | X | X | X | |
| Benton Foust v. Monsanto Company | 4:25-cv-1137 (ED of MO) | KY | X | X | X | X | |
| Otto Hoogendyk v. Monsanto Company | CV-25-55-H-JTJ (District of Montana Helena Division) | MT | X | X | X | X | |

| Case | Number | State | | | | | Additional Claims |
|---|---|---|---|---|---|---|---|
| Dennis Hasbrouck and Shirley Hasbrouck v. Monsanto Company | 0:25-cv-03265 (DC of MI) | MN | X | X | X | X | |
| Ruthann McHugh v. Monsanto Company | 4:26-cv-00526 (ED of MO) | MA | X | X | X | X | |
| Richard Selhaver v. Monsanto Company | 4:26-cv-00517 (ED of MO, Eastern Division) | MN | X | X | X | X | |
| Harry Myers v. Monsanto Company | 4:26-cv-00522 (ED of MO, Eastern Division) | PA | X | X | X | X | |
| Huggler v. Monsanto | 26-542 (ED Wis.) | WI | X | X | | X | Wisconsin Statute sec. 100.18 (misleading advertising) |
| Thompson v. Monsanto | 0:20-cv-62046 (SD FL) | FL | X | X | | | Fraud, Misrepresentation and Suppression |
| Villalobos v. Monsanto, et al. | 11-2024-CA-000211-0001 (Collier Cty. Fl.) | FL | X | X | | X | |
| Weil v. Monsanto | 1:24-cv-13076 (ND IL) | IL | X | X | X | X | Fraud, Misrepresentation and Suppression |
| Emory Moreland, Jr, v. Monsanto | 2:20-cv-24 (S.D. Ga.) | GA | X | X | | X | |
| Craig Norther and Nancy Norther, his spouse, v. Monsanto | 1:24-cv-01227 (W.D.N.Y.) | NY | X | X | | X | New York Unfair Practices Act, General Business Law Section 349 |
| Catherine A. Perry v. Monsanto; and Bayer AG | G-4801-CI-0202003824-000 (Lucas County Clerk of the Court of Common Pleas-OH) | OH | X | X | | X | Ohio Consumer Sales Practices Act |
| Paula Pinheiro v. Monsanto; and Bayer Corporation | CV2020-055351 (Arizona Superior Court of Maricopa) | AZ | X | X | | | |
| Robert Jashinsky v. Monsanto | 2:23-cv-09729 (C.D. Cal.) | AZ, CA | X | X (has negligence and seperately negligent deisgn) | | x (mentioned | Unfair and Deceptive Trade Practices |

| Case | Case Number | State | | | | | |
|---|---|---|---|---|---|---|---|
| Erik A. Karl and Julie Karl v. Monsanto | 1:24-cv-02985-ABA (D. Md.) | MD | X | X | | | |
| Marcel Ledet v. Monsanto | 858602 (Parish of Jefferson-LA) | LA | X | | X | X | |
| Robert and Susan Levy v. Monsanto | 0:21-cv-61672-WPD (S.D. Fla) | FL | X | X | | | |
| Amy Lloyd v. Monsanto | 0:25-cv-0240 (D. Minn) | MN | X | X | X | X | Minnesota Consumer Fraud & Deceptive Trade Practices Act; Minnesota False Statements in Advertising Act |
| Edwin Loureiro v. Monsanto | 1:25-cv-00115-LMB-WBP (E.D. Va) | VA | X | X | X | X | Virginia Consumer Protection Act |
| Stephanie Marrone v. Monsanto | 2:23-cv-20361 (D.N.J) | NJ | X | X | | X | New Jersey Products Liability Act |
| Thomas Mathis v. Monsanto | 0:25-cv-01324 (D. Minn) | MN | X | X | X | X | Minnesota Consumer Fraud & Deceptive Trade Practices Act;  Minnesota false statements in Advertising Act |
| ARIANA LOPEZ, individually and as the successor in interest to the Estate of Estela Moreno, GERADO LOPEZ-MORENO, and OMAR ALONSO HERNANDEZ, v. Monsanto | 2:23-cv-01988 (C.D. Cal.) | CA | X | | X | X | |
| Mark Proctor and Lois L. Proctor v. Monsanto | 0:20-cv-62450-XXX (S.D. Fla.) | FL | X | X | | | |
