# EXHIBIT 3

 *Health for all, Hunger for none*

 Bayer // Global

Home

# Statement on RoundUp Active Ingredient Safety

**A recent, deeply flawed report contains false claims about the active ingredients in Roundup Lawn & Garden products.**

The active ingredients in all Roundup Lawn & Garden products have been thoroughly studied, reviewed and approved by independent experts at the Environmental Protection Agency (EPA) and used safely and effectively in many different weed-control products from a variety of companies for decades. The report reaches its misleading conclusion through a methodology that is entirely inconsistent with how leading regulatory and health experts measure risk in how people use these products in the real world and in accordance with the label. Simply put, consumers can feel confident safely using Roundup products.

- All Roundup weed-control products in the U.S., including our Roundup Lawn & Garden products, formulated for residential use, can be used safely under the approved label instructions. They have been thoroughly studied, reviewed and approved by independent experts at the Environmental Protection Agency (EPA).
- The active ingredients found in our Roundup Lawn & Garden products in the U.S. are: fluazifop-p-butyl, triclopyr TEA salt, diquat dibromide and imazapic ammonium. These ingredients have been used safely and effectively in many different weed-control products from a variety of companies for decades.
- Bayer thoroughly assessed available options when introducing its new Roundup Lawn & Garden products and determined these ingredients would ensure the

  *Health for all, Hunger for none*

 Bayer // Global

longer produces or sells glyphosate-based Roundup products – which are also EPA-approved – some quantities may remain on store shelves until remaining stocks are sold.

# Q&A



---

## Are the new products/active ingredients safe?

Consumers can feel confident in the safety of Roundup products. All Roundup weed-control products in the U.S., including our new Roundup Lawn & Garden products formulated for residential use, have been thoroughly studied, reviewed and approved by independent experts at the Environmental Protection Agency (EPA) to ensure the products can be used safely with the approved label instructions. The active ingredients (fluazifop-p-butyl, triclopyr TEA salt, diquat dibromide and imazapic ammonium) in the new Roundup Lawn & Garden products have been used effectively and safely in a variety of different weed-control products for decades.

---

## Are the new products/Active Ingredients effective?

We are confident our new Roundup Lawn & Garden products will continue to provide an effective solution to control problematic weeds and can be used safely directed by consumers.

 Bayer // Global

Lawn & Garden products formulated for residential use, have been thoroughly studied, reviewed and approved by independent experts at the Environmental Protection Agency (EPA) to ensure the products can be used safely with the approved label instructions. The active ingredients in the new Roundup Lawn & Garden products have been used effectively and safely by a variety of different companies in many different weed-control products for decades.

The report reaches its misleading conclusion through a methodology that is entirely inconsistent with how leading regulatory and health experts measure risk in how people use these products in the real world and in accordance with the label.

---

What are the new Active Ingredients?

---

How did you communicate this update to consumers?

---

Why transition from glyphosate to the new Active Ingredients/formulations?

---

Are the new lawn and garden products completely replacing the old ones or are they still on the market? Why can different versions of Roundup products – some with glyphosate and some without – be found on the market?

---

Why are products containing new modes of action not clearly labeled at retail?

---

The report says that the new active ingredients are more harmful to the environment. Is this true?

 *Health for all, Hunger for none*

 Bayer **//** Global

experts at the Environmental Protection Agency (EPA).

Share:  **in** LinkedIn   ✉ Email   **f** Facebook   +

Last Updated: Tuesday, October 22, 2024

## Our Business

> Pharmaceuticals

> Consumer Health

> Crop Science

> Our Products

> Bayer Worldwide

 Bayer // Global

///////////// *Health for all, Hunger for none*

# Stay Tuned

- ❯ Job Postings
- ❯ Latest News
- ❯ Newsletter
- ❯ Bayer Share Price
- ❯ Social Media Channels

# Get in Touch

Do you have any queries or comments?

| **GLOBAL FORM** | ❯ |
|---|---|

| **REPORT A SIDE EFFECT** | ❯ |
|---|---|

# Follow Us

     

- ❯ Conditions of Use
- ❯ Privacy Statement

 *Health for all, Hunger for none*

 Bayer // Global

> Sitemap

Copyright © Bayer AG

Top

 Bayer // Global