Robin L. Greenwald (*pro hac vice*)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
rquigley@weitzlux.com

*Attorney for Plaintiffs*

Noah B. Yavitz (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 596-9000
Noah.Yavitz@ropesgray.com

*Attorney for Bayer AG*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| *In re Subpoena for Documents to Sheet Metal Workers' National Pension Fund*, Case No. 26-mc-80155-VC | **JOINT SUBMISSION IN RESPONSE TO COURT'S JULY 9, 2026 MINUTE ORDER CONCERNING SUBPOENA DISPUTE [DKT. 22246]** |

MDL Co-Lead Counsel and Bayer AG respectfully submit the following joint status report in response to the Court's minute order dated July 9, 2026 in the matter of *In re Subpoena for Documents to Sheet Metal Workers' National Pension Fund*, Case No. 26-mc-80155-VC, Dkt. No. 22246. That order directed MDL Co-Lead Counsel and Bayer AG to submit a proposed narrowed subpoena within 7 days, *i.e.*, by today's date.

Counsel have been engaged in productive discussions and correspondence concerning a narrowed subpoena in line with the Court's views expressed at the July 9 hearing and in its minute order. Counsel conferred via a videoconference on July 13, in which counsel for Sheet Metal Workers' National Pension Fund also participated, and Plaintiffs have shared a revised draft with Bayer AG based on that discussion. Counsel anticipate based on the progress made to date that they will soon be in a position to submit a proposal concerning a narrowed subpoena. Counsel believe a one-week extension of the deadline set in the Court's July 9 order, to **July 23, 2026**, would facilitate their discussions and that result.[1]

DATED: July 16, 2026

Respectfully Submitted,

/s/ *Robin L. Greenwald*
Robin L. Greenwald (*pro hac vice*)
Robert J. Quigley (CA # 302879)
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
rquigley@weitzlux.com

/s/ *David J. Dickens*
David J. Dickens (*pro hac vice*)
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Telephone: 540-672-4224
ddickens@millerfirmllc.com

---

[1] This is MDL Co-Lead Counsel and Bayer AG's first request to extend this deadline, and we do not anticipate that a further extension will be necessary.

-1-

*Attorneys for Plaintiffs*

/s/ *Noah B. Yavitz*
Noah B. Yavitz (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Tel: (212) 596-9000
Noah.Yavitz@ropesgray.com

*Attorney for Bayer AG*

JOINT SUBMISSION IN RESPONSE TO COURT'S JULY 9, 2026 MINUTE ORDER REGARDING SUBPOENA DISPUTE
*IN RE: SUBPOENA FOR DOCUMENTS TO SHEET METAL WORKERS' NATIONAL PENSION FUND*, CASE NO: 26-MC-80155-VC

## ATTESTATION OF COUNSEL PURSUANT TO LOCAL RULE 5-1(i)(3)

I hereby attest, pursuant to Local Rule 5-1(i)(3), that each of the other signatories have concurred in the filing of this document.


*/s/ Robert J. Quigley*

Robert J. Quigley

JOINT SUBMISSION IN RESPONSE TO COURT'S JULY 9, 2026 MINUTE ORDER REGARDING SUBPOENA DISPUTE
*IN RE: SUBPOENA FOR DOCUMENTS TO SHEET METAL WORKERS' NATIONAL PENSION FUND*, CASE NO: 26-MC-80155-VC