# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITGATION

This document relates to:

ALL WAVE 7 & 8 CASES

MDL No. 2741

Case No. 16-md-02741-VC

**STIPULATION TO EXTEND
DEADLINES FOR WAVE 7-8
FACT WITNESS DEPOSITIONS**

Undersigned counsel for Monsanto and counsel for Plaintiffs, in the interest of efficiency, agree to wait and depose certain case specific fact witnesses (e.g. those other than plaintiff, spouse, estate representatives, or treating oncologists) in Waves 7-8 cases until the case is remanded or otherwise set for trial. Specifically, the parties agree that all fact witnesses depositions must be completed within 30 days after remand or 30 days before trial, whichever date is later.

Dated: December 7, 2023

Respectfully Submitted,

/s/ Anthony R. Martinez
Anthony R. Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108

***Attorney for Defendant Monsanto
Company***

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
Wagstaff Law Firm
940 N. Lincoln Street
Denver, Colorado 80203

/s/ Robin L. Greenwald
Robin L. Greenwald
Weitz & Luxenberg
P.C. 700 Broadway
New York, NY 10003

/s/ David J. Dickens
David J. Dickens The
Miller Firm, LLC 108
Railroad Avenue
Orange, Virginia, 22960

***Attorneys for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 7th day of December, 2023, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Anthony R. Martinez
Anthony R. Martinez