# EXHIBIT 4

ELECTRONICALLY RECEIVED
7/6/2026 1:54 PM

Electronically Filed
Superior Court of California
County of Santa Cruz
July 7, 2026
Clerk of the Court by Deputy,
Semper, Miranda

Mathew L. Larsen (SBN: 227810)
Shane B. Kolding (SBN: 312948)
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, California 94105
Telephone:  (415) 544-1900
Facsimile:   (415) 391-0281
mlarsen@shb.com
skolding@shb.com

Attorneys for Defendants
MONSANTO COMPANY and
FAR WEST NURSERY, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CRUZ

| | |
|---|---|
| FRANK STEINMULLER,<br><br>    Plaintiff,<br><br>  v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | Case No. 25CV00168<br><br><br>**ORDER RE *EX PARTE* APPLICATION OF DEFENDANTS MONSANTO COMPANY AND FAR WEST NURSERY, INC. TO CONTINUE TRIAL DATE OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME ON MOTION TO CONTINUE TRIAL DATE**<br><br>Date:  July 7, 2026<br>Dept:  5<br><br><br>**<u>DEFENDANTS REQUEST APPEARANCE AT HEARING</u>** |

   Currently before the Court is the Ex Parte Application of Defendant Monsanto Company and Far West Nursery, Inc. to Continue Trial Date or, in the Alternative, for an Order Shortening

---

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF DEFENDANTS TO CONTINUE TRIAL DATE OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME ON MOTION TO CONTINUE TRIAL DATE

Time on Motion to Continue Trial Date. The ex parte application came on for hearing on July 7, 2026.

Having considered the application, supporting declaration and exhibits, any opposition, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

 The trial currently set for August 17, 2026, is continued approximately 120 days, with all related pretrial deadlines to track, as follows:

| EVENT | DATE |
| --- | --- |
| Exchange of objections to affirmative deposition designations and counter-designations | November 13, 2026 |
| Last day to file motions *in limine* | November 20, 2026 |
| Last day to file *Sargon* oppositions | November 23, 2026 |
| Exchange of objections to deposition counter-designations | December 1, 2026 |
| Exchange Trial Readiness and related materials:<br>• Proposed jury instructions<br>• Proposed verdict forms<br>• Proposed neutral statement of the case<br>• Proposed exhibit lists<br>• Proposed witness lists<br>• Trial brief, if required | December 1, 2026 |
| Last day to file *Sargon* replies | December 7, 2026 |
| Last day to file motions *in limine* oppositions (no reply briefing) | December 4, 2026 |
| Exchange of proposed juror questionnaires | December 4, 2026 |
| Trial Readiness Conference | December 10, 2026 |
| Trial | December 21, 2026 |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF DEFENDANTS TO CONTINUE TRIAL DATE OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME ON MOTION TO CONTINUE TRIAL DATE

**Paries to appear for ex parte hearing on 7/13/26, 9:30, in Department 5.**

IT IS SO ORDERED.


Dated:  **7/7/2026 1:45:58 PM**                           _____

                                                                                       Timothy Schmal
                                                                         Judge of the Superior Court

- 3 -