# EXHIBIT 5

ELECTRONICALLY FILED
Superior Court of California
County of Sonoma
7/7/2026 10:05 AM
Robert Oliver, Clerk of the Court
By: Angela Mendia, Deputy Clerk

Alicia J. Donahue (SBN: 17412)
Hillary S. Nicholas (SBN: 364376)
Kara M. Flageollet (SBN: 347646)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281
adonahue@shb.com
hnicholas@shb.com
kflageollet@shb.com

Mayela C. Montenegro-Urch (SBN: 304471)
**SHOOK, HARDY & BACON L.L.P.**
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949)475-1500
Facsimile: (949)475-0016
mmontenegro@shb.com

*Attorneys for Defendants*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SONOMA

| | |
|---|---|
| JAMES HOUSE,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 25CV01717<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF DEFENDANT MONSANTO COMPANY TO CONTINUE TRIAL DATE OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME ON MOTION TO CONTINUE TRIAL DATE**<br><br>[Filed concurrently with *Ex Parte* Application, Memorandum of Points and Authorities, and Declaration of Jennifer B. Kenyon]<br><br>Date:  July 7, 2026<br>Time:  10:30 a.m.<br>Dept:  17<br>Judge:  Hon. Jane Gaskell |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF DEFENDANT TO CONTINUE TRIAL DATE OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME ON MOTION TO CONTINUE TRIAL DATE

Currently before the Court is the *Ex Parte* Application of Defendant Monsanto Company to Continue Trial Date or, in the Alternative, for an Order Shortening Time on Motion to Continue Trial Date.  The ex parte application came on for hearing on July 7, 2026.

Having considered the application, supporting declaration and exhibits, any opposition, and good cause appearing, IT IS HEREBY ORDERED as follows:

OPTION A

Defendants' *ex parte* application s GRANTED.  The trial currently set for August 21, 2026, is continued to ____January 8, 2027____.  ~~The Trial Readiness Conference is also continued to _____.~~  All trial-related and pretrial deadlines shall be reset based upon the new trial date.  The Parties shall submit an amended case management order for the Court's approval based on the new trial date.

OPTION B

The Court shortens time for hearing on Defendants' Motion to Continue Trial Date.  The hearing is set for _____, 2026, at _____ a.m. / p.m. in Department 17.  Defendants' motion shall be filed by July 6, 2026; Plaintiff's opposition shall be filed by July 15, 2026; and Defendants' reply shall be filed by July 17, 2026.  Any trial-related and pretrial deadlines are immediately STAYED pending resolution of the motion.

The Court notes an MSJ is already scheduled for after the trial date and must be heard no later than 30 days before trial.

IT IS SO ORDERED.

Dated: ____7/7/2026____                _____

The Honorable Jane Gaskell
Judge of the Superior Court

- 2 -

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF DEFENDANT TO CONTINUE TRIAL DATE OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME ON MOTION TO CONTINUE TRIAL DATE