**EXHIBIT A**

**TABLE 1**

The following cases should be dismissed **<u>with</u>** prejudice because the Court excluded plaintiffs' causation expert(s):

| No. | Case Name | Case No. | Orders Excluding Plaintiffs' Experts |
|---|---|---|---|
| | *WAVE 6 (1 case to be dismissed <u>with</u> prejudice)* | | |
| 1. | Gonzalez, Benito Ornelas | 20-cv-06198 | Pretrial Order No. 294, Dkt. No. 19271; 19285 |
| | *WAVE 7 (21 cases to be dismissed <u>with</u> prejudice)* | | |
| 2. | Aldoupolis, George | 20-cv-03433 | Pretrial Order No. 324, Dkt. No. 20411; 20961 |
| 3. | Booth, David | 20-cv-04654 | Pretrial Order No. 324, Dkt. No. 20411; 20961 |
| 4. | Coressel, Denise | 20-cv-03720 | Pretrial Order No. 324, Dkt. No. 20411; 20619 |
| 5. | Cryan, Catherine | 17-cv-05084 | Pretrial Order No. 324, Dkt. No. 20411 |
| 6. | Doran, Jr., Richard A. | 20-cv-02650 | Pretrial Order No. 324, Dkt. No. 20411; 20619 |
| 7. | Eilmes, Jr., Kenneth | 19-cv-05345 | Pretrial Order No. 324, Dkt. No. 20411; 20619 |
| 8. | Gannon, Jason | 19-cv-08064 | Pretrial Order No. 309, Dkt. No. 20273 |
| 9. | Ginkel, Peter | 22-cv-00358 | Pretrial Order No. 314, Dkt. No. 20341; 20408; 20681 |
| 10. | Hayden, Neal | 19-cv-05600 | Pretrial Order No. 324, Dkt. No. 20411; 20619 |
| 11. | Holliday, Michael L. | 19-cv-03014 | Pretrial Order No. 324, Dkt. No. 20411; 20643 |
| 12. | Iona, Deborah | 20-cv-02404 | Pretrial Order No. 322, Dkt. No. 20398; Pretrial Order No. 323, Dkt. No. 20400; 20644 |
| 13. | Perry, Catherine A. | 21-cv-05621 | Pretrial Order No. 315, Dkt. No. 20342 |
| 14. | Pinheiro, Eduino | 21-cv-00041 | Pretrial Order No. 324, Dkt. No. 20411; 20661 |
| 15. | Pinheiro, Paula | 20-cv-08173 | Pretrial Order No. 333, Dkt. No. 21305 |
| 16. | Rodgers, Roy | 21-cv-03297 | Pretrial Order No. 314, Dkt. No. 20341; 20619 |
| 17. | Rowland, Dean | 19-cv-05310 | Pretrial Order No. 324, Dkt. No. 20411; 20619 |
| 18. | Setzer, William | 17-cv-03448 | Pretrial Order No. 324, Dkt. No. 20411; 20619 |
| 19. | Sorrell, Chad | 22-cv-05287 | Pretrial Order No. 324, Dkt. No. 20411; 20619 |
| 20. | Thompson, Matthew | 20-cv-08851 | Pretrial Order No. 322, Dkt. No. 20398; Pretrial Order No. 323, Dkt. No. 20400; 20619 |
| 21. | Williams, Charles | 20-cv-04758 | Pretrial Order No. 324, Dkt. No. 20411; 20642 |
| 22. | Wistinghausen, Robert | 20-cv-00027 | Pretrial Order No. 324, Dkt. No. 20411 |
| | *WAVE 9 CASE (1 case to be dismissed <u>with</u> prejudice)* | | |
| 23. | Lopez, Ariana | 23-cv-02681 | Dkt. No. 21027 (unopposed) |

**TABLE 2**

The following cases have pending motions that should be denied **<u>without</u>** prejudice to refiling.

