UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.  16-md-02741-VC |
| | **ORDER RE CASE SCHEDULE** |
| This document relates to: ALL ACTIONS | |

For cases where the plaintiffs' causation expert(s) were previously excluded (Table 1 at Dkt. 22308-7), Monsanto is directed to send a proposed judgment to Plaintiffs' counsel, with a response deadline of 5 days. Monsanto is then directed to file a proposed judgment for each case. The proposed judgments must be filed on both the individual docket and the MDL docket.

For the "remand ready" cases (Table 3 at Dkt. 22308-7), and any "motions pending" cases that appear to be governed by the same state laws, the parties are directed to meet and confer within 14 days to determine whether any plaintiffs contend they have a non-preempted claim in light of *Durnell*. For plaintiffs who do not contend they have a non-preempted claim, the parties are directed to file a proposed judgment dismissing the case. For plaintiffs who contend that there is a non-preempted claim, Monsanto can file supplemental motions for summary judgment on preemption grounds or on grounds that the allegedly non-preempted claims are not supported by any evidence in the record. If any individual plaintiff believes that they should be allowed to amend their complaint or conduct additional discovery, they can make the argument in their opposition to summary judgment. Motions for Summary Judgment are due September 1; Oppositions are due

September 28; Replies are due October 23; a hearing on the Motions for Summary Judgment will take place on Monday, November 16 at 1 p.m.

For the remaining "motions pending" cases (the remaining cases at Table 2 at Dkt. 22308-7), the parties are directed to meet and confer by October 31; Motions for Summary Judgment are due December 1; Oppositions are due December 21; Replies are due January 8, 2027; a hearing on the Motions for Summary Judgment will take place Monday, February 1 at 1 p.m.

For the cases where discovery is ongoing, discovery can and should continue until at least August 13, 2026. For cases where discovery has not started, discovery is stayed pending further order of the Court. How to handle discovery after August 13 in the cases where discovery is ongoing can be discussed at the next case management conference, which will take place over Zoom on August 11 at 11 a.m. The parties are directed to file a joint case management statement by August 7.

**IT IS SO ORDERED.**

Dated: July 30, 2026

_____
VINCE CHHABRIA
United States District Judge