# Exhibit B

**From:** JPMLCMECF@jpml.uscourts.gov <JPMLCMECF@jpml.uscourts.gov>
**Date:** Friday, August 7, 2026 at 2:48 PM
**To:** JPMLCMDECF@jpml.uscourts.gov <JPMLCMDECF@jpml.uscourts.gov>
**Subject:** Activity in Case MDL No. 2741 IN RE: Roundup Products Liability Litigation

**CAUTION: THIS EMAIL IS FROM AN EXTERNAL SOURCE. It may contain viruses. Do not click on a link, open or enable any file unless you trust the sender.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States**

**United States Judicial Panel on Multidistrict Litigation**

## Notice of Electronic Filing

The following transaction was entered on 8/7/2026 at 2:36 PM EDT and filed on 8/7/2026
**Case Name:**         IN RE: Roundup Products Liability Litigation
**Case Number:**     MDL No. 2741
**Filer:**
**Document Number:** 4233(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER (re: pldg. ([4231] in MDL No. 2741) )**

**On August 5, 2026, Monsanto Company filed a Motion to Immediately Cease Transfer of New Tag-Along Cases into MDL, and to Terminate MDL Upon Transferee Court's Decision Regarding Impact of Durnell. This motion requests relief not addressed by a specific Panel Rule, so it will be treated as a motion for miscellaneous relief.**

**As there is no case currently before the Panel for which transfer is being considered, the Clerk DENIES the motion. Should the Panel place a potential tag-along action on a conditional transfer order in the future (or if a party moves to transfer an action to the MDL), Monsanto can oppose transfer at that time, and the parties can then brief the issue of whether tag-along transfer should cease. See Panel Rule 7.1. As to Monsanto's request that the Panel allow the transferee court to continue pretrial proceedings "for the cases scheduled for hearings in**

November 2026 and February 2027 before the MDL is terminated and any remaining actions are remanded," this request is speculative, indefinite, premature, and evinces a misunderstanding of the Panel's role. The Panel does not prospectively close MDLs contingent on anticipated future outcomes. While Monsanto mentions remand of "any remaining actions" at some unspecified later date, it does not identify which cases those will be and, therefore, its motion cannot be considered a request for Section 1407 remand. The Clerk, therefore, DENIES the request to close the MDL. If Monsanto is of the view that the Panel should remand any remaining actions in the MDL under Section 1407, it can do so by requesting a suggestion of remand from the transferee judge or moving for Section 1407 remand before the Panel respecting specific actions. See Panel Rules 10.1-10.3.

Signed by Clerk of the Panel Jessica D. Birnbaum on 8/7/2026.

