UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.  16-md-02741-VC |
|  | **SUPPLEMENTAL ORDER RE CASE SCHEDULE** |
| This document relates to: | Re: Dkt. No. 22402 |
| ALL ACTIONS |  |

This order supplements the case scheduling order filed at Dkt. 22402.

For ease of reference, the Court will refer to the cases scheduled for the first round of briefing ("remand ready" cases and "motions pending" cases that appear to be governed by the same state laws) as "Category 1." The cases scheduled for the second round of briefing (all other cases that have causation motions pending or have completed discovery) will be "Category 2." The cases where discovery has begun but not ended will be "Category 3." And the cases in the MDL where discovery has not yet begun will be "Category 4."

For the cases in Category 3, discovery is stayed. All plaintiffs in this category are granted leave to file an amended complaint to allege (or improve allegations on) any state law claims that they contend are not preempted by FIFRA. Amended complaints are due 28 days from today (September 8th).

For the cases in Category 4, discovery is stayed. All plaintiffs in this category are granted leave to file an amended complaint to allege (or improve allegations on) any state law claims that

they contend are not preempted by FIFRA. Amended complaints are due 56 days from today (October 6th).

At the next status conference, the parties should be prepared to adopt a process for adjudicating threshold legal questions (preemption and possibly the effect of the Missouri class settlement) for Categories 3 and 4. The next status conference is scheduled for September 22 at 11am. The parties are instructed to file a case management statement by September 18.

**IT IS SO ORDERED.**

Dated: August 11, 2026

_____
VINCE CHHABRIA
United States District Judge