Brian L. Burchett, Esq.
(brian@theburchettlawfirm.com)
**THE BURCHETT LAW FIRM, PC**
605 C Street, Suite 301
San Diego, CA 92101
Tel: (619) 450-2436

*Attorney for Plaintiff*

Anthony R. Martinez, Esq.
(amartinez@shb.com)
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>*Derrick Martin, et al. v. Monsanto Company, et al.*<br>3:19-cv-07572-VC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned case (including all claims asserted by Plaintiffs), with each party to bear their own attorneys' fees and costs.

Counsel for Plaintiffs have read Pretrial Order No 236, ECF 13192, and hereby certify they have complied with the common benefit hold back required therein. Specifically, Counsel for Plaintiffs hereby certify that the 8% hold back of the gross recovery for any plaintiff dismissed pursuant to this stipulation or motion has been sent to the Common Benefit Fund. Counsel for

Plaintiffs further certify that the 8% hold back has been withheld from the attorney fee portion of the recovery only, and not their clients' portion.

DATED: September 9, 2026

Respectfully submitted,

*<u>/s/ Brian L. Burchett</u>*
Brian L. Burchett, Esq.
(brian@theburchettlawfirm.com)
**THE BURCHETT LAW FIRM, PC**
605 C Street, Suite 301
San Diego, CA 92101
Tel: (619) 450-2436

*Attorney for Plaintiff*

*<u>/s/ Anthony R. Martinez</u>*
Anthony R. Martinez, Esq.
(amartinez@shb.com)
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez, Esq.
**SHOOK, HARDY & BACON LLP**

*Attorney for Defendant Monsanto Company*