**THE BURCHETT LAW FIRM, PC**
Brian L. Burchett (SBN 134757)
605 C Street, Suite 300
San Diego, CA 92101
T: (619) 230-8431
F: (619) 639-1125

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>________________<br>This Document Relates to:<br>*Derrick Martin, et. al. v. Monsanto Co., et al.*<br>Case No. 3:19-cv-02067 | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br>**OBJECTION TO "STIPULATION OF DISMISSAL WITH PREJUDICE"** |

On September 9, 2026, defendant Monsanto filed a document entitled "Stipulation of Dismissal with Prejudice." Counsel for Derrick and Linda Martin did not see the text of the proposed stipulation of dismissal before it was filed with their counsel's purported "signature." The Martin's did not stipulate to those terms and object to the purported stipulation.

The Martins' case was settled in **November 2021** through the office of Independent Claims Administrator, Kenneth Feinberg, who stated that *his office* would deduct the newly implemented "common benefit" surcharge if it was applicable to the settlement. The Independent Claims Administrator's office sent a settlement check in January 2022, and the settlement funds were disbursed -- nearly 5 years ago.

A signed request to dismiss was sent to the Independent Claims Administrator in December 2021 as part of the settlement documentation. It was assumed that he would have it

filed, but apparently, he did not. It will be filed by plaintiffs' counsel contemporaneously with this objection.

Dated: September 9, 2026

**THE BURCHETT LAW FIRM, PC**

By: ______________________
Brian L. Burchett
Attorneys for Plaintiffs
Derrick Martin and Laura Martin