Daniel B. Davis, Esq.
(dan@estesdavislaw.com)
**ESTES DAVIS LAW, LLC**
4465 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70809
Tel: (225) 336-3394

*Attorney for Plaintiffs*

Anthony R. Martinez, Esq.
(amartinez@shb.com)
**SHOOK, HARDY & BACON, LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>Randall E. Estes v. Monsanto Company<br>3:20-cv-01550 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Monsanto Company, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of the above-captioned case (including all claims asserted by Plaintiffs), with each party to bear their own attorneys' fees and costs.

DATED: September 15, 2026

Respectfully submitted,

*/s/ Daniel B. Davis*

Daniel B. Davis, Esq.
ESTES DAVIS LAW, LLC
4465 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70809
Tel: (225) 336-3394

*Attorney for Plaintiffs*

*/s/ Anthony R. Martinez*

Anthony R. Martinez, Esq.
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Anthony R. Martinez, attest that the signatory listed above, and on whose behalf this stipulation is submitted, concurs in and has authorized this filing.

/s/ *Anthony R. Martinez*
Anthony R. Martinez, Esq.
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*