Bill B. Berke
BERKE LAW FIRM, P.A.
P.O. Box 101530
Cape Coral, FL 33910
T: (239) 549-6689
F: (239) 549-3331
billberke@gmail.com

T. Matthew Leckman
LECKMAN LAW LLC
418 Newbold Road
Jenkintown, PA 19046
T: (215) 635-0584
matt@leckmanlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: Roundup Products Liability Litigation<br><br>**This document relates to:**<br><br>*Villalobos v. Monsanto Co.*<br>Case No. 3:24-cv-01407-VC | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>Hon. Vince Chhabria<br><br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO MONSANTO'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing**<br>Date: November 16, 2026<br>Time: 1:00 pm<br>Courtroom: 3 – 17th Floor |

NOW COMES Plaintiff Addon Villalobos, and by and through undersigned counsel, and hereby opposes Monsanto's *Supplemental Motion for Summary Judgment* (Master Doc. No. 22524, Individual Doc. No. 34).

Plaintiff Villalobos is a Florida resident, whose home district is the Middle District of Florida, and whose liability claims are governed by Florida law.[1] Monsanto's briefing advances the same arguments for a total of eleven (11) plaintiffs, including Plaintiff Villalobos. Accordingly, for efficiency and ease of the Court's consideration of the issues, Plaintiff hereby fully joins in, and incorporates by reference as if fully set forth herein, the plaintiff's response in opposition filed in the case of *Jackson v. Monsanto Co., et al.*, Case No. 23-cv-01572 (Master Doc. No. 22667). Undersigned counsel assisted in the preparation of that briefing, and Plaintiff expressly joins in each and every argument advanced in that briefing, which is also attached hereto as **Exhibit 1**.

[1] Notwithstanding the applicability of Florida substantive law to Plaintiff's causes of action, Plaintiff maintains—as have other plaintiffs represented by undersigned counsel whose cases have already been remanded to federal district courts in Florida—that the issue of punitive damages is governed by the law of Monsanto's home state, Missouri. That issue is not presently before the Court.

Dated: September 28, 2026

Respectfully submitted,

By: */s/ T. Matthew Leckman*

T. Matthew Leckman
LECKMAN LAW LLC
418 Newbold Road
Jenkintown, PA 19046
T: (215) 635-0584
matt@leckmanlaw.com

Bill B. Berke
BERKE LAW FIRM, P.A.
P.O. Box 101530
Cape Coral, FL 33910
T: (239) 549-6689
F: (239) 549-3331
billberke@gmail.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, T. Matthew Leckman, hereby certify that on this 28th day of September 2026, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ T. Matthew Leckman*