Anthony R. Martinez
SHOOK, HARDY & BACON, LLP
(amartinez@shb.com)
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Derrick Martin, et. al. v. Monsanto Co., et al.*<br>Case No. 3:19-cv-07572-VC | **RESPONSE TO OBJECTION TO "STIPULATION OF DISMISSAL WITH PREJUDICE"** |

On September 9, 2026, Monsanto filed a Stipulation of Dismissal with Prejudice in the above-referenced matter. [Dkt. No. 22572]. That same day, The Burchett Law Firm, PC, as counsel for plaintiffs Derrick and Linda Martin ("Plaintiffs") filed an Objection to Stipulation of Dismissal with Prejudice [Dkt. No. 22576]. Plaintiffs' Objection focused on the terms of the proposed Stipulation of Dismissal with Prejudice, particularly the language certifying compliance with the MDL common benefit assessment. On September 10, 2026, the Court entered an Order directing Monsanto to file a response explaining the situation. [Dkt. No. 22588].

Counsel for Monsanto and counsel for Plaintiffs conferred on September 21, 2026, to clarify the matter. Counsel for Plaintiffs explained that, despite giving Monsanto his approval to file the Stipulation of Dismissal with Prejudice, the language of the Stipulation of Dismissal did not refer to Plaintiffs' previous objection to the applicability of the MDL common benefit assessment to this case. Rather, the Stipulation of Dismissal certified compliance with the MDL common benefit holdback requirement, which is not accurate as the holdback amount has not been sent to the

Common Benefit Fund yet pursuant to Pretrial Order No. 287 [Dkt. No. 17366]. Monsanto agrees that Plaintiffs had previously objected to the applicability of the MDL common benefit assessment to this case and that Plaintiffs' objection is contained in Monsanto's submission to the Court on July 31, 2025, in response to Pretrial Order 331. [Dkt. No. 20906]. Plaintiffs report that they have no issue with the dismissal of the case with prejudice, subject to their prior objection to the applicability of the MDL common benefit assessment to the case as contained in Monsanto's submission on July 31, 2025.

DATED: October 1, 2026

Respectfully submitted,

*/s/ Anthony R. Martinez*

Anthony R. Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550 ext. 2001

*Attorney for Defendant Monsanto Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2026, a copy of the foregoing was filed with the Clerk of the Court through the CMF/ECF system which sent notice of the filing to all appearing parties of records.

/s/ *Anthony R. Martinez*

Anthony R. Martinez
SHOOK, HARDY & BACON LLP

*Attorney for Defendant Monsanto Company*