**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Emory Moreland v. Monsanto Co., Case No. 3:20-cv-03039-VC*<br><br>*Rebecca Dietrich f/k/a Rebecca Gebo, as the Personal Representative of the Estate of Ronald Gebo, deceased v. Monsanto Co*., Case No. 3:17-cv-00168 -VC | **JOINT STIPULATED REQUEST TO REMOVE CAPTIONED CASES FROM NOVEMBER 16 MOTION CALENDAR** |

**JOINT STIPULATED REQUEST TO REMOVE CAPTIONED CASES FROM NOVEMBER 16 MOTION CALENDAR**

The parties wish to inform the Court that Monsanto and Plaintiffs are in the process of resolving two cases set for argument in MDL 2741 on November 16: *Emory Moreland v. Monsanto Co*., Case No. 3:20-cv-03039-VC, and *Rebecca Dietrich f/k/a Rebecca Gebo, as the Personal Representative of the Estate of Ronald Gebo, deceased v. Monsanto Co*., Case No. 3:17-cv-00168 -VC.

Therefore, the parties respectfully request that these cases be taken off the November 16th calendar.

Dated: November 13, 2026

Respectfully submitted,

By: /s/ Robin L. Greenwald

Robin L. Greenwald (*Pro Hac Vice*)
rgreenwald@weitzlux.com
**WEITZ & LUXENBERG, P.C.**
700 Broadway, Fifth Floor
New York, NY 10003
Telephone: (212)-558-5802

Facsimile: (212) 344-5461

*Attorney for Plaintiffs*

*/s/ Brian L. Stekloff*
Brian L. Stekloff (*Pro Hac Vice*)
(bstekloff@wilkinsonstekloff.com)
Rakesh Kilaru (*Pro Hac Vice*)
(rkilaru@wilkinsonstekloff.com)
**WILKINSON STEKLOFF LLP**
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

*Attorneys for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November 2026, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing

/s/ *Robin Greenwald*