| Sherry Khadavi Bral, individually and as personal representative of Arash Alex Khadavi, v. Monsanto | 24SMCV01277 (Superior Court of the State of California, County of Los Angeles) | CA | X | X | X | X | |
| Arthur J. King, Jr., and Veronique L. Horne-King, v. Monsanto | 3:21-cv-09294-VC (N.D. Ga.) | GA | X | | | X | |

| Case | Case Number | State | | | | | Other Claims |
|---|---|---|---|---|---|---|---|
| Eduino N. Pinheiro v. Monsanto | CV2020-055746 (Arizona Superior Court of Maricopa) | AZ | X | X | | | |
| Kathleen Jackson as Personal Representative of the Estate of Eddie Ray Jackson, deceased | 8:23-cv-515 (M.D. Fla.) | FL | X | X | X | X | |
| Yolnda M. Johnson and Joel Johnson, v. Monsanto | 4:25-cv-00172-AW-MAF (N.D. Fla.) | FL | X | X | | X | |
| Steven A. Miller, v. Monsanto | 5:25-cv-00044 (N.D. Fla.) | FL | X | X | | X | |
| Joanne Chesney v. Monsanto | 4:26-cv-00509-ZMB (E.D. Mo.) | PA | X | X | X | X | |
| Jesus Escalante v. Monsanto | 4:26-cv-00483-RWS (E.D. Mo.) | CA | X | X | X | X | |
| Eric Clarkson v. Monsanto | 4:26-cv-00501-JMB (E.D. Mo.) | OH | X | X | X | X | |
| Williams v. Monsanto | 3:20-cv-04758-VC (D SC) | SC | X | X | X | X | Unfair Trade Practices Act |
| Wistinghausen v. Monsanto | 3:19-cv-02661 (ND OH)Ohio | OH | X | X | | X | Ohio Consumer Sales Practices Act |
| Manaseri v. Monsanto | 2:26-cv-01132 (ED LA) | LA | X | X | X | | Louisiana Products Liability Act; Fraud, Misrepresentation and Suppression;  Unfair Trade Practices and Consumer Protection Act |
| Tomion v. Monsanto | 1:22-cv-00093 (W.D. NY) | NY | X | X | X | X | |
| Knudson v. Monsanto | 4:26-cv-00641 (ED Mo) | CA | X | X | X | X | |
| Lasseter v. Monsanto | 4:26-cv-00648 (ED Mo) | TX | X | X | | X | |
| Ramos v. Monsanto | 0:22-cv-03179-JRT-ECW (D. Minn) | TX | X | X | | X | |
| Azuero v. Monsanto & Ace Hardware | 11th Judicial Cir. in Miami-dade County | FL | X | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Larmon v. Monsanto & Growers Hardware Co. | Filing No.: 193623341 (12th judical cir. for Manatee County, Fl) | FL | X | X | X | X | |
| Wood v. Monsanto | 3:22-cv-01093-G (N.D. Texas) | TX | X | X | X | X | |
| Young v. Monsanto | 6:18-cv-00067-MDL (D. South Carolina) | SC | X | X | | X | |
| Zenz v. Monsanto | 23CV0012 (Henry Common Please Court, Henry County Ohio) | OH | X | X | | X | Ohio Consumer Sales Practices Act |
| Beverly Bray v. Monsanto | 3:19-cv-5060 (N.D. of CA) | IA | X | X | X | X | |
| Jason Gannon v. Monsanto | 19204587-32 (Superior Court State of WA) | WA | X | X | X | X | Washington Consumer Protection Act |
| Kevin Mee v. Monsanto | 4:20-cv-00031 (District of ID) | ID | X | X | X | X | |
| Johnetta Scheh OBO Donald Scheh, deceased, and Troy Schech v. Monsanto and Bayer AG | 4:20-cv-00451 (S.D. of TX) | TX | X | X | | X | |
| Darin Polsley v. Monsanto, Orchard Supply Hardware Stores | 3:20-7107 (State Court of CA County of Contra Costa) | CA | X | X | | X | |
| Augustus Abel OBO Sandra Abel v. Monsanto & Bayer AG | 3:21-cv-07124 (case no. under Chhabria) (originated in DE court of common pleas) | OH | X | X | | X | Ohio Consumer Sales PRactices Act |