| No. | Case Name | Case No. | State Law |
|---|---|---|---|
| | *WAVE 8 (3 cases)* | | |
| 1. | Godsey, Patricia | 19-cv-00923 | Texas |
| 2. | Grubb, Shawn | 20-cv-09293 | Oklahoma |
| 3. | Scheh, Johnetta | 20-cv-02427 | Texas |
| | *WAVE 9 (21 cases)* | | |
| 4. | Bradford III, Carl | 24-cv-04391 | California / Georgia (Dkt. No. 21098) |
| 5. | Bral, Sherry Khadavi | 24-cv-03125 | California |
| 6. | Brookner, Mendel | 23-cv-04840 | Florida |
| 7. | Brown, William Coley | 24-cv-06130 | South Carolina |
| 8. | Cromack, Wayne | 23-cv-00565 | Massachusetts |
| 9. | Finneman, Connie | 18-cv-07021 | South Dakota |
| 10. | Gebo, Ron | 17-cv-00168 | Florida |
| 11. | Golling, John Michael | 23-cv-02960 | Washington |
| 12. | Gomez, Richard | 24-cv-03495 | Florida |
| 13. | Green, Kari Dagny Louise | 23-cv-05878 | Georgia |
| 14. | Harrison, Joe D. | 21-cv-03602 | Oklahoma |
| 15. | Hendrickson, Michael | 22-cv-09090 | Washington |
| 16. | Jashinsky, Robert | 24-cv-00528 | California |
| 17. | King, Jr., Arthur J. | 21-cv-09294 | Georgia |
| 18. | Marrone, Stephanie | 23-cv-05070 | New Jersey |
| 19. | Mee, Kevin | 20-cv-01237 | Idaho |
| 20. | Polsley, Darin | 20-cv-07107 | California |
| 21. | Ruiz, Irene | 22-cv-04716 | Texas / Missouri |
| 22. | Schrag, Paul | 22-cv-08888 | Florida |
| 23. | Smith, Christopher W. | 24-cv-06957 | Texas / Missouri |
| 24. | Villalobos, Addon Urra | 24-cv-01407 | Florida |

**TABLE 3**

The Court has ruled on motions in the following cases, but Monsanto requests an opportunity to brief *Durnell*'s impact prior to remand.

| No. | Case Name | Case No. | State Law |
|---|---|---|---|
| | *WAVE 7 CASES* | | |
| 1. | Abel, Sandra | 21-cv-07124 | Ohio |
| 2. | Berenfeld, Sharon | 18-cv-01428 | Florida |
| 3. | Glassman, Philip | 20-cv-00024 | Florida |
| 4. | Gordon, Garfield | 19-cv-06423 | Arizona |
| 5. | Holmes, Christopher | 20-cv-03363 | Florida |
| 6. | Proctor, Mark | 21-cv-00172 | Florida |
| | *WAVE 8 CASES* | | |
| 7. | Howell, Tony | 20-cv-07322 | North Carolina |
| 8. | Jackson, Kathleen | 23-cv-01572 | Florida |
| 9. | Levy, Robert | 21-cv-07643 | Florida |
| 10. | Moreland, Jr., Emory | 20-cv-03069 | Georgia |
| 11. | Reid, Charles Fredric | 22-cv-04080 | North Carolina |
| 12. | Shedd, Jr., Ray | 20-cv-03833 | Mississippi |

**Table 4**

| No. | Case Name | Case No. | Status | State Law |
|---|---|---|---|---|
| 1. | Smith, Thomas | 20-cv-08517 | Plaintiff did not disclose experts or file a motion to move waves as planned.  Monsanto will file a motion for summary judgment. | South Dakota |
| 2. | Wood, Johnny | 22-cv-03818 | The Court denied Monsanto's motion for summary judgment without prejudice.  Plaintiff was ordered to submit a second amended complaint within 21 days to plead the necessary elements of a survival action under Texas law. (Dkt. No. 21742.)  Plaintiff did not file an amended complaint.  Monsanto will file a renewed motion for summary judgment. | Texas |