Associated Cases: MDL No. 2741, FLN/1:19-cv-00169, FLN/3:19-cv-03319, FLN/3:19-cv-03320, FLN/3:19-cv-03321, FLN/3:19-cv-03339, FLN/3:19-cv-03359, FLN/3:19-cv-03377, FLN/3:19-cv-03382, FLN/3:19-cv-03421, FLN/3:19-cv-04621, FLN/3:20-cv-05497, FLN/3:25-cv-01880, FLN/4:16-cv-00758, FLN/4:17-cv-00554, FLN/4:19-cv-00208, FLN/4:19-cv-00591, FLN/4:20-cv-00085, FLN/4:20-cv-00138, FLN/4:23-cv-00347, FLN/4:25-cv-00172, FLN/5:19-cv-00307, FLN/5:25-cv-00044, FLS/0:16-cv-61992, FLS/0:18-cv-60255, FLS/0:19-cv-60594, FLS/0:19-cv-61959, FLS/0:19-cv-61980, FLS/0:19-cv-62093, FLS/0:19-cv-62122, FLS/0:19-cv-62126, FLS/0:19-cv-62148, FLS/0:19-cv-62607, FLS/0:19-cv-62710, FLS/0:20-cv-60313, FLS/0:20-cv-60457, FLS/0:20-cv-60596, FLS/0:20-cv-62046, FLS/0:20-cv-62450, FLS/0:20-cv-62493, FLS/0:21-cv-61074, FLS/0:21-cv-61672, FLS/0:22-cv-60200, FLS/0:22-cv-60727, FLS/0:23-cv-61067, FLS/0:23-cv-62095, FLS/0:24-cv-60355, FLS/0:24-cv-61237, FLS/0:25-cv-61689, FLS/1:18-cv-24807, FLS/1:19-cv-20166, FLS/1:19-cv-22291, FLS/1:19-cv-23505, FLS/1:19-cv-23715, FLS/1:19-cv-23716, FLS/1:19-cv-24070, FLS/1:19-cv-24721, FLS/1:20-cv-20776, FLS/1:20-cv-22356, FLS/1:20-cv-24392, FLS/1:20-cv-24810, FLS/1:21-cv-21217, FLS/1:21-cv-23191, FLS/1:22-cv-23855, FLS/1:23-cv-20679, FLS/1:23-cv-20682, FLS/1:25-cv-20813, FLS/2:16-cv-14414, FLS/2:19-cv-14024, FLS/2:19-cv-14067, FLS/2:19-cv-14294, FLS/2:19-cv-14298, FLS/2:19-cv-14299, FLS/2:19-cv-14307, FLS/2:19-cv-14314, FLS/2:19-cv-14317, FLS/2:19-cv-14330, FLS/2:19-cv-14335, FLS/2:20-cv-14009, FLS/2:20-cv-14010, FLS/2:22-cv-14167, FLS/2:23-cv-14012, FLS/2:24-cv-14027, FLS/4:19-cv-10137, FLS/4:19-cv-10155, FLS/9:19-cv-81028, FLS/9:19-cv-81169, FLS/9:19-cv-81175, FLS/9:19-cv-81182, FLS/9:19-cv-81183, FLS/9:19-cv-81195, FLS/9:19-cv-81596, FLS/9:19-cv-81673, FLS/9:20-cv-80244, FLS/9:20-cv-80575, FLS/9:20-cv-81358, FLS/9:22-cv-80718, FLS/9:22-cv-80719, FLS/9:22-cv-81326, FLS/9:22-cv-81455, FLS/9:24-cv-80067, GAM/1:19-cv-00147, GAM/1:20-cv-00035, GAM/1:21-cv-00161, GAM/1:23-cv-00010, GAM/3:19-cv-00079, GAM/3:20-cv-00014, GAM/4:19-cv-00144, GAM/4:19-cv-00145, GAM/4:20-cv-00075, GAM/5:19-cv-00348, GAM/5:22-cv-00221, GAM/5:22-cv-00244, GAM/7:17-cv-00093, GAM/7:17-cv-00160, GAM/7:19-cv-00175, GAM/7:20-cv-00066, GAN/1:17-cv-04778, GAN/1:17-cv-04779, GAN/1:17-cv-04781, GAN/1:18-cv-02781, GAN/1:19-cv-00179, GAN/1:19-cv-00180, GAN/1:19-cv-00181, GAN/1:19-cv-01630, GAN/1:19-cv-02925, GAN/1:19-cv-03183, GAN/1:19-cv-03301, GAN/1:19-cv-03302, GAN/1:19-cv-03304, GAN/1:19-cv-03305, GAN/1:19-cv-03943, GAN/1:19-cv-03944, GAN/1:19-cv-03945, GAN/1:19-cv-03957, GAN/1:19-cv-03958, GAN/1:19-cv-04472, GAN/1:19-cv-04745, GAN/1:19-cv-04875, GAN/1:19-cv-04876, GAN/1:19-cv-04877, GAN/1:19-cv-05554, GAN/1:20-cv-00444, GAN/1:20-cv-00823, GAN/1:20-cv-00940, GAN/1:20-cv-01035, GAN/1:20-cv-01072, GAN/1:20-cv-02686, GAN/1:20-cv-03853, GAN/1:21-cv-01799, GAN/1:21-cv-04266, GAN/1:21-cv-04542, GAN/1:22-cv-02911, GAN/1:23-cv-04826, GAN/1:25-cv-05836, GAN/1:26-cv-00257, GAN/2:19-cv-00099, GAN/2:19-cv-00195, GAN/2:19-cv-00196, GAN/2:19-cv-00197, GAN/2:19-cv-00227, GAN/2:20-cv-00046, GAN/2:20-cv-00047, GAN/2:20-cv-00065, GAN/2:20-cv-00069, GAN/2:21-cv-00034, GAN/2:24-cv-00055, GAN/3:20-cv-00036, GAN/4:19-cv-00004, GAN/4:19-cv-00077, GAN/4:19-cv-00194, GAN/4:19-cv-00195, GAN/4:19-cv-00273,