| George T. and Helen Aldoupolis v. Monsanto | 1:20-cv-10542 (District of MA) | MA | | X | | X | Fraud, Misrepresentation & Supression |
| Jean Belfluer and Yva Paul v. Monsanto | 2:20-cv-00011 (District of FL) | FL | X | X | | | |
| Sharon Berendfeld v. Monsanto | 0:18-cv-60255 (S.D. of FL) | FL | X | X | | | Fraud, Misrepresentation & Supression |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| David Booth v. Monsanto | 20CVOO47 (Henry County Court of Common Pleas) | OH | X | X | | X | Ohio Consumer Sales Practices Act |
| Carl Bradford III and Jaime Hutchinson v. Monsanto, Wibur Ellis Co. LLC, Norcal Retailer Geoup Inc. DBA Pacific Ace Hardware, Crown Hardware, Inc., DBA Dixon Ace Hardware | CGC-24-612604 (State of CA County of San Francisco) | | X | X | X | X | |
| Mendel and Pamela Brookner v. Monsanto | 0:23-cv-61067 (S.D. of FL) | FL | X | X | | X | Florida Unfair & Deceptive Trade Practices Act |
| William Coley Brown v. Monsanto | 3:24-cv-03836 (District of South Carolina) | FL | X | X | X | X | Unfair Trade Practices Act |
| Michael J. Burton v. Monsanto, Wilbur Ellis Co. LLC, Wilbur Ellis Nutrition LLC, New Home Depot Product Authority LLC, Does 1-100 | 30-2024-01389300-CU-PL-CXC (State of CA County of Orange) | CA | X | X | X | X | |
| Krisztina and Raymond Campbell v. Monsanto | _0:25-cv-00868 (District of MN) | MN | X | X | X | X | Minnesota Consumer Fraud & Deceptive Trade Practices Act; MN False Statements in Advertising Act |
| Denise Coressel OBO James Corresel v. Monsanto | 2020CV0199 (Wood County of Common Pleas) | OH | X | X | | X | Ohio Consumer Sales Practices Act |
| Wayne Cromack v. Monsanto | 1:22-cv-10003 (W.D. of MA) | MA | X | X | | | Unfair & Deceptive Practices Act |
| Catherine S. Cryan v. Monsanto | 3:17-cv-01721 (Lucas County of Common Pleas) | OH | X | X | X | X | |

| Ronald DeSilva v. Bayer Cropscience LP & Monsanto | 24-cv-06655 (S.D. of NY) | NY | X | X | | | Fraud, Misrepresentation & Supression; Consumer Fraud Acts |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Richard A. Doran Jr. v. Monsanto | 8:20-cv-OI179 (District of SC) | SC | X | X | X | X | |
| Ashley Krupczak v. Monsanto | 3:26-cv-30050 (District of MA) | MA | X | X | | X | |
| Susan Tinney v. Monsanto | 4:26-cv-00411 (E.D. of MO) | OK | X | X | X | X | |
| Sherri Lowery v. Monsanto | 4:26-cv-00425 (E.D. of MO) | FL | X | X | X | X | |
| Neil W. Prescott vs. Bayer Ag / Subsidiary Monsanto Chemical Corp., Home Depot Corporation, Lowes Home Improvement Corp. | CV25 7081 (ND CA) | CA | | X | | | |
| JOHN HAIRSTON and REGINA HAIRSTON v. MONSANTO COMPANY | : | TX | X | X | | X | |
| RUTH TANNER, individually and on behalf of ELEY TANNER, v. MONSANTO COMPANY | 1:25cv287 TBM-BWR (SD MS) | MS | X(and Manufacturing Defect) | X | X | | (Violation of the Unfair Trade Practices and Consumer Protection Law), (Breach of Duty in the Manufacture Under The Mississippi Products Liability Act), (Wrongful Death), (Punitive Damages) |
| REGINA SCHANNETTE v. MONSANTO COMPANY | 6:25-cv-01416-RRS-DJA (WD LA) | LA | X (and Manufacturing Defect) | X | X | | Louisiana Products Liability Act;  Unfair Trade Practices and Consumer Protection Act; |