**GAN/4:20-cv-00058, GAN/4:20-cv-00080, GAN/4:24-cv-00052, GAS/1:20-cv-00029, GAS/2:19-cv-00102, GAS/2:19-cv-00103, GAS/2:20-cv-00024, GAS/2:20-cv-00026, GAS/2:22-cv-00036, GAS/3:19-cv-00062, GAS/4:17-cv-00169, GAS/4:20-cv-00134, GAS/5:17-cv-00063, GAS/5:17-cv-00127, GAS/5:19-cv-00070, GAS/5:19-cv-00123, GAS/5:20-cv-00126, GAS/5:23-cv-00031, GAS/6:19-cv-00006, GAS/6:20-cv-00037, HI/1:19-cv-00330, HI/1:19-cv-00331, HI/1:19-cv-00397, HI/1:19-cv-00426, HI/1:19-cv-00510, HI/1:19-cv-00613, HI/1:19-cv-00662, HI/1:20-cv-00199, HI/1:20-cv-00380, HI/1:23-cv-00248, HI/1:23-cv-00285, HI/1:23-cv-00339, IAN/1:19-cv-00075, IAN/1:19-cv-00091, IAN/1:19-cv-00096, IAN/1:19-cv-00110, IAN/1:19-cv-00123, IAN/1:19-cv-00124, IAN/1:20-cv-00001, IAN/1:20-cv-00020, IAN/1:20-cv-00057, IAN/1:20-cv-00087, IAN/1:23-cv-00060, IAN/1:24-cv-00024, IAN/1:25-cv-00183, IAN/2:19-cv-01014, IAN/2:24-cv-01018, IAN/3:18-cv-03054, IAN/3:19-cv-03043, IAN/3:20-cv-03003, IAN/3:20-cv-03004, IAN/3:20-cv-03005, IAN/3:20-cv-03032, IAN/3:20-cv-03062, IAN/3:21-cv-03006, IAN/3:23-cv-03001, IAN/3:23-cv-03055, IAN/3:24-cv-03009, IAN/5:18-cv-04072, IAN/5:19-cv-04034, IAN/5:20-cv-04024, IAN/5:20-cv-04061, IAN/5:21-cv-04043, IAN/5:22-cv-04033, IAN/5:22-cv-04050, IAN/5:23-cv-04020, IAN/5:23-cv-04021, IAN/5:24-cv-04053, IAN/5:24-cv-04056, IAN/6:18-cv-02028, IAN/6:19-cv-02047, IAN/6:19-cv-02057, IAN/6:19-cv-02061, IAN/6:20-cv-02066, IAS/1:17-cv-00006, IAS/1:19-cv-00022, IAS/1:20-cv-00018, IAS/1:20-cv-00019, IAS/1:20-cv-00020, IAS/3:19-cv-00026, IAS/3:19-cv-00072, IAS/3:20-cv-00017, IAS/3:23-cv-00078, IAS/3:24-cv-00010, IAS/4:17-cv-00367, IAS/4:19-cv-00162, IAS/4:19-cv-00227, IAS/4:19-cv-00232, IAS/4:19-cv-00314, IAS/4:19-cv-00327, IAS/4:20-cv-00048, IAS/4:20-cv-00071, IAS/4:20-cv-00096, IAS/4:20-cv-00170, IAS/4:20-cv-00249, IAS/4:20-cv-00250, IAS/4:20-cv-00261, IAS/4:20-cv-00342, IAS/4:20-cv-00344, IAS/4:21-cv-00104, IAS/4:22-cv-00311, IAS/4:23-cv-00064, ID/1:17-cv-00078, ID/1:18-cv-00442, ID/1:19-cv-00319, ID/1:19-cv-00346, ID/1:19-cv-00350, ID/1:20-cv-00031, ID/1:20-cv-00094, ID/1:20-cv-00134, ID/1:20-cv-00297, ID/1:20-cv-00351, ID/1:20-cv-00548, ID/1:21-cv-00057, ID/1:21-cv-00099, ID/1:21-cv-00258, ID/1:22-cv-00523, ID/3:20-cv-00041, ID/3:20-cv-00244, ID/4:19-cv-00252 (DLD)**