| PAULA VERMETT v. MONSANTO COMPANY | 1:25-cv-11657 (ND IL) | IL | X | X | | X | |

| Case | Docket | State | | | | | |
|---|---|---|---|---|---|---|---|
| JOHN HOFFMANN v. MONSANTO COMPANY, Bayer AG, and Bayer Coproration | CL25004484-00 (Richmond City Circuit Court, VA) | VA | X | X | | | Virginia Consumer Protection Act |
| STEVEN H. RAGSDALE v. MONSANTO COMPANY | 1:25-cv-05836-SDG (ND GA) | GA | X | X | X | X | |
| JAMES ALEXANDER TRUNNELL v. MONSANTO COMPANY | 3:25-cv-09662-VC (ND IA) | IA | X | X | X | X (merchantability; fitness for a particular use) | |
| Rebecca B. Phelps, on behalf of the Estate of Matthew J. Phelps v. Monsanto Company | 2:25-cv-02052 (WD WA) | CA | X | X | X | X | |
| WILLIAM HENRY TEARE v. MONSANTO COMPANY | 1:25—CV-13042-DLC (D MA) | CO | X | X | X | X | |
| PATRICIA REIMERS V. MONSANTO COMPANY, | CI-2025-242-JR (Circuit Court of Madison County, MS) | MS | X | X | X | X (of merchantability; of Fitness for a particular purpose) | Mississippi Products Liability Act;  Mississippi Consumer Protection and Unfair Trade Practices Act |
| WILLIAM L. TERRELL, Plaintiff, obo Billy R Terrell, Decedent, v. BAYER AG, and MONSANTO COMPANY, | 3:25-cv-00410 (SD TX) | TX | X | X | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TYLER B. KASPERS v. MONSANTO COMPANY. | 2025-CV-084181 (Superior Court of Macon-Bibb County, GA) | GA | X | X | | X | |
| DEAN HOOPER and BECKY HOOPER v. MONSANTO COMPANY and BAYER AG | 25 CV B 03 0370 (Delaware County Court of Common Pleas, OH) | OH | X | X | | X | Ohio Consumer Sales Practices Act |
| MICHELE GEBERTH v. MONSANTO COMPANY | 6:26-cv-00218 (MD FL) | FL | X | X | | X | |
| CARLA ORSAG, Individually and as Independent Executrix of the Estate of LARRY ORSAG; HOLLY DOHNALIK, Individually; CHEYANNA SNOOK, Individually; MARISSA MAY, Individually; and DILLON ORSAG, Individually v. MONSANTO COMPANY | 1:26-cv-227 (WD TX) | TX | X | X | | X | |
| ADRIENNE HARTLEY v. MONSANTO COMPANY | 4:26-cv-00178 (ED MO) | TN | X | X | | X | |
| KATHY KASPER, Individually and as Personal Representative of the Estate of RICHARD KASPER, deceased v. MONSANTO COMPANY | 4:26-cv-00179 (ED MO) | IL | X | X | | X | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GLENN SCHRAMMv. MONSANTO COMPANY | 3:26-cv-01461-VC (ND CA) | CA | X | X | X | X | Missouri Merchandising Practice Act |
| JOSEPH JONES v. MONSANTO COMPANY | 3:26-cv-01455 (ND CA) | CA | X | X | X | X | Missouri Merchandising Practices Act |
| DANIEL SCHMIDT vs. MONSANTO COMPANY | 3:26-cv-00110-ARS (D ND) | ND | X | X | X | X | |
| KARYN WHITCOMB, Individually and as the Surviving Spouse of RICHARD WHITCOMB v. MONSANTO COMPANY | 4:26-cv-00570 (ED MO) | CO | X | X | X | X | |
| MITCHELL MENARCHEM v. MONSANTO COMPANY | 2:26-cv-02439 (ED NY) | NY | X | X | X | X | |
| Hewitt v. Monsanto Co. | 2:26-cv-00731-DJP-EJD (E.D. LA) | LA | | X | | | Louisiana Products Liability Act; Manufacturing & Design Defect Act; ; Fraud/Misrepresentation & Suppression;  Lousiana Unfair Trade Practices & Consumer Proection Act |
| Bryan v. Monsanto Co. | 4:26-cv-00521 (E.D. MO) | AL | X | X | X | X | |
| Evans v. Monsanto Co. | 4:26-cv-00524-CDP (E.D. MO) | OH | X | X | X | X | |